Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th St.
Louisville, KY  40208
jennifer@moorelawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*TRACY GREEN*, 3:18-CV-05238-VC | **NOTICE OF APPEARANCE OF JENNIFER A. MOORE ON BEHALF OF PLAINTIFF** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Jennifer A. Moore, of Moore Law Group, PLLC hereby enters an appearance as co-counsel for the Plaintiff in the above-referenced action.  Please amend your service list accordingly and serve said co-counsel with all pleadings and notices in this action using the contact information below:

> Jennifer A. Moore
> MOORE LAW GROUP, PLLC
> 1473 South 4th Street
> Louisville, KY  40208
> P:  502-717-4080
> F:  502-717-4086
> Email: jennifer@moorelawgroup.com; kara@moorelawgroup.com

Dated: December 31, 2019        MOORE LAW GROUP, PLLC

/s/ *Jennifer A. Moore*
Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th St.
Louisville, KY  40208
jennifer@moorelawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of December, 2019, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

<pre>
                          /s/ Jennifer A. Moore
                          Jennifer A. Moore (California State Bar No. 206779)
                          MOORE LAW GROUP, PLLC
                          1473 South 4th St.
                          Louisville, KY  40208
                          jennifer@moorelawgroup.com
</pre>