Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th St.
Louisville, KY 40208
jennifer@moorelawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *JERRY LOGAN*, 3:18-CV-05239-VC ) ) ) ) ) | MDL No. 2741 Case No. 3:16-md-02741-VC  **NOTICE OF APPEARANCE OF JENNIFER A. MOORE ON BEHALF OF PLAINTIFF** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Jennifer A. Moore, of Moore Law Group, PLLC hereby enters an appearance as co-counsel for the Plaintiff in the above-referenced action. Please amend your service list accordingly and serve said co-counsel with all pleadings and notices in this action using the contact information below:

> Jennifer A. Moore
> MOORE LAW GROUP, PLLC
> 1473 South 4th Street
> Louisville, KY 40208
> P: 502-717-4080
> F: 502-717-4086
> Email: jennifer@moorelawgroup.com; kara@moorelawgroup.com

| | | |
|---|---|---|
| 1 | Dated: December 31, 2019 | MOORE LAW GROUP, PLLC |
| 2 | | |
| 3 | | */s/ Jennifer A. Moore*<br>Jennifer A. Moore (SBN 206779) |
| 4 | | MOORE LAW GROUP, PLLC<br>1473 South 4th St. |
| 5 | | Louisville, KY  40208<br>jennifer@moorelawgroup.com |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of December, 2019, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
MOORE LAW GROUP, PLLC
1473 South 4th St.
Louisville, KY  40208
jennifer@moorelawgroup.com