Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Leland H. Belew (SBN 293096)
leland@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:   (415) 986-1400
Facsimile:   (415) 986-1474

*Liaison Counsel for Plaintiffs in MDL No. 2741*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **CERTIFICATE OF LELAND H. BELEW, ESQ.** |
| *ALL CASES* | |

I, Leland H. Belew, Esq., certify as follows:

1.   I attended and submit this certification pursuant to the December 16, 2019 Case Management Conference regarding the ECF filings in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would completely testify thereto.

2.   As the Court instructed at the December 16, 2019 Case Management Conference, I have taken steps to comply with the Court's directives with regard to Andrus Anderson LLP.

3.   Specially, I have taken the following actions:

      a.   Copies of the United States District Court Northern District of California Civil Local Rules, The United States District Court Northern District of California Standing Orders for Civil Cases before Judge Vince Chhabria, and United States District Court Northern District of California Standing Order for Civil Trials before Judge Chhabria have been collected and made available to all staff working on this Roundup litigation.

b.  I explained to all staff and attorneys working on this Roundup litigation the importance of becoming experts in the Court's Orders and rules pertaining to ECF filings. I have also relayed the substance of the Court's comments during the December 16, 2019 hearing, including that future incorrect filings may lead to sanctioning of attorneys listed on the pleadings.

c.  Finally, I have instructed all staff that in the event there is any questions whatsoever regarding how to file documents on ECF to consult with me and the ECF help desk if we are unable to resolve the issue on our own.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 31, 2019

Respectfully submitted,

ANDRUS ANDERSON LLP

_____
Leland H. Belew

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
Leland H. Belew (SBN 293096)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
leland@andrusanderson.com

*Attorneys for Plaintiff*

CERTIFICATION OF LELAND H. BELEW

1

## **CERTIFICATE OF SERVICE**

2

3
 I HEREBY CERTIFY that on this 31st day of December 2019, a copy of the

4
foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of

5
the filing to all appearing parties of record.

6
              */s/ Leland H. Belew*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28