Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To: *Dickey v. Monsanto Co.,* 3:19-cv-04102-VC *Domina v. Monsanto Co.,* 3:16-cv-05887-VC *Janzen v. Monsanto Co.,* 3:19-cv-04103-VC *Mendoza v. Monsanto Co.,* 3:16-cv-06046 *Pollard v. Monsanto Co.,* 3:19-cv-04100-VC *Sanders v. Monsanto Co.,* 3:16-cv-05752-VC *Tanner v. Monsanto Co.,* 3:19-cv-04099-VC | **CERTIFICATION OF ROBIN L. GREENWALD, ESQ.** |

I, Robin L. Greenwald, certify:

1. I am a member of the executive committee of MDL 2741.  I submit this certification pursuant to Pretrial Order No. 199.  I hereby certify that all filings related to the January 29, 2020 hearing on the *Daubert* motions and motions for summary judgment pertaining to Weitz & Luxenberg's Wave I plaintiffs have been filed via ECF on both the MDL docket and the individual

plaintiffs' case dockets as required by Pretrial Order No. 1.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of January, 2020.

*/s/ Robin L. Greenwald*

- 2 -
GREENWALD CERTIFICATION
3:16-md-02741-VC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Dated: January 2, 2020                              Respectfully submitted,

                                                By:     */s/ Robin Greenwald*
                                                        Robin Greenwald
                                                        **Weitz & Luxenberg**
                                                        700 Broadway
                                                        New York, NY 10003
                                                        Telephone: (212) 558-5500
                                                        Facsimile: (212) 344-5461
                                                        rgreenwald@weitzlux.com

                                                        *Attorney for Plaintiffs*