**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Kent and Kathleen Gardner*<br>*v. Monsanto Co.,*<br>Case No. 3:19-cv-07853-VC | |

## <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.     Bayer AG is a publicly held corporation.

DATED:  January 2, 2020               Respectfully submitted,

                                   /s/ Joe G. Hollingsworth
                                   Joe G. Hollingsworth (*pro hac vice*)
                                   (jhollingsworth@hollingsworthllp.com)
                                   Eric G. Lasker (*pro hac vice*)
                                   (elasker@hollingsworthllp.com)
                                   HOLLINGSWORTH LLP
                                   1350 I Street, N.W.
                                   Washington, DC  20005
                                   Telephone:  (202) 898-5800
                                   Facsimile:   (202) 682-1639

                                   *Attorneys for Defendant*
                                   *MONSANTO COMPANY*