**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Stevick v. Monsanto Co., 3:16-cv-02341-VC* | |

**DECLARATION OF BRIAN K. BRAKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER ON *DAUBERT* GROUNDS**

I, Brian K. Brake, hereby declare as follows:

1. I am an attorney at the law firm of The Miller Firm LLC, counsel for Plaintiffs Elaine and Christopher Stevick. I make this declaration in support of Plaintiffs' Opposition to Motion to Exclude Testimony Dr. William Sawyer on *Daubert* Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit A is a true and correct copy of the Declaration and CV of Dr. William Sawyer.

3. Annexed hereto as Exhibit B is a true and correct copy of portions of the trial transcript taken in *Johnson v. Monsanto*, (Superior Court of California, County of San Francisco, Case No. CGC-16-550128), dated July 26, 2018.

4. Annexed hereto as Exhibit C is a true and correct copy of portions of the trial transcript taken in *Pilliod v. Monsanto* (Superior Court of California, County of Alameda, Case No. RG17862702), dated April 11, 2019.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 3rd day of January 2020.

By: _/s/Brian K. Brake_____
Michael J. Miller, Esq. (pro hac vice)
Brian K. Brake, Esq. (pro hac vice)
Tayjes Shah, Esq. (pro hac vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com
tshah@millerfirmllc.com