**GOLDBERG & OSBORNE LLP**
**David J. Diamond** (*pro hac vice*)
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
**ddiamond@goldbergandosborne.com**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jaime Alvarez Calderon | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

**DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.**

I, David J. Diamond, declare and state as follows:

1. I am a partner at Goldberg & Osborne LLP, counsel for Plaintiff Jaime Alvarez Calderon. I make this declaration in support of Plaintiff's Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D. I make this Declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Dr. Grossbard's Report dated October 25, 2019.

3.        Annexed hereto as Exhibit 2 is a true and correct copy of the Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases dated November 26, 2019.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated this 3rd day of January, 2020.

        Respectfully Submitted,

        */s/ David J. Diamond*
        David J. Diamond
        Goldberg & Osborne LLP
        698 E. Wetmore Road, Suite 200
        Tucson, AZ 85705
        Tel: (520) 620-3975
        Fax: (520) 620-3991
        ddiamond@goldbergandosborne.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on January 3, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

        */s/ David J. Diamond*
        David J. Diamond