**GOLDBERG & OSBORNE LLP**
**David J. Diamond** (*pro hac vice*)
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
**ddiamond@goldbergandosborne.com**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jaime Alvarez Calderon | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

**PLAINTIFF JAIME ALVAREZ CALDERON'S (ALVAREZ') ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.**

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, as well as Fed. R. Civ. P. 5.2, Plaintiff Jaime Alvarez Calderon ("Plaintiff") seeks permission to file under seal discrete portions of the two supporting exhibits to his Motion to Exclude Testimony of Dr. Michael Grossbard, as described in the accompanying Declaration of David J. Diamond.

Alvarez has filed conditionally under seal portions of its motion and supporting exhibits that contain information about medical conditions and/or other personally identifiable information of Plaintiff and other individuals. Alvarez has redacted dates of birth pursuant to Federal Rule of Civil Procedure 5.2. In addition, addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, have been redacted, pursuant to the Amended Protective Order. Alvarez is the "Designating Party" for such information under Local Rule 79-5(e). All of these redactions are indicated by black boxes. In support of this request, attached hereto is a Declaration from David J. Diamond specifically describing the proposed redactions and a Proposed Order granting Alvarez' motion.

## CONCLUSION

Alvarez respectfully requests that the Court grant his Administrative Motion to File Under Seal Portions of its Motion to Exclude Testimony of Dr. Michael Grossbard and supporting exhibits.

Dated this 3rd day of January, 2020.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond
Goldberg & Osborne LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on January 3, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

></p>
                                         */s/ David J. Diamond*
                                         David J. Diamond

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO
EXCLUDE TESTIMONY OF DR. GROSSBARD – 3:19-cv-01630