**GOLDBERG & OSBORNE LLP**
**David J. Diamond** (*pro hac vice*)
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
ddiamond@goldbergandosborne.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jaime Alvarez Calderon | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

**DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF PLAINTIFF JAIME ALVAREZ CALDERON'S (ALVAREZ') ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.**

I, David J. Diamond, declare and state as follows:

1.  I am a partner at Goldberg & Osborne LLP, counsel for Plaintiff Jaime Alvarez Calderon in the above-captioned action.

2.  Plaintiff's Administrative Motion to File Under Seal Portions of its Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D. ("the Motion") seeks to maintain the confidentiality of Plaintiff's personally identifiable information

DIAMOND DECLARATION - PLAINTIFF MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO EXCLUDE TESTIMONY OF DR. GROSSBARD – 3:19-cv-01630

1

and medical conditions, as well as the personally identifiable information and medical conditions of *John D. Sanders*, another Wave 1 Plaintiff.

3. All addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition has been redacted, pursuant to the Amended Protective Order. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

4. Pursuant to Plaintiff's request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiff has prepared proposed redactions of the following documents:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 10/25/2019 | Report of Michael L. Grossbard, MD | Exhibit 1 to the Motion | Page 6, First Sentence under "Clinical History" | Plaintiff | Plaintiff's Date of Birth |
| 10/25/2019 | Report of Michael L. Grossbard, MD | Exhibit 1 to the Motion | Page 6, Second Sentence under "Clinical History" | Plaintiff | Plaintiff's Personal Medical History and Family Medical History |
| 10/25/2019 | Report of Michael L. Grossbard, MD | Exhibit 1 to the Motion | Page 6, Last 2 Paragraphs, continuing to the first sentence of Page 7 | Plaintiff | Plaintiff's Personal Medical History |

DIAMOND DECLARATION - PLAINTIFF MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO EXCLUDE TESTIMONY OF DR. GROSSBARD – 3:19-cv-01630

2

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| November 26, 2019 | Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases | Exhibit 2 to the Motion | Page 30, Lines 12-19 | Plaintiff | Personal Medical History of *John D. Sanders,* another Wave 1 Plaintiff |
| November 26, 2019 | Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases | Exhibit 2 to the Motion | Page 58, Lines 13-16 | Plaintiff | Personal Medical History of *John D. Sanders,* another Wave 1 Plaintiff |
| November 26, 2019 | Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases | Exhibit 2 to the Motion | Page 91, Lines 3-7 | Plaintiff | Personal Medical History of *John D. Sanders,* another Wave 1 Plaintiff |

DIAMOND DECLARATION - PLAINTIFF MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO EXCLUDE TESTIMONY OF DR. GROSSBARD – 3:19-cv-01630

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| November 26, 2019 | Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases | Exhibit 2 to the Motion | Page 266, Line 19 through Page 270, Line 5 | Plaintiff | Personal Medical History of *John D. Sanders,* another Wave 1 Plaintiff |

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated this 3rd day of January, 2020.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond
Goldberg & Osborne LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on January 3, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

DIAMOND DECLARATION - PLAINTIFF MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO EXCLUDE TESTIMONY OF DR. GROSSBARD – 3:19-cv-01630