**GOLDBERG & OSBORNE LLP**
**David J. Diamond** (*pro hac vice*)
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
**ddiamond@goldbergandosborne.com**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jaime Alvarez Calderon | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

**[PROPOSED] ORDER GRANTING PLAINTIFF JAIME ALVAREZ CALDERON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.**

Before the Court is the Motion of Plaintiff Jaime Alvarez Calderon to file under seal portions of the motion and supporting exhibits re: Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D., MDL Docket No. 8697, No. 3:19-cv-01630, Docket No. 40. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 10/25/2019 | Report of Michael L. Grossbard, MD | Exhibit 1 to the Motion | Page 6, First Sentence under "Clinical History" | Plaintiff | Plaintiff's Date of Birth |
| 10/25/2019 | Report of Michael L. Grossbard, MD | Exhibit 1 to the Motion | Page 6, Second Sentence under "Clinical History" | Plaintiff | Plaintiff's Personal Medical History and Family Medical History |
| 10/25/2019 | Report of Michael L. Grossbard, MD | Exhibit 1 to the Motion | Page 6, Last 2 Paragraphs, continuing to the first sentence of Page 7 | Plaintiff | Plaintiff's Personal Medical History |
| November 26, 2019 | Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases | Exhibit 2 to the Motion | Page 30, Lines 12-19 | Plaintiff | Personal Medical History of *John D. Sanders,* another Wave 1 Plaintiff |
| November 26, 2019 | Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases | Exhibit 2 to the Motion | Page 58, Lines 13-16 | Plaintiff | Personal Medical History of *John D. Sanders,* another Wave 1 Plaintiff |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL – 3:19-cv-01630

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| November 26, 2019 | Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases | Exhibit 2 to the Motion | Page 91, Lines 3-7 | Plaintiff | Personal Medical History of *John D. Sanders,* another Wave 1 Plaintiff |
| November 26, 2019 | Deposition Transcript of Dr. Grossbard given in the *Sanders and Alvarez Calderon* cases | Exhibit 2 to the Motion | Page 266, Line 19 through Page 270, Line 5 | Plaintiff | Personal Medical History of *John D. Sanders,* another Wave 1 Plaintiff |

Dated: _____, 2020

                                          HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT COURT