1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                      elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Henry Spires v. Monsanto Co.,* Case No. 3:19-cv-07140-VC | |

15 **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16 Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18    1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19    2.    Bayer AG is a publicly held corporation.

20 DATED:  January 6, 2020                           Respectfully submitted,

21                                                  /s/ Joe G. Hollingsworth
                                                    Joe G. Hollingsworth (*pro hac vice*)
22                                                  (jhollingsworth@hollingsworthllp.com)
                                                    Eric G. Lasker (*pro hac vice*)
23                                                  (elasker@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
24                                                  1350 I Street, N.W.
                                                    Washington, DC  20005
25                                                  Telephone:  (202) 898-5800
                                                    Facsimile:   (202) 682-1639
26
                                                    *Attorneys for Defendant*
27                                                  *MONSANTO COMPANY*

28