1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:      jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
11
12 | This document relates to: | |
13 | *Derwin Shields v. Monsanto Co.*, Case No. 3:19-cv-06964-VC | |
14

15            **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18         1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19         2.    Bayer AG is a publicly held corporation.

20 DATED:  January 7, 2020                    Respectfully submitted,

21                                            /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth (*pro hac vice*)
22                                            (jhollingsworth@hollingsworthllp.com)
                                              Eric G. Lasker (*pro hac vice*)
23                                            (elasker@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
24                                            1350 I Street, N.W.
                                              Washington, DC  20005
25                                            Telephone:  (202) 898-5800
                                              Facsimile:   (202) 682-1639
26
                                              *Attorneys for Defendant*
27                                            *MONSANTO COMPANY*

28