1
**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
5                  elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10 IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| 11 | |
| 12 This document relates to: | |
| 13 *Wayne Furnival and Donna Furnival v. Monsanto Co.* Case No. 3:19-cv-07980-VC | |
| 14 | |

15 **<u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>**

16          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18          1.       Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19          2.       Bayer AG is a publicly held corporation.

20 DATED:  January 8, 2020                              Respectfully submitted,

21
                                                                   /s/ Joe G. Hollingsworth
22                                                                  Joe G. Hollingsworth (*pro hac vice*)
                                                                   (jhollingsworth@hollingsworthllp.com)
23                                                                  Eric G. Lasker (*pro hac vice*)
                                                                   (elasker@hollingsworthllp.com)
24                                                                  HOLLINGSWORTH LLP
                                                                   1350 I Street, N.W.
25                                                                  Washington, DC  20005
                                                                   Telephone:  (202) 898-5800
26                                                                  Facsimile:   (202) 682-1639

27                                                                  *Attorneys for Defendant*
                                                                   *MONSANTO COMPANY*
28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:19-cv-07980-VC