Matthew R. Willis
**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
Tel: (713) 225-1682
Fax: (713) 225-1785
matt.willis@bcoonlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>BETH WEIKERTH,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | MDL No. 2741<br><br>Case No.<br><br>**SHORT FORM COMPLAINT** |

Pursuant to Pretrial Order (PTO) No. 155, reaffirming this Court's requirements for a short form complaint for pre-trial work up purposes. Plaintiff Beth Weikerth provides the following allegations required by the Court in PTO No. 155 (Attached hereto as Exhibit "A"):

1. This case is brought on behalf of Plaintiff Beth Weikerth.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Beth Weikerth, et al v. Monsanto* Company, Case No. 4:19-CV-03296, in the Southern District of Texas, Houston, Division.

4. Plaintiff resided in Houston, Harris County, Texas at the time of filing the original complaint against Monsanto.

5. Plaintiff currently resides in Houston, Harris County, Texas.

6. Plaintiff resided in Houston, Harris County, Texas at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

7. Plaintiff received medical treatment for her NHL in Houston, Harris County, Texas.

8. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Texas, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Plaintiff alleges injury from her exposure to Defendant's Roundup products.

10. Plaintiff was exposed to Monsanto's Roundup products from approximately 1970 to 2018, Ms. Weikerth sprayed Roundup® once a month at her residence to control weeds.

11. Plaintiff used Monsanto's Roundup® products in Houston, Harris County, Texas.

12. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in February of 1999.

13. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: January 7, 2020      **BRENT COON & ASSOCIATES**

By: /s/ Matthew R. Willis
Matthew R. Willis
300 Fannin, Suite 200
Houston, Texas 77002
Tel:   (713) 225-1682
Fax:   (713) 225-1785
matt.willis@bcoonlaw.com

2
SHORT FORM COMPLAINT

**CERTIFICATE OF SERVICE**

I, Michael Miller, hereby certify that, on January 7, 2020, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                           */s/ Michael J. Miller*

SHORT FORM COMPLAINT