UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>*Karen Delorme-Barton v. Monsanto Co.,*<br><br>Case No. 3:18-cv-01427 | MDL No. 02741<br>Case No. 3-16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF KATHERINE L. HANSSON ON BEHALF OF PLAINTIFF** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that Katherine L. Hansson of the firm Weitz & Luxenberg, P.C. hereby enters an appearance as counsel for Plaintiff in the above-referenced action.  Please serve said counsel with all pleadings, notices, orders, correspondence, and other papers in this action.

January 9, 2020                                                                                                                  Respectfully Submitted,

                        By:    /s/ Katherine L. Hansson_____
                                   Katherine L. Hansson, Esq.
                                   WEITZ & LUXENBERG, PC
                                   700 Broadway
                                   New York, New York 10003
                                   Phone: 212-558-5991
                                   khansson@weitzlux.com
                                   Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 9th day of January, 2020, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                        /s/ Katherine L. Hansson
                                        Katherine L. Hansson, Esq.
                                        WEITZ & LUXENBERG, PC
                                        700 Broadway
                                        New York, New York 10003
                                        Phone: 212-558-5991
                                        khansson@weitzlux.com