UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) | MDL No. 2741 |
| ) | |
| LIABILITY LITIGATION ) | Case No. 16-md-02741-VC |
| ) | |
| _____ ) | |
| ) | **NOTICE OF APPEARANCE** |
| This document relates to: ) | **ON BEHALF OF PLAINTIFF** |
| ) | **LAURA MCCOOL** |
| *McCool v. Monsanto Co.*, 20-cv-00069 ) | |

PLEASE TAKE NOTICE that Craig Lowell and Patrick Pantazis of Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC will appear as attorneys of record in the above-captioned proceeding on behalf of Plaintiff Laura McCool. Please address all future correspondence and filings to Craig Lowell and Patrick Pantazis at Wiggins, Childs, Pantazis, Fisher and Goldfarb, LLC, 301 19th Street North, The Kress Building, Birmingham, AL 35203.

DATED this 9th day of January 2020.

/s/ Craig L. Lowell
CRAIG L. LOWELL, ASB No. 4232-W86C
clowell@wigginschild.com

/s/ Patrick L. Pantazis
PATRICK L. PANTAZIS, ASB No. 3489-T03U
ppantazis@wigginschilds.com

Attorneys for Plaintiff Laura McCool

OF COUNSEL:
WIGGINS CHILDS PANTAZIS FISHER GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
clowell@wigginschilds.com
ppantazis@wigginschilds.com

## CERTIFICATE OF SERVICE

    I hereby certify that on **January 9, 2020** a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all counsel of record in this cause.

                                  */s/Craig L. Lowell*
                                  OF COUNSEL