Curtis Hoke, Esq.
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055
choke@millerfirmllc.com

Wendy L. Hillger (SBN 178682)
AD ASTRA LAW GROUP, LLP
582 Market Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 795-3579
Facsimile:  (415) 276-1976
whillger@astralegal.com

Attorneys for Plaintiffs
ALLEN L. HILLGER and PAULA SIERAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-04657-VC |
| | **NOTICE OF ASSOCIATION OF COUNSEL** |
| This document relates to: Allen L. Hillger and Paula Sierad  Case No. 3:19-cv-04657-VC | |

TO THE COURT, DEFENDANT MONSANTO COMPANY, AND ITS ATTORNEYS OF RECORD: Plaintiffs Allen L. Hillger and Paula Sierad, hereby associate as counsel of record, Curtis Hoke and THE MILLER FIRM LLC who may be served and contacted at:

>Curtis Hoke, Esq.
>THE MILLER FIRM LLC
>108 Railroad Avenue
>Orange, VA 22960
>Telephone: (540) 672-4224
>Facsimile:  (540) 672-3055
>Email: choke@millerfirmllc.com

Dated: January 9, 2020                    **AD ASTRA LAW GROUP, LLP**

By *[signature: Wendy Hillger]*
Wendy L. Hillger
Attorneys for Plaintiffs
ALLEN L. HILLGER and PAULA SIERAD