**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**WILKINSON WALSH + ESKOVITZ LLP**
Sean Eskovitz (CA Bar No. 241877)
(seskovitz@wilkinsonwalsh.com)
11601 Wilshire Boulevard
Suite 600
Los Angeles, CA 90025
Tel:    424-291-9655
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) <br> ) Case No. 3:16-md-02741-VC <br> ) |
| This document relates to: <br><br> *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | ) **MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DR. WILLIAM SAWYER ON *DAUBERT* GROUNDS** |

- 2 -

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, as well as Fed. R. Civ. P. 5.2, Defendant Monsanto Company ("Monsanto") seeks permission to file under seal portions of certain supporting exhibits of its Reply in Support of Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds in *Stevick v. Monsanto Co., et al.*, MDL Docket No. 8572; No. 3:16-cv-02341-VC, Docket No. 65, as described in the accompanying Declaration of Brian L. Stekloff.

Monsanto has filed conditionally under seal portions of the supporting exhibits to its reply brief that contain information about medical conditions and/or other personally identifiable information of plaintiffs and other individuals.  Monsanto has redacted social-security numbers and dates of birth pursuant to Federal Rule of Civil Procedure 5.2.  In addition, Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order.  Plaintiffs are therefore the "Designating Party" for such information under Local Rule 79-5(e).  All of these redactions are indicated by red boxes.  In support of this request, attached hereto is a Declaration from Brian L. Stekloff specifically describing the proposed redactions and a Proposed Order granting Monsanto's motion.

## CONCLUSION

Monsanto respectfully requests that the Court grant its Administrative Motion to File Under Seal Portions of its Reply in Support of Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds.

| | |
|---|---|
| DATED:  January 10, 2020 | Respectfully submitted, |
| | /s/ *Brian L. Stekloff* |

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:     202-847-4005

Sean Eskovitz (CA Bar No. 241877)
(seskovitz@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
11601 Wilshire Boulevard
Suite 600
Los Angeles, CA 90025
Tel:     424-291-9655
Fax:     202-847-4005

William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 3 -
ADMINISTRATIVE MOTION TO FILE UNDER SEAL: 3:16-MD-02741-VC & 3:16-CV-2341-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January, 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff