UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Stevick v. Monsanto Co.*, 3:16-cv-02341 | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **DECLARATION OF BRIAN L.**<br>) **STEKLOFF IN SUPPORT OF**<br>) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF REPLY IN**<br>) **SUPPORT OF MOTION TO EXCLUDE**<br>) **TESTIMONY OF DR. WILLIAM**<br>) **SAWYER ON *DAUBERT* GROUNDS**<br>)<br>) |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner in the law firm Wilkinson Walsh + Eskovitz. My firm is counsel to Monsanto in the above-captioned action.

2. Monsanto's Administrative Motion to File Under Seal Portions of its Reply in Support of Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds ("the Reply") seeks to maintain the confidentiality of Plaintiffs' personally identifiable information and medical conditions.

3. Fed. R. Civ. P. 5.2 provides that certain personally identifiable information, including an individual's social-security number and birth date, generally must be redacted.

4. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

5. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Pages 4:4-6, 27:16-18, 27:21-23, 33:25, 34:3, 35:14, 106:23, 107:4-5, 107:10, 108:3, 109:4-7, 111:20-23, 112:1, 112:4, 113:6-9, 113:15, 113:18, 114:4-25, 115:1-12, 115:22-23, 116:9, 117:11-12, 117:16, 117:20, 118:5, 118:11, 118:17-19, 119:2-4, 119:15-21, 120:4, 120:7, 120:12, 120:18, 120:24, 121:5, 121:9-10, 121:16-24, 122:1-25, 123:2-25, 124:1-19, 145:3-4, 145:9, 145:18, 145:22, 146:2-5, 146:9, 146:20, 147:13-14—Deposition of Dr. William Sawyer, taken December 21, 2019, for *Alvarez, v. Monsanto Company*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 2 to the Reply.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2020.

                                                      */s/ Brian L. Stekloff*
                                                      Brian L. Stekloff