1

2 UNITED STATES DISTRICT COURT

3 NORTHERN DISTRICT OF CALIFORNIA

4

5 IN RE: ROUNDUP PRODUCTS )  MDL No. 2741
LIABILITY LITIGATION )
6 )  Case No. 3:16-md-02741-VC
)
7 )  **[PROPOSED] ORDER GRANTING**
8 *Stevick v. Monsanto Co.*, 3:16-cv-02341 )  **MONSANTO COMPANY'S**
)  **ADMINISTRATIVE MOTION TO FILE**
9 )  **UNDER SEAL PORTIONS OF REPLY**
)  **IN SUPPORT OF MOTION TO**
10 )  **EXCLUDE TESTIMONY OF DR.**
)  **WILLIAM SAWYER ON *DAUBERT***
11 )  **GROUNDS**

12

13

14
    Before the Court is the motion of Defendant Monsanto Company to file under seal portions
15
of motions and supporting exhibits re: Reply in Support of Motion to Exclude Testimony of Dr.
16
William Sawyer on *Daubert* Grounds in *Stevick v. Monsanto Co.*, MDL Docket No. 8572, No. 3:16-
17
cv-02341-VC, Docket No. 65.  Having considered the papers, and for compelling reasons shown, the
18
Court hereby ORDERS that the following documents shall be maintained under seal until further
19
order of the Court, with the publicly filed versions redacted as follows:
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER
SEAL; 3:16-MD-02741-VC; 3:16-CV-02341.

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N)<br>(to be completed by the Court) |
|---|---|---|
| Deposition of Dr. William Sawyer, taken December 21, 2019, for *Alvarez v. Monsanto Company*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 2 to the Reply | Pages 4:4-6, 27:16-18, 27:21-23, 33:25, 34:3, 35:14, 106:23, 107:4-5, 107:10, 108:3, 109:4-7, 111:20-23, 112:1, 112:4, 113:6-9, 113:15, 113:18, 114:4-25, 115:1-12, 115:22-23, 116:9, 117:11-12, 117:16, 117:20, 118:5, 118:11, 118:17-19, 119:2-4, 119:15-21, 120:4, 120:7, 120:12, 120:18, 120:24, 121:5, 121:9-10, 121:16-24, 122:1-25, 123:2-25, 124:1-19, 145:3-4, 145:9, 145:18, 145:22, 146:2-5, 146:9, 146:20, 147:13-14 | |

Date: _____, 2020

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:16-CV-02341.