# EXHIBIT 6

**Volume 20**

**Pages 2683 - 2805**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

```
EDWARD HARDEMAN,                    )
                                    )
            Plaintiff,              )
                                    )
   VS.                              )     NO. C 16-00525 VC
                                    )
MONSANTO COMPANY,                   )
                                    )
            Defendant.              )
_____    )
```

San Francisco, California
Tuesday, March 26, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:

        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
   BY:  **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
       **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
   BY:  **JENNIFER MOORE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, RPR, CRR
            Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
            Official Reporters

1    So they looked at all of the data in these tests that

2    Monsanto was running -- the genotoxicity tests, the animal

3    studies -- the data found no discrepancies between the raw data

4    and the reports submitted to EPA.

5        And what does that mean?  Because I want to stop there for

6    a minute.  When you run these tests, you produce pages and

7    pages and pages and pages of data with the results from the

8    tests.  Then Monsanto, pursuant to the laws required by the

9    EPA, produces reports.  The EPA checked those reports and found

10   no discrepancies.  What was in the data is what was reported to

11   the EPA.

12       And what is the result of all of this testing that

13   Monsanto conducted for decades?  You heard from Dr. Koch

14   yesterday, and this is part of what he testified.  He said

15   (reading):

16            "I made reference to the regulatory dataset for

17       glyphosate because it's an unusually large dataset.  It

18       has both the Monsanto safety data as well as safety data

19       from other registrants of glyphosate."

20       So this is now the EPA's safety data on glyphosate.

21   Because, remember, you heard that Roundup went off patent and

22   then there were other companies that were manufacturing

23   products using glyphosate.  They had to do their own tests,

24   Monsanto wasn't involved, and they had to submit those tests to

25   the EPA and to other regulators.

1      He explained this (reading):

2           "Since glyphosate went off patent, many other

3      chemical manufacturers have begun manufacturing glyphosate

4      as well, and they have generated safety data in addition

5      to what Monsanto has so it has a larger safety dataset

6      than usual."

7      He was asked (reading):

8           "What kind of data is in the regulatory safety data?

9           "So there's an extensive toxicology database.

10     There's acute, there's repeat dose, there's developmental

11     and reproductive toxicology, there's genotoxicity, there's

12     carcinogenicity, and quite a few other studies.   In

13     addition to human safety studies, there's ecotox studies,

14     residue studies, and just a considerable amount of data."

15     That is the testing that Monsanto was involved in.   That

16 is the reasonableness of Monsanto testing this product over 40

17 years and submitting the data to EPA.

18     And when Monsanto tested the product, they tested the

19 product in many different ways.   They tested glyphosate.   So

20 the active ingredient that you've heard about both in Phase I

21 and Phase II.   They tested the surfactants, that soapy

22 substance that combines with glyphosate to make it stick on

23 plants.   And they tested the formulated product, the

24 combination of the two, glyphosate and surfactants.

25     They did it in multiple ways.   They tested genotoxicity.

1    They tested animal studies.  They tested human exposure.  They

2    did long-term tests.  They did short-term tests.  They

3    performed all the tests required by regulators, and then they

4    conducted additional tests that were not required.

5        I mean, this is quite an allegation to stand up here and

6    say how awful and basically criminal Monsanto's behavior was

7    when they did this level of testing for 40 years beginning in

8    the 1970s and then continuing through today and then turned

9    over all of the data with no discrepancies to EPA.

10       So what did Dr. Farmer testify about the testing?  She was

11   asked (reading):

12           "Give us first an overview of the substances that

13       Monsanto tested over the years as they related to

14       glyphosate and glyphosate products."

15   And she testified to what I just showed you (reading):

16           "So we have done glyphosate, the active -- what we

17       call the active ingredient.  Again, we talked about the

18       next one is the surfactant.  We've done testing on the

19       surfactants."  That's the testing, by the way, that wasn't

20       required but they did it anyway.  "And then when those two

21       are put together in the glyphosate products, the

22       formulation what we call it, we then test the

23       formulation."

24   And what did the testing show?  How did it -- again, you

25   don't have to take it from me.  You heard it from the

 1  witnesses.  She was asked (reading):

 2        "Now when -- over what period of time have the tests

 3     that Monsanto has done -- either in the lab that it owned

 4     back in the 1980s and 1990s or third-party labs that

 5     you've described -- over what period of time have these

 6     tests been done?"

 7     And her answer was (reading):

 8        "They have been ongoing for all this time, many, many

 9     years.

10        "Did it start before you" -- Dr. Farmer -- "arrived

11     at Monsanto in the 1990s?

12        "Yes.

13        "Does it continue today?"  When she was just deposed

14     in 2019.

15        "Yes."

16     And I am going to show you these charts that she helped

17  prepare, so that's one place we do agree.  I want to be clear,

18  these charts are not all the tests that Monsanto ran.  There

19  are -- I could bring in boxes that would fill the gallery with

20  all the data and all the tests that Monsanto ran because, as

21  you've heard, they ran tests on glyphosate.  They ran

22  genotoxicity tests on glyphosate.  They ran animal studies.

23     But Because of these requests for admission where they

24  keep saying they won't test the formulated product, they won't

25  test surfactants, they won't do certain long-term studies,

 1   Dr. Farmer prepared these charts to show all the testing that

 2   occurred in those two areas.

 3        So the first chart that she prepared was a genotoxicity

 4   testing on the formulated product.  You can see that the

 5   testing on this chart started in 1992.  She listed the author

 6   or the study director, the year, the title, the test organism,

 7   the description of the product or test substance, and whether

 8   the result was positive or negative.

 9        And I think one of the things that I heard this morning

10   was that they ran salmonella tests as if that was a bad thing.

11   Well, salmonella test, that's called the AIMS test.  The

12   AIMS test is one of the most fundamental.  It is called the

13   gold standard of genotoxicity tests.

14        So when you heard this morning some allegation that by

15   running the salmonella tests they weren't doing their job, that

16   is the gold standard in the petri dishes for determining

17   whether there's genotoxicity.  And so that chart -- this chart

18   demonstrates how responsible Monsanto was with respect to its

19   testing.

20        And you can see here, this first page shows 1992 to 1999

21   on the formulated product, the combination of glyphosate and

22   surfactants.  Every result was negative.

23        1999 to 1999.  Look how many tests they did in 1999 alone.

24   All negative.

25        1999 to 2008.  All negative.

1      2008 to 2009.  All negative.

2      2010 to 2016.  All negative.

3      More in 2016 all the way up until 2018.  All negative.

4      They ran all these tests.  They didn't stop; they ran the

5  tests.

6      And then she prepared a similar chart on the surfactants.

7  So this was just testing the surfactant.  Again, tests that

8  were not required by the regulators, but they did them anyway

9  to understand the surfactants that were being used in the

10  product.

11      1981 to 2000 on this table with the same information, all

12  negative; and then 2009, negative.

13      Monsanto ran those tests and it learned from them and it

14  shared the results.  It evaluated the results of its tests.  It

15  provided all of the data, the underlying data, and the reports

16  to the regulators.  It continued to conduct new tests.  It

17  didn't stop.  And it published the key studies in peer-reviewed

18  journals.

19      So we're going to talk about some of the allegations that

20  we've heard, like the Parry report.  Well, when they did

21  further tests based on what Dr. Parry asked them to do, they

22  published it in the peer-reviewed journals so that the world

23  could see it and so scientists could see and review what they

24  did in those tests.

25      And you heard from Mr. Grant, the CEO.  So we heard today

1  at the top (reading):

2          "And what did Mr. Grant tell you about the importance

3      of science at Monsanto?  Was getting the science right

4      important to Monsanto during your tenure there?"

5      Remember, he was there for 15 years.

6          "It absolutely was.

7          "Why?

8          "Because it was everything that we stood for, and

9      sound science was the bedrock, it was the platform that we

10      operated on."

11  That is the message that was being sent from the top,

12  sound science.  They did the testing.  Now, that doesn't mean

13  that everyone has to agree, like, in 2015 IARC came out with

14  this decision; but to say that they didn't believe in their

15  science, of course they believed in their science.  They did

16  the tests, they provided it to regulators, they stood behind

17  what they did, and they acted reasonably based on all of the

18  science.

19      You heard about Dr. Farmer.  I think you heard criticisms

20  of Dr. Farmer this morning, but Dr. Farmer in e-mails

21  demonstrated what her intentions were about science.

22          And let me make a comment.  Are there dumb e-mails in this

23  case?  When you have produced millions of pages from years and

24  decades of multiple employees working at a company, are there

25  dumb e-mails?  The answer is yes; but the overall record -- I

1    mean, they can pick 10 e-mails, or whatever she wrote on the

2    chart, 20 documents, 30 documents, out of millions of pages and

3    say that there are some bad language that they don't agree

4    with.  The overall record demonstrates that this was a company

5    committed to testing and committed to science.

6        And she explained, Dr. Farmer, in detail, not only in the

7    writing but in her testimony, what she meant in this e-mail.

8    She explained her four-part strategy for the stewardship

9    program for glyphosate, which included publishing relevant

10   toxicologic, ecotoxicological and human information, reviewing

11   the literature regularly for glyphosate findings and respond

12   when appropriate.

13       I mean, we heard today somehow that they -- as if Monsanto

14   is not paying attention to the science, as if they think

15   there's no science out there.  She is telling you "We are

16   reviewing the science."  Now, if we disagree, if we think there

17   are limitations of a study or problems with a study, we're

18   going to respond when appropriate, but of course they're

19   reviewing the science and that's part of the reason that they

20   were doing more testing.

21       And she said (reading):

22           "We are going to establish a scientific network of

23       prestigious scientists in key world areas and provide them

24       the latest information about glyphosate.  We have epi,

25       tox, environmental exposure, reproductive development, and

1        clinical toxicological experts.  And then we are going to

2        assess data gaps and fund appropriate research."

3        That means they are identifying data gaps and they are

4    funding research.  That is not ignoring.  That is not deceit.

5    That is not lying.  That is not hiding.  That is a stewardship

6    program based on exactly what the message was from the top from

7    Mr. Grant:  We stood for sound science, which was the bedrock.

8        And let's just talk about what we saw -- we've seen it now

9    throughout this trial.  I think we saw it in Phase I.  We

10   definitely saw it in Phase II.  They played you the testimony

11   this morning from Dr. Reeves where he says "across the board,"

12   but what did he mean by that?

13       Because the allegation is that Monsanto is standing in

14   here saying "There's no science.  There's no science."  That is

15   not what he said.  This is his testimony that they didn't play

16   for you this morning (reading):

17           "It's still Monsanto's position that there's no

18       evidence across the board; right?"

19       That's what the plaintiff's lawyer asked him.  This was

20   his full answer (reading):

21           "Yes, our -- our position is that, when you take all

22       this data into account" -- again, he is considering all of

23       the data, he is not ignoring on behalf of the company the

24       data -- "you have a very large body of evidence saying we

25       fully understand the carcinogenic potential of glyphosate

1          and Roundup-based herbicides, or glyphosate and

2          glyphosate-based herbicides, indicating there is no

3          carcinogenic potential.  There are additional studies that

4          may purport to have findings one way or the other; but

5          when you look at those in particular, they often have some

6          sort of methodological flaw that prevents either a

7          conclusive outcome or a reliable source of or from them

8          being a reliable source of information."

9          Now, again, people can disagree with that, but the

10   accusation that they are not considering the science or saying

11   there is no science, they are considering all the science and

12   they acted reasonably in doing so.

13          More evidence that Monsanto believed in the science.

14   Mr. Grant (reading):

15          "What did you learn about the safety profile of

16          glyphosate and Roundup over the course of your tenure at

17          Monsanto?

18          "Both from the work scientists within the company and

19          from the regulatory agencies around the world, that it was

20          unrivaled in its safety position."

21          And not only did they stand behind the science in their

22   testing, in their review of the science that's out there, which

23   is more than you see on this chart or more than you see, to be

24   clear, even in Phase I -- and we understand your verdict in

25   Phase I -- but there is more science that is out there,

1    including the science that the EPA reviews from Monsanto, from

2    other glyphosate manufacturers.

3         These employees stand behind Roundup, and one of the

4    reasons you know that is because they use Roundup in their own

5    yards with their children, with their pets.  They do not think

6    it causes cancer or they wouldn't be using it in their --

7    themselves at their homes.

8         So what does the plaintiff argue?  Well, first of all, the

9    plaintiff shows you these requests for admission, which you've

10   heard an instruction from the Court.  Yes, when we were asked,

11   we admitted that certain things didn't occur, but let's talk

12   about why those things didn't occur.  Let's put them in

13   context.  Again, what is the full evidence?

14        So the first one is that Monsanto never conducted a

15   long-term animal carcinogenicity study on any glyphosate

16   formulation.  So the formulated product.

17        And the second really goes along with it:  Admit that

18   Monsanto never conducted a long-term animal carcinogenicity

19   study on any surfactant used in a glyphosate-formulated

20   product.

21        So this is -- they are now saying despite all the testing

22   that occurred, they are complaining because we didn't run a

23   two-year test on a certain rat or a certain mouse with the

24   formulated product or a surfactant, but you heard multiple

25   witnesses explain why that didn't happen.

1        First of all, all of the other animal testing demonstrated

2    to them that there was no carcinogenicity and that it wasn't

3    necessary.

4        But, second of all, it's just basic.  If you feed mice or

5    rats as much soap as you can, because all of the surfactants,

6    whether it's in the formulated product or by itself, if you

7    feed them as much soap as you can for two years, first of all,

8    they probably can't survive; and even if they do, you can't

9    read the results.  It's not because it's causing cancer, to be

10   clear.  It's because it's interfering with the mice and the

11   rats, with their systems.

12       And so that is the reason why these studies were never

13   conducted along with all of the other studies that were

14   conducted that showed no carcinogenicity or genotoxicity.

15       Then there is:  Admit that Monsanto has not conducted a

16   long-term animal carcinogenicity study on glyphosate since

17   1991.  Well, Monsanto conducted three studies before 1991.  The

18   EPA reviewed those studies and the EPA has repeatedly -- and

19   I'm going to talk to you about the EPA -- repeatedly found no

20   carcinogenicity time and time and time again.

21       And then what's the last allegation that we heard?  And we

22   heard this morning, "Well, they should spend the money.  They

23   should spend the money."  Admit that Monsanto has never

24   conducted an epidemiological study to study the association

25   between glyphosate-containing formulations and non-Hodgkin's

 1    lymphoma.  That is true.

 2         But let's just acknowledge what would have happened if

 3    Monsanto had conducted such a study, like a 20-year study, like

 4    the Agricultural Health Study by the National Cancer Institute.

 5    They would stand up here and say anything we did was invalid.

 6    They did it this morning.  They showed you articles and how

 7    they were cited, like the Williams article, and they say, "It's

 8    invalid.  You shouldn't consider it because Monsanto was

 9    involved."

10         So what's Monsanto supposed to do?  If we do a study and

11    it shows no carcinogenicity, we're at fault.  We should have

12    done more.  If we don't do a study, we're at fault.

13         Well, that is not a proper allegation about being

14    unreasonable.  Monsanto was reasonable in every single respect

15    in its testing.

16         And what is the evidence about regulators?  Because you

17    heard from Mr. Grant and others that I just showed you that it

18    wasn't -- Monsanto stood behind its science, but Monsanto also

19    learned from what the regulators were saying about all of the

20    science that was out there.

21         From 1975 to 2012 -- and here I'm stopping at 2012 because

22    you've heard 1986 to 2012 is the key time period, that's when

23    Mr. Hardeman was using Roundup -- the EPA who had these powers

24    did not suspend the product, did not remove the product, did

25    not require a warning about non-Hodgkin's lymphoma or cancer.

1    It could have done any of those things and based on the

2    science, the EPA did not do so across multiple administrations.

3    No matter the politics, it did not do so.

4        And when we hear about this IBT allegation, again, the EPA

5    didn't come and say "You need to pull the product."  This IBT,

6    I think we heard it was a -- I forgot the exact word, but some

7    sort of conspiracy today or something.  I mean, Monsanto was

8    one of numerous companies that were defrauded by a third party

9    who was conducting tests; and when Monsanto learned about it,

10   Monsanto ran more tests and those tests showed no

11   carcinogenicity, just like all of the tests that I showed you

12   before.

13       So as of 2012, that important time period, no one in the

14   outside world said glyphosate caused cancer, not a single

15   regulatory body anywhere in the world.  So not just the EPA,

16   but Europe, Canada, Australia, anywhere else.

17       And no health organization.  Not the National Institutes

18   of Health, not even the World Health Organization, no one said,

19   based on that science that's on that chart that you were shown

20   repeatedly this morning, that glyphosate caused cancer or that

21   Roundup caused cancer.

22       And that you are allowed to consider in Phase II because

23   it goes directly to Monsanto's state of mind and whether they

24   acted reasonably based on the science.

25       So who are the world regulators and what did they do when

 1    they looked at the science?  And I've listed here some of the

 2    world regulators that you've heard about from witnesses,

 3    Monsanto witnesses, who reviewed that extensive glyphosate

 4    database, all of the testing, and made determinations.  The

 5    EPA; EFSA and ECHA, which are the two European organizations;

 6    Health Canada in Canada; Australia; Japan.

 7         They all had teams of highly qualified experts.  I mean,

 8    they're -- let's be clear, you didn't hear from them but there

 9    are real doctors and real scientists who care about the safety

10    of the public working at all of these organizations around the

11    world.  They have diverse experience.  So they have

12    epidemiologists.  They have toxicologists.  They have

13    biochemists.  They have everything who are reviewing this data.

14         They examined Monsanto's data; but if -- maybe they say

15    "We don't want Monsanto's data."  Well, they reviewed the data

16    from other manufacturers that Monsanto had nothing to do with.

17    So the non-Monsanto data.  And then they reviewed independent

18    data that had nothing to do with any company that was just run

19    by people who conducted some of the studies that you heard in

20    Phase I.  And from 1975 when the product was first on the

21    market through today, they have consistently said that Roundup

22    or glyphosate is not carcinogenic.

23         Who works at the EPA?  Because you heard this as well, and

24    I just mentioned it.  Toxicologists, chemists, pathologists,

25    epidemiologists, biologists, other scientific experts who are

 1   involved in these reviews.  And to be clear, not just at the

 2   EPA, but in Europe, in Health Canada, in Australia, in Japan.

 3        Here is the 1993 reregistration eligibility team when they

 4   were looking at 1975 to make sure in 1993 what the science

 5   said, and you can see all the different branches.  It's hard to

 6   see because it's little on the left, but it even names all the

 7   different doctors who were involved in this review.  You can

 8   read it.  Special Review and Reregistration Team, Health

 9   Effects Team, Biological and Economic Analysis Division,

10   Pesticides and Toxic Substances Division.

11        These are real scientists who are looking at the safety of

12   glyphosate and telling Monsanto "We have looked at the data and

13   we do not think there is carcinogenicity."

14        So you have seen a series of documents.  I have shown them

15   to you in opening here in Phase Two.  I won't belabor them.

16   But in 1993, in that reregistration eligibility decision, which

17   was sometimes referred to as RED, the Agency classified

18   glyphosate as a Group E carcinogen, non-carcinogenicity to

19   humans.

20        And I say that Monsanto was informed by the reviews.

21   Well, here is the testimony to show that they were reasonable

22   based on the science.  When you say the EPA's reregistration

23   decision helped inform Monsanto's views that glyphosate and

24   glyphosate products did not cause cancer, how did it do that?

25   Explain that.

**CLOSING ARGUMENT / STEKLOFF**

1      In here -- and she is talking about the documents I just

2  showed you.  In here they talk about their decision on the

3  carcinogenicity evaluation of glyphosate.

4      And did they have scientists who reviewed the same tests

5  that Monsanto had performed?

6      Yes.

7      Did they come to the conclusion that glyphosate is not

8  genotoxic?

9      Yes.

10     Did they -- what else did they conclude with respect to

11  glyphosate as it relates to whether or not it causes cancer?

12     They put it into Group E, which is evidence of

13  non-carcinogenicity.

14     In 1998 the EPA came to the same conclusion.  It was a

15  Group E pesticide, no evidence for carcinogenicity in two

16  acceptable species, which was based on both mice studies and

17  rat studies.  And as I have said, it wasn't just the EPA here

18  in the United States.

19     Europe, no evidence of carcinogenicity.

20     The World Health Organization and a division of the United

21  Nations, glyphosate is unlikely to be genotoxic.  In view of

22  the absence of a carcinogenic potential in animals and the lack

23  of genotoxicity in standard tests, the Meeting concluded that

24  glyphosate is unlikely to pose a carcinogenic risk to humans.

25     This is in 2004, based on all of the science.

1       And even Dr. Portier had to admit that he, himself -- he

2   was working at the National Toxicology Program for the United

3   States government -- he was responsible as a group -- as part

4   of a group of scientists for finding the causes of cancer.  And

5   while he was there, before he was a paid Plaintiff's expert, he

6   never said that Roundup or glyphosate caused cancer.

7       And he admitted that the same statement would be accurate

8   as to 2013.  That as of 2013, agencies you know of that have

9   reviewed glyphosate prior to 2013 -- again, that key period is

10  1986 to 2012 -- their findings were not carcinogenic.

11      Yes.

12      So this is their expert admitting that no agency in the

13  world based on all of the science before 2012 thought Roundup

14  was carcinogenic, and yet the allegation here is that Monsanto

15  was basically involved in criminal behavior for not warning

16  that Roundup cause -- is carcinogenic.

17      Then Dr. Portier, once he was an expert, once IARC came

18  out, he went out and tried to petition organizations --

19  regulators around the world that his opinions, which you heard

20  in Phase One, are right and they are wrong.  But what did they

21  say?  This is from Phase One.  EFSA, the European Food Safety

22  Authority, they reviewed all of his arguments, even more

23  arguments than he made on the video that you saw.

24      They said glyphosate is unlikely to be genotoxic.

25      And then they wrote back and they say EFSA considers that

1  the arguments brought forward in the open letter -- the open

2  letter he wrote to them with all of his concerns -- do not have

3  an impact on the EFSA conclusion on glyphosate.

4       And he testified this was true of the EPA too.  He tried

5  to petition them.  They reviewed all of his criticisms, and

6  they said glyphosate is not carcinogenic.

7       And then you saw this morning, we played for you a

8  two-minute clip of Dr. Portier once again.  But the date here

9  is key.  In December of 2018 -- so, what, three months ago --

10 the EPA once again -- now IARC has occurred.  Now there is a

11 lot of attention on Roundup and glyphosate.  And the EPA is

12 reviewing the science, and this is what the EPA said just three

13 months ago:  EPA is confident in its conclusions that

14 glyphosate is not likely to be carcinogenic to humans.  They

15 are confident in their conclusion.

16      Again, how did the worldwide regulators impact Monsanto,

17 and was Monsanto -- and I said this in opening.  Monsanto takes

18 responsibility.  Monsanto is not hiding behind EPA.  Monsanto

19 is not hiding behind regulators, but it is still relevant what

20 regulators who were also independently looking at the science

21 and have a duty to the public, what are they telling Monsanto.

22      And this is what Mr. Grant told you yesterday.  It is our

23 conclusion that Roundup does not cause cancer.  But more

24 importantly, in the regulatory jurisdictions around the world,

25 in the U.S., in Canada, in Japan, in Europe, with the German

1  rapporteurs, it has been their conclusion for the last 40

2  years -- and that's the point I was trying to make earlier --

3  it's -- this is a conclusion that's validated by scientific

4  evaluation.

5      So we are a science-based company, and the regulators are

6  looking at the science at that time, and that is their

7  conclusion also.  So what was known and knowable to the company

8  and to the regulators shows that Monsanto was acting

9  reasonably.

10     And Monsanto and the regulators were informed by the

11 science.  So I'm not here to re-litigate Phase One.  Again, no

12 one has any questions about how seriously you took Phase One.

13 But at the same time, they are looking at the science time and

14 time and time again.

15     And these two pie charts, to be clear, are not in dispute.

16 This is what the AHS showed.  Maybe AHS in your opinion had

17 flaws, but the AHS showed that the NHL rates -- the rates of

18 non-Hodgkin's lymphoma in people who were -- the 44,000 people

19 who were using glyphosate as compared to just the regular

20 general population, were exactly the same:  1 percent.  And it

21 is data like this that was informing Monsanto, and it was the

22 data like this, along with everything else, that was informing

23 the regulators.

24     So up to today has any evidence been brought to you that a

25 single regulator, anywhere in the world -- maybe you don't like

**CLOSING ARGUMENT / STEKLOFF**

1   the EPA, but what about Health Canada?  What about Europe?

2   What about Australia?  What about Japan?  What about anywhere

3   else in the world?  Has any regulator said glyphosate or

4   Roundup is carcinogenic?  No.  Because there is no evidence.

5   The answer to that question is no, no regulator has said that.

6        Has any regulator in the world said that Roundup should be

7   sold in their country with a cancer warning?  No.  Nowhere in

8   the world has that occurred.  And that is what demonstrates the

9   reasonableness of Monsanto.

10       So this is what you heard was going to occur in opening.

11   In opening we are supposed to present to you what the evidence

12   will show, and the Plaintiff, who has the burden, said this to

13   you -- this is a direct quote from opening -- you are going to

14   learn that Monsanto had a cozy relationship with a couple of

15   people, long-term EPA employees.  You are going to hear

16   testimony about that.

17       You heard no testimony about that.  I think there was a

18   reference this morning to text messages.  There was no evidence

19   whatsoever of a cozy relationship with a couple of long-term

20   employees at the EPA because that evidence is not there.

21       And I talked to you at the outset this morning.  And I

22   hope you know that from Phase One and Phase Two we have

23   presented the full stories for you today.  Sorry, for a month,

24   not just today.

25       But these are the four things that the Plaintiffs continue

1    to rely on -- really the first three.  We will talk about the

2    fourth.  They walked through all of these things today, and now

3    I want to walk through what they presented in this trial and

4    what the rest of the story was.

5        So let's start with the Knezevich tumor, this magic tumor

6    that you supposedly heard about today.  Here is what they

7    presented to you when they presented the evidence.  They told

8    you that Monsanto submitted a mouse study to EPA.  They told

9    you that the EPA panel considered making it a Group C

10   classification.  They told you that the EPA asked for more

11   information.  They told you that Monsanto hired Dr. Kuschner to

12   review the slides.

13       Here is what we had to present to you.  They didn't

14   present this.  We presented it.  EPA held more discussion and

15   held a public meeting.  Monsanto conducted a new study on rats;

16   and based on that study, EPA determined that glyphosate was not

17   carcinogenic.

18       Here is the document -- that they didn't present to you

19   that we had to present to you -- in 1990 that shows that --

20   where the EPA was considering the study that Monsanto conducted

21   using certain types of rats for two years, and the Agency

22   concluded that these adenomas -- so these tumors -- were not

23   treatment related and glyphosate was not considered to be

24   carcinogenic in this study.

25       And here was the EPA's ultimate conclusion in 1991:

 1    Glyphosate should be classified as a Group E, evidence of

 2    non-carcinogenicity for humans, based on lack of convincing

 3    carcinogenicity evidence.  That is the full story about the

 4    *Knezevich* study.

 5         What about Dr. Parry's recommendations?  Because we heard

 6    half the story again today.  This is the story that they

 7    presented to you in this trial.  This is the story that they

 8    presented to you today.  Dr. Parry reviewed the genotoxicity

 9    studies, four genotoxicity studies.  He found possible

10    genotoxicity.  He made recommendations.

11         Well, what is the story that we had to present to you so

12    that you had all of the evidence?  Monsanto, based on

13    Dr. Parry's recommendations, conducted further tests.  Monsanto

14    shared the results with Dr. Parry.  Monsanto published the

15    results of its tests in a peer-reviewed journal.  And Dr. Parry

16    agreed, based on those tests, that Roundup or glyphosate was

17    not carcinogenic.  We had to present that to you.  They had the

18    burden.

19         Here, you will recall this document.  I think they said, I

20    might show you this document.  I'm going to show you this

21    document.  Let's walk through the recommendations that

22    Dr. Parry made and then Dr. Farmer testified what happened in

23    response to each document.

24         I think today they showed you something that said there

25    was a dumb e-mail that said, We are not going to run the tests.

1   Well, guess what?  Despite that e-mail in 1999, they responded

2   to every single one of Dr. Parry's recommendations.  This was A

3   and B, about providing more data.

4       They provided the data, you will recall, that showed --

5   Dr. Farmer showed you this -- all of the tests they provided to

6   Dr. Parry so he could evaluate everything, and you will even

7   recall that Dr. Parry was happy because Monsanto had already

8   started some of the tests, unbeknownst to him, before his

9   recommendations.

10      Here, he recommended evaluating oxidative damage.  They

11  showed him the studies that evaluated oxidative damage.  Here

12  he said to perform an in vivo bone marrow micronuclei assay.

13  They showed him the study where that occurred.

14      In this one, the next one, he made no recommendations.  He

15  raised some issues but there was no recommendation, so there

16  was nothing for them to do.

17      In this one you remember there was testimony about the

18  comet assay, and Dr. Farmer walked you through this.  In

19  response to this recommendation, exactly what they provided to

20  Dr. Parry, including, you will see down here, Heydens and

21  Holtz -- so the third bullet and the fifth bullet and actually

22  the fourth bullet -- those were Monsanto's studies that they

23  conducted and then provided the data about genotoxicity to

24  Dr. Parry.

25      And then this next recommendation, G, he said, I do not

1   recommend any transgenic point mutation assays at this time.

2   There was nothing to do there.

3        H, he didn't recommend any studies of DNA.

4        Adduct induction, there was nothing to do there.

5        And then he wanted to be provided with comprehensive in

6   vitro data on the surfactants, so they gave him the in vitro

7   data and the in vivo data.  That, you can see all showed

8   negative for genotoxicity.

9        And after Dr. Parry looked at Monsanto's responses to all

10  of his recommendations, what did he say?  Well, first of all,

11  here is another promise that was made to you in opening

12  statement by the Plaintiff with the burden.  This is what you

13  were told you would hear in Phase Two.

14       However, in the second paper where Dr. Parry concludes

15  that glyphosate is a potential clastogenic in vitro, and that

16  means it is an agent that can induce mutation by disrupting or

17  damaging chromosomes.  So he didn't change his position.

18       Well, he did change his position because you heard

19  testimony about this document that we presented.  We presented

20  it.

21       In 2001 Dr. Parry accepted that glyphosate is not

22  genotoxic.  And in 2001 he said he no longer required any

23  studies on the final formulation.  That's the full story about

24  Dr. Parry.

25       These are two of the things that we probably heard about,

**PROCEEDINGS**

1  the mouse study and the Parry -- and the Parry data for 30

2  minutes this morning to argue why not only is Monsanto liable

3  but should be penalized for punitive damages.  They didn't

4  present to you the full story.  We did.

5           THE COURT:  Mr. Stekloff, can I ask -- I want to take

6  a quick break just to make sure -- there is an issue I want to

7  discuss with the parties outside the presence of the jury.  Why

8  don't we take a five-minute break.  We will be back at about 15

9  after the hour.

10       (Proceedings were heard out of presence of the jury:)

11           THE COURT:  So the issue I want to discuss is -- I

12  meant to bring this up after the opening -- after the closing

13  arguments in Phase One and I forgot to.  I want to warn

14  Plaintiff's counsel to be careful not to act -- not to react

15  with theatrical facial expressions in response to arguments

16  that Mr. Stekloff is making.

17           MS. MOORE:  Okay.

18           THE COURT:  That happened a lot during closing

19  arguments in Phase One, and it was not appropriate; and it is

20  not appropriate now.

21           MS. MOORE:  Okay.  I apologize, Your Honor.

22           THE COURT:  Why don't we come back in a couple

23  minutes.  Okay.

24           MS. MOORE:  Thank you, Your Honor.

25           THE CLERK:  Court is in recess.

1        (Recess taken at 11:11 a.m.)

2        (Proceedings resumed at 11:15 a.m.)

3        **THE COURT:**  Okay.  Bring the jury back in.

4        (Proceedings were heard in the presence of the jury:)

5        **THE COURT:**  Okay.  Sorry about that interruption.

6    Mr. Stekloff, you can resume.

7        **MR. STEKLOFF:**  Thank you, Your Honor.

8        So we were walking through what we spent, I think, the

9    majority of this morning on:  The magic tumor, the Knezevich

10   tumor, and then Dr. Parry's recommendations.  But then we also

11   heard about ghostwriting.  So that's what the Plaintiff told

12   you.  Again, half the story.  Well, what was the full story?

13       First of all, in the *Williams* 2000 paper, Monsanto's role

14   was disclosed.  And, again, what is the purpose behind

15   disclosing Monsanto's role or not disclosing it in a paper?  It

16   is so people who are reading the paper can say This is what I

17   think.  I don't really trust it because Monsanto is involved,

18   or maybe I do trust it because Monsanto is involved.  It is

19   their product.

20       But here it makes very clear that the toxicologists and

21   other scientists at Monsanto made significant contributions to

22   the development of exposure assessments and through many other

23   discussions related to the paper.  And then it laid out people,

24   including Dr. Heydens and Dr. Farmer, who were involved in

25   those discussions.

1    Now, there was another paper, the Mink paper, that, again,

2  you were shown.  It was written on the paper.  You should

3  consider this study.  Well, I agree.  Go back and look at the

4  Mink paper.  Go back and look at that exhibit, Exhibit -- well,

5  this is an e-mail, Exhibit 466.  Go back and look at what was

6  done in the Mink paper.

7    First of all, Dr. Farmer testified about this.  The

8  question was:  I don't really want to get into that substance.

9  I just want to validate that you wrote these things.  You wrote

10  that paragraph under the introduction glyphosate acid is

11  typically -- you see that?

12    And her answer was:  Again, I think it's important that we

13  do take the context because Dr. Williams and Dr. DeSesso are

14  not familiar with the constituents of the product, so the minor

15  edits that I did was to help give a little bit of context to

16  the formulated product.

17    And when you look at that paper -- when you look at that

18  exhibit -- papers are laid out.  There is an introduction.

19  Then there is often the methods that the scientists use to

20  conduct whatever study they were conducting.  And then there is

21  a discussion of their results, and then there oftentimes is

22  some sort of conclusion.  That's how papers are typically laid

23  out.

24    Well, if you look at that paper -- and it is a long

25  paper -- after the introduction where she gave the context that

 1    she explained, there was no edit from Dr. Farmer to the method

 2    section that the scientists choose.  There was no edit to the

 3    result section that discussed the results of their study.

 4    There were no edits to the author's discussion of the science

 5    that they were reporting.

 6         She moved words around in the introduction, and she

 7    provided context and information for the introduction because,

 8    as she said, they don't have all of the context about

 9    Roundup-formulated products because they don't -- those

10    scientists who wrote that paper don't work at Monsanto.

11         So what was the last thing -- we actually didn't hear

12    about this morning, but there was a big focus on it at trial.

13    You might remember that there was an e-mail from Dr. Farmer

14    where she -- you can see the e-mail, says:  Here is their

15    bottom line.  How do we combat this?

16         Do you have to love the word combat?  No.  But she

17    provided context for exactly what she meant when she was

18    combating this statement to avoid carcinogenic herbicides in

19    foods by supporting organic agriculture and on lawns by using

20    nontoxic land care strategies that rely on soil health, not

21    toxic herbicides.

22         What you may remember from the trial is that this e-mail

23    where Plaintiffs were presenting their evidence was shown to

24    Dr. Reeves.  And Dr. Reeves was asked:  Do you agree with what

25    characterization here?  What do you think about this word

**CLOSING ARGUMENT / STEKLOFF**

1   combat?  What do you think about it?

2       Well, what you need to know is that we showed you the

3   testimony from Dr. Farmer about this.  I don't know if it was

4   always clear who was showing you what in the depositions when

5   they were shown consecutively.  They weren't going to show you

6   what Dr. Farmer said about the e-mail she wrote.  We had to

7   play that for you, so you had the full story.

8       And here is what she testified when asked.  They didn't

9   want you to hear this:  Why would you want to combat that

10  sentence?

11      Well, first of all, in relationship to glyphosate, it was

12  not a carcinogen.  And I think that's really important that

13  people understand that herbicides -- dose makes the poison --

14  that's what you heard from Dr. Ritz -- so you have to look at

15  this, that glyphosate was not carcinogenic.  I don't want

16  people to be misled that all these herbicides are carcinogenics

17  and that everything that is used out there is organic is

18  nontoxic.

19      You can agree or disagree with that, but we presented the

20  full story to you about what she meant in this e-mail, and

21  that's what you should demand, is that the full story is given.

22      And here is another example because it happened to him

23  this morning.  This e-mail is taken out of context.  This is in

24  2003.  She writes, For example, you cannot say that Roundup is

25  not a carcinogen.

 1        But I showed you this in opening.  This is actually what a

 2   responsible scientist does.  She was saying you can't say

 3   Roundup is not a carcinogen based on all of the testing.  We

 4   can make that statement about glyphosate and can infer that

 5   there is no reason to believe that Roundup would cause cancer.

 6        This is the full e-mail, not just some snippet that is

 7   cherrypicked that is trying to mislead you into Monsanto's

 8   behavior or whether they were reasonable.  And I actually want

 9   to show you something that happened -- I don't have a slide on

10   it because I didn't expect it to happen, but it happened this

11   morning.

12        Ms. Melen, can I please have the ELMO?

13        This is one of the e-mails that you were shown that was

14   written on the chart that you should consider.  It was an

15   e-mail from Dr. Heydens.  And hopefully you recall this.

16        What I want to show you is The good 'ol Monsanto way of

17   doing things.  Give people --

18        Now, when you were shown this on one of the slides in

19   Plaintiff's closing this morning, just an hour ago, it said the

20   good 'ol Monsanto way of doing things.  It was a little image

21   on the top left of a slide.  Give people, and it had four

22   dollar signs.  That is what you were shown to try to convince

23   you why you should find Monsanto liable.  This is what the

24   e-mail actually says.

25        Monsanto people who are responsible for dissemination and

1    coordination of scientific information within and outside of

2    Monsanto.  This was part of his elements of a network plan

3    include but not are not necessarily limited to by Dr. Heydens,

4    1999.  They will also play a role in establishing and managing

5    relationships with outside experts.  Some of these will be

6    full-time dedicated headcount and some will be part-time.  The

7    good 'ol Monsanto way of doing things, give people an extra

8    job.  Not money, an extra job.

9         Initially Jerry talked about adding four full-time people

10   to Europe for this role and one in St. Louis.  I don't know if

11   this has changed.  It is my understanding that Ariane Redding

12   will have an overall coordination role for Western Europe.

13        I think we heard the word "offensive."  It is offensive to

14   misquote and put on a slide The good 'ol Monsanto way of doing

15   things, give people money, when this is what the document says.

16   That is offensive.

17        Can I please turn back?  Thank you.

18        Monsanto acted reasonably.  Mr. Hardeman used the product

19   from 1986 to 2012, but from 1975 to today the EPA has never

20   required a warning based on all of the science.  Every other

21   regulator in the world from 1975 to today, the same is true.

22   They have not required a warning.  And this is the evidence

23   that answers the questions about whether there was a design

24   defect or whether Monsanto failed to warn.

25        So what is the second question that I want to talk about?