Matthew R. Willis
**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
Tel: (713) 225-1682
Fax: (713) 225-1785
matt.willis@bcoonlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>MARCIA MILLARD<br><br>   Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>   Defendant. | MDL No. 2741<br><br>Case No.<br><br>**SHORT FORM COMPLAINT** |

Pursuant to Pretrial Order (PTO) No. 155, reaffirming this Court's requirements for a short form complaint for pre-trial work up purposes. Plaintiff Marcia Millard provides the following allegations required by the Court in PTO No. 155 (Attached hereto as Exhibit "A"):

1.   This case is brought on behalf of Plaintiff Marcia Millard.

2.   This case is brought against Defendant Monsanto Company (Monsanto).

3.   Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Beth Weikerth, et al v. Monsanto* Company, Case No. 4:19-CV-03296, in the Southern District of Texas, Houston Division.

4. Plaintiff resided in Athens, McMinn County, Tennessee at the time of filing the original complaint against Monsanto.

5. Plaintiff currently resides in Athens, McMinn County, Tennessee.

6. Plaintiff resided in Athens, McMinn County, Tennessee, Texas at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

7. Plaintiff received medical treatment for her NHL in Knoxville, Knox County, Tennessee.

8. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Tennessee, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Plaintiff alleges injury from her exposure to Defendant's Roundup products.

10. Plaintiff was exposed to Monsanto's Roundup products from approximately 1995 to 2019, Ms. Millard sprayed Roundup® once per week on her farm.

11. Plaintiff used Monsanto's Roundup® products in Athens, McMinn County, Tennessee.

12. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma on approximately March 24, 2019.

13. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  January 8, 2020               **BRENT COON & ASSOCIATES**

                                      By: */s/ Matthew R. Willis*
                                      Matthew R. Willis
                                      300 Fannin, Suite 200
                                      Houston, Texas 77002
                                      Tel:   (713) 225-1682
                                      Fax:   (713) 225-1785
                                      matt.willis@bcoonlaw.com

## CERTIFICATE OF SERVICE

I, Michael Miller, hereby certify that, on January 8, 2020, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                  */s/ Matthew R. Willis*