**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
                  elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Larry Hooks v. Monsanto Co.*, Case No. 3:19-cv-07865-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.   Bayer AG is a publicly held corporation.

DATED:  January 14, 2020                                    Respectfully submitted,

                                                                                  /s/ Joe G. Hollingsworth
                                                                                  Joe G. Hollingsworth (*pro hac vice*)
                                                                                  (jhollingsworth@hollingsworthllp.com)
                                                                                  Eric G. Lasker (*pro hac vice*)
                                                                                  (elasker@hollingsworthllp.com)
                                                                                  HOLLINGSWORTH LLP
                                                                                  1350 I Street, N.W.
                                                                                  Washington, DC  20005
                                                                                  Telephone:  (202) 898-5800
                                                                                  Facsimile:   (202) 682-1639

                                                                                  *Attorneys for Defendant*
                                                                                  *MONSANTO COMPANY*