Brian Keith Hensley #1131680
State Farm Enterprise Unit
3500 Woods Way
State Farm, Va. 23160

U.S. District Court
San Francisco Division
C/o Clerk of Court
450 Golden Gate Ave. 16th Fl.
San Francisco, CA. 94102



RECEIVED
JAN -6 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

To whom it may concern,

Please send me "any and all Docket sheet" from any and all "settled" Product Liability Cases (Civil Action Lawsuits) involving the "Monsanto Co" (Recently acquired by the Bayer (AG) Co.) as the Defendant, that were settled between 2017 thur 2019.

Please inform me of your prices to provide me with the above Dock sheets.

Thank you for your time and assistance in this matter. I look forward to hearing from you.

Respectfully,
B. K. Hensley