

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

January 15, 2020

Brian Keith Hensley
Offender I.D.# 1131680
State Farm Enterprise Unit
3500 Woods Way
State Farm, VA 23160

SUBJECT:   Request for copies of docket sheets

Title:  *In re Roundup Products Liability Litigation*
Case Number:  3:16-md-02741-VC

The Clerk's Office is in receipt of your undated letter in which you request copies of "'any and all docket sheet' from any and all 'settled' product liability cases… involving the 'Monsanto Co" … that were settled between 2017 thur [sic] 2019."

The Clerk's Office does not provide general legal research such as you requested in your letter.  We will need specific case numbers or names of parties.

The fees associated with your request are as follows:

| | |
|---|---:|
| Records search (per name or item) | $31.00 |
| Printing fee (for copies of any record or document accessed electronically at a public terminal in the courthouse.) | $0.10/page |
| Reproducing fee (for any record or paper document whether from original documents or from microfiche or microfilm reproductions of original records.) | $0.50/page |
| Record Retrieval (FRC or National Archives)—First Box | $64.00 |
| Each additional box | $39.00 |

Currently there are approximately 2,700 cases associated with the Roundup Products Liability Litigation (https://www.jpml.uscourts.gov/pending-mdls-0).  Each docket sheet is different in length.  The docket sheet for the main MDL is approximately 1,300 pages long.  As listed above, there is a printing fee of $0.10 per page.

      If you wish the Clerk to complete a records search, please submit a check payable to CLERK, U.S. DISTRICT COURT with a fee of $31.00 per name or item.  We will then provide you an invoice for printing the docket sheets.

      Sincerely,

      Susan Y. Soong, Clerk

      by:  William Noble
      Case Systems Administrator