UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION. | Case No.: 3:16-md-02741-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 1/15/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Brian Keith Hensley
Offender I.D.# 1131680
State Farm Enterprise Unit
3500 Woods Way
State Farm, VA 23160

Dated: 1/15/2020

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk