**FILED**

U.S. DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

JAN 15 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RALPH A. APPLEGATE
1544 ZETTLER ROAD
COLUMBUS, OHIO 43227
PLAINTIFF,

vs

CASE NO: MDL No. 2741

BAYERAG
100 BAYER ROAD
PITTSBURGH, PA. 15205
DEFENDANT,

PRO SE RESPONSE to MONSANTO RESPONSE

to APPLEGATE"S MOTION to REOPEN CASE

1. Pro Se Applegate may not stop reporting this MDL 1407 game of obstruction under Misprision of a Felony. Pro Se is required by law, " It was a citizens duty to ' Raise hue and cry' by reporting crimes, especially felonies, to law enforcement authorities '". Branzburg v, Hayes, 408 U.S. 665, 92 S. Ct.2646, 33 L.Ed.2d 626[1972], quoting William Blackstone.

2. Plaintiff's Fact Sheet is still being concealed from Pro Se by this process even though Pro Se claim is "In Conflict of Interest with Other

p.1

18400 Plaintiff's."

3. As far as is known to Pro SE Judicial Panel has not ruled on Pro Se Objection, nor has Justice Russo.

4. Pro Se is continuing his criminal charges notifications to Elijah E. Cummins, et.al.

5. Enough is enough of Pro Se objections.

6. Pro Se has not yet read Hollingsworth's Declaration, but Veronica, Supervisor of Livingston Post Office, claims post office does not stamp their return green cards, how was green card stamped in Ohio?

Respectfully submitted,
Signed
*Ralph A. Applegate*
Ralph A. Applegate, Plaintiff, Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

David P. Strup
Shoemaker, Loop & Kendrick, LLC
1000 Jackson Street
Toledo, Ohio, 43604
419-321-1306
dstrup@shumaker.com

Elijah E. Cummins
U.S. House Oversight Committee
202-225-3178

p.2

## CERTIFICATE of SERVICE

Plaintiff certifies that one copy each of "PRO SE RESPONSE to MONSANTO RESPONSE to APPLEGATE"s MOTION TO REOPEN CASE" is being ordinary mailed to Clerk, as good as any , U.S. District Court, Northern District of California , for efiling, and to attorney David P.Strup, on or before October 9,2019, and to Elijah E.Cummins. Elijah's copy of another objection was faxed to him this afternoon by fax number 202-225-3178, provided by UPS .

Ralph A. Applegate
1544 Jefferson Road
Columbus, Ohio 43227

VC

RECEIVED
OCT 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102

COLUMBUS OH 431
09 OCT 2019 PM 3 L