**FILED**

FRANKLIN COUNTY COURT of COMMON PLEAS      JAN 15 2020
        CIVIL DIVISION      Case No. 19CV6825  SUSAN Y. SOONG
U.S. DISTRICT COURT      Judge: Russo    CLERK, U.S. DISTRICT COURT
        SOUTHERN DISTRICT of OHIO    NORTHERN DISTRICT OF CALIFORNIA
        EASTERN DIVISION
                CASE NO. 2-19-CV-04264-GCS-EPD
                Mag. Judge: Elizabeth P. Deavers

UNITED STATES JUDICIAL PANEL
    ON
MULTIDISTRICT LITIGATION
                CASE NO. MDL NO. 2741

U.S.DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
                Case No. 2:18-CV-03363-VC
                Judge: Chhabria

RALPH A. APPLEGATE
        PLAINTIFF,

vs

BAYER, A.G.
        DEFENDANT,

        PLAINTIFF PRO SE APPLEGATE's CONTINUING

    ANSWER to DEFENDANT BAYER,A.G.'s ANSWER to

    PLAINTIFF's COMPLAINT

    1.Scherer v. Cullen (1973) 481F2d946. There is no place in

pleadings for believes, it, they . Monsanto said "Monsanto

p.1

believes that facts of Mr.Applegate's case are unique " Pro Se says "Monsanto is ignoring those four(4) factual proofs ."

2.Pro Se had not demanded jury trials nor were Pro SE claims " Product Liability" as stated in Docket for Case No.2-19-CV-04264-GCS-EPD.  Claim is "Fraudulent Concealment ". Pro Se asked F.C.C.P.Court earlier and Judge Russo to rule legally, not illegally, against Bayer,A.G.for specific purpose of forcing Bayer, A.G. to settle, in complaints.

3. Pro Se demanded of Judge Chhabria pursuat to paragraph in MDL1407 which requires specific discovery which plaintiff demanded. of Judge Chhabria. Pro Se charges Judge Chhabria of deliberately not reading Pro Se demand . Judge Chhabria denied all Pro Se discovery demanded, whatsoever .

4. Pro Se expected that his claim was to have been returned to F.C.C.P. Court Judge Russo by 28 U.S.Code1407, paragraph (a) which states "Each action so transferred shall be remanded by panel 'at or before conclusion'of such pretrial proceedings to district from which it was transferred  unless it  shall have been previously terminated ." It says more .  Judge Chhabria was required by law

MDL1407 to remand back to where claim originated .

5. Pro Se did not specifically motion to reopen as Hollingsworth claims as Pro Se particularly asked for copies of Monsanto Motion to dismiss 151 Pro Se, Judge Chhabria Order , and for copies of Certified Mail Return Receipt Requested . Pro Se has not yet received copies of Monsanto Motion nor of Judge Chhabria Order .

6. Pro Se requested House Oversight Committee Chairman Elijah E. Cummins to request and receive and investigate every "green card" , so that Pro Se may speak to those Pro Se Plaintiff's . Judge Chhabria has concealed every plaintiff .

7. Pro Se, an American citizen, has public right to know names, addresses, telephone numbers, emails, which were required to be identified on all complaints , of all 18400 and more plaintiff's, and 18400 plaintiff's have a right to know Pro Se Applegate's name, address, telephone number, email , because Pro Se can discover from a small portion of 18400 , at least said questionable diagnostic IgM astronomical values . Lowest astronomical diagnostic IgM Pro se recalls is 4000 mg./dL. of Ruth ox of Beverly ,Ohio . Strangely, MDL

p.3

attorneys are concealing this information under MDL1407?

8. Hollingsworth has provided Pro Se with a copy of alleged original Pro Se green card in a recent pleading . Said copy shows two(2)stamps, one apparently of a Houston Post Office, other one is not clear as it is stamped over other typing. Supervisor Veronica of Columbus , Ohio Livingston Avenue Post Office advised Pro Se verbally on October 7, 2019 that Post Office does not stamp green cards. Thus ,Hollingsworth , who claims he can testify about this because he has no first hand knowledge can not testify about any green card, period.

9. MDL 1407 process is " inefficient ." Pro Se does not know when Monsanto /Judge Chhabria began conspiratorial process of dismissing 151 Pro Se plaintiff's, nor does Pro Se know how many Pro Se plaintiff's were illegally dismissed , that would only be known by how many Pro Se plaintiff's appealed ?

10. Pro Se never heard until now of Plaintiffs Leadership as Pro Se was ignored, why has Plaintiff Leadership not forwarded Pro Se his Plaintiff Fact Sheet , Pro Se never knew , never relied on Plaintiff Leadership, never consented .

11 Plaintiff Leadership negligence could be intentional, Pro Se charges Plaintiff Leadership with guilt of negligence .Hollingsworth claims " They, not Monsanto, are also tasked with coordinating discovery on behalf of plaintiff's and 'coordinating work of all plaintiff's counsel',which includes those plaintiff's representing themselves ."

Respectfully submitted,
Signed
_____
Ralph A. Applegate, Plaintiff ,Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

David P.Strup
Shoemaker,Loop & Kendrick ,LLC
1000 Jackson Street
Toledo,Ohio,43604
419-321-1306
dstrup@shumaker.com

Elijah E.Cummins
U.S.House Oversight Committee
Fax 202-225-3178

CERTIFICATE of SERVICE

Plaintiff certifies that one copy each of "PLAINTIFF PRO SE APPLEGATE's CONTINUING ANSWER to DEFENDANT BAYER,

p.5

A.G.'s ANSWER to PLAINTIFF's COMPLAINT " is being walked in to Clerk, Franklin County Common Pleas Court, as good as any ,and to U.S. District Court, Southern District of Ohio, Eastern Division , and by ordinary mail to Clerk , U.S.District Court , Northern District of California , and to attorney Strup, and to JUDICIAL PANEL on MULTIDISTRICT LITIGATION on or before October 11,2019, and faxed to Elijah E.Cummins .

Ralph A. Applegate
1574 Zettler Road
Columbus, Ohio 43227

COLUMBUS OH 431
11 OCT 2019 PM 1 L

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
OCT 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA