**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                   elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Richard McKone v. Monsanto Co.*, Case No. 3:19-cv-07977-VC | |

## <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

     1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

     2.     Bayer AG is a publicly held corporation.

DATED:  January 17, 2020         Respectfully submitted,

     /s/ Joe G. Hollingsworth
     Joe G. Hollingsworth (*pro hac vice*)
     (jhollingsworth@hollingsworthllp.com)
     Eric G. Lasker (*pro hac vice*)
     (elasker@hollingsworthllp.com)
     HOLLINGSWORTH LLP
     1350 I Street, N.W.
     Washington, DC  20005
     Telephone:  (202) 898-5800
     Facsimile:   (202) 682-1639

     *Attorneys for Defendant*
     *MONSANTO COMPANY*