UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ricky Gibbs v. Monsanto Co.*,<br><br>Case No. 3:16-cv-05652 | MDL No. 02741<br>Case No. 3-16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF WILLIAM A. WALSH ON BEHALF OF PLAINTIFF** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that William A. Walsh of the firm Weitz & Luxenberg, P.C. hereby enters an appearance as counsel for Plaintiff in the above-referenced action. Please serve said counsel with all pleadings, notices, orders, correspondence, and other papers in this action.

January 17, 2020                                                                  Respectfully Submitted,

                                                                                  By:   /s/ *William A. Walsh*
                                                                                        William A. Walsh, Esq.
                                                                                        WEITZ & LUXENBERG, PC
                                                                                        700 Broadway
                                                                                        New York, New York 10003
                                                                                        Phone: 212-558-5836
                                                                                        wwalsh@weitzlux.com

                                                                                        *Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of January, 2020, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *William A. Walsh*
William A. Walsh, Esq.
WEITZ & LUXENBERG, PC
700 Broadway
New York, New York 10003
Phone: 212-558-5836
wwalsh@weitzlux.com