**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Gerard Cervantes v. Monsanto Company* <br><br> **Case No.**  3:19-cv-03015-VC | **Master File No. 3:16-MD-02741-VC** <br> **MDL No. 2741** <br><br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Stephen Cady, of the

firm Moll Law Group, hereby enters his appearance in the above-captioned matter as counsel for

plaintiff, GERARD CERVANTES, and respectfully requests that all pleadings, notices, orders,

correspondence, and other papers in connection with this action be served on and directed to the

undersigned counsel.

Dated: January 17, 2020

> Respectfully submitted,
>
> */s/ Stephen Cady*
> Stephen Cady
> scady@molllawgroup.com
> MOLL LAW GROUP
> 22 W. Washington Street
> 15th Floor
> Chicago, IL, 60602
> T 312.462.1700
> F 312.756.0045
> **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

*/s/ Stephen Cady*
