**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

**WINSTON & STRAWN LLP**
Sandra Edwards (CA Bar No. 154578)
(sedwards@winston.com)
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Tel:   415-591-1412
Fax:   415-591-1400

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | ) MDL No. 2741<br>)<br>) **MONSANTO COMPANY'S MOTION TO WITHDRAW**<br>)<br>)<br>)<br>)<br>)<br>) |

1   Defendant Monsanto respectfully moves this court, pursuant to Local R. 11-5(a) and in
2  compliance with Cal. R. Prof. Conduct 3-700(A)(1), for an order allowing Sean Eskovitz of
3  Wilkinson Walsh + Eskovitz LLP to withdraw his appearances as counsel for Defendant
4  Monsanto.  Mr. Eskovitz is leaving Wilkinson Walsh + Eskovitz LLP as of January 17, 2020.
5   Defendant Monsanto will continue to be represented by all noticed counsel of the law
6  firm Wilkinson Walsh + Eskovitz LLP, Arnold & Porter Kaye Scholer LLP, Hollingsworth
7  LLP, Covington & Burlington LLP, and Winston & Strawn LLP.

9  DATED:  January 17, 2020

10                                    Respectfully submitted,

11                                    /s/ *Sean Eskovitz*_____
                                      Sean Eskovitz (CA Bar No. 241877)
12                                    (seskovitz@wilkinsonwalsh.com)
                                      WILKINSON WALSH + ESKOVITZ LLP
13                                    11601 Wilshire Boulevard
                                      Suite 600
14                                    Los Angeles, CA 90025
                                      Tel:    424-291-9655
15                                    Fax:    202-847-4005
16
17                                    Brian L. Stekloff (*pro hac vice*)
                                      (bstekloff@wilkinsonwalsh.com)
18                                    Rakesh Kilaru (*pro hac vice*)
                                      (rkilaru@wilkinsonwalsh.com)
19                                    WILKINSON WALSH + ESKOVITZ LLP
                                      2001 M St. NW
20                                    10th Floor
                                      Washington, DC 20036
21                                    Tel:    202-847-4030
22                                    Fax:    202-847-4005

23                                    William Hoffman (*pro hac vice*)
                                      (William.Hoffman@arnoldporter.com)
24                                    ARNOLD & PORTER KAYE SCHOLER
25                                    601 Massachusetts Avenue, N.W.
                                      Washington, DC 20001
26                                    Tel: 202-942-6915
                                      Fax: 202-942-5999
27
28

- 2 -
MONSANTO'S MOTION TO WITHDRAW AS COUNSEL
3:16-md-02741-VC

1
2
3
4
5
6
7
8
9

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Sandra A. Edwards (CA Bar No. 154578)
(sedwards@winston.com)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1412
Fax: (415) 591-1400

10
11

*Attorneys for Defendant*
*MONSANTO COMPANY*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

MONSANTO'S MOTION TO WITHDRAW AS COUNSEL
3:16-md-02741-VC