# EXHIBIT A

**Exhibit A: Plaintiffs' Trial Witness List –** *Stevick v. Monsanto* **(3:16-cv-2341-VC)**

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| 1. | Elaine Stevick | Will Call | Live | Plaintiff. Will provide testimony on exposure and damages. | 4 hours | 1 hour |
| 2. | Christopher Stevick | Will Call | Live | Elaine's husband and Plaintiff. Will testify to Plaintiff's Roundup exposure and damages | 3 hours | ½ hour |
| 3. | Andrea Stevick | Will Call | Live | Plaintiffs' daughter. Will testify to Elaine's Roundup exposure and damages | ½ hour | ½ hour |
| 4. | Justin Stevick | Will Call | Live | Plaintiffs' son. Will testify to Elaine's Roundup exposure and damages | ½ hour | ½ hour |
| 5. | Robin Rossman | Will Call | Live | Elaine's friend and former business partner. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 6. | Joanne Lee Myer | Will Call | Live | Elaine's friend and former business partner. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 7. | Lynn La Porte | Will Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |

1

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|    | **Name** | **Will/May Call** | **Live/ Deposition** | **Description of Testimony** | **Estimated Direct Exam Time** | **Monsanto Estimated Exam Time** |
|----|----------|-------------------|----------------------|------------------------------|-------------------------------|-----------------------------------|
| 8. | Sarah Stewart | Will Call | Live | Elaine's former nurse. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 9. | Dr. Jerome Kim | Will Call | Deposition | Elaine's treating oncologist. Will testify about treatment of plaintiff. | 1 hour | 1 hour |
| 10. | Dr. Mark Sedrak | Will Call | Deposition | Elaine's treating neurosurgeon. Will testify about treatment of plaintiff. | 1 hour | 1 hour |
| 11. | Dr. Robert Z. Gonzalez | Will Call | Deposition | Elaine's Primary Care Physician. Will testify about treatment of plaintiff. | ½ hour | 1 hour |
| 12. | Monsanto Company | Will Call | Deposition | Defendant. Will testify as to causation, liability, knowledge, and corporate conduct. | 2-3 hours. | 2-3 hours |
| 13. | Dr. Donna Farmer | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 2-3 hours | 2-3 hours |
| 14. | Dr. Daniel Goldstein | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1-2 hours | 1 hour |
| 15. | Dr. William Heydens | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, | 3 hours | 1 hour |

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | and corporate conduct. |  |  |
| 16. | Dr. Michael Koch | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1.5 hours | 1 hour |
| 17. | Dr. Mark Martens | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 2-3 hours | 1 hour |
| 18. | Dr. Sam Murphey | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 19. | Dr. Chadi Nabhan | Will Call | Live | Specific causation expert. Will testify consistent with his MDL 2741 reports. | 2 hours | 2 hours |
| 20. | Dr. Chris Portier | Will Call | Live or Deposition | General causation expert. Will testify pursuant to PTO 45. | 6-8 hours | 4-6 hours |
| 21. | Dr. Beate Ritz | Will Call | Live | General causation expert. Will testify pursuant to PTO 45. | 4 hours | 2-3 hours |
| 22. | Dr. William Sawyer | Will Call | Live | Exposure expert. Will testify consistent with his MDL 2741 expert report. | 4 hours | 2-3 hours |
| 23. | Mr. Steve Gould | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |

3

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| 24. | Mr. James Guard | Will Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 25. | Mr. Hugh Grant | Will Call | Deposition | Mr. Grant is the former Monsanto CEO. Mr. Grant will provide testimony about causation, liability, and corporate conduct. | 11 minutes | 9 minutes |
| 26. | Dr. Wallace Hayes | Will Call | Deposition | Dr. Hayes is a third party witness. It is anticipated Dr. Hayes will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 27. | William Reeves | Will Call | Deposition |  | 1 hour 46 minutes | 1 hour |
| 28. | Nancy Schwartz | May Call | Live | Elaine's friend and former business partner. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 29. | Ninfa Ortiz | May Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 30. | Trixy Fraser | May Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual | ¼ hour | ¼ hour |

4

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | circumstances within her knowledge. |  |  |
| 31. | Judith Dover | May Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 32. | Jastelle Bedard Donahue | May Call | Live | Elaine's former nurse. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 33. | Heather Uoo | May Call | Live | Elaine's former nurse. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 34. | Cassandra Coffee | May Call | Live | Elaine's former nurse. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 35. | Karen Short | May Call | Live | Mother of Elaine's former client. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 36. | Gaila Newburg | May Call | Live | Mother of Elaine's former client. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 37. | Coleman E. Miller | May Call | Live | Elaine's former client. Will testify to | ¼ hour | ¼ hour |

5

\* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | Plaintiffs' damages and factual circumstances within his knowledge. |  |  |
| 38. | Kasey E. Miller | May Call | Live | Mother of Elaine's former client. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 39. | Laurie Ferguson | May Call | Live | Mother of Elaine's former client. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 40. | Michele Perussina | May Call | Live | Plaintiffs' friend. Will testify to Plaintiffs' damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 41. | Alicia Starrett | May Call | Live | Elaine's friend and former employee/colleague. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 42. | Lori Walker | May Call | Live | Elaine's friend and former employee/colleague. Will testify to Elaine's damages and factual circumstances within her knowledge. | ¼ hour | ¼ hour |
| 43. | Dr. Charles Benbrook | May Call | Live | Expert. Will provide testimony consistent | 2.5 hours | 1-2 hours |

6

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

| | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| | | | | with his MDL 2741 expert report on regulatory and liability. | | |
| 44. | Dr. Charles William Jameson | May Call | Live | Third party fact witness. IARC 112 participant. Will provide testimony regarding IARC and its review of glyphosate and his participation thereto. | 2 hours | 1 hour |
| 45. | Dr. Dan Jenkins | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 46. | Mr. Robert Johnson & Dr. James Mills | May Call | Live | Experts on Monsanto/Bayer's net worth and economic value. | 1 hour | 1 hour |
| 47. | Dr. Andrei Shustov | May Call | Live | Specific causation expert. Will testify consistent with his MDL 2741 report. | 2 hours | 2 hours |
| 48. | Dr. Dennis Weisenburger | May Call | Live | General and specific causation expert. Will testify pursuant to PTO 45 and his specific causation report. | 2 hours | 2 hours |
| 49. | Mr. Stephen Adams | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 45 minutes | 1 hour |
| 50. | Dr. John Acquavella | May Call | Deposition | Monsanto employee. Will provide | 1 hour | 1 hour |

7

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

| | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
| | | | | testimony about causation, liability, and corporate conduct. | | |
| 51. | Dr. Kirk Azevedo | May Call | Live or Deposition | Former Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 52. | Dr. Aaron Blair | May Call | Deposition | Third party fact witness. IARC 112 participant. Will provide testimony regarding IARC and its review of glyphosate and his participation thereto. | 1 hour | 1 hour |
| 53. | Mr. Tim Ford | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 54. | Dr. David Heering | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 55. | Mr. James Richardson | May Call | Deposition | Monsanto employee. Will provide testimony about causation, | 1 hour | 1 hour |
| 56. | Dr. Matthew Ross | May Call | Deposition | Third party fact witness. IARC 112 participant. Will provide testimony regarding IARC and its review of | 1 hour | 1 hour |

8

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | glyphosate and his participation thereto. |  |  |
| 57. | Mr. Jesudoss Rowland | May Call | Deposition | Former EPA employee. Will provide testimony regarding Monsanto's EPA registration of glyphosate. | 1 hour | 1 hour |
| 58. | Dr. Eric Sachs | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1-2 hours | 1 hour |
| 59. | Dr. David Saltmiras | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 2 hours | 1 hour |
| 60. | Mr. Dan Schultz | May Call | Deposition | Monsanto employee. Will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 61. | Dr. Gary Williams | May Call | Deposition | Dr. Williams is a long time Monsanto consultant. Dr. Williams will testify as to causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 62. | Mr. Todd Rands | May Call | Deposition | Monsanto employee. It is anticipated Mr. Rands will provide testimony about causation, liability, | 1 hour | 1 hour |

9

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|  | Name | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
|---|---|---|---|---|---|---|
|  |  |  |  | and corporate conduct. |  |  |
| 63. | Dr. Larry Kier | May Call | Deposition | Dr. Kier is a long time Monsanto consultant.  It is anticipated Dr. Kier will testify as to causation, liability, and corporate conduct. | 7 minutes | 8 minutes |
| 64. | Dr. Roger McClellan | May Call | Deposition | Dr. Roger McClellan is a third party witness and editor of relevant scientific journals.  It is anticipated Dr. McClellan will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 65. | FTI Consulting | May Call | Deposition | FTI Consulting is a third party witness. The deposition is scheduled but has not yet occurred. It is anticipated FTI Consulting will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |
| 66. | CropLife America | May Call | Deposition | CropLife America(CLA) is a third party witness. It is anticipated CLA will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.

|     | Name          | Will/May Call | Live/ Deposition | Description of Testimony | Estimated Direct Exam Time | Monsanto Estimated Exam Time |
| --- | ------------- | ------------- | ---------------- | ------------------------ | -------------------------- | ---------------------------- |
| 67. | Exponent, Inc. | May Call     | Deposition       | Exponent is a third party witness. It is anticipated Exponent will provide testimony about causation, liability, and corporate conduct. | 1 hour | 1 hour |

* Monsanto reserves the right to challenge the admissibility of this witness's testimony at trial.