# EXHIBIT B

**Exhibit B: Monsanto's Trial Witness List –** *Stevick v. Monsanto* **(3:16-cv-2341-VC)**

| Name | Will Call/ May Call | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|
| Daniel Arber | Will Call | Specific causation hematology and pathology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | 1 hour |
| John Acquavella | May Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1 hour |
| Celeste Bello | Will Call | Specific causation hematology and oncology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | 1.5 hours |
| Aaron Blair | May Call[1] | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | 1 hour |
| Christopher Corcoran | May Call | General causation statistics expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 1 hour |

---

[1] Monsanto would call this witness affirmatively only if Plaintiffs are permitted to play portions of the witness's deposition.

1

| Name | Will Call/ May Call | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|
| Donna Farmer | May Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 2 hours |
| William Fleming | May Call | General causation oncology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 1.5 hours |
| Warren Foster | Will Call | General causation toxicology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 1.5 hours |
| Daniel Goldstein | May Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1 hour |
| Roberto Gonzalez | Will Call | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including | 1 hour | 1 hour |

| Name | Will Call/ May Call | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|
| | | relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | | |
| Jay Goodman | May Call | General causation pharmacology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |
| Bradley Hanson | Will Call | Specific causation weed science/exposure expert who will opine about the amount of Roundup/glyphosate to which plaintiff was exposed. | 2 hours | 1 hour |
| Charles Jameson | May Call[2] | General causation toxicology expert who will opine about whether Roundup/glyphosate causes NHL, as appropriate for each phase of the bifurcated trial. | 2 hours | 2 hours |
| Kassim al-Khatib | Will Call (Phase 2 only) | Weed science/exposure expert who will opine, based on the relevant scientific evidence, about the agricultural and economic benefits of Roundup/glyphosate use. | 2 hours | 1 hour |
| Jerome Kim | Will Call | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | 1 hour |
| Mark Martens | May Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory | 1 hour | 1 hour |

---

[2] Monsanto would call this witness affirmatively only if Plaintiffs are permitted to play portions of the witness's deposition.

3

| Name | Will Call/ May Call | Description of Testimony | Estimated Direct Exam Time | Estimated Cross-Exam Time |
|---|---|---|---|---|
| | | agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Lorelei Mucci | Will Call | General causation cancer epidemiology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |
| William Reeves | May Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1 hour |
| Jennifer Rider | Will Call | General causation cancer epidemiology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |
| Thomas Rosol | May Call | General causation toxicology expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 1 hour |
| Matthew Ross | May Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; | 1 hour | 1 hour |

4

| Name | Will Call/ May Call | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|
| | | Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Jessudoss Rowland | May Call (Phase 2 only)[3] | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1 hour |
| Eric Sachs | May Call (Phase 2 only) | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1 hour |
| David Saltmiras | May Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. | 1 hour | 2 hours |

---

[3] Monsanto would call this witness affirmatively only if Plaintiffs are permitted to play portions of the witness's deposition.

5

| Name | Will Call/ May Call | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
| --- | --- | --- | --- | --- |
| | | and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | | |
| Mark Sedrak | Will Call | Fact testimony, based on clinical experience, about the care and treatment of plaintiff, including relevant scientific evidence concerning whether Roundup/glyphosate causes NHL. | 1 hour | 1 hour |
| Christopher Stevick | Will Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about plaintiff's use of Roundup/glyphosate; awareness of and compliance with the Roundup/glyphosate label; medical care, treatment, and history; and purported damages. | 3 hours | 30 minutes |
| Elaine Stevick | Will Call | Fact testimony, as appropriate for each phase of the bifurcated trial, about plaintiff's use of Roundup/glyphosate; awareness of and compliance with the Roundup/glyphosate label; medical care, treatment, and history; and purported damages. | 4 hours | 2 hours |
| Michael Sullivan | Will Call | Specific causation toxicology expert who will opine about the amount of Roundup/glyphosate to which plaintiff was exposed. | 2 hours | 1 hour |
| Juan Pablo Villablanca | Will Call | Specific causation neuroradiology expert who will opine, based on the relevant scientific evidence and plaintiff's medical history, that Roundup/glyphosate did not cause plaintiff's NHL. | 2 hours | 1 hour |

6

| Name | Will Call/ May Call | Description of Testimony | Estimated Direct Exam Time | Estimated Cross- Exam Time |
|---|---|---|---|---|
| Connie Welch | Will Call (Phase 2 only) | Regulatory expert who will opine about the evaluations of Roundup/glyphosate by U.S. and international regulatory agencies. | 2 hours | 2 hours |
| Jeremy Williams | May Call (Phase 2 only) | Fact testimony about the relevant scientific evidence concerning whether Roundup/glyphosate causes NHL; Monsanto's development and safety testing of Roundup/glyphosate; Monsanto's compliance with U.S. and international regulatory agencies; the agricultural and economic benefits of Roundup/glyphosate use; and the reasonableness of the Roundup/glyphosate label. | 1 hour | 1 hour |
| David Vearrier | Will Call[4] | General causation expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |
| Glenn Millner | May Call[5] | General causation expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |
| Beau Bruce | May Call[6] | General causation expert who will opine, based on the relevant scientific evidence, that Roundup/glyphosate does not cause NHL. | 2 hours | 2 hours |

---

[4] Subject to the Court's ruling.
[5] Subject to the Court's ruling.
[6] Subject to the Court's ruling.