1
2
3
4
5
6
7
8
9
10
11

**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Ave
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

**AUDET & PARTNERS**
Mark Burton (CA Bar No. 178400)
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
mburton@audetlaw.com

*Attorneys for Plaintiffs*

**WILKINSON WALSH LLP**
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:      202-847-4030
Fax:     202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

12
13

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) <br> ) Case No. 3:16-md-02741-VC <br> ) <br> ) **DECLARATION OF BRIAN L.** <br> ) **STEKLOFF IN SUPPORT OF JOINT** <br> ) **STATEMENT REGARDING** <br> ) **APPLICABILITY OF PRIOR RULINGS** <br> ) **ON MOTIONS *IN LIMINE*** |
| *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | |

- 1 -

STEKLOFF DECLARATION – JOINT STATEMENT RE APPLICABILITY OF PRIOR MOTIONS *IN LIMINE* RULINGS
3:16-MD-02741-VC & 3:16-CV-2341-VC

I, Brian L. Stekloff, declare and state as follows:

1.      I am a partner at the law firm of Wilkinson Walsh LLP, counsel for defendant Monsanto Company ("Monsanto").  I make this declaration in support of the parties' joint statement regarding their positions on the applicability of the Court's motion *in limine* rulings in *Hardeman*.

2.      Annexed hereto as Exhibit A is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 1 Re: IARC Classification And Regulatory Evidence For Tier 1 Plaintiffs.

3.      Annexed hereto as Exhibit B is a true and correct copy of an excerpt of the February 25, 2019 trial transcript from *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

4.      Annexed hereto as Exhibit C is a true and correct copy of an excerpt of the March 5, 2019 trial transcript from *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

5.      Annexed hereto as Exhibit D is a true and correct copy of an excerpt of Trial Exhibit 1690 from *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

6.      Annexed hereto as Exhibit E is a true and correct copy of an excerpt of the December 16, 2019 transcript of proceedings from *Stevick et al. v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341.

7.      Annexed hereto as Exhibit F is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 2 Re: Ghostwriting For Tier 1 Plaintiffs.

8.      Annexed hereto as Exhibit G is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 3 Re: Monsanto Marketing Materials For Tier 1 Plaintiffs.

9.     Annexed hereto as Exhibit H is a true and correct copy of an excerpt of the Deposition of Elaine Stevick, taken November 9, 2018, for *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341.

10.     Annexed hereto as Exhibit I is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 5 Re: Other Litigation, Other Products, And Company History for Tier 1 Plaintiffs.

11.     Annexed hereto as Exhibit J is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 7 Re: Post-Use Corporate Conduct for Tier 1 Plaintiffs.

12.     Annexed hereto as Exhibit K is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 8 Re: Proposition 65 for Tier 1 Plaintiffs.

13.     Annexed hereto as Exhibit L is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 10 Re: Introduction, Argument, Or Reference To The Seralini Study And Any Information Therein for Tier 1 Plaintiffs.

14.     Annexed hereto as Exhibit M is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 11 Re: All Other Irrelevant And Unfairly Prejudicial Evidence for Tier 1 Plaintiffs.

15.     Annexed hereto as Exhibit N is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in limine* No. 12 Re: Evidence Of Glyphosate In Breast Milk, Food, Or Other Unrelated Sources for Tier 1 Plaintiffs.

16.     Annexed hereto as Exhibit O is a true and correct copy of the parties' briefing for Monsanto Company's Motion *in Limine* No. 13 Re: Lobbying Activity And Generation Of Support For Registration Of Glyphosate for Tier 1 Plaintiffs.

17.     Annexed hereto as Exhibit P is a true and correct copy of the parties' briefing for Plaintiffs' Motion *in Limine* No. 2 Re: Exclude New General Causation Experts And Opinions for Tier 1 Plaintiffs.

18.     Annexed hereto as Exhibit Q is a true and correct copy of the parties' briefing for Plaintiffs' Motion *in Limine* No. 4 Re: Exclude Evidence, Testimony, And Argument Regarding Foreign Regulatory Actions And Decisions By Governmental Agencies In Foreign Countries for Tier 1 Plaintiffs.

19.     Annexed hereto as Exhibit R is a true and correct copy of the parties' briefing for Plaintiffs' Motion *in Limine* No. 14 Re: Monsanto's Scientists' Criticisms Of The Agricultural Health Study (AHS) And Actions Taken To Pressure The National Cancer Institute To Publish for Tier 1 Plaintiffs.

20.     Annexed hereto as Exhibit S is a true and correct copy of the parties' briefing for Plaintiffs' Motion *in Limine* No. 15 Re: Dr. James Parry's Evaluation Of The Genotoxicity Of GBFs for Tier 1 Plaintiffs.

21.     Annexed hereto as Exhibit T is a true and correct copy of an excerpt of Trial Exhibit 1694 from *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

22.     Annexed hereto as Exhibit U is a true and correct copy of an excerpt of the March 12, 2019 trial transcript from *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

23.     Annexed hereto as Exhibit V is a true and correct copy of an excerpt of Plaintiff's opening slides from *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

24.     Annexed hereto as Exhibit W is a true and correct copy of the parties' briefing for Plaintiffs' Motion *in Limine* No. 16 Re: Monsanto's Discovery Of A Tumor In The Control Group When It Re-Reviewed The Knezevich And Hogan Mouse Study for Tier 1 Plaintiffs.

Dated: January 20, 2020

By:   */s/ Brian L. Stekloff*
_____
Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON WALSH LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant Monsanto Company*

Dated: January 20, 2020

By:   */s/ Brian K. Brake*
_____
Brian K. Brake, Esq. (pro hac vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*

STEKLOFF DECLARATION – JOINT STATEMENT RE APPLICABILITY OF PRIOR MOTIONS *IN LIMINE* RULINGS
3:16-MD-02741-VC & 3:16-CV-2341-VC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*

STEKLOFF DECLARATION – JOINT STATEMENT RE APPLICABILITY OF PRIOR MOTIONS *IN LIMINE* RULINGS
3:16-MD-02741-VC & 3:16-CV-2341-VC