# EXHIBIT B

**Volume 3**

**Pages 299 - 540**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | | |
|---|---|---|
| EDWARD HARDEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. C 16-00525 VC** |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

San Francisco, California
Monday, February 25, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  BY:  **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
      **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  BY:  **JENNIFER MOORE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, RPR, CRR
             Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
             Official Reporters

1  lymphoma.

2  So I want to talk for a moment about Mr. Hardeman's
3  Roundup use.  You heard a little bit about it I think toward
4  the end of the plaintiff's presentation.

5  He used Roundup around his home.  He had, I think, two
6  different properties where he used it.  He would take the
7  concentrate that you heard of and mix it in water, and then I
8  think the evidence will show that he would use a handheld
9  container, like the one that's sort of at the bottom left of
10 this picture, and he would mostly spot spray.  So he would take
11 something that would reach out, he would look for weeds on his
12 property that needed to be killed, and he would try to reach
13 the spot sprayer and spray those.

14 And he stopped using Roundup in about -- in either late
15 2011 or early 2012.  He's not quite sure.  And that is three
16 years or so before he developed his non-Hodgkin's lymphoma.

17 So you also heard a little bit about Roundup, but what
18 does Roundup do?  Roundup -- and you heard about glyphosate,
19 which is the active ingredient -- glyphosate targets a specific
20 enzyme in plants that is essential for their growth.  So plants
21 need to produce amino acids or proteins to grow, and glyphosate
22 actually targets those proteins and kills them off.

23 But two things that Roundup does not do is it does not
24 enter the groundwater, so water that's contained in soil, and
25 it does not stay in soil.  So you're not going to hear too much

1  **BY MS. WAGSTAFF:**
2  **Q.**   Okay.  So in 2003, IARC, you're telling the jury, has not
3  ruled on the glyphosate chemical at that point?
4  **A.**   No.
5  **Q.**   Today has IARC ruled on the glyphosate chemical?
6          **MS. MATTHEWS JOHNSON:**  Objection.  Cumulative.
7          **THE COURT:**  Overruled.
8          **THE WITNESS:**  Yes.
9  **BY MS. WAGSTAFF:**
10 **Q.**   And what was IARC's ruling on glyphosate?
11 **A.**   It's a 2A probable carcinogen.
12 **Q.**   Okay.  And in your opinion, based on your knowledge and
13 experience of environmental epidemiology, redoing -- should
14 this number be redone based on the fact that IARC has now ruled
15 on glyphosate?
16 **A.**   Absolutely, because the weight should change and that
17 estimate would change.
18 **Q.**   Okay.  And does this -- when you redid it, would it drive
19 the risk ratio up or down?
20 **A.**   It would go towards the 2.1.  Be almost 2.1, maybe 2.
21 **Q.**   Okay.  And so you just mentioned the word "carcinogen."
22 Can you tell the ladies and gentlemen of the jury what a
23 carcinogen is?
24 **A.**   Well, the definition for "carcinogen" is an agent that can
25 cause cancer, and actually the IARC classification was based on