# EXHIBIT C

Volume 8

Pages 1003 - 1201

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

EDWARD HARDEMAN,              )
                              )
          Plaintiff,          )
                              )
  VS.                         )    **NO. C 16-00525 VC**
                              )
MONSANTO COMPANY,             )
                              )
          Defendant.          )
_____)


                    San Francisco, California
                    Tuesday, March 5, 2019

                **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:

                    ANDRUS WAGSTAFF PC
                    7171 W. Alaska Drive
                    Lakewood, Colorado  80226
                BY: **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
                    **DAVID J. WOOL, ATTORNEY AT LAW**

                    MOORE LAW GROUP
                    1473 South 4th Street
                    Louisville, Kentucky  40208
                BY: **JENNIFER MOORE, ATTORNEY AT LAW**


        **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

1          THE WITNESS:  -- put a lot of reliance --

2          THE COURT:  Hold on.  There is an objection.

3      Basis?

4          MR. STEKLOFF:  Motion in limine Number 1 from the --

5          THE COURT:  Overruled.

6  BY MS. MOORE

7  Q.   You can go ahead.

8  A.   So they did a meta-analysis including the -- and including

9  the first AHS study, the one by *De Roos*, okay.  And they found

10 an increased odds ratio of 1.3 that was statistically

11 significant.  So taking all of the data from the case control

12 studies and the AHS -- the AHS, the cohort study, they still

13 found an increased risk of 30 percent that was statistically

14 significant.

15     The IARC did the same thing and had the same finding,

16 okay.  And the first case -- and the first meta-analysis had a

17 slightly higher finding, but they didn't do all the adjustments

18 that IARC and Chang and Delzell did.  So all of the --

19 Q.   Which -- sorry, Dr. Weisenburger.  Which is the first

20 meta-analysis that you are referring to?

21 A.   By Schinasi.

22 Q.   Schinasi.  Okay.

23     And you also mentioned that IARC did a meta-analysis, and

24 what was the overall conclusion from IARC with respect to

25 glyphosate?

 1    **A.**   Well, the overall conclusion was that it is a probable

 2    carcinogen.  They gave it a rank of 2A.  So we say it is

 3    probably carcinogenic in humans.

 4        The IARC finding was the same as the Chang and Delzell

 5    finding because they did the analysis the same way.

 6    **Q.**   And then if we -- there was -- I think you mentioned there

 7    was a fourth meta-analysis.  And which one is that?

 8    **A.**   So there was recently a meta-analysis that was done by

 9    some researchers from the University of Washington.  Zhang is

10    the first author.

11            **MS. MOORE:**  If we could -- I would ask if we could

12    publish 554.

13            **MR. STEKLOFF:**  No objection, Your Honor.

14            **THE COURT:**  Go ahead.

15            **THE WITNESS:**  What is the number?

16            **MS. MOORE:**  554.

17            **THE WITNESS:**  Okay.

18    **BY MS. MOORE**

19    **Q.**   Is this the Zhang meta-analysis?

20    **A.**   Yes, it is.

21    **Q.**   And you said recent.  When did the Zhang meta-analysis,

22    when did it come out for publication?

23    **A.**   Well, it -- it is -- it was just accepted for publication.

24    So it hasn't actually been published, but they put the paper

25    online so people could read it actually before it is published