# EXHIBIT D

**Designation Run Report**

# PORTIER_DAY1_SS_PA_01 FINAL PLAYED

Portier, Christopher 02-21-2019

**Our Designations                03:41:42**

Total Time  03:41:42



ID:CP1_SS_01

| Page/Line | Source | ID |
|---|---|---|
| | **CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED** | |
| 26:6 - 27:17 | 25:10 NIH also encouraged me to work<br>25:11 on EPA science advisory board and EPA's<br>25:12 science advisory panel, and I worked on an<br>25:13 Australian science advisory board for years.<br>**Portier, Christopher 02-21-2019 (00:01:52)**<br>26:6   Q. All right, sir.  Now we've kind<br>26:7 of covered some of your background.  I want<br>26:8 to sort of get to why we're here today.<br>26:9 How did you get involved with<br>26:10 glyphosate?<br>26:11   A. So IARC was -- IARC had decided<br>26:12 to review several pesticides for their<br>26:13 potential for causing cancer, one of which<br>26:14 was glyphosate.  And so they put together a<br>26:15 panel of scientists who were going to review<br>26:16 these chemicals and make some decisions about<br>26:17 whether it would -- they cause cancer or not,<br>26:18 and their basic approach to looking at that.<br>26:19 They had asked me to join them<br>26:20 specifically for -- for chemicals for which<br>26:21 there was information coming out of a program<br>26:22 I started when I was at the National<br>26:23 Toxicology Program, running that program,<br>26:24 that brought in a lot of mechanistic<br>26:25 information in sort of a very large scale,<br>27:1 and they weren't sure they knew how to<br>27:2 approach that data and they wanted me there<br>27:3 to help them sort of interpret it.  This was<br>27:4 the first time they were facing what is<br>27:5 called this Tox21 dataset.  And so they asked<br>27:6 me to come and help them with that, and<br>27:7 that's why I was involved.<br>27:8 And after that evaluation, I<br>27:9 was approached by a law firm I had already<br>27:10 been providing free advice to, whether I<br>27:11 would provide them with advice on the science<br>27:12 underlying the glyphosate decision that was<br>27:13 made by IARC.<br>27:14   Q. Can you turn to Exhibit 230 in<br>27:15 your binder?  It should be numbered pretty | CP1_SS_01.8 |

| | CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED | |
|---|---|---|
| Page/Line | Source | ID |
| | 27:16 easily. | |
| | 27:17   A. Okay. | |
| 29:7 - 30:15 | **Portier, Christopher 02-21-2019 (00:01:27)** | CP1_SS_01.9 |
| | 29:7   Q. Okay.  And if we go down here, | |
| | 29:8 there's a bunch of different names.  I want | |
| | 29:9 to go down to where you're mentioned.  It | |
| | 29:10 says your name under Invited Specialists. | |
| | 29:11 Do you see that? | |
| | 29:12   A. Yes. | |
| | 29:13   Q. What is an invited specialist? | |
| | 29:14   A. So an invited specialist is, in | |
| | 29:15 essence, a consultant to the working group. | |
| | 29:16 So you have the core working group, which in | |
| | 29:17 this case I think is 16 or 17 scientists, | |
| | 29:18 they write the evaluation of the literature, | |
| | 29:19 they come up with the opinion of what they | |
| | 29:20 believe the potential for carcinogenicity is | |
| | 29:21 for the chemicals they're looking at and | |
| | 29:22 write their overall decisions.  That's their | |
| | 29:23 job. | |
| | 29:24 Sometimes the IARC decides that | |
| | 29:25 they need some extra expertise but sometimes | |
| | 30:1 that expertise has potential conflicts of | |
| | 30:2 interest, and so they bring that expertise as | |
| | 30:3 invited specialists.  They're not allowed to | |
| | 30:4 write.  They're not allowed to help with the | |
| | 30:5 decision.  They're there to provide expert | |
| | 30:6 advice on individual studies and just general | |
| | 30:7 science overall. | |
| | 30:8 In my case because I was | |
| | 30:9 working part time for the Environmental | |
| | 30:10 Defense Fund, which is a nongovernment | |
| | 30:11 organization that advocates for environmental | |
| | 30:12 issues, they felt it was a potential conflict | |
| | 30:13 of interest and so they didn't want me on the | |
| | 30:14 working group; they wanted me there simply to | |
| | 30:15 provide expertise to the committee. | |
| 34:20 - 34:25 | **Portier, Christopher 02-21-2019 (00:00:13)** | CP1_SS_01.10 |
| | 34:20   Q. So following the IARC monograph | |
| | 34:21 on glyphosate and those other pesticides that | |

| Page/Line | Source | ID |
|---|---|---|
| | CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED | |
| | 34:22 were reviewed, you stated that you were -- <br> 34:23 you began working with a law firm; is that <br> 34:24 right? <br> 34:25   A. That is correct. | |
| 35:1 - 35:18 | **Portier, Christopher 02-21-2019 (00:00:43)** <br> 35:1   Q. Okay.  Following the IARC -- <br> 35:2 well, put simply, what was IARC's conclusion, <br> 35:3 sir? <br> 35:4   A. IARC's conclusion was that -- <br> 35:5 for glyphosate specifically.  IARC's <br> 35:6 conclusion was for glyphosate was that it <br> 35:7 probably carcinogenic to human -- humans, <br> 35:8 which is a classification that has a full <br> 35:9 categorization to it and rules under which <br> 35:10 it's created. <br> 35:11   Q. And just to give the jury some <br> 35:12 context, that classification as a probable <br> 35:13 human carcinogen, where does that fall? <br> 35:14 Is it the highest?  Second <br> 35:15 highest?  Third highest? <br> 35:16   A. IARC has five classification <br> 35:17 batches that they put things in.  Probable is <br> 35:18 the second highest. | CP1_SS_01.11 |
| 35:19 - 37:1 | **Portier, Christopher 02-21-2019 (00:01:26)** <br> 35:19   Q. Okay.  Now, following the IARC <br> 35:20 classification, do you know if there's been <br> 35:21 any scientific response by regulatory <br> 35:22 agencies to IARC? <br> 35:23   A. There was a lot of response to <br> 35:24 the IARC monograph by regulatory agencies. <br> 35:25   Q. And did you take any actions to <br> 36:1 defend the IARC decision? <br> 36:2   A. I took actions to not so much <br> 36:3 defend the IARC decision as to highlight the <br> 36:4 differences in the scientific justification <br> 36:5 for the decisions that were made by IARC as <br> 36:6 compared to other groups. <br> 36:7   Q. And is one of those groups the <br> 36:8 European Union's equivalent of EPA? <br> 36:9   A. The European Food Safety | CP1_SS_01.12 |