# EXHIBIT H

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS       )
     LIABILITY LITIGATION          )
 5                                 ) Case No.
                                   ) 3:16-md-02741-VC
 6                                 )
     This Document Relates to:     )
 7                                 ) MDL No.  2741
     Stevick v. Monsanto Co.,      )
 8   et al.,                       )
     Case No. 3:16-cv-02341-VC     )
 9                                 )
                                   )
10

11

12                         - - - -

13                        VIDEOTAPED

14             DEPOSITION OF ELAINE STEVICK

15

16      Held at the Offices of Litigation Services

17       3510 Unocal Place, Santa Rosa, California

18          Friday, November 9, 2018, 9:24 a.m.

19                         - - - -

20

21

22

23

24   REPORTED BY:   ELAINA BULDA-JONES, CSR #11720

25
```

Page 59

1  Q. Have you spoken with any of the other
2  lawyers in this case that may be representing you?
3  A. No.
4  Q. Did you do anything else to prepare for
5  this deposition, like, for example, did you watch
6  any videos?
7  A. No. I -- I watched some -- some videos
8  that I was shown of -- of commercials about Roundup
9  and to see if I remembered having seen any of them.
10 So I did look at those.
11 Q. Who showed you those?
12 A. Those were sent to me by my attorney.
13 Q. Okay. Electronically?
14 A. Yes.
15 Q. Have you produced those?
16 A. Have I produced them? I haven't produced
17 those to you.
18 Q. You haven't produced those videos to us;
19 is that correct?
20 A. I have not.
21 Q. When did you receive those videos?
22 A. Just a few days -- two days ago.
23 Q. Okay. Did you recall seeing any of those
24 commercials?
25 A. Yes.

ELAINE STEVICK

Page 60

1  Q. Okay. How many of them?
2  A. I only recognized one of them in
3  particular.
4  Q. What was it?
5  A. The first one that had to do with a -- it
6  was a gentleman who was cracking an imaginary whip
7  and rounding up weeds.
8  Q. When do you recall seeing that?
9  A. Oh, I remember seeing that a few years
10 ago, two years ago, or -- when I was still using
11 Roundup.
12 Q. Give me your best estimate on a date.
13 A. I would --
14 Q. Or just give me the year. Best estimate
15 on the year.
16 A. Around 2014, 2013, something like that.
17 Q. Okay. And how many videos did he send you
18 to review?
19 A. Oh, gosh, I didn't count them.
20    I would estimate that there were about
21 ten, and he -- he gave me a link to a place where I
22 could find up to 30.
23 Q. And did you watch all 30?
24 A. I didn't watch all 30. I -- I watched a
25 few of them. I just looked at the -- because I

Page 62

```
 1      A.   I think so.
 2      Q.   Okay.  And where did you see that?
 3      A.   On television.
 4      Q.   What channel?  Do you recall?
 5      A.   No.
 6      Q.   Okay.  How many times did you see that
 7   video?
 8      A.   I'm sure I saw it about four or five times
 9   because I think it was a very popular video at the
10   time.
11      Q.   Okay.  Other than the cracking of the
12   whip, what do you recall from that?
13      A.   That he was wearing shorts, that he had no
14   gloves, no protective gear, and short-sleeved shirt.
15      Q.   Let me -- let me ask the question.  I
16   haven't gotten my question out yet.
17           Not based on seeing it recently, other
18   than the cracking of the whip, which you described,
19   do you -- what do you recall from back then seeing
20   the video?
21      A.   I remember thinking that it was a sort of
22   silly macho presentation of how to use Roundup.
23      Q.   Okay.
24      A.   When I was a lady using Roundup in my
25   garden just to kill weeds.
```

Page 63

```
 1      Q.   Okay.  And so that's what you recall when
 2  you were seeing it three years ago?
 3      A.   That's why I remembered that ad.
 4      Q.   Right.
 5      A.   I remembered it clearly.
 6      Q.   Right.  And when you saw it in 2013, you
 7  thought it was a silly macho ad?
 8      A.   Yes.
 9      Q.   Okay.  And that's what stuck out to you;
10  is that correct?
11      A.   That's correct.
12      Q.   Okay.  Did you -- have you ever been
13  provided by anyone any informational papers
14  regarding Monsanto or glyphosate?
15      A.   No informational papers.
16      Q.   And any -- any information at all
17  regarding Roundup, glyphosate, or Monsanto?
18      A.   I've just done my own reading, but
19  mostly -- and mostly online, but also newspaper ads
20  and those newspaper articles.
21      Q.   And you don't save those?
22      A.   I don't always save them, no.
23      Q.   Do you save some of them?
24      A.   Since I've become involved with the case,
25  I saved, like, for example, that one on Santa Rosa
```

ELAINE STEVICK

Page 98

```
1       Q.   Okay.  And so the first time you used
2  Roundup in your life was sometime after March of
3  1989; is that correct?
4       A.   The first time I would -- in my
5  recollection, because that's a long time ago, I -- I
6  am not sure that I ever used it on our previous home
7  on Bernice Court.
8       Q.   Uh-huh.
9       A.   I -- I don't think I did because I don't
10 remember -- it was the frequency that I used it
11 after the landscape gardener recommended it.  Then I
12 started using it more intensely.
13      Q.   Okay.
14      A.   Very intensely.
15      Q.   So the best testimony you have today is
16 you started using it sometime after you moved into
17 the Liberty home?
18      A.   That's what -- that's the time I can
19 really remember using it very consciously and often.
20      Q.   Okay. And tell me about that.  Tell me
21 about -- where -- where -- what did you do?
22      A.   Well, I -- we had -- I -- I occasionally
23 would use it ready mixed, but --
24      Q.   I'm talking about that -- just that first
25 time you used it.
```