# EXHIBIT T

**Designation Run Report**

# REEVES_COMBINED_03

_____

**Reeves, William 01-23-2019**
**Reeves, William 01-24-2019**

_____

| | |
|---|---|
| **PLF Affirmative  00:35:52** | |
| **DEF Counter  00:08:42** | |
| **DEF Affirmative  00:11:40** | |
| **PLF DEF Overlap  00:00:05** | |
| **Total Time  00:56:19** | |



| REEVES_COMBINED_03 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

161:11   Q. And that's what he said about the AHS
161:12 before he ever knew the results related to glyphosate,
161:13 or Roundup?
161:14   A. That's correct.
161:15   Q. And the next sentence reads inaccurate
161:16 exposure -- sorry, the next paragraph -- inaccurate
161:17 exposure classification can produce spurious results.
161:18 The conventional thinking in epidemiology is that
161:19 exposure misclassification will most often obscure
161:20 exposure disease relationships.
161:21 Do you see that?
161:22   A. I do see that.

EXHIBIT 166.4.3

217:12 - 217:13   **Reeves, William 01-23-2019 (00:00:07)**

REEVES_COMBINED_03.15

clear

217:12   Q. I'm going to hand you the next document.
217:13 This is Exhibit 27?

218:2 - 218:12   **Reeves, William 01-23-2019 (00:00:15)**

REEVES_COMBINED_03.16

EXHIBIT 505.1.1

218:2   Q. So you've seen this document before;
218:3 right?
218:4   A. Yes, I have.
218:5   Q. This is a document from the EPA; correct?
218:6   A. That is correct.
218:7   Q. And it's -- the date on here is March 4th,
218:8 1985; do you see that?
218:9   A. Yeah, stamped at the top.
218:10   Q. And it's titled consensus review of
218:11 glyphosate; right?
218:12   A. That is correct.

EXHIBIT 505.1.2

218:15 - 219:10   **Reeves, William 01-23-2019 (00:00:44)**

REEVES_COMBINED_03.17

218:15   Q. It's a document that Monsanto has
218:16 considered in assessing its assessment of the safety of
218:17 glyphosate?
218:18   A. That's correct.
218:19   Q. It reads on February 11th, 1985, a group
218:20 of toxicology branch personnel met to evaluate and
218:21 discuss the database on glyphosate, and in particular
218:22 the potential oncogenic response of glyphosate.
218:23 Did I read that correctly.
218:24   A. That's correct.
219:1   Q. And then it says the following persons
219:2 were in attendance.  Do you see that?

EXHIBIT 505.1.3

EXHIBIT 505.1.4

| REEVES_COMBINED_03 | | |
| --- | --- | --- |
| Page/Line | Source | ID |

219:3   A. I do see that.

219:4   Q. And there are -- one, two, three, four,

219:5 five, six, seven -- eight people listed.  Do you see

219:6 that?

219:7   A. I do see that.

219:8   Q. And by my count, there's -- one, two,

219:9 three, four, five -- six different PhDs.  Is that

219:10 right?

**219:11 - 220:23**   **Reeves, William 01-23-2019 (00:01:12)**

219:11   A. Six -- yes, that's correct.

219:12   Q. And then there's a statistician in there?

219:13   A. That's correct.

219:14   Q. There's a DABT.  Do you see that?

219:15   A. Yes, I do.

219:16   Q. What's a DABT?

219:17   A. That's a diplomate of the American Board

219:18 of Toxicology.

219:19   Q. Is that a really fancy degree?

219:20   A. It is a certification you can get for

219:21 taking a test.

219:22   Q. And that's specifically as it relates to

219:23 toxicology?

219:24   A. It's typically about -- it focuses on how

220:1 toxicology studies are conducted.

220:2   Q. Oh, okay.  Well, that's appropriate.

220:3 We're dealing here with a toxicology study; right?

220:4   A. Yes, we are.

220:5   Q. And then you see it's actually signed by

220:6 every one of those people.  Do you see it?

220:7   A. Yes, I do see that.

220:8   Q. And one of them was obviously Dr. Dykstra;

220:9 right?

220:10   A. That's right.

220:11   Q. And it says right underneath all their

220:12 signatures, the signatures above indicate concurrence

220:13 with this consensus report; right?

220:14   A. That's correct.

220:15   Q. And if we turn to Section E in this

220:16 report, there is a classification of glyphosate.  Do

220:17 you see that?

| REEVES_COMBINED_03 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

220:18   A. I do see that.

220:19   Q. And it reads in accordance with EPA

220:20 proposed guidelines, the panel has classified

220:21 glyphosate as a Category C oncogen.

220:22 Do you see that?

220:23   A. I do see that.

222:4 - 222:5   **Reeves, William 01-23-2019 (00:00:06)**   REEVES_COMBINED_03.19

222:4   Q. I'm giving you Exhibit 28.  This is an   clear - EXHIBIT 506,1.1

222:5 internal Monsanto document.

222:13 - 223:23   **Reeves, William 01-23-2019 (00:01:12)**   REEVES_COMBINED_03.20

222:13   Q. So this is an internal Monsanto document.   EXHIBIT 506,1.2

222:14 It's dated February 22nd, 1985; correct?

222:15   A. Yes, that's correct.

222:16   Q. So this is after that February 11th, 1985,

222:17 consensus meeting; correct?

222:18   A. That's correct.

222:19   Q. And this was a document prepared in the

222:20 regular course of Monsanto's business; correct?

222:21   A. That's correct.

222:22   Q. And it says right here regarding meeting

222:23 February 21st, 1985.  Do you see that?

222:24   A. I do see that.

223:1   Q. And it appears that there were different

223:2 people who were present at that meeting; right?

223:3   A. Yes, it lists a group of people.

223:4   Q. And it looks like there was people from

223:5 the EPA?

223:6   A. That's correct.

223:7   Q. And there were Monsanto employees;

223:8 correct?

223:9   A. That's correct.

223:10   Q. And one person by the name of Fred

223:11 Johannsen?

223:12   A. Yes, I see that name.

223:13   Q. And his initials would be F.J.; right?

223:14   A. Yes, that's correct.

223:15   Q. And in the document, it says the meeting   EXHIBIT 506,1.3

223:16 mood was relaxed, informal, and open.  The toxicology

223:17 branch had decided on a course of action on February

223:18 11th.

| | REEVES_COMBINED_03 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 223:19 Do you see that? | |
| | 223:20   A. I do see that. | |
| | 223:21   Q. That's referring specifically to that | |
| | 223:22 consensus document we just looked at? | |
| | 223:23   A. Yes. | REEVES_COMBINED_03.21 |
| 224:18 - 226:9 | **Reeves, William 01-23-2019 (00:01:17)** | |
| | 224:18   Q. But anyway, if you turn the page, there is | EXHIBIT 506.2.1 |
| | 224:19 a section that says concerns of toxicology branch. | EXHIBIT 506.2.3 |
| | 224:20 Do you see that? | |
| | 224:21   A. Yes, I see that. | |
| | 224:22   Q. And it says Dr. Farber opened the meeting | EXHIBIT 506.2.4 |
| | 224:23 by reciting the conclusions of the toxicology branch | |
| | 224:24 internal peer review.  Do you see that? | |
| | 225:1   A. I do see that. | |
| | 225:2   Q. And he says oncogenic in mouse, IARC | EXHIBIT 506.2.5 |
| | 225:3 ranking C.  Do you see that? | |
| | 225:4   A. I do see that. | |
| | 225:5   Q. Possible human carcinogen, one of the | EXHIBIT 506.2.6 |
| | 225:6 weaker ones by that system.  Do you see that? | |
| | 225:7   A. Yes, I do. | |
| | 225:8   Q. Company's letter was too weak to be | EXHIBIT 506.2.7 |
| | 225:9 convincing.  Did I read that right? | |
| | 225:10   A. Yes, you did. | |
| | 225:11   Q. Biologically significant rare tumors.  Do | EXHIBIT 506.2.8 |
| | 225:12 you see that? | |
| | 225:13   A. I do see that. | |
| | 225:14   Q. Statistically significant at an .05 level, | EXHIBIT 506.2.9 |
| | 225:15 cited Tyrone at NTP.  Do you see that? | |
| | 225:16   A. I do see that. | |
| | 225:17   Q. And NTP, that's the national toxicology | |
| | 225:18 program? | |
| | 225:19   A. That's correct. | |
| | 225:20   Q. Historical controls not helpful.  Do you | EXHIBIT 506.2.10 |
| | 225:21 see that? | |
| | 225:22   A. I do see that. | |
| | 225:23   Q. And then it says will ask to resection | EXHIBIT 506.2.11 |
| | 225:24 tissues, consider crystal formation, et cetera; right? | |
| | 226:1   A. I do see that. | |
| | 226:2   Q. And then if we turn to the next page, Page | EXHIBIT 506.3.1 |
| | 226:3 3.  Are you there, sir? | |

| Page/Line | Source | ID |
|---|---|---|

226:4   A. Yes, I am.
226:5   Q. And then starting in the second paragraph,
226:6 F.J. summarized Monsanto's position forcefully and
226:7 well.
226:8 Do you see that?
226:9   A. I do see that.

EXHIBIT 506.3.2

**227:3 - 228:2**   **Reeves, William 01-23-2019 (00:01:06)**   REEVES_COMBINED_03.22

EXHIBIT 506.3.3

227:3   Q. So below that it says I asked
227:4 Dr. Farber if he had heard anything today that would
227:5 cause him to desire an additional meeting with Monsanto
227:6 scientists.  He said no.
227:7 Do you see that?
227:8   A. I do see that.
227:9   Q. I asked if F.J. -- I asked F.J. if he had   EXHIBIT 506.3.4
227:10 detected any areas where we would obviously want to
227:11 come in quickly and discuss.  He said no.
227:12 Do you see that?
227:13   A. I do see that.
227:14   Q. And if you go down, there is a paragraph   EXHIBIT 506.3.5
227:15 that reads F.J.  do you see that?
227:16   A. There are a few.  Can you go ahead?
227:17   Q. Yeah, just go down the paragraph that
227:18 begins F.J. asked.
227:19   A. Okay.
227:20   Q. It says F.J. asked, quote, short of a new
227:21 study or finding tumors in the control groups, what can
227:22 we do to get this thing off Group C?
227:23 Do you see that?
227:24   A. Just making sure I understand the full
228:1 context of what they're talking about here.  All right.
228:2 Yes, I do see that.

**228:11 - 228:14**   **Reeves, William 01-23-2019 (00:00:11)**   REEVES_COMBINED_03.23

228:11 But it appears here that in a meeting with
228:12 the EPA, F.J. asked that short of finding a tumor in
228:13 the control group, what would get this thing off Group
228:14 C; correct.

**228:17 - 229:10**   **Reeves, William 01-23-2019 (00:00:36)**   REEVES_COMBINED_03.24

228:17   A. He also asked -- so the full statement is
228:18 short of a new study, so he's asking either a new study
228:19 or if there was something else in the control groups.

| Page/Line | Source | ID |
|---|---|---|

REEVES_COMBINED_03

228:20 That's what he's saying here.
228:21   Q. (By Mr. Wisner)  That's right.  At this
228:22 point, the data from Bio/dynamics and the data that the
228:23 EPA reviewed didn't have any tumors in the control
228:24 group for the kidneys; right?
229:1   A. They did not, and there's a mention up
229:2 here of an agreement -- or a suggestion to relook at
229:3 tissues.
229:4   Q. Yeah, they're going to resection them;
229:5 right?
229:6   A. Resection, let's take a look.
229:7   Q. That's right.  But as of -- I mean, he's
229:8 straight-up speculating, short of finding a new tumor,
229:9 what's going to get it off Group C?  That's what he
229:10 says.

**229:13 - 229:14**   **Reeves, William 01-23-2019 (00:00:02)**   REEVES_COMBINED_03.25

229:13   A. That's not all that's there in that
229:14 statement.

**241:7 - 242:1**   **Reeves, William 01-23-2019 (00:00:50)**   REEVES_COMBINED_03.26
clear

241:7   Q. (By Mr. Wisner)  So following this study
241:8 and following that conversation that Monsanto had
241:9 with the EPA that we discussed earlier, Monsanto hired
241:10 a guy by the name of Dr. Marvin Kuschner; correct?
241:11   A. My understanding is that, yes, we did hire
241:12 Dr. Kuschner.
241:13   Q. What was the purpose of Monsanto hiring
241:14 him?
241:15   A. He was a pathologist.
241:16   Q. What did you want him to do?
241:17   A. A pathologist's job is to look at tissues
241:18 from animal studies to understand is there evidence
241:19 here of some disease outcome.  Specifically Dr.
241:20 Kuschner looked at slides from this mouse study to
241:21 determine whether or not they were analyzed correctly
241:22 to begin with.
241:23   Q. And you would agree it would be highly
241:24 unscientific for him to have an opinion about what
242:1 those slides say before looking at them?

**242:4 - 242:13**   **Reeves, William 01-23-2019 (00:00:15)**   REEVES_COMBINED_03.27

242:4   A. Is there a document that you would like to

| Page/Line | Source | ID |
|---|---|---|

**REEVES_COMBINED_03**

242:5 discuss?

242:6  Q. (By Mr. Wisner)  I'm asking you an

242:7 opinion.  It has nothing to do with a document.

242:8  A. I'm sorry, I can't guess at the answer to

242:9 what you're asking about.  If you have a document, I'd

242:10 be happy to review it.

242:11 MR. WISNER:  Okay, I'm going to have him

242:12 reask the question, and we'll see if you can answer it;

242:13 okay.

**242:14 - 242:15   Reeves, William 01-23-2019 (00:00:06)**   REEVES_COMBINED_03.28

242:14 [The pending question was read.

242:15 by the reporter.]

**242:18 - 242:24   Reeves, William 01-23-2019 (00:00:09)**   REEVES_COMBINED_03.29

242:18  A. So what I'm saying is if you have a

242:19 document discussing Dr. Kuschner's views, I'd be happy

242:20 to look at it.

242:21  Q. (By Mr. Wisner)  So you can't answer that

242:22 question without seeing a document?

242:23  A. I would like to see the document you're

242:24 referring to.

**243:22 - 244:1   Reeves, William 01-23-2019 (00:00:13)**   REEVES_COMBINED_03.30

243:22 So my question is this, sir.  Is it

243:23 Monsanto's opinion that it would be appropriate for Dr.

243:24 Kuschner to have an opinion about those slides before

244:1 seeing them.

**244:5 - 244:8   Reeves, William 01-23-2019 (00:00:04)**   REEVES_COMBINED_03.31

244:5  A. If you have a document describing Dr.

244:6 Kuschner's views, I'd be happy to look at it.

244:7  Q. (By Mr. Wisner)  So you can't answer that

244:8 question?

**244:10 - 244:13   Reeves, William 01-23-2019 (00:00:07)**   REEVES_COMBINED_03.32

244:10  A. Again, if you have a document describing

244:11 Dr. Kuschner's views, I'd be happy to look at it.

244:12  Q. (By Mr. Wisner)  Sir, please answer my

244:13 question.  Can you answer the question or not?

**244:16 - 244:20   Reeves, William 01-23-2019 (00:00:14)**   REEVES_COMBINED_03.33

244:16  A. I'd be happy to discuss any document you

244:17 have describing Mr. -- Dr. Kuschner's views.

244:18 MR. WISNER:  Okay.  So I'm just going to

244:19 make a formal objection that this witness has not

| REEVES_COMBINED_03 | |
| --- | --- |

| Page/Line | Source | ID |
| --- | --- | --- |

244:20 responded to my question.

| 244:21 - 244:21 | **Reeves, William 01-23-2019 (00:00:01)** | REEVES_COMBINED_03.34 |

244:21  Q. (By Mr. Wisner)  Hand you Exhibit 30.

| 246:3 - 246:12 | **Reeves, William 01-23-2019 (00:00:11)** | REEVES_COMBINED_03.35 |

246:3  Q. You recognize this document?

246:4  A. Yes, I do.

246:5  Q. Seen it before?

246:6  A. Yes, I have.

246:7  Q. This is an internal Monsanto document

246:8 dated April 3rd, 1985; correct?

246:9  A. That's correct.

246:10  Q. So this is after that meeting with the

246:11 EPA?

246:12  A. That's correct.

EXHIBIT 506.1.1

EXHIBIT 506.1.2

| 248:4 - 248:6 | **Reeves, William 01-23-2019 (00:00:05)** | REEVES_COMBINED_03.36 |

EXHIBIT 506.1.2

248:4  Q. And this document was created in the

248:5 regular course of Monsanto's business; correct?

248:6  A. That's correct.

| 248:11 - 249:4 | **Reeves, William 01-23-2019 (00:00:41)** | REEVES_COMBINED_03.37 |

EXHIBIT 506.1.3

248:11  Q. And it reads, starting in the second

248:12 paragraph, senior management at EPA is reviewing a

248:13 proposal to classify glyphosate as a Class C possible

248:14 human carcinogen because of kidney adenomas in male

248:15 mice.

248:16 Do you see that.

248:17  A. I do see that.

248:18  Q. Dr. Marvin Kuschner will review kidney

248:19 sections and present his evaluation of them to the

248:20 EPA -- I'm sorry, to EPA in an effort to persuade the

248:21 agency that the observed tumors are not related to

248:22 glyphosate.

248:23 Do you see that.

248:24  A. I do see that.

249:1  Q. So as of April 3rd, 1985, Monsanto is

249:2 going to be hiring Dr. Kuschner is an effort to

249:3 persuade the agency that the tumors are not related to

249:4 glyphosate?

EXHIBIT 506.1.4

| 249:7 - 249:15 | **Reeves, William 01-23-2019 (00:00:29)** | REEVES_COMBINED_03.38 |

249:7  A. Yeah, I can't really speak to what Dr.

249:8 George Levinskas had in mind when he hired Dr.

| Page/Line | Source | ID |
|---|---|---|

REEVES_COMBINED_03

249:9 Kuschner.  His statement here is to T. F. Evans.  I
249:10 don't know what his conversation was with Dr. Kuschner.
249:11   Q. (By Mr. Wisner)  I mean, we could
249:12 speculate, or we could read what he says; right?  He
249:13 straight-up says right here in an effort to persuade
249:14 the agency that the observed tumors are not related to
249:15 glyphosate.  That's what it says; right?

**249:18 - 250:1**    **Reeves, William 01-23-2019 (00:00:13)**    REEVES_COMBINED_03.39

249:18   A. Again, these are words from George
249:19 Levinskas to T. F. Evans.  Nothing here tells me what
249:20 the conversation was with Dr. Kuschner.
249:21   Q. (By Mr. Wisner)  So that's April 3rd,
249:22 1985; right?
249:23   A. That's correct.
249:24   Q. I'm handing you Exhibit 31.    clear
250:1 [Exhibit 31 marked for identification.]

**250:2 - 251:4**    **Reeves, William 01-23-2019 (00:01:11)**    REEVES_COMBINED_03.40

250:2   Q. Have you seen this document before, sir?    EXHIBIT 309.1.1
250:3   A. Yes, I have.
250:4   Q. This is a document dated April 3rd, 1985;    EXHIBIT 309.1.2
250:5 right?
250:6   A. That's correct.
250:7   Q. Same date as the document we just looked
250:8 at?
250:9   A. That's correct.
250:10   Q. And it's a letter addressed to Dr. Marvin
250:11 Kuschner; correct?
250:12   A. Just make sure.  It is directed -- it is
250:13 addressed to Dr. Kuschner.
250:14   Q. And it's from someone at the Bio/dynamics
250:15 lab?
250:16   A. Yeah, this is Knezevich, so this is one of
250:17 the authors, I believe, of the mouse study.
250:18   Q. And he says he's sending slides to -- God    EXHIBIT 309.1.3
250:19 bless you.  He says here that he's sending slides to
250:20 Dr. Kuschner at the request of Dr. Long of Monsanto;
250:21 right?
250:22   A. That's correct.
250:23   Q. If you have any questions concerning the
250:24 shipment, please do not hesitate to contact me.

| REEVES_COMBINED_03 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

251:1 Do you see that.

251:2   A. Yes.  He also acknowledges that he -- it

251:3 contains slides of all kidney sections from all animals

251:4 in the reference study.

251:14 - 251:21   **Reeves, William 01-23-2019 (00:00:28)**   REEVES_COMBINED_03.41

251:14   Q. So if we compare the dates of the letter

251:15 from Exhibit 30 and -- sorry -- the letter, which is   EXHIBIT 508.1.5

251:16 Exhibit 31, with the memo from Monsanto, it appears

251:17 that on the very date that Mr. Levinskas is saying that

251:18 they're going to have Dr. Marvin Kuschner help them

251:19 persuade the agency that the observed tumors are   EXHIBIT 509.1.2

251:20 not related to glyphosate, they're actually sending the

251:21 slides to Dr. Kuschner?

251:24 - 252:7   **Reeves, William 01-23-2019 (00:00:21)**   REEVES_COMBINED_03.42

251:24   A. So the date of the letter from George

252:1 Levinskas to T. F. Evans is the same as the date of the

252:2 letter from Bio/dynamics to Dr. Kuschner.

252:3   Q. (By Mr. Wisner)  So unless George   clear

252:4 "Kevinskas" somehow could see into the future, how

252:5 could he possibly know that Dr. Kuschner would help

252:6 them persuade the agency that the tumors were not

252:7 related to the glyphosate?

252:10 - 253:21   **Reeves, William 01-23-2019 (00:01:19)**   REEVES_COMBINED_03.43

252:10   A. I can't guess as to what was in George

252:11 Levinskas's thoughts at that time.

252:12   Q. (By Mr. Wisner)  Beyond what he wrote?

252:13   A. Yeah, all we have is what he wrote.  We

252:14 don't know that that's the conversation he had with Dr.

252:15 Knezevich or Dr. Kuschner.

252:16   Q. And if we look right here, at the back of   EXHIBIT 509.2.1

252:17 it is a laboratory receipt.  You see that?

252:18   A. Yes, I do see that.

252:19   Q. And we have a sign -- it's signed by   EXHIBIT 509.2.2

252:20 Marvin Kuschner?

252:21   A. Yes.

252:22   Q. And it's actually on April 14th, 1985;

252:23 right?

252:24   A. That's correct.

253:1   Q. It's 11 days after the memo by Mr.

253:2 Levinskas?

| Page/Line | Source | ID |
|---|---|---|

REEVES_COMBINED_03

253:3   A. Yes, that's correct.

253:4   Q. So subsequent to this, Dr. Kuschner

253:5 reviewed the kidney tumor slides; right?

253:6   A. Yes, that is correct.

253:7   Q. And he --

253:8   A. He actually looked at slides from all the

253:9 kidneys --

253:10   Q. That's right.

253:11   A. -- just to understand if they were any.

253:12   Q. And he discovered a tumor in the control

253:13 group; correct?

253:14   A. In addition to some others, yes.

253:15   Q. And Monsanto then had him prepare a

253:16 report, and they submitted that report to the EPA;

253:17 correct?

253:18   A. Yes.  And that report showed the

253:19 additional tumor in the control groups as well as some

253:20 additional tumors that he found in the treated groups

253:21 as well.

**254:20 - 254:20**   **Reeves, William 01-23-2019 (00:00:02)**   REEVES_COMBINED_03.44

254:20   Q. I'm handing you Exhibit 32 to your

**254:21 - 255:4**   **Reeves, William 01-23-2019 (00:00:16)**   REEVES_COMBINED_03.45

EXHIBIT 516.1.1

254:21 deposition, sir.  Have you seen this document before?

254:22   A. Yes, I have.

254:23   Q. This is an internal Monsanto memorandum;   EXHIBIT 516.1.2

254:24 correct?

255:1   A. Yes, it is.

255:2   Q. Provided -- prepared by or signed by Mr.

255:3 Gingerich?

255:4   A. Yes, Lyle Gingerich.

**255:7 - 256:6**   **Reeves, William 01-23-2019 (00:00:51)**   REEVES_COMBINED_03.46

255:7 He was the same person who prepared the

255:8 memo regarding the EPA's meeting with Monsanto.

255:9   A. That's correct.

255:10   Q. This is dated August 20th, 1985.  Do you

255:11 see that?

255:12   A. Yes, I see that.

255:13   Q. And the first sentence of this memo reads   EXHIBIT 516.1.3

255:14 if the results of the kidney resectioning do not

255:15 resolve the glyphosate issue with an OPP, we will be

| REEVES_COMBINED_03 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

255:16 faced with an adverse OPP decision.

255:17 Do you see that.

255:18   A. I do see that.

255:19   Q. And OPP is a division within EPA that

255:20 stands for office of pesticide programs; correct?

255:21   A. That's correct.

255:22   Q. It is likely that OPP will ask the SAP for

255:23 concurrence in this determination that there is a

255:24 treatment-related effect in the glyphosate mouse study.

256:1 Do you see that.

256:2   A. I do see that.

256:3   Q. And the SAP is a scientific advisory

256:4 panel; right?

256:5   A. That is my understanding of how they use

256:6 that term.

EXHIBIT 510.1.4

**256:12 - 256:15**   **Reeves, William 01-23-2019 (00:00:06)**   REEVES_COMBINED_03.47

256:12 The SAP is a group of scientists that

256:13 review things for the EPA.

256:14   A. That's right, who don't work for the

256:15 agency.

**257:21 - 258:1**   **Reeves, William 01-23-2019 (00:00:10)**   REEVES_COMBINED_03.48

EXHIBIT 510.1.5

257:21   Q. In any event, Mr. Gingerich is talking

257:22 about changing the focus of the SAP to that question;

257:23 correct?

257:24   A. That is the question that Mr. Gingerich is

258:1 asking in this letter.

**258:8 - 259:1**   **Reeves, William 01-23-2019 (00:00:46)**   REEVES_COMBINED_03.49

EXHIBIT 510.1.6

258:8   Q. And he goes, if so, I recommend we bring

258:9 all 10 of the toxicologists to the SAP meeting.  There

258:10 is a tendency to, quote, count the votes, end quote, at

258:11 SAP meetings.  We can make a difference by lining up a

258:12 large number of experts on our side.

258:13 Do you think -- you see that.

258:14   A. I do see that.

258:15   Q. And then it goes on, Dr. Moore and Dr.

258:16 Farber may be misreading the consensus of their

258:17 professional colleagues on this issue.  With the

258:18 importance of this decision to Monsanto, I don't think

258:19 we can leave any doubts in the minds of the EPA or SAP

258:20 of what the consensus of the professional toxicologists

EXHIBIT 510.1.7

| Page/Line | Source | ID |
|---|---|---|

258:21 is on this issue.

258:22 Do you see that.

258:23   A. I do see that.

258:24   Q. So this appears to be a strategy to line

259:1 up a series of experts to appear at the SAP; correct?

**259:4 - 259:8**   **Reeves, William 01-23-2019 (00:00:16)**   REEVES_COMBINED_03.50

EXHIBIT 510.1.8

259:4   A. What he does is he starts -- Lyle

259:5 Gingerich has set up this question of are there 10

259:6 respected toxicologists who agree with us, and then he

259:7 goes on to speculate about what you could do if you had

259:8 such a group, and so that's really all he's doing.

**259:22 - 260:2**   **Reeves, William 01-23-2019 (00:00:15)**   REEVES_COMBINED_03.51

259:22 Monsanto believed at this time that it was

259:23 important to identify and contact these potential

259:24 experts and make sure that they could testify on behalf

260:1 of Monsanto at the EPA and at the SAP to say that

260:2 glyphosate's not oncogenic; correct.

**260:5 - 260:7**   **Reeves, William 01-23-2019 (00:00:08)**   REEVES_COMBINED_03.52

260:5   A. Yeah, I would be guessing as to whether or

260:6 not Monsanto at this time shared the opinion of Dr.

260:7 Gingerich.  He's expressing his own views here.

**263:1 - 263:3**   **Reeves, William 01-23-2019 (00:00:06)**   REEVES_COMBINED_03.53

578.97

263:1   Q. (By Mr. Wisner)  Just handed you Exhibit

263:2 33.  Please let me know when you feel free you can talk

263:3 about it.

**263:4 - 264:6**   **Reeves, William 01-23-2019 (00:00:53)**   REEVES_COMBINED_03.54

263:4 [Exhibit 33 marked for identification.]

263:5   A. All right.

263:6   Q. You had a chance to review it?

263:7   A. Yes, I have.

263:8   Q. So this is an internal Monsanto document;

263:9 correct?

263:10   A. That's correct.

263:11   Q. It's dated August 28th, 1985?

263:12   A. That's correct.

263:13   Q. Six days after the last document we saw?

263:14   A. That's correct.

263:15   Q. And this was a document that was prepared

263:16 in Monsanto's regular and ordinary course of business?

263:17   A. That's correct.

| Page/Line | Source | ID |
|---|---|---|

REEVES_COMBINED_03

263:18   Q. And it appears, if you look at the back,

263:19 to be written by a person named Frank Serdy?

263:20   A. Yes, that's correct.

263:21   Q. Do you recall who Frank Serdy was?

263:22   A. My understanding is that Frank Serdy was

263:23 in our toxicology group.

263:24   Q. And he's writing to Tim Long.  Do you see

264:1 that?

264:2   A. Or act -- you know what, I believe he may

264:3 have been in government affairs.  So we'd have to -- we

264:4 could double-check on that.

264:5   Q. Well, he worked at Monsanto; right?

264:6   A. He was a Monsanto employee, yes.

**264:9 - 266:11**   **Reeves, William 01-23-2019 (00:02:04)**

264:9   Q. And he writes the news you relayed to us

264:10 on the preliminary results of the resections was very

264:11 encouraging.  We continue to believe that the result of

264:12 all of these effort will be that glyphosate is not

264:13 shown to be oncogenic.

264:14 Do you see that.

264:15   A. That's correct.

264:16   Q. And then he goes on, we now feel it is

264:17 important to begin to make plans and begin to prepare

264:18 our strategy on how we will both submit the results and

264:19 respond if the EPA does not accept our results.

264:20 Do you see that.

264:21   A. I do see that.

264:22   Q. We ask your cooperation with the

264:23 following, colon.  Do you see that, sir?

264:24   A. I do see that.

265:1   Q. So it appears that he's going to discuss

265:2 Monsanto's plans and strategies; right?

265:3   A. He says it's to begin to make -- it is

265:4 important to begin to make plans, begin to prepare our

265:5 strategy.

265:6   Q. So he's talking about plans and strategy;

265:7 right?

265:8   A. Yes, he is talking about plans and

265:9 strategies.

265:10   Q. Number 1, we continue to feel it is

| Page/Line | Source | ID |
|---|---|---|

REEVES_COMBINED_03

265:11 important to identify and contact those outside, quote,
265:12 experts, unquote, who we feel would testify on our
265:13 behalf both to EPA and SAP that, based on the results,
265:14 glyphosate is not oncogenic.
265:15 Do you see that.
265:16   A. Yes, I do.
265:17   Q. And then Number 2, we do not have a lot of
265:18 faith that, presented with the same evidence, Ted
265:19 Farber will want to back off and change his mind.
265:20 Did I read that right.
265:21   A. That is correct.
265:22   Q. Ted Farber, he was the head of the OPP at
265:23 the EPA; correct?
265:24   A. I'd have to go back and check.  He was --
266:1 I know he was with the EPA.
266:2   Q. He was somebody with the EPA?
266:3   A. He was with the EPA.
266:4   Q. Hence we feel that it is equally as
266:5 important to identify and contact, quote, experts,
266:6 unquote, in the area of statistics who would be willing
266:7 to testify both to the EPA and SAP that 1-0-1-3 cannot
266:8 be considered significant.  Also we will need opinions
266:9 on the proper way to handle historical controls.
266:10 Do you see that.
266:11   A. I do see that.

**269:11 - 270:3**    **Reeves, William 01-23-2019 (00:00:38)**

269:11   Q. (By Mr. Wisner)  All right, Doctor, I've
269:12 handed you a document, Exhibit 34 to your deposition.
269:13 Do you recognize this document?
269:14 [Exhibit 34 marked for identification.]
269:15   A. Yes, I do.
269:16   Q. This is a document.  It's been produced by
269:17 Monsanto in this litigation, and it's in a memo from
269:18 the Environmental Protection Agency.  Do you see that?
269:19   A. I do see that.
269:20   Q. And it's dated December 12th, 1985; right?
269:21   A. That's correct.
269:22   Q. So this is after those internal memos that
269:23 we reviewed from Monsanto; correct?
269:24   A. Yes.

| REEVES_COMBINED_03 | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

270:1  Q. And as you can see, it is from William

270:2 Dykstra, a PhD at the EPA?

270:3  A. That's correct.

**270:10 - 274:5**    **Reeves, William 01-23-2019 (00:03:40)**    REEVES_COMBINED_03.57

270:10  Q. And this was a document that Monsanto had

270:11 obviously reviewed and considered as part of its

270:12 understanding of the regulatory history of Roundup?

270:13  A. That's correct.

270:14  Q. Background.  Glyphosate was considered    EXHIBIT 512.1.3

270:15 oncogenic in male mice, causing renal tubule adenomas,

270:16 a rare tumor, in a dose-related manner.  The incidence

270:17 of this tumor was zero, zero, one, and three in the

270:18 control, low-, mid-, and high-dose groups respectively.

270:19 Do you see that?

270:20  A. Yes, I do.

270:21  Q. And this is what this is referring to --

270:22 is typically in these sort of animal carcinogenicity

270:23 studies, there are four separate groups; right?

270:24  A. Yes, that's typical.

271:1  Q. The first group is the control group;

271:2 right?

271:3  A. That's right.

271:4  Q. They don't get exposed to the chemical?

271:5  A. That's right.

271:6  Q. And then you have a low-dose, a mid-dose,

271:7 and a high-dose group; right?

271:8  A. That's correct.

271:9  Q. And one of the things you're looking at

271:10 is, because it's in a laboratory, everything is highly

271:11 controlled -- you use that control to sort of compare

271:12 the rodents that are exposed to the chemical to the

271:13 ones that are not; right?

271:14  A. That's correct.

271:15  Q. And this reference to zero, zero, one,

271:16 three, that's referring to the incidence of the kidney

271:17 tumors that we were discussing in the original review?

271:18  A. That's correct.

271:19  Q. And it goes on.  Additional evaluation of    EXHIBIT 512.1.4

271:20 all original renal sections identified a small renal

271:21 tubular in one control male, Animal Number 1028, which

REEVES_COMBINED_03

| Page/Line | Source | ID |
|---|---|---|

271:22 was not diagnosed as such in the original pathology

271:23 report.

271:24 Do you see that?

272:1   A. Yes, I do.

272:2   Q. Subsequently -- sorry -- so it's talking

272:3 about the identification of this new tumor in -- sorry,

272:4 I shouldn't say new tumor.  I'm not trying to

272:5 suggest -- so what he's saying here is they've

272:6 identified a potential tumor in the control group;

272:7 correct?

272:8   A. Yes, that they have -- essentially when

272:9 they went back, they looked at the control animals,

272:10 looked at their kidneys, they found an additional tumor

272:11 there that they had not noticed previously.

272:12   Q. Goes on, subsequently, toxicology

272:13 branch recommended that additional renal sections be

272:14 cut and evaluated from all control in

272:15 glyphosate-treated male mice.  See that?

272:16   A. Yes, I do.

272:17   Q. And so that's your understanding?  The EPA

272:18 went back and recut all of the tissues in the kidneys

272:19 for the male mice.

272:20   A. They made that actually a requirement for

272:21 Monsanto.  So we had the laboratory -- let's resection

272:22 these tissues and then have a pathology working group

272:23 take a look at them.

272:24   Q. This review contains the evaluation of the

273:1 submitted results of the additional sectioning in

273:2 pathological data.  See that?

273:3   A. I do see that.

273:4   Q. On the second page is the conclusion.  Do

273:5 you see that?

273:6   A. Yes, I do see that.

273:7   Q. The results of the additional pathological

273:8 evaluation on recut kidney sections in male mice

273:9 demonstrated no additional tumors were present.  Do you

273:10 see that?

273:11   A. I do see that.

273:12   Q. And then if you go down, you see the

273:13 actual review section of his document.  You see that?

| Page/Line | Source | ID |
|---|---|---|

**REEVES_COMBINED_03**

273:14   A. I do see that.
273:15   Q. And again, it reflects zero in the
273:16 control, zero in the low dose, one in the mid dose, and
273:17 three in the high dose; correct?
273:18   A. I do see that.
273:19   Q. And then it goes, the additional tumor in
273:20 the control group, which had been diagnosed from the
273:21 reevaluation of the original slides, was not present in
273:22 the recut kidney sections.  Do you see that?
273:23   A. I do see that statement.
273:24   Q. So they went back and they recut it and
274:1 they didn't see this tumor in the control group?
274:2   A. That's right.  So this is prior to the
274:3 path -- the -- yeah, the independent pathology working
274:4 group, who looked at the slides without any information
274:5 about which one was which.

EXHIBIT 512.2.3

**274:6 - 274:8**   **Reeves, William 01-23-2019 (00:00:05)**

REEVES_COMBINED_03.58

clear

274:6   Q. So as Monsanto predicted, there was in
274:7 fact a scientific advisory panel convened; correct?
274:8   A. Yes.  And this was following the discovery

**274:9 - 274:10**   **Reeves, William 01-23-2019 (00:00:06)**

REEVES_COMBINED_03.59

274:9 by the pathology working group, and their conclusion
274:10 that indeed these tumors were there.

**275:4 - 275:19**   **Reeves, William 01-23-2019 (00:00:40)**

REEVES_COMBINED_03.60

275:4   Q. And just for the jury's understanding, a
275:5 scientific advisory panel -- what happened there was
275:6 various people testified about this issue related to
275:7 the mouse study?
275:8   A. So I can speak to generally at a science
275:9 advisory panel, EPA brings independent scientists in,
275:10 they want them to essentially conduct a peer review of
275:11 the agency's work and then provide feedback on what
275:12 needs improvement, clarification, anything like that.
275:13   Q. Exactly.  And at this meeting, Monsanto
275:14 sends people to represent its interests; right?
275:15   A. Yes.  Anyone they send -- anyone may go
275:16 and comment publicly.
275:17   Q. Exactly.  And then the EPA sends
275:18 scientists as well to testify?
275:19   A. That's correct.

| REEVES_COMBINED_03 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 283:6 - 283:16 | **Reeves, William 01-23-2019 (00:00:18)** | REEVES_COMBINED_03.61 |
| | 283:6   Q. This is a guidance document for | EXHIBIT 514.1.1 |
| | 283:7 glyphosate; right? | |
| | 283:8   A. Yes. | |
| | 283:9   Q. From the EPA? | |
| | 283:10   A. That is correct. | |
| | 283:11   Q. Dated June 1986; right? | EXHIBIT 514.1.2 |
| | 283:12   A. That's correct. | |
| | 283:13   Q. Just about five months after the SAP | |
| | 283:14 meeting? | |
| | 283:15   A. Let me just make sure of the date.  About | |
| | 283:16 four months. | |
| 285:4 - 285:4 | **Reeves, William 01-23-2019 (00:00:01)** | REEVES_COMBINED_03.62 |
| | 285:4   Q. Turn to Page 6.  You there? | EXHIBIT 514.10.1 |
| 285:5 - 288:4 | **Reeves, William 01-23-2019 (00:02:44)** | REEVES_COMBINED_03.63 |
| | 285:5   A. Yes, I am. | |
| | 285:6   Q. And this is describing the mouse study; | |
| | 285:7 right? | |
| | 285:8   A. At the very top? | |
| | 285:9   Q. Yeah.  The first paragraph. | |
| | 285:10   A. Yes. | |
| | 285:11   Q. It goes on.  It says the chronic | EXHIBIT 514.10.2 |
| | 285:12 feeding/oncogenicity study in mice tested dosages of | |
| | 285:13 1,000, 5,000, and 30,000 parts per million.  Glyphosate | |
| | 285:14 produced an equivocal oncogenic response in the mouse, | |
| | 285:15 causing a slight increase in the incidence of renal | |
| | 285:16 tubular adenomas -- benign tumor in the kidney -- in | |
| | 285:17 males at the highest dose treated of 30,000 PPM.  See | |
| | 285:18 that? | |
| | 285:19   A. Yes, I do. | EXHIBIT 514.10.3 |
| | 285:20   Q. Toxicology branch ad hoc oncogenicity | |
| | 285:21 committee tentatively classified glyphosate as a Class | |
| | 285:22 C oncogen.  See that? | |
| | 285:23   A. I do see that. | |
| | 285:24   Q. The studies were reexamined by a | |
| | 286:1 consulting pathologist and data were submitted | |
| | 286:2 indicating that an additional kidney tumor had been | |
| | 286:3 found in the control males.  No renal tumors were found | |
| | 286:4 in controls in the original examination.  You see that? | |
| | 286:5   A. Yes, I do. | |

| Page/Line | Source | ID |
|---|---|---|

286:6   Q. And that consulting pathologist was Dr.

286:7 Kuschner; right?

286:8   A. Yes.

286:9   Q. The agency then requested that additional

286:10 kidney sections from the mouse study be prepared and

286:11 examined.  You agree with that; right?

286:12   A. I do see that, yes.

286:13   Q. The resultant microslides were examined by

286:14 a number of pathologists.  Those examinations revealed

286:15 no additional tumors, but confirmed the presence of the

286:16 tumors identified in the original study report.

286:17 Do you see that?

286:18   A. I do see that.

286:19   Q. The apparent lesion in the control kidney

286:20 was not present in any of the additional sections.

286:21 After examination of the slides, the agency concluded

286:22 that this lesion did not represent a pathologically

286:23 significant change.

286:24 Do you see that?

287:1   A. I do see that.

287:2   Q. So that was the agency's conclusion about

287:3 this tumor in the control slide?

287:4   A. Yeah, this is their account of the

287:5 historical information regarding that.

287:6   Q. So then it goes on in the bottom paragraph

287:7 specifically discussing the SAP.  Do you see that?

287:8   A. I do see that.

287:9   Q. And if you turn to the next page, this is

287:10 what I wanted to get at.  Let me know when you're

287:11 ready.

287:12   A. Yes, I am.

287:13   Q. It reads, after consideration of the

287:14 expert opinion of the SAP and reconsideration of all

287:15 relevant data for this compound, in particular the

287:16 statistical assessment provided by the SAP, the agency

287:17 agrees that available data are not sufficient to

287:18 adequately address the question of whether the apparent

287:19 effects noted in the mouse study are biologically

287:20 relevant.  Therefore, in order to fully address this

287:21 question, the agency is requiring that this study be

EXHIBIT 514.10.4

EXHIBIT 514.10.5

EXHIBIT 514.10.6

EXHIBIT 514.11.1

EXHIBIT 514.11.2

| | REEVES_COMBINED_03 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

287:22 repeated with a larger number of animals in each test
287:23 group so that the statistical power of the study is
287:24 increased.
288:1 Do you see that?
288:2   A. I do see that.
288:3   Q. So the agency did in fact require an
288:4 additional study?

288:7 - 288:8 **Reeves, William 01-23-2019 (00:00:02)**   REEVES_COMBINED_03.64

288:7   A. So what they're saying is the agency is
288:8 requiring.

288:10 - 288:17 **Reeves, William 01-23-2019 (00:00:20)**   REEVES_COMBINED_03.65
   clear

288:10   A. Well, it would come in the forms -- so
288:11 earlier on this document discusses data call-in, so
288:12 that's the mechanism by which they would do it.  This
288:13 could be -- this document would be recounting perhaps
288:14 conversations that the agency has had, but it's the
288:15 official data call-in authority that the agency uses to
288:16 say submit a study.  So that would be a separate
288:17 document.

289:13 - 289:14 **Reeves, William 01-23-2019 (00:00:03)**   REEVES_COMBINED_03.66
   clear

289:13   Q. I'm handing you a document, Exhibit 37 to
289:14 your deposition.

289:20 - 291:12 **Reeves, William 01-23-2019 (00:01:23)**   REEVES_COMBINED_03.67
   EXHIBIT 515.1.1

289:20   Q. So you've seen this document before?
289:21   A. Yes, I have.
289:22   Q. This is an internal Monsanto memo;   EXHIBIT 515.1.2
289:23 correct?
289:24   A. That is correct.
290:1   Q. And it's dated August 28th, 1986?
290:2   A. That's correct.
290:3   Q. Month or so after the registration
290:4 document?
290:5   A. About two months.
290:6   Q. And it -- I mean, it says subject,
290:7 glyphosate registration standard.  Do you see that?
290:8   A. I do see that.
290:9   Q. And this was written by Timothy Long.  Do
290:10 you see that?
290:11   A. Yes, I see T. J. Long as he signed it --
290:12 Timothy J., yes.

| Page/Line | Source | ID |
|---|---|---|

**REEVES_COMBINED_03**

290:13   Q. And this was a document made in the
290:14 regular course of Monsanto's business; right?
290:15   A. That's correct.
290:16   Q. He writes, after reviewing the referenced          EXHIBIT 515.1.3
290:17 document, I would like to make the following
290:18 suggestions for our response to the requirements for
290:19 additional testing.  Do you see that?
290:20   A. I do see that.
290:21   Q. And the first section is rat and mouse          EXHIBIT 515.1.4
290:22 oncogenicity studies.  See that?
290:23   A. Yes, I do.
290:24   Q. And it says several approaches could be
291:1 taken; right?
291:2   A. That's correct.
291:3   Q. First approach is, present arguments for
291:4 not repeating either study based on the principles
291:5 discussed in the agency's MTD position paper,
291:6 attachment one.  See that?
291:7   A. Yes, I do.
291:8   Q. Option 2, agree to repeat the rat study          EXHIBIT 515.1.5
291:9 and vehemently argue the lack of justification for a
291:10 repeat mouse study.  See that?
291:11   A. I do see that.
291:12   Q. And then Option 3 -- it's on the third          EXHIBIT 515.3.1

| 291:13 - 291:17 | **Reeves, William 01-23-2019 (00:00:08)** | **REEVES_COMBINED_03.68** |

291:13 page.  You see that?
291:14   A. Yes, I do.
291:15   Q. Repeat only the mouse study and only to a
291:16 maximum dosage level of 7,000 PPM.  You see that?
291:17   A. I do see that.

| 292:6 - 293:4 | **Reeves, William 01-23-2019 (00:01:02)** | **REEVES_COMBINED_03.69** |

292:6   7,000 PPM is less than a
292:7 third of what the Knezevich and Hogan study had;
292:8 correct?
292:9   A. That is correct, but I think it's
292:10 important to have that context of they're saying this
292:11 is already wildly above any human exposure.          EXHIBIT 515.3.3
292:12   Q. Number 4, as a final fallback position if
292:13 necessary, we could agree to repeat the oncogenic rat
292:14 study as discussed in Point 2 above and agree to a

| Page/Line | Source | ID |
|---|---|---|

**REEVES_COMBINED_03**

292:15 partial mouse oncogenicity repeat.  Do you see that?
292:16   A. I do see that.
292:17   Q. Last sentence, I feel this should be the
292:18 last and least desirable position that we should take
292:19 on the issue of repeat studies.  Do you see that?
292:20   A. I do see that.  And he provides the
292:21 context in the middle.
292:22   Q. So he's discussing all these potential
292:23 options that Monsanto can take regarding
292:24 the requirement that Monsanto do another rat and mouse
293:1 study; right?
293:2   A. They're providing a series of options we
293:3 have to provide additional data to make sure EPA has an
293:4 accurate assessment of this molecule.

EXHIBIT 515.3.4

clear

REEVES_COMBINED_03.70

**742:15 - 743:9**   **Reeves, William 01-24-2019 (00:00:35)**

742:15   Q. Okay.  Let me -- let's -- we'll come
742:16 back to some other issues about Roundup and its
742:17 safety in a little while but I want to get into a
742:18 little of your personal background.
742:19   A. Okay.
742:20   Q. Let's start with your education.
742:21 Where did you go to college?
742:22   A. At the University of Missouri.
742:23   Q. What was your degree in at the
742:24 University of Missouri?
742:25   A. It was a Bachelor's of Science in
743:1 biology.
743:2   Q. Did you get a -- a subsequent degree?
743:3   A. Yes, I did.
743:4   Q. What was the subsequent degree?
743:5   A. That was a PhD in toxicology from
743:6 Texas A&M University.
743:7   Q. Did you get the -- your PhD in
743:8 toxicology in 2000?
743:9   A. I did.

REEVES_COMBINED_03.71

**744:17 - 750:24**   **Reeves, William 01-24-2019 (00:06:35)**

744:17   Q. (BY MR. BRENZA)  What was the next
744:18 job you had?
744:19   A. Following that, I worked for the
744:20 University of Missouri, and that was as an

| REEVES_COMBINED_03 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

769:7   Q. Was it registered for use in the
769:8 United States?
769:9   A. Yes, in the United States in 1975,
769:10 with the first sales occurring in 1976.

**776:7 - 776:12**      **Reeves, William 01-24-2019 (00:00:11)**      REEVES_COMBINED_03.76

776:7   Q. (BY MR. BRENZA)  So, Doctor, I want
776:8 to pick up where we left off.  We were going to
776:9 talk about the benefits of glyphosate and Roundup
776:10 for landscaping use at home.
776:11   A. Yes.
776:12   Q. Okay.

**776:15 - 777:6**      **Reeves, William 01-24-2019 (00:00:37)**      REEVES_COMBINED_03.77

776:15   Q. (BY MR. BRENZA)  What's the benefits
776:16 of Roundup for home use?
776:17   A. In home settings one of the things it
776:18 can do, glyphosate-based herbicides are effective
776:19 at controlling poison ivy.  And so when you think
776:20 about, you know, having a poison ivy plant in your
776:21 yard, I have actually had this situation quite a
776:22 lot, you know, or poison oak is another one, you
776:23 just don't want to come into contact with these
776:24 plants, you know, you don't want to get -- grab
776:25 them with your hands or -- or try to get them out,
777:1 you know, in a way that's going to cause you to
777:2 come into contact with them.
777:3 So the way I use glyphosate-based
777:4 herbicides and other people do is controlling
777:5 poison ivy in a way that keeps you from having to
777:6 come into contact with it.

**784:20 - 786:24**      **Reeves, William 01-24-2019 (00:02:32)**      REEVES_COMBINED_03.78

784:20   Q. All right.  So if -- do you remember
784:21 that you were asked a number of questions about the
784:22 mouse and rat studies that were originally -- well,
784:23 not originally used but were eventually used by
784:24 Monsanto to register glyphosate with the EPA?
784:25   A. I do.
785:1   Q. And there was a 1983 mouse study by
785:2 Knezevich and Hogan?
785:3   A. I do remember that.
785:4   Q. And as a result of that mouse study,

| Page/Line | Source | ID |
|---|---|---|

785:5 did the -- did the EPA reach a conclusion about --
785:6 a preliminary conclusion about the carcinogenicity
785:7 of glyphosate?
785:8   A. They -- they did have some
785:9 preliminary conclusions.  They were not made final
785:10 by the agency.
785:11   Q. Do you remember that there was a
785:12 document you were shown where Monsanto had hired
785:13 somebody called Dr. -- named Dr. Kushner to review
785:14 the mouse biopsies?
785:15   A. I do recall that.
785:16   Q. Did Monsanto tell Dr. Kushner what he
785:17 should find with respect to his review of those
785:18 mouse biopsies?
785:19   A. No, Monsanto did not do that.
785:20   Q. How do you know that?
785:21   A. The -- so Monsanto, when we work with
785:22 external experts, you know, the -- you know, when
785:23 you're talking about the science experts, the idea
785:24 is that you want to find someone who knows their
785:25 field, who understands the material that you're
786:1 asking them to investigate and advise us on, but we
786:2 also make sure, you know, we're not -- we're not
786:3 going out there and telling them, you know -- we
786:4 don't engage an expert and say this is what we want
786:5 you to find, please do the following.  It's please
786:6 look into this and tell us what you find.
786:7   Q. Now, why -- it may be obvious but why
786:8 wouldn't you tell an expert what to find?
786:9   A. So if -- if you're doing that, you
786:10 know, they are not really acting as an expert, but
786:11 more importantly, when you're doing something as
786:12 serious as dealing with the regulatory agency, you
786:13 know, putting information in front of them for them
786:14 to make a conclusion, if you give them, you know,
786:15 information that's false, that's not going to --
786:16 they're going to spend their -- they're going to
786:17 waste their time reviewing that and then they're
786:18 going to come back to you and say not only did you
786:19 waste our time, you gave us false information.

| Page/Line | Source | ID |
|---|---|---|

REEVES_COMBINED_03

786:20 This isn't -- that's not a productive
786:21 interaction with the regulatory agency.  You want
786:22 to make sure you're giving them as much factual
786:23 information as possible so that you're able to
786:24 obtain the registration or the approval.

787:14 - 789:1    **Reeves, William 01-24-2019 (00:01:43)**    REEVES_COMBINED_03.79

787:14   Q. Is Exhibit 95 the conclusion of the
787:15 EPA about the proper classification of glyphosate
787:16 based on mouse and rat studies?
787:17   A. Yes.  Following the -- the two rat
787:18 studies and the mouse study we discussed
787:19 previously.
787:20   Q. So let's -- let's talk about those
787:21 studies for a moment.  The -- the first rat study
787:22 was found to have inadequate dosing of rats; right?
787:23   A. That's correct.  The -- the agency at
787:24 the time expressed concern that the doses were too
787:25 low to really inform full assessment, and since
788:1 that time other regulatory agencies around the
788:2 world have -- have concluded the same thing about
788:3 it.  That they're -- we have better data to rely on
788:4 than this.
788:5   Q. Did Monsanto commission a replacement
788:6 or repeat rat study to dose the rats with more
788:7 glyphosate?
788:8   A. Yes, we did.
788:9   Q. And at the same time they also
788:10 performed the mouse study that we heard so much
788:11 about yesterday?
788:12   A. Yes, the mouse study was underway
788:13 first, and the rat study began later on.  So the
788:14 mouse data were available first.
788:15   Q. Now, when the mouse study -- the
788:16 mouse study received a number of different reviews
788:17 at the EPA; right?
788:18   A. That's correct.
788:19   Q. And there was some disagreement along
788:20 the way about what the mouse study -- that first
788:21 mouse study really showed?
788:22   A. That's correct.

| Page/Line | Source | ID |
|---|---|---|

788:23   Q. But in the end, the -- a number of
788:24 experts reviewed those, reviewed that mouse study
788:25 and concluded that it -- it provided evidence that
789:1 glyphosate was not a carcinogenic?

**789:7 - 789:9**  **Reeves, William 01-24-2019 (00:00:04)**   REEVES_COMBINED_03.00

789:7   Q. (BY MR. BRENZA)  What did the -- what
789:8 did the EPA ultimately conclude about that first
789:9 mouse study?

**789:12 - 792:2**  **Reeves, William 01-24-2019 (00:02:55)**   REEVES_COMBINED_03.01

789:12   A. So based on -- on the documents that
789:13 I've seen, they concluded that they wanted, you
789:14 know, at -- as we discussed yesterday, they wanted
789:15 a repeat of the mouse study.  Through conversations
789:16 with them we said we're having -- we have a rat
789:17 study coming.  Let's see what that study shows.
789:18 And then at that time decide do we need to do
789:19 another mouse study.
789:20   Q. (BY MR. BRENZA)  Okay.  And is that
789:21 recorded on page 4 of Exhibit 95?  Do you -- well,   MONSANTO 95.4.1
789:22 let me -- let me ask it this way.  Do you see the
789:23 second full paragraph on page 4 of Exhibit 95 --
789:24   A. Yes, I do.
789:25   Q. -- beginning with "HED"?
790:1   A. I do see that.
790:2   Q. It says, "HED deferred a decision on
790:3 the repeat of an additional mouse oncogenic
790:4 study until the 1990 rat feeding study had been
790:5 evaluated by the Peer Review Committee."
790:6   A. That is correct.  That's what it
790:7 says.
790:8   Q. Did -- did the EP -- so we heard the
790:9 questions yesterday about the EPA wanting a mouse
790:10 and a rat study and -- and Mr. Wisner suggested
790:11 that Monsanto refused to do one of the studies the
790:12 EPA wanted.
790:13 Is that a fair understanding of what
790:14 happened here?
790:15   A. No.  What -- what the EPA is
790:16 describing here is that the health effects division
790:17 is HED.  They deferred their decision about whether

| Page/Line | Source | ID |
|---|---|---|

REEVES_COMBINED_03

790:18 we needed another repeat mouse study until they
790:19 could see the results of this repeated rat study.
790:20   Q. So are you familiar with the results
790:21 of the repeated rat study?
790:22   A. Yes, I am.
790:23   Q. And what did the repeated rat study
790:24 show about the safety of glyphosate?
790:25   A. EPA concluded that -- that this
791:1 repeated rat study, along with the existing mouse
791:2 study, supported a conclusion that glyphosate could
791:3 be classified in group E.
791:4   Q. What's -- and Group -- what is Group
791:5 E?  Well, let me -- let me just direct your
791:6 attention to the -- the final page of Exhibit 95
791:7 says Classification.
791:8 Do you see that?
791:9   A. I do see that.
791:10   Q. And there it says, "Considering
791:11 criteria confined EPA guidelines for classifying a
791:12 carcinogen, the committee concluded that glyphosate
791:13 should be classified as a Group E (evidence of
791:14 non-carcinogenicity for humans), based on lack of
791:15 convincing carcinogenicity evidence in adequate
791:16 studies in two animal species."
791:17 You see that?
791:18   A. I do see that.  That's what they
791:19 concluded here.
791:20   Q. And so a Group E means what?
791:21   A. Group E, their description is
791:22 "evidence of non-carcinogenicity for humans," that
791:23 -- and that was their -- their definition here in
791:24 1991 following that review.
791:25   Q. What were the two species in which
792:1 non-carcinogenicity had been proven by studies?
792:2   A. Rat --

**792:5 - 793:1** | **Reeves, William 01-24-2019 (00:00:58)** | REEVES_COMBINED_03.82

792:5   A. In rats and mice.  Those were the two
792:6 species.
792:7   Q. (BY MR. BRENZA)  Are you aware of any
792:8 rat or mice studies the EPA wanted Monsanto to

| Page/Line | Source | ID |
|---|---|---|

792:9 perform that it didn't perform?
792:10   A. No, I am not.
792:11   Q. Was that even a feasible thing to
792:12 have happen?
792:13   A. To conduct a rat or a mouse study?
792:14   Q. To refuse to conduct a rat or mouse
792:15 study that the EPA asks you to perform?
792:16   A. Once -- once they issue -- we talked
792:17 yesterday about a data call in.  And so that's the
792:18 way -- that's how EPA can order a registrant to
792:19 turn in data.
792:20 You can -- you can have discussions
792:21 about EPA, with EPA about data requirements and
792:22 whether things are needed, but, you know, if -- if
792:23 they decide you're going to do something, you don't
792:24 have a -- you don't have a choice in that.  In
792:25 order to maintain your product registration, you
793:1 have to give them the data they're asking for.

PLF Affirmative = 00:35:52
DEF Counter = 00:08:42
DEF Affirmative = 00:11:40
PLF DEF Overlap = 00:00:05
**Total Time = 00:56:19**

**Documents Shown**
EXHIBIT 100
EXHIBIT 505
EXHIBIT 506
EXHIBIT 508
EXHIBIT 509
EXHIBIT 510
EXHIBIT 511
EXHIBIT 512
EXHIBIT 514
EXHIBIT 515
MONSANTO 95