# EXHIBIT U

**Volume 12**

**Pages 1912 - 2100**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| EDWARD HARDEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. C 16-00525 VC** |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

San Francisco, California
Tuesday, March 12, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  BY:  **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
       **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  BY:  **JENNIFER MOORE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, RPR, CRR
               Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
               Official Reporters

1   in mammals.
2       Now, to be fair, this is just glyphosate, but the reason
3   you heard from Dr. Portier that you do these tests is for
4   biological plausibility.  You heard that you do these tests to
5   see is it possible biologically that they can happen in animals
6   and then it replicates over to humans.  That's the purpose of
7   doing animal studies.
8       So then there was this one right here (indicating), this
9   Knezevich and Hogan study.  And I talked to you a little bit
10  about that -- or you heard a little bit about that from
11  Monsanto's employee Dr. Reeves.  It came by video.  And I stood
12  up there and I told you that this is -- we're calling Monsanto
13  via testimony of Dr. Reeves.
14      And the Knezevich and Hogan study is an interesting study
15  that I just want to spend a few minutes talking about.  I won't
16  spend very much time.
17      So in Knezevich and Hogan, you can see this was the very
18  first mouse study that really dealt with whether or not
19  glyphosate could cause non-Hodgkin's lymphoma -- or, I'm
20  sorry -- could cause tumors.  Not non-Hodgkin's lymphoma.  Can
21  cause tumors.  Okay?
22      And so what happens -- and I've got a timeline on your
23  screen that you can follow along if you like -- in 1985 the EPA
24  reviewed the Knezevich and Hogan studies -- okay? -- and they
25  found that the results from this study suggested that they

should define it as a Category C oncogene, which is a possible carcinogen. This was back in 1985.

And so they determined that, and so what happened was -- they decided that on February 11th, 1985.

And, actually, these -- I probably should have told you this earlier. When you go back to the jury room to deliberate, I don't know if it's going to be white, but you're going to get a binder of exhibits. Okay? And in the exhibits -- in this book is going to be certain exhibits -- this is actually my copy of it -- that the parties have admitted it into evidence. You probably remember us saying "Put this in evidence." And so some of these documents are going to be in evidence. Okay?

And so the documents on the screen that we're talking about, this is actually Trial Exhibit Number 505, and this shows you that on February 11th, 1985, that the EPA toxicology branch personnel met to discuss the data on glyphosate. Again, this is Exhibit 505. You'll have this back there with you.

And what they found is what I just told you. They found in accordance with EPA-proposed guidelines, the panel has classified glyphosate as a Category C oncogene.

And what they found was, they found -- remember you heard testimony there's a control group, a low-dose group, a medium group, and a high group. And so what they originally found that turned it into a Category 3 oncogene was 0013, which means no tumors in the control group, no tumors in the low-dose

```
 1   group, one in the medium group, and three in the high-dose
 2   group.  Dose-response, significant dose-response made the EPA
 3   categorize it as a possible oncogene.
 4        So Monsanto met with the EPA to see what they could do,
 5   and this is Exhibit 506 in your book right here that I'm
 6   telling you about right now.  You can see the meeting was
 7   relaxed, informal, and open.  And the EPA was telling them
 8   about their concerns of the significant rare tumors.
 9        Remember I told you this was a rare tumor?  EPA was
10   concerned just about finding one.  At this point these hadn't
11   come in yet.  It hadn't come in yet because it's '97, '97,
12   2001.  This is a document from '85 so they were concerned with
13   just finding one of them.
14        And so FJ, who you'll remember from the testimony is
15   actually a Monsanto employee, said (reading):
16            "Short of finding a new study" -- "Short of a new
17        study or finding tumors in the control groups, what can we
18        do to get this thing off Category C?"
19        And you heard testimony from Mr. Reeves that a Category C
20   was not a good thing for Monsanto.  It was not a good thing for
21   glyphosate.  So short of a new study or finding tumors in the
22   control group, what could we do?
23        And this is the slide I just told you.  So they said they
24   could find a tumor in the control group.  You saw what
25   happened.  I'd like to do that again.  If you find a tumor in
```

1  the control group and you take it from zero to one, you see
2  what happens to the line, which makes it no longer highly
3  significant.  Just that one tumor changes so much.
4      So Monsanto hired Dr. Marvin Kuschner.  And this is
5  Exhibit 508.  And on April 3rd, 1985, they're writing internal
6  e-mails saying that Dr. Marvin Kuschner will review the kidney
7  sections and present his evaluation of them to the EPA in an
8  effort to persuade the agency that the observed tumors are not
9  related to glyphosate.
10     So on April 3rd they hired Dr. Kuschner to persuade the
11 agency.  The problem is they didn't send the slides to
12 Dr. Kuschner -- and this is Exhibit 509 -- until that same day,
13 and Dr. Kuschner didn't receive the slides until 11 days later.
14     Well, don't you know, those predetermined results, he
15 found a magic tumor.  A tumor magically appeared in the control
16 group.  And he submitted his report finding the tumor to the
17 EPA.  And this is Exhibit 514 that you're going to have back
18 there with you.
19     And the EPA is unpersuaded -- and I'll let you read this
20 when you're deliberating -- the EPA is unpersuaded.  And the
21 EPA, in fact, convenes a panel, and what they decide is that
22 after consideration of the expert opinion of the SAP, which is
23 the Scientific Advisory Panel, and we considered all relevant
24 data for this compound in particular, the statistical
25 assessment provided by the SAP, the agency agrees that

1  available data are not sufficient to adequately address the
2  question of whether the apparent effects noted in the mouse
3  study are biologically relevant.
4       So they asked Monsanto to redo the study.  That study has
5  never been redone.  And since that time, every mouse study
6  that's happened, every mouse study has found a tumor that
7  Mr. Hardeman has.
8       Again, coming over to the rat study just talking about how
9  rare they are, replication across species.  You can see on my
10 slide you've got this is across species (indicating).  We've
11 got across -- I'm sorry -- that's across strains.  Again,
12 evidence that glyphosate causes tumors in rats.
13      So what does the animal data provide?  It proves there's
14 dose-response, it proves biological plausibility, and it proves
15 that glyphosate causes Mr. Hardeman's cancer in animals.
16      And who did Monsanto bring to dispute the animal data?
17 Who did they bring?  Who did they bring to say we were wrong?
18 No one.  No one.
19      Monsanto's response to the animal data, not important, not
20 relevant.  They'll tell you they were fed too much glyphosate.
21 They'll tell you all that -- they'll tell you all these other
22 reasons why you shouldn't consider it, but their position is
23 clear.  They want you to ignore the animal data.  Don't do it.
24      Coming back to here, dose makes the poison.  Again,
25 looking now at the mechanistic data.  You remember Dr. Portier