# EXHIBIT V

# Ed Hardeman v. Monsanto Corporation



HARDEMAN v. MONSANTO COMPANY

# Animal Data

**Mice Studies – Tumor Chart**

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

**Lymphoma** found in *every* mouse Study

HARDEMAN v. MONSANTO COMPANY

# Animal Data



**1983**   Knezevich & Hogan

Knezevich & Hogan (1983)

Spleen composite lymphosarcoma

Kidney carcinomas or adenomas

HARDEMAN v. MONSANTO COMPANY

Case 3:16-md-02741-VC   Document 4021-1   Filed 06/04/19   Page 93 of 147

# Animal Data



MEMORANDUM                                          PESTICIDES AND TOXIC SUBSTANCES

SUBJECT:    Consensus Review of Glyphosate
            Caswell No. 661A

TO:         Robert Taylor
            Product Manager
            Herbicide - Fungicide Branch
            Registration Division

On February 11, 1985, a group of Toxicology Branch personnel
met to evaluate and discuss the data base on Glyphosate, and in
particular the potential oncogenic response of Glyphosate.

A.   The following persons were in attendance:

Theodore M. Farber, Ph.D.
Chief, Toxicology Branch

Louis Kasza, D.V.M., Ph.D.
Pathologist

Bertram Litt, Statistician

Herbert Lacayo, Ph.D.
Statistician

Reto Engler, Ph.D.

William Dykstra, Ph.D.
Reviewer

Steve Saunders, Ph.D.

Laurence Chitlik, D.A.B.T.

The signatures above indicate concurrence with this concensus report.

HARDEMAN v. MONSANTO COMPANY

1

The review panel recognizes that the exposure of mice was at a very high level 4.5 g/kg/day. Precipitation of Glyphosate in the kidneys might have occurred but none was reported. The panel believes that additional sectioning of new blocks of male kidneys might help in the interpretation of the study results. The kidney tumors as reported, were unilateral (pers. communication by Dr. Dykstra, after the panel meeting); additional histopathology could resolve the issue of whether this is a valid observation or due to not "finding" the tumors in the particular block analyzed.

The panel also believes that realistic exposure assessment, both for dietary and worker exposure are of singular importance. For example, the limit of detecting residue tolerances may overestimate exposure. Particular emphasis also should be given to residues in water, since Glyphosate has been used for aquatic weed control (EUP) and this use may become the subject of a permanent registration.

E. **Classification of Glyphosate:**

In accordance with EPA proposed guidelines (FR of Nov. 23, 1984) the panel has classified Glyphosate as a Category C oncogen.

lymphosarcoma

Kidney carcinomas or adenomas

HARDEMAN v. MONSANTO COMPANY

# Animal Data



# Animal Data



# Animal Data



1983   Knezevich & Hogan

Feb. 11 1985 — EPA reviews Knezevich & Hogan and determines glyphosate is a Class C oncogen

0 0 1 3

Knezevich & Hogan (1983)

Spleen composite lymphosarcoma

Kidney carcinomas or adenomas

Feb. 21 1985 — Monsanto meets with EPA to see what they can do.

HARDEMAN v. MONSANTO COMPANY

**Monsanto**

FROM
(NAME — LOCATION — PHONE)    Lyle L. Gingerich - 1920
Dept. of Medicine & Environmental Health

DATE    :    February 22, 1985

CC.    C. T. Dickerson, Jr./File
F. R. Johannsen - G2WD

SUBJECT    :    EPA Toxicology Branch/Roundup

*Copies for*
*GJL/TWF/TJL*

REFERENCE    :

TO    :    T. F. Armstrong - C2SC
E. E. Debus - C2SC
F. S. Serdy - C2SC

---

Re:   Meeting February 21, 1985

Present:   Bill Burnam, Assistant Chief,
OPP Toxicology Branch
Ted Farber, Branch Chief
Lyle Gingerich
Fred Johannsen
Frank Serdy

The meeting mood was relaxed, informal and open.  The toxicology branch
had decided on a course of action on February 11.  However, it was a
split decision and a very close call either way.  Farber and Burnam both
openly discussed their concerns, listened closely to our comments, and
seemed to be making an honest effort to reach the best solution.

HARDEMAN V. MONSANTO COMPANY

Our objectives were to:

(1)   see if we could respond to their concerns before any
unnecessary comments became a part of the Roundup permanent

2.  Concerns of Toxicology Branch

Dr. Farber opened the meeting by reciting the conclusions of the toxicology branch internal peer review:

- Oncogenic in mouse, IARC ranking "c".

- "Possible Human Carcinogen" - one of the weaker ones by that system.

- Company's letter was too weak to be convincing.

- Biologically significant rare tumors.

- Statistically significant at .05 level (cited Tyrone at NTP).

*Tarone*

*JNCT 62:957-974, 1979*

- Historical controls not helpful.

- Will ask to re-section tissues, consider crystal formation, etc.

Responding to question from FJ, Dr. Farber said that it was an extremely close call and that the EPA remains open to any new information that would make their decision easier.

A 90-day study to look at crystal formation was discussed. Drs. Farber and Burnam said that they still consider Treflan to be an oncogen. Pointing out a secondary cause of the glyphosate tumors would move the chemical lower on the scale of group "c", but would not remove it from that category.

Dr. Farber indicated that a substantial re-look at tissues may cause the EPA pathologist to change his position. If no carcinomas are

HARDEMAN V. MONSANTO COMPANY

I asked FJ if he had detected any areas where we would obviously
want to come in quickly and discuss.  He said no.

FJ asked Dr. Farber what the EPA would be likely to do if we
re-sectioned and found no carcinomas.  Dr. Farber said that it would
force them to get the internal peer review group together again.

Dr. Farber said that the committee had a hard call.  When the case
is presented to Mr. Schatzow, Dr. Farber hopes to point out how weak



Knezevich & Hogan  - Kidney Tumors

HARDEMAN v. MONSANTO COMPANY

3.

formally briefed in two weeks or so.  If this product were to go

I asked FJ if he had detected any areas where we would obviously
want to come in quickly and discuss. He said no.

FJ asked Dr. Farber what the EPA would be likely to do if we
re-sectioned and found no carcinomas. Dr. Farber said that it would
force them to get the internal peer review group together again.

Dr. Farber said that the committee had a hard call. When the case
is presented to Mr. Schatzow, Dr. Farber hopes to point out how weak



Knezevich & Hogan  - Kidney Tumors

No longer highly significant

3.

HARDEMAN V. MONSANTO COMPANY

formally briefed in two weeks or so. If this product were to go
through the routine registration standard process before this

# Animal Data



**Feb. 11 1985**

EPA reviews Knezevich & Hogan and determines glyphosate is a Class C oncogen

**1983**

Knezevich & Hogan

**0 0 1 3**

Knezevich & Hogan (1983)

Spleen composite lymphosarcoma

Kidney carcinomas or adenomas

**Feb. 21 1985**

Monsanto meets with EPA to see what they can do.

HARDEMAN v. MONSANTO COMPANY

Case 3:16-md-02741-VC   Document 4011-1   Filed 06/04/19   Page 49 of 147

# Animal Data

Apr. 3
1985

Monsanto hires
Dr. Marvin
Kushner



HARDEMAN v. MONSANTO COMPANY

# Monsanto

| | |
|---|---|
| FROM (NAME—LOCATION—PHONE) | Dept. of Medicine & Environmental Health    G.J. Levinskas, G2WF 4-8809 |
| DATE | April 3, 1985 |
| SUBJECT : | |
| REFERENCE : | |

cc. G. Roush, Jr., M.D.

TO    :    T.F. Evans

The following item of information is in addition to those included in the current monthly report.

Senior management at EPA is reviewing a proposal to classify glyphosate as a class C "possible human carcinogen" because of kidney adenomas in male mice.  Dr. Marvin Kuschner will review kidney sections and present his evaluation of them to EPA in an effort to persuade the agency that the observed tumors are not related to glyphosate.

George J. Levinskas

HARDEMAN v. MONSANTO COMPANY

GJL/sfd

Case 3:16-md-02741-VC   Document 4011-1   Filed 06/04/19   Page 51 of 147

# Animal Data

## Apr. 3 1985

Monsanto hires
Dr. Marvin
Kushner



HARDEMAN v. MONSANTO COMPANY

Does Round*Up*

April 3, 1985

Dr. Marvin Kushner

Huntington, New York 11743

Re: 77-2061

Dear Dr. Kushner:

The enclosed shipment is being sent to you at the request of Dr. Tim Long of Monsanto.  It contains slides of kidney sections from all animals on the referenced study.  As indicated on the inventory records, a number of the slides also contain sections of urinary bladder.

If you have any questions concerning this shipment, please do not hesitate to contact me.

Sincerely,

Aleksandar L. Knezevich, Dr.Med.Vet.
Senior Vice-President, Pathology

HARDEMAN V. MONSANTO COMPANY

nas
encls.
cc: Dr. Tim Long

DESCRIPTION: __5 Slide boxes containing 422 slides representing__

__399 animals from Groups I, II, III & IV (Term and__

__UD's)  Sections of Kidneys.  Also included is__

__a list of animals showing Kidneys with Urinary__

__Bladders.__

__Purpose:  Sponsors Request__

COMMENTS: __NOTE:  Animal Number 1016 is missing per Report.__

SHIPPED TO: __Dr. Marvin Kuschner__

VIA: __Federal Express__

AUTHORIZED BY: _____

for Bio/dynamics, Inc.                    Date __4/14/85__

RECEIVED BY: _Marvin Kuschner_____

HARDEMAN V. MONSANTO COMPANY

NOTE TO RECEIVER: __Please sign and return this form to Bio/dynamics, Inc.,__
__Attention: Pathology Department.__

Case 3:16-md-02741-VC   Document 4021-1   Filed 06/04/19   Page 54 of 147

# Animal Data

**Apr. 3 1985**

Monsanto hires Dr. Marvin Kushner



**Apr. 14 1985**

Dr. Kushner receives the slides



HARDEMAN V. MONSANTO COMPANY

# Animal Data

**Apr. 3 1985**

Monsanto hires Dr. Marvin Kushner



Dr. Kushner submits report finding tumor in control group.



**Apr. 14 1985**

Dr. Kushner receives the slides



**June 1986**

EPA reviews kidney slides and does not find a tumor.  Issues guidance document.



HARDEMAN V. MONSANTO COMPANY

United States
Environmental Protection
Agency

Office of
Pesticides and Toxic Substances
Washington DC 20460

June 1986

Pesticides

⊕EPA

# Guidance for the Reregistration of Pesticide Products Containing Glyphosate as the Active Ingredient

HARDEMAN v. MONSANTO COMPANY

# Animal Data

The chronic feeding/oncogenicity study in mice tested dosages of 1000, 5000, and 30,000 parts per million (ppm). Glyphosate produced an equivocal oncogenic response in the mouse, causing a slight increase in the incidence of renal tubular adenomas (a benign tumor of the kidney) in males at the highest dose tested of 30,000 ppm. The Toxicology Branch Ad Hoc Oncogenicity Committee tentatively classified glyphosate as a "Class C" oncogen. The studies were reexamined by a consulting pathologist, and data were submitted indicating that an additional kidney tumor had been found in control males (no renal tumors were found in controls in the original examination). The Agency then requested that additional kidney sections from the mouse study be prepared and examined. The resultant microslides were examined by a number of pathologists. These examinations revealed no additional tumors, but confirmed the presence of the tumors identified in the original study report. The apparent lesion in the control kidney was not present in any of the additional sections. After examination of the slides, the Agency concluded that this lesion did not "represent a pathophysiologically significant change."

However the apparent oncogenic response was a marginal

HARDEMAN V. MONSANTO COMPANY

# Animal Data

After consideration of the expert opinion of the SAP, and reconsideration of all relevant data for this compound in particular the statistical assessment provided by the SAP, the Agency agrees that available data are not sufficient to adequately address the question of whether the apparent effects noted in the mouse study are biologically relevant. Therefore, in order to fully address this question, the Agency is requiring that this study be repeated with a larger number of animals in each test group, so that the statistical power of the study is increased.

Other non-neoplastic changes noted in high-dose male mice included centrilobular hypertrophy and necrosis of hepatocytes, chronic interstitial nephritis, and proximal tubule epithelial cell basophilia and hypertrophy in females. The no-observable effect level (NOEL) for non-neoplastic chronic effects was the mid-dose level, 5000 ppm. This study is acceptable as a chronic feeding study.

The lifetime feeding study in rats tested dietary

HARDEMAN v. MONSANTO COMPANY

# Animal Data

After consideration of the expert opinion of the SAP, and reconsideration of all relevant data for this compound in particular the statistical assessment provided by the SAP, the Agency agrees that available data are not sufficient to adequately address the question of whether the apparent effects noted in the mouse study are biologically relevant. Therefore, in order to fully address this question, the Agency is requiring that this study be repeated with a larger number of animals in each test group, so that the statistical power of the study is increased.

Other non-neoplastic changes noted in high-dose male mice included centrilobular hypertrophy and necrosis of hepatocytes, chronic interstitial nephritis, and proximal tubule epithelial cell basophilia and hypertrophy in females. The no-observable effect level (NOEL) for non-neoplastic chronic effects was the mid-dose level, 5000 ppm. This study is acceptable as a chronic feeding study.

The lifetime feeding study in rats tested dietary

HARDEMAN v. MONSANTO COMPANY

# Animal Data

## Mice Studies – Tumor Chart

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

HARDEMAN v. MONSANTO COMPANY