UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 200:<br>REMINDER OF CONFIDENTIALITY OBLIGATIONS** |

At the request of the mediator, the parties are reminded that settlement discussions in this MDL are confidential and that the Court will not hesitate to enforce the confidentiality requirement with sanctions if necessary.

**IT IS SO ORDERED.**

Dated: January 21, 2020

_____

VINCE CHHABRIA
United States District Judge