UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: | |
| WILLIE HILL, NOW DECEASED, BY AND THROUGH HIS WIDOW, RUBY HILL | |
| Plaintiff, | |
| v. | Case No. 3:19-cv-04715-VC |
| Monsanto Company, | |
| Defendant. | |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of death of Plaintiff Willie Hill. Mr. Hill passed away April 9, 2018.

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Mr. Hill's wife, Ruby Hill, will be substituted in this action so that Willie Hill's claims survive and the action on his behalf may proceed.

Respectfully submitted this the 21st day of January, 2020.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr. (MS Bar #8843)
Eaves Law Firm, LLC
101 North State Street
Jackson, MS  39201
(601) 355-7961 – Telephone
(601) 355-0530 – Facsimile
johnjr@eaveslawmail.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 21st day of January, 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr. (MS Bar #8843)