UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>STACY ALLEN KING, NOW DECEASED, BY AND THROUGH HIS WIDOW, PAM KING<br><br>    Plaintiff,<br><br>v.<br><br>Monsanto Company,<br><br>    Defendant. | Case No. 3:19-cv-04766-VC |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of death of Plaintiff Stacy Allen King. Mr. King passed away in May of 2019.

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Mr. King's wife, Pam King, will be substituted in this action so that Stacy Allen King's claims survive and the action on his behalf may proceed.

Respectfully submitted this the 21st day of January, 2020.

                                      /s/ *John Arthur Eaves, Jr.*
                                      John Arthur Eaves, Jr. (MS Bar #8843)
                                      Eaves Law Firm, LLC
                                      101 North State Street
                                      Jackson, MS  39201
                                      (601) 355-7961 – Telephone
                                      (601) 355-0530 – Facsimile
                                      johnjr@eaveslawmail.com
                                      Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    I, hereby certify that on the 21st day of January, 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                      /s/ *John Arthur Eaves, Jr.*
                                                      John Arthur Eaves, Jr. (MS Bar #8843)