# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** AXEL BARRETO, v. MONSANTO COMPANY | Case No. 3:19-cv-06268-VC |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW plaintiff AXEL BARRETO, by and through his undersigned attorney, who hereby submits the instant *Motion to Dismiss without Prejudice* and states as follows:

1. That at this time Plaintiff seeks to dismiss the instant action without prejudice as it has since been discovered that the plaintiff was previously misdiagnosed as having non-Hodgkin's lymphoma, but in fact does not have such condition at this time.

2. That the dismissal of this action will not prejudice any parties.

WHEREFORE, Counsel for Plaintiff Axel Barreto respectfully requests this Court to dismiss the instant action without prejudice.

CERTIFICATE OF CONFERRAL

That undersigned Counsel hereby asserts and affirms that he emailed Counsel for Defendant and asked for their position on the foregoing. At the time of this filing, the undersigned had not yet heard from Counsel for Defendant.

Respectfully submitted this 21st day of January 2020.

*Attorneys for Plaintiff*

By: */s/ Jason Edward Ochs*
Jason Edward Ochs, CBN: 232819
Ochs Law Firm, PC
690 US 89, Ste. 206
PO Box 10944
Jackson Hole, WY 83001
T: (307) 234.3239
jason@ochslawfirm.com

By: */s/ Rinky Parwani*
Rinky Parwani (*FL-629634)
Parwani Law, P.A.
9905 Alambra Avenue
Tampa FL, 33619
T: (813) 514-8280
F: (813) 514-8281
rinky@parwanilaw.com

**CERTIFICATE OF SERVICE**

I, Jason Edward Ochs, hereby certify that on January 21, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

  */s/ Jason Edward Ochs*
Jason Edward Ochs