**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Ave
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

**AUDET & PARTNERS**
Mark Burton (CA Bar No. 178400)
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
mburton@audetlaw.com

*Attorneys for Plaintiffs*

**WILKINSON WALSH LLP**
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:     202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant
MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Stevick v. Monsanto Co., et al.*,<br>3:16-cv-2341-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**JOINT DEPOSITION DESIGNATIONS FOR TREATING DOCTORS** |

The parties hereby jointly submit the below deposition designations for Mrs. Stevick's treating doctors, Dr. Jerome Kim, Dr. Mark Sedrak, and Dr. Roberto Gonzalez, for both phases of trial. The designations are in page:line format and include all objections and responses.

The parties respectfully request that the Court prioritize ruling on the depositions in the following order:

(1) Dr. Kim (phase 1) (page 3)

(2) Dr. Sedrak (phase 1) (page 5)

(3) Dr. Gonzalez (phase 1) (page 8)

(4) Dr. Kim (phase 2) (page 10)

(5) Dr. Sedrak (phase 2) (page 12)

(6) Dr. Gonzalez (phase 2) (page 14)

The parties will email the Court highlighted transcripts of each doctor's deposition. There will be six transcripts total because each doctor has been designated in both phases of trial. Plaintiffs' affirmative designations will be highlighted orange, Monsanto's counter designations will be highlighted green, and Plaintiffs' rebuttal designations will be highlighted pink. Testimony that has been objected to will be highlighted red.

## JOINT DESIGNATIONS

1. **Dr. Jerome Kim (Phase 1)**

| Testimony | Objection | Response |
|---|---|---|
| **Plaintiffs' Designations** | | |
| 6:23-8:14 | | |
| 10:21-11:4 | | |
| 11:14-24 | | |
| 12:1-9 | | |
| 12:11-12 | | |
| 12:15-13:5 | | |
| 13:22-14:3 | | |
| 14:11-15:14 | (15:6-15:14) Irrelevant, unfairly prejudicial | Relevant to treatment, definition of type of Plaintiff's NHL, non-prejudicial |
| 41:12-15 | Leading, Needlessly cumulative of 11:14-12:12 | Non-leading, non-cumulative |
| 41:19-22 | Leading, Needlessly cumulative of 11:14-12:12 | Non-leading, non-cumulative |
| 41:24-42:4 | Leading, Needlessly cumulative of 11:14-12:13 | Non-leading, non-cumulative |
| 42:7-9 | Leading | Non-leading |
| 42:11-14 | Leading | Non-leading |
| 42:16-22 | Leading | Non-leading |
| 42:24 | Leading | Non-leading |
| 44:3-6 | Irrelevant, lacks foundation | Relevant to support Dr. Kim has not reviewed epi to make conclusions ruling in or out RU in causation, IARC conclusion established I evidence |
| 44:8-11 | Irrelevant, lacks foundation | Relevant to support Dr. Kim has not reviewed epi to make conclusions ruling in or out RU in causation, IARC conclusion established I evidence |

| Testimony | Objection | Response |
|---|---|---|
| 45:22-46:1 | | |
| 47:20-21 | | |
| 48:10-12 | | |
| 52:12-14 | Irrelevant, unfairly prejudicial, impermissible legal opinion, lacks foundation | relevant and non-prejudicial, directly relates to if witness does or does not have a causal opinion on Plaintiff's NHL |
| 52:16-22 | Irrelevant, unfairly prejudicial, impermissible legal opinion, lacks foundation | relevant and non-prejudicial, directly relates to if witness does or does not have a causal opinion on Plaintiff's NHL |
| **Monsanto's Counter Designations** | | |
| 58:12-58:24 | | |
| 6:23 - 8:14 | | |
| 60:19-61:13 | | |
| 67:23 - 69:5 | | |
| 69:11 - 71:19 | irrelevant, prejudicial, lack of foundation | This is relevant to Kim's care and treatment of Mrs. Stevick and the fact that none of Mrs. Stevick's treaters were able to pinpoint Roundup as the cause of her NHL. |
| 72:1-11 | | |
| 75:21-77:3 | | |
| 77:25-80:3 | | |
| 77:4-77:11 | | |
| 80:17-81:1 | | |
| 87:13-23 | Relevance, prejudicial | This is relevant to Kim's care and treatment of Mrs. Stevick and the fact that none of Mrs. Stevick's treaters were able to pinpoint Roundup as the cause of her NHL. |
| 88:17-21 | | |
| 89:14-16 | | |

2. **Dr. Mark Sedrak (Phase 1)**

| Testimony | Objection | Response |
|---|---|---|
| **Plaintiffs' Designations** | | |
| 9:7-12 | | |
| 9:19-22 | | |
| 10:3-4 | | |
| 13:12-14 | | |
| 17:20-21:3 | | |
| 22:21-24:21 | | |
| 25:24-26:10 | | |
| 26:23-27:10 | | |
| 28:15-18 | | |
| 31:2-4 | | |
| 31:12-32:6 | | |
| 32:11-23 | | |
| 33:1-33:4 | | |
| 33:9-34:4 | | |
| 35:13-17 | | |
| 38:22-39:22 | | |
| 42:16-43:17 | Begin with "Do you agree" | |
| 52:15-25 | | |
| 61:12-62:1 | Unfairly prejudicial, needlessly cumulative of 9:19-22, 38:22-39:22 | Non-prejudicial, non-cumulative, directly relevant to treatment and diagnosis |
| 63:16-23 | | |
| 65:10-65:10 | | |

| Testimony | Objection | Response |
|---|---|---|
| 65:12-14 | | |
| 65:19-23 | | |
| 66:1-2 | | |
| **Monsanto's Counter Designations** | | |
| 10:6-10:9 | | |
| 17:20 - 21:13 | | |
| 22:21 - 23:11 | | |
| 24:22-25:23 | | |
| 27:11-28:13 | | |
| 28:20-29:6 | | |
| 29:24-30:14 | | |
| 44:4-15 | | |
| 44:16 - 47:12 | Vague, Calls for speculation, unfairly prejudicial | No form objections were lodged at the deposition so they are improper now.<br><br>This is relevant to Sedrak's care and treatment of Mrs. Stevick. |
| 51:14-18 | leading, improper for phase 1 | No form objection was lodged at the deposition, so leading is an improper objection now.<br><br>Mrs. Stevick's improvement is relevant to phase 2 and not unfairly prejudicial. |
| 65:12-14 | | |
| **Plaintiffs' Rebuttal Designations** | | |
| 63:13-23 | (63:13-15) Incomplete designation, irrelevant, unfairly prejudicial<br><br>(63:16-17) Irrelevant, attorney colloquy<br><br>(64:13-21) Leading, cumulative, unfairly prejudicial | (start at 63:18) not prejudicial question reflects his role in Ms. Stevick's treatment, non-leading |

| Testimony | Objection | Response |
|---|---|---|
| 63:25-64:15 | (63:13-15) Incomplete designation, irrelevant, unfairly prejudicial<br><br>(63:16-17) Irrelevant, attorney colloquy<br><br>(64:13-21) Leading, cumulative, unfairly prejudicial | not prejudicial question reflects his role in Ms. Stevick's treatment, non-leading |
| 64:9-64:12 | | |
| 64:18-21 | (63:13-15) Incomplete designation, irrelevant, unfairly prejudicial<br><br>(63:16-17) Irrelevant, attorney colloquy<br><br>(64:13-21) Leading, cumulative, unfairly prejudicial | not prejudicial question reflects his role in Ms. Stevick's treatment, non-leading |
| 64:23-65:3 | (64:23-65:3) Leading, cumulative | Non-leading; non-cumulative |
| 65:5-8 | Leading, cumulative | Non-leading; non-cumulative |
| 65:10 | | |

JOINT DEPOSITION DESIGNATIONS FOR TREATING DOCTORS

3. **Dr. Roberto Gonzalez (Phase 1)**

| Testimony | Objection | Response |
|---|---|---|
| **Plaintiffs' Designations** | | |
| 17:24-17:24 | Irrelevant, unfairly prejudicial | Relevant to treatment that was performed; responsive to question not prejudicial as doctor describes diagnostic tests performed |
| 18:7-17 | (18:12-15) Irrelevant, attorney colloquy; Irrelevant, unfairly prejudicial | Relevant to treatment that was performed; not prejudicial as questioning provides context for the timeframes of Plaintiff's health |
| 18:19 | (18:12-15) Irrelevant, attorney colloquy; Irrelevant, unfairly prejudicial | Relevant to treatment that was performed; not prejudicial as questioning provides context for the timeframes of Plaintiff's health |
| 19:12-21:5 | Irrelevant, unfairly prejudicial | Relevant to treatment that was performed; not prejudicial as it relates to patient medical history and treater decision on how to treat patient for the indicated symptoms |
| 21:18-22:10 | Irrelevant, unfairly prejudicial | Relevant to treatment that was performed; not prejudicial as it relates to patient medical history and treater decision on how to treat patient for the indicated symptoms |
| 22:23-23:3 | | |
| 23:20-24:2 | | |
| 25:10-15 | | |
| 26:16-19 | | |
| 26:21-24 | | |
| 27:1 | | |
| 28:8-11 | | |
| 28:13-29:2 | | |
| 29:4-11 | | |
| 30:12-16 | | |

| Testimony | Objection | Response |
|---|---|---|
| **Monsanto's Counter Designations** | | |
| 7:6-25 | | |
| 8:14-19 | | |
| 9:3-6 | | |
| 9:8-9 | | |
| 26:16-19 | | |
| 26:21-24 | | |
| 27:1 | | |
| 33:2-34:2 | | |
| 36:9 - 38:14 | | |
| 43:14 - 44:4 | | |
| **Plaintiffs' Rebuttal Designations** | | |
| 44:16-19 | | |

4. **Dr. Jerome Kim (Phase 2)**

| Testimony | Objection | Response |
|---|---|---|
| **Plaintiffs' Designations** | | |
| 15:15-16:5 | | |
| 16:9-14 | | |
| 16:17-18 | | |
| 16:23-18:25 | | |
| 19:17-21 | | |
| 20:7-19 | | |
| 20:25-21:19 | | |
| 21:21-23 | | |
| 21:25-22:4 | | |
| 22:18-23:4 | | |
| 23:10-24:21 | | |
| 25:2-11 | | |
| 25:16-18 | | |
| 25:24-27:12 | | |
| 27:14-15 | | |
| 27:18-25 | | |
| 28:5-7 | | |
| 28:9-11 | | |
| 28:17-29:13 | | |
| 29:16-21 | | |
| 29:25-30:10 | | |
| 30:15-19 | | |

| Testimony | Objection | Response |
|---|---|---|
| 30:24-25 | | |
| 31:4-8 | | |
| 31:11-12 | | |
| 31:14-32:18 | | |
| 33:11-13 | | |
| 33:15-34:21 | | |
| 34:23-25 | | |
| 35:12-18 | Compound and vague; Leading | Separate question in two parts; Non-leading |
| 35:21-36:20 | (35:21-36:1) Compound and vague, leading | Separate question in two parts; Non-leading |
| 37:7-20 | | |
| 37:22 | | |
| 38:6-12 | | |
| 38:21-39:14 | | |
| 40:22-41:1 | | |
| 102:7-103:11 | | |
| **Monsanto's Counter Designations** | | |
| 93:17 - 94:6 | | |
| 94:11 - 95:16 | | |
| 99:19 - 99:22 | | |

5. **Dr. Mark Sedrak (Phase 2)**

| Testimony | Objection | Response |
|---|---|---|
| **Plaintiffs' Designations** | | |
| 33:9-35:1 | | |
| 35:18-36:10 | | |
| 36:18-37:10 | | |
| 37:20-38:3 | | |
| 38:8-13 | | |
| 40:22-42:1 | | |
| 50:17-22 | | |
| 52:15-19 | | |
| 54:5-7 | | |
| 54:22-24 | | |
| 55:4-56:12 | 56:9-12 (Argumentative, Vague, Calls for Speculation, 403, 402) | Relevant to damages, Dr is qualified to opine on this area of severity of brain surgery, not unduly prejudicial, speculative |
| 56:19-58:16 | 56:19-21 (Argumentative, Vague, Calls for Speculation, 403, 402) | Relevant to damages, Dr is qualified to opine on the treatment he performed, not unduly prejudicial, speculative |
| 58:21-59:4 | | |
| 59:10-60:3 | | |
| 60:16-24 | | |
| 62:2-10 | | |
| 62:12-14 | | |
| 62:16-19 | | |
| 62:20-24 | | |
| 62:25-63:6 | | |

| Testimony | Objection | Response |
|---|---|---|
| 64:13-65:5 | Duplicative of phase 1 designations | Will withdraw to the extent testimony admitted in phase I |
| **Monsanto's Counter Designations** | | |
| 38:4-38:7 | | |
| 42:2-42:4 | | |
| 51:14-51:18 | | |
| **Plaintiffs' Rebuttal Designations** | | |
| 65:6-65:8 | Duplicative of phase 1 designations, leading, cumulative | Non-duplicative; non-leading |
| 65:10 | | |

6. **Dr. Roberto Gonzalez (Phase 2)**

| Testimony | Objection | Response |
|---|---|---|
| **Plaintiffs' Designations** | | |
| 24:17-25:6 | | |
| 25:8-15 | | |
| 25:10-15 | | |
| 25:24-26:11 | | |
| **Monsanto's Counter Designations** | | |
| 41:7 - 42:14 | (42:12) leading, unfairly prejudicial | No form objection was lodged at the deposition, so leading is an improper objection now.<br><br>Mrs. Stevick's improvement is relevant to phase 2 and not unfairly prejudicial. |

The parties reserve the right to supplement, revise, correct, clarify, withdraw, or otherwise amend these designations.  Without waiving any objections, the parties also reserve the right to introduce into evidence any deposition testimony designated by the other party.  In addition, the parties reserve the right to use any deposition testimony at trial as necessary for impeachment and/or rebuttal.

Dated: January 21, 2020

By:  */s/ Brian L. Stekloff*
Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005

*Attorneys for Defendant Monsanto Company*

Dated: January 21, 2020

By:  */s/ Brian K. Brake, Esq.*
Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*