UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>*Robert Rawson v. Bayer Corporation, et al.*<br>USDC – NDIL No.  1:19-cv-6040 | MDL Docket No. 2741<br><br>Case No.3:19-cv-08312-VC |

## PLAINTIFF'S MOTION TO REMAND

On March 5, 2019, the Plaintiff, Robert Rawson, a citizen of Illinois, filed his Complaint in the Circuit Court of Cook County, Illinois, against Bayer Corporation, Monsanto Company, and Duke's Hardware, Inc., a citizen of Illinois, alleging strict liability and negligence as a result of his contracting extranodal marginal zone lymphoma (MALT), a type of non-Hodgkin Lymphoma, from use of Roundup®. (*See* Plaintiff's Complaint, attached as **Exhibit A**.). On September 9, 2019, Defendant Monsanto removed the lawsuit to the US District Court for the Northern District of Illinois based on diversity of citizenship under 28 U.S.C. § 1332.

On December 18, 2019, the Judicial Panel on Multidistrict Litigation denied Plaintiff's motion to vacate Conditional Transfer Order ("CTO-153"), issued in *Rawson v. Bayer Corporation et al.,* 1:19-cv-6040, pending in the Northern District of Illinois, which conditionally transferred this action to MDL 2741 – In Re: Roundup Products Liability Litigation. (*See* Transfer Order, attached as **Exhibit B**).  In the Order transferring this cause of action, the Judicial Panel recognized the jurisdictional issues but noted that they generally do not present an impediment to transfer, and that "Plaintiff can present his remand arguments to the transferee judge." Ex. B.

Accordingly, Plaintiff files the instant motion for remand under California law. *See* Pretrial Order No. 158, Dkt. No. 4549.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order:

A. That remands this case back to the Circuit Court of Cook County, Illinois; and,

B. That awards Plaintiff his reasonable attorney's fees and costs incurred in conjunction with prosecuting the remand of this case.

Respectfully submitted,

/s/ *David J. Gallagher*

**MOTHERWAY & NAPLETON, LLP**
By: David J. Gallagher
140 S. Dearborn, Suite 1500
Chicago, IL  60603
(312) 726-2699
ARDC No. 6294250
dgallagher@mnlawoffice.com

2