UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>*Robert Rawson v. Bayer Corporation, et al.*<br>USDC – NDIL No.  1:19-cv-06040 | MDL Docket No. 2741<br><br>Case No.3:19-cv-08312-VC |

## NOTICE OF MOTION

TO:   ALL COUNSEL OF RECORD (See attached Service List).

On **Thursday, February 27, 2020, at 10:00 a.m**. (PST), or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Vince Chhabria** or any Judge sitting in his stead, in the Courtroom usually occupied by him in **Courtroom 4 – 17th Floor** located at **Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102**, and shall then and there present the attached **Plaintiff's Motion to Remand.**

/s/ <i>David J. Gallagher</i><br>
DAVID J. GALLAGHER<br>
<i>Attorney for Plaintiff</i>

DAVID J. GALLAGHER
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn Street, Suite 1500
Chicago, IL  60603
(312) 726-2699
ARDC No.  6294250
dgallagher@mnlawoffice.com

**SERVICE LIST**
Rawson v. Monsanto, et al.
19-cv-08312-VC / 19-cv-06040
MDL Docket No. 2741

Dominique Savinelli
James P. O'Shea
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
    Phone: (312) 655-1500
    Fax: (312) 655-1501
    Email: HBService@huschblackwell.com; Dominique.Savinelli@huschblackwell.com; James.Oshea@huschblackwell.com
    **Attorneys for defendants, Monsanto Company, Bayer Corporation and Duke's Hardware, Inc.**

Thomas J. Dammrich II
Peter F. O'Neill
Shook, Hardy & Bacon LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
    Phone: (312) 704-7700
    Fax: (312) 558-1195
    Email: docket@shb.com; tdammrich@shb.com; pfoneill@shb.com; dbrehmer@shb.com
    **Attorney for defendants, Monsanto Company and Bayer Corporation**

    */s/ David J. Gallagher*
    MOTHERWAY & NAPLETON, LLP
    140 S. Dearborn Street, Suite 1500
    Chicago, IL  60603
    (312) 726-2699
    (312) 726-6851 Fax
    dgallagher@mnlawoffice.com
    ***Attorney for Plaintiff, ROBERT RAWSON***