UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>*Robert Rawson v. Bayer Corporation, et al.*<br>USDC – NDIL No.  1:19-cv-06040 | MDL Docket No. 2741<br><br>Case No.3:19-cv-08312-VC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

**PROPOSED ORDER**

Before the Court is Plaintiff ROBERT RAWSON's Motion to Remand. Plaintiff's Motion to Remand is Granted.  The District Court Executive is directed to remand this action to the Circuit Court of Cook County in the State of Illinois.

**IT IS SO ORDERED.**

Dated: February 27, 2020

_____
United States District Judge

1