# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                            MDL No. 2741

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −180)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 2,284 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 22, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY  
LITIGATION                                                                                   MDL No. 2741

### SCHEDULE CTO−180 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 19−02394 | Cornforth v. Monsanto Company |
| DELAWARE | | | |
| DE | 1 | 19−02381 | Ryder v. Monsanto Company |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 20−00146 | Grieger v. Monsanto Company |
| ILN | 1 | 20−00148 | Oellien v. Monsanto Company |
| ILN | 1 | 20−00151 | Eckardt v. Monsanto Company |
| ILN | 1 | 20−00171 | Wagner v. Monsanto Company |
| MISSISSIPPI NORTHERN | | | |
| MSN | 1 | 19−00212 | Webb et al v. Monsanto Company |
| MISSOURI EASTERN | | | |
| MOE | 4 | 19−03238 | Styles v. Monsanto Company |
| MOE | 4 | 19−03259 | Newman v. Monsanto Company |
| MOE | 4 | 19−03299 | Moreno v. Monsanto Company |
| MOE | 4 | 19−03311 | Voorhis v. Monsanto Company |
| MOE | 4 | 19−03346 | Clapp v. Monsanto Company |
| MOE | 4 | 19−03347 | Delain et al v. Monsanto Company |
| MOE | 4 | 19−03348 | Dyson et al v. Monsanto Company |
| MOE | 4 | 19−03350 | Izer v. Monsanto Company |
| MOE | 4 | 19−03351 | Kallaus et al v. Monsanto Company |
| MOE | 4 | 19−03352 | Karl et al v. Monsanto Company |
| MOE | 4 | 19−03353 | Lombardo v. Monsanto Company |
| MOE | 4 | 19−03354 | Masters v. Monsanto Company |
| MOE | 4 | 19−03355 | McDonald et al v. Monsanto Company |
| MOE | 4 | 19−03357 | Redd et al v. Monsanto Company |
| MOE | 4 | 19−03358 | Santiago v. Monsanto Company |

| | | | |
|---|---|---|---|
| MOE | 4 | 19−03360 | Smith et al v. Monsanto Company |
| MOE | 4 | 19−03361 | Ting v. Monsanto Company |
| MOE | 4 | 19−03362 | Torres et al v. Monsanto Company |
| MOE | 4 | 19−03363 | Van Meter v. Monsanto Company |
| MOE | 4 | 19−03364 | Watts v. Monsanto Company |
| MOE | 4 | 19−03365 | Webber et al v. Monsanto Company |
| MOE | 4 | 19−03366 | West et al v. Monsanto Company |
| MOE | 4 | 19−03367 | Williams et al v. Monsanto Company |
| MOE | 4 | 19−03368 | Young et al v. Monsanto Company |
| MOE | 4 | 19−03369 | King et al v. Monsanto Company |
| MOE | 4 | 19−03370 | Dresh et al v. Monsanto Company |
| MOE | 4 | 19−03371 | Lahr et al v. Monsanto Company |
| MOE | 4 | 19−03372 | Lucky v. Monsanto Company |
| MOE | 4 | 19−03373 | Mardis et al v. Monsanto Company |
| MOE | 4 | 19−03374 | McCathan v. Monsanto Company |
| MOE | 4 | 19−03375 | Rudolf et al v. Monsanto Company |
| MOE | 4 | 19−03376 | Schlupp et al v. Monsanto Company |
| MOE | 4 | 19−03377 | Schroeder et al v. Monsanto Company |
| MOE | 4 | 19−03378 | Canney v. Monsanto Company |
| MOE | 4 | 19−03379 | Hall v. Monsanto Company |
| MOE | 4 | 19−03380 | Lenig et al v. Monsanto Company |
| MOE | 4 | 19−03381 | Miller et al v. Monsanto Company |
| MOE | 4 | 19−03382 | Myers v. Monsanto Company |
| MOE | 4 | 19−03383 | Ricken v. Monsanto Company |
| MOE | 4 | 19−03384 | Delancellotti v. Monsanto Company |
| MOE | 4 | 19−03385 | Flores v. Monsanto Company |
| MOE | 4 | 19−03388 | Risher et al v. Monsanto Company |
| MOE | 4 | 19−03389 | Kelsey et al v. Monsanto Company |
| MOE | 4 | 19−03391 | Wall v. Monsanto Company |
| MOE | 4 | 19−03401 | Martinez et al v. Monsanto Company |
| MOE | 4 | 19−03402 | Denson et al v. Monsanto Company |
| MOE | 4 | 19−03403 | Holmesly et al v. Monsanto Company |
| MOE | 4 | 19−03404 | Vandervelde v. Monsanto Company |
| MOE | 4 | 19−03411 | Daigle v. Monsanto Company |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 3 | 19−02944 | Lloyd v. Monsanto Company |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 19−05608 | Jones v. Monsanto Company |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 19−00792 | Porter v. Monsanto Company |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 5 | 19−00271 | Clark v. Monsanto Company |