Merritt E. Cunningham (SBN 32843)
STAG LIUZZA, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
mcunningham@stagliuzza.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | NOTICE OF APPEARANCE OF MERRITT E. CUNNINGHAM |
| DENNIS GALAPON, 3:19-CV-07352-VC | ON BEHALF OF PLAINTIFF |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record.

PLEASE TAKE NOTICE that Merritt E. Cunningham, of Stag Liuzza, L.L.C., hereby enters an appearance as counsel for Plaintiff in the above-referenced action. Please amend your service list accordingly and serve said co-counsel with all pleadings and notices in this action using the contact information below:

Merritt E. Cunningham
Stag Liuzza, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Tel: (504) 593-9600
Fax: (504) 593-9601
mcunningham@stagliuzza.com, bwilliams@stagliuzza.com

Dated: January 22, 2020                STAG LIUZZA, L.L.C.

                                                                     *s/ Merritt E. Cunningham*_____
                                                                     Merritt E. Cunningham (SBN 32843)
                                                                     STAG LIUZZA, L.L.C.
                                                                     365 Canal Street, Suite 2850
                                                                     New Orleans, LA 70130
                                                                     Tel: (504) 593-9600
                                                                     Fax: (504) 593-9601
                                                                     mcunningham@stagliuzza.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                       *s/ Merritt E. Cunningham*_____
                                                                       Merritt E. Cunningham