UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Giglio v. Monsanto Co.*, 16-cv-5658<br><br>*Russo v. Monsanto Co.*, 16-cv-6024<br><br>*Mendoza v. Monsanto Co.*, 16-cv-6046 | **PRETRIAL ORDER NO. 203: ORDER DENYING MOTION TO EXCLUDE TESTIMONY OF DRS. NABHAN, SHUSTOV, AND WEISENBURGER (WAVE 1 CASES)**<br><br>Re: Dkt. No. 8011 |

Monsanto's motion to exclude the specific causation testimony of Nabhan, Shustov, and Weisenburger is denied for the reasons set forth in Pretrial Order No. 85, Dkt. No. 2799, and with the understanding that the testimony of these experts will be limited as set forth in Pretrial Order No. 85.

**IT IS SO ORDERED.**

Dated: January 22, 2020

VINCE CHHABRIA
United States District Judge