UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Carriere v. Monsanto Company*<br>Case No. 3:18-cv-05778 | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S PURPORTED "OBJECTION TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT" AND ASSOCIATED ERRATA SHEET [DKT. NOS. 34 & 34-2]** |

This Court, having considered Defendant Monsanto Company's Motion to Strike Plaintiff Jerald Carriere's Purported "Objection to Defendant's Reply in Support of Motion for Summary Judgment" and Associated Errata Sheet [Dkt Nos. 34 & 34-2], the response, the reply, arguments of counsel, and all relevant law and facts, finds that the Motion should be and, therefore, is GRANTED.

It is, therefore, ORDERED that, for the reasons set forth in Defendant's Motion, Plaintiff's Objection to Defendant's Reply in Support of Motion for Summary Judgment (Dkt. No. 32) and the errata sheet filed therewith (Dkt. No. 34-2) are hereby STRICKEN.

DATED: _____ \_\_\_, 2020

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE