# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 204:<br>ORDER CONTINUING HEARING ON<br>REMAINING WAVE 1 MOTIONS** |

The hearing on the remaining Wave 1 motions is continued from January 29, 2020, to Thursday, February 6, 2020, at 10 a.m. Between now and then, the Court will notify the parties of which issues it wishes to hear arguments on.

**IT IS SO ORDERED.**

Dated: January 23, 2020

VINCE CHHABRIA
United States District Judge