Roe and Simon LLC
Adrian N. Roe (*pro hac vice*)
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
412-434-8187
aroe@roelawoffice.com

Attorney for Plaintiff David Schaffner, Jr.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) _____ ) ) This document relates to: ) ) *David Schaffner, Jr. v. Monsanto Co.,* ) Case No. 3:19-cv-07526-VC ) ) _____ ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**NOTICE OF CHANGE IN COUNSEL**

Please take notice that James K. Paulick, Esq. is no longer participating in this case.

Please serve all orders, filings and notices of any kind on Adrian N. Roe.

Respectfully submitted,

Dated: January 24, 2020

s/Adrian N. Roe

*Appearing Pro Hac Vice Per Pretrial Order No. 1*

Pa. Bar No. 61391
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA
412-434-8187
aroe@roeandsimonllc.com