**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lucia Bucio, Individually and as Representative of the Estate of Julio Bucio, deceased v. Monsanto Co.*,<br>Case No. 3:20-cv-00044-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED:  January 24, 2020    Respectfully submitted,

2
          /s/ Joe G. Hollingsworth
3         Joe G. Hollingsworth (*pro hac vice*)
          (jhollingsworth@hollingsworthllp.com)
4         Eric G. Lasker (*pro hac vice*)
          (elasker@hollingsworthllp.com)
5         HOLLINGSWORTH LLP
          1350 I Street, N.W.
6         Washington, DC  20005
          Telephone:  (202) 898-5800
7         Facsimile:   (202) 682-1639

8         *Attorneys for Defendant*
          *MONSANTO COMPANY*

2

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-00044-VC