1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*

7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741
   |                                               | Case No. 3:16-md-02741-VC
11
12 | This document relates to:
13 | *Robert Wistinghausen and Kimberly Wistinghausen v. Monsanto Co.*, Case No. 3:20-cv-00027-VC
14

15 **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18    1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19    2.    Bayer AG is a publicly held corporation.

20 DATED:  January 27, 2020                    Respectfully submitted,

21
                                              /s/ Joe G. Hollingsworth
22                                            Joe G. Hollingsworth (*pro hac vice*)
                                              (jhollingsworth@hollingsworthllp.com)
23                                            Eric G. Lasker (*pro hac vice*)
                                              (elasker@hollingsworthllp.com)
24                                            HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
25                                            Washington, DC  20005
                                              Telephone:  (202) 898-5800
26                                            Facsimile:   (202) 682-1639

27                                            *Attorneys for Defendant*
                                              *MONSANTO COMPANY*
28