**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: *Harry Davidson and Radine Davidson v. Monsanto Co.*, Case No. 3:20-cv-00037-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

1   DATED:  January 27, 2020 Respectfully submitted,

2   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
3   (jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
4   (elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
5   1350 I Street, N.W.
Washington, DC  20005
6   Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

7

*Attorneys for Defendant*
8   *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-00037-VC