1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
11

12 This document relates to:

13 *Robert Bingaman as Special Administrator of
   the Estate of Janice Bingaman and on behalf of*
14 *the Wrongful Death Beneficiaries of Janice
   Bingaman*
15 *v. Monsanto Co. and John Does 1-V*,
   Case No. 3:20-cv-00246-VC
16

17        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

18      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

19 ("Monsanto") makes the following disclosures:

20      1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

21      2.     Bayer AG is a publicly held corporation.

1 | DATED:  January 27, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*