**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Tina Johnson as Special Administratrix of the Estate of David Johnson Sr. and on Behalf of the Wrongful Death Beneficiaries of David Johnson Sr.*<br>*v. Monsanto Co. and John Does 1-V,*<br>Case No. 3:20-cv-00245-VC | |

### <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

      1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

      2.      Bayer AG is a publicly held corporation.

1   DATED:  January 27, 2020                    Respectfully submitted,

2                                               /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth (*pro hac vice*)
3                                               (jhollingsworth@hollingsworthllp.com)
                                                Eric G. Lasker (*pro hac vice*)
4                                               (elasker@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
5                                               1350 I Street, N.W.
                                                Washington, DC  20005
6                                               Telephone:  (202) 898-5800
                                                Facsimile:   (202) 682-1639
7
                                                *Attorneys for Defendant*
8                                               *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:19-cv-00245-VC