**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Ave
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

**AUDET & PARTNERS**
Mark Burton (CA Bar No. 178400)
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
mburton@audetlaw.com

*Attorneys for Plaintiffs*

**WILKINSON WALSH LLP**
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant
MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | |

JOINT TRIAL EXHIBIT LIST
3:16-md-02741-VC

**JOINT TRIAL EXHIBIT LIST**

The parties hereby file the attached list of exhibits they will or may use at trial for this matter.

Plaintiffs reserve the right to amend the Exhibit list during trial, for rebuttal purposes, or for any other reason as appropriate.  Further, Plaintiffs reserve the right to amend this Exhibit List with any future depositions, future deposition exhibits, document production by Defendant and/or a third party that occurs after this date, and any medical or scientific studies that are published.

Plaintiffs reserve the right to withdraw any exhibit on the attached Exhibit List and/or object to the introduction of admissibility of any document at trial whether the objection is noted on the attached list or not.  Plaintiff further reserves their right to amend this Exhibit List based upon the evidence at trial.

Additionally, Plaintiffs hereby reserve the right to use and all of the following Exhibits at trial:

*Any and all deposition transcripts and videos, along with the deposition exhibits taken in any Roundup case;

*Any and all deposition transcripts and videos, along with the deposition exhibits of the Roundup depositions not yet taken but scheduled between now and the end of trial;

* Any and all exhibits identified and/or used by Defendants in this action;

* Any and all pleadings served and or filed in these actions;

*Any documents produced in discovery or identified during discovery by any party or third party.

* Any and all reports by Plaintiffs' experts including original and supplemental reports

* Any documents referenced by or relied upon by any party's experts

* All research, texts, articles, and publications produced, referenced in depositions, or relied upon by all parties' expert witnesses.

* Plaintiffs reserve the right to seek introduction as an exhibit all exhibits or documents identified by the parties in pleadings, court filings, or in any deposition.

* Plaintiffs reserve the right to seek introduction as an exhibit the pleadings, discovery response documents, and any other documents served or filed in this action; and

* All exhibits necessary for cross-examination, rebuttal, or impeachment.


Monsanto reserves the right supplement or amend this exhibit list based on the events that occur after the date of this filing.  For example, Monsanto reserves the right to supplement this

1  list with any exhibits marked at deposition in this litigation that occurred after the parties' initial

2  exchange of exhibit lists; any documents produced by any party of this litigation in the future;

3  and/or any medical literature or scientific studies released in the future.

4         The inclusion of any exhibits on this exhibit list shall not waive or affect any prior

5  confidentiality designation in this litigation.  Monsanto reserves the right to use any document on

6  this list for the purposes of impeachment or cross-examination.  Monsanto also reserves the right

7  to object to the introduction and/or admissibility of any document listed on any exhibit list.

8  Inclusion of a particular document on Monsanto's exhibit list is not intended to be a waiver of

9  Monsanto's right to object to the introduction and/or admissibility of a document for any

10 purpose.  Certain of Monsanto's listed exhibits are included solely for the purpose of cross-

11 examination, and Monsanto does not intend to sponsor introduction of these exhibits into

12 evidence.  Certain of Monsanto's listed exhibits may pertain to topics that will ultimately be

13 excluded from evidence by pretrial orders.  By listing such exhibits, Monsanto does not intend to

14 waive any right to object to the introduction and/or admissibility of those documents for any

15 purpose.  Monsanto reserves the right to use additional, unlisted exhibits for the purposes of

16 impeachment.  Monsanto also reserves the right to use any deposition transcripts and any

17 exhibits to deposition transcripts for any witnesses being called.

18        Monsanto reserves the right to use at trial demonstrative exhibits, without limitation:

19 charts, graphs, photographs, animations, timelines, objects, models, PowerPoint slides, drawings,

20 graphics, and other demonstrative aids.  Monsanto reserves the right to offer enlargements of any

21 exhibits on the list or any party's exhibit list.  Monsanto reserves the right to use and all

22 documents/materials listed/produced by Plaintiff.  Monsanto preserves objections to exhibits

23 lodged in connection to the *Hardeman* trial.

24

25

26

27

28

JOINT TRIAL EXHIBIT LIST
3:16-md-02741-VC

1

2  Dated: January 27, 2020

3

4                                         By:    */s/ Brian L. Stekloff*
                                          _____
                                          Brian L. Stekloff (*pro hac vice*)
5                                         bstekloff@wilkinsonwalsh.com
                                          Rakesh Kilaru (*pro hac vice*)
6                                         rkilaru@wilkinsonwalsh.com
                                          WILKINSON WALSH + ESKOVITZ LLP
7                                         2001 M St. NW
                                          10th Floor
8                                         Washington, DC 20036
                                          Tel:   202-847-4030
9                                         Fax:  202-847-4005

10

11                                        *Attorneys for Defendant Monsanto Company*

12

13

14                                         */s/ Brian Brake*
                                          By:    _____
15                                        Brian K. Brake, Esq. (Pro Hac Vice)
16                                        The Miller Firm LLC
                                          108 Railroad Avenue
17                                        Orange, VA 22960
                                          Phone:  540-672-4224
18                                        Fax:  540-672-3055
19                                        bbrake@millerfirmllc.com

20

21                                        *Attorneys for Plaintiffs*

22

23

24

25

26

27

28

- 4 -
JOINT TRIAL EXHIBIT LIST
3:16-md-02741-VC