**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Ave
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

**AUDET & PARTNERS**
Mark Burton (CA Bar No. 178400)
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
mburton@audetlaw.com

*Attorneys for Plaintiffs*

**WILKINSON WALSH LLP**
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant
MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| *Stevick v. Monsanto Co., et al.*,<br>3:16-cv-2341-VC | |

- 1 -
JOINT PROPOSED VOIR DIRE QUESTIONS
3:16-md-02741-VC

# JOINT PROPOSED VOIR DIRE QUESTIONS

Pursuant to Paragraph 14 of the Standing Order for Civil Trials Before Judge Chhabria, Plaintiffs, Elaine and Christopher Stevick, and Defendant Monsanto Company ("Monsanto") hereby submit this list of proposed voir dire questions.

**Joint Proposed Questions**

1. Have you, your business, or anyone in your family ever sued anyone?
    a. What was the nature of the lawsuit?
    b. What was the outcome?
    c. Were you satisfied with the way the matter resolved?
2. Have you, your business, or anyone in your family ever been sued by anyone?
    a. What was the nature of the lawsuit?
    b. What was the outcome?
    c. Were you satisfied with the way the matter resolved?
3. Have you ever been a witness, given a deposition, or testified in any hearing or court proceeding?
    a. If so, why?
4. Have you already formed an opinion that if a product is currently for sale on the market in the US it must be safe?
5. Would you award money to a person who claims to have been injured by a product, even if there is no proof that the product caused the injury?

**Plaintiffs' Proposed Questions**

| No. | Question | Defendant's Response |
| --- | --- | --- |
| 1. | Did you grow up or live for an extended period of time in a farming or agricultural community? | Monsanto does not believe this question should be asked. |

| | | |
|---|---|---|
| 2. | Have you ever worked for a company or organization that you believe was sued unfairly?<br>a.     What was the nature of the claim?<br>b.     What was the outcome?<br>c.     Were you satisfied with the way the matter resolved? | Monsanto does not believe this question should be asked because it is confusing, vague, and not necessary. |
| 3. | Do you have any opinions or feelings about jury awards, personal injury lawsuits, or people who bring lawsuits for money damages that would make it difficult for you to fairly evaluate the evidence in a trial where an individual is suing a company over claims that its product caused his cancer? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire. |
| 4. | Do you believe there should be a cap or upper limit on the amount of money damages juries should be allowed to award? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire. |
| 5. | Do you believe there are too many lawsuits today claiming consumer products are dangerous or cause injury? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire |
| 6. | Do you believe that jury verdicts are too high? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire |
| 7. | Do you believe that there should be limits on the ability to sue companies over consumer products? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire. |

| No. | Question | |
|---|---|---|
| 8. | Have you already formed the opinion that Roundup does not cause cancer? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire. |
| 9. | Do you believe (or have you already formed the opinion) that anyone who claims they have gotten sick from using Roundup must have misused the product or failed to follow the instructions? | Monsanto does not believe this question should be asked because it is vague, biased, and the topics of compensatory and punitive damages are covered in the jury questionnaire. |

**Monsanto's Proposed Questions**

| No. | Question | Plaintiffs' Response |
|---|---|---|
| 1. | Have you or has anyone close to you ever had non-Hodgkin's lymphoma or a brain tumor? | This seems unnecessary as there is already a question on the jury questionnaire if you or anyone close to you has had cancer. |
| 2. | Have you ever worked for a company or organization that filed a lawsuit that related to your work there?<br>a. What was the nature of the claim?<br>b. What was the outcome?<br>c. Were you satisfied with the way the matter resolved? | Plaintiffs do not believe this question should be asked because it is confusing, vague, and not necessary. |
| 3. | Have you ever been injured by a product that you thought was safe? | Plaintiffs do not believe this question should be asked because it is vague, incomplete, and the general topic is covered by the Court's jury questionnaire. |
| 4. | Have you or has anyone close to you ever considered suing the manufacturer of a product because it caused harm? | Plaintiffs object as this question is vague, biased, and the general topic is covered by the Court's jury questionnaire. |
| 5. | Have you ever stopped using a product or told someone close to you to stop using a product because you saw on TV or read on the internet that the product was unsafe? | Plaintiffs object as this question is vague, biased, and the general topic is covered by the Court's jury questionnaire. |
| 6. | Do you only buy organic foods when available | Plaintiffs do not believe this |

- 4 -
JOINT PROPOSED VOIR DIRE QUESTIONS
3:16-md-02741-VC

| | | |
|---|---|---|
| | because you are concerned about chemicals? | question should be asked because it is vague, biased, and not necessary. |
| 7. | Do you have negative impressions or opinions about GMOs or food with GMOs? | Plaintiffs do not believe this question should be asked because it is vague, biased, and not necessary. |
| 8. | Are you inclined to award damages to a person simply because the person developed cancer while using Roundup?? | Plaintiffs do not believe this question should be asked because it is vague, incomplete, biased, confusing, and not necessary. |
| 9. | Have you formed an opinion that Roundup causes cancer? | Plaintiffs do not believe this question should be asked because it is vague, incomplete, biased, confusing, and not necessary as it is duplicative of Plaintiff proposed question 8. |
| 10. | Have you become concerned about the safety of Roundup because you saw on TV or read in the newspaper or on the Internet that Roundup is dangerous? | Plaintiffs do not believe this question should be asked because it is vague, incomplete, biased, confusing, and not necessary as it is duplicative. |
| 11. | Would you tell someone close to you not to use Roundup because of safety or health concerns? | Plaintiffs do not believe this question should be asked because it is vague, incomplete, biased, confusing, and not necessary as it is duplicative. |
| 12. | If Monsanto says that Roundup does not cause cancer, what is your reaction? | Plaintiffs do not believe this question should be asked because it is vague, incomplete, biased, confusing, and not necessary. |
| 13. | Do you have any opinions or feelings about Roundup? | Plaintiffs do not believe this question should be asked because it is vague, biased, and already covered in the Court's jury questionnaire. |
| 14. | Do you have any opinions or feelings about Monsanto? | Plaintiffs do not believe this question should be asked because it is vague, biased, |

|  |  | and already covered in the Court's jury questionnaire. |

Dated: January 27, 2020

By:   */s/ Brian L. Stekloff*
Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax:  202-847-4005

*Attorneys for Defendant Monsanto Company*

  */s/ Brian Brake*
By: _____
Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax: 540-672-3055
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*