1  **THE MILLER FIRM, LLC**
   Michael J. Miller (pro hac vice)
2  Brian K. Brake (pro hac vice)
   Tayjes Shah (pro hac vice)
3  108 Railroad Ave
   Orange, VA 22960
4  Tel: (540) 672-4224
   Fax: (540) 672-3055
5  bbrake@millerfirmllc.com
   tshah@millerfirmllc.com
6

7  **AUDET & PARTNERS**
   Mark Burton (CA Bar No. 178400)
8  711 Van Ness Avenue, Suite 500
   San Francisco, CA 94102
9  Tel: (415) 568-2555
   Fax: (415) 568-2556
10 mburton@audetlaw.com

11 *Attorneys for Plaintiffs*

**WILKINSON WALSH LLP**
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Stevick et al. v. Monsanto Co.*<br>3:16-cv-2341-VC | **JOINT STATEMENT OF THE CASE** |

Pursuant to Paragraph 17 of the Standing Order for Civil Trials Before Judge Chhabria, Plaintiff Elaine Stevick and Defendant Monsanto Company ("Monsanto") hereby submit this joint statement of the case:

In this case, Mrs. Stevick alleges that Monsanto's product, Roundup, was a substantial factor in causing her to develop cancer, specifically, a type of non-Hodgkin's lymphoma called primary central nervous system diffuse large B-cell lymphoma. Monsanto denies that Roundup caused Mrs. Stevick's non-Hodgkin's lymphoma.

Dated: January 27, 2020

By:   */s/ Brian L. Stekloff*
Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005

*Attorneys for Defendant Monsanto Company*

Dated: January 27, 2020

By:   */s/ Brian K. Brake, Esq.*
Brian K. Brake, Esq. (Pro Hac Vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone: 540-672-4224
Fax: 540-672-3055
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*