**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Ave
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

**WILKINSON WALSH LLP**
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847 4030
Fax: (202) 842 4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

**AUDET & PARTNERS**
Mark Burton (CA Bar No. 178400)
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
mburton@audetlaw.com

*Attorneys for Plaintiffs*                *Attorneys for Defendant*
                                          *MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Elaine Stevick and Christopher Stevick v. Monsanto Co.*, 3:16-cv-02341-VC | |

**JOINT PROPOSED VERDICT FORMS**

Pursuant to paragraph 16 of the Standing Order for Civil Trials Before Judge Chhabria, Plaintiffs, Elaine and Christopher Stevick, and Defendant Monsanto Company ("Monsanto") hereby submit their respective proposed verdict forms

Plaintiffs' proposed verdict forms are attached as Exhibit A.

Monsanto's proposed verdict forms are attached as Exhibit B.

| | |
|---|---|
| Dated:  January 27, 2020 | By:  /s/ Brian K. Brake<br>Brian K. Brake, Esq. (Pro Hac Vice)<br>The Miller Firm LLC<br>108 Railroad Avenue<br>Orange, VA 22960<br>Phone:  540-672-4224<br>Fax:  540-672-3055<br>bbrake@millerfirmllc.com<br>*Attorneys for Plaintiffs* |
| | By:  /s/ Brian L. Stekloff<br>Brian L. Stekloff (pro hac vice)<br>Rakesh Kilaru (pro hac vice)<br>Wilkinson Walsh LLP<br>2001 M St. NW, 10th Floor<br>Washington, DC 20036<br>Tel: (202) 847 4030<br>Fax: (202) 842 4005<br>bstekloff@wilkinsonwalsh.com<br>rkilaru@wilkinsonwalsh.com<br>*Co-Counsel for Defendant*<br>*Monsanto Company* |