# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
| This document relates to: <br> *Stevick v. Monsanto*, 3:16-cv-002341-VC | **PLAINTIFFS' PROPOSED PHASE 1 VERDICT FORM** |

After you have reached your verdict, please fill out this form. After you have completed the form, let the Courtroom Deputy know you have reached a verdict, without saying what the verdict is. The presiding juror should keep the form and bring it into the courtroom so that the judge may announce the verdict.

**Question 1:** Did Mrs. Stevick prove by a preponderance of the evidence that her exposure to Roundup was a substantial factor in causing her non-Hodgkin's lymphoma?

Yes:_____        No: _____

Dated:                                              _____
                                                    Presiding Juror

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Stevick v. Monsanto*, 3:16-cv-002341-VC | **PLAINTIFFS' PROPOSED PHASE 2 VERDICT FORM** |

After you have reached your verdict, please fill out this form. After you have completed the form, let the Courtroom Deputy know that you have reached a verdict, without saying what the verdict is. The presiding juror should keep the form and bring it into the courtroom so that the jury may announce the verdict.

**Question 1:** Did Mrs. Stevick prove by a preponderance of the evidence her claim that Roundup's design was defective? See Instruction No. 13.

Yes:_____    No: _____

**Question 2:** Did Mrs. Stevick prove by a preponderance of the evidence her claim that Roundup lacked sufficient warnings of the risk of NHL? See Instruction No. 14.

Yes:_____    No: _____

**Question 3:** Did Mrs. Stevick prove by a preponderance of the evidence her claim that Monsanto was negligent by not using reasonable care to warn about Roundup's NHL risk? See Instruction No. 15.

Yes:_____    No: _____

If you answered "no" to all three questions above, please stop, sign the verdict form, and inform the Courtroom Deputy that you have reached a verdict. If you answered "yes" to one or more of the questions above, then please continue.

**Question 4:** What are Mrs. Stevick's compensatory damages? See Instruction No. 19.

    Past economic loss:        $ 560,382.55

    Past noneconomic loss:    $ _____

    Future noneconomic loss:  $ _____

**Question 5**:  What are Mr. Stevick's damages for loss of his wife's love, companionship, comfort, care, assistance, protection, affection, society, moral support, and enjoyment of sexual relations?  See Instruction No. 20.

    $_____

**Question 6:** Did Mrs. Stevick prove by clear and convincing evidence that she is entitled to punitive damages? See Instruction No. 22.

    Yes:_____      No: _____

**Question 7:** If you answered "yes" to the previous question, what amount do you award Mrs. Stevick in punitive damages?

    $ _____

Dated:                                                       _____

                                                                  Presiding Juror