# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Stevick v. Monsanto*, 3:16-cv-002341-VC | **MONSANTO'S PROPOSED PHASE 1 VERDICT FORM** |

After you have reached your verdict, please fill out this form. After you have completed the form, let the Courtroom Deputy know you have reached a verdict, without saying what the verdict is. The presiding juror should keep the form and bring it into the courtroom so that the judge may announce the verdict.

**Question 1:** Did Mrs. Stevick prove by a preponderance of the evidence that Roundup caused her non-Hodgkin's lymphoma?

Yes:_____          No: _____

Dated:                                          _____
                                                   Presiding Juror

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Stevick v. Monsanto*, 3:16-cv-002341-VC | **MONSANTO'S PROPOSED PHASE 2 VERDICT FORM** |

After you have reached your verdict, please fill out this form. After you have completed the form, let the Courtroom Deputy know that you have reached a verdict, without saying what the verdict is. The presiding juror should keep the form and bring it into the courtroom so that the jury may announce the verdict.

**Question 1:** Did Mrs. Stevick prove by a preponderance of the evidence her strict liability design defect claim? See Instruction Number 13.

Yes:_____          No: _____

**Question 2:** Did Mrs. Stevick prove by a preponderance of the evidence her strict liability failure to warn claim? See Instruction Number 14.

Yes:_____          No: _____

**Question 3:** Did Mrs. Stevick prove by a preponderance of the evidence her negligent failure to warn claim? See Instruction Number 15.

Yes:_____          No: _____

If you answered "no" to all three questions above, please stop, sign the verdict form, and inform the Courtroom Deputy that you have reached a verdict. If you answered "yes" to one or more of the questions above, then please continue.

**Question 4:** What are Mrs. Stevick's compensatory damages? See Instruction Number 19.

        Past economic loss:          $ _____

        Past noneconomic loss:     $ _____

        Future noneconomic loss:   $ _____

**Question 5**:  What are Mr. Stevick's damages for his loss of consortium claim?  See Instruction No. 20.

     $_____

**Question 6:** Did Mrs. Stevick prove by clear and convincing evidence that she is entitled to punitive damages? See Instruction Number 22.

        Yes:_____         No: _____

**Question 7:** If you answered "yes" to the previous question, what amount do you award Mrs. Stevick in punitive damages?

     $ _____

Dated:                               _____

                                      Presiding Juror