1 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 | Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 | Washington, DC  20005
Telephone:  (202) 898-5800
4 | Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5 |              elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
*MONSANTO COMPANY*

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

Case No. 3:16-md-02741-VC

11

12 | This document relates to:

13 | *William McCormick*
*v. Monsanto Co. and John Does 1-V,*
Case No. 3:20-cv-00003-VC

14

15 | **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16 | Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 | ("Monsanto") makes the following disclosures:

18 | 1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19 | 2.    Bayer AG is a publicly held corporation.

20 | DATED:  January 28, 2020                Respectfully submitted,

21 | /s/ Joe G. Hollingsworth
22 | Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
23 | (elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
24 | 1350 I Street, N.W.
Washington, DC  20005
25 | Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
26

27 | *Attorneys for Defendant*
*MONSANTO COMPANY*

28