1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS   | MDL No. 2741             |
   | LIABILITY LITIGATION      |                          |
11 |                           | Case No. 3:16-md-02741-VC |

12 | This document relates to: |
13 | *Gregory Woodcock v. Monsanto Co.*, |
   | Case No. 3:19-cv-07793-VC |
14

15                    **MONSANTO COMPANY'S**
       **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:

22         Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23         Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27
                                          - 1 -
28 MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                    3:16-md-02741-VC & 3:19-cv-07793-VC

| | | |
|---|---|---|
| 1 | DATED: January 28, 2020 | Respectfully submitted, |

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 2 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-07793-VC