Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:20-cv-641 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| DALE WILLIAMS, <br>                    Plaintiff, <br> v. <br> MONSANTO COMPANY, <br>                    Defendant. | |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Dale Williams provides the

following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Dale Williams.
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than paragraphs 10-13 and 15-23.
5. Plaintiff resided in Charlottesville, Indiana at the time of filing the original complaint against Monsanto.
6. Plaintiff currently resides in Charlottesville, Indiana.
7. Plaintiff resided in Charlottesville, Indiana at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff received medical treatment for his NHL in Indiana.
9. Venue over this case properly lies in the United States District Court for the Southern District of Indiana.
10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Indiana, a different state than Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.
11. Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1996 until 2015 that he used with a hand sprayer on his residential property.
12. Plaintiff was exposed to Monsanto's Roundup products from in or around April 1996 through 2015.  During this time, Plaintiff used Monsanto's Roundup products on average one time per month from April to October each year.
13. Plaintiff used Monsanto's Roundup products at each of the following locations:

Charlottesville, Indiana.

14. Plaintiff was diagnosed with NHL in February 2015. He was diagnosed with B-cell, follicular lymphoma grade 1; indolent NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 28, 2020               Respectfully submitted,

                                      */s/ Kristy M. Arevalo*
                                      **McCune Wright Arevalo, LLP**

                                      Kristy M. Arevalo, Esq. (SBN: 216308)
                                      kma@mccunewright.com
                                      3281 East Guasti Road, Suite 100
                                      Ontario, California 91761
                                      Telephone: (909) 557-1250
                                      Facsimile: (909) 557-1275

Dated: January 28, 2020               Respectfully submitted,

                                      */s/ Daniel R. Weltin*
                                      **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                      Daniel R. Weltin (SBN: 226600)
                                      777 Davis Street, Suite 146
                                      San Leandro, California 94577
                                      Telephone: (510) 856-4421
                                      Facsimile: (510) 856-3624
                                      E-mail: daniel@danielweltin.com

**CERTIFICATE OF SERVICE**

    I, Kristy M. Arevalo, hereby certify that, on January 28, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                        */s/ Kristy M. Arevalo*