1

2

Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

3

4

5

6

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

7

8

9

*Attorneys for Plaintiff*

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:20-cv-643 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| NINA STEWART,<br>                    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>                    Defendant. | |

23

24

25

26

27

28

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Nina Stewart provides the

1

following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Nina Stewart.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed her case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than paragraphs 10-11 and 13-23.

5. Plaintiff resided in Riverview, Florida at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Riverview, Florida.

7. Plaintiff resided in White Plains, New York at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for her NHL in New York and Florida.

9. Venue over this case properly lies in the United States District Court for the Middle District of Florida.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Florida, a different state than Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from her exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1976 until 1989 that she used with a hand sprayer on residential property.

12. Plaintiff was exposed to Monsanto's Roundup products from in or around 1976 through 1989.  During this time, Plaintiff used Monsanto's Roundup products on average one time per week.

13. Plaintiff used Monsanto's Roundup products at each of the following locations:

SHORT FORM COMPLAINT

New York.

14.     Plaintiff was diagnosed with NHL in 2003.

15.     Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 28, 2020                    Respectfully submitted,

                                           /s/ Kristy M. Arevalo
                                           MCCUNE WRIGHT AREVALO, LLP

                                           Kristy M. Arevalo, Esq. (SBN: 216308)
                                           kma@mccunewright.com
                                           3281 East Guasti Road, Suite 100
                                           Ontario, California 91761
                                           Telephone:  (909) 557-1250
                                           Facsimile:  (909) 557-1275

Dated: January 28, 2020                    Respectfully submitted,

                                           /s/ Daniel R. Weltin
                                           THE LAW OFFICES OF DANIEL WELTIN, P.C.

                                           Daniel R. Weltin (SBN: 226600)
                                           777 Davis Street, Suite 146
                                           San Leandro, California 94577
                                           Telephone: (510) 856-4421
                                           Facsimile: (510) 856-3624
                                           E-mail: daniel@danielweltin.com

SHORT FORM COMPLAINT

**CERTIFICATE OF SERVICE**

  I, Kristy M. Arevalo, hereby certify that, on January 28, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.


        */s/ Kristy M. Arevalo*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

SHORT FORM COMPLAINT