**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: *Estate of Richard Kirschman, by and through Sigrid Kirschman, Administrator, and Sigrid Kirschman as surviving spouse of Richard Kirschman on behalf of all legal heirs of Richard Kirschman v. Monsanto Co.,* Case No. 3:20-cv-00244-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
2. Bayer AG is a publicly held corporation.

| | |
|---|---|
| 1   DATED: January 29, 2020 | Respectfully submitted, |
| 2 | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth (*pro hac vice*) |
| 3 | (jhollingsworth@hollingsworthllp.com) |
| | Eric G. Lasker (*pro hac vice*) |
| 4 | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| 5 | 1350 I Street, N.W. |
| | Washington, DC 20005 |
| 6 | Telephone: (202) 898-5800 |
| | Facsimile: (202) 682-1639 |
| 7 | |
| 8 | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-00244-VC