Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:20-cv-652 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| GERALD ACUFF, INDIVIDUALLY AND AS SURVIVING HEIR OF PHYLLIS ACUFF, DECEASED, | |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual

1

short form complaints for pre-trial work up purposes, Plaintiff Gerald Acuff, individually and as surviving heir of Plaintiff-Decedent Phyllis Acuff provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Gerald Acuff, individually and as surviving heir of Plaintiff-Decedent Phyllis Acuff.
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than paragraphs 10-17 and 19-23.
5. Plaintiff resided in Marion, Michigan at the time of filing the original complaint against Monsanto.
6. Plaintiff currently resides in Marion, Michigan.
7. Plaintiff-Decedent resided in Marion, Michigan at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff-Decedent received medical treatment for her NHL in Michigan.
9. Venue over this case properly lies in the United States District Court for the Western District of Michigan.
10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Michigan, a different state than Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.
11. Plaintiff-Decedent alleges injury from her exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1993 until 2012 that she used with a hand sprayer on her residential property.
12. Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or

13. around March 1993 through 2012. During this time, Plaintiff used Monsanto's Roundup products on average one time per week from March to October each year.

13. Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Hazel Park, Michigan and Marion, Michigan.

14. Plaintiff-Decedent was diagnosed with NHL in 2009. She was diagnosed with Small B-Cell NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 29, 2020                Respectfully submitted,

                                       */s/ Kristy M. Arevalo*
                                       **MCCUNE WRIGHT AREVALO, LLP**

                                       Kristy M. Arevalo, Esq. (SBN: 216308)
                                       kma@mccunewright.com
                                       3281 East Guasti Road, Suite 100
                                       Ontario, California 91761
                                       Telephone: (909) 557-1250
                                       Facsimile: (909) 557-1275

Dated: January 29, 2020                Respectfully submitted,

                                       */s/ Daniel R. Weltin*
                                       **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                       Daniel R. Weltin (SBN: 226600)
                                       777 Davis Street, Suite 146
                                       San Leandro, California 94577
                                       Telephone: (510) 856-4421
                                       Facsimile: (510) 856-3624
                                       E-mail: daniel@danielweltin.com

**CERTIFICATE OF SERVICE**

  I, Kristy M. Arevalo, hereby certify that, on January 29, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

     */s/ Kristy M. Arevalo*