Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:20-cv-653 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| CHARLENE CARLI, INDIVIDUALLY AND AS SURVIVING HEIR OF JAMES CARLI, DECEASED, <br>                        Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY, <br>                        Defendant. | |

## **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual

short form complaints for pre-trial work up purposes, Plaintiff Charlene Carli, individually and as surviving heir of Plaintiff-Decedent James Carli provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Charlene Carli, individually and as surviving heir of Plaintiff-Decedent James Carli.
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed her case against Monsanto in United States District Court Eastern District of Missouri.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than the paragraphs 10-19 and 21-23.
5. Plaintiff resided in Saratoga Springs, New York at the time of filing the original complaint against Monsanto.
6. Plaintiff currently resides in Saratoga Springs, New York.
7. Plaintiff-Decedent resided in Greenfield Center, New York at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff-Decedent received medical treatment for his NHL in New York and Massachusetts.
9. Venue over this case properly lies in the United States District Court for the Northern District of New York.
10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of New York, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.
11. Plaintiff-Decedent alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1985 until 2010 that he used

with a hand sprayer on his residential property.

12. Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or around March 1985 through 2010. During this time, Plaintiff used Monsanto's Roundup products on average one time per week from March to September each year.

13. Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Greenfield Center, New York.

14. Plaintiff-Decedent was diagnosed with NHL in November 2004. He was diagnosed with Indolent NHL with one aggressive mantel cell marker.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 29, 2020                    Respectfully submitted,

*/s/ Kristy M. Arevalo*
**McCune Wright Arevalo, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Dated: January 29, 2020                    Respectfully submitted,

*/s/ Daniel R. Weltin*
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

Daniel R. Weltin (SBN: 226600)
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624
E-mail: daniel@danielweltin.com

**CERTIFICATE OF SERVICE**

    I, Kristy M. Arevalo, hereby certify that, on January 29, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Kristy M. Arevalo*