Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>CARRIE DULA,<br>                    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>                    Defendant. | MDL No. 2741<br><br>Case No. 3:20-cv-654<br><br>**SHORT FORM COMPLAINT** |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Carrie Dula provides the

following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Carrie Dula.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed her case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than paragraphs 10 and 12-23.

5. Plaintiff resided in Bradenton, Florida at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Bradenton, Florida.

7. Plaintiff resided in Bradenton, Florida at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for her NHL in Florida.

9. Venue over this case properly lies in the United States District Court for the Middle District of Florida.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Florida, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from her exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1991 until 2013 that she used with a hand sprayer on agricultural property.

12. Plaintiff was exposed to Monsanto's Roundup products from in or around 1991 through 2013.  During this time, Plaintiff used Monsanto's Roundup products on average one time per week.

13. Plaintiff used Monsanto's Roundup products at each of the following

locations: Sarasota, Florida.

14. Plaintiff was diagnosed with NHL in 2016.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 29, 2020                         Respectfully submitted,

                                                */s/ Kristy M. Arevalo*
                                                **MCCUNE WRIGHT AREVALO, LLP**

                                                Kristy M. Arevalo, Esq. (SBN: 216308)
                                                kma@mccunewright.com
                                                3281 East Guasti Road, Suite 100
                                                Ontario, California 91761
                                                Telephone: (909) 557-1250
                                                Facsimile: (909) 557-1275

Dated: January 29, 2020                         Respectfully submitted,

                                                */s/ Daniel R. Weltin*
                                                **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                                Daniel R. Weltin (SBN: 226600)
                                                777 Davis Street, Suite 146
                                                San Leandro, California 94577
                                                Telephone: (510) 856-4421
                                                Facsimile: (510) 856-3624
                                                E-mail: daniel@danielweltin.com

**CERTIFICATE OF SERVICE**

    I, Kristy M. Arevalo, hereby certify that, on January 29, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

        */s/ Kristy M. Arevalo*