UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 206: ORDER CONTINUING HEARING ON REMAINING WAVE 1 MOTIONS** |

The hearing on the remaining Wave 1 motions is continued from February 6, 2020, to Thursday, February 13, 2020, at 10 a.m.

**IT IS SO ORDERED.**

Dated: January 29, 2020

VINCE CHHABRIA
United States District Judge