Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:20-cv-655 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| JOHN HOWELL,<br>                              Plaintiff, | |
| v. | |
| MONSANTO COMPANY,<br>                    Defendant. | |

## <u>SHORT FORM COMPLAINT</u>

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff John Howell provides the

following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff John Howell.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than paragraphs 10-18 and 20-23.

5. Plaintiff resided in Forked River, New Jersey at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Forked River, New Jersey.

7. Plaintiff resided in Forked River, New Jersey at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in New Jersey.

9. Venue over this case properly lies in the United States District Court for the District of New Jersey.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of New Jersey, a different state than Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 2004 until 2019 that he used with a hand sprayer on his residential property.

12. Plaintiff was exposed to Monsanto's Roundup products from in or around May 2004 through 2019.  During this time, Plaintiff used Monsanto's Roundup products on average one time per week from May to September each year.

13. Plaintiff used Monsanto's Roundup products at each of the following locations:

Forked River, New Jersey.

14. Plaintiff was diagnosed with NHL in February 2019.  He was diagnosed with Diffuse Large B-Cell, High-Grade Aggressive NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 29, 2020                    Respectfully submitted,

                                           */s/ Kristy M. Arevalo*
                                           **MCCUNE WRIGHT AREVALO, LLP**

                                           Kristy M. Arevalo, Esq. (SBN: 216308)
                                           kma@mccunewright.com
                                           3281 East Guasti Road, Suite 100
                                           Ontario, California 91761
                                           Telephone:  (909) 557-1250
                                           Facsimile:  (909) 557-1275

Dated: January 29, 2020                    Respectfully submitted,

                                           */s/ Daniel R. Weltin*
                                           **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                           Daniel R. Weltin (SBN: 226600)
                                           777 Davis Street, Suite 146
                                           San Leandro, California 94577
                                           Telephone: (510) 856-4421
                                           Facsimile: (510) 856-3624
                                           E-mail: daniel@danielweltin.com

SHORT FORM COMPLAINT

## CERTIFICATE OF SERVICE

I, Kristy M. Arevalo, hereby certify that, on January 29, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.


_/s/ Kristy M. Arevalo_