Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>NATHAN KUEHN,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>　　　　　　　　Defendant. | MDL No. 2741<br><br>Case No. 3:20-cv-669<br><br>**SHORT FORM COMPLAINT** |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Nathan Kuehn provides the

following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Nathan Kuehn.
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than paragraphs 10-20 and 22-23.
5. Plaintiff resided in Harrison, Ohio at the time of filing the original complaint against Monsanto.
6. Plaintiff currently resides in Harrison, Ohio.
7. Plaintiff resided in Harrison, Ohio at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff received medical treatment for his NHL in Ohio.
9. Venue over this case properly lies in the United States District Court for the Southern District of Ohio.
10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Ohio, a different state than Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.
11. Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 2002 until 2008 that he used with a hand sprayer on his residential property and on commercial property.
12. Plaintiff was exposed to Monsanto's Roundup products from in or around April 2002 through 2008. During this time, Plaintiff used Monsanto's Roundup products on average two times per week from April to September each year.
13. Plaintiff used Monsanto's Roundup products at each of the following locations: Harrison, Ohio and Cincinnati, Ohio.

14. Plaintiff was diagnosed with NHL in December 2005. He was diagnosed with Anaplastic Large Cell, Aggressive NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 30, 2020            Respectfully submitted,

*/s/ Kristy M. Arevalo*
**MCCUNE WRIGHT AREVALO, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Dated: January 30, 2020            Respectfully submitted,

*/s/ Daniel R. Weltin*
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

Daniel R. Weltin (SBN: 226600)
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624
E-mail: daniel@danielweltin.com

3
SHORT FORM COMPLAINT

**CERTIFICATE OF SERVICE**

    I, Kristy M. Arevalo, hereby certify that, on January 30, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                  */s/ Kristy M. Arevalo*