**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Johnny Mickele Angioi, individually, and Shelly Ann Angioi, husband and wife and their marital community v. Monsanto Co.,*<br>Case No. 3:20-cv-00583-VC | |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

| | |
|---|---|
| 1  DATED:  January 30, 2020 | Respectfully submitted, |
| 2 | /s/ Joe G. Hollingsworth |
|   | Joe G. Hollingsworth (*pro hac vice*) |
| 3 | (jhollingsworth@hollingsworthllp.com) |
|   | Eric G. Lasker (*pro hac vice*) |
| 4 | (elasker@hollingsworthllp.com) |
|   | HOLLINGSWORTH LLP |
| 5 | 1350 I Street, N.W. |
|   | Washington, DC  20005 |
| 6 | Telephone:  (202) 898-5800 |
|   | Facsimile:   (202) 682-1639 |
| 7 | |
|   | *Attorneys for Defendant* |
| 8 | *MONSANTO COMPANY* |

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-00583-VC