Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:20-cv-707 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| ELIZABETH SCHUCH,<br>                          Plaintiff,<br>v.<br>MONSANTO COMPANY,<br>                          Defendant. | |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Elizabeth Schuch provides the

following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Elizabeth Schuch.
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed her case against Monsanto in United States District Court Eastern District of Missouri.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than paragraphs 10-16 and 18-23.
5. Plaintiff resided in Posen, Michigan at the time of filing the original complaint against Monsanto.
6. Plaintiff currently resides in Posen, Michigan.
7. Plaintiff resided in Posen, Michigan at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff received medical treatment for her NHL in Michigan.
9. Venue over this case properly lies in the United States District Court for the Eastern District of Michigan.
10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Michigan, a different state than Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.
11. Plaintiff alleges injury from her exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1975 until 2018 that she used with a hand sprayer on her residential property.
12. Plaintiff was exposed to Monsanto's Roundup products from in or around June 1975 through 2018. During this time, Plaintiff used Monsanto's Roundup products on average every two to three weeks from May to September each year.
13. Plaintiff used Monsanto's Roundup products at each of the following locations:

Posen, Michigan.

14. Plaintiff was diagnosed with NHL in March 2014.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 31, 2020                     Respectfully submitted,

                                            */s/ Kristy M. Arevalo*
                                            **MCCUNE WRIGHT AREVALO, LLP**

                                            Kristy M. Arevalo, Esq. (SBN: 216308)
                                            kma@mccunewright.com
                                            3281 East Guasti Road, Suite 100
                                            Ontario, California 91761
                                            Telephone: (909) 557-1250
                                            Facsimile: (909) 557-1275

Dated: January 31, 2020                     Respectfully submitted,

                                            */s/ Daniel R. Weltin*
                                            **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                            Daniel R. Weltin (SBN: 226600)
                                            777 Davis Street, Suite 146
                                            San Leandro, California 94577
                                            Telephone: (510) 856-4421
                                            Facsimile: (510) 856-3624
                                            E-mail: daniel@danielweltin.com

**CERTIFICATE OF SERVICE**

    I, Kristy M. Arevalo, hereby certify that, on January 31, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

          */s/ Kristy M. Arevalo*