Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>DEA ANNA SCHUMACHER, INDIVIDUALLY AND AS SURVIVING HEIR OF GEORGE SCHUMACHER, DECEASED,<br>                               Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>                               Defendant. | MDL No. 2741<br><br>Case No. 3:20-cv-713<br><br>**SHORT FORM COMPLAINT** |

## **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company,*

originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Dea Anna Schumacher, individually and as surviving heir of Plaintiff-Decedent George Schumacher provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Dea Anna Schumacher, individually and as surviving heir of Plaintiff-Decedent George Schumacher.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed her case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than paragraphs 11-23.

5. Plaintiff resided in Turlock, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Turlock, California.

7. Plaintiff-Decedent resided in Turlock, California at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff-Decedent received medical treatment for his NHL in California.

9. Venue over this case properly lies in the United States District Court for the Eastern District of California.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff-Decedent alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1976 until 2012 that he used with a hand sprayer on his residential properties.

12. Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or around June 1976 through 2012. During this time, Plaintiff used Monsanto's Roundup products on average one time per month from March to September each year.

13. Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Turlock, California; Greeley Hill, California.

14. Plaintiff-Decedent was diagnosed with NHL in September 2009. He was diagnosed with Kappa Restricted B-Cell Lymphoproliferative Disorder, Marginal Zone Lymphoma.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: January 31, 2020

Respectfully submitted,

*/s/ Kristy M. Arevalo*
**MCCUNE WRIGHT AREVALO, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

///

///

Dated: January 31, 2020

Respectfully submitted,

*/s/ Daniel R. Weltin*
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

Daniel R. Weltin (SBN: 226600)
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624
E-mail: daniel@danielweltin.com

**CERTIFICATE OF SERVICE**

    I, Kristy M. Arevalo, hereby certify that, on January 31, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

          */s/ Kristy M. Arevalo*