Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **SUGGESTION OF DEATH; MOTION TO SUBSTITUTE PARTY** |
| *Schumacher, et al. v. Monsanto Company* Case no. 3:19-cv-04165 | |

     Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Counsel requests an order granting substitution of a proper party in the above-captioned case.

     1.     As Counsel for Mary Ellyn Negley, a products liability lawsuit was filed on behalf of her deceased husband, Ralph Negley, in the Eastern District of Missouri, Case no.3:19-cv-04165 on June 7, 2019. Thereafter, the case, *Schumacher, et al. v. Monsanto Company,* was transferred into this MDL (Dkt. No. 4580).

     2.     Plaintiff Mary Ellyn Negley has since died; Her daughter, Janice E. Emmons, has been named the successor executor of Mary Ellyn Negley's estate, evidenced by the attached certified copy of Last Will and Testament of Mary Ellyn Negley ("Exhibit A").

3.      Janice E. Emmons has retained attorneys McCune Wright Arevalo LLP/ The Law Offices of Daniel Weltin, P.C. to further continue Ralph Negley's claims.

4.      Accordingly, Counsel submits "Exhibit B" (Death Certificate of Mary Ellyn Negley) as the suggestion of death of Plaintiff Mary Ellyn Negley, July 4, 2019.

5.      Plaintiff Mary Ellyn Negley's products liability action against defendants on behalf of her late husband Ralph Negley survived her death and has not been extinguished.

6.      As administratix of Mary Ellyn Negley's Estate, Janice E. Emmons is the proper party to substitute for Plaintiff Mary Ellyn Negley and has the capacity to proceed forward with the surviving product liability claims on behalf of Ralph Negley in this action, pursuant to Fed. R. Civ. P. 25(a)(1):

> "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or the decedent's successor or representative."

7.      THEREFORE, as Counsel for Janice E. Emmons, we ask this Court to substitute "Janice E. Emmons, individually, and as successor in interest for the estate of Ralph Negley, deceased" in place of the existing "Mary Ellyn Negley, individually and as surviving heir of Ralph Negley, deceased," so that Ralph Negley's claims may survive, and those actions on his behalf may proceed forward.

///
///
///
///
///
///
///
///
///
///
///

8.      Upon approval of this order, Counsel will accordingly submit a Short Form Complaint on behalf of newly-substituted Plaintiff Janice E. Emmons, per directions in Pretrial Order No. 155.

Dated: January 30, 2020                      Respectfully submitted,

*/s/ Kristy M. Arevalo*
**MCCUNE WRIGHT AREVALO, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Dated: January 30, 2020                      Respectfully submitted,

*/s/ Daniel R. Weltin*
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

Daniel R. Weltin (SBN: 226600)
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624
E-mail: daniel@danielweltin.com

SUGGESTION OF DEATH; MOTION TO SUBSTITUTE PARTY & [PROPOSED] ORDER;
CASE NO. 16-md-02741-VC and CASE NO. 3:19-cv-04165

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Kristy M. Arevalo, hereby certify that, on <u>January 30, 2020</u>, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by F.C.R.P. 5(b)2.

<u>        */s/ Kristy M. Arevalo*        </u>

4