# EXHIBIT "A"

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
FULTON COUNTY

This is to certify that I have received from

Nancy Schell

an instrument in writing purporting to be the Last Will and Testament of

Mary Ellen Negley

deceased, with the said purported Last Will and Testament bearing the date

April 9, 1996 A.D.

Dated: July 9, 2019

*[signature]*

Joseph E Yurkovich
Circuit Clerk

LAST WILL AND TESTAMENT

OF

MARY ELLYN NEGLEY

FILED

JUL 09 2019

CLERK OF THE CIRCUIT COURT, 9th JUDICIAL CIRCUIT
FULTON COUNTY ILLINOIS

I, MARY ELLYN NEGLEY, R.R. 2, Lewistown, Illinois, being of sound mind and disposing memory, do hereby make, publish and declare this to be my LAST WILL AND TESTAMENT, hereby revoking all other wills by me made.

I.

I direct that all my debts including my funeral expenses, expense of my last illness, taxes as hereinafter set forth and the expense of the administration of my estate be paid by my Executor, hereinafter named, out of the first monies coming into his hands and available therefore.

II.

I hereby give, devise and bequeath to my husband, RALPH C. NEGLEY, all of my property, both real, personal and mixed which I may own at the date of my death.

III.

In the event of my simultaneous decease with my husband or in the event he shall predecease me or fail to survive me for a period of thirty (30) days, then and in that event, I hereby give and bequeath all of my property, both real, personal and mixed, of which I may own at the date of my death to my daughter, JANICE E. EMMONS.

IV.

I hereby nominate, designate and appoint my husband, RALPH C. NEGLEY, as Executor of this my LAST WILL AND TESTAMENT and I direct that he not be required to post bond or surety on his bond as such executor. In the event the

1

aforenamed RALPH C. NEGLEY fails to become or ceases to act as such executor, then and in that event, I hereby nominate, designate and appoint JANICE E. EMMONS as successor executor of this my LAST WILL AND TESTAMENT under the same terms and conditions as for my Executor.

I give to my Executor and all successor executors named herein, the following powers and discretions in each case to be exercisable without court order:

(a) To sell at public or private sale all or part of the real or personal property of my estate.

(b) To settle claims in favor of or against my estate.

(c) To execute and deliver any deeds, contracts, bills of sale, or other instruments necessary or desirable for the exercise of the powers and discretions as Executor.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this ___9TH___ day of ___APRIL___, 1996.

*Mary Ellyn Negley*
MARY ELLYN NEGLEY

2

We saw MARY ELLYN NEGLEY in our presence, sign this instrument at its end; she then declared it to be her will and requested us to act as witnesses to it; we believed the testator to be of sound mind and memory and not under duress or constraint of any kinds; and then we, in her presence and in the presence of each other, signed our names as attesting witnesses; all of which was done on the date of this instrument.

WITNESS: _Carol Waller_
    Residing at _Bushnell_, Illinois.

WITNESS: _Shirley Kozeluzki_
    Residing at _Canton_, Illinois.

STATE OF ILLINOIS    )
                     : ss.
COUNTY OF FULTON     )

We, the attesting witnesses to the will of MARY ELLYN NEGLEY state under oath that each of us was present and saw the testator sign and declare as her will the instrument of which this affidavit is a part, that each of us believed her to be of sound mind and memory and not under duress or constraint of any kind; and that each of us then attested the will at the Testator's request and in the presence of the Testator and of each other.

WITNESS: _Carol Waller_
WITNESS: _Shirley Kozeluzki_

Signed and subscribed to before me this _9TH_ day of _APRIL_, 1996.

_James E. Lloyd_
Notary Public

"OFFICIAL SEAL"
JAMES E. LLOYD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/11/98

3