EXHIBIT "B"

# CERTIFICATION OF DEATH RECORD

## FULTON COUNTY LOCAL REGISTRAR
### CANTON, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2019 0054587  
**DATE ISSUED:** 7/22/2019

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | MARYELLYN NEGLEY |
| SEX | FEMALE |
| DATE OF DEATH | JULY 04, 2019 |
| COUNTY OF DEATH | FULTON |
| AGE AT LAST BIRTHDAY | 92 YEARS |
| DATE OF BIRTH | 1926 |
| CITY OR TOWN | CANTON |
| HOSPITAL OR OTHER INSTITUTION NAME | RED OAK ESTATES |
| PLACE OF DEATH | ASSISTED LIVING FACILITY |
| BIRTHPLACE | LIVERPOOL, IL |
| SOCIAL SECURITY NUMBER | -9416 |
| STATUS AT TIME OF DEATH | WIDOWED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 435 N 16TH AVE |
| APT NO | |
| CITY OR TOWN | CANTON |
| INSIDE CITY LIMITS? | YES |
| COUNTY | FULTON |
| STATE | IL |
| ZIP CODE | 61520 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ORVAL L WHITEHEAD |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MARY KATHERINE RINGHOUSE |
| INFORMANT'S NAME | JANICE EMMONS |
| RELATIONSHIP | DAUGHTER |
| MAILING ADDRESS | 30 STONEGATE DRIVE, CANTON, IL, 61520 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | GREENWOOD CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | CANTON, IL |
| DATE OF DISPOSITION | JULY 09, 2019 |
| FUNERAL HOME | OAKS-HINES FUNERAL HOME, 1601 EAST CHESTNUT STREET, CANTON, IL 61520 |
| FUNERAL DIRECTOR'S NAME | SAMUEL STEVEN HINES |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 7019 |
| LOCAL REGISTRAR'S NAME | KATIE LYNN |
| DATE FILED WITH LOCAL REGISTRAR | JULY 11, 2019 |

**CAUSE OF DEATH**

PART I  
IMMEDIATE CAUSE (Final disease or condition resulting in death)  
a. CARIAC DYSRHYTHMIA  
Due to (or as a consequence of)  
b. HYPERTENSION  
Due to (or as a consequence of)  
c.  
Due to (or as a consequence of)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

**PART II** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I  
ANEMIA, DIABETES TYPE II

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY SPECIFY | |
| ATTEND THE DECEASED? | |
| DATE LAST SEEN ALIVE | |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | |
| DATE PRONOUNCED | JULY 04, 2019 |
| TIME OF DEATH | 11 25 AM |
| CERTIFIER | MEDICAL EXAMINER/CORONER |
| DATE CERTIFIED | JULY 11, 2019 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | STEVEN D HINES, 1601 E CHESTNUT, CANTON, IL, 61520 |
| PHYSICIAN'S LICENSE NUMBER | |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Katie Lynn*  
Katie Lynn  
Registrar

SEAL — FULTON COUNTY HEALTH DEPARTMENT

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE