UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Schumacher, et al. v. Monsanto Company*<br>Case no. 3:19-cv-04165 | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

## **[PROPOSED] ORDER**

      Pursuant to Rule 25 of the Federal Rules of Civil Procedure, it is so ORDERED that Plaintiff "Janice E. Emmons, individually, and as successor in interest for the estate of Ralph Negley, Deceased" be substituted in place of the existing "Mary Ellyn Negley, individually and as surviving heir of Ralph Negley, Deceased," in this above-captioned action.

Dated: _____

                                                                                                                   _____<br>
                                                                                                         VINCE CHHABRIA<br>
                                                                                                         United States District Court Judge