Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI &**
**GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Hon. Vince Chhabria |
| *Mary V. Olah v. Monsanto Company and Orchard Supply Hardware Corporation* (3:20-cv-00129-VC) | **DECLARATION OF PEDRAM ESFANDIARY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** |
| | [*Filed concurrently with the Plaintiff's Motion to Remand and Proposed Order*] |
| | Hearing Date:        February 27, 2020 |
| | Time:                   10:00 AM |

## DECLARATION OF PEDRAM ESFANDIARY

I, Pedram Esfandiary declares as follows:

1.        I am an attorney admitted to practice law in the state of California.  I am attorney at Baum, Hedlund, Aristei & Goldman, the law firm representing Plaintiff Mary V. Olah and Liaison Counsel for JCCP Plaintiffs. I am over the age of 18 years old, and if called to testify, I could and would testify to the facts stated in this Declaration.  I submit this Declaration in support of Plaintiff Mary Olah's ("Plaintiff") Motion to Remand.

2.      Attached as **<u>Exhibit 1</u>** is a true and correct copy of Plaintiff Mary Olah's Motion for Trial Preference, filed on December 16, 2019.

3.      Attached as **<u>Exhibit 2</u>** is a true and correct copy of Plaintiff Mary Olah's Reply to Motion for Trial Preference, filed on January 3, 2020.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct, and that this Declaration is executed on January 31, 2020 at Los Angeles, CA.


<u>/s/ Pedram Esfandiary       </u>
Pedram Esfandiary

PLAINTIFF'S MOTION TO REMAND

1

## **CERTIFICATE OF SERVICE**

2

   I, Pedram Esfandiary, hereby certify that, on January 31, 2020, I electronically filed the

3

foregoing with the Clerk for the United States District Court for the Northern District of California

4

using the CM/ECF system, which shall send electronic notification to counsel of record.

5

                                        /s/ Pedram Esfandiary
6
                                         Pedram Esfandiary

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S MOTION TO REMAND