**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Ave
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

**AUDET & PARTNERS**
Mark Burton (CA Bar No. 178400)
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Tel: (415) 568-2555
Fax: (415) 568-2556
mburton@audetlaw.com

*Attorneys for Plaintiffs*

**WILKINSON WALSH LLP**
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Elaine and Christopher Stevick v. Monsanto Co.*<br>3:16-cv-2341-VC | |

- 1 -

SUPPLEMENTAL JOINT DEPOSITION DESIGNATIONS FOR NON-TREATING WITNESSES

### **SUPPLEMENTAL JOINT DEPOSITION DESIGNATIONS FOR NON-TREATING WITNESSES**

The parties submit the below deposition designations for the following witnesses. These designations are in addition to the designations which have already been approved by the Court during the *Hardeman* trial.

The parties request that the Court prioritize reviewing and ruling on these depositions in the order they appear below. Both parties incorporate and preserve any objections and positions argued in the *Hardeman* trial:

1. Farmer (phase 1) – **Exhibit A and B – (9/26/18, 1/24/19)**
2. Reeves (phase 1) – **Exhibit C**
3. Goldstein (phase 1) – **Exhibit D**
4. Murphey (phase 1) – **Exhibit E**
5. Guard (phase 1) – **Exhibit F**
6. Farmer (phase 2) – **Exhibit G and H – (1/11/17, 9/26/18)**
7. Koch (phase 2) – **Exhibit I**
8. Martens (phase 2) – **Exhibit J**
9. Guard (phase 2) – **Exhibit K**
10. Grant (phase 2) – **Exhibit L**
11. Hayes (phase 2) – **Exhibit M**

The parties have not sought additions or deletions to the testimony of the following witnesses that were played at *Hardeman*:

- Heydens (phase 2)
- Kier (phase 2)
- Murphey (phase 2)

The parties will e-mail highlighted deposition transcripts to the Court today.  The color coding is as follows:

- Plaintiffs' Affirmatives – orange
- Monsanto's Counters – blue
- Plaintiffs' Rebuttals – pink
- Objections – red
- Played in *Hardeman* – burgundy

Monsanto has lodged new objections to certain passages from Reeves (phase 1) and Goldstein (phase 1), that were played in the *Hardeman* trial.  These objections are based on arguments Monsanto advanced in the Joint Statement Regarding Applicability of Prior Rulings on Motions in Limine (ECF 9080).  With the exception of those passages, the deposition transcripts emailed to the Court will only highlight testimony that was not played in *Hardeman*.

Dated:  January 31, 2020

By:  /s/ Brian K. Brake
Brian K. Brake, Esq. (pro hac vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
bbrake@millerfirmllc.com
*Attorneys for Plaintiffs*

By:  /s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
Wilkinson Walsh LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847 4030
Fax: (202) 842 4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Co-Counsel for Defendant Monsanto Company*