# EXHIBIT A

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Donna Farmer (9/26/2018) [PHASE 1]** | | | | | |
| 70:20-21 | | 403, relevance, vague, IARC MIL | | 403 favors admission; acknowledgment by witness that IARC is a "well respected institution" is very relevant since Defendant's evidence trashes IARC. | | | | | |
| 71:21-23 | | 403, relevance, IARC MIL | | 403 favors admission; acknowledgment by witness that IARC is a "well respected institution" is very relevant since Defendant's evidence trashes IARC. | | | | | |
| 106:6-8 | | 403, relevance, vague, IARC MIL | | 403 favors admission; acknowledgment by witness that IARC is a "well respected institution" is very relevant since Defendant's evidence trashes IARC. | | | | | |