# EXHIBIT B

| Monsanto's Affirmatives | Exhibits | Plaintiffs' Objections | Plaintiffs' Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counters | Monsanto's Counter-Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counter-Counters | Monsanto's Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
|  | Donna Farmer (1/24/2019) [PHASE 1] |||||||||
| 550:17-550:21 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 551:11-552:2 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 560:17-561:10 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 562:6-562:9 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 562:12-565:3 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 565:7-565:7 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 565:19-566:13 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 570:14-571:23 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 574:11-577:11 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 577:18-578:2 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 578:11-578:11 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 578:16-580:14 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 581:9-581:21 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 581:23-584:5 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 584:19-584:21 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 585:18-590:7 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 590:9-590:19 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 590:22-591:7 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 593:3-597:14 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 593:17-594:6 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 594:15-597:14 | | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 685:10-685:15 | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |
| 685:23-687:22 | Court found this testimony only admissible in Phase II; object to use in Phase I. | | This testimony is relevant to establishing as a scientific matter whether Roundup can cause NHL and specifically whether Roundup caused Mrs. Stevick's NHL. | | | | | |