# EXHIBIT C

**Plaintiffs' Affirmative Designations**

| Plaintiffs' Affirmatives | Exhibits | Monsanto New Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | |
|---|---|---|---|---|---|---|---|---|
| **Reeves 01/23/2019** | | | | | | | | |
| 10:11-21 | | | | | | | | |
| 12:12-20 | | | | | | | | |
| 15:20-16:2 | | | | | | | | |
| 16:8-16 | | | | | | | | |
| 33:15-20 | | | | | | | | |
| 154:5-22 | | | | | | | | |
| 155:12-19 | | | | | | | | |
| 155:21-156:14 | | | | | | | | |
| 156:16-17 | | | | | | | | |
| 156:24-157:5 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | The Court properly decided P's MIL 14 and has overruled this objection | | | | |
| 157:8-11 | 20 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | The Court properly decided P's MIL 14 and has overruled this objection | | | | |
| 157:16-158:14 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | The Court properly decided P's MIL 14 and has overruled this objection | | | | |
| 159:11-15 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | The Court properly decided P's MIL 14 and has overruled this objection | | | | |
| 160:15-161:22 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | The Court properly decided P's MIL 14 and has overruled this objection | | | | |
| 217:12-13 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 218:2-12 | 27 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 218:15-220:23 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 222:4-5 | 28 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 222:13-223:23 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 224:18-226:9 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 227:3-228:2 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 228:11-14 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 228:17-229:10 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 229:13-14 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 241:7-242:1 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 242:4-15 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 242:18-24 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 243:22-244:1 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 244:5-8 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 244:10-13 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |

| Designation | # | Objection | Counter | Response | Objection to Counter | | Response to Objection | |
|---|---|---|---|---|---|---|---|---|
| 244:16-21 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 246:3-12 | 30 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 248:4-6 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 248:11-249:4 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 249:7-15 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 249:18-251:4 | 31 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 251:14-21 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 251:24-252:7 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 252:10-253:21 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | foundation, calls for speculation, lack of personal knowledge | | He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 254:20-255:4 | 32 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 255:7-256:6 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 256:12-15 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 257:21-258:1 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |

| Designation | # | Objection | Conditional Counter | Ruling | Counter-Objection | Counter-Counter | Response | |
|---|---|---|---|---|---|---|---|---|
| 258:8-259:1 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 259:4-8 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 259:22-260:2 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 260:5-7 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 263:1-264:6 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 264:9-266:11 | 33 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 269:11-270:3 | 34 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 270:10-274:8 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 274:6-10 784:20-786:24 | The Court properly decided P's MIL 16 and has overruled this objection | (274.6-10)  (784:20-786:24)  foundaiton, calls for speculation, lack of personal knowledge | | (274:6-10) The witness's answer should be played in full out of fairness and becasue it is responsive to the question asked.  (784:20-786:24) He has foundation and personal knowledge as a 30(b)(6) witness who was prepped on these topics and documents; the designation is directly responsive to material plaintiffs designated about the same series of events; the questions call not for speculation but for confirmation of what the documentary evidence shows | |
| 275:4-19 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 283:6-16 | 36 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 285:4-288:4 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 288:10-17 787:14-789:1; 789:7-9; 789:12-792:2; 792:5-793:1 | The Court properly decided P's MIL 16 and has overruled this objection | 288:10-17; 787:14-789:1 (leading); 789:7-9 (hearsay, foundation, seeking improper lay opinion, prejudice); 789:12-792:2 (hearsay, foundation, improper lay opinion, prejudice); 792:5-793:1 (hearsay, foundation, improper lay opinion, prejudice) | 288:18-289:12 | (288:10-17) Plaintiffs are objecting to their own question; no form objection was lodged at the deposition.  (787:14-788:22) No form objections were lodged at the deposition.  (789:7-9) He has foundation  as a 30(b)(6) witness who was prepped on these topics and documents; he is not expressing an expert or lay opinion, rather relaying what EPA decided based on the evidence; it is not unfairly prejudicial to let Monsanto tell its side of the story on this issue  (789:12-792:2) He has foundation  as a 30(b)(6) witness who was prepped on these topics and documents; he is not expressing an expert or lay opinion, rather relaying what EPA decided based on the evidence; it is not unfairly prejudicial to let Monsanto tell its side of the story on this issue  (792:5-793:1) He has foundation  as a 30(b)(6) witness who was prepped on these topics and documents; he is not expressing an expert or lay opinion, rather relaying what EPA decided | |
| 288:7-8 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | Conditional counter: 288:10-17 | The Court properly decided P's MIL 16 and has overruled this objection | | 288:18-289:12 | | |
| 289:13-14 | 37 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 289:20-291:17 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |
| 292:6-293:4 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 16 | | The Court properly decided P's MIL 16 and has overruled this objection | | | | |