# EXHIBIT D

### Daniel Goldstein (1/16/2017 and 11/17/2017) [PHASE 1]

| Cite | Phase | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|---|
| 09:24-10:01 | 1 | | | | | | | | | |
| 11:04-12:05 | 1 | | | | | | | | | |
| 12:19-13:10 | 1 | | | 337:19-338:6; 338:9-11; 339:13-25 | | | 259:13-14, 259:18 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | |
| 13:18-14:01 | 1 | | | | | | | | | |
| 240:01-05 | 1 | | | | | | | | | |
| 240:11-19 | 1 | | | | | | | | | |
| 242:14-18 (except phrase "mind," | 1 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |
| 242:24-243:05 | 1 | | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |
| 269:06-21 | 1 | 16 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |
| 270:19-271:10 | 1 | 16 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |
| 271:16-272:03 | 1 | 16 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |
| 276:22-277:18 | 1 | 16 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |
| 278:1-9 | 1 | 16 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |
| 278:13-19 | 1 | 16 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |
| 278:21-22 | 1 | 16 | | | | | | | | |
| 279:01-280:15 | 1 | 16 | | 337:19-338:6; 338:9-11; 339:13-25 | | | 259:13-14, 259:259:18 | | | |
| 280:18-19 | 1 | 16 | | | | | | | | |
| 281:2-11 | 1 | 16 | | | | | | | | |
| 281:15-24 | 1 | 16 | | | | | | | | |
| 282:04-11 | 1 | 16 | | | | | | | | |
| 284:4-13 | 1 | 16 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | 337:19-338:6; 338:9-11; 339:13-25 | Already ruled admissable via PTO 81 | | 259:13-14, 259:259:18 | | | |
| 284:17 | 1 | 16 | Inadmissible for Phase 1 per Monsanto's renewed arguments concerning Plaintiff's MIL 14 | | Already ruled admissable via PTO 81 | | | | | |