# EXHIBIT E

| Samuel Murphey (1/22/2019) [PHASE 1] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections | |
| 41:8-13 | | Irrelevant to phase 1, attorney colloquy/testifying, lack of personal knowledge, lack of foundation, attorney testifying | | Relevant to Phase 1 as rebuttal if Monsanto is allowed to attack the credibility of the IARC decision, Mr. Murphey has personal knowledge as he was the primary liason for Monsanto's media critiques of IARC, foundation established in evidence | | | | | | |
| 41:15-20 | | Irrelevant to phase 1, attorney colloquy/testifying, lack of personal knowledge, lack of foundation, attorney testifying | | Relevant to Phase 1 as rebuttal if Monsanto is allowed to attack the credibility of the IARC decision, Mr. Murphey has personal knowledge as he was the primary liason for Monsanto's media critiques of IARC, foundation established in evidence | | | | | | |
| 41:22-42:2 | | Irrelevant to phase 1, attorney colloquy/testifying, lack of personal knowledge, lack of foundation, attorney testifying | | Relevant to Phase 1 as rebuttal if Monsanto is allowed to attack the credibility of the IARC decision, Mr. Murphey has personal knowledge as he was the primary liason for Monsanto's media critiques of IARC, foundation established in evidence | | | | | | |
| | | | 15:17-24 | | | | | | | |
| | | | 16:23-17:5 | | | | | | | |
| | | | 19:20-20:8 | | | | | | | |
| | | | 376:25-377:18 | | | | | | | |
| | | | 378:5-379:19 | | (378:21-379:7) relevance, prejudice | | Relevant background information about the witness | | | |
| | | | 382:20-383:12 | | foundation, lack of personal knowledge, prejudice, testimony barred by MIL | | Relevant information to contextualize the IARC ratings that plaintiffs have proposed adding as phase 1 testimony from Murphey. | | | |
| | | | 384:16-385:5 | | foundation, lack of personal knowledge, prejudice, testimony barred by MIL | | Relevant information to contextualize the IARC ratings that plaintiffs have proposed adding as phase 1 testimony from Murphey. | | | |