# EXHIBIT F

| James Guard (9/14/2018) [PHASE 1] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections | |
| 686:10-13 | | Incomplete designation (no answer designated), attorney colloquy, misstates testimony, argumentative, leading, lacks foundation, calls for speculation, lack of personal knowledge, irrelevant, unfairly prejudicial | | Answer designated at 688:8-9 which was originally designated.  Adverse witness, other objections are spurious. | | | | | | |
| 687:15-19 | | Incomplete designation (no answer designated), attorney colloquy, misstates testimony, argumentative, leading, lacks foundation, calls for speculation, lack of personal knowledge, irrelevant, unfairly prejudicial | | Answer designated at 688:8-9 which was originally designated.  Adverse witness, other objections are spurious. | | | | | | |
| 688:2-6 | | Attorney colloquy, misstates testimony, argumentative, leading, lacks foundation, calls for speculation, lack of personal knowledge, irrelevant, unfairly prejudicial | | Answer designated at 688:8-9 which was originally designated.  Adverse witness, other objections are spurious. | | | | | | |
| 688:8-9 | | Attorney colloquy, misstates testimony, argumentative, leading, lacks foundation, calls for speculation, lack of personal knowledge, irrelevant, unfairly prejudicial | | Answer designated at 688:8-9 which was originally designated.  Adverse witness, other objections are spurious. | | | | | | |
| | | | 6:24-7:4 | | | | | | | |
| | | | 9:20-10:9 | | | | | | | |