# EXHIBIT G

| Donna Farmer (1/11/2017) [PHASE 2] |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections | |
| 25:11-17 | | | 13:23-14:18, 14:23-14:25, 19:10-20:2, 25:18-25:22 | | | | | | | |
| 89:13-16 | | 403, unfairly prejudicial (no evidence the formulated product in the study is the same as what Mrs. Stevick sprayed) | 89:17-89:22, 91:8-91:21, 92:4-95:2 | This is a question | | | | | | |
| 92:4-6 | | 403, unfairly prejudicial (no evidence the formulated product in the study is the same as what Mrs. Stevick sprayed) | 89:17-89:22, 91:8-91:21, 92:4-95:2 | Question is who is William Heydens | | | | | | |
| 95:3-14 | | 403, unfairly prejudicial (no evidence the formulated product in the study is the same as what Mrs. Stevick sprayed) | 89:17-89:22, 91:8-91:21, 92:4-95:2 | Admits the formulated product damages cells, specifically the surfactants, which are in all Roundup products; 403 favors admission | | | | | | |
| 243:3-8 | | | | | | | | | | |
| 243:13-17 | | | | | | | | | | |