# EXHIBIT H

### Donna Farmer (9/26/2018) [PHASE 2]

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| 38:1-14 | | | | | | | | | |
| 38:17-18 | | | | | | | | | |
| 38:21-22 | | | | | | | | | |
| 39:17-21 | | | 38:23-39:3, 39:6-39:12, 39:22-40:6, 40:7-41:22 | | | | | | |
| 40:7-15 | | | | | | | | | |
| 52:20-53:3 | | | 53:5-53:10 | Non responsive answer | | | | | |
| 53:16-53:16 | | | 53:5-53:10 | Non responsive answer | | | | | |
| 62:10-17 | | | | | | | | | |
| 63:9-13 | | Unfairly prejudicial as designated (only part of the question, which is reading the text of the email), speculation | 63:14-63:20, 63:23-64:1 | Agree to play 63:14-20 to complete the question; Witness demonstrates knowledge of the subject matter | | | | | |
| 64:2-10 | | Lacks foundation, relevance, speculation | | Relevant to Monsanto's attempt to influence IARC, foundation established, not speculative | | | | | |
| 64:13-15 | | | | | | | | | |
| 65:7-10 | | | | | | | | | |
| 65:20-66:9 | | Speculation, lacks personal knowledge, lacks foundation | | Answer demonstrates personal knowledge and that not speculating | | | | | |
| 67:6-19 | | Cumulative, asked and answered, speculation, lacks personal knowledge, lacks foundation | 67:20-67:22 | Answer demonstrates personal knowledge and that not speculating | | | | | |
| 126:7-8 | | to have 126:9-126:11 added, or if exhibit 9 is the wrong exhibit, none of this should be designated), lacks personal knowledge, lacks foundation, speculation, simply reading from document is not admissible testimony, inadmissible per the Court's ruling on | | This is a question, occurs within Stevick use of Roundup | | | | | |
| 126:12-13 | | lacks personal knowledge, lacks foundation, speculation, simply reading from document is not admissible testimony, | | This is a question, answer follows in designated testimony | | | | | |
| 126:16-126:16 | | Lacks personal knowledge, lacks foundation, speculation, simply reading from document is not admissible testimony, inadmissible per the Court's ruling on Monsanto's MIL 7 | | Witness states that she has gone over the document, occurs during Stevick's use | | | | | |
| 127:9-12 | | Lacks personal knowledge, lacks foundation, speculation, simply reading from document is not admissible testimony, inadmissible per the Court's ruling on Monsanto's MIL 7 | | Witness states that she has gone over the document, occurs during Stevick's use | | | | | |
| 128:3-16 | | Lacks personal knowledge, lacks foundation, speculation, simply reading from document is not admissible testimony, inadmissible per the Court's ruling on Monsanto's MIL 7 | | Occurs during Stebvick's use; witness has reviewed the document; not speculative, party admission | | | | | |