# EXHIBIT I

### Michael Koch (1/11/2019) [PHASE 2]

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| 45:12-15 | | | | | | | | | |
| 45:17-18 | | | | | | | | | |
| 71:12-15 | | (71:12) Irrelevant, attorney colloquy | | No colloquy here, this is a question | | | | | |
| 71:18-23 | | (Entire passage) Unfairly prejudicial, cumulative of evidence and testimony from phase 1 (72:21-71:23) Misstates the testimony | | Fact that Monsanto never conducted a long term animal carcinogenicity study on formulated Roundup is very relevant; fact that this Monsanto employee among others was aware goes to depth of Monsanto's knowledge. | | | | | |
| 72:1 | | Misstates the testimony | | Witenss admits no such study done to his knowledge | | | | | |
| 131:20–24 | | | | | | | | | |
| 132:2-3 | | | | | | | | | |
| 150:3–16 | | Unfairly prejudicial, speculative, lacks foundation, lacks personal knowledge | | Party admission of no testing on the formulated product | | | | | |
| 150:19-22 | | Unfairly prejudicial, speculative, lacks foundation, lacks personal knowledge | | Party admission; 403 favors admission | | | | | |
| 257:10–15 | | Unfairly prejudicial | | 403 favors admission, response to anticipated IARC decision; party admission "vulnerability" | | | | | |
| 261:6–16 | | Unfairly prejudicial | | 403 favors admission, response to anticipated IARC decision; party admission "vulnerability" | | | | | |
| 266:17–24 | | | | | | | | | |
| 267:1–14 | | | | | | | | | |
| | | | 261:17-24 | | | | | | |
| | | | 262:5-11 | | | | | | |
| | | | 263:3-6 | | | | | | |
| | | | 263:12-15 | | | | | | |
| | | | 263:17-20 | | | | | | |
| | | | 264:20-24 | | | | | | |
| | | | 265:2-5 | | | | | | |
| | | | 265:18-266:2 | | | | | | |
| | | | 266:4-11 | | | | | | |
| | | | 268:7 | | | | | | |
| | | | 268:10-268:19 | | | | | | |
| | | | 361:21-365:10 | | | | | | |
| | | | 372:12-16 | | | | | | |
| | | | 375:24-378:7 | | | 403 | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, as context for regulatory conclusions admissible at trial, and as context for the IARC rating.  It is not unfairly prejudicial to explain the various regulatory processes as background. | | |
| | | | 378:14-379:6 | | | 403, speculation | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, as context for regulatory conclusions admissible at trial, and as context for the IARC rating.  It is not unfairly prejudicial to explain the various regulatory processes as background.  The witness makes clear he is speaking from his own "point of view" (379:2) and therefore is not speculating. | | |
| | | | 379:9-20 | | | Hearsay, cumulative, there is no dispute that EPA approved | | Offered for the non-hearsay purpose of explaining the context for Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, and as context for regulatory and IARC conclusions admissible at trial.  The lack of dispute about EPA approval does not make this testimony inadmissible. | | |
| | | | 380:1-23 | | | Hearsay, cumulative, there is no dispute that EPA approved | | Offered for the non-hearsay purpose of explaining the context for Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, and as context for regulatory and IARC conclusions admissible at trial.  The lack of dispute about EPA approval does not make this testimony inadmissible. | | |
| | | | 381:3-8 | | | Hearsay, cumulative, there is no dispute that EPA approved | | Offered for the non-hearsay purpose of explaining the context for Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, and as context for regulatory and IARC conclusions admissible at trial.  The lack of dispute about EPA approval does not make this testimony inadmissible. | | |

| | | | Deposition Cite | | Objection | | Response | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 381:13-14 | | Hearsay, cumulative, there is no dispute that EPA approved | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, as context for regulatory conclusions admissible at trial, and as context for the IARC rating. It is not unfairly prejudicial to explain the various regulatory processes as background. The lack of dispute about EPA approval does not make this testimony inadmissible. | | | |
| | | | 381:17-382:3 | | Hearsay, cumulative, there is no dispute that EPA approved | | Offered for the non-hearsay purpose of explaining the context for Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, and as context for regulatory and IARC conclusions admissible at trial. The lack of dispute about EPA approval does not make this testimony inadmissible. | | | |
| | | | 382:5-12 | | Hearsay, cumulative, there is no dispute that EPA approved | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, as context for regulatory conclusions admissible at trial, and as context for the IARC rating. It is not unfairly prejudicial to explain the various regulatory processes as background. The lack of dispute about EPA approval does not make this testimony inadmissible. | | | |
| | | | 382:15-20 | | Hearsay, cumulative, there is no dispute that EPA approved | | Offered for the non-hearsay purpose of explaining the context for Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, and as context for regulatory and IARC conclusions admissible at trial. The lack of dispute about EPA approval does not make this testimony inadmissible. | | | |
| | | | 382:23-384:6 | | Hearsay, cumulative, there is no dispute that EPA approved | | Offered for the non-hearsay purpose of explaining the context for Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, and as context for regulatory and IARC conclusions admissible at trial. The lack of dispute about EPA approval does not make this testimony inadmissible. | | | |
| | | | 384:9-12 | | | | | | | |