# EXHIBIT J

| Mark Martens, PhD [4/7/17] [PHASE 2] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
| 16:7–9 | | | | | | | | | |
| 25:23–24 | | | | | | | | | |
| 27:7–17 | | | | | | | | | |
| | | | 10:21-24 | | | | | | |
| | | | 13:1-13:3 | | | | | | |
| | | | 13:10-14:13 | | | | | | |
| | | | 16:2-16:6 | | | | | | |
| | | | 17:1-18:18 | | | | | | |
| | | | 19:9-19:23 | | | | | | |
| | | | 29:11-15 | | | | | | |
| | | | 60:18-22 | | | | | | |
| | | | 61:6-12 | | | | | | |
| | | | 68:15-20 | | | | | | |
| | | | 98:22-99:15 | | | | | | |
| | | | 133:13-134:3 | | 147:19-148:2 | | | | |
| | | | 146:24-147:7 | | | | | | |
| | | | 195:5-8 | | | | | | |
| | | | 198:4-201:18 | | Undesignated opinion; beyond the scope of direct, speculation | | Witness is speaking from personal knowledge about the science and studies that have been done on glyphosate and Roundup. | | |
| | | | 202:6-202:17 | | Undesignated opinion; beyond the scope of direct, speculation | | Witness is speaking from personal knowledge about the science and studies that have been done on glyphosate and Roundup. | | |
| | | | 203:8-205:19 | | Leading, 401, 403 | | (Entire passage) Relevant to show what the scientific consensus and Monsanto's data shows about the safety of glyphosate; not unfairly prejudicial to introduce evidence of the science on glyphosate and Monsanto's studies of the molecule.<br><br>(203:8-205:16) No form objections lodged at the deposition; the only leading questions are used to elicit complex but undisputed scientific facts; relevant to show what the scientific consensus and Monsanto's data shows about the safety of glyphosate; not unfairly prejudicial to introduce evidence of the science on glyphosate and Monsanto's studies of the molecule. | | |
| | | | 205:24-207:15 | | 401, 403 | | Relevant to show what the scientific consensus and Monsanto's data shows about the safety of glyphosate; not unfairly prejudicial to introduce evidence of the science on glyphosate and Monsanto's studies of the molecule. | | |
| | | | 230:3-231:12 | | 403, hearsay | | Offered for the non-hearsay and not unfairly prejudicial purpose of explaining the context for Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate, and as context for regulatory and IARC conclusions admissible at trial. | | |