# EXHIBIT K

### James Guard (9/13/2018-12/12/2018) [PHASE 2]

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections |
|---|---|---|---|---|---|---|---|---|---|
| 84:12-16 | | | | | | | | | |
| 84:19-84:19 | | | | | | | | | |
| 85:6-10 | | | | | | | | | |
| 85:13-85:13 | | | | | | | | | |
| 128:12-18 | | Inadmissible per Court's ruling on Monsanto's MIL 3 | | Court stated this ruling would be revisited before Stevick's trial. | | | | | |
| 134:2-10 | | | | | | | | | |
| 165:13-15 | | Lacks personal knowledge, lacks foundation | | This is a question. | | | | | |
| 165:18-165:18 | | Lacks personal knowledge, lacks foundation | | Answers, don't know if Monsanto ever tested Roundup itself; as the designated corporate representative of Monsanto, he of all people, should know if testing was done. | | | | | |
| 300:5-11 | | Lacks foundation, witness has not been offered on testing | | This is a question of Monsanto's designated corporate representative | | | | | |
| 300:14-15 | | Lacks foundation, witness has not been offered on testing | | Witness unequivocally answers question, this is Monsanto's designated corporate representative | | | | | |
| 301:6-10 | | Lacks personal knowledge, lacks foundation | | This is a question. | | | | | |
| 301:13 | | Lacks personal knowledge, lacks foundation | | Witness unequivocally says "no" to question. | | | | | |
| 407:11-14 | | Vague, too broad to the extent it goes beyond ads that Mrs. Stevick saw, inadmissible per Court's ruling on Monsanto's MIL 3 | | Not vague; within the scope; court to revisit MIL 3; goes to reckless disregard of consumer's health | | | | | |
| 407:17-408:5 | | Vague, too broad to the extent it goes beyond ads that Mrs. Stevick saw, inadmissible per Court's ruling on Monsanto's MIL 3 | | Not vague; within the scope; court to revisit MIL 3; goes to reckless disregard of consumer's health | | | | | |
| 506:17-507:2 | | 403, unfairly prejudicial, improper character evidence, inadmissible per Court's ruling on Monsanto's MIL 3 | | 403 favors admission, not unduly prejudicial, goes to notice and knowledge of wrongdoing, this is not marketing material but sanctions for improper marketing, Court indicated it would revisit MIL 3 | | | | | |
| 507:5-509:5 | | 403, unfairly prejudicial, improper character evidence, inadmissible per Court's ruling on Monsanto's MIL 3 | | 403 favors admission, not unduly prejudicial, goes to notice and knowledge of wrongdoing, this is not marketing material but sanctions for improper marketing, Court indicated it would revisit MIL 3 | | | | | |
| 550:14-17 | | | | | | | | | |
| 550:22-550:22 | | | | | | | | | |
| 550:24-550:24 | | | | | | | | | |
| 661:4-7 | | Misstates the testimony, improper legal conclusion, 403/unfairly prejudicial | | Proper question | | | | | |
| 661:10-661:10 | | Misstates the testimony, improper legal conclusion, 403/unfairly prejudicial | | 403 favors admission, witness clearly answers question. | | | | | |
| 826:13-17 | | Prejudicial (doesn't include full Q&A) | | Question needed for context | | | | | |
| 827:12-23 | | | | | | | | | |
| 828:2-5 | | | | | | | | | |
| 828:8-828:8 | | | | | | | | | |
| 828:15-18 | | | | | | | | | |
| 828:22-23 | | | | | | | | | |
| 829:2-8 | | | | | | | | | |
| | | | 271:15-273:15 | | 401, 403 | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate and as context for regulatory conclusions admissible at trial. It is not unfairly prejudicial to explain the process by which EPA decides on a label and Monsanto implements the decision. | | | |
| | | | 676:24-677:15 | | | | | | |
| | | | 857:12-858:7 | | | | | | |
| | | | 858:9-14 | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 858:16-859:22 | | Speculation, 401, 403 | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate and as context for regulatory conclusions admissible at trial. It is not unfairly prejudicial to explain the process by which EPA decides on a label and Monsanto implements the decision. The witness's knowledge on the topic is sufficient foundation and his testimony is not speculative. | | | |