# EXHIBIT L

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections | |
|---|---|---|---|---|---|---|---|---|---|---|
| 87:14-88:13 | 54 | Irrelevant and unduly prejudicial | | Relevant to punitive damages. | | | | | | |
| | | | 9:20-24 (starting with "And so . . .") | | | | | | | |
| | | | 10:16-11:2 | | relevance, prejudice | | This is relevant background about the witness. | | | |
| | | | 15:17-15:22 | | relevance, prejudice, improper lay opinion, foundation, speculative | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate. This is relevant testimony to respond to plaintiffs' attacks on Monsanto's credibility. The witness is speaking to his own understanding and therefore does not lack foundation, and is not speculating or giving a lay or expert opinion. | | | |
| | | | 16:3-16:15 | | relevance, prejudice, improper lay opinion, foundation, speculative | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate. This is relevant testimony to respond to plaintiffs' attacks on Monsanto's credibility. The witness is speaking to his own understanding and therefore does not lack foundation, and is not speculating or giving a lay or expert opinion. | | | |
| | | | 129:23-24 | | | | | | | |
| | | | 130:2-5 | | | | | | | |
| | | | 227:14-228:9 | | relvance, prejudice | | This is relevant and nonprejudicial background concerning the witness and molecule. | | | |
| | | | 233:19-234:9 | | relvance, prejudice | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate and as context for regulatory conclusions admissible at trial. | | | |
| | | | 234:11-17 | | relvance, prejudice | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate and as context for regulatory conclusions admissible at trial. | | | |
| | | | 235:1-4 | | relevance, prejudice, improper lay opinion, foundation, speculative | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate and as context for regulatory conclusions admissible at trial. The witness qualifies (at 235:6, 8) that his answers are "based on [his] experience" so it is not lacking in foundation, speculative, or an improper lay or expert opinion. | | | |
| | | | 235:6 | | | | | | | |
| | | | 235:8-19 | | relevance, prejudice, improper lay opinion, foundation, speculative | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate and as context for regulatory conclusions admissible at trial. The witness qualifies (at 235:6, 8) that his answers are "based on [his] experience" so it is not lacking in foundation, speculative, or an improper lay or expert opinion. | | | |
| | | | 235:21-236:6 | | relevance, prejudice, improper lay opinion, foundation, speculative | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate and as context for regulatory conclusions admissible at trial. The witness qualifies (at 235:6, 8) that his answers are "based on [his] experience" so it is not lacking in foundation, speculative, or an improper lay or expert opinion. | | | |

| | | | | Designation | | Objection | | Response | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 245:12-246:2 (conditional on MIL No.1 ruling) | | relevance, prejudice, improper lay opinion, foundation, speculative | | This is relevant context for the IARC decision that plaintiffs introduce into evidence, and also to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate. The witness makes clear when he is "not aware" of responsive information (246:4-5) but his answers otherwise are not lacking in foundation, speculative, or an improper lay or expert opinion. | | | |
| | | | | 246:4-11 (conditional on MIL No.1 ruling) | | relevance, prejudice, improper lay opinion, foundation, speculative | | This is relevant context for the IARC decision that plaintiffs introduce into evidence, and also to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate. The witness makes clear when he is "not aware" of responsive information (246:4-5) but his answers otherwise are not lacking in foundation, speculative, or an improper lay or expert opinion. | | | |
| | | | | 249:24-250:3 | | improper lay opinion, prejudice | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate. This is relevant testimony to respond to plaintiffs' attacks on Monsanto's credibility. The witness is speaking to his own understanding and therefore does not lack foundation, and is not speculating or giving a lay or expert opinion. | | | |
| | | | | 250:5-250:8 | | improper lay opinion, prejudice | | This is relevant to the reasonableness of Monsanto's actions in light of the regulatory and scientific consensus related to glyphosate. This is relevant testimony to respond to plaintiffs' attacks on Monsanto's credibility. The witness is speaking to his own understanding and therefore does not lack foundation, and is not speculating or giving a lay or expert opinion. | | | |
| | | | | 250:18-251:10 | | relevance, prejudice | | This is relevant testimony to respond to plaintiffs' attacks on Monsanto's credibility. It is not unfairly prejudicial for jurors to know that Monsanto's former CEO sprays Roundup without protective gear. | | | |