# EXHIBIT M

| Plaintiffs' Affirmatives | Exhibits | Monsanto's Objections | Monsanto's Counters | Plaintiffs' Responses to Objections | Plaintiffs' Objections to Counters | Plaintiffs' Counter-Counters | Monsanto's Responses to Objections | Monsanto's Objections to Counter-Counters | Plaintiffs' Responses to Objections | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wallace Hayes (2/7/2019) [PHASE 2] ||||||||||||
| 5:2-9 | | (5:2-5:5) Irrelevant, attorney colloquy | | no objection | | | | | | |
| 9:9-23 | | | 9:24-10:1 | | | | | | | |
| 10:9-15 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | 10:21-24 | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Mr. Hayes and Monsanto failed to publize their financial interests in the articles.  Non-prejudicial. | | | | | | |
| 11:4-15 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 12:1-16 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 13:10-16 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 15:6-14 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 15:18-21 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 16:6-10 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 18:7-10 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | 18:14 18:22-19:16 | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 18:12 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 20:2-15 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 20:24-21:10 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 22:1-14 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 22:3-23:9 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | 23:16-24:1 | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |
| 24:2-10 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | 24:11-24:15 | Relevant to bias and motive. Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27:17-21 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 28:1-5 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 28:10-13 | | Leading, argumentative, lacks foundation, calls for speculation, assumes facts not in evidence, irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Non-leading and foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 28:18-22 | | Leading, argumentative, lacks foundation, calls for speculation, assumes facts not in evidence, irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Non-leading and foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 29:1-15 | | (29:1-10) Irrelevant, attorney colloquy<br><br>(Entire passage) Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 30:22-30:24 | | Leading, argumentative, lacks foundation, calls for speculation, assumes facts not in evidence, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Non-leading, non-argumentative  and foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 31:2-4 | | Leading, argumentative, lacks foundation, calls for speculation, assumes facts not in evidence, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Non-leading, non-argumentative  and foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 32:14-17 | | Lacks foundation, vague, calls for speculation, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 32:19-22 | | Lacks foundation, vague, calls for speculation, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | | foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 32:24-25 | | Lacks foundation, vague, calls for speculation, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | | foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Non-prejudicial. | | | |
| 33:8-9 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive . Shows consultancy relationship with Monsanto  Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup.  Mr. Hayes and Monsanto failed to publize their financial interests in the articles.   Non-prejudicial. | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 33:15-18 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 34:13-34:13 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 34:19-35:6 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 35:14-24 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 36:10-14 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 36:18-22 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 41:19-24 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 54:2-55:4 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 55:8-15 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |
| 56:3-58:10 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto. Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | | |

| Designation | Objection | Response |
|---|---|---|
| 58:15-60:24 | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. |
| 62:2-14 | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. |
| 63:22-64:7 | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. |
| 64:14-23 | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. |
| 65:12-66:10 | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. |
| 68:7-8 | Leading, argumentative, lacks foundation, calls for speculation, assumes facts not in evidence, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | Non-leading, non-argumentative and foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. |
| 68:11-12 | Leading, argumentative, lacks foundation, calls for speculation, assumes facts not in evidence, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | Non-leading, non-argumentative and foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. |
| 68:18-69:25 | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. |
| 70:23-71:2 | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. |
| 73:17-21 | Leading, argumentative, lacks foundation, calls for speculation, assumes facts not in evidence, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | Non-leading, non-argumentative and foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. |

| Designation | # | Defendant's Objections | Counter-Designation | Plaintiffs' Response | Plaintiffs' Objections | Defendant's Response |
|---|---|---|---|---|---|---|
| 73:25-74:9 | | Leading, argumentative, lacks foundation, calls for speculation, assumes facts not in evidence, irrelevant, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Non-leading, non-argumentative and foundation is established through evidence and personal knowlegdge of witness. Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Non-prejudicial. | | |
| 124:6-19 | | Irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | | Relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | |
| 198:14-199:6 | | Argumentative, irrelevant, unfairly prejudicial, inadmissible per the Court's ruling on Monsanto's MIL 10 | 127:7-129:25 | Non-argumentative, relevant to bias and motive. Shows consultancy relationship with Monsanto Mr. Hayes aided Monsanto in attacking and retracting articles critical of Roundup. Mr. Hayes and Monsanto failed to publize their financial interests in the articles. Non-prejudicial. | | |
| | | | 130:18-131:13 | | | |
| | | | 131:19-131:25 | | | |
| | | | 136:5-138:24 | | | |
| | | | 146:9-147:7 | | | |
| | | | 147:21-149:1 | | | |
| | | | 149:12-150:17 | | | |
| | | | 151:22-152:10 | | | |
| | | | 154:12-154:21 | | | |
| | | | 156:6-156:21 | | | |
| | | | 170:25-171:14 | | | |
| | | | 171:16 | | | |
| | 2 | | | | | |
| | 3 | | | | | |
| | 4 | | | | | |
| | 7 | | 127:7-129:25 | | | |
| | 8 | | | | | |
| | 9 | | 130:18-131:13 | | | |
| | 10 | | | | | |
| | 20 | | 131:19-131:25 | | | |
| | | | 136:5-138:24 | | | |
| | | | 146:9-147:7 | | hearsay, prejudice | Relevant to show context for why and how the Seralini study was retracted; not prejudicial because it merely puts into context a narrative that plaintiffs want to put in evidence; offered for the non-hearsay purpose of the effect on the witness and the journal and as context for the Seralini story. | |
| | | | 147:21-149:1 | | | |
| | | | 149:12-150:17 | | | |
| | | | 151:22-152:10 | | | |
| | | | 154:12-154:21 | | | |
| | | | 156:6-156:21 | | | |
| | | | 170:25-171:14 | | | |
| | | | 171:16 | | | |