**WILKINSON WALSH LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

**SHOOK, HARDY & BACON LLP**
Thomas J. Dammrich II (*pro hac vice*)
(tdammrich@shb.com)
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606-4314
Tel: 312-704-7700
Fax: 312-558-1195

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF DOUGLAS GNIADEK IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| *Robert Rawson v. Bayer Corporation, et al.* Case No. 3:19-cv-08312-VC | |
| | Date:        February 27, 2020 |
| | Time:        10:00 a.m. |
| | Courtroom: 4 |

I, Douglas Gniadek, declare as follows:

1. I am over the age of eighteen. This declaration is based on my personal knowledge. If I were called to testify as a witness, I could and would competently testify to the statements set forth below.

2. I submit this declaration in support of Monsanto Company's Opposition to Plaintiff's Motion to Remand.

3. I am President of Duke's Hardware, Inc. I have held that position since 1985.

4. I have reviewed Exhibit D filed in support of Plaintiff's Motion to Remand. Those pages (which appear to have been printed from the Ace Hardware Corporation website) are potentially confusing, so I want to clarify the information provided in Plaintiff's Exhibit D.

5. The top of the first page of Plaintiff's Exhibit D names an Ace hardware store – "Gordon's Ace Hdw-Orleans LLC" – that is located in Chicago. That store has never been owned or operated by Duke's Hardware, Inc.

6. The bottom of the first page of Plaintiff's Exhibit D shows the name and address of a Duke's Ace Hardware stored located in Palos Hills, Illinois. That store has never been owned or operated by Duke's Hardware, Inc.

7. The third page of Plaintiff's Exhibit D discusses two Duke's Ace Hardware stores that are located in the Chicagoland area. That is accurate; there are two Duke's Ace Hardware stores, but only one of them is located in Palos Hills.

8. Each Duke's Ace Hardware store is (and has been) owned and operated by a separate corporation. Duke's Hardware, Inc. has owned and operated (and continues to own and operate) the other Duke's Ace Hardware store, which is located in Burbank, Illinois.

9. Plaintiff's Exhibit D is not contrary to the statements set forth above. That print-out does not state that Duke's Hardware, Inc. has ever owned or operated the Palos Hills store.

10. Attached as Exhibit 1 is a print-out from the Illinois Secretary of State website that provides certain information about Duke's Hardware, Inc., which is incorporated under Illinois law. This print-out shows that I hold the position of President of Duke's Hardware, Inc. This print-out does not state that Duke's Hardware, Inc. has ever owned or operated the Palos Hill store.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2020 at Burbank, Illinois.

*Douglas Gniadek*
Douglas Gniadek

- 2 -
GNIADEK DECLARATION ISO MONSANTO'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
3:16-md-02741-VC & 3:19-cv-08312-VC

# EXHIBIT 1



Office of the Secretary of State Jesse White

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 37026441 |
| Entity Name | DUKE'S HARDWARE, INC. |
| Status<br>ACTIVE | |

## Entity Information

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Tuesday, 11 June 1957

State
ILLINOIS

Duration Date
PERPETUAL

## Agent Information

Name
WALTER A GNIADEK

Address

5634 W 87TH ST
BURBANK , IL 60459

Change Date
00/00/0000

## Annual Report

Filing Date
Tuesday, 14 May 2019

For Year
2019

## Officers

President
Name & Address
DOUGLAS J GNIADEK 13136 MEADOWLARK DR ORLAND PARK 60462

Secretary
Name & Address
RUSSELL GNIADEK 14651 SHETLAND DR HOMER GLEN IL 60491

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.   Mon Feb 03 2020