Jason Edward Ochs, CAB: 232819
Ochs Law Firm, PC
PO Box 10944
Jackson, WY  83001
Telephone:  (307) 234.3239
Facsimile:  (307) 235-6910
Email:  jason@ochslawfirm.com

*Attorney for Plaintiff*
*Steven Hilsenrath*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:**<br><br>*Steven Hilsenrath v. Monsanto Co.,*<br>Case No. 3:19-cv-06710-VC | |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW plaintiff STEVEN HILSENRATH, by and through his undersigned attorney, who hereby submits the instant *Motion to Dismiss without Prejudice* and states as follows:

1. That at this time Plaintiff seeks to dismiss the instant action without prejudice as the result of his current medical status.

2. That the dismissal of this action will not prejudice any parties.

WHEREFORE, Counsel for Plaintiff Steven Hilsenrath respectfully requests this Court to dismiss the instant action without prejudice.

CERTIFICATE OF CONFERRAL

That undersigned Counsel hereby asserts and affirms that he emailed Counsel for Defendant and asked for their position on the foregoing. At the time of this filing, the undersigned had not yet heard from Counsel for Defendant, however, the undersigned does not in good faith anticipate any opposition.

Respectfully submitted this 5th day of February 2020.

*Attorney for Plaintiff*

By: */s/ Jason Edward Ochs*
Jason Edward Ochs, CBN: 232819
Ochs Law Firm, PC
690 US 89, Ste. 206
PO Box 10944
Jackson Hole, WY 83001
T: (307) 234.3239
jason@ochslawfirm.com

**CERTIFICATE OF SERVICE**

I, Jason Edward Ochs, hereby certify that on February 5, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

 */s/ Jason Edward Ochs*
Jason Edward Ochs