Jennifer A. Moore (SBN 206779)
**MOORE LAW GROUP, PLLC**
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com

Yvonne M. Flaherty
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
ymflaherty@locklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC<br>Hon. Vince Chhabria |
| THIS DOCUMENT RELATES TO:<br><br>*Carriere v. Monsanto Co.*<br>Case No. 3:18-cv-05778 | **PLAINTIFF CARRIERE'S NOTICE OF WITHDRAWAL OF OBJECTION** |

     Plaintiff Jerald Carriere ("Mr. Carriere" or "Plaintiff") filed an Objection to Defendant's Reply In Support of Motion for Summary Judgement ("Objection") on December 31, 2019. (Dkt. 34). The Parties have met and conferred. Plaintiff withdraws his Objection. In turn, Defendant has indicated that it will withdraw its Motion to Strike (Dkt. 35) pursuant to Local Rule 7-7(e).

Dated: February 6, 2020

**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**

/s/ *Yvonne M. Flaherty*
Yvonne M. Flaherty
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
ymflaherty@locklaw.com

Jennifer A. Moore (SBN 206779)
**MOORE LAW GROUP, PLLC**
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com

*Attorneys for Plaintiff*

---

PLAINTIFF'S NOTICE OF WITHDRAWAL OF OBJECTION
Case No. 3:18-cv-05778

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February, 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Yvonne M. Flaherty*