TROY DOUGLAS MUDFORD ..... California State Bar No. 156392
ESTEE LEWIS...................................California State Bar No. 268358
CATHLEEN THERESA BARR ....... California State Bar No. 295538
BRANDON STORMENT ...............California State Bar No. 267260
BARR & MUDFORD, LLP
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>No. 3:16-MD-02741-VC<br><br>Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO:<br><br>*Sapinsky v. Monsanto, et al.*<br>Case No. 3:20-CV-00257 | PLAINTIFF'S NOTICE OF MOTION AND MOTION TO AMEND HIS COMPLAINT AND TO REMAND THIS CASE TO SAN FRANCISCO COUNTY SUPERIOR COURT, OR ALTERNATIVELY, TO SANTA CLARA COUNTY SUPERIOR COURT<br><br>Date : March 12, 2020<br>Time : 10:00 a.m.<br>Crtrm. : 4, 17th Floor |

TO ALL DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that on **March 12, 2020, at 10:00 a.m.**, or as soon thereafter as the matter be heard in Courtroom 3, 17th Floor of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, plaintiff MIKE SAPINSKIY, Individual, will and hereby does, move the above-entitled court for:

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 1
Plaintiff's Notice of Motion and Motion to Amend Complaint and to Remand Case

(1) Entry of an order pursuant to Rules 15(a) and 20 of the Federal Rules of Civil Procedure for leave of court to amend the complaint to join and/or substitute as defendant the following individual sued in San Francisco Superior Court as DOE 1.

- Orchard Supply Hardware Corporation.
  - Orchard was a California Company with its principal place of business in San Jose, Santa Clara County, California and supplier/retailer of Monsanto products, including Roundup, for sale for residential use and a proper party to this action; and

(2) For the entry of an order pursuant to 28 U.S.C. § 1447(e) remanding this case to the Superior Court for the County of San Francisco, or alternatively transferring the case to Santa Clara County, because there is no complete diversity of citizenship between plaintiff and defendants in this case.

A copy of the proposed <u>blue-lined</u> version of the First Amended Complaint is attached as Exhibit A to the Declaration of Estee Lewis in support of this motion.

The motion is based on this notice of motion, on the memorandum of points and authorities served and filed herewith, the proposed first amended complaint, on the records on file herein, and on such evidence as may be permitted at the hearing of the motion.

DATED: February 5, 2020                                  BARR & MUDFORD

                                                     /s/ Estee Lewis
                                                     ESTEE LEWIS
                                                     Attorney for Plaintiff

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
Plaintiff's Notice of Motion and Motion to Amend Complaint and to Remand Case