**WILKINSON WALSH LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: 202-942-5000
Fax: 202-942-5999

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: *Carriere v. Monsanto Company* Case No. 3:18-cv-05778 | **MOTION TO WITHDRAW DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S "OBJECTION TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT" AND ASSOCIATED ERRATA SHEET** |
| | Hearing Date: Feb. 13, 2020 Time: 10:00 AM PT |

- 2 -

1    Pursuant to Local Rule 7.7(e), Defendant Monsanto Company ("Monsanto") respectfully
2  withdraws its Motion to Strike [Dkt. Nos. 35; 9173] Plaintiff's "Objection to Defendant's Reply in
3  Support of Motion for Summary Judgment" and Associated Errata Sheet [Dkt. Nos. 34; 8614] based
4  on Plaintiff's voluntary withdrawal of his objection [Dkt. Nos. 36; 9446].
5    Plaintiff has further agreed that it will not rely upon Plaintiff's deposition errata sheet that
6  was the subject of the Objection and the Motion to Strike and that the errata sheet will not be part
7  of the record.  Monsanto's Motion for Summary Judgment [Dkt. Nos. 19; 8013] remains pending.

| | |
|---|---|
| 1   DATED: February 7, 2020 | Respectfully submitted, |
| 2 | /s/ Brian L. Stekloff |
| | |
| 3 | Brian L. Stekloff (*pro hac vice*) |
| | (bstekloff@wilkinsonwalsh.com) |
| 4 | Rakesh Kilaru (*pro hac vice*) |
| | (rkilaru@wilkinsonwalsh.com) |
| 5 | WILKINSON WALSH LLP |
| | 2001 M St. NW, 10th Floor |
| 6 | Washington, DC 20036 |
| | Tel: 202-847-4030 |
| 7 | Fax: 202-847-4005 |
| | |
| 8 | William Hoffman (*pro hac vice*) |
| | (william.hoffman@arnoldporter.com) |
| 9 | ARNOLD & PORTER KAYE SCHOLER |
| 10 | 601 Massachusetts Ave, NW |
| | Washington, DC 20001 |
| 11 | Tel: 202-942-5000 |
| | Fax: 202-942-5999 |
| 12 | |
| 13 | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| 14 | HOLLINGSWORTH LLP |
| | 1350 I St. NW |
| 15 | Washington, DC 20005 |
| | Tel: 202-898-5843 |
| 16 | Fax: 202-682-1639 |
| 17 | |
| | Michael X. Imbroscio (*pro hac vice*) |
| 18 | (mimbroscio@cov.com) |
| | COVINGTON & BURLING LLP |
| 19 | One City Center |
| | 850 10th St. NW |
| 20 | Washington, DC 20001 |
| | Tel: 202-662-6000 |
| 21 | |
| 22 | Attorneys for Defendant |
| | MONSANTO COMPANY |

## CERTIFICATE OF SERVICE

I, Brian L. Stekloff, hereby certify that, on February 7, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Brian L. Stekloff_____