UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: *Carriere v. Monsanto Company* Case No. 3:18-cv-05778 | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S "OBJECTION TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT" AND ASSOCIATED ERRATA SHEET** |

This Court, having considered Defendant Monsanto Company's Motion to Withdraw their Motion to Strike Plaintiff Jerald Carriere's "Objection to Defendant's Reply in Support of Motion for Summary Judgment" and Associated Errata Sheet, the response, the reply, arguments of counsel, and all relevant law and facts, finds that the Motion should be and, therefore, is GRANTED.

It is, therefore, ORDERED that, for the reasons set forth in Defendant's Motion, Defendant's Motion to Strike [Dkt Nos. 35; 9173] Plaintiff's "Objection to Defendant's Reply in Support of Motion for Summary Judgment" and Associated Errata Sheet is hereby STRICKEN.

DATED: _____ ___, 2020

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE