UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 207:**<br>**ORDER EXTENDING ALL DEADLINES** |

At the request of the settlement master, all deadlines in this MDL are extended by 28 days, as set forth below.

As to the motion to remand in *Rawson v. Monsanto Co.*, 19-cv-8312, the reply is due March 10, 2020, and the hearing is continued to March 26, 2020.

As to the motion to remand in *Olah v. Monsanto Co.*, 20-cv-129, the opposition is due March 13, 2020; the reply is due March 20, 2020; and the hearing is continued to April 9, 2020.

As to the motion to remand in *Sapinsky v. Monsanto Co.*, 20-cv-257, the opposition is due March 20, 2020; the reply is due March 27, 2020; and the hearing is continued to April 9, 2020.

The pretrial conference in *Stevick v. Monsanto Co.*, 16-cv-2341, is continued to March 12, 2020. The trial start date is continued to March 23, 2020.

The hearing on the remaining Wave 1 motions is continued to March 12, 2020.

Wave 2 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |

| | |
|---|---|
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies; the parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | April 24, 2020 |
| Plaintiffs' expert reports due. | May 15, 2020 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | May 22, 2020 |
| Monsanto's expert reports due. | June 5, 2020 |
| Close of expert discovery. | July 3, 2020 |
| Monsanto's *Daubert* and summary judgment briefs due. | July 22, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | August 12, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | August 26, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | September 9, 2020 |
| *Daubert* hearing (if necessary). | October 7, 2020 |

**IT IS SO ORDERED.**

Dated: February 7, 2020

_____
VINCE CHHABRIA
United States District Judge