IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Mark Pecorelli, Individually and as Representative of the Estate of Michael Pecorelli, deceased v. Monsanto Company*, 3:16-cv-06936 <br><br> *Arnold Borreson v. Monsanto Company*, 3:18-cv-07146 <br><br> *James Peterson v. Monsanto Company*, 3:18-cv-07271 <br><br> *Harry Butler v. Monsanto Company*, 3:19-cv-05356 <br><br> *Lorraine Rehak v. Monsanto Company*, 3:19-cv-01719 <br><br> *Christine Karman, Individually and as Representative of the Estate of Robert Karman, deceased v. Monsanto Company*, 3:19-cv-01183 <br><br> *Garland Batherson v. Monsanto Company*, 3:19-cv-02167 <br><br> *John Schafer v. Monsanto Company*, 3:19-cv-02169 <br><br> *Ricky Smith v. Monsanto Company*, 3:19-cv-02168 <br><br> *Nichole Shultz v. Monsanto Company*, 3:19-cv-02190 <br><br> *Michael Baisden v. Monsanto Company*, 3:19-cv-05353 <br><br> *James Erb v. Monsanto Company*, 3:19-cv-02166 <br><br> *Janeil Chatman v. Monsanto Company*, 3:19-cv-02170 | **Master File No. 3:16-MD-02741-VC** <br> **MDL No. 2741** <br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

1

| | |
|---|---|
| *Steven Dietz, Individually and as Representative of the Estate of Larry Dietz, deceased v. Monsanto Company*, 3:19-cv-05354<br><br>*Scott Ellis v. Monsanto Company*, 3:19-cv-05355 | |

## PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stephen Cady of Moll Law Group hereby withdraws as an attorney of record in the above-captioned cases on behalf of Plaintiffs in those cases. Plaintiffs will continue to be represented by Ken Moll of Moll Law Group and counsel of record for Plaintiffs otherwise remains unchanged.

Accordingly, Plaintiffs respectfully request that all necessary changes be made to the Court's records and ECF.

Dated: February 11, 2020

Respectfully submitted,

*/s/ Stephen Cady*
Stephen Cady
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

## CERTIFICATE OF SERVICE

     I hereby certify that on February 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

                                                                               */s /Stephen Cady*