UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE A. OSTERMEIER and CLINTON G. SLATER, and their marital community,<br><br>*Plaintiffs*,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>*Defendant*. | MDL No. 2741<br><br>Case No. 3:19-cv-06404-VC |

## STIPULATION OF DISMISSAL OF ALL CLAIMS

COME NOW Plaintiff and Defendant Monsanto Company and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal without prejudice of all claims of all parties.

DATED this 11th day of February, 2020.        CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic* _____
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place South, Ste. 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com
*Attorney for Plaintiffs*

HOLLINGSWORTH, LLP

 */s/ Eric G. Lasker* _____
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Eric G. Lasker
elasker@hollingsworthllp.com
1350 I StreetNW
Washington, DC 200005
Telephone 202-898-5800
Facsimile 202-682-1639
*Attorney for Defendant Monsanto Company*