# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Elizabeth Davis v. Monsanto Company*, 3:20-cv-00061 <br><br> *Danny Kelley v. Monsanto Company*, 3:20-cv-00025 <br><br> *Brenda Nelson, Individually and as Representative of the Estate of David Earl Lamb, deceased v. Monsanto Company*, 3:19-cv-06063 <br><br> *Ed Pianovski v. Monsanto Company*, 3:19-cv-06070 <br><br> *Duanita Scott, Individually and as Representative of the Estate of Austin Scott, deceased v. Monsanto Company*, 3:19-cv-06077 <br><br> *Michael Malandruccolo v. Monsanto Company*, 3:20-cv-00031 <br><br> *Beverly Bailey v. Monsanto Company*, 3:19-cv-06071 <br><br> *Jeffrey Weiner v. Monsanto Company*, 3:19-cv-06072 <br><br> *James Halloran v. Monsanto Company*, 3:20-cv-00009 <br><br> *Gina Fabbri v. Monsanto Company*, 3:20-cv-00008 <br><br> *Robert Romano v. Monsanto Company*, 3:19-cv-06076 <br><br> *Mark Schmitt v. Monsanto Company*, 3:19-cv-06073 <br><br> *Yvette Dewispelaere v. Monsanto Company*, 3:19- | **Master File No. 3:16-MD-02741-VC** <br> **MDL No. 2741** <br><br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

1

| | |
|---|---|
| cv-06074 | |
| *David Hudson, Individually and as Representative of the Estate of Linda Hudson, deceased v. Monsanto Company*, 3:19-cv-06075 | |
| *S.R. v. Monsanto Company*, 3:20-cv-00080 | |
| *Gary Grieger v. Monsanto Company*, 3:20-cv-00492 | |
| *Lucia Bucio v. Monsanto Company*, 3:20-cv-00044 | |
| *Cindy Groff, Individually and as Representative of the Estate of Rodney Groff, deceased v. Monsanto Company*, 3:20-cv-00045 | |
| *Janet Kaye v. Monsanto Company*, 3:20-cv-00006 | |
| *Barbara Hartman v. Monsanto Company*, 3:20-cv-00007 | |
| *Marcia Greenberg v. Monsanto Company*, 3:20-cv-00046 | |
| *Rufus Benson v. Monsanto Company*, 3:20-cv-00060 | |
| *Sheila Hays v. Monsanto Company*, 3:20-cv-00030 | |
| *Janet Roach v. Monsanto Company*, 3:20-cv-00062 | |
| *William Taylor v. Monsanto Company*, 3:20-cv-00063 | |
| *Kevin McInnis v. Monsanto Company*, 3:20-cv-00029 | |
| *Gerard Cervantes v. Monsanto Company*, 3:19-cv-03015 | |
| *Susan Wagner v. Monsanto Company*, 3:20-cv-00585 | |
| *Karl Eckardt v. Monsanto Company*, 3:20-cv-00586 | |

| | |
|---|---|
| *Fred Oellien v. Monsanto Company*, 3:20-cv-00587 | |

# PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The undersigned hereby stipulate and agree that Ken Moll of Moll Law Group has been substituted for Stephen Cady of Moll Law Group as Attorney of Record for the Plaintiffs in the above-captioned cases, and the Clerk of this Court is hereby respectfully requested to make such entries as may be required to record such substitution and to remove Stephen Cady of Moll Law Group from ECF/service on these cases.

Plaintiffs and undersigned counsel consent to such withdrawal and substitution of counsel. Accordingly, Plaintiffs respectfully request that all necessary changes be made to the Court's records and ECF, and all future communications regarding these cases be directed to the following:

Kenneth Moll
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

Dated: February 11, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen Cady* | */s/ Kenneth Moll* |
| Stephen Cady | Kenneth Moll |
| MOLL LAW GROUP | MOLL LAW GROUP |
| 22 W Washington Street, 15th Floor | 22 W Washington Street, 15th Floor |
| Chicago, IL 60602 | Chicago, IL 60602 |
| T: (312) 462-1700 | T: (312) 462-1700 |
| F: (312) 756-0045 | F: (312) 756-0045 |
| scady@molllawgroup.com | kmoll@molllawgroup.com |

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

<u>/s /Stephen Cady</u>