1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
11 |   | Case No. 3:16-md-02741-VC |

12 | This document relates to: |   |

13 | *William Hamilton, individually, and Lynette Hamilton, husband and wife and their marital community v. Monsanto Co.*, Case No. 3:20-cv-01024-VC |   |
14 |   |   |
15 |   |   |

16                    **MONSANTO COMPANY'S**
                      <u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**</u>
17

18        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

19 associations of persons, firms, partnerships, corporations (including parent corporations) or other

20 entities (i) have a financial interest in the subject matter in controversy or in a party to the

21 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22 substantially affected by the outcome of this proceeding:

23        Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

24        Bayer AG has a financial interest in a party to the proceeding.

25

26

27
                                          - 1 -
28 MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                       3:16-md-02741-VC & 3:20-cv-01024-VC

| | |
|---|---|
| DATED:  February 12, 2020 | Respectfully submitted,<br><br>/s/ Joe G. Hollingsworth<br>Joe G. Hollingsworth (*pro hac vice*)<br>(jhollingsworth@hollingsworthllp.com)<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 898-5800<br>Facsimile:   (202) 682-1639<br><br>*Attorneys for Defendant*<br>*MONSANTO COMPANY* |

- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-01024-VC