**MORGAN & MORGAN**
T. Michael Morgan (*pro hac vice*)
G. Katherine Chambers (*pro hac vice*)
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:   (407) 420-1414
Facsimile:   (407) 245-3389
Email:   *mmorgan@forthepeople.com*
     *kathychambers@forthepeople.com*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-06823 |
| This document relates to: | **MOTION FOR SUBSTITUTION OF PARTY** |
| *Richard Saichek v. Monsanto Co.* Case No. 3:19-cv-06823 | |

**MOTION FOR SUBSTITUTION OF PARTY**

COMES NOW the Plaintiff, Richard Saichek, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure 25, hereby requests the following substitution of party:

1. Richard Saichek, the Plaintiff in this action, passed away per the Suggestion of Death filed on November 14, 2018 (Docket No. 9).

2. Mr. Lawrence Saichek is being appointed Personal Representative of the estate of the decedent. Letters of Administration are forthcoming from the Probate Court of Palm Beach County, Florida, Case No. 2019-CP-5206, per decedent's Last Will & Testament. (See Exhibit A).

MOTION FOR SUBSTITUTION OF PARTY - 1

3. Richard Saichek's products liability action against defendants survived his death and was not extinguished.

4. As Personal Representative of the Estate of Richard Saichek, Mr, Lawrence Saichek, has the capacity to proceed forward with the surviving product liability claims on behalf of Richard Saichek.

5. Mr. Lawrence Saichek has retained the firm of Morgan & Morgan to continue the surviving product liability claims of Richard Saichek.

6. Therefore, Plaintiff prays that the Court enter an Order substituting Lawrence Saichek as the Personal Representative of the Estate of Richard Saichek in this action in the place and instead of Richard Saichek.

Respectfully submitted,

By: */s/ G. Katherine Chambers*
G. Katherine Chambers (*pro hac vice*)
T. Michael Morgan (*pro hac vice*)
**MORGAN & MORGAN**
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile:  (407) 245-3389
Email:     *mmorgan@forthepeople.com*
           *kathychambers@forthepeople.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020, a copy of the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system which sent notice of filing to all parties of record.

*/s/ G. Katherine Chambers*

MOTION FOR SUBSTITUTION OF PARTY - 2