## LAST WILL AND TESTAMENT
## OF
## RICHARD B. SAICHEK

I, RICHARD B. SAICHEK, domiciled in Palm Beach County, Florida, do make, publish and declare this my Last Will and Testament, hereby revoking and declaring null and void any and all Wills and Codicils by me at any time heretofore made.

### Article I

I direct my Personal Representative to pay my legally enforceable debts, the expenses of my last illness, my funeral expenses and estate administration expenses.

### Article II

I devise certain items of tangible personal property in accordance with a written statement which I shall have prepared prior to my death in conformity with Florida law.

### Article III

I give and bequeath all my jewelry, automobiles, clothing and other personal effects, as well as all household goods and equipment which I may own, which has not been otherwise disposed of by the aforesaid written statement, to my wife, ILA H. SAICHEK, if she survives me, and if not, then to my three (3) children, LAWRENCE A. SAICHEK, DONNA B. JOURY and ROBIN G. SAICHEK, in equal shares, per stirpes.

### Article IV

I direct that all estate taxes of any nature, together with all property required to be included in my gross estate, or taxable to any person receiving it under the provisions of any present laws, regardless of whether that property passes under or outside of the Will or a Codicil to it, or whether those taxes are payable by estate or by any recipient or beneficiary of any such property, shall be paid, by my Personal Representative and the Trustee under that certain Trust Agreement referred to in this Will, out of the corpus of the Trust Estate held under that Trust Agreement, with no right of reimbursement from any recipient or beneficiary of any such property or any temporary or remainder interest.

_____
RICHARD B. SAICHEK

1

## Article V

The residue of my estate, I give, devise and bequeath to my then acting Trustee under that certain Trust Agreement dated the ___1___ day of ___August___, 1992, (as may be amended from time to time) executed by me, prior to the execution of this Last Will and Testament. Said devise and bequest shall be added to the principal of the aforesaid Trust, to be held and distributed as though an original part thereof.

## Article VI

In addition to those powers granted Personal Representatives under the Florida Statutes, I give my Personal Representative power to invest in bonds, stocks, notes, or other property, lease, borrow, sell or exchange all or any part of my estate, real or personal, for such prices and upon such terms as my Personal Representative deems proper; to compromise, contest, prosecute or abandon claims in favor of or against my estate; to distribute income and principal in cash or in kind, or partly in each, and to allocate or distribute undivided interests or different assets or disproportionate interests in assets and no action taken by my Personal Representative pursuant to this power shall be subject to question by any beneficiary. The foregoing powers shall be exercised by my Personal Representative without authorization by any court.

## Article VII

I appoint my wife, ILA H. SAICHEK, as Personal Representative of this my Last Will and Testament. In the event that she is unwilling or unable to act, I nominate and appoint my son, LAWRENCE A. SAICHEK, to serve as Successor Personal Representative, to act in her place and stead. In the event that he is unwilling or unable to act, I nominate and appoint my daughter, DONNA B. JOURY, or if she is unable to act, my daughter, ROBIN G. SAICHEK, to serve as Successor Personal Representative. I direct that the Personal Representative and substitute or successor Personal Representative shall serve without bond and security.

IN WITNESS WHEREOF, I hereunto sign my name, and publish and declare this to be my Last Will and Testament in the presence of

_____
RICHARD B. SAICHEK

the persons witnessing it at my request this 17 day of ___August___, 1992.

_____ (SEAL)
RICHARD B. SAICHEK

WE HEREBY CERTIFY that the foregoing instrument was on the day and date hereof signed, sealed, published and declared by RICHARD B. SAICHEK, the Testator, as and for his Last Will and Testament, in our presence, who, at his request, in his presence and in the presence of each other, have subscribed our names hereto as witnesses to the execution thereof, believing said Testator, at the time of so signing, to be of sound mind and memory.

_____ residing at 6100 Glades Road

Boca Raton, FL   33434

_____ residing at 6100 Glades Road

Boca Raton, FL   33434

STATE OF FLORIDA      )
                      ) §
COUNTY OF PALM BEACH  )

WE, RICHARD B. SAICHEK, __CRAIG DONOFF__, and __TRACEY A. TESTA__, the Testator, and the witnesses respectively, whose names are signed to the attached or foregoing instrument, being first duly sworn, do hereby declare to the undersigned officer that the Testator signed the instrument as his Last Will and Testament and that he signed voluntarily in the presence of the witnesses, and that each of the witnesses, in the presence of the Testator, at his request, and in the presence of each other, signed the Will as a witness and that to the best of the knowledge of each witness, the Testator, was at that time 18 or more years of age, of sound mind and under no constraint or undue influence.

_____
RICHARD B. SAICHEK, Testator

_____
Witness

_____
Witness

Subscribed and sworn to before me by RICHARD B. SAICHEK, the Testator, who is personally known to me or who has produced a Drivers License as identification and who did take an oath before me and by __CRAIG DONOFF__ and __TRACEY A. TESTA__ the witnesses, who are personally known to me, on this 17 day of ___August___, 1992.

_____
NOTARY PUBLIC, State of
Florida at Large.

My commission expires:

JACQUELINE ADOSKI
MY COMMISSION # CC 219798
EXPIRES: August 15, 1996
Bonded Thru Notary Public Underwriters

JACQUELINE ADOSKI
MY COMMISSION # CC 219798
EXPIRES: August 15, 1996
Notary Public Underwriters

This document prepared by:
Craig Donoff, P.A.
6100 Glades Road, Suite 204
Boca Raton, FL   33434
407-451-8220

3