UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-06823 |
| This document relates to: *Richard Saichek v. Monsanto Co.* Case No. 3:19-cv-06823 | |

### [PROPOSED] ORDER

1. Counsel for Plaintiff's motion is Granted.

2. Lawrence Saichek, as the Personal Representative of the Estate of Richard Saichek, is substituted as Plaintiff in this action in the place and instead of Richard Saichek.

SO ORDERED in the United States District Court for the Northern District of California, this _____ day of _____, 2020.

_____
VINCE CHHABRIA
United States District Court Judge

[PROPOSED] ORDER - 1