1  Robert C. Hilliard
   Kimberly L. Beck
2  HILLIARD MARTINEZ GONZALES L.L.P.
   719 S. Shoreline Blvd.
3  Corpus Christi, TX 78401
4  Telephone: (361) 882-1612
   bobh@hmglawfirm.com
5  kbeck@hmglawfirm.com
   *Attorneys for Plaintiffs*
6

7              **UNITED STATES DISTRICT COURT**

8             **NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: | Case No. 3:16-md-2741-VC |
| Richard D. Adcock, | Individual Case No. <u>20-988</u> |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

### **SHORT FORM COMPLAINT WITH JURY DEMAND**

Plaintiff, **Richard D. Adcock**, hereby files this Short Form Complaint, pursuant to Pretrial Order No. 155, and in support of this Complaint states as follows:

(i) Residence of the Plaintiff at the time of filing:  **Odessa, Texas**

(ii) Residence of Plaintiff at the time of the diagnosis of the injury:  **Odessa, Texas**

(iii) Place of Plaintiff's exposure to GBHs:  **Texas**

(iv) Dates of Plaintiff's exposure to GBHs:  **1999-2017**

(v) State where Plaintiff received treatment for cancer:  **Texas**

(vi) Federal court where action was originally filed:  **District of Delaware**

In addition to the allegations set forth above, Plaintiff **Richard D. Adcock**, incorporates by reference his original complaint and re-alleges as if rewritten here in full, every allegation, Count, and prayer for relief.

A copy of Pretrial Order 155 is attached hereto as Exhibit A.

**JURY TRIAL DEMANDED**

Plaintiff demands a jury trial on all issues so triable.

Date:   2/14/2020

Respectfully submitted:

/s/ *Robert C. Hilliard*
Robert C. Hilliard
Kimberly L. Beck
HILLIARD MARTINEZ GONZALEZ L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com
kbeck@hmglawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                      /s/ *Robert C. Hilliard*