Robert C. Hilliard
Kimberly L. Beck
HILLIARD MARTINEZ GONZALES L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com
kbeck@hmglawfirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | Individual Case No. 20-874 |
| Christal Buckley, | |
|    Plaintiff, | |
| v. | |
| Monsanto Company, | |
|    Defendant. | |

## <u>SHORT FORM COMPLAINT WITH JURY DEMAND</u>

Plaintiff, **Christal Buckley**, hereby files this Short Form Complaint, pursuant to Pretrial Order No. 155, and in support of this Complaint states as follows:

(i)  Residence of the Plaintiff at the time of filing:  **Yuma, Arizona**

(ii) Residence of Plaintiff at the time of the diagnosis of the injury:  **Yuma, Arizona**

(iii)Place of Plaintiff's exposure to GBHs:  **Arizona**

(iv)Dates of Plaintiff's exposure to GBHs:  **2010-2019**

(v) State where Plaintiff received treatment for cancer:  **Arizona**

(vi)Federal court where action was originally filed:  **District of Delaware**

1

2     In addition to the allegations set forth above, Plaintiff **Christal Buckley,** incorporates by

3 reference her original complaint and re-alleges as if rewritten here in full, every allegation, Count,

4 and prayer for relief.

5     A copy of Pretrial Order 155 is attached hereto as Exhibit A.

6                                    <u>**JURY TRIAL DEMANDED**</u>

7     Plaintiff demands a jury trial on all issues so triable.

8

9     Date:    2/14/2020                          Respectfully submitted:

10                                                *s/ Robert C. Hilliard*
                                                  Robert C. Hilliard
11                                                Kimberly L. Beck
                                                  HILLIARD MARTINEZ GONZALEZ L.L.P.
12                                                719 S. Shoreline Blvd.
13                                                Corpus Christi, TX 78401
                                                  Telephone: (361) 882-1612
14                                                bobh@hmglawfirm.com
                                                  kbeck@hmglawfirm.com
15

16                                                *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Robert C. Hilliard*