| | |
|---|---|
| 1 | **CHARLES E. BOYK LAW OFFICES, LLC** |
| | Wesley D. Merillat (*pro hac vice*) |
| 2 | wmerillat@charlesboyk-law.com |
| | 405 Madison Ave., Ste. 1200 |
| 3 | Toledo, Ohio 43604 |
| | Tel: 419.241.1395 |
| 4 | Fax: 419.241.8731 |

*Attorney for Plaintiff
Emma Eley*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| *Emma Eley v. Monsanto Co.,* Case No. 3:19-cv-07377-VC | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Emma Eley and Defendant Monsanto Company, by and through their respective counsel, hereby stipulate and agree that Plaintiff Eley's claims against Defendant Monsanto shall be dismissed without prejudice. The parties to this stipulation shall bear their own costs, expenses, and attorney fees.

Dated: February 14, 2020

Respectfully submitted,

FOR PLAINTIFF EMMA ELEY

 /s/ Wesley D. Merillat
Wesley D. Merillat (*pro hac vice*)
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Ave., Ste. 1200
Toledo, Ohio 43604
Tel: 419.241.1395

Fax: 419.241.8731
wmerillat@charlesboyk-law.com

FOR DEFENDANT MONSANTO CO.,

 /s/   Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
WILKINSON WALSH
2001 M. St. NW, 10th Floor
Washington, DC 20036
Tel:  (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonwalsh.com