**CHARLES E. BOYK LAW OFFICES, LLC**
Wesley D. Merillat (*pro hac vice*)
wmerillat@charlesboyk-law.com
405 Madison Ave., Ste. 1200
Toledo, Ohio 43604
Tel:  419.241.1395
Fax: 419.241.8731

*Attorney for Plaintiff*
*Raymond Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Raymond Jackson v. Monsanto Co.,*<br>Case No. 3:19-cv-07367-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Raymond Jackson and Defendant Monsanto Company, by and through their respective counsel, hereby stipulate and agree that Plaintiff Jackson's claims against Defendant Monsanto shall be dismissed without prejudice. The parties to this stipulation shall bear their own costs, expenses, and attorney fees.

Dated:  February 14, 2020

                                     Respectfully submitted,

                                       FOR PLAINTIFF RAYMOND JACKSON

                                         /s/   Wesley D. Merillat
                                       Wesley D. Merillat (*pro hac vice*)
                                       CHARLES E. BOYK LAW OFFICES, LLC
                                       405 Madison Ave., Ste. 1200
                                       Toledo, Ohio 43604
                                       Tel:  419.241.1395

Fax: 419.241.8731
wmerillat@charlesboyk-law.com

FOR DEFENDANT MONSANTO CO.,

 /s/   Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
WILKINSON WALSH
2001 M. St. NW, 10th Floor
Washington, DC 20036
Tel:  (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonwalsh.com

Stipulation of Dismissal