**CHARLES E. BOYK LAW OFFICES, LLC**
Wesley D. Merillat (*pro hac vice*)
wmerillat@charlesboyk-law.com
405 Madison Ave., Ste. 1200
Toledo, Ohio 43604
Tel:  419.241.1395
Fax: 419.241.8731

*Attorney for Plaintiff*
*Estree Palmore*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  This document relates to:  *Estree Palmore v. Monsanto Co.,* Case No. 3:19-cv-07936-VC | MDL No. 2741  Case No. 3:16-md-02741-VC  **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Estree Palmore and Defendant Monsanto Company, by and through their respective counsel, hereby stipulate and agree that Plaintiff Palmore's claims against Defendant Monsanto shall be dismissed without prejudice. The parties to this stipulation shall bear their own costs, expenses, and attorney fees.

Dated:  February 14, 2020

Respectfully submitted,

FOR PLAINTIFF ESTREE PALMORE

  /s/   Wesley D. Merillat
Wesley D. Merillat (*pro hac vice*)
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Ave., Ste. 1200
Toledo, Ohio 43604
Tel:  419.241.1395

Fax: 419.241.8731
wmerillat@charlesboyk-law.com

FOR DEFENDANT MONSANTO CO.,

  /s/   Brian L. Stekloff
Brian L. Stekloff (*pro hac vice*)
WILKINSON WALSH
2001 M. St. NW, 10th Floor
Washington, DC 20036
Tel:  (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonwalsh.com