Robert C. Hilliard
Kimberly L. Beck
HILLIARD MARTINEZ GONZALES L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com
kbeck@hmglawfirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-2741-VC |
| Ronald Fowler, Individually, and on Behalf of the Estate of Barbara M. Fowler | Individual Case No. <u>20-1030</u> |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

## **SHORT FORM COMPLAINT WITH JURY DEMAND**

Plaintiff, **Ronald Fowler**, hereby files this Short Form Complaint, pursuant to Pretrial Order No. 155, and in support of this Complaint states as follows:

(i) Residence of the Plaintiff at the time of filing:  **Attalla, Alabama**

(ii) Residence of Decedent at the time of the diagnosis of the injury:  **Attalla, Alabama**

(iii) Place of Decedent's exposure to GBHs:  **Alabama**

(iv) Dates of Plaintiff's exposure to GBHs:  **2008 - 2018**

(v) State where Plaintiff received treatment for cancer:  **Alabama**

(vi) Federal court where action was originally filed:  **District of Delaware**

- 1 -

1
2    In addition to the allegations set forth above, Plaintiff **Ronald Fowler**, incorporates by
3  reference his original complaint and re-alleges as if rewritten here in full, every allegation, Count,
4  and prayer for relief.
5    A copy of Pretrial Order 155 is attached hereto as Exhibit A.
6                               **JURY TRIAL DEMANDED**
7    Plaintiff demands a jury trial on all issues so triable.
8
9    Date:    2/14/2020                           Respectfully submitted:
10
                                                  *s/ Robert C. Hilliard*
11                                                Robert C. Hilliard
                                                  Kimberly L. Beck
12                                                HILLIARD MARTINEZ GONZALEZ L.L.P.
                                                  719 S. Shoreline Blvd.
13                                                Corpus Christi, TX 78401
                                                  Telephone: (361) 882-1612
14                                                bobh@hmglawfirm.com
                                                  kbeck@hmglawfirm.com
15
16                                                *Attorneys for Plaintiff*
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                        /s/ *Robert C. Hilliard*