1  Robert C. Hilliard
   Kimberly L. Beck
2  HILLIARD MARTINEZ GONZALES L.L.P.
   719 S. Shoreline Blvd.
3  Corpus Christi, TX 78401
   Telephone: (361) 882-1612
4  bobh@hmglawfirm.com
   kbeck@hmglawfirm.com
5  *Attorneys for Plaintiffs*
6

7                **UNITED STATES DISTRICT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-2741-VC |
| This document relates to: | Individual Case No. 20-967 |
| Artis Francies, | |
|    Plaintiff, | |
| v. | |
| Monsanto Company, | |
|    Defendant. | |

17

18          **SHORT FORM COMPLAINT WITH JURY DEMAND**

19          Plaintiff, **Artis Francies**, hereby files this Short Form Complaint, pursuant to Pretrial Order

20  No. 155, and in support of this Complaint states as follows:

21      (i)  Residence of the Plaintiff at the time of filing:  **Los Angeles, California**

22      (ii) Residence of Plaintiff at the time of the diagnosis of the injury:  **Los Angeles, California**

23      (iii) Place of Plaintiff's exposure to GBHs:  **Texas**

24      (iv) Dates of Plaintiff's exposure to GBHs:  **2004 - 2007**

25      (v)  State where Plaintiff received treatment for cancer:  **California**

26      (vi) Federal court where action was originally filed:  **District of Delaware**

27

28

1

2  In addition to the allegations set forth above, Plaintiff **Artis Francies**, incorporates by

3  reference his original complaint and re-alleges as if rewritten here in full, every allegation, Count,

4  and prayer for relief.

5  A copy of Pretrial Order 155 is attached hereto as Exhibit A.

6  <u>**JURY TRIAL DEMANDED**</u>

7  Plaintiff demands a jury trial on all issues so triable.

8

9  Date:   2/14/2020                                 Respectfully submitted:

10                                                 *s/ Robert C. Hilliard*
                                                   Robert C. Hilliard
11                                                 Kimberly L. Beck
                                                   HILLIARD MARTINEZ GONZALEZ L.L.P.
12                                                 719 S. Shoreline Blvd.
13                                                 Corpus Christi, TX 78401
                                                   Telephone: (361) 882-1612
14                                                 bobh@hmglawfirm.com
                                                   kbeck@hmglawfirm.com
15

16                                                 *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
COMPLAINT

**CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Robert C. Hilliard*