1  Robert C. Hilliard
   Kimberly L. Beck
2  HILLIARD MARTINEZ GONZALES L.L.P.
   719 S. Shoreline Blvd.
3  Corpus Christi, TX 78401
   Telephone: (361) 882-1612
4  bobh@hmglawfirm.com
5  kbeck@hmglawfirm.com
   *Attorneys for Plaintiffs*
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: | Case No. 3:16-md-2741-VC |
| Bryan Harris, | Individual Case No. <u>20-969</u> |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

## **SHORT FORM COMPLAINT WITH JURY DEMAND**

Plaintiff, **Bryan Harris**, hereby files this Short Form Complaint, pursuant to Pretrial Order No. 155, and in support of this Complaint states as follows:

(i) Residence of the Plaintiff at the time of filing:  **Staten Island, New York**

(ii) Residence of Plaintiff at the time of the diagnosis of the injury:  **Staten Island, New York**

(iii) Place of Plaintiff's exposure to GBHs:  **New York**

(iv) Dates of Plaintiff's exposure to GBHs:  **1980-1999**

(v) State where Plaintiff received treatment for cancer:  **New York**

(vi) Federal court where action was originally filed:  **District of Delaware**

1
2    In addition to the allegations set forth above, Plaintiff **Bryan Harris**, incorporates by
3 reference his original complaint and re-alleges as if rewritten here in full, every allegation, Count,
4 and prayer for relief.
5    A copy of Pretrial Order 155 is attached hereto as Exhibit A.
6                              **JURY TRIAL DEMANDED**
7    Plaintiff demands a jury trial on all issues so triable.
8
9    Date:    2/14/2020                              Respectfully submitted:
10
                                                    *s/ Robert C. Hilliard*
11                                                  Robert C. Hilliard
                                                    Kimberly L. Beck
12                                                  HILLIARD MARTINEZ GONZALEZ L.L.P.
                                                    719 S. Shoreline Blvd.
13                                                  Corpus Christi, TX 78401
                                                    Telephone: (361) 882-1612
14                                                  bobh@hmglawfirm.com
                                                    kbeck@hmglawfirm.com
15
16                                                  *Attorneys for Plaintiff*
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                                          /s/ *Robert C. Hilliard*