Robert C. Hilliard
Kimberly L. Beck
HILLIARD MARTINEZ GONZALES L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com
kbeck@hmglawfirm.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Gerald Joyce,<br>   Plaintiff,<br><br>v.<br><br>Monsanto Company,<br>   Defendant. | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>Individual Case No. <u>20-928</u> |
|---|---|

### SHORT FORM COMPLAINT WITH JURY DEMAND

Plaintiff, **Gerald Joyce**, hereby files this Short Form Complaint, pursuant to Pretrial Order No. 155, and in support of this Complaint states as follows:

(i) Residence of the Plaintiff at the time of filing:  **Dalton, Georgia**

(ii) Residence of Plaintiff at the time of the diagnosis of the injury:  **Dalton, Georgia**

(iii) Place of Plaintiff's exposure to GBHs:  **Georgia**

(iv) Dates of Plaintiff's exposure to GBHs:  **1996 onward**

(v) State where Plaintiff received treatment for cancer:  **Georgia**

(vi) Federal court where action was originally filed:  **District of Delaware**

In addition to the allegations set forth above, Plaintiff **Gerald Joyce**, incorporates by reference his original complaint and re-alleges as if rewritten here in full, every allegation, Count, and prayer for relief.

A copy of Pretrial Order 155 is attached hereto as Exhibit A.

## JURY TRIAL DEMANDED

Plaintiff demands a jury trial on all issues so triable.

Date:   2/15/2020

Respectfully submitted:

*s/ Robert C. Hilliard*
Robert C. Hilliard
Kimberly L. Beck
HILLIARD MARTINEZ GONZALEZ L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com
kbeck@hmglawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on February 15, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Robert C. Hilliard*

## CERTIFICATE OF SERVICE

I, Robert C. Hilliard, hereby certify that on February 11, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                                                        s/ Robert C. Hilliard