
1  Robert C. Hilliard
2  Kimberly L. Beck
   HILLIARD MARTINEZ GONZALES L.L.P.
3  719 S. Shoreline Blvd.
   Corpus Christi, TX 78401
4  Telephone: (361) 882-1612
   bobh@hmglawfirm.com
5  kbeck@hmglawfirm.com
   *Attorneys for Plaintiffs*
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: | Case No. 3:16-md-2741-VC |
| Roxana Leal, | Individual Case No. <u>20-930</u> |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

### SHORT FORM COMPLAINT WITH JURY DEMAND

Plaintiff, **Roxana Leal**, hereby files this Short Form Complaint, pursuant to Pretrial Order No. 155, and in support of this Complaint states as follows:

(i) Residence of the Plaintiff at the time of filing:  **Miami, Florida**

(ii) Residence of Plaintiff at the time of the diagnosis of the injury:  **Miami, Florida**

(iii) Place of Plaintiff's exposure to GBHs:  **California**

(iv) Dates of Plaintiff's exposure to GBHs:  **1993-1994**

(v) State where Plaintiff received treatment for cancer:  **Florida**

(vi) Federal court where action was originally filed:  **District of Delaware**

In addition to the allegations set forth above, Plaintiff **Roxana Leal**, incorporates by reference her original complaint and re-alleges as if rewritten here in full, every allegation, Count, and prayer for relief.

A copy of Pretrial Order 155 is attached hereto as Exhibit A.

### JURY TRIAL DEMANDED

Plaintiff demands a jury trial on all issues so triable.

Date:   2/15/2020                              Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Robert C. Hilliard*
　　　　　　　　　　　　　　　　　　　　　　　　　Robert C. Hilliard
　　　　　　　　　　　　　　　　　　　　　　　　　Kimberly L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　　HILLIARD MARTINEZ GONZALEZ L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　　719 S. Shoreline Blvd.
　　　　　　　　　　　　　　　　　　　　　　　　　Corpus Christi, TX 78401
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (361) 882-1612
　　　　　　　　　　　　　　　　　　　　　　　　　bobh@hmglawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　kbeck@hmglawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

- 3 -

**CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on February 15, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Robert C. Hilliard*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Robert C. Hilliard, hereby certify that on February 11, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California in Case No. 3:16-md-2741, using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                                                                    s/ Robert C. Hilliard