UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

Case No.: 3:19-cv-06427

DALE A. BRUNTS,

    Plaintiff

v.

MONSANTO CO.,

    Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by and between the Plaintiff Brunts and Defendant Monsanto Co. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed without prejudice, each party to bear their own costs.

Dated: February 17, 2020

| | |
|---|---|
| /s/ Richard K. Dowd<br>Richard K. Dowd<br>Dowd & Dowd, P.C.<br>211 N. Broadway, Suite 4050<br>Saint Louis, MO 63102<br>T: (314) 621-2500<br>F: (314) 621-2503<br>rdowd@dowdlaw.net<br><br>*Counsel for Plaintiff* | /s/  Martin C. Calhoun<br>Eric G. Lasker<br>Martin C. Calhoun<br>1350 I Street, N.W.<br>Washington, DC 20005<br>T: (202) 898-5800<br>F: (202) 682-1639<br>elasker@hollingsworthllp.com<br>mcalhoun@hollingsworthllp.com<br><br>*Counsel for Defendant Monsanto Co.* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  February 17, 2020

/s/ Richard K. Dowd