1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
   | This document relates to: | |
   | *William Robbins as Special Administrator of the Estate of Helen Robbins and on behalf of the Wrongful Death Beneficiaries of Helen Robbins v. Monsanto Co. and John Does 1-V*, Case No. 3:20-cv-00618-VC | |

                    **MONSANTO COMPANY'S**
            <u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**</u>

       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

       Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED: February 18, 2020    Respectfully submitted,

2
                              /s/ Joe G. Hollingsworth
3                             Joe G. Hollingsworth (*pro hac vice*)
                              (jhollingsworth@hollingsworthllp.com)
4                             Eric G. Lasker (*pro hac vice*)
                              (elasker@hollingsworthllp.com)
5                             HOLLINGSWORTH LLP
                              1350 I Street, N.W.
6                             Washington, DC  20005
                              Telephone:  (202) 898-5800
7                             Facsimile:   (202) 682-1639

8                             *Attorneys for Defendant*
                              *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      2
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                3:16-md-02741-VC & 3:20-cv-00618-VC