UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Master Case No. 3:16-md-02741-VC |
| This document relates to: | |

*Trina Applegate v. Monsanto Company*
Ind. Case No. 3:20-cv-00419;
*Seliane Baldree v. Monsanto Company*
Ind. Case No. 3:19-cv-08113;
*Kent Berthelot v. Monsanto Company*
Ind. Case No. 3:19-cv-00089;
*Brett Carlson v. Monsanto Company*
Ind. Case No. 3:19-cv-06094;
*David Concepcion v. Monsanto Company*
Ind. Case No. 3:20-cv-00843;
*Conan Coombs v. Monsanto Company*
Ind. Case No. 3:20-cv-00207;
*Laura Dalton v. Monsanto Company*
Ind. Case No. 3:20-cv-00420;
*Laurie Heuss, Ind. and obo the Estate of Steve Heuss v. Monsanto Company*
Ind. Case No. 3:19-CV-04678;
*Leif Horton v. Monsanto Company*
Ind. Case No. 3:19-CV-05260;
*Alan Huffman v. Monsanto Company*
Ind. Case No. 3:20-cv-00421;
*Roger Johnson v. Monsanto Company*
Ind. Case No. 3:19-cv-06725;
*Raymond Jones v. Monsanto Company*
Ind. Case No. 3:19-cv-00649;

*Donald Kinser v. Monsanto Company*
Ind. Case No. 3:19-cv-03058;
*Christine Kluver, Ind. and obo the Estate of Arlan Kluver v. Monsanto Company*
Ind. Case No. 3:19-cv-05259;
*Gerald Laurent v. Monsanto Company*
Ind. Case No. 3:19-cv-07131;
*Alois Lednicky v. Monsanto Company*
Ind. Case No. 3:19-cv-02760;
*Jack Lewis v. Monsanto Company*
Ind. Case No. 3:19-cv-07580;

*Dava Long v. Monsanto Company*
Ind. Case No. 3:19-cv-07954;
*Miya McKim v. Monsanto Company*
Ind. Case No. 3:19-cv-05877;
*Jennifer Minor v. Monsanto Company*
Ind. Case No. 3:19-cv-06275;
*Mark Patton v. Monsanto Company*
Ind. Case No. 3:20-cv-00450;
*Christie Blakeney, Ind. and obo the Estate of Danny Petty v. Monsanto Company*
Ind. Case No. 3:19-cv-07929;
*Patrick Quigley v. Monsanto Company*
Ind. Case No. 3:20-cv-00422;
*Bobbie Riley v. Monsanto Company*
Ind. Case No. 3:19-cv-07458;
*William Servadio v. Monsanto Company*
Ind. Case No. 3:20-cv-00418;
*Bob Shackelford v. Monsanto Company*
Ind. Case No. 3:20-cv-00243;
*Debra Silva, Ind. and obo the Estate of Richard Silva v. Monsanto Company*
Ind. Case No. 3:19-cv-05787;

*Paul Simonetti v. Monsanto Company*
Ind. Case No. 3:19-cv-06727;

*Harrill Smith v. Monsanto Company*
Ind. Case No. 3:20-cv-00423;

*Gary Stratton v. Monsanto Company*
Ind. Case No. 3:20-cv-00120;
*Robert Thackwray v. Monsanto Company*
Ind. Case No. 3:19-cv-07004;
*Judy Theriot v. Monsanto Company*
Ind. Case No. 3:19-cv-00650;
*Pamalla Ulrich v. Monsanto Company*
Ind. Case No. 3:19-cv-05312;
*Barbara Watson, Ind. and obo the Estate of Clifford Watson v. Monsanto Company*
Ind. Case No. 3:19-CV-04627;
*Lloyd Williams v. Monsanto Company*
Ind. Case No. 3:19-CV-07592; and
*Laurie Wood v. Monsanto Company*
Ind. Case No. 3:20-cv-00424

**PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL**
**AND NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD;

PLEASE TAKE NOTICE that Thomas Sims is no longer associated with the firm of BARON & BUDD, P.C.  Accordingly, he should be removed as counsel of record for the Plaintiffs in the above-captioned cases.

The undersigned, David Fernandes of BARON & BUDD, P.C., hereby enters his appearance for Plaintiffs in the above-captioned cases. Please direct all further filings, discovery, and correspondence to David Fernandes at BARON & BUDD, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219. My telephone number is 214-521-3605; and my e-mail address is dfernandes@baronbudd.com.

Plaintiffs respectfully request that all necessary changes be made to the Court's records regarding this change of counsel.

Dated:  February 17, 2020           BARON & BUDD, P.C.

/s/ David Fernandes
David Fernandes, CA SBN 280944
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
dfernandes@baronbudd.com

C*ounsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

By: /s/ David Fernandes
    David Fernandes