Jere L. Beasley (BEA020)
jere.beasley@beasleyallen.com
Rhon E. Jones (JON093)
rhon.jones@beasleyallen.com
John E. Tomlinson (TOM014)
john.tomlinson@beasleyallen.com
LaBarron N. Boone (BOO029)
labarron.boone@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama  36103
Phone: (334) 269-2343
Fax:(334) 954-7555

Jamie A. Johnston (JOH164)
jamie@jjohnstonpc.com
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone:  334.202.9228
Facsimile: 334.265.8789

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>*John t. Moore, Jr. v Monsanto Company, et al.*, Case No. 3:20-cv-01010<br><br>**Plaintiff John T. Moore, Jr., only** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF JOHN TOMLINSON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** |

1

_____
PLAINTIFF'S MOTION TO REMAND

**DECLARATION OF JOHN TOMLINSON**

I, John Tomlinson, declare as follows:

1. I am an attorney admitted to practice law in the state of Alabama. I am an attorney at Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., one of the law firms representing Plaintiff John T. Moore, Jr. I am over the age of 18 years old, and if called to testify, I could and would testify to the facts states in this Declaration. I submit this Declaration in support of Plaintiff John T. Moore's Motion to Remand.

2. Attached as **Exhibit 1** is a true and correct copy of pages 59-62, 71, 176-178, and 265 from Plaintiff John T. Moore's deposition transcript dated September 23, 2019 and his signed Errata Sheets.

I declare under penalty of perjury laws of the State of California that the foregoing is true and correct, and that this Declaration is executed on February 19, 2020 in Montgomery, Alabama.

/s/John E. Tomlinson\_\_\_\_
John E. Tomlinson