# Exhibit 1

```
 1   A          They don't -- they don't live on my --
 2   my farm.  They live on part of their property, my
 3   parents, Tom and Christine Moore.
 4   Q          And when did they live on the cattle
 5   farm?
 6   A          I don't recall.  Late '80s, early '90s,
 7   somewhere in there.  I'm not sure.
 8   Q          Back in the 1980s when you were picking
 9   up Roundup or other products at the co-op --
10              And, just to be clear, when I'm saying
11   "co-op," I'm referring to Central Alabama Farmers
12   Cooperative.  Do you understand that?
13   A          Yes.
14   Q          When you visited the co-op in the 1980s
15   to pick up products, who sold those products to
16   you?
17   A          In the store?
18   Q          Correct.
19   A          The only -- which or all --
20              I can tell you names of ones that are
21   still there.  I can't tell you the names back
22   during that time that actually helped me load
23   product and that kind of thing.
24              But Tim Wood, he just started as
25   general manager during that time.  But the main
```

```
 1   one I dealt with was Mr. Harold Johnson.
 2   Mr. Harold Johnson at that time was an Alabama
 3   Farmers Co-op chemical specialist.
 4   Q         And what time period are you
 5   referencing?
 6   A         That would have been in the early '80s.
 7   Q         Was Mr. Johnson a salesperson at the
 8   co-op?
 9   A         Yes.  I assume he was sales.  He was a
10   chemical consultant.  I assume that would be
11   considered sales.
12   Q         How many times did you see him at the
13   co-op?
14   A         Regular.  And he would visit our farm
15   as well.
16   Q         Why did he visit at your farm?
17   A         He was the one that trained me on how
18   to calibrate spray rigs to what the product
19   Roundup was.  That's the purpose of co-op in
20   Helena.
21   Q         And when was this?
22   A         In the early '80s.
23   Q         Besides training you on how to
24   calibrate spray rigs, did Mr. Johnson say
25   anything else about Roundup to you?
```

```
 1   A          He knew his product, and he told you
 2   what the product was designed for and its purpose
 3   and use.
 4   Q          When was the last time you talked to
 5   Mr. Johnson about Roundup products?
 6   A          I don't recall.  He's deceased now.
 7   Q          Was your last conversation 10 years
 8   ago?
 9   A          No disrespect, but he's -- he's been
10   deceased longer than that.
11   Q          Was your last conversation with him 20
12   years ago --
13   A          I don't recall.
14   Q          Do you know what decade the last time
15   you had a --
16   A          I don't recall.
17   Q          I'm not done with my question, sir.
18   A          Well, quit hesitating.  I think you're
19   through, and you keep going to a different
20   question.
21   MR. TOMLINSON:
22              Ask your question.
23              Let him ask his question, and then
24   answer it.
25   THE WITNESS:
```

```
 1             Okay.
 2   MR. COVINGTON:
 3   Q         Okay.  Do you know what decade the last
 4   time you spoke to Mr. Johnson about Roundup
 5   products was?
 6   A         The '80s.
 7   Q         Have you spoken with anyone else from
 8   the co-op about Roundup products?
 9   A         No.
10   Q         Has anyone from the co-op ever given
11   you written materials about Roundup products?
12   A         At any time?  Mr. Johnson.
13   Q         Okay.  And what were those written
14   materials?
15   A         Don't recall.
16   Q         Did you pick up any other types of
17   pesticides from the co-op in the 1980s?
18   A         I don't recall picking up pesticides
19   from the co-op.
20   Q         Besides Roundup, what other types of
21   products would you purchase or -- excuse me --
22   pick up from the co-op in the 1980s?
23   A         I don't recall.
24   Q         Have you ever communicated in writing
25   with someone from the co-op about Roundup
```

```
 1   have any reason to think that anyone at the store

 2   in the 1980s thought that Roundup products could

 3   cause cancer?

 4   A         Nobody shared it with me.  I thought it

 5   was safe.

 6   Q         Is your answer no?

 7   A         No.

 8   Q         And going back to the co-op, do you

 9   have any proof or reason to believe that the

10   co-op knew Roundup products could cause cancer in

11   the 1980s?

12   MR. TOMLINSON:

13             Object to the form.  Asked and

14   answered.

15   MR. COVINGTON:

16   Q         You can answer the question.

17   A         Do I have proof?

18   Q         Correct.  Going back to the 1980s, do

19   you have proof or any reason to believe that the

20   co-op knew Roundup products could allegedly cause

21   cancer?

22   A         I don't know.  As far as the proof, no.

23   MR. COVINGTON:

24             Please mark this as Exhibit 5.

25             (DEPOSITION EXHIBIT NUMBER 5
```

```
 1   Q          And going back to the 1980s, when you

 2   were picking up Roundup products from the

 3   co-op --

 4   A          Uh-huh.

 5   Q          -- did anyone from the co-op talk to

 6   you about the safety around the products?

 7   A          I know they talked to me about the use

 8   and talked -- showed me how to apply it and

 9   whatnot.  And they should have told me about the

10   safety of it.  And they very well may have.

11   Q          But you don't know if they did or not?

12   A          I don't recall exactly, but I say they

13   should have told me about safety of it because,

14   obviously, it's a problem.

15   Q          Same question about Helena.  Going back

16   to the 1980s, did anyone at Helena ever talk to

17   you about the safety around the products?

18   MS. JOHNSTON:

19              Object to the form.

20   A          Bruce Henderson, and Harold Johnson for

21   the co-op.  Bruce Henderson for Helena Chemical,

22   to answer your question, explained the use and

23   the safety and stuff, I guess, to the best of

24   their knowledge at the time.  But that's how I

25   was introduced to the product.
```

1   MR. COVINGTON:

2   Q        And what did they say about the safety?

3   A        I don't recall.  I don't remember

4   saying anything about cancer, though.  That's for

5   sure.

6   Q        Did you ask them any questions?

7   A        Look, I was 16 years old, and these

8   were grown men, and I respected them.  And they

9   were friends.  And that's one thing -- they spent

10  a lot of time with me, and I can't -- that's the

11  reason I get emotional and upset and short with

12  my answers -- and I apologize -- when you start

13  talking about both of them, because they mean a

14  lot to me.

15  Q        Do you have any reason to think that

16  those persons were concealing information from

17  you?

18  A        They wouldn't conceal.  They didn't

19  want to see any bodily injury to me.  But it's

20  not to say they weren't, you know, in neglect on

21  telling me everything about it.

22  Q        Do you think that they were deceiving

23  you?

24  MR. TOMLINSON:

25           Object to the form.  Asked and

```
 1   answered.
 2   A          I -- I don't know.  I wouldn't think
 3   they would.
 4   MR. COVINGTON:
 5   Q          Does Roy Gilliland or your supervisor
 6   back at the G&S Equipment still work for G&S?
 7   A          G&S is no longer in existence.
 8   Q          Do you know what happened to it?
 9   A          Mike Guy, the principal of it, retired.
10   Q          When was that?
11   A          2014, somewhere in that neighborhood.
12   Shortly after I left.
13   Q          Do you keep in touch with him?
14   A          I do.
15   Q          Have you spoken to him about this
16   lawsuit?
17   A          No, I haven't.
18   Q          Mr. Moore, your Plaintiff Fact Sheet
19   says that you started working for Warrior
20   Tractor & Equipment in 1994.
21              What type of business is Warrior
22   Tractor & Equipment?
23   A          Forestry equipment, construction
24   equipment sales, distribution.
25   Q          And I'm sorry.  Just to back up,
```

```
 1   Q         Like what?

 2   A         I don't recall.

 3   Q         Before you applied Roundup products on

 4   the crop farm, did you dilute the Roundup?

 5   A         We used the concentrate and mixed it,

 6   you know, however I was instructed to mix it.

 7             The co-op and Bruce in Helena, they're

 8   the ones that told me, you know, how to mix it

 9   and about the product and what it would do.  I

10   never did know, you know, side effects of it, not

11   being safe.

12   Q         My question was:  Did you dilute the

13   Roundup before --

14   A         You mix the concentrate --

15   Q         I'm not done with the question.

16   MR. TOMLINSON:

17             Excuse me.  Can we go off the record

18   for a second?

19             I know he's kind of having a problem

20   with --

21   VIDEOGRAPHER:

22             Sorry.  Off the record.  The time is

23   4:53 p.m.

24                  (OFF THE RECORD.)

25   VIDEOGRAPHER:
```

John Thomas Moore, Jr.

```
1                    E R R A T A   P A G E
2
3           I, JOHN THOMAS MOORE, JR., the witness
    herein, have read the transcript of my testimony,
4   and the same is true and correct, to the best of my
    knowledge, with the exceptions of the following
5   changes noted below, if any:
6   Page/Line    Word/Words to be changed    Correct Word
7   60/18        What                        use
8   60/19        was.                        .
9   60/19        in                          and
10  61/3         and use                     and how to mix and apply.
11  62/12        Mr. Johnson                 Yes, Mr. Johnson.
12  77/7         No.                         No, as to sharing with me.
13  77/22        I don't know.               I don't know, as
14  123/5        Yes, I did.                 Yes, I did, after treatment.
15  123/9        Yes, I have.                Yes, I have after treatment.
16  127/25       Sometime.                   Some time in 2013.
17  128/1        long                        long in 2017,
18  128/4        long to                     long in 2017
19  129/25       during the                  during 2017 the
20  130/4        today.                      today after treatment.
21
                          [signature]
22                        JOHN THOMAS MOORE, JR.
23
24
25
```

```
 1                    E R R A T A   P A G E
 2
 3            I, JOHN THOMAS MOORE, JR., the witness
      herein, have read the transcript of my testimony,
 4    and the same is true and correct, to the best of my
      knowledge, with the exceptions of the following
 5    changes noted below, if any:
 6    Page/Line    Word/Words to be changed    Correct Word
 7    130/6        Flashes and                 Flashes in 2013.
 8    176/20       Henderson,                  Henderson for Helena Chemical,
 9    176/22       , explained                 , both explained
10    177/18-19    . They didn't want
11    205/8        told me                     told and showed me,
12    176/21       Bruce Henderson for Helena
                   Chemical
13
14
15
16
17
18
19
20
21
                        [signature]
22                   JOHN THOMAS MOORE, JR.
23
24
25
```

```
 1                    DECLARATION OF WITNESS
 2
 3            I, the undersigned, declare under penalty
 4    of perjury that I have read the foregoing
 5    transcript, and I have made any corrections,
 6    additions, or deletions that I was desirous of
 7    making; that the foregoing is a true and correct
 8    transcript of my testimony contained herein.
 9            EXECUTED this  25   day of  October ,
10    2019, at   Montgomery   ,  AL           .
                  (City)              (State)
11
12
13
14
15

                            _____
16                          JOHN THOMAS MOORE, JR.
17
18
19
20
21
22
23
24
25
```