UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741 |
| Dwight Arsenaux v. Monsanto Company et. al. Case No. 3:20-cv-01013 | NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed, Plaintiff, Dwight Arsenaux, hereby voluntarily dismisses all of his claims and demands against Defendant, Bayer AG, without prejudice, each party to bear its own attorneys' fees and costs.

Dated: February 23, 2020

Respectfully submitted,

*/s/ Claire E. Berg*
M. Palmer Lambert (#33228)
Claire E. Berg (#37029)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
plambert@gainsben.com
cberg@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2020, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Claire E. Berg*
Claire E. Berg (#37029)
