| | |
|---|---|
| 1 | Joseph H. Blum |
| 2 | SHOOK, HARDY & BACON L.L.P. |
| | 2001 Market Street. |
| 3 | Suite 3000 |
| | Philadelphia, PA 19103 |
| 4 | Phone: (215) 278-2555 |
| | Fax: (215) 278-2594 |
| 5 | jblum@shb.com |

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Martino et al. v. Monsanto Company* Case No. 3:18-cv-03626 | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Joseph H. Blum, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 24, 2020                                   Respectfully Submitted,

By: /s/ *Joseph H. Blum*
Joseph H. Blum
SHOOK, HARDY & BACON L.L.P.
2001 Market Street.
Suite 3000
Philadelphia, PA 19103
Phone: (215) 278-2555
Fax: (215) 278-2594
jblum@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on February 24, 2020, I electronically filed NOTICE OF APPEARANCE OF JOSEPH H. BLUM ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 24, 2020            Respectfully submitted,

*/s/ Joseph H. Blum*
Joseph H. Blum
SHOOK, HARDY & BACON L.L.P.
2001 Market Street.
Suite 3000
Philadelphia, PA 19103
Phone: (215) 278-2555
Fax: (215) 278-2594
jblum@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*