IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: *Michael Lowery v. Monsanto Company* | Case No. 3:19-cv-07375-VC |

**MOTION TO WITHDRAW OF W. DAVID CARTER
AS ATTORNEY OF RECORD FOR PLAINTIFF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Michael Lowery, through counsel, and respectfully moves the Court to allow W. David Carter of the law firm of Mercy ✶ Carter, L.L.P. to withdraw as an attorney of record for Plaintiff in the above-styled and numbered cause, and in support thereof would state as follows:

INTRODUCTION

I.

Plaintiff Michael Lowery sued Defendant Monsanto Company for personal injuries in the Western District of Texas, Austin Division. This cause was subsequently transferred to this Court.

ARGUMENT

II.

There is good cause for this Court to grant this Motion to Withdraw as Plaintiff will continue to be represented herein by Wesley D. Merillat of Charles E. Boyk Law Offices, LLC.

Plaintiff no longer requires the services of W. David Carter as counsel in Texas as this matter has been transferred to this Court.

III.

Plaintiff approves of the withdrawal of the undersigned, which will not delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Michael Lowery respectfully moves the Court to grant this Motion and enter an Order allowing W. David Carter to withdraw as an attorney of record for Plaintiff herein, and for any and all other relief to which Plaintiff may be entitled.

February 24, 2020

Respectfully submitted,

/s/ Wesley D. Merillat
Wesley D. Merillat
Ohio State Bar No. 0080253
Michigan State Bar No. P83342
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
(419) 241-1395 - Telephone
(419) 241-8731 - Facsimile
wmerillat@charlesboyk-law.com

ATTORNEYS FOR PLAINTIFF
MICHAEL LOWERY

## CERTIFICATE OF SERVICE

    I, Wesley D. Merillat, certify that the foregoing document was filed electronically in compliance with the F.R.C.P. and Local Rules. Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

                                                   /s/ *Wesley D. Merillat*
                                                   Wesley D. Merillat