1 | **HORWITZ, HORWITZ AND ASSOCIATES, LTD.**
Clifford W. Horwitz
2 | Jay R. Luchsinger
Michael Carter
3 | Thomas A. Kelliher
Michael Cannon
4 | 25 E. Washington, Suite 900
Chicago, IL 60602
5 | Telephone:     (312) 372-8822
Email: office@horwitzlaw.com
6 |            clmail@horwitzlaw.com
           cliff@horwitzlaw.com
7 |            sung@horwitzlaw.com
           michael@horwitzlaw.com
8 |            tom@horwitzlaw.com
           matt@horwitzlaw.com
9 | *Attorneys for Plaintiff*

10 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
11 | Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
12 | 1350 I Street, N.W.
Washington, DC  20005
13 | Tel:     202-898-5800
Fax:    202-682-1639
14 | Email: jhollingsworth@hollingsworthllp.com
           elasker@hollingsworthllp.com
15 |            mcalhoun@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company*
16 |

17 | **DONOHUE BROWN MATHEWSON & SMYTH LLC**
Stetson F. Atwood
18 | Ashley E. Dus
140 S. Dearborn St., Suite 800
19 | Chicago, IL 60603
Telephone:  (312) 422-0900
20 | Email: atwood@dbmslaw.com
           dus@dbmslaw.com
21 |            harders@dbmslaw.com
*Attorneys for Defendants Northwestern Memorial*
22 | *Healthcare, and Nicholas Zoretic, D.O.*

23 | **BAKER & ENRIGHTS**
Ruth V. Enright
24 | Patrick J. Vezino
33 W. Jackson Blvd., 3rd Floor
25 | Chicago, IL 60604
Telephone:  (312) 663-9600
26 | Email: enright@bakerandenright.com
           vezino@bakerandenright.com
27 | *Attorneys for Kimberly McKinnon, D.O.*

28 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*David Walter v. Monsanto Co., et al.*,<br>Case No. 3:20-cv-01015-VC | |

## JOINT STIPULATION REGARDING REMAND

**WHEREAS,** defendant Monsanto Company ("Monsanto") removed this lawsuit on September 30, 2019 from the Circuit Court of Cook County, Illinois, Law Division to the United States District Court for the Northern District of Illinois based on arguments regarding fraudulent misjoinder and Rule 21 severance, as set forth in Monsanto's Notice of Removal;

**WHEREAS,** this Court subsequently rejected the same removal arguments in Pretrial Order No. 191 (Nov. 19, 2019) when granting a remand motion in another case that Monsanto removed from the Circuit Court of Cook County, Illinois, Law Division;

**WHEREAS,** the Judicial Panel on Multidistrict Litigation recently transferred this lawsuit to this Court, over plaintiff's objection;

**WHEREAS**, Plaintiff seeks remand of this lawsuit to the Circuit Court of Cook County, Illinois, Law Division;

**WHEREAS**, Defendants Northwestern Memorial Healthcare and Nicholas Zoretic, D.O., filed a Motion to Transfer Venue Pursuant to the Doctrine of Forum Non Conveniens in Cook County Circuit Court on September 16, 2019, prior to removal;

**WHEREAS,** the parties acknowledge that this Court likely would apply its reasoning and rulings set forth in Pretrial Order No. 191 to a remand motion filed by Plaintiff in this lawsuit;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the parties, that this lawsuit should be remanded to the Circuit Court of Cook County, Illinois, Law

Division, with the parties to bear their own attorneys' fees and costs, as set forth in the accompanying proposed order. By agreeing to transfer of this matter back to state court in the county where the case was pending at the time of removal, Defendants Northwestern Memorial Healthcare and Nicholas Zoretic, D.O. are not agreeing that Cook County is the proper venue nor are they waiving any of their *forum non conveniens* arguments.

Dated:  February 25, 2020

Respectfully submitted,

/s/   Clifford W. Horwitz
Clifford W. Horwitz
Jay R. Luchsinger
Michael Carter
Thomas A. Kelliher
Michael Cannon
**Horwitz, Horwitz, and Associates, LTD**
25 E. Washington, Suite 900
Chicago, IL 60602
Telephone:  (312) 372-8822
Email: office@horwitzlaw.com
       clmail@horwitzlaw.com
       cliff@horwitzlaw.com
       sung@horwitzlaw.com
       michael@horwitzlaw.com
       tom@horwitzlaw.com
       matt@horwitzlaw.com

*Attorneys for Plaintiffs*

/s/   Martin C. Calhoun
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant Monsanto Company*

/s/   Stetson F. Atwood
Stetson F. Atwood
Ashley E. Dus
**Donohue Brown Mathewson & Smyth LLC**
140 S. Dearborn St., Suite 800
Chicago, IL 60603
Telephone:  (312) 422-0900
Email:   atwood@dbmslaw.com
         dus@dbmslaw.com
         harders@dbmslaw.com

*Attorneys for Defendants
Northwestern Memorial Healthcare and
Nicholas Zoretic*

/s/   Ruth V. Enright
Ruth V. Enright
Patrick J. Vezino
**Baker & Enright**
33 W. Jackson Blvd., 3rd Floor
Chicago, IL 60604
Telephone:  (312) 663-9600
Email:   enright@bakerandenright.com
         vezino@bakerandenright.com

*Attorneys for Defendant
Kimberly McKinnon, D.O.*