UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *David Walter v. Monsanto Co.*, *et al.*, Case No. 3:20-cv-01015-VC | |

**[PROPOSED] ORDER REGARDING STIPULATED REMAND**

Upon consideration of the Joint Stipulation Regarding Remand filed by the parties and finding good cause for the relief sought in that stipulation based on this Court's remand ruling in Pretrial Order No. 191, the Court hereby orders that this lawsuit is remanded to the Circuit Court of Cook County, Illinois, Law Division, with the parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____

_____
VINCE CHHABRIA
United States District Judge