UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| | ) |
| | ) Case No. 3:16-md-02741-VC |
| | ) |
| THIS DOCUMENT RELATES TO: | ) **[PROPOSED] ORDER GRANTING** |
| | ) **MONSANTO COMPANY'S MOTION FOR** |
| *Robert Rawson v. Bayer Corporation, et al.*, | ) **LEAVE TO FILE SUR-REPLY TO** |
| Case No. 3:19-cv-08312-VC | ) **PLAINTIFF'S REPLY IN SUPPORT OF** |
| | ) **MOTION TO REMAND** |
| | ) |
| | ) Date:       March 26, 2020 |
| | ) Time:       10:00 a.m. |
| | ) Courtroom:  4 |

Upon consideration of Monsanto Company's Motion for Leave to File Sur-Reply to Plaintiff's Reply in Support of Motion to Remand,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

Date: _____, 2020          _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING MONSANTO'S MOTION FOR LEAVE TO FILE SUR-REPLY TO
PLAINTIFF'S REPLY ISO MOTION TO REMAND
3:16-md-02741-VC & 3:19-cv-08312-VC