UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| THIS DOCUMENT RELATES TO: *Robert Rawson v. Bayer Corporation, et al.*, Case No. 3:19-cv-08312-VC | ) **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO REMAND** ) ) Date:      March 26, 2020 ) Time:      10:00 a.m. ) Courtroom: 4 |

Upon consideration of Monsanto Company's Motion for Leave to File Sur-Reply to Plaintiff's Reply in Support of Motion to Remand,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

Date: February 28, 2020

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT