**Garmer & Prather, PLLC**
William R. Garmer, Esq. (*pro hac vice*)
Jerome P. Prather, Esq. (*pro hac vice*)
141 North Broadway
Lexington, Kentucky  40507
Telephone:  (859) 254-9351
Facsimile:   (859) 233-9769
Email: bgarmer@garmerprather.com
Email: jprather@garmerprather.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*<u>ELECTRONICALLY FILED</u>*

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Co.*, Case No. 3:20-cv-01363-VC | |

**<u>PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS PURSUANT TO LOCAL RULE 3-15</u>**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no financial or non-financial interest in this proceeding to report on behalf of the Plaintiffs.

                Respectfully submitted,

                ATTORNEYS FOR PLAINTIFF

       BY:   /s/ William R. Garmer
           William R. Garmer
           Jerome P. Prather
           141 North Broadway
           Lexington, Kentucky  40507
           Telephone:   (859) 254-9352

Facsimile:    (859) 233-9769
Email: bgarmer@garmerprather.com
Email: jprather@garmerprather.com

DENNIS L. NULL, SR.
Null, Samson & Paitsel
423 East Broadway
Mayfield, Kentucky 42066
Telephone: (270) 747-5737
Facsimile: (270) 247-0926