# **EXHIBIT 1**

## DECLARATION OF MILTON JOHNSON

I, Milton Johnson, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below.

2. This declaration is based on my personal knowledge. I submit this declaration in support of Monsanto Company's Opposition to Plaintiff's Motion to Remand for the following lawsuit pending in the United States District Court for the Northern District of California, Case No. 3:20-cv-01010-VC, captioned *John Thomas Moore, Jr. v. Monsanto Company, et al.* (the "*Moore* Case").

3. The Central Alabama Farmers Cooperative, Inc. ("CAF Coop") has its own legal existence, but falls under the larger umbrella of the Alabama Farmers Cooperative, Inc. ("AFC"). CAF Coop is a for-profit Alabama Agricultural Cooperative Association.

4. I am currently a member of the CAF Coop Board, and have served as a member since the 1980s.

5. The CAF Coop Board oversees the management and operations of CAF Coop.

6. CAF Coop has never been involved in the manufacture or assembly of Roundup®-branded products.

7. CAF Coop has never exercised substantial control over the design, testing, manufacture, packaging, or labeling of Roundup®-branded products.

8. CAF Coop has never modified Roundup®-branded products before selling them to our customers.

9.  Between 1980 through 1986, neither the CAF Coop Board nor the CAF Coop management were aware of any alleged defects of Roundup®-branded products (including whether such products are allegedly capable of causing cancer).

10. Between 1980 through 1986, I personally used Roundup®-branded products around my home yard to target weeds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28th, 2020, at Selma, Alabama.

_C. Milton Johnson_
Milton Johnson