# **EXHIBIT 2**

## DECLARATION OF TIM WOOD

I, Tim Wood, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below.

2. This declaration is based on my personal knowledge. I submit this declaration in support of Monsanto Company's Opposition to Plaintiff's Motion to Remand for the following lawsuit pending in the United States District Court for the Northern District of California, Case No. 3:20-cv-01010-VC, captioned *John Thomas Moore, Jr. v. Monsanto Company, et al.* (the "*Moore* Case").

3. The Central Alabama Farmers Cooperative, Inc. ("CAF Coop") has its own legal existence, but falls under the larger umbrella of the Alabama Farmers Cooperative, Inc. ("AFC"). CAF Coop is a for-profit Alabama Agricultural Cooperative Association.

4. From approximately 1984 until December 1986, I was employed by AFC as the District Manager of Sales.

5. I currently serve as General Manager for CAF Coop and have served in that position since approximately January 1987.

6. There is (and has only been) one CAF Coop store located in Dallas County, Alabama: that is the Selma store (referred internally as Store # 270).

7. Between 1980 and 1986, none of the Roundup® products or other glyphosate-based products sold at the AFC and CAF Coop stores, including Store # 270, contained "cancer" warnings on those products.

8. Between 1980 and 1986, I was not aware of any alleged defects of Roundup®-branded products (including whether such products are allegedly capable of causing cancer).

9. It was not standard practice for CAF Coop or AFC employees to provide assurances or representations regarding the safety of the products we sold, including Roundup® products.

10. Between 1980 and 1986, I personally used Roundup®-branded products around my home yard to target weeds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28th 2020, at Selma, Alabama.

*[signature]*
Tim Wood