UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Stevick v. Monsanto Co.*, 16-cv-2341 | **PRETRIAL ORDER NO. 209: ORDER VACATING TRIAL DATE** |

The pretrial conference and trial date in *Stevick v. Monsanto Co.*, 16-cv-2341, are vacated.

**IT IS SO ORDERED.**

Dated: March 5, 2020

VINCE CHHABRIA
United States District Judge