UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 16-md-02741-VC |
| This document relates to: *Sullivan v. Monsanto Co.*, 20-cv-1583 | **PRETRIAL ORDER NO. 210: CO-LEAD PLAINTIFFS' COUNSEL OBLIGATION TO PRO SE PLAINTIFF** |

    Co-lead plaintiffs' counsel are responsible for ensuring that Susan Sullivan receives notice of this order and all subsequent orders pertaining to her case and the MDL in general, by mail and email. Orders pertaining to specific member cases other than Sullivan's do not need to be sent to her.

    **IT IS SO ORDERED.**

Dated: March 5, 2020

_____
VINCE CHHABRIA
United States District Judge