# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: *Michael Lowery v. Monsanto Company* Case No. 3:19-cv-07375-VC | ORDER GRANTING MOTION TO WITHDRAW |

## ORDER

Before the Court is the Motion to Withdraw of W. David Carter as Attorney of Record for Plaintiff filed herein. Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw of W. David Carter as Attorney of Record for Plaintiff is hereby **GRANTED**, and that W. David Carter is withdrawn as counsel of record herein for Plaintiff.

Date:  March 5, 2020

_____
Honorable Vince Chhabria
United States District Court