UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **AMENDED PRETRIAL ORDER NO. 208: ORDER EXTENDING ALL DEADLINES** |

At the request of the settlement master, all deadlines in this MDL are extended by 35 days, as set forth below. However, the parties are notified that no further continuances will be granted.

As to the motion to remand in *Rawson v. Monsanto Co.*, 19-cv-8312, the hearing is continued to April 30, 2020.

As to the motion to remand in *Olah v. Monsanto Co.*, 20-cv-129, the opposition is due April 17, 2020; the reply is due April 24, 2020; and the hearing is continued to May 14, 2020.

As to the motion to remand in *Moore v. Monsanto Co.*, 20-cv-1010, the reply is due April 15, 2020, and the hearing is continued to May 7, 2020.

As to the motion to remand in *Sapinsky v. Monsanto Co.*, 20-cv-257, the opposition is due April 24, 2020; the reply is due May 1, 2020; and the hearing is continued to May 14, 2020.

The hearing on the remaining Wave 1 motions is continued to April 16, 2020.

Wave 2 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |

| | |
|---|---|
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies; the parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | May 29, 2020 |
| Plaintiffs' expert reports due. | June 19, 2020 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | June 26, 2020 |
| Monsanto's expert reports due. | July 10, 2020 |
| Close of expert discovery. | August 7, 2020 |
| Monsanto's *Daubert* and summary judgment briefs due. | August 26, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | September 16, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | September 30, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | October 14, 2020 |
| *Daubert* hearing (if necessary). | November 12, 2020 |

**IT IS SO ORDERED.**

Dated: March 5, 2020

VINCE CHHABRIA
United States District Judge