1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

R. Christopher Cowan *(pro hac vice)*
DOWNS, MCDONOUGH, COWAN & FOLEY, LLC
2051 Main Avenue
Durango, CO  81301-4645
970-247-8020
970-247-8877 (fax)
chris@swcolaw.com

*Attorney for Plaintiffs Philip W. Roth and Robert V. Boucher*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 3:16-md-02741-VC

This document relates to
*Philip W. Roth and Robert V. Boucher v. Monsanto*
3:20-cv-01543-VC

**<u>NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS</u>**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that R. Christopher Cowan hereby enters his appearance in the

above-captioned matter as counsel for Plaintiffs, and respectfully requests that all pleadings,

notices, orders, correspondence, and other papers in connection with this action be served upon

him at the above address.

- 1 –

NOTICE OF APPEARANCE OF R. CHRISTOPHER COWAN ON BEHALF OF PLAINTIFFS
3:16-md-02741-VC

1

**CERTIFICATE OF SERVICE**

2      I, R. Christopher Cowan, hereby certify that, on this day, I electronically filed NOTICE

3  OF APPEARANCE with the Clerk for the United States District Court for the Northern District

4  of California using the CM/ECF system, which shall send electronic notification to counsel of

5  record.

6

7  DATED: March 6, 2020                    Respectfully submitted,

8                                          /s/ R. Christopher Cowan
                                           (*pro hac vice*)
9                                          (chris@swcolaw.com)
                                           DOWNS, MCDONOUGH, COWAN
10                                         & FOLEY, LLC
                                           2051 Main Avenue.
11                                         Durango, CO 81301
                                           Telephone: (970) 247-8020
12                                         Facsimile: (970) 247-8877

13
                                           Attorney for Plaintiffs Philip W. Roth
14                                         and Robert V. Boucher

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 –
NOTICE OF APPEARANCE OF R. CHRISTOPHER COWAN ON BEHALF OF PLAINTIFFS
3:16-md-02741-VC