**Bryce Hensley**

EXHIBIT 4

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Friday, November 15, 2019 12:18 PM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2741 IN RE: Roundup Products Liability Litigation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/15/2019 at 1:18 PM EST and filed on 11/15/2019

**Case Name:**   IN RE: Roundup Products Liability Litigation
**Case Number:**   MDL No. 2741
**Filer:**
**Document Number:** 1416(No document attached)

**Docket Text:**

***TEXT ONLY NOTICE***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-167)** *re: pldg. (1 in ALN/5:19-cv-01722, 2 in ILN/1:19-cv-07121, 1 in LAE/2:19-cv-13409, [1415] in MDL No. 2741, 1 in MN/0:19-cv-02867, 1 in MN/0:19-cv-02868, 1 in MN/0:19-cv-02869)*

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 11/22/2019.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2019.**

**Associated Cases: MDL No. 2741, ALN/5:19-cv-01722, ILN/1:19-cv-07121, LAE/2:19-cv-13409, MN/0:19-cv-02867, MN/0:19-cv-02868, MN/0:19-cv-02869 (CMD)**

| | |
|---|---|
| **Case Name:** | Armstrong v. Monsanto Company |
| **Case Number:** | MN/0:19-cv-02868 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-167)** *re: pldg.* **(1 in ALN/5:19-cv-01722, 2 in ILN/1:19-cv-07121, 1 in LAE/2:19-cv-13409, [1415] in MDL No. 2741, 1 in MN/0:19-cv-02867, 1 in MN/0:19-cv-02868, 1 in MN/0:19-cv-02869)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 11/22/2019.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2019.**

**Associated Cases: MDL No. 2741, ALN/5:19-cv-01722, ILN/1:19-cv-07121, LAE/2:19-cv-13409, MN/0:19-cv-02867, MN/0:19-cv-02868, MN/0:19-cv-02869 (CMD)**

| | |
|---|---|
| **Case Name:** | Guthrie v. Monsanto Company |
| **Case Number:** | MN/0:19-cv-02869 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-167)** *re: pldg.* **(1 in ALN/5:19-cv-01722, 2 in ILN/1:19-cv-07121, 1 in LAE/2:19-cv-13409, [1415] in MDL No. 2741, 1 in MN/0:19-cv-02867, 1 in MN/0:19-cv-02868, 1 in MN/0:19-cv-02869)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 11/22/2019.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2019.**

**Associated Cases: MDL No. 2741, ALN/5:19-cv-01722, ILN/1:19-cv-07121, LAE/2:19-cv-13409, MN/0:19-cv-02867, MN/0:19-cv-02868, MN/0:19-cv-02869 (CMD)**

| | |
|---|---|
| **Case Name:** | Montelongo v. Monsanto Company |
| **Case Number:** | LAE/2:19-cv-13409 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-167)** *re: pldg.* **(1 in ALN/5:19-cv-01722, 2 in ILN/1:19-cv-07121, 1 in LAE/2:19-cv-13409, [1415] in MDL No. 2741, 1 in MN/0:19-cv-02867, 1 in MN/0:19-cv-02868, 1 in MN/0:19-cv-02869)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 11/22/2019.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2019.**

**Associated Cases: MDL No. 2741, ALN/5:19-cv-01722, ILN/1:19-cv-07121, LAE/2:19-cv-13409, MN/0:19-cv-02867, MN/0:19-cv-02868, MN/0:19-cv-02869 (CMD)**

| | |
|---|---|
| **Case Name:** | Becker v. Monsanto Company |
| **Case Number:** | MN/0:19-cv-02867 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-167)** *re: pldg.* **(1 in ALN/5:19-cv-01722, 2 in ILN/1:19-cv-07121, 1 in LAE/2:19-cv-13409, [1415] in MDL No. 2741, 1 in MN/0:19-cv-02867, 1 in MN/0:19-cv-02868, 1 in MN/0:19-cv-02869)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 11/22/2019.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2019.**

**Associated Cases: MDL No. 2741, ALN/5:19-cv-01722, ILN/1:19-cv-07121, LAE/2:19-cv-13409, MN/0:19-cv-02867, MN/0:19-cv-02868, MN/0:19-cv-02869 (CMD)**

| | |
|---|---|
| **Case Name:** | Caruso v. Monsanto Company et al |
| **Case Number:** | ILN/1:19-cv-07121 |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-167)** *re: pldg.* **(1 in ALN/5:19-cv-01722, 2 in ILN/1:19-cv-07121, 1 in LAE/2:19-cv-13409, [1415] in MDL No. 2741, 1 in MN/0:19-cv-02867, 1 in MN/0:19-cv-02868, 1 in MN/0:19-cv-02869)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 11/22/2019.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2019.**

**Associated Cases: MDL No. 2741, ALN/5:19-cv-01722, ILN/1:19-cv-07121, LAE/2:19-cv-13409, MN/0:19-cv-02867, MN/0:19-cv-02868, MN/0:19-cv-02869 (CMD)**

**Case Name:**     McMahan v. Monsanto Company Corporation et al
**Case Number:**   ALN/5:19-cv-01722
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-167)** *re: pldg.* **(1 in ALN/5:19-cv-01722, 2 in ILN/1:19-cv-07121, 1 in LAE/2:19-cv-13409, [1415] in MDL No. 2741, 1 in MN/0:19-cv-02867, 1 in MN/0:19-cv-02868, 1 in MN/0:19-cv-02869)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 11/22/2019.**

**Signed by Clerk of the Panel John W. Nichols on 11/15/2019.**

**Associated Cases: MDL No. 2741, ALN/5:19-cv-01722, ILN/1:19-cv-07121, LAE/2:19-cv-13409, MN/0:19-cv-02867, MN/0:19-cv-02868, MN/0:19-cv-02869 (CMD)**


**MDL No. 2741 Notice has been electronically mailed to:**

Lori E. Andrus     lori@andrusanderson.com, danielle.kidd@andrusanderson.com, elizabeth.lyons@andrusanderson.com, joann.pham@andrusanderson.com, leland.belew@andrusanderson.com

Mark Etheredge Burton, Jr     mburton@audetlaw.com

**MDL No. 2741 Notice will not be electronically mailed to:**

**MN/0:19-cv-02868 Notice has been electronically mailed to:**

Charles H. Johnson     bdehkes@charleshjohnsonlaw.com

**MN/0:19-cv-02868 Notice will not be electronically mailed to:**

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167

**MN/0:19-cv-02869 Notice has been electronically mailed to:**

Charles H. Johnson     bdehkes@charleshjohnsonlaw.com

**MN/0:19-cv-02869 Notice will not be electronically mailed to:**

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167

**LAE/2:19-cv-13409 Notice has been electronically mailed to:**

F. Gerald Maples     gmaples@fgmapleslaw.com

**LAE/2:19-cv-13409 Notice will not be electronically mailed to:**

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167

**MN/0:19-cv-02867 Notice has been electronically mailed to:**

Charles H. Johnson     bdehkes@charleshjohnsonlaw.com

**MN/0:19-cv-02867 Notice will not be electronically mailed to:**

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167

**ILN/1:19-cv-07121 Notice has been electronically mailed to:**

Joe Gregory Hollingsworth     jhollingsworth@hollingsworthllp.com, ecfmonsanto@hollingsworthllp.com

Brett Michael Mares     bmares@heylroyster.com

Thomas Joseph Dammrich, II     docket@shb.com

Peter Francis O'Neill     pfoneill@shb.com

Bryce Thomas Hensley     bhensley@rblaw.net

Bruno Marasso     bmarasso@rblaw.net

Bruce Lyon     blyon@lcllaw.com

Leah Fuessel     lfuessel@lcllaw.com

Brad A. Antonacci     bantonacci@heylroyster.com

**ILN/1:19-cv-07121 Notice will not be electronically mailed to:**

**ALN/5:19-cv-01722 Notice has been electronically mailed to:**

Joe Gregory Hollingsworth     jhollingsworth@hollingsworthllp.com, ecfmonsanto@hollingsworthllp.com

Donald Patrick McKenna, Jr     don@hwnn.com, Don@hwnn.com, lynne@hwnn.com

**ALN/5:19-cv-01722 Notice will not be electronically mailed to:**

Bayer AG
Attn: General Counsel

**Law, Patents & Compliance**
**Building Q26, 1.008**
**51368 Leverkusen,**
**Germany**