Bryce T. Hensley
Illinois State Bar No. 6327025
**Romanucci & Blandin, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
312-253-8800
bhensley@rblaw.net
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| | Case No. 3:16-MD-2741-VC |
| This Document relates to: *Meghan Caruso, et al. v. Russo Hardware, et al.* USDC – NDIL No. 1:19-cv-7121 USDC – NDCA No. 3:20-cv-01017-VC | The Honorable Judge Vince Chhabria |

## NOTICE OF HEARING

**YOU ARE HEREBY NOTIFED** that there will be a hearing in the above styled civil action on: Plaintiff's Emergency Motion for Expedited Briefing Schedule on Motion to Remand on **March 12, 2020 at 10:00 a.m. P.S.T.**, before the Honorable Judge Vince Chhabria, San Francisco Courthouse, Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. You may appear and protect your interests if you so desire.

# CERTIFICATE OF SERVICE

I, Bryce T. Hensley, Counsel for Plaintiff, hereby certify that on March 6, 2020, I electronically filed "Notice of Hearing: Plaintiff's Emergency Motion for Expedited Briefing Schedule on Motion to Remand" and accompanying documents with the Clerk of the Court using the CM/ECF System, which send notification of such filing to the following CM/ECF participants:

T.J. Dammrich, II
Peter Francis O'Neill
Shook, Hardy & Bacon LLP
111 S. Wacker, Suite 4700
Chicago, IL 60606
(312) 704-7721
tjdammrich@shb.com
pfoneill@shb.com
docket@shb.com

Brett Michael Mares
Heyl Royster Voelker & Allen
33 N. Dearborn Street
7th Floor
Chicago, IL 60602
(312) 853-8700
bmares@heylroyster.com

Date: March 6, 2020

/s/ Bryce T. Hensley
Illinois State Bar No. 6327025
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-8800
bhensley@rblaw.net
*Counsel for Plaintiff*