UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| This Document relates to: *Meghan Caruso, et al. v. Russo Hardware, et al.* USDC – NDIL No. 1:19-cv-7121 USDC – NDCA No. 3:20-cv-01017-VC | Case No. 3:16-MD-2741-VC  The Honorable Judge Vince Chhabria  [PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND |

Upon consideration of Plaintiff's Emergency Motion for Expedited Briefing Schedule on Plaintiff's Motion to Remand,

**IT IS HEREBY ORDERED** that the motion is **GRANTED:**

1. Defendant Monsanto's Response in Opposition to Plaintiff's Motion to Remand is due March 19, 2020.

2. Plaintiff's Reply to Defendant Monsanto's Response in Opposition to Plaintiff's Motion to Remand is due March 26, 2020.

3. Hearing on Plaintiff's Motion to Remand, if any, to be set by future order.

Date: _____, 2020         _____
                                            HONORABLE VINCE CHHABRIA
                                            UNITED STATES DISTRICT COURT