Case 3:16-md-02741-VC   Document 9745-5   Filed 03/09/20   Page 1 of 4



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855
Civil Process/Records - (217) 753-6846

**WES BARR**
#1 Sheriffs Plaza
Springfield, IL 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

SG TRACKING #18- **7832**

I, **LAW** certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number **18 L 11723**
Name of defendant **Monsanto Production Supply LLC**
Name of other person Summons left with **Tyler Fuchs**
Sex ( Ⓜ / F )   Race **W**   Approx. age **20's**
Date of Service **11/20/2018**   Time **1:00**
Date of Mailing _____
Address at which paper was served:
**807 Adlai Stevenson Dr.**
_____

Service fees (Circle One)  **$42.00** or $82.00
Circle One:   PAID   PAUPER   NO CHARGE

Wesley L. Barr, Sheriff of Sangamon County

By **LAW**, Deputy # **2641**

IN PARTNERSHIP WITH THE COMMUNITY

EXHIBIT **D**



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855
Civil Process/Records - (217) 753-6846

**WES BARR**
#1 Sheriffs Plaza
Springfield, IL 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

SG TRACKING #18- __7880__

I, __LAW__ certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number __18 L 1723__
Name of defendant __Monsanto company Inc.__
Name of other person Summons left with __Tyler Fuchs__
Sex ( Ⓜ / F ) Race __W__ Approx. age __20's__
Date of Service __11/20/2018__ Time __1:00__
Date of Mailing _____
Address at which paper was served:
__807 Adlai Stevenson Dr.__

Service fees (Circle One) **$42.00** or $82.00
Circle One:   PAID   PAUPER   NO CHARGE

Wesley L. Barr, Sheriff of Sangamon County

By __LAW__, Deputy # __2641__

IN PARTNERSHIP WITH THE COMMUNITY



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855
Civil Process/Records - (217) 753-6846

**WES BARR**
#1 Sheriffs Plaza
Springfield, IL 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

SG TRACKING #18- 7831

I, __LAW__ certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number __18 L 1723__

Name of defendant __Monsanto Technology LLC__

Name of other person Summons left with __Tyler Fuchs__

Sex (Ⓜ/ F ) Race __W__ Approx. age __20's__

Date of Service __11/20/2018__ Time __1:00__

Date of Mailing _____

Address at which paper was served:
__801 Adlai Stevenson Dr.__

**Service fees (Circle One)** $42.00 or $82.00

Circle One:   PAID   PAUPER   NO CHARGE

Wesley L. Barr, Sheriff of Sangamon County

By __LAW__, Deputy # __2641__

IN PARTNERSHIP WITH THE COMMUNITY



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855
Civil Process/Records - (217) 753-6846

**WES BARR**
#1 Sheriffs Plaza
Springfield, IL 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

SG TRACKING #18- **7829**

I, __LAW__ certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☑ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number __18 L 11723__

Name of defendant __Monsanto Illinois production co LLC__

Name of other person Summons left with __Tyler Fuchs__

Sex (M / F)  Race __W__  Approx. age __20's__

Date of Service __11/20/2018__  Time __1:00__

Date of Mailing _____

Address at which paper was served:
__801 Adlai Stevenson Dr.__

Service fees (Circle One) **$42.00** or $82.00

Circle One:   PAID   PAUPER   NO CHARGE

Wesley L. Barr, Sheriff of Sangamon County

By __LAW__, Deputy # __2641__

IN PARTNERSHIP WITH THE COMMUNITY