FILED DATE: 8/5/2019 3:11 PM 2018L011723

FILED
8/5/2019 3:11 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011723

6048680

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MEGHAN CARUSO, Independent Executor of the Estate of John Caruso, deceased,

Plaintiff,

v.

RUSSO HARDWARE, INC. d/b/a RUSSO POWER EQUIPMENT, INC., d/b/a RUSSO POWER EQUIPMENT, d/b/a GREEN INDUSTRY FINANCE; MONSANTO COMPANY, INC.;

Defendants.

No.: 18-L-011723

**CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS**

This will certify that I have this day caused to be served a copy of the within and foregoing:

- **Plaintiff's Interrogatories to Defendant Russo Hardware**
- **Plaintiff's Requests for Production to Defendant Russo Hardware**
- **Plaintiff's 213(f) Interrogatories to Defendant Russo Hardware**
- **Plaintiff's Interrogatories to Defendant Monsanto**
- **Plaintiff's Requests for Production to Defendant Monsanto**
- **Plaintiff's 213(f) Interrogatories to Defendant Monsanto**
- **Plaintiff's Interrogatories to Intervenor University of Illinois-Chicago**
- **Plaintiff's Requests for Production to Intervenor University of Illinois-Chicago**
- **Plaintiff's 213(f) Interrogatories to Intervenor University of Illinois-Chicago**

upon the parties on the attached service list by emailing the same, addressed to:

This 5th day of August, 2019

/s Bryce T. Hensley
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-458-1000
bhensley@rblaw.net



EXHIBIT F

FILED DATE: 8/5/2019 3:11 PM   2018L011723

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 5, 2019, pursuant to Section 1-109 of the Illinois Code of Civil Procedure and the in accordance with Supreme Court Rule 12(b)(2), the foregoing was electronically filed with the Cook Circuit Clerk's electronic filing system and served via e-mail to the following:

Ignacio Sofo (nacho.sofo@bartlitbeck.com)
William Gohl (will.gohl@bartlitbeck.com)
Bartlit Beck LLP
54 W. Hubbard Street, #300
Chicago, IL 60654

Dominique Savinelli (dominique.savinelli@huschblackwell.com)
James O'Shea (james.oshea@huschblackwell.com)
Husch Blackwell, LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606

Thomas Dammrich (tdammrich@shb.com)
Shook, Hardy & Bacon, L.L.P.
111 S. Wacker Drive
Suite 4700
Chicago, IL 60606
*Attorneys for Defendant Monsanto Company*

Bruce Lyon (blyon@lcllaw.com)
Leah Fuessel (lfuessel@lcllaw.com)
LaBarge Campbell & Lyon, LLC
200 W. Jackson, Ste. #2050
Chicago, IL 60606
*Attorneys for Defendant Russo Hardware, Inc.*

Brad Antonacci (bantonacci@heylroyster.com)
Heyl, Royster, Voelker & Allen
33 N. Dearborn Street, 7th Floor
Chicago, IL 60602
*Attorney for Intervenor University of Illinois-Chicago*

Date: August 5, 2019
                                                                    /s/Bryce T. Hensley
                                                           Attorney for Plaintiff
                                                           **ROMANUCCI & BLANDIN, LLC**
                                                           321 N. Clark Street, Suite 900
                                                           Chicago, IL 60654
                                                           (312) 458-1000 *telephone*
                                                           (312) 458-1004 *facsimile*
                                                           bhensley@rblaw.net