IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-LAW DIVISION

Rev. 3/18

Caruso, Plaintiffs

-v-

Russo et al., Defendants

NO: 18-L-11733

Motion Call: "B"  Time: 9:15  Line #: 15

2005 Trial Date: N/A

**CASE MANAGEMENT ORDER**

**(Please check off all pertinent paragraphs and circle proper party name)**

(4231) ___ 1. Written, 213(f)(1), (f)(2) and 214 discovery to be **issued** by _____ or deemed waived;

(4296) _X_ 2. Written, 213(f)(1), (f)(2) and 214 discovery to be **answered** by π by 9/3/19; Δ by 9/19/19 +UIC

(4218) ___ 3. Party depositions, fact, 213(f)(1) and/or (2) depositions to be **completed** by _____;

(4297) ___ 4. Plaintiff to send list & addresses of treaters and HIPAA order to Defendant(s) by _____;

(4288) ___ 5. Subpoenas for treating physicians' records/deps to be **issued** by _____ or deemed waived;

(4218) ___ 6. Treating physicians depositions to be **completed** by _____;

(4231) ___ 7. All dispositive motions shall be filed **no later than** _____;

(4296) ___ 8. All SCR 215 & 216 discovery **completed** by _____;

(4206) ___ 9. (Plaintiff) - (Defendant) - (Add. Party) shall **answer** 213(f)(3) Interrogatories by _____;

(4218) ___ 10. **Plaintiff's 213(f)(3)** witnesses' depositions to be **completed** by _____;

(4218) ___ 11. **Defendant's 213(f)(3)** witnesses' depositions to be **completed** by _____;

(4218) ___ 12. **Add. party's 213(f)(3)** witnesses' depositions to be **completed** by _____;

(4295) ___ 13. All fact discovery, SCR 213(f)(1), (f)(2), 215(a) and 216 discovery is closed. (Circle all applicable)

(4619) _X_ 14. The matter is continued for subsequent Case Management Conference on 9/23/19 at 9:15 AM/PM in Room 2202 for:
(A) ___ Proper Service   (B) ___ Appearance of Defendants   (C) ___ Case Value
(D) ___ Pleadings Status  (E) _X_ Discovery Status           (F) ___ Pre-Trial/Settlement
(G) ___ Mediation Status  (H) ___ Trial Certification        (I) ___ Other

Parties to return for status on written discovery; Δ+UIC to issue supplemental requests (non-duplicative), if any, by 9/10/19; Court has taken protective order + ESI orders under advisement

(4005) ___ 15. Case is DWP'd.   (4040) ___ The case is voluntarily dismissed pursuant to 735 ILCS 5/2-1009.

(4331) ___ 16. Case stricken from   (4284) ___ Motion Stricken or   (4330) ___ Case stricken from
CMC Call                          Withdrawn from Call              Motion Call.

NAME: Boyce Hensley
ADDRESS: 321 N Clark
PHONE: 312 458 1000
ATTY ID#: 35875
ATTY FOR PARTY: π
NOTICE:

ENTER:

JUDGE _____ NO. _____

ENTERED
Judge Karen O'Malley-2081
AUG 06 2019
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

★ COPIES OF ALL PRIOR CMC ORDERS MUST BE BROUGHT TO ALL CMC COURT DATES.

★ FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE A BASIS FOR SCR 219(C) SANCTIONS. FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE A WAIVER OF SUCH DISCOVERY BY THAT PARTY.

EXHIBIT G