FILED DATE: 9/3/2019 6:40 PM   2018L011723

| | |
|---|---|
| IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS<br>COUNTY DEPARTMENT, LAW DIVISION | FILED<br>9/3/2019 6:40 PM<br>DOROTHY BROWN<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2018L011723<br><br>6426692 |

| | |
|---|---|
| MEGHAN CARUSO, Independent Executor of the Estate of John Caruso, deceased, | |
| Plaintiff, | |
| v. | No.: 18-L-011723 |
| RUSSO HARDWARE, INC. d/b/a RUSSO POWER EQUIPMENT, INC., d/b/a RUSSO POWER EQUIPMENT, d/b/a GREEN INDUSTRY FINANCE; MONSANTO COMPANY, INC.; MONSANTO ILLINOIS PRODUCTION CO., LLC; MONSANTO PRODUCTION SUPPLY, LLC; and MONSANTO TECHNOLOGY, LLC; | |
| Defendants. | |

## PLAINTIFF'S MOTION TO EXTEND TIME TO ANSWER WRITTEN DISCOVERY

NOW COMES the Plaintiff, Meghan Caruso (hereinafter "Plaintiff"), Independent Executor of the Estate of John Caruso, deceased (hereinafter "Plaintiff's decedent"), by and through her attorneys, and moves this Court to extend Plaintiff's time to answer written discovery. In support thereof, Plaintiff states as follows:

### INTRODUCTION

1. Plaintiff Meghan Caruso filed her First Amended Complaint against Defendant Russo and Defendant Monsanto on November 1, 2018.

2. On August 6, 2019, this Court ordered Plaintiff to answer written discovery by September 3, 2019.

3. On August 27, 2019, counsel for Plaintiff was assigned out on a trial which was expected to last three to four weeks.

1



4. The undersigned counsel was assigned out to trial on August 6, 2019 and August 19, 2019, taking both trials to verdict and unable to meet the Plaintiff in person to finalize discovery responses.

5. Counsel for Plaintiff's ask for an additional 45 days to answer discovery so that Plaintiff's counsel can ensure completion of the most recently assigned trial and the completion of ordered discovery.

6. Plaintiff ha no objection to Defendant's completion of answering written discovery until the same date.

7. WHEREFORE, Plaintiff, Meghan Caruso, Independent Executor of the Estate of John Caruso, deceased, respectfully requests this Court to extend Plaintiff's time to answer written discovery.

Respectfully Submitted,

  /s/ Vincent J. Arrigo
Attorney for Plaintiff
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 458-1000 *telephone*
(312) 458-1004 *facsimile*
varrigo@rblaw.net
