## Bryce Hensley

| | |
|---|---|
| **From:** | O'Neill, Peter F. (SHB) <PFONEILL@shb.com> |
| **Sent:** | Friday, September 13, 2019 8:49 AM |
| **To:** | Vincent Arrigo; Bryce Hensley |
| **Cc:** | Dammrich, Thomas (SHB); Brehmer, Deana (SHB); Bruno Marasso |
| **Subject:** | RE: Re: Caruso v. Monsanto - Motion for Extension |
| **Attachments:** | Plaintiff Fact Sheet.pdf |

Vince,

That works for us. Attached is the Plaintiff Fact Sheet which was served on June 5, 2019. The authorizations start on pg. 16 of the PDF. Let us know if you have any questions.

Thanks,
Peter

**Peter F. O'Neill**
*Associate*
Shook, Hardy & Bacon L.L.P.
111 S. Wacker Drive
Suite 4700
Chicago, IL 60606

312.704.7710 | 43013 | pfoneill@shb.com



**From:** Vincent Arrigo <varrigo@rblaw.net>
**Sent:** Thursday, September 12, 2019 4:45 PM
**To:** O'Neill, Peter F. (SHB) <PFONEILL@shb.com>; Bryce Hensley <bhensley@rblaw.net>
**Cc:** Dammrich, Thomas (SHB) <TDAMMRICH@shb.com>; Brehmer, Deana (SHB) <DBREHMER@shb.com>; Bruno Marasso <bmarasso@rblaw.net>
**Subject:** RE: Re: Caruso v. Monsanto - Motion for Extension

### EXTERNAL

Peter,

Just left you a voicemail. We'd like to move up by 1 week all the dates you listed below in numbers 1 through 3 (i.e.: 10/18/19 to 10/11/19).

If you're in agreement, please prepare the proposed order to be presented on 9/23/19. If you'd like to discuss further, please call me on my cell 773.742.9915 (as I'm out of the office tomorrow 9/13/19).

As Bryce is on trial and Bruno will be next week, please re-send me the authorizations and I will get those dealt with.

Thank you for your consideration,

EXHIBIT
I

Vincent J. Arrigo
Attorney at Law
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
(312) 253-8630 (Direct)


**From:** O'Neill, Peter F. (SHB) <PFONEILL@shb.com>
**Sent:** Wednesday, September 11, 2019 2:07 PM
**To:** Vincent Arrigo <varrigo@rblaw.net>; Bryce Hensley <bhensley@rblaw.net>
**Cc:** Dammrich, Thomas (SHB) <TDAMMRICH@shb.com>; Brehmer, Deana (SHB) <DBREHMER@shb.com>
**Subject:** RE: Re: Caruso v. Monsanto - Motion for Extension

Vince and Bryce,

Just checking in to see whether we have agreement on the extension (per my email below), and whether you're able to send us the authorizations.

Thanks,
Peter

**Peter F. O'Neill**
*Associate*
Shook, Hardy & Bacon L.L.P.
111 S. Wacker Drive
Suite 4700
Chicago, IL 60606

312.704.7710 | 43013 | pfoneill@shb.com



**From:** O'Neill, Peter F. (SHB)
**Sent:** Tuesday, September 10, 2019 2:55 PM
**To:** varrigo@rblaw.net; Bryce Hensley <bhensley@rblaw.net>
**Cc:** Dammrich, Thomas (SHB) <tdammrich@shb.com>; Brehmer, Deana (SHB) <dbrehmer@shb.com>
**Subject:** Re: Caruso v. Monsanto - Motion for Extension

Vince and Bryce,

We received your motion for an extension of time to respond to written discovery. Defendants Monsanto and Russo agree with extending the deadline for responding to written discovery. To confirm:

1. Plaintiff will respond to Defendants' written discovery by October 18, 2019 (45 days from the date of your motion).
2. Defendants (both Monsanto and Russo) will respond to Plaintiff's written discovery by October 18, 2019.
3. Defendants (both Monsanto and Russo) may serve supplemental discovery requests by October 25, 2019.

If that works for you, we can prepare a draft agreed order to present to the Court at the CMC on 9/23.

Also, at the last CMC, we discussed the authorizations attached to the PFS. Are you able to send executed authorizations prior to 10/18/19, so we can keep the ball rolling?

2

Thanks,
Peter


**Peter F. O'Neill**
*Associate*
Shook, Hardy & Bacon L.L.P.
111 S. Wacker Drive
Suite 4700
Chicago, IL 60606

312.704.7710 | 43013 | pfoneill@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.