FILED DATE: 10/10/2019 5:59 PM   2018L011723

FILED
10/10/2019 5:59 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011723

6919245

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MEGHAN CARUSO, Independent Executor of the Estate of John Caruso, deceased, | |
| Plaintiff, | |
| v. | No.: 18-L-011723 |
| RUSSO HARDWARE, INC. d/b/a RUSSO POWER EQUIPMENT, INC., d/b/a RUSSO POWER EQUIPMENT, d/b/a GREEN INDUSTRY FINANCE; MONSANTO COMPANY, INC.; | |
| Defendants. | |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

This will certify that I have this day caused to be served a copy of the within and foregoing:

- **Plaintiff's Answers to Russo's Interrogatories;**
- **Plaintiff's Responses to Russo's ISCR 214 Requests for Production;**
- **Plaintiff's Completed Monsanto Fact Sheet;**
- **Plaintiff's Responses to Monsanto's ISCR 214 Requests for Production; and**
- **Plaintiff's Initial 213(f)(1) and (2) Disclosures.**

upon the parties on the attached service list by emailing the same, addressed to:

This 10th day of October, 2019

/s Bruno R. Marasso
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-458-1000
bmarasso@rblaw.net

EXHIBIT
J

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 10, 2019, pursuant to Section 1-109 of the Illinois Code of Civil Procedure and the in accordance with Supreme Court Rule 12(b)(2), the foregoing was electronically served via e-mail to the following:

Ignacio Sofo (nacho.sofo@bartlitbeck.com)
William Gohl (will.gohl@bartlitbeck.com)
Bartlit Beck LLP
54 W. Hubbard Street, #300
Chicago, IL 60654

Dominique Savinelli (dominique.savinelli@huschblackwell.com)
James O'Shea (james.oshea@huschblackwell.com)
Husch Blackwell, LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606

Thomas Dammrich (tdammrich@shb.com)
Shook, Hardy & Bacon, L.L.P.
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606

*Attorneys for Defendant Monsanto Company*

Bruce Lyon (blyon@lcllaw.com)
Leah Fuessel (lfuessel@lcllaw.com)
LaBarge Campbell & Lyon, LLC
200 W. Jackson, Ste. #2050
Chicago, IL 60606

*Attorneys for Defendant Russo Hardware, Inc.*

Brad A. Antonacci (Bantonacci@heylroyster.com)
Heyl Royster Voelker and Allen
33 North Dearborne Street, 7th Floor
Chicago, IL 60602

Date: October 10, 2019         /s/Bruno R. Marasso
                    Attorney for Plaintiff
                    **ROMANUCCI & BLANDIN, LLC**
                    321 N. Clark Street, Suite 900
                    Chicago, IL 60654
                    (312) 458-1000 *telephone*
                    (312) 458-1004 *facsimile*
                    bmarasso@rblaw.net

FILED DATE: 10/10/2019 5:59 PM   2018L011723