# Bryce Hensley

| | |
|---|---|
| **From:** | Brehmer, Deana (SHB) <DBREHMER@shb.com> |
| **Sent:** | Friday, October 11, 2019 7:02 PM |
| **To:** | Bruno Marasso; Bryce Hensley; will.gohl@bartlitbeck.com; Dominique.Savinelli@huschblackwell.com; blyon@lcllaw.com; lfuessel@lcllaw.com; bantonacci@heylroyster.com |
| **Cc:** | Dammrich, Thomas (SHB); O'Neill, Peter F. (SHB) |
| **Subject:** | Caruso v. Russo Hardware, et al., No. 2018-L-011723: Russo Hardware and Monsanto Responses to Plaintiff's Discovery |
| **Attachments:** | Russo's Responses to Plaintiff's Rule 213 Interrogatories.pdf; Russo's Responses to Plaintiff's First Set of Interrogatories.pdf; Russo's Responses to Plaintiff's Rule 214 Requests for Production.pdf; Monsanto's Responses to Plaintiff's Rule 213 Interrogatories.pdf; Monsanto'Responses to Plaintiff's Interrogatories.pdf; Monsanto Responses to Plaintiff's Rule 214 Requests for Production.pdf |

Counsel:

Attached please find copies of the following discovery responses:

1. Russo Hardware's Objections and Responses to Plaintiff's Rule 213 Interrogatories;

2. Russo Hardware's Objections and Responses to Plaintiff's First Set of Interrogatories;

3. Russo Hardware's Objections and Responses to Plaintiff's Production Requests to Defendant Russo Hardware;

4. Monsanto's Objections and Responses to Plaintiff's Rule 213(f) Interrogatories to Defendant Monsanto;

5. Monsanto's Objections and Responses to Plaintiff's Interrogatories to Defendant Monsanto; and

6. Monsanto's Objections and Responses to Plaintiff's Production Requests to Defendant Monsanto.

    The following sharefile contains the FIFRA 6(a)(2) report to EPA for Mr. Caruso that is referenced in Monsanto's Response to RFP No. 17, https://hollingsworthllp.sharefile.com/d-sda247a398c14bb99

Thank you,
Deana Brehmer

**Deana D. Brehmer**
*Legal Administrative Assistant II to Thomas J. Dammrich, II*
Shook, Hardy & Bacon L.L.P.
111 S. Wacker Drive
Suite 4700
Chicago, IL 60606

312.580.4935 | 43506 | dbrehmer@shb.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

EXHIBIT
K