## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FILED
10/16/2019 11:33 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011723

Meghan Caruso, Independent Executor of the Estate of John Caruso, deceased,

Plaintiff

v.

Russo Hardware, Inc., et al.

Defendant

No. 2018-L-011723

Calendar: B

FILED DATE: 10/16/2019 11:33 AM   2018L011723

# APPEARANCE

☑ GENERAL APPEARANCE     0900 - APPEARANCE - FEE PAID;  0909 - APPEARANCE - NO FEE;
                        0904 - APPEARANCE FILED - FEE WAIVED

☐ JURY DEMAND           1900 - APPEARANCE & JURY DEMAND - FEE PAID
                        1909 - APPEARANCE & JURY DEMAND - NO FEE

The undersigned enters the appearance of:     ☐ Plaintiff     ☑ Defendant

Russo Hardware, Inc.

_____
(Insert litigant's name.)

*Thomas J. Dammrich, II*
Signature

☐ INITIAL COUNSEL OF RECORD       ☐ PRO SE
☑ ADDITIONAL APPEARANCE           ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

☑ Atty. No.: 58950       ☐ Pro Se  99500

(Please complete the following contact information.)
Name: Shook, Hardy & Bacon L.L.P. (Thomas J. Dammrich II/Peter F. O'Neill)
Atty. for: Defendant Russo Hardware, Inc.
Address: 111 South Wacker Drive, Suite 4700
City/State/Zip: Chicago, IL 60606
Telephone: (312) 704-7700
Primary Email: docket@shb.com
Secondary Email: tdammrich@shb.com
Tertiary Email: pfoneill@shb.com

**Pro Se Only:** ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

_____

EXHIBIT
M

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**