**From:** "Martinez, Vicky S" <vsv@uic.edu>
**Sent:** Tue, 02 Jun 2015 14:36:14 -0500
**To:** "Rizor, Carly" <rizorc6@uic.edu>
**CC:** "Caruso, John Peter" <caruso@uic.edu>, "Jimenez, Anthony" <ajimen4@uic.edu>, "Lugardo, Leopold B" <lugardol@uic.edu>, "Johnson, Carol" <cjohnson@uic.edu>, "Acevedo, Pablo" <acevedop@uic.edu>
**Subject:** RE: Material order

Just to reaffirm, for all mulch/soil/sand deliveries, even though the drivers may have been on campus multiple times, we ask vendors to instruct their drivers to stop at 611 for directions/escort to drop site.  It's not advisable to have the drivers go to a site without one of our grounds employees present so material gets dropped at the right location and to ensure we get a delivery ticket and signed by one of our ground's supervisors to reconcile with invoices.


Thanks.


**From:** Rizor, Carly
**Sent:** Tuesday, June 02, 2015 1:12 PM
**To:** Martinez, Vicky S
**Cc:** Acevedo, Pablo; Caruso, John Peter; Johnson, Carol
**Subject:** RE: Material order


The 916 dock is fine west (John will be the contact) and east will be lot 18.  If it's easier when the truck comes east, they can report to 611 and call Anthony and he'll lead them to the new drop site.


Thanks Vicky!


**From:** Martinez, Vicky S
**Sent:** Tuesday, June 2, 2015 1:09 PM
**To:** Rizor, Carly
**Cc:** Acevedo, Pablo; Caruso, John Peter; Johnson, Carol
**Subject:** RE: Material order


Ok……I'll put in the order today……….and drop sites?


**From:** Rizor, Carly
**Sent:** Tuesday, June 02, 2015 1:08 PM



EXHIBIT

N

**To:** Martinez, Vicky S
**Cc:** Acevedo, Pablo; Caruso, John Peter; Johnson, Carol
**Subject:** RE: Material order

Yes please!  We'll take one east and one west.

Carly

---

**From:** Martinez, Vicky S
**Sent:** Tuesday, June 2, 2015 12:40 PM
**To:** Rizor, Carly
**Cc:** Acevedo, Pablo; Caruso, John Peter; Johnson, Carol
**Subject:** FW: Material order

For the pulverized soil, last order was for 2 semi loads.  Do you want the same amount?

---

**From:** Martinez, Vicky S
**Sent:** Tuesday, June 02, 2015 10:48 AM
**To:** Rizor, Carly
**Subject:** RE: Material order

You want soil too?

---

**From:** Rizor, Carly
**Sent:** Tuesday, June 02, 2015 10:47 AM
**To:** Johnson, Carol; Martinez, Vicky S
**Subject:** Material order

Hi ladies,

I was wondering if we could get an order for late this week or early next week.  We placed an order with Russos in late April for (2) 2.5 gallon containers of Triplet SF Broadleaf Herbicide and (2) 6.8 lb containers of Round Up Quick Pro and we'd like to repeat that order.  We'll also take (1) load of soil to the west side.

HRVA 010441

If you need anything else, please let me know.  Thank you!!


Carly Rizor

Superintendent of Grounds

Facilities Management

University of Illinois at Chicago

1140 South Morgan M/C 270, Chicago, Illinois 60607 | 312.996.4647

rizorc6@uic.edu | www.fmweb.fm.uic.edu

**From:** "Martinez, Vicky" <vsv@uic.edu>
**Sent:** Wed, 28 May 2014 11:42:37 -0500
**To:** "Rice, Darryl" <drice2@uic.edu>
**CC:** "Acevedo, Pablo" <acevedop@uic.edu>, "Lugardo, Leopold" <lugardol@uic.edu>
**Subject:** ROUND UP WEED KILLER

Per Pablo, check to see how much is needed and let me know so I can place an order with Russo's.  Thanks.

HRVA 010457

**From:** "Acevedo, Pablo" <acevedop@uic.edu>
**Sent:** Mon, 02 Jun 2014 09:49:03 -0500
**To:** "Rice, Darryl" <drice2@uic.edu>
**CC:** "Witas, Robert" <rjwitas@uic.edu>, "Lugardo, Leopold" <lugardol@uic.edu>, "Martinez, Vicky" <vsv@uic.edu>
**Subject:** FW: ROUND UP WEED KILLER

See me on this!

**From:** Martinez, Vicky
**Sent:** Monday, June 02, 2014 8:24 AM
**To:** Acevedo, Pablo
**Subject:** FW: ROUND UP WEED KILLER

FYI…………

**From:** Rice, Darryl
**Sent:** Friday, May 30, 2014 10:19 AM
**To:** Martinez, Vicky
**Subject:** RE: ROUND UP WEED KILLER

Need 2- 5 gallons of round up and 2-  3 gallon sprayer tanks

**From:** Martinez, Vicky
**Sent:** Wednesday, May 28, 2014 11:43 AM
**To:** Rice, Darryl
**Cc:** Acevedo, Pablo; Lugardo, Leopold
**Subject:** ROUND UP WEED KILLER
**Importance:** High

Per Pablo, check to see how much is needed and let me know so I can place an order with Russo's.  Thanks.

HRVA 010458

**From:** "Martinez, Vicky" <vsv@uic.edu>
**Sent:** Fri, 13 Jun 2014 11:01:39 -0500
**To:** "Rice, Darryl" <drice2@uic.edu>, "Lugardo, Leopold" <lugardol@uic.edu>
**CC:** "Acevedo, Pablo" <acevedop@uic.edu>
**Subject:** PACKING SLIPS/DELIVERY TICKETS

I'M LOOKING FOR PACKING SLIPS/DELIVERY TICKETS FROM:


RUSSO'S – ROUNDUP AND HAND HELD SPRAYERS

SPORTSFIELD – SAND


THANKS!

**From:** "Rizor, Carly"
**Sent:** Thu, 28 May 2015 16:18:35 +0000
**To:** Young, Melinda Gail
**Subject:** RE: Weed problem

Hi Melinda,

John Caruso, the west side supervisor, took a look at the weeds and will have a crew stop by today.  The problem with weeds is that they have a very short germination period in the right conditions; 3-4 days is all it will take!  Right now, we're encountering this issue campus wide. We're typically at the center every week to ten days and, while we tend to the issues at that time, you can see where growth during that time period may reach an undesirable level for you.

One alternative that may work is providing chemical control (using Round-Up) on Saturdays whenever possible.  We obviously wouldn't want to do such work during the week when the kids are there but as long as we have the optimal weather and 24 hours of dry time on the weekend, would this be a service you're open to?  It would certainly help us keep the weeds at bay with much more vigor than manual removal alone.

Thank you!

Carly

**From:** Young, Melinda Gail
**Sent:** Thursday, May 28, 2015 10:08 AM
**To:** Rizor, Carly
**Subject:** Weed problem

Hi Carly,

I was wondering what do you recommend for weed control on the playground.  We are currently being invaded by weeds that are coming through the mulch and are spikey.  These weeds are currently surrounding our climber and at the base of the slides and ladders.  With the children wearing summer clothing it leads to some concern.  What suggestions do you have?

Thank you,

Melinda Young

UIC Children's Center

**From:** "Rizor, Carly"
**Sent:** Thu, 28 May 2015 12:22:30 +0000
**To:** Simmons, B Bradley;Hopper, Jimmy J
**Subject:** RE: Weed spraying in the large transformer area adjacent to 610

We'd like to perform the work east today at 9 am and then the same employee can head west if we're unable to free a west side crew member up at that time.  This year, we're using Round-Up Quick Pro. This is an excellent herbicide that kills most weeds in 24 – 72 hours when mixed and sprayed correctly. This is a combination of Round-Up (Glyphosate) and Diquat. Glyphosate will kill weeds systemically and Diquat gives us the quick knock down we're are looking for.  Hopefully the upgraded produce will be something you see a difference but if you have an infestation in woody plant material, we'll have to remove that by hand as that may continue to persist after spraying.

Carly

---

**From:** Simmons, B Bradley
**Sent:** Thursday, May 28, 2015 7:15 AM
**To:** Hopper, Jimmy J; Rizor, Carly
**Subject:** RE: Weed spraying in the large transformer area adjacent to 610

Carly:

Just call me whenever you are looking to do this, I can walk down and let them in. Also, this needs to be done on the West side yard as well.  We put in a standing work order to do this monthly last year.  It should be done monthly, both sides, if you need a work order Jimmy can get you one. They should also cut down any woody vegetation, there may not be any this year and moving forward if we keep up the spraying.  Not to tell you guys your business, but this should be a non-selective herbicide.  I only mention this because last year, if it was done I think they used a selective product because the grass and woody plants continued to grow.

Thanks for the help,

Brad

---

**From:** Hopper, Jimmy J
**Sent:** Wednesday, May 27, 2015 4:15 PM
**To:** Rizor, Carly
**Cc:** Simmons, B Bradley
**Subject:** RE: Weed spraying in the large transformer area adjacent to 610

HRVA 010476

You Bet Carly,

If I don't have a key are own Brad Simmons does. I copied him in. Let us know when and we will get you access!!!

Jimmy,

---

**From:** Rizor, Carly
**Sent:** Wednesday, May 27, 2015 4:04 PM
**To:** Hopper, Jimmy J
**Cc:** Jimenez, Anthony
**Subject:** Weed spraying in the large transformer area adjacent to 610

Hi Jimmy,

I've had a Mike Landek request that I'm hoping you can help me with. He'd like one of our east side crew members to be let into the large and kind of scary transformer/electric area by the parking between 610 and 611 so we can spray weed killer on the gravel area. Is this something you or one of your employees would be able to help us with? I've copied Anthony, our east side supervisor, on this email as he'd get a guy up and running so if you have the capability, please let us know a day or time.

Thank you!

Carly Rizor

Superintendent of Grounds

Facilities Management

University of Illinois at Chicago

1140 South Morgan M/C 270, Chicago, Illinois 60607 | 312.996.4647

rizorc6@uic.edu | www.fmweb.fm.uic.edu

HRVA 010477

**From:** "Rizor, Carly"
**Sent:** Tue, 02 Jun 2015 15:46:43 +0000
**To:** Carol Johnson;Vicky S Martinez (vsv@uic.edu)
**Subject:** Material order

Hi ladies,


I was wondering if we could get an order for late this week or early next week.  We placed an order with Russos in late April for (2) 2.5 gallon containers of Triplet SF Broadleaf Herbicide and (2) 6.8 lb containers of Round Up Quick Pro and we'd like to repeat that order.  We'll also take (1) load of soil to the west side.


If you need anything else, please let me know.  Thank you!!


Carly Rizor

Superintendent of Grounds

Facilities Management

University of Illinois at Chicago

1140 South Morgan M/C 270, Chicago, Illinois 60607 | 312.996.4647

rizorc6@uic.edu | www.fmweb.fm.uic.edu

**From:** "Rizor, Carly"
**Sent:** Thu, 09 Jul 2015 12:06:13 +0000
**To:** Vicky S Martinez (vsv@uic.edu);Carol Johnson
**Subject:** Mulch & Round Up delivery

Morning ladies,


Could we get two loads of mulch, one to the east and one to the west side of campus at the earliest opportunity please?  We could also use (8) additional jugs of Round Up Quick Pro.


Thank you!


Carly Rizor

Superintendent of Grounds

Facilities Management

University of Illinois at Chicago

1140 South Morgan M/C 270, Chicago, Illinois 60607 | 312.996.4647

rizorc6@uic.edu | www.fmweb.fm.uic.edu

HRVA 010487

**From:** "Rizor, Carly"
**Sent:** Thu, 09 Jul 2015 21:43:22 +0000
**To:** Johnson, Carol
**Subject:** Re: FW: Here is your Invoice # 2546278 from Russo Power Equipment

Thanks a million Carol!

Sent from Outlook

On Thu, Jul 9, 2015 at 12:47 PM -0700, "Johnson, Carol" <cjohnson@uic.edu> wrote:

Carly,

The Quick-Pro Roundup order will be delivered tomorrow.

_____
From: pliakouras@russopower.com [pliakouras@russopower.com]
Sent: Thursday, July 09, 2015 2:22 PM
To: Johnson, Carol; Martinez, Vicky S
Subject: Here is your Invoice # 2546278 from Russo Power Equipment

Carol -

Already invoiced which means you will receive tommorow.

Thank you,

Pete Liakouras

HRVA 010488

**From:** "Rizor, Carly"
**Sent:** Thu, 03 Sep 2015 15:37:49 +0000
**To:** Martinez, Vicky S
**Subject:** RE: Round-up & 2-4D

Thank you Vicky!

---

**From:** Martinez, Vicky S
**Sent:** Thursday, September 3, 2015 10:35 AM
**To:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** RE: Round-up & 2-4D

Ok, will order now.  Thx.

---

**From:** Rizor, Carly
**Sent:** Thursday, September 03, 2015 10:34 AM
**To:** Martinez, Vicky S <vsv@uic.edu>
**Subject:** RE: Round-up & 2-4D

Yes, I believe so.  It's the selective, broadleaf herbicide.  We typically order both together.

---

**From:** Martinez, Vicky S
**Sent:** Thursday, September 3, 2015 10:31 AM
**To:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** RE: Round-up & 2-4D

Ok.  She orders this from Russo's?  And, what is 2-4D?

---

**From:** Rizor, Carly
**Sent:** Thursday, September 03, 2015 10:29 AM
**To:** Martinez, Vicky S <vsv@uic.edu>
**Subject:** Round-up & 2-4D

Hi Vicky!

Carol is out for the rest of the week so I'm hoping you can place an order of Round-Up and 2-4D for us.  If we could get (6) containers of Round-Up and (2) containers of 2-4D, that would be great.

Thank you!

Carly Rizor

Superintendent of Grounds

Facilities Management

University of Illinois at Chicago

1140 South Morgan M/C 270, Chicago, Illinois 60607 | 312.996.4647

rizorc6@uic.edu | www.fmweb.fm.uic.edu

HRVA 010503

# S A L E S   O R D E R

**2742279**

Russo Power Equipment
39 Belvidere Rd
Hainesville, IL 60030
Phone #: (847)752-0420
Fax #: (847)548-0765

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
P.O.#: **P1138926**
**TERMS: Net 45 EOM**
SALES ORDER #: **2742279**
SALES TYPE: **Sales Order**

DATE: **9/3/2015**
INVOICE #:
**CUSTOMER#: 1009629**
CP: **Pete L**
LOCATION: **1**
STATUS: **Active**

PAGE: **1**

**BILL TO**   1009629

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**   **Deliver Compl**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY SOLD | QTY BO | PRICE | NET | TOTAL |
|-----|----------------|-------------|----------|--------|-------|-----|-------|
| NUF | 10447225 | Triplet SF Broadleaf Herbicide (2.5 Gal) | 2 | 0 | $85.99 | $68.99 | $137.98 |
| CHEM6.8-QUICKPRO | | Round Up Quick PRO (6.8 lb.) | 6 | 0 | $95.99 | $69.99 | $419.94 |

SUBTOTAL: $557.92
TAX: $0.00

ORDER TOTAL: $557.92

BALANCE REMAINING: $557.92

Picked Up By: _____

**From:** "Rizor, Carly"
**Sent:** Tue, 12 Jul 2016 13:33:11 +0000
**To:** Pete Liakouras
**CC:** Johnson, Carol
**Subject:** Re: Request Proposal for Round Up Quick Pro and Triplet SF Herbicide

It'll come to our dock at 1140 S Morgan.

Sent from my iPhone

> On Jul 12, 2016, at 8:30 AM, Pete Liakouras <pliakouras@russopower.com> wrote:
>
> Carly -
>
> Please confirm the delivery address and everything is in stock...a couple days at most.
>
> Thank you,
>
> Peter Liakouras | Business Relations Manager
> Russo Power Equipment
> 9525 W. Irving Park Rd | Schiller Park | IL
> p. 847.752.0420 x4507 | russopower.com
> Family run since 1970
>
> -----Original Message-----
> From: Rizor, Carly [mailto:rizorc6@uic.edu]
> Sent: Tuesday, July 12, 2016 8:04 AM
> To: Pete Liakouras <pliakouras@russopower.com>
> Cc: Johnson, Carol <cjohnson@uic.edu>
> Subject: Re: Request Proposal for Round Up Quick Pro and Triplet SF Herbicide
>
> Looks good Pete.  Thank you!
>
> Sent from my iPhone
>
> On Jul 12, 2016, at 8:02 AM, Pete Liakouras <pliakouras@russopower.com> wrote:
>

HRVA 010510

**From:** "Rizor, Carly"
**Sent:** Fri, 10 Feb 2017 12:48:14 +0000
**To:** Carol Johnson
**Subject:** Seed/fertilizer ordering

Morning Carol!

Ok, here are two orders we'll need (FM only, non athletics) for delivery on/around March 1.  With some of these items, I'm not sure how many bags come per skid so if they have to alter the counts slightly to fit into a full or half skid, I'm fine with that.  I've got meetings at 9 and 10 today but will be in afterwards if you have questions.

(50) bags Glamour Mix seed                              ordered from National Seed last year

(4) bottles granular Round up Quick Pro        National Seed or Russo

(100) bags Snapshot Preemergent                   National Seed or Russo

(30) bags 10-10-10 fertilizer                              National Seed or Russo

(200) bags Penn Mulch                                       National Seed only(we purchased Russo's
store brand last year and it didn't work well at all)


Carly Rizor

Superintendent of Grounds

Facilities Management

University of Illinois at Chicago

1140 South Morgan M/C 270, Chicago, Illinois 60607 | 312.996.4647

rizorc6@uic.edu | www.fmweb.fm.uic.edu

**From:** "Johnson, Carol" <cjohnson@uic.edu>
**Sent:** Mon, 13 Feb 2017 15:22:30 -0600
**To:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Attachments:**
· Russo_SeedStarterMulch_Final.pdf *(1115 kb)*
· 2017enhanced seed flyer.pdf *(2 mb)*
· University of Illinois mulch 2-13-17.pdf *(27 kb)*
· University of Illinois 2-13-17.pdf *(29 kb)*

---

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, February 13, 2017 3:17 PM
**To:** Pete Liakouras <pliakouras@russopower.com>; Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** RE: Price Quote Request

Hello Carol,

Please see attached price quote per your request. I also included a flyer for our Enhanced Grass Seed blend called Quality Home Lawn. Glamour Mix is a brand that we do not sell but our mix is very similar in breakdown. Plus it is coated with a newer technology that will provide quicker germination and a much higher success rate when compared to traditional seed blends. This is a very high quality seed at an affordable price.

I know you asked to disregard the Penn Mulch Quote but I included an extra price quote for our Russo Branded Penn Mulch. There is also a flyer that describes our brand of mulch.

Thank you for the opportunity and please let me know if you have any questions

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL 60423

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

HRVA 010535

**From:** Pete Liakouras
**Sent:** Monday, February 13, 2017 10:33 AM
**To:** Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>; Rob Osier <rosier@russopower.com>
**Subject:** RE: Price Quote Request


Carol –


Thank you for the email.  Rob Osier is our PHC purchaser and he will send over the quote per your email today.



**Peter Liakouras** | Business Relations Manager
**Russo Power Equipment**

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*



**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Friday, February 10, 2017 4:23 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High


Hi Pete,


Please disregard the 200 bags of Penn Mulch in quote request previously sent. See revised list below.


Thanks again.


Carol

HRVA 010536

**From:** Johnson, Carol
**Sent:** Friday, February 10, 2017 4:13 PM
**To:** Pete Liakouras <pliakouras@russopower.com>

Hello Pete,


Can we get price quotes for items listed:


50 Bags of Glamour Mix Seed

4 Bottles of Granular Round Up Quick Pro

100 Bags Snapshot Pre-emergent

30 Bags 10-10-10 Fertilizer


Please send a price quote and reference it to our  new FY'17 PO# 1316614.


Thank you.


Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 010537

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/13/2017** |
| CELL #: | ORDER #: **3410634** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1316614** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO**  **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | $17.99 | $11.75 | $2,350.00 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$2,350.00** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$2,350.00** |

Authorized By: _____

HRVA 010540

# Q U O T A T I O N

PAGE: **1**

| | |
|---|---|
| RUSSO'S POWER EQUIPMENT INC | |
| 9525 W. Irving Park Rd | |
| Schiller Park , IL 60176 | |
| Phone #: (847)678-9525 | |
| Fax #: (847)678-0705 | |

| | |
|---|---|
| PHONE #: | **(312)996-9692** |
| CELL #: | |
| ALT. #: | **(217)265-5518 Ext: a/p** |
| P.O.#: | **1316614** |
| TERMS: | **Net 45 EOM** |
| SALES TYPE: | **Quote** |

| | |
|---|---|
| DATE: | **2/13/2017** |
| ORDER #: | **3410597** |
| CUSTOMER #: | **1009629** |
| | CP: **Rob O** |
| LOCATION: | **1** |
| STATUS: | **Active** |

**BILL TO**   **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 4 | $102.99 | $64.99 | $259.96 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| AND | 14054 | 10-10-10 (starter) 50LB | 30 | $14.94 | $9.49 | $284.70 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$11,319.66** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$11,319.66** |

Authorized By: _____

**From:** Lisa Stryker <nalpinfo@landscapeprofessionals.org>
**Sent:** Wed, 11 Apr 2018 23:02:32 +0000
**To:** rizorc6@uic.edu
**Subject:** Landscape Industry Essentials - April 11

Renowned Explorer Robert Ballard will Keynote LANDSCAPES 2018, NALP Releases the Top 10 Worst Cities for Weeds & Lawn Disease in 2018, Virtual Conference: How to Calculate and Analyze Crew Rates & More!

View Web Version

*April 11, 2018*

### Renowned Explorer Robert Ballard will Keynote LANDSCAPES 2018

**NALP**
If you want to hear from the man who found the Titanic, then join us at LANDSCAPES 2018, for our joint Keynote, being held on Wednesday afternoon right before GIE+EXPO opens (a day earlier this year!). This is the first time that all NALP's GIE+EXPO partners; ICPI, OPEI, and PGMS have joined together to co-host one powerhouse Keynote with world-renowned explorer, Robert Ballard. Registration for LANDSCAPES will be open in Late-May or June but click here to be put on the list to be the first to get registration and hotel information.

### NALP Releases the Top 10 Worst Cities for Weeds & Lawn Disease in 2018

**NALP**
NALP, through its Industry Growth Initiative, has released its Weed Watch, a report on what are expected to be the Top 10 worst cities for weeds and lawn disease in 2018. The press release is being shared with news outlets throughout the country in April as part of National Lawn Care Month, an observation designed to bring attention to the importance of healthy lawns and landscapes in our society. READ MORE

### Virtual Conference: How to Calculate and Analyze Crew Rates

**NALP**
Do you have the right strategy for figuring out your crew rates? If not, join Jim Huston, on April 26, 2018, for a Virtual Conference on How to

HRVA 010700

Calculate and Analyze Crew Rates. This in-depth training will teach you how to calculate all the different components in your pricing, including crew day and hourly rates and net profit margins. LEARN MORE & REGISTER HERE

### RightPlantz.com: New Web Platform to Help Home Gardeners

**NALP**

Have you ever watched people wander around a nursery or garden center skimming plant tags trying to figure out which flowers, plants and trees would be best for their yard? You often get the feeling that they'll be buying the wrong plants and putting them in the wrong places in their yard. READ MORE

### Hit Us with Your Best Shot – Landscape Professionals at Work Photo Contest

**NALP**

Help inspire others to be a part of the landscape profession by sharing photos of your team members at work. Selected photos will be used to show students and job-seekers about the outstanding professional opportunities that await them in our field. So hit us with your best shot – and help us demonstrate the passion, professionalism, and beauty that is pervasive in this industry. The photo contest is open through April 30th. Two winners will receive a $100 Amazon gift card. READ MORE

### Great Sales Pros Get Referrals

**NALP**

What makes a great landscape or lawn care sales or account manager? According to Marty Grunder, of Grunder Landscaping, who led the NALP Sales Bootcamp events recently in Philadelphia and Dallas, there are five Strategic things that good sales pros have in common. READ MORE

Sponsor Spotlight

### Do You Know a Rising Star in the Industry?

**NALP**

Do you know a young entrepreneur age 40 or under who has demonstrated entrepreneurial spirit and initiative, and who is a great example for students in pursuit of a landscape industry career? If so, they would be a great fit for our Young Entrepreneur of the Year Award. We are taking Nominations through June 1. READ MORE

### Here are Nine Common Lawn-Care Mistakes to Avoid

**The Washington Post**

Now that spring is here, your thoughts might be shifting to lawn care. If you don't want to get your hands dirty, you can pay about $100 to $200 per month for a professional mowing service, HomeAdvisor reports. But that cost doesn't cover lawn fertilization or watering — and those expenses can add up. Indeed, U.S. households spend roughly $30 billion on lawn care each year.

READ MORE

### There's Only One Number One*

**STIHL**

For quality manufacturing and superior service, count on the number one selling brand among U.S. landscapers. Visit your local STIHL dealer today and start powering your business. STIHLdealers.com.

*"Number one selling brand" based on 2007-2017 syndicated Irwin Broh Research of the U.S. professional landscaper market.*

### Five Seasons Property Management Rebrands as Aspen Grove Landscape Group

**Lawn & Landscape**

Five Seasons Property Management has rebranded as Aspen Grove Landscape Group. The company, which was No. 7 on Lawn & Landscape's 2017 Top 100 list, has also acquired James River Management. READ MORE

### Justice Department to allow Bayer's acquisition of Monsanto: Dow Jones

**CNBC**

The Justice Department will allow Bayer's deal to acquire Monsanto for $62.5 billion, Dow Jones reported, citing sources familiar with the matter. READ MORE

### 9 Secrets to Reducing Expenses

**Verizon**

When you rely on trucks as part of your business, you accumulate extra costs. Download this eBook to find out how to reduce those expenses.

### 3 Essential Traits for Earning the Trust of Your Customers

**Entrepreneur**

The most valuable thing you'll ever own is the

trust of your clients, customers, and peers. You can't buy it, and earning it isn't always simple. It's the sentiment that launched a thousand cliches, but they're cliches for a reason: they're true. READ MORE

## 5 Tools to Help Your Team Collaborate Better Than Ever

**Inc.**

Collaboration can mean the difference between success or failure in an organization. In fact, one survey found that 86 percent of people attribute workplace failures to lack of collaboration. Here are five collaboration tools that will disrupt your business in the best way possible. READ MORE

## Important Upcoming Events & Education

**Apr 15 |** Leadership Academy Discount Pricing Deadline

**Apr 23 |** Safety Recognition Awards Entry Deadline

**Apr 25 |** Webinar: Basics of Water Efficient Products with Kurt Thompson

**Apr 26 |** Virtual Conference: How to Calculate and Analyze Crew Rates with Jim Huston

**Jun 1 |** Lifetime Leadership Award Entry Deadline

**Jun 1 |** Woman Entrepreneur of the Year Entry Deadline

**Jun 1 |** Young Entrepreneur of the Year Entry Deadline

## Patterned Plants That Make Your Landscape Pop

**LoveYourLandscape**

Liven up your landscape with some patterned plants! Find the perfect plant that will make your yard pop here. VIEW HERE

Cheryl Claborn, Advertising Sales, 606-387-9079 | *Download Media Kit*
Lisa Styker, Content Editor, 703-456-4217 | *Contribute News*
For a list of previous issues, visit our *archived page*.

HRVA 010703

National Association of Landscape
Professionals
12500 Fair Lakes Circle Ste 200, Fairfax,
Virginia 22033
800.395.2522

Don't want to receive these messages?
Manage your email preferences or unsubscribe
from all emails here.

Informz

HRVA 010704

**From:** "Rizor, Carly"
**Sent:** Tue, 14 May 2019 12:45:32 +0000
**To:** Sanzenbacher, Lisa L
**Subject:** RE: Grounds Training

Hi Lisa,

Please see below and in red!

Carly

**From:** Sanzenbacher, Lisa L
**Sent:** Monday, May 13, 2019 11:22 AM
**To:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** Re: Grounds Training

Thanks for the update!

Nancy has questions about the training that I think only you can answer. Can you respond to these concerns (replying to me) and then I can reply to all with all of the questions answered:

1. Please send us a campus map in order for us to show aerial photos and locations of the habitat gardens. Note: we will focus on Douglas and Lincoln Halls raingardens and Little Prairie on Campus since the students, faculty and staff manage the other habitats. Still we will note these sites to be referenced as a model. Lisa will send this map: https://maps.uic.edu/ or the Master Plan map:
https://cppm.uic.edu/Content/master_plan/2018campus/ExecutiveSummary.pdf

2. Can you let us know the structure of how the grounds crew are assigned to their maintenance sites? Will all of the grounds crew be maintaining all of the habitats? **The campus is divided into landscape zones by east, west and south campus. Generally, the same employee and/or group of employees are assigned to the same area each day. However, the university is making more of an effort to upgrade and install new pollinator friendly species across the campus so our goal is to have as many employees familiar and trained as possible.**

3. Who/how many grounds crew are certified to apply pesticides? **Myself included, we have (8) licensed applicators and/or operators. However, due to an administrative directive, we**

**are no longer applying pesticides.**

4. What do you typically spray?  And what are you typically trying to control?   **In the past, we have used Round Up and 2-4D.  We also have used Snapshot, a pre emergent granular product.**

5. Do you battle invasive plant species? If so, what plants and what are current and future methods of control?  Garlic mustard comes to mind.  **Garlic mustard in some areas but bindweed and nutsedge are our two biggest hurdles.**

6. Are you treating the turf for insects and broadleaf weeds? – In the plan, we found that you are treating turf and we will follow the recommendation of mowing the flowers so it less likely to impact pollinators.  **Yes, the turf is treated for broadleaf weeds in the spring and fall.  For the next fiscal year, we will be reducing to only one broadleaf treatment for the year, based on the health of the turf.**

7. For the days of the presentation:

8. What A/V equipment can you provide? Projector and laptop? Then we just bring flash drive?  **It would be best if they can provide a projector and laptop.  We have both in the room(s) but I can't speak to the functionality of either.**

9. How many people will be at each session?  **Each session will have approximately (20) grounds employees attending**

10. Some other helpful items we plan to bring or show examples of:

    a. U of I Home Yard and Garden Pest Guide

    b. Weed pocket ID cards (example)

    c. Native seedlings pocket ID cards

    d. Plant ID sheets – Rapid color guides from Field Museum

    e. Other supplemental handouts

    f. Given that we are federally funded, we will have voluntary demographic forms for participants to complete, if willing?

Thanks, Carly!

HRVA 010745

**Lisa Sanzenbacher, LEED AP ID+C**
**Assistant Director for Sustainability Projects**


**Office of Sustainability**

**The University of Illinois at Chicago**


**1140 S. Paulina Street, Ste 150**

**Paulina Street Building, MC 996**

**Chicago, IL 60612**


**(312) 996-3043**

**lsanze1@uic.edu**

---

**From:** "Rizor, Carly" <rizorc6@uic.edu>
**Date:** Friday, May 10, 2019 at 10:19 AM
**To:** "Sanzenbacher, Lisa L" <lsanze1@uic.edu>
**Subject:** RE: Grounds Training


I just received notice that the cafeteria and B16 are NOT available on June 6 due to IT training. We'll have to host our staff in our conference room and things will be **very** tight.  If anything, they can come to the session on June 18.  I'll be sure to attend on the 6th as well.



Carly

---

**From:** Sanzenbacher, Lisa L
**Sent:** Friday, May 10, 2019 9:43 AM
**To:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** Re: Grounds Training


Great! Let me know how I can help- Hannah will not be with us in the summer. We are hoping to have her back in the fall, but we still don't know about the budget.

Can you be there on the 6th? I am on vacation June 4-17 and Nancy from U of I extension would like one of us there both dates to give a little intro about our Biodiverse goals. Since you are the CCSE Grounds co-chair, I thought it'd be good coming from you? Or, if you prefer Cindy to be there, let me know.

If we are doing it in the cafeteria, I am going to invite my 2 prairie interns to join. Cindy also wondered if the Heritage Garden students can attend? I told her I wasn't sure if there'd be room- what do you think?

Thanks!

**Lisa Sanzenbacher, LEED AP ID+C**
**Assistant Director for Sustainability Projects**

**Office of Sustainability**

**The University of Illinois at Chicago**

**1140 S. Paulina Street, Ste 150**

**Paulina Street Building, MC 996**

**Chicago, IL 60612**

**(312) 996-3043**

**lsanze1@uic.edu**

---

**From:** "Rizor, Carly" <rizorc6@uic.edu>
**Date:** Friday, May 10, 2019 at 5:58 AM
**To:** "Sanzenbacher, Lisa L" <lsanze1@uic.edu>
**Subject:** RE: Grounds Training

Morning Lisa,

Because the groups will have to be so large, I've had to ask Patrece if the 611 cafeteria will be available.  That being said, if the presenters need anything specific (is there a power point?), we'll need to let IT know ahead of time.  There isn't a conference room large enough to hold (20) people per session.

I've "enrolled" myself in the training on June 18 but can make an appearance on June 6 if necessary.

Carly

---

**From:** Sanzenbacher, Lisa L
**Sent:** Thursday, May 9, 2019 3:46 PM
**To:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** Grounds Training

Hi Carly!

I can't remember who was supposed to do this:

Do you have a room reserved yet for the Grounds training with U of I Extension June 6, 11:30 – 1:30 and June 18, 11:30 – 1:30? Also, I wanted to confirm that you will be able to be at both trainings.

I talked to Nancy form the U of I Extension today and I tried to answer some of their questions, however, a lot was very Grounds-specific, so they may be emailing you (though me) for more clarification soon.

Thanks!

**Lisa Sanzenbacher, LEED AP ID+C**
**Assistant Director for Sustainability Projects**

**Office of Sustainability**

**The University of Illinois at Chicago**

HRVA 010748

1140 S. Paulina Street, Ste 150

Paulina Street Building, MC 996

Chicago, IL 60612

(312) 996-3043

lsanze1@uic.edu

HRVA 010749

**From:** "Ibrahim, David A" <dibrah1@uic.edu>
**Sent:** Thu, 01 Aug 2019 12:30:39 +0000
**To:** "Rizor, Carly" <rizorc6@uic.edu>
**CC:** "Bridges, Clarence E" <cbridges@uic.edu>, "Coronado, John" <jcoronad@uic.edu>
**Subject:** Re: RoundUp

Hi Carly,

The recent news on RoundUp being a potential cause of cancer and subsequent lawsuits against the manufacturer has been a hot topic in the university risk management community. I thought I would share the write-up Northwestern shared with their grounds crews as to how they are approaching it.

> *When we use Glyphosate it is to control weeds growing in cracks in the sidewalks and in the landscape beds. It is never applied to a playing surface since it is a non-selective weed control. We use a 4 gallon backpack sprayer for the applications and all applications are spot spray applications. We use a relatively small amount of Glyphosate over the year and have used less than a gallon in the year and a half I have been with Northwestern.*

> *When using any product, fertilizer or pesticide, we follow the directions on the label for PPE, re-entry interval, rate, etc. When mixing the product, and applying we make sure to wear safety goggles, chemical resistant gloves, long sleeves, long pants, and any other PPE that is required by the label. We are very cautious with the product and the goal is to not come in contact with a product.*

> *When making applications to the playing surfaces it is a point to do any application on a day when the field will not be in use. We follow the re-entry intervals given on the label and apply at times to ensure no one will be on a playing surface until after the time interval has been met. Weather and wind conditions are monitored very closely to prevent the potential for any product to drift off site.*

> *Based off previous employment and interactions with the public, pesticide safety has been and will always be a priority of mine.*

I'll let you know if any additional recommendations or guidance is pushed out.

Take care,

David

**From:** "Illinois Landscape Contractors Association (ILCA)" <information@ilca.net>
**Sent:** Tue, 06 Aug 2019 16:07:01 +0000
**To:** rizorc6@uic.edu
**Subject:** Turf Professionals and Suppliers - Register for Turf Education Day on August 29

View this email in your browser

### Join us for the 11th Annual Turf Education Day (TED)!
**Thursday, August 29, 2019**
Joseph Regenstein, Jr. School at the Chicago Botanic Garden
1000 Lake Cook Road, Glencoe, IL 60022
8:00am - 3:00pm

We've made some changes to the program schedule allowing attendees more time to network with sponsors in the morning. We're also ending the program earlier so that you can beat the traffic home.

**CLICK HERE TO REGISTER**

Attendees have their choice of sessions on everything to do with turf and lawn care.

**2 Keynote Presentations - Sponsored by Russo Power Equipment**

- Glyphosate: What are the Risks?, *Jason Fausey, Ph.D., NuFarm*
- Biological Products and Their Impact on Turf & Soil Health, *Dr. Roch Gaussoin, University of Nebraska*

**Breakout Sessions:**

- Legislative Issues Facing the Landscape Industry: What They Are, What to Know, What to Do, *Bob Mann, National Association of Landscape Professionals (NALP), Sponsored by KO Supply Company*
- Pesticide Toxicology: Pick Your Poison, *Mike Reed, SynaTek, Sponsored by SavATree*
- Herbicide Resistance, *Dr. Aaron Patton, Purdue University*
- Identifying and Controlling Weedy Grasses in Lawns, *Tom Voigt, University of Illinois, Sponsored by Rainbow Treecare Scientific Advancements*
- Soil Surfactants – Improving Water Management, *Chip Houmes, Precision Labs*
- Growing Turf in Low Light, Shaded Environments, *Dr. Aaron Patton, Purdue University*
- Understanding Your Soil and How it Can Impact Turf Quality, *Dr. Ben Hamza, TruGreen*
- For Your Consideration: Reduced Risk and Low Impact Pesticides, *Mike Reed, SynaTek*
- Illinois Department of Agriculture – Regulatory Update and Issues, *Doug Owens, Illinois Department of Agriculture – Bureau of Environmental Programs*

**Click Here to View Descriptions of Each Session**

**There are still 6 session sponsorships available!**
**Do you see a session you want to sponsor?**

**CLICK HERE TO PURCHASE YOUR SPONSORSHIP!**

HRVA 011000

**Calling All Sponsors!**

Do you sell to lawn care and landscape maintenance professionals? Consider sponsoring TED and having a table in the exhibit space. 2 sponsorship levels are available: **Session and Tabletop Sponsors.**

**Are you ready to be a sponsor? You can purchase your sponsorship online! Click here to sponsor TED!**

**We hope you can join us for the 11th Annual Turf Education Day on August 29th!**

Scott Grams

Executive Director

Illinois Landscape Contractors Association (ILCA)

2625 Butterfield Rd., Ste. 104S

Oak Brook, IL 60523

P: 630-472-2851 / F: 630-472-3150 / sgrams@ilca.net / www.ilca.net

Share    Forward    Share

Copyright © *|2019|* *|ILCA|*, All rights reserved.

**Our mailing address is:**
2625 Butterfield Road, Ste 104S
Oak Brook, IL 60523

unsubscribe from this list

update subscription preferences

HRVA 011001

I N V O I C E                    **T-HA**    PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2682538**
SALES TYPE#: **Sales**

DATE: **7/9/2015 1:57:58 PM**
INVOICE #: **2546278**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO** **1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
Grounds Department
1140 S. Morgan
Chicago, IL 60608-1503

| MFR   PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| CHEM 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 8 | 0 | $95.99 | $69.99 | $559.92 |

Husqvarna professional products, global leader in outdoor power equipment.  From zero turn's to chainsaws,
Husqvarna offers a complete line of outdoor power equipment. Husqvarna, Ready When you Are!

| | |
|---|---|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

C 2625007
08/05/15

I595 5505
Reconciled
08/19/15

Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts. No returns on Special Orders. All returns must be in original packaging and unused.

HRVA 011017

# I N V O I C E

**T-HA**   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2983390**
SALES TYPE#: **Sales**

DATE: **4/11/2016 3:08:53 PM**
INVOICE #: **3033413**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University Of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 8 | 0 | $98.99 | $69.99 | $559.92 |

Fred Marvin, making pole pruners and saws for professional arborists and serious landscapers alike since
1943. Choose from a variety of Marvin products engineered to meet your specific needs. Speak with a Russo
Sales Representative for more information.

| | |
|---|---|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

*C2741907  5/4/16*
*I6270823  5/13/16 Rec*

Picked Up By: _____   4/12/16

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and unused.

HRVA 011018

# I N V O I C E                                                    T     PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O #: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2950968**
SALES TYPE#: **Sales**

DATE: **3/22/2016 2:34:10 PM**
INVOICE #: **2977782**
CUSTOMER#: **1009629**
CP: **Rob O**
LOCATION: **1**

| | | |
|---|---|---|
| **BILL TO  1009629** | | **SHIP TO** |
| University Of IL (Chicago)<br>P.O. Box 820<br>University Of Illinois<br>Rantoul, IL 61866 | | University of IL (Chicago)<br>1140 S. Morgan<br>Chicago, IL 60607-7141<br>All Deliveries Carly @ 312-519-2009 or<br>Main Office 312-996-2844 |

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|------|------|------|------|------|------|------|------|
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| EAR | 3400 | Spreader / Handheld | 2 | 0 | $17.39 | $12.99 | $25.98 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th,
2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers,
to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am.
Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales
Representative for information on consigning your equipment.

| | |
|---|---|
| SUBTOTAL: | $5,625.18 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $5,625.18 |
| AMOUNT DUE: | $5,625.18 |



C 2732744  4/13/16
I 6247395 Rec,
                4/18/16

Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011019

# I N V O I C E

T  PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1275788**
TERMS: **Net 45 EOM**
SALES ORDER#: **2915971**
SALES TYPE#: **Sales**

DATE: **3/8/2016 12:26:39 PM**
INVOICE #: **2942109**
CUSTOMER#: **1009629**
CP: **Rob O**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan St
Chicago, IL 60607
Attn: John Caruso - 312-399-2738
OR - Carly Rizor - 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | 0 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB | 0 | 45 | $15.81 | $9.99 | $0.00 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th,
2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers,
to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am.
Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales
Representative for information on consigning your equipment.

| | |
|---|---|
| SUBTOTAL: | $7,797.20 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $7,797.20 |
| AMOUNT DUE: | $7,797.20 |



Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011020

# I N V O I C E

PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: (312)996-9692
CELL #:
FAX #: (217)239-6945
P.O.#: P1138926
TERMS: Net 45 EOM
SALES ORDER#: 2742279
SALES TYPE#: Sales
CP: Pete L
SALES REP: Pete L

DATE: 9/4/2016 9:26:40 AM
INVOICE #: 2643120
CUSTOMER# 1009629
LOCATION. 1

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| NUF | 10447225 | Triplet SF Broadleaf Herbicide (2.5 Gal) | 2 | 0 | $85.99 | $68.99 | $137.98 |
| | CHEM 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 6 | 0 | $95.99 | $69.99 | $419.94 |

Join us this March for our Spring Open House events! There will be vendors from some of the most
prominent companies in the industry, food, raffles, and one day only deals. Hainesville and Naperville
locations will be March 11th, 2016. Schiller Park and Frankfort locations will be March 13th  2016. All open
houses will run from 10am until 2pm.

| | |
|---|---|
| SUBTOTAL: | $557.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $557.92 |
| AMOUNT DUE: | $557.92 |

*C2717818   3/9/2016*
*I6228441  Rec 3/15/2016*

Picked Up By: _____

# Q U O T A T I O N

PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
CELL #:
ALT. #: **(217)265-5518 Ext: a/p** CUSTOMER #: **1009629**
P.O.#: **Quote**
TERMS: **Net 45 EOM**
SALES TYPE: **Quote**

DATE: **2/11/2016**
ORDER #: **2902855**
CP: **Rob O**
LOCATION: **1**
STATUS: **Active**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|---------------|-------------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) - (50 bags per pallet) | 200 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB - (45 bags per pallet) | 45 | $15.81 | $9.99 | $449.55 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb (40 bags per pallet) | 80 | $78.99 | $69.99 | $5,599.20 |

Prices reflected on this quote are valid for 15 days

| | |
|---|---|
| SUBTOTAL: | $8,246.75 |
| TAX: | $0.00 |
| ORDER TOTAL: | $8,246.75 |

Authorized By: _____

# QUOTATION

PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
CELL #:
ALT. #: **(217)265-5518 Ext: a/p**
P.O.#: **Carol**
TERMS: **Net 45 EOM**
SALES TYPE: **Quote**

DATE: **2/13/2017**
ORDER #: **3410597**
CUSTOMER #: **1009629**
CP: **Rob O**
LOCATION: **1**
STATUS: **Active**

| BILL TO 1009629 | SHIP TO |
|---|---|
| University Of Illinois At Chicago<br>P.O. Box 820<br>University Of Illinois<br>Rantoul, IL 61866 | University of IL (Chicago)<br>All Deliveries to Main Garage<br>1351 S. Morgan<br>Chicago, IL 60608-1503 |

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| DEL | DELIVERY | Russo Delivery | 1 | $0.00 | $0.00 | $0.00 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | $10,775.00 |
| TAX: | $0.00 |
| ORDER TOTAL: | $10,775.00 |

Authorized By: _____

HRVA 011023

**From:** "Illinois Landscape Contractors Association (ILCA)" <information@ilca.net>
**Sent:** Mon, 26 Aug 2019 13:29:52 +0000
**To:** rizorc6@uic.edu
**Subject:** Last Chance to Register for Turf Education Day on August 29th

View this email in your browser

### Turf Education Day (TED) is this Thursday!
**Thursday, August 29, 2019**
Joseph Regenstein, Jr. School at the Chicago Botanic Garden
1000 Lake Cook Road, Glencoe, IL 60022
8:00am - 3:00pm

**Online registration closes tomorrow, Tuesday, August 27th at 12pm.**

### CLICK HERE TO REGISTER NOW

Attendees have their choice of sessions on everything to do with turf and lawn care.

**2 Keynote Presentations - Sponsored by Russo Power Equipment**

- Glyphosate: What are the Risks?, *Jason Fausey, Ph.D., NuFarm*
- Biological Products and Their Impact on Turf & Soil Health, *Dr. Roch Gaussoin, University of Nebraska*

**Breakout Sessions:**

- Legislative Issues Facing the Landscape Industry: What They Are, What to Know, What to Do,  *Bob Mann, National Association of Landscape Professionals (NALP), Sponsored by KO Supply Company*
- Pesticide Toxicology: Pick Your Poison, *Mike Reed, SynaTek, Sponsored by SavATree*
- Herbicide Resistance, *Dr. Aaron Patton, Purdue University, Sponsored by Steel Green Manufacturing*
- Identifying and Controlling Weedy Grasses in Lawns, *Tom Voigt, University of Illinois, Sponsored by Rainbow Treecare Scientific Advancements*
- Soil Surfactants – Improving Water Management, *Chip Houmes, Precision Labs*
- Growing Turf in Low Light, Shaded Environments, *Dr. Aaron Patton, Purdue University*
- Understanding Your Soil and How it Can Impact Turf Quality, *Dr. Ben Hamza, TruGreen*
- For Your Consideration: Reduced Risk and Low Impact Pesticides, *Mike Reed, SynaTek, Sponsored by SavATree*
- Illinois Department of Agriculture – Regulatory Update and Issues, *Doug Owens, Illinois Department of Agriculture – Bureau of Environmental Programs*

### Click Here to View Descriptions of Each Session

**Visit all of our sponsors in the exhibit hall:**

Advanced Turf Solutions * American BioChar Company * Arborjet/Ecologel * BASF Corp. * Conserv FS * Corteva AgriScience * EC Grow * Foliar Pak * Helena Agri * KO Supply Company * National Seed * Nufarm * PBI Gordon * Power Equipment Distributors, Inc. *

HRVA 011032

Rainbow Treecare Scientific Advancements * Russo Power Equipment * Quali-Pro * SavATree * SiteOne Landscape Supply * Soil Tech Corp * Steel Green Manufacturing * Syngenta * STIHL

**We hope to see you on Thursday!**

Scott Grams

Executive Director

Illinois Landscape Contractors Association (ILCA)

2625 Butterfield Rd., Ste. 104S

Oak Brook, IL 60523

P: 630-472-2851 / F: 630-472-3150 / sgrams@ilca.net / www.ilca.net

Share     Forward     Share

*Copyright © *|2019|* *|ILCA|*, All rights reserved.*

**Our mailing address is:**
2625 Butterfield Road, Ste 104S
Oak Brook, IL 60523

unsubscribe from this list

update subscription preferences

HRVA 011033

| PO_NUMBER | RELEASE_NO | VENDOR_NO | VENDOR_NAME | PRICE | UM |
|-----------|------------|-----------|-------------|-------|-----|
| P1118392 | | @02087027 | 3B GROUP LLC / NATIONAL SEED | $ 76.00 | EA |
| P0173976 | | 1 @01045299 | CONSERV FS | $ 49.70 | YR |
| P0534801 | | @00911286 | MAC RESTORATION CONTRACTING IN | $ 6,265.00 | EA |
| P0652720 | | @00911286 | MAC RESTORATION CONTRACTING IN | $ 6,285.00 | EA |
| P0962096 | | 11 @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 68.99 | EA |
| P0962096 | | 7 @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 68.99 | EA |
| P0962096 | | 7 @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 69.99 | EA |
| P0609100 | | @00500356 | TRUGREEN LP | $ 1,050.00 | LOT |
| P1138926 | | 4 @00506402 | S & S CONSTRUCTION | $ 68.99 | EA |
| P1138926 | | 6 @00506402 | S & S CONSTRUCTION | $ 69.99 | EA |
| P1316614 | | 12 @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 79.00 | EA |
| P1316614 | | 1 @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 69.99 | EA |
| P1316614 | | 1 @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 73.99 | EA |
| P1316746 | | 52 @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 64.99 | EA |
| P1479327 | | 3 @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 79.00 | EA |

HRVA 011035

**DESCRIPTION**

T/I 2.5 TG HERBICIDE $76.00/50# BAG

ROUNDUP PRO 2X2.5 GAL

CUT DOWN AND REMOVE EXISTING WEEDS._x000D_
SPRAY REMIANING WEEDS WITH ROUNDUP_x000D_
INSTALL WEEDFREE LANDSCAPE FABRIC_x000D_
INSTALL A GRAVEL (CA6) TOPPING APPROXIMATELY 3" IN DEPTH

CUT DOWN OR REMOVE EXISTING WEEDS_x000D_
SPRAY ANY REMAINING WEEDS WITH ROUNDUP_x000D_
INDILL EXISTING RAT HOLES WITH GRAVEL_x000D_
INSTALL WEEDFREE LANDSCAPE FABRIC_x000D_
INSTALL A GRAVEL (CA6) TOPPING APPROXIMATELY 3" IN DEPTH.  COMPACT FILL WITH VIBRATING PLATE

MFR. NUF_x000D__x000D_
PRODUCT NO. 10447225_x000D__x000D_
TRIPLET SF BROADLEAF HERBICIDE (2.5 GAL)

MFR. NUF_x000D__x000D_
PRODUCT NO. 10447225 _x000D__x000D_
TRIPLET SF BROAD LEAF HERBICIDE (2.5 GAL)

MFR. CHEM_x000D__x000D_
PRODUCT NO. 6.8-QUICKPRO _x000D__x000D_
ROUND UP QUICK PRO NON-SELECTIVE HERBICIDE (6.8 LB.)

TUPERSAN (HERBICIDE) APPLICATIONS FOR SOCCER/SOFTBALL FIELDS - FIRST 2 APPLICATIONS TO BE DONE IN APRIL; THIRD APPLICATION TO BE DONE EARLY MAY.

MFR. NUF_x000D__x000D_
PRODUCT NUMBER: 10447225 _x000D__x000D_
TRIPLET SF BROADLEAF HERBICIDE (2.5 GAL)

MFR. CHEM _x000D__x000D_
PRODUCT NO. 6.8-QUICKPRO _x000D__x000D_
ROUNDUP QUICK-PRO (6.8 LB)

INVOICE NUMBER: 4181095_x000D__x000D_
MFR: CHEM_x000D__x000D_
PRODUCT NUMBER: 6.8-QUICKPRO _x000D__x000D_
ROUNDUP QUICK-PRO (6.8 LB)

INVOICE#3293281_x000D__x000D_
_x000D__x000D_
CHEM 6.8-QUICKPRO  ROUNDUP

PBI PRODUCT#9921126 TRIMEC 992 BROADLEAF HERBICIDE (2.5GAL)

MFR. CHEM_x000D__x000D_
PRODUCT NO. 6.8-QUICKPRO_x000D__x000D_
ROUNDUP QUICK-PRO (6.8 LB)

INVOICE: 4432404_x000D__x000D_
DATE: 9/18/2017_x000D__x000D_
PRODUCT# 6.8-QUICKPRO_x000D__x000D_
ROUNDUP QUICK-PRO (6.8 LB)

| WO_NUMBER | BUILDING | ENTER_DATE |
|---|---|---|
| 8321169915 | 699 | 03/27/2015 |
| 8321199909 | 999 | 09/22/2008 |
| W373414 | 922 | 10/13/2011 |
| W402070 | 922 | 07/13/2012 |
| W493121 | 699 | 07/08/2015 |
| W493121 | 699 | 06/18/2015 |
| W493121 | 699 | 06/18/2015 |
| 8324069712 | 697 | 04/12/2012 |
| W541754 | 699 | 03/18/2016 |
| W541755 | 699 | 05/18/2016 |
| W594400 | 699 | 07/26/2017 |
| W594400 | 699 | 09/13/2016 |
| W594400 | 699 | 09/13/2016 |
| W607449 | 657 | 06/22/2017 |
| W648119 | 611 | 02/05/2018 |

| PO_NUMBER | VENDOR_NO | VENDOR_NAME | PRICE | UM |
|---|---|---|---|---|
| P1479327-03 | @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 79.00 | EA |
| P1316746-52 | @00501109 | RUSSO HARDWARE INC/RUSSO POWER | $ 64.99 | EA |
| P1663611 | @01045299 | CONSERV FS | $ 86.25 | EA |
| P1887172 | @03480970 | SANDY'S LAWN AND TREE CARE INC | $ 4,650.00 | EA |
| P1887172 | @03480970 | SANDY'S LAWN AND TREE CARE INC | $ 7,060.00 | EA |
| P1887172 | @03480970 | SANDY'S LAWN AND TREE CARE INC | $ 4,650.00 | EA |

# I N V O I C E

**T-HA**  PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: P1138926
TERMS: **Net 45 EOM**
SALES ORDER#: **2682538**
SALES TYPE#: **Sales**

DATE: **7/9/2015 1:57:58 PM**
INVOICE #: **2546278**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
Grounds Department
1140 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CHEM | 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 8 | 0 | $95.99 | $69.99 | $559.92 |

Husqvarna professional products, global leader in outdoor power equipment.  From zero turn's to chainsaws,
Husqvarna offers a complete line of outdoor power equipment. Husqvarna, Ready When you Are!

| | |
|---|---|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

C 2625007
08/05/15

I 595 5505

Reconciled
08/19/15

Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and unused.

HRVA 011110

# INVOICE

**T-HA**   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2983390**
SALES TYPE#: **Sales**

DATE: **4/11/2016 3:08:53 PM**
INVOICE #: **3033413**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University Of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 8 | 0 | $98.99 | $69.99 | $559.92 |

Fred Marvin, making pole pruners and saws for professional arborists and serious landscapers alike since 1943. Choose from a variety of Marvin products engineered to meet your specific needs. Speak with a Russo Sales Representative for more information.

|  |  |
|---|---|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

*C 2741907  5/4/16*
*I 6270823  5/13/16 Rec*

Picked Up By: _____   11/12/16

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and unused.

# I N V O I C E

**T**   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O #: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2950968**
SALES TYPE#: **Sales**

DATE: **3/22/2016 2:34:10 PM**
INVOICE #: **2977782**
CUSTOMER#: **1009629**
CP: **Rob O**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan
Chicago, IL 60607-7141
All Deliveries Carly @ 312-519-2009 or
Main Office 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| EAR | 3400 | Spreader / Handheld | 2 | 0 | $17.39 | $12.99 | $25.98 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th, 2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers, to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am. Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales Representative for information on consigning your equipment.

|  |  |
|--|--|
| SUBTOTAL: | $5,625.18 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $5,625.18 |
| AMOUNT DUE: | $5,625.18 |

C 2732744  4/13/16
I 6247395 Rec,
4/18/16

Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and unused.

HRVA 011112

# I N V O I C E

T   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1275788**
TERMS: **Net 45 EOM**
SALES ORDER#: **2915971**
SALES TYPE#: **Sales**

DATE: **3/8/2016 12:26:39 PM**
INVOICE #: **2942109**
CUSTOMER#: **1009629**
CP: **Rob O**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan St
Chicago, IL 60607
Attn: John Caruso - 312-399-2738
OR - Carly Rizor - 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|------|------|------|------|------|------|------|------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | 0 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB | 0 | 45 | $15.81 | $9.99 | $0.00 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th,
2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers,
to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am.
Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales
Representative for information on consigning your equipment.

| | |
|---|---|
| SUBTOTAL: | $7,797.20 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $7,797.20 |
| AMOUNT DUE: | $7,797.20 |



Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011113

# I N V O I C E

PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: (312)996-9692
CELL #:
FAX #: (217)239-6945
P.O.#: P1138926
TERMS: Net 45 EOM
SALES ORDER#: 2742279
SALES TYPE#: Sales
CP: Pete L
SALES REP: Pete L

DATE: 9/4/2015 9:26:40 AM
INVOICE #: 2643120
CUSTOMER# 1009629
LOCATION: 1

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| NUF | 10447225 | Triplet SF Broadleaf Herbicide (2.5 Gal) | 2 | 0 | $85.99 | $68.99 | $137.98 |
| | CHEM 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 6 | 0 | $95.99 | $69.99 | $419.94 |

Join us this March for our Spring Open House events! There will be vendors from some of the most
prominent companies in the industry, food, raffles, and one day only deals. Hainesville and Naperville
locations will be March 11th, 2016. Schiller Park and Frankfort locations will be March 13th  2016. All open
houses will run from 10am until 2pm.

| | |
|---|---|
| SUBTOTAL: | $557.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $557.92 |
| AMOUNT DUE: | $557.92 |

*C2717818  3/9/2016*
*I 6228441  Rec 3/15/2016*

Picked Up By: _____

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
CELL #:
ALT. #: **(217)265-5518 Ext: a/p** CUSTOMER #: **1009629**
P.O.#: **Quote**
TERMS: **Net 45 EOM**
SALES TYPE: **Quote**

DATE: **2/11/2016**
ORDER #: **2902855**
CP: **Rob O**
LOCATION: **1**
STATUS: **Active**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) - (50 bags per pallet) | 200 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB - (45 bags per pallet) | 45 | $15.81 | $9.99 | $449.55 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb (40 bags per pallet) | 80 | $78.99 | $69.99 | $5,599.20 |

Prices reflected on this quote are valid for 15 days

SUBTOTAL: **$8,246.75**
TAX: **$0.00**
ORDER TOTAL: **$8,246.75**

Authorized By: _____

HRVA 011115

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/13/2017** |
| CELL #: | ORDER #: **3410597** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **Carol** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO  1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| DEL | DELIVERY | Russo Delivery | 1 | $0.00 | $0.00 | $0.00 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$10,775.00** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$10,775.00** |

Authorized By: _____

# I N V O I C E

**T-HA** PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: P1138926
TERMS: Net 45 EOM
SALES ORDER#: **2682538**
SALES TYPE#: **Sales**

DATE: **7/9/2015 1:57:58 PM**
INVOICE #: **2546278**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
Grounds Department
1140 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CHEM | 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 8 | 0 | $95.99 | $69.99 | $559.92 |

Husqvarna professional products, global leader in outdoor power equipment.  From zero turn's to chainsaws,
Husqvarna offers a complete line of outdoor power equipment. Husqvarna, Ready When you Are!

SUBTOTAL:  $559.92
TAX:  $0.00

INVOICE TOTAL:  $559.92

AMOUNT DUE:  $559.92

C  262 5007
08/05/15

I 595 5505

Reconciled
0 8/19/15

Picked Up By: _____
Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011139

# I N V O I C E

**T-HA**   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O #: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2983390**
SALES TYPE#: **Sales**

DATE: **4/11/2016 3:08:53 PM**
INVOICE #: **3033413**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO   1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University Of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 8 | 0 | $98.99 | $69.99 | $559.92 |

Fred Marvin, making pole pruners and saws for professional arborists and serious landscapers alike since 1943. Choose from a variety of Marvin products engineered to meet your specific needs. Speak with a Russo Sales Representative for more information.

|  |  |
|--|--|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

*C 2741907  5/4/16*
*I 6270823  5/13/16 Rec*

Picked Up By: _____   4/12/16

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and unused.

HRVA 011140

I N V O I C E    **T**   PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O #: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER #: **2950968**
SALES TYPE #: **Sales**

DATE: **3/22/2016 2:34:10 PM**
INVOICE #: **2977782**
CUSTOMER #: **1009629**
CP: **Rob O**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan
Chicago, IL 60607-7141
All Deliveries Carly @ 312-519-2009 or
Main Office 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|------|------|------|------|------|------|------|------|
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| EAR | 3400 | Spreader / Handheld | 2 | 0 | $17.39 | $12.99 | $25.98 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th,
2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers,
to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am.
Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales
Representative for information on consigning your equipment.

| | |
|------|------|
| SUBTOTAL: | $5,625.18 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $5,625.18 |
| AMOUNT DUE: | $5,625.18 |

C 2732744  4/13/16
I 6247395 Rec,
4/18/16

Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011141

# I N V O I C E

T

PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1275788**
TERMS: **Net 45 EOM**
SALES ORDER#: **2915971**
SALES TYPE#: **Sales**

DATE: **3/8/2016 12:26:39 PM**
INVOICE #: **2942109**
CUSTOMER#: **1009629**
CP: **Rob O**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan St
Chicago, IL 60607
Attn: John Caruso - 312-399-2738
OR - Carly Rizor - 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | 0 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB | 0 | 45 | $15.81 | $9.99 | $0.00 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th,
2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers,
to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am.
Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales
Representative for information on consigning your equipment.

| | |
|---|---|
| SUBTOTAL: | $7,797.20 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $7,797.20 |
| AMOUNT DUE: | $7,797.20 |



Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011142

# INVOICE

PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: (312)996-9692
CELL #:
FAX #: (217)239-6945
P.O.#: P1138926
TERMS: Net 45 EOM
SALES ORDER#: 2742279
SALES TYPE#: Sales
CP: Pete L
SALES REP: Pete L

DATE: 9/4/2015 9:26:40 AM
INVOICE #: 2643120
CUSTOMER# 1009629
LOCATION. 1

**BILL TO   1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| NUF | 10447225 | Triplet SF Broadleaf Herbicide (2.5 Gal) | 2 | 0 | $85.99 | $68.99 | $137.98 |
| | CHEM 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 6 | 0 | $95.99 | $69.99 | $419.94 |

Join us this March for our Spring Open House events! There will be vendors from some of the most
prominent companies in the industry, food, raffles, and one day only deals. Hainesville and Naperville
locations will be March 11th, 2016. Schiller Park and Frankfort locations will be March 13th  2016. All open
houses will run from 10am until 2pm.

| | |
|---|---|
| SUBTOTAL: | $557.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $557.92 |
| AMOUNT DUE: | $557.92 |

*C2717818  3/9/2016*
*I 6228441  Rec 3/15/2016*

Picked Up By: _____

# Q U O T A T I O N

PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
CELL #:
ALT. #: **(217)265-5518 Ext: a/p** CUSTOMER #: **1009629**
P.O.#: **Quote**
TERMS: **Net 45 EOM**
SALES TYPE: **Quote**

DATE: **2/11/2016**
ORDER #: **2902855**
CP: **Rob O**
LOCATION: **1**
STATUS: **Active**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) - (50 bags per pallet) | 200 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB - (45 bags per pallet) | 45 | $15.81 | $9.99 | $449.55 |
| CSI | 83013967 | T/l 2.5 G (Generic Snapshot) 50 lb (40 bags per pallet) | 80 | $78.99 | $69.99 | $5,599.20 |

Prices reflected on this quote are valid for 15 days

|  |  |
|--|--|
| SUBTOTAL: | $8,246.75 |
| TAX: | $0.00 |
| ORDER TOTAL: | $8,246.75 |

Authorized By: _____

HRVA 011144

# QUOTATION

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
CELL #:
ALT. #: **(217)265-5518 Ext: a/p**
P.O.#: **Carol**
TERMS: **Net 45 EOM**
SALES TYPE: **Quote**

DATE: **2/13/2017**
ORDER #: **3410597**
CUSTOMER #: **1009629**
CP: **Rob O**
LOCATION: **1**
STATUS: **Active**

| BILL TO | **1009629** |
| --- | --- |

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

| SHIP TO |
| --- |

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| DEL | DELIVERY | Russo Delivery | 1 | $0.00 | $0.00 | $0.00 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

SUBTOTAL: **$10,775.00**
TAX: **$0.00**
ORDER TOTAL: **$10,775.00**

Authorized By: _____

HRVA 011145

I N V O I C E          T-HA   PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**            DATE: **7/9/2015 1:57:58 PM**
ALT. #: **(217)265-5518 Ext: a/p**   INVOICE #: **2545278**
FAX #: (217)239-6945
P.O.#: P1138926                CUSTOMER#: **1009629**
TERMS: Net 45 EOM                          CP: **Pete L**
SALES ORDER#: **2682538**              LOCATION: **1**
SALES TYPE#: **Sales**

| BILL TO **1009629** | | | | SHIP TO | | |

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

University of IL (Chicago)
Grounds Department
1140 S. Morgan
Chicago, IL 60608-1503

| MFR    PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| CHEM 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 8 | 0 | $95.99 | $69.99 | $559.92 |

Husqvarna professional products, global leader in outdoor power equipment.  From zero turn's to chainsaws,
Husqvarna offers a complete line of outdoor power equipment. Husqvarna, Ready When you Are!

| | |
|---|---|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

Q 262 5007
08/05/15

I 595 5505
Reconciled
0 8/19/15

Picked Up By: _____
Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011169

# I N V O I C E

**T-HA**   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2983390**
SALES TYPE#: **Sales**

DATE: **4/11/2016 3:08:53 PM**
INVOICE #: **3033413**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO   1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University Of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|------|----------------|-------------|------|-----|-------|-----|-------|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 8 | 0 | $98.99 | $69.99 | $559.92 |

Fred Marvin, making pole pruners and saws for professional arborists and serious landscapers alike since
1943. Choose from a variety of Marvin products engineered to meet your specific needs. Speak with a Russo
Sales Representative for more information.

| | |
|---|---|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

*C 2741907  5/4/16*
*I 6270823  5/13/16 Rec*

Picked Up By: _____   4/12/16

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

# I N V O I C E                                            T   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O #: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER #: **2950968**
SALES TYPE #: **Sales**

DATE: **3/22/2016 2:34:10 PM**
INVOICE #: **2977782**
CUSTOMER #: **1009629**
CP: **Rob O**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan
Chicago, IL 60607-7141
All Deliveries Carly @ 312-519-2009 or
Main Office 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| EAR | 3400 | Spreader / Handheld | 2 | 0 | $17.39 | $12.99 | $25.98 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th, 2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers, to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am. Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales Representative for information on consigning your equipment.

| | |
|---|---|
| SUBTOTAL: | $5,625.18 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $5,625.18 |
| AMOUNT DUE: | $5,625.18 |

*C 2732744  4/13/16*
*I 6247395 Rec,*
*4/18/16*

Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and unused.

# I N V O I C E

T   PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1275788**
TERMS: **Net 45 EOM**
SALES ORDER#: **2915971**
SALES TYPE#: **Sales**

DATE: **3/8/2016 12:26:39 PM**
INVOICE #: **2942109**
CUSTOMER#: **1009629**
CP: **Rob O**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan St
Chicago, IL 60607
Attn: John Caruso - 312-399-2738
OR - Carly Rizor - 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | 0 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB | 0 | 45 | $15.81 | $9.99 | $0.00 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th,
2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers,
to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am.
Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales
Representative for information on consigning your equipment.

| | |
|---|---|
| SUBTOTAL: | $7,797.20 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $7,797.20 |
| AMOUNT DUE: | $7,797.20 |



Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011172

# I N V O I C E

PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: (312)996-9692
CELL #:
FAX #: (217)239-6945
P.O.#: P1138926
TERMS: Net 45 EOM
SALES ORDER#: 2742279
SALES TYPE#: Sales
CP: Pete L
SALES REP: Pete L

DATE: 9/4/2016 9:26:40 AM
INVOICE #: 2843120
CUSTOMER# 1009629
LOCATION. 1

**BILL TO   1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| NUF | 10447225 | Triplet SF Broadleaf Herbicide (2.5 Gal) | 2 | 0 | $85.99 | $68.99 | $137.98 |
| | CHEM 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 6 | 0 | $95.99 | $69.99 | $419.94 |

Join us this March for our Spring Open House events! There will be vendors from some of the most prominent companies in the industry, food, raffles, and one day only deals. Hainesville and Naperville locations will be March 11th, 2016. Schiller Park and Frankfort locations will be March 13th  2016. All open houses will run from 10am until 2pm.

| | |
|---|---|
| SUBTOTAL: | $557.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $557.92 |
| AMOUNT DUE: | $557.92 |

*C2717818  3/9/2016*
*I 6228441  Rec 3/15/2016*

Picked Up By: _____

# Q U O T A T I O N

PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
CELL #:
ALT. #: **(217)265-5518 Ext: a/p**
P.O.#: **Quote**
TERMS: **Net 45 EOM**
SALES TYPE: **Quote**

DATE: **2/11/2016**
ORDER #: **2902855**
CUSTOMER #: **1009629**
CP: **Rob O**
LOCATION: **1**
STATUS: **Active**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) - (50 bags per pallet) | 200 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB - (45 bags per pallet) | 45 | $15.81 | $9.99 | $449.55 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb (40 bags per pallet) | 80 | $78.99 | $69.99 | $5,599.20 |

Prices reflected on this quote are valid for 15 days

| | |
|---|---|
| SUBTOTAL: | $8,246.75 |
| TAX: | $0.00 |
| ORDER TOTAL: | $8,246.75 |

Authorized By: _____

HRVA 011174

# QUOTATION

PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
CELL #:
ALT. #: **(217)265-5518 Ext: a/p**
P.O.#: **Carol**
TERMS: **Net 45 EOM**
SALES TYPE: **Quote**

DATE: **2/13/2017**
ORDER #: **3410597**
CUSTOMER #: **1009629**
CP: **Rob O**
LOCATION: **1**
STATUS: **Active**

**BILL TO  1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CSI | 83013967 | T/A 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| DEL | DELIVERY | Russo Delivery | 1 | $0.00 | $0.00 | $0.00 |

Prices reflected on this quote are valid for 15 days

| | |
|---|---|
| SUBTOTAL: | $10,775.00 |
| TAX: | $0.00 |
| ORDER TOTAL: | $10,775.00 |

Authorized By: _____

HRVA 011175



**INVOICE**

**National Seed**
4720 Yender Avenue
Lisle, IL 60532

Phone: (630) 963-8787
Fax: (630) 963-8814

Invoice Number: 567382SI
Invoice Date: 04/03/17
Page: 1

Bill
To:   UIC
      P O Box 820
      Accounts Payable
      Rantoul, IL 61866

Ship
To:   UIC Facility Management
      PPMD Dock
      1140 S. Morgan
      Chicago, IL 60607

| Ship Via | National Truck |
| Ship Date | 04/01/17 |
| Due Date | 05/03/17 |
| Terms | Net 30 Days |

| Customer ID | 82554 |
| P.O. Number | P1316812 |
| P.O. Date | 02/09/17 |
| Our Order No. | SO82509 |
| SalesPerson | Dan Breier |

| Item/Description | Unit | Lot No. | Order Qty | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| DG30132<br>Field of Dreams Gameday Mix<br>15/50# bags | LB | 10897 | 750 | 750 | 2.29 | 1,717.50 |
| 12946<br>Dimension .25 with DG Pro | EACH | | 3 | 3 | 36.00 | 108.00 |
| 2DELIVERY<br>Delivery Charge | EACH | | 1 | 1 | 25.00 | 25.00 |

*C2887094  4/26/17*

*IL680641  Rec 4/21/17*

Location   M110

**Please visit our new website at www.icemeltchicago.com!!**

| Subtotal: | 1,850.50 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 0.00 |

National Seed
P.O. Box 582
Lisle, IL 60532

| Total: | 1,850.50 |

All past due balances will be subject to 1.5% monthly finance charge or highest rate allowed by law

HRVA 011176

# I N V O I C E

**T-HA**   PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1316614**
TERMS: **Net 45 EOM**
SALES ORDER#: **3137255**
SALES TYPE#: **Sales**

DATE: 7/12/2016 11:19:04 AM
INVOICE #: **3293281**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan
Chicago, IL 60608-1503
Attn: Carly Rizor

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 8 | 0 | $98.99 | $69.99 | $559.92 |
| PBI | 9921126 | Trimec 992 Broadleaf Herbicide (2.5 gal) | 4 | 0 | $85.99 | $73.99 | $295.96 |

Built for the tough jobs, Steiner tractors are engineered to be the best all-around machines on the market. The
Steiner tractors are customizable with over 35 attachments that till, sweep, load, plow, trench, mow and more!
Speak with a Russo Sales Representative for more information.

| | |
|---|---|
| SUBTOTAL: | $855.88 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $855.88 |
| AMOUNT DUE: | $855.88 |

C2783012  8/10/16
I6378029  Rec 9/12/16

Picked Up By: _____

HRVA 011177

# P I C K   T I C K E T

3415072

| | |
|---|---|
| DATE: | **2/21/2017** |
| SALES ORDER #: | **3415072**   Page 1 |
| SALES TYPE #: | **Sales Order** |
| TERMS: | Net 45 EOM |
| CUSTOMER#: | **1009629** |
| COUNTER PERSON: | **Rob O** |
| LOCATION: | **1** |
| STATUS: | **Parts Received** |

**Bill To**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**Ship To**   **Deliver Complete**

University Of IL (Chicago)
1140 S. Morgan
Chicago, IL
Attn: Grounds - Carly

PHONE #:  **(312)996-9692**
ALT. #:  **(217)265-5518  Ext: a/p**

P.O.#:  **P1316746**
TERMS:  Net 45 EOM

| MFR | PRODUCT NUMBER | DESCRIPTION | BIN/LOCATION | Quantity Ordered | Quantity Allocated | Quantity Shipped |
|---|---|---|---|---|---|---|
| AND | 14054 | 10-10-10 (starter) 50LB | C | 30 | 30 | |
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | A02A | 4 | 4 | |
| DEL | DELIVERY | Russo Delivery | | 1 | 1 | |

HRVA 011178

# I N V O I C E

**T-HA**  PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2682538**
SALES TYPE#: **Sales**

DATE: **7/9/2015 1:57:58 PM**
INVOICE #: **2546278**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
Grounds Department
1140 S. Morgan
Chicago, IL 60608-1503

| MFR   PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| CHEM 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 8 | 0 | $95.99 | $69.99 | $559.92 |

Husqvarna professional products, global leader in outdoor power equipment.  From zero turn's to chainsaws,
Husqvarna offers a complete line of outdoor power equipment. Husqvarna, Ready When you Are!

| | |
|---|---|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

C 2625007
08/05/15

I595 5505
Reconciled
0 8/19/15

Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011192

# INVOICE

**T-HA**   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O #: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2983390**
SALES TYPE#: **Sales**

DATE: **4/11/2016 3:08:53 PM**
INVOICE #: **3033413**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University Of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 8 | 0 | $98.99 | $69.99 | $559.92 |

Fred Marvin, making pole pruners and saws for professional arborists and serious landscapers alike since 1943. Choose from a variety of Marvin products engineered to meet your specific needs. Speak with a Russo Sales Representative for more information.

| | |
|---|---|
| SUBTOTAL: | $559.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $559.92 |
| AMOUNT DUE: | $559.92 |

*C 2741907  5/4/16*
*I6270823  5/13/16 Rec*

Picked Up By: _____   4/12/16

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and unused.

HRVA 011193

# I N V O I C E

**T**   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O #: **P1138926**
TERMS: **Net 45 EOM**
SALES ORDER#: **2950968**
SALES TYPE#: **Sales**

DATE: 3/22/2016 2:34:10 PM
INVOICE #: 2977782
CUSTOMER#: **1009629**
CP: Rob O
LOCATION: 1

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan
Chicago, IL 60607-7141
All Deliveries Carly @ 312-519-2009 or
Main Office 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| EAR | 3400 | Spreader / Handheld | 2 | 0 | $17.39 | $12.99 | $25.98 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th, 2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers, to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am. Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales Representative for information on consigning your equipment.

| | |
|---|---|
| SUBTOTAL: | $5,625.18 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $5,625.18 |
| AMOUNT DUE: | $5,625.18 |

C2732744  4/13/16
I6247395 Rec,
4/18/16

Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and unused.

# I N V O I C E

T   PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
ALT. #: **(217)265-5518 Ext: a/p**
FAX #: **(217)239-6945**
P.O.#: **P1275788**
TERMS: **Net 45 EOM**
SALES ORDER#: **2915971**
SALES TYPE#: **Sales**

DATE: **3/8/2016 12:26:39 PM**
INVOICE #: **2942109**
CUSTOMER#: **1009629**
CP: **Rob O**
LOCATION: **1**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan St
Chicago, IL 60607
Attn: John Caruso - 312-399-2738
OR - Carly Rizor - 312-996-2844

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | 0 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB | 0 | 45 | $15.81 | $9.99 | $0.00 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 80 | 0 | $78.99 | $69.99 | $5,599.20 |
| **** | DELIVERY | RUSSO DELIVERY | 1 | 0 | $50.00 | $0.00 | $0.00 |

Russo Power Equipment is excited to announce our 4th annual Used Equipment Auction on Saturday, April 9th,
2016! There will be hundreds of items to bid on at this one day only event ranging from chainsaws, to mowers,
to large equipment vehicles. Join us in Hainesville with doors opening at 7am and auction starting at 9am.
Equipment Inspection Day will be Friday, April 8th from 8am until 4pm. Speak with a Russo Sales
Representative for information on consigning your equipment.

| | |
|---|---|
| SUBTOTAL: | $7,797.20 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $7,797.20 |
| AMOUNT DUE: | $7,797.20 |



Picked Up By: _____

Return Policy
All returns are subject to a 20% restock fee. No returns past 30 days. No returns on Electrical Parts, No returns on Special Orders. All returns must be in original packaging and
unused.

HRVA 011195

# I N V O I C E

PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: (312)996-9692
CELL #:
FAX #: (217)239-6945
P.O.#: P1138926
TERMS: Net 45 EOM
SALES ORDER#: 2742279
SALES TYPE#: Sales
CP: Pete L
SALES REP: Pete L

DATE: 9/4/2015 9:26:40 AM
INVOICE #: 2643120
CUSTOMER# 1009629
LOCATION. 1

BILL TO  1009629

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

SHIP TO

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|------|---------------|-------------|------|-----|-------|-----|-------|
| NUF | 10447225 | Triplet SF Broadleaf Herbicide (2.5 Gal) | 2 | 0 | $85.99 | $68.99 | $137.98 |
| | CHEM 6.8-QUICKPRO | Round Up Quick PRO (6.8 lb.) | 6 | 0 | $95.99 | $69.99 | $419.94 |

Join us this March for our Spring Open House events! There will be vendors from some of the most
prominent companies in the industry, food, raffles, and one day only deals. Hainesville and Naperville
locations will be March 11th, 2016. Schiller Park and Frankfort locations will be March 13th  2016. All open
houses will run from 10am until 2pm.

| | |
|---|---|
| SUBTOTAL: | $557.92 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $557.92 |
| AMOUNT DUE: | $557.92 |

*C2717818  3/9/2016*
*I6228441  Rec 3/15/2016*

Picked Up By: _____

# QUOTATION

PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: **(312)996-9692**
CELL #:
ALT. #: **(217)265-5518 Ext: a/p**
P.O.#: **Quote**
TERMS: **Net 45 EOM**
SALES TYPE: **Quote**

DATE: **2/11/2016**
ORDER #: **2902855**
CUSTOMER #: **1009629**
CP: **Rob O**
LOCATION: **1**
STATUS: **Active**

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) - (50 bags per pallet) | 200 | $17.99 | $10.99 | $2,198.00 |
| TCS | 902144 | 10-10-10 (Starter Fert) 50 LB - (45 bags per pallet) | 45 | $15.81 | $9.99 | $449.55 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb (40 bags per pallet) | 80 | $78.99 | $69.99 | $5,599.20 |

Prices reflected on this quote are valid for 15 days

| | |
|---|---|
| SUBTOTAL: | $8,246.75 |
| TAX: | $0.00 |
| ORDER TOTAL: | $8,246.75 |

Authorized By: _____

HRVA 011197

# QUOTATION

PAGE: 1

**RUSSO'S POWER EQUIPMENT INC**
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/13/2017** |
| CELL #: | ORDER #: **3410597** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **Carol** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

| BILL TO | 1009629 |
|---|---|

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

| SHIP TO |
|---|

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| DEL | DELIVERY | Russo Delivery | 1 | $0.00 | $0.00 | $0.00 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | $10,775.00 |
| TAX: | $0.00 |
| ORDER TOTAL: | $10,775.00 |

Authorized By: _____

HRVA 011198



**INVOICE**

National Seed
4720 Yender Avenue
Lisle, IL 60532

Phone: (630) 963-8787
Fax: (630) 963-8814

Invoice Number: 567382SI
Invoice Date: 04/03/17
Page: 1

Bill
To:  UIC
     P O Box 820
     Accounts Payable
     Rantoul, IL 61866

Ship
To:  UIC Facility Management
     PPMD Dock
     1140 S. Morgan
     Chicago, IL 60607

| | | |
|---|---|---|
| Ship Via | National Truck | |
| Ship Date | 04/01/17 | |
| Due Date | 05/03/17 | |
| Terms | Net 30 Days | |

| | |
|---|---|
| Customer ID | 82554 |
| P.O. Number | P1316812 |
| P.O. Date | 02/09/17 |
| Our Order No. | SO82509 |
| SalesPerson | Dan Breier |

| Item/Description | Unit | Lot No. | Order Qty | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| DG30132<br>Field of Dreams Gameday Mix<br>15/50# bags | LB | 10897 | 750 | 750 | · 2.29 | 1,717.50 |
| 12946<br>Dimension .25 with DG Pro | EACH | | 3 | 3 | 36.00 | 108.00 |
| 2DELIVERY<br>Delivery Charge | EACH | | 1 | 1 | 25.00 | 25.00 |

*C2887094  4/26/17*

*I6680641  Rec 4/21/17*

Location  M110

**Please visit our new website at www.icemeltchicago.com!!**

| | |
|---|---|
| Subtotal: | 1,850.50 |
| Invoice Discount: | 0.00 |
| Sales Tax: | 0.00 |

National Seed
P.O. Box 582
Lisle, IL 60532

| | |
|---|---|
| Total: | 1,850.50 |

All past due balances will be subject to 1.5% monthly finance charge or highest rate allowed by law

HRVA 011199

# I N V O I C E

**T-HA**  PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

PHONE #: (312)996-9692
ALT. #: (217)265-5518 Ext: a/p
FAX #: (217)239-6945
P.O.#: P1316614
TERMS: **Net 45 EOM**
SALES ORDER#: 3137255
SALES TYPE#: Sales

DATE: 7/12/2016 11:19:04 AM
INVOICE #: **3293281**
CUSTOMER#: **1009629**
CP: **Pete L**
LOCATION: 1

**BILL TO  1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
1140 S. Morgan
Chicago, IL 60608-1503
Attn: Carly Rizor

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|-----|----------------|-------------|------|-----|-------|-----|-------|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 8 | 0 | $98.99 | $69.99 | $559.92 |
| PBI | 9921126 | Trimec 992 Broadleaf Herbicide (2.5 gal) | 4 | 0 | $85.99 | $73.99 | $295.96 |

Built for the tough jobs, Steiner tractors are engineered to be the best all-around machines on the market. The Steiner tractors are customizable with over 35 attachments that till, sweep, load, plow, trench, mow and more! Speak with a Russo Sales Representative for more information.

| | |
|---|---|
| SUBTOTAL: | $855.88 |
| TAX: | $0.00 |
| INVOICE TOTAL: | $855.88 |
| AMOUNT DUE: | $855.88 |

C2783012  8/10/16
I6378029   Rec 9/12/16

Picked Up By: _____

HRVA 011200

# P I C K   T I C K E T

3415072

| | |
|---|---|
| DATE: | **2/21/2017** |
| SALES ORDER #: | **3415072**   Page 1 |
| SALES TYPE #: | **Sales Order** |
| **TERMS:** | **Net 45 EOM** |
| **CUSTOMER#:** | **1009629** |
| COUNTER PERSON: | **Rob O** |
| LOCATION: | **1** |
| STATUS: | **Parts Received** |

**Bill To**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**Ship To**   **Deliver Complete**

University Of IL (Chicago)
1140 S. Morgan
Chicago, IL
Attn: Grounds - Carly

PHONE #:   **(312)996-9692**
ALT. #:   **(217)265-5518  Ext: a/p**

P.O.#:  **P1316746**
TERMS:  Net 45 EOM

| MFR | PRODUCT NUMBER | DESCRIPTION | BIN/LOCATION | Quantity Ordered | Quantity Allocated | Quantity Shipped |
|---|---|---|---|---|---|---|
| AND | 14054 | 10-10-10 (starter) 50LB | C | 30 | 30 | |
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | A02A | 4 | 4 | |
| DEL | DELIVERY | Russo Delivery | | 1 | 1 | |

HRVA 011201

**From:** "Rizor, Carly"
**Sent:** Mon, 27 Apr 2015 17:40:42 +0000
**To:** 'Rob Osier';'Peter Liakouras'
**Subject:** RE: Chemicals

Thanks so much Rob! I hope to have a PO to you shortly.

Carly

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, April 27, 2015 12:39 PM
**To:** Rizor, Carly; 'Peter Liakouras'
**Subject:** RE: Chemicals

Carly,

Attached is an updated quote. I have this product in stock and can get it to you as soon as you need it.

Thanks!

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, April 27, 2015 12:18 PM
**To:** 'Rizor, Carly'; 'Peter Liakouras'
**Subject:** RE: Chemicals

Carly,

2-4D is a broadleaf herbicide that will speed up Glyphosate when killing broadleaf weeds. It sold in many different formulations. Just to name a few common ones which we have in stock are;

Triplet SF

T-Zone SE

Speed Zone

4-Speed XT

Adding 2-4D to Glyphosate is common and it does work but I would like to make some suggestions to give you better results. My recommendation is to use Round-Up Quick Pro. This is an excellent

herbicide that kills most weeds in 24 – 72 hrs when mixed and sprayed correctly. This is a combination of Round-Up (Glyphosate) and Diquat. Glyphosate will kill weeds systemically and Diquat will give you the quick knock down you are looking for. If you already have Glyphosate and don't need to buy an additional Round-Up product I can suggest a product called Scythe. Scythe can be added to Glyphosate at 3 oz. per gallon to speed up the results. The difference between using 2-4D and the products I am suggesting is that 2-4D only works on broadleaf weeds and has zero effect on any grasses you need to kill. Quick-Pro or Glyphosate Scythe combinations will have quick results on grasses and broadleaf weeds.

Another option is to mix your Glyphosate with SureGuard for season long control. SureGuard is an excellent bed pre-emergent that when mixed with Round-Up will kill and prevent many weeds for the entire season. See attached information.

Feel free to call me with any questions,

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

---

**From:** Rizor, Carly [mailto:rizorc6@uic.edu]
**Sent:** Monday, April 27, 2015 10:51 AM
**To:** Peter Liakouras; Rob Osier
**Subject:** RE: Chemicals

Thanks Pete.

Rob, we're looking for 3-5 gallons of 2-4 D and another 3-5 gallons of Roundup. Brian Clement from COD told me that you carried an additive that would more effectively kill thistle, a chronic problem for us. He said it was added to Roundup but he couldn't remember the name. We don't have a ton of storage space, hence the small quantity, but I would need the material delivered to our building by Wednesday afternoon as Brian is going to do some spraying with our crews on Thursday morning.

Thank you in advance for your help!

Carly

---

**From:** Peter Liakouras [mailto:pliakouras@russopower.com]
**Sent:** Monday, April 27, 2015 10:41 AM
**To:** Rob Osier
**Cc:** Rizor, Carly
**Subject:** Chemicals

Rob –

Per our conversation Carly is looking for something to both speed up and handle fissile better than pure Round Up. In addition she will reply to this email with a chemical list and we can quote.

Thank you,

**Peter Liakouras** | Sales Supervisor
**Russo Power Equipment**
39 E. Belvidere Rd | Hainesville | IL

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

**From:** "Rizor, Carly"
**Sent:** Tue, 15 Oct 2019 19:18:51 +0000
**To:** chemwaste@uic.edu
**Subject:** Excess chemical pick up for UIC Grounds
**Attachments:**
· Unwanted-Chemical-Removal-Form - Grounds 10.11.19.xlsx  *(125 kb)*

Hello,

Please see the attached unwanted chemical removal form.  We have quite a few items for pick up!
Everything is in the garage area inside 611 and we should be able to assist with the forklift when
you arrive for collection.

Thank you and please let me know if you need any additional information.  Due to our shift
schedules, it would be best if the material could be collected prior to 130 pm so we can provide
assistance and keep the garage area clear for you.

Carly Rizor

Superintendent of Grounds

Facilities Management

University of Illinois at Chicago

1140 South Morgan M/C 270, Chicago, Illinois 60607 | 312.996.4647

rizorc6@uic.edu | www.fmweb.fm.uic.edu

**From:** "Rizor, Carly"
**Sent:** Mon, 27 Apr 2015 17:40:28 +0000
**To:** Carol Johnson
**Subject:** FW: Chemicals
**Attachments:**
· UIC 4-27-15.pdf  *(28 kb)*

Here you go Carol!  If we can have this delivered by Wednesday afternoon, that would be great.

Thank you!

Carly

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, April 27, 2015 12:39 PM
**To:** Rizor, Carly; 'Peter Liakouras'
**Subject:** RE: Chemicals

Carly,

Attached is an updated quote. I have this product in stock and can get it to you as soon as you need it.

Thanks!

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, April 27, 2015 12:18 PM
**To:** 'Rizor, Carly'; 'Peter Liakouras'
**Subject:** RE: Chemicals

HRVA 011236

Carly,

2-4D is a broadleaf herbicide that will speed up Glyphosate when killing broadleaf weeds. It sold in many different formulations. Just to name a few common ones which we have in stock are;

Triplet SF

T-Zone SE

Speed Zone

4-Speed XT

Adding 2-4D to Glyphosate is common and it does work but I would like to make some suggestions to give you better results. My recommendation is to use Round-Up Quick Pro. This is an excellent herbicide that kills most weeds in 24 – 72 hrs when mixed and sprayed correctly. This is a combination of Round-Up (Glyphosate) and Diquat. Glyphosate will kill weeds systemically and Diquat will give you the quick knock down you are looking for. If you already have Glyphosate and don't need to buy an additional Round-Up product I can suggest a product called Scythe. Scythe can be added to Glyphosate at 3 oz. per gallon to speed up the results. The difference between using 2-4D and the products I am suggesting is that 2-4D only works on broadleaf weeds and has zero effect on any grasses you need to kill. Quick-Pro or Glyphosate Scythe combinations will have quick results on grasses and broadleaf weeds.

Another option is to mix your Glyphosate with SureGuard for season long control. SureGuard is an excellent bed pre-emergent that when mixed with Round-Up will kill and prevent many weeds for the entire season. See attached information.

Feel free to call me with any questions,

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

HRVA 011237

**From:** Rizor, Carly [mailto:rizorc6@uic.edu]
**Sent:** Monday, April 27, 2015 10:51 AM
**To:** Peter Liakouras; Rob Osier
**Subject:** RE: Chemicals


Thanks Pete.


Rob, we're looking for 3-5 gallons of 2-4 D and another 3-5 gallons of Roundup.  Brian Clement from COD told me that you carried an additive that would more effectively kill thistle, a chronic problem for us.  He said it was added to Roundup but he couldn't remember the name.  We don't have a ton of storage space, hence the small quantity, but I would need the material delivered to our building by Wednesday afternoon as Brian is going to do some spraying with our crews on Thursday morning.


Thank you in advance for your help!

Carly


---

**From:** Peter Liakouras [mailto:pliakouras@russopower.com]
**Sent:** Monday, April 27, 2015 10:41 AM
**To:** Rob Osier
**Cc:** Rizor, Carly
**Subject:** Chemicals


Rob –


Per our conversation Carly is looking for something to both speed up and handle fissile better than pure Round Up.  In addition she will reply to this email with a chemical list and we can quote.


Thank you,


**Peter Liakouras** | Sales Supervisor
**Russo Power Equipment**
39 E. Belvidere Rd | Hainesville | IL

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

HRVA 011239

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL  60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | | | |
|---|---|---|---|
| PHONE #: | **(312)996-9692** | DATE: | **4/27/2015** |
| CELL #: | | ORDER #: | **2594257** |
| ALT. #: | **(217)265-5518 Ext: a/p** | CUSTOMER #: | **1009629** |
| P.O.#: | **Carly** | CP: | **Rob O** |
| TERMS: | **Net 45 EOM** | LOCATION: | **1** |
| SALES TYPE: | **Quote** | STATUS: | **Active** |

**BILL TO**  **1009629**

University Of IL (Chicago)
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage/Call Bob
1351 S. Morgan
Chicago, IL 60608-1503 All Salt Deliveries
Call 312-996-2842

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| NUF | 10447225 | Triplet SF Broadleaf Herbicide (2.5 Gal) | 2 | $85.99 | $68.99 | $137.98 |
| CHEM | 6.8-QUICKPRO | Round Up Quick PRO Non-Selective Herbicide (6.8 lb.) | 2 | $95.99 | $69.99 | $139.98 |

Prices reflected on this quote are valid for 15 days

| | |
|---|---|
| SUBTOTAL: | **$277.96** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$277.96** |

Authorized By: _____

HRVA 011240

**From:** "Rizor, Carly"
**Sent:** Mon, 27 Apr 2015 17:40:42 +0000
**To:** Rob Osier;'Peter Liakouras'
**Subject:** RE: Chemicals

Thanks so much Rob!  I hope to have a PO to you shortly.


Carly

---

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, April 27, 2015 12:39 PM
**To:** Rizor, Carly; 'Peter Liakouras'
**Subject:** RE: Chemicals


Carly,

Attached is an updated quote. I have this product in stock and can get it to you as soon as you need it.


Thanks!


**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

---

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, April 27, 2015 12:18 PM
**To:** 'Rizor, Carly'; 'Peter Liakouras'
**Subject:** RE: Chemicals


Carly,

HRVA 011241

2-4D is a broadleaf herbicide that will speed up Glyphosate when killing broadleaf weeds. It sold in many different formulations. Just to name a few common ones which we have in stock are;

Triplet SF

T-Zone SE

Speed Zone

4-Speed XT

Adding 2-4D to Glyphosate is common and it does work but I would like to make some suggestions to give you better results. My recommendation is to use Round-Up Quick Pro. This is an excellent herbicide that kills most weeds in 24 – 72 hrs when mixed and sprayed correctly. This is a combination of Round-Up (Glyphosate) and Diquat. Glyphosate will kill weeds systemically and Diquat will give you the quick knock down you are looking for. If you already have Glyphosate and don't need to buy an additional Round-Up product I can suggest a product called Scythe. Scythe can be added to Glyphosate at 3 oz. per gallon to speed up the results. The difference between using 2-4D and the products I am suggesting is that 2-4D only works on broadleaf weeds and has zero effect on any grasses you need to kill. Quick-Pro or Glyphosate Scythe combinations will have quick results on grasses and broadleaf weeds.

Another option is to mix your Glyphosate with SureGuard for season long control. SureGuard is an excellent bed pre-emergent that when mixed with Round-Up will kill and prevent many weeds for the entire season. See attached information.

Feel free to call me with any questions,

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

---

**From:** Rizor, Carly [mailto:rizorc6@uic.edu]
**Sent:** Monday, April 27, 2015 10:51 AM
**To:** Peter Liakouras; Rob Osier

HRVA 011242

**Subject:** RE: Chemicals

Thanks Pete.

Rob, we're looking for 3-5 gallons of 2-4 D and another 3-5 gallons of Roundup.  Brian Clement from COD told me that you carried an additive that would more effectively kill thistle, a chronic problem for us.  He said it was added to Roundup but he couldn't remember the name.  We don't have a ton of storage space, hence the small quantity, but I would need the material delivered to our building by Wednesday afternoon as Brian is going to do some spraying with our crews on Thursday morning.

Thank you in advance for your help!

Carly

---

**From:** Peter Liakouras [mailto:pliakouras@russopower.com]
**Sent:** Monday, April 27, 2015 10:41 AM
**To:** Rob Osier
**Cc:** Rizor, Carly
**Subject:** Chemicals

Rob –

Per our conversation Carly is looking for something to both speed up and handle fissile better than pure Round Up.  In addition she will reply to this email with a chemical list and we can quote.

Thank you,

**Peter Liakouras** | Sales Supervisor
**Russo Power Equipment**
39 E. Belvidere Rd | Hainesville | IL

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

HRVA 011243

**From:** "Rizor, Carly"
**Sent:** Mon, 27 Apr 2015 15:50:59 +0000
**To:** Peter Liakouras;Rob Osier
**Subject:** RE: Chemicals

Thanks Pete.

Rob, we're looking for 3-5 gallons of 2-4 D and another 3-5 gallons of Roundup.  Brian Clement from COD told me that you carried an additive that would more effectively kill thistle, a chronic problem for us.  He said it was added to Roundup but he couldn't remember the name.  We don't have a ton of storage space, hence the small quantity, but I would need the material delivered to our building by Wednesday afternoon as Brian is going to do some spraying with our crews on Thursday morning.

Thank you in advance for your help!

Carly

**From:** Peter Liakouras [mailto:pliakouras@russopower.com]
**Sent:** Monday, April 27, 2015 10:41 AM
**To:** Rob Osier
**Cc:** Rizor, Carly
**Subject:** Chemicals

Rob –

Per our conversation Carly is looking for something to both speed up and handle fissile better than pure Round Up.  In addition she will reply to this email with a chemical list and we can quote.

Thank you,

**Peter Liakouras** | Sales Supervisor
**Russo Power Equipment**
39 E. Belvidere Rd | Hainesville | IL

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

**From:** "Johnson, Carol" <cjohnson@uic.edu>
**Sent:** Fri, 10 Feb 2017 16:13:00 -0600
**To:** Pete Liakouras <pliakouras@russopower.com>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** Price Quote Request

Hello Pete,

Can we get price quotes for items listed:

50 Bags of Glamour Mix Seed

4 Bottles of Granular Round Up Quick Pro

100 Bags Snapshot Pre-emergent

30 Bags 10-10-10 Fertilizer

200 Bags of Penn Mulch

Please send a price quote and reference it to our new FY'17 PO# 1316614.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011245

**From:** Pete Liakouras <pliakouras@russopower.com>
**Sent:** Mon, 13 Feb 2017 16:33:08 +0000
**To:** "Johnson, Carol" <cjohnson@uic.edu>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>, Rob Osier <rosier@russopower.com>
**Subject:** RE: Price Quote Request

Carol –

Thank you for the email.  Rob Osier is our PHC purchaser and he will send over the quote per your email today.

**Peter Liakouras** | Business Relations Manager
**Russo Power Equipment**

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Friday, February 10, 2017 4:23 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High

Hi Pete,

Please disregard the 200 bags of Penn Mulch in quote request previously sent. See revised list below.

Thanks again.

Carol

**From:** Johnson, Carol
**Sent:** Friday, February 10, 2017 4:13 PM
**To:** Pete Liakouras <pliakouras@russopower.com>

HRVA 011246

Hello Pete,

Can we get price quotes for items listed:

50 Bags of Glamour Mix Seed

4 Bottles of Granular Round Up Quick Pro

100 Bags Snapshot Pre-emergent

30 Bags 10-10-10 Fertilizer

Please send a price quote and reference it to our new FY'17 PO# 1316614.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

**From:** Rob Osier <rosier@russopower.com>
**Sent:** Mon, 13 Feb 2017 21:16:52 +0000
**To:** Pete Liakouras <pliakouras@russopower.com>, "Johnson, Carol" <cjohnson@uic.edu>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** RE: Price Quote Request
**Attachments:**
· Russo_SeedStarterMulch_Final.pdf *(1115 kb)*
· 2017enhanced seed flyer.pdf *(2 mb)*
· University of Illinois mulch 2-13-17.pdf *(27 kb)*
· University of Illinois 2-13-17.pdf *(29 kb)*

Hello Carol,

Please see attached price quote per your request. I also included a flyer for our Enhanced Grass Seed blend called Quality Home Lawn. Glamour Mix is a brand that we do not sell but our mix is very similar in breakdown. Plus it is coated with a newer technology that will provide quicker germination and a much higher success rate when compared to traditional seed blends. This is a very high quality seed at an affordable price.


I know you asked to disregard the Penn Mulch Quote but I included an extra price quote for our Russo Branded Penn Mulch. There is also a flyer that describes our brand of mulch.


Thank you for the opportunity and please let me know if you have any questions


**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL 60423

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*


---

**From:** Pete Liakouras
**Sent:** Monday, February 13, 2017 10:33 AM
**To:** Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>; Rob Osier <rosier@russopower.com>
**Subject:** RE: Price Quote Request

Carol –


Thank you for the email.  Rob Osier is our PHC purchaser and he will send over the quote per your email today.



**Peter Liakouras** | Business Relations Manager
**Russo Power Equipment**

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

---

**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Friday, February 10, 2017 4:23 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High


Hi Pete,


Please disregard the 200 bags of Penn Mulch in quote request previously sent. See revised list below.


Thanks again.


Carol

---

**From:** Johnson, Carol
**Sent:** Friday, February 10, 2017 4:13 PM
**To:** Pete Liakouras <pliakouras@russopower.com>

Hello Pete,


Can we get price quotes for items listed:

50 Bags of Glamour Mix Seed

4 Bottles of Granular Round Up Quick Pro

100 Bags Snapshot Pre-emergent

30 Bags 10-10-10 Fertilizer


Please send a price quote and reference it to our  new FY'17 PO# 1316614.


Thank you.


Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011250



## BETTER THAN STRAW!

- Perfect for patching bare spots
- Excellent color & consistency
- Easy to apply, either by hand or with a drop spreader
- Protects the seed bed
- Retains moisture readily - more than 5 times its weight
- Made from weed-free recycled newsprint & corn fiber
- Recycled product use is good for the environment

TYPICAL APPLICATION RATE: 50-70# per 1,000 sq ft

## DIRECTIONS:

1) Prepare soil and spread grass seed according to directions on package. SEED STARTER MULCH contains no grass seed.

2) Spread SEED STARTER MULCH over seeded area at a rate of 50 - 70# per 1,000 sq ft

3) Water SEED STARTER MULCH pellets which will expand to cover and protect the seeded ground.

4) Water seeded area daily. Seeds will germinate and SEED STARTER MULCH will biodegrade and add organic content to your soil.

## TECHNICAL DATA   U.S. PATENT #6,523,299

| | |
|---|---|
| Organic Content | >99% |
| Moisture Content | 10% + 2% |
| Color | Green |
| pH | 6.5 +.4 |

- IMPROVES SOIL TO SEED CONTENT
- REDUCES EVAPORATION
- COLOR INDICATES MOISTURE LEVEL
  DARK COLOR: PLENTY OF WATER ; LIGHT COLOR: NEEDS WATER
- 100% BIODEGRADABLE!

RussoPower.com    *Do So With RUSSO*    40lb Bag

HRVA 011251

# INTRODUCING

ENHANCED
SEED TECHNOLOGY™

PICKING UP WHERE
Mother Nature Left Off

### Enhanced Seed Technology™ Improves Seedling Survivability
- Healthy Seedlings key to uniform turf grass stands
- Uniform turf grass stands leads to increased harvest speed
- Faster Starts and Vigorous Stands

### Enhanced Seed Technology™ Moisture wicking action Decreases Peaks & Valleys of Moisture available for seedlings establishment
- Increases seedling survival ability in marginal conditions
- Reduces false starts that reduces seedling mortality
- Increase seedling establishment success

### Enhanced Seed Technology™ Improved seed to soil contact for increased germination
- More intimate contact with soil
- Increased seed ballistics, improved distribution
- Increased surface area improves seeds to soil contact

### Enhanced Seed Technology™ includes complex seed treatments Vital Nutrients, beneficial microbes, mycorrhizae and other germination enhancement additives for faster starts and vigorous stands
- Nutrients readily available to aid in establishment
- Beneficial microbes aid in biological life of the soil
- Mycorrhizae increases the fungus ability to uptake nutrients



BIOLOGICAL INOCULANT FOOD SYSTEM
Building plant health to invive root systems and emerging seed-
lings, delivering multiple beneficial inputs to enhance seeding and
root development

MICRONIZED NATURAL FERTILIZER
Making food readily available to seed and microbes for rapid plant
establishment

SEED BOOSTER
A proprietary formulation and blend of natural humectants, organic
acids and amino acids. Providing seed priming properties that are
beneficial to improve germination speed, plant emergence,
uniformity, growth and development.

ENHANCEMENT ENCAPSULATION
Seed enhancement technology provides a more constant moisture
flow to the seed to increase seeding health. Decreasing the felt
peaks and valleys of moisture availability



- Plots were replicated 4 times
- Ridgeline KBG Raw & Enhanced seeded at 70lb./Per Acre

## RUSSO
TURF SUPPLY

LOCATIONS

**Frankfort**
21660 South La Grange Road
Frankfort, IL 60423,
Phone: 779.333.7000

**Schiller Park**
9525 West Irving Park Road
Schiller Park, IL 60176
Phone: 847.678.9525

**Naperville**
1636 North Aurora Road
Naperville, IL 60563
Phone: 630.219.2440

**Hainesville**
39 East Belvidere Road
Hainesville, IL 60030
Phone: 847.752.0420

**Industrial Supply**
5848 West Montrose Avenue,
Chicago, IL 60634
Phone: 773.777.2606

**Elgin**
1001 N Randall Rd
Elgin, IL 60123
Phone: 224.268.3035




HydroStraw, LLC
22110 S. State Route 27
Rockford, WA 99030
Toll Free: 800-457-6748
Fax: 815-468-7450
info@3dsod.com
www.3dsod.com

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/13/2017** |
| CELL #: | ORDER #: **3410634** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1316614** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO**  **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | $17.99 | $11.75 | $2,350.00 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$2,350.00** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$2,350.00** |

Authorized By: _____

HRVA 011253

# Q U O T A T I O N

PAGE: 1

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/13/2017** |
| CELL #: | ORDER #: **3410597** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1316614** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO  1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 4 | $102.99 | $64.99 | $259.96 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| AND | 14054 | 10-10-10 (starter) 50LB | 30 | $14.94 | $9.49 | $284.70 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$11,319.66** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$11,319.66** |

Authorized By: _____

**From:** Rob Osier <rosier@russopower.com>
**Sent:** Fri, 17 Feb 2017 21:38:54 +0000
**To:** "Johnson, Carol" <cjohnson@uic.edu>, Pete Liakouras <pliakouras@russopower.com>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** RE: Price Quote Request
**Attachments:**
· University of Illinois 2-17-17.pdf  *(28 kb)*
· University of Illinois 2-13-17.pdf  *(29 kb)*

Carol,

Please see the attached quotes you requested. Please let me know if you need anything else.


Thank You for your business


**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL 60423

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*


---

**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Friday, February 17, 2017 1:34 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rob Osier <rosier@russopower.com>; Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High


Hi Rob and Pete,


Please send me a revised price quote to show only the Round Up Quick Pro and the 10-10-10 (starter) 50lb.  We wish to have these items delivered by March 1.


4 Bottles of Granular Round Up Quick Pro

30 Bags 10-10-10 Fertilizer

Please send price quote and reference it to our  new FY'17 PO# 1316614.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

---

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, February 13, 2017 3:17 PM
**To:** Pete Liakouras <pliakouras@russopower.com>; Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** RE: Price Quote Request

Hello Carol,

Please see attached price quote per your request. I also included a flyer for our Enhanced Grass Seed blend called Quality Home Lawn. Glamour Mix is a brand that we do not sell but our mix is very similar in breakdown. Plus it is coated with a newer technology that will provide quicker germination and a much higher success rate when compared to traditional seed blends. This is a very high quality seed at an affordable price.

I know you asked to disregard the Penn Mulch Quote but I included an extra price quote for our Russo Branded Penn Mulch. There is also a flyer that describes our brand of mulch.

Thank you for the opportunity and please let me know if you have any questions

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL 60423

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

---

**From:** Pete Liakouras
**Sent:** Monday, February 13, 2017 10:33 AM
**To:** Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>; Rob Osier <rosier@russopower.com>
**Subject:** RE: Price Quote Request


Carol –


Thank you for the email.  Rob Osier is our PHC purchaser and he will send over the quote per your email today.


**Peter Liakouras** | Business Relations Manager
**Russo Power Equipment**

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

---

**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Friday, February 10, 2017 4:23 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High


Hi Pete,


Please disregard the 200 bags of Penn Mulch in quote request previously sent. See revised list below.

Thanks again.

Carol

**From:** Johnson, Carol
**Sent:** Friday, February 10, 2017 4:13 PM
**To:** Pete Liakouras <pliakouras@russopower.com>

Hello Pete,

Can we get price quotes for items listed:

50 Bags of Glamour Mix Seed

4 Bottles of Granular Round Up Quick Pro

100 Bags Snapshot Pre-emergent

30 Bags 10-10-10 Fertilizer

Please send a price quote and reference it to our new FY'17 PO# 1316614.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011258

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/17/2017** |
| CELL #: | ORDER #: **3415072** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1316614** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO**   **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| AND | 14054 | 10-10-10 (starter) 50LB | 30 | $14.94 | $9.49 | $284.70 |
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 4 | $102.99 | $64.99 | $259.96 |
| DEL | DELIVERY | Russo Delivery | 1 | $0.00 | $0.00 | $0.00 |

Prices reflected on this quote are valid for 15 days

| | |
|---|---|
| SUBTOTAL: | **$544.66** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$544.66** |

Authorized By: _____

HRVA 011259

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | | | |
|---|---|---|---|
| PHONE #: | **(312)996-9692** | DATE: | **2/13/2017** |
| CELL #: | | ORDER #: | **3410597** |
| ALT. #: | **(217)265-5518 Ext: a/p** | CUSTOMER #: | **1009629** |
| P.O.#: | **Carol** | CP: | **Rob O** |
| TERMS: | **Net 45 EOM** | LOCATION: | **1** |
| SALES TYPE: | **Quote** | STATUS: | **Active** |

**BILL TO** **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| DEL | DELIVERY | Russo Delivery | 1 | $0.00 | $0.00 | $0.00 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$10,775.00** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$10,775.00** |

Authorized By: _____

HRVA 011260

**From:** "Johnson, Carol" <cjohnson@uic.edu>
**Sent:** Fri, 17 Feb 2017 13:34:15 -0600
**To:** Pete Liakouras <pliakouras@russopower.com>
**CC:** Rob Osier <rosier@russopower.com>, "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Attachments:**
· Russo_SeedStarterMulch_Final.pdf *(1115 kb)*
· 2017enhanced seed flyer.pdf *(2 mb)*
· University of Illinois mulch 2-13-17.pdf *(27 kb)*
· University of Illinois 2-13-17.pdf *(29 kb)*

Hi Rob and Pete,


Please send me a revised price quote to show only the Round Up Quick Pro and the 10-10-10 (starter) 50lb.  We wish to have these items delivered by March 1.


4 Bottles of Granular Round Up Quick Pro

30 Bags 10-10-10 Fertilizer


Please send price quote and reference it to our new FY'17 PO# 1316614.


Thank you.


Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844




**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, February 13, 2017 3:17 PM
**To:** Pete Liakouras <pliakouras@russopower.com>; Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** RE: Price Quote Request


Hello Carol,

Please see attached price quote per your request. I also included a flyer for our Enhanced Grass Seed blend called Quality Home Lawn. Glamour Mix is a brand that we do not sell but our mix is very similar in breakdown. Plus it is coated with a newer technology that will provide quicker germination and a much higher success rate when compared to traditional seed blends. This is a very high quality seed at an affordable price.

I know you asked to disregard the Penn Mulch Quote but I included an extra price quote for our Russo Branded Penn Mulch. There is also a flyer that describes our brand of mulch.

Thank you for the opportunity and please let me know if you have any questions

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL 60423

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

---

**From:** Pete Liakouras
**Sent:** Monday, February 13, 2017 10:33 AM
**To:** Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>; Rob Osier <rosier@russopower.com>
**Subject:** RE: Price Quote Request

Carol –

Thank you for the email.  Rob Osier is our PHC purchaser and he will send over the quote per your email today.

**Peter Liakouras** | Business Relations Manager
**Russo Power Equipment**

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

---

**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Friday, February 10, 2017 4:23 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High

Hi Pete,

Please disregard the 200 bags of Penn Mulch in quote request previously sent. See revised list below.

Thanks again.

Carol

---

**From:** Johnson, Carol
**Sent:** Friday, February 10, 2017 4:13 PM
**To:** Pete Liakouras <pliakouras@russopower.com>

Hello Pete,

Can we get price quotes for items listed:

50 Bags of Glamour Mix Seed

4 Bottles of Granular Round Up Quick Pro

100 Bags Snapshot Pre-emergent

30 Bags 10-10-10 Fertilizer

Please send a price quote and reference it to our  new FY'17 PO# 1316614.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011264



## RUSSO
## SEED STARTER
## MULCH
### Seed Establishment Mulch

**BETTER THAN STRAW!**

- Perfect for patching bare spots
- Excellent color & consistency
- Easy to apply, either by hand or with a drop spreader
- Protects the seed bed
- Retains moisture readily - more than 5 times its weight
- Made from weed-free recycled newsprint & corn fiber
- Recycled product use is good for the environment

TYPICAL APPLICATION RATE: 50-70# per 1,000 sq ft

### DIRECTIONS:

1) Prepare soil and spread grass seed according to directions on package. SEED STARTER MULCH contains no grass seed.

2) Spread SEED STARTER MULCH over seeded area at a rate of 50 - 70# per 1,000 sq ft

3) Water SEED STARTER MULCH pellets which will expand to cover and protect the seeded ground.

4) Water seeded area daily. Seeds will germinate and SEED STARTER MULCH will biodegrade and add organic content to your soil.

### TECHNICAL DATA   U.S. PATENT #6,523,299

| | |
|---|---|
| Organic Content | >99% |
| Moisture Content | 10% + 2% |
| Color | Green |
| pH | 6.5 +.4 |

- IMPROVES SOIL TO SEED CONTENT
- REDUCES EVAPORATION
- COLOR INDICATES MOISTURE LEVEL
  DARK COLOR: PLENTY OF WATER ; LIGHT COLOR: NEEDS WATER
- 100% BIODEGRADABLE!

RussoPower.com        *Do So With RUSSO*        40lb Bag

# INTRODUCING

## ENHANCED SEED TECHNOLOGY™

### PICKING UP WHERE
### Mother Nature Left Off

### Enhanced Seed Technology™ Improves Seedling Survivability

- Healthy Seedlings key to uniform turf grass stands
- Uniform turf grass stands leads to increased harvest speed
- Faster Starts and Vigorous Stands

### Enhanced Seed Technology™ Moisture wicking action Decreases Peaks & Valleys of Moisture available for seedlings establishment

- Increases seedling survival ability in marginal conditions
- Reduces false starts that reduces seedling mortality
- Increase seedling establishment success

### Enhanced Seed Technology™ Improved seed to soil contact for increased germination

- More intimate contact with soil
- Increased seed ballistics, improved distribution
- Increased surface area improves seeds to soil contact

### Enhanced Seed Technology™ includes complex seed treatments Vital Nutrients, beneficial microbes, mycorrhizae and other germination enhancement additives for faster starts and vigorous stands

- Nutrients readily available to aid in establishment
- Beneficial microbes aid in biological life of the soil
- Mycorrhizae increases the fungus ability to uptake nutrients



**BIOLOGICAL INOCULANT FOOD SYSTEM**
Building plant health to revive root systems and emerging seedlings, delivering multiple beneficial inputs to enhance seeding and root development.

**MICRONIZED NATURAL FERTILIZER**
Making food readily available to seed and microbes for rapid plant establishment.

**SEED BOOSTER**
A proprietary formulation and blend of natural humectants, organic acids and amino acids. Providing seed priming properties that are beneficial to improve germination speed, plant emergence, uniformity, growth and development.

**ENHANCEMENT ENCAPSULATION**
Seed enhancement technology provides a more constant moisture flow to the seed to increase seeding health. Decreasing the felt peaks and valleys of moisture availability.



- Plots were replicated 4 times
- Ridgeline KBG Raw & Enhanced seeded at 70lb./Per Acre

## RUSSO TURF SUPPLY   LOCATIONS

**Frankfort**
21660 South La Grange Road
Frankfort, IL 60423,
Phone: 779.333.7000

**Schiller Park**
9525 West Irving Park Road
Schiller Park, IL 60176
Phone: 847.678.9525

**Naperville**
1636 North Aurora Road
Naperville, IL 60563
Phone: 630.219.2440

**Hainesville**
39 East Belvidere Road
Hainesville, IL 60030
Phone: 847.752.0420

**Industrial Supply**
5848 West Montrose Avenue,
Chicago, IL 60634
Phone: 773.777.2606

**Elgin**
1001 N Randall Rd
Elgin, IL 60123
Phone: 224.268.3035





HydroStraw, LLC
22110 S. State Route 27
Rockford, WA 99030
Toll Free: 800-457-6748
Fax: 815-468-7450
info@3dsod.com
www.3dsod.com

HRVA 011266

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | | | |
|---|---|---|---|
| PHONE #: **(312)996-9692** | | DATE: **2/13/2017** |
| CELL #: | | ORDER #: **3410634** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1316614** | | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO   1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | $17.99 | $11.75 | $2,350.00 |

Prices reflected on this quote are valid for 15 days

| | |
|---|---|
| SUBTOTAL: | **$2,350.00** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$2,350.00** |

Authorized By: _____

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/13/2017** |
| CELL #: | ORDER #: **3410597** |
| ALT. #: **(217)265-5518 Ext: a/p** CUSTOMER #: **1009629** | |
| P.O.#: **1316614** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO** **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 4 | $102.99 | $64.99 | $259.96 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| AND | 14054 | 10-10-10 (starter) 50LB | 30 | $14.94 | $9.49 | $284.70 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$11,319.66** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$11,319.66** |

Authorized By: _____

**From:** "Johnson, Carol" <cjohnson@uic.edu>
**Sent:** Fri, 17 Feb 2017 14:27:12 -0600
**To:** Rob Osier <rosier@russopower.com>, Pete Liakouras <pliakouras@russopower.com>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Attachments:**
· Russo_SeedStarterMulch_Final.pdf *(1115 kb)*
· 2017enhanced seed flyer.pdf *(2 mb)*
· University of Illinois mulch 2-13-17.pdf *(27 kb)*
· University of Illinois 2-13-17.pdf *(29 kb)*

Hello again Rob and Pete,

I will also need a new price quote for the Greenskeeper Glamour Mix and Quail-Pro T/I 2.5G.  Do not reference our CPO# on this quote, as we will be processing this order on a Purchase Requisition.  Make sure the price quotes also show a delivery charge an expiration date as well.

Thanks again.

Carol

---

**From:** Johnson, Carol
**Sent:** Friday, February 17, 2017 1:34 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rob Osier <rosier@russopower.com>; Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High

Hi Rob and Pete,

Please send me a revised price quote to show only the Round Up Quick Pro and the 10-10-10 (starter) 50lb.  We wish to have these items delivered by March 1.

4 Bottles of Granular Round Up Quick Pro

30 Bags 10-10-10 Fertilizer

Please send price quote and reference it to our  new FY'17 PO# 1316614.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

---

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, February 13, 2017 3:17 PM
**To:** Pete Liakouras <pliakouras@russopower.com>; Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** RE: Price Quote Request

Hello Carol,

Please see attached price quote per your request. I also included a flyer for our Enhanced Grass Seed blend called Quality Home Lawn. Glamour Mix is a brand that we do not sell but our mix is very similar in breakdown. Plus it is coated with a newer technology that will provide quicker germination and a much higher success rate when compared to traditional seed blends. This is a very high quality seed at an affordable price.

I know you asked to disregard the Penn Mulch Quote but I included an extra price quote for our Russo Branded Penn Mulch. There is also a flyer that describes our brand of mulch.

Thank you for the opportunity and please let me know if you have any questions

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL 60423

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

**From:** Pete Liakouras
**Sent:** Monday, February 13, 2017 10:33 AM
**To:** Johnson, Carol <<u>cjohnson@uic.edu</u>>
**Cc:** Rizor, Carly <<u>rizorc6@uic.edu</u>>; Rob Osier <<u>rosier@russopower.com</u>>
**Subject:** RE: Price Quote Request


Carol –


Thank you for the email.  Rob Osier is our PHC purchaser and he will send over the quote per your email today.



**Peter Liakouras** | Business Relations Manager
**Russo Power Equipment**

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

---

**From:** Johnson, Carol [<u>mailto:cjohnson@uic.edu</u>]
**Sent:** Friday, February 10, 2017 4:23 PM
**To:** Pete Liakouras <<u>pliakouras@russopower.com</u>>
**Cc:** Rizor, Carly <<u>rizorc6@uic.edu</u>>
**Subject:** FW: Price Quote Request
**Importance:** High


Hi Pete,


Please disregard the 200 bags of Penn Mulch in quote request previously sent. See revised list below.


Thanks again.

Carol

---

**From:** Johnson, Carol
**Sent:** Friday, February 10, 2017 4:13 PM
**To:** Pete Liakouras <pliakouras@russopower.com>

Hello Pete,


Can we get price quotes for items listed:


50 Bags of Glamour Mix Seed

4 Bottles of Granular Round Up Quick Pro

100 Bags Snapshot Pre-emergent

30 Bags 10-10-10 Fertilizer


Please send a price quote and reference it to our new FY'17 PO# 1316614.


Thank you.


Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011272



# RUSSO
## SEED STARTER
# MULCH
**Seed Establishment Mulch**

**BETTER THAN STRAW!**

- Perfect for patching bare spots
- Excellent color & consistency
- Easy to apply, either by hand or with a drop spreader
- Protects the seed bed
- Retains moisture readily - more than 5 times its weight
- Made from weed-free recycled newsprint & corn fiber
- Recycled product use is good for the environment

**TYPICAL APPLICATION RATE: 50-70# per 1,000 sq ft**

## DIRECTIONS:

1)  Prepare soil and spread grass seed according to directions on package. SEED STARTER MULCH contains no grass seed.

2)  Spread SEED STARTER MULCH over seeded area at a rate of  50 - 70# per 1,000 sq ft

3)  Water SEED STARTER MULCH pellets which will expand to cover and protect the seeded ground.

4)  Water seeded area daily. Seeds will germinate and SEED STARTER MULCH will biodegrade and add organic content to your soil.

## TECHNICAL DATA
**U.S. PATENT #6,523,299**

| | |
|---|---|
| Organic Content | >99% |
| Moisture Content | 10% + 2% |
| Color | Green |
| pH | 6.5 +.4 |

- IMPROVES SOIL TO SEED CONTENT
- REDUCES EVAPORATION
- COLOR INDICATES MOISTURE LEVEL

    DARK COLOR: PLENTY OF WATER ; LIGHT COLOR: NEEDS WATER

- 100% BIODEGRADABLE!

RussoPower.com     *Do So With RUSSO*     40lb Bag

HRVA 011273

# INTRODUCING

## ENHANCED SEED TECHNOLOGY™

### PICKING UP WHERE Mother Nature Left Off

### Enhanced Seed Technology™ Improves Seedling Survivability
- Healthy Seedlings key to uniform turf grass stands
- Uniform turf grass stands leads to increased harvest speed
- Faster Starts and Vigorous Stands

### Enhanced Seed Technology™ Moisture wicking action Decreases Peaks & Valleys of Moisture available for seedlings establishment
- Increases seedling survival ability in marginal conditions
- Reduces false starts that reduces seedling mortality
- Increase seedling establishment success

### Enhanced Seed Technology™ Improved seed to soil contact for increased germination
- More intimate contact with soil
- Increased seed ballistics, improved distribution
- Increased surface area improves seeds to soil contact

### Enhanced Seed Technology™ includes complex seed treatments Vital Nutrients, beneficial microbes, mycorrhizae and other germination enhancement additives for faster starts and vigorous stands
- Nutrients readily available to aid in establishment
- Beneficial microbes aid in biological life of the soil
- Mycorrhizae increases the fungus ability to uptake nutrients



**BIOLOGICAL INOCULANT FOOD SYSTEM**
Building plant health to revive root systems and emerging seedlings, delivering multiple beneficial inputs to enhance seeding and root development.

**MICRONIZED NATURAL FERTILIZER**
Making food readily available to seed and microbes for rapid plant establishment.

**SEED BOOSTER**
A proprietary formulation and blend of natural humectants, organic acids and amino acids. Providing seed priming properties that are beneficial to improve germination speed, plant emergence, uniformity, growth and development.

**ENHANCEMENT ENCAPSULATION**
Seed enhancement technology provides a more constant moisture flow to the seed to increase seeding health. Decreasing the felt peaks and valleys of moisture availability.



- Plots were replicated 4 times
- Ridgeline KBG Raw & Enhanced seeded at 70lb./Per Acre

## RUSSO TURF SUPPLY

### LOCATIONS

**Frankfort**
21660 South La Grange Road
Frankfort, IL 60423,
Phone: 779.333.7000

**Schiller Park**
9525 West Irving Park Road
Schiller Park, IL 60176
Phone: 847.678.9525

**Naperville**
1636 North Aurora Road
Naperville, IL 60563
Phone: 630.219.2440

**Hainesville**
39 East Belvidere Road
Hainesville, IL 60030
Phone: 847.752.0420

**Industrial Supply**
5848 West Montrose Avenue,
Chicago, IL 60634
Phone: 773.777.2606

**Elgin**
1001 N Randall Rd
Elgin, IL 60123
Phone: 224.268.3035




HydroStraw, LLC
22110 S. State Route 27
Rockford, WA 99030
Toll Free: 800-457-6748
Fax: 815-468-7450
info@3dsod.com
www.3dsod.com

HRVA 011274

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/13/2017** |
| CELL #: | ORDER #: **3410634** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1316614** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO**  **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| PPP | 40-RSSM | Seed Starter Mulch (40 LB) | 200 | $17.99 | $11.75 | $2,350.00 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$2,350.00** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$2,350.00** |

Authorized By: _____

HRVA 011275

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/13/2017** |
| CELL #: | ORDER #: **3410597** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1316614** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO   1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|
| SEED | P-50-RQHM | 50LB (ORANGE TAG) QUALITY HOME MIX (Enhanced Seed Coating) | 50 | $114.99 | $79.50 | $3,975.00 |
| | | COST PER LB = $1.59 / LB | | | | |
| | | **Similar to Greenskeeper Glamour Mixture | | | | |
| | | 30% Kentucky Blue Grass | | | | |
| | | 40% Creeping Red Fescue | | | | |
| | | 40% Perennial Rye Grass | | | | |
| | | ******Enhanced Seed Technology (See flyer)****** | | | | |
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 4 | $102.99 | $64.99 | $259.96 |
| CSI | 83013967 | T/I 2.5 G (Generic Snapshot) 50 lb | 100 | $77.99 | $68.00 | $6,800.00 |
| AND | 14054 | 10-10-10 (starter) 50LB | 30 | $14.94 | $9.49 | $284.70 |
| | | Prices reflected on this quote are valid for 15 days | | | | |

| | |
|---|---|
| SUBTOTAL: | **$11,319.66** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$11,319.66** |

Authorized By: _____

HRVA 011276

**From:** "Johnson, Carol" <cjohnson@uic.edu>
**Sent:** Fri, 17 Feb 2017 16:11:44 -0600
**To:** Rob Osier <rosier@russopower.com>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Attachments:**
· University of Illinois 2-17-17.pdf  *(28 kb)*

Hello Rob,


Thanks for the quick response.  We only wanted the revised quote for the Round Up  Quick Pro and the 10-10-10 T/l 2.5G. This quote looks good. You can proceed with that order.  You can scratch the other quoted attached. Also as a reminder, we're looking for a March 1 delivery.


Thanks again.


Carol



**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Friday, February 17, 2017 3:39 PM
**To:** Johnson, Carol <cjohnson@uic.edu>; Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** RE: Price Quote Request


Carol,

Please see the attached quotes you requested. Please let me know if you need anything else.


Thank You for your business


**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL 60423

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

---

**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Friday, February 17, 2017 1:34 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rob Osier <rosier@russopower.com>; Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High

Hi Rob and Pete,

Please send me a revised price quote to show only the Round Up Quick Pro and the 10-10-10 (starter) 50lb.  We wish to have these items delivered by March 1.

4 Bottles of Granular Round Up Quick Pro

30 Bags 10-10-10 Fertilizer

Please send price quote and reference it to our  new FY'17 PO# 1316614.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

---

**From:** Rob Osier [mailto:rosier@russopower.com]
**Sent:** Monday, February 13, 2017 3:17 PM
**To:** Pete Liakouras <pliakouras@russopower.com>; Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>

HRVA 011278

**Subject:** RE: Price Quote Request

Hello Carol,

Please see attached price quote per your request. I also included a flyer for our Enhanced Grass Seed blend called Quality Home Lawn. Glamour Mix is a brand that we do not sell but our mix is very similar in breakdown. Plus it is coated with a newer technology that will provide quicker germination and a much higher success rate when compared to traditional seed blends. This is a very high quality seed at an affordable price.

I know you asked to disregard the Penn Mulch Quote but I included an extra price quote for our Russo Branded Penn Mulch. There is also a flyer that describes our brand of mulch.

Thank you for the opportunity and please let me know if you have any questions

**Rob Osier | Turf Supply Supervisor**

**Russo Power Equipment**

21660 S. La Grange Rd | Frankfort, IL 60423

779.333.7000 XT 7305 | 779.324.5701 Fax

Cell..815-557-6076 | www.russopower.com

*family run since 1970*

---

**From:** Pete Liakouras
**Sent:** Monday, February 13, 2017 10:33 AM
**To:** Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>; Rob Osier <rosier@russopower.com>
**Subject:** RE: Price Quote Request

Carol –

Thank you for the email.  Rob Osier is our PHC purchaser and he will send over the quote per your email today.

**Peter Liakouras** | Business Relations Manager
**Russo Power Equipment**

9525 W. Irving Park Rd | Schiller Park | IL
p. 847.752.0420 x4507 | russopower.com
*Family run since 1970*

---

**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Friday, February 10, 2017 4:23 PM
**To:** Pete Liakouras <pliakouras@russopower.com>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** FW: Price Quote Request
**Importance:** High

Hi Pete,

Please disregard the 200 bags of Penn Mulch in quote request previously sent. See revised list below.

Thanks again.

Carol

---

**From:** Johnson, Carol
**Sent:** Friday, February 10, 2017 4:13 PM
**To:** Pete Liakouras <pliakouras@russopower.com>

Hello Pete,

Can we get price quotes for items listed:

50 Bags of Glamour Mix Seed

4 Bottles of Granular Round Up Quick Pro

100 Bags Snapshot Pre-emergent

30 Bags 10-10-10 Fertilizer

Please send a price quote and reference it to our  new FY'17 PO# 1316614.


Thank you.


Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

# Q U O T A T I O N

PAGE: **1**

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **2/17/2017** |
| CELL #: | ORDER #: **3415072** |
| ALT. #: **(217)265-5518 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1316614** | CP: **Rob O** |
| TERMS: **Net 45 EOM** | LOCATION: **1** |
| SALES TYPE: **Quote** | STATUS: **Active** |

**BILL TO**   **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
All Deliveries to Main Garage
1351 S. Morgan
Chicago, IL 60608-1503

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY | PRICE | NET | TOTAL |
|-----|----------------|-------------|-----|-------|-----|-------|
| AND | 14054 | 10-10-10 (starter) 50LB | 30 | $14.94 | $9.49 | $284.70 |
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 4 | $102.99 | $64.99 | $259.96 |
| DEL | DELIVERY | Russo Delivery | 1 | $0.00 | $0.00 | $0.00 |

Prices reflected on this quote are valid for 15 days

| | |
|---|---|
| SUBTOTAL: | **$544.66** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$544.66** |

Authorized By: _____

HRVA 011282

**From:** "Johnson, Carol" <cjohnson@uic.edu>
**Sent:** Tue, 20 Jun 2017 17:40:52 +0000
**To:** Peter Liakouras <pliakouras@russopower.com>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** Request Proposal for Round Up Quick Pro

Hello Pete,

We wish to order eight(8) each of the (6.8 lb) of Round Up Quick Pro  .  Please send a price quote and reference it to our current  FY'17 PO# 1316614.  Can you deliver quickly as possible.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011283

**From:** Peter Liakouras <pliakouras@russopower.com>
**Sent:** Tue, 20 Jun 2017 20:47:50 +0000
**To:** "Johnson, Carol" <cjohnson@uic.edu>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** RE: Request Proposal for Round Up Quick Pro
**Attachments:**
· 3661242 - Round Up.pdf *(29 kb)*

Carol –

Attached is the order and will deliver by this Thursday.

Thank you,



PETER LIAKOURAS |BUSINESS DEVELOPMENT MANAGER
9525 W. IRVING PARK RD | SCHILLER PARK, IL 60176
p. (847) 752-0420, 4507 | f. (847) 678-0705
*Powering Nature's Professionals Since 1970*



**From:** Johnson, Carol [mailto:cjohnson@uic.edu]
**Sent:** Tuesday, June 20, 2017 12:41 PM
**To:** Peter Liakouras <pliakouras@russopower.com>
**Cc:** Rizor, Carly <rizorc6@uic.edu>
**Subject:** Request Proposal for Round Up Quick Pro
**Importance:** High

Hello Pete,

We wish to order eight(8) each of the (6.8 lb) of Round Up Quick Pro .  Please send a price quote and reference it to our current  FY'17 PO# 1316614.  Can you deliver quickly as possible.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011285

# S A L E S   O R D E R

**3661242**

Russo Power Equipment
39 Belvidere Rd
Hainesville, IL 60030
Phone #: (847)752-0420
Fax #: (847)548-0765

PHONE #: **(312)996-9692**
ALT. #: **(217)333-6583 Ext: a/p**
P.O.#: **P1316614**
**TERMS: Net 45 EOM**
SALES ORDER #: **3661242**
SALES TYPE: **Sales Order**

DATE: **6/20/2017**
INVOICE #:                      PAGE: **1**
**CUSTOMER#: 1009629**
CP: **Pete L**
LOCATION: **1**
STATUS: **Active**

| **BILL TO** | **1009629** |

**SHIP TO**    **Deliver Compl**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

University of IL - Dept: 2-876
Grounds - MC270
1140 S. Morgan St
Chicago, IL 60607
Attn: Carly Rizor

| MFR | PRODUCT NUMBER | DESCRIPTION | QTY SOLD | QTY BO | PRICE | NET | TOTAL |
|-----|----------------|-------------|----------|--------|-------|-----|-------|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 8 | 0 | $102.99 | $79.00 | $632.00 |

| | |
|---|---|
| SUBTOTAL: | $632.00 |
| TAX: | $0.00 |
| ORDER TOTAL: | $632.00 |
| BALANCE REMAINING: | $632.00 |

Picked Up By: _____

**From:** "Johnson, Carol" <cjohnson@uic.edu>
**Sent:** Thu, 14 Sep 2017 17:26:49 +0000
**To:** Peter Liakouras <pliakouras@russopower.com>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** Request Proposal for Round Up Quick Pro

Hello Pete,

We wish to order four(4) each of the (6.8 lb) of Round Up Quick Pro . Please send a price quote and reference it to our current **FY'18 PO# 1479327**.  Can you deliver quickly as possible.

Thank you.

Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011287

**From:** Matt Jurek <mjurek@russopower.com>
**Sent:** Fri, 15 Sep 2017 19:12:05 +0000
**To:** Peter Liakouras <pliakouras@russopower.com>, "Johnson, Carol" <cjohnson@uic.edu>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>
**Subject:** RE: Request Proposal for Round Up Quick Pro
**Attachments:**
· University of Illinois at Chicago Order #3803596.pdf  *(27 kb)*

Carol,

Please find the attached order for the (4) bottle of Quick Pro you ordered. I will get this to my delivery department and get it out to you early next week.

Thank you,



MATT JUREK | TURF COORDINATOR
9525 W. IRVING PARK RD | SCHILLER PARK, IL 60176
p. (847) 233-7857 | f. (847) 678-0705
*Powering Nature's Professionals Since 1970*



**From:** Peter Liakouras
**Sent:** Friday, September 15, 2017 1:33 PM
**To:** Johnson, Carol <cjohnson@uic.edu>
**Cc:** Rizor, Carly <rizorc6@uic.edu>; Matt Jurek <mjurek@russopower.com>
**Subject:** Re: Request Proposal for Round Up Quick Pro

Carol -

Your order will process and deliver early next week.

Matt -

I'm offsite today.  Please use the price as last time and process below.  The last invoice will give you the delivery address which is different from what is on file.  I'll call you to confirm and please

request Monday delivery.


Thanks,


PETER LIAKOURAS |CORPORATE SALES MANAGER

9525 W. IRVING PARK RD | SCHILLER PARK, IL 60176

p. (847) 752-0420, 4507 | f. (847) 678-0705

***Powering Nature's Professionals Since 1970***



_____
From: Johnson, Carol <cjohnson@uic.edu>
Sent: Thursday, September 14, 2017 12:26 PM
Subject: Request Proposal for Round Up Quick Pro
To: Peter Liakouras <pliakouras@russopower.com>
Cc: Rizor, Carly <rizorc6@uic.edu>




Hello Pete,



We wish to order four(4) each of the (6.8 Ib) of Round Up Quick Pro . Please send a price quote and reference it to ourcurrent  **FY'18 PO# 1479327**.  Can you deliver quickly as possible.


Thank you.


Carol Johnson – UIC Grounds Department

University of Illinois at Chicago

312.996.2844

HRVA 011289

HRVA 011290

# S A L E S   O R D E R

PAGE: **1**

| | |
|---|---|
| PHONE #: **(312)996-9692** | DATE: **9/15/2017** |
| CELL #: | ORDER #: **3803596** |
| ALT. #: **(217)333-6583 Ext: a/p** | CUSTOMER #: **1009629** |
| P.O.#: **1479327** | LOCATION: **1** |
| TERMS: **Net 45 EOM** | STATUS: **Active** |
| SALES TYPE: **Sales Order** | |
| CP: **Matt J** | |
| SALES REP: **Matt J** | |

RUSSO'S POWER EQUIPMENT INC
9525 W. Irving Park Rd
Schiller Park , IL 60176
Phone #: (847)678-9525
Fax #: (847)678-0705

**BILL TO**   **1009629**

University Of Illinois At Chicago
P.O. Box 820
University Of Illinois
Rantoul, IL 61866

**SHIP TO**

University of IL (Chicago)
Grounds- MC720
1140 S. Morgan Street
Chicago, IL 60607
Attn: Carol Rizor

| MFR | PRODUCT NUMBER | DESCRIPTION | ORD | SOLD | B/O | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| CHEM | 6.8-QUICKPRO | RoundUp Quick-Pro (6.8 LB) | 4 | | 0 | $102.99 | $79.00 | $316.00 |

| | |
|---|---|
| SUBTOTAL: | **$316.00** |
| TAX: | **$0.00** |
| ORDER TOTAL: | **$316.00** |
| BALANCE REMAINING: | **$316.00** |

Picked Up By: _____

HRVA 011291

**From:** Peter Liakouras <pliakouras@russopower.com>
**Sent:** Fri, 15 Sep 2017 18:32:57 +0000
**To:** "Johnson, Carol" <cjohnson@uic.edu>
**CC:** "Rizor, Carly" <rizorc6@uic.edu>, Matt Jurek <mjurek@russopower.com>
**Subject:** Re: Request Proposal for Round Up Quick Pro

---

Carol -


Your order will process and deliver early next week.


Matt -


I'm offsite today.  Please use the price as last time and process below.  The last invoice will give you the delivery address which is different from what is on file.  I'll call you to confirm and please request Monday delivery.


Thanks,




PETER LIAKOURAS | CORPORATE SALES MANAGER
9525 W. IRVING PARK RD | SCHILLER PARK, IL 60176
p. (847) 752-0420, 4507 | f. (847) 678-0705
*Powering Nature's Professionals Since 1970*



---

From: Johnson, Carol <cjohnson@uic.edu>
Sent: Thursday, September 14, 2017 12:26 PM
Subject: Request Proposal for Round Up Quick Pro
To: Peter Liakouras <pliakouras@russopower.com>
Cc: Rizor, Carly <rizorc6@uic.edu>


Hello Pete,


We wish to order four(4) each of the (6.8 lb) of Round Up Quick Pro . Please send a price quote and reference it to ourcurrent  **FY'18 PO# 1479327**.  Can you deliver quickly as possible.

Thank you.

HRVA 011292

Carol Johnson – UIC Grounds Department
University of Illinois at Chicago
312.996.2844

HRVA 011293