Donald P. McKenna (*pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203
Don@hwnn.com
Phone: (205) 328-5330
Fax: (205) 324-2165
*Attorney for Plaintiffs*
*Bobby Smith and Debra Smith*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re: Roundup Products Liability Litigation* ) | MDL No. 2741 |
| ) | |
| **This document relates to:** ) | Case No. 3:16-md-02741-VC |
| ) | |
| *Bobby Smith and Debra Smith vs. Monsanto* ) | |
| *Corporation* ) | |
| ) | |
| **3:19-cv-08401-VC** ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Bobby Smith and Debra Smith hereby give notice they are voluntarily dismissing all claims against Defendant Monsanto Corporation pending in *Smith vs. Monsanto Corp.*, No. 3:19-cv-08401-VC without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs state they have not previously dismissed any federal or state court suits based on or including the same claims. Plaintiffs state Defendant has not filed an answer or a motion for summary judgment. This case is not governed by any federal statute that requires a court order for dismissal. Plaintiffs file this Notice of Dismissal with the intention of dismissing all their claims against Defendant asserted in *Smith vs. Monsanto Corp.*, No. 3:19-cv-08401-VC without prejudice to refilling and without dismissing claims asserting in any other civil action.

Accordingly, Bobby Smith and Debra Smith hereby dismiss all of their claims against Defendant, without prejudice, asserted in *Smith vs. Monsanto Corporation*, 3:19-cv-08401-VC.

Respectfully submitted this 6th day of March 2020.     /s/ Donald P. McKenna

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - CASE NO. 3:19-CV-8401-VC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/Donald P. McKenna
DONALD P. MCKENNA (ASB-6494-C66D)