Name: Rodney P. Hill
Address: 189 N. Shelly Avenue
Fresno, California 93727
Phone Number: (559) 904-3219
E-mail Address: rodneyhill.multiplemyeloma2019@gmail.com

*Pro Se*

FILED
MAR -9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Rodney P. Hill, Pro Se

        Plaintiff,

vs.

ROUNDUP PRODUCTS LIABILITY LITIGATION

        Defendant.

Case Number: 16-md-02741-VC

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge VINCE CHHABRIA

As the (*Plaintiff*/*Defendant*) Rodney P. Hill in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - ☑ A computer with internet access;
   - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☑ A scanner to convert documents that are only in paper format into electronic files;
   - ☑ A printer or copier to create trequired paper copies such as chambers copies;
   - ☑ A word-processing program to create documents; and
   - ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 3-2-2020

Signature: /s/ R. Hill