Chambers Copy

Name: Rodney P. Hill
Address: 189 N. Shelly Avenue
Fresno, California 93727
Phone Number: (559) 904-3219
E-mail Address: rodneyhill.multiplemyeloma2019@gmail.com
Pro Se

RECEIVED
MAR - 9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Rodney P. Hill, Pro Se | ) Case Number: 16-md-02741-VC |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. ROUNDUP PRODUCTS LIABILITY LITIGATION | ) DATE: ) TIME: ) COURTROOM: ) JUDGE: |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
United States District/Magistrate Judge