1    Name: Valyncia S. Hill c/o Dianal Glasper-Hill

2    Address: 189 N. Shelly Avenue

     Fresno, California 93727

3    Phone Number: (225) 454-4485

4    E-mail Address: dianalglasper.pancreatic2016@gmail.com

5    *Pro Se*

**FILED**

**MAR - 9 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8    Valyncia S. Hill, et al., on behalf of the
     Estate and Wrongful Death               )   Case Number: 16-md-02741-VC
9    beneficiaries of Dianal Glasper-Hill    )   _____
                                             )
                                             )   **MOTION FOR PERMISSION FOR**
10                  Plaintiff,               )   **ELECTRONIC CASE FILING**
                                             )
11            vs.                            )
     ROUNDUP PRODUCTS LIABILITY              )   Judge Vince Chhabria
12   LITIGATION                              )   _____
                                             )
13                                           )
     _____Defendant.          )
14

15        As the (*Plaintiff/Defendant*) Valyncia S. Hill, et al.   in the above-captioned matter, I
     respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this
16   case. I hereby affirm that:

17        1. I have reviewed the requirements for e-filing and agree to abide by them.

18        2. I understand that once I register for e-filing, I will receive notices and documents only
             by email in this case and not by regular mail.
19
          3. I have regular access to the technical requirements necessary to e-file successfully:
20
             ☑  A computer with internet access;
21           ☑  An email account on a daily basis to receive notifications from the Court and
                 notices from the e-filing system.
22           ☑  A scanner to convert documents that are only in paper format into electronic files;
             ☑  A printer or copier to create trequired paper copies such as chambers copies;
23           ☑  A word-processing program to create documents; and
             ☑  A pdf reader and a pdf writer to convert word processing documents into pdf
24               format, the only electronic format in which documents can be e-filed.
25

26
     Date: 3/2/2020                  Signature: Valyncia Hill
27

28