Name: Valyncia S. Hill c/o Dianal Glasper-Hill
Address: 189 N. Shelly Avenue
Fresno, California 93727
Phone Number: (225) 454-4485
E-mail Address: dianalglasper.pancreatic2016@gmail.com
*Pro Se*

RECEIVED
MAR - 9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valyncia S. Hill, et al., on behalf of the Estate and Wrongful Death beneficiaries of Dianal Glasper-Hill<br><br>Plaintiff,<br><br>vs.<br><br>ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>Defendant. | Case Number: 16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____         _____
                                United States District/Magistrate Judge