**WILKINSON WALSH LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax:  202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(william.hoffman@arnoldporter.com)
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax:  202-682-1639

**SHOOK, HARDY & BACON LLP**
Thomas J. Dammrich II (*pro hac vice*)
(tdammrich@shb.com)
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606-4314
Tel: 312-704-7700
Fax: 312-558-1195

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Meghan Caruso v. Monsanto Company, et al.*, Case No. 3:20-cv-01017-VC<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED BRIEFING SCHEDULE ON MOTION TO REMAND**<br><br>Date:        March 12, 2020<br>Time:        10:00 a.m.<br>Courtroom:  4 |

1    Without conceding any of the arguments asserted in Plaintiff's Emergency Motion for

2    Expedited Briefing Schedule on Motion to Remand ("Motion to Expedite"), defendant Monsanto

3    Company ("Monsanto") has no objection to the briefing schedule proposed by plaintiff in the Motion

4    to Expedite, under which Monsanto's opposition to Plaintiff's Motion to Remand will be due on

5    March 19, 2020.  Monsanto defers to the Court's judgment regarding whether a hearing should be

6    held on Plaintiff's Motion to Remand on April 2, 2020 (as noticed by plaintiff) or a later date – or

7    whether that motion should be decided on the papers without a hearing.

8    In light of the foregoing, Monsanto respectfully suggests that it is unnecessary for the Court

9    to hold a hearing on the Motion to Expedite (which plaintiff noticed for March 12, 2020).

10

11   DATED:  March 10, 2020                              Respectfully submitted,

12
                                                        /s/ Eric G. Lasker
13   William Hoffman (*pro hac vice*)                   Eric G. Lasker (*pro hac vice*)
     (william.hoffman@arnoldporter.com)                 (elasker@hollingsworthllp.com)
14   Daniel S. Pariser (*pro hac vice*)                 Martin C. Calhoun (*pro hac vice*)
     (daniel.pariser@arnoldporter.com)                  (mcalhoun@hollingsworthllp.com)
15   ARNOLD & PORTER KAYE SCHOLER LLP                   HOLLINGSWORTH LLP
     601 Massachusetts Avenue, NW                       1350 I Street, NW
16   Washington, DC 20001                               Washington, DC 20005
     Tel:  202-942-5000                                 Tel:  202-898-5843
17   Fax: 202-942-5999                                  Fax: 202-682-1639

18   Thomas J. Dammrich II (*pro hac vice*)             Brian L. Stekloff (*pro hac vice*)
     (tdammrich@shb.com)                                (bstekloff@wilkinsonwalsh.com)
19   SHOOK, HARDY & BACON LLP                           Rakesh Kilaru (*pro hac vice*)
     111 S. Wacker Drive, Suite 4700                    (rkilaru@wilkinsonwalsh.com)
20   Chicago, IL 60606-4314                             WILKINSON WALSH LLP
     Tel: 312-704-7700                                  2001 M Street, NW, 10th Floor
21   Fax: 312-558-1195                                  Washington, DC 20036
                                                        Tel:  202-847-4030
22                                                      Fax: 202-847-4005

23                   Attorneys for Defendant MONSANTO COMPANY

24

25

26

27

28
- 1 -
MONSANTO'S RESP. TO PL'S EMERGENCY MOTION FOR EXPEDITED BRIEFING RE REMAND MOTION
3:16-md-02741-VC & 3:20-cv-01017-VC