

# FEGAN SCOTT, LLC

Launched in Chicago in 2019, FeganScott LLC is a nationwide class-action law firm dedicated to helping victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and community-driven legal needs. The Firm is growing at a quick but concerted pace, with offices recently launched in Pittsburgh, Pennsylvania and Washington, D.C. Built on the success of founder Elizabeth A. Fegan and experiences of seasoned civil and commercial trial attorney Timothy A. Scott, the firm's legal industry veterans have recovered more than $1 billion for clients.

An essential part of the firm's commitment to justice is Beth's role leading the #MeToo movement in the courts. Beth fights for restitution for women abused by Harvey Weinstein and female students who were mistreated by a USC gynecologist in the student health center. Beth has also successfully tailored creative results for the benefit of nationwide classes, settling a nationwide class action alleging sexual harassment on behalf of 16,000 current and former female employees of a commercial property brokerage firm. In addition to requiring changes to human resources policies and procedures, the innovative settlement afforded class members the opportunity to participate in a streamlined claims process that provides the potential for individual awards up to $150,000 per class member.

Before FeganScott, Beth and her husband Tim launched the Chicago office for Hagens Berman Sobol Shapiro, which Beth led for 15 years.

Built on core values of justice, integrity and excellence, FeganScott isn't simply another law firm, it's a passionate group of skilled lawyers who put clients first – fighting to impose accountability and enact global change. More information regarding the firm and its current cases can be found at www.feganscott.com. The bios for the lawyers who will lead this case for Fegan Scott, LLC follow.

150 S. Wacker Dr., 24th Floor  
Chicago, IL 60606  
Ph. 312.741.1019  
Fax 312.264.0100  

1200 G Street, N.W., Suite 800  
Washington, D.C. 20005  
Ph. 202.434.8992  
Fax 202.217.2814  

500 Grant Street, Suite 2900  
Pittsburgh, PA 15219  
Ph. 412.515.1529  
Fax 412.785.2400  

1458B Sycamore Rd.  
Yorkville, IL 60560  
Ph. 630.273.2625  
Fax 312.264.0100

![feganscott]

### *Elizabeth A. Fegan*



Founder and Managing Member Elizabeth Fegan fights for victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and other offenses. In 24 years practicing law, Beth has recovered more than $1 billion for her clients nationwide.

Beth is on the vanguard in the legal battles surrounding sexual assault, abuse and harassment. She currently serves as lead counsel in the class action lawsuit against disgraced movie mogul Harvey Weinstein, and is an expert in claims of sexual abuse and sex trafficking.

While working on the front lines of the #MeToo and #TimesUp movements, Beth has fought for female students abused by a University of Southern California health center gynecologist. She also settled a nationwide class action alleging sexual harassment on behalf of 16,000 current and former female employees of a commercial property brokerage firm. This case in particular is an example of Beth's history of successfully and creatively tailoring results for the benefit of victims nationwide. With Beth's streamlined claims process, class members were awarded up to $150,000 each.

Beth also fights for women in her own profession. She authored "An Opportunity or Landmine: Promoting Gender Diversity From The Bench" (The Federal Lawyer, May 2016) and participated in The Duke Judicial Law Center's Distinguished Lawyers conference on "Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law."

Courts regularly appoint Beth to lead national class-action cases, citing her robust experience, legal prowess and dedication to excellence and equity, including in the area of medical monitoring.

In 2019, Beth and her husband, Timothy Scott, founded FeganScott, a national law firm specializing in class-action cases, high-stakes, contingent-fee litigation and

community-driven legal needs. The practice manages a variety of complex class actions and high-stakes individual cases.

Prior to founding FeganScott, Beth launched the Chicago office of Hagens Berman Sobol Shapiro, where she grew the firm significantly during her 15 years of leadership as managing partner. Before that, she was partner at The Wexler Firm in Chicago, where she launched her plaintiffs'-side career as interim managing partner.

Additionally, as an associate at Shefsky & Froelich in Chicago, Beth served in several local government appointments, including positions as special assistant corporation counsel to the City of Chicago, the Chicago Park District and the Public Building Commission of Chicago. She also served on special master teams in federal and state court class actions, including with the Hon. Wayne Andersen (ret.), Northern District of Illinois. From 2001-2004, Beth taught legal writing at her alma mater, Loyola University Chicago School of Law.

**CASE HIGHLIGHTS**

- *In re Allergan BIOCELL Textured Breast Implant Prods. Liab. Litig.*, MDL No. 2921 (D.N.J.). Ms. Fegan was recently appointed Co-Lead Counsel in this MDL, after bringing several cases seeking medical monitoring on behalf of persons with breast implants that were recently recalled due to the risk of causing breast implant-associated lymphoma.

- *In re NCAA Student-Athlete Concussions* ($75 million settlement): As lead counsel in this medical monitoring class action on behalf of all current and former NCAA student-athletes, Beth was part of the team that achieved a historic $70-million dollar, 50-year medical monitoring program to diagnose short- and long-term effects from post-concussion syndrome and the accumulation of subconcussive hits. The settlement received final approval in 2019.

- *USC Student Health Center Sexual Abuse* (C.D. Cal.)*:* in this Title IX and negligence action for sexual abuse by a university gynecologist of thousands of students, Beth was part of the lead counsel team for the nationwide class. The parties reached a $240 million settlement, which received preliminary approval in 2019. The final fairness hearing is in early 2020.

- *Berry v. City of Chicago*, No. 124999 (Ill. Sup. Ct. 2019). As Lead Counsel in this state court action, Ms. Fegan seeks to recover on behalf of City residents whose lead service pipes (for water) were partially replaced by the City during construction. The lawsuit seeks medical monitoring for increased lead exposureand damages for inverse condemnation. While the trial court dismissed the action, the Illinois appellate court reversed, finding that "Where such [medical monitoring] testing is made necessary by defendant's breach of duty, courts have found that the testing itself is 'a present injury compensable in a tort action.'" *Berry v. City of Chicago*, 2019 Ill. App. LEXIS 356, *20 (Ill. App. May 22, 2019).[1]

- *In re Stericycle, Inc., Sterisafe Contract Litig.*: in this nationwide class action for breach of contract and consumer fraud, Beth was part of the lead counsel team for the nationwide class, with the Hon. Milton Shadur recognizing Beth as having "outstanding credentials."[2] The case settled for $295 million and final approval was granted in March 2018.

- *Senior annuities consumer protection class actions*: In a series of class actions against insurance companies that sold equity-indexed deferred annuities that targeted, but were not appropriate for, senior citizens, Beth and Tim were appointed to lead counsel and executive committee positions. These cases led to numerous settlements, including in American Equity Senior Annuities Fraud (C.D. Cal.) ($129 million settlement) and Midland Senior Annuities Fraud (C.D. Cal.) ($79.5 million settlement).

- *Baby Products Antitrust* (E.D. Pa.): As lead counsel for a class of consumers overcharged for high-end baby products (e.g. strollers, high chairs) as the result of a price-fixing conspiracy between Babies 'R Us and baby product manufacturers, Beth achieved a $35 million settlement after class certification was granted, summary judgment denied, and on the eve of trial.

---

[1] The City of Chicago has appealed the appellate court decision to the Illinois Supreme Court, which appeal is pending.

[2] *In Re: Stericycle, Inc., Sterisafe Contract Litigation*, MDL No. 2455, Case No. 13 C 5795 (N.D. Ill.) (ECF No. 56).

**feganscott**

- *"Thomas the Tank Engine" Toys Lead Paint Products Liability Litig.* (Ill. Cir. Ct., Cook County 2008). As Lead Counsel in a federal court action for medical monitoring for children exposed to toys painted with lead paint, Ms. Fegan intervened in a state court action and ultimately achieved the settlement of a nationwide class action for $30 million, including refunds for the contaminated products and the costs of blood lead testing for exposed children.

**EDUCATION**

- Loyola University Chicago School of Law, Juris Doctor (1995)
  - Editor, Loyola Law Journal; CALI award (Legal Writing); Leadership and Service award
  - Temple University School of Law Japan – Tokyo, Japan, Spring Semester 1994
- Michigan State University, B.A. International Relations (June 1992)
  - Minor Certifications: Japanese, French, East Asian Studies

**AWARDS**

- Lawdragon
  - 500 Leading Consuming Lawyers in America (2020)
  - 500 Leading Lawyers in America (2019)
- The National Trial Lawyers Association
  - Top 100 Civil Plaintiff's Lawyers (2020)
  - Top 100 Trial Lawyers (2015)
- Illinois Super Lawyer, Super Lawyers Magazine (2016, 2017, 2018, 2019)
- Woman of Influence 2017, Best Lawyers, Business Edition (Spring 2017)
- Award for Outstanding Section (Civil Rights) Newsletter of the Year, AAJ (2005-06)

**PUBLICATIONS AND PRESENTATIONS**

Editorial Board Committee (2015-18), The Federal Lawyer (Federal Bar Association): Judicial Profiles Editor (2017-18), Articles Editor (2016-17), Proof Editor (2015-16)

At Sidebar column: "From Litigator to Trial Lawyer," The Federal Lawyer (March 2018)

# feganscott

"You Have Class! How to Identify Potential Class Actions in Your Everyday Practice," Keynote Speaker, West Suburban Bar Association (Sept. 2016)

At Sidebar column: "FBA Convention and Ohio Spotlight," The Federal Lawyer (August 2016)

"An Opportunity or Landmine: Promoting Gender Diversity From The Bench," The Federal Lawyer (May 2016)

"Post-Certification Strategies," Presentation, Class Action Litigation in America – A National Symposium, American Bar Association (March 2016)

Co-Chair, HarrisMartin's MDL Conference: Herbal Supplements Litigation (2015)

"Recent Trends in Ascertainability," National Consumer Class Action Conference, Bridgeport Continuing Education (2014)

Consumer Litigation Roundtable (including 15 judges and lawyers) (N.D. Ill. 2013)

"What's wrong with owning your power?" Presentation, Women's Trial Lawyers Caucus Summit (AAJ 2012)

"Motions to Dismiss Under Rule 12(b)(6): Updating Your Playbook After the *Twombly* and *Iqbal* Cases," Law Seminars International (2011)

Contributing Editor, 2013 Annual Review of Antitrust Law Developments (ABA 2014); 2007 Annual Review of Antitrust Law Developments (ABA 2008)

Newsletter Editor, Civil Rights Section, American Association for Justice (2005-06)

"Home Rule Hits the Road in Illinois: *American Telephone & Telegraph Company v. Village of Arlington Heights*," Loyola Law Journal (1995)

Editor-at-Large, Loyola University Chicago Law Journal (1994-95)

**ADMISSIONS**

- State of Illinois
- United States District Courts: Northern, Central, Southern Districts of Illinois; District of Colorado; Eastern District of Michigan; Federal Court of Claims
- United States Courts of Appeal: First, Second, Third, Seventh, Eighth, Ninth, and D.C. Circuit

# feganscott

### *Jessica H. Meeder*



Jessica H. Meeder, Of Counsel at FeganScott, has been litigating class action, multi-district, and multi-plaintiff cases in state and federal courts for over a decade. Jessica plays a key role in building strong and successful cases on behalf of the individuals, corporations, and families that FeganScott represents. She is particularly skilled at effectively developing, briefing, and arguing creative legal theories and approaches, and she brings a high degree of depth, nuance, and dedication to every aspect of her work.

Jessica's passionate advocacy has resulted in numerous favorable judicial opinions, at both the trial court and appellate court levels, thus ensuring her clients a path to justice. These opinions include the following.

- *M.S., et al. v. Hamilton County Department of Education, et al.*, 756 Fed.Appx. 510 (6th Cir. 2018) is a pending putative class action filed on behalf of dozens of schoolchildren, pursuant to 42 U.S.C. § 1983 and the Fourteenth Amendment, as a result of a deadly school bus crash that occurred in November 2016. The district court dismissed plaintiffs' complaint for failure to state a claim; we secured reversal of that decision on appeal.

- *Boler, et al. v. Earley, et al.*, 865 F.3d 391 (6th Cir. 2017), *cert. denied.* 138 S.Ct. 1294 (2018). *Boler* was the second class action filed on behalf of Flint, Michigan residents for their toxic and valueless water. The district court dismissed plaintiffs' complaint, brought under 42 U.S.C. § 1983, the Contracts Clause, and state tort law, finding that it was preempted by the Safe Drinking Water Act. We secured reversal of that decision on appeal.

- *In re Behr Dayton Thermal Products, LLC,* Dkt. 274, Case No. 3:08–cv–326 (S.D. Ohio March 20, 2017), *aff'd* 896 F.3d 405 (6th Cir. 2018), *cert. denied,* 139 S.Ct. 1319 (2019). Defendants contaminated hundreds of residential properties with toxic chemicals, causing decades of ongoing property damage and loss. The district court granted class certification pursuant to Fed.R.Civ.P. 23(c)(4), properly concluding that action-wide predominance is not necessary to grant issues class certification. Its decision was upheld on appeal.

Prior to joining FeganScott in 2019 and opening its Washington, D.C. office, Jessica was a partner at a preeminent Baltimore-based law firm where she spearheaded its national class action and mass torts practices. She previously worked for several nationally prominent defense firms, where she practiced environmental regulation and permitting, pharmaceutical defense, and general insurance defense. Her experience representing insurance companies and defending businesses across multiple practice areas has made her an especially effective advocate for her injured clients.

Jessica is an invitation-only participant in the Duke Law Judicial Studies Center's Diversity Conference, which develops the *Guidelines and Best Practices Addressing Chronic Failure to Diversity Leadership Positions in the Practice of Law*, and the Duke Law Conference entitled Evaluating the 2015 Discovery-Proportionality Amendments and *Bolch-Duke Guidelines and Best Practices*. She is currently Chair of the American Association for Justice's Section on Toxic, Environmental, and Pharmaceutical Torts.

**CASE HIGHLIGHTS**

- *M.S., et al. v. Hamilton County Department of Education, et al.,* Case No. 1:16-cv-00501 (E.D. Tenn.) (currently pending), a pending putative class action brought under the Fourteenth Amendment and 42 U.S.C. § 1983 on behalf of dozens of school children injured or killed as a result of a November 1, 2016 bus crash.

- *Diallo, et al. v. AAAfordable Transportation LLC, et al.,* Case No. 24-C-17-005079 (Cir. Ct. for Baltimore City, Maryland), a consolidated multi-plaintiff action and putative class action brought on behalf of 17 individuals who were injured or killed in a tragic bus crash in November 2016 in Baltimore, Maryland.

Successfully resolved prior to trial for more than 80% of the plaintiffs' highest damages values.

- *Boler, et al. v. Earley, et al.,* Case No. 2:16-cv-10323 (E.D. Mich), the second class action case filed on behalf of Flint, Michigan residents for their toxic and valueless water; dismissal was successfully appealed to the Sixth Circuit, paving the way for future compensation.

- *Scales, et al. v. Mid-Atlantic Permanente Medical Group, et al.,* Case No. CAL17-18720 (Cir. Ct. for Prince George's County, Maryland), one of several multi-plaintiff actions brought in state court against several Kaiser Permanente entities and Dr. Bryan Williams regarding Williams' long-term sexual assault of his female patients; successfully resolved during discovery.

- Former counsel in *In re Behr Dayton Thermal Products, LLC,* Case No. 3:08–cv–326 (S.D. Ohio), a groundwater contamination case in which plaintiffs successfully achieved issues-class certification, which was upheld on appeal.

- *True, et al. v. Catholic Health Initiatives, et al.,* Case No. 13-cv-00065 (D. Md.), a putative class action brought on behalf of hundreds of individuals who received unnecessary cardiac stents from Dr. Mark Midei; successfully resolved during discovery.

- Former Maryland State Liaison, *In re: New England Compounding Pharmacy, Inc. Prod. Liab. Litig.,* Case No. 1:13-md-02419 (D. Mass.).

- *In re: Skechers Toning Shoe Prod. Liab. Litig.,* Case No. 3:11-md-02308 (W.D. Ky.), a multi-district litigation brought by purchasers of Skechers toning shoes who suffered personal injury as a result of the shoe's defective design.

# feganscott

## EDUCATION

- University of Maryland School of Law, Juris Doctor (2005)
    - Staff Editor and Associate Editor of the University of Maryland Law Journal of Race, Religion, Gender and Class
    - Certificate of Concentration in Environmental Law
- University of Washington, Seattle, B.A., Comparative History of Ideas (2002)
    - *Phi Beta Kappa*
- Landegg International University, Weinacht-Tobel, Switzerland, 1999

## CLERKSHIPS

- Honorable Robert M. Bell, Chief Judge of the Maryland Court of Appeals, 2005-2006

## ACTIVITES AND ORGANIZATIONS

- American Association for Justice
    - Chair, Section on Toxic, Environmental, and Pharmaceutical Torts
    - Former Co-Chair, Talcum Powder Litigation Group
- Member, Maryland Association for Justice
- Member, The Women's Bar Association of Maryland
- Invitation-Only Participant, Duke Law Judicial Studies Center Conference regarding *Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law*
- Invitation-Only Participant, Duke Law Conference on Evaluating the 2015 Discovery- Proportionality Amendments and *Bolch-Duke Guidelines and Best Practices*

## ADMISSIONS

- Maryland, District of Columbia
- United States Supreme Court
- United States Court of Appeals for the Sixth Circuit
- United States District Courts for the Districts of Maryland, District of Columbia, Colorado, and Eastern District of Michigan