

## Professional Biography of J. Barton Goplerud

I am a shareholder with Shindler, Anderson, Goplerud & Weese, P.C. ("Shindler Anderson"). I have practiced law since 1990.

I personally have been involved in complex and class action litigation since 2003, in both Iowa-focused and nationwide cases. My class action practice has focused on wage and hour violations under FLSA along with antitrust, securities violations, financial products, product defect, consumer fraud and RICO cases.  Exemplary matters are as follows.

In *Jones et al. v. Casey's General Stores, Inc.*, Case No. 4:07-cv-00400 (S.D. IA.) and *Wineland et al v. Casey's General Stores, Inc.* Case No. 4:08-cv-00020 (S.D. IA), my co-lead counsel and I obtained the largest wage and hour settlement in the history of the state of Iowa. We represented 7,800 current and former assistant managers and 76,000 non-management employees who worked for a large publicly traded regional convenience store company. These employees were required to work overtime, but were neither paid for the overtime hours worked, nor paid one-half times their regular hourly rate. My co-counsel and I were able to obtain $12.1 Million for the members of the collective action, as well as injunctive relief.

In *Hanson v. Berthel Fisher and Company Financial Services, Inc,* Case No. No. 1:13-cv-00067 (N.D. IA.), I was appointed Co-Lead Counsel against a securities broker-dealer who fraudulently established a real estate investment program and Ponzi-like scheme. I and my co-counsel were able to obtain financial relief and injunctive relief for the nationwide class of investors.

Nationally, I have been involved in class action litigation as Counsel, Co-Counsel or Lead Counsel in several matters. In *Fastrich et al. v. Continental General Insurance Company et al.*, Case No 1:17-cv-00615 (S.D. Ohio), I was appointed Co-Lead Counsel in a class action lawsuit involving a large

Steven H. Shindler   Frederick B. Anderson   J. Barton Goplerud   Ryan E. Weese   Andrew B. Howie   Peter J. Rolwes
Tara L. Hofbauer   Katie L. Gallo   Brian O. Marty   Brandon M. Bohlman   James R. Hinchliff   Kayla L. Sproul   Rachel M. Bosovich
Michael P. Mallaney *Senior Counsel*   Thomas W. Polking *Of Counsel*   Roger J. Hudson, Sr. *(1943-2016)*

WWW.SAGWLAW.COM



insurance company that for decades had defrauded its agents out of a substantial amount of commissions. I represented a class of insurance agents, spanning over fifteen years, and obtained financial relief for these class members.

In *Aleem et al v. Pearce & Durick et al.*, Case No. 1:15-cv-00085 (D.N.D.), I was Co-Lead Counsel representing a class of individuals that had been victims of a Ponzi scheme in the North Dakota shale oil fields. Along with my co-counsel, I obtained substantial financial relief against a law firm that represented the perpetrators of the fraud during the fraud. In obtaining the relief, I obtained the rare non-opt-out class settlement under Fed. R. Civ. P. 23(b)(1)(B).

In addition, I have been Lead Counsel in several other cases, including *Etter v. Trinity Structural Towers, Inc.,* (Dkt.No. 4:11-cv-00249) (D. Iowa); *Davis et al v. TPI Iowa LLC, et al.* (Dkt. No. 4:11-cv-00233) (D. Iowa); *Garcia et al v. Loffredo Gardens, Inc. et al* (Dkt. No. 4:11-cv-00118) (D. Iowa); *Jefferson et al v. Per Mar Security Services et al*. (Dkt. No. 3:12-cv-00113) (D. Iowa); *Winterstein v. Ferrara Candy Company* (Dkt. No. 4:13-cv-00468) (D. Iowa); and *Molyneux et al v. Securitas Security Services, USA Inc.* (Dkt. No. 4:10-cv-00588) (D. Iowa).

The matters in which I have been Local Counsel, Co-Counsel or Co-Lead Counsel include *Chambers v. North American Company for Life and Health Insurance* (Dkt. No. 4:11-cv-00579) (D. Iowa); *Kramer v. Aegon USA, LLC et al* (Dkt. No. 1:15-cv-00031) (D. Iowa); *Kelly v. Phiten USA, Inc.*(Dkt. No. 4:11-cv-00067) (D. Iowa); *Roth v. Lifetime Fitness, Inc. et al.* (Dkt. No. 0:16-cv-02476) (D. Minnesota)*; Michael et al. v. The Honest Company, Inc.* (Dkt. No. 2:15-cv-07059) (C.D. CA)*; Grodzitsky et al. v. American Honda Motor Co., Inc.* (Dkt. No. 2:12-cv-01142) (C.D. CA); *In re National Collegiate Athletic Student-Athlete Concussion Injury Litigation* (Dkt. No. 1:13-cv-09116) (N.D. Ill.); *In re Citimortgage Inc Home Affordable Modification Program HAMP Contract Litigation* (Dkt. No. 2:11-ml-02274) (C.D. CA); *Carlin et al. v. Dairy America, Inc.* (Dkt. No. 1:09-cv-00430) (E.D. CA); *In re Pre-Filled Propane Tank Marketing and Sales Practices Litigation* (Dkt. No. 4:09-md-02086) (W.D. Missouri



Kansas City); *In re Certainteed Corporation Roofing Shingles Products Liability Litigation* (Dkt. No. 2:07-md-01817) (E.D. PA); *Government of Puerto Rico v. AU Optronics Corporation et al.* (Dkt. No. SJ2018CV04695) (Commonwealth of Puerto Rico Court of First Instance) (As Special Counsel to the Commonwealth of Puerto Rico); *Government of Puerto Rico v. LG Electronics, Inc. et al.* (As Special Counsel to the Commonwealth of Puerto Rico)*; Honorable Wanda Vazquez, Attorney General for the Government of Puerto Rico v. The Carpenter Company et al.* (As Special Counsel to the Commonwealth of Puerto Rico)*; Quiles Mejias et al v. Banco Popular de Puerto Rico et al* (Dkt. No. 3:13-cv-01880) (D. Puerto Rico San Juan)*; Marrero-Rolon et al v. Autoridad de Energia Electrica et al* (Dkt. No. 3:15-cv-01167) (D. Puerto Rico San Juan); *Rosa-Rivera et al. v. Municipio de San Juan et al.* (Dkt. No. 3:16-cv-01465) (D. Puerto Rico San Juan)*;* and *Sanchez-Rosa et al. v. Municipio de San Juan et al.* (Dkt. No. 3:18-cv-01558) (D. Puerto Rico San Juan).