AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Otis Lindell Chapman and Kim Chapman | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-01277 |
| Monsanto Company | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Otis Lindell Chapman and Kim Chapman.

Date:  03/10/2020

/s/ David J. Diamond
*Attorney's signature*

David J. Diamond (AZ 010842)
*Printed name and bar number*
Goldberg & Osborne LLP
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705

*Address*

ddiamond@goldbergandosborne.com
*E-mail address*

(520) 620-3975
*Telephone number*

(520) 620-3991
*FAX number*