# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** David A. Taliaferro and Margaret T. Taliaferro v. Monsanto Co. | Case No. 3:20-cv-00836-VC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, Robert E. Byrne Jr. moves this Court to grant him leave to withdraw as counsel on behalf of Plaintiffs David A. Taliaferro and Margaret T. Taliaferro in the above-captioned case. In support of this Motion, he states as follows:

1. Attorney Robert E. Byrne Jr. of MartinWren, P.C. filed an appearance on behalf of David A. Taliaferro and Margaret T. Taliaferro

2. Robert E. Byrne Jr. is withdrawing from this case and will no longer be representing David A. Taliaferro and Margaret T. Taliaferro. Further, he no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. Don McKenna of Hare Wynn Newell & Newton will continue to represent David A. Taliaferro and Margaret T. Taliaferro in this case. Therefore, David A. Taliaferro and Margaret T. Taliaferro will not be prejudiced by this withdrawal.

WHEREFORE, Robert E. Byrne Jr. hereby respectfully asks that this Court grant leave for him to withdraw and to remove him from all service lists as counsel for David A. Taliaferro and Margaret T. Taliaferro in the above-captioned case.

Dated: March 6, 2020

Respectfully Submitted,

MARTINWREN, PC

/s/ Robert E. Byrne Jr.
Robert E. Byrne, Jr., VSB #48148
MARTINWREN, P.C.
400 Locust Ave, Ste 1
Charlottesville, Virginia 22903
T.: (434) 817-3100
F.: (434) 817-3110
byrne@martinwrenlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Robert E. Byrne Jr., hereby certify that on March 6, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Robert E. Byrne Jr.
Robert E. Byrne Jr.