UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> *This document relates to:* ) <br> Dale A. Brunts v. Monsanto Co., ) <br> Case No. 3:19-cv-06427-VC ) | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |

**NOTICE OF REQUEST FOR REMOVAL FROM**
**NOTICE OF ELECTRONIC FILINGS IN MDL No. 2741**

PLEASE TAKE NOTICE that Richard K. Dowd of Dowd & Dowd, P.C. hereby requests that he be removed from the Court's ECF Notification list for MDL Case No. 16-md-02741 as he has no pending individual cases in that *Brunts v. Monsanto*, Case No. 3:19-cv-06247-VC, is now closed and he has no other pending cases in this MDL. Notices of Electronic Filings to Richard K. Dowd (rdowd@dowdlaw.net; laura@dowdlaw.net; jennifer@dowdlaw.net) should be terminated.

Dated: March 11, 2020

                                          DOWD & DOWD, P.C.

                            By:   /s/ Richard K. Dowd
                                     Richard K. Dowd (33383)
                                     211 N. Broadway, Suite 4050
                                     St. Louis, MO 63102
                                     (314) 621-2500
                                     (314) 621-2503 Fax
                                     rdowd@dowdlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record this 11th day of March, 2020.

                                          /s/ Richard K. Dowd