**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Catarina Lenig and David Lenig v. Monsanto Co.,* Case No. 3:20-cv-00529-VC | |

### <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.    Bayer AG is a publicly held corporation.

DATED:  March 11, 2020        Respectfully submitted,

           /s/ Joe G. Hollingsworth
           Joe G. Hollingsworth (*pro hac vice*)
           (jhollingsworth@hollingsworthllp.com)
           Eric G. Lasker (*pro hac vice*)
           (elasker@hollingsworthllp.com)
           HOLLINGSWORTH LLP
           1350 I Street, N.W.
           Washington, DC  20005
           Telephone:  (202) 898-5800
           Facsimile:   (202) 682-1639

           *Attorneys for Defendant*
           *MONSANTO COMPANY*