Roopal P. Luhana, Esq. (SBN: 4127841)
Chaffin Luhana LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Email: luhana@chaffinluhana.com

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 16-md-02741-VC |
| *Maxwell v. Monsanto Company* <br> Case No: 3:20-cv-01552-VC | **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF ROGER MAXWELL** |

PLEASE TAKE NOTICE that Roopal P. Luhana, Esq. of Chaffin Luhana LLP hereby enters an appearance as counsel for Plaintiff ROGER MAXWELL in the above-captioned matter and respectfully requests all pleadings, notices, orders, correspondence, and other papers in connection of this action be served at the address noted below.

    Roopal P. Luhana, Esq.
    Chaffin Luhana LLP
    600 Third Avenue, 12th Floor
    New York, NY 10016
    Telephone: (888) 480-1123
    Email: luhana@chaffinluhana.com

DATED this 11th day of March 2020

    /s/ *Roopal P. Luhana*
    Roopal P. Luhana, Esq.
    Eric Chaffin, Esq.
    Chaffin Luhana LLP
    600 Third Avenue
    12th Floor
    New York, NY 10016
    (347) 269-4461
    luhana@chaffinluhana.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of March, 2020, a true and correct copy of the foregoing Notice of Appearance was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

/s/ *Roopal P. Luhana*