# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3: 16-md-02741-VC |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: Jonathan Welch v. Monsanto Company | Case No. 3:19-cv-01777-VC |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs. Plaintiff Jonathan Welch is a party on Glenda Baker et al v. Monsanto Company, case number 19SL-CC04283, pending in the Circuit Court of St. Louis County. Stipulation of Dismissal does not apply to Glenda Baker et al v. Monsanto Company, case number 19SL-CC04283.

Dated: March 9, 2020

| | |
|---|---|
| **/s/ Seth W. Webb** | **/s/ Martin C. Calhoun** |
| Seth W. Webb | Martin C. Calhoun, Esq. |
| Brown & Crouppen P.C. | HOLLINGSWORTH LLP |
| 211 N. Broadway Suite 1600 | 1350 I Street NW |
| St. Louis, MO 63102 | Washington, DC 20005 |
| Tel: (314) 222-2222 | Tel: (202) 898-5867 |
| Attorney for the Plaintiff | Attorney for Defendant |