1  Name: Valyncia S. Hill c/o Dianal Glasper-Hill
2  Address: 189 N. Shelly Avenue
   Fresno, California 93727
3  Phone Number: (225) 454-4485
4  E-mail Address: dianalglasper.pancreatic2016@gmail.com
5  Pro Se

**RECEIVED**
MAR - 9 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Valyncia S. Hill, et al., on behalf of the Estate and Wrongful Death beneficiaries of Dianal Glasper-Hill, Plaintiff, vs. ROUNDUP PRODUCTS LIABILITY LITIGATION Defendant. | Case Number: 16-md-02741-VC<br><br>[~~PROPOSED~~] ORDER ~~GRANTING~~ **DENYING** MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |
|---|---|

The Court has considered the Motion for Permission for Electronic Case Filing. The motion is denied.

IT IS SO ORDERED.

DATED: March 12, 2020

**DENIED**

Judge Vince Chhabria

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*