1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7
                        UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9

10 IN RE: ROUNDUP PRODUCTS              MDL No. 2741
   LIABILITY LITIGATION
                                        Case No. 3:16-md-02741-VC
11

12 This document relates to:

13 *Allan McDonald & Arleda McDonald v.*
   *Monsanto Co.,*
   Case No. 3:20-cv-00507-VC
14

15      **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18          1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19          2.      Bayer AG is a publicly held corporation.

20 DATED:  March 13, 2020                 Respectfully submitted,

21                                         /s/ Joe G. Hollingsworth
22                                         Joe G. Hollingsworth (*pro hac vice*)
                                           (jhollingsworth@hollingsworthllp.com)
23                                         Eric G. Lasker (*pro hac vice*)
                                           (elasker@hollingsworthllp.com)
24                                         HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
25                                         Washington, DC  20005
                                           Telephone:  (202) 898-5800
26                                         Facsimile:   (202) 682-1639

27                                         *Attorneys for Defendant*
                                           *MONSANTO COMPANY*
28

            MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
                   3:16-md-02741-VC & 3:20-cv-00507-VC