**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
                elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Karen McCulloch, individually, and as successor in interest for the estate of James Levi McCulloch, deceased*<br>*v. Monsanto Co. and John Does 1-100*,<br>Case No. 3:20-cv-01672-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

     1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

     2.     Bayer AG is a publicly held corporation.

1   DATED:  March 13, 2020             Respectfully submitted,

2

3                          /s/ Joe G. Hollingsworth
                         Joe G. Hollingsworth (*pro hac vice*)

4                          (jhollingsworth@hollingsworthllp.com)
                         Eric G. Lasker (*pro hac vice*)

5                          (elasker@hollingsworthllp.com)
                         HOLLINGSWORTH LLP

6                          1350 I Street, N.W.
                         Washington, DC  20005

7                          Telephone:  (202) 898-5800
                         Facsimile:   (202) 682-1639

8                          *Attorneys for Defendant*
                         *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-01672-VC