**MORGAN & MORGAN**
T. Michael Morgan (*pro hac vice*)
G. Katherine Chambers (*pro hac vice*)
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:   (407) 420-1414
Facsimile:    (407) 245-3389
Email:         *mmorgan@forthepeople.com*
                 *kathychambers@forthepeople.com*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Donna Winn v. Monsanto Company*<br>Case No. 3:19-CV-06829 | MDL No. 2741<br><br>CASE NO. 3:16-MD-02741 - VC |

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Donna Winn and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Monsanto Company.

Dated: March 17, 2020

Tampa, Florida

/s/ T. Michael Morgan
T. Michael Morgan (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Tel.: (407) 420-1414
Facsimile: (407) 245-3389
mmorgan@forthepeople.com

NOTICE OF VOLUNTARY DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

/s/ G. Katherine Chambers
G. Katherine Chambers (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Facsimile: (813) 222-2434
kathychambers@forthepeople.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL - 2

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, a copy of the foregoing document was electronically filed the Clerk of the Court through the CM/ECF system which sent notice of filing to all parties of record.

*/s/ G. Katherine Chambers*

NOTICE OF VOLUNTARY DISMISSAL - 3