**NIX PATTERSON, LLP**
Cody L. Hill (*pro hac vice*)
3600 N. Capital of Texas Hwy.
Suite B350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
codyhill@nixlaw.com

*Counsel for Plaintiffs Mark D. Stewart*
*and Lisa K. Stewart*

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Mark D. Stewart and Lisa K. Stewart v. Monsanto Company*, Case No. 3:20-cv-01835-VC | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF PLAINTIFFS MARK D. STEWART AND LISA K. STEWART** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Cody L. Hill of NIX PATTERSON, LLP, hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs, Mark D. Stewart and Lisa K. Stewart, and respectfully requests that all pleadings, notices, motions, orders, correspondence and other papers or filings in connection with this action be served upon him at the following address:

> Cody L. Hill
> **NIX PATTERSON, LLP**
> 3600 N. Capital of Texas Hwy.
> Suite B350
> Austin, TX 78746
> Tel: (512) 328-5333
> Fax: (512) 328-5332
> codyhill@nixlaw.com

DATED: March 18, 2020

Respectfully submitted,

**NIX PATTERSON, LLP**

*/s/ Cody L. Hill*
Jeffrey J. Angelovich
Bradley E. Beckworth
James E. Warner III
Ross Leonoudakis
Cody L. Hill
3600 N. Capital of Texas Hwy.
Suite B350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
jwarner@nixlaw.com
rossl@nixlaw.com
codyhill@nixlaw.com

**WHITTEN BURRAGE**
Michael Burrage
Reggie Whitten
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: (405) 516-7800
Fax: (405) 516-7859
mburrage@whittenburragelaw.com
rwhitten@whittenburragelaw.com

***ATTORNEYS FOR PLAINTIFFS MARK D. STEWART AND LISA K. STEWART***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

>  /s/ Cody L. Hill
>  Cody L. Hill