**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Charles Atherton v. Monsanto Co. and John Does 1-V*, Case No. 3:20-cv-01067-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED:  March 18, 2020			Respectfully submitted,

			/s/ Joe G. Hollingsworth
			Joe G. Hollingsworth (*pro hac vice*)
			(jhollingsworth@hollingsworthllp.com)
			Eric G. Lasker (*pro hac vice*)
			(elasker@hollingsworthllp.com)
			HOLLINGSWORTH LLP
			1350 I Street, N.W.
			Washington, DC  20005
			Telephone:  (202) 898-5800
			Facsimile:   (202) 682-1639

			*Attorneys for Defendant*
			*MONSANTO COMPANY*