**MORGAN & MORGAN**
T. Michael Morgan (*pro hac vice*)
G. Katherine Chambers (*pro hac vice*)
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:     (407) 420-1414
Facsimile:      (407) 245-3389
Email:            mmorgan@forthepeople.com
                     kathychambers@forthepeople.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Donna Winn v. Monsanto Company*<br>Case No. 3:19-CV-06829 | MDL No. 2741<br><br>CASE NO. 3:16-MD-02741 - VC |

<u>JOINT STIPULATION FOR DISMISSAL</u>

   Plaintiff, Donna Winn, and Defendant, Monsanto Company, through their undersigned Counsel, hereby stipulate and agree to the dismissal of this cause with prejudice and each party to bear its own costs and attorney's fees.

   Dated: March 24, 2020

   Tampa, Florida

              */s/ T. Michael Morgan*
              T. Michael Morgan (*pro hac vice*)
              **MORGAN & MORGAN**
              **COMPLEX LITIGATION GROUP**
              20 N. Orange Avenue, Suite 1600
              Orlando, Florida 32801
              Tel.: (407) 420-1414
              Facsimile: (407) 245-3389
              mmorgan@forthepeople.com

1
2
3
4
5

*/s/ G. Katherine Chambers*
G. Katherine Chambers (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Facsimile: (813) 222-2434
kathychambers@forthepeople.com

6

*Attorneys for Plaintiff*

7

8
9
10
11
12
13

*/s/ Erik G. Lasker*
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC 20005
Tel.: (202) 898-5800
Facsimile: (202) 682-1639
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com

*Attorneys for Defendant*

14
15
16
17
18
19
20
21
22
23

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2020, a copy of the foregoing document was electronically filed the Clerk of the Court through the CM/ECF system which sent notice of filing to all parties of record.

*/s/ G. Katherine Chambers*

JOINT STIPULATION OF DISMISSAL - 3