

Bryce T. Hensley
Direct Dial: (312) 253-8800
Email: bhensley@rblaw.net

Thursday, March 26, 2020

**FILED VIA ECF**
The Honorable Vince Chhabria
United States District Court, Northern District of California

   Re: *Meghan Caruso, et al. v. Russo Hardware, et al.*
      Case No.: 3:16-MD-2741; 3:20-CV-01017-VC

To the Honorable Vince Chhabria:

  Although not raised by Monsanto in their Opposition Brief to Plaintiff's Motion to Remand (3:20-CV-01017, Dkt. 35; 3:16-MD-2741-VC, Dkt. 10099), I regretfully recognize an error in my submission to the Court as it relates to Plaintiff's Brief in Support of Motion to Remand (Dkt. 31; Dkt. 9746). The Brief submitted exceeded this specific Court's Standing Order as it relates to brief length, which limits briefs in support of motions to 15 pages unless expressly granted. The Brief did not adhere to this Standing Order and, in fact, exceeded 17 pages using a "Century" font—considerably larger than a more traditional "Times New Roman" font. In my inadvertence, it was not my intention to burden the Court by including excessive argument or disadvantage Opposing Counsel through unilateral violation of any Standing Order.

  While recognizing that a post-hoc agreement between the Parties does not automatically grant leave to circumvent such Orders, I have spoken with Opposing Counsel T.J. Dammrich, who has indicated that there is no objection to Plaintiff's Brief length or the filing of an Amended Brief should this Court request it. Should this Court request an Amended Brief that complies with the Standing Order, Plaintiff would respectfully request that she be granted leave to abide by the Court's Standing Order and submit one that does so. I have submitted such a brief as **Exhibit A** to this Letter, which merely altered the font type. Otherwise, nothing in the Brief was altered in any way. Simultaneously, and in further attempt to mitigate the prior error and abide by this Court's Standing Order, I have filed my Reply Brief in this matter limiting it to 10 pages, considerably shorter than the initial Reply Brief submitted in the transferor court (3:20-CV-01017, Dkt. 23).

Respectfully submitted,

ROMANUCCI & BLANDIN, LLC

/s/  Bryce T. Hensley
*Attorney for Plaintiff*

Bryce T. Hensley
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
bhensley@rblaw.net

**CERTIFICATE OF SERVICE**

I, Bryce T. Hensley, Counsel for Plaintiff, hereby certify that on March 26, 2020, I electronically filed "Letter to the Court Regarding Brief Length" and accompanying documents with the Clerk of the Court using the CM/ECF System, which sends notification of such filing to the following CM/ECF participants:

T.J. Dammrich, II
Peter Francis O'Neill
Shook, Hardy & Bacon LLP
111 S. Wacker, Suite 4700
Chicago, IL 60606
(312) 704-7721
tjdammrich@shb.com
pfoneill@shb.com
docket@shb.com

Brett Michael Mares
Heyl Royster Voelker & Allen
33 N. Dearborn Street
7th Floor
Chicago, IL 60602
(312) 853-8700
bmares@heylroyster.com

**Date: March 26, 2020**                    /s/ Bryce T. Hensley
                                            Illinois State Bar No. 6327025
                                            **ROMANUCCI & BLANDIN, LLC**
                                            321 N. Clark Street, Suite 900
                                            Chicago, IL 60654
                                            312-253-8800
                                            bhensley@rblaw.net
                                            *Counsel for Plaintiff*