1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |
11 | This document relates to: |  |
12 | *Linda Burlingame, Individually and as Administratrix of the Estate of Gary Burlingame v. Monsanto Co.*, Case No. 3:20-cv-01629-VC |  |
13 
14
                **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**
15
        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company
16
   ("Monsanto") makes the following disclosures:
17
        1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
18
        2.    Bayer AG is a publicly held corporation.
19
   DATED:  March 27, 2020                    Respectfully submitted,
20
                                             /s/ Joe G. Hollingsworth
21                                           Joe G. Hollingsworth (*pro hac vice*)
                                             (jhollingsworth@hollingsworthllp.com)
22                                           Eric G. Lasker (*pro hac vice*)
                                             (elasker@hollingsworthllp.com)
23                                           HOLLINGSWORTH LLP
                                             1350 I Street, N.W.
24                                           Washington, DC  20005
                                             Telephone:  (202) 898-5800
25                                           Facsimile:   (202) 682-1639

26                                           *Attorneys for Defendant*
                                             *MONSANTO COMPANY*
27
28