UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: *Edward Danecki v. Monsanto Company* | Case No. 3:19-cv-07378-VC |

## MOTION TO WITHDRAW OF ROBERT F. NAGEL
## AS ATTORNEY OF RECORD FOR PLAINTIFF

NOW COMES Wesley D. Merillat and Robert F. Nagel ("Movants"), and hereby respectfully moves the Court for permission to withdraw Robert F. Nagel from representing Plaintiff in the above-captioned matter. In support of this Motion, Movants state as follows:

1. Plaintiff is currently, and will continue to be, represented by Wesley D. Merillat of Charles E. Boyk Law Offices, LLC.

2. Movant Robert F. Nagel's Withdrawal as Counsel of Record should not cause any delay or prejudice to the parties or this proceeding.

WHEREFORE, all premises considered, and for good cause shown, Movants request that the Court grant permission for Robert F. Nagel to withdraw as counsel for Plaintiff.

Date: 03/27/2020                                 Respectfully submitted,

                                                 */s/ Wesley D. Merillat*
                                                 Wesley D. Merillat (OH 0080253)
                                                 CHARLES E. BOYK LAW OFFICES, LLC

1

405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
Telephone: (419) 241-1395
Facsimile:  (419) 241-8731
Email:  wmerillat@charlesboyk-law.com
*Attorney for Plaintiff*


*/s/ Robert F. Nagel*
Robert F. Nagel (WI 1022091)
LAW OFFICES OF ROBERT NAGEL
30 West Mifflin Street, Suite 1001
Madison, WI 53703
Telephone: (608) 255-1501
Email:  rnagel@nagel-law.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March 2020, I electronically transmitted the foregoing Motion to Withdraw as Attorney of Record to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants associated with this case.

Respectfully Submitted,

*/s/ Wesley D. Merillat*
Wesley D. Merillat (OH 0080253)