# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Donald V. Scott & LaWanda Yvette Earl Scott v. Monsanto Company*, Case No. 3:19-cv-06177-VC | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the provisions of Fed. R. Civil P. 41(a)(1)(A)(ii), it is hereby stipulated, by and between the undersigned parties, that the above captioned case is hereby dismissed without prejudice. Pursuant to Local Rule 5-1.(i)(3), counsel for Plaintiffs attests that the concurrence of each signatory to the filing of this stipulation was obtained in writing. Each party will bear its own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: March 30, 2020 | By: */s/ Wendy R. Fleishman* |
| 2 | | Wendy R. Fleishman |

Wendy R. Fleishman (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
T: (212) 355-9500
F: (212) 355-9592
*Attorneys for Plaintiffs*

By: /s/ *Joe G. Hollingsworth*

HOLLINGSWORTH LLP
Joe G. Hollingsworth
Eric G. Lasker
1350 I Street, N.W.
Washington, DC 20005
Telephone: 202-898-5800
Fax: 202-682-1639
Email: jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| *Donald V. Scott and LaWanda Yvette Earl Scott v. Monsanto Company.* | |
| Case No. 3:19-cv-06177-VC | |

Pursuant to the parties' March 30, 2020 Stipulation of Voluntary Dismissal Without Prejudice, *Donald V. Scott and LaWanda Yvette Earl Scott v. Monsanto Company.*, Case No: 3:19-cv-06177-VC is dismissed without prejudice. The Clerk of Court will close this case.

**SO ORDERED**.

Date: _____, 2020

Hon. Vince Chhabria
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020 a true copy of the above document was served upon the attorneys of record by the Court's Electronic Case Filing System.

           */s/ Wendy R. Fleishman*
           Wendy R. Fleishman

1931404.1    - 3 -    STIP OF VOLUNTARY DISMISSAL
CASE # 3:16-MD-02741-VC