1

2

3

4

5

6

7

8

9
**IN THE UNITED STATES DISTRICT COURT**

10
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12
IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

13
MDL No. 2741

14
Case No. 3:16-md-02741-VC

15
This document relates to: *Jerome Barkum v. Monsanto Company*, Case No. 3:19-cv-05597-VC

16

17
**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

18
    Pursuant to the provisions of Fed. R. Civil P. 41(a)(1)(A)(ii), it is hereby stipulated, by

19
and between the undersigned parties, that the above captioned case is hereby dismissed without

20
prejudice.  Pursuant to Local Rule 5-1.(i)(3), counsel for Plaintiffs attests that the concurrence of

21
each signatory to the filing of this stipulation was obtained in writing. Each party will bear its

22
own costs and fees.

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated: March  30, 2020 |
| 2 | |

By: /s/_Wendy R. Fleishman_____
      Wendy R. Fleishman

Wendy R. Fleishman (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
T:  (212) 355-9500
F:  (212) 355-9592
*Attorneys for Plaintiffs*

By: /s/ *Joe G. Hollingsworth*_____

HOLLINGSWORTH LLP
Joe G. Hollingsworth
Eric G. Lasker
1350 I Street, N.W.
Washington, DC 20005
Telephone:  202-898-5800
Fax:  202-682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jerome Barkum v. Monsanto Company.*<br><br>Case No. 3:19-cv-05597-VC | **[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Pursuant to the parties' March 30, 2020 Stipulation of Voluntary Dismissal Without Prejudice, *Jerome Barkum v. Monsanto Company.*, Case No: 3:19-cv-05597-VC is dismissed without prejudice. The Clerk of Court will close this case.

**SO ORDERED**.

Date: _____, 2020

_____
Hon. Vince Chhabria
United States District Court Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020 a true copy of the above document was served upon the attorneys of record by the Court's Electronic Case Filing System.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman