1    **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2    Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3    Washington, DC  20005
Telephone:  (202) 898-5800
4    Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6    *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10   IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 11 | Case No. 3:16-md-02741-VC |
| 12   This document relates to: | |
| 13   *Narvelia Cooper as Special Administratrix of the Estate of Patrick Stewart and on behalf of* | |
| 14   *the Wrongful Death Beneficiaries of Patrick Stewart v. Monsanto Co. and John Does 1-V,* | |
| 15   Case No. 3:20-cv-01952-VC | |

16                    **MONSANTO COMPANY'S**
     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
17

18         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

19   associations of persons, firms, partnerships, corporations (including parent corporations) or other

20   entities (i) have a financial interest in the subject matter in controversy or in a party to the

21   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22   substantially affected by the outcome of this proceeding:

23         Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

24         Bayer AG has a financial interest in a party to the proceeding.

25

26

27

28                                         1
     MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                    3:16-md-02741-VC & 3:20-cv-01952-VC

1   DATED:  March 30, 2020                    Respectfully submitted,

2

3                                             /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth (*pro hac vice*)
                                              (jhollingsworth@hollingsworthllp.com)
4                                             Eric G. Lasker (*pro hac vice*)
                                              (elasker@hollingsworthllp.com)
5                                             HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
6                                             Washington, DC  20005
                                              Telephone:  (202) 898-5800
7                                             Facsimile:   (202) 682-1639

8                                             *Attorneys for Defendant*
                                              *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-01952-VC