1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
    |---|---|
    |  | Case No. 3:16-md-02741-VC |
    | This document relates to: |  |
    | *Narvelia Cooper as Special Administratrix of the Estate of Patrick Stewart and on behalf of the Wrongful Death Beneficiaries of Patrick Stewart v. Monsanto Co. and John Does 1-V*, Case No. 3:20-cv-01952-VC |  |

16          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

17      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

18  ("Monsanto") makes the following disclosures:

19      1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

20      2.     Bayer AG is a publicly held corporation.

1 | DATED:  March 30, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-01952-VC