1 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 | Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 | Washington, DC  20005
Telephone:  (202) 898-5800
4 | Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5 |              elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
*MONSANTO COMPANY*

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

Case No. 3:16-md-02741-VC

11 |

12 | This document relates to:

13 | *Velma Hurst, Individually and on behalf of the Estate of Paul Hurst v. Monsanto Co.*,
Case No. 3:20-cv-01761-VC

14 |

15 | **<u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>**

16 | Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 | ("Monsanto") makes the following disclosures:

18 |     1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19 |     2.    Bayer AG is a publicly held corporation.

20 | DATED:  April 2, 2020          Respectfully submitted,

21 |

22 | /s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
23 | Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
24 | HOLLINGSWORTH LLP
1350 I Street, N.W.
25 | Washington, DC  20005
Telephone:  (202) 898-5800
26 | Facsimile:   (202) 682-1639

27 | *Attorneys for Defendant*
*MONSANTO COMPANY*

28 |

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-01761-VC