**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:          jhollingsworth@hollingsworthllp.com
                    elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Mary Lou Little v. Monsanto Co.*, <br> Case No. 3:20-cv-01829-VC | |

### <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.      Bayer AG is a publicly held corporation.

DATED:  April 6, 2020                          Respectfully submitted,

                                                             /s/ Joe G. Hollingsworth
                                                             Joe G. Hollingsworth (*pro hac vice*)
                                                             (jhollingsworth@hollingsworthllp.com)
                                                             Eric G. Lasker (*pro hac vice*)
                                                             (elasker@hollingsworthllp.com)
                                                             HOLLINGSWORTH LLP
                                                             1350 I Street, N.W.
                                                             Washington, DC  20005
                                                             Telephone:  (202) 898-5800
                                                             Facsimile:   (202) 682-1639

                                                             *Attorneys for Defendant*
                                                             *MONSANTO COMPANY*