April 6, 2020

The Honorable Vince Chhabria
USDC – Northern District of California
450 Golden Gate Avenue, Courtroom 4 – 17th Floor
San Francisco, CA 94102

    **RE:**    ***In Re: Roundup Products Liability Litigation MDL No. 2741***
             ***Case No. 16-md-02741-VC***
             ***April 16, 2020 Wave I MDL Hearing***

Dear Judge Chhabria:

    As your Honor is aware, various Wave 1 motions remain outstanding and are set for a hearing on April 16.

    Consistent with the Court's last order regarding the scheduling of the hearing, the parties are prepared to proceed. However, the parties have conferred and do not believe that oral argument is necessary. If the Court agrees, the Parties request that the Court rule on the papers submitted.

    Of course, if the Court would like to hold oral argument on any of the pending Wave 1 motions, the parties are prepared to accommodate the Court and Court staff during these challenging times. The Parties propose that any hearing be conducted by Court Call in order to do so, but of course will take any steps the Court deems necessary to best conduct a hearing.

    Thank you for your thoughtful consideration of this request. We await the Court's direction.

                                  Respectfully submitted,

                                  /s/ Michael J. Miller_____
                                Michael J. Miller, Esq. (pro hac vice)
                                The Miller Firm LLC
                                108 Railroad Avenue
                                Orange, VA 22960
                                Phone: 540-672-4224
                                Fax: 540-672-3055
                                mmiller@millerfirmllc.com

*The Honorable Vince Chhabria*
*April 6, 2020*
*Page 2*

        /s/ Aimee Wagstaff
        Aimee Wagstaff (SBN: 278418)
        Andrus Wagstaff
        7171 W. Alaska Drive
        Lakewood, CO 80226
        Phone: (303) 376-6360
        Fax: (303) 376-6361
        Aimee.wagstaff@andruswagstaff.com


        /s/ Robin Greenwald
        Robin Greenwald, (pro hac vice)
        Weitz & Luxenberg
        700 Broadway
        New York, NY 10003
        Phone: (212) 558 5500
        Fax: (212) 344 5461
        RGreenwald@weitzlux.com

        *Attorneys for Plaintiffs*


        /s/ Brian L. Stekloff
        Brian L. Stekloff (pro hac vice)
        Wilkinson Walsh + Eskovitz LLP
        2001 M St. NW, 10th Floor
        Washington, DC 20036
        Tel: (202) 847 4030
        Fax: (202) 842 4005
        bstekloff@wilkinsonwalsh.com

        *Co-Counsel for Defendant*
        *Monsanto Company*