Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Jessica H. Meeder
FEGAN SCOTT LLC
1200 G Street, N.W., Ste. 800
Washington, D.C. 20005
T: 202-434-8992
F: 202-217-2814
jessica@feganscott.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Sheller v. Bayer AG, et al.,* Case No. 3:19-cv-07972 | **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO APPOINT FEGAN SCOTT, LLC AS INTERIM CLASS COUNSEL FOR THE MEDICAL MONITORING CLASS** |

Plaintiff Aaron Sheller, by and through counsel, files this notice to advise the Court that no party has filed an opposition to Plaintiff's Renewed Motion to Appoint Fegan Scott, LLC as Interim Class Counsel for Medical Monitoring Class ("Renewed Motion") (Dkt. 9771).

Plaintiff filed his Renewed Motion on March 10, 2020 and noted April 30, 2020 at 10 a.m. as the hearing date. No party filed an opposition or response to Plaintiff's Renewed Motion and the deadline to do so has passed. Plaintiff's Renewed Motion is thus ripe for ruling on the papers.

Alternatively, Plaintiff remains ready and willing to present his argument at a hearing should the Court so prefer.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Renewed Motion To Appoint Fegan Scott LLC as Interim Class Counsel For The Medical Monitoring Class, and grant such other and further relief as this Court deems appropriate.

Dated: April 7, 2020

Respectfully submitted,

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
T: 312-741-1019
F: 312.264.0100
beth@feganscott.com

Jessica H. Meeder
FEGAN SCOTT LLC
1200 G Street, N.W., Ste. 800
Washington, D.C. 20005
T: 202-434-8992
F: 202-217-2814
jessica@feganscott.com

William Riley
Anne Medlin Lowe
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Ave.
Indianapolis, IN 46204
T: 317-633-5270
F: 317-426-3348
wriley@rwp-law.com
alowe@rwp-law.com

J. Barton Goplerud
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
T: 515-223-4567
F: 515-223-8887

goplerud@sagwlaw.com

Russell Cate
CATE, TERRY & GOOKINS LLC
301 East Carmel Drive, Suite C300
Carmel, IN 46032
T: 317-564-0016
F: 317-564-0599
rcate@ctglaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that, on April 7, 2020, a copy of the foregoing Plaintiff's Notice of Non-Opposition to Plaintiff's Renewed Motion to Appoint Fegan Scott, LLC as Interim Class Counsel for the Medical Monitoring Class was served on all counsel of record via ECF.

Dated: April 7, 2020

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
T: 312-741-1019
F: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiff*