1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:   (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

| 10  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| 11 | Case No. 3:16-md-02741-VC |
| 12  This document relates to: | |
| 13  *Rusty William Limb v. Monsanto Co.*, Case No. 3:20-cv-02299-VC | |
| 14 | |

15                        **MONSANTO COMPANY'S**
        **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18  associations of persons, firms, partnerships, corporations (including parent corporations) or other

19  entities (i) have a financial interest in the subject matter in controversy or in a party to the

20  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21  substantially affected by the outcome of this proceeding:

22         Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23         Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

28
                                        - 1 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                3:16-md-02741-VC & 3:20-cv-02299-VC

1     DATED:  April 8, 2020                              Respectfully submitted,

2

3                                                        /s/ Joe G. Hollingsworth
                                                         Joe G. Hollingsworth (*pro hac vice*)
                                                         (jhollingsworth@hollingsworthllp.com)
4                                                        Eric G. Lasker (*pro hac vice*)
                                                         (elasker@hollingsworthllp.com)
5                                                        HOLLINGSWORTH LLP
                                                         1350 I Street, N.W.
6                                                        Washington, DC  20005
                                                         Telephone:  (202) 898-5800
7                                                        Facsimile:   (202) 682-1639

8                                                        *Attorneys for Defendant*
                                                         *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-02299-VC