UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION**<br><br>**This document related to:**<br><br>**CARL SAVORY AND KAREN SAVORY, husband and wife** | MDL No. 2741<br><br>Case No: 16-md-02741-VC |

### NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of the Plaintiffs in the above captioned matter.

                                      */s/Jarad L. Silverstein*
                                      Jarad L. Silverstein, Esquire
                                      (PA Bar ID No.: 206157)
                                      **WAPNER, NEWMAN, WIGRIZER,**
                                      **BRECHER & MILLER, P.C.**
                                      2000 Market Street, Suite 2750
                                      Philadelphia, PA 19103
                                      Phone: (215) 569-0900
                                      Fax:   (215) 569-4621
                                      Email:  jsilverstein@wapnernewman.com

**Dated: April 8, 2020**