UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION**<br><br>**This document related to:**<br><br>**CARL SAVORY AND KAREN SAVORY, husband and wife** | MDL No. 2741<br><br>Case No: 16-md-02741-VC |

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of the Plaintiffs in the above captioned matter.

                                                                                                    */s/Robert S. Miller*
                                                                                                    Robert S. Miller, Esquire
                                                                                                     (PA Bar ID No.: 65854)
                                                                                                     **WAPNER, NEWMAN, WIGRIZER,**
                                                                                                      **BRECHER & MILLER, P.C.**
                                                                               2000 Market Street, Suite 2750
                                                                               Philadelphia, PA 19103
                                                                               Phone: (215) 569-0900
                                                                               Fax:   (215) 569-4621
                                                                               Email:  rmiller@wapnernewman.com

**Dated:** **April 8, 2020**