**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | **JOINT REQUEST FOR EXTENSION OF TIME OF DEADLINES IN PRETRIAL ORDER NO. 208 REGARDING WAVE 2** |
| All Actions | |

Undersigned counsel for Monsanto and counsel for Plaintiffs agree that an extension of time is necessary for the Wave II deadlines. The COVID-19 pandemic has resulted in difficulties, including the scheduling of treating physician depositions. Treating physicians have, understandably, refused to sit for depositions during these uncertain times. In fact, one hospital that treats several of the MDL Wave II plaintiffs has told counsel that it will not be taking requests for depositions until after June 1, 2020. Thus, anticipating that treating physician depositions will not resume until June, at the earliest, the parties respectfully request that Wave II deadlines be extended sixty (60) days.

Wave 2 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | July 28, 2020 |
| Plaintiffs' expert reports due. | August 17, 2020 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | August 24, 2020 |
| Monsanto's expert reports due. | September 7, 2020 |
| Close of expert discovery. | October 7, 2020 |
| Monsanto's *Daubert* and summary judgment briefs due. | October 26, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | November 16, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | December 4, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | December 18, 2020 |
| *Daubert* hearing (if necessary). | January 18, 2021 |

DATED: April 9, 2020

Respectfully submitted,

/s/ Brian L. Stekloff

Brian L. Stekloff
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH LLP 2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Attorneys for Defendant
MONSANTO COMPANY

/s/ Aimee H. Wagstaff

Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 W. Alaska Drive
Lakewood, CO 80226
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Anthony R. Martinez, hereby certify that, on April 9, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON
2555 Grand Blvd.
Kansas City, MO 66205