**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME OF DEADLINES IN PRETRIAL ORDER NO. 208 REGARDING WAVE 2** |
| All Actions | |

THIS CAUSE having come before the Court on the parties' Joint Request for Extension of Time to Deadlines in Pretrial Order No. 208 Regarding Wave 2. Having reviewed said request and finding good cause shown, the Court hereby GRANTS the parties' Joint Request for Extension of Time to Deadlines in Pretrial Order No. 208 Regarding Wave 2.   Accordingly, all Wave 2 deadlines in this MDL are extended by sixty (60) days, as set forth below.  In light of the unprecedented and uncertain circumstances surrounding the COVID-19 pandemic, further continuances and extensions may be warranted.

Wave 2 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | July 28, 2020 |
| Plaintiffs' expert reports due. | August 17, 2020 |

| | |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | August 24, 2020 |
| Monsanto's expert reports due. | September 7, 2020 |
| Close of expert discovery. | October 7, 2020 |
| Monsanto's *Daubert* and summary judgment briefs due. | October 26, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | November 16, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | December 4, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | December 18, 2020 |
| *Daubert* hearing (if necessary). | January 18, 2021 |

**IT IS SO ORDERED.**

Dated: April __, 2020

_____
VINCE CHHABRIA
United States District Judge