1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:    (202) 682-1639
   Email:        jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
11 | | |
12 | This document relates to: | |
13 | *Maria Creamer, Individually, and as Personal Representative of the Estate of Harry Creamer, Deceased v. Monsanto Co.*, | |
14 | Case No. 3:20-cv-01224-VC | |

15

16            **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

17        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

18 ("Monsanto") makes the following disclosures:

19        1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

20        2.      Bayer AG is a publicly held corporation.

21

22

23

24

25

26

27

28

1  DATED:  April 14, 2020

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*