BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  ROUNDUP PRODUCTS LIABILITY　　　　　　　　　MDL No. 2741
LITIGATION

## MOTION TO WITHDRAW DOCUMENT

COMES NOW, Plaintiff Phillip Mowry, and respectfully notifies this Court that he wishes to voluntarily WITHDRAW the Notice of Opposition (Doc #10394) filed earlier today with this Court and in its place, Plaintiff intends to file a replacement Notice.

*Phillip Mowry v. Monsanto Company,* et al., Alabama Middle, Case No. 2:20-cv-00215

Dated:  April 14, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ John E. Tomlinson*
　　　　　　　　　　　　　　　　　　　　　　　John E. Tomlinson
　　　　　　　　　　　　　　　　　　　　　　　Jere L. Beasley
　　　　　　　　　　　　　　　　　　　　　　　Rhon E. Jones
　　　　　　　　　　　　　　　　　　　　　　　**BEASLEY, ALLEN, CROW,**
　　　　　　　　　　　　　　　　　　　　　　　**METHVIN, PORTIS AND MILES, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　Post Office Box 4160
　　　　　　　　　　　　　　　　　　　　　　　218 Commerce Street
　　　　　　　　　　　　　　　　　　　　　　　Montgomery, Alabama  36103
　　　　　　　　　　　　　　　　　　　　　　　Phone: (334) 269-2343
　　　　　　　　　　　　　　　　　　　　　　　Fax:     (334) 954-7555
　　　　　　　　　　　　　　　　　　　　　　　john.tomlinson@beasleyallen.com
　　　　　　　　　　　　　　　　　　　　　　　jere.beasley@beasleyallen.com
　　　　　　　　　　　　　　　　　　　　　　　rhon.jones@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone:  334.202.9228
Facsimile:   334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff Phillip Mowry*