**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE:  ROUNDUP PRODUCTS LIABILITY                    MDL No. 2741
LITIGATION

## NOTICE OF OPPOSITION (CTO-202)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Phillip Mowry submits this opposition to Conditional Transfer Order (CTO –202) as it relates to the following case:

*Phillip Mowry v. Monsanto Company,* **et al.,** *Alabama Middle,* **Case No. 2:20-cv-00215**

Dated:  April 14, 2020

Respectfully submitted,

*/s/ John E. Tomlinson*
John E. Tomlinson
Jere L. Beasley
Rhon E. Jones
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama  36103
Phone: (334) 269-2343
Fax:     (334) 954-7555
john.tomlinson@beasleyallen.com
jere.beasley@beasleyallen.com
rhon.jones@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone:  334.202.9228
Facsimile:   334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff Phillip Mowry*