1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
11 | | Case No. 3:16-md-02741-VC |
   | This document relates to: | |
12 | *Michael J. Caccia and Holly Caccia v. Monsanto Co., ABC Corporations #1-10; John Does #1-10, Case No. 3:20-cv-01915-VC* | |
13

14         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16 ("Monsanto") makes the following disclosures:

17     1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18     2.   Bayer AG is a publicly held corporation.

19 DATED:  April 15, 2020                      Respectfully submitted,

20                                             /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth (*pro hac vice*)
21                                             (jhollingsworth@hollingsworthllp.com)
                                               Eric G. Lasker (*pro hac vice*)
22                                             (elasker@hollingsworthllp.com)
                                               HOLLINGSWORTH LLP
23                                             1350 I Street, N.W.
                                               Washington, DC  20005
24                                             Telephone:  (202) 898-5800
                                               Facsimile:   (202) 682-1639
25
                                               *Attorneys for Defendant*
26                                             *MONSANTO COMPANY*

27

28