John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant*
*Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*The Cases Listed In This Notice* | |

**DEFENDANT MONSANTO COMPANY'S NOTICE OF SUBSTITUTION OF COUNSEL**

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Civil Local Rules 5-1(c)(2)(B), 7-11 and 11-5, please take notice that John L. Ackley of Shook, Hardy & Bacon L.L.P. has been substituted for Barbara R. Light, previously of Shook, Hardy & Bacon L.L.P.,[1] as counsel of record for Monsanto Company ("Monsanto")  in the above-referenced matter.  Shook, Hardy & Bacon L.L.P. remains counsel for Monsanto.  Monsanto and the undersigned counsel consent to such withdrawal and substitution of counsel.

Accordingly, Monsanto respectfully requests that the Clerk of this Court make all necessary changes to the Court's records and ECF system for the cases listed below—in addition to the primary

---

[1] Barbara R. Light is no longer associated with Shook, Hardy & Bacon L.L.P.

matter, Case No. 3:16-md-02741-VC—by removing Barbara R. Light and docketing the appearance of substitute counsel, John L. Ackley:

| Plaintiff's Name | Case Number |
|---|---|
| Tracy Magee | 3:17-cv-05547-VC |
| Rosalinda Castro | 3:17-cv-06902-VC |
| Daryl Ogden | 3:17-cv-02142-VC |
| John Otts | 3:17-cv-02142-VC |
| Ralph Applegate | 3:18-cv-03363-VC |
| Samuel Bloechel | 3:18-cv-01695-VC |
| Rosette Boblitz | 3:18-cv-00993-VC |
| Ronald Brook | 3:17-cv-06902-VC |
| Deanna Gelder | 3:18-cv-00815-VC |
| Jonathan Giles | 3:18-cv-00815-VC |
| William Ginger | 3:18-cv-04552-VC |
| Mark Hanson | 3:18-cv-00815-VC |
| Howard Harmon | 3:18-cv-00815-VC |
| David King | 3:17-cv-02142-VC |
| Robert Koehn | 3:17-cv-05161-VC |
| Derek Liddell | 3:18-cv-00815-VC |
| Robert Mahoney | 3:18-cv-00815-VC |
| Ronald Matheny | 3:17-cv-02142-VC |
| Allan Mehrens | 3:18-cv-01151-VC |
| Robert Mitchell | 3:17-cv-02142-VC |
| Sara Partee | 3:17-cv-07365-VC |
| William Pointer | 3:18-cv-00815-VC |

| | |
|---|---|
| Warren Proctor | 3:17-cv-02142-VC |
| Juan Rivera | 3:17-cv-06902-VC |
| Donna Rizzo | 3:17-cv-02142-VC |
| Joseph Ruffin | 3:18-cv-01085-VC |
| Ricky Sharp | 3:18-cv-02172-VC |
| Michael Tevis | 3:18-cv-03278-VC |
| Patricia Wiseman | 3:18-cv-05495-VC |
| Bev Lindsay | 3:18-cv-03959-VC |
| Angie Berberian | 3:18-cv-03959-VC |
| Olga Castro | 3:18-cv-03959-VC |
| Rafael Castro | 3:18-cv-03959-VC |
| Rael Zaritsky | 3:18-cv-03959-VC |
| Anthony Moceri | 3:18-cv-03558-VC |
| Donald Richardson | 3:17-cv-02142-VC |
| Dave Flynn | 3:18-cv-06551-VC |
| Delbert Lee Brooks | 3:18-cv-07558-VC |
| Vickie Riordan | 3:18-cv-07368-VC |

Dated:  April 15, 2020

                          Respectfully submitted,

                          SHOOK, HARDY & BACON L.L.P.

                          By: */s/ John L. Ackley*
                                John L. Ackley
                                Texas Bar No. 24108036
                                Southern District of Texas No. 3483945
                                E-mail:  jackley@shb.com
                                600 Travis, Suite 3400
                                Houston, Texas 77002-2926
                                Telephone:  713-227-8008
                                Fax:  713-227-9508

***Attorney for Defendant***
***Monsanto Company***

## CERTIFICATE OF SERVICE

  I, John L. Ackley, hereby certify that on April 15, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                */s/ John L. Ackley*
                John L. Ackley