1

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)

2
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.

3
Washington, DC  20005
Telephone:   (202) 898-5800

4
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com

5
              elasker@hollingsworthllp.com

6
*Attorneys for Defendant*
*MONSANTO COMPANY*

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |

10

11

This document relates to:

12

*Michael McLemore as Special Administrator of*
*the Estate of Pearlie McLemore and on behalf*

13
*of the Wrongful Death Beneficiaries of Pearlie*
*McLemore v. Monsanto Co. and John Does 1-V,*

14
Case No. 3:20-cv-01914-VC

15

16            **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

17            Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

18    ("Monsanto") makes the following disclosures:

19            1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

20            2.      Bayer AG is a publicly held corporation.

21

22

23

24

25

26

27

28

1  DATED:  April 16, 2020

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*