Alexander M. Schack, Esq., Bar No. 99126
Natasha N. Serino, Esq., Bar No. 284711
Shannon F. Nocon, Esq., Bar No. 316523
LAW OFFICES OF ALEXANDER M. SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, CA  92127
Tel: (858) 485-6535 Fax: (858) 485-0608
alexschack@amslawoffice.com
natashaserino@amslawoffice.com
shannonnocon@amslawoffice.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-MD-02741-VC |
| This document relates to: *Linda Miller v. Monsanto Company*, Case No. 3:19-cv-06515-VC | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the provisions of Fed. R. Civil P. 41(a)(1)(A)(ii), it is hereby stipulated, by and between the undersigned parties, that the above-captioned case is hereby dismissed without prejudice.  Pursuant to Local Rule 5-1.(i)(3), counsel for

Plaintiff attests that the concurrence of each signatory to the filing of this stipulation was obtained in writing.  Each party will bear its own costs and fees.

| | |
|---|---|
| Date:  April 14, 2020 | Respectfully submitted,<br><br>By: *Shannon Nocon*<br>Shannon F. Nocon, Esq.<br>LAW OFFICES OF ALEXANDER M. SCHACK<br>16870 W. Bernardo Drive, #400<br>San Diego, CA 92128<br>(858) 485-6535  (858) 485-0608 fax<br>shannonnocon@schacklawgroup.com<br>Attorneys for Plaintiff<br><br>HOLLLINGSWORTH LLP<br><br>By: *[signature]*<br>John L. Ackley, Esq.<br>SHOOK HARDY & BACON, L.L.P.<br>600 Travis Street #3400<br>Houston, TX 77002<br>Telephone: 713-227-8008<br>Fax: 713-227-9508<br>jackley@shb.com<br>Attorneys for Defendant Monsanto Company |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-MD-02741-VC |
| This document relates to: *Linda Miller v. Monsanto Company*, Case No. 3:19-cv-06515-VC | |

Pursuant to the parties' April 3, 2020 Stipulation of Voluntary Dismissal Without Prejudice, *Linda Miller v. Monsanto Company,* Case No. 3:19-cv-06515-VC is dismissed without prejudice. The Clerk of Court will close this case.

**SO ORDERED**

Date:_____, 2020

_____
Hon. Vince Chhabria
United States District Court Judge

1

[PROPOSED] ORDER