UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION
    Mowry v. Monsanto Company, et al.,             )
        M.D. Alabama, C.A. No. 2:20-00215       )               MDL No. 2741

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

      A conditional transfer order was filed in this action (*Mowry*) on April 7, 2020. In the absence of any known opposition to the proposed transfer, the stay of transmittal was lifted on April 15, 2020, and *Mowry* was transferred to the Northern District of California.

      Subsequently, on April 16, 2020, plaintiff, through counsel, filed a motion to reinstate the conditional transfer order. In his motion, plaintiff states that he mistakenly filed his timely notice of opposition with the Northern District of California instead of the Panel. Accompanying plaintiff's motion is the notice of opposition. The Panel will reinstate the conditional transfer order in this action in order to permit plaintiff to pursue his opposition to transfer.

      IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-202" filed on April 7, 2020, is REINSTATED insofar as it relates to this action. Plaintiffs' notice of opposition is deemed filed as of the date of this order.

                                                                          FOR THE PANEL:

                                                                          _____
                                                                          John W. Nichols
                                                                          Clerk of the Panel