Bryce T. Hensley
Illinois State Bar No. 6327025
**Romanucci & Blandin, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
312-253-8800
bhensley@rblaw.net
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| | Case No. 3:16-MD-2741-VC |
| This Document relates to: | The Honorable Judge Vince Chhabria |
| *Meghan Caruso, et al. v. Russo Hardware, et al.* | **NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT AT LAW** |
| USDC – NDIL No. 1:19-cv-7121 | |
| USDC – NDCA No. 3:20-cv-01017-VC | **Hearing Date: Thursday, May 28, 2020 at 1000 a.m.** |

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Thursday, May 28, 2020 at 10:00 a.m. or as soon as this matter may be heard in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco California, 94102, Plaintiff will and hereby does respectfully move this Court for an order granting her leave to file a Third Amended Complaint at Law to add three additional Defendants in this matter: (1) Home Depot, Inc.; (2) Menard, Inc.; and (3) Archer Pines Landscaping, Inc.

Plaintiff's Motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, and exhibits appended thereto, and any additional argument or evidence this Honorable Court may consider.

| | |
|---|---|
| **Date: April 17, 2020** | /s/ Bryce T. Hensley<br>Illinois State Bar No. 6327025<br>**ROMANUCCI & BLANDIN, LLC**<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654<br>312-253-8800<br>bhensley@rblaw.net<br>*Counsel for Plaintiff* |

# **CERTIFICATE OF SERVICE**

I, Bryce T. Hensley, Counsel for Plaintiff, hereby certify that on April 17, 2020, I electronically filed the foregoing and accompanying documents with the Clerk of the Court using the CM/ECF System, which sends notification of such filing to the following CM/ECF participants and counsel of record. Further, for those that are not CM/ECF participants, Notice shall be sent via email with the foregoing and accompanying documents attached:

T.J. Dammrich, II
Peter Francis O'Neill
Shook, Hardy & Bacon LLP
111 S. Wacker, Suite 4700
Chicago, IL 60606
tjdammrich@shb.com
pfoneill@shb.com
docket@shb.com
*Attorneys for Defendants Russo Hardware, Inc. and Monsanto Company, Inc.*

Mark Parsky
McVey & Parsky, LLC
30 N. LaSalle Street, Suite 2100
Chicago, IL 60602
mep@mcveyparsky-law.com
*Attorney for Defendant Home Depot, Inc.*

Leah Jagusch
Corporate Counsel-Menard, Inc.
5101 Menard Drive
Eau Claire, WI 54703
ljagusch@menard-inc.com
*Attorney for Defendant Menard, Inc.*

Scott D. Stephenson
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
stephenson@litchfieldcavo.com
*Attorney for Defendant Archer Pines Landscaping, Inc.*

Brett Michael Mares
Heyl Royster Voelker & Allen
33 N. Dearborn Street
7th Floor
Chicago, IL 60602
bmares@heylroyster.com
*Attorney for Intervenor University of Illinois-Chicago*

Date: April 17, 2020	/s/ Bryce T. Hensley
	Illinois State Bar No. 6327025
	**ROMANUCCI & BLANDIN, LLC**
	321 N. Clark Street, Suite 900
	Chicago, IL 60654
	312-253-8800
	bhensley@rblaw.net
	*Counsel for Plaintiff*