IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
10/31/2018 12:05 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011723

MEGHAN CARUSO, individually and as )
Independent Executor of the Estate of John )
Caruso, deceased, )
)
    Plaintiff, )
)
    v. )   Case No. 2018L011723
)
RUSSO HARDWARE, INC. d/b/a RUSSO )
POWER EQUIPMENT, INC; d/b/a RUSSO )
POWER EQUIPMENT, and d/b/a GREEN )
INDUSTRY FINANCE )
)
    Defendant. )

## AFFIDAVIT OF SERVICE

I, James Cantafio, a citizen in good standing in the State of Illinois, am a private person over the age of 18 years, not a party to nor interested in the above captioned matter. I am a registered employee of Robert G. Hanrahan Investigations LLC located at 505 E. Illinois, Lower Level, Chicago, Illinois 60611, a Private Detective Agency listed under the Private Detective, Private Alarm, Private Security and Locksmith Act of 2004, under the laws of the State of Illinois, Agency License #117-001244.

I served a SUMMONS, a COMPLAINT AT LAW, a JURY DEMAND and an AFFIDAVIT REGARDING DAMAGES SOUGHT upon Russel G. Robinson at his place of employment, Robinson Payne, LLC located at 2800 West Higgins Road, Suite 160, Hoffman Estates, IL 60169, by handing the aforementioned documents to Russel G. Robinson on October 30, 2018 at approximately 5:28 p.m.

Russel G. Robinson is a Caucasian male, approximately 60 years old, with white hair, white beard, standing about 6'1". Russel G. Robinson was wearing a dark blue pin stripe suit and a red tie at the time of service. Russel G. Robinson was polite, accepted service and shook my hand upon receipt of the paperwork.

Further, the affiant sayeth not.

_____
James Cantafio

Subscribed and Sworn
Before me this 31st day
of October, 2018.

_____
Notary Public

OFFICIAL SEAL
JUDITH A SOPIARZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/08/21

EXHIBIT
B