

## ROBERT G. HANRAHAN INVESTIGATIONS, LLC

**505 East Illinois Street ● Lower Level**
**Chicago, Illinois 60611**
**Phone: 312-981-8770 ● Cell: 312-768-0376**
**Fax: 708-933-3510**
**E-Mail: bob@rghinvestigations.com**

**FEIN 80-0090616**

| | | |
|---|---|---|
| **To:** | Bruno R. Marasso of Romanucci & Blandin, LLC | **Date:** November 4, 2019 |
| **From:** | Robert G. Hanrahan | |
| **Re:** | Caruso v. Monsanto | **RGH File No.:** R19-0391RB01A |

# SERVICE REPORT

Pursuant to your instruction, we located and served Home Depot USA, Inc., in care of Registered Agent Illinois Corporation Service C, on October 31, 2019. Attached is copy of the original executed Affidavit of Service and executed Summons regarding the above captioned matter. Details follow.

| Individual/Entity Address | Documents Served | Date Served | Return Date and Time | Appearance Location |
|---|---|---|---|---|
| Home Depot USA, Inc. c/o Registered Agent Illinois Corporation Service C 801 Adlai Stevenson Dr Springfield, IL 62703 | Second Amendment Complaint, Summons for Discovery, and Discovery | October 31, 2019 | 28 days from date of service | Romanucci & Blandin, LLC 321 N. Clark Street Suite 900 Chicago, IL 60654 |

**<u>Home Depot USA, Inc c/o Registered Agent, Illinois Corporation Service C,</u>** 801 Adlai Stevenson Dr, Springfield, IL 62703, was served with a Second Amendment Complaint, Summons for Discovery, and Discovery by handing a copy of the aforementioned documents to Document Specialist, Lyle Neeman, c/o Registered Agent, Illinois Corporation Service C, at 801 Adlai Stevenson Dr, Springfield, IL 62703 on October 31, 2019 at 1:53 pm. Lyle Neeman is a Caucasian male, approximately 5'4" in height, about 160 pounds, with gray hair, and appeared to be 67 years old. Lyle Neeman stated he is authorized to accept service for Home Depot, USA, Inc.

If you have any questions, or need additional assistance, please feel free to contact me.

Thank you for the assignment.

Robert G. Hanrahan

RGH/IH/ds



enc.     Executed Affidavit of Service

          Executed Summons

# AFFIDAVIT OF SERVICE

**State of Illinois**  **County of Cook**  **Law Division, Circuit Court**

Case Number: 2018 L 011723

Plaintiff:
**Meghan Caruso, Independent Executor of the Estate of John Caruso, deceased,**
**Russo Hardware, Inc. d/b/a Russo Power Equipment, Inc. d/b/a Russo Power Equpment, d/b/a Russo Power Equipment, d/b/a Green Industry Finance; and Monsanto Company, Inc.;**

**Defendants,**

**University of Illinois-Chicago,**

**Intervenor,**

**Home Depot USA, Inc.; Menard, Inc.; MAC Restoration Contracting, Inc.; and Archer Pines Landscaping, Inc.**

For:
Romanucci & Blandin, LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654

Received by Robert G. Hanrahan Investigations, LLC on the **31st day of October, 2019 at 1:24 pm** to be served on **Home Depot USA, Inc. c/o Registered Agent, Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, IL 62703**.

I, Michelle Tomlin, being duly sworn, depose and say that on the **31st day of October, 2019 at 1:53 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons for Discovery, Second Amended Complaint at Law, Plaintiff's Interrogatories to Respondent in Discovery Menard, Inc. and Plaintiff's Production Requests to Respondent in Discovery Menard, Inc.** with the date and hour of service endorsed thereon by me, to: **Lyle Neeman c/o Registered Agent, Illinois Corporation Service C** as **Document Specialist** at the address of: **801 Adlai Stevenson Drive, Springfield, IL 62703,** who stated they are authorized to accept service for **Home Depot USA, Inc.**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 67, Sex: M, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Grey, Glasses: Y

## AFFIDAVIT OF SERVICE For 2018 L 011723

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit.  Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the **Ist** day of **November**, **2019** by the affiant who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**SUSAN E LEEPER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-09-2022

**Michelle Tomlin**
129-316088

**Robert G. Hanrahan Investigations, LLC**
**505 E. Illinois Street**
**Lower Level**
**Chicago, IL 60611**
**(312) 981-8770**

Our Job Serial Number: CLU-2019001896
Ref: R19/0391RB

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Summons for Discovery                                    (06/28/18) CCL 0017 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

**FILED**
10/29/2019 11:01 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011723

Estate of John Caruso

_____ Plaintiff

v.

Russo Hardware, Inc. d/b/a Russo Power Equipment, Inc, et al,

_____ Defendant        Case No. ___2018 L 011723___

and

PLEASE SERVE:

Home Depot USA, Inc c/o: Registered Agent:

IL Corporation Service C, 801 Adlai Stevenson Drive
Springfield, IL 62703                    Respondent in Discovery

*FILED DATE: 10/29/2019 11:01 AM   2018L011723*

### SUMMONS FOR DISCOVERY

To Respondent in Discovery:

YOU ARE HEREBY NOTIFIED that on ___10/21/19___, a complaint, a copy of which is attached was filed in the above Court naming you as a Respondent in Discovery.  Pursuant to the Illinois Code Section 2-402 and Supreme Court Rules 201 et. seq., and/or Court Order entered on ___10/21/19___, the above named Plaintiff(s) are authorized to proceed with the discovery of the named Respondent(s) in Discovery.

YOU ARE SUMMONED AND COMMANDED to appear for deposition, before a notary public (answer the attached written interrogatories), (respond to the attached request to produce), (or other appropriate discovery tool).  We are scheduled to take the oral discovery deposition of the above named

Respondent, _____, on _____ at _____  ⬡ AM ⬡ PM at the office

of _____, Illinois, in accordance with the rules and provisions of this Court.

Witness and mileage fees in the amount of $ _____ are attached (or) serve the following interrogatories, request to produce, or other appropriate discovery tool upon Respondent, ___Home Depot USA, Inc.___, to be answered under oath by Respondent, ___Home Depot USA, Inc.___, and delivered to the office of ___Romanucci & Blandin LLC.___, Illinois, within 28 days from date of service).

**E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

TO THE OFFICER/SPECIAL PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement or affidavit of service and fees and an endorsement or affidavit of payment to the Respondent of witness and mileage fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

10/29/2019 11:01 AM DOROTHY BROWN

Atty. No.: ___35875___

Name: ___Bruno R. Marasso___

Atty for: ___Plaintiff___

Address: ___321 N. Clark Street, Ste. 900___

City: ___Chicago___      State: ___IL___  Zip: ___60654___

Telephone: ___312-458-1000___

Primary Email: ___bmarasso@rblaw.net___

Date of Service: ___10-31-19___

(to be inserted by officer on copy left with defendant or other person)

Dated: _____

WITNESS, _____
This amendatory Act of the 94th General Assembly applies to causes of action pending on or after its effective date. (source: P.A. 86-483.)

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**   cookcountyclerkofcourt.org

FILED DATE: 10/29/2019 11:01 AM   2018L011723

**Addendum**
**Caruso v. Monsanto**
**Case No: 2018 L 011723**

**Please serve the parties as follows:**

<u>**Respondents in Discovery:**</u>

Home Depot USA, Inc.
c/o Registered Agent:
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

Menard, Inc.
c/o Registered Agent:
Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703

Mac Restoration Contracting, Inc
c/o Registered Agent:
James M. Delahunt
4783 Lake Valley Drive, Ste 2A
Lisle, IL 60532

Archer Pines Landscaping, Inc
c/o Registered Agent:
Philip J. Solatka
14635 Archer Avenue
Lockport, IL 60441



# ROBERT G. HANRAHAN INVESTIGATIONS, LLC

**505 East Illinois Street ● Lower Level**
**Chicago, Illinois 60611**
**Phone: 312-981-8770 ● Cell: 312-768-0376**
**Fax: 708-933-3510**
**E-Mail: bob@rghinvestigations.com**

FEIN 80-0090616

| | | |
|---|---|---|
| **To:** | Bruno R. Marasso of Romanucci & Blandin, LLC | **Date:** November 5, 2019 |
| **From:** | Robert G. Hanrahan | |
| **Re:** | Caruso v. Monsanto | **RGH File No.:**  R19-0391RB01B |

# SERVICE REPORT

Pursuant to your instruction, we served Menard, Inc., in care of Registered Agent Prentice Hall Corporation, on October 31, 2019. Attached is copy of the original executed Affidavit of Service and executed Summons regarding the above captioned matter. Details follow.

| Individual/Entity Address | Documents Served | Date Served | Return Date and Time | Appearance Location |
|---|---|---|---|---|
| Menard, Inc.<br>c/o Registered Agent Prentice Hall Corporation<br>801 Adlai Stevenson Dr<br>Springfield, IL 62703 | Second Amendment Complaint, Summons for Discovery, and Discovery | October 31, 2019 | 28 days from date of service | Romanucci & Blandin, LLC<br>321 N. Clark Street<br>Suite 900<br>Chicago, IL 60654 |

**Menard, Inc. c/o Registered Agent, Prentice Hall Corporation,** 801 Adlai Stevenson Dr, Springfield, IL 62703, was served with a Second Amendment Complaint, Summons for Discovery, and Discovery by handing a copy of the aforementioned documents to Document Specialist, Lyle Neeman, c/o Registered Agent, Prentice Hall Corporation, at 801 Adlai Stevenson Dr, Springfield, IL 62703 on October 31, 2019 at 1:53 pm. Lyle Neeman is a Caucasian male, approximately 5'4" in height, about 160 pounds, with gray hair, and appeared to be 67 years old. Lyle Neeman stated he is authorized to accept service for Menard, Inc.

If you have any questions, or need additional assistance, please feel free to contact me.

Thank you for the assignment.

Robert G. Hanrahan

RGH/DS

enc.      Executed Affidavit of Service

Executed Summons

# AFFIDAVIT OF SERVICE

**State of Illinois**                                **County of Cook**                                Law Division, Circuit Court

Case Number: 2018 L 011723

Plaintiff:
**Meghan Caruso, Independent Executor of the Estate of John Caruso, deceased,**
**Russo Hardware, Inc. d/b/a Russo Power Equipment, Inc. d/b/a Russo Power Equpment, d/b/a Russo Power Equipment, d/b/a Green Industry Finance; and Monsanto Company, Inc.;**

**Defendants,**

**University of Illinois-Chicago,**

**Intervenor,**

**Home Depot USA, Inc.; Menard, Inc.; MAC Restoration Contracting, Inc.; and Archer Pines Landscaping, Inc.**

For:
Romanucci & Blandin, LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654

Received by Robert G. Hanrahan Investigations, LLC on the 31st day of October, 2019 at 1:24 pm to be served on **Menard, Inc. c/o Registered Agent, Prentice Hall Corporation, 801 Adlai Stevenson Drive, Springfield, IL 62703**.

I, Michelle Tomlin, being duly sworn, depose and say that on the **31st day of October, 2019** at **1:53 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons for Discovery, Second Amended Complaint at Law, Plaintiff's Interrogatories to Respondent in Discovery Menard, Inc. and Plaintiff's Production Requests to Respondent in Discovery Menard, Inc.** with the date and hour of service endorsed thereon by me, to: **Lyle Neeman c/o Registered Agent, Prentice Hall Corporation** as **Document Specialist** at the address of: **801 Adlai Stevenson Drive, Springfield, IL 62703**, who stated they are authorized to accept service for **Menard, Inc.**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 67, Sex: M, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Grey, Glasses: Y

## AFFIDAVIT OF SERVICE For 2018 L 011723

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit.  Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the _3lst_
day of _October_ , _2019_ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**SUSAN E LEEPER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-09-2022

**Michelle Tomlin**
129-316088

**Robert G. Hanrahan Investigations, LLC**
**505 E. Illinois Street**
**Lower Level**
**Chicago, IL 60611**
**(312) 981-8770**

Our Job Serial Number: CLU-2019001895
Ref: R19/0391RB

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Summons for Discovery             **(06/28/18) CCL 0017 A**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
10/29/2019 11:01 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011723

Estate of John Caruso,

                             Plaintiff

v.

Russo Hardware, Inc. d/b/a Russo Power Equipment, Inc, et al,

                            Defendant     Case No.    2018 L 011723

              and

PLEASE SERVE:

Menard, Inc. c/o: Registered Agent: Prentice Hall Corporation

801 Adlai Stevenson Drive, Springfield, IL 62703

                         Respondent in Discovery

**SUMMONS FOR DISCOVERY**

To Respondent in Discovery:

YOU ARE HEREBY NOTIFIED that on ___10/21/19___, a complaint, a copy of which is attached was filed in the above Court naming you as a Respondent in Discovery. Pursuant to the Illinois Code Section 2-402 and Supreme Court Rules 201 et. seq., and/or Court Order

entered on ___10/21/19___, the above named Plaintiff(s) are authorized to proceed with the discovery of the named Respondent(s) in Discovery.

YOU ARE SUMMONED AND COMMANDED to appear for deposition, before a notary public (answer the attached written interrogatories), (respond to the attached request to produce), (or other appropriate discovery tool). We are scheduled to take the oral discovery deposition of the above named

Respondent, _____, on _____ at _____ ○ AM ○ PM at the office

of _____, Illinois, in accordance with the rules and provisions of this Court.

Witness and mileage fees in the amount of $ _____ are attached (or) (serve the following interrogatories, request to produce, or

other appropriate discovery tool upon Respondent, ___Menard, Inc._____, to be answered under oath by

Respondent, ___Menard, Inc._____, and delivered to the office of ___Romanucci & Blandin LLC._____,
Illinois, within 28 days from date of service).

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

TO THE OFFICER/SPECIAL PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement or affidavit of service and fees and an endorsement or affidavit of payment to the Respondent of witness and mileage fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

10/29/2019 11:01 AM DOROTHY BROWN

Atty. No.: ___35875___

Name: ___Bruno R. Marasso___

Atty for: ___Plaintiff___

Address: ___321 N. Clark Street, Ste. 900___

City: ___Chicago___ State: ___IL___ Zip: ___60654___

Telephone: ___312-458-1000___

Primary Email: ___bmarasso@rblaw.net___

Date of Service: ___10|31|19___

(to be inserted by officer on copy left with defendant or other person)

Dated: _____

WITNESS, _____

This amendatory Act of the 94th General Assembly applies to causes of action pending on or after its effective date. (source: P.A. 86-483.)

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org**
Page 1 of 1



## ROBERT G. HANRAHAN INVESTIGATIONS, LLC

**505 East Illinois Street ● Lower Level**
**Chicago, Illinois 60611**
**Phone: 312-981-8770 ● Cell: 312-768-0376**
**Fax: 708-933-3510**
**E-Mail: bob@rghinvestigations.com**

**FEIN 80-0090616**

| | | |
|---|---|---|
| **To:** | Bruno R. Marasso of Romanucci & Blandin, LLC | **Date:** November 8, 2019 |
| **From:** | Robert G. Hanrahan | |
| **Re:** | Caruso v. Monsanto | **RGH File No.:** R19/0391RB01D |

# SERVICE REPORT

Pursuant to your instruction, we located and served Mac Restoration Contracting, Inc. c/o: Registered Agent: James M. Delahunt, on November 7, 2019. Attached is copy of the original executed Summons for Discovery and Affidavit of Service. Details follow.

| Individual/Entity Address | Documents Served | Date Served | Return Date and Time | Appearance Location |
|---|---|---|---|---|
| Mac Restoration Contracting, Inc. c/o: Registered Agent: James M. Delahunt 4783 Lake Valley Dr. Suite 2A Lisle, IL 60532 | Second Amended Complaint, Summons for Discovery, and Discovery | November 7, 2019 | 28 days from date of service | Romanucci & Blandin, LLC 321 N. Clark Street Suite 900 Chicago, IL 60654 |

**Mac Restoration Contracting, Inc. c/o: Registered Agent: James M. Delahunt,** was served with a Second Amended Complaint, Summons for Discovery, and Discovery by handing a copy of the aforementioned documents to Attorney James M. Delahunt's legal secretary, Jane, at the business address of 4783 Lake Valley Dr, Suite 2A, Lisle, IL 60532 on November 7, 2019 at approximately 9:00 am. Upon arrival a female answered the front door. We identified ourselves and advised of our reason for being there. Jane then identified herself as James M. Delahunt's legal secretary and stated that she was authorized to accept the aforementioned paperwork on his behalf. We then handed Jane the aforementioned documents and departed the area.

Jane is a Caucasian female, approximately 5'2" in height, of medium build, and appeared to be in her mid-fifties. Jane was wearing a gray sweatshirt and gray sweatpants at the time of service. Attached is our executed Affidavit of Service and executed Summons.

Prior to November 7, 2019 we attempted service on November 1, 2019 and November 6, 2019. On both occasions we found the office closed and no office hours listed. We left a field note posted to the main

door requesting a call back.  We called the telephone number listed for James M. Delahunt and received no answer.  On November 6, 2019 we received a call from James M. Delahunt advising that his office would be open on the morning of November 7, 2019. We then proceeded to successful serve the aforementioned documents on November 7, 2019.

If you have any questions, or need additional assistance, please feel free to contact me.

Thank you for the assignment.

Robert G. Hanrahan

RGH/ARD/ds

enc.     Attachment #1 – Executed Affidavit of Service

Attachment #2 - Executed Summons

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISON

| | | |
|---|---|---|
| Estate of John Caruso, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2018 L 011723 |
| Russo Hardware, Inc. d/b/a Russo Power Equipment, Inc., et.al., | ) | |
| Defendants, | ) | |
| University of Illinois-Chicago, | ) | |
| Intervenor, | ) | |
| and | ) | |
| MAC Restoration Contracting, Inc., et. al. | ) | |
| Respondents in Discovery. | ) | |

## AFFIDAVIT OF SERVICE

I, Andrew R. Dolezal, a citizen in good standing in the State of Illinois, am a private person over the age of 18 years, not a party to nor interested in the above captioned matter. I am an employee of Robert G. Hanrahan Investigations, LLC located at 505 E. Illinois, Lower Level, Chicago, Illinois 60611, a Private Detective Agency listed under the Private Detective, Private Alarm, Private Security and Locksmith Act of 2004, under the laws of the State of Illinois, Agency License #117-001244.

I served a Second Amended Complaint, Summons for Discovery, and Discovery upon MAC Restoration Contracting, Inc., in care of Registered Agent James M. Delahunt, by handing a copy of the aforementioned documents to Attorney James M. Delahunt's legal secretary, Jane, at his business address, located at 4783 Lake Valley Dr., Suite 2A, Lisle, IL 60532 on November 7, 2019 at approximately 9:00 a.m.

Upon arrival I was greeted by a female who identified herself as Jane. I then introduced myself and advised her of my reason for being there. Jane advised that she was James M. Delahunt's legal secretary and authorized to accept service on his behalf. I then handed Jane a copy of the aforementioned documents and departed the area.

Jane is a Caucasian female, who appeared to be in her mid-fifties, standing about 5'2", of a medium build, with blond hair. Jane was wearing gray sweatshirt and gray sweatpants at the time of service.

Further, the affiant sayeth not.

_____
Andrew R. Dolezal

Subscribed and Sworn
Before me this _8th_ day
of _November_, 2019.

_____
Notary Public

```
OFFICIAL SEAL
DANIEL SPATAFORA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/14/22
```

Summons for Discovery                                    (06/28/18) CCL 0017 A

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
10/29/2019 11:01 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2018L011723

Estate of John Caruso

_____
                                            Plaintiff

v.

Russo Hardware, Inc. d/b/a Russo Power Equipment, Inc, et al,
_____
                                            Defendant        Case No.    2018 L 011723

                                    and

PLEASE SERVE:

Mac Restoration Contracting, Inc. c/o: Registered Agent:
_____

James M. Delahunt, 4786 Lake Valley Dr., Ste. 2A, Lisle, IL 60532
_____
                                    Respondent in Discovery

**SUMMONS FOR DISCOVERY**

To Respondent in Discovery:

YOU ARE HEREBY NOTIFIED that on ___10/21/19___, a complaint, a copy of which is attached was filed in the above Court naming you as a Respondent in Discovery.  Pursuant to the Illinois Code Section 2-402 and Supreme Court Rules 201 et. seq., and/or Court Order

entered on ___10/21/19___, the above named Plaintiff(s) are authorized to proceed with the discovery of the named Respondent(s) in Discovery.

YOU ARE SUMMONED AND COMMANDED to appear for deposition, before a notary public (answer the attached written interrogatories), (respond to the attached request to produce), (or other appropriate discovery tool).  We are scheduled to take the oral discovery deposition of the above named

Respondent, _____, on _____ at _____  ◯ AM  ◯ PM at the office

of _____, Illinois, in accordance with the rules and provisions of this Court.

Witness and mileage fees in the amount of $ _____ are attached (or) serve the following interrogatories, request to produce, or other appropriate discovery tool upon Respondent, Mac Restoration Contracting, Inc. _____, to be answered under oath by Respondent, Mac Restoration Contracting, Inc. _____, and delivered to the office of Romanucci & Blandin LLC. _____, Illinois, within 28 days from date of service).

**E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

TO THE OFFICER/SPECIAL PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement or affidavit of service and fees and an endorsement or affidavit of payment to the Respondent of witness and mileage fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

Atty. No.: ___35875___

Name: ___Bruno R. Marasso___

Atty for: ___Plaintiff___

Address: ___321 N. Clark Street, Ste. 900___

City: ___Chicago___   State: ___IL___   Zip: ___60654___

Telephone: ___312-458-1000___

Primary Email: ___bmarasso@rblaw.net___

10/29/2019 11:01 AM DOROTHY BROWN

Date of Service: _____

(to be inserted by officer on copy left with defendant or other person)

Dated: __11-7-19__

WITNESS,
This amendatory Act of the 94th General Assembly applies to causes of action pending on or after its effective date. (source: P.A. 86-483.)

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**   cookcountyclerkofcourt.org

FILED DATE: 10/29/2019 11:01 AM   2018L011723

FILED DATE: 10/29/2019 11:01 AM   2018L011723

**Addendum**
**Caruso v. Monsanto**
**Case No: 2018 L 011723**

**Please serve the parties as follows:**

<u>**Respondents in Discovery:**</u>

Home Depot USA, Inc.
c/o Registered Agent:
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

Menard, Inc.
c/o Registered Agent:
Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703

Mac Restoration Contracting, Inc
c/o Registered Agent:
James M. Delahunt
4783 Lake Valley Drive, Ste 2A
Lisle, IL 60532

Archer Pines Landscaping, Inc
c/o Registered Agent:
Philip J. Solatka
14635 Archer Avenue
Lockport, IL 60441



# ROBERT G. HANRAHAN INVESTIGATIONS, LLC

**505 East Illinois Street ● Lower Level**
**Chicago, Illinois 60611**
**Phone:  312-981-8770 ● Cell:  312-768-0376**
**Fax:  708-933-3510**
**E-Mail:  bob@rghinvestigations.com**

**FEIN 80-0090616**

| | | |
|---|---|---|
| **To:** | Bruno R. Marasso of Romanucci & Blandin, LLC | **Date:** November 4, 2019 |
| **From:** | Robert G. Hanrahan | |
| **Re:** | Caruso v. Monsanto | **RGH File No.:**  R19-0391RB01C |

# SERVICE REPORT

Pursuant to your instruction, we located and served Archer Pines Landscaping, in care of Registered Agent Phillip J. Solatka on November 1, 2019. Attached is copy of the original executed Summons for Discovery and Affidavit of Service. Details follow.

| Individual/Entity Address | Documents Served | Date Served | Return Date and Time | Appearance Location |
|---|---|---|---|---|
| Archer Pines Landscaping c/o Registered Agent Phillip J. Solatka 14635 Archer Avenue Lockport, IL 60532 | Second Amended Complaint, Summons for Discovery, and Discovery | November 1, 2019 | 28 days from date of service | Romanucci & Blandin, LLC 321 N. Clark Street Suite 900 Chicago, IL 60654 |

**Archer Pines Landscaping, c/o Phillip J. Solatka,** was served with a Second Amended Complaint, Summons for Discovery, and Discovery by handing a copy of the aforementioned documents to Phillip J. Solatka at the business address of  14635 Archer Avenue, Lockport, IL 60532 on November 1, 2019 at approximately 11:15 am. Phillip J. Solatka is a Caucasian male,  approximately 5'9" in height, of thin build, and appeared to be in his mid-fifties. Phillip J. Solatka was wearing a blue jacket, a blue shirt and jeans at the time of service. Attached is our executed Affidavit of Service and executed Summons.

If you have any questions, or need additional assistance, please feel free to contact me.

Thank you for the assignment.

Robert G. Hanrahan

RGH/YC/ds

enc.    Attachment #1 – Executed Affidavit of Service

          Attachment #2 -  Executed Summons

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISON**

| | | |
|---|---|---|
| Estate of John Caruso, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2018 L 011723 |
| Russo Hardware, Inc. d/b/a Russo Power Equipment, Inc., et.al., | ) | |
| Defendants. | ) | |
| and | ) | |
| Archer Pines Landscaping, Inc., c/o Registered Agent: Phillip J. Solatka, | ) | |
| Respondent in Discovery. | ) | |

## AFFIDAVIT OF SERVICE

I, Yazmin E. Candiotti, a citizen in good standing in the State of Illinois, am a private person over the age of 18 years, not a party to nor interested in the above captioned matter. I am an employee of Robert G. Hanrahan Investigations, LLC located at 505 E. Illinois, Lower Level, Chicago, Illinois 60611, a Private Detective Agency listed under the Private Detective, Private Alarm, Private Security and Locksmith Act of 2004, under the laws of the State of Illinois, Agency License #117-001244.

I served a Second Amended Complaint, Summons for Discovery, and Discovery upon Archer Pines Landscaping, c/o Registered Agent Phillip J. Solatka, by leaving a copy of the aforementioned documents with him, at his business address, located at 14635 Archer Avenue, Lockport, IL 60532 on November 1, 2019 at approximately 11:15 a.m.

Upon arrival I was greeted by a male who identified himself as Phillip J. Solatka. I then introduced myself and advised him of my reason for being there. I then handed Phillip J. Solatka a copy of the aforementioned documents and then departed the area.

Phillip J. Solatka is a Caucasian male, who appeared to be in his mid-fifties, standing about 5'9", of a thin build, with white hair and brown eyes. Phillip J. Solatka was wearing a blue jacket, blue shirt, and jeans at the time of service.

Further, the affiant sayeth not.

Yazmin E. Candiotti

Subscribed and Sworn
Before me this ____1st____ day
of ___November___, 2019.

_____
Notary Public

OFFICIAL SEAL
DANIEL SPATAFORA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/14/22

Summons for Discovery                                    (06/28/18) CCL 0017 A

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
10/29/2019 11:01 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011723

Estate of John Caruso,

                                                    Plaintiff

                    v.

Russo Hardware, Inc. d/b/a Russo Power Equipment, Inc, et al,

                                                    Defendant          Case No.    2018 L 011723

                    and

PLEASE SERVE:

Archer Pines Landscaping, Inc c/o: Registered Agent:

Phillip J. Solatka, 14635 Archer Avenue, Lockport, IL 60532

                                        Respondent in Discovery

*FILED DATE: 10/29/2019 11:01 AM    2018L011723*

### SUMMONS FOR DISCOVERY

To Respondent in Discovery:

YOU ARE HEREBY NOTIFIED that on ___10/21/19___, a complaint, a copy of which is attached was filed in the above Court naming you as a Respondent in Discovery. Pursuant to the Illinois Code Section 2-402 and Supreme Court Rules 201 et. seq., and/or Court Order entered on ___10/21/19___, the above named Plaintiff(s) are authorized to proceed with the discovery of the named Respondent(s) in Discovery.

YOU ARE SUMMONED AND COMMANDED to appear for deposition, before a notary public (answer the attached written interrogatories), (respond to the attached request to produce), (or other appropriate discovery tool). We are scheduled to take the oral discovery deposition of the above named

Respondent, _____, on _____ at _____ ○ AM ○ PM at the office

of _____, Illinois, in accordance with the rules and provisions of this Court.

Witness and mileage fees in the amount of $ _____ are attached (or) serve the following interrogatories, request to produce, or other appropriate discovery tool upon Respondent, Archer Pines Landscaping, Inc _____, to be answered under oath by Respondent, Archer Pines Landscaping, Inc _____, and delivered to the office of Romanucci & Blandin LLC. _____, Illinois, within 28 days from date of service).

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

TO THE OFFICER/SPECIAL PROCESS SERVER:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement or affidavit of service and fees and an endorsement or affidavit of payment to the Respondent of witness and mileage fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

Atty. No.: 35875                                    10/29/2019 11:01 AM DOROTHY BROWN

Name: Bruno R. Marasso                              Date of Service: 11-1-19

Atty for: Plaintiff                                 (to be inserted by officer on copy left with defendant or other person)

Address: 321 N. Clark Street, Ste. 900

City: Chicago          State: IL    Zip: 60654      Dated: _____

Telephone: 312-458-1000                             WITNESS, _____
                                                    This amendatory Act of the 94th General Assembly applies to
Primary Email: bmarasso@rblaw.net                   causes of action pending on or after its effective date. (source: P.A.
                                                    86-483.)

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org**
Page 1 of 1

FILED DATE: 10/29/2019 11:01 AM   2018L011723

**Addendum**
**Caruso v. Monsanto**
**Case No: 2018 L 011723**

**Please serve the parties as follows:**

**Respondents in Discovery:**

Home Depot USA, Inc.
c/o Registered Agent:
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

Menard, Inc.
c/o Registered Agent:
Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703

Mac Restoration Contracting, Inc
c/o Registered Agent:
James M. Delahunt
4783 Lake Valley Drive, Ste 2A
Lisle, IL 60532

Archer Pines Landscaping, Inc
c/o Registered Agent:
Philip J. Solatka
14635 Archer Avenue
Lockport, IL 60441