BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 2741

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-167)

Pursuant to Rule 7.1(c) of the Judicial Panel on Multidistrict Litigation, I, Bryce T. Hensley of the law firm, Romanucci & Blandin, LLC, hereby respectfully notice opposition to the Conditional Transfer Order (CTO-167) (Dkt. 1415) concerning the matter of *Caruso, et al. v. Russo Hardware, Inc., et al.*, No. 19-cv-7121 (N.D. Ill.) (labeled as *Caruso v. Monsanto, et al.* in the CM/ECF notice) currently before the Honorable Virginia M. Kendall of the United States District Court for the Northern District of Illinois.

Plaintiff will file a motion to vacate CTO-167 as to the foregoing action in accordance with JPML Rule 7.1(f) and any briefing schedule set by the Panel.

Dated: November 15, 2019

Respectfully submitted,

/s/   Bryce T. Hensley
*Attorney for Plaintiff*

Bryce T. Hensley
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
bhensley@rblaw.net


EXHIBIT G