# University of Illinois
### Transaction Detail

### Cardholder: Curtis L PearceJPM

| | |
|---|---|
| Log No: LN3874759 | Supplier: THE HOME DEPOT #1950 |
| Document No: PCA2GKJ8 | Status:  Sent to Costing System |
| Merchant Ref No: 08050195036350706 | |

| | |
|---|---|
| Billing Date: Aug  24 2015 | Upload: Aug  15 2015 |
| Trans Date: Aug  5 2015 | Reconciled: Aug  11 2015 |
| Order Complete? Yes | Extracted: Aug  17 2015 |
| Disputed?          No | |

| | |
|---|---|
| Comments<br>Tools and supplies for parking lots clean up | Total Amount: $264.64<br>Sales Tax:     $0.00 |

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|---|---|---|---|---|---|
| 1 | 2 | $2.4800 | keys | $4.96 | 301190/312000/124900/312001 |
| 2 | 2 | $7.4800 | cloth towels | $14.96 | 301190/312000/124900/312001 |
| 3 | 10 | $1.9800 | 2 cycle oil | $19.80 | 301190/312000/124900/312001 |
| 4 | 1 | $5.9800 | oil | $5.98 | 301190/312000/124900/312001 |
| 5 | 2 | $24.9700 | weed block | $49.94 | 301190/312000/124900/312001 |
| 6 | 1 | $169.0000 | gas blower | $169.00 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012



EXHIBIT
J

# University of Illinois
## Transaction Detail

### Cardholder: MICHAEL J BONAREKJPM

Log No: LN3810956
Document No: PCA2ESTR
Merchant Ref No:

Supplier: MENARDS HOMER GLEN
Status: Sent to Costing System

Billing Date: Apr 24 2015
Trans Date: Apr 23 2015
Order Complete? Yes
Disputed?      No

Upload: May 9 2015
Reconciled: May 5 2015
Extracted: May 5 2015

Comments
LANDSCAPING SUPPLIES FOR PSPS

Total Amount: $281.68
Sales Tax:    $0.00

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 1 | $8.9400 | 15PK TREE SPIKES | $8.94 | 301190/312000/124900/312001 |
| 2 | 4 | $8.8400 | ROSE&FLWR FEED | $35.36 | 301190/312000/124900/312001 |
| 3 | 2 | $9.9800 | BOX HANDLE GLOVES | $19.96 | 301190/312000/124900/312001 |
| 4 | 1 | $14.9800 | CONSTRUCTION GLOVES | $14.98 | 301190/312000/124900/312001 |
| 5 | 4 | $19.9800 | X-TREME GRIP GLOVES | $79.92 | 301190/312000/124900/312001 |
| 6 | 1 | $14.7700 | CRAB GRASS KILLER | $14.77 | 301190/312000/124900/312001 |
| 7 | 5 | $9.9700 | MESH VEST | $49.85 | 301190/312000/124900/312001 |
| 8 | 2 | $28.9500 | PREEN WEED PLANT FOOD | $57.90 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

The P-Card Web Solution - 5/5/2015

# University of Illinois

## Confirming Order Report

**Log No:** LN3810956   **Order Date:** 4/23/2015   **Vendor:** MENARDS
**Promised:**   **Dept Ref No:**

**Ship To:** LN3810956
The University of Illinois, P-Card
Bonarek, Michael J.
122 Wsps
M/C 044
UIC CUS MAIL,   IL   00002

**Ordered By:** MICHAEL J. BONAREK
**Phone No:** **Dept:** 312000
**Email:** bonarek@uic.edu

| Item | Qty | Unit Price | Description | FOAP | Amount |
|------|-----|-----------|-------------|------|--------|
| 1 | 1 | $8.9400 | 15PK TREE SPIKES | 301190/312000/124900/312001 | $8.94 |
| 2 | 4 | $8.8400 | ROSE&FLWR FEED | 301190/312000/124900/312001 | $35.36 |
| 3 | 2 | $9.9800 | BOX HANDLE GLOVES | 301190/312000/124900/312001 | $19.96 |



# University of Illinois
### Transaction Detail

### Cardholder: MICHAEL J BONAREKJPM

Log No: LN3648730

Document No: PCA2ARL0

Merchant Ref No:

Supplier: MENARDS HOMER GLEN

Status:   Sent to Costing System

Billing Date: Sep 24 2014

Trans Date: Aug 28 2014

Order Complete? Yes

Disputed?        No

Upload: Sep 9 2014

Reconciled: Sep 3 2014

Extracted: Sep 4 2014

Comments

BUG SPRAY,ROUNDUP,BLEACH,SAFETY
GLASSES,LITHIUM SCREWDRIVER,TOOL
BOX,LOCK,HACKSAW,KNIFE
BLADES,MEASURING TAPE,WRENCH SET-
WESTSIDE MAINTENANCE SUPPLIES

Total Amount: $284.87

Sales Tax:     $0.00

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 1 | $284.8700 | MISC. SUPPLIES | $284.87 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012



Use Your **BIG CARD** 2% **REBATE**
**MENARDS®**

**MENARDS - HOMER GLEN**
**13956 S. Bell Road**
**Homer Glen, IL 60491**

```
BUG STOP 1.33G 0/SPRAY *       CI
2637611                      8.88  NT
ROUNDUP R                      CI
2638019                     25.88  NT
RAID FLYING INSEC. 11oz
2633035       4  @3.98            NT
CLOROX BLEACH FOAMER 3(
6471124                      3.47  NT
GENESIS AMBER EYEWEAR
2122086                     18.97  NT
VEXIS SAFETY GLASS GRAY
2121095                      8.99  NT
BIFOCAL SAFETY GLASS 2.5
2123034                      7.96  NT
PROTEGE CLEAR EYEWEAR  *
2122026                     13.99  NT
3.6V LITHIUM SCREWDRIVER**
2414404                     59.99  NT
19" PLASTIC TOOL BOX WII
2452583                      6.99  NT
KNIFE SWIVEL LOCK  *
2371054                      3.99  NT
30" TALL STACKER WHITE
2112569       2  @12.99     25.98  NT
RATCHETING SCREWDRIVER
2375199                     10.88  NT
HACKSAW  *
2376414                      7.99  NT
H.D.KNIFE BLADES--5PK  *
2372642                      1.19  NT
BULLDOG/NOTCH CUT
2447325                     15.97  NT
25' STANLEY TAPE  *
2375496                      7.99  NT
16 OZ FGLASS CURVE HAMME *
2375867                      7.88  NT
MF-3PC ADJ WRENCH SET  *
2436516                     16.99  NT
MF-3PC PLI & ADJ WRN SET *
2436518                     14.97  NT


TOTAL                      284.87
TOTAL SALE                 284.87
MASTERCARD 0055            284.87
042019
 Swiped
PO #    mike


TOTAL SAVINGS    24.22

TOTAL NUMBER OF ITEMS     24
```

*Handwritten notations:*

284.87

PCA2ARLO

301190·312000·124900·312001

Cor ulest side maint. supplies

1 for Lot C-1

Tool box for Joe @ psps

---

**The P-Card Web Solution - 9/3/2014**

# University of Illinois
## Confirming Order Report

| Item | Qty | Unit Price | Description | FOAP | Amount |
|------|-----|-----------|-------------|------|--------|
|  |  |  | $284.8700 MISC. SUPPLIES | 301190/312000/124900/312001 | $284.87 |

**Log No:** LN3648730

**Ship To:** LN3648730
The University of Illinois, P-Card
Bonarek, Michael J.
122 Wsps
M/C 044
UIC CAMPUS MAIL,  IL  00002

**Order Date:** 8/28/2014
**Promised:**

**Dept Ref No:**

**Vendor:** MENARDS

**Ordered By:** MICHAEL J BONAREK
**Phone No:** **Dept:** 312000
**Email:** bonarek@uic.edu

# University of Illinois
## Transaction Detail

### Cardholder: MICHAEL J BONAREKJPM

Log No: LN3610039

Document No: PCA29TPC

Merchant Ref No: 07010198902810719

Supplier: THE HOME DEPOT 1989

Status:   Sent to Costing System

Billing Date: Jul 24 2014

Trans Date: Jul  1 2014

Order Complete? Yes

Disputed?        No

Upload: Jul  11 2014

Reconciled: Jul  7 2014

Extracted: Jul  7 2014

Comments
60PK TERRY TOWELS,DUST
PANS,BROOMS,MOPS,ROUNDUP WEED
KILLER,DRANO,INSECT FOGGER FOR
HOUSEKEEPING & GROUNDS

Total Amount: $236.50

Sales Tax:    $0.00

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 1 | $236.5000 | MISC. SUPPLIES | $236.50 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

# University of Illinois
## Transaction Detail

### Cardholder: MICHAEL J BONAREKJPM

| | |
|---|---|
| Log No: LN3590893 | Supplier: THE HOME DEPOT #1950 |
| Document No: PCA299VK | Status:   Sent to Costing System |
| Merchant Ref No: 06040195003260402 | |

| | |
|---|---|
| Billing Date: Jun  24 2014 | Upload: Jun  13 2014 |
| Trans Date: Jun  4 2014 | Reconciled: Jun  9 2014 |
| Order Complete? Yes | Extracted: Jun  13 2014 |
| Disputed?        No | |

| | |
|---|---|
| Comments<br>1 1/4 EXTENSION WAND,28IN LOPPER,BYPASS LOPPER, 8LB MAUL W/FIBERGLASS,SQUEEGEE NOZZLE,ROUNDUP WEED&GRASS KILLER,BUG STOP,PRUNING SAW,ANT BAIT-FOR GROUNDS | Total Amount: $273.86<br>Sales Tax:     $0.00 |

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|---|---|---|---|---|---|
| 1 | 1 | $273.8600 | MISC. SUPPLIES | $273.86 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

273.86

PCA299VK

301190·312000·124900·312001



**More saving.**
**More doing.®**

1300 SOUTH CLINTON STREET
CHICAGO, IL 60607 (312)-850-4836

1950  00002  84125   06/04/14  07:17 AM
CASHIER RASHUNDA - RNW4885

648846002262 1-1/4EXTWAND <A>
RIDGID 1-1/4 EXTENSION WAND
1.00 EA
206.97                          13.9
046561191382 28IN LOPPER <A>
28" POWERLEVER BYPASS LOPPER
1.00 EA
2022.97                         45.94Z
823756201725 8 LB MAUL <A>    29.97Z
8LB MAUL W/FIBERGLASS HANDLE
1.00 EA
648846002255 11/4MSTNZ&SQ <A>  9.97Z
RIDGID 1-1/4" SQUEEGEE NOZZLE
1.00 EA
070183500307 RNDUP 24OZ <A>
ROUNDUP WEED & GRASS KILLER 24OZ
24.00 OZ
205.27                          15.81Z
071121961006 BUG PUMP <A>      13.74Z
SPECTRACIDE BUG STOP 1.33GAL PUMP
1.00 EA
046561193546 PRUNING SAW <A>
18" POWERTOOTH D-HDLE PRUNING SAW
1.00 EA
3022.97                         68.91Z
071121020106 ANT BAIT <A>
HOT SHOT MAX ATTRAX ANT BAIT 4CT.
1.00 BX
     97                         15.76Z
     696 HS GEL <A>
     SHO ROACH & ANT BAIT GEL 2.50Z
     BX

     EA
3011.97

TA  Z
TAX EXEMPT

XXXXX XXXXXXXX
AUTH CODE 078

   JOB
ALL BOOTHS

The P-Card Web Solution - 6/9/2014

# University of Illinois
## Confirming Order Report

| Item | Qty | Unit Price | Description | FOAP | Amount |
|---|---|---|---|---|---|

Log No:  LN3590893

Order Date:  6/4/2014
Promised:          Dept Ref No:

Ship To:  LN3590893
The University of Illinois, P-Card
Bonarek, Michael J.
122 Wsps
M/C 044
UIC CAMPUS MAIL, IL  00002

Vendor:  HOME DEPOT

Ordered By:  MICHAEL J BONAREK
Phone No:    Dept: 312000
Email:  bonarek@uic.edu

BUY ONLINE  K-UP IN STOR
AVAILABLE  HOMEDEPOT.COM
CONVENIENT, F  Y AND MOST ORDER
READY IN  SS THAN 2 HOURS!

# University of Illinois
## Transaction Detail

### Cardholder: Michael J. BonarekJPM

Log No: LN3367515

Document No: PCA23GJR

Merchant Ref No: 07030195091750024

Supplier: THE HOME DEPOT #1950

Status:  Sent to Costing System

---

Billing Date: Jul 24 2013

Trans Date: Jul 3 2013

Order Complete? Yes

Disputed?      No

Upload: Jul 16 2013

Reconciled: Jul 10 2013

Extracted: Jul 11 2013

---

Comments

ROUNDUP WEED CONTROL,PLANT
FOOD,FERT. SPIKES,4 SUPER PACKS
ANNUALS. LANDSCAPING FOR LOT E

Total Amount: $209.98

Sales Tax:    $0.00

---

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 4 | $23.9400 | ROUNDUP | $95.76 | 301190/312000/124900/312005 |
| 2 | 1 | $114.2200 | MISC. SUPPLIES | $114.22 | 301190/312000/124900/312005 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

POSTED
1/13

209.98

PCA23GJR

301190 · 312000 · 124920 · 312005

Los Entings
plantings



## More saving.
## More doing.®

1950 S CLINTON STREET
CHICAGO  IL 60607 (312)-850-0836

1950  00024        07/03/13  03:38 AM
CASHIER ISAI     TXD0939

032247365932 1.5CF    <A>
  1.5 CU FT MG MO    CNTRL GRDN SOIL
  1.50 CF
  207.47                      14.94L
071645532089 PLANT F  C<A>
  VIGORO E/FRGRN/HOU  FERT SPKFS 12L
  4.20 LB
  .59

         RUI AL.3GAL  <A>
  ROUNDUP EXTENDED CONTRO  1.33GAL PNG
  170.24 OZ
  .91.                        95.76Z
  0000299 GPKSUMRSHADE <A>
  UPER 6PACK SUMMER SHADE
  203.88
079219000503 SUPER8PACK <A>
  SUPER 8 PACK ANNUAL GFC
  990 50                       22.50Z
89487 001000 DRACENA PLA <A>
  WEATHER TOUGH ACCENT PLANTS 1
  502.78                       13.90Z
048834122239 QTVIGOR  <A>
  VIGORO SUMMER SURVIVOR  813 ML
  802.50                       20.00Z

           SUBTOTAL        209.98
TAX Z =      0.0000%          0.00
TAX EXEMPT
           TOTAL         $209.98
XXXXXXXXXXXX3034 MASTERCARD  209.98
AUTH CODE 010413/0249175        TA

P.O.#/JOB NAME: MIKE



1950 24 57984 07/03/2013 0592

    RETURN POLICY DEFINITIONS
   POLICY ID   DAYS    POLICY EXPIRES ON
A      1       90        10/01/2013
  THE HOME DEPOT RESERVES THE RIGHT TO
  LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

    BUY ONLINE PICK-UP IN STORE
  AVAILABLE NOW ON HOMEDEPOT.COM.
  CONVENIENT, EASY AND MOST ORDERS
    READY IN LESS THAN 2 HOURS!

---

The P-Card Web Solution - 7/9/2013

# University of Illinois
## Confirming Order Report

| Item | Qty | Unit Price | Description | FOAP | Amount |
|------|-----|------------|-------------|------|--------|

Log No:  LN3367515

Order Date:  7/3/2013

Promised:       Dept Ref No:

Ship To:  LN3367515
The University of Illinois, P-Card
Bonarek, Michael J.
122 Wsps
M/C 044
UIC CAMPUS MAIL, IL  00002

Vendor:  HOME DEPOT

Ordered By:  Michael J. Bonarek
Phone No:      Dept:  312000
Email:  bonarek@uic.edu

# University of Illinois
## Transaction Detail

### Cardholder: Michael J. BonarekJPM

Log No: LN3375098

Document No: PCA23LU8

Merchant Ref No: 07120195032890108

Supplier: THE HOME DEPOT #1950

Status:   Sent to Costing System

Billing Date: Jul 24 2013

Trans Date: Jul 12 2013

Order Complete? Yes

Disputed?       No

Upload: Jul 26 2013

Reconciled: Jul 22 2013

Extracted: Jul 23 2013

Comments
BROOM'S TRASH CAN,SCRUB
BRUSH'S,BUNGEE CORDS,UTILITY
KNIFE,TRIMMER SPOOL,CYCLE OIL,WEED
CONTROL-SUPPLIES FOR GROUNDS

Total Amount: $203.82

Sales Tax:     $0.00

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|------------|------------------|-------------|------|
| 1 | 1 | $203.8200 | MISC. SUPPLIES | $203.82 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012



More saving.
More doing.®

ALL else
Grounds for
Buggies for
EAST &
WEST

203.82

POSTED
7/B

PCA23 RU8

301190·312000·124900·312001

```
3 S CLINTON STREET
CHICAGO IL 60607   312-350-4836

                           10:18 AM
CASHIER   MR Shu... 
J7179806734... BROOM
  POLY LOBLY/D
  1.0  EA              20.94Z
  30                    4.97Z
0865...                        lot B-2     ACK
  ... AF  ...
  1.0  EA
66260937167...
3PK P  /  /
  1.0
803.9.
0370641212020 SM CORE BR <A>     11.91Z
  WORKFORCE SMALL SOFT GRIP SCRUB BRSH
  1.0  EA
640328381212 8PK 48IN CRD <A>     8.89Z
  SUPERSTRONG BUNGEE CORDS-48IN, 4 PK
  4.00 PK
07681221113... FOLDING RZR <A>     7.48Z
  HUSKY 4-3/4" FOLD LKBACK UTIL KNIFE
  1.0  PC
01522116526  TRIM LINE <A>        29.97Z
  HD 3 LB   POOL TRIMMER LINE
  1.0  EA
040896550000 PC 3.20Z 40 <A>
  POWERCARE 2 CYCLE OIL: 3.20Z 40:1
  1.0  EA
802.47                            19.76Z
08687619417... MED WASTEBKT <A>     4.97Z
  7GAL DESK SIDE RECYCLING BIN
  1.0  EA
070183523350... RUPXWAND1.33 <A>  170.24 O
  ROUNDUP XTENDED CONTROL 1.33 G WAND
  2025.93
07792407515... GRILL COVER <A>     51.96Z
  WEBER Q  200 GRILL COVER
  1.0  EA
2019.99                           39.98Z

           SUBTOTAL              203.82
TAX Z =    0.0000%                 0.00
TAX EXEMPT
           TOTAL               $203.82
XXXXXXXXXXXX 3034 MASTERCARD    203.82
AUTH CODE 0 0470/1083289            TA

P.O.#/JOB NAME: MIKE
```

lot B-2
Rmsps
wsps
office
Rmsps



1350 08 5...        ...56

```
RETURN           IS
POLICY  )      EXPIRE ON
A     L   90  10/10/2013
THE HOME DEPOT R    THE RIGHT TO
LIMIT / DENY RETURN   ASE SEE THE
RETURN POLICY SIGN IN STORES FOR
           DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
```

**University of Illinois**
**Confirming Order Report**

The P-Card Web Solution - 7/22/2013

Log No:  LN3375098
Order Date:  7/12/2013
Promised:
Dep Ref No:

Vendor:  HOME DEPOT

Ordered By:  Michael J. Bonarek
Phone No:
Email:  bonarek@uic.edu
Dept:  312000

Ship To:  LN3375098
The University of Illinois, P-Card
Bonarek, Michael J.
122 Wsps
M/C 044
UIC CAMPUS MAIL,   IL  00002

| Item Qty Unit | Description | FOAP | Amount |
|---|---|---|---|
| Price | | | |

# University of Illinois
### Transaction Detail

### Cardholder: Michael J. BonarekJPM

Log No: LN3351486
Document No: PCA233FJ
Merchant Ref No: 06110195067790206

Supplier: THE HOME DEPOT #1950
Status:   Sent to Costing System

Billing Date: Jun  24 2013
Trans Date: Jun  11 2013
Order Complete? Yes
Disputed?       No

Upload: Jun  22 2013
Reconciled: Jun  18 2013
Extracted: Jun  18 2013

Comments
MISC CLEANING SUPPLIES ALL SUPPLIES
FOR GROUNDS

Total Amount: $257.88
Sales Tax:     $0.00

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|------------|------------------|-------------|------|
| 1 | 3 | $24.9700 | LANDSCAPE FABRIC | $74.91 | 301190/312000/124900/312001 |
| 2 | 3 | $23.9400 | ROUND UP2 | $71.82 | 301190/312000/124900/312001 |
| 3 | 2 | $11.9200 | RODENT EXT. | $23.84 | 301190/312000/124900/312001 |
| 4 | 2 | $14.9700 | TERRY TOWELS | $29.94 | 301190/312000/124900/312001 |
| 5 | 1 | $57.3700 | MISC SUPPLIES | $57.37 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

257.88

PCA233FJ

301190·312000·124900·312001



## More saving.
## More doing.

500 S. UNION STREET
CHICAGO, IL 60607 (312)-890-4836

1950        E9572   06/11/13  06:45 AM
CASHIER   CJW4702

WEED MAT EAST4WEST

03899400105/ WEEDBLOCK <A>
3' X 100' WEEDBLOCK LANDSCAPE FABRIC
1.00 RL
3024.9Z                              44.91Z

070183572502 FU2H 1.3GAL <A>
ROUNDUP  WEED CONTROL 1.33GAL PNG
170.24  0Z                          EAST/WEST
3023.54                              14.82Z

813576008556 AMDRO HP 2P <A>
AMDRO PF HOME PEST REFILL 2PK
1.00 EA     RAT KILLER, EAST/WEST
2011.32                              23.84Z

07331976466J C62K TWST <A>
HDX TERRY TOWELS, 36PK
36.00 PC    WSPS 4 PSPS
2014.97                              29.94Z

071798005533 FRJELRMOPRFL <A>
PROFESSIONAL ROLLER MOP REFILL
1.00 EA    HouseKeeping EAST/WEST
206.49                               12.98Z

071798203621 REFILL <A>
MICROFIBER TWIST MOP REFILL
1.00 EA
307.48                               22.44Z

033287149124 BIT SET <A>  A-VALET
RYOBI SPEEDLOAD HX DR BIT 18 PC SET
1.00 EA                              5.97Z

071798005653 QUICKIE MOP <A>
PROFESSIONAL ROLLER MOP
1.00 EA    Housekeeping EAST/WEST   15.98Z

                SUBTOTAL            257.88
TAX Z =         0.0000%               0.00
TAX EXEMPT

                TOTAL             $257.88
XXXXXXXXXXX3034 MASTERCARD         257.88
AUTH CODE 016877/2066779             1A

P.O.#/JOB NAME: MIKE

1950 06 E9572 06/11/2013 2887

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90       09/09/2013
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

The P-Card Web Solution - 6/18/2013

# University of Illinois
## Confirming Order Report

Log No:  LN3351486

Order Date:  6/11/2013      Vendor:  HOME DEPOT
Promised:              Dept Ref No:

Ship To:  LN3351486
The University of Illinois, P-Card
Bonarek, Michael J.
122 W 5ps
M/C 044
UIC CAMPUS MAIL,  IL  00002

Ordered By:  Michael J. Bonarek
Phone No:       Dept:  312000
Email:  bonarek@uic.edu

| Item | Qty | Unit Price | Description | FOAP | Amount |
|------|-----|-----------|-------------|------|--------|



# University of Illinois
## Transaction Detail

### Cardholder: Michael J. BonarekJPM

Log No: LN3128760

Document No: PCA1X9ZE

Merchant Ref No: 07230195000210501

Supplier: THE HOME DEPOT #1950

Status:   Sent to Costing System

---

Billing Date: Aug  24 2012

Trans Date: Jul  23 2012

Order Complete? Yes

Disputed?        No

Upload: Aug  3 2012

Reconciled: Jul  30 2012

Extracted: Jul  30 2012

---

Comments

ROUND UP WEED CONTROL, GAS
CANS,LIGHT BULBS,SOD STAPLES FOR
GROUNDS

Total Amount: $151.89

Sales Tax:     $0.00

---

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 1 | $151.8900 | MISC. SUPPLIES | $151.89 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

https://pcard.apps.uillinois.edu/confirming_rpt.asp?user_log_no=LN3128760

The P-Card Web Solution - Confirming Report



*151.89*

*PCA1X9ZE*

*301190·312000·124900·312001*

# University of Illinois

## Confirming Order Report

The P-Card Web Solution - 7/25/2012

| Item | Qty | Unit Price | Description | FOAP | Amount |
|------|-----|------------|-------------|------|--------|

**Log No:** LN3128760
**Order Date:** 7/25/2012
**Promised:**
**Vendor:** HOME DEPOT

**Ship To:**
LN3128760
The University of Illinois, P-Card
Bonarek, Michael J.
122 W sps
M/C 044
UIC CAMPUS MAIL,   IL   00002

**Ordered By:** Michael J Bonarek
**Phone No:**
**Email:** bonarek@uic.edu
**Dept:** 312000
**Dept Ref No:**

---

HOME DEPOT

1300 S CLINTON STREET
CHICAGO  IL 60607 (312)850-4836

1950  00001  09539   07/23/12  06:50 AM
CASHIER VI-INTA   V4956691

07018752XXXX XXX GAL <A>
**ROUNDUP EXTENDED CONTROL 1.33GAL PKG**     170.24 07    *FOR WEEDS*    *IN LOT 6*
2023.94
063923975435 GAS CAN <B> <A>     47.882
5 GAL CARB GAS CAN
1.00 EA     *— WSPS NEW ONES*
2017.98
762148208853 LIGHT BULB <A>     7.97
<A> 525 GLOBE 13W BULB 2PK
3.00 EA     } *WSPS SIGNS*
762148XXXXXX LIGHT BULB <A>     7.97
<A> 4 GLOBE CFL BULB 2PK

XXXXX X GAL SPOUT <A>     *Goes WITH 5/ CANS*
<A> SPOUT
XXXXXX086728 MP FUNNEL <A>     1.97
MULTI-PURPOSE FUNNEL
1.00 EA
033980008148 SOD STAPLES <A>     *MSPS*
FABRIC & SOD STAPLES 10PK
10.00 BG
702.7
033980008155 SOD STAPLES <A>     1.97
FABRIC AND SOD STAPLES 25 PK
1.00 BX
071121533715 SP BFF FOAM <A>     6.97
SP CRPNTR BFF 2WSP FOAM AERO 16     *ALL LOTS*
16.50 07
015812710542 TAPE 1000' <A>
EMPIRE 1000' YELLOW CAUTION TAPE     *ALL LOTS*
1.00 RL
207.97

TAX 2 =     0.00
TAX EXEMPT

XXXXXXXX XX3034 MA     CARD
AUTH CODE 075305750104 T
P.O.#/JOB NAME: MHYE

1950 01 00941 07/23/2012 87

RETURN POLICY DEFINITIONS
POLICY ID  DAYS   POLICY EXPIRES ON
A     90     10/21/2012

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

# University of Illinois
## Transaction Detail

### Cardholder: Michael J. BonarekJPM

Log No: LN3123761
Document No: PCA1WV2V
Merchant Ref No: 06270198925030101

Supplier: THE HOME DEPOT 1989
Status:  Sent to Costing System

Billing Date: Jul 24 2012
Trans Date: Jun 27 2012
Order Complete? Yes
Disputed?        No

Upload: Jul 21 2012
Reconciled: Jul 17 2012
Extracted: Jul 18 2012

Comments
TOOL TOTE,WEED KILLER,OIL,BRASS HOSE-
SUPPLIES FOR GROUNDS

Total Amount: $143.26
Sales Tax:    $0.00

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 1 | $143.2600 | MISC. SUPPLIES | $143.26 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

143.26

PCAL WV2V

301P0-312000-124900-312001



**More saving.
More doing.®**

14053 SOUTH ___ ROAD
HOMER GLEN, IL 60___  ___3015139

1989  9001  60095   06/27/12  07:55 PM
CASH R JENNIFER - JNB1028         westends
                                  Enswards
829676128258 TOOL TOT. <A>        9.00
    HUSKY 18" ROLLING TOOL TOTE
088685639067 PRN WDPPV+PF <A>     57.
    PREEN WEED PREVENTER&PLAN FD 16LB
    2028.97                       WSPS
046396859228 PC 6 40Z <A>         WSPS
    POWERCARE 2 CYCLE OIL: ___ 40Z 50:1
    503.47                        17.95   WSPS
_____  BRASS HOSE Y <A>        8       WSPS
M___ BRASS HOSE Y W/ SH_____      WSPS

          SUBTOTAL              ___
          SALES TAX             0.00
TAX EXEMPT
          TOTAL               $143.26
XXXXXXXXXXXXX3034 MASTERCARD   143.26
AUTH CODE 062825/1012503         TA
P.O.#/JOB NAME: MIKE

___ 01 60036  6/27/20    366

  RETURN POL___ DEFT_____
  POLL__ ID - b___ _ _TES EXPIRES ON
A   J   SU          05/2012

THE HOME DEPOT RESE___ ___
  LIMIT / DENY RETURNS, PL_____ ___
  RETURN POLICY SIGN IN STORE, ___
          DETAILS.

  BU___ ___ PICK-UP I___ ___
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

---

The P-Card Web Solution - 7.17.2012

## University of Illinois

### Confirming Order Report

Log No: LN3123761

Order Date: 6/27/2012          Vendor: HOME DEPOT

Promised:          Dept Ref No:

Ship To: LN3123761
The University of Illinois, P-Card
Bonarek, Michael J.
123 WSPS
MC 044
UIC CAMPUS MAIL, IL, 00002

Ordered By: Michael J. Bonarek
Phone No: 312000          Dept: 312000
E-mail: bonarek@uic.edu

| Item | Qty | Unit Price | Description | FOAP | Amount |
|------|-----|-----------|-------------|------|--------|

# University of Illinois
## Transaction Detail

### Cardholder: Michael J. BonarekJPM

| | |
|---|---|
| Log No: LN3113043 | Supplier: THE HOME DEPOT #1950 |
| Document No: PCA1WP93 | Status:  Sent to Costing System |
| Merchant Ref No: 06190195032920901 | |

| | |
|---|---|
| Billing Date: Jun  24 2012 | Upload: Jul  7 2012 |
| Trans Date: Jun  19 2012 | Reconciled: Jul  2 2012 |
| Order Complete? Yes | Extracted: Jul  2 2012 |
| Disputed?        No | |

| | |
|---|---|
| Comments<br>SILICONE,PLANT SPIKES,UTILITY GLOVES,WEED CONTROL,GARDEN SOIL- FOR GROUNDS | Total Amount: $78.51<br>Sales Tax:   $0.00 |

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|---|---|---|---|---|---|
| 1 | 1 | $78.5100 | MISC. SUPPLIES | $78.51 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

1 of 1

POSTED
4/18

78.51

PCA1WP93
301190-312000-124900-312001



 **More saving.**
**More doing.**®

1300 S CLINTON STREET
CHICAGO, IL 60607 (312)-850-4836

1950 00001 24511   06/19/12  08:54 AM
CASHIER ASHLEY - ALR0973

077027050004 SILICONE <A>
  GE SILICONE II W&D CLEAR
  9.80 OZ
  495.95                      23.80Z
073561002523 M/G SPIKES <A>
  MIRACLE GROW SPIKES (CLIP STRIP)
  1.10 LB
  201.78                       3.56Z
731919220202 FGLTDIVGLM <A>
  FIRM GRIP UTILITY GLOVE MEDIUM
  1.00 EA                      9.97Z
070183572502 RUPX1.3GAL <A>
  ROUNDUP EXTENDED CONTROL 1.33GAL PNG
  170.24 OZ                   19.97Z
879219000503 SUPER8PACK <A>
  SUPER 8 PACK ANNUAL GFC
  202.99                       .98Z
879219003085 PWGRANDE <A>
  GRANDE PROVEN WINNER 1EA GFG    4.98Z
048834000049 MRBL CHIP WH <A,S>  2.98Z
  VIGORO WHITE MARBLE CHIPS .5CU FT
  45.00 LB
032247365932 1.5CF MCGS <A>      7.27Z
  1.5 CU FT MG MOISTRE CNTRL GRDN SOIL
  1.50 CF

                 SUBTOTAL        78.51
TAX Z =          0.0000%          0.00
TAX EXEMPT
                 TOTAL          $78.51
XXXXXXXXXXXX3034 MASTERCARD      78.51
AUTH CODE 051483/9013292           TA

|||||||||||||||||||||||||||||||||||||||
1950 01 24511 06/19/2012 4889

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90        09/17/2012

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

---

The P-Card Web Solution - 7/2-2012

# University of Illinois
## Confirming Order Report

Log No: LN3113043

Order Date:  6/19/2012
Promised:

Ship To:  LN3113043
The University of Illinois, P-Card
Bonarek, Michael J.
122 Wsps
M/C 044
UIC CAMPUS MAIL, IL  00002

Dept Ref No:

Vendor:  HOME DEPOT

Ordered By:  Michael J. Bonarek
Phone No:
Email:  bonarek@uic.edu
**Dept:**  312000

FOAP

301190-312000-124900-312001

| Item | Qty | Unit Price | Description | Amount |
|------|-----|-----------|-------------|--------|
| 1 | 1 | $78.5100 | MISC. SUPPLIES | $78.51 |

$78.51

---

7/2/2012 1:03 PM

# University of Illinois
## Transaction Detail

### Cardholder: Michael J. BonarekJPM

| | |
|---|---|
| Log No: LN3101154 | Supplier: THE HOME DEPOT #1950 |
| Document No: PCA1WHFQ | Status: Sent to Costing System |
| Merchant Ref No: 06110195066070799 | |

| | |
|---|---|
| Billing Date: Jun 24 2012 | Upload: Jun 22 2012 |
| Trans Date: Jun 11 2012 | Reconciled: Jun 18 2012 |
| Order Complete? Yes | Extracted: Jun 19 2012 |
| Disputed? No | |

| | |
|---|---|
| Comments<br>MISC. SUPPLIES FOR WEST-SIDE GROUNDS | Total Amount: $103.33<br>Sales Tax: $0.00 |

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|---|---|---|---|---|---|
| 1 | 1 | $2.9900 | 182 OZ BLEACH | $2.99 | 301190/312000/124900/312001 |
| 2 | 1 | $18.4400 | ROUND-UP | $18.44 | 301190/312000/124900/312001 |
| 3 | 2 | $9.9800 | VIVA DIANTHU | $19.96 | 301190/312000/124900/312001 |
| 4 | 1 | $49.9700 | 27IN RATCHET LOPPER | $49.97 | 301190/312000/124900/312001 |
| 5 | 1 | $11.9700 | BLADE | $11.97 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

POSTED
4/17

103.33

PCAL WHFQ

301190·312000·124900·312601



The P4 and Web Solution · 6/18 2012

# University of Illinois
## Continuing Order Report

Log No: LN101154

Order Date:  6/11/2012
Promised:   Dept Ref No:

Vendor: HOME DEPOT

Ship To:  LN101154
The University of Illinois, PCard
Benaszk Michael J.
123 Wsps
MC 044
UIC CAMPUS MAIL  IL  60602

Ordered By: Richard J. Benaszk
Phone No:   Dept: 312000
Email:      benaszk@uic.edu

| Item | Qty | Unit Price | Description | FOAP | Amount |
|---|---|---|---|---|---|
| 1 | 1 | $18.400 | ROUNDUP | 301190·312000·124900·312601 | $18.44 |
| 2 | 1 | $2.990 | 182 OZ BLEACH | 301190·312000·124900·312601 | $2.99 |

6/18/2012 12:43 PM

# University of Illinois
## Transaction Detail

### Cardholder: Michael J. BonarekJPM

Log No: LN2818058

Document No: PCA1NQ59

Merchant Ref No: 07070195016440701

Supplier: THE HOME DEPOT #1950

Status:   Sent to Costing System

---

Billing Date: Jul 24 2011

Trans Date: Jul 7 2011

Order Complete? Yes

Disputed?        No

Upload: Jul 27 2011

Reconciled: Jul 21 2011

Extracted: Jul 27 2011

---

Comments

SAND,NIFFTY NABBER,ROUNDUP,OIL-MAINTENANCE

Total Amount: $115.94

Sales Tax:   $10.30

---

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 1 | $115.9400 | MISC. SUPPLIES | $115.94 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

# University of Illinois
### Transaction Detail

**Cardholder: Michael J. BonarekJPM**

Log No:

Document No: PCA11GWG

Merchant Ref No: 1193004

Supplier: CONSERV FS TINLEY PARK

Status:   Sent to Costing System

Billing Date: Apr  24 2009

Trans Date: Apr  7 2009

Order Complete? Yes

Disputed?        No

Upload: Apr  30 2009

Reconciled: Apr  24 2009

Extracted: Apr  27 2009

Comments

WEED KILLER FOR EASTSIDE LOTS

Total Amount: $933.30

Sales Tax:    $0.00

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 1 | $933.3000 | LANDSCAPING | $933.30 | 301190/312000/124900/312002 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

# University of Illinois
### Transaction Detail

### Cardholder: Michael J. BonarekJPM

| | |
|---|---|
| Log No: | Supplier: CONSERV FS TINLEY PARK |
| Document No: PCA122U6 | Status:  Sent to Costing System |
| Merchant Ref No: 00000000000000000 | |

| | |
|---|---|
| Billing Date: May  24 2009 | Upload: May  8 2009 |
| Trans Date: Apr  27 2009 | Reconciled: May  4 2009 |
| Order Complete? Yes | Extracted: May  8 2009 |
| Disputed?        No | |

| | |
|---|---|
| Comments<br>WEED KILLER FOR BOTH SIDES OF CAMPUS | Total Amount: $989.66<br>Sales Tax:     $0.00 |

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|------------|------------------|-------------|------|
| 1 | 1 | $989.6600 | LANDSCAPING | $989.66 | 301190/312000/124900/312002 |
| | | | | | 301190/312000/124900/312005 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012

# University of Illinois
## Transaction Detail

### Cardholder: Michael J. BonarekJPM

| | |
|---|---|
| Log No: | Supplier: CONSERV FS TINLEY PARK |
| Document No: PCA0RC7N | Status:  Sent to Costing System |
| Merchant Ref No: 00000000000000000 | |

| | |
|---|---|
| Billing Date: Apr  24 2008 | Upload: May  1 2008 |
| Trans Date: Apr  22 2008 | Reconciled: Apr  25 2008 |
| Order Complete? Yes | Extracted: Apr  28 2008 |
| Disputed?       No | |

| | |
|---|---|
| Comments<br>FERTILIZER/WEED CONTROL FOR ALL LOCATIONS | Total Amount: $902.80<br>Sales Tax:     $0.00 |

| Item | Qty | Unit Price | Item Description | Item Amount | FOAP |
|------|-----|-----------|------------------|-------------|------|
| 1 | 1 | $902.8000 | MISC. SUPPLIES | $902.80 | 301190/312000/124900/312001 |

Copyright © 1999-2004
ExpensePath Software
Version 2.00 - Revision 0.00 Security Revision 1.02 1/27/2012