| PO # | PO Line Description | UOM | Unit Price | Quantity | Amount | vendor_id | vendor_name | org_cd | PO Order Date |
|---|---|---|---|---|---|---|---|---|---|
| P0971405 | -SPO Description - Landscaping for Various Parking | EA | 1 | 20000 | 20000 | @01738240 | Archer Pines Landscaping Inc | 312000 | 5/29/2014 14:00 |
| P1151243 | -SPO Description - Landscaping for Various Parking | EA | 1 | 49000 | 49000 | @01738240 | Archer Pines Landscaping Inc | 312000 | 6/2/2015 13:33 |
| P1334996 | -SPO Description - Landscaping for Various Parking | EA | 1 | 45000 | 45000 | @01738240 | Archer Pines Landscaping Inc | 312000 | 6/21/2016 13:25 |
| P1499719 | -SPO Description - Landscaping for various Parking | EA | 1 | 49000 | 49000 | @01738240 | Archer Pines Landscaping Inc | 312000 | 6/8/2017 15:53 |
| P1671312 | -SPO Description - Landscaping For Various Parking | EA | 1 | 49000 | 49000 | @01738240 | Archer Pines Landscaping Inc | 312000 | 6/7/2018 10:15 |
| P1850839 | -SPO Description - Landscaping For Various Parking | EA | 1 | 49000 | 49000 | @01738240 | Archer Pines Landscaping Inc | 312000 | 6/6/2019 14:14 |
| P1880193 | N/A-Campus parking landscape for Lot 1B, north sid | EA | 14860 | 1 | 14860 | @01738240 | Archer Pines Landscaping Inc | 312000 | 8/1/2019 9:45 |
| P0969022 | Landscaping of campus parking lots, flowering and shrubbery | LOT | 30000 | 1 | 30000 | @00504961 | Clarence Davids & Company | 312000 | 5/23/2014 12:08 |
| P1157793 | -SPO Description - Landscaping of Campus Parking L | EA | 1 | 30000 | 30000 | @00504961 | Clarence Davids & Company | 312000 | 6/12/2015 9:72 |
| P1334840 | -SPO Description - Landscaping of Campus Parking L | EA | 1 | 30000 | 30000 | @00504961 | Clarence Davids & Company | 312000 | 6/21/2016 11:22 |
| P1506883 | -SPO Description - Landscaping of Campus Parking L | EA | 1 | 52278 | 52278 | @00504961 | Clarence Davids & Company | 312000 | 6/21/2017 16:14 |
| P1671422 | -SPO Description - Landscaping of Campus Parking L | EA | 1 | 49000 | 49000 | @00504961 | Clarence Davids & Company | 312000 | 6/7/2018 11:01 |
| P1850867 | -SPO Description - Landscaping of Campus Parking L | EA | 1 | 49000 | 49000 | @00504961 | Clarence Davids & Company | 312000 | 6/6/2019 14:26 |
| P0982352 | Soil, flowers, shrubbery and other supplies | EA | 1 | 20000 | 20000 | @03258878 | Green Glen Incorporated | 312000 | 6/18/2014 10:45 |
| P1149551 | Soil, flowers, shrubbery and other supplies | EA | 1 | 20000 | 20000 | @03258878 | Green Glen Incorporated | 312000 | 5/29/2015 10:58 |
| P1334988 | Soil, flowers, shrubbery and other supplies | EA | 1 | 20000 | 20000 | @03258878 | Green Glen Incorporated | 312000 | 6/21/2016 13:22 |
| P1499332 | Soil, flowers, shrubbery and other supplies | EA | 1 | 20000 | 20000 | @03258878 | Green Glen Incorporated | 312000 | 6/8/2017 11:14 |
| P1675763 | Soil, flowers, shrubbery and other supplies | EA | 1 | 20000 | 20000 | @03258878 | Green Glen Incorporated | 312000 | 6/14/2018 16:50 |
| P1692461 | Soil, flowers, shrubbery and other supplies | EA | 35947 | 1 | 35947 | @03972312 | Green Glen Nursery Inc | 312000 | 7/18/2018 9:46 |
| P1850926 | Soil, flowers, shrubbery and other supplies | EA | 1 | 20000 | 20000 | @03972312 | Green Glen Nursery Inc | 312000 | 6/6/2019 17:59 |
| P1686621 | -SPO Description - Lawn Maintenance Program. Seaso | EA | 1 | 10000 | 10000 | @03480970 | Sandy's Lawn and Tree Care Inc | 312000 | 7/5/2018 14:51 |
| P1832546 | 5012019-Landscape- Plantbed and Hardscape, applica | EA | 1030 | 1 | 1030 | @03480970 | Sandy's Lawn and Tree Care Inc | 312000 | 5/2/2019 13:00 |
| P1859339 | -SPO Description - Lawn Maintenance Program. Seaso | EA | 1 | 17720 | 17720 | @03480970 | Sandy's Lawn and Tree Care Inc | 312000 | 6/21/2019 8:39 |

HRVA 000208



EXHIBIT K

# Purchase Order

| Purchase Order Date | PO/Reference No. | Revision No. |
|---|---|---|
| **May 29, 2014** | **P0971405** | **0** |

**Contract Information**
Contract Number    *no value*

**Supplier Information**
Supplier Number    @01738240
Archer Pines Landscaping Inc
14635 Archer Avenue
Lockport, IL 60441 US
Phone    +1 815-838-7302
Fax    +1 815-838-7302
Payment Terms    0% 0, Net 30

**University of Illinois Authorized Signature**

Avijit Ghosh, Comptroller

Please note that the attached Terms and Conditions and any supporting documents attached to the PO, form a part of the PO and are incorporated by reference into the terms of the PO.

**Illinois Tax Exemption ID: E9989-9779-07**

| Buyer Information | | Shipping Information | | Billing Address |
|---|---|---|---|---|
| Name | Diane Kubik | **Shipping Address** | | University of Illinois |
| Phone | +1 312-413-5822 | University of Illinois | | University of Illinois |
| Email | dkubik@uic.edu | Department: | 2-312 | Invoice Processing Center |
| | | Phone: | +1 (312) 413-5822 | P.O. Box 820 |
| | | Attn: | Diane Kubik | Rantoul, IL 61866 |
| | | Location: | Admin Parking | United States |
| | | Campus Parking Administration | | |
| | | 122 WSPS MC 044 | | |
| | | 1100 S Wood St | | |
| | | Chicago, IL 606124312 | | |
| | | United States | | |
| | | ShipTo Address Code | 231201 | |
| | | **Shipping Information** | | |
| | | Expedite | No | |
| | | Ship Via | Best Carrier-Best Way | |

HRVA 000166

10/16/2019

Fax

## Additional Information

Note to Supplier

Standing Purchase Order.
Term: 07/01/14 to 06/30/15

Furnish the following as requested.
This Purchase Order is Subject to Cancellation.

This Purchase Order Replaces P0805706 (FY14)

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 1 | Standing Order Request - Description - Landscaping for Various Parking Lots on Campus | | | 1.00 USD | 20,000 EA | 20,000.00 USD |
| | Commodity Code       59566 | | | | | |
| | | | | Total | | 20,000.00 USD |

HRVA 000167

10/16/2019 Fax 1/2

# Purchase Order

| Purchase Order Date | PO/Reference No. | Revision No. |
|---|---|---|
| **Jun 2, 2015** | **P1151243** | **0** |

**Contract Information**
Contract Number                              *no value*

**Supplier Information**
Supplier Number                              @01738240
Archer Pines Landscaping Inc
14635 Archer Avenue
Lockport, IL 60441 US
Phone                                        +1 815-838-7302
Fax                                          +1 815-838-7302
Payment Terms                                0% 0, Net 30

**University of Illinois Authorized Signature**

*[signature]*

Avijit Ghosh, Comptroller

Please note that the attached Terms and Conditions and any supporting documents attached to the PO, form a part of the PO and are incorporated by reference into the terms of the PO.

**Illinois Tax Exemption ID: E9989-9779-07**

| Buyer Information | | Shipping Information | | Billing Address |
|---|---|---|---|---|
| Name | Diane Kubik | **Shipping Address** | | University of Illinois |
| Phone | +1 312-413-5822 | University of Illinois | | University of Illinois |
| Email | dkubik@uic.edu | Department: | 2-312 | Invoice Processing Center |
| | | Phone: | +1 (312) 413-5822 | P.O. Box 820 |
| | | Attn: | Diane Kubik | Rantoul, IL 61866 |
| | | Location: | Admin Parking | United States |
| | | Campus Parking Administration | | |
| | | 122 WSPS MC 044 | | |
| | | 1100 S Wood St | | |
| | | Chicago, IL 606124312 | | |
| | | United States | | |
| | | ShipTo Address Code | 231201 | |
| | | **Shipping Information** | | |
| | | Expedite | No | |
| | | Ship Via | Best Carrier-Best Way | |

HRVA 000172

10/16/2019

Fax

## Additional Information

| Note to Supplier | Standing Purchase Order Term: 07/01/15 to 06/30/16 Furnish the following as requested. This Purchase Order is Subject to Cancellation. This Purchase Order Replaces P0971405 (FY15) |
|---|---|

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 1 | Standing Order Request - Description - Landscaping for Various Parking Lots On Campus | | | 1.00 USD | 40,000 EA | 40,000.00 USD |
| | Commodity Code    59566 | | | | | |
| | | | | | Total | 40,000.00 USD |

HRVA 000173

# Purchase Order

| Purchase Order Date | PO/Reference No. | Revision No. |
|---|---|---|
| **Jun 21, 2016** | **P1334996** | **0** |

**Contract Information**
Contract Number

**Supplier Information**
Supplier Number  @01738240

Archer Pines Landscaping Inc
14635 Archer Avenue
Lockport, IL 60441 US

Phone  +1 815-838-7302
Fax  +1 815-838-7302
Payment Terms  0% 0, Net 30

**University of Illinois Authorized Signature**

*(signature)*

Avijit Ghosh, Comptroller

Please note that the attached Terms and Conditions and any supporting documents attached to the PO, form a part of the PO and are incorporated by reference into the terms of the PO.

**Illinois Tax Exemption ID: E9989-9779-07**

| Buyer Information | | Shipping Information | | Billing Address |
|---|---|---|---|---|
| Name | Diane Kubik | **Shipping Address** | | University of Illinois |
| Phone | +1 312-413-5822 | University of Illinois | | University of Illinois |
| Email | dkubik@uic.edu | Department: | 2-312 | Invoice Processing Center |
| | | Phone: | +1 (312) 413-5822 | P.O. Box 820 |
| | | Attn: | Diane Kubik | Rantoul, IL 61866 |
| | | Location: | Admin Parking | United States |
| | | Campus Parking Administration | | |
| | | 122 WSPS MC 044 | | |
| | | 1100 S Wood St | | |
| | | Chicago, IL 606124312 | | |
| | | United States | | |
| | | ShipTo Address Code | 231201 | |
| | | **Shipping Information** | | |
| | | Expedite | No | |
| | | Ship Via | Best Carrier-Best Way | |

HRVA 000180

10/16/2019

Fax

## Additional Information

| Note to Supplier | Standing Purchase order<br>Term: 07/01/16 to 06/30/17<br>Furnish the following as requested.<br>This Purchase Order is subject to Cancellation. This Purchase Order Replaces P1151243 (FY16) | | | | |
|---|---|---|---|---|---|

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 1 | Standing Order Request - Description - Landscaping for Various Parking Lots On Campus. | | | 1.00 USD | 45,000 EA | 45,000.00 USD |
| | Commodity Code    59566 | | | | | |
| | | | | Total | | 45,000.00 USD |

HRVA 000181

# Purchase Order

| Purchase Order Date | PO/Reference No. | Revision No. |
|---|---|---|
| **Jun 8, 2017** | **P1499719** | **0** |

**Contract Information**
Contract Number　　　　　　　　　*no value*

**Supplier Information**
Supplier Number　　　　　　　　　@01738240
Archer Pines Landscaping Inc
14635 Archer Avenue
Lockport, IL 60441 US
Phone　　　　　　　　　　　　　　+1 815-838-7302
Fax　　　　　　　　　　　　　　　+1 815-838-7302
Payment Terms　　　　　　　　　0% 0, Net 30

**University of Illinois Authorized Signature**

*[signature]*

Avijit Ghosh, Comptroller

Please note that the attached Terms and Conditions and any supporting documents attached to the PO, form a part of the PO and are incorporated by reference into the terms of the PO.

## Illinois Tax Exemption ID: E9989-9779-07

| **Buyer Information** | | **Shipping Information** | | **Billing Address** |
|---|---|---|---|---|
| Name | Diane Kubik | **Shipping Address** | | University of Illinois |
| Phone | +1 312-413-5822 | University of Illinois | | University of Illinois |
| Email | dkubik@uic.edu | Department: | 2-312 | Invoice Processing Center |
| | | Phone: | +1 (312) 413-5822 | P.O. Box 820 |
| | | Attn: | Diane Kubik | Rantoul, IL 61866 |
| | | Location: | Admin Parking | United States |
| | | Campus Parking Administration | | |
| | | 122 WSPS MC 044 | | |
| | | 1100 S Wood St | | |
| | | Chicago, IL 606124312 | | |
| | | United States | | |
| | | ShipTo Address Code | 231201 | |
| | | **Shipping Information** | | |
| | | Expedite | No | |
| | | Ship Via | Best Carrier-Best Way | |

HRVA 000184

**Additional Information**

Note to Supplier

Standing Purchase Order.
Term: 07/01/17 to 06/30/18
Furnish the following as requested.
This Purchase Order is Subject to Cancellation.
This Purchase Order Replaces P1334996

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 1 | Standing Order Request - Description - Landscaping for various Parking Lots On Campus | | | 1.00 USD | 49,000 EA | 49,000.00 USD |
| | Commodity Code  59566 | | | | | |
| | | | | Total | | 49,000.00 USD |

# Purchase Order

| Purchase Order Date | PO/Reference No. | Revision No. |
|---|---|---|
| **Jun 7, 2018** | **P1671312** | **0** |

**Contract Information**
Contract Number

**Supplier Information**
Supplier Number    @01738240

Archer Pines Landscaping Inc
14635 Archer Avenue
Lockport, IL 60441 US

Phone    +1 815-838-7302
Fax      +1 815-838-7302

Payment Terms    0% 0, Net 30

**University of Illinois Authorized Signature**

*[signature]*

Avijit Ghosh, Comptroller

Please note that the attached Terms and Conditions and any supporting documents attached to the PO, form a part of the PO and are incorporated by reference into the terms of the PO.

## Illinois Tax Exemption ID: E9989-9779-07

| Buyer Information | Shipping Information | Billing Address |
|---|---|---|
| Name  Graciela Ruiz | **Shipping Address** | University of Illinois |
| Phone  +1 312-413-5821 | University of Illinois | Invoices may be emailed to: |
| Email  gruiz@uic.edu | Department:  2-312 | obfsupay@uillinois.edu |
|  | Phone:  +1 (312) 413-5821 | or mailed to: |
|  | Attn:  Graciela Ruiz | University of Illinois |
|  | Location:  Admin | Invoice Processing Center |
|  | Campus Parking Administration | P.O. Box 820 |
|  | 122 WSPS MC 044 | Rantoul, IL 61866 |
|  | 1100 S Wood St | United States |
|  | Chicago, IL 606124312 |  |
|  | United States |  |
|  | ShipTo Address Code  231201 |  |
|  | **Shipping Information** |  |
|  | Expedite  No |  |
|  | Ship Via  Best Carrier-Best Way |  |

HRVA 000188

10/16/2019 Fax

2/2

**Additional Information**

Note to Supplier | Standing Purchase Order. Term:07/01/18 to 6/30/19. Furnish the following as requested. This Purchase Order is Subject to Cancellation. This Purchase Order Replaces P1499719

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 1 | Standing Order Request - Description - Landscaping For Various Parking Lots On Campus | | | 1.00 USD | 49,000 EA | 49,000.00 USD |
| | Commodity Code    98852 | | | | | |
| | | | | Total | | **49,000.00 USD** |

HRVA 000189

https://solutions.sciquest.com/apps/Router/POFax?pold=819083408tmstmp=1571243474546382

# Purchase Order

| Purchase Order Date | PO/Reference No. | Revision No. |
|---|---|---|
| **Jun 6, 2019** | **P1850839** | **0** |

**Contract Information**
Contract Number

**Supplier Information**
Supplier Number                @01738240

Archer Pines Landscaping Inc
14635 Archer Avenue
Lockport, IL 60441 US

Phone               +1 815-838-7302
Fax                 +1 815-838-7302
Payment Terms       0% 0, Net 30

**University of Illinois Authorized Signature**

*Avijit Ghosh, Comptroller*

Please note that the attached Terms and Conditions and any supporting documents attached to the PO, form a part of the PO and are incorporated by reference into the terms of the PO.

## Illinois Tax Exemption ID: E9989-9779-07

| Buyer Information | | Shipping Information | | Billing Address |
|---|---|---|---|---|
| Name | Graciela Ruiz | **Shipping Address** | | University of Illinois |
| Phone | +1 312-413-5821 | University of Illinois | | Invoices may be emailed to: |
| Email | gruiz@uic.edu | Department: | 2-312 | obfsupay@uillinois.edu |
| | | Phone: | +1 (312) 413-5821 | or mailed to: |
| | | Attn: | Graciela Ruiz | University of Illinois |
| | | Location: | Admin | Invoice Processing Center |
| | | Campus Parking Administration | | P.O. Box 820 |
| | | 122 WSPS MC 044 | | Rantoul, IL 61866 |
| | | 1100 S Wood St | | United States |
| | | Chicago, IL 606124312 | | |
| | | United States | | |
| | | ShipTo Address Code | 231201 | |
| | | **Shipping Information** | | |
| | | Expedite | No | |
| | | Ship Via | Best Carrier-Best Way | |

10/16/2019

Fax

## Additional Information

| Note to Supplier: | | | |
|---|---|---|---|
| Header | G10 | Agreement | Refer below |

Any agreement required in addition to this Purchase Order must be processed through the Purchasing Division.

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
|---|---|---|---|---|---|---|
| 1 of 1 | Standing Order Request - Description - Landscaping For Various Parking Lots On Campus | | | 1.00 USD | 49,000 EA | 49,000.00 USD |
| | Commodity Code    98852 | | | | | |
| | External Note    Standing Order Term: 7/01/19 to 6/30/20. This Purchase Order Replaces P1671312 | | | | | |
| | | | | Total | | 49,000.00 USD |

HRVA 000199

10/16/2019 Fax

# Purchase Order

| Purchase Order Date | PO/Reference No. | Revision No. |
|---|---|---|
| **Aug 1, 2019** | **P1880193** | **0** |

**Contract Information**
Contract Number                    *no value*

**Supplier Information**
Supplier Number                    @01738240
Archer Pines Landscaping Inc
14635 Archer Avenue
Lockport, IL 60441 US
Phone                              +1 815-838-7302
Fax                                +1 815-838-7302
Payment Terms                      0% 0, Net 30

**University of Illinois Authorized Signature**

*[signature]*

Avijit Ghosh, Comptroller

Please note that the attached Terms and Conditions and any supporting documents attached to the PO, form a part of the PO and are incorporated by reference into the terms of the PO.

## Illinois Tax Exemption ID: E9989-9779-07

| Buyer Information | | Shipping Information | | Billing Address |
|---|---|---|---|---|
| Name | Teresa Roberson-Austin | **Shipping Address** | | University of Illinois |
| Phone | +1 312-413-5800 | University of Illinois | | Invoices may be emailed to: |
| Email | taustin@uic.edu | Department: | 2-312 | obfsupay@uillinois.edu |
| | | Phone: | 312-413-5824 | or mailed to: |
| | | Attn: | Teresa D. Austin | University of Illinois |
| | | Location: | Admin Campus Parking Administration 122 WSPS MC044 1100 S Wood Street Chicago, IL 606124312 | Invoice Processing Center P.O. Box 820 Rantoul, IL 61866 United States |
| | | University of Illinois Chicago Receiving West MC 597 912 S Paulina St Chicago, IL 606127235 United States | | |
| | | ShipTo Address Code | 2CRCW1 | |
| | | **Shipping Information** | | |

HRVA 000206

https://solutions.sciquest.com/apps/Router/POFax?poId=96902585&tmstmp=1571243519842694  1/2

10/16/2019

Fax

| | | Expedite | No |
| --- | --- | --- | --- |
| | | Ship Via | Best Carrier-Best Way |

**Additional Information**

Note to Supplier: Refer below

Header  G10  Agreement  Any agreement required in addition to this Purchase Order must be processed through the Purchasing Division.

| Line No. | Product Description | Catalog No. | Size / Packaging | Unit Price | Quantity | Ext. Price |
| --- | --- | --- | --- | --- | --- | --- |
| 1 of 1 | Campus parking landscape for Lot 1B, north side at 1139 W Harrison Str. | N/A | EA | 14,860.00 USD | 1 EA | 14,860.00 USD |
| | ADDITIONAL INFO | | | | | |
| | Estimated Price         14,860.00 | | | | | |
| | Commodity Code       98852 | | | | | |
| | | | Total | | | 14,860.00 USD |

HRVA 000207