# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| | Case No. 3:16-MD-2741-VC |
| | The Honorable Judge Vince Chhabria |
| This Document relates to: *Meghan Caruso, et al. v. Russo Hardware, et al.* USDC – NDIL No. 1:19-cv-7121 USDC – NDCA No. 3:20-cv-01017-VC | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT AT LAW |

Upon consideration of Plaintiff's Motion for Leave to File a Third Amended Complaint at Law,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**:

1. Plaintiff has leave to file a Third Amended Complaint at Law, naming (1) Home Depot, Inc.; (2) Menard, Inc.; and (3) Archer Pines Landscaping, Inc. as defendants.

Date: _____, 2020

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT