UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 |
| | | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | | Honorable Vince Chhabria |
| Aubrey R. Aden | | Case No: 3:18-cv-07777-VC |
| v. | | |
| Monsanto Company | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff, Aubrey R. Aden.  Mr. Aden passed away on March 23, 2020.  In accordance with Rule 25(a)(2) of the Federal Rules of Civil Procedure, Mr. Aden's wife, Elaine Aden, will be substituted in this action so that Mr. Aubrey R. Aden's claims survive and the action on his behalf may proceed.

Dated this 18TH day of April 2020.

        Respectfully submitted:
        **LAW OFFICES OF DAVID ADEN, LLC**
        *S/David R. Aden*
        _____
        **DAVID R. ADEN (LA BAR 30373)**
        **LAW OFFICES OF DAVID ADEN**
        201 St. Charles Ave., Suite 2500
        New Orleans, Louisiana 70170
        (T) 504-599-5941

                    (F) 504-684-1377
                    david@davidadenlaw.com
                    *Attorney for Plaintiff,*
                    *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I, David R. Aden, hereby certify that on April 18, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                    /s/ David R. Aden
                    **David R. Aden**