# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741<br>Case No: 3:16-md-2741-VC |
| This document relates to:<br>*Maurice Wigglesworth v. Monsanto, Co.,*<br>Case No: 3:19-cv-07864-VC | |

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of the Plaintiff in the above captioned matter.

**Dated:   April 18, 2020**

*/s/Robert S. Miller*
**ROBERT S. MILLER, ESQUIRE**
(PA Bar ID No.: 65854)
**WAPNER, NEWMAN, WIGRIZER,
  BRECHER & MILLER, P.C**.
2000 Market Street, Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Fax:    (215) 569-4621
Email: rmiller@wapnernewman.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April 2020, I caused a true and correct the foregoing Notice of Appearance to be filed and served on all counsel of record via the Court's CM/ECF Filing System.

*/s/Robert S. Miller*
**ROBERT S. MILLER, ESQUIRE**

**Dated:   April 18, 2020**