IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741<br>Case No: 3:16-md-2741-VC |
|---|---|
| This document relates to:<br>*Maurice Wigglesworth v. Monsanto, Co.,*<br>Case No: 3:19-cv-07864-VC | |

## NOTICE OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of the Plaintiff in the above captioned matter.

|  |  |
|---|---|
|  | */s/Jarad L. Silverstein*<br>**JARAD L. SILVERSTEIN, ESQUIRE**<br>(PA Bar ID No.: 206157)<br>**Wapner, Newman, Wigrizer,**<br>  **Brecher & Miller, P.C.**<br>2000 Market Street, Suite 2750<br>Philadelphia, PA 19103<br>Phone: (215) 569-0900<br>Fax:    (215) 569-4621<br>Email: jsilverstein@wapnernewman.com |
| **Dated:   April 18, 2020** | *Co-Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2020, I caused a true and correct the foregoing Notice of Appearance to be filed and served on all counsel of record via the Court's CM/ECF Filing System.

*/s/Jarad L. Silverstein*
**JARAD L. SILVERSTEIN, ESQUIRE**

**Dated:  April 18, 2020**