Matthew Haynie
**FORESTER HAYNIE PLLC**
400 North St. Paul Street, Suite 700
Dallas, TX 75201
(214) 210-2100 telephone
(214) 346-5909 facsimile
matthew@foresterhaynie.com

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** |
| **This document relates to:** | **Case No. 3:16-md-02741-VC** |
| *Elvis Masinovic v. Monsanto Company* | |
| Case No. 4:20-cv-00225 | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Elvis Masinovic, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims against Defendant Monsanto Company, with each party to bear his or its own fees and costs.

Dated: April 22, 2020

Respectfully submitted,

/s/ *Matthew Haynie*
Matthew Haynie
**FORESTER HAYNIE PLLC**
400 North St. Paul Street, Suite 700
Dallas, TX 75201
matthew@foresterhaynie.com
(214) 210-2100 telephone
(214) 346-5909 facsimile

Jay Forester
**FORESTER HAYNIE PLLC**
400 North St. Paul Street, Suite 700
Dallas, TX 75201
jay@foresterhaynie.com
(214) 210-2100 telephone
(214) 346-5909 facsimile

Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.

*/s/ Matthew Haynie*
Matthew Haynie