1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Roscoe Shields v. Monsanto Co.*, Case No. 3:20-cv-02485-VC | |

15  **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18  　　1.　　Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19  　　2.　　Bayer AG is a publicly held corporation.

20  DATED:  April 24, 2020　　　　　　　　　　Respectfully submitted,

21  　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth (*pro hac vice*)
22 　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　Eric G. Lasker (*pro hac vice*)
23 　　　　　　　　　　　　　　　　　　　　(elasker@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
24 　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
25 　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 898-5800
　　　　　　　　　　　　　　　　　　　　Facsimile:   (202) 682-1639
26
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
27 　　　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*

28