John J. Driscoll (MO Bar No. 54729)
Christopher J. Quinn (MO Bar No. 41883)
The Driscoll Firm, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone:   (314) 932-3232
Facsimile:    (314) 932-3233
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2741-VC |
| This Document Relates To:<br><br>*Gandolfo v. Monsanto Co.*,<br><br>3:17-cv-05478-VC | **ENTRY OF APPEARANCE** |

COMES NOW attorney Christopher J. Quinn of The Driscoll Firm, P.C., and hereby enters his appearance on behalf of Frank Gandolfo in this matter, *Gandolfo v. Monsanto Co.*, 3:17-cv-05478-VC.

Dated:  April 24, 2020                                    Respectfully submitted,


By: */s/ Christopher J. Quinn*
Christopher J. Quinn (MO Bar No. 41883)
The Driscoll Firm, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Telephone:    (314) 932-3232
Facsimile:     (314) 932-3233
*Attorney for Plaintiffs*

Attorney admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 24th day of April 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of filing to all appearing parties of record.

*/s/ Christopher J. Quinn*