1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
11

12 | This document relates to: |
   |---|
13 | *Estate of Bobby Reed, by and through his personal representative Pearl Grace Reed, Pearl Grace Reed, surviving spouse of Bobby Reed, on behalf of herself and all legal heirs of Bobby Reed v. Monsanto Co.,* Case No. 3:20-cv-02642-VC |
14
15
16

17          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

18     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

19 ("Monsanto") makes the following disclosures:

20     1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

21     2.   Bayer AG is a publicly held corporation.

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-02642-VC

1 | DATED:  April 24, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-02642-VC