# EXHIBIT A

# FULTON COUNTY LOCAL REGISTRAR
## CANTON, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

**STATE FILE NUMBER** 2019 0054587  **DATE ISSUED** 7/22/2019

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | MARYELLYN NEGLEY |
| SEX | FEMALE |
| DATE OF DEATH | JULY 04, 2019 |
| COUNTY OF DEATH | FULTON |
| AGE AT LAST BIRTHDAY | 92 YEARS |
| DATE OF BIRTH | 1926 |
| CITY OR TOWN | CANTON |
| HOSPITAL OR OTHER INSTITUTION NAME | RED OAK ESTATES |
| PLACE OF DEATH | ASSISTED LIVING FACILITY |
| BIRTHPLACE | LIVERPOOL, IL |
| SOCIAL SECURITY NUMBER | 9416 |
| STATUS AT TIME OF DEATH | WIDOWED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U S ARMED FORCES? | NO |
| RESIDENCE | 435 N 16TH AVE |
| APT NO | |
| CITY OR TOWN | CANTON |
| INSIDE CITY LIMITS? | YES |
| COUNTY | FULTON |
| STATE | IL |
| ZIPCODE | 61520 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ORVAL L WHITEHEAD |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MARY KATHERINE RINGHOUSE |
| INFORMANT'S NAME | JANICE EMMONS |
| RELATIONSHIP | DAUGHTER |
| MAILING ADDRESS | 30 STONEGATE DRIVE, CANTON, IL, 61520 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | GREENWOOD CEMETERY |
| LOCATION CITY OR TOWN AND STATE | CANTON, IL |
| DATE OF DISPOSITION | JULY 09, 2019 |
| FUNERAL HOME | OAKS-HINES FUNERAL HOME, 1601 EAST CHESTNUT STREET, CANTON, IL, 61520 |
| FUNERAL DIRECTOR'S NAME | SAMUEL STEVEN HINES |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034017019 |
| LOCAL REGISTRAR'S NAME | KATIE LYNN |
| DATE FILED WITH LOCAL REGISTRAR | JULY 11, 2019 |

**CAUSE OF DEATH**

PART I
IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. CARIAC DYSRHYTHMIA
b. HYPERTENSION  Due to (or as a consequence of)
c.  Due to (or as a consequence of)
  Due to (or as a consequence of)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I
ANEMIA, DIABETES TYPE II

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A

FEMALE PREGNANCY STATUS: NOT APPLICABLE
MANNER OF DEATH: NATURAL

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | | INJURY AT WORK? |
|---|---|---|---|---|

LOCATION OF INJURY:

DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED JULY 04, 2019 | TIME OF DEATH 11:25 AM |
|---|---|---|---|---|

CERTIFIER: MEDICAL EXAMINER/CORONER
DATE CERTIFIED: JULY 11, 2019
NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: STEVEN D HINES, 1601 E CHESTNUT, CANTON, IL, 61520
PHYSICIAN'S LICENSE NUMBER:

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Katie Lynn*
Katie Lynn
Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE