# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

*Dea Anna Schumacher, et al. v. Monsanto Company, et al.,*
Case no. 3:19-cv-04165-VC

MDL No. 2741

Case No. 16-md-02741-VC

## [PROPOSED] ORDER

1. Counsel for Plaintiff's motion is Granted.

2. Janice Emmons is hereby substituted in place of Mary Ellyn Negley.

3. Accordingly, the Plaintiff caption shall be amended as follows: "Janice Emmons, individually, and as successor in interest for the estate of Ralph Negley, deceased."

Dated: _____

_____
Hon. VINCE CHHABRIA
United States District Court Judge

6

NOTICE OF MOTION AND MOTION TO SUBSTITUTE JANICE EMMONS IN PLACE OF MARY ELLYN
NEGLEY PURSUANT TO F.C.R.P. 25; CASE NO. 16-md-02741-VC and CASE NO. 3:19-cv-04165