**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639
Email:     elasker@hollingsworthllp.com
           mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Freda Glatt, et al. v. Monsanto Co.*, Case No. 3:20-cv-02219-VC | |

**MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT**

Pursuant to Pretrial Order No. 183, defendant Monsanto Company hereby submits this report regarding a lawsuit that:  (a) was directly filed in this district last month (April 2020); and (b) apparently fails to comply with the venue requirement:  *Freda Glatt, Individually and as Successor in Interest to the Estate of Aaron Leon Glatt, et al. v. Monsanto Co., et al.*, Case No. 3:20-cv-02219-VC.

Plaintiffs allege that they and the decedent were "at all relevant times residents and citizens of San Diego County, California," Complaint ¶ 4, and the death certificate attached to the Complaint states that the decedent died in San Diego (of metastatic colon cancer).  Moreover,

the Complaint does not allege that the decedent purchased or was exposed to Roundup®-branded herbicides in this district and does not allege any other connections between this lawsuit and this district.

DATED:  May 1, 2020

Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*