1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:        jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
11
12 | This document relates to: *Shana C. All Gulikers v. Monsanto Co.,* Case No. 3:20-cv-02293-VC | |
13

14         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16 ("Monsanto") makes the following disclosures:

17     1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18     2.   Bayer AG is a publicly held corporation.

19 DATED:  May 6, 2020                              Respectfully submitted,

20                                                  /s/ Joe G. Hollingsworth
                                                    Joe G. Hollingsworth (*pro hac vice*)
21                                                  (jhollingsworth@hollingsworthllp.com)
                                                    Eric G. Lasker (*pro hac vice*)
22                                                  (elasker@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
23                                                  1350 I Street, N.W.
                                                    Washington, DC  20005
24                                                  Telephone:  (202) 898-5800
                                                    Facsimile:   (202) 682-1639
25
                                                    *Attorneys for Defendant*
26                                                  *MONSANTO COMPANY*

27

28