1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:    (202) 682-1639
   Email:         jhollingsworth@hollingsworthllp.com
5                 elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                                    UNITED STATES DISTRICT COURT

9                                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
   | This document relates to: | |
   | *James Cal Mayo, Jr., et al. v. Monsanto Co.,* Case No. 3:20-cv-02484-VC | |

14                              **MONSANTO COMPANY'S**
                   **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
15

16         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

17 associations of persons, firms, partnerships, corporations (including parent corporations) or other

18 entities (i) have a financial interest in the subject matter in controversy or in a party to the

19 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

20 substantially affected by the outcome of this proceeding:

21         Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

22 Bayer AG has a financial interest in a party to the proceeding.

- 1 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-02484-VC

1 | DATED:  May 6, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 2 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-02484-VC