MARINO FINLEY LLP
Elyse MacNamara (Cal. Bar No. 319887)
620 Newport Center Drive., Suite 1100
Newport Beach, CA 92660
Tel: (949) 339-5544 | Fax: (877) 239-2146
emacnamara@marinofinley.com
Daniel Marino (*pro hac vice application pending*)
Jordan Stave (*pro hac vice application pending*)
1100 New York Ave NW, Suite 700W
Washington, DC 20005
dmarino@marinofinley.com
jstave@marinofinley.com

KASSEL MCVEY ATTORNEYS AT LAW
John D. Kassel (SCDC 2278) jkassel@kassellaw.com
Theile B. McVey (SCDC 7614) tmcvey@kassellaw.com
Jamie Rae Rutkoski (SCDC 12880) jrutkoski@kassellaw.com
1330 Laurel St., Post Office Box 1476
Columbia, SC 29202-1476
Tel: (803) 256-4242 | Fax: (803) 256-1952

*Attorneys for Plaintiff Doran*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 3:16-md-02741-VC<br><br>Case No. 3:20-cv-02650-VC |
| **This document relates to All Actions** | **NOTICE OF APPEARANCE OF ELYSE MACNAMARA** |

    PLEASE TAKE NOTICE that Elyse MacNamara of the firm Marino Finley LLP hereby enters her appearance on behalf of Plaintiff Richard A. Doran, Jr. in the above-captioned matter and requests that she be added to the electronic service list.

| | |
|---|---|
| Dated: May 7, 2020 | Respectfully Submitted, |
| | *s/Elyse MacNamara* |
| | Elyse MacNamara (CA State Bar Number: 319887) |
| | Daniel Marino (*pro hac vice application pending*) |
| | Jordan Stave (*pro hac vice application pending*) |
| | |
| | John D. Kassel (SCDC 2278) |
| | Theile B. McVey (SCDC 7614) |
| | Jamie Rae Rutkoski (SCDC 12880) |
| | |
| | *Attorneys for Plaintiff Doran* |