**WILKINSON WALSH LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**WINSTON & STRAWN LLP**
Sandra Edwards (CA Bar No. 154578)
(sedwards@winston.com)
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Tel:    415-591-1412
Fax:    415-591-1400

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | ) MDL No. 2741<br>)<br>)**MONSANTO COMPANY'S**<br>)**MOTION TO WITHDRAW AS**<br>)**COUNSEL**<br>)<br>) |

- 1 -

1  Defendant Monsanto respectfully moves this court, pursuant to Local R. 11-5(a) and
2  in compliance with Cal. R. Prof. Conduct 3-700(A)(1), for an order allowing Julie B.
3  Rubenstein of Wilkinson Walsh LLP to withdraw her appearances as counsel for Defendant
4  Monsanto.  Ms. Rubenstein is leaving Wilkinson Walsh LLP as of May 8th, 2020.
5  Defendant Monsanto will continue to be represented by all noticed counsel of the law
6  firm Wilkinson Walsh LLP, Arnold & Porter Kaye Scholer LLP, Hollingsworth
7  LLP, Covington & Burlington LLP, and Winston & Strawn LLP.

DATED:  May 8, 2020

Respectfully submitted,

/s/ *Julie B. Rubenstein*
Julie B. Rubenstein (DC Bar No. 1003328)
(jrubenstein@wilkinsonwalsh.com)
WILKINSON WALSH LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

1
2
3
4
5
6
7
8
9
10
11

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Sandra A. Edwards (CA Bar No. 154578)
(sedwards@winston.com)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1412
Fax: (415) 591-1400

*Attorneys for Defendant*
*MONSANTO COMPANY*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

MONSANTO'S MOTION TO WITHDRAW AS COUNSEL
3:16-md-02741-VC