UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Olah v. Monsanto Co.*, 20-cv-129<br><br>*Sapinsky v. Monsanto Co.*, 20-cv-257 | **PRETRIAL ORDER NO. 212: GRANTING MOTIONS TO FILE SURREPLY**<br><br>Re: Dkt. Nos. 10615, 10616 |

Monsanto's motions to file a surreply to the plaintiffs' motions to remand are granted.

**IT IS SO ORDERED.**

Dated: May 8, 2020

VINCE CHHABRIA
United States District Judge