**MORGAN & MORGAN**
T. Michael Morgan (*pro hac vice*)
G. Katherine Chambers (*pro hac vice*)
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:     (407) 420-1414
Facsimile:     (407) 245-3389
Email:          mmorgan@forthepeople.com
                 kathychambers@forthepeople.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paul Franzo v. Monsanto Company*<br>Case No. 3:19-cv-06038 | MDL No. 2741<br><br>CASE NO. 3:16-MD-02741 - VC |
|---|---|

### JOINT STIPULATION FOR DISMISSAL

Plaintiff, Paul Franzo, and Defendant, Monsanto Company, through their undersigned Counsel, hereby stipulate and agree to the dismissal of this cause with prejudice and each party to bear its own costs and attorney's fees.

Dated: May 11, 2020

Tampa, Florida

*/s/ T. Michael Morgan*
T. Michael Morgan (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Tel.: (407) 420-1414
Facsimile: (407) 245-3389
mmorgan@forthepeople.com

JOINT STIPULATION OF DISMISSAL - 1

1  */s/ G. Katherine Chambers*
   G. Katherine Chambers (*pro hac vice*)
2  **MORGAN & MORGAN**
   **COMPLEX LITIGATION GROUP**
3  201 N. Franklin Street, 7th Floor
   Tampa, Florida 33602
4  Tel.: (813) 223-5505
   Facsimile: (813) 222-2434
5  kathychambers@forthepeople.com

6  *Attorneys for Plaintiff*

7

8  */s/ Eric G. Lasker*
   Joe G. Hollingsworth (*pro hac vice*)
9  Eric G. Lasker (*pro hac vice*)
   **HOLLINGSWORTH LLP**
10 1350 I Street, N.W.
   Washington, DC 20005
11 Tel.: (202) 898-5800
   Facsimile: (202) 682-1639
12 jhollingsworth@hollingsworthllp.com
   elasker@hollingsworthllp.com
13
   *Attorneys for Defendant*
14

15

16

17

18

19

20

21

22

23

JOINT STIPULATION OF DISMISSAL - 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, a copy of the foregoing document was electronically filed the Clerk of the Court through the CM/ECF system which sent notice of filing to all parties of record.

*/s/ G. Katherine Chambers*

JOINT STIPULATION OF DISMISSAL - 3