Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Emily Jo Kirk (SBN: 65367- MO)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dea Anna Schumacher, et al. v. Monsanto Company, et al.,*<br>Case no. 3:19-cv-04165 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br>Re: Docket No. 10600<br><br>**NOTICE OF ERRATA ON THE MOTION TO SUBSTITUTE JANICE EMMONS IN PLACE OF MARY ELLYN NEGLEY PURSUANT TO F.C.R.P. 25; DECLARATION OF KRISTY M. AREVALO IN SUPPORT OF NOTICE; EXHIBIT** |
|---|---|

**TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:**

PLEASE TAKE NOTICE that Plaintiff Mary Ellyn Negley, by and through her undersigned counsel, respectfully submits this Notice of Errata on the Motion to Substitute Janice Emmons in Place of Mary Ellyn Negley pursuant to F.C.R.P. 25.

Due to an oversight, Ralph Negley's Last Will and Testament was omitted from the requisite Motion Exhibits filed on 4/30/2020, Dkt. 10600. This additional exhibit provides

ancillary support to establish that Janice Emmons is the proper party to be substituted in place of Mary Ellyn Negley so that Ralph Negley's claims may survive. Accordingly, attached are the Declaration of Kristy M. Arevalo with Exhibit C, Ralph Negley's Last Will and Testament.

Date: May 14, 2020

| | |
|---|---|
| */s/ Kristy M. Arevalo* | */s/ Emily Jo Kirk* |
| **MCCUNE WRIGHT AREVALO, LLP** | **MCCUNE WRIGHT AREVALO, LLP** |
| Kristy M. Arevalo, Esq. (SBN: 216308) | Emily Jo Kirk (SBN: 65367-MO) |
| kma@mccunewright.com | ejk@mccunewright.com |
| 3281 East Guasti Road, Suite 100 | 3281 East Guasti Road, Suite 100 |
| Ontario, California 91761 | Ontario, California 91761 |
| Ph: (909) 557-1250; Fax: (909) 557-1275 | Ph: (909) 557-1250; Fax: (909) 557-1275 |

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

   I, Kristy M. Arevalo, hereby certify that, on May 14, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by F.C.R.P. 5(b)2.

 */s/ Kristy M. Arevalo*
**McCune Wright Arevalo, LLP**
Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Ph: (909) 557-1250; Fax: (909) 557-1275

*Attorney for Plaintiff*