Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Emily Jo Kirk (SBN: 65367-MO)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Dea Anna Schumacher, et al. v. Monsanto Company, et al.,*<br>Case no. 3:19-cv-04165 | **DECLARATION OF KRISTY M. AREVALO IN SUPPORT OF NOTICE OF ERRATA RELATING TO NOTICE OF MOTION AND MOTION TO SUBSTITUTE JANICE EMMONS IN PLACE OF MARY ELLYN NEGLEY PURSUANT TO F.C.R.P. 25**<br><br>**Date: May 28, 2020**<br>**Dept: Courtroom 4**<br>**Time: 10 AM** |

I, KRISTY M. AREVALO, hereby declare as follows:

1. I am an attorney duly licensed to practice law in all courts of the State

1

1  of California and am a partner with the law firm of McCune Wright Arevalo, LLP, counsel for the Plaintiff.

2. I submit this declaration in support of the Notice of Errata Regarding the Motion to Substitute Janice Emmons in place of Mary Ellyn Negley.

3. I am one of the attorneys representing Mary Ellyn Negley and Janice Emmons in the Round Up Products Liability Litigation, United States District Court, MDL Case No. 16-md-02741-VC (originating Case No. 3:19-cv-04165).

4. Attached as Exhibit C to this Declaration is a true and correct copy of Ralph Negley's Last Will and Testament.

I declare under penalty of perjury under the laws of the State of California and the United States that the statements in this Declaration are true and correct. Executed on May 14, 2020, at Ontario, California.


                */s/ Kristy M. Arevalo*
                KRISTY M. AREVALO