**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:          jhollingsworth@hollingsworthllp.com
                    elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*David Feiner v. Monsanto Co.,*<br>Case No. 3:20-cv-02645-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

| | |
|---|---|
| DATED:  May 15, 2020 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth <br> Joe G. Hollingsworth (*pro hac vice*) <br> (jhollingsworth@hollingsworthllp.com) <br> Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> HOLLINGSWORTH LLP <br> 1350 I Street, N.W. <br> Washington, DC  20005 <br> Telephone:  (202) 898-5800 <br> Facsimile:   (202) 682-1639 |
| | *Attorneys for Defendant* <br> *MONSANTO COMPANY* |