Jason Edward Ochs, CAB: 232819
Ochs Law Firm, PC
PO Box 10944
Jackson, WY  83001
Telephone:  (307) 234.3239
Facsimile:  (307) 235-6910
Email:  jason@ochslawfirm.com

*Attorney for Plaintiff*
*Wayne Bondy*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| *Wayne Bondy v. Monsanto Co.,* Case No. 3:19-cv-06446-VC | |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW plaintiff WAYNE BONDY, by and through his undersigned attorney, who hereby submits the instant *Motion to Dismiss without Prejudice* and states as follows:

1. That at this time Plaintiff seeks to dismiss the instant action without prejudice as the Plaintiff was previously misdiagnosed as having non-hodgkin's lymphoma, when in fact he does not.

2. That the dismissal of this action will not prejudice any parties.

WHEREFORE, Counsel for Plaintiff Wayne Bondy respectfully requests this Court to dismiss the instant action without prejudice.

CERTIFICATE OF CONFERRAL

That undersigned Counsel hereby asserts and affirms that he emailed Counsel for Defendant and asked for their position on the foregoing.  At the time of this filing, the undersigned had not yet heard from Counsel for Defendant, however, the undersigned does not in good faith anticipate any opposition.

Respectfully submitted this 5th day of February 2020.

*Attorney for Plaintiff*

By: */s/ Jason Edward Ochs*
Jason Edward Ochs, CBN:  232819
Ochs Law Firm, PC
690 US 89, Ste. 206
PO Box 10944
Jackson Hole, WY  83001
T: (307) 234.3239
jason@ochslawfirm.com

**CERTIFICATE OF SERVICE**

I, Jason Edward Ochs, hereby certify that on February 5, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Jason Edward Ochs*
Jason Edward Ochs

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ROUNDUP PRODUCTS
LIABILITY LITIGATION

This document relates to**:**

*Bondy v. Monsanto, Co.,* 3:19-cv-06446-
VC

MDL No. 2741

Master Docket Case No. 3:16-md-02741

Honorable Vince Chhabria

**ORDER GRANTING MOTION TO
DISMISS WITHOUT PREJUDICE**

Dkt. No.

Plaintiff's Motion to Dismiss Without Prejudice is GRANTED.

**IT IS SO ORDERED.**

Date: May 15, 2020

Honorable Vince Chhabria
United States District Court