# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| This document relates to**:** | **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |
| *Barreto v. Monsanto, Co.,* 3:19-cv-06268-VC | Dkt. No. |

Plaintiff's Motion to Dismiss Without Prejudice is GRANTED.

**IT IS SO ORDERED.**

Date:

_____

Honorable Vince Chhabria
United States District Court