# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| This document relates to: | **ORDER GRANTING MOTION TO WITHDRAW** |
| *Cardillo v. Monsanto, Co.,* 3:19-cv-06833-VC | Dkt. No. |

Renee Himmel's motion to withdraw as counsel on behalf of Debra Cardillo in *Cardillo v. Monsanto Co.,* 3:19-cv-06833-VC, is granted. Ms. Himmel should further be removed from the ECF electronic case list.

**IT IS SO ORDERED.**

Date: May 15, 2020

Honorable Vince Chhabria
United States District Court