# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| This document relates to**:** | **ORDER GRANTING MOTION TO WITHDRAW** |
| *Wright v. Monsanto, Co.,* 3:19-cv-07355-VC | Dkt. No. |

Rinky Parwani's motion to withdraw as counsel on behalf of Edwin Wright in *Wright v. Monsanto Co.,* 3:19-cv-07354-VC, is granted.  Ms. Parwani should further be removed from all electronic service lists related to this case.

   **IT IS SO ORDERED.**

Date:  May 15, 2020

_____
Honorable Vince Chhabria
United States District Court