# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to**:**<br><br>*The Estate of Stanley Beverly, Through Personal Representative, Odessa Beverly, And Odessa Beverly, Individually v. Monsanto Co., Case No. 3:19-cv-07457-VC* | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741<br><br>Honorable Vince Chhabria<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Dkt. No. |

Chris Tisi's motion to withdraw as counsel on behalf of *The Estate of Stanley Beverly, Through Personal Representative, Odessa Beverly, And Odessa Beverly, Individually v. Monsanto Co..,* 3:19-cv-07457-VC, is granted. Mr. Tisi should further be removed from all electronic service lists related to this case.

**IT IS SO ORDERED.**

Date: May 15, 2020

_____
Honorable Vince Chhabria
United States District Court