✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |
|---|---|---|

STEVEN BUSSARD

          Plaintiff (s),

V.

MONSANTO COMPANY

          Defendant (s),

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER:   3:19-cv-04710-VC

Notice is hereby given that, subject to approval by the court,  Steven Bussard  substitutes

                       (Party (s) Name)

John C. Enochs          , State Bar No.  MS 9635  as counsel of record in

          (Name of New Attorney)

place of    John Arthur Eaves, Jr.         .

          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Morris Bart LLC

Address:    601 Poydras Street, Suite 2400, New Orleans, LA  70150

Telephone:    (504) 525-8000         Facsimile  (833) 277-4214

E-Mail (Optional):    JEnochs@MorrisBart.com

I consent to the above substitution.

Date:    1/16/2020

          *Steven Bussard*

          Steven Bussard

          (Signature of Party (s))

I consent to being substituted.

Date:    1/16/2020

          John Arthur Eaves. Jr.

          (Signature of Former Attorney (s))

I consent to the above substitution.

Date:

          John C. Enochs

          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    May 15, 2020

                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN                   **District of**                  CALIFORNIA

| | |
|---|---|
| STEVEN BUSSARD | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| MONSANTO COMPANY | **CASE NUMBER:**   3:19-cv-04710-VC |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court,   Steven Bussard                    substitutes

(Party (s) Name)

John C. Enochs                                                 , State Bar No.   MS 9635              as counsel of record in

(Name of New Attorney)

place of     John Arthur Eaves, Jr.                                                                    .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Morris Bart LLC

Address:       601 Poydras Street, Suite 2400, New Orleans, LA  70150

Telephone:     (504) 525-8000                     Facsimile  (833) 277-4214

E-Mail (Optional):     JEnochs@MorrisBart.com

I consent to the above substitution.

Date: _____

Steven Bussard

(Signature of Party (s))

I consent to being substituted.

Date:         1/16/2020

John Arthur Eaves. Jr.

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

John C. Enochs

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

STEVEN BUSSARD

Plaintiff (s),

V.

MONSANTO COMPANY

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-cv-04710-VC

Notice is hereby given that, subject to approval by the court, _Steven Bussard_ substitutes
 (Party (s) Name)

_John C. Enochs_ , State Bar No. _MS 9635_ as counsel of record in
 (Name of New Attorney)

place of _John Arthur Eaves, Jr._ .
 (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Morris Bart LLC

Address:        601 Poydras Street, Suite 2400, New Orleans, LA 70150

Telephone:      (504) 525-8000          Facsimile (833) 277-4214

E-Mail (Optional):   JEnochs@MorrisBart.com

I consent to the above substitution.

Date:

_Steven Bussard_
(Signature of Party (s))

I consent to being substituted.

Date:        1/16/2020

_John Arthur Eaves. Jr._
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:        1/16/20

John C. Enochs
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]