IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION** | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| **THIS DOCUMENT RELATES TO:**<br><br>*Gary Grieger v. Monsanto Company*<br><br>**Case No**. 3:20-cv-00492-VC | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

## UNOPPOSED VERIFIED MOTION TO SUBSTITUTE PARTIES

Comes Plaintiff, by and through undersigned counsel, and KAREN GRIEGER, wife and executor of the Estate of Gary Grieger, deceased, and files this unopposed Motion to Substitute Parties pursuant to Federal Rules of Civil Procedure 25(a). In support thereof, KAREN GRIEGER states as follows:

1. On April 4, 2020, Gary Grieger passed away during the pendency of this civil action. (See redacted Death Certificate, attached hereto as Exhibit A.)

2. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Karen Grieger, as surviving spouse, executor, and sole beneficiary of the estate of Gary Grieger as so appointed by his Last Will and Testament dated November 21, 2016, moves to be substituted as a party for Gary Grieger.

3. Plaintiff's counsel conferred with Defendant's counsel on April 23, 2020 and defendants indicated they have no objections to this Motion; however by not opposing this instant motion, defense counsel indicated that they are not waiving any statute of limitations defense.

4.  Pursuant to Illinois Statute 755 ILCS 5/27-6, causes of action for the recovery of "injury to the person" survive death.

5.  Pursuant to Illinois Statute 735 ILCS 5/2-1008(b)(1), if no petition for letters of office have been filed, the court may appoint a special representative for the deceased for the purpose of prosecuting the action upon verified motion.

6.  Karen Grieger, as Personal Representative of the Estate of Gary Grieger, is a designated representative of the deceased party and therefore a proper party for the purposes of filing this motion.

WHEREFORE, and for the reasons set forth herein, Karen Grieger respectfully requests this Court grant her Motion for Substitution and moves for the style of this action to be changed to: Karen Grieger, as Representative of the Estate of Gary Grieger, deceased, v. Monsanto Company.

Dated: May 16, 2020

Respectfully submitted,

By: /s/ *Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
rfredona@molllawgroup.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Rebecca Fredona*