## VERIFICATION

I attest under oath and declare under penalty of perjury that all of the information contained in this Verified Motion to Substitute Parties is true and accurate to the best of my knowledge, upon information and belief.

Executed this April 17, 2020

*Karen Grieger*
Karen Grieger