# CERTIFICATION OF DEATH RECORD

## DUPAGE COUNTY HEALTH DEPARTMENT
## WHEATON, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

| | | |
|---|---|---|
| STATE FILE NUMBER: 2020 0028986 | MEDICAL EXAMINER'S CASE NUMBER: 040720PH1 | DATE ISSUED: 4/7/2020 |
| DECEDENT'S LEGAL NAME: GARY JOHN GRIEGER | SEX: MALE | DATE OF DEATH: [REDACTED] |
| COUNTY OF DEATH: DU PAGE | AGE AT LAST BIRTHDAY: 63 YEARS | DATE OF BIRTH: [REDACTED] |
| CITY OR TOWN: [REDACTED] | HOSPITAL OR OTHER INSTITUTION NAME: 422 N GARFIELD | |
| PLACE OF DEATH: DECEDENT'S HOME | | |
| BIRTHPLACE: [REDACTED] | SOCIAL SECURITY NUMBER: [REDACTED] | STATUS AT TIME OF DEATH: MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME: KAREN MARIE CARTER | EVER IN U.S. ARMED FORCES?: NO | |
| RESIDENCE: [REDACTED] | APT. NO.: | CITY OR TOWN: [REDACTED] |
| INSIDE CITY LIMITS?: YES | | |
| COUNTY: [REDACTED] | STATE: [REDACTED] | ZIP CODE: [REDACTED] |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: JOHN WALTER GRIEGER | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: [REDACTED] | |
| INFORMANT'S NAME: KAREN CARTER GRIEGER | RELATIONSHIP: WIFE | MAILING ADDRESS: [REDACTED] |
| METHOD OF DISPOSITION: CREMATION | PLACE OF DISPOSITION: ARBOR POINTE CREMATORY | LOCATION - CITY OR TOWN AND STATE: WEST CHICAGO, IL | DATE OF DISPOSITION: APRIL 07, 2020 |
| FUNERAL HOME: BRUST FUNERAL HOME, 135 S MAIN ST, LOMBARD, IL, 60148 | | |
| FUNERAL DIRECTOR'S NAME: JOHN BRANDON BRUST | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034011968 | |
| LOCAL REGISTRAR'S NAME: KAREN J AYALA | DATE FILED WITH LOCAL REGISTRAR: APRIL 7, 2020 | |

### CAUSE OF DEATH

**PART I.**

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. | RENAL FAILURE | 2 YEARS |
| Due to (or as a consequence of): b. | FOLLICULAR LYMPHOMA | 5 YEARS |
| Due to (or as a consequence of): c. | | |
| Due to (or as a consequence of): | | |

**PART II.** Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.
GRAFT VERSUS HOST SYNDROME

| | |
|---|---|
| WAS AN AUTOPSY PERFORMED?: NO | WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?: N/A |
| FEMALE PREGNANCY STATUS: NOT APPLICABLE | MANNER OF DEATH: NATURAL |
| DATE OF INJURY: | TIME OF INJURY: | PLACE OF INJURY: | INJURY AT WORK?: |
| LOCATION OF INJURY: | | | |
| DESCRIBE HOW INJURY OCCURRED: | | IF TRANSPORTATION INJURY, SPECIFY: | |
| ATTEND THE DECEASED?: NO | DATE LAST SEEN ALIVE: UNKNOWN | WAS MEDICAL EXAMINER OR CORONER CONTACTED?: YES | DATE PRONOUNCED: | TIME OF DEATH: 06:50 PM |
| CERTIFIER: PHYSICIAN | | | DATE CERTIFIED: APRIL 06, 2020 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: AMRIT SINGH, 580 WATERS EDGE SUITE 100, LOMBARD, ILLINOIS, 60148 | PHYSICIAN'S LICENSE NUMBER: 036120343 | | |



*Karen J. Ayala*
Local Registrar

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Not valid without the embossed seal of the DuPage County Health Department.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**