IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| THIS DOCUMENT RELATES TO:<br><br>*Gary Grieger v. Monsanto Company*<br><br>**Case No**. 3:20-cv-00492-VC | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

## [PROPOSED] ORDER

1. Counsel for Plaintiff's motion is Granted.

2. Karen Grieger is hereby substituted in place of Gary Grieger.

3. Accordingly, the Plaintiff caption shall be amended as follows: "Karen Grieger, individually and as Representative of the Estate of Gary Grieger, deceased."

Dated: _____

_____
Honorable Judge Vincent Chhabria
United States District Court Judge