UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MONSANTO'S MOTION TO WITHDRAW AS COUNSEL** |

This Court, having considered Defendant Monsanto Company's Motion to Withdraw As Counsel of Julie B. Rubenstein (Docket No. 10643), finds that the Motion should be and, therefore, is GRANTED.

It is, therefore, ORDERED that the Defendant's Motion to Withdraw As Counsel of Julie B. Rubenstein is GRANTED, and that Julie B. Rubenstein is withdrawn as counsel of record for the Defendant.

DATED:_____, 2020

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE