UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MONSANTO'S MOTION TO WITHDRAW AS COUNSEL |
|---|---|

This Court, having considered Defendant Monsanto Company's Motion to Withdraw As Counsel Sean Eskovitz (Docket No. 9078), finds that the Motion should be and, therefore, is GRANTED.

It is, therefore, ORDERED that the Defendant's Motion to Withdraw As Counsel of Sean Eskovitz is GRANTED, and that Sean Eskovitz is withdrawn as counsel of record for the Defendant.

DATED: May 18, 2020

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE