The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055

Wilkinson Walsh LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847 4030
Fax: (202) 842 4005

Andrus Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax: (303) 376-6361

Weitz & Luxenberg
700 Broadway
New York, NY 10003
Phone:  (212) 558 5500
Fax: (212) 344 5461

May 20, 2020

The Honorable Vince Chhabria
USDC – Northern District of California
450 Golden Gate Avenue, Courtroom 4 – 17th Floor
San Francisco, CA 94102

> **RE:** **In Re: Roundup Products Liability Litigation MDL No. 2741**
> **Case No. 16-md-02741-VC**
> ***Joint Discovery letter regarding Wave III***

Dear Judge Chhabria:

The parties respectfully submit this joint letter requesting the establishment of a Wave III.

I.  AGREEMENT FOR WAVE III

The Plaintiffs' Steering Committee and Monsanto agree to establish a Wave III.  Plaintiffs have chosen Hawaii as their state and Monsanto has chosen Texas, in accordance with the Court's previous direction on establishing waves in this MDL.

The following MDL cases were transferred from Federal Courts in Hawaii:

| Plaintiff's Name | Member Case Name | MDL Case No. | Transferor Court |
|---|---|---|---|
| Dixon, Lawrence | Dixon | 3:19-cv-05885 | USDC Hawaii |
| Johnson, Aaron | Johnson | 3:160cv-06043 | USDC Hawaii |
| Kimura, Karl | Kimura | 3:20-cv-00190 | USDC Hawaii |
| Mayer, Richard & Rosily P. | Mayer | 3:19-cv-06343 | USDC Hawaii |
| Miller, William | Miller | 3:20-cv-00192 | USDC Hawaii |

| Plaintiff's Name | Member Case Name | MDL Case No. | Transferor Court |
|---|---|---|---|
| Okamoto Edward & Joanne | Okamoto | 3:19-cv-6397 | USDC Hawaii |
| Pizl, Michael | Pizl | 3:20-cv-00191 | USDC Hawaii |
| Pullen, Howard & Elizabeth | Pullen | 3:19-cv-07462 | USDC Hawaii |
| Sheppard, Christine | Sheppard | 3:16-cv-05650 | USDC Hawaii |
| Yamauchi, James | Yamauchi | Not yet assigned | USDC Hawaii |

The following MDL cases were transferred from Federal Courts in Texas:

| Plaintiff's Name | Member Case Name | MDL Case No. | Transferor Court |
|---|---|---|---|
| Alexander, M. Franklin | Alexander | 3:19-cv-05599 | USDC Northern District TX |
| Bayless, Nathan | Bayless | 3:19-cv-01364 | USDC Northern District TX |
| Blair, Joseph & Tiara Smith | Blair | 3:19-cv-07984 | USDC Eastern District TX |
| Blakeney Christie | Blakeney | 3:19-cv-07929 | USDC Eastern District TX |
| Campbell, Linda | Campbell | 3:19-cv--1377 | USDC Northern District TX |
| Clark, Gerald | Clark | 3:20-cv-00494 | USDC Northern District TX |
| DesRosiers, Beverly | DeRosiers | 3:20-cv-00310 | USDC Eastern District TX |
| Favors, Carol | Favors | 3:20-cv-02294 | USDC Eastern District TX |
| Garces, Carolina | Garces | 3:19-cv-05523 | USDC Northern District TX |
| Howard, Christopher | Howard | 3:20-cv-02806 | USDC Southern District TX |
| Johnson, Roger | Johnson | 3:19-cv-06725 | USDC Eastern District TX |
| Lopacinski, Marek | Lopacinski | 3:19-cv-02108 | USDC Western District TX |
| Lowery, Michael | Lowery | 3:19-cv-07375 | USDC Western District TX |
| Matlock, Martha | Matlock | 3:19-cv-00902 | USDC Northern District TX |
| Montemayor, Margaret | Montemayor | 3:19-cv-02220 | USDC Western District TX |
| Muzquiz, Homero | Muzquiz | 3:19-cv-00903 | USDC Southern District TX |
| Payne, Robert | Payne | 3:19-cv-03567 | USDC Northern District TX |
| Pendergrass, Tommy | Pendergrass | 3:19-cv-01363 | USDC Northern District TX |
| Peters, Larry & Linda | Peters | 3:20-cv-00842 | USDC Northern District TX |
| Ronay, Emma | Ronay | 3:19-cv-07930 | USDC Eastern District TX |
| Stratton, Gary | Stratton | 3:20-cv-00120 | USDC Northern District TX |
| Sullivan, Susan | Sullivan | 3:20-cv-01593 | USDC Southern District TX – Houston Division |
| Vlasatik, Michael | Vlasatik | 3:19-cv-07374 | USDC Southern District TX |
| Adelson, Sally | Adelson | 3:19-cv-00122 | USDC Western District TX |
| Doty, Carolyn | Doty | 3:17-cv-04353 | USDC Northern District TX |
| Freel, Joni | Freel | 3:18-cv-06806 | USDC Northern District TX |
| Godsey, Patricia | Godsey | 3:19-cv-00923 | USDC Southern District TX |
| O'Bryant, Gary | O'Bryant | 3:18-cv-04970 | USDC Southern District TX |
| Denkins, La Yuanda | Denkins | 3:20-cv-03301 | USDC Southern District TX |
| Jones, John & Edna | Jones | 3:20-cv-03112 | USDC Southern District TX |
| Koen, Bradley | Koen | 3:20-cv-03074 | USDC Western District TX |

*The Honorable Vince Chhabria*
*May 20, 2020*
*Page 3*

## II. PROPOSED DEADLINES FOR WAVE III CASES

The Parties agree to the following deadlines for Wave III cases:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 30 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 30 days from entry of this order |
| Deficiency letter(s) sent | 4 business days from receipt of PFS |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency | 7 days from receipt of deficiency letter |
| Close of fact discovery. | 4/2/21 |
| Plaintiffs' expert reports due. | 4/23/21 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the | 4/30/21 |
| Monsanto's expert reports due. | 5/14/21 |
| Close of expert discovery. | 6/11/21 |
| Monsanto's *Daubert* and summary judgment briefs | 6/30/21 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 7/21/21 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 8/3/21 |
| Plaintiffs' replies re: *Daubert* and summary | 8/17/21 |
| *Daubert* hearing (if necessary). | 9/17/21 |

The Parties request that the Court enter the attached Order.

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq. (pro hac vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone:  540-672-4224
Fax:  540-672-3055
mmiller@millerfirmllc.com

*The Honorable Vince Chhabria*
*May 20, 2020*
*Page 4*

/s/ Aimee Wagstaff
Aimee Wagstaff (SBN 278480)
Andrus Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax: (303) 376-6361
Aimee.wagstaff@andruswagstaff.com


/s/ Robin Greenwald
Robin Greenwald, (pro hac vice)
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Phone:  (212) 558 5500
Fax: (212) 344 5461
RGreenwald@weitzlux.com

*Attorneys for Plaintiffs*


/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
Wilkinson Walsh LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847 4030
Fax: (202) 842 4005
bstekloff@wilkinsonwalsh.com

*Co-Counsel for Defendant*
*Monsanto Company*