JOSHUA S. GOODMAN – State Bar #116576
jgoodman@gnhllp.com
RUTA PASKEVICIUS – State Bar #127784
rpaskevicius@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| This document relates to: *Martin et al v. Monsanto Company, et al.* Case No. 3:19-cv-07572-VC | NOTICE OF APPEARANCE OF RUTA PASKEVICIUS |

   PLEASE TAKE NOTICE that Ruta Paskevicius of the firm of Goodman Neuman Hamilton LLP hereby enters her appearance on behalf of Home Depot U.S.A., Inc. in the above-entitled matter and requests that she be added to the electronic service list.

DATED: May 20, 2020                    GOODMAN NEUMAN HAMILTON LLP


                                       By: /s/ *Ruta Paskevicius*
                                           JOSHUA S. GOODMAN
                                           RUTA PASKEVICIUS
                                           Attorneys for Defendant
                                           HOME DEPOT U.S.A., INC.

Goodman
Neuman
Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400

-1-
NOTICE OF APPEARANCE OF RUTA PASKEVICIUS