**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*John Pryor and Deborah Pryor v. Monsanto Co. and John Does 1-50*,<br>Case No. 3:20-cv-03370-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.   Bayer AG is a publicly held corporation.

DATED:  May 22, 2020              Respectfully submitted,

                                  /s/ Joe G. Hollingsworth
                                  Joe G. Hollingsworth (*pro hac vice*)
                                  (jhollingsworth@hollingsworthllp.com)
                                  Eric G. Lasker (*pro hac vice*)
                                  (elasker@hollingsworthllp.com)
                                  HOLLINGSWORTH LLP
                                  1350 I Street, N.W.
                                  Washington, DC  20005
                                  Telephone:  (202) 898-5800
                                  Facsimile:  (202) 682-1639

                                  *Attorneys for Defendant*
                                  *MONSANTO COMPANY*