**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>All Actions | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PROPOSED ORDER GRANTING JOINT REQUEST FOR ESTABLISHMENT OF WAVE III WITH DEADLINES** |

THIS MATTER came before the Court on the Parties' Joint Request to establish Wave III cases with corresponding deadlines in accordance with this Court's prior practice. Having reviewed the request and finding good cause shown, the Court GRANTS the Parties' Joint Request to Establish a Wave III with Deadlines. Plaintiffs have chosen Hawaii as their state and Monsanto has chosen Texas as detailed below.

Cases transferred to the MDL from Hawaii District Courts:

| Plaintiff's Name | Member Case Name | MDL Case No. | Transferor Court |
|---|---|---|---|
| Dixon, Lawrence | Dixon | 3:19-cv-05885 | USDC Hawaii |
| Johnson, Aaron | Johnson | 3:160-cv-06043 | USDC Hawaii |
| Kimura, Karl | Kimura | 3:20-cv-00190 | USDC Hawaii |
| Mayer, Richard & Rosily P. | Mayer | 3:19-cv-06343 | USDC Hawaii |
| Miller, William | Miller | 3:20-cv-00192 | USDC Hawaii |
| Okamoto Edward & Joanne | Okamoto | 3:19-cv-6397 | USDC Hawaii |
| Pizl, Michael | Pizl | 3:20-cv-00191 | USDC Hawaii |
| Pullen, Howard & Elizabeth | Pullen | 3:19-cv-07462 | USDC Hawaii |
| Sheppard, Christine | Sheppard | 3:16-cv-05650 | USDC Hawaii |
| Yamauchi, James | Yamauchi | Not yet assigned | USDC Hawaii |

Cases transferred to the MDL from Texas District Courts:

| Plaintiff's Name | Member Case Name | MDL Case No. | Transferor Court |
|---|---|---|---|
| Alexander, M. Franklin | Alexander | 3:19-cv-05599 | USDC Northern District TX |

| Plaintiff's Name | Member Case Name | MDL Case No. | Transferor Court |
|---|---|---|---|
| Bayless, Nathan | Bayless | 3:19-cv-01364 | USDC Northern District TX |
| Blair, Joseph & Tiara Smith | Blair | 3:19-cv-07984 | USDC Eastern District TX |
| Blakeney Christie | Blakeney | 3:19-cv-07929 | USDC Eastern District TX |
| Campbell, Linda | Campbell | 3:19-cv-1377 | USDC Northern District TX |
| Clark, Gerald | Clark | 3:20-cv-00494 | USDC Northern District TX |
|  |  |  |  |
| Favors, Carol | Favors | 3:20-cv-02294 | USDC Eastern District TX |
| Garces, Carolina | Garces | 3:19-cv-05523 | USDC Northern District TX |
| Howard, Christopher | Howard | 3:20-cv-02806 | USDC Southern District TX |
| Johnson, Roger | Johnson | 3:19-cv-06725 | USDC Eastern District TX |
| Lopacinski, Marek | Lopacinski | 3:19-cv-02108 | USDC Western District TX |
| Lowery, Michael | Lowery | 3:19-cv-07375 | USDC Western District TX |
| Matlock, Martha | Matlock | 3:19-cv-00902 | USDC Northern District TX |
| Montemayor, Margaret | Montemayor | 3:19-cv-02220 | USDC Western District TX |
| Muzquiz, Homero | Muzquiz | 3:19-cv-00903 | USDC Southern District TX |
| Payne, Robert | Payne | 3:19-cv-03567 | USDC Northern District TX |
| Pendergrass, Tommy | Pendergrass | 3:19-cv-01363 | USDC Northern District TX |
| Peters, Larry & Linda | Peters | 3:20-cv-00842 | USDC Northern District TX |
| Ronay, Emma | Ronay | 3:19-cv-07930 | USDC Eastern District TX |
| Stratton, Gary | Stratton | 3:20-cv-00120 | USDC Northern District TX |
| Sullivan, Susan | Sullivan | 3:20-cv-01583 | USDC Southern District TX – Houston Division |
| Vlasatik, Michael | Vlasatik | 3:19-cv-07374 | USDC Southern District TX |

| Plaintiff's Name | Member Case Name | MDL Case No. | Transferor Court |
|---|---|---|---|
| Adelson, Sally | Adelson | 3:19-cv-00122 | USDC Western District TX |
| Doty, Carolyn | Doty | 3:17-cv-04353 | USDC Northern District TX |
| Freel, Joni | Freel | 3:18-cv-06806 | USDC Northern District TX |
| Godsey, Patricia | Godsey | 3:19-cv-00923 | USDC Southern District TX |
| O'Bryant, Gary | O'Bryant | 3:18-cv-04970 | USDC Southern District TX |
| Denkins, La Yuanda | Denkins | 3:20-cv-03301 | USDC Southern District TX |
| Jones, John & Edna | Jones | 3:20-cv-03112 | USDC Southern District TX |
| Koen, Bradley | Koen | 3:20-cv-03074 | USDC Western District TX |

Wave III Court Ordered Deadlines:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 30 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 30 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency | 7 days from receipt of deficiency letter |
| Close of fact discovery. | 4/2/21 |
| Plaintiffs' expert reports due. | 4/23/21 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the | 4/30/21 |
| Monsanto's expert reports due. | 5/14/21 |
| Close of expert discovery. | 6/11/21 |
| Monsanto's *Daubert* and summary judgment briefs | 6/30/21 |
| **Event** | **Date** |

3

| | |
|---|---|
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 7/21/21 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 8/3/21 |
| Plaintiffs' replies re: *Daubert* and summary | 8/17/21 |
| *Daubert* hearing (if necessary). | 9/17/21 |

**IT IS SO ORDERED**.

Dated _____, 2020.

_____
Vince Chhabria
United States District Judge