Robin Greenwald
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

Maja Lukic
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
mlukic@weitzlux.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Ricky Gibbs v. Monsanto Company*, No. 3:16-cv-05652-VC | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |
| *John D. Sanders v. Monsanto Company*, No. 3:16-cv-05752-VC | |
| *Larry E. Domina, et al. v. Monsanto Company*, No. 3:16-cv-05887-VC | |
| *James W. Work v. Monsanto Company*, No. 3:16-cv-06005-VC | |
| *Yolanda Mendoza v. Monsanto Company*, No. 3:16-cv-06046-VC | |
| *Craig R. Butsch v. Monsanto Company*, No. 3:17-cv-00167-VC | |
| *Ron Gebo v. Monsanto Company*, No. 3:17-cv-00168-VC | |

- 1 -
**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**
3:16-md-02741-VC

Plaintiffs Ricky Gibbs, John D. Sanders, Larry E. Domina, James W. Work, Yolanda Mendoza, Craig R. Butsch, and Ron Gebo ("Plaintiffs") respectfully move this Court, pursuant to Local Rule 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700(A)(1), for an order allowing Maja Lukic of Weitz & Luxenberg, P.C. to withdraw her appearance as counsel for Plaintiffs. Ms. Lukic is leaving Weitz & Luxenberg as of May 22, 2020. Plaintiffs will continue to be represented by all noticed counsel of the law firm Weitz & Luxenberg.

Dated: May 26, 2020

By: */s/ Robin Greenwald*
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*/s/ Maja Lukic*
Maja Lukic
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin Greenwald