UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| *Ricky Gibbs v. Monsanto Company*, No. 3:16-cv-05652-VC | Case No. 3:16-md-02741-VC |
| *John D. Sanders v. Monsanto Company*, No. 3:16-cv-05752-VC | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |
| *Larry E. Domina, et al. v. Monsanto Company*, No. 3:16-cv-05887-VC | |
| *James W. Work v. Monsanto Company*, No. 3:16-cv-06005-VC | |
| *Yolanda Mendoza v. Monsanto Company*, No. 3:16-cv-06046-VC | |
| *Craig R. Butsch v. Monsanto Company*, No. 3:17-cv-00167-VC | |
| *Ron Gebo v. Monsanto Company*, No. 3:17-cv-00168-VC | |

    This Court, having considered Plaintiffs' motion to withdraw as Counsel for Plaintiffs of Maja Lukic finds that the Motion should be and, therefore, is GRANTED.

    It is, therefore, ORDERED that Plaintiffs' motion to withdraw as Counsel of Maja Lukic is GRANTED, and that Maja Lukic is withdrawn as counsel of record for Plaintiffs.

    DATED: _____, 2020

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE