## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br> *Johnson, Aaron v. Monsanto Co., 3:16-cv-06043-VC* <br> *Mayer, Richard, et al  v. Monsanto Co., 3:19-cv-06343-VC* <br> *Miller, William v. Monsanto Co., 3:20-cv-00192-VC* <br> *Okamoto, Edward, et al v. Monsanto Co., 3:19-cv-06397-VC* <br> *Pizl, Michael v. Monsanto Co., 3:20-cv-00191* | |

## NOTICE OF APPEARANCE

Pursuant to Pretrial Order No. 1 (Document 2, ¶5) Brian K. Brake, Esq., of The Miller Firm LLC, currently admitted and in good standing in the U.S. District Courts for the Western and Eastern Districts of Virginia enters his appearance as counsel for the above captioned Plaintiffs, and asks that all future pleadings and papers in this case be served on and directed to undersigned counsel.

Dated:  May 28, 2020                    By:  _/s/Brian K. Brake_____
                                                                                       Brian K. Brake, Esq. (pro hac vice)
                                                                                       The Miller Firm LLC
                                                                                       108 Railroad Avenue
                                                                                       Orange, VA 22960
                                                                                       (540) 672-4224 (phone)
                                                                                       (540) 672-3055 (fax)
                                                                                       bbrake@millerfirmllc.com

                                                                                      *Attorneys for Plaintiffs*