UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Mayer, Richard, et al v. Monsanto Co.*, 3:19-cv-06343-VC *Miller, William v. Monsanto Co.*, 3:20-cv-00192-VC *Okamoto, Edward, et al v. Monsanto Co.*, 3:19-cv-06397-VC *Pizl, Michael v. Monsanto Co.*, 3:20-cv-00191 | |

## NOTICE OF APPEARANCE

Pursuant to Pretrial Order No. 1 (Document 2, ¶5) Tayjes M. Shah, Esq. of The Miller Firm LLC, currently admitted and in good standing in the U.S. District Courts for New Jersey and the Eastern District of Pennsylvania, enters his appearance as counsel for the above captioned Plaintiffs, and asks that all future pleadings and papers in this case be served on and directed to undersigned counsel.

Dated: May 28, 2020

By: /s/ Tayjes M. Shah
Tayjes Shah, Esq. (pro hac vice)
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672-4224 (phone)
(540) 672-3055 (fax)
tshah@millerfirmllc.com

*Attorneys for Plaintiffs*