IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** ) ) ) ) | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| **THIS DOCUMENT RELATES TO:** ) ) | |
| *Karen Grieger, Individually, and as Representative of the Estate of Gary Grieger, deceased* ) ) ) | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |
| **Case No.** 3:20-cv-00492-VC ) ) | |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, KAREN GRIEGER, Individually, and as Representative of the Estate of Gary Grieger, deceased, and files this Motion for Leave to File First Amended Complaint. In support thereof, KAREN GRIEGER states as follows:

1. On January 8, 2020, Decedent Gary Grieger filed his first complaint against Defendant Monsanto Company (herein after "Defendant") in the Northern District of Illinois, Case No. 1:20-cv-00146, for damages for the injuries he sustained as result of the wrongful conduct and negligence of Defendant. Subsequently, the case was transferred to MDL Master File No. 3:16-MD-02741 in the Northern District of California assuming the individual Case No. 3:20-cv-00492-VC.

2. On April 4, 2020, Gary Grieger passed away during the pendency of this civil action.

3. On April 24, 2020, Decedent Gary Grieger's spouse, Plaintiff KAREN GRIEGER, filed an unopposed motion to substitute parties and change the caption to this civil action to "Karen Grieger, Individually and as Representative of the Estate of Gary Grieger, deceased,"

pursuant to Fed. R. Civ. P. 25(a)(1). The Court subsequently entered an order granting the motion on May 18, 2020.

4. Pursuant to 755 ILCS § 5/27-6, Decedent Gary Grieger's claims survive his death.

5. Plaintiff KAREN GRIEGER, seeks to amend the complaint to add claims against the Defendant for Decedent Gary Grieger's wrongful death and request damages to compensate Decedent's estate for Decedent's wrongful death. The amended complaint is attached hereto as Exhibit A.

6. Pursuant to Fed. R. Civ. P. 15(a)(2), a party may amend its pleading with the court's leave. The court should freely give leave when justice so requires.

7. Plaintiff KAREN GRIEGER respectfully requests this Court enter an order granting Plaintiff KAREN GRIEGER leave to file her First Amended Complaint.

WHEREFORE, Plaintiff KAREN GRIEGER respectfully requests this Court enter an order granting Plaintiff KAREN GRIEGER leave to file her First Amended Complaint.

Dated: May 31, 2020

Respectfully submitted,

By: /s/ *Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
rfredona@molllawgroup.com
info@molllawgroup.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                               */s/ Rebecca Fredona*