IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) | Master File No. 3:16-MD-02741-VC MDL No. 2741 |
| THIS DOCUMENT RELATES TO: ) ) | VINCE CHHABRIA U.S. DISTRICT JUDGE |
| *Karen Grieger, Individually, and as Representative of the Estate of Gary Grieger, deceased* ) ) ) | |
| **Case No.** 3:20-cv-00492-VC ) ) | |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILED FIRST AMENDED COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint.

SO ORDERED this _____ day of _____ 2020.

_____
Honorable Judge Vincent Chhabria
United States District Court Judge