Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | ) ) |
| | Honorable Judge Vince Chhabria |
| Richard Garrison | ) ) |
| | Case No.: 3:19-cv-002810-VC |
| v. | ) ) |
| | |
| Monsanto Company. | ) ) ) |

## <u>SUGGESTION OF DEATH</u>

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel for Plaintiff in the above-captioned action gives notice of the death of Plaintiff Richard Garrison. Counsel respectfully informs the Court that Counsel will file a motion substituting a proper party in this matter.

Dated: June 1, 2020

Respectfully submitted,

/s/  Richard W. Schulte
Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
(Pro hac vice)
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Richard W. Schulte, hereby certify that on June 1, 2010, the foregoing document was served via the Court's CM/ECF system, which will automatically serve and send e-mail notification of the filing to all registered attorneys of record.

/s/ Richard W. Schulte
Richard W. Schulte