**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:        elasker@hollingsworthllp.com
              mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | |
| This document relates to: | MDL No. 2741 |
| *Martina Bailey v. Monsanto Co.*, Case No. 3:20-cv-03158-VC | Case No. 3:16-md-02741-VC |
| *Ronald Balzer v. Monsanto Co.*, Case No. 3:20-cv-03165-VC | |
| *Truett Briggs v. Monsanto Co.*, Case No. 3:20-cv-03174-VC | |
| *Eugene Fields v. Monsanto Co.*, Case No. 3:20-cv-03466-VC | |
| *Kenneth Finck, et al. v. Monsanto Co.*, Case No. 3:20-cv-03289-VC | **MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUITS DIRECTLY FILED IN THIS DISTRICT** |
| *Alice Holloway v. Monsanto Co.*, Case No. 3:20-cv-03172-VC | |
| *Evan Mabray, et al. v Monsanto Co.*, Case No. 3:20-cv-03272-VC | |
| *Barbara Maitland, et al. v. Monsanto Co.*, Case No. 3:20-cv-03240-VC | |
| *Thomas Martin v. Monsanto Co.*, Case No. 3:20-cv-03285-VC | |
| *Gerald Miller v. Monsanto Co.*, Case No. 3:20-cv-03286-VC | |
| *Phyllis Morgenstern v. Monsanto Co.*, Case No. 3:20-cv-03287-VC | |
| *Patrick Porter v. Monsanto Co.*, Case No. 3:20-cv-03468-VC | |
| *Lawrence Smith v. Monsanto Co.*, Case No. 3:20-cv-03331-VC | |
| *Thomas Williams v. Monsanto Co.*, Case No. 3:20-cv-03337-VC | |
| *Patsy Woodard v. Monsanto Co.*, Case No. 3:20-cv-03338-VC | |
| *Richard Zanelli, et al. v. Monsanto Co.*, Case No. 3:20-cv-03342-VC | |

Pursuant to Pretrial Order No. 183, defendant Monsanto Company hereby submits this report regarding sixteen lawsuits – all filed by the same law firm – that:  (a) were directly filed in this district last month (May 2020); and (b) apparently fail to comply with the personal jurisdiction and/or venue requirements.

In twelve of these cases, the complaints (paragraph 8) allege that the plaintiffs are residents and citizens of states other than California:  *Bailey* (Florida), *Balzer* (Oklahoma), *Briggs* (Pennsylvania), *Finck* (South Dakota), *Holloway* (Ohio), *Mabray* (Oklahoma), *Maitland* (Pennsylvania), *Martin* (Ohio), *Miller* (Vermont), *Smith* (New York), *Williams* (Idaho), and *Woodard* (Tennessee).  The complaints in these cases do not disclose where the plaintiffs (or the decedents) purchased or were exposed to Roundup®-branded herbicides and do not allege any other connections between those lawsuits and California – let alone this district.

In three of the cases, the complaints (paragraph 8) allege that the plaintiffs are residents and citizens of California but are not located within the Northern District of California:  *Morgenstern* (Los Angeles), *Porter* (Orange County), *Zanelli* (Orange County).  The complaints in these cases do not disclose where the plaintiffs (or the decedent in *Zanelli*) purchased or were exposed to Roundup®-branded herbicides and do not allege any other connections between those lawsuits and this district.

In the last case (*Fields*), the complaint (paragraph 8) allege one connection between the lawsuit and this district – namely, that the plaintiff is a resident and citizen of Contra Costa County, California.  However, this complaint does not how allege how long the plaintiff has lived in this district; does not disclose where he purchased or was exposed to Roundup®-branded herbicides; and does not allege any other connections between this lawsuit and this district.

3

DATED:  June 1, 2020

Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*