1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:      jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
11 |  | Case No. 3:16-md-02741-VC |

12 | This document relates to: |
   |---|
13 | *Samuel E. Carraway, et al., v. Monsanto Co.*, Case No. 3:20-cv-03599-VC |
14 |  |

15          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18        1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.   Bayer AG is a publicly held corporation.

20 DATED:  June 8, 2020                    Respectfully submitted,

21                                         /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth (*pro hac vice*)
22                                         (jhollingsworth@hollingsworthllp.com)
                                           Eric G. Lasker (*pro hac vice*)
23                                         (elasker@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
24                                         1350 I Street, N.W.
                                           Washington, DC  20005
25                                         Telephone:  (202) 898-5800
                                           Facsimile:   (202) 682-1639
26
                                           *Attorneys for Defendant*
27                                         *MONSANTO COMPANY*

28