1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:  (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*B. B., minor, by his Father and Natural Guardian, Jacob Burgida and Jacob Burgida individually, v. Monsanto Co.*,<br>Case No. 3:20-cv-03299-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
2. Bayer AG is a publicly held corporation.

1  DATED:  June 9, 2020    Respectfully submitted,

2  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
3  (jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
4  (elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
5  1350 I Street, N.W.
Washington, DC  20005
6  Telephone:  (202) 898-5800
Facsimile:    (202) 682-1639

7

8  *Attorneys for Defendant*
*MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28