| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| | Eric G. Lasker (*pro hac vice*) |
| 2 | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| 3 | Tel:     202-898-5800 |
| | Fax:    202-682-1639 |
| 4 | Email: elasker@hollingsworthllp.com |
| 5 | *Attorney for Defendant* |
| | *MONSANTO COMPANY* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to | |
| *Mary Cline, as Proposed Administrator of the Estate of Garry Cline, Deceased v. Monsanto Company* | |
| 3:19-cv-04852-VC | |

**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

1
2 **CERTIFICATE OF SERVICE**

3       I, Eric G. Lasker, hereby certify that, on June 9, 2020, I electronically filed NOTICE OF

4 APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT MONSANTO

5 COMPANY with the Clerk for the United States District Court for the Northern District of

6 California using the CM/ECF system, which shall send electronic notification to counsel of

7 record.

8
9 DATED: June 9, 2020                    Respectfully submitted,

                                                    /s/ Eric G. Lasker
10                                                     Eric G. Lasker (*pro hac vice*)
                                                    (elasker@hollingsworthllp.com)
11                                                     HOLLINGSWORTH LLP
12                                                     1350 I Street, N.W.
                                                    Washington, DC  20005
13                                                     Telephone:  (202) 898-5800
                                                    Facsimile:  (202) 682-1639
14
15                                                     Attorney for Defendant
                                                    MONSANTO COMPANY
16
17
18
19
20
21
22
23
24
25
26
27
28