**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: elasker@hollingsworthllp.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to<br>*Marilyn Lydon v. Monsanto Company*<br>3:19-cv-04795-VC | |

**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

**CERTIFICATE OF SERVICE**

- 1 -

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC

- 2 -

1  I, Eric G. Lasker, hereby certify that, on June 9, 2020, I electronically filed NOTICE OF
2  APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT MONSANTO
3  COMPANY with the Clerk for the United States District Court for the Northern District of
4  California using the CM/ECF system, which shall send electronic notification to counsel of
5  record.
6
7  DATED: June 9, 2020                          Respectfully submitted,
8                                               /s/ Eric G. Lasker
                                                Eric G. Lasker (*pro hac vice*)
9                                               (elasker@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
10                                              1350 I Street, N.W.
                                                Washington, DC  20005
11                                              Telephone:  (202) 898-5800
12                                              Facsimile:  (202) 682-1639
13                                              Attorney for Defendant
                                                MONSANTO COMPANY
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28