1 | **HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:    202-898-5800
Fax:   202-682-1639
Email: elasker@hollingsworthllp.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to<br>*Larry Poplin, Sr. v. Monsanto Company*<br>3:19-cv-04799-VC | |

**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

**CERTIFICATE OF SERVICE**

- 1 -

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC

- 2 -

1  I, Eric G. Lasker, hereby certify that, on June 9, 2020, I electronically filed NOTICE OF
2  APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT MONSANTO
3  COMPANY with the Clerk for the United States District Court for the Northern District of
4  California using the CM/ECF system, which shall send electronic notification to counsel of
5  record.

| | |
|---|---|
| DATED: June 9, 2020 | Respectfully submitted, |
| | /s/ Eric G. Lasker |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| | Telephone:  (202) 898-5800 |
| | Facsimile:  (202) 682-1639 |
| | |
| | Attorney for Defendant |
| | MONSANTO COMPANY |