Brian D. Chase (SBN 164109)
*bchase@bisnarchase.com*
Tom G. Antunovich (SBN 305216)
*tantunovich@bisnarchase.com*
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILTY LITIGATION** | CASE NO.: 16-md-2741-VC |
| **This document relates to:** *Martina Bailey v. Monsanto Co.,* Case No. 3:20-cv-03158-VC *Ronald Balzer v. Monsanto Co.*, Case No. 3:20-cv-03165-VC *Truett Briggs v. Monsanto Co.*, Case No. 3:20-cv-03174-VC *Kenneth Finck, et al. v. Monsanto Co.*, Case No. 3:20-cv-03289-VC *Alice Holloway v. Monsanto Co.,* Case No. 3:20-cv-03172-VC *Evan Mabray, et al. v. Monsanto Co.*, Case No. 3:20-cv-03272 *Barbara Maitland, et al. v. Monsanto Co.*, Case No. 3:20-cv-03240-VC *Thomas Martin v. Monsanto Co.*, Case No. 3:20-cv-03285-VC *Gerald Miller v. Monsanto Co.*, Case No. 3:20-cv-03286-VC *Phyllis Morgenstern v. Monsanto Co.*, Case No. 3:20-cv-03287-VC *Patrick Porter v. Monsanto Co.*, Case No. 3:20-cv-03468-VC *Lawrence Smith v. Monsanto Co.*, Case No. 3:20-cv-03331-VC *Thomas Williams v. Monsanto Co.*, Case No. 3:20-cv-03337-VC *Patsy Woodard v .Monsanto Co.*, Case No. 3:20-cv-03338-VC *Richard Zanelli v. Monsanto Co.*, Case No. 3:20-cv-03342-VC | Judge: Hon. Vince Chhabria **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINTS WITHOUT PREJUDICE [F.R.C.P. 41(a)(1)]** |

**NOTICE OF VOLUNUTARY DISMISSAL OF COMPLAINTS WITHOUT PREJUDICE**

Plaintiffs in the above-captioned matters, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss their complaints against defendants Monsanto Company **without prejudice**.

Plaintiffs have met and conferred with counsel for Monsanto Company regarding the June 1, 2020 Monthly Report in Response to PTO No. 183 Re Non-Compliant Lawsuits Directly Filed In This District.

Upon agreement of the parties, Plaintiffs will dismiss their complaints filed in this Court without prejudice, and re-file the complaints in the districts where the Roundup exposure and/or injury occurred. Once re-filed, Monsanto Company will advise the Judicial Panel on Multidistrict Litigation that the case involves questions of fact that are common to the actions pending in Multi District Litigation No. 2741 *In re: Roundup Products Liability Litigation*.

Dated: June 9, 2020

**BISNAR | CHASE LLP**

By: */s/ Tom G. Antunovich*

Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Tom G. Antunovich (SBN 305216)
tantunovich@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiffs*