**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:     202-682-1639
Email: elasker@hollingsworthllp.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to *Thomas Slick v. Monsanto Company* 3:19-cv-05768-VC | |

### <u>NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of

HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as

counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings,

notices, orders, correspondence, and other papers in connection with this action be served upon

him at the above address.

### <u>CERTIFICATE OF SERVICE</u>

- 1 -

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC

1   |   I, Eric G. Lasker, hereby certify that, on June 10, 2020, I electronically filed NOTICE OF

2   APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT MONSANTO

3   COMPANY with the Clerk for the United States District Court for the Northern District of

4   California using the CM/ECF system, which shall send electronic notification to counsel of

5   record.

6

7   DATED: June 10, 2020                    Respectfully submitted,

8                                           /s/ Eric G. Lasker
                                            Eric G. Lasker (*pro hac vice*)
9                                           (elasker@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
10                                          1350 I Street, N.W.
                                            Washington, DC  20005
11                                          Telephone:  (202) 898-5800
                                            Facsimile:  (202) 682-1639
12

13                                          Attorney for Defendant
                                            MONSANTO COMPANY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC