### In UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No: 3:16-md-02741-VC |
| This document relates to:<br><br>*Steven B. Coley v. Monsanto Co.,*<br>Case No. 3:19-cv-06822-VC | |

### **NOTICE OF APPEARANCE**

Please enter the appearance of F. Catfish Abbott of Abbott Law Group, P.A. in the master docket as counsel on behalf of Plaintiff Steven B. Coley in In Re: Roundup Products Liability Litigation, MDL No. 2741, Case No 3:16-md-02741-VC.

DATED June 12, 2020

Respectfully Submitted

**/s/ F. Catfish Abbott_____**
**F. Catfish Abbott**
FBN: 265292
**ABBOTT LAW GROUP, P.A.**
2929 Plummer Cove Road
Jacksonville, FL 32223
Telephone: (904) 292-1111
Facsimile: (904) 292-1220
fabbott@abbottlawpa.com
eservice@abbottlawpa.com
awatson@abbottlawpa.com

*Counsel for Plaintiff appearing Pro Hac Vice per Pretrial Order No. 1*

1