In UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No: 3:16-md-02741-VC |
| This document relates to:<br><br>*Todd Wolfenbarger. v. Monsanto Co.,*<br>Case No. 3:19-cv-06822-VC | |

## NOTICE OF APPEARANCE

Please enter the appearance of F. Catfish Abbott of Abbott Law Group, P.A. in the master docket as counsel on behalf of Plaintiff Todd Wolfenbarger in In Re: Roundup Products Liability Litigation, MDL No. 2741, Case No 3:16-md-02741-VC.

DATED June 12, 2020

Respectfully Submitted

**/s/ F. Catfish Abbott_____**
**F. Catfish Abbott**
FBN: 265292
**ABBOTT LAW GROUP, P.A.**
2929 Plummer Cove Road
Jacksonville, FL 32223
Telephone: (904) 292-1111
Facsimile: (904) 292-1220
fabbott@abbottlawpa.com
eservice@abbottlawpa.com
awatson@abbottlawpa.com

*Counsel for Plaintiff appearing Pro Hac Vice per Pretrial Order No. 1*

1