UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No: 3:16-md-02741-VC |
| This document relates to:<br><br>*Thomas Moore v. Monsanto Co.,*<br>Case No. 1:20-cv-00491-JL | |

### NOTICE OF APPEARANCE

Please enter the appearance of Laura T. Daly of Swartz & Swatz, P.C. in the master docket as counsel on behalf of Plaintiff Thomas Moore in In Re: Roundup Products Liability Litigation, MDL No. 2741, Case No 3:16-md-02741-VC.

DATED June 15, 2020

Respectfully Submitted

**/s/ Laura T. Daly**
**Laura T Daly**
BBO 695727
**Swartz & Swartz P.C**
10 Marshall Street
Boston, MA 02108
 Telephone: (617) 742 1900
Facsimile: (617) 367-7193
ldaly@swartzlaw.com

*Counsel for Plaintiff appearing Pro Hac Vice per Pretrial Order No. 1*

CERTIFICATE OF SERVICE

I, Laura T. Daly, hereby certify that on June 15, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing  to all registered attorneys of record.          /s/ Laura T. Daly
                                                                                                    Laura T Daly