# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Thomas Moore | Case No. 1:20-cv-00491-JL |
| v. | |
| Monsanto Company | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, David Angueira moves this Court to grant him leave to withdraw as counsel on behalf of Plaintiff Thomas Moore. in the above-captioned case. In support of this Motion, he states as follows:

1. Attorney Laura T. Daly filed an appearance on behalf of Thomas Moore

2. David Angueira is withdrawing from this case and will no longer be representing Thomas Moore. Further, he no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

3. Laura T. Daly will continue to represent Thomas Moore in this case. Therefore, Thomas Moore will not be prejudiced by this withdrawal.

WHEREFORE, David P. Angueira hereby respectfully asks that this Court grant leave for him to withdraw and to remove him from all service lists as counsel for Thomas Moore in the above-captioned case.

Dated: June 15, 2020

Respectfully Submitted,

*/s/ David P Angueira*
David P Angueira BBO 16632
Swartz & Swartz PC
10 Marshall Street
Boston MA 02108
617 742 1900
f-617-367-7193

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, David P Angueira, hereby certify that on June 15, 2020 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David P. Angueira*
David P Angueira