# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to**:** <br><br> *Thomas Moore v. Monsanto Company* <br> Case No. 1:20-cv-00491-JL | MDL No. 2741 <br><br> Master Docket Case No. 3:16-md-02741 <br><br> Honorable Vince Chhabria <br><br> **ORDER GRANTING MOTION TO WITHDRAW** <br><br> Dkt. No. |

David Angueira's motion to withdraw as counsel on behalf of Thomas Moore in *Moore v. Monsanto Co.,* 1:20-cv-00491-JL , is granted.

**IT IS SO ORDERED.**

Date: _____

_____
Honorable Vince Chhabria
United States District Court