Edward J. Hynes, Esq.
Joseph Lanni, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York  10016
Telephone:  (212) 869-3500
Facsimile:   (212) 398-1532
Email:       e.hynes@fuchsberg.com
             j.lanni@fuchsberg.com

*Attorneys for Plaintiff*
*JAY NAKASH*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MDL MEMBER CASE

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| ) | |
| This document relates to: ) | **EDWARD J. HYNES' NOTICE OF MOTION AND MOTION TO WITHDRAW AS ADDITONAL COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
| *Jay Nakash v. Monsanto Co.,* ) | |
| Case No.  3:20-cv-02426-VC ) | |
| ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, Edward J. Hynes shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a), to withdraw as counsel for Plaintiff Jay Nakash.

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to LOCAL R. 11-5, Edward J. Hynes ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel for Plaintiff Jay Nakash. Movant states the following grounds for this notice and motion:

1. This matter is pending in MDL No. 2741.

2. Movant is additional counsel for Plaintiff Jay Nakash and counsel Joseph Lanni will remain counsel for Plaintiff Jay Nakash.

3. Movant's withdrawal as additional counsel will not cause any prejudice or delay in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel.

4. Given the insubstantial nature of this Motion, as well as the substantial burden to all MDL members and parties in travelling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

THEREFORE, Movant Edward Hynes respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as additional counsel for Plaintiff Jay Nakash in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated 16th day of June 2020.

Respectfully Submitted,

/s/ *Edward Hynes*
Edward Hynes, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York  10016
(212) 869-3500
e.hynes@fuchsberg.com

and

Joseph Lanni, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York  10016
(212) 869-3500
j.lanni@fuchsberg.com
josephlanni@msn.com

## PROOF OF SERVICE

The undersigned certifies that, on June 16, 2020, she caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

    Respectfully Submitted,

/s/ *Edward Hynes*
Edward Hynes, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York 10016
(212) 869-3500
e.hynes@fuchsberg.com