# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*William Arsondi, et al v. Monsanto Co.*,<br>Ind. Case No. 3:20-cv-03597 | MDL No. 2741<br>Master Case No. 3:16-md-02741-VC<br>The Honorable Vince Chhabria<br><br>NOTICE OF MOTION AND UNCONTESTED MOTION FOR SEVERANCE AND PARTIAL REMAND; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Date: Thursday, July 30, 2020<br>Time: 10:00 am<br>Courtroom: 4<br>Trial Date: None Set |

## NOTICE OF MOTION AND UNCONTESTED MOTION FOR SEVERANCE AND PARTIAL REMAND

PLEASE TAKE NOTICE that on Thursday, July 30, 2020, at 10:00 a.m., at Courtroom 4 on the 17th floor of 450 Golden Gate Avenue, San Francisco, California before the Honorable Vince Chhabria, Plaintiffs will, and hereby do, move for an order granting this Uncontested Motion for Severance and Partial Remand. This motion will be based on this Notice and Motion, and the Memorandum of Points and Authorities below.

Plaintiffs move this Court to enter an Order to sever and remand to the Circuit Court for the Twenty-First Judicial Circuit, St. Louis County, Missouri the severed claims of the plaintiffs who do not allege injuries arising from exposure to

Roundup® - branded products on federal enclaves. This Motion is uncontested—Plaintiffs and Defendant are in agreement that severance and remand of non-federal-enclave plaintiffs is the proper course of action. Due to this, Plaintiffs ask this Court to waive the hearing requirement.

Dated: June 17, 2020                    */s/ Arthur Murray*
                                        ARTHUR MURRAY
                                        Murray Law Firm
                                        650 Poydras Street, Suite 2150
                                        New Orleans, Louisiana 70130
                                        Tel: (504) 525-8100
                                        Fax: (504) 584-5249
                                        Email: amurray@murray-lawfirm.com

### STATEMENT OF ISSUE TO BE DECIDED

1. Plaintiffs and Defendant agree on the issue to be decided—non-federal-enclave plaintiffs should be severed from Plaintiff Kavelak's claim and be remanded to state court.

### MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to 28 U.S.C. §1441(c)(2) and for the reasons that follow, this Court should order severance and remand the severed claims that do not fall within this Court's original federal question jurisdiction to the Twenty-First Judicial Circuit Court, St. Louis County, Missouri.

# INTRODUCTION AND BACKGROUND

Plaintiffs are individuals and estate representatives claiming injuries suffered as a result of their use of Defendant Monsanto's (hereinafter "Monsanto") Roundup® products. *See, generally,* Petition. Plaintiffs jointly allege state law claims against Monsanto for injuries and death suffered by those who were exposed to the Roundup® products. *Id*.

In its Notice of Removal ("Notice"), Monsanto asserts that removal is proper because one of the plaintiffs, deceased Timothy Kavelak, now being represented by his wife Jamie Kavelak (hereinafter "Plaintiff Kavelak"), was exposed to Roundup® products "while working as a groundskeeper at the Federal Bureau of Prisons in Leavenworth, Kansas.". *See* Notice at pp. 3 ¶ 2; pp. 4 ¶ 6. Monsanto argues that this Court "has original 'federal question' subject matter jurisdiction pursuant to 28 U.S.C. § 1331 over those claims relating to Mr. Kavelak's exposure to Roundup® products on this federal enclave." *See* Notice at pp. 3 ¶ 2; pp. 5 ¶ 8. Monsanto further argues that this Court should exercise supplemental jurisdiction over Plaintiff Kavelak's non-federal claims. *Id.* at p. 5 ¶ 9. Plaintiffs do not dispute that Plaintiff Kavelak's claims are subject to federal question jurisdiction. Plaintiffs and Defendant consent to the proper relief—that this Court order severance of non-federal-enclave plaintiffs from Plaintiff Kavelak's claim and remand them to state court.

## ARGUMENT

**This Court should sever the non-federal-enclave plaintiffs from Plaintiff Kavelak's claim and remand these severed claims back to state court.**

This Court should order severance and remand to state court the severed claims of the other plaintiffs who do not allege injuries arising from exposure to Roundup® - branded products on federal enclaves—and therefore do not fall within this Court's original federal question jurisdiction. *See* 28 U.S.C. § 1441(c)(2). ("Upon removal of an action described in paragraph (1) [those claims arising under the Constitution, laws, or treaties of the Unites States (within the meaning of section 1331 of this title)], the district court shall sever from action all claims described in paragraph (1)(B) [those claims which are not within the original or supplemental jurisdiction of the district court] and shall remand the severed claims to the State court from which the action was removed."). These other claims are "not within the original or supplemental jurisdiction of the district court…" 28 U.S.C. § 1441(c)(1)(A)-(B).

This lawsuit includes claims relating to Plaintiff Kavelak's exposure to Roundup® on a federal enclave, which Plaintiff agrees is within this Court's jurisdiction under Section 1331. However, the claims asserted by the other Plaintiffs did not arise on a federal enclave and therefore are not within the original or supplemental jurisdiction of this Court. Thus, this Court should remand those claims back to state court. In its Notice of Removal, Defendant acknowledged that

severance and remand of non-federal-enclave plaintiffs is proper. *See* Notice at p. 5 ¶ 10. Plaintiffs' counsel reached out to the Defendant for consent to this relief and to file this Motion as uncontested. On June 12, 2020, the Defendant consented to this relief and to Plaintiffs filing this motion uncontested.

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion should be granted and this Court should order severance and remand the severed claims to the Circuit Court for the Twenty-First Judicial Circuit, St. Louis County, Missouri.

Dated: June 17, 2020                            Respectfully Submitted,


                                                */s/ Arthur Murray*
                                                Arthur Murray
                                                **Murray Law Firm**
                                                650 Poydras Street, Suite 2150
                                                New Orleans, Louisiana 70130
                                                Tel: (504) 525-8100
                                                Fax: (504) 584-5249
                                                Email: amurray@murray-lawfirm.com

                                                *Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2020 a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Arthur Murray*
Arthur Murray