# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No: 3:16-md-02741-VC |
| This document relates to:<br><br>*Leslie Hutchison v. Monsanto Co.*,<br>Case No. 3:20-cv-03444-VC | |

## NOTICE OF APPEARANCE

Please enter the appearance of Kimberly A. Almazan of Withers Bergman LLP in the master docket as counsel on behalf of Plaintiff Leslie Hutchison in In Re: Roundup Products Liability Litigation, MDL No. 2741, Case No 3:16-md-02741-VC.

Dated: June 18, 2020

Respectfully submitted,

/s/ Kimberly A. Almazan
Kimberly A. Almazan (SBN 288605)
WITHERS BERGMAN LLP
505 Sansome Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 872-3221
Facsimile: (415) 549-2451
Kimberly.Almazan@withersworldwide.com

*Attorneys for Plaintiff Leslie Hutchison*

CERTIFICATE OF SERVICE

I, Kimberly A. Almazan, hereby certify that on June 18, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Kimberly A. Almazan
Kimberly A. Almazan