# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Master File No.: 3:16-MD-02741-VC<br>MDL No.: 2741 |
| **THIS DOCUMENT RELATES TO:**<br><br>*Marty Wagner v. Monsanto Company*<br><br>**Case No.**: 3:20-cv-03733-VC | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Wesley D. Merillat, of the firm Charles E. Boyk Law Offices, LLC, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, Marty Wagner, individually and as personal representative of the Estate of Gale A. Talbott, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: June 19, 2020

                                                  /s/ Wesley D. Merillat
                                        Wesley D. Merillat (OH 0080253)
                                        CHARLES E. BOYK LAW OFFICES, LLC
                                        405 Madison Avenue, Suite 1200
                                        Toledo, Ohio 43604
                                        Telephone:  (419) 241-1395
                                        Facsimile:   (419) 241-8731
                                        Email:  wmerillat@charlesboyk-law.com
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Wesley D. Merillat
Wesley D. Merillat (OH 0080253)
CHARLES E. BOYK LAW OFFICES, LLC
*Attorney for Plaintiff*