UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741<br><br>Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO:<br><br>*Marty Wagner v. Monsanto Company*<br><br>Case No. 3:20-cv-03733-VC | |

## MOTION TO WITHDRAW OF LINDSEY WAGNER
## AS ATTORNEY OF RECORD FOR PLAINTIFF

NOW COMES Wesley D. Merillat and Lindsey Wagner ("Movants"), and hereby respectfully moves the Court for permission to withdraw Lindsey Wagner from representing Plaintiff in the above-captioned matter. In support of this Motion, Movants state as follows:

1. Plaintiff is currently, and will continue to be, represented by Wesley D. Merillat of Charles E. Boyk Law Offices, LLC.

2. Movant Lindsey Wagner's Withdrawal as Counsel of Record should not cause any delay or prejudice to the parties or this proceeding.

WHEREFORE, all premises considered, and for good cause shown, Movants request that the Court grant permission for Lindsey Wagner to withdraw as counsel for Plaintiff.

Date: 06/19/2020                                         Respectfully submitted,

                                                         */s/ Wesley D. Merillat*
                                                         Wesley D. Merillat (OH 0080253)

1

Charles E. Boyk Law Offices, LLC
405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
Telephone: (419) 241-1395
Facsimile: (419) 241-8731
Email: wmerillat@charlesboyk-law.com
*Attorney for Plaintiff*


*/s/ Lindsey Wagner*
Lindsey Wagner, Esq.
Florida Bar No. 86831
Primary e-mail:
LWagner@scottwagnerlaw.com
Secondary e-mail:
mail@scottwagnerlaw.com
SCOTT WAGNER & ASSOCIATES, P.A.
Jupiter Gardens
250 South Central Boulevard Suite 104-A
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
Secondary Address: 101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June 2020, I electronically transmitted the foregoing Motion to Withdraw as Attorney of Record to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants associated with this case.

                        Respectfully Submitted,

                        */s/ Wesley D. Merillat*
                        Wesley D. Merillat (OH 0080253)