UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Master Docket Case No. 3:16-md-02741 <br><br> Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: <br><br> *Marty Wagner v. Monsanto Company* <br><br> Case No. 3:20-cv-03733-VC | ORDER GRANTING MOTION TO WITHDRAW |

## ORDER

Before the Court is the Motion to Withdraw of Lindsey Wagner as Attorney of Record for Plaintiff filed herein. Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw of Lindsey Wagner as Attorney of Record for Plaintiff is hereby **GRANTED**, and that Lindsey Wagner is withdrawn as counsel of record herein for Plaintiff.

Date: _____

                                                   Honorable Vince Chhabria
                                                   United States District Court