1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS          MDL No. 2741
    LIABILITY LITIGATION
11                                   Case No. 3:16-md-02741-VC

12  This document relates to:

13  *Lisa J. Markham and husband, Douglas G.*
    *Markham  v. Monsanto Co.*,
14  Case No. 3:20-cv-03829-VC

15                    **MONSANTO COMPANY'S**
           **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18  associations of persons, firms, partnerships, corporations (including parent corporations) or other

19  entities (i) have a financial interest in the subject matter in controversy or in a party to the

20  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21  substantially affected by the outcome of this proceeding:

22        Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23        Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27
                                    - 1 -
28  ─────────────────────────────────────────────────────────────
    MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                  3:16-md-02741-VC & 3:20-cv-03829-VC

1   DATED:  June 19, 2020                         Respectfully submitted,

2

3                                                 /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth (*pro hac vice*)
                                                  (jhollingsworth@hollingsworthllp.com)
4                                                 Eric G. Lasker (*pro hac vice*)
                                                  (elasker@hollingsworthllp.com)
5                                                 HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
6                                                 Washington, DC  20005
                                                  Telephone:  (202) 898-5800
7                                                 Facsimile:   (202) 682-1639

8                                                 *Attorneys for Defendant*
                                                  *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                          - 2 -
28
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-03829-VC