UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
    Coe, et al. v. Monsanto Company, )
        W.D. Washington, C.A. No. 2:20-00789 )     MDL No. 2741

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Coe*) on June 11, 2020. In the absence of any opposition, the conditional transfer order was finalized with respect to *Coe* on June 19, 2020. The Panel has now been advised that, pursuant to a notice of voluntary dismissal, *Coe* was dismissed in the Western District of Washington on June 16, 2020.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-217" filed on June 11, 2020, is VACATED insofar as it relates to this action.

                                      FOR THE PANEL:

                                      John W. Nichols
                                      Clerk of the Panel