**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
Pedram Esfandiary (SBN 312569)
pesfandiary@baumhedlundlaw.com
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiff JACKIE WHITING*

**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, N.W.
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jackie Whiting v. Monsanto Co.*,<br>Case No. 3:20-cv-03564-VC | **JOINT STIPULATION REGARDING REMAND OF *WHITING* LAWSUIT** |

**WHEREAS**, defendant Monsanto Company ("Monsanto") removed this lawsuit from the Superior Court of the State of California for Alameda County to this Court on May 28, 2020, based on (and in reliance on) information provided by plaintiff Jackie Whiting in her Plaintiff Fact Sheet regarding her alleged exposure to Roundup®-branded herbicides;

**WHEREAS**, shortly after Monsanto filed its Notice of Removal, plaintiff responded by serving an amended Plaintiff Fact Sheet on Monsanto that changed certain information, and provided new information, regarding her alleged exposure to Roundup®-branded herbicides;

**WHEREAS**, plaintiff and Monsanto agree that, in light of the information provided in plaintiff's amended Plaintiff Fact Sheet, this lawsuit should be remanded to state court, with the parties bearing their own attorney's fees and costs;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the Court should enter the accompanying proposed order to remand this lawsuit to the Superior Court of the State of California for Alameda County.

DATED:  June 24, 2020

/s/ Pedram Esfandiary
Pedram Esfandiary (SBN 312569)
pesfandiary@baumhedlundlaw.com
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiff JACKIE WHITING*

/s/ S. Zachary Fayne
S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant MONSANTO COMPANY*

**ATTESTATION**

Pursuant to Local Rule 5-1, I, S. Zachary Fayne, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

*/s/ S. Zachary Fayne*
S. Zachary Fayne
Arnold & Porter Kaye Scholer LLP