1  **THE MILLER FIRM, LLC**
   Michael J. Miller (pro hac vice)
2  Brian K. Brake (pro hac vice)
   Tayjes Shah (pro hac vice)
3  108 Railroad Ave
   Orange, VA 22960
4  Tel: (540) 672-4224
   Fax: (540) 672-3055
5  bbrake@millerfirmllc.com
   tshah@millerfirmllc.com
6
   **AUDET & PARTNERS**
7  Mark Burton (CA Bar No. 178400)
   711 Van Ness Avenue, Suite 500
8  San Francisco, CA 94102
   Tel: (415) 568-2555
9  Fax: (415) 568-2556
   mburton@audetlaw.com
10
   *Attorneys for Plaintiffs*
11

**WILKINSON WALSH LLP**
Brian L. Stekloff (pro hac vice)
Rakesh Kilaru (pro hac vice)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005
bstekloff@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

12           UNITED STATES DISTRICT COURT
13           NORTHERN DISTRICT OF CALIFORNIA

14

15  IN RE: ROUNDUP PRODUCTS          MDL No. 2741
    LIABILITY LITIGATION
                                     Case No. 3:16-md-02741-VC
16

17  *Elaine and Christopher Stevick v.*
    *Monsanto Co.*
18  3:16-cv-2341-VC

19

20           **STIPULATION OF DISMISSAL WITH PREJUDICE**

21       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs dismiss this action with prejudice,

22  with each party to bear their own costs.

23  Dated: June 24, 2020

24

25

26

27

28

- 1 -
STIPULATION OF DISMISSAL
3:16-md-02741-VC

- 2 -

1  SEEN AND AGREED:

2  By: __/s/ Brian K. Brake_____
        Brian K. Brake, Esq. (*pro hac vice*)
3       The Miller Firm LLC
4       108 Railroad Avenue
        Orange, VA 22960
5       (540) 672-4224
        (540) 672-3055 (fax)
6       bbrake@millerfirmllc.com

7       *Attorneys for Plaintiffs*

8
   By:/s/ Brian Stekloff_____
9       Brian L. Stekloff (*pro hac vice*)
10      bstekloff@wilkinsonwalsh.com
        Rakesh Kilaru (*pro hac vice*)
11      rkilaru@wilkinsonwalsh.com
        WILKINSON WALSH + ESKOVITZ LLP
12      2001 M St. NW, 10th Floor
        Washington, DC 20036
13      (202) 847-4030
        (202) 847-4005 (fax)
14

15      *Attorneys for Defendant Monsanto Company*

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION OF DISMISSAL
3:16-md-02741-VC