| | |
|---|---|
| Robert L. Lieff (SBN 037568) | James R. Dugan, II |
| Elizabeth J. Cabraser (SBN 083151) | TerriAnne Benedetto |
| Steven E. Fineman (SBN 140335) | David S. Scalia |
| Kevin R. Budner (SBN 287271) | THE DUGAN LAW FIRM, APLC |
| LIEFF CABRASER HEIMANN & | One Canal Place |
| BERNSTEIN, LLP | 365 Canal Street, Suite 1000 |
| 275 Battery Street, 29th Floor | New Orleans, LA  70130 |
| San Francisco, California  94111-3339 | Telephone: 504.648.0180 |
| Telephone: 415.956.1000 | |
| ecabraser@lchb.com | |
| | |
| William M. Audet (SBN 117456) | Samuel Issacharoff |
| Ling Y. Kuang (SBN 296873) | 40 Washington Square South |
| AUDET & PARTNERS, LLP | Suite 411J |
| 711 Van Ness, Suite 500 | New York, NY 10012 |
| San Francisco, CA 94102-3229 | Telephone: 212.998.6580 |
| Telephone: 415.568.2555 | |

*Counsel for Plaintiffs and the Proposed Class*
*(additional counsel listed below)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMIT FOR PRELIMINARY APPROVAL MOTION** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

Under Northern District of California Civil Local Rule 7-11, Plaintiffs move for an order authorizing them to file a 60-page memorandum in support of a motion for preliminary approval of a class settlement.  In support, Plaintiffs state:

1. This Court's Standing Order and Local Rules 7-2(b) and 7(4) limit the memorandum to 25 pages.

2.     An extension of the page limit is necessary to explain the programs and details of the proposed Settlement under the applicable Rule 23(e) case law and this District's Procedural Guidance for Class Action Settlements, as well as the comprehensive program for providing notice to the class.

3.     Paragraph 10 of this Court's Standing Order, which states that "[a]ny request for an extension of a deadline . . . must be filed no later than 72 hours prior to the deadline," is not applicable here, as the motion for preliminary approval is not subject to any deadline. However, the confidentiality of negotiations prevented Plaintiffs from filing this Motion in advance of the Preliminary Approval Motion.

4.     Accordingly, Plaintiffs respectfully request that the Court extend the page limit for the memorandum in support of the preliminary approval motion to 60 pages.

Dated: June 24, 2020                     Respectfully submitted,

*/s/ Elizabeth J. Cabraser*
Robert L. Lieff (of counsel) (SBN 037568)
Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
rlieff@lchb.com
ecabraser@lchb.com
kbudner@lchb.com

Steven E. Fineman (SBN 140335)
Wendy R. Fleishman
Rhea Ghosh
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
sfineman@lchb.com
wfleishman@lchb.com
rghosh@lchb.com

Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
akaufman@lchb.com

James R. Dugan, II
TerriAnne Benedetto
  *Proposed Subclass 2 Counsel*
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

William M. Audet (SBN 117456)
  *Proposed Subclass 1 Counsel*
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 24, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                                      /s/ *Elizabeth J. Cabraser*
                                      Elizabeth J. Cabraser