| | |
|---|---|
| Robert L. Lieff (SBN 037568) | James R. Dugan, II |
| Elizabeth J. Cabraser (SBN 083151) | TerriAnne Benedetto |
| Steven E. Fineman (SBN 140335) | David S. Scalia |
| Kevin R. Budner (SBN 287271) | THE DUGAN LAW FIRM, APLC |
| LIEFF CABRASER HEIMANN & | One Canal Place |
| BERNSTEIN, LLP | 365 Canal Street, Suite 1000 |
| 275 Battery Street, 29th Floor | New Orleans, LA  70130 |
| San Francisco, California  94111-3339 | Telephone: 504.648.0180 |
| Telephone: 415.956.1000 | |
| ecabraser@lchb.com | |
| | |
| William M. Audet (SBN 117456) | Samuel Issacharoff |
| Ling Y. Kuang (SBN 296873) | 40 Washington Square South |
| AUDET & PARTNERS, LLP | Suite 411J |
| 711 Van Ness, Suite 500 | New York, NY 10012 |
| San Francisco, CA 94102-3229 | Telephone: 212.998.6580 |
| Telephone: 415.568.2555 | |

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR PRELIMINARY APPROVAL MOTION** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

I, Elizabeth J. Cabraser, declare as follows:

1. I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and proposed Co-Counsel for Plaintiffs and the proposed Class in the above-captioned matter.  I am a member in good standing of the bars of California and the Northern District of California.  I

submit this declaration in support of Plaintiffs' Administrative Motion for Extension of Page Limit for Preliminary Approval Motion.

2. An extension of the page limit is necessary to explain the programs and details of the proposed Settlement under the applicable Rule 23(e) case law and this District's Procedural Guidance for Class Action Settlements, as well as the comprehensive program for providing notice to the class.

3. Plaintiffs were unable to file this request in advance of filing the Preliminary Approval Motion because of the confidential nature of settlement discussions pursuant to the Court's appointment of a mediator and pursuant to Fed. R. Evid. 408.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 24th day of June, 2020, in San Francisco, California.


*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser

## CERTIFICATE OF SERVICE

I hereby certify that, on June 24, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

    /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser