# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR PRELIMINARY APPROVAL MOTION |

Plaintiffs' Administrative Motion to Extend Page Limit for Preliminary Approval Motion is GRANTED. The page limit for a memorandum in support of the preliminary approval motion is extended to 60 pages.

**IT IS SO ORDERED.**

Dated: June 24, 2020

GRANTED
Judge Vince Chhabria

THE HONORABLE
UNITED STATES DISTRICT JUDGE