# CABRASER DECLARATION

# EXHIBIT C

# VERUS, LLC QUALIFICATIONS

# Representative Engagements

Administration of claims for the following settlement funds:

- A&I Corporation Asbestos Bodily Injury Trust
- A-Best Asbestos Settlement Trust
- ABB Lummus Global Inc. 524(g) Asbestos Personal Injury Trust
- ACandS Asbestos Settlement Trust
- ARTRA 524(g) Asbestos Trust
- ASARCO Asbestos Personal Injury Trust
- Brauer 524(g) Asbestos Trust
- Burns and Roe Personal Injury Settlement Trust
- Christy Refractories Asbestos Personal Injury Trust
- Combustion Engineering 524(g) Asbestos Personal Injury Trust
- Congoleum Plan Trust
- CS DIP Liquidating Trust (Small Smiles Dental Clinics class action settlement)
- G-I Holdings Inc. Asbestos Personal Injury Trust
- Granberry v. Pressler and Pressler
- Garlock Sealing Technology Settlement Facility
- H. K. Porter Company Asbestos Trust
- Kaiser Aluminum & Chemical Corporation Asbestos PI Trust
- Oakfabco Liquidating Trust
- Oglebay Norton Company Settlement Trust
- Plibrico Asbestos Trust
- Plibrico Silica Trust
- Porter Hayden Asbestos Trust
- T.H Agriculture and Nutrition LLC Asbestos Personal Injury Trust
- United States Mineral Products Company Asbestos PI Settlement Trust
- Yarway Asbestos Personal Injury Trust

Expert witness and consulting services for the Asbestos Creditors' Committees in the following Chapter 11 cases:

- US Gypsum
- Armstrong World Industries
- G-I Holdings, Inc.
- W.R. Grace

Analytics, Process Improvement Services, and Case Management Services for various plaintiff firms in the following MDLs:

- 3M Combat Arms Earplugs
- Roundup
- Hernia Mesh
- Transvaginal Mesh
- Xarelto
- Hip Implants

1

- Proton Pump Inhibitors
- IVC Filters
- Knee Implants
- Zantac
- Boy Scouts of America

Analytics and Process Improvement Services for the following healthcare companies:

- Cigna Healthspring
- CVS Health

2

# Exhibit C – Biographies of Key Personnel

## Mark Eveland, Chief Executive Officer

Mark is a seasoned executive with over two decades of experience developing and leading strong teams. A visionary, change leader, creative problem solver, and early adopter of technological solutions, he is an expert in building effective settlement and claims management programs for mass torts, class actions, and insurance runoffs.

Mark began his career with a large consulting firm, assisting clients involved in asbestos, breast implant, and other large-scale product liability cases. Before founding Verus in 2003, he served as operations manager of the largest asbestos claims facility in the country, and went on from there to launch a firm that specialized in third party administration of securities fraud class actions. Throughout his career, Mark has had the pleasure of providing research, discovery, analytics, and settlement administration support to many of the best litigators in the country working to resolve issues with wide-ranging societal effects. Taking a lesson from the strong mentors he has encountered over the years, he and his partners built Verus by hiring intelligent, creative people with a shared commitment to doing impactful work.

## Daniel Myer, VP of Client Services

As the V.P. of Client Services and Co-founder of the company, Dan helps Verus' clients understand the various claims-related issues and the decisions that Verus makes or recommends on claims-related matters. Dan travels around the country to meet with clients and address any ongoing issues and to seek out opportunities for new business for the company. Dan works along with many Verus team members to ensure that all asbestos related claims issues are resolved in a fair and reasonable manner consistent with the language of the respective TDP's of the various Trusts.

Dan has provided asbestos claims handling and claims management services to a wide array of clients, including various asbestos defendants, bankrupt corporations, and law firms nationwide. He has been involved in settlement negotiations with numerous law firms, special masters, and judges across the country. He served for 13 years as the Director of Claims at the Center for Claims Resolution (CCR), where his responsibilities included administration of claim handling policies and procedures, preparation and implementation of the appropriate jurisdictional strategy plans, and development of annual operating budgets and indemnity cost projections. Dan was also involved in the formation of the Asbestos Claims Facility, where he played an integral role in implementing settlement and negotiation policies in the newly formed organization.

## Scott Heisman, Chief Integration Officer

As Chief Integration Officer, Scott ensures the coordination of all interacting processes within Verus.  His key areas of responsibility include service delivery, setting integration strategy, application development, and continual improvement of operational processes.  In this role, Scott is tasked with building and running an internal infrastructure that is designed to support business needs and Company initiatives. He collaborates with all departments to successfully incorporate technology, ideas, and processes across business functions to drive adoption of innovative practices and improve organizational performance. Additionally, Scott customizes and implements systems and platforms designed to optimize the customer experience.  He also partners with Senior Management to create both short and long-term strategic plans.

Scott is a certified Project Management Professional (PMP) and has been managing business and information technology professionals and processes since 1998. He specializes in the design of mass tort

litigation systems and accompanying operational processes. Scott's mass tort claims experience began at the Center for Claims Resolution where he designed, developed and integrated mass tort claims processing, legal cost management, and accounting modules before moving into leadership roles first in Information Technology and then Operations.

### Deborah Faust, Member of the Board

Deborah Faust is a seasoned, dedicated oncology professional. Her strong pharmaceutical background features product launch, global market preparation for phase III products for both US and global markets, medical affairs, strategic clinical drug development planning, thought leader and customer identification/development, and cross-functional project management. Outside of her extensive work on early assets, she has served as a key team member for several major block buster therapies that have significantly changed the oncology landscape.

Deborah's oncology clinical career spans inpatient care, outpatient chemotherapy administration, peripheral blood stem cell transplant expertise, and hematology-oncology practice management. This diversity of experience translates into a deep understanding of clients' needs in bringing oncology therapeutic agents from bench to bedside.

Deborah also has a strong commitment to community service, and has previously served on the Board of Directors for a national foundation focused on global health.

### Matthew Nissen, Chief Strategy Officer

Matthew is responsible for Verus' strategic focus, leading the company's initiative to coordinate the marketing, sales and client relationships management functions in an effort to develop a cohesive business strategy that brings modern solutions to complex situations encountered by our clients.  Additionally, overseeing a dedicated team focused on innovation for the future, the Chief Strategy Officer is devoted to supporting Verus forward looking vision.  Bringing these four functional areas under one compressive strategic leadership role allows for the synergistic development of innovative solutions to real challenges that are communicated to markets that can benefit from those solutions while ensuring an unparalleled business relationship experience.

Matthew started his career at a Big 4 Audit, Tax and Advisory Firm in their financial services practice where he led public and private engagements in the banking, leasing and investment segments. Matthew is also a participating adjunct faculty member at Rider University's AACSB Accredited College of Business Administration where he teaches Strategic Management and Policy, a capstone business course, and auditing.  Matthew is a licensed Certified Public Accountant (CPA) in the state of NJ and holds a Master's in Business Administration (MBA).  During the past years, he has spent his time supporting the CEO and leadership at Verus in the development and execution of the company's strategic plan. Matthew's business leadership was recently recognized by CPA Practice Advisory Magazine as a "Top 40 Under 40".

### Robert Koehl, Manager of Analytics

Robert works with Verus' clients on a wide range of analytics and data science projects. Robert's extensive list of engagements include the design of analytical dashboards, forecasting platforms, and predictive models. Robert is knowledgeable in machine learning and advanced analytics techniques that can super-charge the process of deriving insights from large data sets.

Robert is a seasoned analyst with over 17 years of experience in various IT and data science roles.  Before transitioning full-time to data analytics, Robert was an expert business analyst, leading various cross-functional teams. In this role, he thrived on making complex processes easy to understand and filling the communication gap that often exists between business stakeholders and development teams.  This experience combined with a passion for data have made his position at Verus a natural fit.

### Darrah McDonald, Controller

Darrah manages the daily operations of the Verus' accounting department. The department is responsible for the company's and multiple client's financials. Additionally, it administers claims disbursements on behalf of clients and oversees the company and settlement fund financial audits. Darrah has extensive accounting and auditing knowledge and utilizes her expertise to continue to improve upon the department's operational efficiency and effectiveness.

Before joining Verus, Darrah was at Mercadien, P.C, a public accounting firm where she worked for the firm's Accounting, Auditing and Compliance Service Groups. Her primary responsibilities included managing and planning various corporate, nonprofit and government audits. In addition, she was a member of the firm's Government Audit Committee, and was highly regarded in the areas of internal control structures, audit program design, and implementation. Her experience includes reporting, disclosures and compliance issues for entities subject to Uniform Guidance, as well as state and local reporting requirements.

### Pratyusha Poondla, Manager of Information Technology

Pratyusha is Verus' IT Manager where she acts as a direct liaison with clients. This experience enables her to bring a strong business understanding to bear in devising new technical solutions to business challenges. Pratyusha is a strong leader who inspires her team towards accelerated achievement of daily and long-term goals for meeting customer demands.

Pratyusha spent many years as a Software Test Architect and leading teams towards technical excellence. Her primary expertise involves designing workflows based on different Application Lifecycle Management methodologies like Waterfall and Agile and incorporating the process into tools like Quality Center, Jira and Team Foundation Server. Her strong testing skills have helped her achieve excellent results in the rapid delivery of high-quality software solutions.