# CABRASER DECLARATION

# EXHIBIT E

# DUGAN CREDENTIALS

**THE DUGAN LAW FIRM, APLC**
One Canal Place, 365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Ph (504) 648-0180 | Fax (504) 648-0181

JAMES R. DUGAN, II, Esq.
Email: jdugan@dugan-lawfirm.com

James R. Dugan, II, is the founding partner of The Dugan Law Firm, APLC. Mr. Dugan began his career working with the late Wendell H. Gauthier and the Law Firm of Gauthier, Downing, LaBarre, Beiser & Dean in the areas of class action, mass tort, and complex litigation, beginning with the seminal class action lawsuit filed against the tobacco industry on the basis of nicotine addiction, *Castano v. American Tobacco, et al.* which resulted in a multi-billion settlement. In December of 2001, Mr. Dugan formed the Dugan & Browne Law Firm, the predecessor to The Dugan Law Firm, and he continues to specialize in class action and mass tort litigation.

Over the years, Mr. Dugan has specialized in the area of complex litigation representing numerous consumers and third party-payors, including Blue Cross of Louisiana and other health insurers, in cases against the manufacturers of Ranbaxy, Synthroid, Fen-Phen, Rezulin, Neurontin, Vioxx, Zyprexa, Bextra/Celebrex, Oxycontin, Ketek, Effexor, Prograf, Skelaxin, Nexium, and Suboxone. Mr. Dugan also represented the Louisiana Attorney General in the Synthroid, Baycol, Rezulin, Vioxx, and Ketek litigations to recoup medical costs the state Medicaid program expended over these drugs.

As a result of his demonstrated skill and experience in class action and mass tort practice, Mr. Dugan has been appointed by the court to serve in key leadership positions in a number of large national federal court class action cases including:

1

1.      **In Re: Synthroid Marketing Litigation, (MDL No. 1182)** (1997-2004) USDC for the Northern District of Illinois, Eastern Division, Judge Elaine E. Bucklo. Co-Lead Counsel for a class of third party-payors. Settlement: $45,000,000.00

2.      **In Re: Diet Drugs Litigation, (MDL No. 1203)** (1997-2002) USDC for the Eastern District of Pennsylvania, Judge Lewis C. Bechtle. Co-Lead Counsel for a large group of individually represented third-party payors. Settlement: $35,000,000.00

3.      **In Re: Propulsid Litigation, (MDL No. 1355)** (2000-Present) USDC for the Eastern District of Louisiana, Judge Eldon Fallon. Member: Plaintiffs' Steering Committee. Settlement: $90,000,000.00

4.      **In Re: Rezulin Products Liability Litigation, (MDL No. 1348)** (2000-2008) USDC for the Southern District of New York, Judge Lewis A. Kaplan. Mr. Dugan was appointed by the court as Liaison Counsel to a class of Health Benefit Providers.  Settlement: $22,500,000.00

5.      **In Re: Industrial Life Insurance Litigation, (MDL No. 1371)**  (2000-2007) USDC for the Eastern District of Louisiana, Judge Martin L.C. Feldman, presiding. Member: Plaintiffs' Executive Committee. Settlement: $50,000,000.00

6.      **In Re: Inter-Op Hip Prosthesis Product Liability Litigation, (MDL No. 1401)** (2001-2008) USDC for the Northern District of Ohio, Eastern Division, Judge Kathleen O'Malley. Member: Plaintiffs' Steering Committee.  Settlement: $1,200,000,000.00

7.      **In Re: Baycol Products Liability Litigation, (MDL No. 1431)** (2001-2007) USDC for the District of Minnesota, Judge Michael Davis.  Member: Plaintiffs' Steering Committee. Settlement: 1,000,000,000.00

8.      **In Re: Meridia Products Liability Litigation, (MDL No. 1481)** (2002-2006) USDC for the Northern District of Ohio, Judge James S. Gwin. Member:  Plaintiffs' Steering Committee.

9.      **In Re: Serzone Products Liability Litigation, (MDL No. 1477)** (2002-2007) USDC for the Southern District of West Virginia, Judge Joseph R. Goodwin. Member: Plaintiffs' Steering Committee.  Settlement: $90,000,000.00

10.     **In Re: Neurontin Marketing & Sales Practices Litigation, (MDL No. 1629)** (2004-Present) USDC for the District of Massachusetts, Judge Patti B. Saris. Member: Plaintiffs' Steering Committee. Settlement: $325,000,000.00

11.     **In Re: Vioxx Products Liability Litigation, (MDL No. 1657)** (2005-Present) USDC for the Eastern District of Louisiana, Judge Fallon, Magistrate Judge Knowles. Member:  Co-Chair Purchase Claims Committee.  Settlement: $80,000,000.00

12.     **In Re: Zyprexa Marketing and Sales Practices Litigation, (MDL No. 1596)** (2005-Present) USDC for the Eastern District of New York, Judge Weinstein and Magistrate Judge Chrein. Member: Co-Lead Counsel for the Purchase Claims.  Settlement: $4,500,000.00

13.     **In Re: Bextra and Celebrex Marketing and Sales Practices and Products Liability Litigation, (MDL No. 1699)** (2006-2010) USDC for the Northern District of California, Judge Breyer. Member: Purchase Claims Committee. Settlement: $89,000,000.00

14.     **In Re: Fosamax Product Liability Litigation, (MDL No. 1789)** (2006-Present) USDC for the Southern District of New York, Judge Keenan.  Member:  Plaintiffs' Steering Committee.

15.     **In Re: Oxycontin Marketing and Sales Practices Litigation** (2007-2009) USDC for the Southern District of New York, Judge Koetl. Co-lead counsel for third-party payors. Settlement: $20,000,000.00

16.     **In Re: Ketek Marketing and Sales Practices Litigation** (2008-Present) USDC for the Eastern District of New York, Judge Townes.  Co-lead Counsel for third-party payors.

17.     **In Re: Vytorin Marketing, Sales Practice, and Products Liability, (MDL No. 1938)** (2008-2010) USDC for the District of New Jersey, Judge Dennis M. Cavanaugh. Member: Plaintiffs' Steering Committee.  Settlement: $45,000,000.00

18.     **In Re: Actimmune Product Liability Litigation, (08-CV-3797-MHP)** (2009-Present) USDC for the Northern District of California, Judge Marilyn H. Patel. Member: Plaintiffs' Steering Committee.

19.     **In Re: Light Cigarettes Marketing and Sales Practices Litigation, (MDL No. 2068)** (2009-Present) USDC for the District of Maine, Judge John Woodcock Jr. Member: Plaintiffs' Steering Committee.

20.     **In Re: Celexa/Lexapro Product Liability Litigation, (MDL 2067)** (2009-Present) USDC for the District of Massachusetts, Judge Nathaniel M. Gorton. Lead Counsel for the third-party payors.

21.     **In Re: Fosamax Femur Litigation, (MDL No. 2243)**  (2011–Present) USDC for the District of New Jersey, Judge Joel A. Pisano. Member: Plaintiffs' Steering Committee.

22.     **In re: Avandia Marketing and Sales Practices Litigation (MDL No. 1871)** (2009-Present) USDC for the Eastern District of Pennsylvania, Judge Cynthia M. Rufe. Member: Co-Lead Counsel for Plaintiffs' Third-Party Payors.

23.     **In Re: Effexor Antitrust Litigation** (11-CV-05590) (2011-Present) USDC for the District of New Jersey, Judge Joel A. Pisano. Member: Executive Committee for Indirect Purchasers.

24.     **In Re: Prograf Antitrust Litigation, (MDL No. 2242)** (2011-Present) USDC for District of Massachusetts, Judge Rya W. Zobel. Member: Co-Lead Counsel for Indirect Purchasers. Settlement: $13,000,000.00

25. **In Re: National Football Players' Concussion Injury, (MDL No. 2323)** (2012–Present), USDC for the Eastern District of Pennsylvania, Judge Anita Brody. Member: Plaintiffs' Steering Committee.  Settlement: Uncapped class action settlement.

26. **In Re: Skelaxin (Metaxalone) Antitrust Litigation, (MDL No. 2343)** (2012-Present), USDC for the Eastern District of Tennessee, Judge Curtis L. Collier. Member: Plaintiffs' Executive Committee for Indirect Purchasers. Settlement: $4,000,000.00

27. **In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation, (MDL No. 2385)** (2012-Present), USDC for Southern District of Illinois, Judge David R. Herndon. Member: Plaintiffs' Steering Committee. Settlement: $650,000,000.00

28. **In Re:  Nexium (Esomeprazole) Antitrust Litigation, (MDL No. 2409)** (2012-Present), USDC for the District of Massachusetts, Judge William G. Young. Member: Plaintiffs' Executive Committee for Indirect Purchasers.

29. **In Re:  Fresenius Granuflo/Naturallte Dialysate Products Liability Litigation, (MDL No. 2428** (2013-Present) USDC for the District of Massachusetts, Judge Douglas P. Woodlock. Member: Plaintiffs' Steering Committee.

30. **In Re: Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation, (MDL No. 2445)** (2013–Present), USDC for the Eastern District of Pennsylvania, Judge Mitchell S. Goldberg.  Member: Plaintiffs' Executive Committee for Indirect Purchasers.

31. **In Re: Niaspan Antitrust Litigation, (MDL No. 2460)** (2013-Present). USDC for the Eastern District of Pennsylvania, Judge Jan E. DuBois. Member: Plaintiffs' Executive Committee for Indirect Purchasers.

32. **In Re: Lidoderm Antitrust Litigation, (MDL No. 2521)** (2014-Present). USDC for the Northern District of California, Judge William H. Orrick. Member: Plaintiffs' Executive Committee for Indirect Purchasers.

33. **In Re: National Collegiate Athletic Association Student-Athlete Concussion Litigation, (MDL No. 2492)** (2014–Present), USDC for the Northern District of Illinois, Judge John Z. Lee. Member: Plaintiffs' Steering Committee.  Settlement: $75,000,000 medical monitoring settlement.

34. **In Re: Generic Pharmaceuticals Pricing Antitrust Litigation, (MDL No. 2724)** (2017 – Present), USDC for the Eastern District of Pennsylvania, Judge Cynthia M. Rufe. Member Plaintiffs' Steering Committee.

35. **In Re: National Prescription Opiate Litigation, (MDL No. 2804)** (2017- Present) USDC for the Northern District of Ohio, Eastern Division, Judge Dan Aaron Polster. Member Plaintiff's Executive Committee.

Mr. Dugan received his B.A. from the University of Southwestern Louisiana in Lafayette, Louisiana and his J.D. form Loyola University Law School in New Orleans, Louisiana. He is a member of the Louisiana Bar and has also been admitted to practice before a number of Federal Courts including the Eastern and Middle District's of Louisiana, Southern District of Alabama, District of Massachusetts, Eastern District of New York, Second Circuit Court of Appeals, First Circuit Court of Appeals, Third Circuit Court of Appeals, and Fifth Circuit Court of Appeals. Mr. Dugan continues to be an active member in a number of well-respected legal organizations, including the Federal Bar Association, the Louisiana Association for Justice, the Orleans Parish Bar Associations and the Louisiana State and American Bar Associations. Mr. Dugan has also been named to the American Association for Justice Top 100 Trial Lawyers for the years of 2007 through 2016, National League of Renowned Attorneys Top One Percent 2016, America's Top 100 Attorneys Lifetime Achievement, American Institute of Personal Injury Attorneys 10 Best Attorneys 2017, and Mass Tort Trial Lawyers Top 25 2016. Mr. Dugan currently serves on the Board of Advocates for Human Rights First. Mr. Dugan is married to Mrs. Heidi Dugan and they have two sons, James III and Jackson.