# CABRASER DECLARATION

# EXHIBIT G

# AUDET CREDENTIALS

## C.V. of William M. Audet, J.D., LL.M, LL.D (hc)

Attorney William M. Audet has been practicing law for over thirty years and prosecuting complex individual and class action cases in the United States, Canada and Mexico. In recognition of his experience and dedication to his clients, Mr. Audet has been appointed to leadership roles in dozens of significant MDL, federal and state cases. Mr. Audet is the founding partner of Audet & Partners, LLP, a San Francisco based law firm with cases filed in state and federal courts in almost every state in the United States.

## Education, Degrees & Clerkships

After graduating from UC Davis, Mr. Audet earned a Juris Doctor (J.D.) (with highest honors) from Golden Gate University School of Law in 1984, where he was the Editor of the Golden Gate University Law Review and the student commencement speaker. In 1987, Mr. Audet obtained a Master of Laws (LL.M.) degree from the University Of Wisconsin School Of Law. During his three years at the University of Wisconsin, he taught civil procedure and civil rights as a clinical professor, and worked full time at the law school's LAIP inmate legal services program as a supervising attorney to law students at the clinic.

After completing his LL.M., in 1987 Mr. Audet was hired as a staff attorney at the United States Court of Appeals for the Ninth Circuit. In 1988, he served as the first Law Clerk to the Honorable Fern M. Smith, Judge of the United States District Court for the Northern District of California, and in 1989, as the last Law Clerk to the Honorable Alfonso J. Zirpoli, Judge of the United States District Court for the Northern District of California. In 2013, Mr. Audet was awarded an honorary Doctor of Law (LL.D., h.c.) degree from the Golden Gate University School of Law in recognition of his significant contributions to the legal community and the law school itself.

**Professional Work History**

In 1990, Mr. Audet joined the firm then known as "Lieff, Cabraser & Heimann," becoming a partner in five years. In 1996, Mr. Audet moved to a smaller, more trial-oriented law firm, Alexander, Hawes & Audet. In 2007, deciding to focus upon certain areas of the law, Mr. Audet established Audet & Partners, LLP. The firm expanded over time and since its founding has recovered hundreds of millions of dollars and achieved significant other relief in class action, mass action and other complex litigation throughout the United States. He is admitted to practice in California, Wisconsin, and numerous federal courts.

**Appointments & Noteworthy Cases**

Mr. Audet has been appointed to leadership roles in dozens of significant MDL, federal and state cases, including: *In re Pet Food Prods. Liab. Litig.*, MDL No. 1850 (D.N.J.) (Co-Lead Counsel)(first of its kind class action settlement relating to recognition of certain claims by pet owners and providing for multinational(U.S.A. and Canada) resolution of the claims); *In re Zyprexa Product Liability Litigation*, MDL No. 1596 (E.D.N.Y.) (Co-Lead, Chairperson of the Executive Committee); *In re Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation*, MDL No. 1699 (N.D. Cal.)  (Executive Committee); *Loretz v. Regal Stone, Ltd.*, No. 07-cv-05800-SC (N.D. Cal.) (Co-Lead Counsel); *Postier v. Louisiana-Pacific Corp.*, No. 09-cv- 03290-JCS, 2013 U.S. Dist. LEXIS 86372 (N.D. Cal.) (Sole class counsel); *In re PRK/Lasik Consumer Litigation*, Master File No. CV- 772894 (Santa Clara Superior Court) (Lead Counsel). Mr. Audet has also served as leadership in a number of ground breaking cases involving privacy rights, including, *In re Apple iPhone 4 Prods. Liab. Litig.*, No. 5:10-md-2188-RMW (N.D. Cal.); *In re iPhone Application Litig.*, No. 11-MD-02250-LHK (N.D. Cal.).

Over the years, Mr. Audet has been instrumental in crafting creative settlements resulting in significant recoveries for class members despite the apparent lack of

assets by the initial defendants. *See, e.g. United Desert Charities v. Flushmate*, No. 2:12-cv-06878-SJO-SH (C.D. Cal. Aug. 25, 2014) (firm retained insurance counsel to achieve an $18 million settlement, with potentially more if certain thresholds met, with payments over 3 year period allowing for immediate repairs); *Richison v. American Cemwood Corp.*, No. 005532 (Cal. Super. 2002) (obtained a successor in interest right to proceed against the insurance carrier for underlying damages and bad faith, multimillion dollar settlement on eve of trial); *Galanti, et al. v. The Goodyear Tire & Rubber Co.*, No. 03209 (D.N.J.) (mediated by Layne Philips, a settlement fund of $236 million, plus an additional $40 million tied to Goodyear's future performance, was achieved).

In 2014, Mr. Audet and his Mexican co-counsel filed the first major class action case in Mexico under a then recently passed class action legislation, seeking damages and other relief for Mexico-based fisherman and businesses impacted by the BP Deepwater Horizon Oil Spill in the Gulf of Mexico. *Elidio Capela Vela, et al, v. BP, et al*, case #717/2012 (8th District). The case was recently certified by the trial court to proceed as a class action, a first of its kind under the new law. The case has been subject to numerous appellate and ampere challenges by BP.

**Publications, Recognitions & Charitable Work**

Over the past twenty years, Mr. Audet and his co-author have published a primer for law practitioners entitled **Handling Federal Discovery**, Audet & Fanady (James Publishing) (now in its 20th edition). In addition, Mr. Audet authored and published a brochure summarizing Mexican Class Action procedures in both English and Spanish that has been distributed to the federal bench and Federal practitioners in Mexico City, Mexico.

In 2005, Mr. Audet was named as the "Champion of Justice" by the Bar Association of San Francisco (BASF) for his longstanding contribution to the legal community and his pro bono activities in San Francisco. For three years, Mr. Audet also served

as a voting member of the BASF's judicial review committee. Mr. Audet recently finished the first of two courses required to serve as a pro tem judge in San Francisco Superior Court. Mr. Audet has been repeatedly named as a "Super Lawyer" and "Top Attorney" for the Northern District of California for class actions and mass torts. He has been frequently quoted in regional and national legal and general press articles, and has appeared on CNN and other news stations regarding his cases.

Mr. Audet and his firm have made significant financial contributions to various legal aid organizations, including the Legal Aid Society of San Francisco – Employment Law Center, the Lawyers Committee on Civil Rights, BASF and Golden Gate University School of Law. In 2009, Mr. Audet and his family established and continues to solely sponsor a non-profit organization based in Baja, Mexico ("Little Shoes of Light") that provides shoes, educational material and food to needy families (mostly single mothers with children).

# Firm Resume

**A&P | AUDET & PARTNERS LLP**

711 VAN NESS AVENUE, SUITE 500 • SAN FRANCISCO, CA 94102
TELEPHONE: 415.568.2555 • FACSIMILE: 415.568.2556 • TOLL FREE: 800.965.1461
www.audetlaw.com

---

*Audet & Partners, LLP* is a law firm based in San Francisco, California, with affiliated counsel located throughout the United States. The attorneys at Audet & Partners, LLP, have focused their practice on the prosecution of complex individual, mass tort and class action cases. The firm represents consumers, individuals, small businesses, employees and institutional shareholders in product liability, tort, pharmaceutical defect, consumer, construction defect, investment fraud, securities, insider trading, antitrust, environmental, whistleblower, privacy rights, and employment cases.

In recognition of their commitment to the legal profession and outstanding results for their clients, the firm and its attorneys have been appointed to leadership positions in class action cases. Over the years, the attorneys at Audet & Partners, LLP, have served as court-appointed plaintiffs' counsel in federal and state litigation nationwide. The firm utilizes cutting edge technology to better serve its clients and the courts, in each and every case it files.

**Representative Sample of Relevant Firm Cases:**

*Product Defect Litigation*

*Cover v. Windsor Surry Company, et al,* Case No. 3:14-cv-05262, Northern District of California - Class action brought on behalf of purchasers of Windsor One Trim Board alleging that defendants marketed and sold 10-year Trim Board, which they advertised as being defect free and more durable than competing products. Consumers alleged, however, that the product prematurely deteriorated resulting in significant property damage.

*Disher et al. v. Tamko Building Products Inc. et al.,* Case No. 3:14-cv-00740, Southern District of Illinois - Class action suit alleged that the shingles contained design problems that caused them to crack and fall apart well before expiration of the products' 30-year warranty period.

*In re: Rust-Oleum Restore Marketing Sales Practices and Products Liability Litigation,* Case No. 1:15-cv-01364, Northern District of Illinois - Class claims were consolidated alleging that the Restore product was wrongfully marketed and falsely advertised as long-lasting and rejuvenating for wooden and concrete deck surfaces with the knowledge that it often peeled off and left the deck in need of repairs. Rust-Oleum agreed to pay $9.3 million to settle claims with customers who alleged that the paint damaged their property.

**Nvidia Chip Litigation**, Northern District of California, The firm filed a proposed class action relating to the alleged defect in the Nvidia computer chips. Firm served as class counsel in the consolidated action.

*Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation,* Case No. 1:14-cv-10318, Northern District of Illinois - Lawsuit brought on behalf of numerous truckers and trucking companies alleging defectively designed vehicles equipped with 2010-13 model year MaxxForce 11, 13 or 15 Advanced "Exhaust Gas Recirculation" diesel engines. Settlement announced in May 2019 awarding $135 million to plaintiff class to end multidistrict litigation.

*Dana Gold v. Lumber Liquidators Inc.,* Case No. 3:14-cv-05373, Northern District of California - Class action brought on behalf of consumers who purchased Lumber Liquidators' Morning Star Bamboo Flooring and soon after found the floors beginning to show signs of scratching and splintering. In October 2019 plaintiffs reached a $30 million settlement in California federal court.

❖

*Nguyen v. Cree Inc.,* Case No. 3:18-cv-02097, District of Oregon - Case alleges that LED light bulb manufacturer wrongly advertised that its 100-Watt Standard A-Type bulbs would last 35,000 hours, or just under four years.

*Haley et al. v. Kolbe & Kolbe Millwork Co. Inc. et al.,* Case No. 3:14-CV-00099, in the Western District of Wisconsin - Class action alleging that Kolbe's windows, which feature a water-resistant coating, have several design flaws that lead water to pool on their sills and soak into the sash framing the window glass, causing the windows to rot and fail before the end of their 10-year warranty.

*In re: IKO Roofing Shingle Products Liability Litigation,* Case No. 2:09-md-02104, Central District of Illinois - Class action brought on behalf of customers alleging they were promised the company's shingles could last as long as 50 years and were backed by an "iron-clad" warranty.  The shingles were found by consumers to be susceptible to water damage and failed much earlier than the warranty. When the customers tried to take advantage of their warranties, IKO made it difficult to file a claim and insisted that a customer complaining about tiles on a portion of their roof would have to release claims on the entire roof, according to court records.  This case was settled for $30 million.

*Swisegood v. Generac Power Systems*, Case No. 4:17-cv-04058, Central District of Illinois - Class action brought on behalf of consumers of Generac Generators alleging that the products were defectively prone to leak oil. It was alleged that this defect was known to Generac while it continued to manufacture and sell units to the public.  The oil leakage was also allegedly linked to ultimate engine failure and associated problems which the company failed to adequately address.

*Bishop et al v. Behr Process Corporation et al*, Case No. 17-cv-4464, Northern District of Illinois - Class action on behalf of consumers of Behr DeckOver, a deck resurfacing product alleged by homeowners to quickly deteriorate within months (in some cases weeks) of application and cause extensive damage to decks and other surfaces on which DeckOver is applied.

*Murray et al v. CPG International, Inc. et al*, Case No. 3:14-CV-02340, Northern District of California - Class action brought in 2014 on behalf of California consumers challenging the deceptive marketing of polyvinylchloride synthetic decking sold and distributed by the Defendants as AZEK Decking.

*Apple WI-Fi Assist -* Class action lawsuit filed by the firm and other attorneys relating to claims filed regarding alleged defects in Apple's Wi-Fi.

*In re: Goodman Manufacturing Co. LP HVAC Products Liability Litigation,*

❖

MDL No. 2499 - Class action alleging that the evaporator coils in Goodman's air conditioners can leak coolant causing the units to fail prematurely.

*Galanti v. Goodyear Tire & Rubber Company*, Case No. 03-209, District of New Jersey - Audet & Partners, LLP partners William M. Audet and Michael McShane served as Court-appointed Class Counsel with $300 million settlement involving a defective radiant heating system.

*In re Certainteed Corp. Roofing Shingles Products Liability Litigation,* MDL No. 1817, pending in the Eastern District of Pennsylvania - Audet & Partners, LLP partner Michael McShane serves as Court appointed co-lead counsel on behalf of plaintiffs in a nationwide class action involving claims of a defective roofing product.

*In re Zurn Pex Plumbing Litigation***,** MDL No.  1958**,** District of Minnesota - Audet & Partners, LLP partner Michael McShane serves as class counsel on behalf of plaintiffs in a nationwide class action involving claims of a defective plumbing product installed in thousands of residences throughout the United States.

*In re Menu/Pet Food Recall Litigation*, MDL No. 1850 - Audet & Partners, LLP partner William M. Audet was appointed on of the Co-Lead Class counsel in a case involving recalled pet food.  The ground breaking case resulted in a significant monetary settlement, along with court supervised remedial action to prevent similar recalls of potentially poisoned pet products in the future. Over 100 class action cases were filed and consolidated in New Jersey federal court.

*In re Thomas Train Parts Recall,* Case No. MSC99 00499 - William M. Audet was appointed lead counsel in a case involving recall of a well-known toy product. The firm's partner William M. Audet was directly involved in the negotiations and class wide resolution that provided for full refund for class members, as well as other relief.

*In re Planet Toys Recall*, Case No. 08-CV-0592-HB, Southern District of New York - William M. Audet was appointed lead counsel in a case involving recall of certain of defendants' toy products.  Even though the company declared bankruptcy, lead counsel William M. Audet and his co-counsel succeeded in obtaining relief and compensation for class members.

*In re Kitec Plumbing Litigation***,** pending in numerous District Courts throughout the United States. Audet & Partners, LLP partner Michael McShane serves as Court-appointed lead counsel in a nationwide class action prosecuting claims relating to defective plumbing products.

❖

*In re Uponor Plumbing Litigation*, pending in numerous District Courts. Audet & Partners, LLP partner Michael McShane acts as class counsel in a nationwide class action alleging claims relating to a defective plumbing product.

*Ross, et al., v. Trex Company, Inc.* Case No. 09-670, Northern District of California - Audet & Partners, LLP partner Michael McShane serves as class counsel in a nationwide class action involving claims of defective composite decking sold by the defendant.

*Roy v. Cemwood Corporation*, Contra Costa County Superior Court, California, Case No. MSC99-00499 - William M. Audet and Audet & Partners, LLP firm attorneys served as one of four co-lead counsel in a national class action involving allegations of defective roofing products.

*In re Stucco Litigation, Ruff v. Parex*, County of New Hanover, North Carolina, Case No. 96-CVS-0059 - The firm's principal partner, William M. Audet, serves on the Court-appointed Plaintiffs Steering Committee. The case was filed on behalf of homeowners who had defective synthetic stucco installed in their homes.

### *Constitutional Regulation/Employment/Privacy Litigation*

*In re Anthem, Inc. Data Breach Litigation*, Case No. 5:15-md-02617, Northern District of California - Class action filed regarding alleged breach of private data by Anthem. Firm filed on the first cases regarding the breach.

*In re Google, Inc., Android Consumer Privacy Litigation*, MDL No. 2264, pending in the Northern District of California - William M. Audet was appointed as one of two co-lead counsel in a case involving claims of privacy violation relating to Google's Android Operating System and its method of collecting data from users.

*In re iPhone Application Litigation*, MDL No. 2250, Northern District of California - The firm serves as court appointed class liaison counsel for the class of consumers involved with Apple's use of information from its Apple OS line of iPhones and iPads.

*California IOU Litigation, Baird v. Chiang*, Sacramento County Superior Court, Case No. 34-2010-00081797 – The firm has filed a class action for monetary and

❖

other damages arising from the State of California's illegal issuance of "IOU's" to small businesses.

***Russell, et al. v. Wells Fargo and Company, et al.***, Case No. C 07 3993 CW, Northern District of California - Audet & Partners, LLP serves as co-class counsel in a class action case representing thousands of former and current employees of Wells Fargo for overtime.

***Johns v. Sony Computer Entertainment America LLC,*** MDL No. 2558, Southern District of California. The firm filed one of a number of class actions cases that lead to an MDL proceeding involving invasion of privacy by Sony for its users of Sony PlayStation product line. Case still ongoing.

***Confidential Plaintiffs v. Finish Line,*** Case No. CV113874, Northern District of California - The firm represents individual plaintiffs with claims for invasion of privacy against Finish Line.

***Whistle Blower Case –*** The firm represented an executive who was fired after reporting financial irregularities. Confidential settlement reached after trial set.

***Confidential Misclassification Case -*** The firm filed claims for misclassification of employees as "managers". Confidential settlement reached after one year of litigation.

### Mass Tort, Personal Injury and Complex Litigation

***Bhatia et al. v. 3M Co.,*** Case No. 0:16-cv-01304, District of Minnesota - The class action was filed on behalf of a nationwide class of dentists claiming 3M breached a 10-year limited warranty and violated a host of state and federal fraud and unjust enrichment laws when it sold them Lava Ultimate, a ceramic material that dries to form a crown. In March 2019, 3M Co. agreed to pay $32.5 million to settle this class action.

***Keith Andrews et al. v. Plains All American Pipeline LP et al.,*** Case No. 2:15-cv-04113, Central District of California - The firm filed class action complaint relating to the 2015 Santa Barbara Oil Spill. Firm appointed co lead counsel.

***Allen Loretz v. Regal Stone, Ltd.,*** Case No. C 07-5800 SC and ***John Tarantino v. Hanjin Shipping Co., Ltd.***, Case No. CGC 07 469379 ***In re Cosco Busan Oil Spill Litigation*** – The firm filed Class and individual claims and represented various individuals, corporations and small business groups, including seafood processors, crab and herring fisheries, marinas, and captains/crews of commercial and recreational vessels. Mr. Audet was appointed Co-Lead

❖

Counsel in the State and Federal litigation.

*In Zyprexa Litigation*, MDL No. 1596, Eastern District of New York - The firm represented over 300 clients who allegedly developed diabetes after ingesting Zyprexa. Audet & Partners, LLP partner William M. Audet was appointed a member of the Plaintiffs Executive Committee and continues to assist in completing the MDL.

*In Baycol Litigation*, MDL No. 1431, District of Minnesota - William M. Audet serves as Court appointed member of the Plaintiffs Executive Committee relating to the defective drug Baycol.

*In re Metabolife Litigation*, JCCP No. 4360, San Diego County, California - William M. Audet served as a member of the California State Steering Committee in personal injury cases arising out of injuries suffered due to Metabolife products.

*In re Vioxx Litigation*, New Jersey State Court and California State Court - The firm filed in excess of 100 cases against Defendants Merck & Company arising out of injuries associated with the defective drug Vioxx. The firm's cases were scheduled for trial. The cases have been settled for in excess of $4 billion.

*In re Bextra Litigation*, MDL No. 1699, Northern District of California - Audet & Partners, LLP partner William M. Audet serves as a Court appointed member of the Plaintiffs Steering Committee. The firm represented in excess of 100 injured clients.

*In re Intergel Litigation*, Florida State Court - The firm filed dozen of cases on behalf of women injured using a Johnson & Johnson product called Intergel. The firm has recovered millions of dollars for their clients in confidential settlements with the company.

*In re Defective Ancure Products Liability Litigation,* Northern District of California and Santa Clara County Superior Court - The firm represents dozens of individuals who were implanted with a defective device.

*Table Bluff Reservation, Wiyot Tribe, et al., v. Philip Morris, et al.*, Case No. C 99 02621-MHP, Northern District of California - The firm represented Native American Tribes challenging the $200 billion plus state tobacco agreement on the grounds that it violated their civil rights. The case was argued in the Ninth Circuit Court of Appeals.

❖

*In re Baxter Heparin Litigation*, Wisconsin and Illinois State Courts (consolidated with MDL No. 1953) - The firm represents a number of injured victims and their families arising out of contaminated heparin blood transfusion products imported from other countries.  The firm has filed cases in Illinois and Wisconsin State Court.

*In re Pfizer Chantix Litigation*, MDL No. 2092 - Audet & Partners, LLP partner William M. Audet serves as a Court appointed member of the Plaintiffs Steering Committee. The firm represents dozens of families who were not properly and fully warned about the safety issues associated with use of Chantix.  The firm has filed, with co-counsel, cases in state and federal court and continues to meet with potential clients who have claims against the defendants for failure to warn.

*In re Glaxo Avandia Litigation -* The firm represents dozens of families whose loved ones suffered heart attacks and other injuries relating to use of Avandia. The firm was one of the first plaintiffs' law firms in the United States to uncover the case and file cases against the manufacturer of Avandia.

*PG&E "San Bruno Fire" Cases,* JCCP No. 4648, San Mateo County, California - Audet & Partners filed the first class action case seeking damages arising from the San Bruno/ PG&E explosion.

*In re Tainted Similac Baby Formula, Kury v. Abbott Laboratories*, District of New Jersey - The firm filed a number of class action cases against Abbott and also represents a number of individuals with personal injury claims arising from tainted baby formula.

*In re Raptiva Litigation, Hedrick v. Genentech,* California State Court, Alameda County Case No. RG 09-446158 - The firm represented dozens of individuals who have alleged been injured after using Genentech's now-recalled psoriasis medication.

*DaVinci Robotic Surgery -* The firm filed dozens of individual cases with potential injuries arising out of alleged defects associated with the DaVinci robotic surgery.

*GranuFlo* **Litigation, -** The firm has been retained to assist dozens of clients with potential injuries arising out of inappropriate prescription of the now-recalled Fresenius Medical Care North America Naturalyte Liquid Acid Concentrate and Naturalyte GranuFlo (powder) Acid Concentrate.

❖

*TVM Mesh Litigation* The firm represents hundreds of individuals who have been injured as a result of implantation of "mesh" products. The firm pursued individual claims against AMS, Bard and other manufacturers.

### *Consumer Litigation*

*Perez et al. v. Public Storage,* Case No. BC611584, in the Superior Court of the State of California, County of Los Angeles - Class action brought on behalf of consumers who alleged having been misled by Public Storage employees who wrongfully represented to consumers that they had to purchase the company's in-house insurance program in order to rent a unit.

*Smith et al v. Spark Energy, LLC,* Case No. 3:15-cv-02326, Northern District of California - Class action was brought to remedy alleged scheme by defendant to "bait and switch" consumers into switching to a variable rate energy plan.

*In Re: Toll Roads Litigation,* Case No. 8:16-cv-00262, pending in the Central District of California - Class action brought on behalf of motorists against operators of cashless tolls in Southern and Northern California alleging that the operators unlawfully appropriated drivers' personal information to collect unpaid tolls and charge overblown fines.

*Uber Driver Arbitrations -* The firm with attorney Mark Burton represented hundreds of underpaid Uber drivers (in arbitration and in state court).

*Coleman et al v. Theranos Inc. et al,* Case No. 5:16-cv-06822, Northern District of California - The firm filed class case involving claims of fraud relating to the Theranos 'test' kits.

*In Re: Stericycle, Inc., Sterisafe Contract Litigation,* Case No. 1:13-cv-05795, Northern District of Illinois - Class action initially filed in 2013 on behalf of consumer class who allegedly signed fixed-fee contracts for the collection and disposal of medical, pharmaceutical or hazardous waste.  In October 2017 the court approved a $295 million settlement between Stericycle Inc. and plaintiff class members.

*Stephanie Fuentes et al. v. UniRush LLC et al.,* Case No. 1:15-cv-08372, in the Southern District of New York - Class action alleging that credit card customers were wrongfully shut out of their prepaid card accounts.  Case was settled in May 2016 awarding $20.5 million in damages and attorneys' fees.

❖

*Apple iPhone 4 Cases* JCCP 4639 Santa Clara County, California - William M. Audet was appointed Liaison Counsel in a case involving claims that the "iPhone 4" is allegedly defective.

*iTunes Litigation,* Johnson v. Apple, Inc.  California State Court; Santa Clara County  Case No. 1-09-CV-14650 - The firm served as lead class counsel in a nationwide class action against Apple, Inc. for allegedly overcharging consumers who purchased "99¢" iTunes gift cards.

*AAA Battery Overcharge* Davis-Miller v. Automobile Club of Southern California; California State Court, Los Angeles County Case No. BC 398608 - The firm filed a class action on behalf of consumers who purchased automobile batteries allegedly sold to replace batteries that did not require replacement.

*Google Adwords Litigation* CLRB Hanson Industries, LLC, et al v. Google, Inc., Northern District of California, San Jose Division, Case No. 105CV046409 - Serving as Court-appointed Liaison Counsel, the firm represents advertisers on Google's web pages who claim to have been overcharged for advertising through a complicated monthly charge program.

*Smith v. Hewlett-Packard*, Santa Clara County Superior Court, CV 776794 - The firm serves as Plaintiffs' Liaison Counsel.  Contrary to HP's representations, the Recorders could only consistently and reliably record less user data than the industry standard.  When attempting to record more, error messages appeared, previously recorded data was lost and the CD became useless.

*In Re Whirlpool Litigation,* class action litigated in nine states including California, Minnesota, Pennsylvania, Ohio and Tennessee.  Audet & Partners, LLP partner Michael McShane served as Court appointed co-lead counsel in a multi-state class action involving claims of breach of warranty and product defect against both Whirlpool Corporation and Sears & Roebuck, Inc.

*Palm Treo Litigation, Santa* Clara County Superior Court.  Audet & Partners, LLP partner Michael McShane served as class counsel in a nationwide class action involving claims of product defect against Palm, Inc.

*Roberts v. Bausch & Lomb,* Case No. CV-94-C-1144-W, Northern District of Alabama - William M. Audet, the firm's principal partner, served on the Plaintiffs' Committee in this nationwide consumer class action.  A settlement against Bausch & Lomb was approved by the Court on August 1, 1996.  Under the settlement, Bausch & Lomb agreed to $68 million in cash and products to 1.5 million buyers of the Company's disposable contact lenses.

❖

*Hilla v. TCI Cablevision,* Santa Clara County Superior Court, No. CV-769105 - The firm represented California residents involving illegal overcharges by the cable company for late fees.

*Plotkin v. General Electric,* Case No. C-92-4447, Northern District of California - The firm filed a class action against General Electric for defrauding the American public in the sale of Energy Choice Light Bulbs, which were claimed to be energy efficient, required less electricity and would preserve the environment. General Electric subsequently settled this national class action.

*Afanador v. H&R Block Tax Services, Inc.*, Santa Clara County Superior Court, California, No. CV-767677 - The firm's attorneys, along with other Plaintiffs' counsel, successfully represent consumers in claims against H&R Block arising out of its "Rapid Refund" program.

*Sears Automotive Center Consumer Litigation,* Case No. C-92-2227, Northern District of California -The firm filed a class action on behalf of consumers defrauded by Sears' Auto Centers. The case was successfully concluded in August 1992. William M. Audet was appointed to the Plaintiffs' Steering Committee.

*Chamberlain v. Flashcom*, Orange County Superior Court, Case No. 00 CC 04212 - In this class action, William M. Audet, principal partner, along with other counsel successfully a remedy against Defendant's unlawful, unfair, and fraudulent business conduct.

*Providian Credit Card Cases*, San Francisco County Superior Court, JCCP No. 4085 - The Providian Defendants purported to facilitate the issuance of credit cards to people with damaged credit histories. The case settled for in excess of $10 million. William M. Audet served as Class Counsel.

*In re Kia Litigation*, Orange County Superior Court - William M. Audet served as class counsel in a number of jurisdictions in a case involving claims by Kia regarding its automotive products. The case was settled with a significant monetary and non-monetary recovery for the class.

❖