**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF SHANNON R. WHEATMAN, PH.D. ON ADEQUACY OF NOTICES AND THE NOTICE PROGRAM** |
| *Ramirez et al v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1. I am president of Kinsella Media, LLC ("KM"), a nationally recognized advertising and legal notification firm in Washington, D.C. specializing in the design and implementation of notification programs to reach unidentified putative class members and claimants in bankruptcy and mass tort litigation. My business address is 2101 L Street NW, Suite 800, Washington, D.C. 20037. My telephone number is (202) 686-4111.

2. This declaration describes the Notices and the Notice Program proposed for *In re Roundup Products Liability Litigation*, including how they were developed and why I believe them to be appropriate and effective. It also describes my experience in designing and implementing notices and notice plans, as well as my credentials to opine on the overall adequacy of the notice effort. Attached as **Exhibit A** is my curriculum vitae.

3. KM was retained to design and implement the Notice Program in this litigation. Although each case is unique, the methods and tools used in developing the Notice Program for the Settlement have been employed in many other court-approved notice programs. This Notice Program is consistent with notice programs KM designed and implemented in other class actions, all of which have received court approval.

4. This declaration is based upon my personal knowledge and information provided by Class Counsel, Signal Interactive Media ("Signal"), Verus LLC ("Verus"), and my associates

and staff.  The information is of a type reasonably relied upon in the fields of advertising, media, and communications.

5.      The Notice Program was jointly developed with Katherine Kinsella, former President and founder of KM and a court-recognized notice expert.  Kinsella has over 25 years of experience in the design and execution of class action notice programs and particular expertise in on-ground outreach.  Kinsella's curriculum vitae is attached as **Exhibit B**.  Jim Messina of Signal and his staff developed the U.S. targeted online media, the Mexico paid media, and the on-ground outreach sections of the Notice Program.

6.      The Notice Program reflects an extraordinary collaboration with Signal and Verus to develop effective media strategies and response infrastructures to reach and support Settlement Class Members who are culturally, linguistically, economically, and professionally diverse, as well as geographically dispersed nationally and in Mexico.  In addition to in-depth analyses of multiple and voluminous data sets, Signal conducted Pre-Notice Research through surveys and interviews with subgroups within the Class to confirm Settlement Class Member media habits and identify appropriate messaging.

7.      I submit this declaration to describe the elements of the Notice Program.

## RELEVANT EXPERIENCE

8.      KM developed and directed some of the largest and most complex national notification programs in the country.  The scope of the firm's work includes national and international notification programs in bankruptcy, antitrust, consumer fraud, mass tort, and product liability litigation.  The firm has developed or consulted on over 1,000 notification programs and placed over $450 million in legal media notice.

9.      KM specializes in providing due process notice to classes that must be reached through creative and unconventional means.  This experience is exemplified by the grassroots notice campaign undertaken to reach isolated, overlooked, and distrustful members of the settlement class of Romani (or Roma) people (sometimes and inaccurately called "gypsies") in 15 countries in Eastern Europe in *In re Holocaust Victim Assets Litig., Nos. CV 96-4849, CV-5161*

*and CV 97-461 (E.D.N.Y.).*  Judge Edward R. Korman wrote, "The notice provided in this case was detailed and contained far more than the amount of information necessary to satisfy F.R.C.P. Rule 23 and due process.   Moreover, the forms of notice were accurate, objective, and understandable…Persons with questions about any aspect of the settlement were able to access community resources, globally, including by speaking to persons who were trained by the notice administrators and settlement class counsel on settlement issues."

10.     With respect to the efforts that will be required in this case, KM offers its experience in three major cases that targeted difficult to reach populations.  In each case, paid and earned media were supplemented with deep community outreach and engagement through relevant organizations that touched the lives of potential class members.  These cases included African American farmers, Native American farmers, and Native American trust holders in the following settlements: *In re Black Farmers Discrimination Litigation*, MDL No. 08-mc-511 (D.D.C.), *Keepseagle v. Vilsack*, No. 1:99-cv-03119 (D.D.C.), and *Cobell v. Salazar*, No. 1:96-cv-01285 (D.D.C.).

11.     Additionally, our experience in *In re Imprelis Herbicide Marketing, Sales Practices, and Products Liability Litigation*, No. 2:11-md-02284, MDL 2284 (E.D. Pa.) has given KM an understanding of several groups that overlap with this case.  Finally, KM's work in *In re National Football League Players' Concussion Injury Litigation*, No. 12-MD-02323 (E.D. Pa.) furthered our knowledge of  notification in a case involving medical issues.

12.     I have served as a qualified class action notice expert in many major class actions. State and federal courts have accepted my analyses and expert testimony on whether information is effectively communicated to people.

13.     I have testified in court as an expert in *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.); *In re Chinese-Manufactured Drywall Products Liability Litig.*, MDL No. 2047 (E.D. La.); *In re Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (Bankr. D. Del.);  *In re Think Finance, LLC,* No. 17-33964 (Bankr. N.D. Tex.); *State v. Farmer Group Inc.*, No. D-1-GV-02-002501 (D.

3

Ct. Tex., Travis County); *Scharfstein v. BP West Coast Products, LLC*, No. 1112-17046 (Cir. Ct. Ore.); *Spillman v. RPM Pizza, Inc.*, No. 10-349 (M.D. La.); *PRC Holdings, LLC v. East Resources, Inc.*, No. 06-C-81 (Cir. Ct. W. Va.); *Guidry v. American Public Life Ins. Co.*, No. 2008-3465 (14th Jud. Dist. Ct., Calcasieu Parish); *Webb v. Liberty Mutual Ins. Co.*, No. CV-2007-418-3 (Cir. Ct. Ark); and *Beasley v. The Reliable Life Insurance Co.*, No. CV-2005-58-1 (Cir. Ct. Ark).

14.     I have been deposed as an expert in *In re Think Finance, LLC,* No. 17-33964 (Bankr. N.D. Tex.); *Hale v. CNX Gas Company*, LLC, No. 10-CV-59 (W.D. Va.); and *Thomas v. A. Wilbert Sons*, LLC, No. 55,127 (18th Jud. Dist. Ct., Iberville Parish).

15.     Courts have admitted my expert testimony on quantitative and qualitative evaluations of the effectiveness of notice programs, and several courts have commented favorably, on the record, regarding the effectiveness of notice plans I have done.

16.     For example, I was the expert who developed the notice program for the settlement in *Jabbari v. Wells Fargo*, No. 15-CV-02159 (N.D. Cal.).  The notice program included an extensive media program in English and Spanish and incorporated many of the paid and earned media components being recommended for this Notice Program involving Roundup Products ("Roundup").  On June 14, 2018, Judge Vincent Chhabria overruled objections to the Wells Fargo notice program, stating: "[T]he parties and their Court-appointed experts used every reasonable tool to create and implement and [sic] wide-ranging program to provide the best notice practicable to potential Settlement Class Members."

17.     Additional selected judicial comments are included in the attached curriculum vitae.

18.     My qualifications include expertise in the form and content of notice.  For example, while serving with the Federal Judicial Center ("FJC"), I played an integral part in the development of the illustrative, "model" forms of notice designed to satisfy the plain language requirements of Federal Rule of Civil Procedure 23(c)(2).  This research formed the basis for my doctoral dissertation, *The Effects of Plain Language Drafting on Layperson's Comprehension of Class*

*Action Notices* (2001) (Ph.D. dissertation, University of Georgia). To assist judges and attorneys, both in state and federal courts, the FJC posted the notices at www.fjc.gov.

19.     I have authored and co-authored articles on class action notice and due process. I believe notice and due process depend upon clear communication with the affected people and have stated this position in my publications. *See, e.g.,* Shannon R. Wheatman & Katherine M. Kinsella, *International Class Action Notice,* WORLD CLASS ACTION: A GUIDE TO GROUP AND REPRESENTATIVE CLASS ACTIONS AROUND THE GLOBE 673-686 (Paul Karlsgodt ed., 2012); Katherine Kinsella & Shannon Wheatman, *Class Notice and Claims Administration,* PRIVATE ENFORCEMENT OF ANTITRUST LAW IN THE UNITED STATES: A HANDBOOK 338-348 (Albert A. Foer & Randy M. Stutz eds., 2012); Shannon R. Wheatman & Terri R. LeClercq, *Majority of Class Action Publication Notices Fail to Satisfy Rule 23 Requirements*, 30 REV. LITIG. 53 (2011); Katherine Kinsella & Shannon R. Wheatman, *Class Notice and Claims Administration*, THE INTERNATIONAL PRIVATE ENFORCEMENT OF COMPETITION LAW 264–274 (Albert A. Foer & Jonathan W. Cuneo eds., 2010); Todd B. Hilsee, Shannon R. Wheatman & Gina M. Intrepido, *Do you really want me to know my rights? The ethics behind due process in class action notice is more than just plain language: A desire to actually inform*, 18 GEO. J. LEGAL ETHICS 1359 (2005); and Todd B. Hilsee, Gina M. Intrepido & Shannon R. Wheatman, *Hurricanes, Mobility and Due Process: The "Desire-to-Inform" Requirement for Effective Class Action Notice Is Highlighted by Katrina*, 80 TULANE LAW REV. 1771 (2006).

## BACKGROUND

20.     Settlement Class Members are very diverse and geographically widespread. As the dominant herbicide in the market, Roundup is used for residential garden and lawn care; on large properties such as golf courses, schools, universities, and parks; and within the entire agricultural industry, especially crop farming. The ubiquity of Roundup requires a comprehensive notice program to reach the many and diverse users of the product. Yet, those most likely to develop Non-Hodgkin's Lymphoma ("NHL") are those who are subject to repeated exposures through their

work.  This heavily exposed population requires additional notice through targeted media and on-ground outreach.

21.     On average, 84% of glyphosate is applied in agricultural settings on field crops, including:[1]

  a.     Genetically modified glyphosate-resistant field crops (*e.g.*, corn, soybeans, cotton, canola, sugar beets, and alfalfa);

  b.     Non-glyphosate-resistant varieties of these crops and other field crops (*e.g.*, wheat, dry beans, peas, peanuts, and sunflowers);

  c.     Orchards and vineyards (*e.g.*, fruit and nut trees, citrus, and grapes);

  d.     Vegetables and other crops (*e.g.*, melons, berries, fruiting vegetables, onions, and asparagus);

  e.     Pasture and rangeland; and

  f.     Non-agricultural uses (*e.g.*, rights of way, turf, aquatic sites, etc.).

22.     The following factors helped tailor the general recommendations for the proposed Notice Program:

  a.     A large segment of the Class are not easy to reach.

  b.     Undocumented migrant workers will require special care to build trust and encourage participation in the Settlement.  Even among farmworkers with citizenship or permanent residency, efforts must be made to counter aversions to litigation.

  c.     Migrant workers represent a large percent of farmworkers, and some of them may no longer be in the U.S. or unable to return because of stringent immigration policies and COVID-19.

---

[1] U.S. Environmental Protection Agency, *Memorandum on Glyphosate: Response to Comments, Usage, and Benefits*, at   https://www.epa.gov/sites/production/files/2019-04/documents/glyphosate-response-comments-usage-benefits-final.pdf (last visited June 23, 2020).

## DATA SOURCES

23.     Several sources were utilized to determine the geographic concentration of Settlement Class Members who have the greatest likelihood of exposure to Roundup products:

    a.      The Bureau of Labor Statistics[2] ("BLS") county[3] level data on the number of workers employed as: landscaping/groundskeeping workers; farmworkers/laborers (crop, nursery, greenhouse); vegetation pesticide handlers, sprayers, and applicators; ground maintenance workers; and other agriculture workers (inspectors, graders and sorters, and equipment operators).

    b.      The U.S. Department of Agriculture[4] ("USDA") county level data on: farm labor, migrant workers, farms using pesticides for weed control, and farms that harvested cropland.

24.     KM created an estimated "At-Risk Population" using BLS and USDA data. Additionally, information from the BLS and the National Agricultural Workers Survey[5] was used to estimate the percent of the At-Risk Population likely to be Hispanic/Latino. These estimations were used to tier local media in areas with the heaviest concentration of Settlement Class Members who may have had the greatest exposure to Roundup products.

25.     To develop the targeted digital portion of the Notice Program in the U.S., Signal also reviewed statistics (including race, age, ethnicity, and geography) from the Centers for Disease Control and Prevention (CDC) about the incidence and mortality rates of individuals diagnosed with NHL.[6]

---

[2] Bureau of Labor Statistics, *2019 Occupational Employment Statistics (OES) Survey*.

[3] U.S. Census Bureau, *NAICS Employee Counties: 2016 ZIP Code Business Patterns*.

[4] U.S. Dept. of Agriculture, *2017 Census of Agriculture*, Tables 1, 7, 25 and 40, available at https://www.nass.usda.gov/Publications/AgCensus/2017/Full_Report/Volume_1,_Chapter_2_County_Level/ (last visited June 23, 2020).

[5] National Agricultural Workers Survey, *2015-2016 Data Tables*, available at https://www.doleta.gov/naws/research/data-tables/ (last visited June 23, 2020).

[6] CDC data file, available at https://www.cdc.gov/cancer/uscs/USCS-1999-2017-ASCII.zip (last visited June 23, 2020).

**CDC NHL Statistics (1999-2017 Data Tables)**



US NHL Age Adjusted Rate per 100,000

|  |  |
|---|---|
| 7.40 - 15.50 |
| 15.50 - 18.70 |
| 18.70 - 21.90 |
| 21.90 - 27.00 |
| 27.00 - 58.30 |

Hatched (//) gray area indicates data are missing/not reported by the state (KS & MN).
Un-hatched gray area indicates data have been suppressed to protect the individual identities.

## TARGET AUDIENCES

26.    The demographics of potential Settlement Class Members are broad, including, for example, lower income farmworkers, landscapers, and higher income homeowners.    The demographics of potential Settlement Class Members encompass different education levels, ages, occupations, and languages.    As a result, media consumption habits span all forms of media.

27.    The table below shows some general demographic information about the groups who have the highest likelihood of being exposed to Roundup:

| TARGET AUDIENCE | DEMOGRAPHICS |
|---|---|
| **Farmworkers**[7] | <ul><li>75% are immigrants</li><li>69% were born in Mexico</li><li>68% are 25-54 years old (average age is 38)</li><li>68% are men</li><li>49% are undocumented (may be under-reported)</li><li>21% graduated high school (avg. 8th grade education)</li><li>62% speak little to no English</li><li>Average income is $17,500 to $19,999</li></ul> |

---

[7] National Agricultural Workers Survey, *Crop Workers*, 2015-2016, at https://www.doleta.gov/naws/public-data/public-data-files-in-excel-and-csv-formats (last visited June 23, 2020).

| TARGET AUDIENCE | DEMOGRAPHICS |
|---|---|
| **Landscapers/Groundskeepers** | <ul><li>Average age is 39 (groundskeepers) [8]</li><li>Average income is $24,996 to $30,940 [9]</li><li>90% are men (landscapers) [10]</li><li>43% are Hispanic/Latino (landscapers)</li></ul> |
| **Men 18 years and older with Household Income Under $40,000** [11] | <ul><li>Average age is 49</li><li>42% graduated high school</li><li>67% are Caucasian/22% Hispanic</li><li>52% rent home</li></ul> |
| **Homeowners** [12] | <ul><li>Average age is 50</li><li>48% have a college degree</li><li>58% make over $75,000 (household income)</li><li>81% are Caucasian/12% Hispanic</li><li>92% own a single-family home</li></ul> |

### *Opinion Survey Research*

28.     KM employs methodology and measurement tools used in the media planning and advertising industry to design and measure the adequacy of a paid media program to reach a particular audience.  These tools do not provide measurements for the more niche target audiences of farmworkers and landscapers/groundskeepers.  Opinion survey research was done to learn more about these key target audiences.

29.     Signal implemented opinion survey research ("Pre-Notice Research") in the U.S. and Mexico.  This research is described in the Declaration of James Messina on Pre-Notice Research and Notice Plan Usage ("Messina Declaration").  Important information was uncovered on the media habits of both farmworkers and landscapers/groundskeepers, including information on the cultural differences between Hispanic and Non-Hispanic workers.  The results of this research informed the media selection.

---

[8] Data USA, *Grounds Maintenance Workers*, at https://datausa.io/profile/soc/grounds-maintenance-workers (last visited June 23, 2020).

[9] U.S. Bureau of Labor Statistics, *Occupational Employment and Wages, May 2018: 37-3011 Landscaping and Groundskeeping Workers*, at https://www.bls.gov/oes/current/oes373011.htm (last visited June 23, 2020).

[10] U.S. Bureau of Labor Statistics, *Labor Force Statistics from the Current Population Survey*, at https://www.bls.gov/cps/cpsaat18.htm (last visited June 23, 2020).

[11] 2019 MRI-Simmons media survey.

[12] *Id.*

30.     To my knowledge, the Pre-Notice Research conducted with multiple audiences in two countries is unprecedented in class action notice protocols and has provided extraordinary input upon which to base and refine efforts to achieve due process notice.

### *Paid Media Measured Target Audiences*

31.     To design the U.S. National Paid Media portion of the Notice Program, KM identified and selected demographics that encompass the characteristics of two of the broader groups in the Class that can be measured by media survey tools: (1) Men 18 years of age and older with a household income below $40,000 ("Lower Income Men") and (2) Adults 18 years of age and older who own a home ("Homeowners").

32.     Media vehicles for Lower Income Men and Homeowners were analyzed and selected for their strength and efficiency in reaching these demographic targets and then quantified to provide results for the Court on the adequacy of the notice.

33.     For the purpose of developing profiles of the demographics and the media habits for Lower Income Men and Homeowners, KM analyzed syndicated data available from MRI-Simmons 2019 Doublebase Study ("MRI-Simmons"),[13] comScore, Inc. ("comScore"),[14] and The Nielsen Company ("Nielsen").[15]

34.     KM examined the media habits of Lower Income Men and Homeowners using survey data provided by MRI-Simmons.

---

[13] MRI-Simmons is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media.  MRI-Simmons provides a single-source of major media, products, services, and in-depth consumer demographic and lifestyle/psychographic characteristics.  MRI-Simmons produces an annual Doublebase, a study of more than 50,000 adults providing two full years of data.

[14] comScore, Inc. is a source of Internet audience measurement for advertising agencies, publishers, marketers, and financial analysts.  comScore measures Internet usage and other activity through monitoring software installed on the computers of a panel of approximately two million people.  Active in 170 countries, comScore tracks more than three million unique websites.

[15] Nielsen is the leading provider of audience measurement and related services worldwide.  In the U.S., Nielsen's National TV People Meter service provides audience estimates for all national program sources, including broadcast networks, cable networks, Spanish language networks, and national syndicates.  Nielsen//Net Ratings reports online audiences. Nielsen Audio is the gold standard of audio measurement reaching local and national audiences by collecting listener data on radio broadcasting audiences.

### *Lower Income Men and Homeowners: Media Usage*

35.     Individuals spend varying amounts of time with different media.   Certain demographic groups may be heavy, light, or non-users of a particular medium.  KM focuses on media types the target audiences use most often.  To examine their media habits, KM compares the target audiences' media usage to that of the average adult 18 years of age and older ("Adults 18+") in usage quintiles.[16]  The study ranks respondents based on their amount of exposure to a medium and divides them into five equal-sized groups ("quintiles") from heaviest usage (1) to lightest usage (5).

36.     The national target audiences top two quintiles (heaviest and next heaviest usage) for each type of media are:



---

[16] The media usage of the target audience in each quintile is expressed as an index.  An index of 100 is the average adult's usage of a particular medium.  Therefore, an index above 100 indicates a heavier usage of the medium than the average adult, and an index below 100 indicates a lighter usage of the medium than the average adult.

37.     The MRI-Simmons data indicate that Lower Income Men are:

    a.     Heavy television viewers,

    b.     Slightly less than average newspaper readers, and

    c.     Light magazine readers, radio and Internet users.

38.     The MRI-Simmons data indicate that Homeowners are:

    a.     Heavy newspaper readers,

    b.     Average magazine readers, radio, television viewers, and Internet users

39.     The following table reflects the national targets audiences' media consumption habits:

| Media | Lower Income Men | | Homeowners | |
|---|---|---|---|---|
| | Average Use | % of Target | Average Use | % of Target |
| **Television** (hours per week) | 41.4 | 86.6% | 30.7 | 90.8% |
| **Network Radio** (hours per week) | 18.4 | 70.4% | 15.5 | 78.8% |
| **Internet** (hours per week) | 25.4 | 67.1% | 22.2 | 84.9% |
| **Magazines** (# read in month) | 7.2 | 56.2% | 7.3 | 70.9% |
| **Newspapers** (# read in month) | 15.0 | 36.3% | 15.5 | 41.1% |

### *Hispanic Audiences: Media Usage*[17]

40.     KM also reviewed the media habits of Hispanic adults.  Hispanic adults media consumption:

    a.     Radio reaches 96% of Hispanics each week.  Hispanic households on average listened to 11 hours and 45 minutes of radio each week.  In the top 20 markets, the top three (Spanish language) formats among Hispanics are: Regional Mexican, Spanish Contemporary, and Tropical.

    b.     Television  reaches 85% of Hispanics.[18]

---

[17] Nielsen Total Audience Report Q2 2019.

[18] 2019 MRI-Simmons Doublebase media survey.

    c.      Only 43% of Hispanics access the Internet through a desktop, laptop, or tablet, but 86% own a smartphone, so their Internet usage on mobile devices is high.

## GEOGRAPHIC CONCENTRATION OF CLASS

41.    ***Farmworkers/Laborers/Crop/Nursery/Greenhouse***:[19] The top states that employ farmworkers and laborers (for crops, nurseries, and greenhouses) are California, Washington, Florida, Arizona, and Oregon.  The proportion of foreign-born farmworkers is highest along the Pacific Seaboard, while the proportion of farmworkers who are U.S. citizens is much higher in the Midwest.[20]



_____

[19] U.S. Bureau of Labor Statistics, *45-2092 Farmworkers and Laborers, Crop, Nursery, and Greenhouse*, at https://www.bls.gov/oes/2018/may/oes452092.htm (last visited June 23, 2020).

[20] Farmworkers Justice, *Farmworkers Housing and Health in the United States*, at https://www.farmworkerjustice.org/sites/default/files/Intro%20to%20Farmworker%20housing%20and%20health%20-%20FW%20Housing%20Symposium.pdf (last visited June 23, 2020).

42.     ***Farmworkers in California:[21]*** The highest percentage of farmworkers in the U.S. is in California, and 97% of them are Hispanic/Latino.[22]



---

[21]     Philip     Martin,     *H-2A     Expansion     in     California*,     at
https://globalmigration.ucdavis.edu/sites/g/files/dgvnsk821/files/inline-files/martinh2aexpansion.pdf     (last     visited
June 23, 2020).
[22] *Supra* note 8, Table 13 (2015-2016).

43.   ***Indigenous Farmworkers:***  The heaviest concentration of indigenous farmworkers is in California.  The Indigenous Farmworker Study[23] provides information on California indigenous populations.   This population is one of the poorest groups in California, and the majority of indigenous farmworkers do not speak Spanish or English.  Language barriers require that media and notice materials be provided in the top indigenous languages (Mixteco, Zapotec, and Triqui).



44.   ***Undocumented/Temporary Guest Workers:***  Migrant farmworkers include both undocumented workers and temporary guest workers (H2-A Certificate).[24]  Recognized advocacy groups and researchers estimate that at least 49% of migrant workers are undocumented.[25]  These

---

[23] Richard Mines, Sandra Nichols & David Runsten, *California's Indigenous Farmworkers Report* (Jan. 2010), available at http://www.indigenousfarmworkers.org/final_report.shtml (last visited June 23, 2020).

[24] *Id.*

[25] Farmworkers Justice, *Who We Serve*, at https://www.farmworkerjustice.org/about/who-we-serve (last visited June

workers are predominately farming fruit and vegetable crops, which represent almost 85% of California's and 40% of U.S. crop sales.[26]  Top crops that utilize temporary guest workers include: lettuce, oranges, berries, peaches, citrus, and spinach.[27]

***Top States for H-2A Temporary Agricultural Labor:***[28]

| State | Percent |
|---|---|
| Florida | 36.0% |
| Arizona | 15.2% |
| Louisiana | 7.1% |
| Washington | 6.8% |
| Georgia | 5.8% |
| California | 5.8% |
| South Carolina | 3.5% |
| Arkansas | 2.6% |
| Texas | 2.1% |
| Alabama | 1.3% |

***Hired Farmworkers (more likely to be migrant workers):***[29]

---

23, 2020).

[26] UC Davis Global Migration Center, *Farm Labor 2019: Other Countries, California, Immigratio*n, at https://globalmigration.ucdavis.edu/events/farm-labor-2019-other-countries-california-immigration (last visited June 23, 2020).

[27]    Philip    Martin,    *H-2A    Expansion    in    California*,    at https://globalmigration.ucdavis.edu/sites/g/files/dgvnsk821/files/inline-files/martinh2aexpansion.pdf (last   visited June 23, 2020).

[28] *Id.* The majority of Louisiana H-2A workers are in fishing industries (crawfish).

[29] U.S. Department of Agriculture, *Farm Labor*, at https://www.ers.usda.gov/topics/farm-economy/farm-labor/ (last visited June 23, 2020).



45.     Despite agriculture's rural nature, 60% of hired farmworkers reside in metro (urban) counties.  Large farming areas in Western States are located in counties that include major cities.

46.     ***Landscaping/Groundskeeping Workers:***[30]  The top states for employment in landscaping and groundskeeping are California, Florida, Texas, and New York.



---

[30] U.S. Bureau of Labor Statistics, *Occupational Employment and Wages, May 2018: 37-3011 Landscaping and Groundskeeping Workers*, at https://www.bls.gov/oes/current/oes373011.htm (last visited June 23, 2020).

## NOTICE PROGRAM OVERVIEW

47.     In this case, the proposed Notice Program was designed to reach the greatest practicable number of Settlement Class Members and ensure that they will be exposed to, see, review, and understand the Notice.

48.     Although each case is unique, the methods and tools used in developing the Notice Program for this Settlement have been employed in many other court-approved notice programs.

49.     As described in more detail below, paid and earned media and on-ground outreach will be allocated nationally; in various media markets that cover top states and counties, commensurate with the geographic distribution-based concentration of the At-Risk Populations; and in Mexico, based on Pre-Notice Research about migration to the U.S.

50.     To effectively reach this Class, KM and Signal recommend a media campaign consisting of:

| Target Audience | Language | National Media | Local Media | |
|---|---|---|---|---|
| | | | **TV/Radio/Print** | **Online** |
| Farmworkers | Spanish (with radio/online in Mixteco, Zapotec, Triqui) | Radio, Digital, Consumer Magazine | • TV/Radio in 333 counties in 15 states<br>• 22 Newspapers | Targeting 919 counties in 38 states |
| | English | TV/Radio, Digital, Trade Magazines | • Radio in 156 counties in 15 states + DC<br>  Ag Radio in 20 states/ 21 Ag Magazines | |
| Landscapers & Groundkeepers | Spanish | Radio, Digital, Consumer Magazine | • TV/Radio in 333 counties in 15 states<br>• 22 Newspapers | Targeting 668 counties in 50 states + DC |
| | English | TV/Radio, Trade Magazines, Digital | • Radio in 156 counties in 15 states + DC | |
| Lower Income Men/Homeowners | English | TV/Radio, Magazines, Digital | N/A | N/A |
| Class Members in Mexico | Spanish (with radio/online in Mixteco, Zapotec, Triqui) | TV/Radio | TV/Radio | Targeting top states for migrants to U.S. |

51.     The Notice Program also includes direct notice/third-party notice to farms, organizations, retail stores, and governmental entities, national and local earned media and a robust on-ground outreach campaign to key advocacy organizations who assist migrant workers and other potential Settlement Class Members.

52.     In my opinion, the Notice Program described herein is the best notice practicable under the circumstances and meets due process standards.

53.     I have been involved in drafting the various forms of Notice as described below.  It is my opinion that each proposed form is noticeable, clear, concise, and written in plain, easily understood language.

54.     More details about each component of the Notice Program and how it was developed are described below.

55.     Specific media outlets listed under the following components are based on the assumption that the Court approves the Notice Program by August 1, 2020.  If there is a delay, some outlets, such as monthly print publications, will be substituted as needed to allow Settlement Class Members at least 35 days to respond before the opt-out and objection deadlines.

## U.S. DIRECT NOTICE/THIRD-PARTY NOTICE

56.     Mail and email lists can be purchased for (approximately 125,000) groups that include potential Settlement Class Members and organizations that may have employees or members that could be affected by the Settlement.  Lists will include:

| | | |
|---|---|---|
| • Farms and Farmers (in counties with 1,000+ farmworkers)<br>• Aerial Applicators<br>• Building/grounds directors<br>• Cemetery Lot Care and Services<br>• Chemicals-Spraying<br>• Farm Labor | • Greenhouses<br>• Herbicide Consultants<br>• Landscape Contractors<br>• Landscape Designers<br>• Landscape Nurserymen<br>• Lawn and Grounds Maintenance | • Putting Greens<br>• Right Of Way Maintenance Services<br>• School Districts<br>• School Departments, Facilities, and Offices<br>• Sports Field Products and Services<br>• Spraying-Horticultural |

| | | |
|---|---|---|
| • Farm Management Services<br>• Farm Organizations<br>• Farming Services<br>• Garden Centers<br>• Golf Courses | • Lawn Consultants<br>• Lawn Spraying<br>• Maintenance Programs<br>• Mowing Services<br>• Orchards<br>• Public Works Directors | • University/College Department, Facilities, and Offices<br>• Vineyard Consultants<br>• Weed Control Services<br>• Weed Cutting Services<br>• Weed Superintendent |

57. Direct Mail Notice will consist of sending a Summary Notice via first-class mail and to available e-mail addresses.

58. Reminder Email Notices will be sent to potential Settlement Class Members for whom a valid e-mail address is available. Email Notices will be sent after the Effective Date of the Settlement to remind recipients of upcoming registration deadlines.

59. Third-party outreach will be provided to approximately 15,000 farming and lawn and garden supply stores in the U.S. A cover letter and an approximate 11" x 17" poster (modeled after the Publication Notice) will be sent to the stores. The cover letter will ask them to hang the poster in a prominent location.

60. Additionally, a cover letter and the Publication Notice will be sent to the headquarters of larger retail stores that sell herbicide, such as Lowe's Home Improvement and The Home Depot. These companies will be asked to contact the claims administrator if they are willing to provide notice at their store locations. Posters will be shipped to any store location provided by these companies.

## U.S. NATIONAL PAID MEDIA NOTICE

61. The core of the Notice Program is paid media,[31] which includes broadcast, print, and online media targeted to key areas. Based on the target audiences media consumption habits, KM researched the most appropriate media vehicles to reach the target audiences.

---

[31] Publishers and media outlets have the right to refuse advertisements. KM will make every effort to have the advertisements placed in the publications and other media as laid out in the Notice Program but will make substitutions as necessary. In addition, if a publication asks KM to add language, and that language does not substantively change the message of the advertisement, KM will make substitutions as necessary in order to maintain the proposed schedule.

### *National Television*

62.    Television has the ability to reach a target audience with an immediate and accessible message.  The combination of audio and visual message delivery increases the message impact.  Viewers can quickly ascertain if the message is important and if so, decide to respond.

63.    Notice in the form of 30-second television advertisements (or "spots") will be aired throughout the day on national broadcast and cable networks.  The number of spots and stations will vary by market and run over a four-week period.  Television advertisements will air across various channels and programs to reach the highest number of viewers.

64.    The television buy consists of an estimated 45 Target Rating Points (TRPs)[32] against Men 18+ to air on cable networks and an estimated 18% reach of Men 18+ on broadcast networks.

65.    Broadcast and cable networks may include all or some of the following depending upon availability at the time media is purchased:

| PROGRAMMING | CHANNELS | | |
|---|---|---|---|
| **Broadcast** | | | |
| **Cable** | | | |
| | | | |

---

[32] *Target Rating Points* ("TRPs") represent the percentage of the persons in the target who are exposed to the programming carrying the television commercials in the schedule.  One TRP equals 1% of a given target.

### *National Radio*

66.    Radio functions primarily as a frequency-building medium. When used in conjunction with television, radio efficiently provides multiple opportunities for exposure to a message.

67.    Notice in the form of 60-second radio spots (in English and Spanish) will run for four to five weeks on national and Hispanic network radio.

68.    National Network Radio is bought in the form of network programming (as opposed to specific stations or dayparts), and buys can be tailored for a specific age group of people based on a network's typical listeners.  Delivery estimates are based on purchasing 20 TRPs against Men 18+.

69.    National Hispanic Network Radio will be used to reach potential claimants who speak Spanish.  Delivery estimates are based on purchasing 125 TRPs against Hispanic Men 18+.

70.    The radio spots will air on stations across the U.S. with a variety of broadcast programming, including music, sports, news, entertainment, talk-radio, and topics and music of interest to the Hispanic community.  Specific programming will depend upon availability at the time that media is purchased.  Networks may include:

| NETWORK | SUMMARY |
|---|---|
| premiere NETWORKS | Premiere Radio Network syndicates more than 100 radio programs and services to more than 7,100 radio affiliates. Selected programming may include talk-radio. |
| Westwood One | Westwood One Radio Network broadcasts to 424 stations in 87 U.S. media markets and syndicates programming to more than 8,000 broadcast radio affiliates.  Selected programming may include music (*e.g.*, Classic Rock), sports (*e.g.*, CBS Sports, NFL Football), and news (*e.g.*, CNN Newswire). |
| UNIVISION AUDIO | Univision Audio Network is the largest Spanish Language Network in the U.S. with 93% of U.S. Hispanic coverage.  The network consists of more than 250 owned-and-operated stations and affiliates in 75 markets. Programming includes music (covering several formats), sports, news-talk, and variety entertainment. |

## *Consumer Magazines*

71.     KM chose the specific consumer magazines listed below because they are among the highest ranking in coverage of the English-speaking target audiences.  A Spanish-language magazine was added to extend the reach against the Hispanic audience.

72.     The Publication Notice will appear in the following widely-circulated consumer magazines:

| MAGAZINE | AD SIZE | CIRCULATION | SUMMARY |
|---|---|---|---|
| | Full-page (7.375" x 10") | 7,600,000 | Published monthly and is the largest-circulating home service magazine in the U.S., featuring a wide-range of home and family subjects. |
| | Full-page (6.125" x 9.25") | 2,250,000 | Published monthly and covers people and places internationally. |
| | Full-page (7.125" x 10") | 3,400,000 | Weekly publication covering personalities in entertainment, politics, business, and other current events. |
| | Full-page (7" x 10") | 2,700,000 | Published 15 times a year and reports about sports through in-depth articles, photography, and stories. |
| | Full Page (7.875" x 10") | 904,485 | Published 8 times a year.  A soccer and Spanish-language sports publication connecting the fastest growing sport in the U.S. with its largest fan base, Hispanics. |
| | Full-page (7.125" x 10") | 2,000,000 | Weekly news magazine covering national and international people, places, and events. |

### *U.S. Target Audience Print Readership*

73.     Readership includes both primary readers and pass-along readers.  Primary readers purchase a publication or are members of a household where the publication was purchased.  Pass-along readers are those who read the publication outside the home, in places such as a doctor's office.  The table below indicates the estimated number of readers in the measured target audiences that read an average issue of the publication: [33]

| PUBLICATION | LOWER INCOME MEN | HOMEOWNERS |
|---|---|---|
| *Better Homes & Gardens* | 1,280,000 | 23,305,000 |
| *National Geographic* | 3,572,000 | 19,178,000 |
| *People* | 2,466,000 | 23,356,000 |
| *Sports Illustrated* | 2,845,000 | 10,210,000 |
| *Time* | 1,647,000 | 10,498,000 |

### *Online*

74.     The Notice Program includes digital advertising to provide Settlement Class Members with additional notice opportunities beyond the print placements.  Approximately 70% of Lower Income Men and 88% of Homeowners have used the Internet in the past 30 days.[34] Internet advertising delivers an immediate message and allows the viewer of an online advertisement ("banner ad") to instantly click through to the Settlement website.

75.     Banner ads are typically located either at the top or side of a website page.  Highly engaging animated banner ads will be used, as they are more likely to capture viewers' attention because they include moving images and text.

76.     KM will purchase approximately 429,000,000 gross impressions[35] across various websites.  Impressions will be allocated to maximize exposure during the campaign across

---

[33] Readership levels for Homeowners and Lower Income Men are not measured for *Futbol Mundial*.
[34] MRI-Simmons 2019 *Doublebase Fall Study*.
[35] *Gross Impressions* are the duplicated sum of audiences of all media vehicles containing the notice.

websites that are best at driving potential Settlement Class Members to the website.  Delivery of Internet impressions to specific websites and categories within websites are subject to availability at the time KM purchases the media.

77.     Banner ads will appear on the following online networks (delivered on desktop, mobile, and tablet devices) for six weeks.  The networks listed below partner with thousands of websites to distribute online ads.

| NETWORK | AD SIZE | SUMMARY |
| --- | --- | --- |
| facebook | 254x133 | Free, global, social networking website that helps people communicate with friends, family, and coworkers. |
| CONVERSANT | 728x90, 300x250, 160x600, 300x600, 320x50, 320x480 | Online advertising company and comScore Top 20 Ad Network. |
| verizon media | | Global digital media platform that connects advertisers and audiences across all media channels. |
| Google | | Provides banner and/or video ad placement on a variety of websites, blogs, and other niche sites in Google's network. |

78.     A third-party ad management platform will be used to audit the digital components. This platform will combat ad fraud, viewability issues, and brand safety.  By tackling ad fraud, KM and Signal will have the opportunity to ensure that ads are not served in environments with fake news, sex, drugs, and violence, while reducing the investment wasted on fraudulent traffic (banner ads being seen by 'bots' or non-humans, ads not viewable, etc.).

### *Paid Media Delivery*

79.     KM evaluated the strength and efficiency of the U.S National Media by looking at the *reach*[36] of the media program and estimated *frequency*[37] of exposures.  These measurements are provided through our media survey tools MRI-Simmons (measures print), comScore (measures Online) and Nielsen (measures television and radio).

80.     MRI-Simmons and comScore provide specific data on Lower Income Men and Homeowners. However, it is not possible to measure reach of the broadcast mediums (television and radio) against these audiences. Television and radio can only be measured by gender and age.

81.     To measure the efficacy of the media against Lower Income Men, KM selected the over inclusive target of Men 18 years of age or older ("Men") because it can be measured across all mediums.

82.     U.S National Media will deliver:

   a.     An estimated 80.3%[38] reach against Homeowners with an estimated 3.1 frequency, and

   b.     An estimated 80.5% reach against Men 18+ with an estimated 3.2 frequency.

### *Local Media Targeting At-Risk Population*

83.     Media will be targeted to geographic areas of the U.S. with heavy concentrations of farmworkers, landscapers, and groundskeepers.

84.     Television and radio are purchased at the media market level within a designated market area ("DMA")[39] or Metro Survey Area ("MSA").[40]   A media market is comprised of

---

[36] *Reach* is the estimated percentage of a target audience reached through a specific media vehicle or combination of media vehicles.

[37] *Frequency* is the estimated average number of times an audience is exposed to an advertising vehicle carrying the message.

[38] Television is not measured against Homeowners, so the reach and frequency numbers are based on print and online.

[39] *Designated Market Area* ("DMA") is a group of counties that form an exclusive geographic area in which the home market television stations hold a dominant share of total hours viewed.  DMA is a trademark of The Nielsen Company and is used for planning, buying, and evaluating media audiences across various markets.

[40] *Metro Survey Areas* ("MSA") refers to the federal government's Metropolitan Areas.  They are geographical regions with high densities and economic ties throughout an area.  MSAs are the primary reporting area for local radio.

multiple counties within a specific geographic area.  KM tiered each media market that had 15,000 or more At-Risk individuals.

| TIER | CRITERIA | NUMBER OF COUNTIES | NUMBER OF DMAS | INCLUDED STATES[41] |
|------|----------|--------------------|----------------|---------------------|
| Tier 1 | 50,000+ At-Risk Individuals | 63 | 5 | California, Connecticut, New Jersey, New York, Oregon, Pennsylvania, Washington |
| Tier 2 | 25,000-50,000 At-Risk Individuals | 193 | 10[42] | California, Delaware, District of Columbia, Florida, Illinois, Indiana, Maryland, New Jersey, Oregon, Pennsylvania, Texas, Virginia, Washington, West Virginia |
| Tier 3 | 15,000-24,999 At-Risk Individuals | 193 | 10 | Arizona, California, Colorado, Florida, Massachusetts, Michigan, Minnesota, Nebraska, New Hampshire, North Carolina, Vermont, Virginia, Wisconsin, Wyoming |

85.    The map below shows the areas of the country that will be covered by the broadcast media tiers.



Targeted TV/Radio to At-Risk Populations (Farmworkers/Landscapers/Groundskeepers)

---

[41] Some DMAs cover more than one state.

[42] The Spokane media market falls within Tier 2, but it has no Hispanic television, radio, or print.  The budget that would have been spent in this media market was reallocated to national Hispanic radio.

86.     Hispanic media will be used in media markets where an estimated 50% or more of the At-Risk Population is Hispanic/Latino.  Likewise, English media will be used in media markets where an estimated 50% or more of the At-Risk Population is non-Hispanic/Latino.

### *Local Television*

87.     Notice in the form of 30-second Spanish television advertisements (or "spots") will air throughout the day on local Hispanic broadcast and cable networks.[43]  The number of spots and stations will vary by market.  The Spanish television advertisements will be aired across various channels and programs to reach the highest number of viewers of potential Hispanic Settlement Class Members, based on available data.

88.     The Tier 1 television buy will deliver an estimated 100 TRPs[44] to air over a three to four-week time period in the following media markets: Fresno, Los Angeles, Yakima, and Sacramento.

89.     The Tier 2 television buy will deliver an estimated 75 TRPs to air over a two to three-week time period in the following media markets: Portland, San Francisco, Tampa, Philadelphia, Seattle, Dallas, Houston, and Miami.

90.     The Tier 3 television buy will deliver an estimated 50 TRPs to air over a one to two-week time period in the following media markets: Minneapolis, Monterey, Phoenix, Bakersfield, Denver, Santa Barbara, Raleigh, and Orlando.

91.     Networks may include:

| NETWORK | SUMMARY |
|---|---|
| | Telemundo is an American Spanish-language terrestrial television network owned by Comcast.  It is the second largest provider of Spanish content in America.  The channel broadcasts programs and original content aimed at Hispanic and Latino American audiences in the U.S. and worldwide, |

---

[43] KM will purchase spots on a variety of programming aimed to reach the Hispanic community, which would include telenovelas, sports, sitcoms, reality series, news programming, and Spanish language feature films.  In order to maximize effectiveness, a mix of dayparts will be utilized to reach the audience.  KM will make every effort to deliver evening spots when possible on primetime to provide a greater amount of exposure.

[44] All local Hispanic television TRPs will be purchased against Hispanic Men 18+.

| | |
|---|---|
| | consisting of telenovelas, sports, reality television, news programming, and films. |
| | Univision is the leading Hispanic media company in the U.S. Programming includes news, sports, and entertainment content across broadcast and cable television, audio, and digital platforms. The company's top-rated media portfolio includes the Univision and UniMás broadcast networks, as well as cable networks TUDN and Galavisión. Univision owns or operates 65 local television stations in major U.S. Hispanic markets and Puerto Rico. |

### *Local Radio*

92.     Notice in the form of 60-second radio spots (in English and Spanish) will run on local Hispanic and English radio networks.

93.     Over a three to four-week period, the Tier 1 radio buy will deliver an estimated:

        a.     100 TRPs[45] on local Hispanic stations in the following media markets: Fresno, Los Angeles, Yakima, and Sacramento; and

        b.     75 TRPs[46] on local English stations in the New York media market.

94.     Over a two to three-week time period, the Tier 2 television buy will deliver an estimated:

        a.     75 TRPs on local Hispanic stations in the following media markets: Spokane, Portland, San Francisco, Tampa, Philadelphia, Seattle, Dallas, Houston, and Miami; and

        b.     50 TRPs on local English stations in the following media markets: Chicago, Philadelphia, Miami, and District of Columbia.

95.     Over a one to two-week period, the Tier 3 television buy will deliver an estimated:

        a.     50 TRPs on local Hispanic stations in the following media markets: Minneapolis, Monterrey, Phoenix, Bakersfield, Denver, Santa Barbara, Raleigh, and Orlando; and

---

[45] All local Hispanic radio TRPs will be purchased against Hispanic Men 18+.

[46] All local English radio TRPs will be purchased against Men 18+.

       b.     25 TRPs on local English stations in the following media markets: Boston, Grand Rapids, Phoenix, and Orlando.

96.     Notice will be provided through local radio stations with a variety of broadcast programming. Specific programming will depend upon availability at the time media is purchased.

### *Indigenous Radio*

97.     Where available, 20-35 radio spots will be purchased on indigenous radio networks in California and Arizona, which have the highest concentrations of indigenous communities. The following indigenous radio networks will broadcast radio spots (in the languages listed below):

| NETWORK | LANGUAGES |
|---|---|
| KBBF-FM | Triqui, and Mixteco |
| Radio Bilingüe | Mixteco and Triqui |
| 94.1 FM Radio Indigena | Mixteco and Zapotec |

### *Agricultural Radio*

98.     Notice in the form of 60-second English radio spots will run for four to five weeks on farm and agricultural radio on regional agriculture radio networks. Spots will be targeted to states and/or individual markets with high concentrations of Settlement Class Members and where agriculture is a significant industry. These agricultural radio networks provide agriculture programming.

99.     The top agricultural states in our data were California, Florida, Texas,[47] Washington, and Oregon.[48] Approximately, 35-50 radio spots will run in each state on the agricultural networks listed below. Spots will be featured within early morning and early afternoon weekday programming when farmers are most likely to be listening for information and farm reports.

---

[47] Although Texas was not a top agricultural state in the BLS data, the USDA data indicates Texas is a top agricultural state.

[48] Arizona is a top agricultural state, but it does not have any agricultural radio or trade publications.

| NETWORK | AREA(S) COVERED |
|---|---|
| Ag Net West | California |
| Southeast AgNet | Florida |
| Northwest Radio Group | Oregon and Washington |
| Texas Farm Radio Network | Texas |

100.    Additional top agricultural markets will be reached on the following radio networks (approximately 25-40 spots on each network):

| NETWORK | AREA(S) COVERED |
|---|---|
| Ohio Ag Net | Ohio |
| Hoosier Ag Today | Indiana |
| RFD Radio | Illinois |
| Iowa Agri-Business | Iowa |
| Red River Farm Network | North Dakota and Minnesota |
| Kansas Farm & Ranch Radio Network | Kansas |
| KMZU-KRLI | Northern Missouri |
| Linder Farm Network | Minnesota |
| Rural Radio Network | Nebraska |
| Northern Ag Network | Montana and Wyoming |
| Radio Oklahoma Ag Network | Oklahoma |
| Voice of LA Ag Network | Louisiana |
| Mississippi Agri-News Network | Mississippi |

### *Local Newspapers*

101.    Local newspapers serve as a widely read, timely, and credible information source that allow for geographic targeting of notice.  The Publication Notice will be translated into Spanish and placed in Hispanic newspapers in the top ten Hispanic media markets and media

markets that have a high concentration of Hispanics based on the At-Risk Population data, where available.[49]   These newspapers were selected because of their ability to effectively provide coverage in the identified media markets.

102.    The Publication Notice will appear once as a black & white (3 col" x 10") ad in the following Hispanic newspapers:

| MARKET | NEWSPAPER | CIRCULATION |
|---|---|---|
| Bakersfield | *El Popular* | 24,000 |
| Chicago | *Lawndale Group News* | 230,000 |
| Dallas | *La Estrella* | 115,967 |
| Denver | *La Voz Bilingue* | 32,000 |
| Fresno | *Vida en el Valle* (Fresno) | 125,061 |
| Harlingen | *El Periodico USA* | 32,000 |
| Houston | *La Voz de Houston* | 200,000 |
| Los Angeles | *El Clasificado* | 425,000 |
| Miami | *El Clarin* | 180,000 |
| Monterey | *El Sol* | 30,000 |
| New York | *El Especialito* | 150,000 |
| Orlando | *El Sentinel* | 159,732 |
| Philadelphia | *El Sol Latino* | 40,000 |
| Phoenix | *TV y Mas Entertainment* | 75,000 |
| Portland | *El Latino De Hoy* | 25,000 |
| Raleigh | *La Conexion* | 15,000 |
| Sacramento | *Vida en el Valle* (Modesto) | 43,058 |
| San Antonio | *Conexion* | 80,831 |

---

[49] The Seattle and Minneapolis do not publish a local Hispanic newspaper.

| MARKET | NEWSPAPER | CIRCULATION |
|---|---|---|
| San Francisco | *La Opinion De La Bahia* | 104,000 |
| Santa Barbara | *El Latino* | 20,000 |
| Tampa | *La Gaceta* | 18,000 |
| Yakima | *La Voz Hispanic* | 22,000 |

### *Trade Magazines*

103.    An important component of the Notice Program is advertising in trade publications that are read by individuals who work in farming and landscaping.  These publications are highly targeted to reach potential Settlement Class Members and their employers.

104.    The Publication Notice will appear once in the following statewide agricultural publications:

| PUBLICATION | AD SIZE | CIRCULATION | AREA(S) COVERED | SUMMARY |
|---|---|---|---|---|
| AgAlert | Full-page (9.75" x 12.75") | 26,105 | California | Weekly newspaper for farmers/ranchers covering agricultural news. |
| Citrus INDUSTRY | Full-page (7.875" x 10.05") | 6,616 | Florida | Monthly publication covering industry news and research results in production, marketing, and harvesting. |
| Capital Press | Full-page 8.75" x 10.5" | 21,258 | Oregon and Washington | Weekly publication edited for the agricultural community. |
| Texas Agriculture | Full-page (9.813" x 10.5") | 96,179 | Texas | Monthly publication providing news on agricultural commodities. |

105.    The Publication Notice will appear once in the following Farmakis agricultural publications:

| PUBLICATION | CIRCULATION | AD UNIT |
|---|---|---|
| *Agri-View* | 30,248 | 9.8889" x 10" |
| *AgriTimes Northwest* | 2,730 | 10" x 10.5" |
| *Farm & Ranch* | 25,579 | 9.67" x 10.5" |
| *FeedLot* | 9,338 | 7" x 10" |
| *IL AgriNews* | 23,781 | 8.41" x 13" |
| *IN AgriNews* | 12,338 | 8.41" x 13" |
| *Iowa Spokesman* | 55,642 | 10.25" x 13.5" |
| *Lancaster Farming* | 59,755 | 7.375" x 11" |
| *MFA Today's Farmer* | 30,732 | 7.125" x 10" |
| *Michigan Farm News* | 30,507 | 7.625" x 9" |
| *Midwest Messenger* | 43,794 | 7.22" x 8" |
| *MN Farm Guide* | 14,054 | 7.22" x 9" |
| *Prairie Star* | 17,688 | 7.22" x 9" |
| *The Farmer's Pride* | 6,489 | 10.25" x 10.8" |
| *The Fence Post* | 12,801 | 7.444" x 9" |
| *Tri-State Neighbor* | 21,107 | 7.22" x 9" |
| *VCS News* | 6,279 | 8.375" x 10.875" |

106.   The Publication Notice will appear once in the following landscaping trade magazines:

| PUBLICATION | AD SIZE | CIRCULATION | SUMMARY |
|---|---|---|---|
| | Full-page (7.125" x 10") | 45,038 | Monthly publication providing landscape, irrigation, and maintenance professionals with information pertaining to the landscape industry. |
| | Full-page (7" x 10.5") | 64,912 | Monthly publication written for landscape contractors, lawn care operators, lawn maintenance firms, and other grounds care professionals. |
| | Full-page (7" x 10") | 71,536 | Monthly publication that focuses on professional landscape market, including landscape maintenance and installation. |

| PUBLICATION | AD SIZE | CIRCULATION | SUMMARY |
|---|---|---|---|
| The Landscape Contractor Magazine | Full-page (7.375" x 9.875") | 2,500 | Monthly magazine covering the landscaping trade. |

### *Agricultural Online*

107.   The Notice Program includes digital advertising on agricultural trade websites through the American Ag Network (including over 500,000 farmers).

108.   KM will purchase approximately 3,000,000 national gross impressions and 2,000,000 gross impressions targeted to top states (California, Florida, Texas, Washington, and Oregon) on this network.  Banner ads will run on the American Ag network (delivered on desktop, mobile and tablet devices) for four to six weeks.  Delivery of Internet impressions to specific websites and categories within websites are subject to availability at the time KM purchases the media.

### *U.S. Targeted Online Media to Reach Farmworkers/ Landscapers/Groundskeepers/Individuals with NHL*

109.   Signal will use extensive targeted digital advertising.  An estimated six million gross impressions will be delivered.  A portion of these impressions will be delivered nationally to reach Spanish-speaking farmworkers, landscapers, and groundkeepers.[50]  The  targeted digital portion of the Notice Program is designed to run for a period of six months, concurrent with on-ground outreach and other notice efforts described above.

110.   A variety of online ads in different formats and languages (English, Spanish, Mixteco, Zapotec, and Triqui) will be served to Settlement Class Members across a range of platforms chosen to conform to the media consumption preferences and habits of each unique subgroup of the Class as identified via the Pre-Notice Research.  Each of the ads will link to the Settlement website, affording Settlement Class Members easy access to information about the Settlement.

---

[50] English speaking farmworkers, landscapers, and groundkeepers will be reached through the U.S. national media program described above.

111.    Throughout the duration of the digital portion of the Notice Program, Signal will analyze empirical data, such as impressions (the number of times an ad is displayed), reach (the number of people who see an ad), and key engagements, such as comments on the ads or clicks to the Settlement website. The specific ads being displayed and where they are placed will be adjusted on the basis of this empirical data, to prioritize the ads with the strongest performance in each subgroup and maximize the effectiveness of digital notice efforts.

### *Online Media Usage*

112.    There are key differences in how subgroups of the Class seek out information and engage with digital media.  This requires the use of unique digital notice strategies to promote awareness and engagement with the Settlement. The following insights from the Pre-Notice Research (and explained further in the Messina Declaration) inform the proposed digital media plan for each subgroup:

113.    ***Landscapers & Groundskeepers***: Landscapers and groundskeepers are more geographically dispersed across the United States and their media habits are different than those of farmworkers.

      a.    English-speaking landscaping professionals are more likely to use Facebook to promote their businesses. They spend more time during the day on social media than non-English-speaking landscapers and groundskeepers.  Non-English speaking landscaping professions use Facebook for personal communications.

      b.    All landscaping professionals are heavy YouTube users.  They access YouTube for a variety of reasons, including learning and entertainment.

      c.    English-speaking landscaping and groundskeeping professionals seek out trade publications and network with trade associations in the course of their work.

114.    ***Farmworkers***: Farmworkers are generally more geographically concentrated than landscapers and groundskeepers.  English-speaking non-migrant farmworkers are more

concentrated in rural areas in the Midwest, Pacific Northwest, and South.  Spanish-speaking migrant farmworkers are more concentrated in the urban and densely populated areas.

    a.     Non-migrant farmworkers who live more in rural areas have limited access to cellular service.  During the day, they use weather apps, like KCRG Weather and Western Weather Group, on their mobile phones.  In the evenings, they use social media.

    b.     Non-migrant farmworkers use social media less frequently than migrant farmworkers.

    c.     Though non-migrant farmworkers are more self-directed in online searches around health information, the COVID-19 pandemic has increased Internet searches in these topics among migrant farmworkers, as well.

    d.     Non-migrant farmworkers frequently use health websites and YouTube as a search engine for information.

115.    ***NHL Diagnoses***: NHL patients who are online in the U.S. are more culturally, geographically, demographically, and professionally diverse than landscaper and farmworker audiences.  Moreover, there are fewer overarching media consumption trends to inform digital outreach strategies.

116.    To maximize notice to this group, Signal will leverage the use of custom, nationwide audiences of likely NHL patients modeled using Signal's data sources[51] and CDC-aggregated data for the last five years.  Custom audiences deployed across social media will enable individual-level targeting and serve as the basis for lookalike models to find similarly situated individuals.   Ad performance data from social media platforms—including responder demographics — can inform the purchase of additional media placements on other platforms, such as Display and Search.

---

[51] Signal maintains access to a database of 265 million individual U.S. adults that includes 1,400 data points.  By combining CDC and Signal's data sources, it has built an individual-level model which will be used to target a custom audience of individuals in the At-Risk Population categories.

117.    The map below shows areas of the country that will receive geographically targeted digital and social media placements:

### Targeted Digital Program Counties
### (Continental US)



*Legend:*
- Both (orange)
- Landscapers & Groundskeepers (red)
- Farmers (teal)

### *Facebook/Instagram*

118.    Facebook (and its affiliate Instagram) will be integral to the targeted online notice portion of the Notice Program.  It has the most sophisticated targeting capabilities, including language targeting.  Facebook reaches over 200 million Americans, representing more than 70% of the U.S. population.[52]

119.    Facebook/Instagram and Facebook's Audience Network will be used to deliver text/image ads, banner ads (1200 x 628), and video ads.

---

[52] NapoleanCat, *Facebook Users in the United States of America*, available at https://napoleoncat.com/stats/facebook-users-in-united_states_of_america/2020/05 (last visited June 23, 2020).

| AUDIENCE | AD TARGETING |
|---|---|
| Landscapers/ Groundskeepers | **English**: Targeting ads in 668 counties across 50 states and DC in (1) Job Title categories for Landscaper/Landscaping, and/or (2) Interest categories for Landscaping and Groundskeeping. |
| | **Spanish:** Targeting ads in Spanish in 668 counties across 50 states and DC in (1) Job Title categories for Landscaper/Landscaping, Maintenance/Groundskeeping, Custodian, Facilities Maintenance, and Construction; and/or (2) Interest categories for Landscaping, Groundskeeping, and Construction. |
| Farmworkers | **Non-migrant (English):** Targeting in 919 counties across 38 states in (1) Job Title categories for Farmers, (2) Demographic categories for Farming/Fishing/Forestry, and/or (3) Interest categories for Farming. |
| | **Migrant (Spanish):** Targeting in 919 counties across 38 states in (1) Job Title categories for Farmers, Landscaper, Maintenance/Groundskeeper, Custodian, Facilities Maintenance, and Construction,[53] (2) Demographic categories for Farming/Fishing/Forestry, and/or (3) Interest categories for Farming, Landscaping, Groundskeeping, and Construction. |
| NHL Diagnoses | Individual-level targeting in English and Spanish to audiences with a high modeled probability of having NHL. |

120.   All Facebook ads will direct potential Settlement Class Members to the Settlement Website.

### *Search Advertising*

121.   Search advertising was included, so Settlement Class Members who are searching online for information relating to the Settlement, Non-Hodgkin's Lymphoma, or Roundup side effects can easily find that information and be directed to the Settlement website.  The major search engines to be utilized in this program include Google, Bing, and Yahoo.  Signal will use a cost-effective paid search strategy on these search engines to identify Settlement Class Members and notify them of the relevant Settlement information and how to register for benefits.

### *Display Advertising*

122.   Display advertising is a term describing a variety of image, text, and video ads that appear near or in-line with web content.  Display ads are placed across select websites, overlaid

---

[53] The Pre-Notice Research found that many migrant workers whose farm work is seasonal are employed in construction, landscaping/groundskeeping, or restaurant jobs during the off-season.

on web video and other platforms, alongside news articles, on mobile apps, and on virtually every other place people visit online.  Signal will place display ads relating to the Settlement using the Google Display Network and Facebook Audience Network.  Display placements may additionally be purchased directly from publishers of relevant digital trade journals and other online publications.  Signal will ensure display ads do not appear on websites that are sensitive or inappropriate and take steps to combat artificial traffic, mitigate fraud, and avoid spoofing.

123.    Multi-layered digital strategies will be utilized to reach multiple audiences with the following tactics:

    a.    **Contextual Keyword**: Ads targeted to websites with editorial content matching relevant keywords such as farming, landscaping, construction, lawn care, NHL, weather, and/or Roundup litigation.

    b.    **Topic Targeting**: Ads will be displayed on websites based on the topic relevancy of the content.  Topics may include NHL, farming, weather, construction, landscaping, or Agriculture & Forestry (Crops & Seed).

    c.    **Website Placements**: [54] Ads targeted to top sites related to the landscaping or lawn care industry (*e.g*, lawnandlandscape.com, greenindustrypros.com, etc.) or health (*e.g.*, MayoClinic.com).

124.    Banner ad sizes for Display Advertising are 300x250, 160x600, 728x90, 300x600, and 320x50.

### *IP Targeted Display*

125.    With IP-targeted display advertising, Signal can use geofencing technology to identify sites where Settlement Class Members are likely to be found and serve ads to mobile devices in those locations.  Signal may further increase the number of impressions served to these targets by associating Settlement Class Members' mobile device IDs with IP addresses[55] for their

---

[54] Digital display ads in landscaping-related trade publications will be purchased directly from publishers and is subject to availability.  Limited reporting metrics may be available from publishers.

[55] An "IP" or "Internet Protocol" address is a unique string of numbers that identifies each computer using the Internet.

other devices in their homes, such as desktops and tablets.  IP-targeted digital display advertising will enable notice to reach Settlement Class Members who are not actively seeking information about the lawsuit or who may be unaware of it.

126.    IP Targeted Display ads will be targeted based on location.  Points of interest may include churches, Latino neighborhood and community service centers, immigrant and farmworkers' rights associations, farm labor camps and worksites, Mexican consulates, NHL clinics, and NHL treating physician offices.[56]

127.    Additional targeting may be done around venues hosting Latino cultural events (*e.g.*, Day of the Dead, Hispanic Heritage Month, Independence Days[57]) and festivals identified as part of the on-ground outreach.

128.    IP Targeted Display ads will be delivered via the El Toro Network, which matches physical addresses to IP addresses to enable precise digital ad targeting at the IP/router level.

129.    Banner ad sizes for the El Toro Network are: 160x600, 728x90, 300x250, 320x50, 320x100, and 300x600.

### *YouTube*

130.    The TrueView platform allows video ads to be targeted and delivered across YouTube via Google ads.  While video ad content must be hosted on YouTube, video ads can appear on YouTube and across websites and apps running on Google video partners (depending on the ad format and campaign settings).  TrueView will be the primary method of displaying video about the settlement on YouTube.  Signal may purchase additional premium ad placements directly from YouTube on select channels to supplement TrueView ads.

131.    Targeting tactics include the same contextual keywords and/or topic targeting described under the Display Advertising section.  Additionally, Spanish YouTube news channels like *Telemundo* and *Univision* may be used to reach Hispanic audiences.

---

[56] IP-targeted display advertisements to NHL audiences is subject to the availability of relevant NHL data.

[57] For example, September 15 and 16 are independence days for several Latin American countries.

## U.S. EARNED MEDIA & OUTREACH

### *Earned Media*

132.    An extensive earned media program will also be implemented to amplify the paid media and provide additional notice to Settlement Class Members.  Earned media, as opposed to paid media, occurs by disseminating a message about the Notice Program to the media without a guarantee that it will appear.  KM will distribute the message to media outlets (newspapers, websites, and television and radio stations) to spark press interest and generate coverage.  The U.S. earned media program will include:

a.   **Bilingual Multimedia News Release ("MNR"):**  A multichannel news release ("MNR") distributed on PR Newswire's US1 National Circuit and Hispanic PR Wire, reaching over 20,000 media outlets.  The MNR will blend English and Spanish text, audio, video, photos, related documents, and social media within an interactive web platform to make the story more appealing.  The message is more visually appealing than a standard press release and will increase engagement with the story across both traditional and social channels.  An example MNR is available at      www.multivu.com/players/English/8589651-auto-parts-class-action-claim-deadline/.

b.   **U.S. Bilingual Media Outreach:** Media outreach to targeted media outlets and blogs to solicit their interest in the story and generate free media coverage.  Outreach will include contacting reporters in English and Spanish language national and top television and radio outlets, local stations in the top 50 U.S. Hispanic media markets, and local stations within 210 media markets.

c.   **Bilingual Satellite Media Tour:** A Satellite Media Tour where Class Counsel can participate in interviews with (English and Spanish) television, radio, and online stations.  These interviews air on news shows to an audience of over seven million (or at least 150 airings) across the U.S.  The interviews will last four to eight minutes in length and are broadcast live as they are being conducted or recorded by

the stations for later airings.  The interviews will highlight key information about the Settlement and registration process.

### *On-Ground Outreach*

133.    The Pre-Notice Research found that non-English-speaking landscapers and migrant farmworkers rely on local community organizations and networks for information.

134.    The research found that organizations, such as United Farm Workers, were trusted and favorably viewed by a high percentage of migrant workers in the study.  Migrant farmworkers, especially, will get information from these trusted community groups before taking advantage of key benefits such as free medical services.

135.    Signal's research also found that indigenous communities typically rely on a community group or individual leader to offer resources in their native language or translate for them.  Information that is shared in Spanish with one member of this group will be shared with others that do not speak Spanish.

136.    On-ground outreach is essential, as local and regional groups have a strong understanding of their members and the communities they serve.  Grassroots organizing is an effective mechanism for reaching and mobilizing historically disenfranchised communities.

137.    To supplement the paid and earned media in this case, Signal will contact third-party organizations and partners whose members may also be Settlement Class Members to encourage them to share information about the Settlement with their constituencies and build trust among the Class.

138.    Additionally, digital channels will be leveraged to integrate elements of the on-ground outreach program to reinforce awareness among hard-to-reach subgroups of the Class, including non-English-speaking landscaping professionals and migrant farmworkers.

139.    Trusted surrogates identified via outreach will be asked to record videos describing the Settlement, its benefits, and the registration process. These videos can be served across social media and display ad platforms.

140.    Outreach partners will be asked to help expand the reach of digital notice to migrant farmworkers, for example, by disseminating digital advertisements of the notice, the link to the Settlement website, and other materials to its members via email or SMS blasts.

141.    This type of outreach is critical to reaching these groups of Settlement Class Members.

### *National, State, and Local Organizations*

142.    Signal conducted research to identify organizations that work with agricultural workers and the Hispanic community.  Organizations include non-profits, labor unions, immigrant and workers' rights organizations, community-based healthcare providers, and churches.

143.    Signal will contact these groups via phone and/or email to ask for their assistance in telling Settlement Class Members about the Settlement by taking actions such as:

     a.    Posting and distributing plain language materials, including a Publication Notice/Flyer and a color poster;

     b.    Posting information on the organization's social media channels;

     c.    Supplying information about additional organizations, businesses, and local government agencies that Signal could contact for assistance in informing Settlement Class Members about the Settlement;

     d.    Flagging any upcoming key events or opportunities that could be helpful for outreach;

     e.    Providing access to member databases for distributing materials related to the Notice Program;

     f.    Branding materials with their organizations' logos;

     g.    Having organizational trusted voices record a video about the Settlement that will be shared with potential Settlement Class Members;

     h.    Coordinating meetings with a representative in order to educate potential Settlement Class Members about the Settlement; and

i.      Conducting KYR (Know Your Rights) training and workshops about Notice for their members.

### *Government Officials*

144.    Signal will work with state and local elected officials for additional outreach. They will distribute materials like posters and flyers in key areas and ask elected officials to conduct outreach among their constituents by sharing information digitally, in their offices, or at constituent events such as town halls.

145.    Signal will also contact the Mexican Consulate, as it conducts health-related campaigns to Mexican citizens as part of their efforts to protect citizens living in the U.S.

### *Businesses*

146.    Signal identified and will contact businesses where potential Settlement Class Members typically shop or gather (*e.g.,* gas stations, community centers, restaurants, convenience stores, laundromats, and other locations).

147.    Signal will contact these organizations and ask them to post plain-language Notice materials in key areas.  If needed, Signal will send paid canvassers to distribute information.

### *Events*

148.    One of the most effective ways of reaching potential Settlement Class Members is to be present at the places they frequent.

149.    Signal will coordinate with national, state and local organizations to identify events in local communities, such as cultural festivals (Hispanic Heritage Month, Day of the Dead, etc.), country fairs, and sporting events, and have information at these events readily available for Settlement Class Members.

150.    Signal will coordinate with organizations' community engagement departments that focus on grassroots organizing and mobilizing their members through events.  They will supply flyers and educational materials for their community events and provide guidance when necessary.  Given the COVID-19 pandemic, Signal will comply with local public health guidance around large gatherings as applicable.

*Schools*

151.    To distribute information about the Settlement to the children of migrant workers, Signal will contact the National Association of State Directors of Migrant Education ("NASDM") and the National Migrant Seasonal Head Start Association ("NMSHSA").

152.    NASDM is the professional organization of state officials charged with the effective and productive management of supplemental programs that help migrant children succeed in school.  NMSHSA is a national organization for migrant and seasonal farmworker children who are participants in a Migrant and Seasonal Head Start Program.  Together, these organizations serve hundreds of thousands of children in 49 states across the country.  Signal will ask these groups to share information with their students.

153.    Following their work with these organizations during the Notice campaign, Signal will coordinate with the Diagnostic Evaluation Grant Program ("DAGP") Administrator to ensure communication continues with these organizations and potential Settlement Class Members to inform DAGP Eligible Settlement Class Members about the objectives of the DAGP as described in the Settlement Agreement.

## MEXICO PAID MEDIA NOTICE, EARNED MEDIA & OUTREACH

154.    The Class may include agricultural workers exposed in the U.S., who are now widely dispersed throughout key states and regions in Mexico.[58]  These workers may include individuals with dual U.S.-Mexican citizenship, U.S. legal permanent residents, former holders of H2A visas, individuals with government IDs (la matrícula) issued by the Mexican Secretariat of Foreign Affairs (SRE), and others who may have migrated to and worked in the U.S. without documentation.

155.    The Mexico Notice Program will encompass a variety of tactics and include paid and earned media and outreach to key groups.  The Mexico paid media will be conducted in

---

[58] Key areas include, but are not limited to: Michoacán, Guerrero, Guanajuato, Jalisco, Puebla, Oaxaca, Ciudad de México, Veracruz, Estado de México, San Luis Potosí, Durango, Nayarit, Zacatecas, Aguascalientes, Colima, Hidalgo, Morelos, Tijuana, Mexicali, San Luis Río, Nogales, Agua Prieta, Palomas, Juárez, Ciudad Acuña, Piedras Negras, Nuevo Laredo, Reynosa, and Matamoros.

Spanish and indigenous languages (Mixteco, Zapotec, and Triqui) and aims to reach Settlement Class Members where they are most likely to be, in a cost-effective manner and will include television, radio, online, and search advertising.  Earned media and on-ground outreach in Mexico, including partnering with trusted institutions, will be used.

156.    Notice in the form of 30-second television and radio advertisements will be aired nationally and locally in Mexico in the media markets within the top states where migrants originate.

157.    The number of television and radio spots and stations will vary by market and run over a three to four-week timeframe.  Television advertisements will be aired across Televista and TV Azteca networks and radio advertisements will air through Group Televisa.

158.    The online strategy for reaching agricultural workers in Mexico will be similar to the U.S. strategy to reach farmworkers on Facebook, Google, YouTube, and Search.  An estimated three million gross online impressions will be delivered.

159.    The Mexico earned media program will include a nationwide press release on the PR Newswire Mexico news circuit, reaching 1,600 traditional and digital media outlets.

160.    On-ground outreach will include reaching out to two national organizations: Instituto Mexicano del Seguro Social ("IMSS") public health clinics and The Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado ("ISSSTE"), Mexico's public social security and services organization.

## SETTLEMENT ADMINISTRATION COMPONENTS

161.    An informational, interactive website is a critical component of the Notice Program. A website is a consistent source of information instantly accessible by millions.  Verus will establish a user-friendly website at www.RoundupClass.com to enable Settlement Class Members to get information on the Settlement, including the Detailed Notice, Settlement Agreement, and complaint, and to register for benefits online.

162.     Settlement Class Members will be able to download notice materials at the website. The Detailed and Short Form Notices will also be available in Spanish, Mixteco, Triqui, and Zapotec.

163.     Verus will establish a toll-free phone numbers to allow Settlement Class Members to call and request that a Detailed Notice and Registration Form be mailed to them or listen to answers to frequently asked questions.  During set hours, the call center will be staffed by live operators to respond to calls from Settlement Class Members in English, Spanish, Mixteco, Zapotec, and Triqui.  After hours, a toll-free interactive voice response system (IVR) will be available.  Callers will also be able to request assistance with registration and leave messages for follow-up calls.

164.     Verus will establish a SMS text messaging number(s) to allow Settlement Class Members to text a request that a Detailed Notice and Registration Form be mailed to them.  During set hours, the SMS text messaging service will be staffed by live operators to respond to texts from Settlement Class Members in English, Spanish, Mixteco, Zapotec, and Triqui.  After hours, texts will be logged and an auto responder will notify the sender that they will receive a response next day.  Texters will also be able to request assistance with registration and request follow-up calls.

165.     Verus will establish a post office box and email address to allow Settlement Class Members to contact Class Counsel by mail with any specific requests or questions.

### NOTICE FORM AND CONTENT

166.     Attached as **Exhibits C** and **D** are copies of the Publication Notice and Detailed Notice.

167.     Fed. R. Civ. Proc. 23(c)(2) requires class action notices to be written in "plain, easily understood language."  KM applies the plain language requirement in drafting notices in federal and state class actions.  All notice materials in this case are written in plain, easily understood language.

168.     The Notices effectively communicate the required information about the Settlement.  Notices will include information to let undocumented individuals know that their

immigration status will not affect their eligibility for benefits.  All of the Notices will include a phone number and the Settlement website address to allow potential Settlement Class Members to get more information about the Settlement.

169.   The Summary (Publication) Notice is designed to capture the Settlement Class Members' attention with clear, concise, plain language.  The plain language text provides all of the important information about the Settlement, including Settlement Class Members' rights.

170.   The Detailed Notice provides substantial information, including background on the issues in the case and all specific instructions Settlement Class Members need to follow to properly exercise their rights.  No important or required information is missing or omitted.  It is designed to encourage readership and understanding, in a well-organized and reader-friendly format.

171.   The Detailed and Summary Notices will be available in English, Spanish, Mixteco, Zapotec, and Triqui.

### CONCLUSION

172.   The Notice Program is carefully crafted with multiple layers of notice including, significant direct notice, national and local paid media in the U.S. and Mexico, earned media, and outreach to the diverse target audiences that make up the Class.

173.   The complexity of the undertaking should not be underestimated. The breadth, comprehensiveness, and efficacy of this Notice Program is well beyond what is typical in class action notice programs today.  The reach of the Class through media, earned media, and media outreach will provide multiple exposures to information about the Settlement and is supported by extensive on-ground outreach to specific groups.

174.   It is my opinion that the Notice Program and content of the Notices are adequate and reasonable under the circumstances and provide the best notice practicable.  The Notice Program is consistent with the standards employed by KM in notification programs designed to reach class members. The Notice Program, as designed, is fully compliant with Rule 23 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.   Executed in Souderton, Pennsylvania this 24 day of June 2020.

Shannon R. Wheatman, Ph.D.