# WHEATMAN DECLARATION

# EXHIBIT C

# PUBLICATION NOTICE

<u>Official Court Approved Legal Notice</u>

# Used Roundup or Other Weed Killer Products?

$1.1 billion settlement provides money to people with Non-Hodgkin's Lymphoma (NHL), funds to increase medical detection of NHL, and research into NHL diagnosis and treatment.

## Attention: Pesticide/Herbicide Applicators, Farmers, Landscapers, Groundskeepers, Agricultural Workers, Heavy Gardeners, and Others

### Immigration Status Does Not Affect Eligibility

The settlement includes anyone who applied/mixed Roundup and certain weed killer products in the United States including those now living abroad ("Roundup users"). Included weed killer products were sold under **Roundup, Landmaster, Honcho, Bullzeye, RT3, Ranger, Lesco, Eliminator, Knockout and Ace.** Lawsuits claim that an ingredient in these products causes Non-Hodgkin's Lymphoma (NHL), a blood cancer. Monsanto, the manufacturer of Roundup, denies that it did anything wrong.

The settlement will establish an independent science panel to determine whether exposure to Roundup and other included weed killers cause NHL. The determination of the science panel will affect the rights of Roundup users in any future lawsuit for claims against Monsanto.

Benefits include:
- **Diagnostic Accessibility Grant Program:** Roundup users who live in medically under-served areas of the United States may be eligible for free NHL diagnostic evaluations.
- **Money for NHL Diagnosis:** $2,000 to $35,000 for eligible Roundup users with NHL diagnosis from 2016 to 2025. Awards are subject to income requirements. The next of kin of deceased Roundup users who qualify for benefits may apply for a payment.

**Register for Benefits:** You must register to be eligible for benefits. Register online or by phone. Help is available if needed.

**Rights Under the Settlement:** If you stay in the settlement you will keep any compensatory claims you have for personal injuries (such as pain and suffering) but you will be bound by the science panel determination. If you want to file your own lawsuit against Monsanto without waiting for the science panel to complete its work, you need to exclude yourself from the settlement. You can also object to the settlement. The deadline for exclusion/objection is **Month XX, 2020**. The Court will hold a hearing on **Month XX, 2020** to consider whether to approve the settlement.

More details, including a list of specific weed killer products and claims being released by the settlement, are available at the website or by calling the toll-free number.

## Need Free Help Registering for Benefits? (Spanish available)
## www.RoundupClass.com 1-8XX-XXX-XXXX