# WHEATMAN DECLARATION

# EXHIBIT D

# DETAILED NOTICE

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

# If You Used Roundup or Other Weed Killer Products
## *You Could Be Affected by Class Action Settlement*

- The Monsanto Company ("Monsanto"), manufacturer of Roundup weed killer, has agreed to a $1.1 billion settlement of a class action lawsuit claiming Roundup Products (see Question 4) cause Non-Hodgkin's Lymphoma ("NHL") and other health issues.  Monsanto denies these claims and denies it did anything wrong.

- The settlement class generally includes anyone who, as of June 24, 2020, was exposed to Roundup through mixing or applying the products in the United States, whether or not the individual actually performed the mixing or application.  The settlement class also includes any immediate family members (spouses, parents, or dependent children) or anyone else with a right to file a claim based on their relationship to a settlement class member.  (Immigration status does not affect your ability to be in the settlement class.)

- The settlement will determine, based on a scientific review of existing studies and data, whether Roundup causes NHL, and if so, at what threshold internal dose level (dose greater than xx micrograms/day over a lifetime).  Based on what the science panel determines, settlement class members' rights will be affected in any future lawsuits against Monsanto (or certain other parties) involving claims that Roundup or Roundup Products causes NHL.

- While the science panel is being performed, the settlement also provides for benefits to the class, including $1.1 billion in funding for: (a) interim assistance grants to certain settlement class members with NHL, (b) support for research into diagnosis and treatment of NHL, and (c) funding for medical providers to increase detection of NHL in areas where the availability of diagnostic testing is currently limited.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **REGISTER FOR BENEFITS** | To receive certain settlement benefits, including an interim assistance grant or access to the diagnostic accessibility grant program, you must first register to participate in the settlement.  See Questions 20 to 23. |
| **FILE A CLAIM** | In addition to registration, you will need to file a claim to be eligible to receive an interim assistance grant payment or participate in the diagnostic accessibility grant program.  See Questions 24 to 39. |
| **EXCLUDE YOURSELF** | If you exclude yourself, you will not receive settlement benefits.  You will not be bound by what the science panel determines and will be able to sue Monsanto (or certain other parties) for all claims related to your exposure to Roundup without having to wait for the science panel to complete its work.  See Questions 47 to 50. |
| **OBJECT** | Write to the Court about why you do not like the settlement.  See Question 51. |
| **ATTEND HEARING** | Ask to speak in Court about the fairness of the settlement.  See Question 53. |
| **DO NOTHING** | If you do nothing and the settlement is approved, you will be bound by what the science panel determines and will not receive any settlement benefits.  Your rights to sue Monsanto (or certain other parties) may be limited.  See Question 56. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

- The Court in charge of this case still has to decide whether to approve the settlement. If it does, and any appeals are resolved in the settlement's favor, benefits will be distributed to those who qualify. Please be patient.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**……………………………………………………………………………….4
     1. What is this notice about?
     2. What is the lawsuit about?
     3. What does exposure mean?
     4. Which Roundup Products are included?
     5. What is Non-Hodgkin's Lymphoma?
     6. Why is this a class action?
     7. Why is there a settlement?

**WHO IS PART OF THE SETTLEMENT?**……..……………………………………………………….5
     8. How do I know if I am included in the settlement?
     9. Does my immigration status in the United States affect my ability to be in the settlement class?
     10. What should I do if I am not sure I am included in the settlement?

**SETTLEMENT BENEFITS** …....…….……………...……………………………….……………….5
     11. What are the benefits in the settlement?

**THE SCIENCE PANEL**…..……..…………………...……………………………….……………….6
     12. Who will be on the science panel, and who determines this?
     13. What will the science panel do?
     14. How long will the science panel take to complete its work?
     15. What evidence will the science panel consider?
     16. What will be the effect of the science panel's determination?
     17. Can what the science panel determines be appealed?
     18. How will the science panel be funded?
     19. What if new evidence is available after the science panel completes its work?

**REGISTER FOR BENEFITS**…....……………….…...……………………………….……………..8
     20. How can I get benefits?
     21. How will I know if I am registered?
     22. Can I appeal if my registration is denied or challenged by Monsanto?
     23. What if the settlement administrator denies my appeal?

**INTERIM ASSISTANCE GRANTS**…………..……....……………………………….……………..8
     24. What is an interim assistance grant?
     25. Can Derivative Claimants receive interim assistance grants?
     26. How do I submit an application for an interim assistance grant?
     27. When will I know if I will get an interim assistance grant?
     28. Is there a deadline to apply for interim assistance grants?
     29. Can I appeal a decision to deny or limit the amount of my interim assistance grant?
     30. Do I have to pay a fee to appeal the results of my interim grant assistance application?
     31. If my application for an interim assistance grant is denied, can I submit another application?

**DIAGNOSTIC ACCESSIBILITY GRANT PROGRAM**………….……………….…………………10

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

32. What is the diagnostic accessibility grant program?
33. Why is the diagnostic accessibility grant program included?
34. Can I participate in the diagnostic accessibility grant program?
35. What do I receive if I participate in the diagnostic accessibility grant program?
36. How do I apply to participate in the diagnostic accessibility grant program?
37. Is there a deadline to participate in the diagnostic accessibility grant program?
38. What medical providers can receive grants to participate in the diagnostic accessibility grant program?
39. How will I find medical providers in my area that participate in the diagnostic accessibility grant program?

**RESEARCH FUNDING PROGRAM………………………….………………………………...………12**
40. What is the research funding program?
41. Can I participate in the research funding program?
42. When will the research funding program begin?

**HOW YOUR LEGAL RIGHTS ARE AFFECTED…..……………………………………...………12**
43. What am I giving up if I stay in the Settlement Class?

**THE LAWYERS REPRESENTING THE CLASS…..……………………………………..………..12**
44. Do I have a lawyer in this case?
45. What if I have already hired an attorney or filed a lawsuit against Monsanto about exposure to Roundup Products?
46. How will the lawyers be paid?

**EXCLUDING  YOURSELF FROM THE SETTLEMENT CLASS…………..…………………..……….13**
47. How do I get out of the settlement?
48. If I do not exclude myself, can I sue Monsanto for the same thing later?
49. If I exclude myself, can I still get benefits?
50. How do I cancel my request for exclusion?

**OBJECTING TO THE SETTLEMENT.………………………………………………..…………...…,……14**
51. How can I tell the Court if I do not like the settlement?
52. Can I both object to and exclude myself from the settlement?

**THE FAIRNESS HEARING………...………………....……………………………………………...15**
53. When and where will the Court decide whether to approve the settlement?
54. Do I have to attend the hearing?
55. May I speak at the hearing?

**IF YOU DO NOTHING……………………………………………………………………...….……15**
56. What if I do nothing?

**GETTING MORE INFORMATION………………………………………………………..………16**
57. How can I get more information?

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX
PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB

3

## BASIC INFORMATION

**1. What is this notice about?**

The Court overseeing this proposed class action settlement authorized this notice to inform you how you may be affected by the settlement. This notice describes the lawsuit, the general terms of the proposed settlement, and what it may mean to you. It also explains how to participate in, or exclude yourself from, the settlement.

**2. What is this lawsuit about?**

Roundup is one of the leading and most widely used herbicide products in the United States. Roundup contains glyphosate, which is also an ingredient in other similar products, (see Question 4). The lawsuits claim that exposure to Roundup can cause a type of cancer called NHL (see Question 5). Monsanto denies this claim and denies any wrongdoing.

**3. What does exposure mean?**

Exposure means that you were exposed when Roundup Products were mixed or applied, whether or not you were the person doing the mixing or application.

**4. Which Roundup Products are included?**

Any glyphosate-containing product developed, manufactured, distributed, sold, and/or marketed by Monsanto (or any of its direct or indirect subsidiaries) or by any company, individual, or entity to the extent such product contains glyphosate exclusively supplied by Monsanto (or any of its direct or indirect subsidiaries) under any brand name (examples include, but are not limited to, Roundup, Landmaster, Honcho, Bullzeye, RT3, Ranger, Lesco, Eliminator, Knockout and Ace):

- On or before June 24, 2020 or
- After June 24, 2020 if the product has a chemical formulation identical to a Roundup Product.

A list of known Roundup Products is available at the website or by calling the toll-free number.

Glyphosate is an herbicide used to kill certain plants and grasses and is an active ingredient in Roundup Products.

**5. What is Non-Hodgkin's Lymphoma?**

Non-Hodgkin's Lymphoma, also known as NHL, is a type of cancer that starts in white blood cells, called lymphocytes. Lymphocytes are part of the body's immune system and helps it to fight infections and other diseases. It does not include Hodgkin's Lymphoma, multiple myeloma, or generally any leukemia that does not contain "lymphoma," "lymphocytic," or "prolymphocytic" in its name. However, it does include hairy cell leukemia and aggressive NK-cell leukemia.

**6. Why is this a class action?**

In a class action, the plaintiffs who file the lawsuit act as "class representatives" and sue on behalf of themselves as well as other people who have similar claims. This group of people is called the "class,"

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX
PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB

4

and the people in the class are called "class members." One court resolves the issues for all class members, except for people who exclude themselves from the class.

Judge Vince Chhabria of the United States District Court for the Northern District of California is in charge of this case. The case name is *Ramirez v. Monsanto Company*, No. 3:16-md-02741-VC & 3:19-cv-02224-VC (N.D. Cal.). The people who sued are called the "Plaintiffs." Monsanto is the "Defendant."

**7. Why is there a settlement?**

Plaintiffs and Monsanto agreed to a settlement. It avoids the cost to both sides and risk associated with a trial and ensures that class members receive benefits. The Court has not ruled in favor of Plaintiffs or Monsanto. Class Counsel and the Class Representatives believe the settlement is in the best interest of the class.

## WHO IS PART OF THE SETTLEMENT?

**8. How do I know if I am included in the settlement?**

You are included in the settlement if you:

- You were exposed to Roundup Products through the mixing or application of those products as of June 24, 2020 and you meet one of the following additional requirements: (1) you were a citizen or resident of the United States as of June 24, 2020, or (2) you claim the exposure occurred in the United States as of June 24, 2020, or

- You are a spouse, parent, or dependent child of a settlement class member, or have a relationship with a settlement class member that would enable you to bring a lawsuit against Monsanto because that relationship ("Derivative Claimant").

- You are an authorized representative, ordered by a court or other official of competent jurisdiction under applicable state law, of deceased settlement class members (and/or their estates), or minor or legally incapacitated or incompetent settlement class members. ("Representative Claimant").

You are not part of the settlement class if you already started a lawsuit or hired a lawyer about any personal injury claim from your exposure to Roundup Products.

**9. Does my immigration status in the United States affect my ability to be in the settlement class?**

No. Your immigration status does not affect your ability to be a settlement class member.

**10. What should I do if I am not sure whether I am included in the settlement?**

If you are not sure whether you are included in the settlement, or have any other questions, call the toll-free number, 1-8XX-XXX-XXXX. You may also send questions to the claims administrator at info@roundupclass.com or at Roundup Settlement, P.O. Box 0000, City, ST 00000-0000.

## SETTLEMENT BENEFITS

**11. What are the benefits of the settlement?**

The settlement fund totals $1.1 billion. The settlement benefits include:

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

5

- **Diagnostic Accessibility Grant Program:** ($100 million - $250 million) Those who live in medically under-served areas of the United States may be eligible for free NHL diagnostic evaluations (see Question 32).

- **Research Funding Program:** ($25 million - $75 million) Funds research into diagnosis and treatment of NHL (see Question 40).

- **Interim Assistance Grants:** (minimum of $650 million) Provides payments of $2,000 to $35,000 for eligible settlement class members with NHL diagnosis from 2016 to 2025. Awards are subject to income requirements. Family members of deceased individuals who qualify for benefits may apply for a payment (see Question 24).

- **Science Panel:** Experts will determine whether exposure to Roundup causes NHL, and if so at what threshold internal dose level (dose greater than xx micrograms/day over a lifetime). The science panel will have four years to make their determination. During that time, the settlement, if approved by the Court, will provide benefits to people who applied/mixed Roundup (see Question 13).

The settlement will also pay the cost for notice and to administer the settlement. Monsanto will separately pay attorneys' fees and costs.

## THE SCIENCE PANEL

**12. Who will be on the science panel, and who determines this?**

The science panel will be made up of five experts who are recognized, independent, and appropriately credentialed epidemiologists, biostatisticians, hematologists/oncologists, and/or toxicologists, or scientific or medical professionals with similar backgrounds and qualifications. The parties (or a third-party agreed-upon by the parties) will select the panel members.

**13. What will the science panel do?**

The science panel will examine existing scientific evidence specified in the settlement agreement (described below) and determine whether being exposed to Roundup Products through mixing/applying those products can cause NHL in humans and, if so, at what minimum dosage level (micrograms per day above which a person exposed to Roundup Products will develop NHL). The science panel will make its determination based on standards written in the settlement agreement.

The settlement agreement is available at the website, www.RoundupClass.com, or by calling 1-8XX-XXX-XXXX.

**14. How long will the science panel take to complete its work?**

It is expected that the science panel will finish its work within four years. If the science panel determines that it needs more time to complete its work, it may ask the Court for an extension. If the science panel takes less than four years, the class will still receive $1.1 billion in benefits, although the programs may be changed.

**15. What evidence will the science panel consider?**

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX
PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB

6

The science panel will consider the following evidence:

- Published United States Environmental Protection Agency ("EPA"), Health Canada, Joint FAO/WHO Meeting on Pesticide Residues ("JMPR"), European Chemicals Agency ("ECHA"), European Food Safety Authority ("EFSA"), New Zealand, Japanese, and Australian carcinogenicity assessments of glyphosate, glyphosate-based herbicides, and/or surfactants;
- IARC Monograph 112 regarding glyphosate;
- All published studies and reviews regarding glyphosate, glyphosate-based herbicides, and/or surfactant epidemiology, exposure/dose, animal toxicology, genotoxicity, and chemical structure and activity;
- All registrant-supplied studies and data submitted to EPA, Health Canada, JMPR, ECHA, EFSA, New Zealand, Japanese, and Australian pesticide regulatory authorities concerning glyphosate, glyphosate-based herbicides, and/or surfactants regarding epidemiology, exposure/dose, animal toxicology, genotoxicity, and chemical structure and activity, provided that if the science panel believes that the underlying data for a particular study is necessary for a complete review of that study, the Science Panel will not consider that study unless such underlying data are contained within the document productions made as of the Settlement Date by anyone in prior litigation involving Roundup Claims or are otherwise publicly available.

If new evidence (that falls within the terms of what the science panel is allowed to consider) becomes available before it completes its work, the science panel may ask the settlement administrator if it can consider that new evidence provided that the science panel believes the new evidence is material.

**16. What will be the effect of the science panel's determination?**

If you are a settlement class member and do not exclude yourself from the settlement, your rights in future lawsuits against Monsanto will be affected by the science panel's determination:

- **If the science panel determines exposure to Roundup Products does not cause NHL:** In future lawsuits against Monsanto (or certain other parties), you will not be able to bring any claim in concerning allegations that Roundup Products caused or is able to cause NHL.
- **If the science panel determines exposure to Roundup Products can cause NHL:** The science panel will also state the threshold internal dose level (dose greater than xx micrograms/day). If you are able to show that you were exposed more than the threshold internal dose level, in future lawsuits against Monsanto, you will be able to claim Roundup Products caused or is able to cause NHL. Monsanto will not be able to claim they did not cause NHL.

Please note the science panel's determination about whether exposure to Roundup Products is capable of causing NHL will not bind Monsanto on any other issue and Monsanto will retain all other defenses in any lawsuit you may bring against it related to exposure to Roundup Products.

**17. Can what the science panel determines be appealed?**

No. If you remain in the class, you will not be able to appeal the science panel's determination. The science panel's determination will be final, and all parties involved in this lawsuit, including the settlement class members, will not be able to appeal it.

**18. How will the science panel be funded?**

The settlement will pay the science panel members and any other science panel costs.

**19. What if new evidence is available after the science panel completes its work?**

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX
PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB

7

Beginning two years after the science panel reports its determination, either Monsanto or a settlement class member diagnosed with NHL may ask the Court to have the science panel reconsider its determination because of new scientific evidence that falls within the terms of what the science panel is allowed to consider, subject to certain limitations specified in the settlement agreement.

If the Court approves the request, the science panel will review the new scientific evidence and decide if it wants to change its determination. If the science panel finds the new evidence changes its original determination, it will submit a written report. The new determination will then be used going forward and will have no effect on any previous lawsuits that used the original determination.

## REGISTER FOR BENEFITS

**20. How can I get benefits?**

You have to register and provide information about your exposure to Roundup Products. You can register online at www.RoundupClass.com or call 1-8XX-XXX-XXXX and ask to register by phone or mail. To receive an interim assistance grant or participate in the diagnostic accessibility grant program, you must first register to participate in the settlement.

The deadline to register depends on the specific benefit you want to request, as well as the date the settlement is granted final approval and any appeals are resolved ("Effective Date"):

- **Diagnostic Accessibility Grant Program**: The deadline to register is 320 days after the Effective Date.
- **Interim Assistance Grant**: The deadline to register is 135 days after the Effective Date of the settlement or the date that the settlement class member is diagnosed with NHL, whichever is later.

**21. How will I know if I am registered?**

You will receive a letter stating whether your registration was approved within 30 days after the settlement administrator receives your registration documents.

**22. Can I appeal if my registration is denied or challenged by Monsanto?**

Yes, you can appeal if your registration is denied or Monsanto challenges your registration. More information about how to appeal will be included in the letter you receive about your registration results.

**23. What if the settlement administrator denies my appeal?**

The settlement administrator decision about your appeal will be final, and you cannot appeal it.

## INTERIM ASSISTANCE GRANTS

**24. What is an interim assistance grant?**

An interim assistance grant is provided to assist lower income settlement class members. These one-time grants (based on year of qualifying diagnosis) can be applied for on behalf of living and deceased settlement class members. The settlement class member must have received a qualifying diagnosis of NHL at some point between 2016 and the date the science panel makes its determination (estimated to

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

8

occur in 2025). A qualifying diagnosis includes documentation of an NHL diagnosis in a pathology report by a Doctor of Medicine or Osteopathy who is board certified in pathology.

These grants will be available to settlement class members who have income at or below 138% to 250% of the level provided in the Poverty Guidelines[1] for each year of qualifying diagnosis. Ranges for the grants by year of diagnosis are provided below:

| Year of Qualifying Diagnosis | Household Income At or Below This Level in Poverty Guidelines | Example of Maximum Income Levels for 4-Person Family (Alaska & Hawaii levels are higher) | Range of Grant Payment |
|---|---|---|---|
| 2016 | 138% | $33,534 | $5,000-$8,000 |
| 2017 | 138% | $33,948 | $10,000-$20,000 |
| 2018 | 200% | $50,200 | $16,000-$24,000 |
| 2019 | 250% | $64,375 | $25,000-$35,000 |
| 2020 | 250% | $65,500 | $25,000-$35,000 |
| 2021 | 250% | Unknown | $20,000-$30,000 |
| 2022 | 200% | Unknown | $10,000-$15,000 |
| 2023 | 138% | Unknown | $6,000-$10,000 |
| 2024 | 138% | Unknown | $4,000-$8,000 |
| 2025 | 138% | Unknown | $2,000-$4,000 |

**Whether the settlement class member has or had health insurance will not impact if they qualify for a grant or their final payment amount.**

When awarding grants, administrators may make exceptions to the criteria noted above based on the settlement class member's individual circumstances. They may make exceptions based on items such as, required household income levels, grant payment ranges, and instances where a settlement class member received a qualifying diagnosis in years other than 2016 to 2025.

**25. Can Derivative Claimants receive interim assistance grants?**

No. Derivative Claimants (spouse, parent, or dependent child of a settlement class member, or people who have a relationship with a settlement class member that would enable them to bring a lawsuit against Monsanto because of the relationship) do not qualify to receive interim assistance grants. However, the next of kin of a deceased settlement class member, who is a Representative Claimant, may qualify for an interim assistance grant, if other criteria are met.

**26. How do I submit an application for an interim assistance grant?**

---

[1] Poverty Guidelines vary by year and are based on number of people in household. More information is available at https://aspe.hhs.gov/poverty-guidelines.

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

9

To apply for an interim assistance grant, you must submit the required information to the claims administrator online at www.RoundupClass.com or by mail. More information about how to apply is available at www.RoundupClass.com or by calling 1-8XX-XXX-XXXX.

Your application will not be complete until the claims administrator receives all of the required information. Applications for interim assistance grants must be complete before or on the date when the science panel delivers its determination, or it will not be considered.

**27. When will I know if I will get an interim assistance grant?**

The claims administrator will review your application and decide if you will get an interim assistance grant, no later than 60 days from the date they received your complete application that includes all the required information and proof of exposure.

**28. Is there a deadline to apply for interim assistance grants?**

Yes. To apply for an interim assistance grant, you must submit the required information to the claims administrator within 180 days after: (a) the date that you are diagnosed with NHL, or (b) the date the settlement becomes final and all appeals have been resolved, whichever is later. In addition, to qualify for an interim assistance grant, you must also have registered to be a settlement class member (see Question 20).

The last date to submit a complete application for an interim assistance grant will be the date when the science panel reports its determination.

**29. Can I appeal a decision to deny or limit the amount of my interim assistance grant?**

Yes, the settlement establishes a process to appeal the results of your interim assistance grant application. More information will be included in the letter you receive about the decision on your grant application.

**30. Do I have to pay a fee to appeal the results of my interim grant assistance application?**

In order to appeal the results of your interim assistance grant application, you must pay a $50 fee to the claims administrator. The fee will be refunded if your appeal is successful or will be transferred into the settlement fund if your appeal is unsuccessful. You may also request that the fee be waived due to financial hardship.

**31. If my application for an interim assistance grant is denied, can I submit another application?**

Yes. Even if you are not awarded an interim assistance grant, you may submit additional applications in the future. However, the claims administrator may stop you from submitting applications that do not contain new information (or information that is significantly different than what you already submitted).

## DIAGNOSTIC ACCESSIBILITY GRANT PROGRAM

**32. What is the diagnostic accessibility grant program?**

The diagnostic accessibility grant program distributes grants to medical providers in certain geographic regions across the United States. It will fund and facilitate diagnostic evaluations of settlement class members for NHL or the cancers described in Question 5.

**33. Why is the diagnostic accessibility grant program included?**

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX
PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB

10

The diagnostic accessibility grant program is intended to help address regional differences that affect settlement class members ability to get diagnostic evaluations for NHL during the time the science panel is completing its work.

### 34. Can I participate in the diagnostic accessibility grant program?

You can participate in the diagnostic accessibility grant program if you have successfully registered to participate in the settlement, have not been diagnosed with NHL, have been exposed to Roundup Products through the application of those products and submit an application that is approved. The application is available at the website or by calling the toll-free number.

If you are a spouse, parent, or dependent child of a settlement class member, or have a relationship with a settlement class member that would enable you to bring a lawsuit against Monsanto because that relationship, you cannot participate in the diagnostic accessibility grant program unless you independently satisfy all the criteria for participation in the program as noted above.

### 35. What do I receive if I participate in the diagnostic accessibility grant program?

If you participate in the diagnostic accessibility grant program, you may be able to receive a free diagnostic evaluation for NHL.

If you qualify to participate and your application to participate in the diagnostic accessibility grant program is approved, it does not guarantee that you will receive any particular type of medical test or that you will be able to obtain a diagnostic evaluation from the medical provider of your choosing. A list of available medical providers will be available only at www.RoundupClass.com or by calling the toll-free number.

### 36. How do I apply to participate in the diagnostic accessibility grant program?

You can submit an application online at www.RoudupClass.com or by mail. Your application must include the registration number you received when you registered to participate in the settlement, confirmation that you have not previously been diagnosed with NHL, and proof that you have been exposed to Roundup Products. The different types of proof that can be submitted is listed in the application, available online or by calling the toll-free number.

### 37. Is there a deadline to participate in the diagnostic accessibility grant program?

Yes. To participate in the diagnostic accessibility grant program, you must submit your application within one year from the date the settlement is granted final approval and all appeals have been resolved. You must also have registered to be a settlement class member (see Question 20).

### 38. What medical providers can receive grants to participate in the diagnostic accessibility grant program?

Medical providers who qualify under the terms of the settlement agreement and the diagnostic accessibility grant program will be able to apply to receive grants under the diagnostic accessibility grant program.

### 39. How will I find medical providers in my area that participate in the diagnostic accessibility grant program?

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

11

After the settlement becomes final, an outreach program will inform settlement class members who reside in the specific geographic areas where the NHL diagnostic evaluations are available and will identify medical providers in those areas.

## RESEARCH FUNDING PROGRAM

**40. What is the research funding program?**

The research funding program is a program that will be established to fund medical and/or scientific research into diagnosis and treatment of NHL.

**41. Can I participate in the research funding program?**

Settlement class members may have the opportunity to actively participate in the research conducted in the research funding program. The lawyers for the class (known as "Class Counsel") and Monsanto's counsel will create a process for you to participate if you qualify and want to participate. You will not receive any money if you participate in the research funding program and no settlement class member is guaranteed to be able to participate in the research conducted through the program.

**42. When will the research funding program begin?**

The research funding program will begin after the Court issues an order and judgment finally approving the settlement. Class Counsel and Monsanto's counsel will then request proposals for medical and/or scientific research into the diagnosis and treatment of NHL from medical and scientific professionals and entities.

## HOW YOUR LEGAL RIGHTS ARE AFFECTED

**43. What am I giving up if I stay in the settlement?**

If the settlement is approved, settlement class members will:
- Be bound by what the science panel determines about whether exposure to Roundup Products can cause NHL, and if so, at what threshold internal dose level (dose greater than xx micrograms/day over a lifetime). This means you will not be able to claim anything different than what the science panel determines in future lawsuits against Monsanto (or certain other parties).
- Not be able to begin or continue to sue Monsanto (or certain other parties) about claims related to being exposed to Roundup and NHL until the science panel completes its work and submits its report to the Court.
- Not be able to claim punitive damages or seek medical monitoring in lawsuits against Monsanto (or certain other parties). Generally, punitive damages are not intended to pay people for their losses, but rather to provide a monetary award that is used to discourage a defendant and others from committing similar acts in the future.
- Not be able to bring claims against Monsanto (or certain other parties) related to your participation, if any, in the Diagnostic Accessibility Grant Program, the administration of certain liens, certain government reimbursements, and the administration of the settlement agreement.
- Not be able to bring any claims against the science panel.

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

12

Section 15 of the settlement agreement contains the complete text and details of what settlement class members give up unless they exclude themselves from the settlement, so please read it carefully. The Settlement Agreement is available at www.RoundupClass.com and describes the claims that you give up if you remain in the settlement.

You will keep your right to sue Monsanto about any compensatory claims (such as pain and suffering) you have for personal injuries related to exposure to Roundup Products.

## THE LAWYERS REPRESENTING THE CLASS

**44. Do I have a lawyer in this case?**

Yes. The Court has appointed a number of lawyers to represent all settlement class members as "Class Counsel," and "Subclass Counsel" without charge to you. They are:

| | |
|---|---|
| Robert L. Lieff<br>Elizabeth J. Cabraser<br>Steven E. Fineman<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111<br>Telephone: 415.956.1000 | James R. Dugan, II<br>TerriAnne Benedetto<br>THE DUGAN LAW FIRM, APLC<br>One Canal Place<br>365 Canal Street, Suite 1000<br>New Orleans, LA 70130<br>Telephone: 504.648.0180 |
| William M. Audet<br>AUDET & PARTNERS, LLP<br>711 Van Ness, Suite 500<br>San Francisco, CA 94102<br>Telephone: 415.568.2555 | Samuel Issacharoff<br>40 Washington Square South<br>Suite 411J<br>New York, NY 10012<br>Telephone: 212.998.6580 |

You will not be charged for contacting these lawyers. If you have any questions about the settlement, you can talk to the attorneys from Lieff Cabraser Heimann & Bernstein, LLP and The Dugan Law Firm, APLC or you can hire your own lawyer at your own expense.

- **Subclass 1:** If you have been diagnosed with NHL as of the date of the settlement agreement in this case, you are represented by Class Counsel and Subclass Counsel.

- **Subclass 2:** If you have not been diagnosed with NHL as of the date of the settlement agreement in this case, you are represented by Class Counsel and Subclass Counsel.

**45. What if I have already hired an attorney or filed a lawsuit against Monsanto about exposure to Roundup Products?**

If, before June 24, 2020, you began a lawsuit or hired a lawyer about any personal injury claims about exposure to Roundup Products in the United States, you are not a member of the settlement class, and you are not affected by this notice.

**46. How will the lawyers be paid?**

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX
PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB

13

You do not need to separately pay the lawyers representing the settlement class. Monsanto will pay attorneys' fees and costs in addition to the benefits it is providing to the settlement class members in this settlement. At a later date to be determined by the Court, Class Counsel and Subclass Counsel will ask the Court to award attorneys' fees and reasonable costs. Counsel will also request that the Court award payments to the class and subclass representatives. At that time, the motion will be posted on the settlement website, www.RoundUpClass.com and settlement class members will have an opportunity to comment on and/or object to this request. The Court must approve the request for the award of attorneys' fees and costs.

**Any attorneys' fees and costs awarded by the Court will be paid separately by Monsanto and will not reduce benefits to settlement class members.**

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want benefits from this settlement, but you want to keep the right to sue Monsanto on your own about all the legal issues in this case, then you must take steps to get out of the settlement. This is called excluding yourself – or it is sometimes referred to as "opting out" of the settlement.

**47. How do I get out of the Settlement Class?**

To exclude yourself (or "opt-out") from the settlement class, you must mail a letter or written request on or before **Month XX, 2020**. You can also exclude yourself online at www.RoundupClass.com. Your request must include:

- Your name, address, telephone number; and date of birth;
- A copy of your driver's license, other government-issued identification, or the statement "Under penalty of perjury, no such identification exists. I do not have a driver's license or government-issued identification" along with your social security number (or other government-issued identification number);
- A statement saying, "I wish to exclude myself from the Settlement Class in *Robert Ramirez, et al.* v. *Monsanto Company*, No. 3:16-md-02741-VC & 3:19-cv-02224-VC;" and
- Your signature (you must personally sign the letter).

**Note:** Electronic signatures in any form will not be accepted.

Your exclusion request must be postmarked no later than **Month XX, 2020**. Send your request to:

> Roundup Settlement
> P.O. Box XXXX
> City, ST XXXXX-XXXX

**48. If I do not exclude myself, can I sue Monsanto for the same thing later?**

No. Unless you exclude yourself, you will remain in the settlement class and give up any right to separately sue Monsanto for the claims made in this case.

**49. If I exclude myself, can I still get benefits?**

No. If you exclude yourself, you will not get any benefits from the settlement. However, you can choose to cancel your exclusion request so you can receive benefits (*see* Question 50).

**50. How do I cancel my request for exclusion?**

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

14

If you exclude yourself from the settlement class, you can cancel your previous exclusion request by writing to the address in Question 47. Your request to cancel your exclusion request must be received before the Court grants final approval of the settlement and all appeals have been resolved.

## OBJECTING TO THE SETTLEMENT

You have the right to tell the Court that you do not agree with the settlement or any or all of its terms.

**51. How can I tell the Court if I do not like the settlement?**

As a settlement class member, you have a right to object to or comment on any part of the proposed settlement. The Court will consider your views when deciding to approve the settlement. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court does not approve the settlement, no settlement benefits will be paid, and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed settlement must be in writing. However, this requirement may be excused if you show good cause as to why you were unable to submit your objection in writing. To object, you must send a letter stating that you object to *Robert Ramirez, et al.* v. *Monsanto Company*, No. 3:16-md-02741-VC & 3:19-cv-02224-VC. Your written objection must also include:

- Your name, address, telephone number, and date of birth;
- Written evidence that shows you are a settlement class member;
- A written statement of your objection(s), including any specific reasons, legal support, and/or any supporting evidence you wish to bring to the Court's attention;
- Any other supporting papers, materials, or briefs that you want the Court to consider;
- A written statement listing: how many times that you or the lawyer representing you have filed an objection to any other class action settlement in the previous five years, the names of the lawsuits in which the objections were filed, what the objections were about, and how the objections were resolved;
- A statement of whether you intend to appear or speak at the Fairness Hearing; and
- Your signature (you must personally sign the letter).

You must mail your objection or deliver it in-person to the Court at the address below:

| **COURT** |
|---|
| Class Action Clerk |
| United States District Court |
| Northern District of California |
| Phillip Burton Federal Building & United States Courthouse |
| 450 Golden Gate Avenue |
| San Francisco, CA 94102 |

Objections must be filed or postmarked on or before **Month XX, 2020**.

If you hired a lawyer to represent you and file your objection, your attorney must:
- Follow the steps to object to the settlement as listed above;
- File a notice of appearance with the Court by **Month XX, 2020**; and

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

15

- File a declaration stating every settlement class member that he/she is representing/filing an objection or a copy of the contract between them and each settlement class member.

If you make a good-faith attempt to follow the above procedures, but do not comply with one or more of the specific requirements, your objection will still be considered by the Court.

### 52. Can I both object to and exclude myself from the settlement?

No. If you exclude yourself you will no longer be part of the settlement. In order to object to the settlement, you must be a member of the settlement class.

## THE FAIRNESS HEARING

The Court will hold a final hearing (called a Fairness Hearing) to decide whether to finally approve the settlement. You may attend and ask to speak, but you don't have to.

### 53. When and where will the Court decide whether to approve the settlement?

The Court will hold a Fairness Hearing at **X x.m.** on **Month XX, 202X**, at the United States District Court for the Northern District of California, in Courtroom X, Phillip Burton Federal Building & United States Courthouse, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

The hearing may be moved to a different date or time without additional notice, so check www.RoundupClass.com or the Court's Public Access to Court Electronic Records (PACER) system for updates. At the Fairness Hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the settlement. We do not know how long these decisions will take.

The Court will consider the request for attorneys' fees and reasonable costs by Class Counsel (*see* Question
46) after the Fairness Hearing, at a time that will be set at a later date by the Court.

### 54. Do I have to attend the hearing?

No. Class Counsel and Subclass Counsel will attend the hearing and answer the Court's questions. If you sent or filed an objection, the Court will consider it even if you do not attend, as long as it was sent on time. You may, however, attend the Final Approval Hearing at your own expense, or pay your own lawyer to attend.

### 55. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must include a statement in your written objection that you intend to appear at the hearing. You cannot speak at the hearing if you exclude yourself from the class.

## IF YOU DO NOTHING

### 56. What if I do nothing?

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

16

If you do nothing, you will be a member of the settlement class.  You will be bound by the science panel's determination; you will not be able to sue the Monsanto Parties or Related Parties in the future for punitive damages (see Question 43) and will not receive an interim assistance grant or be able to participate in the diagnostic accessibility grant program.

## GETTING MORE INFORMATION

**57.  Where can I get more information?**

This Notice summarizes the proposed settlement.  More details are provided in the settlement agreement, available at the website.  You can get more information, including answers to questions about the settlement and important documents about the case, including a full copy of the settlement agreement, any motions for approval and attorney's fees, and the Court's order approving the settlement, by visiting www.RoundupClass.com, emailing info@RoundupClass.com, calling 1-8XX-XXX-XXXX, or writing to Roundup Settlement, P.O. Box 0000, City, ST 00000-0000.

You may also be able to access the settlement agreement and other Court documents by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX**
**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR NUESTRO SITIO WEB**

17