# MESSINA DECLARATION

# EXHIBIT B

# KEY RESEARCH FINDINGS



**Table of Contents:**

Executive Summary                                                                                                               1

Survey Findings - US                                                                                                            2

IDI Research Findings                                                                                                           8

Survey Findings - Mexico                                                                                                       15

**Executive Summary**

1. **Notice should target different types of people, not different occupations.** We saw this in the survey as some of the richest analysis came from breaking out farmworkers into white and non-white and seeing the differences.  When they were combined the aggregate papered over these significant differences.  The IDIs confirmed this dynamic - regardless of work, your reality was more similar to someone who spoke the same language than someone with your same occupation.

2. **For seasonal workers, a year is a series of multiple jobs.** The complication on targeting by occupation is exacerbated by the fact that seasonal workers tend to work multiple manual labor jobs over the course of a year, so it's not as easy to segment out a true "farmworker."  Many migrant workers also do construction and restaurant jobs if they are in the same place year round while they wait for crops season.

3. **By and large these populations feel healthy and our messaging should adjust as such**.  Perhaps this is because they are removed from the coronavirus hotspots and with low awareness of the RoundUp case before the Settlement is announced.  But, they are not waiting on this Settlement or the benefits it might provide them.  Notice should not be messaged as a "savior" for the NHL problem because it won't resonate.  Rather, it should be presented as a tool for these populations to feel empowered to control their own health and well-being, as that is the emotion more relevant today.

4. **Without urgency around NHL and RoundUp, we should utilize existing, trusted channels to penetrate the consciousness of these groups.**  Across all these target profiles, the groups they trust are local, local, local.  Lawyers on ads on national TV



channels couldn't feel more removed from their reality.  Rather, targeted messaging, partnering with trusted surrogates, advertising on the weather apps they use for their jobs, utilizing radio during commutes, and making the Notice very bespoke to each region all will increase the credulity and power of the message.  While all local, the specific trusted sources for information are very different depending on target group:

- The non-migrant, white farmers are much more apt for self-directed discovery, so more online ads to raise awareness, and then they seek to verify with the local chapters of their professional organizations or their doctor, so ties into local hospitals, clinics, and directly with medical professionals.

- Migrant, non-white farmers are much less professionally networked and do not have have strong bonds with a certain doctor.  These groups trust community organizations focused on health services and workers' rights.  They also rely on their church for information.

**Survey Findings - US**

To comprehensively understand the media consumption habits and behaviors around medical and health information for the potential class members, we designed a research plan with breadth and depth.  We dove deeply into the individual experiences of our target profiles through in-depth interviews with migrant agricultural workers, non-migrant agricultural workers, and landscapers.  Those long-form interviews gave us the stories about how potential class members consume media and respond to health and medical information.  They conveyed details, emotions, and nuance which will inform our strategies to reach these groups.

Then, to validate these findings and refine our strategies, we fielded a nationwide survey of 506 respondents who matched our key population profiles across our key at-risk states.  We sampled only individuals who worked in the key industries most impacted by professional RoundUp exposure: landscaping and groundskeeping; agriculture/farming; and farm, ranch or aquaculture animals.  And, we distributed that sample proportionally across the country according to each state's share of population at risk of RoundUp professional exposure.

*Who we reached*

We allowed respondents to choose all the types of work they have done in the past 12 months.  Our sample included 46% whose primary role is agricultural worker/farmworker, 29% whose primary role is landscaper/groundskeeper, and 27% whose work is either agriculture equipment operation, farmworker supervisor, or agriculture inspector.  To tailor outreach going forward, **we can pull data from any occupational subgroups as needed**.


An interesting finding from the sample is these occupations are not siloed.  In fact, we see a great deal of overlap between different types of workers.  As is the nature of seasonal work, over a third of agricultural workers report doing landscaping or groundskeeping work and a fifth report doing construction in the past 12 months.  Landscapers are slightly more specialized, with a majority working on private residences, a quarter working on commercial real estate, and a fifth working on sporting facilities like golf courses or fields.  Still, a third of landscapers report additional work in the past 12 months, including facilities management, custodial, or janitorial work.

In sum, **occupation alone is not a clear dividing line between our target profiles, so we must accept some leakage and crossover when focusing solely on occupation for Notice.**

*Meeting the mood of the moment*

Amid the twin ruptures of COVID-19 and protests around police violence taking place in our society, striking the right tone for outreach and reaching the right people are critically important.  We cannot assume that just because the Settlement is doing the right thing that (a) it will be heard, and (b) that it will be supported.  There are three recommended guiding principles from the research to ensure our Notice Plan is successful.

1. **People are not looking to this Settlement to save them.** It is critical to understand what role a Settlement like this is playing - is it a solution people have been waiting for, is it a solution people don't know they need, or, rather than a solution to a problem, is it a tool for people to solve a problem themselves?  The data suggests the best role is to position the Settlement as a tool for beneficiaries.

    First, this population thinks of itself as fairly healthy. Almost half of the sample rates their health an 8 or higher out of 10 and only a quarter rates their health a 5 or below. This is consistent across key demographic groups, including our white and non-white agricultural workers and landscapers.

    They also are not very worried about the impact their work will have on their health.  Less than a third of participants think about that impact on a daily basis while a quarter think about it only weekly.  And, while a third say handling toxic materials and products is the top workplace hazard, it only ranks slightly higher than workers being overworked and tired, hazards resulting from faulty equipment, and a lack of PPE.

    Despite the COVID-19 pandemic, these numbers are low.  We do not see urgency today around the health issue this Settlement is addressing.  Accordingly, Notice with a savior tone will not meet potential claim members where they are.



The one exception is non-white agricultural workers.  They are more worried about their health and generally more likely to pay attention to their work's impact on their health.  Still, these agricultural workers also report being less worried about harm from handling toxins and their top concern is human error by workers, so even an aggressive campaign directed to them would need to start by informing rather than jumping to alarm.

As you know, by design, we did not ask any questions about RoundUp specifically so we do not know whether RoundUp is seen as an urgent problem among our target population.  However, among our IDIs it was raised organically by some interviewees who were split about whether or not it is dangerous. Once we test specific ads naming RoundUp and see reactions after some information is given, we will be able to measure whether the urgency for the benefits of the Settlement increases. But, until then, we can't assume people will be looking out for what we offer.

2. **The Settlement can empower people by giving them control.** So, how do we position the Settlement if people are not necessarily looking for it?  The survey data suggests the benefits offered by the Settlement might be best positioned as tools to empower potential claim members to have more control over their health.  Amid these uncertain times, people want to feel like they are in control.  This holds true for healthcare.  A majority of respondents feel they have control of what happens to their health.  And, more people say they would participate in free health services available to them without question than are reticent and say they would need more information.  Offering services to give people control will appeal to class members' proactive approach to their own health.

That said, again, there is a stark break on racial lines.  Almost two thirds of whites say they have control over their health, which is two times those who say their health is beyond their control.  This is compared to a split opinion among non-whites, with (46%) saying their health is beyond their control versus 46% who say they have control.  Hispanics drive this split, with a majority (52%) saying their health is beyond their control vs. 39% who say they have control over their health.

For the Notice Plan, bifurcating its message by language is important with the English message centering around *how* it gives people tools, at no cost, to test their health, while the Spanish message should focus more on providing information about *why* this is important and benefit them.

3. **Local third party partners increase credibility for discovery and learning.**  Beyond tone, the biggest obstacle for outreach is gaining the trust of our target beneficiaries.  This trust can be broken into two parts: that people believe what is being offered and that people believe the messenger.



To overcome reticence about whether they would take free health services, Latinos need to trust what is being offered.  The good news is that Latinos are particularly trusting of local community organizations, so raising awareness through those groups, especially on how this would ease their daily concerns over workplace health, will confer credibility of the whole endeavor to that target population.

For whites (and white agricultural workers) the source of mistrust is different.  Whites mistrust formal sources of information, like the TV news.  A strong majority also favors local community organizations over national organizations, so local third party credibility is important as they discover the Settlement.  Different from the Latino population, rather than focusing their efforts on community organizations, the white population is much more apt to be self-directed as they learn about issues.  Influencing this process can include making inroads with their doctors and their employers that they trust, and ensuring online ad coverage to point this population in the right direction during their self-guided internet searches.

*Different realities for white and non-white agricultural workers*

The different types of our potential class members have different media consumption behaviors. This is particularly true among white and non-white agricultural workers. The two distinct populations require distinct outreach approaches for Notice.

Before behavior differences, it is important to understand what differentiates these groups beyond race. Compared to their nonwhite counterparts, the white agricultural workers we reached tended to be older and in more stable living situations - more own their own home and are married.  For both groups, church is the top reported group they belong to (41% of white agricultural workers and 32% of nonwhite agricultural workers report belonging to a church). Among those who are affiliated with a church, white agricultural workers attend more regularly than nonwhite agricultural workers (41% of white agricultural workers within the last month to 25% for nonwhite agricultural workers).

==White agricultural workers disproportionately live in the Midwest, the Pacific Northwest, and the South, while non-white agricultural workers disproportionately live in California, Texas, and the South.  White agricultural workers tend to live in rural areas while non-white agricultural workers live in urban and suburban areas and commute to work.  The ratio of self-identified Republicans to Democrats is 2:1 for white agricultural workers and almost exactly flipped for nonwhite agricultural workers at 2:1 Democrats to Republicans.==

We broke out these two groups in our IDI research and will have much more nuance about their experiences through those stories.  Here, we lay out the survey data to locate those stories in broader context, and highlight key similarities and differences between the two groups:



- **White agricultural workers trust their doctors and their employers for information:** For both white and non-white agricultural workers, a majority trust local, community organizations over national organizations.  So, hyper-local outreach is critical for both groups.  This is consistent with the IDI findings.  The most trusted people in the lives of white farmers are medical professionals, followed by their employer.  These groups are approximately two times more trusted than any level of government official or any nonprofit.  To ensure white agricultural workers' buy-in, our efforts must run directly through their doctor's office and workplace.

- **Non-white agricultural workers are much more wary:** Non-white agricultural workers are overall less trusting of institutions.  Doctors are the messengers they trust most along with nonprofits providing health services and worker support.  Any outreach to this audience about the class needs to be filtered through these trusted, local, non-governmental and non-authority sources.

- **Non-white agricultural workers need more medical care:** Nonwhite agricultural workers' reticence to accept free medical services does not mean those services aren't needed.  Only 43% have personal healthcare coverage compared to 62% of white agricultural workers and a majority worry about their health as a result of their work (unlike white agricultural workers).  Unsurprisingly, there are systemic issues that create distrust.  The obstacle to getting healthcare for nonwhite agricultural workers is a mix of lack of knowledge, access, and peace of mind about their privacy.  While a third do go to clinics and hospitals, nonwhite agricultural workers disproportionately use phone consultations and rely on nonprofits providing health services for their healthcare.

- **It is easier to passively get health-related information to non-white agricultural workers, but it is easier to get engagement from white agricultural workers:** Non-white agricultural workers want health information, looking across online channels (Google Search, YouTube--which is the top used app--and Facebook) and half are getting online daily.  But, should they come across a healthcare alert, they do less with that information.  White agricultural workers behave in the opposite manner. They seek out information less frequently, but in the event of an alert, they seek out more information from their doctors, searching online and speaking to friends and family. Calls or texts to their phone and emails are more common to receive information for both white and non-white agricultural workers, although non-white agricultural workers are a little more open to receiving these alerts on social media, in posts or groups.

*Channels to reach key audiences*

Overall the top channels respondents use to seek out medical information are online news and Google Search, followed by a mix of social media channels and word of mouth, then TV and newspapers.  Non-white agricultural workers we interviewed in the IDIs discussed using social



media platforms, and our survey suggests that YouTube is a particularly fruitful channel to reach this audience.

It is worth noting a divergence between our survey and IDI results when it comes to agricultural workers' preferred media channels.  ==Survey responses suggest mostly online news (WebMD, online newspaper sites, blogs) and search engines (Google Search), while IDIs paint a more nuanced picture of different channels depending on different times a day.==

This divergence is partially due to - and addressed by - the design of the research.  The online survey naturally includes more people who can be reached online, while the phone interviews eliminate modal biases by reaching a broader group of people.  ==Thus, we should treat our online survey results as an excellent barometer to understand how to allocate online resources and to whom, but recognize that it misses people who won't be touched by an online presence.==

To get the nuance of those who are more offline, we conducted over 50 IDIs to capture the voice of the profiles of the key potential class members less likely to be present on online survey panels.  Our IDIs suggest more use of radio and TV compared to the survey sample.  As one farmer explained in an IDI, *"if you're trying to get farmer information, or get them to look at a website or something, the real issue is we don't have cell coverage in the fields."*

For IDI participants, TV and online are essential in the mornings and evenings, while radio consumption occurs throughout the day.  Accordingly, the daily media placement pattern we heard is as follows:

- **Early AM:** Radio during work commute and local TV news
- **Midday**: Radio and online ads during lunch hour
- **Afternoon**: Radio during return commute
- **Evening**: Lots of TV (everyone watches the nightly news) and social

Radio holds significance among these populations.  Some non-migrant agricultural workers say they listen to the radio whenever they are in their truck and out in the fields.  One said this could be probably six hours a day.  Still, there are some idiosyncrasies here.  One farmer said they use the radio more consistently but still do their self-directed search online: *"I listen to the radio, but I get 90% of my information through my cell phone."*  Moreover, they also said they could listen to the radio any time throughout the day, meaning getting information to them via this source has to rely on a constant drumbeat because otherwise it is not very predictable.  Some of the migrant agricultural workers reported that if they listen to the radio in the fields, they typically listen to music, not talk radio or news.

Another key finding that was consistent across both the survey and IDI research streams was YouTube emerging as a top-tier online resource for news, for health advice, and for home remedies.  ==Almost every migrant agricultural worker mentioned YouTube in their IDI.==  In addition



to being popular among younger people and Latinos, we also heard from IDIs with older male agricultural workers and middle aged female landscapers that they, too, rely on YouTube for all sorts of things - from learning to entertainment to sports.  ==For the other key social channels, in both the survey and the IDIs, Google Search, Facebook, Instagram, and YouTube dominate.==  Secondary channels, like Twitter or Pinterest or a streaming service are not where they spend most of their time online.

**IDI Research Findings**

In-depth interviews with hard-to-reach potential class members offered valuable firsthand insights into how potential class members consume media and respond to health and medical information.  We quantified our qualitative findings above, and below detail the nuance around these insights.

We conducted a total of **50 interviews,** comprised of: **15 non-migrant agricultural workers**, **13 landscapers** (including 8 English and 5 Spanish speakers), **16 migrant agricultural workers**, and **6 migrant agricultural workers** who formerly worked in the US and currently reside in Mexico.

Demographic data for each group is as follows:

- **Non-migrant agricultural workers -** These participants were largely older, white men. The specific breakdown included thirteen men and two women; two individuals older than 65, nine 45-65 year olds, and four 26 to 45 year olds; thirteen white and two black participants.
- **Landscapers -** These participants were mostly men, but the age range was a little younger, so more middle aged overall, with eleven men and two women and six 46-65 year olds, five 24-45 year olds, and two 18-25 year olds.  They were more racially mixed with seven Hispanic and six White participants; five Spanish-speakers and eight English-speakers.
- **Migrant agricultural workers -** These were mostly women, all Hispanic by research design, and a mix of ages.  The specific breakdown included  six men and sixteen women; nine 45-65 year olds and thirteen 26-45 year olds; twenty-two Hispanic participants.

In conjunction with the data we received from Verus and working with Kinsella Media, non-migrant participants were selected from counties with the highest populations of at-risk persons across the country.  All migrant interviews were conducted and analyzed in Spanish, with participants across numerous states.



The diversity and breadth of our qualitative sample yielded an immediate finding that language and race are stronger indicators of behavior than occupation. Language and ethnic background are clear dividing lines more than the work people do at any given time. This corroborates the survey findings which showed occupation is not clearly siloed and people do multiple types of work over a 12 month period. Accordingly, we distinguish between English-speaking and Spanish-speaking landscaper interviews in this analysis. The former are more aligned with their English-speaking non-migrant counterparts in agriculture, while the latter—though they are non-migrant workers—are more closely aligned with migrant agricultural worker audiences.

Almost assuredly the primacy of language and ethnicity as behavior drivers is connected to income, opportunity, and stability of social status. It is out of scope of this study to dive in further on the cause of these differences, so we will focus on how they behave differently. Broadly the biggest difference between English-speaking and Spanish-speaking agricultural and landscape workers is their connectivity to institutional networks. English-speakers were much faster to cite trusted relationships they have with their doctors and local chapters of professional associations they rely on. The networks available to Spanish-speakers are much narrower, often more concentrated on nonprofit service organizations and their connections via social media platforms.

So, for our Notice Plan, it is important to think about outreach in terms of the types of *people,* many who do multiple jobs, rather than types of *occupations* people hold. The trusted sources of information are different, the cycle of influencing others are different, and the networking effect is different.

*Non-migrant farmers/agricultural workers (15 interviews)*

Non-migrant agricultural workers overwhelmingly report being in excellent health, echoing agricultural worker sentiments in the survey. Most feel at low to no-risk from COVID-19 and struggle to think of another example of a health alert relevant to their lives. Those that can cite an example vaguely recall issues related to the ozone, the West Nile Virus, and local asbestos removal concerns. Accordingly, most non-migrant agricultural workers report only seeking out information related to health weekly or monthly, and those who say weekly appear to be doing it more often than is typical as a result of COVID-19. Most don't imagine sharing the information they learn with others beyond their immediate family.

==Non-migrant agricultural workers rely on a mix of TV, radio, and social media to receive news. As noted in the survey report, IDIs were necessary to reveal this important context as non-migrant audiences are not as frequently online and therefore more difficult to reach through online survey panels.== Most start their days with local TV news and radio, some listen to the radio throughout the day, and nearly all receive at least some of their news from social media, typically around the hours they're also watching the evening news or relaxing on their lunch breaks.



Consistent with the survey results, non-migrant agricultural workers are most likely to trust news from local sources.  Their reason is that they believe these messengers have their best interests in mind.  Participants across all audiences express their lack of confidence in the impartiality and reliability of national media channels.  They also do not trust the government.  There is consensus that the government provides the public incomplete health information either to serve its own interests (There was an undercurrent of conspiracy theorizing amongst this set.) or just due to bureaucratic incompetence.

> *"I rely more on local news than I do on any of the big box organizations."* — Landscaper (English-speaker), North Carolina

Another messenger non-migrant agricultural workers trust to provide accurate information and advocate on their behalf is The Farm Bureau.  While the organization is national, participants feel connected to their local chapters and confident the information they receive is relevant.  The Farm Bureau is one of the more positively rated organizations tested in our survey for this population as well.  Union members were a minority for this group in both the IDIs and the survey.  Unions were not rated as positively by this group, and the majority of non-members in the IDIs said they would rather not receive information from a union.

> *"The local Farm Bureau has been really good about trying to keep us updated, especially about coronavirus. I get phone calls, emails, and go to monthly meetings."* — Non-migrant agricultural worker, California

You can reach non-migrant agricultural workers on their phones through advertising on relevant local weather apps like KCRG Weather and Western Weather Group, where they spend most of their phone time.  These farmers also use social media platforms (primarily Facebook), though to a lesser degree than migrant agricultural workers.

Our survey found that white agricultural workers are proactive and self-directed in how they learn about health issues.  A majority rely on news aggregators—specifically Apple News and Google News—to access the news as part of that process.  While they likely get health news generally, they then do internet searches or go to WebMD or the Mayo Clinic site to learn more.  They also frequently cite going directly to their personal doctors to learn more.

*Non-migrant landscapers (13 interviews)*

Landscapers, like their non-migrant agricultural worker counterparts, generally believe themselves to be in good health.  Interestingly, here legal status does play a significant role as Hispanic landscapers report themselves in better health than Hispanic migrant agricultural workers.  But, landscapers are more attuned to their health and are quick to list myriad ways the



workplace environment is dangerous—slips and falls, chainsaw accidents, chemical-based eye injuries—although they generally do not worry about their own health and safety.

Media consumption habits among English-speaking landscapers largely mirrors their non-migrant counterparts — TV, radio, and social media dominate.  Those participants who speak English leverage social media platforms like Facebook Marketplace to advertise their services or side-jobs, and report using social media more often during working hours than do non-migrant agricultural workers.

English-speaking landscapers rely more on local industry businesses and organizations for information than national ones.  Many report local arborist associations businesses carry magazines, offer listservs, and host events participants find relevant and reliable.

Two of nine English-speaking interviewees raised the Roundup case unprompted, each asserting a calcified opinion.  One participant swore off Roundup years ago after learning about its carcinogenic effects.  The other participant, referenced in our midstream report, believes the ties to cancer are a hoax.  Both were convinced by their landscaping communities.

> *"Roundup — that was in all the landscaping magazines. It causes cancer. It was proven. I won't use it, I refuse to use it, and if I see somebody using it I tell them not to use it. It was a couple of years ago. I saw the ads on TV in New York, but I definitely read about it in Lawn and Landscape, I think it's called. Another is Pro Landscaping or something like that."* — Landscaper (English-speaker), Florida and New York

Spanish-speaking landscapers do not report getting information from vocational organizations.  They are less professionally networked but more socially networked.  This audience relies heavily on social media — specifically, YouTube, TV and Facebook.  They use YouTube to seek out information on nutrition and home remedies, as well as to stream the news (Univision and Telemundo broadcasts on YouTube).  Radio is relevant to some but less commonly relied on than it is by agricultural workers.

> *"On YouTube, I search Telemundo news, that's how I get most news.  I almost never read newspapers.  Sometimes I listen to the radio, in LA there's a station, they have 20 minutes of news, that's how we get some news, too."* — Landscaper (Spanish-speaker), California

*Migrant agricultural workers (US and Mexico, 22 interviews)`*

From our target populations, migrant agricultural workers appear to be much more vulnerable in terms of health and wellness.  Consistent with our survey finding that showed a majority of non-white agricultural workers worried about their health, migrant IDI participants are more



concerned than non-migrants. Approximately half of these IDI participants report being in good health, but the other half report significant health concerns ranging from advancing age to high blood pressure to back strain from working in the fields all day. Several migrant agricultural workers also referenced concerns about the pesticides they work with, explaining negative side effects such as eye irritation and skin problems that their employers failed to address.

> *"They do not give us workers any information about the dangers or risks that we run while working in the fields. In fact, they just tell us, 'They are going to fumigate, we are not going to work.' A day or two later, they send us back to the fields. We do not know how much that fumigation can harm us. We do not know if it has already been cleared or if it is going to harm us. We don't know how serious it is because they don't give us information."* — Migrant agricultural worker, California

> *"I have worked in some places where the owner himself acts like nothing is happening when the chemicals are mixed. He says that nothing happens to you, that it is not dangerous, that it simply affects the crops to which it will be applied."* — Migrant agricultural worker, FL

Migrant agricultural workers feel increased pressure due to the COVID-19 pandemic: many report that their employers have cut hours, and some even lost their jobs entirely at the beginning of the pandemic, but are now working again. This is distinct from non-migrant agricultural workers who are more mixed and case-specific. ==However, across migrants and non-migrant agricultural workers, the pandemic has spurred all to search for health-related information more frequently, usually at least once a week.==

A significant difference between migrant and non-migrant agricultural workers is their connections to institutions like private clinics or personal doctors. While non-migrant agricultural workers cite their doctor as one of their most trusted resources for health information, there is not the same connection and intimacy between migrant agricultural workers and their providers of care. That is not to say migrant agricultural workers are not without care. About two thirds of the migrant agricultural workers interviewed reported having some access to healthcare while in the US. But, that care usually comes through a local clinic, and only about a third had access to regular health checkups. Others use health services only in cases of emergency, with cost and legal status being the main obstacles. Suffice to say, they are less personally connected to their doctors and that is not a trusted source for verifying or receiving information.

Community organizations are essential to earning the trust of non-migrant workers. In line with our survey findings, despite lacking access to healthcare, migrant workers are reluctant to accept free health services without first gathering more information. They are not doing proactive self-guided searching for information but rather get their information via phone, group message, or in person from local community leaders and groups. One migrant agricultural



worker in California said that when she finds out about services being offered for agricultural workers, she makes sure to verify this information with a community organizer before proceeding.

> *"[When I find information about health services] I share it with someone from Lideres Campesinas. I ask her if what they said is true. I trust her, Lideres Campesinas has become my trusted source to tell me, 'can I proceed or will they detain me? Is it true or not?' And they give me that information, because of course, I don't have all that information clear." —* Migrant agricultural worker, California

Another mentioned that she relied on her social worker for health advice because she could not afford health services in the US.

> *"Thankfully my social worker helped me a lot. When I had an eyesight problem, they told me that I may need to stop working with the crops because the fertilizers might be affecting me. I always tried to not get sick, to follow the proper steps according to what my mother told me because getting sick in the U.S. is very expensive. You don't have the luxury to say 'I don't feel well, I'm not working today' because you have to pay rent, water, electricity." —* Migrant agricultural worker, Tijuana

Migrant workers rely heavily on local community organizations to gather and process information. These workers rely on community organizations that provide services around health and legal services, as well as workers' and immigrants' rights. Like Spanish-speaking landscapers they are less connected to professional associations. Approximately half of migrant workers are familiar with United Farm Workers, though they know the organization as "The Union of Cesar Chavez and Dolores Huerta". Those who are aware of UFW feel favorably about its work and trust it to provide reliable information—a stark contrast to the non-migrant agricultural workers who felt negatively about the organization.

Attending church typically provides a forum to exchange information. ==In the pandemic climate, most now communicate with their churches via Zoom, Facebook Messenger, or WhatsApp.== One agricultural worker who has returned to Mexico mentioned receiving health services from church groups or from the Mexican Consulate.

> *"Over there you tend to rely a lot on the church. The Catholic Church had health groups called Los Caris. They would distribute medicine among migrants. It was free, you only had to be Catholic, and people would go. The Consulate also conducts some campaigns. On the weekends, a truck from the Mexican Consulate would arrive, they'd say 'We're not from migration enforcement, if you need an identification from the Consulate, please come*



> *over'. That was one of the campaigns, but there were some health-related campaigns as well."* — Migrant agricultural worker, Mexico City

Migrant agricultural workers are split on whether or not they can trust their employers to give them the health information they need. Most reported that their employers have given them basic information about how to protect themselves from COVID-19, with a few expectations, and only a handful reported receiving masks or hand sanitizer from their employers. For the most part, their employers had not provided them with sufficient health information or services prior to the pandemic, especially regarding pesticides, as mentioned above.

While who they trust to verify information is different, the way they take in information is similar to non-migrant agricultural workers. Migrant agricultural workers rely on TV, social media (Facebook), and radio to receive news and get other information relevant to their lives. Most report watching the news in the evenings, either a local news channel, Telemundo or Univision. Some watch these channels directly on a TV, but, like Spanish-speaking landscapers, many stream these broadcasts over YouTube. YouTube has become a key source of information for migrant agricultural workers, both those still in the US and those who have returned to Mexico. In addition to using Google, they use YouTube directly as a search engine to find information and Facebook to communicate with friends, family, and community organizations — like churches.

Facebook is also widely used by migrant agricultural workers. The few who did not mention using Facebook were older and relied more heavily on TV and the radio. Facebook is used to stay in touch with family and friends, get information from community groups such as churches, and to get news from outlets such as Telemundo and Univision. In addition to WhatsApp, Messenger is a widely used messaging platform for this population. While some migrant agricultural workers have access to a computer or a tablet (several through their kids' schools), most use their smartphones to connect to the internet. They do have access to email, but it is not a primary form of communication for them, and most just check their emails about once a week.

Radio is a secondary but prevalent source of information. Most listen to the radio on their drives to and from the fields, in the early mornings and afternoons. If they listen to the radio while working in the fields, it's typically music, but they do get short announcements sometimes. United Farm Workers (UFW) is fairly well known among this population, and is a trusted source of information.

> *"Sometimes they let us listen to the radio for three or two hours at work. I have heard the UFW on the radio, the group that most informs us of what is currently happening with the farmworkers."* — Migrant agricultural worker, California



==Mexican residents who have worked in the United States in the past 10 years doing agricultural work or at-risk occupations are a very receptive audience for the Class Notice. As long as we can reach them. They are concerned about their exposure to toxins, less skeptical of health alerts, and more open to receiving the benefits of a Settlement.== The challenge is efficiently reaching this huge population living outside the United States who might not be aware of the class action Settlement or that it can apply to them.

**Survey Findings - Mexico**

We fielded a phone survey of 150 current Mexican residents who have previously worked in at-risk professions relevant to the class in the United States at any point over the past 10 years. While we were able to reach non-white agricultural farmworkers in our survey fielded in the United States, this survey focuses exclusively on Hispanic migrant target population.  It gives us hard numbers to put behind our in-depth interview research findings with these hard-to-reach migrant populations on both sides of the border.

The chief reason for why this survey yields new insights from the United States survey is that fielding it in Mexico removes social stigma that leads to non-response bias among this migrant population.  As we found in our qualitative research, a significant obstacle for reaching this target was reticence due to legal status and a lack of connectivity to traditional outreach channels.  This survey overcomes both of these barriers.

==Our survey respondents are mostly shuttle migrants, with 55% working in the United States three  times or more, and almost 30% of them making over five trips.==  There is a balanced spread of when our sample worked in the United States, with almost a fifth saying this year, a third saying last year, almost four in 10 saying between two and five years ago, and only just over one in 10 who said the last time they worked in the United States was between five and 10 years ago.  A plurality (38%) report spending one to two years for each stint, another quarter saying three to five years, and just over a fifth saying less than a year (so, for a single season).

Just as we heard in our in-depth interviews, these Hispanic migrant farmworkers have a much more transient living situation. Two thirds report being full-time workers and a third report being seasonal workers. Accordingly, by an almost a 2:1 ratio, more of these migrants report living in temporary housing versus in a single community year-round compared to the non-white US farmworkers.

When engaging this population, it is perfectly fine to do so from the lens of their occupation, which is critical for the notice to penetrate the Mexican media market and for these potential class members to be reached.  While the non-white US farmworkers, most of whom live in the same community yearround, work multiple jobs and cannot just be defined by their farmwork, almost all of these migrants work in agriculture (87%).



*A surprisingly fruitful target for the class*

In our United States study, we identified two distinct credibility challenges to reach white and non-white agricultural workers. White U.S. agricultural workers are quick to question the credibility of health-related information, like the benefits of a Settlement, based on the media source. They prefer to validate information they receive through self-directed internet searching and with their trusted personal doctor or family members. For non-white U.S. agricultural workers, their credibility challenge comes from the fact that they need more information before believing the health information is relevant to them or that they can access the benefits.

Hispanic migrant workers living in Mexico are different. They do not have the same barriers and there is more urgency from this population to hear about and act on health alerts as it would relate to Class Notice.

While most Mexico survey respondents believe they are in good health, a majority (60%) worry about how their work affects their health - greater than both non-white and white U.S. agricultural workers. Moreover, Mexican migrant workers understand the link between harmful chemicals they use at work with and adverse health impacts - with a majority rating "handling toxic materials and products" as the number one reason a worker might get sick on the job.

Mexican migrant workers are not only more likely to accept information presented in a Notice Plan but are also more likely to act on this information. In contrast with non-white agricultural workers in the U.S., most of whom would not accept free health services without more information, a majority of Mexican migrant workers would participate in free health services if they were available to them. ==This means the challenge for future outreach is not about education or mobilization but about reaching as many potential class members as possible.==

*Effective and broad outreach to this target in Mexico*

Utilizing national, public channels are an effective and credible way to broadly reach this population. Hispanic migrant workers in Mexico report reading national newspapers and listening to national radio more than local or regional sources. This is distinct from their counterparts in the United States, who rely on local newspapers and radio or online streaming radio. In Mexico, the campaign can use national media to broadly reach this target, focusing their communications on the type of work these people do and relying on their higher levels of interest to hear the message.

The same nationwide approach holds for third-party organizations. While in the United States, local organizations are more credible for our potential class members, hispanic migrant workers in Mexico both rely on and trust national organizations. Using nationwide organizations as avenues to disseminate information avoids the challenging task of having to identify and partner with numerous local affiliates across Mexico.



Instituto Mexicano del Seguro Social (IMSS) public health clinics are the most frequented health service provider, used more than twice as often as other hospitals, nonprofits, or family clinics. A majority gives the IMSS a positive rating, including nearly half of all participants who rate the government organization an 8 or higher on an 8 to 10 scale.  The Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado (ISSSTE), Mexico's public social security and services organization is not used by most for health services, but is viewed as favorably as the IMSS.  A Notice Program that partners with or leverages these national organizations, either directly or through patient groups associated with these large national programs would be a good way to get broad outreach.

Beyond the scale of outreach, in terms of tools, ==social media is a powerful way to reach audiences in Mexico and has the potential to create information feedback loops within this population and to their friends and family across the border.==  Mexican migrant workers are heavy Internet users, with supermajorities owning their own smarterphone (83%) and using the Internet on a daily basis (82%).  Seven out of 10 participants use Facebook and Youtube on a daily basis, and social media is the number one way Hispanic migrant workers in Mexico interact with religious, worker, and community groups.  Half participate in social media groups and two in five follow nonprofit organizations on social media platforms.

*Survey open-ended responses for the three websites or applications used most on the internet or phone:*



These survey respondents rely on social media to learn about health and medical information. Most participants expect to learn about a new health alert through a social media post (49%) or through a TV ad (47%) and these mediums are their preferred source of health news



information (TV ad 45%; social media post 38%).  ==The Notice Plan should allocate most of its resources to social media and national TV ads.==

Interestingly, we asked this population about their media habits when they were working in the United States.  For both these Hispanic migrant workers in Mexico and non-white U.S. agricultural workers, when presented new information about a health alert, a top course of action is "talk to friends and family about it" - second only to "consult a doctor or medical professional."  This suggests there are strong social exchange networks both within these communities in the United States and across the border.  ==WhatsApp groups and text chains can help reach potential class members, especially Hispanic migrant workers in Mexico who use WhatsApp as regularly as Facebook.==  This is the way that online engagement can be translated into offline discussion and create a knock-on effect as this audience passes the message along, whether via text or word of mouth, to the US side of the border.

*A*ppendix A: *Sample design desk research - States with highest migration rates*

| State | Degree of migratory intensity |
|---|---|
| Aguascalientes | High |
| Colima | High |
| Durango | Very high |
| Guanajuato | Very high |
| Guerrero | High |
| Hidalgo | High |
| Jalisco | High |
| Michoacan | Very high |
| Morelos | High |
| Nayarit | Very high |
| San Luis Potosi | High |
| Zacatecas | Very high |