| | |
|---|---|
| Robert L. Lieff (SBN 037568) | James R. Dugan, II |
| Elizabeth J. Cabraser (SBN 083151) | TerriAnne Benedetto |
| Steven E. Fineman (SBN 140335) | David S. Scalia |
| Kevin R. Budner (SBN 287271) | THE DUGAN LAW FIRM, APLC |
| LIEFF CABRASER HEIMANN & | One Canal Place |
| BERNSTEIN, LLP | 365 Canal Street, Suite 1000 |
| 275 Battery Street, 29th Floor | New Orleans, LA  70130 |
| San Francisco, California  94111-3339 | Telephone: 504.648.0180 |
| Telephone: 415.956.1000 | |
| ecabraser@lchb.com | |
| | |
| William M. Audet (SBN 117456) | Samuel Issacharoff |
| Ling Y. Kuang (SBN 296873) | 40 Washington Square South |
| AUDET & PARTNERS, LLP | Suite 411J |
| 711 Van Ness, Suite 500 | New York, NY 10012 |
| San Francisco, CA 94102-3229 | Telephone: 212.998.6580 |
| Telephone: 415.568.2555 | |

*Counsel for Plaintiffs and the Proposed Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

I, Elizabeth J. Cabraser, declare as follows:

1. I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and proposed Co-Counsel for Plaintiffs and the Proposed Class in the above-captioned matter. I am a member in good standing of the bars of California and the Northern District of California. I

submit this declaration in accordance with Civil Local Rules 79-5(d)(1)(A) and (e) and in support of Plaintiffs' Administrative Motion to File Document Under Seal.

2. Plaintiffs seek to file Exhibit 3 to the Settlement Agreement under seal in its entirety.

3. Exhibit 3 sets forth the threshold level of opt-outs which, if reached, would give Defendant the right to terminate the settlement. It contains no additional information.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 24th day of June, 2020, in San Francisco, California.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser