UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Plaintiffs have filed an Administrative Motion to File Document under Seal, seeking to permission to file under seal Exhibit 3 to the Settlement Agreement. The threshold number of opt outs required to trigger the termination provision is typically not disclosed and is kept confidential to encourage settlement and discourage third parties from soliciting class members to opt out. The Court therefore finds that compelling reasons exist for maintaining Exhibit 3 under seal.

Plaintiffs' Administrative Motion is GRANTED, and the following document is filed under seal:

| **Document to be Sealed** | **Portion of Document to be Sealed** |
|---|---|
| Exhibit 3 of the Settlement Agreement, filed on June 24, 2020 | Entire document |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                HON. VINCE G. CHHABRIA
                                                                                UNITED STATES DISTRICT JUDGE