Steven E. Fineman (CA Bar No. 140335)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson St, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
sfineman@lchb.com

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **NOTICE OF APPEARANCE OF STEVEN E. FINEMAN** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Steven E. Fineman hereby appears in the above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and the Proposed Class.

|  |  |
|---|---|
| Dated:  June 24, 2020 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|  | By:      /s/ *Steven E. Fineman*    <br>Steven E. Fineman |

Steven E. Fineman (CA Bar No. 140335)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson St, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Sfineman@lchb.com

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*