Samuel Issacharoff (TX Bar No. 00785352 )
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone:  (212) 998-6580
Facsimile:  (212) 995-4590
si13@nyu.edu

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF SAMUEL ISSACHAROFF** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Samuel Issacharoff hereby appears in the above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and the Proposed Class.

Dated:  June 24, 2020

By: _____/s/ *Samuel Issacharoff*_____
Samuel Issacharoff

Samuel Issacharoff (TX Bar No. 00785352 )
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone:  (212) 998-6580
Facsimile:  (212) 995-4590
si13@nyu.edu

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*