Kevin R. Budner (CA Bar No. 287271)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
kbudner@lchb.com

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF KEVIN R. BUDNER** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE THAT Attorney Kevin R. Budner hereby appears in the above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and the Proposed Class.

Dated: June 24, 2020              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____/s/ *Kevin R. Budner*_____
             Kevin R. Budner

Kevin R. Budner (CA Bar No. 287271)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Kbudner@lchb.com

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*