Elizabeth J. Cabraser (CA Bar No. 083151)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF ELIZABETH J. CABRASER** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Elizabeth J. Cabraser hereby appears in the above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and the Proposed Class.

Dated:  June 24, 2020  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____/s/ *Elizabeth J. Cabraser*_____
  Elizabeth J. Cabraser

Elizabeth J. Cabraser (CA Bar No. 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Ecabraser@lchb.com

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*

- 2 -

2001552.1