Andrew R. Kaufman (TN Bar No. 33864)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile:  (615) 313-9965
Akaufman@lchb.com

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  THIS DOCUMENT RELATES TO:  *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741  Case No. 3:16-md-02741-VC  **NOTICE OF APPEARANCE OF ANDREW R. KAUFMAN** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Andrew R. Kaufman hereby appears in the above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and the Proposed Class.

|  |  |
|---|---|
| Dated:  June 24, 2020 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|  | By:  /s/ *Andrew R. Kaufman*  |
|  |          Andrew R. Kaufman |

Andrew R. Kaufman (TN Bar No. 33864)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile:  (615) 313-9965
Akaufman@lchb.com

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*