Rhea Ghosh (NY Bar No. 5517701)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson St, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
rghosh@lchb.com

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF RHEA GHOSH** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Rhea Ghosh hereby appears in the above-

captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John

Elko, and the Proposed Class.

Dated:  June 24, 2020          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____ /s/ *Rhea Ghosh*_____
                    Rhea Ghosh

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson St, 8th Floor
New York, NY 10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
rghosh@lchb.com

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*

2001115.1