Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 2741 |
| | ) Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | ) |
| | ) Honorable Judge Vince Chhabria |
| Richard Garrison | ) |
| | ) Case No.: 3:19-cv-002810-VC |
| v. | ) |
| | ) |
| Monsanto Company. | ) |

## **MOTION TO SUBSTITUTE PARTY**

COMES NOW the Plaintiff, Richard Garrison, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure 25, hereby requests the following substitution of party:

1. Plaintiff, Richard Garrison, passed away per the Suggestion of Death filed on June 1, 2020.

2. Graham Arthur Garrison has been appointed Executor of the Estate of Richard Garrison. Exhibit A.

3. As Executor of the Estate of Richard Garrison, Graham Arthur Garrison, has the capacity to proceed forward with the surviving claims on behalf of Richard Garrison.

4. Richard Garrison's claims of his Complaint survive his death pursuant to Ohio Rev. Code. 23055.21.

1

5.  Graham Arthur Garrison has retained the firm of Wright & Schulte, LLC to continue the surviving claims of Richard Garrison.

6.  Plaintiff prays that the Court enter an Order substituting Graham Arthur Garrison as the Executor of the Estate of Richard Garrison in this action in the place and instead of Richard Garrison.

Dated: June 25, 2020

Respectfully submitted,

/s/  Richard W. Schulte
Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
(Pro hac vice)
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Richard W. Schulte, hereby certify that on June 25, 2010, the foregoing document was served via the Court's CM/ECF system, which will automatically serve and send e-mail notification of the filing to all registered attorneys of record.

/s/ Richard W. Schulte
Richard W. Schulte

2