PerfectForm F4.45

# PROBATE COURT OF WARREN COUNTY, OHIO
## JOSEPH W. KIRBY, JUDGE

ESTATE OF RICHARD THOMAS GARRISON aka RICHARD T. GARRISON, DECEASED

CASE NO. 20691436

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
[For Executors and all Administrators]

Name and Title of Fiduciary  Graham Arthur Garrison        Executor

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died [check one of the following] ☒ testate - ☐ intestate - on July 30, 2019, domiciled in Springboro, OH.

[Check one of the following] ☒ Bond is dispensed with by the Will - ☐ Bond is dispensed with by law - ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

August 20, 2019
Date

PROBATE JUDGE
Joseph W. Kirby

---

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

[Seal]

Joseph W. Kirby
Probate Judge / Clerk
Joseph W. Kirby
by Heather F. McWhorter

August 20, 2019
Date

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY               7/1/77