**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) Richard Garrison ) ) v. ) ) Monsanto Company. ) ) ) | MDL No. 2741 Master Docket Case No. 16-md-02741-VC Honorable Judge Vince Chhabria Case No.: 3:19-cv-002810-VC |

**PROPOSED ORDER**

1.  Counsel for Plaintiff Richard Garrison's motion is Granted.

2.  Graham Arthur Garrison, as Executor of the Estate of Richard Garrison, is substituted as Plaintiff in this action in the place and instead of Richard Garrison.

SO ORDERED in the United States District Court for the Northern District of California, this_____ day of _____, 2020.

_____
VINCE CHHABRIA
United States District Court Judge

1