| | |
|---|---|
| **WILKINSON WALSH LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Brian L. Stekloff (*pro hac vice*) | Daniel S. Pariser (*pro hac vice*) |
| (bstekloff@wilkinsonwalsh.com) | (daniel.pariser@arnoldporter.com) |
| Rakesh Kilaru (*pro hac vice*) | 601 Massachusetts Avenue, NW |
| (rkilaru@wilkinsonwalsh.com) | Washington, DC 20001 |
| 2001 M Street, NW, 10th Floor | Tel:  202-942-5000 |
| Washington, DC 20036 | Fax:  202-942-5999 |
| Tel:  202-847-4030 | |
| Fax:  202-847-4005 | |

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax:  202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*William Arsondi, et al. v. Monsanto Co.*,<br><br>Case No. 3:20-cv-03597-VC | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

- 2 -

DATED: June 25, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Eric G. Lasker
　　　　　　　　　　　　　　　　　　　　Eric G. Lasker (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　(elasker@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 898-5800
　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 682-1639

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*