THE DUGAN LAW FIRM, APLC
TerriAnne Benedetto (PA Bar No. 59378)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504)648-0180
Facsimile:  (504)648-0181

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF TERRIANNE BENEDETTO** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

       PLEASE TAKE NOTICE THAT Attorney TerriAnne Benedetto hereby appears in the above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and the Proposed Class.

| | |
|---|---|
| Dated:  June 26, 2020 | THE DUGAN LAW FIRM, APLC |
| | By:   /s/ *TerriAnne Benedetto* |
| | TerriAnne Benedetto |

TerriAnne Benedetto (PA Bar No. 59378)
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone: (504)648-0180
Facsimile: (504)648-0181
tbenedetto@dugan-lawfirm.com

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

- 2 -

2001551.1