# EXHIBIT A





## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

**13878121**

### CERTIFICATE OF DEATH
### STATE OF MISSISSIPPI

FILING DATE: 03/25/2020
STATE FILE NUMBER: 123-2020-006829

1. DECEDENT'S LEGAL NAME: AUBREY ROSS ADEN
2. GENDER: MALE
3a. HOUR OF DEATH: 23:45
3b. DATE OF DEATH: 03/23/2020
4. RACE: ☒ White
5a. AGE AT LAST BIRTHDAY: 80 Years
6. DATE OF BIRTH: 08/31/1939
7. BIRTH PLACE: TEXAS
8. PLACE OF DEATH: ☒ Decedent's home
9a. FACILITY NAME: 108 AUBREY ADEN ROAD
9b. CITY, TOWN OR LOCATION OF DEATH: CARRIERE
9c. ZIP CODE: 39426
9d. COUNTY OF DEATH: PEARL RIVER
10. DECEDENT'S EDUCATION: ☒ High school graduate or GED completed
11. MARITAL STATUS AT TIME OF DEATH: ☒ Married
12. SURVIVING SPOUSE: SYLVIA ELAINE THOMSON
13. WAS DECEASED EVER IN U S ARMED FORCES?: YES
14. DECEDENT OF HISPANIC ORIGIN: ☒ No, not Spanish/Hispanic/Latino
15. SOCIAL SECURITY NUMBER: 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
16a. USUAL OCCUPATION: BUSINESS OWNER
16b. KIND OF BUSINESS OR INDUSTRY: HORTICULTURE
17a. RESIDENCE - STATE: MISSISSIPPI
17b. COUNTY: PEARL RIVER
17c. CITY OR TOWN: CARRIERE
17d. ZIP CODE: 39426
17e. STREET AND NUMBER: 108 AUBREY ADEN ROAD
17f. INSIDE CITY LIMITS: NO
18. FATHER'S NAME: AUBREY ADEN
19. MOTHER'S NAME: RHEA GAUTIER
20a. INFORMANT - NAME: SYLVIA ELAINE THOMSON ADEN
20b. RELATIONSHIP TO DECEDENT: WIFE
20c. MAILING ADDRESS: 108 AUBREY ADEN ROAD, CARRIERE, MS 39426
21a. DISPOSITION OF BODY: CREMATION
21b. CEMETERY/CREMATORY - NAME: GULF COAST CREMATORY
21c. LOCATION: BILOXI, MS
22a. FUNERAL DIRECTOR - SIGNATURE AND LICENSE NUMBER: ELECTRONICALLY SIGNED BY WESLIE A. MCDONALD  FD-1587
22b. FUNERAL HOME: MCDONALD FUNERAL HOME (55M)
22c. FUNERAL HOME LICENSE NUMBER: FE-56
22d. MAILING ADDRESS: 401 WEST CANAL, PICAYUNE, MS 39466
23a. PERSON WHO PRONOUNCED DEATH: HAYDEN HOFFMAN RN
23b. PRONOUNCED DEAD ON: 03/23/2020
23c. PRONOUNCED DEAD AT: 23:45
24a. NAME OF CERTIFIER: DEREK TURNAGE
24b. MAILING ADDRESS: P O BOX 703, PICAYUNE, MS 39466
25. ELECTRONICALLY SIGNED BY DEREK TURNAGE, CMEI
TITLE: PEARL RIVER COUNTY CORONER
DATE SIGNED: 03/25/2020

26. CAUSE OF DEATH:
IMMEDIATE CAUSE (a): FOLLICULAR LYMPHOMA GRADE 1 WITH LYMPHNODE

Interval between onset and death: UNKNOWN

27. PART II OTHER SIGNIFICANT CONDITIONS: 
28a. POSTMORTEM EXAMINATION?: NO
28b. POSTMORTEM EXAMINATION FINDINGS AVAILABLE?: NO
29. REFERRED TO STATE MEDICAL EXAMINER?: NO
30. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ Unknown

Form 511
Revised 04/01/2019

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

4/2/2020

Judy Moulder
STATE REGISTRAR



**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK