# EXHIBIT B

# Last Will and Testament
## of
## Aubrey R. Aden

I, AUBREY R. ADEN, a resident of Pearl River County, State of Mississippi, being over the age of eighteen (18) years, and of sound and disposing mind and memory, do make and declare this to be my Last Will and Testament, and I revoke all my prior Wills and Codicils.

**FIRST: Declaration Concerning Family.** I declare that I am the spouse of Elaine T. Aden, and I am the father of Michael James Aden and David Ross Aden.

**SECOND: Nomination and Appointment of Executor.** I hereby nominate and appoint ELAINE T. ADEN to serve as my executor hereunder, and if that person shall be not willing and/or able, then MICHAEL J. ADEN and DAVID R. ADEN shall serve jointly as Co-Executors. In the event either of them is unable or unwilling to serve for any reason, then the remaining one may serve alone with full authority. These persons named as Executor shall serve without bond, and I do hereby waive any requirement for any accounting, inventory or appraisement by any Executor of my estate. The term "Executor" as used herein shall apply regardless of gender or number.

**THIRD: Last Illness and Funeral Expenses; Powers of Executor.** I direct my Executor to pay my last illness and funeral expenses. I authorize my Executor to receive and retain any of my property; to sell, at public or private sale, encumber or

Initialed for Identification                                                              _ara_ ARA

lease any property of my estate without notice, at such prices and upon such terms as my Executor deems best, and without the giving of any bond, subject, however, to such confirmation as may be required by law; to hold, manage and operate such property; to continue the operation of any business of my estate, alone or in partnership with others, for such times and in such manner as deemed advisable, or to sell or liquidate such business, and any such operation, sale or liquidation shall be at the risk of my estate and without liability on my Executor for any losses resulting therefrom; to invest and reinvest surplus moneys in such investments as my Executor deems advisable; to determine what is principal and what is income of my estate and to allocate and charge to either principal or income any debts, taxes and expenses of administration.

**FOURTH: Disposition of All Property.** It is my intention by this Will to dispose of the entirety of my property, if any.

**FIFTH: Disposition of Personal Effects.** Except as provided in any written instructions to my Executor regarding the disposition of personal effects, I give any interest I may have in all personal automobiles, clothing, jewelry, china, silver, books, pictures and other works of art, household furniture and furnishings and all other items of domestic, household or personal use to the Trustee of that Trust Agreement described in Paragraph SIXTH. The bequests made by this paragraph shall be free and clear of estate and inheritance taxes, which I direct my Executor to charge against the residue of my estate. Further, if I am married at the time of my death, I bequeath the sum of One Hundred and No/100's Dollars ($100.00) to my surviving spouse.

Initialed for Identification                                                                                         _____ARA

**SIXTH: Disposition of Residue of Estate.**

(1) All the rest, residue and remainder of my estate, both real and personal and of whatever kind and wherever situated, I give, devise and bequeath to the Trustee under that certain Trust Agreement designated as THE AUBREY R. AND ELAINE T. ADEN REVOCABLE TRUST, dated the 5th day of July, 2011, executed by me heretofore, of which I am the Co-Trustor and Co-Trustee, to be combined with the other assets of the trust and held, administered and distributed as a part of that trust, according to the terms thereof and any amendments made to it prior to my death. It is my intent, if it be permissible, not to create a separate trust by this Will and not to subject THE AUBREY R. AND ELAINE T. ADEN REVOCABLE TRUST or the property added to it by this Subparagraph (1) to the jurisdiction of the probate court.

(2) If for any reason the disposition in Subparagraph (1) is not operative or is invalid, or if the trust referred to in Subparagraph (1) fails or has been revoked, then I give the rest, residue and remainder of my estate to the individual or entity which would have been Trustee of such trust had such trust been operative, valid and unrevoked at my death, to be held, administered and distributed under the terms and conditions of THE AUBREY R. AND ELAINE T. ADEN REVOCABLE TRUST, dated the 5th day of July, 2011, which trust is incorporated herein by reference.

(3) Anything else herein to the contrary notwithstanding, should any portion of such trust be terminable upon my death, the disposition made in this Paragraph SIXTH shall be made directly to the beneficiaries for whom the outright distribution from the

Initialed for Identification                                                                                  _ARA_ ARA

trust shall be made, and the remainder which will remain in such trust, if any, shall pass into such trust under the provisions of Paragraph SIXTH (1) or (2), as the case may be.

(4) Should the Trustee of that trust described in Paragraph SIXTH (1) and (2) elect not to pay any or all of the estate, gift or inheritance taxes from such trust, then, to the extent they are not so paid, all taxes levied by the United States or any state, district, territory or possession thereof upon or because of any property passing under this Will or any Codicil hereto or by reason of any transfer or gift made by me during my lifetime or at my death, or which may be imposed by reason of my death, or the acquisition of property by any person upon my death by succession, inheritance, survivorship or otherwise, shall be paid out of the residue of my estate as an expense of administration. My Executor is authorized to accept any distributions from the Trustee of that trust described in Paragraph SIXTH (1) or (2) for purpose of such payment.

**SEVENTH: Omitted Heirs; Will Contests.** Except as otherwise specified in this Will, I have intentionally and with full knowledge omitted to provide for my heirs at the time of my death. If any beneficiary under this Will or heir at law of mine or person claiming through any of them shall contest or otherwise challenge the validity of this Will or attack any of its provisions or the trust described in Paragraph SIXTH herein, directly or indirectly, any share or interest in my estate given to such person under this Will or the trust is hereby revoked, and such share or interest shall be distributed in the same manner provided herein as if such person had predeceased me.

Initialed for Identification                                                   _[signature]_ ARA

**EIGHTH: Partial Invalidity.** Should any part, clause, provision or condition of this Will be held to be void, invalid or inoperative, then I direct that such invalidity shall not affect any other provision hereof, which shall be effective as though such invalid provisions had not been made.

**NINTH: References to Gender.** Any reference herein to the masculine shall include the feminine, and vice versa. Any reference to the plural shall likewise include the singular, and the obverse is also true.

IN WITNESS WHEREOF, I have signed and subscribed my name to this Last Will and Testament on this the __5__ day of July, 2011.

_____
AUBREY R. ADEN

Initialed for Identification                                                          _____ ARA

## CERTIFICATE OF SUBSCRIBING WITNESSES

The foregoing instrument was signed, sealed, published and declared by AUBREY R. ADEN, the Testator, to be his Last Will and Testament, in our presence, and we, at his request and in his presence and in the presence of each other have hereunto subscribed our names as witnesses, on this the 5th day of July, 2011.

_____     _____
WITNESS:                            WITNESS:

R. KELLY KYLE                       Catherine A. Watts

P.O. BOX 14                         13 Anchor Circle

JACKSON MS 39205                    Hattiesburg, MS 39402

Initialed for Identification                                   _____ARA

**AFFIDAVIT OF WITNESSES TO THE**
**LAST WILL AND TESTAMENT OF**
**AUBREY R. ADEN**

STATE OF MISSISSIPPI
COUNTY OF PEARL RIVER

 Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, _R. KELLY KYLE_, and _Catherine A. Watts_, subscribing witnesses to the Last Will and Testament of AUBREY R. ADEN, who having been by me first duly sworn, on their oaths state:

 That they are the subscribing witnesses to the Last Will and Testament of AUBREY R. ADEN, which was executed by him on the _5th_ day of July, 2011, and that they subscribed their names to said Last Will and Testament in the presence of the Testator and in the presence of each other and at the special instance and request of said AUBREY R. ADEN.

 That at the time of the execution of said Last Will and Testament by AUBREY R. ADEN, he was over the age of eighteen (18) years, was of sound disposing mind and memory, and competent to make a Will.

 And further, Affiant saith not.

_/s/ R. Kelly Kyle_
WITNESS

_/s/ Catherine A. Watts_
WITNESS

SWORN TO AND SUBSCRIBED BEFORE ME, this the _5th_ day of July, 2011.

_/s/ Mary Golde Howell_
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 91340, MARY GOLDE HOWELL, Commission Expires Oct. 12, 2012, HINDS COUNTY]