THE DUGAN LAW FIRM, APLC
David S. Scalia (LA Bar No. 21369)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504)648-0180
Facsimile: (504)648-0181

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF DAVID S. SCALIA** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney David S. Scalia hereby appears in the above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and the Proposed Class.

Dated:  June 26, 2020				THE DUGAN LAW FIRM, APLC

						By:   /s/ *David S. Scalia*
							David S. Scalia

						David S. Scalia  (LA Bar No. 21369) THE
						DUGAN LAW FIRM, APLC
						One Canal Place
						365 Canal Street, Suite 1000
						New Orleans, Louisiana  70130
						Telephone: (504)648-0180
						Facsimile: (504)648-0181
						dscalia@dugan-lawfirm.com

						*Counsel for Plaintiffs Robert Ramirez,*
						*Jerry Agtarap, Dexter Owens, and John Elko,*
						*and the Proposed Class*

- 2 -