THE DUGAN LAW FIRM, APLC
James R. Dugan, II (LA Bar No.24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504)648-0180 Facsimile:
(504)648-0181

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF JAMES R. DUGAN, II** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney James R. Dugan, II hereby appears in the

above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and

John Elko, and the Proposed Class.

Dated:  June 26, 2020                    THE DUGAN LAW FIRM, APLC

By:     /s/ *James R. Dugan, II*
               James R. Dugan, II
James R. Dugan, II  (LA Bar No. 24785)
THE DUGAN LAW FIRM, APLC
 One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone: (504)648-0180
Facsimile: (504)648-0181
jdugan@dugan-lawfirm.com


*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*

- 2 -