UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Ramirez v. Monsanto Co.*, 19-cv-2224 | **PRETRIAL ORDER NO. 213: SETTING SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL** |
| | Re: Dkt. Nos. 11042 |

A hearing on the motion for preliminary approval is set for Thursday, July 23, 2020, at 10:00 a.m. Any oppositions or objections to the motion from proposed class members are due July 13, 2020, at 5:00 p.m. Proposed class members who oppose the settlement or object to parts of it need not move to intervene to be heard. A consolidated reply is due July 17, 2020, at 5:00 p.m. If this schedule is too difficult for counsel for the plaintiffs and Monsanto, the next available hearing date is August 6, 2020, at 10:00 a.m. If counsel prefer that date, they should alert the Court by Monday, June 29, 2020, at 5:00 pm. If the hearing is moved to August 6, the Court will adjust the briefing schedule accordingly.

**IT IS SO ORDERED.**

Dated: June 27, 2020

VINCE CHHABRIA
United States District Judge