Michael A McShane (CA Bar No. 127944)
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:     (415) 568−2555
Facsimile:      (415) 568−2556
mmcshane@audetlaw.com

*Counsel for Plaintiffs Robert Ramirez,
Jerry Agtarap, Dexter Owens, and John Elko,
and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|
|  | Case No.:     3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **NOTICE OF APPEARANCE OF MICHAEL A. MCSHANE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE THAT Attorney Michael A. McShane hereby appears in the above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and the Proposed Class.

Dated: June 30, 2020

              AUDET & PARTNERS, LLP

              By: _____/s/ *Michael McShane*_____
                 Michael A. McShane

              Michael A. McShane (CA Bar No. 127944)
              AUDET & PARTNERS, LLP
              711 Van Ness Avenue, Suite 500
              San Francisco, CA 94102-3275
              Telephone:     (415) 568−2555
              Facsimile:      (415) 568−2556
              mmcshane@audetlaw.com

              *Counsel for Plaintiffs Robert Ramirez,
              Jerry Agtarap, Dexter Owens, and John Elko,
              and the Proposed Class*