```
 1  Tesfaye W. Tsadik, Esq., CSB#108103
    Law Offices of Tesfaye W. Tsadik
 2  1736 Franklin Street, 10th Floor
    Oakland, CA 94612
 3  Telephone: (510) 839-3922
    Email: ttsadik@pacbell.net
 4
    Attorney for Plaintiff
 5  SIOUM GEBEYEHOU
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIOUM GEBEYEHOU**,<br><br>　　　　**Plaintiffs,**<br><br>　vs.<br><br>**MONSANTO COMPANY,** et al.,<br><br>　　　　**Defendants.** | Case No. 16-md-02741-VC<br>Case No. 3:16-cv-05813 VC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective **immediately**, The Law Offices of Tesfaye W. Tsadik, attorney for Plaintiff Sioum Gebeyhou, in this matter, has relocated his office to a new location. Please note that the new office address is as follows:

>  Tesfaye W. Tsadik, Esq.
>  Law Offices of Tesfaye Tsadik
>  528 Grand Avenue
>  Oakland, CA 94610
>  Email: ttsadik@pacbell.net
>  (510) 839-3922

*Notice of Change of Address*　　　　　　　-1-

1  There will be **no change** in the telephone number, or email address.

2  DATED: June 29, 2020

4  Respectfully submitted,

6  */s/Tesfaye W. Tsadik*
Tesfaye W. Tsadik, Esq.
Attorney for Plaintiff SIOUM GEBEYENOU

28 *Notice of Change of Address*                    -2-