UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, ) ) ) ) ) *This document relates to:*  ) ) RON F. SKORONSKI, Plaintiff v. ) MONSANTO COMPANY, INC., ) Defendant, ) ) Case No. 3:19-cv-07105-VC ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

## MOTION TO WITHDRAW APPEARANCE

  COMES NOW Attorney A. John Arenz, and pursuant to Local Rule 11-5 hereby moves to withdraw his appearance in this matter, and in support thereof states as follows:

  1. Good cause to withdraw exists because Attorney Arenz has retired from the Law Firm of O'Connor & Thomas, P.C.

  2. Attorneys Christopher C. Fry and Davin C. Curtiss of O'Connor & Thomas, P.C. have entered appearances and will continue to represent Ron F. Skoronski in this matter.

  3. Counsel is contemporaneously serving this Motion to Withdraw on opposing counsel and Mr. Skoronski.

  WHEREFORE, Attorney A. John Arenz respectfully requests that this Court enter an order granting his Motion to Withdraw Appearance in this matter.

           RON F. SKORONSKI, Plaintiff

           By /s/ *A. John Arenz*
             A. John Arenz    AT0000547

           O'CONNOR & THOMAS, P.C.
           1000 Main Street
           Dubuque, IA  52001
           Telephone:  563-557-8400
           Facsimile:   888-391-3056
           E-Mail:  jarenz@octhomaslaw.com
           ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served via the Court's ECF system on all persons who have appeared in this case and are ECF system registrants on the 30th day of June, 2020 and that he has mailed a copy of this Motion to Withdraw Appearance to Plaintiff Ron F. Skoronski at the address noted below on the same date.

Signature:   */s/ A. John Arenz*

Copies via ECF:

Attorneys Christopher C. Fry and
Davin C. Curtiss
O'Connor & Thomas, P.C.
1000 Main Street
Dubuque, IA  52001
*Attorneys for Plaintiff*

Attorneys Joe G. Hollingsworth and
Eric G. Lasker
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
*Attorneys for Defendant*

Copy via mail:

Mr. Ron F. Skoronski
1481 255th Street
Mt. Pleasant, IA  52641