UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, ) ) ) ) _____ ) *This document relates to:* ) ) RON F. SKORONSKI, Plaintiff v. ) MONSANTO COMPANY, INC., ) Defendant, ) ) Case No. 3:19-cv-07105-VC ) | MDL No. 2741 Case No. 3:16-md-02741-VC |

**ORDER WITHDRAWING APPEARANCE**

ON THIS DATE the Motion to Withdraw Appearance of Attorney A. John Arenz came before the Court. The Court finds that Attorney Arenz has complied with the requirements of Local Rule 11-5 and that the client's interests will continue to be represented by Attorneys Christopher C. Fry and Davin C. Curtiss. THEREFORE,

IT IS HEREBY ORDERED that Attorney A. John Arenz's Appearance in this matter is withdrawn.