Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:     (415) 986-1400
Facsimile:     (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Christine Karman ex rel. Estate of Robert Karman, deceased v. Monsanto Company,* Case No. 3:19-cv-01183-VC | Master File No.: 3:16-MD-02741-VC<br><br>MDL No. 2741<br><br>**NOTICE OF APPEARANCE OF LORI E. ANDRUS** |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Lori E. Andrus, Esq., of Andrus Anderson LLP, hereby enters her appearance in the above-captioned matter as counsel of record for plaintiff, Christine Karman, individually and as representative of the estate of Robert Karman, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Respectfully Submitted,

Dated: June 30, 2020            */s/ Lori E. Andrus*
                                Lori E. Andrus

                                Lori E. Andrus (SBN 205816)
                                lori@andrusanderson.com
                                Jennie Lee Anderson (SBN 203586)

jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:     (415) 986-1400
Facsimile:      (415) 986-1474

*Attorneys for Plaintiff*

-2-                                   Case No. 3:19-cv-01183-VC

NOTICE OF APPEARANCE