Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:     (415) 986-1400
Facsimile:      (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Master File No.: 3:16-MD-02741-VC |
| | MDL No. 2741 |
| **THIS DOCUMENT RELATES TO:** | |
| *Gerard Cervantes v. Monsanto Company,* Case No. 3:19-cv-03015-VC | **NOTICE OF APPEARANCE OF JENNIE LEE ANDERSON** |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jennie Lee Anderson, Esq., of Andrus Anderson LLP, hereby enters her appearance in the above-captioned matter as counsel of record for plaintiff, Gerard Cervantes, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Respectfully Submitted,

Dated: June 30, 2020

 */s/ Jennie Lee Anderson*
Jennie Lee Anderson

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com

-1-   Case No. 3:19-cv-03015-VC
NOTICE OF APPEARANCE

**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:     (415) 986-1400
Facsimile:      (415) 986-1474

*Attorneys for Plaintiff*