UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Jackie Whiting v. Monsanto Co.*,<br>Case No. 3:20-cv-03564-VC | [~~PROPOSED~~] ORDER REGARDING REMAND OF *WHITING* LAWSUIT |

Upon consideration of the parties' Joint Stipulation Regarding Remand of *Whiting* Lawsuit, the Court hereby orders that this lawsuit shall be, and hereby is, remanded to the Superior Court of the State of California for Alameda County, with the parties to bear their own attorney's fees and costs.

Date: __June 30__, 2020

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT