**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         elasker@hollingsworthllp.com
                   mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Mary Lou McRay as Executrix of the Estate of Arthur DeWayne McRay v. Monsanto Co., et al.*, Case No. 3:20-cv-04263-VC | |

**MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT**

Pursuant to Pretrial Order No. 183, defendant Monsanto Company hereby submits this report regarding a lawsuit that:  (a) was directly filed in this district last month (June 2020); and (b) apparently fails to comply with the personal jurisdiction and venue requirements: *Mary Lou McRay as Executrix of the Estate of Arthur DeWayne McRay v. Monsanto Co., et al.*, Case No. 3:20-cv-04263-VC.

Plaintiff alleges that she "is a natural person and at all relevant times a resident and citizen of . . . Kentucky." Complaint ¶ 8.  Plaintiff alleges that decedent (her late husband) used

Roundup®-branded herbicides "on his property," *id*. ¶ 112, but does not allege that this exposure occurred in this district and does not allege where decedent resided during the period when he allegedly used these herbicides.  The Complaint does not allege any connections between this lawsuit and this district.

DATED:  July 1, 2020                                            Respectfully submitted,


/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*