**WILKINSON WALSH LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax:  202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax:  202-942-5999

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax:  202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC ) |
| THIS DOCUMENT RELATES TO:<br><br>*Arsondi, et al. v. Monsanto Co.,*<br><br>Case No. 3:20-cv-03597-VC | ) **MONSANTO COMPANY'S STATEMENT**<br>) **OF NON-OPPOSITION TO PLAINTIFFS'**<br>) **UNCONTESTED MOTION FOR**<br>) **SEVERANCE AND PARTIAL REMAND**<br>)<br>) |

### MONSANTO COMPANY'S STATEMENT OF NON-OPPOSITION

Pursuant to Local Civil Rule 7-3(b), Defendant Monsanto Company hereby states that it does not oppose Plaintiffs' Uncontested Motion for Severance and Partial Remand, Case No. 3:20-cv-03597-VC, ECF No. 15 & Case No. 3:16-md-02741-VC, ECF No. 11001, with the understanding that the Court should sever and retain jurisdiction over the legal claims of Plaintiff

Jamie Kavelak while remanding the claims of all other Plaintiffs to the Twenty-First Judicial Circuit Court for the County of St. Louis, Missouri.

DATED:  July 1, 2020

Respectfully submitted,

Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH LLP
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

*Attorneys for Defendant Monsanto Company*