# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| This document relates to**:** | **ORDER GRANTING MOTION TO WITHDRAW** |
| *Thomas Moore v. Monsanto Company* Case No. 20-cv-3366-VC | Dkt. No. |

David Angueira's motion to withdraw as counsel on behalf of Thomas Moore in *Moore v. Monsanto Co.,* 20-cv-3366-VC , is granted.

**IT IS SO ORDERED.**

Date: July 1, 2020

_____

Honorable Vince Chhabria
United States District Court