Edward J. Hynes, Esq.
Joseph Lanni, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York  10016
Telephone:  (212) 869-3500
Email:       e.hynes@fuchsberg.com
                 j.lanni@fuchsberg.com

*Attorneys for Plaintiff*
JAY NAKASH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MDL MEMBER CASE

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Jay Nakash v. Monsanto Co.,*<br>Case No.  3:20-cv-02426-VC | [~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW (EDWARD J. HYNES)** |

Edward J. Hynes seeks to withdraw as counsel for Plaintiff in the above-captioned litigation pursuant to LOCAL R. 11-5(a). As this Court finds that Mr. Hynes has submitted satisfactory reasoning for withdrawal as additional counsel for Plaintiff, and that the granting of his Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Edward Hynes' Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Edward Hynes is hereby permitted to withdraw as counsel in this proceeding.

DATED: July 1, 2020

By: _____
Hon. Vince Chhabria
United States District Judge