Thomas C. Goldstein (MD 9512120307)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20815
tg@goldsteinrussell.com
Phone: (202) 362-0636
Fax: (866) 574-2033

*Counsel for Plaintiffs Elaine Wagner,
Salvatore Bonina, Terry Kimble,
and Nicolo Catania*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **NOTICE OF APPEARANCE OF THOMAS C. GOLDSTEIN** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that attorney Thomas C. Goldstein hereby appears in the above-captioned case on behalf of Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble, and Nicolo Catania.

Dated July 2, 2020                                    Respectfully submitted,

/s/ Thomas C. Goldstein

Thomas C. Goldstein (MD 9512120307)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20815
tg@goldsteinrussell.com
Phone: (202) 362-0636
Fax: (866) 574-2033

*Counsel for Plaintiffs Elaine Wagner,
Salvatore Bonina, Terry Kimble,
and Nicolo Catania*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 2, 2020                                  Respectfully submitted,

                                                    /s/ Thomas C. Goldstein