Eric Franklin Citron (MD 1608240002)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20815
ec@goldsteinrussell.com
Phone: (202) 362-0636
Fax: (866) 574-2033

*Counsel for Plaintiffs Elaine Wagner,
Salvatore Bonina, Terry Kimble,
and Nicolo Catania*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 <br><br> Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: <br><br> *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **NOTICE OF APPEARANCE OF ERIC FRANKLIN CITRON** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that attorney Eric F. Citron hereby appears in the above-captioned case on behalf of Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble, and Nicolo Catania.

| | |
|---|---|
| Dated July 2, 2020 | Respectfully submitted, |
| | /s/ Eric F. Citron |
| | Eric Franklin Citron (MD 1608240002)<br>GOLDSTEIN & RUSSELL, P.C.<br>7475 Wisconsin Ave., Suite 850<br>Bethesda, MD 20815<br>ec@goldsteinrussell.com<br>Phone: (202) 362-0636<br>Fax: (866) 574-2033 |
| | *Counsel for Plaintiffs Elaine Wagner,*<br>*Salvatore Bonina, Terry Kimble,*<br>*and Nicolo Catania* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 2, 2020                                      Respectfully submitted,

                                                        /s/ Eric F. Citron