Paul J. Napoli (NY 2513141)
Hunter J. Shkolnik (NY 2031458)
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue
New York, New York 10017
pnapoli@nsprlaw.com
hunter@napolilaw.com
Phone: (212) 397-1000
Fax: (312) 610-5680

Thomas C. Goldstein (MD 9512120307)
Eric F. Citron (MD 1608240002)
Daniel Woofter (MD 1812120199)
Goldstein & Russell, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20815
tg@goldsteinrussell.com
Phone: (202) 362-0636
Fax: (866) 574-2033

Christopher L. Schnieders (KS 22434)
NAPOLI SHKOLNIK, PLLC
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
cschnieders@napolilaw.com
Phone: (212) 397-1000
Fax: (312) 610-5680

*Counsel for Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **Notice of Appearance** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Christopher L. Schnieders hereby appears in the above-captioned case on behalf of Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania.

| | |
|---|---|
| Dated July 2, 2020 | Respectfully submitted, |
| | /s/ Christopher L. Schnieders |
| Paul J. Napoli (NY 2513141) | Thomas C. Goldstein (MD 9512120307) |
| Hunter J. Shkolnik (NY 2031458) | Eric F. Citron (MD 1608240002) |
| NAPOLI SHKOLNIK, PLLC | Daniel Woofter (MD 1812120199) |
| 360 Lexington Avenue | Goldstein & Russell, P.C. |
| New York, New York 10017 | 7475 Wisconsin Ave., Suite 850 |
| pnapoli@nsprlaw.com | Bethesda, MD 20815 |
| hunter@napolilaw.com | tg@goldsteinrussell.com |
| Phone: (212) 397-1000 | Phone: (202) 362-0636 |
| Fax: (312) 610-5680 | Fax: (866) 574-2033 |

Christopher L. Schnieders (KS 22434)
NAPOLI SHKOLNIK, PLLC
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
cschnieders@napolilaw.com
Phone: (212) 397-1000
Fax: (312) 610-5680

*Counsel for Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 2, 2020                                         Respectfully submitted,

                                                           /s/ Christopher L. Schnieders