Paul J. Napoli (NY 2513141)
Hunter J. Shkolnik (NY 2031458)
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue
New York, New York 10017
pnapoli@nsprlaw.com
hunter@napolilaw.com
Phone: (212) 397-1000
Fax: (312) 610-5680

Thomas C. Goldstein (MD 9512120307)
Eric F. Citron (MD 1608240002)
Daniel Woofter (MD 1812120199)
Goldstein & Russell, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20815
tg@goldsteinrussell.com
Phone: (202) 362-0636
Fax: (866) 574-2033

Christopher L. Schnieders (KS 22434)
NAPOLI SHKOLNIK, PLLC
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
cschnieders@napolilaw.com
Phone: (212) 397-1000
Fax: (312) 610-5680

*Counsel for Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **Notice of Appearance** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Paul J. Napoli hereby appears in the above-captioned case on behalf of Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania.

| | |
|---|---|
| Dated July 2, 2020 | Respectfully submitted, |
| | /s/ Paul J. Napoli |
| Paul J. Napoli (NY 2513141)<br>Hunter J. Shkolnik (NY 2031458)<br>NAPOLI SHKOLNIK, PLLC<br>360 Lexington Avenue<br>New York, New York 10017<br>pnapoli@nsprlaw.com<br>hunter@napolilaw.com<br>Phone: (212) 397-1000<br>Fax: (312) 610-5680 | Thomas C. Goldstein (MD 9512120307)<br>Eric F. Citron (MD 1608240002)<br>Daniel Woofter (MD 1812120199)<br>Goldstein & Russell, P.C.<br>7475 Wisconsin Ave., Suite 850<br>Bethesda, MD 20815<br>tg@goldsteinrussell.com<br>Phone: (202) 362-0636<br>Fax: (866) 574-2033 |
| Christopher L. Schnieders (KS 22434)<br>NAPOLI SHKOLNIK, PLLC<br>6731 W. 121st Street, Suite 201<br>Overland Park, KS 66209<br>cschnieders@napolilaw.com<br>Phone: (212) 397-1000<br>Fax: (312) 610-5680 | |

*Counsel for Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania*

1

MOTION FOR EXTENSION OF TIME
MDL NO. 2741, CASE NO. 3:16-MD-02741

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 2, 2020                                          Respectfully submitted,

                                                            /s/ Paul J. Napoli