# Exhibit 2

Filed: 5/5/2020 2:16 PM Clerk
Wabash County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE WABASH CIRCUIT COURT |
| | )SS: | **85C01-2005-EU-000039** |
| COUNTY OF WABASH | ) | CAUSE NO. _____ |

IN RE THE ESTATE OF

BRADY NELSON WINER
    Deceased

PAULA M. WINER,
    Personal Representative

## PETITION FOR APPOINTMENT OF ADMINISTRATOR FOR PURPOSES OF FILING ACTION FOR WRONGFUL DEATH

Petitioner, Paula M. Winer, respectfully represents:

1. Brady Nelson Winer died as the result of a tortious act or acts at the age of sixty-five years.

2. At the time of his death, Brady Nelson Winer resided at 4897 W. Millcreek Pike, Wabash, Indiana, Wabash County.

3. Venue of this proceeding is proper in this county because the decedent's death occurred here and a part of the acts causing his death occurred in this county.

4. The tortious act would have given Brady Nelson Winer a cause of action for injuries had he lived, and therefore gives rise to a cause of action for wrongful death in the personal representative of Brady Nelson Winer's estate.

5. Brady Nelson Winer did not leave a will and no administration of decedent's estate is pending or applied for, so far as is known by Petitioner and can be reasonably ascertained by her.

6. The names, ages, and residence addresses of Brady Nelson Winer's surviving spouse, dependent children, and dependent next of kin, so far as are known to and can with reasonable diligence be ascertained by Petitioner, are as follows:
    a. Paula M. Winer, 4897 W. Millcreek Pike, Wabash, Indiana 46992 – Spouse
    b. Adam Winer, 4568 W. Millcreek Pike, Wabash, Indiana 46992 – Son
    c. Mary Norman, 1950 E. US 24, Wabash, Indiana 46992 – Daughter
    d. Isaac Winer, 1120 Riverwood Drive, Wabash, Indiana 46992 – Son

7. Paula M. Winer is the Decedent's surviving spouse.

8. Paula M. Winer should be appointed to serve as personal representative because she has a

1

beneficial interest in the estate and in the damages recoverable from a wrongful death suit as surviving spouse of Brady Nelson Winer.

9. Petitioner's address is set out above.

10. The name and business address of the attorney who will be representing Petitioner as personal representative is Daniel J. Vanderpool, VANDERPOOL LAW FIRM, P.C., 1810 E. Center Street, Warsaw, Indiana 46580

WHEREFORE, Petitioner prays that:

a. Petitioner, Paula M. Winer, be appointed administrator for the purpose of bringing a wrongful death suit on behalf of those entitled to receive a portion of the damages recovered.

b. No bond be required by the Court.

c. Letters of administration issue to Petitioner following Petitioner's taking oath and giving bond.

Daniel J. Vanderpool (1620-85)
VANDERPOOL LAW FIRM, PC
1810 E. Center Street
Warsaw, IN 46581-0864
(574)268-9995
Attorney for Petitioner

## VERIFICATION

I, Paula M. Winer, am the Petitioner in the above-entitled action. I have read the foregoing petition and know its contents. The facts alleged in the petition are true of my own knowledge, except as to those matters that are alleged on information and belief. As to those matters, I believe them to be true.

I declare, under the penalties for perjury, that the foregoing representations are true.

Dated: _____5/5/2020_____.

Paula M. Winer, Petitioner

2