# Exhibit 3

VIEW OBITUARIES                                                                 GRANDSTAFF-HENTGEN FUNERAL SERVICE, INC - MANCHESTER AVENUE CHAPEL



# Brady Nelson Winer

July 10, 1948 - November 27, 2013

SHARE:    



**SEND FLOWERS**
ORDER FLOWERS
FOR THE FAMILY

**SEND A CARD**
SHOW YOUR SYMPATHY
TO THE FAMILY

- SERVICES
- GUESTBOOK
- PHOTOS
- CONDOLENCES

## BRADY'S OBITUARY

Brady Nelson Winer, 65, of rural Wabash, Indiana, died at 11:30 pm, Wednesday, November 27, 2013 at Wabash County Hospital. He was born July 10, 1948, in Wabash, to Willis and Charlotte (Brady) Winer. Brady was a 1966 graduate of Northfield High School. He was a US Army veteran. He married Paula Vanderpool on April 7, 1973 in Wabash. Brady retired from Ford Meter Box after 22 years, and also farmed many years. He was a member of College Corner Brethren Church, was a former Big Brother volunteer and enjoyed horseback riding. He is survived by his wife, Paula Winer of Wabash, 3 children, Adam Brady (Kelli) Winer, Isaac Matthew (Beth) Winer, and Mary Frances (Kenneth) Norman, all of Wabash, mother, Charlotte Winer of Peru, Indiana, 2 sisters, Kim (Robert) Barrus of Wabash, and Sharon Linn of Mexico, Indiana, 10 grandchildren, Makenna Norman, Luke Winer, Alix Winer, Cole Winer, Alaina Winer, Meredith Norman, Will Winer, Meryn Norman, Audri Winer, and Lola Winer, all of Wabash. He was preceded in death by his father, Willis Harold Winer. Funeral services will be at 10:00 a.m. Monday, December 2, 2013 at College Corner Church of the Brethren, 8996 S. 500 W., Wabash with Pastor Billy Hesketh officiating. Burial will be in Friends Cemetery, Wabash. Friends may call 2-6 p.m. Sunday, at Grandstaff-Hentgen Funeral Service, 1241 Manchester Ave., Wabash and 1 hour prior to the service Monday at the church. Preferred memorial is Wabash-Miami Home Healthcare and Hospice and the American Cancer Society for Multiple Myeloma Research. The memorial guest book for Brady may be signed at www.grandstaff-hentgen.com.

READ LESS

---

## VISITATION

Manchester Avenue Chapel

 Sunday, December 01, 2013
 02:00 PM
 Email Details
1241 Manchester Avenue
Wabash, IN 46992

DIRECTIONS >

---

## BURIAL

Friends Cemetery

Monday, December 02, 2013
Email Details
Mill Creek Pike
Wabash, Indiana 46992

DIRECTIONS >

VIEW OBITUARIES                    GRANDSTAFF-HENTGEN FUNERAL SERVICE, INC. - MANCHESTER AVENUE CHAPEL

## FUNERAL SERVICE

College Corner Brethren Church

- Monday, December 02, 2013
- 10:00 AM
- Email Details
- Wabash, IN

DIRECTIONS



### SEND FLOWERS

Express your condolences with flowers sent to Brady's family

ORDER ONLINE

Or, Order By Phone
800-326-9000 Code: 2017667P



### GUESTBOOK

Share your thoughts and memories of Brady

VIEW & SIGN



### SYMPATHY CARD

Share your thoughts and memories with family and friends of Brady

SEND TO FAMILY



### PHOTO ALBUM

Memories of Brady

VIEW ALBUM

---

**GRANDSTAFF-HENTGEN FUNERAL SERVICE, INC. - MANCHESTER AVENUE CHAPEL**

1241 Manchester Avenue
Wabash, IN 46992
(260) 563-8879
260-563-8870

© 2018 - 20 Grandstaff-Hentgen Funeral Service, Inc.. All Rights Reserved.
Website by Batesville, Inc.