# Exhibit 4

Case 3:16-md-02741-VC   Document 11148-4   Filed 07/02/20   Page 2 of 20

## Possible People Information

### Person Overview

| | |
|---|---|
| **BRADY N WINER**<br><br>4897 W MILLCREEK PIKE<br><br>WABASH, IN 46992-9628 \| WABASH County<br><br>**Phone Number(s):**<br><br><br><br>**SSN:**<br><br>████████ - issued in IN in 1963<br><br>**DOB:**<br><br>██/1948 (Age: 65)<br><br>**DOD:**<br><br>11/27/2013 WABASH, IN |  |

### Death Records

| Death | Source |
|---|---|
| 11/27/2013 WABASH, IN | Obituary |
| 12/01/2013 WABASH, IN | Obituary |

### Date of Birth Summary

| Date of Birth | Source |
|---|---|
| █/1948 (Age: 65) | Address Historical \| Experian Credit Header Real Time \| Obituary #1 \| Obituary #2 \| People Find \| People Historical \| People Household |
| 1947 (Age: 66) | Obituary |

### SSN Summary

| SSN | Source |
|---|---|
| ████████ - issued in IN in 1963 | Equifax Credit Header \| Experian Credit Header Real Time \| People Find \| People Historical \| Utility #1 \| Utility #2 \| Utility #3 \| Utility #4 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Name Variations

| Name | Source |
|---|---|
| BRADY WINER | Address Historical #1  \|  Address Historical #2  \|  Equifax Credit Header  \|  Experian Credit Header Real Time  \|  People Find  \|  Utility #1  \|  Utility #2  \|  Utility #3 |
| B WINER | People Find |
| BRADY M WINER | Experian Credit Header Real Time |
| BRADY N WINER | Experian Credit Header Real Time |

## Addresses

| Address |
|---|
| **4897 W MILLCREEK PIKE, WABASH, IN 46992-9628 | WABASH County** |
| *Reported 01/01/1973 - 11/30/2018* |

| | |
|---|---|
| By People Household 01/01/1973 - 11/30/2018 | People Household |
| By Phone Records 01/15/2015 - 01/15/2015 | Phone Records |
| By Utility 01/27/2011 - 09/24/2013 | Utility #1 \| Utility #2 \| Utility #3 \| Utility #4 \| Utility #5 \| Utility #6 \| Utility #7 |
| By Experian Credit Header Real Time 07/18/1993 - 03/30/2013 | Experian Credit Header Real Time |
| By People Find 02/01/1997 - 02/01/1997 | People Find |
| By People Historical 01/01/1993 - 12/31/1993 | People Historical |
| By Equifax Credit Header 04/01/1993 - 04/30/1993 | Equifax Credit Header |
| By Real Property Deeds | Real Property Deeds #1 \| Real Property Deeds #2 \| Real Property Deeds #3 \| Real Property Deeds #4 |
| By Real Property Tax Assessor | Real Property Tax Assessor |

| |
|---|
| **124 COLERAIN ST, WABASH, IN 46992-1727 | WABASH County** |
| *Reported 01/27/2011 - 09/24/2013* |

| | |
|---|---|
| By Utility 01/27/2011 - 09/24/2013 | Utility #1 \| Utility #2 \| Utility #3 |

| |
|---|
| **\*\*\*CLEAR RATE COMMUNICATIONS, WABASH, IN 46992 | WABASH County** |
| *Reported 02/08/2012 - 02/10/2012* |

| | |
|---|---|
| By Utility 02/08/2012 - 02/10/2012 | Utility |

| |
|---|
| **1120 S RIVERWOOD DR, WABASH, IN 46992-9712 | WABASH County** |
| *Reported 05/20/2010 - 06/06/2010* |

| | |
|---|---|
| By People Find 05/20/2010 - 05/20/2010 | People Find |

| |
|---|
| **4897 MILLCREEK PI, WABASH, IN 46992-9628** |
| *Reported 01/23/2003 - 01/23/2003* |

| | |
|---|---|
| By People Find 01/23/2003 - 01/23/2003 | People Find |

| |
|---|
| **100896 IN46992, WABASH, IN 46992 | WABASH County** |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | | |
|---|---|---|
| *Reported 07/01/1993 - 01/23/2003* | | |
| By People Find 07/01/1993 - 07/01/1993 | | People Find |
| **282 RR 2, WABASH, IN 46992 \| WABASH County** | | |
| *Reported 12/01/1988 - 01/23/2003* | | |
| By People Find 01/23/2003 - 01/23/2003 | | People Find |
| By People Historical 01/01/1993 - 12/31/1993 | | People Historical |
| By Equifax Credit Header 12/01/1988 - 12/31/1988 | | Equifax Credit Header |
| **432 E 1300 S, SILVER LAKE, IN 46982-8909 \| KOSCIUSKO County** | | |
| *Reported 01/24/2002 - 01/24/2002* | | |
| By Experian Credit Header Real Time 01/24/2002 - 01/24/2002 | | Experian Credit Header Real Time |
| **2 N RAILROAD ST, WABASH, IN 46992-3100 \| WABASH County** | | |
| *Reported N/A* | | |
| By Address Historical | | Address Historical |
| **MILL CREEK PIKE, WABASH, IN 46992 \| WABASH County** | | |
| *Reported N/A* | | |
| By Address Historical | | Address Historical |
| **WABASH, IN** | | |
| *Reported N/A* | | |
| By Obituary | Obituary #1 | Obituary #2 |

## Utility Records

| Type of Utility | Address | Connection Date | Confidence Score | View Full Text |
|---|---|---|---|---|
| INFRASTRUCTURE | 124 COLERAIN ST WABASH, IN 46992-1727 | 09/24/2013 | 99% | Full-Text |
| CONVENIENCE | 4897 MILLCREEK PIKE W WABASH, IN 46992-9628 | 03/02/2013 | 97% | Full-Text |
| INFRASTRUCTURE | 124 COLERAIN ST WABASH, IN 46992-1727 | 08/23/2012 | 99% | Full-Text |
| LOCAL PHONE | 4897 MILLCREEK PIKE W WABASH, IN 46992-9628 | 03/01/2012 | 99% | Full-Text |
| LOCAL PHONE | 4897 MILLCREEK PIKE W WABASH, IN 46992-9628 | 02/08/2012 | 99% | Full-Text |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Type of Utility | Address | Connection Date | Confidence Score | View Full Text |
|---|---|---|---|---|
| INFRASTRUCTURE | 124 COLERAIN ST WABASH, IN 46992-1727 | 02/25/2011 | 99% | Full-Text |
| CONVENIENCE | 4897 MILLCREEK PIKE W WABASH, IN 46992-9628 | 05/31/2010 | 97% | Full-Text |

## Phone Numbers

| Phone | Source |
|---|---|
| ███████ | Experian Credit Header Real Time  \|  People Find  \|  People Household  \|  Phone Records  \|  Utility #1  \|  Utility #2  \|  Utility #3  \|  Utility #4  \|  Utility #5  \|  Utility #6  \|  Utility #7 |
| ███████ | People Find |

## Possible Asset Information

### Real Property Tax Assessor Records

| Property Address | Assessed Total Value | Tax Year | Confidence Score | View Full Text |
|---|---|---|---|---|
| 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 | $183,100.00 | 2018 | 99% | Full-Text |

### Real Property Transactions

| Property Address | Sale Price | Mortgage Amount | Recording Date | Confidence Score | View Full Text |
|---|---|---|---|---|---|
| 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 | | $25,000.00 | 03/07/2013 | 99% | Full-Text |
| 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 | | $86,000.00 | 03/07/2013 | 99% | Full-Text |
| 4897 W MILLCREEK | | $99,500.00 | 10/05/2009 | 99% | Full-Text |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Property Address | Sale Price | Mortgage Amount | Recording Date | Confidence Score | View Full Text |
|---|---|---|---|---|---|
| PIKE WABASH, IN 46992-9628 | | | | | |
| 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 | | $93,000.00 | 07/31/2009 | 99% | Full-Text |

## Possible Adverse Information

**Risk Flags Analysis**

## List of Possible Risk Flags

| Risk Flags Name | Yes/No |
|---|---|
| Bankruptcy | No |
| Criminal Record | No |
| Arrest Record | No |
| Global Sanctions | No |
| OFAC Listing | No |
| Healthcare Sanction | No |
| Recorded as Deceased | Yes |
| Age Younger than SSN Issue Date | No |
| SSN Format is Invalid | No |
| Multiple SSNs | No |
| SSN Matches Multiple Individuals | No |
| Telephone Number Inconsistent with Address | No |
| Address 1st Reported <90 Days | No |
| Prison Address on Record | No |
| Residential Address Used as a Business Address | Yes |
| P.O. Box Listed as Address | No |
| Associate or Relative with a Prison Address on Record | No |
| Associate or Relative With a Residential Address Used as a Business Address | Yes |
| Associate or Relative with P.O. Box Listed as Address | Yes |

## Risk Flag Details

| Current Date: | 06/24/2020 |
|---|---|
| Source: | TRANS UNION |

## Individual Information

| Name: | WINER, BRADY N |
|---|---|
| Also Known As: | WINER, B |
| | WINER, BRADY |
| SSN: | ██████████ |
| Date of Birth: | ██/1948 |
| On File Since: | 09/01/1978 |

## Other Address Information

| Previous Address: | 4897 MILLCREEK PI |
|---|---|
| | WABASH, IN 46992-9628 |
| Address First Reported: | 01/23/2003 |
| Previous Address: | 100896 IN46992 |
| | WABASH, IN 46992 |
| Address First Reported: | 01/23/2003 |
| Previous Address: | RR 2 282 |
| | WABASH, IN 46992 |
| Address First Reported: | 01/23/2003 |

**End of Document**      © 2020 Thomson Reuters. No claim to original U.S. Government Works.

# Experian Credit Header Real Time (1)

To Summary

**CREDIT HEADER REAL TIME**

## Fraud Alert Information

| SSN Alerts | |
|---|---|
| Inquiry SSN Has Not Been Issued | No |
| Inquiry SSN Recorded As Deceased | No |
| Inquiry Age Younger than SSN Issue Date | No |
| High Probability SSN Belongs to Another | No |
| Inquiry SSN Format Is Invalid | No |
| Best Onfile SSN Recorded as Deceased | No |
| Best Onfile SSN Not Issued as of: | No |
| SSN Reported more Frequently for Another | No |

## Individual Information

| Best Name: | BRADY N WINER |
|---|---|
| Spouse Name: | PAULA |
| Other Name(s): | BRADY WINER |
| | BRADY M WINER |
| Best SSN: | ██████████ |
| Times Reported: | 3 |
| Date of Birth: | ██/1948 |
| Telephone Number(s): | ██████████ |
| | Type: Residence |

## Best Address Information

| Best Address: | 4897 W MILLCREEK PIKE |
|---|---|
| | WABASH, IN 46992 |
| | Reported 4 Times |
| Address First Reported: | 07/18/1993 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | | | |
|---|---|---|---|
| Other SSN(s) | No | Address Last Reported: | 03/30/2013 |
| **Address Alerts** | | | |
| Inquiry/Online Current Address Conflict | No | **Other Address Information** | |
| Inquiry Address 1ST Reported <90 Days | No | Other Address: | 432 E 1300 S<br>SILVER LAKE, IN 46982 |
| Inquiry Current Address Not Onfile | No | | Reported 0 Times |
| Inquiry Address: Alert | No | Address First Reported: | 01/24/2002 |
| Inquiry Address: Non-Residential | No | Address Last Reported: | 01/24/2002 |
| Inquiry Address: Cautious | No | | |
| Best Address: Alert | No | | |
| Best Address: Non-Residential | No | | |
| Best Address: Cautious | No | | |
| Inquiry Telephone Number Inconsistent with Address | No | | |

## Source Information

| | |
|---|---|
| **Current Date:** | 06/24/2020 |
| **Source:** | Experian Credit Header |

**End of Document**       © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Equifax Credit Header Records (1)

To Summary

| **CREDIT HEADER** |
|---|

### Source Information

| | |
|---|---|
| **Information Current Through:** | 05/27/2020 |
| **Database Last Updated:** | 05/29/2020 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 06/24/2020 |
| **Source:** | EQUIFAX CREDIT HEADER |

### Individual Information

| | |
|---|---|
| **Name:** | WINER, BRADY |
| **SSN:** | ▉▉▉▉▉▉▉▉ |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| SSN Status | CONFIRMED |
|---|---|
| Birthday: | ▓▓▓▓▓▓ |

## Last Known Address Information

| Current Address: | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992 |
|---|---|
| Address On File Since: | 04/1993 |

## Other Address Information

| Previous Address: | RR 2 BOX 282<br>WABASH, IN 46992 |
|---|---|
| Address On File Since: | 12/1988 |

End of Document        © 2020 Thomson Reuters. No claim to original U.S. Government Works.

# Phone Records (1)

To Summary

### Person Phone Record

## Source Information

| Information Current Through: | 05/15/2020 |
|---|---|
| Database Last Updated: | 05/29/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 06/24/2020 |

## Address Information

| Address: | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
|---|---|
| County: | WABASH |
| Address Type: | STREET OR RESIDENTIAL ADDRESS |
| Mail Deliverable: | YES |
| Address Validation Date: | 01/15/2015 |

## Phone Information

| Phone Number: | ▓▓▓▓▓▓ |
|---|---|
| Phone Type: | LAND LINE |
| Record Type: | RESIDENTIAL |
| First Reported: | 02/16/2005 |
| Last Reported: | 01/15/2015 |
| Original Service Provider: | FRONTIER NORTH - IN |
| Name: | BRADY N WINER |
| Listed in Directory Assistance: | YES |

Thomson Reuters. No claim to original U.S. Government Works.        25
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Telephone Confidence Description: | DAILY VALIDATION |
|---|---|

**End of Document**  <span style="float:right">© 2020 Thomson Reuters. No claim to original U.S. Government Works.</span>

## Real Property Tax Assessor Records (1)

To Summary

### Real Property Tax Assessor Record

**Source Information**

| Tax Roll Certification Date: | 05/09/2019 |
|---|---|
| Owner Information Current Through: | 02/28/2020 |
| County Last Updated: | 06/01/2020 |
| Current Date: | 06/24/2020 |
| Source: | TAX ASSESSOR |

**Owner Information**

| Owner(s): | WINER BRADY N |
|---|---|
|  | WINER PAULA M |
| Absentee Owner: | OWNER OCCUPIED |
| Property Address: | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| Mailing Address: | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |

**Property Information**

| County: | WABASH |
|---|---|
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Lot Size: | 307098 |
| Lot Acreage: | 7.0500 |
| Location Attributes: | TYPE UNKNOWN |
| Municipality: | NOBLE TWP |
| Legal Description: | PT SW FR SW1/4 #4 20-27-6 7.05AC |
| Lot Number: | 4 |
| Range: | 06 |
| Township: | 27 |
| Section: | 20 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Tax Assessment Information

| | |
|---|---|
| Tax Year: | 2018 |
| Calculated Land Value: | $48,700.00 |
| Calculated Improvement Value: | $134,400.00 |
| Calculated Total Value: | $183,100.00 |
| Assessed Land Value: | $48,700.00 |
| Assessed Improvement Value: | $134,400.00 |
| Assessed Total Value: | $183,100.00 |
| Market Land Value: | $48,700.00 |
| Market Improvement Value: | $134,400.00 |
| Market Total Value: | $183,100.00 |
| Valuation Method: | ASSESSED |
| Tax Amount: | $1,299.54 |
| Tax Code Area: | 007 |

## Building/Improvement Characteristics

| | |
|---|---|
| Building Type: | SINGLE FAMILY |
| Number of Buildings: | 1 |
| Year Built: | 19000000 |
| Total Area: | 307098 |
| Living Square Feet: | 2211 |
| Total Number of Rooms: | 8 |
| Number of Bedrooms: | 4 |
| Number of Bathrooms: | 2.00 |
| Full Baths: | 2 |
| Basement Type: | PARTIALLY FINISHED |
| Basement Square Feet: | 339 |
| Garage Type: | ATTACHED GARAGE |
| Pool: | Y |
| Pool Type: | CIRCULAR |
| Number of Stories: | 1.50 |
| Construction Type: | WOOD |
| Electricity: | AVAILABLE |
| Heat: | WARM AIR |
| A/C Type: | AC CENTRAL |

## Last Market Sale Information

| | |
|---|---|
| Seller Name: | OWNER RECORD |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Deed Type: | GRANT DEED |
|---|---|
| Type of Sale: | RESALE |
| Recording Date: | 05/13/1997 |

**Previous Transaction Information**

| Number of Parcels: | Y Y |
|---|---|

**Historical Tax Assessor Information**

| Historical Tax Assessor Record: 1. | |
|---|---|
| Tax Year: | 2017 |
| Calculated Land Value: | $48,700.00 |
| Calculated Improvement Value: | $130,800.00 |
| Calculated Total Value: | $179,500.00 |
| Assessed Total Value: | $179,500.00 |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | WINER BRADY N, WINER PAULA M |
| Property Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| Mailing Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| Historical Tax Assessor Record: 2. | |
| Tax Year: | 2016 |
| Calculated Land Value: | $48,700.00 |
| Calculated Improvement Value: | $118,000.00 |
| Calculated Total Value: | $166,700.00 |
| Assessed Total Value: | $166,700.00 |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | WINER BRADY N, WINER PAULA M |
| Property Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| Mailing Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| Historical Tax Assessor Record: 3. | |
| Tax Year: | 2015 |
| Calculated Land Value: | $48,700.00 |

| | |
|---|---|
| Calculated Improvement Value: | $113,000.00 |
| Calculated Total Value: | $161,700.00 |
| Assessed Total Value: | $161,700.00 |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | WINER BRADY N, WINER PAULA M |
| Property Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| Mailing Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 4.** | |
| Tax Year: | 2014 |
| Calculated Land Value: | $48,700.00 |
| Calculated Improvement Value: | $113,000.00 |
| Calculated Total Value: | $161,700.00 |
| Assessed Total Value: | $161,700.00 |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | WINER BRADY N, WINER PAULA M |
| Property Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| Mailing Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 5.** | |
| Tax Year: | 2013 |
| Calculated Land Value: | $48,700.00 |
| Calculated Improvement Value: | $108,500.00 |
| Calculated Total Value: | $157,200.00 |
| Assessed Total Value: | $157,200.00 |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | WINER BRADY N, WINER PAULA M |
| Property Address: | 4897 W MILLCREEK PIKE<br> WABASH, IN 46992-9628 |
| Mailing Address: | 4897 W MILLCREEK PIKE |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

|  |  |
|---|---|
|  | WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 6.** |  |
| **Tax Year:** | 2012 |
| **Calculated Land Value:** | $48,700.00 |
| **Calculated Improvement Value:** | $106,900.00 |
| **Calculated Total Value:** | $155,600.00 |
| **Assessed Total Value:** | $155,600.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 7.** |  |
| **Tax Year:** | 2011 |
| **Calculated Land Value:** | $31,700.00 |
| **Calculated Improvement Value:** | $105,800.00 |
| **Calculated Total Value:** | $137,500.00 |
| **Assessed Total Value:** | $137,500.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 8.** |  |
| **Tax Year:** | 2010 |
| **Calculated Land Value:** | $31,600.00 |
| **Calculated Improvement Value:** | $109,500.00 |
| **Calculated Total Value:** | $141,100.00 |
| **Assessed Total Value:** | $141,100.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |

**The data provided to you by WESTLAW** may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Property Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 9.** | |
| **Tax Year:** | 2009 |
| **Calculated Land Value:** | $31,600.00 |
| **Calculated Improvement Value:** | $109,500.00 |
| **Calculated Total Value:** | $141,100.00 |
| **Assessed Total Value:** | $141,100.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 10.** | |
| **Tax Year:** | 2009 |
| **Calculated Land Value:** | $31,600.00 |
| **Calculated Improvement Value:** | $109,500.00 |
| **Calculated Total Value:** | $141,100.00 |
| **Assessed Total Value:** | $141,100.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |

ADDITIONAL PROPERTIES POSSIBLY CONNECTED TO OWNER may have been located. The owner's mailing address is associated with other properties as indicated by tax assessor records. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**      © 2020 Thomson Reuters. No claim to original U.S. Government Works.

# Real Property Transactions (4)

To Summary

## Real Property Transaction Record

### Source Information

| | |
|---|---|
| Filings Current Through: | 03/03/2020 |
| County Last Updated: | 05/07/2020 |
| Frequency of Update: | MONTHLY |
| Current Date: | 06/24/2020 |
| Source: | COUNTY RECORDER |

### Owner Information

| | |
|---|---|
| Owner(s): | BRADY N WINER |
| Owner Relationship: | HUSBAND AND WIFE |
| Absentee Owner: | SITUS FROM SALE (OCCUPIED) |
| Property Address: | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |
| Mailing Address: | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |

### Transaction Information

| | |
|---|---|
| Transaction Date: | 07/24/2009 |
| Deed Type: | TRUST DEED/ MORTGAGE |
| Document Type: | MORTGAGE |
| Type of Transaction: | REFINANCE |
| Mortgage Amount: | $93,000.00 |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Deed Type: | MORTGAGE DEED |
| Mortgage Date: | 07/24/2009 |
| Lender Name: | BEACON FCU |
| Address: | WABASH, IN 46992 |
| Recording Date: | 07/31/2009 |
| Document Number: | 408910 |
| Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |

### Property Information

| | |
|---|---|
| County: | WABASH |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 3364 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document © 2020 Thomson Reuters. No claim to original U.S. Government Works.
To Summary

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Real Property Transaction Record

### Source Information

| | |
|---|---|
| Filings Current Through: | 03/03/2020 |
| County Last Updated: | 05/07/2020 |
| Frequency of Update: | MONTHLY |
| Current Date: | 06/24/2020 |
| Source: | COUNTY RECORDER |

### Owner Information

| | |
|---|---|
| Owner(s): | BRADY N & PAULA M WINER |
| Owner Relationship: | HUSBAND AND WIFE |
| Absentee Owner: | SITUS FROM SALE (OCCUPIED) |
| Property Address: | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |
| Mailing Address: | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |

### Transaction Information

| | |
|---|---|
| Transaction Date: | 03/01/2013 |
| Deed Type: | TRUST DEED/ MORTGAGE |
| Document Type: | MORTGAGE |
| Type of Transaction: | REFINANCE |
| Mortgage Amount: | $25,000.00 |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Term: | 15 YEARS |
| Mortgage Deed Type: | MORTGAGE DEED |
| Mortgage Date: | 03/01/2013 |
| Mortgage Due Date: | 03/25/2028 |
| Interest Rate: | ADJUSTABLE INT RATE LOAN |
| Lender Name: | CROSSROADS BK |
| Address: | WABASH, IN 46992 |
| Recording Date: | 03/07/2013 |
| Document Number: | 427252 |
| Equity Loan: | SECOND |

### Property Information

| | |
|---|---|
| County: | WABASH |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 3364 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**  © 2020 Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

[To Summary]

## Real Property Transaction Record

### Source Information

| Filings Current Through: | 03/03/2020 |
|---|---|
| County Last Updated: | 05/07/2020 |
| Frequency of Update: | MONTHLY |
| Current Date: | 06/24/2020 |
| Source: | COUNTY RECORDER |

### Owner Information

| Owner(s): | BRADY N WINER |
|---|---|
| Owner Relationship: | HUSBAND AND WIFE |
| Absentee Owner: | SITUS FROM SALE (OCCUPIED) |
| Property Address: | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |
| Mailing Address: | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |

### Transaction Information

| Transaction Date: | 09/24/2009 |
|---|---|
| Deed Type: | TRUST DEED/ MORTGAGE |
| Document Type: | MORTGAGE |
| Type of Transaction: | REFINANCE |
| Mortgage Amount: | $99,500.00 |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Deed Type: | MORTGAGE DEED |
| Mortgage Date: | 09/24/2009 |
| Lender Name: | BEACON FCU |
| Address: | WABASH, IN 46992 |
| Recording Date: | 10/05/2009 |
| Document Number: | 409758 |
| Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |

### Property Information

| County: | WABASH |
|---|---|
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 3364 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

Thomson Reuters. No claim to original U.S. Government Works.     34

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

[To Summary](#)

## Real Property Transaction Record

### Source Information

| Filings Current Through: | 03/03/2020 |
|---|---|
| County Last Updated: | 05/07/2020 |
| Frequency of Update: | MONTHLY |
| Current Date: | 06/24/2020 |
| Source: | COUNTY RECORDER |

### Owner Information

| Owner(s): | BRADY N & PAULA M WINER |
|---|---|
| Owner Relationship: | HUSBAND AND WIFE |
| Absentee Owner: | SITUS FROM SALE (OCCUPIED) |
| Property Address: | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |
| Mailing Address: | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |

### Transaction Information

| Transaction Date: | 03/01/2013 |
|---|---|
| Deed Type: | TRUST DEED/ MORTGAGE |
| Document Type: | MORTGAGE |
| Type of Transaction: | REFINANCE |
| Mortgage Amount: | $86,000.00 |
| Mortgage Type: | CONVENTIONAL |
| Mortgage Term: | 30 YEARS |
| Mortgage Deed Type: | MORTGAGE DEED |
| Mortgage Date: | 03/01/2013 |
| Mortgage Due Date: | 04/01/2043 |
| Lender Name: | CROSSROADS BK |
| Address: | WABASH, IN 46992 |
| Recording Date: | 03/07/2013 |
| Document Number: | 427251 |
| Refinance Loan: | LOAN TO VALUE IS MORE THAN 50% |

### Property Information

| County: | WABASH |
|---|---|
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 3364 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | | | | | |
|---|---|---|---|---|---|
| WINER, BETHANY C | No | No | No | No | No |
| WINER, BETH | No | No | No | No | No |
| **Possible Associates** | | | | | |
| GALLIMORE, ERICA | No | No | No | No | No |
| STEPHENS, CHARLES | No | No | No | No | No |
| SCHNEPP, STACEY N | No | No | No | No | No |
| CLARK, GRACIE | No | No | No | No | Yes |
| STEPHENS, GRAYSON | No | No | No | No | Yes |
| CASTRO, MATTHEW A | No | No | No | No | No |
| NORMAN, KENNETH D | No | No | No | No | No |
| NORMAN, FRANCES L | No | No | No | No | No |
| PITTS, ARNOLD | No | No | No | No | No |
| GALLIMORECASTRO, ERICA | No | No | No | No | No |
| WINER, BRADY N | No | No | No | No | No |
| STEPHENS, GRACIE | No | No | No | No | No |

## Possible Relatives & Household Members

Household Records

## 4897 W MILLCREEK PIKE WABASH, IN 46992-9628    | Full-Text

| Address First Reported: | 1973 | Phone: | ▮▮▮▮ | Confidence Score: | 98 |
|---|---|---|---|---|---|
| **Name** | | **Role** | **Date of Birth** | **Name/Address Confirmed:** | |
| MR BRADY N WINER | | Head of Household | ▮▮/1948 | 11/2018 | |
| MS PAULA M WINER | | Spouse | ▮▮/1953 | 10/2018 | |