# Exhibit 5

Case 3:16-md-02741-VC   Document 11148-5   Filed 07/02/20   Page 2 of 21

# Possible People Information

## Person Overview

**PAULA M WINER**

4897 W MILLCREEK PIKE

WABASH, IN 46992-9628 | WABASH County

### Phone Number(s):

### SSN:

- issued in IN in 1968-1969

### DOB:

/1953 (Age: 66)

### Spouse/Close Association:

BRADY



## Date of Birth Summary

| Date of Birth | Source | |
|---|---|---|
| /1953 (Age: 66) | Experian Credit Header | Experian Credit Header Real Time |
| | People Household #1 | People Household #2 |

## SSN Summary

| SSN | Source | |
|---|---|---|
| - issued in IN in 1968-1969 | Equifax Credit Header    Experian Credit Header    Experian Credit Header Real Time    People Find    People Historical | |
| - issued in NH in 1979-1980 | Experian Credit Header    Experian Credit Header Real Time | |

## Name Variations

| Name | Source | |
|---|---|---|
| PAULA MICHELLE WINER | Experian Credit Header Real Time    Professional License | |
| PAULA WINER | Experian Credit Header    Experian Credit Header Real Time    People Find | |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| PAULA M WINER | Experian Credit Header Real Time |
|---|---|

**Addresses**

| Address |
|---|

**4897 W MILLCREEK PIKE, WABASH, IN 46992-9628 | WABASH County**

*Reported 01/01/1973 - 10/31/2018*

| | |
|---|---|
| By People Household 01/01/1973 - 10/31/2018 | People Household |
| By Experian Credit Header Real Time 03/14/1993 - 01/01/2017 | Experian Credit Header Real Time |
| By Experian Credit Header 03/14/1993 - 08/18/2014 | Experian Credit Header |
| By People Historical 01/01/1993 - 12/31/1993 | People Historical |
| By People Find 07/01/1993 - 07/01/1993 | People Find |
| By Equifax Credit Header 03/01/1993 - 03/31/1993 | Equifax Credit Header |
| By Professional License | Professional License |
| By Real Property Deeds | Real Property Deeds #1        Real Property Deeds #2 |
| By Real Property Tax Assessor | Real Property Tax Assessor #1      Real Property Tax Assessor #2 |

**4568 W MILLCREEK PIKE, WABASH, IN 46992-9255 | WABASH County**

*Reported 01/01/2009 - 12/31/2015*

| | |
|---|---|
| By People Household 01/01/2014 - 12/31/2014 | People Household |
| By Phone Records 10/01/2014 - 10/01/2014 | Phone Records #1        Phone Records #2 |

**4897 W MILLCREEK PI, WABASH, IN 46992-9628 | WABASH County**

*Reported 06/01/2012 - 06/01/2012*

| | |
|---|---|
| By People Find 06/01/2012 - 06/01/2012 | People Find |

**432 E 1300 S, SILVER LAKE, IN 46982-8909 | KOSCIUSKO County**

*Reported 01/01/2002 - 09/20/2003*

| | |
|---|---|
| By Experian Credit Header 01/24/2002 - 09/20/2003 | Experian Credit Header |
| By Experian Credit Header Real Time 01/24/2002 - 09/20/2003 | Experian Credit Header Real Time |
| By Equifax Credit Header 01/01/2002 - 01/31/2002 | Equifax Credit Header |

**PO BOX 282, WABASH, IN 46992-0282 | WABASH County**

*Reported 11/13/2000 - 11/13/2000*

| | |
|---|---|
| By People Find 11/13/2000 - 11/13/2000 | People Find |
| By People Historical | People Historical |

**282 RR2, WABASH, IN 46992 | WABASH County**

*Reported 03/01/1988 - 07/16/2000*

| | |
|---|---|
| By Experian Credit Header 03/01/1988 - 07/16/2000 | Experian Credit Header |

**282 RR 2, WABASH, IN 46992**

*Reported 03/01/1988 - 07/16/2000*

| | |
|---|---|
| By Experian Credit Header 03/01/1988 - 07/16/2000 | Experian Credit Header |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| By People Historical 01/01/1993 - 12/31/1993 | People Historical |
| By People Find 01/01/1993 - 01/01/1993 | People Find |
| By Equifax Credit Header 04/01/1992 - 04/30/1992 | Equifax Credit Header |

**124 COLERAIN ST, WABASH, IN 46992-1727 | WABASH County**

*Reported N/A*

| By Real Property Tax Assessor | Real Property Tax Assessor |

**WABASH, IN 46992 | WABASH County**

*Reported N/A*

| By Phone Records | Phone Records |

## Phone Numbers

| Phone | Source |
|---|---|
| ███████ | Experian Credit Header  |  Experian Credit Header Real Time  |  People Find  |  People Historical  |  People Household |
| ███████ | Experian Credit Header Real Time |
| ███████ | Transunion Phone Records |
| ███████ | Phone Records |
| ███████ | Phone Records |

## Possible Asset Information

### Real Property Tax Assessor Records

| Property Address | Assessed Total Value | Tax Year | Confidence Score | View Full Text |
|---|---|---|---|---|
| 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 | $183,100.00 | 2018 | 99% | Full-Text |
| 124 COLERAIN ST WABASH, IN 46992-1727 | $55,500.00 | 2018 | 97% | Full-Text |

### Real Property Transactions

| Property Address | Sale Price | Mortgage Amount | Recording Date | Confidence Score | View Full Text |
|---|---|---|---|---|---|
| 4897 W MILLCREEK | | $25,000.00 | 03/07/2013 | 99% | Full-Text |

Thomson Reuters. No claim to original U.S. Government Works.

4

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Property Address | Sale Price | Mortgage Amount | Recording Date | Confidence Score | View Full Text |
|---|---|---|---|---|---|
| PIKE WABASH, IN 46992-9628 | | | | | |
| 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 | $86,000.00 | 03/07/2013 | 99% | Full-Text |

# Possible Adverse Information

**Risk Flags Analysis**

# List of Possible Risk Flags

| Risk Flags Name | Yes/No |
|---|---|
| Bankruptcy | No |
| Criminal Record | No |
| Arrest Record | No |
| Global Sanctions | No |
| OFAC Listing | No |
| Healthcare Sanction | No |
| Recorded as Deceased | No |
| Age Younger than SSN Issue Date | No |
| SSN Format is Invalid | No |
| Multiple SSNs | Yes |
| SSN Matches Multiple Individuals | Yes |
| Telephone Number Inconsistent with Address | No |
| Address 1st Reported <90 Days | No |
| Prison Address on Record | No |
| Residential Address Used as a Business Address | Yes |
| P.O. Box Listed as Address | Yes |
| Associate or Relative with a Prison Address on Record | No |
| Associate or Relative With a Residential Address Used as a Business Address | Yes |
| Associate or Relative with P.O. Box Listed as Address | Yes |

# Risk Flag Details

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | WABASH, IN 46992-9628 |
|---|---|
| **Address Type:** | STREET |

## Carrier

| **Name:** | NEW CINGULAR WIRELESS PCS, LLC - IL |
|---|---|
| **Affiliate:** | AT&T WIRELESS |
| **OCN:** | 6534 |

## Subpoena Contact

| **Name:** | AT&T WIRELESS NATIONAL COMPLIANCE CENTER |
|---|---|
| **Address:** | 11760 US HWY 1 <br> N. PALM BEACH, FL 33408 |
| **Phone:** | ███████ |
| **Fax:** | ███████ |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

End of Document                                                        © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Real Property Tax Assessor Records  (2)

To Summary

| Real Property Tax Assessor Record |
|---|

### Source Information

| **Tax Roll Certification Date:** | 05/09/2019 |
|---|---|
| **Owner Information Current Through:** | 02/28/2020 |
| **County Last Updated:** | 06/01/2020 |
| **Current Date:** | 06/24/2020 |
| **Source:** | TAX ASSESSOR |

### Owner Information

| **Owner(s):** | WINER BRADY N |
|---|---|
| | WINER PAULA M |
| **Absentee Owner:** | OWNER OCCUPIED |

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| Property Address: | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| Mailing Address: | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |

## Property Information

| County: | WABASH |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Lot Size: | 307098 |
| Lot Acreage: | 7.0500 |
| Location Attributes: | TYPE UNKNOWN |
| Municipality: | NOBLE TWP |
| Legal Description: | PT SW FR SW1/4 #4 20-27-6 7.05AC |
| Lot Number: | 4 |
| Range: | 06 |
| Township: | 27 |
| Section: | 20 |

## Tax Assessment Information

| Tax Year: | 2018 |
| Calculated Land Value: | $48,700.00 |
| Calculated Improvement Value: | $134,400.00 |
| Calculated Total Value: | $183,100.00 |
| Assessed Land Value: | $48,700.00 |
| Assessed Improvement Value: | $134,400.00 |
| Assessed Total Value: | $183,100.00 |
| Market Land Value: | $48,700.00 |
| Market Improvement Value: | $134,400.00 |
| Market Total Value: | $183,100.00 |
| Valuation Method: | ASSESSED |
| Tax Amount: | $1,299.54 |
| Tax Code Area: | 007 |

## Building/Improvement Characteristics

| Building Type: | SINGLE FAMILY |
| Number of Buildings: | 1 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Year Built: | 19000000 |
|---|---|
| Total Area: | 307098 |
| Living Square Feet: | 2211 |
| Total Number of Rooms: | 8 |
| Number of Bedrooms: | 4 |
| Number of Bathrooms: | 2.00 |
| Full Baths: | 2 |
| Basement Type: | PARTIALLY FINISHED |
| Basement Square Feet: | 339 |
| Garage Type: | ATTACHED GARAGE |
| Pool: | Y |
| Pool Type: | CIRCULAR |
| Number of Stories: | 1.50 |
| Construction Type: | WOOD |
| Electricity: | AVAILABLE |
| Heat: | WARM AIR |
| A/C Type: | AC CENTRAL |

**Last Market Sale Information**

| Seller Name: | OWNER RECORD |
|---|---|
| Deed Type: | GRANT DEED |
| Type of Sale: | RESALE |
| Recording Date: | 05/13/1997 |

**Previous Transaction Information**

| Number of Parcels: | Y Y |
|---|---|

**Historical Tax Assessor Information**

| Historical Tax Assessor Record: 1. | |
|---|---|
| Tax Year: | 2017 |
| Calculated Land Value: | $48,700.00 |
| Calculated Improvement Value: | $130,800.00 |
| Calculated Total Value: | $179,500.00 |
| Assessed Total Value: | $179,500.00 |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Homestead Exempt: | HOMEOWNER EXEMPTION |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | WINER BRADY N, WINER PAULA M |
| Property Address: | 4897 W MILLCREEK PIKE |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| | WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 2.** | |
| **Tax Year:** | 2016 |
| **Calculated Land Value:** | $48,700.00 |
| **Calculated Improvement Value:** | $118,000.00 |
| **Calculated Total Value:** | $166,700.00 |
| **Assessed Total Value:** | $166,700.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 3.** | |
| **Tax Year:** | 2015 |
| **Calculated Land Value:** | $48,700.00 |
| **Calculated Improvement Value:** | $113,000.00 |
| **Calculated Total Value:** | $161,700.00 |
| **Assessed Total Value:** | $161,700.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 4.** | |
| **Tax Year:** | 2014 |
| **Calculated Land Value:** | $48,700.00 |
| **Calculated Improvement Value:** | $113,000.00 |
| **Calculated Total Value:** | $161,700.00 |
| **Assessed Total Value:** | $161,700.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 5.** | |
| **Tax Year:** | 2013 |
| **Calculated Land Value:** | $48,700.00 |
| **Calculated Improvement Value:** | $108,500.00 |
| **Calculated Total Value:** | $157,200.00 |
| **Assessed Total Value:** | $157,200.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 6.** | |
| **Tax Year:** | 2012 |
| **Calculated Land Value:** | $48,700.00 |
| **Calculated Improvement Value:** | $106,900.00 |
| **Calculated Total Value:** | $155,600.00 |
| **Assessed Total Value:** | $155,600.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 7.** | |
| **Tax Year:** | 2011 |
| **Calculated Land Value:** | $31,700.00 |

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Calculated Improvement Value:** | $105,800.00 |
| **Calculated Total Value:** | $137,500.00 |
| **Assessed Total Value:** | $137,500.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Homestead Exempt:** | HOMEOWNER EXEMPTION |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 8.** | |
| **Tax Year:** | 2010 |
| **Calculated Land Value:** | $31,600.00 |
| **Calculated Improvement Value:** | $109,500.00 |
| **Calculated Total Value:** | $141,100.00 |
| **Assessed Total Value:** | $141,100.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 9.** | |
| **Tax Year:** | 2009 |
| **Calculated Land Value:** | $31,600.00 |
| **Calculated Improvement Value:** | $109,500.00 |
| **Calculated Total Value:** | $141,100.00 |
| **Assessed Total Value:** | $141,100.00 |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | WINER BRADY N, WINER PAULA M |
| **Property Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Historical Tax Assessor Record: 10. | |
|---|---|
| Tax Year: | 2009 |
| Calculated Land Value: | $31,600.00 |
| Calculated Improvement Value: | $109,500.00 |
| Calculated Total Value: | $141,100.00 |
| Assessed Total Value: | $141,100.00 |
| Assessor's Parcel Number: | 85-14-20-300-010.000-007 |
| Absentee Owner: | OWNER OCCUPIED |
| Owner: | WINER BRADY N, WINER PAULA M |
| Property Address: | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| Mailing Address: | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |

ADDITIONAL PROPERTIES POSSIBLY CONNECTED TO OWNER may have been located. The owner's mailing address is associated with other properties as indicated by tax assessor records. Additional charges may apply.
TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

End of Document                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.
  To Summary

**Real Property Tax Assessor Record**

### Source Information

| Tax Roll Certification Date: | 05/09/2019 |
|---|---|
| Owner Information Current Through: | 02/28/2020 |
| County Last Updated: | 06/01/2020 |
| Current Date: | 06/24/2020 |
| Source: | TAX ASSESSOR |

### Owner Information

| Owner(s): | WINER BRADY |
|---|---|
| | WINER PAULA |
| Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Property Address: | 124 COLERAIN ST<br>WABASH, IN 46992-1727 |
| Mailing Address: | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |

### Property Information

| County: | WABASH |
|---|---|

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Assessor's Parcel Number: | 85-14-11-101-027.000-009 |
|---|---|
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Lot Size: | 9477 |
| Lot Acreage: | 0.2176 |
| Width Footage: | 56 |
| Depth Footage: | 117 |
| Municipality: | NOBLE TWP |
| Legal Description: | MITTENS LOT 6 & E1/2 LOT 7 |
| Lot Number: | 6 |
| Range: | 06 |
| Township: | 27 |
| Section: | 11 |

**Tax Assessment Information**

| Tax Year: | 2018 |
|---|---|
| Calculated Land Value: | $13,000.00 |
| Calculated Improvement Value: | $42,500.00 |
| Calculated Total Value: | $55,500.00 |
| Assessed Land Value: | $13,000.00 |
| Assessed Improvement Value: | $42,500.00 |
| Assessed Total Value: | $55,500.00 |
| Market Land Value: | $13,000.00 |
| Market Improvement Value: | $42,500.00 |
| Market Total Value: | $55,500.00 |
| Valuation Method: | ASSESSED |
| Tax Amount: | $1,110.00 |
| Tax Code Area: | 009 |

**Building/Improvement Characteristics**

| Building Type: | SINGLE FAMILY |
|---|---|
| Number of Buildings: | 1 |
| Year Built: | 19200000 |
| Total Area: | 6000009477 |
| Living Square Feet: | 1360 |
| Total Number of Rooms: | 7 |
| Number of Bedrooms: | 3 |
| Number of Bathrooms: | 1.00 |
| Full Baths: | 1 |

Thomson Reuters. No claim to original U.S. Government Works.

21

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Number of Stories:** | 2.00 |
| **Construction Type:** | MASONRY |
| **Electricity:** | AVAILABLE |
| **Heat:** | WARM AIR |
| **Fuel:** | GAS |
| **Water:** | PUBLIC |
| **Sewer:** | PUBLIC |

## Last Market Sale Information

| | |
|---|---|
| **Seller Name:** | OWNER RECORD |
| **Deed Type:** | GRANT DEED |
| **Type of Sale:** | RESALE |
| **Recording Date:** | 06/15/2005 |

## Previous Transaction Information

| | |
|---|---|
| **Number of Parcels:** | Y Y |

## Historical Tax Assessor Information

| | |
|---|---|
| **Historical Tax Assessor Record: 1.** | |
| **Tax Year:** | 2017 |
| **Calculated Land Value:** | $13,000.00 |
| **Calculated Improvement Value:** | $42,200.00 |
| **Calculated Total Value:** | $55,200.00 |
| **Assessed Total Value:** | $55,200.00 |
| **Assessor's Parcel Number:** | 85-14-11-101-027.000-009 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | WINER BRADY, WINER PAULA |
| **Property Address:** | 124 COLERAIN ST<br>WABASH, IN 46992-1727 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE<br>WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 2.** | |
| **Tax Year:** | 2016 |
| **Calculated Land Value:** | $13,000.00 |
| **Calculated Improvement Value:** | $41,000.00 |
| **Calculated Total Value:** | $54,000.00 |
| **Assessed Total Value:** | $54,000.00 |
| **Assessor's Parcel Number:** | 85-14-11-101-027.000-009 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Owner: | WINER BRADY, WINER PAULA |
|---|---|
| Property Address: | 124 COLERAIN ST |
| | WABASH, IN 46992-1727 |
| Mailing Address: | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| Historical Tax Assessor Record: 3. | |
| Tax Year: | 2015 |
| Calculated Land Value: | $13,000.00 |
| Calculated Improvement Value: | $41,400.00 |
| Calculated Total Value: | $54,400.00 |
| Assessed Total Value: | $54,400.00 |
| Assessor's Parcel Number: | 85-14-11-101-027.000-009 |
| Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner: | WINER BRADY, WINER PAULA |
| Property Address: | 124 COLERAIN ST |
| | WABASH, IN 46992-1727 |
| Mailing Address: | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| Historical Tax Assessor Record: 4. | |
| Tax Year: | 2014 |
| Calculated Land Value: | $13,000.00 |
| Calculated Improvement Value: | $41,600.00 |
| Calculated Total Value: | $54,600.00 |
| Assessed Total Value: | $54,600.00 |
| Assessor's Parcel Number: | 85-14-11-101-027.000-009 |
| Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner: | WINER BRADY, WINER PAULA |
| Property Address: | 124 COLERAIN ST |
| | WABASH, IN 46992-1727 |
| Mailing Address: | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| Historical Tax Assessor Record: 5. | |
| Tax Year: | 2013 |
| Calculated Land Value: | $13,000.00 |
| Calculated Improvement Value: | $39,900.00 |
| Calculated Total Value: | $52,900.00 |
| Assessed Total Value: | $52,900.00 |
| Assessor's Parcel Number: | 85-14-11-101-027.000-009 |

Thomson Reuters. No claim to original U.S. Government Works.

23

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | WINER BRADY, WINER PAULA |
| **Property Address:** | 124 COLERAIN ST <br> WABASH, IN 46992-1727 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE <br> WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 6.** | |
| **Tax Year:** | 2012 |
| **Calculated Land Value:** | $13,000.00 |
| **Calculated Improvement Value:** | $37,500.00 |
| **Calculated Total Value:** | $50,500.00 |
| **Assessed Total Value:** | $50,500.00 |
| **Assessor's Parcel Number:** | 85-14-11-101-027.000-009 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | WINER BRADY, WINER PAULA |
| **Property Address:** | 124 COLERAIN ST <br> WABASH, IN 46992-1727 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE <br> WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 7.** | |
| **Tax Year:** | 2011 |
| **Calculated Land Value:** | $9,800.00 |
| **Calculated Improvement Value:** | $38,300.00 |
| **Calculated Total Value:** | $48,100.00 |
| **Assessed Total Value:** | $48,100.00 |
| **Assessor's Parcel Number:** | 85-14-11-101-027.000-009 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | WINER BRADY, WINER PAULA |
| **Property Address:** | 124 COLERAIN ST <br> WABASH, IN 46992-1727 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE <br> WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 8.** | |
| **Tax Year:** | 2010 |
| **Calculated Land Value:** | $9,800.00 |
| **Calculated Improvement Value:** | $39,700.00 |
| **Calculated Total Value:** | $49,500.00 |
| **Assessed Total Value:** | $49,500.00 |

Thomson Reuters. No claim to original U.S. Government Works.

24

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| **Assessor's Parcel Number:** | 85-14-11-101-027.000-009 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | WINER BRADY, WINER PAULA |
| **Property Address:** | 124 COLERAIN ST |
| | WABASH, IN 46992-1727 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 9.** | |
| **Tax Year:** | 2009 |
| **Calculated Land Value:** | $9,800.00 |
| **Calculated Improvement Value:** | $39,400.00 |
| **Calculated Total Value:** | $49,200.00 |
| **Assessed Total Value:** | $49,200.00 |
| **Assessor's Parcel Number:** | 85-14-11-101-027.000-009 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | WINER BRADY, WINER PAULA |
| **Property Address:** | 124 COLERAIN ST |
| | WABASH, IN 46992-1727 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |
| **Historical Tax Assessor Record: 10.** | |
| **Tax Year:** | 2009 |
| **Calculated Land Value:** | $9,800.00 |
| **Calculated Improvement Value:** | $39,400.00 |
| **Calculated Total Value:** | $49,200.00 |
| **Assessed Total Value:** | $49,200.00 |
| **Assessor's Parcel Number:** | 85-14-11-101-027.000-009 |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Owner:** | WINER BRADY, WINER PAULA |
| **Property Address:** | 124 COLERAIN ST |
| | WABASH, IN 46992-1727 |
| **Mailing Address:** | 4897 W MILLCREEK PIKE |
| | WABASH, IN 46992-9628 |

ADDITIONAL PROPERTIES POSSIBLY CONNECTED TO OWNER may have been located. The owner's mailing address is associated with other properties as indicated by tax assessor records. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

**End of Document**                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

# Real Property Transactions (2)

To Summary

| Real Property Transaction Record |
|:---:|

## Source Information

| | |
|---|---|
| **Filings Current Through:** | 03/03/2020 |
| **County Last Updated:** | 05/07/2020 |
| **Frequency of Update:** | MONTHLY |
| **Current Date:** | 06/24/2020 |
| **Source:** | COUNTY RECORDER |

## Transaction Information

| | |
|---|---|
| **Transaction Date:** | 03/01/2013 |
| **Deed Type:** | TRUST DEED/ MORTGAGE |
| **Document Type:** | MORTGAGE |
| **Type of Transaction:** | REFINANCE |
| **Mortgage Amount:** | $25,000.00 |
| **Mortgage Type:** | CONVENTIONAL |
| **Mortgage Term:** | 15 YEARS |
| **Mortgage Deed Type:** | MORTGAGE DEED |
| **Mortgage Date:** | 03/01/2013 |
| **Mortgage Due Date:** | 03/25/2028 |
| **Interest Rate:** | ADJUSTABLE INT RATE LOAN |
| **Lender Name:** | CROSSROADS BK |
| **Address:** | WABASH, IN 46992 |
| **Recording Date:** | 03/07/2013 |
| **Document Number:** | 427252 |
| **Equity Loan:** | SECOND |

## Owner Information

| | |
|---|---|
| **Owner(s):** | BRADY N & PAULA M WINER |
| **Owner Relationship:** | HUSBAND AND WIFE |
| **Absentee Owner:** | SITUS FROM SALE (OCCUPIED) |
| **Property Address:** | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |
| **Mailing Address:** | 4897 MILLCREEK PIKE WABASH, IN 46992-9628 |

## Property Information

| | |
|---|---|
| **County:** | WABASH |
| **Assessor's Parcel Number:** | 85-14-20-300-010.000-007 |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| **Land Use:** | SINGLE FAMILY RESIDENCE |
| **Building Square Feet:** | 3364 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | WABASH, IN 46992-9628 | Issue Date: | 06/13/1996 |
|---|---|---|---|
| County: | WABASH | Expire Date: | 10/31/2005 |
| Country: | USA | License Status: | ACTIVE |
| | | License State: | IN |

## Employer Information

| Organization: | PERSON |
|---|---|

End of Document   © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Healthcare Licenses (2)

To Summary

**Healthcare Provider License Record**

### Source Information

| Information Current Through: | 06/19/2020 |
|---|---|
| Database Last Updated: | 06/22/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 06/24/2020 |
| Source: | INDIANA PROFESSIONAL LICENSING AGENCY |

### Reporting Authority Information

| Publication: | INDIANA PROFESSIONAL LICENSING AGENCY - MULTIPLE PROVIDER/ ENTITY ROSTER |
|---|---|
| Authority: | INDIANA PROFESSIONAL LICENSING AGENCY |
| State: | IN |

### Provider Information:

| Name: | PAULA MICHELLE WINER |
|---|---|
| Entity Type: | INDIVIDUAL |
| Address: | WABASH, IN 46992 |
| Last Reported: | 07/03/2018 |
| Additional Information | PROFESSION=NURSING BOARD |

### License Information

| License Number: | 28133172A |
|---|---|
| License State: | IN |
| License Status: | ACTIVE; |

End of Document   © 2020 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Healthcare Provider License Record**

Thomson Reuters. No claim to original U.S. Government Works.

34

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Source Information

| | |
|---|---|
| Information Current Through: | 06/19/2020 |
| Database Last Updated: | 06/22/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 06/24/2020 |
| Source: | INDIANA PROFESSIONAL LICENSING AGENCY |

## Reporting Authority Information

| | |
|---|---|
| Publication: | MULTIPLE PROFESSIONS AND FACILITY LICENSE ROSTER |
| Authority: | INDIANA PROFESSIONAL LICENSING AGENCY |
| State: | IN |

## Provider Information:

| | |
|---|---|
| Name: | PAULA MICHELLE WINER |
| Entity Type: | INDIVIDUAL |
| Address: | WABASH, IN 46992 |
| Last Reported: | 04/13/2011 |
| Additional Information | LICENSE STATUS=ACTIVE; |

## License Information

| | |
|---|---|
| License Number: | 28133172A |
| License State: | IN |
| License First Issue Date: | 06/13/1996 |
| License Expiration Date: | 10/31/2011 |
| License Type: | REGISTERED NURSE |
| License Status: | ACTIVE; |
| Provider Type: | NURSING SERVICE PROVIDERS |
| Provider Class: | REGISTERED NURSE |

End of Document                                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

## Household Records (2)

To Summary

**People Finder Household-Centric Record**

## Source Information

| | |
|---|---|
| Information Current Through: | 04/27/2020 |
| Database Last Updated: | 06/11/2020 |
| Update Frequency: | MONTHLY |
| Current Date: | 06/24/2020 |
| Source: | Data by Infogroup, Copyright © 2020, All Rights Reserved. |

## Household Information:

| | |
|---|---|
| Address: | 4897 W MILLCREEK PIKE WABASH, IN 46992-9628 |
| County: | WABASH |
| Latitude/Longitude: | -85.884384/40.76881 |
| Residence Type: | SINGLE FAMILY DWELLING |
| Address First Reported: | 1973 |
| Telephone: | ■■■■■■■ |
| Reported Occupation: | NURSE |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

# BRADY N WINER

| Relative of: | PAULA M WINER | Degree of Separation: | 1 |
|---|---|---|---|
| SSN: | ▓▓▓▓ issued in IN in 1963 | DOB: | ▓▓/1948 (Age: 71) |

| Possible AKA | SSN | DOB |
|---|---|---|
| B WINER | | |
| BRADY WINER | | |

\* Match with one of the subject's addresses

| Date Range | Address | Phone |
|---|---|---|
| Reported 01/01/1973 - 01/15/2015 | \* 4897 W MILLCREEK PIKE, WABASH, IN 46992-9628 \| WABASH County | ▓▓▓▓ |
| Reported 01/27/2011 - 09/24/2013 | \* 124 COLERAIN ST, WABASH, IN 46992-1727 \| WABASH County | ▓▓▓▓ |
| Reported 02/08/2012 - 02/10/2012 | \*\*\*CLEAR RATE COMMUNICATIONS, WABASH, IN 46992 \| WABASH County | ▓▓▓▓ |
| Reported 05/20/2010 - 06/06/2010 | 1120 S RIVERWOOD DR, WABASH, IN 46992-9712 \| WABASH County | ▓▓▓▓ |
| Reported 01/23/2003 - 01/23/2003 | 4897 MILLCREEK PI, WABASH, IN 46992-9628 | ▓▓ |
| Reported 12/01/1988 - 01/23/2003 | \* 282 RR 2, WABASH, IN 46992 \| WABASH County | ▓▓▓ |
| Reported 07/01/1993 - 07/01/1993 | 100896 IN46992, WABASH, IN 46992 \| WABASH County | ▓▓▓ |
| Reported N/A | 2 N RAILROAD ST, WABASH, IN 46992-3100 \| WABASH County | ▓▓ |
| Reported N/A | MILL CREEK PIKE, WABASH, IN 46992 \| WABASH County | ▓▓ |

# LOLA JADE WINER

| Relative of: | PAULA M WINER | Degree of Separation: | 1 |
|---|---|---|---|

\* Match with one of the subject's addresses

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.