Paul J. Napoli (NY 2513141)
Hunter J. Shkolnik (NY 2031458)
NAPOLI SHKOLNIK, PLLC
360 Lexington Avenue
New York, New York 10017
pnapoli@nsprlaw.com
hunter@napolilaw.com
Phone: (212) 397-1000
Fax: (312) 610-5680

Thomas C. Goldstein (MD 9512120307)
Eric F. Citron (MD 1608240002)
Daniel Woofter (MD 1812120199)
Goldstein & Russell, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20815
tg@goldsteinrussell.com
Phone: (202) 362-0636
Fax: (866) 574-2033

Christopher L. Schnieders (KS 22434)
NAPOLI SHKOLNIK, PLLC
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
cschnieders@napolilaw.com
Phone: (212) 397-1000
Fax: (312) 610-5680

*Counsel for Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **Notice of Appearance** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Hunter J. Shkolnik hereby appears in the above-captioned case on behalf of Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania.

Dated July 2, 2020                                  Respectfully submitted,

                                                    /s/ Hunter J. Shkolnik

Paul J. Napoli (NY 2513141)               Thomas C. Goldstein (MD 9512120307)
Hunter J. Shkolnik (NY 2031458)           Eric F. Citron (MD 1608240002)
NAPOLI SHKOLNIK, PLLC                      Daniel Woofter (MD 1812120199)
360 Lexington Avenue                       Goldstein & Russell, P.C.
New York, New York 10017                   7475 Wisconsin Ave., Suite 850
pnapoli@nsprlaw.com                        Bethesda, MD 20815
hunter@napolilaw.com                       tg@goldsteinrussell.com
Phone: (212) 397-1000                      Phone: (202) 362-0636
Fax: (312) 610-5680                        Fax: (866) 574-2033

Christopher L. Schnieders (KS 22434)
NAPOLI SHKOLNIK, PLLC
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
cschnieders@napolilaw.com
Phone: (212) 397-1000
Fax: (312) 610-5680

*Counsel for Plaintiffs Elaine Wagner, Salvatore Bonina, Terry Kimble and Nicolo Catania*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 2, 2020                          Respectfully submitted,

                                            /s/ Hunter J. Shkolnik