## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-02224 | **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS** |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**

Plaintiffs, Felton Boston, Ronald Edward Phillips, and Lena Faye Tolbert, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) and Local Rule 6.3, hereby respectfully request an extension of time to file a response with respect to the pending Motion for Preliminary Approval of Class Settlement for 30 days up to and including August 7, 2020. In support thereof, Plaintiffs hereby incorporate the arguments put forth in the Motion for Extension filed by Goldstein Russell, P.C. and Napoli Shkolnik, PLLC as Docket No. 11149.

1

**CONCLUSION**

For the foregoing reasons, the time to file a response to the motion for preliminary approval of class settlement, appointment of interim class and subclass counsel, direction of notice under Fed. R. Civ. P. 23(e), scheduling of a fairness hearing, and stay of the filing and prosecution of roundup-related actions by settlement class members should be extended for 30 days to and including August 7, 2020.

Dated: July 2, 2020

Respectfully submitted,

/s/T. Roe Frazer II
T. Roe Frazer II; TN BPR No. 35785
FRAZER PLC
Burton Hills II
30 Burton Hills Blvd., Suite 450
Nashville, TN 37215
Telephone: (615) 647-6464
roe@frazer.law

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated: July 2, 2020

Respectfully submitted,

<u>/s/T. Roe Frazer II</u>
