AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| MICHAEL HOLLANDER | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:16-md-02741 |
| MONSANTO COMPANY, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF MICHAEL HOLLANDER.

Date: July 2, 2020

*Attorney's signature*

Wykeisha L. Orr, Esq. (246009)
*Printed name and bar number*

THE ORR FIRM
300 Frank H. Ogawa Plaza, Suite 216
Oakland, CA 94612
*Address*

worr@theorrfirm.com
*E-mail address*

(510) 985-4600
*Telephone number*

(877) 810-9006
*FAX number*