| | |
|---|---|
| Robert L. Lieff (SBN 037568) | James R. Dugan, II |
| Elizabeth J. Cabraser (SBN 083151) | TerriAnne Benedetto |
| Steven E. Fineman (SBN 140335) | David S. Scalia |
| Kevin R. Budner (SBN 287271) | THE DUGAN LAW FIRM, APLC |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | One Canal Place |
| 275 Battery Street, 29th Floor | 365 Canal Street, Suite 1000 |
| San Francisco, California 94111-3339 | New Orleans, LA 70130 |
| Telephone: 415.956.1000 | Telephone: 504.648.0180 |
| ecabraser@lchb.com | |
| | |
| William M. Audet (SBN 117456) | Samuel Issacharoff |
| Ling Y. Kuang (SBN 296873) | 40 Washington Square South |
| AUDET & PARTNERS, LLP | Suite 411J |
| 711 Van Ness, Suite 500 | New York, NY 10012 |
| San Francisco, CA 94102-3229 | Telephone: 212.998.6580 |
| Telephone: 415.568.2555 | |

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS FOR EXTENSION OF TIME** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

I, Elizabeth J. Cabraser, declare as follows:

    1.    I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and among proposed Class Counsel in this matter. I submit this declaration in support of Plaintiffs' Opposition to Motions for Extension of Time. Except as otherwise noted, I have personal

- 2 -

knowledge of the facts set forth herein, and could testify competently to them if called upon to do so.

2. It is my professional opinion, based on both my general experience with class action settlements, and my specific knowledge of the terms of this settlement, that there is no benefit to the Class of further extending the briefing or hearing schedule on preliminary approval, particularly because it appears that none of the movants are class members who will benefit from, or be bound by, the proposed settlement.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 3rd day of July, 2020, in San Francisco, California.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser