Carrie M. Reilly (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
CMReilly@wlrk.com

*Attorney for Defendant*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|
| _____ | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: *Ramirez et al v. Monsanto Co.*, Case No. 3:19-cv-02224 | **NOTICE OF APPEARANCE OF CARRIE M. REILLY ON BEHALF OF DEFENDANT MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that Carrie M. Reilly, of Wachtell, Lipton, Rosen & Katz, hereby enters her appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

- 2 -

Dated: July 3, 2020                     Respectfully submitted,

                                        */s/ Carrie M. Reilly*
                                        Carrie M. Reilly (*pro hac vice*)
                                        WACHTELL, LIPTON, ROSEN & KATZ
                                        51 W 52nd Street
                                        New York, NY 10019
                                        Telephone: (212) 403-1000
                                        Facsimile: (212) 403-2000
                                        CMReilly@wlrk.com

                                        *Attorney for Defendant*
                                        *MONSANTO COMPANY*