Jeffrey M. Wintner (admitted pro hac vice)
Carrie M. Reilly (admitted pro hac vice)
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMWintner@wlrk.com

William Hoffman (admitted pro hac vice)
David J. Weiner (admitted pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@arnoldporter.com

*Attorneys for Defendant*
MONSANTO COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **DECLARATION OF CARRIE M. REILLY IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTIONS FOR EXTENSION OF TIME** |

I, Carrie M. Reilly, declare as follows:

1. I am a partner at the law firm of Wachtell, Lipton, Rosen & Katz, and one of the attorneys for the Defendant in this matter. I submit this declaration in support of the Defendant's Opposition to Motions for Extension of Time. Except as otherwise noted, I have personal knowledge of the facts set forth herein, and could testify competently to them if called upon to do so.

2. It is my professional opinion, based on my specific knowledge of the terms of this settlement, that there is no benefit of further extending the briefing or hearing schedule on preliminary approval, particularly because it appears that none of the movants are class members who will benefit from, or be bound by, the proposed settlement.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 3rd day of July, 2020, in Harrison, New York.

*/s/ Carrie M. Reilly*
Carrie M. Reilly