Roland Tellis (SBN 186269)
David B. Fernandes, Jr. (SBN 280944)
**Baron & Budd, P.C**.
15910 Ventura Blvd., Suite 1600
Encino, CA 91403
Phone (818) 839-320
rtellis@baronbudd.com

Brian Fitzpatrick
Professor of Law
**Vanderbilt Law School**
131 21st Ave S
Nashville, TN 37203
Phone (615) 322-4032
brian.fitzpatrick@vanderbilt.edu

*Counsel for Putative Class Member*
*Tracie Ward*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**<br><br>The Honorable Vince Chhabria |

## ***EX PARTE*** **APPLICATION**

Pursuant to Civil Local Rules 7-10 and 6-3, and Federal Rule of Civil Procedure 6(b)(1)(A), putative settlement class member Tracie Ward ("Ms. Ward")[1], by and through her counsel for record, respectfully requests an extension of time to file a response to the pending Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 11042) (the "Motion for Preliminary Approval") for 25 days, up to and including August 7, 2020.[2]

Ms. Ward moves *Ex Parte* because there is insufficient time to file this extension request as a noticed motion and Counsel for the Proposed Settlement Class declined to consent to requested extension.

The proposed class action settlement threatens to affect "hundreds of thousands or even millions of persons who have been exposed to Roundup, may or may not have manifested NHL symptoms, and have not commenced an individual personal injury action or retained counsel to do so." (ECF No. 11042 at p. 13). Yet, it has never before been attempted in the history of American jurisprudence. It raises "unique" and profound questions not only under Rule 23, but also under federal statutes and the U.S. Constitution. It could have a dramatic effect not only on this litigation but on the future of mass tort litigation.

---

1 Ms. Ward was exposed to Roundup, has been diagnosed with NHL, and had not, by June 24, "commenced a lawsuit or otherwise retained counsel with respect to any individual actual or potential personal injury or false advertising claim" related to such exposure. Settlement § 1.1(a).

2 Ms. Ward also joins in the Motion for Extension filed by Goldstein Russell, P.C. and Napoli Shkolnik, PLLC (ECF Doc. 11149).

Inasmuch as Counsel for Ms. Ward was only recently retained, and given the complexity of the issues raised by the Motion for Preliminary Approval, Ms. Ward respectfully urges the Court to extend the time for all interested parties to respond to the Motion for Preliminary Approval so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time and money is expended—and perhaps wasted—on notice to the settlement class and the expected litany of objections from class members.

For the foregoing reasons, and in the interests of justice, Ms. Ward respectfully requests that the Court extend the deadline to file a response to the Motion for Preliminary Approval by 25 days, to and including August 7, 2020.

Dated: July 4, 2020

Respectfully submitted,

*/s/ Roland Tellis*________
Roland Tellis

Roland Tellis (SBN 186269)
David B. Fernandes, Jr. (SBN 280944)
Baron & Budd, P.C.
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
Phone (818) 839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

Brian Fitzpatrick
Professor of Law
Vanderbilt Law School
131 21st Ave S
Nashville, TN 37203
Phone (615) 322-4032
brian.fitzpatrick@vanderbilt.edu

*Counsel for Putative Class Member Tracie Ward*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 4, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 4, 2020

Respectfully submitted,

*/s/ Roland Tellis*
Roland Tellis