Roland Tellis (SBN 186269)
David B. Fernandes, Jr. (SBN 280944)
**Baron & Budd, P.C**.
15910 Ventura Blvd., Suite 1600
Encino, CA 91403
Phone (818) 839-320
rtellis@baronbudd.com

Brian Fitzpatrick
Professor of Law
**Vanderbilt Law School**
131 21st Ave S
Nashville, TN 37203
Phone (615) 322-4032
brian.fitzpatrick@vanderbilt.edu

*Counsel for Putative Class Member*
*Tracie Ward*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 <br><br> Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: <br><br> *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **DECLARATION OF ROLAND TELLIS IN SUPPORT OF EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS** <br><br> The Honorable Vince Chhabria |

## DECLARATION OF ROLAND TELLIS

I, Roland Tellis, declare as follows:

1.      I am an attorney licensed to practice before this Court and all courts of the State of California.  I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.  I am a Partner in the law firm of Baron & Budd, P.C. where I lead my Firm's Class Action Practice Group and manage the Firm's Los Angeles Office. My Firm, together with Professor Brian Fitzpatrick, represent putative class member Tracie Ward.

2.      I make this Declaration in support of Ms. Ward's *Ex Parte* Application to extend the deadline to respond to the pending Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 11042), for 25 days, up to and including August 7, 2020.  Ms. Ward also joins in a similar Motion for Extension filed by Goldstein Russell, P.C. and Napoli Shkolnik, PLLC (ECF Doc. 11149).

3.      Ms. Ward moves *Ex Parte* because there is insufficient time to file this extension request as a noticed motion and Counsel for the Proposed Settlement Class, Ms. Elizabeth Cabraser, declined to consent to my request for an extension.

4.      My Firm and Professor Fitzpatrick were only recently retained, and given the complexity of the issues raised by the Motion for Preliminary Approval, we respectfully urge the Court to extend the time for all interested parties to respond to the Motion for Preliminary Approval so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time and money is expended—and perhaps wasted—on notice to the settlement class and the expected litany of objections from class members.

DECLARATION OF ROLAND TELLIS IN SUPPORT OF <u>EX PARTE</u> APPLICATION
MDL NO. 2741, CASE NO. 3:16-MD-02741

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of July, 2020, in Encino, California.

*/s/ Roland Tellis*
Roland Tellis

**CERTIFICATE OF SERVICE**

I hereby certify that on July 4, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 4, 2020                                        Respectfully submitted,

_/s/ Roland Tellis_____
Roland Tellis