Ted W. Pelletier, Esq. (C.S.B. No.172938)
tpelletier@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Shepard A. Hoffman, Esq. (C.S.B. No. 129557)
shoffman@shephoffman.com
The Hoffman Law Firm
12720 Hillcrest Road, Suite 700
Dallas, Texas 75230
Telephone: (214) 521-2211 x1004
Facsimile: (214) 522-0420

*Counsel for Putative Class Member*
Gregory Bush

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **NOTICE OF APPEARANCES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Ted Pelletier, of Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation, hereby enter my appearance as counsel for putative class member Gregory Bush in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.

My address and telephone number are as follows:

Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

I, Shepard A. Hoffman, of The Hoffman Law Firm hereby enter my appearance as counsel for putative class member Gregory Bush in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.

My address and telephone number are as follows:
The Hoffman Law Firm
12720 Hillcrest Road, Suite 700
Dallas, Texas 75230
Telephone: (214) 521-2211 x1004,
Facsimile: (214) 522-0420

Please serve said counsel with all pleadings, notices or any other filings in this action.

DATED: July 5, 2020

KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation

By: ______________________
Ted W. Pelletier

Attorneys for Putative Class Member
Gregory Bush

DATED: July 5, 2020

THE HOFFMAN LAW FIRM

By: ______________________
Shepard Hoffman

Attorneys for Putative Class Member
Gregory Bush



Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

I, Shepard A. Hoffman, of The Hoffman Law Firm hereby enter my appearance as counsel for putative class member Gregory Bush in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California.

My address and telephone number are as follows:

The Hoffman Law Firm
12720 Hillcrest Road, Suite 700
Dallas, Texas 75230
Telephone: (214) 521-2211 x1004,
Facsimile: (214) 522-0420

Please serve said counsel with all pleadings, notices or any other filings in this action.

DATED: July 5, 2020

KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation

By: ______________________
Ted W. Pelletier

Attorneys for Putative Class Member
Gregory Bush

DATED: July 5, 2020

THE HOFFMAN LAW FIRM

By: ______________________
Shepard Hoffman

Attorneys for Putative Class Member
Gregory Bush

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

# CERTIFICATE OF SERVICE

***In Re: Roundup Products Liability Litigation***
**MDL No. 2741**
**U.S. District Court, Northern District of California Case No. 3:16-MD-02741**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607.

On July 5, 2020, I served true copies of the following document(s) described as:

**NOTICE OF APPEARANCES**

on the interested parties in this action as follows:

**SEE PARTIES ON CM/ECF SYSTEM**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 5, 2020, at Richmond, California.

/S/ [Paula Katayanagi]
Paula Katayanagi