UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2741 |
| | | Master Docket Case No. 1 16-md-02741-VC |
| This document relates to: | ) ) | Honorable Vince Chhabria |
| Aubrey R. Aden | ) ) | Case No: 19-cv-1849-VC |
| v. | ) ) | |
| Monsanto Company | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

**NOW COMES,** ELAINE T. ADEN, designated as the Executor of the Estate of AUBREY R. ADEN, and who now brings her Motion to Substitute as the proper party Plaintiff, and would state in support thereof the following, as to wit:

1.

The Plaintiff, Aubrey R. Aden departed this life on March 23, 2020. **(See Exhibit "A" attached hereto identified as "Death Certificate")**.

2.

Aubrey R. Aden, was the Plaintiff in a civil matter being brought for personal injuries secondary to wrongful conduct by the Defendant, Monsanto Company entitled, Aubrey R. Aden v. Monsanto Company, Case No.19-cv-1849-VC; Master Case No.

16-md-02741-VC, MDL NO. 2741 in the above styled cause.

3.

Mrs. Elaine T. Aden, desires to be substituted as the proper party Plaintiff pursuant to *MS. Code § 11-7-13, et seq., and Fed. R. Civ. P. 25(a)(1), et seq.*

4.

On July 5th, 2011, Mr. Aubrey R. Aden, properly executed a Last Will and Testament, appointing his spouse, Elaine T. Aden, as Executor of the Estate of Aubrey R. Aden. **(See Exhibit "B" attached hereto as "The Last Will and Testament of Aubrey R. Aden").**

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, ELAINE T. ADEN, prays that the Motion to Substitute the Proper Party Plaintiff, ELAINE T. ADEN, be granted herein as follows:

1. That Mrs. Elainte T. Aden, has been designated as the Executor of the Estate of Aubrey R. Aden, by way of a properly executed Last Will and Testament, dated the 5th day of July, 2011;

2. That Mrs. Elaine T. Aden, is the proper party Plaintiff to bring this Wrongful Death Action pursuant to *Fed. R. Civ. P. 25(a)(1)*;

2. That Mrs. Elaine T. Aden, is the proper party Plaintiff to bring a Wrongful Death Action pursuant to *MS Code § 91-7-233, et seq*.

4. That Mrs. Elaine T. Aden, is the proper party Plaintiff to bring a Survival Action pursuant to *MS Code § 91-7-233, et seq.;* and

5. That the Caption in this entitled cause be and is hereby identified as "Elaine Sylvia T. Aden, individually, and as successor in interest for the estate of Aubrey R. Aden, deceased" in place of Aubrey R. Aden.

**Dated 6th day of July, 2020**

Respectfully submitted:

*S/David R. Aden*

_____
**DAVID R. ADEN**
(LA BAR NO. 30373)
(TX BAR NO. 24105005)
**LAW OFFICES OF DAVID ADEN**
201 ST. CHARLES AVE., SUITE 2500
NEW ORLEANS, LA 70170
(T) 504-599-5941
(F) 504-684-1377
*Attorneys for Elaine T. Aden*

## CERTIFICATE OF SERVICE

I, David R. Aden, hereby certify that, on July 6, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by F.C.R.P. 5(b)2.

*S/David R. Aden*

_____
**DAVID R. ADEN**