UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 |
| | | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | | Honorable Vince Chhabria |
| Aubrey R. Aden | | Case No: 19-cv-1849-VC |
| v. | | |
| Monsanto Company | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### [PROPOSED] ORDER

1. Counsel for Plaintiff's motion is GRANTED.

2. Elaine T. Aden is hereby substituted in place of Aubrey R. Aden.

3. Accordingly, the Plaintiff Caption shall be amended as follows: *"Elaine T. Aden, individually, and as successor in interest for the estate of Aubrey R. Aden, deceased."*

DATED: _____

                                                    _____
                                                    **Hon. VINCE CHHABRIA**
                                                    United States District Court Judge