# EXHIBIT

# A




# MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS



13878121

## CERTIFICATE OF DEATH
### STATE OF MISSISSIPPI

STATE FILE NUMBER: 123-2020-006829

**FILING DATE** 03/25/2020

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): **AUBREY ROSS ADEN**

2. GENDER: MALE | 3a. HOUR OF DEATH: 23:45 | 3b. DATE OF DEATH (Month, Day, Year): 03/23/2020

4. RACE (Check one or more races to indicate what the decedent considered himself or herself to be):
☒ White  ☐ Black or African American  ☐ Chinese  ☐ Filipino  ☐ Japanese  ☐ Korean  ☐ Vietnamese  ☐ Native Hawaiian  ☐ Samoan  ☐ Asian Indian  ☐ Guamanian or Chamorro
☐ Other Asian (Specify) ___  ☐ Other Pacific Islander (Specify) ___
☐ American Indian or Alaska Native (Name of the enrolled tribe or principal tribe) ___  ☐ Other (Specify) ___

5. AGE AT LAST BIRTHDAY (Check only one box): 80 Years | ONLY IF UNDER 1 YEAR: 5a. MOS / 5b. DAYS | ONLY IF UNDER 1 DAY: 5c. HOURS / 5d. MINS | 6. DATE OF BIRTH (Month, Day, Year): 08/31/1939 | 7. BIRTH PLACE (State or Foreign Country): TEXAS

8. PLACE OF DEATH: IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient  ☐ ER/Outpatient  ☐ DOA | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility  ☐ Nursing Home/Long term care facility  ☒ Decedent's home  ☐ Other (Specify)

8a. FACILITY NAME (If not a facility, give street address, route number or other location): **106 AUBREY ADEN ROAD** | 9a. CITY, TOWN OR LOCATION OF DEATH: **CARRIERE** | 9b. ZIP CODE: **39426** | 9c. COUNTY OF DEATH: **PEARL RIVER**

10. DECEDENT'S EDUCATION - Check the box that best describes the highest degree or level of school completed at time of death:
☐ 8th grade or less  ☐ 9th - 12th grade, no diploma  ☒ High school graduate or GED completed  ☐ Some college, no degree  ☐ Associate degree (e.g. AA, AS)  ☐ Bachelor's degree (e.g. BA, AB, BS)
☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA)  ☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, DDS, DVM, LLB, JD)  ☐ Unknown

11. MARITAL STATUS AT TIME OF DEATH: ☒ Married, but separated  ☐ Widowed  ☐ Divorced  ☐ Never married  ☐ Unknown | 12. SURVIVING SPOUSE (give legal name prior to first marriage): **SYLVIA ELAINE THOMSON** | 13. WAS DECEASED EVER IN US ARMED FORCES? (Yes or No): **YES**

14. DECEDENT OF HISPANIC ORIGIN? Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino.
☒ No, not Spanish/Hispanic/Latino  ☐ Yes, Mexican, Mexican American, Chicano  ☐ Yes, Puerto Rican  ☐ Yes, Cuban  ☐ Yes, Other Spanish/Hispanic/Latino. (Specify)

15. SOCIAL SECURITY NUMBER: **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** | 16a. USUAL OCCUPATION (Kind of work done most of working life): **BUSINESS OWNER** | 16b. KIND OF BUSINESS OR INDUSTRY: **HORTICULTURE**

17a. RESIDENCE-STATE: **MISSISSIPPI** | 17b. COUNTY: **PEARL RIVER** | 17c. CITY OR TOWN: **CARRIERE** | 17d. ZIP CODE: **39426** | 17e. STREET AND NUMBER OR RURAL LOCATION (include apartment number): **108 AUBREY ADEN ROAD** | 17f. INSIDE CITY LIMITS (Yes or No): **NO**

18. FATHER'S OR PARENT'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last, Suffix): **AUBREY ADEN** | 19. MOTHER'S OR PARENT'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last, Suffix): **RHEA GAUTIER**

20a. INFORMANT - NAME (Type or print): **SYLVIA ELAINE THOMSON ADEN** | 20b. RELATIONSHIP TO DECEDENT: **WIFE** | 20c. MAILING ADDRESS (Street and number, City or town, State, ZIP Code): **106 AUBREY ADEN ROAD, CARRIERE, MS 39426**

21a. DISPOSITION OF BODY (Specify: Burial, Cremation, etc.): **CREMATION** | 21b. CEMETERY-CREMATORY - NAME: **GULF COAST CREMATORY** | 21c. LOCATION (City and State): **BILOXI, MS** | 21d. FUNERAL DIRECTOR - SIGNATURE AND LICENSE NUMBER: ELECTRONICALLY SIGNED BY **WESLIE A. MCDONALD**  FD-1587

22a. FUNERAL HOME (Who first assumed custody of body): **MCDONALD FUNERAL HOME (55M)** | 22b. FUNERAL HOME LICENSE NUMBER: **FE-56** | 22c. MAILING ADDRESS (Street and number, City or town, State, ZIP Code): **401 WEST CANAL, PICAYUNE, MS 39466**

22d. FUNERAL HOME (If body was transferred prior to disposition) ___ | 22e. MAILING ADDRESS (Street and number, City or town, State, ZIP Code) ___

23a. PERSON WHO PRONOUNCED DEATH - NAME and TITLE (Type or print): **HAYDEN HOFFMAN RN** | 23b. PRONOUNCED DEAD (Month, Day, Year): ON **03/23/2020** | 23c. PRONOUNCED DEAD (Time): AT **23:45**

24a. NAME OF CERTIFIER (Type or print): **DEREK TURNAGE** | 24b. MAILING ADDRESS (Street and number, City or town, State, ZIP Code): **P O BOX 703, PICAYUNE, MS 39466**

24c. On the basis of examination and/or investigation, in my opinion, death occurred due to the cause(s) and manner as stated: ELECTRONICALLY SIGNED BY SIGNATURE ► **DEREK TURNAGE, CME1** | 24d. TITLE: **PEARL RIVER COUNTY CORONER**

25a. To the best of my knowledge, death occurred due to the cause(s) and manner as stated. | This section to be completed by or for the Physician or State Medical Examiner: SIGNATURE ► ___ | 25b. TITLE ___ | 25c. DATE SIGNED (Month, Day, Year) **03/25/2020** | 25d. STATE LICENSE NUMBER ___

26. CAUSE OF DEATH (Part I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, shock or heart failure without showing the etiology. List only one cause in each line. DO NOT USE ABBREVIATIONS.)

IMMEDIATE CAUSE (Final disease or condition resulting in death): (a) **FOLLICULAR LYMPHOMA GRADE 1 WITH LYMPHNODE** | Interval between onset and death: **UNKNOWN**

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST: (b) DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only) ___

(c) DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only) ___

(d) DUE TO, OR AS A CONSEQUENCE OF (Enter one cause only) ___

27. PART II: OTHER SIGNIFICANT CONDITIONS - Conditions contributing to death but not resulting in the underlying cause given in PART I. ___

28a. POSTMORTEM EXAMINATION? (Yes or No): **NO** | 28b. POSTMORTEM EXAMINATION FINDINGS AVAILABLE? (Yes or No): NO | 29. REFERRED TO STATE MEDICAL EXAMINER? (Yes or No): NO

30. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes  ☐ Probably  ☐ No  ☒ Unknown | 31. IF FEMALE: ☐ NOT pregnant within the past year  ☐ Pregnant at the time of death  ☐ Not pregnant, BUT pregnant 43 DAYS TO 1 YEAR BEFORE DEATH  ☐ Unknown if pregnant within the past year  ☐ Not pregnant, BUT PREGNANT WITHIN 42 DAYS OF DEATH

32a. ACCIDENT, SUICIDE, HOMICIDE, PENDING INVESTIGATION, or UNDETERMINED (Specify) ___ | 32b. DATE OF INJURY (Month, Day, Year) ___ | 32c. TIME OF INJURY ___ | 32d. DESCRIBE HOW OR BY WHAT MEANS INJURY OCCURRED ___

32e. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify) ___

32f. INJURY AT WORK (Yes or No) ___ | 32g. PLACE OF INJURY (Specify: Home, Farm, Street, Factory, Office building, etc.) ___ | 32h. LOCATION: Street or route number ___ City or town ___ State ___

Mississippi State Department of Health

Revised 04/01/2019 | Form 311

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

4/2/2020

*Judy Moulder*
Judy Moulder
**STATE REGISTRAR**




**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER, DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE