Harris Pogust, Esq. (PA Bar No. 52721)
Tobias L. Millrood, Esq. (PA Bar No. 77764)
Michael G. Daly, Esq. (PA Bar No. 309911)
POGUST MILLROOD, LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
*Attorneys for Putative Class Member,*
*William Kohler*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **NOTICE OF JOINDER IN EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**<br><br>The Honorable Vince Chhabria |

**PLEASE TAKE NOTICE THAT** putative class member, William Kohler, pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Rule 6.3, respectfully joins in putative settlement class member Tracie Ward's request for an extension of time to file a response to the pending Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ. P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 11042) (the "Motion for Preliminary Approval") for 25 days, up to and including August 7, 2020.[1]

As stated in Ms. Ward's moving papers, the proposed class action settlement threatens to affect "hundreds of thousands or even millions of persons who have been exposed to Roundup, may or may not have manifested NHL symptoms, and have not commenced an individual personal injury action or retained counsel to do so." (ECF No. 11042 at p. 13).  Yet, it has never before been attempted in the history of American jurisprudence.  It raises "unique" and profound questions not only under Rule 23, but also under federal statutes and the U.S. Constitution.  It could have a dramatic effect not only on this litigation but on the future of mass tort litigation.

For the reasons set forth in Ms. Ward's motion, Mr. Kohler by and through undersigned counsel respectfully urges this Court to extend the time for all interested parties to respond to the Motion for Preliminary Approval so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time and money is expended on notice to the settlement class and the expected litany of objections from class members.

---

[1] This joinder also incorporates by reference the argument and reasons included in the Motion for Extension filed in this action by Napoli Shkolnik, PLLC, on July 3, 2020, found at ECF No. 11149.

Dated: July 6, 2020                    Respectfully submitted,

                                       */s/ Harris Pogust*
                                       Harris Pogust, Esq. (PA Bar No. 52721)
                                       Tobias L. Millrood, Esq. (PA Bar No. 77764)
                                       Michael G. Daly, Esq. (PA Bar No. 309911)
                                       POGUST MILLROOD, LLC
                                       161 WASHINGTON ST., SUITE 940
                                       CONSHOHOCKEN, PA 19428
                                       (610) 941-4204
                                       hpogust@pogustmillrood.com
                                       tmillrood@pogustmillrood.com
                                       mdaly@pogustmillrood.com
                                       *Attorneys for Putative Class Member, William Kohler*

NOTICE OF JOINDER IN MOTION FOR EXTENSION OF TIME
MDL NO. 2741, CASE NO. 3:16-MD-02741

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 6, 2020                                    Respectfully submitted,

                                                      */s/ Harris Pogust*

NOTICE OF JOINDER IN MOTION FOR EXTENSION OF TIME
MDL NO. 2741, CASE NO. 3:16-MD-02741