UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **Hon. Vince Chhabria** |
| *Ramirez et al v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

**[PROPOSED] ORDER APPROVING THE ESCROW AGREEMENT AND ESTABLISHMENT OF A QUALIFIED SETTLEMENT FUND**

Upon the Joint Motion of Proposed Class Counsel and Defendant Monsanto Company and for good cause shown, the Court hereby orders as follows, adopting for purposes of this Order all defined terms in the Settlement Agreement:

1. The Court has reviewed and hereby approves the proposed Escrow Agreement, attached as Exhibit I to the June 24, 2020 Declaration of Elizabeth J. Cabraser. Dkt. 11042-10.

2. Citibank, N.A. acting through its Citi Private Bank business unit is appointed as the Escrow Agent.

3. Verus LLC is appointed as the "administrator" of the Settlement Fund within the meaning of § 1.468B-2(k)(3) of the Treasury Regulations.

4. The Settlement Fund is established as a "qualified settlement fund" within the meaning of § 1.468B-1 of the Treasury Regulations promulgated under Sections 468B of the Internal Revenue Code of 1986, as amended.

5. The Court retains continuing jurisdiction and supervision of the Escrow Agent and the Settlement Fund.

**SO ORDERED** this _____ day of _____, 2020.

_____
The Honorable Vince Chhabria
United States District Court Judge