Timothy F. Pearce, Esq. (State Bar No. 215223)
Stuart B. Lewis, Esq. (State Bar No. 321824)
**Pearce Lewis LLP**
423 Washington Street, Suite, 510
San Francisco, CA 94111
Email: tim@pearcelewis.com
Email: stuart@pearcelewis.com
(415) 964-5225 Telephone
(415)830-9879 Facsimile

Stuart B. Lewis, Esq. (of counsel)
Tara K. King, Esq. #69171MO
**SWMW LAW, LLC**
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 Telephone
(314) 932-1566 Facsimile
Email: pharma@swmwlaw.com

*Counsel for Putative Class Member
Kathleen McMullin*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
(UNLIMITED JURISDICTION)

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-02224 | **<u>*EX PARTE*</u> APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**<br><br>The Honorable Vince Chhabria |

## *EX PARTE* APPLICATION

Pursuant to Civil Local Rules 7-10 and 6-3, and Federal Rule of Civil Procedure 6(b)(1)(A), putative settlement class member Kathleen McMullin ("Ms. McMullin")[1], by and through her counsel for record, respectfully requests an extension of time to file a response to the pending Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 11042) (the "Motion for Preliminary Approval") for 25 days, up to and including August 7, 2020.[2] Ms. McMullin moves Ex Parte because there is insufficient time to file this extension request as a noticed motion and Counsel for the Proposed Settlement Class declined to consent to requested extension.

The proposed class action settlement threatens to affect "hundreds of thousands or even millions of persons who have been exposed to Roundup, may or may not have manifested NHL symptoms, and have not commenced an individual personal injury action or retained counsel to do so." (ECF No. 11042 at p. 13). Yet, it has never before been attempted in the history of American jurisprudence. It raises "unique" and profound questions not only under Rule 23, but also under federal statutes and the U.S. Constitution. It could have a dramatic effect not only on this litigation but on the future of mass tort litigation.

Inasmuch as Counsel for Ms. McMullin was only recently retained, and given the complexity of the issues raised by the Motion for Preliminary Approval, Ms. McMullin respectfully urges the Court to extend the time for all interested parties to respond to the Motion for Preliminary Approval so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time

---

[1] Ms. McMullin was exposed to Roundup, has been diagnosed with NHL, and had not, by June 24, "commenced a lawsuit or otherwise retained counsel with respect to any individual actual or potential personal injury or false advertising claim" related to such exposure. Settlement § 1.1(a).

[2] Ms. McMullin also joins in the Motion for Extension filed by Goldstein Russell, P.C. and Napoli Shkolnik, PLLC (ECF Doc. 11149).

and money is expended—and perhaps wasted—on notice to the settlement class and the expected litany of objections from class members.

For the foregoing reasons, and in the interests of justice, Ms. McMullin respectfully requests that the Court extend the deadline to file a response to the Motion for Preliminary Approval by 25 days, to and including August 7, 2020.

Dated: July 6, 2020                                             Respectfully submitted,

/s/ Stuart B. Lewis
Stuart B. Lewis, Esq.

Stuart B. Lewis, Esq. (State Bar No. 321824)
Timothy F. Pearce, Esq. (State Bar No. 215223)
**Pearce Lewis LLP**
423 Washington Street, Suite, 510
San Francisco, CA 94111
Email: tim@pearcelewis.com
Email: stuart@pearcelewis.com
(415) 964-5225 Telephone
(415)830-9879 Facsimile

Stuart B. Lewis, Esq. (CA State Bar No. 321824)
Tara K. King, Esq. #69171MO
SWMW LAW, LLC
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 Telephone
(314) 932-1566 Facsimile
Email: pharma@swmwlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 6, 2020                                          Respectfully submitted,

                                                            */s/ Stuart B. Lewis*
                                                            Stuart B. Lewis, Esq.