Timothy F. Pearce, Esq. (State Bar No. 215223)
Stuart B. Lewis, Esq. (State Bar No. 321824)
**Pearce Lewis LLP**
423 Washington Street, Suite, 510
San Francisco, CA 94111
Email: tim@pearcelewis.com
Email: stuart@pearcelewis.com
(415) 964-5225 Telephone
(415)830-9879 Facsimile

Stuart B. Lewis, Esq. (of counsel)
Tara K. King, Esq. #69171MO
**SWMW LAW, LLC**
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 Telephone
(314) 932-1566 Facsimile
Email: pharma@swmwlaw.com

*Counsel for Putative Class Member*
*Kathleen McMullin*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
(UNLIMITED JURISDICTION)

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.,*<br>Case No. 3:19-cv-02224 | **NOTICE OF JOINDER IN *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**<br><br>The Honorable Vince Chhabria |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE THAT** Kathleen McMullin respectfully joins in putative settlement class member Kathleen McMullin's request for an extension of time to file a response to the pending Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 11042) (the "Motion for Preliminary Approval") for 25 days, up to and including August 7, 2020.

As stated in Ms. McMullins's moving papers, the proposed class action settlement threatens to affect "hundreds of thousands or even millions of persons who have been exposed to Roundup, may or may not have manifested NHL symptoms, and have not commenced an individual personal injury action or retained counsel to do so." (ECF No. 11042 at p. 13).  Yet, it has never before been attempted in the history of American jurisprudence.  It raises "unique" and profound questions not only under Rule 23, but also under federal statutes and the U.S. Constitution.  It could have a dramatic effect not only on this litigation but on the future of mass tort litigation.

For the reasons set forth in Ms. McMullin's motion, Kathleen McMullin respectfully urges this Court to extend the time for all interested parties to respond to the Motion for Preliminary Approval so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time and money is expended—and perhaps wasted—on notice to the settlement class and the expected litany of objections from class members.

Dated: July 6, 2020

Respectfully submitted,

*/s/ Stuart B. Lewis*
Stuart B. Lewis, Esq.

Stuart B. Lewis, Esq. (State Bar No. 321824)
Timothy F. Pearce, Esq. (State Bar No. 215223)
**Pearce Lewis LLP**
423 Washington Street, Suite, 510
San Francisco, CA 94111
Email: tim@pearcelewis.com
Email: stuart@pearcelewis.com
(415) 964-5225 Telephone
(415)830-9879 Facsimile

Stuart B. Lewis, Esq. (CA State Bar No. 321824)
Tara K. King, Esq. #69171MO

NOTICE OF JOINDER IN MOTION FOR EXTENSION OF TIME
MDL NO. 2741, CASE NO. 3:16MD-02741

SWMW LAW, LLC
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180 Telephone
(314) 932-1566 Facsimile
Email: pharma@swmwlaw.com

NOTICE OF JOINDER IN MOTION FOR EXTENSION OF TIME
MDL NO. 2741, CASE NO. 3:16MD-02741

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 6, 2020                                        Respectfully submitted,

                                                        */s/ Stuart B. Lewis*
                                                        Stuart B. Lewis, Esq.

3