Lynne M. Kizis, Esq. (ID No. 037831987)
WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
732.636.8000
*Attorneys for Plaintiff John W. Rowe*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No:  3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Rowe, et al. v. Monsanto Co.*, Case No. 3:20-cv-04224 | **NOTICE OF APPEARANCE OF LYNNE M. KIZIS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Lynne M. Kizis hereby appears in the above-captioned case on behalf of Plaintiff John W. Rowe, and the Proposed Class.

Dated: July 6, 2020

WILENTZ, GOLDMAN & SPITZER, P.A.


By:  /s/ *LYNNE M. KIZIS*
Lynne M. Kizis, Esq. (ID No. 037831987)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095

#11489728.1