M. Elizabeth Graham, CA 143085
**Grant & Eisenhofer P.A.**
One Market Street
Spear Tower, 36th Floor
San Francisco, CA 94105
Phone: 415-293-8210
Fax: 415-789-4367
egraham@gelaw.com

Jillian A. S. Roman, Esq. (*Pro Hac Vice* Pending)
Christopher M. Placitella, Esq. (*Pro Hac Vice* Pending)
**Cohen, Placitella & Roth, P.C.**
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Phone (215) 567-3500
Fax (215) 567-6019
jroman@cprlaw.com
cplacitella@cprlaw.com

*Counsel for Putative Class Member, Roger Scott*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **NOTICE OF JOINDER IN <u>EX PARTE</u> APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**<br><br>The Honorable Vince Chhabria |

**PLEASE TAKE NOTICE THAT** putative settlement class member Roger Scott[1] respectfully joins in putative settlement class member Tracie Ward's request for an extension of time to file a response to the pending Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 11042) (the "Motion for Preliminary Approval") for 25 days, up to and including August 7, 2020.

As stated in Ms. Ward's moving papers, the proposed class action settlement threatens to affect "hundreds of thousands or even millions of persons who have been exposed to Roundup, may or may not have manifested NHL symptoms, and have not commenced an individual personal injury action or retained counsel to do so." (ECF No. 11042 at p. 13). Yet, it has never before been attempted in the history of American jurisprudence. It raises "unique" and profound questions not only under Rule 23, but also under federal statutes and the U.S. Constitution. It could have a dramatic effect not only on this litigation but on the future of mass tort litigation.

For the reasons set forth in Ms. Ward's motion, Roger Scott respectfully urges this Court to extend the time for all interested parties to respond to the Motion for Preliminary Approval so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time and money is expended—and perhaps wasted—on notice to the settlement class and the expected litany of objections from class members.

Dated: July 6, 2020                                   Respectfully submitted,

*Elizabeth Graham*
_____
M. Elizabeth Graham, CA 143085
**Grant & Eisenhofer P.A.**
One Market Street
Spear Tower, 36th Floor

---

[1] Mr. Scott was exposed to Roundup, has not been diagnosed with NHL as of today's date, and had not, by June 24, 2020 "commenced a lawsuit or otherwise retained counsel with respect to any individual actual or potential personal injury or false advertising claim" related to such exposure. Settlement § 1.1(a), 1.2.

**JOINDER IN MOTION TO EXTEND DEADLINE**

| | |
|---|---|
| 1 | San Francisco, CA 94105 |
| 2 | Phone: 415-293-8210 |
| | Fax: 415-789-4367 |
| 3 | egraham@gelaw.com |
| 4 | |
| 5 | /s/ *Jillian A. S. Roman, Esq.* |
| | Jillian A. S. Roman, Esq. |
| 6 | Christopher M. Placitella, Esq. |
| | **Cohen, Placitella & Roth, P.C.** |
| 7 | 2001 Market Street, Suite 2900 |
| | Philadelphia, PA 19103 |
| 8 | Phone (215) 567-3500 |
| | Fax (215) 567-6019 |
| 9 | jroman@cprlaw.com |
| 10 | cplacitella@cprlaw.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINDER IN MOTION TO EXTEND DEADLINE**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 6, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

_____
M. Elizabeth Graham

**JOINDER IN MOTION TO EXTEND DEADLINE**