HOLLINGSWORTH LLP
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
E-Mail:       jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Wade Martin v. Monsanto Co., et al.*, Case No. 3:20-cv-00415-VC | |

**BAYER CORPORATION'S ANSWER
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, defendant Bayer Corporation ("Bayer Corporation"), by and through its counsel, answers plaintiff's First Amended and Superseding Complaint ("the Complaint") by generally denying all allegations contained in the Complaint, except as set forth below.  Bayer Corporation denies – and objects to – allegations by plaintiff that purport to lump Bayer Corporation together with other defendants.  Bayer Corporation responds to the allegations in the Complaint only on behalf of Bayer Corporation and not on behalf of any other defendant.  Silence as to any allegations shall constitute a denial.  Although many paragraphs in the Complaint allege exposure or use of Monsanto products by "Plaintiffs," Monsanto nevertheless responds to the allegations in those paragraphs as if they refer to the plaintiff Wade Martin.  Bayer Corporation answers the specific, numbered allegations of the Complaint as follows:

1.      In response to the allegations in paragraph 1, Bayer Corporation admits that plaintiff purports to bring an action for damages allegedly related to plaintiff's exposure to Roundup®-branded products but denies any liability as to that claim.  Bayer Corporation denies the remaining allegations in paragraph 1.

2.      Bayer Corporation denies the allegations in paragraph 2.

3.      Bayer Corporation denies the allegations in paragraph 3.

4.      Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 4 and therefore denies those allegations.

5.      The allegations in paragraph 5 do not require a response from Bayer Corporation because these allegations relate to a defendant other than Bayer Corporation.

6.      The allegations in paragraph 6 do not require a response from Bayer Corporation because these allegations relate to a defendant other than Bayer Corporation.

7.      In response to the allegations in the first sentence of paragraph 7, Bayer Corporation admits that it is an indirect subsidiary of Bayer AG.  Bayer Corporation denies the allegations in the second sentence of paragraph 7.  The allegations in the last sentence of paragraph 7 set forth conclusions of law for which no response is required.

8.      In response to the allegations in paragraph 8, Bayer Corporation denies – and objects to – allegations by plaintiff that purport to lump Bayer Corporation together with another defendant.

9.      The allegations in paragraph 9 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.  To the extent that a response is deemed required, Bayer Corporation denies the allegations in paragraph 9.

10.      The allegations in paragraph 10 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.  To the extent that a response is deemed required, the allegations in paragraph 10 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

11.     As to plaintiff's allegations directed to Monsanto in paragraph 11, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  To the extent that the allegations in paragraph 11 are directed at a defendant other than Bayer Corporation, those allegations do not require a response from Bayer Corporation. Bayer Corporation denies the remaining allegations in paragraph 11.

12.     Bayer Corporation denies the allegations in paragraph 12.

13.     In response to the allegations in paragraph 13, Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations that plaintiff and/or plaintiff's employer or other entities identified purchased or used Roundup®-branded products and therefore denies those allegations.  Bayer Corporation denies the remaining allegations in paragraph 13.

14.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 14 regarding plaintiff's alleged exposure period and therefore denies those allegations.  Bayer Corporation denies the remaining allegations in paragraph 14.

15.     The allegations in paragraph 15 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

16.     Bayer Corporation denies the allegations in paragraph 16.

17.      Bayer Corporation denies the allegations in paragraph 17.

18.     Bayer Corporation denies the allegations in paragraph 18.

19.     Bayer Corporation denies the allegations in paragraph 19.

20.     The allegations in paragraph 20 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

21.     The allegations in paragraph 21 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

22.     Bayer Corporation admits the allegations in paragraph 22.

23.     Bayer Corporation admits the allegations in paragraph 23.

24.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 24 and therefore denies those allegations.

25.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 25 and therefore denies those allegations.

26.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 26 and therefore denies those allegations.

27.     As to plaintiff's allegations directed to Monsanto in paragraph 27, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that Roundup®-branded products are Bayer Corporation's products and denies that Roundup®-branded products have "carcinogenic properties."  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 27 and therefore denies those allegations.

28.     The allegations in paragraph 28 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

29.     The allegations in paragraph 29 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

30.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 30 and therefore denies those allegations.

31.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 31 and therefore denies those allegations.

32.     Bayer Corporation denies the allegations in paragraph 32.

33.     In response to the allegations in paragraph 33, Bayer Corporation denies that any exposure to Roundup®-branded products can cause cancer.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 33 and therefore denies those allegations.

34.     As to plaintiff's allegations directed to Monsanto in paragraph 34 and each of its subparts, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or

wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 34 and each of its subparts and therefore denies those allegations.

35.     As to plaintiff's allegations directed to Monsanto in paragraph 35 and each of its subparts, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 35 and each of its subparts and therefore denies those allegations.

36.     As to plaintiff's allegations directed to Monsanto in paragraph 36, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 36 and therefore denies those allegations.

37.     As to plaintiff's allegations directed to Monsanto in paragraph 37, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 37 and therefore denies those allegations.

38.     As to plaintiff's allegations directed to Monsanto in paragraph 38, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that Roundup®-branded products have "carcinogenic properties."

39.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 39 and therefore denies those allegations.

40.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 40 and therefore denies those allegations.

41.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 41 and therefore denies those allegations.

42.     As to plaintiff's allegations directed to Monsanto in paragraph 42, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 42 and therefore denies those allegations.

43.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 43 and therefore denies those allegations.

44.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 44 and therefore denies those allegations.

45.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 45 and therefore denies those allegations.

46.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 46 and therefore denies those allegations.

47.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 47 and therefore denies those allegations.

48.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 48 and therefore denies those allegations.

49.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 49 and therefore denies those allegations.

50.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 50 and therefore denies those allegations.

51.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 51 and therefore denies those allegations.

52.     As to plaintiff's allegations directed to Monsanto in paragraph 52, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 52.

53.     As to plaintiff's allegations directed to Monsanto in paragraph 53, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

1  whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 53.

2  54.  As to plaintiff's allegations directed to Monsanto in paragraph 54, Bayer

3  Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

4  whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 54.

5  55.  As to plaintiff's allegations directed to Monsanto in paragraph 55, Bayer

6  Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

7  whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 55.

8  56.  As to plaintiff's allegations directed to Monsanto in paragraph 56, Bayer

9  Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

10  whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 56.

11  57.  Bayer Corporation lacks information or knowledge sufficient to form a belief as

12  to the truth of the allegations in paragraph 57 and therefore denies those allegations.

13  58.  Bayer Corporation lacks information or knowledge sufficient to form a belief as

14  to the truth of the allegations in paragraph 58 and therefore denies those allegations.

15  59.  Bayer Corporation lacks information or knowledge sufficient to form a belief as

16  to the truth of the allegations in paragraph 59 and therefore denies those allegations.

17  60.  In response to the allegations in paragraph 60, Bayer Corporation admits that in

18  March 2015 the International Agency for Research on Cancer ("IARC") classified glyphosate as

19  a class 2A carcinogen.  Bayer Corporation lacks information or knowledge sufficient to form a

20  belief as to the truth of the remaining allegations in paragraph 60 and therefore denies those

21  allegations.

22  61.  In response to the allegations in paragraph 61, Bayer Corporation admits that the

23  full IARC Monograph regarding glyphosate was published on July 29, 2015 and that the

23  Monograph purported to classify glyphosate as a class 2A carcinogen.  Bayer Corporation lacks

24  information or knowledge sufficient to form a belief as to the truth of the remaining allegations

25  in paragraph 61 and therefore denies those allegations.

26  62.  In response to the allegations in paragraph 62, Bayer Corporation denies that

27

glyphosate causes cancer.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 62 and therefore denies those allegations.

63.     In response to the allegations in paragraph 63, Bayer Corporation denies that glyphosate exposure causes DNA and chromosomal damage.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 63 and therefore denies those allegations.

64.     As to plaintiff's allegations directed to Monsanto in paragraph 64, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the remaining allegations in paragraph 64, Bayer Corporation denies that glyphosate exposure causes cancer.

65.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 65 and therefore denies those allegations.

66.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 66 and therefore denies those allegations.

67.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 67 and therefore denies those allegations.

68.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 68 and therefore denies those allegations.

69.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 69 and therefore denies those allegations.

70.     In response to the allegations in paragraph 70, Bayer Corporation states that the cited document speaks for itself and does not require a response.

71.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 71 and therefore denies those allegations.

72.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 72 and therefore denies those allegations.

73.     In response to the allegations in paragraph 73, Bayer Corporation states that the cited document speaks for itself and does not require a response.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 73 and therefore denies those allegations.

74.     As to plaintiff's allegations directed to Monsanto in paragraph 74, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the remaining allegations in paragraph 74, Bayer Corporation denies that exposure to Roundup®-branded products causes cancer.

75.     As to plaintiff's allegations directed to Monsanto in paragraph 75, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the remaining allegations in paragraph 75, Bayer Corporation denies that glyphosate exposure causes cancer.

76.     Bayer Corporation denies the allegations in paragraph 76.

77.     As to plaintiff's allegations directed to Monsanto in paragraph 77, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the remaining allegations in paragraph 77, Bayer Corporation denies that exposure to glyphosate or Roundup®-branded products causes cancer.

78.     In response to the allegations in paragraph 78, Bayer Corporation denies that glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 78 and therefore denies those allegations.

79.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 79 and therefore denies those allegations.

80.     In response to the allegations in paragraph 80, Bayer Corporation denies that glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 80 and therefore denies those allegations.

81.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 81 and therefore denies those allegations.

82.     In response to the allegations in paragraph 82, Bayer Corporation denies that glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 82 and therefore denies those allegations.

83.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 83 and therefore denies those allegations.

84.     In response to the allegations in paragraph 84, Bayer Corporation denies that glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 84 and therefore denies those allegations.

85.     As to plaintiff's allegations directed to Monsanto in paragraph 85, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the remaining allegations in paragraph 85, Bayer Corporation denies that exposure to Roundup®-branded products causes cancer.

86.     As to plaintiff's allegations directed to Monsanto in paragraph 86, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 86.

87.     As to plaintiff's allegations directed to Monsanto in paragraph 87, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 87.

88.     As to plaintiff's allegations directed to Monsanto in paragraph 88, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the remaining allegations in paragraph 88, Bayer Corporation denies that glyphosate exposure causes cancer.

89.     As to plaintiff's allegations directed to Monsanto in paragraph 89, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 89.

90.     As to plaintiff's allegations directed to Monsanto in paragraph 90, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 90.

91.     As to plaintiff's allegations directed to Monsanto in paragraph 91, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 91.

92.     As to plaintiff's allegations directed to Monsanto in paragraph 92, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that exposure to Roundup®-branded products causes cancer and denies the remaining allegations in paragraph 92.

93.     The allegations in paragraph 93 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

94.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 94 and therefore denies those allegations.

95.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 95 and therefore denies those allegations.

96.     As to plaintiff's allegations directed to Monsanto in paragraph 96, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 96.

97.     As to plaintiff's allegations directed to Monsanto in paragraph 97, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the remaining allegations in paragraph 97, Bayer Corporation denies that exposure to Roundup®-branded products causes cancer.

1   98. As to plaintiff's allegations directed to Monsanto in paragraph 98, Bayer

2 Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

3 whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 98.

4   99. As to plaintiff's allegations directed to Monsanto in paragraph 99, Bayer

5 Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

6 whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 99.

7   100. As to plaintiff's allegations directed to Monsanto in paragraph 100, Bayer

8 Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

9 whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 100.

10   101. As to plaintiff's allegations directed to Monsanto in paragraph 101, Bayer

11 Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

12 whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 101.

13   102. As to plaintiff's allegations directed to Monsanto in paragraph 102, Bayer

14 Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

15 whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 102.

16   103. As to plaintiff's allegations directed to Monsanto in paragraph 103, Bayer

17 Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

18 whatsoever.  Bayer Corporation otherwise denies that exposure to Roundup®-branded products

19 causes cancer.

20   104. As to plaintiff's allegations directed to Monsanto in paragraph 104, Bayer

21 Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

22 whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 104.

23   105. As to plaintiff's allegations directed to Monsanto in paragraph 105, Bayer

23 Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

24 whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 105.

25   106. Bayer Corporation lacks information or knowledge sufficient to form a belief as

26 to the truth of the allegations in paragraph 106 and therefore denies those allegations.

27

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
3:16-md-02741-VC & 3:20-cv-00415-VC

107.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 107 and therefore denies those allegations.

108.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 108 and therefore denies those allegations.

109.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 109 and therefore denies those allegations.

110.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 110 and therefore denies those allegations.

111.     Bayer Corporation denies that exposure to Roundup®-branded products and glyphosate exposed plaintiff to risk of plaintiff's alleged cancer and denies the remaining allegations in paragraph 111.

112.     Bayer Corporation denies the allegations in paragraph 112.

113.     Bayer Corporation incorporates by reference its responses to paragraphs 1 through 112 in response to paragraph 113 of the Complaint.

114.     As to plaintiff's allegations directed to Monsanto in paragraph 114, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that exposure to Roundup®-branded products causes cancer and otherwise denies the remaining allegations in paragraph 114.

115.     As to plaintiff's allegations directed to Monsanto in paragraph 115, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that exposure to Roundup®-branded products and/or glyphosate exposed plaintiff to risk of plaintiff's alleged cancer and otherwise denies the remaining allegations in paragraph 115.

116.     As to plaintiff's allegations directed to Monsanto in paragraph 116, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies the allegations in the third and fourth sentences of

paragraph 116.  To the extent that the remaining allegations in paragraph 116 are directed at Bayer Corporation, Bayer Corporation denies those allegations.

117.    As to plaintiff's allegations directed to Monsanto in paragraph 117, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 117.

118.    Bayer Corporation incorporates by reference its responses to paragraphs 1 through 117 in response to paragraph 118 of the Complaint.

119.    As to plaintiff's allegations directed to Monsanto in paragraph 119, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 119.

120.    As to plaintiff's allegations directed to Monsanto in paragraph 120, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 120.

121.    As to plaintiff's allegations directed to Monsanto in paragraph 121 and each of its subparts, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 121 and each of its subparts.

122.    As to plaintiff's allegations directed to Monsanto in paragraph 122, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 122.

123.    As to plaintiff's allegations directed to Monsanto in paragraph 123, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 123.

124.    As to plaintiff's allegations directed to Monsanto in paragraph 124 and each of its subparts, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 124 and each of its subparts.

125.     As to plaintiff's allegations directed to Monsanto in paragraph 125, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 125.

126.     As to plaintiff's allegations directed to Monsanto in paragraph 126, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 126.

127.     As to plaintiff's allegations directed to Monsanto in paragraph 127, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 127.

128.     As to plaintiff's allegations directed to Monsanto in paragraph 128, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 128.

In response to the allegations in the first sentence of the "WHEREFORE" paragraph following paragraph 128, Bayer Corporation demands that judgment be entered in its favor and against plaintiff; that plaintiff's Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.  The statement in the last sentence of the "WHEREFORE" paragraph following paragraph 128 sets forth a conclusion of law for which no response is required.

129.     Bayer Corporation incorporates by reference its responses to paragraphs 1 through 128 in response to paragraph 129 of the Complaint.

130.     As to plaintiff's allegations directed to Monsanto in paragraph 130, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 130 regarding plaintiff's use and therefore denies those allegations.  Bayer Corporation denies the remaining allegations in paragraph 130.

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
3:16-md-02741-VC & 3:20-cv-00415-VC

131.    As to plaintiff's allegations directed to Monsanto in paragraph 131, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 131.

132.    Bayer Corporation denies the allegations in paragraph 132.

133.    As to plaintiff's allegations directed to Monsanto in paragraph 133, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 133.

134.    As to plaintiff's allegations directed to Monsanto in paragraph 134, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 134.

135.    As to plaintiff's allegations directed to Monsanto in paragraph 135 and each of its subparts, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 135 and each of its subparts.

136.    As to plaintiff's allegations directed to Monsanto in paragraph 136, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 136.

137.    As to plaintiff's allegations directed to Monsanto in paragraph 137, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that Roundup®-branded products have "dangerous characteristics."  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 137 and therefore denies those allegations.

138.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 138 and therefore denies those allegations.

139.    As to plaintiff's allegations directed to Monsanto in paragraph 139, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 139.

140.    The allegations in paragraph 140 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

141.    As to plaintiff's allegations directed to Monsanto in paragraph 141, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 141.

142.    As to plaintiff's allegations directed to Monsanto in paragraph 142, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 142.

143.    As to plaintiff's allegations directed to Monsanto in paragraph 143, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 143.

144.    As to plaintiff's allegations directed to Monsanto in paragraph 144, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 144.

145.    As to plaintiff's allegations directed to Monsanto in paragraph 145, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 145.

146.    Bayer Corporation denies the allegations in paragraph 146.

147.    As to plaintiff's allegations directed to Monsanto in paragraph 147, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 147.

148.    As to plaintiff's allegations directed to Monsanto in paragraph 148, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 148.

149.    As to plaintiff's allegations directed to Monsanto in paragraph 149, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 149.

150.     As to plaintiff's allegations directed to Monsanto in paragraph 150, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 150.

In response to the allegations in the first sentence of the "WHEREFORE" paragraph following paragraph 150, Bayer Corporation demands that judgment be entered in its favor and against plaintiff; that plaintiff's Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.  The statement in the last sentence of the "WHEREFORE" paragraph following paragraph 150 sets forth a conclusion of law for which no response is required.

151.     Bayer Corporation incorporates by reference its responses to paragraphs 1 through 150 in response to paragraph 151 of the Complaint.

152.     Bayer Corporation denies the allegations in paragraph 152.

153.     Bayer Corporation denies the allegations in paragraph 153.

154.     As to plaintiff's allegations directed to Monsanto in paragraph 154, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 154.

155.     As to plaintiff's allegations directed to Monsanto in paragraph 155, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 155.

156.     Bayer Corporation denies the allegations in paragraph 156.

157.     As to plaintiff's allegations directed to Monsanto in paragraph 157, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 157.

158.     The allegations in paragraph 158 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

159.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 159 regarding plaintiff's use history and therefore denies those allegations.  Bayer Corporation denies the remaining allegations in paragraph 159.

160.     Bayer Corporation denies the allegations in paragraph 160.

161.     As to plaintiff's allegations directed to Monsanto in paragraph 161, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 161.

162.     As to plaintiff's allegations directed to Monsanto in paragraph 162, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 162.

163.     As to plaintiff's allegations directed to Monsanto in paragraph 163, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 163.

164.     Bayer Corporation denies the allegations that Roundup®-branded products are defective and accordingly denies the allegations in paragraph 164.

165.     In response to the allegations in paragraph 165, Bayer Corporation denies that it has ever manufactured or distributed Roundup®-branded products.  The remaining allegations in paragraph 165 set forth conclusions of law for which no response is required.

166.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 166 and therefore denies those allegations.

167.     As to plaintiff's allegations directed to Monsanto in paragraph 167, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 167.

168.     As to plaintiff's allegations directed to Monsanto in paragraph 168, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 168.

169.     As to plaintiff's allegations directed to Monsanto in paragraph 169, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 169.

170.     As to plaintiff's allegations directed to Monsanto in paragraph 170, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 170.

171.     As to plaintiff's allegations directed to Monsanto in paragraph 171, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 171.

In response to the allegations in the first sentence of the "WHEREFORE" paragraph following paragraph 171, Bayer Corporation demands that judgment be entered in its favor and against plaintiff; that plaintiff's Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.  The statement in the last sentence of the "WHEREFORE" paragraph following paragraph 171 sets forth a conclusion of law for which no response is required.

172.     Bayer Corporation incorporates by reference its responses to paragraphs 1 through 171 in response to paragraph 172 of the Complaint.

173.     As to plaintiff's allegations directed to Monsanto in paragraph 173, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 173.

174.     As to plaintiff's allegations directed to Monsanto in paragraph 174, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 174 concerning plaintiff's claimed use of Roundup®-branded products and therefore denies those allegations.  Bayer Corporation denies the remaining allegations in paragraph 174.

1   175.   Bayer Corporation denies the allegations in paragraph 175.

2   176.   As to plaintiff's allegations directed to Monsanto in paragraph 176, Bayer

3   Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

4   whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 176.

5   177.   Bayer Corporation lacks information or knowledge sufficient to form a belief as

6   to the truth of the allegations in paragraph 177 and therefore denies those allegations.

7   178.   Bayer Corporation lacks information or knowledge sufficient to form a belief as

8   to the truth of the allegations in paragraph 178 regarding plaintiff's reliance and therefore denies

9   those allegations.  The remaining allegations in paragraph 178 set forth conclusions of law for

10   which no response is required.

11   179.   As to plaintiff's allegations directed to Monsanto in paragraph 179, Bayer

12   Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

13   whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 179.

14   180.   As to plaintiff's allegations directed to Monsanto in paragraph 180, Bayer

15   Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

16   whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 180.

17   181.   Bayer Corporation denies the allegations in paragraph 181.

18   In response to the allegations in the first sentence of the "WHEREFORE" paragraph

19   following paragraph 181, Bayer Corporation demands that judgment be entered in its favor and

20   against plaintiff; that plaintiff's Complaint be dismissed, with prejudice; and that Bayer

21   Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such

22   further and additional relief as this Court may deem just and proper.  The statement in the last

23   sentence of the "WHEREFORE" paragraph following paragraph 181 sets forth a conclusion of

23   law for which no response is required.

24   182.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through

25   181 in response to paragraph 182 of the Complaint.

26

27

183.    As to plaintiff's allegations directed to Monsanto in paragraph 183 and each of its subparts, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 183 and each of its subparts.

In response to the allegations in the first sentence of the "WHEREFORE" paragraph following paragraph 183, Bayer Corporation demands that judgment be entered in its favor and against plaintiff; that plaintiff's Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.  The statement in the last sentence of the "WHEREFORE" paragraph following paragraph 183 sets forth a conclusion of law for which no response is required.

In response to the allegations in the section entitled "PRAYER FOR RELIEF," Bayer Corporation denies that plaintiff is entitled to the relief sought therein, including any judgment for any damages, interest, costs, or any other relief whatsoever.

184.    Bayer Corporation denies the allegations in paragraph 184.

185.    Bayer Corporation denies the allegations in paragraph 185.

186.    Bayer Corporation denies the allegations in paragraph 186.

187.    Bayer Corporation denies the allegations in paragraph 187.

188.    Bayer Corporation denies the allegations in paragraph 188.

189.    Bayer Corporation denies the allegations in paragraph 189.

190.    Bayer Corporation denies the allegations in paragraph 190.

191.    Bayer Corporation denies the allegations in paragraph 191.

192.    Bayer Corporation denies the allegations in paragraph 192.

Every allegation in the Complaint that is not specifically and expressly admitted in this Answer is hereby specifically and expressly denied.

## SEPARATE AND AFFIRMATIVE DEFENSES

1.      The Complaint, in whole or part, fails to state a claim or cause of action against Bayer Corporation upon which relief can be granted.

2.      Plaintiff's claims against Bayer Corporation are barred for lack of personal jurisdiction.

3.      Plaintiff's claims are improperly joined and should be severed.

4.      Plaintiff's claims against Bayer Corporation are barred because Bayer Corporation never tested, manufactured, distributed, marketed, promoted, or sold Roundup®-branded products.

5.      Plaintiff's claims against Bayer Corporation are barred because plaintiff cannot proffer any scientifically reliable evidence that the products at issue were defective or unreasonably dangerous.

6.      Any alleged negligent or culpable conduct of Bayer Corporation, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of plaintiff's alleged injuries.

7.      Plaintiff's claims against Bayer Corporation are barred, in whole or in part, because the products at issue were designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

8.      Plaintiff's claims against Bayer Corporation are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government safety standards.

9.      Any claims against Bayer Corporation based on allegations that Bayer Corporation  misled, defrauded, made misrepresentations to, or withheld information from U.S. EPA are preempted by federal law.  *See, e.g.*, *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001); *Nathan Kimmel, Inc. v. Dowelanco*, 275 F.3d 1199 (9th Cir. 2002).

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
3:16-md-02741-VC & 3:20-cv-00415-VC

10.     Plaintiff's claims against Bayer Corporation are preempted, in whole or in part, by applicable federal law relating to the design, testing, producing, manufacturing, labeling, distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-containing products.

11.     Plaintiff's claims against Bayer Corporation are preempted, in whole or in part, because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of U.S. EPA-approved product labeling.

12.     Plaintiff's claims against Bayer Corporation are barred, in whole or in part, by the doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S. EPA.

13.     Plaintiff's claims against Bayer Corporation are barred, in whole or in part, because plaintiff's injuries, if any, were the result of conduct of plaintiff, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events, and/or independent, intervening and superseding causes of the alleged injuries, including but not limited to plaintiff's pre-existing medical conditions.

14.     The doctrines contained in Restatement (Second) of Torts § 402A, comments j and k, bar plaintiff's claims against Bayer Corporation in whole or in part.

15.     Applicable statutes of limitations and/or repose, or prescriptive periods, bar plaintiff's claims against Bayer Corporation in whole or in part.

16.     Plaintiff's misuse or abnormal use of the product or failure to follow instructions bar plaintiff's claims against Bayer Corporation in whole or in part.

17.     If plaintiff suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from:  (a) acts or omissions of persons or entities for which Bayer Corporation is neither liable nor responsible or, in the alternative, Bayer Corporation is entitled to an assessment of the relative degree of fault of all such persons and entities; or (b) resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by Bayer Corporation.  Such acts or omissions on the part of others or diseases

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
3:16-md-02741-VC & 3:20-cv-00415-VC

or causes constitute an independent, intervening and sole proximate cause of plaintiff's alleged injuries or damages.

18.   Bayer Corporation had no legal relationship or privity with plaintiff and owed no duty to plaintiff by which liability could be attributed to it.

19.   Plaintiff's claims against Bayer Corporation are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

20.   Plaintiff's claims against Bayer Corporation for punitive, exemplary, and/or treble damages are barred because such an award would violate Bayer Corporation's due process, equal protection and other rights under the United States Constitution, the Louisiana Constitution, and/or other applicable state constitutions.

21.   Plaintiff's claims against Bayer Corporation for punitive, exemplary, and/or treble damages are barred because plaintiff has failed to allege conduct warranting imposition of such damages under Louisiana law and/or other applicable state laws.

22.   Plaintiff's claims for punitive, exemplary, and/or treble damages are barred and/or limited by operation of state and/or federal law, including La. Rev. Stat. § 9:2800.52, *et seq.*

23.   Plaintiff's medical conditions were caused directly, solely, and proximately by medical conditions, sensitivities, and idiosyncrasies peculiar to him, which were unknown, unknowable, or not reasonably foreseeable to Bayer Corporation.

24.   Plaintiff's common law claims against Bayer Corporation are barred, in whole or in part, by application of the La. Rev. Stat. Ann. § 9:2800.51 *et seq.*

25.   Plaintiff's claims against Bayer Corporation are barred in whole or in part by plaintiff's contributory/comparative negligence.

26.   Plaintiff's claims against Bayer Corporation are barred in whole or in part by plaintiff's failure to mitigate damages.

27.   Plaintiff's claims against Bayer Corporation are barred in whole or in part by the sophisticated user doctrine.

28.     This case is governed by the exclusive provisions of the Louisiana Products Liability Act (La. R.S. 9:2800.51, *et seq.*) ("LPLA").  Any theories of recovery that fall outside of the LPLA's provisions are therefore subject to dismissal.

29.     Bayer Corporation affirmatively pleads the applicability of the LPLA and specifically avers that plaintiff is not entitled to recovery under any of the exclusive theories of liability set forth in the Act.

30.     Bayer Corporation specifically avers that the product possessed no characteristic that rendered it unreasonably dangerous in a reasonably anticipated use as defined by the LPLA (La. R.S. 9:2800.54).

31.     Bayer Corporation asserts all allowable defenses under the LPLA, La. R.S. 9:2800.51, *et seq.*, including but not limited to the applicability of La. R.S. 9:2800.59(A)(1), (2), (3), and (B).

32.     Should plaintiff recover under any claims under the LPLA, a recovery of attorney's fees for plaintiff is barred under the provisions of that statute.

33.     To the extent plaintiff's claims are based on conduct that pre-dates 1996, Louisiana's comparative negligence regime may not apply, and plaintiff's claims may be barred by contributory negligence.

34.     Plaintiff's claims for punitive damages are barred under Louisiana Civil Code Article 3546.

35.     Bayer Corporation has no liability to plaintiff under any theory of redhibition to the extent that plaintiff failed to tender any product allegedly sold by Bayer Corporation that allegedly contained a redhibitory defect and has not made an amicable demand upon Bayer Corporation.

36.     Bayer Corporation has no liability to plaintiff under any theory of redhibition to the extent that plaintiff has waived plaintiff's redhibition rights.

37.     To the extent plaintiff's claims are based on conduct that pre-dates 1989, plaintiff's claims under the LPLA may be barred.

38.     Plaintiff's recovery, if any, shall be reduced by those payments that plaintiff received from collateral sources.

39.     If plaintiff has been injured or damaged, no injury or damages being admitted, such injuries were not caused by a Bayer Corporation product.

40.     Plaintiff's claims against Bayer Corporation are barred or limited to the extent that plaintiff asserts claims that are governed by the laws of a state that does not recognize, or limits, such claims.

41.     Plaintiff's claims against Bayer Corporation are barred to the extent that plaintiff seeks relief under the laws of states that do not govern plaintiff's claims.

42.     Bayer Corporation made no warranties of any kind or any representations of any nature whatsoever to plaintiff.  If any such warranties were made, which Bayer Corporation specifically denies, then plaintiff failed to give notice of any breach thereof.

43.     Bayer Corporation hereby gives notice that it intends to rely upon such other defenses as may become available or apparent during the course of discovery and thus reserves its right to amend this Answer to assert such defenses.

**WHEREFORE**, Defendant Bayer Corporation demands judgment in its favor and against plaintiff, dismissing plaintiff's Complaint with prejudice, together with the costs of suit and such other relief as the Court deems equitable and just.

## <u>JURY TRIAL DEMAND</u>

Bayer Corporation demands a jury trial on all issues so triable.

DATED:  July 6, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
BAYER CORPORATION

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
3:16-md-02741-VC & 3:20-cv-00415-VC