GERALD SINGLETON, SBN 208783
MARK F. FLEMING, SBN 165770
JOHN C. LEMON, SBN 175847
ERIKA L. VASQUEZ, SBN 268205
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:  (619) 771-3473
Fax: (619) 255-1515
Email:  gerald@slffirm.com
          mark@slffirm.com
          john@slffirm.com
          erika@slffirm.com

TIMOTHY A. SCOTT, SBN 215074
NICOLAS O. JIMENEZ, SBN 295057
SCOTT TRIAL LAWYERS, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone:  (619) 794-0451
Facsimile:   (619) 652-9964
Email: tas@scotttriallawyers.com
          noj@scotttriallawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*<br>Case No. 3:19-cv-02224 | **NOTICE OF JOINDER IN:**<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE (DKT. 11149) TO THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING** |

|  |  |
|---|---|
| | **OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS (DKT. 11042)** |

PLEASE TAKE NOTICE THAT Plaintiffs Kenneth Hong, Caitlin Jones-Basler, Johnny Quinonez, and Vanessa Moore, and Putative Plaintiff Antonio Gomez by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(a) and Local Civil Rule 6-3, respectfully join the Motion for Extension of Time to File Response (Dkt. 11149) requesting an extension of time to respond to the Motion for Preliminary Approval of Class Settlement (Dkt. 11042). Plaintiffs and Putative Plaintiff hereby incorporate the arguments set forth in the previously filed Motion for Extension of Time filed July 2, 2020 (Dkt. 11149) and Reply in Support of Motion for Extension of Time filed July 3, 2020 (Dkt. 11156). Plaintiffs and Putative Plaintiff respectfully request this Court permit joinder and grant the requested extension of time for filing the response to August 7, 2020.

Dated: July 6, 2020                    Respectfully submitted,

                                               *s/ Gerald Singleton*
                                               GERALD SINGLETON
                                               MARK F. FLEMING
                                               JOHN C. LEMON
                                               TIMOTHY A. SCOTT
                                               ERIKA L. VASQUEZ
                                              Attorneys for Plaintiffs