GILBERT L. PURCELL, ESQ., S.B. #113603
gpurcell@braytonlaw.com
RICHARD M. GRANT, ESQ., S.B. #55677
rgrant@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Counsel on Behalf of Unknown Future
Putative Class Members

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY COMPANY<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al., v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL: 2741<br><br>No. 3:16-cv-02741-VC<br><br>NOTICE OF JOINDER IN EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS |

The Honorable Vince Chhabria

PLEASE TAKE NOTICE THAT Brayton Purcell LLP, as counsel on behalf of unknown future putative  class members, whose rights and remedies are affected by these proceedings, respectfully joins

in putative settlement class member Tracie Ward's request for an extension of time to file a response to the pending Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 11042) (the "Motion for Preliminary Approval") for 25 days, up to and including August 7, 2020.

As stated in Ms. Ward's moving papers, the proposed class action settlement threatens to affect "hundreds of thousands or even millions of persons who have been exposed to Roundup, may or may not have manifested NHL symptoms, and have not commenced an individual personal injury action or retained counsel to do so." (ECF No. 11042 at p. 13).  Yet, it has never before been attempted in the history of American jurisprudence.  It raises "unique" and profound questions not only under Rule 23, but also under federal statutes and the U.S. Constitution.  It could have a dramatic effect not only on this litigation but on the future of mass tort litigation.

For the reasons set forth in Ms. Ward's motion, Brayton Purcell LLP, on behalf of unknown future putative class members,  respectfully urges this Court to extend the time for all interested parties to respond to the Motion for Preliminary Approval so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time and money is expended-and perhaps wasted-on notice to the settlement class and the expected litany of objections from class members.

Dated: July 6, 2020                                        Respectfully submitted,
                                                                                      BRAYTON PURCELL LLP


By:   /s/ Richard M. Grant
       Richard M. Grant (SB #55677)

## CERTIFICATE OF SERVICE

Pursuant to the Court's Order, this notice of the filing of the foregoing NOTICE OF JOINDER IN EX PARTE APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS has been served by electronic mail or United States Mail upon parties on the Official Service List on July 6, 2020.

    /s/Shawna Mahoney
    Shawna Mahoney

*Ramirez, et al., v. Monsanto Co.*
MDL No.: 2741, No. 3:16-cv-02741-VC