M. Elizabeth Graham (SBN 143085)
Thomas V. Ayala (*Pro Hac Vice*)
Adam J. Gomez (*Pro Hac Vice* Forthcoming)
Tudor I. Farcas (*Pro Hac Vice* Forthcoming)
**GRANT & EISENHOFER, P.A.**
One Market Street
San Francisco, CA 94105
Telephone: (415) 293-8120
Fax: (415) 789-4367
egraham@gelaw.com
tayala@gelaw.com
agomez@gelaw.com
tfarcas@gelaw.com

*Counsel for Putative Class Member
Thomas DeShields*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF M. ELIZABETH GRAHAM IN SUPPORT OF JOINDER TO <u>EX PARTE</u> APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**<br><br>The Honorable Vince Chhabria |

**DECLARATION OF M. ELIZABETH GRAHAM IN SUPPORT OF JOINDER
IN MOTION TO EXTEND DEADLINE**

I, M. Elizabeth Graham, declare as follows:

1.     I am an attorney licensed to practice before this Court and all courts of the State of California. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them. I am a Director in the law firm of Grant & Eisenhofer P.A., where I lead the Firm's Mass Tort and Class Action Practice Group. My Firm represents putative class member Thomas DeSheilds.

2.     I make this Declaration in support of Mr. DeShields's Joinder in the Ex Parte Motion of Tracie Ward to extend the deadline to respond to the pending Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 11042), for 25 days, up to and including August 7, 2020. Mr. DeShields also joins in a similar Motion for Extension filed by Goldstein Russell, P.C. and Napoli Shkolnik, PLLC (ECF Doc. 11149).

3.     Mr. DeShields moves Ex Parte because there is insufficient time to file this extension request as a noticed motion and Counsel for the Proposed Settlement Class, Ms. Elizabeth Cabraser, declined to consent to his request for an extension.

4.     My Firm was only recently retained, and given the complexity of the issues raised by the Motion for Preliminary Approval, we respectfully urge the Court to extend the time for all interested parties to respond to the Motion for Preliminary Approval, so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time and money is expended—and perhaps wasted—on notice to the settlement class and the expected litany of objections from class members.

5.     To this end, Mr. DeShields has been consulting with various experts on issues related to class action settlements, including notice, in order to reach a final position on the proposed

**DECLARATION OF M. ELIZABETH GRAHAM IN SUPPORT OF JOINDER
IN MOTION TO EXTEND DEADLINE**

settlement. These consulting experts have likewise indicated that they need additional time in order to meaningfully review, evaluate and comment on the proposed class action settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of July 2020, in San Francisco, California.

                                    Respectfully submitted,

                                    *[signature]*
                                    M. Elizabeth Graham

**DECLARATION OF M. ELIZABETH GRAHAM IN SUPPORT OF JOINDER
IN MOTION TO EXTEND DEADLINE**