Harris Pogust, Esq. (PA Bar No. 52721)
Tobias L. Millrood, Esq. (PA Bar No. 77764)
Michael G. Daly, Esq. (PA Bar No. 309911)
POGUST MILLROOD, LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
*Counsel for Putative Class Member,*
*William Kohler*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Tobias L. Millrood hereby appears in the above-captioned case on behalf of Putative Class Member, William Kohler.

Dated: July 7, 2020

    Respectfully submitted,

*/s/ Tobias L. Millrood*
Tobias L. Millrood, Esq. (PA Bar No. 77764)
Harris Pogust, Esq. (PA Bar No. 52721)
Michael G. Daly, Esq. (PA Bar No. 309911)
POGUST MILLROOD, LLC
161 WASHINGTON ST., SUITE 940
CONSHOHOCKEN, PA 19428
(610) 941-4204
tmillrood@pogustmillrood.com
hpogust@pogustmillrood.com
mdaly@pogustmillrood.com
*Attorneys for Putative Class Member, William Kohler*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2020, the foregoing *Notice of Appearance* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated July 7, 2020                                  Respectfully submitted,

                                                           */s/ Tobias L. Millrood*