| | |
|---|---|
| Robert L. Lieff (SBN 037568) | James R. Dugan, II |
| Elizabeth J. Cabraser (SBN 083151) | TerriAnne Benedetto |
| Steven E. Fineman (SBN 140335) | David S. Scalia |
| Kevin R. Budner (SBN 287271) | THE DUGAN LAW FIRM, APLC |
| LIEFF CABRASER HEIMANN & | One Canal Place |
| BERNSTEIN, LLP | 365 Canal Street, Suite 1000 |
| 275 Battery Street, 29th Floor | New Orleans, LA 70130 |
| San Francisco, California 94111-3339 | Telephone: 504.648.0180 |
| Telephone: 415.956.1000 | |
| ecabraser@lchb.com | |
| | |
| William M. Audet (SBN 117456) | Samuel Issacharoff |
| Ling Y. Kuang (SBN 296873) | 40 Washington Square South |
| AUDET & PARTNERS, LLP | Suite 411J |
| 711 Van Ness, Suite 500 | New York, NY 10012 |
| San Francisco, CA 94102-3229 | Telephone: 212.998.6580 |
| Telephone: 415.568.2555 | |

*Counsel for Plaintiffs and the Proposed Class*
*(additional counsel listed below)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF PRELIMINARY APPROVAL RELATED MOTIONS** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

Counsel for Plaintiffs Ramirez, Elko, Owens, and Agtarap give notice of the withdrawal of the following pending motions:

- Doc. 11042 – Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ. P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members;

- Doc. 11044 – Administrative Motion to File Document Under Seal; and

- Doc. 11168 – Joint Motion to Approve Escrow Agreement, Appoint Escrow Agent, Appoint Administrator, and Establish Qualified Settlement Fund.

Defendant Monsanto consents to this withdrawal.

Counsel request that the Court order the document sought to be filed under seal (Doc. 11044-3) be removed from the docket.

Dated: July 8, 2020                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth J. Cabraser
　　　　　　　　　　　　　　　　　　　　Robert L. Lieff (of counsel) (SBN 037568)
　　　　　　　　　　　　　　　　　　　　Elizabeth J. Cabraser (SBN 083151)
　　　　　　　　　　　　　　　　　　　　Kevin R. Budner (SBN 287271)
　　　　　　　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
　　　　　　　　　　　　　　　　　　　　275 Battery Street, 29th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94111-3339
　　　　　　　　　　　　　　　　　　　　Telephone: 415.956.1000
　　　　　　　　　　　　　　　　　　　　Facsimile: 415.956.1008
　　　　　　　　　　　　　　　　　　　　rlieff@lchb.com
　　　　　　　　　　　　　　　　　　　　ecabraser@lchb.com
　　　　　　　　　　　　　　　　　　　　kbudner@lchb.com

　　　　　　　　　　　　　　　　　　　　Steven E. Fineman (SBN 140335)
　　　　　　　　　　　　　　　　　　　　Wendy R. Fleishman
　　　　　　　　　　　　　　　　　　　　Rhea Ghosh
　　　　　　　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
　　　　　　　　　　　　　　　　　　　　250 Hudson Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10013
　　　　　　　　　　　　　　　　　　　　Telephone: 212.355.9500
　　　　　　　　　　　　　　　　　　　　sfineman@lchb.com
　　　　　　　　　　　　　　　　　　　　wfleishman@lchb.com
　　　　　　　　　　　　　　　　　　　　rghosh@lchb.com

Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
akaufman@lchb.com

James R. Dugan, II
TerriAnne Benedetto
  *Proposed Subclass 2 Counsel*
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

William M. Audet (SBN 117456)
  *Proposed Subclass 1 Counsel*
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 8, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

 /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser