Jonathan D. Selbin (CA Bar No. 170222)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson St, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jselbin@lchb.com

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko,*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF JONATHAN D. SELBIN** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Jonathan D. Selbin hereby appears in the

above-captioned case on behalf of Plaintiffs Robert Ramirez, Jerry Agtarap, Dexter Owens, and

John Elko.

Dated:  July 8, 2020                   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:             /s/ *Jonathan D. Selbin*
                       Jonathan D. Selbin

Jonathan D. Selbin (CA Bar No. 170222)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson St, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jselbin@lchb.com

*Counsel for Plaintiffs Robert Ramirez,*
*Jerry Agtarap, Dexter Owens, and John Elko*

2007187.1