6-30-2020

To: Judge Chhabria

From: jay Walsh
31065 harper hill ln.
lone rock, WI 53556

Re: 'Roundup' Herbicide 'Settlement' Proposal/Agreement

Dear Judge Chhabria,

Thank you for your attention.

My fiancée, and our son Clark and I, urge you to consider rejecting, any 'arbitrated-deal'/settlement, that excludes a cease-and-desist order, of the ingredient glysophate, in Roundup Herbicides...

Clark's Mother, Dorianne Walsh, is dying in hospice care right Now – today, from Lymphoma-Non Hodgins, caused by glysophate poisoning...

(1 of 2)    ↓over

Please, Judge Chhabria,

Dorianne, Clark, and I, urge a ruling that removes the threat for ~~of~~ other families' future suffering-by-poison.

Thank you Judge,
and God be with us,

Respectfully,
Clark, Dorianne, & Jay Walsh

(2 of 2)



Jay Walsh
31065 harper hill ln.
lone rock, WI
53556

Attn: Judge Vince Chhabria
San Francisco Courthouse - Rm #4 - 17th Flr.
450 Golden Gate Av.
SAN FRANCISCO, CA 94102

