Ilana S. Wolk, Esq.
Joseph Lanni, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York 10016
Telephone:  (212) 869-3500
Facsimile:  (212) 398-1532
Email:      i.wolk@fuchsberg.com
            j.lanni@fuchsberg.com

*Attorneys for Plaintiff*
*JAY NAKASH*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MDL MEMBER CASE

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Jay Nakash v. Monsanto Co.,*<br>Case No.  3:20-cv-02426-VC | NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Ilana S. Wolk, Esq., hereby enters an appearance as counsel for Plaintiff in the above-referenced matter.

Please serve said counsel with all pleadings and notices in these actions.

Dated 10th day of July 2020.

Respectfully Submitted,

/s/ *Ilana S. Wolk*
Ilana S. Wolk
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York 10016
(212) 869-3500
i.wolk@fuchsberg.com

## **PROOF OF SERVICE**

The undersigned certifies that, on July 10, 2020, she caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

    Respectfully Submitted,

/s/ *Ilana S. Wolk*
Ilana S. Wolk, Esq.
The Jacob D. Fuchsberg Law Firm, LLP
3 Park Avenue, 37th Floor
New York, New York 10016
(212) 869-3500
i.wolk@fuchsberg.com