## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| ROBERT PIZZIMENTI, | Case No. 3:19-cv-07376-VC |
| v. | |
| MONSANTO COMPANY | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, attorney Michdelle Parfitt moves this Court to grant her leave to withdraw as counsel on behalf of Plaintiff Robert Pizzimenti in the above-captioned case.  In support of this Motion, she states as follows:

1.  Attorney Jason Edward Ochs of the Ochs Law Firm, whom, among other states, is a California-licensed attorney, is and has remained lead counsel on this matter since its inception.

2.  That Michelle Parfitt served as local counsel in the instant matter for purposes of filing in the US District Court of Virginia.

3.  Thereafter this matter was transferred to US District Court, Northern District of California where it became part of MDL 02741.

4.  That in light of this matter now under the jurisdiction of the MDL, the need for local Virginia Counsel is unnecessary at this time.

5.  Attorney Jason Edward Ochs will continue to represent Plaintiff Robert Pizzimenti in this case.  As such, Mr. Pizzimenti will not be prejudiced by this withdrawal.

6.  That in the event this matter should be transferred back to the US District Court of Virginia then attorney Jason Edward Ochs will immediately endeavor to seek local counsel with respect to same.

WHEREFORE, Counsel for Plaintiff Robert Pizzimenti respectfully requests this Court to grant leave for attorney Michelle Parfitt to withdraw and be removed from all service lists as Counsel for Robert Pizzimenti in the above-captioned case.

Respectfully submitted this 10th day of July 2020.

*Attorneys for Plaintiff*

By:  */s/ Michelle Parfitt*
Michelle Parfit
Ashcraft & Gerel
1825 K Street NW, Ste. 700
Washington, DC 20006
T: (202) 759-7648
mparfitt@ashcraftlaw.com

By:  */s/ Jason Edward Ochs*
Jason Edward Ochs, CBN:  232819
Ochs Law Firm, PC
690 US 89, Ste. 206
PO Box 10944
Jackson Hole, WY  83001
T: (307) 234.3239
jason@ochslawfirm.com

## **CERTIFICATE OF SERVICE**

I, Jason Edward Ochs, hereby certify that on July 10, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

_/s/ Jason Edward Ochs_____
Jason Edward Ochs