# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| This document relates to**:** | **ORDER GRANTING MOTION TO WITHDRAW** |
| *Pizzimenti v. Monsanto, Co.,*3:19-cv-07376-VC | Dkt. No. |

    Michelle Parfitt's motion to withdraw as counsel on behalf of Robert Pizzimenti in *Pizzimenti v. Monsanto Co.*, 3:19-cv-07376-VC, is granted. Mrs. Parfitt should further be removed from the ECF electronic case list.

    **IT IS SO ORDERED.**

Date: _____

                                                                  Honorable Vince Chhabria
                                                                  United States District Court