UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Ramirez, et al. v. Monsanto Co., Case No. 3:19- cv-02224* | **PRETRIAL ORDER NO. 215: ORDER DENYING REQUEST TO REMOVE DOCUMENT FROM DOCKET** |
| | Re: Dkt. No. 11193 |

In their notice of withdrawal of the preliminary approval motion and related motions, the plaintiffs requested that Exhibit 3 to the proposed settlement be removed from the docket (Dkt. No. 11044-3). The request is denied. Exhibit 3 will remain on the docket but under seal.

**IT IS SO ORDERED.**

Dated: July 13, 2020

VINCE CHHABRIA
United States District Judge