IN THE UNITED STATES DISTRICT COURT
CALIFORNIA NORTHERN DISTRICT
(SAN FRANCISCO)

IN RE ROUNDUP PRODUCTS LIABILITY LIT.

Case No. 16-MD-2741-VC
MDL No. 2741

This Document Relates to the Following Actions:

Gandolfo v. Monsanto Co, 3:17-cv-05478-VC

### MOTION TO WITHDRAW OF GREGORY J. PALS
### (INDIVIDUAL ATTORNEY ONLY)

Gregory J. Pals of The Driscoll Firm, P.C., respectfully requests that this Court withdraw him as counsel in the above-mentioned matter, as he will be departing The Driscoll Firm and will have no further involvement in these matters. John J. Driscoll, Christopher J. Quinn, and the other attorneys of The Driscoll Firm will continue to represent Mr. Gandolfo in these matters as before.

Dated: July 15, 2020

Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

By: */s/ Gregory J. Pals*
Gregory J. Pals #48820 (MO)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
greg@thedriscollfirm.com
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Gregory J. Pals*