IN THE UNITED STATES DISTRICT COURT
CALIFORNIA NORTHERN DISTRICT
(SAN FRANCISCO)

IN RE ROUNDUP PRODUCTS LIABILITY LIT.

Case No. 16-MD-2741-VC
MDL No. 2741

This Document Relates to the Following Actions:

Gandolfo v. Monsanto Co, 3:17-cv-05478-VC

**ORDER**

    Before the Court is the Motion to Withdraw of Gregory J. Pals as Attorney of Record for Plaintiff filed herein.  Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

    IT IS THEREFORE ORDERED that the Motion to Withdraw of Gregory J. Pals as Attorney of Record for Plaintiff is hereby GRANTED, and that Gregory J. Pals is withdrawn as counsel of record for Plaintiff.


Dated: _____, 2020            _____

                                         Hon. Vince Chhabria