1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12** |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12
CASE NO. 3:16-md-02741-VC

Having considered the administrative motion of City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System, plaintiffs in *City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System v. Bayer Aktiengesellschaft*, No. 3:20-cv-04737-RS (N.D. Cal. filed July 15, 2020) ("*Grand Rapids*"), which was filed in *In re Roundup Products Liability Litigation*, No. 3:16-md-02741-VC (N.D. Cal. filed Oct. 4, 2016) ("*Roundup*"), under Civil Local Rules 3-12 and 7-11, to consider whether *Grand Rapids* should be related to *Roundup*, and good cause appearing, the Court grants this administrative motion.

*Grand Rapids* is hereby related to *Roundup* and shall be reassigned to the undersigned judge pursuant to Civil Local Rule 3-12(f).

IT IS SO ORDERED.

DATE: _____, 2020

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE