**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

*Counsel for Plaintiffs City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| | **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
CASE NO. 3:16-md-02741-VC

On July 16, 2020, I caused true and correct copies of the (1) Administrative Motion To Consider Whether Cases Should Be Related, and (2) [Proposed] Order Granting Administrative Motion To Relate Cases Under Civil Local Rule 3-12 to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and to be served by overnight courier on Bayer Aktiengesellschaft c/o CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 16th day of July, 2020.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

*Counsel for Plaintiffs City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System*