**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax:  202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DEFENDANT MONSANTO COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO SUBSTITUTE PARTY** |
| *Aubrey Aden v. Monsanto Co.*, | |
| Case No. 3:19-cv-01849-VC | Date:        August 6, 2020<br>Time:        10:00 a.m.<br>Courtroom:  4 |

Defendant Monsanto Company ("Monsanto") does not oppose Plaintiff's Motion to Substitute Party.  Monsanto does not waive, and reserves the right to assert, any defenses to the claims asserted in this case, including but not limited to the substituted plaintiff's lack of capacity to pursue those claims.

DATED:  July 17, 2020                                              Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax:  202-682-1639

*Attorneys for Defendant Monsanto Company*