1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:  (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 11 | Case No. 3:16-md-02741-VC |
| 12 This document relates to: | |
| 13 *Robert Eugene Caldwell v. Monsanto Co.*, Case No. 3:20-cv-03436-VC | |
| 14 | |

15          **<u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>**

16          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18          1.       Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19          2.       Bayer AG is a publicly held corporation.

20 DATED:  July 17, 2020                      Respectfully submitted,

21                                            /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth (*pro hac vice*)
22                                            (jhollingsworth@hollingsworthllp.com)
                                              Eric G. Lasker (*pro hac vice*)
23                                            (elasker@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
24                                            1350 I Street, N.W.
                                              Washington, DC  20005
25                                            Telephone:  (202) 898-5800
                                              Facsimile:   (202) 682-1639
26
                                              *Attorneys for Defendant*
27                                            *MONSANTO COMPANY*

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-03436-VC