Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**MDL CO-LEAD COUNSEL'S RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
|---|---|

1

**MDL CO-LEAD COUNSEL'S RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Plaintiffs' Co-Lead Counsel respectfully submit the following response to the Administrative Motion to Consider Whether Cases Should be Related ("Motion"), filed by Plaintiffs City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System ("Grand Rapids Plaintiffs). While Co-Lead Counsel do not take a position regarding whether the Court should decide that the case is, or is not, related to the personal injury cases pending in the MDL, they offer the following information that is related to the motion.

As the Grand Rapids Plaintiffs' Counsel notes, actions are related when actions "concern substantially the same parties, property, transaction or event", and it is "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a); see also Motion at 2.  The facts of this case do not fit squarely into these factors, as explained below.

First, while the parties are not the same – in the Roundup MDL litigation Monsanto Company is the named defendant, whereas in the Grand Rapids litigation Bayer is the named defendant, that is a function of the fact that at the time the MDL was formed Bayer had not yet purchased Monsanto. Of more relevance is that the transactions and events involved in the MDL discovery and those likely involved in the Grand Rapids case do not appear to be substantially aligned. The MDL Executive Committee did not take discovery of Bayer and its knowledge of the litigation risks posed by the Roundup litigation and/or its due diligence about the carcinogenicity of glyphosate and Roundup prior to its purchase of Monsanto.  That inquiry was not relevant to the personal injury cases as against either Monsanto or Bayer.

Of course, as this Court is well aware, to the extent that the science underlying the carcinogenicity of glyphosate and Roundup is relevant to the Grand Rapids litigation, including when Monsanto knew about the health risks of exposure to glyphosate/Roundup and what it knew about those health risks, the MDL leadership thoroughly developed that evidence and this Court issued comprehensive rulings on those subjects.

Accordingly, in some respects the cases have related, overlapping issues, yet in other respects they are materially different.

Dated: July 20, 2020

                                           Respectfully submitted,

                                           /s/ Robin Greenwald
                                         Robin Greenwald
                                         rgreenwald@weitzlux.com
                                         Weitz & Luxenberg
                                         700 Broadway
                                         New York, NY 10003

                                         /s/ Mike Miller
                                         Michael Miller
                                         mmiller@millerfirmllc.com
                                         The Miller Firm LLC
                                         108 Railroad Ave
                                         Orange, VA 22960

                                         /s/ Aimee Wagstaff
                                         Aimee Wagstaff
                                         aimee.wagstaff@andruswagstaff.com
                                         Andrus Wagstaff, P.C.
                                         7171 West Alaska Drive
                                         Lakewood, CO 80226

                                         *Co-Lead Counsel for Plaintiffs*
                                         *in MDL No. 2741*

3

**MDL CO-LEAD COUNSEL'S RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of July, 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

      /s/ Robin Greenwald