UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co., Case No. 3:19-cv-02224* | **PRETRIAL ORDER NO. 216: ORDER ON CASE MANAGEMENT CONFERENCE AND STAY** |

On June 24, 2020, Bayer announced that it has agreed to settle the large majority of pending lawsuits involving Roundup. One month later, virtually no dismissals have been filed, at least in this MDL. A case management conference is scheduled for Thursday, August 6, 2020 at 10:00 AM. A joint case management statement is due July 30.

In the case management statement, the parties should identify the federal cases that have been settled, identify all pending motions that can be terminated as a result of these settlements, and explain when and how dismissals will be filed in these cases.

The Court does not anticipate discussing the "futures" issue that was the subject of the now-withdrawn motion in the *Ramirez* case.

To facilitate the process of wrapping up the cases for which settlement agreements have been reached, all cases in the MDL are stayed until November 2, 2020, and all litigation deadlines are vacated. Under normal circumstances, the Court would be reluctant to issue a stay of this kind because any plaintiffs who opted not to settle would have the right to continue proceeding towards trial. But because the pandemic has delayed all litigation substantially, and

because it is unclear when civil trials can resume, the Court's and the parties' time is best spent on effectuating the settlements reached in the MDL.

The Court does not anticipate extending this stay, so the parties should plan to resume the process of preparing the remaining cases for trial in November. A further case management conference will take place on November 9, 2020 at 10:00 AM, with a joint case management statement due November 2. In that statement, the parties should propose a plan for how to resume the litigation and include a list of motions pending before the Court.

**IT IS SO ORDERED.**

Dated: July 21, 2020

_____
VINCE CHHABRIA
United States District Judge