- 1 -

John F. Lynch (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JFLynch@wlrk.com

*Attorney for Defendants Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF JOHN F. LYNCH** |
| *City of Grand Rapids General Retirement System et al. v. Bayer Aktiengesellschaft et al.*, Case No. 20-cv-04737-RS | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that John F. Lynch of Wachtell, Lipton, Rosen & Katz, enters his appearance in this matter as counsel for defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl, should such defendants be served in the action.

- 2 -

Dated: July 21, 2020						Respectfully submitted,

									_____
									John F. Lynch (*pro hac vice*)
									WACHTELL, LIPTON, ROSEN & KATZ
									51 West 52nd Street
									New York, NY 10019
									Telephone: (212) 403-1000
									Facsimile: (212) 403-2000
									JFLynch@wlrk.com

									*Attorney for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*