John F. Lynch (pro hac vice)
WACHTELL, LIPTON, ROSEN & KATZ
51 W 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JFLynch@wlrk.com

*Attorney for Defendants Bayer Aktiengesellschaft,
Werner Baumann, Werner Wenning, Liam
Condon, Johannes Dietsch, and Wolfgang Nickl*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| THIS DOCUMENT RELATES TO: | Case No. 3:16-md-02741-VC |
| *City of Grand Rapids General Retirement System et al. v. Bayer Aktiengesellschaft et al.*, Case No. 20-cv-04737-RS | **DECLARATION** |

I, John F. Lynch, declare as follows:

1. I am a partner of the law firm of Wachtell, Lipton, Rosen & Katz, counsel for Defendants in *City of Grand Rapids General Retirement System et al. v. Bayer Aktiengesellschaft et al.*, Case No. 20-cv-04737-RS.  I submit this declaration in support of the parties' Stipulation for an extension of time for Defendants to file an opposition to Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.  I have personal knowledge of the facts set forth herein, and could testify competently to them if called upon to do so.

2. Wachtell, Lipton, Rosen & Katz was retained as counsel in *City of Grand Rapids General Retirement System v. Bayer Aktiengesellschaft,* Case No. 20-cv-04737-RS, on the evening of July 20, 2020. Wachtell Lipton requests this extension to be able to consider whether to file an opposition to Plaintiffs' Administrative Motion and to prepare any such opposition.

3. There have been no previous time modifications in *City of Grand Rapids General Retirement System et al. v. Bayer Aktiengesellschaft,* and no previous extensions of time for Defendants to respond to Plaintiffs' Administrative Motion.

4. Under Civil Local Rule 3-12(f), the Administrative Motion shall be decided within 14 days after the date a response is due. The parties' stipulated seven-day extension will not affect this or any other deadlines.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July, 2020, in Hardenburgh, New York.

_____
John F. Lynch