1 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 | Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 | Washington, DC  20005
Telephone:  (202) 898-5800
4 | Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
5 |                  elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
*MONSANTO COMPANY*
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 3:16-md-02741-VC

11 |

12 | This document relates to:

13 | *Vernon Quade v. Monsanto Co.,*
Case No. 3:20-cv-03310-VC

14 |

15 | **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16 | Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 | ("Monsanto") makes the following disclosures:

18 | 1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19 | 2.      Bayer AG is a publicly held corporation.

20 | DATED:  July 23, 2020                          Respectfully submitted,

21 |                                                                /s/ Joe G. Hollingsworth
                                                               Joe G. Hollingsworth (*pro hac vice*)
22 |                                                            (jhollingsworth@hollingsworthllp.com)
                                                               Eric G. Lasker (*pro hac vice*)
23 |                                                            (elasker@hollingsworthllp.com)
                                                               HOLLINGSWORTH LLP
24 |                                                            1350 I Street, N.W.
                                                               Washington, DC  20005
25 |                                                            Telephone:  (202) 898-5800
                                                               Facsimile:   (202) 682-1639
26 |
                                                               *Attorneys for Defendant*
27 |                                                            *MONSANTO COMPANY*

28 |

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 03310-VC