WACHTELL, LIPTON, ROSEN & KATZ
John F. Lynch (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JFLynch@wlrk.com

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Grand Rapids General Retirement System et al. v. Bayer Aktiengesellschaft et al.*, Case No. 20-cv-04737-RS | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 23, 2020                                  Respectfully submitted,

                                                                          /s/ John F. Lynch
                                                                          _____
                                                                          John F. Lynch (*pro hac vice*)
                                                                          WACHTELL, LIPTON, ROSEN & KATZ
                                                                          51 West 52nd Street
                                                                          New York, NY 10019
                                                                          Telephone: (212) 403-1000
                                                                          Facsimile: (212) 403-2000
                                                                          JFLynch@wlrk.com

                                                                          *Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*