WACHTELL, LIPTON, ROSEN & KATZ
John F. Lynch (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JFLynch@wlrk.com

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Grand Rapids General Retirement System et al. v. Bayer Aktiengesellschaft et al.*, Case No. 20-cv-04737-RS | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**BAYER AG'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bayer Aktiengesellschaft discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: July 23, 2020          Respectfully submitted,

_____
John F. Lynch (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JFLynch@wlrk.com

*Attorneys for Defendants Bayer Aktiengesellschaft, Werner Baumann, Werner Wenning, Liam Condon, Johannes Dietsch, and Wolfgang Nickl*