# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *City of Grand Rapids General Retirement System et al. v. Bayer Aktiengesellschaft et al.*, Case No. 3:20-cv-04737-RS | **STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Plaintiffs City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire System commenced *City of Grand Rapids General Retirement System, et al. v. Bayer Aktiengesellschaft, et al.*, Case No. 3:20-cv-04737-RS ("*City of Grand Rapids*") by filing a complaint on July 15, 2020;

WHEREAS, Plaintiffs in the *City of Grand Rapids* action have filed an Administrative Motion to Consider Whether Cases Should be Related in *In Re: Roundup Products Liability Litigation*, Case No. 3:16-md-02741-VC on July 16, 2020;

WHEREAS, Defendants have retained counsel in the *City of Grand Rapids* action only as of the evening of July 20, 2020;

WHEREAS, Civil Local Rule 3-12(f)(2) provides that the Administrative Motion shall be decided within 14 days after the date for a response is due, such that a one-week extension is not expected to affect the schedule of proceedings;

WHEREAS, Defendants have requested, and Plaintiffs have agreed to, an extension of Defendants' time to object to the Administrative Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that Defendants' time to object to the Administrative Motion is extended until July 27, 2020, and, in the event Defendants file such an objection, Plaintiffs shall have until July 29, 2020 to file a reply.

Dated: July 21, 2020

| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | WACHTELL, LIPTON, ROSEN & KATZ |
|---|---|
| By: /s/ Jonathan Uslaner<br>Jonathan D. Uslaner (Bar No. 256898)<br>(jonathanu@blbglaw.com)<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA  90067<br>Tel: (310) 819-3470 | By: /s/ John F. Lynch<br>John F. Lynch (pro hac vice)<br>(jflynch@wlrk.com)<br>51 West 52nd Street<br>New York, NY  10019<br>Tel: (212) 403-1329 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED:

_____
Hon. Vince Chhabria
United States...



-2-