1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS              MDL No. 2741
LIABILITY LITIGATION
                                    Case No. 3:16-md-02741-VC
11

12  This document relates to:

13  *John J. Klingensmith, Jr. v. Monsanto Co.*,
Case No. 3:20-cv-03603-VC
14

15  **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18       1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19       2.     Bayer AG is a publicly held corporation.

20  DATED:  July 24, 2020                Respectfully submitted,

21                                       /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth (*pro hac vice*)
22                                       (jhollingsworth@hollingsworthllp.com)
                                        Eric G. Lasker (*pro hac vice*)
23                                       (elasker@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
24                                       1350 I Street, N.W.
                                        Washington, DC  20005
25                                       Telephone:  (202) 898-5800
                                        Facsimile:   (202) 682-1639
26
                                        *Attorneys for Defendant*
27                                       *MONSANTO COMPANY*

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-03603-VC