Gordon Van Remmen, Esq.
**HALL & LAMPROS, LLP**
Ga Bar No. 215512
400 Galleria Parkway, Suite 1150
Atlanta, GA 30339
(404) 876-8100 telephone
(404) 876-3477 facsimile
gordon@hallandlampros.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. |
|---|---|
| This document relates to:<br><br>DANIEL LINDVALL,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | **SHORT FORM COMPLAINT** |

### SHORT FORM COMPLAINT WITH JURY DEMAND

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to file individual short form complaints for pre-trial work up purposes, Plaintiff Daniel Lindvall provides the following allegations required by the Court in PTO No. 155

1. This case is brought on behalf of Plaintiff Daniel Lindvall.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Georgia, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Plaintiff currently resides in Atlanta, Georgia at the time of filing.

5. Plaintiff resided in Atlanta, Georgia at the time of his diagnosis of Non-Hodgkin Lymphoma ("NHL").

6. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

7. Plaintiff was exposed to Monsanto's Roundup products from approximately 1997 to 2010.

8. Plaintiff resided in Valentine, Nebraska at the time of his exposure to Monsanto's Roundup products

9. Plaintiff was exposed to Monsanto's Roundup products for over 10 years while living immediately next door to Les Harm, the Cherry County Weed Superintendent.

10. Mr. Harm, as the Cherry County Weed Superintendent, stored large amounts of Monsanto's Roundup products, on his property.

11. Mr. Harm, as the Cherry County Weed Superintendent, stored large amounts of Monsanto's Roundup products, in a shed in his backyard in close proximity to Plaintiff's home.

12. Mr. Harm, as the Cherry County Weed Superintendent, stored large amounts of Monsanto's Roundup products in a tank attached to his truck.  This truck was parked in the driveway and in close proximity to Plaintiff's home.

13. Mr. Harm regularly sprayed his property and the surrounding area, including Plaintiff's property with Monsanto's Roundup products.

14. In April 2016, Plaintiff was diagnosed with large B-cell, Non-Hodgkin lymphoma.

15. Plaintiff has sought and is continuing to seek treatment for his NHL, including chemotherapy.

16. Plaintiff received medical treatment for his NHL in Georgia.

17. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

This July 24, 2020,

                                               **HALL & LAMPROS, LLP**

                                               */s/ Gordon Van Remmen*
                                               Gordon Van Remmen
                                               Ga Bar No. 215512

**HALL & LAMPROS, LLP**
400 Galleria Parkway
Suite 1150
Atlanta, GA 30339
(404) 876-8100 telephone
(404) 876-3477 facsimile
gordon@hallandlampros.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Gordon Van Remmen, hereby certify that, on July 24, 2020, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                      */s/ Gordon Van Remmen*
                                                      Gordon Van Remmen