1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741
Case No. 16-md-02741-VC

**MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

This document relates to:

*Ramirez, et al. v. Monsanto Co., Case No. 3:19-cv-02224*

On July 21, 2020 this Court entered PTO 216 [Dkt. No 11293], which scheduled a case management conference for Thursday August 6, 2020 at 10:00 AM, and directed the parties to submit a joint case management conference statement on July 30, 2020.   On consent of the Plaintiffs Steering Committee, Monsanto respectfully requests that the Court reschedule the Case Management Conference to August 27, 2020 and the corresponding deadline for the joint statement to August 20, 2020.   This extension will facilitate preparation of the response to PTO 216.

- 1 -
MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
3:16-md-02741-VC

1  DATED: July 24, 2020                    Respectfully submitted,

2                                          /s/ Brian L. Stekloff
                                           Brian L. Stekloff (*pro hac vice*)
3                                          (bstekloff@wilkinsonwalsh.com)
                                           Rakesh Kilaru (*pro hac vice*)
4                                          (rkilaru@wilkinsonwalsh.com)
5                                          WILKINSON WALSH + ESKOVITZ LLP
                                           2001 M St. NW
6                                          10th Floor
7                                          Washington, DC 20036
                                           Tel:    202-847-4030
8                                          Fax:    202-847-4005

9                                          /s/ Pamela Yates
10                                         Pamela Yates (CA Bar No. 137440)
                                           (Pamela.Yates@arnoldporter.com)
11                                         ARNOLD & PORTER KAYE SCHOLER
                                           LLP
12                                         777 South Figueroa St., 44th Floor
13                                         Los Angeles, CA 90017
                                           Tel: 213-243-4178
14                                         Fax: 213-243-4199

15                                         /s/ Joe G. Hollingsworth
16                                         Joe G. Hollingsworth (*pro hac vice*)
                                           (jhollingsworth@hollingsworthllp.com)
17                                         Eric G. Lasker (*pro hac vice*)
                                           (elasker@hollingsworthllp.com)
18                                         HOLLINGSWORTH LLP
19                                         1350 I Street, N.W.
                                           Washington, DC  20005
20                                         Telephone:  (202) 898-5800

21
22                                         Attorneys for Defendant
                                           MONSANTO COMPANY
23

24

25

26

27

28

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
3:16-md-02741-VC