UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **[PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Good cause appearing, the Motion to Reschedule the Case Management Conference is GRANTED. The August 6, 2020 Case Management Conference is hereby rescheduled to August 27, 2020 at 10:00 AM. Accordingly, the joint case management statement referenced in PTO 216 is now due August 20, 2020.

**IT IS SO ORDERED.**

Dated: July \_\_\_\_, 2020

_____
VINCE CHABRIA
United States District Judge

- 1 -