MARINO FINLEY LLP
Elyse MacNamara (Cal. Bar No. 319887)
620 Newport Center Drive., Suite 1100
Newport Beach, CA 92660
Tel: (949) 339-5544 | Fax: (877) 239-2146
emacnamara@marinofinley.com
Daniel Marino (*pro hac vice application forthcoming*)
Jordan Stave (*pro hac vice application forthcoming*)
1100 New York Ave NW, Suite 700W
Washington, DC 20005
dmarino@marinofinley.com
jstave@marinofinley.com

KASSEL MCVEY ATTORNEYS AT LAW
John D. Kassel (SCDC 2278) jkassel@kassellaw.com
Theile B. McVey (SCDC 7614) tmcvey@kassellaw.com
Jamie Rae Rutkoski (SCDC 12880) jrutkoski@kassellaw.com
1330 Laurel St., Post Office Box 1476
Columbia, SC 29202-1476
Tel: (803) 256-4242 | Fax: (803) 256-1952

*Attorneys for Plaintiff Doran*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 3:16-md-02741-VC<br><br>Case No. 3:20-cv-02650-VC |
| **This document relates to**<br>*Richard A. Doran, Jr. v. Monsanto Co.,*<br>**Case No. 3:20-cv-02650-VC** | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 11-5, Elyse MacNamara moves this Court to grant her leave to withdraw as counsel on behalf of Plaintiff Richard Doran in the above-captioned case. In support of this Motion, she states as follows:

    1.    Attorneys John D. Kassel, Theile B. McVey, and Jamie Rae Rutkoski of the law firm Kassel McVey Attorneys at Law will remain in the case on behalf of Richard Doran.

2. The *pro hac vice* applications for Daniel Marino and Jordan Stave of Marino Finley LLP are forthcoming.

3. Elyse MacNamara of Marino Finley LLP is withdrawing from this case and will no longer be representing Plaintiff Doran. Further, she no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

4. John D. Kassel, Theile B. McVey, Jamie Rae Rutkoski, Daniel Marino, and Jordan Stave will continue to represent Plaintiff Doran in this case. Therefore, Plaintiff Doran will not be prejudiced by this withdrawal.

WHEREFORE, Elyse MacNamara hereby respectfully asks that this Court grant leave for her to withdraw and to remove her from all service lists as counsel for Richard Doran in the above-captioned case.

Dated: July 26, 2020                              Respectfully Submitted,

                                        *s/Elyse MacNamara*
                                        Elyse MacNamara (CA State Bar Number: 319887)

                                        *Attorney for Plaintiff Doran*

### CERTIFICATE OF SERVICE

I, Elyse MacNamara, hereby certify that on July 26, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                        */s/ Elyse MacNamara*
                                        Elyse MacNamara