**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470

*Counsel for Plaintiffs City of Grand Rapids
General Retirement System and City of Grand
Rapids Police & Fire Retirement System*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JONATHAN D. USLANER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| *City of Grand Rapids General Retirement System v. Bayer Aktiengesellschaft*, Case No. 3:20-cv-04737-RS | |

I, Jonathan D. Uslaner, declare as follows:

1. I am a member in good standing of the bars of the State of California and of this Court. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this declaration in support of the Administrative Motion To Consider Whether Cases Should Be Related filed by City of Grand Rapids General Retirement System and City of Grand Rapids Police & Fire Retirement System.

2. Attached as Exhibit A is a true and correct copy of the Deposition Designations for Phase 2 Witnesses, *Hardeman v. Monsanto Co.*, No. 3:16-cv-00525-VC (N.D. Cal. Mar. 10, 2019), ECF No. 183.

3. Attached as Exhibit B is a true and correct copy of the Order Appointing Lead Plaintiff, Approving Selection of Lead Counsel, and Addressing Case Management, *In re Equifax Inc. Securities Litigation*, No. 1:17-cv-03463-TWT (N.D. Ga. Feb. 21, 2018), ECF No. 32.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of July, 2020.

                                            */s/ Jonathan D. Uslaner*
                                            Jonathan D. Uslaner (Bar No. 256898)