# EXHIBIT A

1  Aimee H. Wagstaff (SBN 278480)
   Aimee.wagstaff@andruswagstaff.com
2  David J. Wool (SBN 324124)
   David.Wool@andruswagstaff.com
3  7171 W. Alaska Drive
   Lakewood, CO  80226
4  Telephone: 303-376-6360

5

6  **MOORE LAW GROUP, PLLC**
   Jennifer A. Moore (SBN 206779)
7  Jennifer@moorelawgroup.com
   1473 South 4th Street
8  Louisville, KY  40208
   Telephone: 502-717-4080

9

   *Co-counsel for Plaintiff*
10

11
                       UNITED STATES DISTRICT COURT
12
                     NORTHERN DISTRICT OF CALIFORNIA
13

14                                          )
                                            )
15   IN RE: ROUNDUP PRODUCTS                )   MDL No. 2741
     LIABILITY LITIGATION                   )
16   _____ )   Case No. 3:16-md-02741-VC
                                            )
17   This document relates to:              )   **DEPOSITION DESIGNATIONS FOR**
                                            )   **PHASE 2 WITNESSES**
18   *Hardeman v. Monsanto Co., et al.,*    )
19   3:16-cv-0525-VC                        )
                                            )
20                                          )
                                            )
21   _____ )

22          The parties submit the following deposition designations in page:line format, including

23   all objections, responses, counter-designations, and counter-counter designations for witnesses

24   whom the parties anticipate will testify in Phase 2.

25          Specifically, Plaintiff intends on calling the following witnesses in Phase 2:

26          • Kirk Azevedo

27          • Donna Farmer

28          • Hugh Grant

                                        - 1 -

1      •   Steven Gould

2      •   James Guard

3      •   William Heydens

4      •   Daniel Jenkins

5      •   Larry Kier

6      •   Michael Koch

7      •   Mark Martens

8      •   Samuel Murphy

9      •   Roger McClellan

10     •   Christopher Portier

11     •   William Reeves

12     •   David Saltmiras

13     •   Roger Turk

14     •   Jeffrey Ye

15     •   Todd Rands

16      Monsanto has provided counter-designations and objections to the above witnesses and

17 has also included affirmative designations for the following witnesses:

18     •   Donna Farmer

19     •   Christopher Portier

20     •   William Reeves

21     •   Roger Turk

22     •   Jeffrey Ye

23      The parties intend to continue to meet and confer regarding the designations below in an

24 effort to further streamline them and reduce the number of objections and areas of disagreement.

25      The parties reserve the right to supplement, revise, correct, clarify, withdraw, or

26 otherwise amend these designations.  Without waiving any objections, the parties also reserve

27 the right to introduce into evidence any deposition testimony designated by the other party.  In

28

DEPOSITION DESIGNATIONS FOR PHASE 2 WITNESSES
3:16-md-02741-VC

addition, both parties reserve the right to use any deposition testimony at trial as necessary for

impeachment and/or rebuttal.

Dated:  March 10, 2019          **ANDRUS WAGSTAFF, PC**

By:      /s/ Aimee H. Wagstaff
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
Jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

*Co-counsel for Plaintiff*

DEPOSITION DESIGNATIONS FOR PHASE 2 WITNESSES
3:16-md-02741-VC

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 10th day of March 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff

- 4 -

DEPOSITION DESIGNATIONS FOR PHASE 2 WITNESSES
3:16-md-02741-VC