UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02741-VC <br><br> Case No. 3:20-cv-02650-VC |
| This document relates to <br> *Richard A. Doran, Jr. v. Monsanto Co.,* <br> Case No. 3:20-cv-02650-VC | |

## ORDER

Before this Court is the Motion to Withdraw of Elyse MacNamara as Attorney of Record for Plaintiff Richard Doran. Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Withdraw of Elyse MacNamara as Attorney of Record for Plaintiff Richard Doran is hereby GRANTED, and that Elyse MacNamara is withdrawn as counsel of record for Plaintiff.

Dated: __August 3__, 2020



Hon. Vince Chhabria

APPROVED
Judge Vince Chhabria