**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:          elasker@hollingsworthllp.com
                    mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Daniel Lindvall* [no case-specific number assigned] | |

**MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT**

Pursuant to Pretrial Order No. 183, defendant Monsanto Company ("Monsanto") hereby submits this report regarding a lawsuit that:  (a) was directly filed in this district last month (July 2020); and (b) fails to comply with the personal jurisdiction and venue requirements: *Daniel Lindvall v. Monsanto Co.*  On July 24, 2020, plaintiff filed a "short form complaint" on the MDL-wide docket (ECF No. 11408); to Monsanto's knowledge, no case-specific number has been assigned to this lawsuit.  Plaintiff alleges that he resides in Georgia and that he was exposed to Roundup®-branded herbicides in Nebraska, Complaint ¶¶ 4, 8, but does not allege any

connections between his claims and the State of California or the Northern District of California.[1]

DATED:  August 3, 2020                                   Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

---

[1] Although this plaintiff used a short form complaint, Monsanto is not aware of a multi-plaintiff lawsuit from which this plaintiff's claims have been severed.