MARINO FINLEY LLP
Daniel Marino (D.C. Bar No. 416711)
800 Connecticut Ave NW, Suite 300
Washington, DC 20006
dmarino@marinofinley.com

KASSEL MCVEY ATTORNEYS AT LAW
John D. Kassel (SCDC 2278) jkassel@kassellaw.com
Theile B. McVey (SCDC 7614) tmcvey@kassellaw.com
Jamie Rae Rutkoski (SCDC 12880) jrutkoski@kassellaw.com
1330 Laurel St., Post Office Box 1476
Columbia, SC 29202-1476
Tel: (803) 256-4242 | Fax: (803) 256-1952

*Attorneys for Plaintiff Doran*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to All Actions** | MDL No. 3:16-md-02741-VC<br><br>Case No. 3:20-cv-02650-VC<br><br>**NOTICE OF APPEARANCE OF DANIEL MARINO** |

    PLEASE TAKE NOTICE that Daniel Marino of the firm Marino Finley LLP hereby enters his appearance on behalf of Plaintiff Richard A. Doran, Jr. in the above-captioned matter and requests that he be added to the electronic service list.

1 | Dated: August 6, 2020        Respectfully Submitted,

*/s/ Daniel Marino*
Daniel Marino (D.C. Bar No. 416711)

John D. Kassel (SCDC 2278) Theile B. McVey (SCDC 7614) Jamie Rae Rutkoski (SCDC 12880)

*Attorneys for Plaintiff Doran*

2

NOTICE OF APPEARANCE OF DANIEL MARINO      Case No. 3:20-cv-02650-VC
MDL No. 3:16-md-02741-VC