1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KLEIN & FRANK, P.C.**
BETH KLEIN, ESQ.  [SBN 181456]
beth@kleinfrank.com
2505 Walnut Street, Suite 100
Boulder, Colorado 80302
Voice: (303) 448-8884
Facsimile: (303) 861-2449

Attorneys for Plaintiffs, MARIE BERNICE DINNER
And BRUCE DINNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL:  2741 |
| MARIE BERNICE DINNER and BRUCE DINNER | ) ) ) | Case Number:  16-MD-02741-VC |
| Plaintiffs, | ) ) ) ) | **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) AND MOTION FOR SUBSTITUTION** |
| vs. | ) ) ) | |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

Counsel for Plaintiffs Marie Bernice Dinner and Bruce Dinner, gives notice and suggests, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Marie Bernice Dinner, a plaintiff in this action.

Plaintiffs request that Bruce Dinner, the surviving husband of Marie Bernice Dinner and the Estate of Marie Bernice Dinner through the duly appointed Personal Representative, Bruce Dinner, be substituted as the Plaintiff in this wrongful death and survival action.

CERTIFICATE OF CONFERRAL

Undersigned counsel conferred with counsel for the Defendant concerning this substitution, and the Defendant wished to review and respond to the Motion.

1. Marie Bernice Dinner passed away on June 3, 2020 from Non-Hodgkin's Lymphoma. Her Death Certificate is attached as Exhibit A.

2. Bruce Dinner is a proper party to make this suggestion because he is her surviving husband who has the right under Colorado law to pursue a wrongful death action. C.R.C. section 13-21-201.

3. Bruce Dinner is the duly appointed Personal Representative of Marie Bernice Dinner's estate and has the right under Colorado law to pursue a survival action. C.R.S. section 13-20-101.  PR Order Exhibit B.

4. Plaintiffs request that Bruce Dinner and the Estate of Marie Bernice Dinner through the duly appointed Personal Representative, Bruce Dinner be substituted as the Plaintiffs in this matter which is now a wrongful death and a survival action pursuant to F.R.C.P. 25(a)(1).

5. No party will be prejudiced by this amendment, and it serves the needs of justice.

WHEREFORE, for the foregoing reasons, Plaintiffs request that Bruce Dinner, the surviving husband and the Estate of Marie Bernice Dinner through the duly appointed Personal Representative, Bruce Dinner be substituted as the proper plaintiffs in this wrongful death action.


Dated:  August 7, 2020                    KLEIN & FRANK, P.C.
                                          *A duly signed original is on file at*
                                          *Klein & Frank, P.C.*


                                          s/ Beth Klein
                                          Beth Klein
                                          Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of August, 2020, the foregoing Suggestion of Death Upon Record Under rule 25(a)(1) and Motion for Substitution of Party was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

   Anthony R. Martinez
   Shook, Hardy & Bacon, LLP
   2555 Grand Blvd.
   Kansas City, MO 64108

   Martin Calhoun
   Hollingsworth, LLP
   1350 I Street NW
   Washington, DC 20005

  The statement of death must be served on both the other parties and the deceased's nonparty successors or representatives in the same manner required for service of the motion to substitution.

   Bruce J. Dinner
   8229 E 5th Avenue
   Denver, CO  80230

   Alec Dinner
   1608 Virginia Street
   Berkeley, CA 94703

   Tara Kaplan
   25 Fort Avenue
   Boston, MA 02119

         KLEIN & FRANK, P.C.
         *A duly signed original is on file at*
         *Klein & Frank, P.C.*


         *s/ Sharon Shibata*
         Sharon Shibata
         Paralegal