# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

STATE FILE NUMBER 1052020019106

**DECEDENT'S LEGAL NAME:** MARIE BERNICE DINNER
**DATE OF DEATH:** JUNE 02, 2020

| Field | Value |
|---|---|
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | [redacted] |
| AGE-Last Birthday (Years) | 73 |
| UNDER 1 YEAR (Months/Days) | |
| UNDER 1 DAY (Hours/Minutes) | |
| DATE OF BIRTH (Mo/Day/Yr) | [redacted] 1947 |
| BIRTHPLACE | ENGLAND |

**IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:** HOSPICE FACILITY
**Facility Name:** THE DENVER HOSPICE CARE CENTER
**CITY, TOWN OR LOCATION OF DEATH:** DENVER
**COUNTY OF DEATH:** DENVER

**RESIDENCE - STREET AND NUMBER:** 8229 E 5TH AVENUE
**ZIP CODE:** 80230
**INSIDE CITY LIMITS:** YES
**RESIDENCE STATE:** COLORADO
**COUNTY:** DENVER
**CITY OR TOWN:** DENVER

**DECEDENT'S USUAL OCCUPATION:** AUDIOLOGIST
**KIND OF BUSINESS/INDUSTRY:** AUDIOLOGY
**DECEDENT'S EDUCATION:** DOCTORATE OR PROFESSIONAL DEGREE

**DECEDENT OF HISPANIC ORIGIN:** NO
**DECEDENT'S RACE:** White

**EVER IN US ARMED FORCES:** NO
**MARITAL STATUS AT TIME OF DEATH:** MARRIED
**SPOUSE/PARTNER NAME:** BRUCE DINNER

**FATHER'S NAME:** PHILIP MEYERS
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** SARAH REICH

**INFORMANT'S NAME:** BRUCE DINNER
**INFORMANT'S RELATIONSHIP TO DECEASED:** SPOUSE

**NAME OF FUNERAL HOME:** FELDMAN MORTUARY, INC.
**CITY AND STATE OF FUNERAL HOME:** DENVER COLORADO
**WAS CORONER NOTIFIED:** YES

**METHOD OF DISPOSITION:** BURIAL - CEMETERY
**PLACE OF DISPOSITION:** ROSE HILL CEMETERY
**LOCATION - CITY, COUNTY, STATE:** COMMERCE CITY ADAMS COLORADO

**WAS DECEDENT UNDER HOSPICE CARE:** YES
**ACTUAL OR PRESUMED TIME OF DEATH:** 16:09 MIL
**DATE PRONOUNCED DEAD:** JUNE 02, 2020
**TIME PRONOUNCED DEAD:** 16:31 MIL

**MANNER OF DEATH:** NATURAL
**WAS AN AUTOPSY PERFORMED:** NO

### CAUSE OF DEATH

**PART I**

| | Cause | Approximate interval: Onset to death |
|---|---|---|
| a | ACUTE RESPIRATORY FAILURE | DAYS |
| b | CYTOMEGALOVIRUS PNEUMONIA | DAYS |
| c | METASTATIC T CELL LYMPHOMA | DIAGNOSIS DAYS AGO |
| d | CHRONIC LYMPHOCYTIC LEUKEMIA | YEARS |

**PART II:** RECURRENT PNEUMONIA, PULMONARY EMBOLISM, HYPOTHYROIDISM

**PHYSICIAN:** CHRISTOPHER JUDE UNREIN DO 8299 E LOWRY BOULEVARD DENVER CO 80200
**DATE SIGNED:** JUNE 03, 2020

**DATE FILED BY REGISTRAR:** JUNE 04, 2020

**DATE ISSUED:** JUNE 08, 2020





A. ALEX QUINTANA, STATE REGISTRAR

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

*0097 74968*

REV 01/19

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE