Closure of Estate: The Personal Representative (PR) may close an estate informally by submitting JDF-965 or close an estate formally through formal closure procedures to receive a Decree of Discharge. The court will consider the estate closed if no action is taken for three years. STATUTORY LIMITS ON PROCEEDINGS AGAINST THE PR DO NOT TAKE EFFECT UNLESS THE ESTATE IS FORMALLY CLOSED. §§ 15-12-1003, C.R.S. 15-12-1004, 1005, 1006, 1009

DATE FILED: June 25, 2020 10:51 AM
CASE NUMBER: 2020PR30811

| | |
|---|---|
| ☐ District Court   ☑ Denver Probate Court<br>Court Address:<br>1437 Bannock Street, Rm. 230<br>Denver, Colorado 80202 | |
| **In the Matter of the Estate of:**<br><br>**MARIE BERNICE DINNER**<br><br>**Deceased** | **COURT USE ONLY**<br><br>Case Number:<br>2020PR30811<br><br>Division:        Courtroom: |

## ORDER FOR INFORMAL PROBATE OF WILL AND
## INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE

Upon consideration of the Application for Informal Probate of Will and Informal Appointment of Personal Representative filed by Bruce J. Dinner (applicant), on June 22, 2020 (date),

**THE REGISTRAR FINDS, DETERMINES, AND ORDERS:**

1. The applicant is an interested person and has filed a complete and verified application.

2. The decedent died on June 2, 2020 (date) and 120 hours have elapsed since the decedent's death. If the decedent was not a resident of Colorado, 30 days have elapsed since the decedent's death, or the personal representative appointed at the decedent's domicile or residence is the applicant. (§ 15-12-307, C.R.S.)

3. The decedent was domiciled or resided in the City of Denver, State of Colorado.

4. Venue is proper in this county.

5. The application was filed within the time period permitted by law.

6. The decedent left a will dated August 12, 1997.
   The dates of all codicils are N/A. The will and any codicils are referred to as the will. The original or e-filed copy of the duly executed, unrevoked will is in the registrar's possession. There are no known prior wills which have not been expressly revoked by a later instrument. The will is admitted to informal probate.

7. The following person is qualified to serve and is appointed as personal representative:

   Name: Bruce J. Dinner Relationship to Decedent: Surviving Spouse

   Street Address: 8229 E. 5th Ave.

   City: Denver  State: Colorado  Zip Code: 80230

   Primary Phone: 720-328-9072  Alternate Phone: _____

   Email Address: brucedinner@comcast.net

8. Appointment is made ☐ with ☑ without bond in unsupervised administration.

9. Letters Testamentary will be issued.     *LETTERS EXPIRE JUNE 25, 2023*

Date: *June 25, 2020*               _____
                                    ☐ Judge ☑ Magistrate ☑ Registrar