UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 11257 |

The administrative motion to relate *City of Grand Rapids General Retirement System & City of Grand Rapids Police & Fire Retirement System v. Bayer Aktiengesellschaft*, case number 20-cv-04737-RS, to *In re Roundup Products Liability Litigation* is denied.

**IT IS SO ORDERED.**

Dated: August 10, 2020

VINCE CHHABRIA
United States District Judge