**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                    elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Paul W. Wisniewski and Anna Wisniewski v. Monsanto Co.*,<br>Case No. 3:20-cv-04759-VC | |

**MONSANTO COMPANY'S**
**<u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED: August 12, 2020          Respectfully submitted,

2

3                                      /s/ Joe G. Hollingsworth
                                     Joe G. Hollingsworth (*pro hac vice*)

4                                      (jhollingsworth@hollingsworthllp.com)
                                     Eric G. Lasker (*pro hac vice*)

5                                      (elasker@hollingsworthllp.com)
                                     HOLLINGSWORTH LLP

6                                      1350 I Street, N.W.
                                     Washington, DC  20005

7                                      Telephone:  (202) 898-5800
                                     Facsimile:   (202) 682-1639

8                                      *Attorneys for Defendant*
                                     *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28