UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dea Anna Schumacher, et al. v. Monsanto Company, et al.*,<br>Case no. 3:19-cv-04165-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

### [PROPOSED] ORDER

1. Counsel for Plaintiff's motion is Granted.
2. Janice Emmons is hereby substituted in place of Mary Ellyn Negley.
3. Accordingly, the Plaintiff caption shall be amended as follows: "Janice Emmons, individually, and as successor in interest for the estate of Ralph Negley, deceased."

Dated: August 12, 2020

