1  **MORGAN & MORGAN**
T. Michael Morgan (*pro hac vice*)
2  G. Katherine Chambers (*pro hac vice*)
201 N. Franklin Street, 7th Floor
3  Tampa, Florida 33602
Tel.: (813) 223-5505
4  Facsimile: (813) 222-2434
Email:  *mmorgan@forthepeople.com*
5           *kathychambers@forthepeople.com*

6  *Attorneys for Plaintiff*

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Guido Messina v. Monsanto Company*<br>Case No. 3:19-cv-06948 | MDL No. 2741<br><br>CASE NO. 3:16-MD-02741 - VC |

JOINT STIPULATION FOR DISMISSAL

      Plaintiff and Defendant, Monsanto Company, through their undersigned Counsel, hereby stipulate and agree to the dismissal of this cause with prejudice and each party to bear its own costs and attorney's fees.

      Dated: August 13, 2020

      Tampa, Florida

*/s/ T. Michael Morgan*
T. Michael Morgan (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Tel.: (407) 420-1414
Facsimile: (407) 245-3389
mmorgan@forthepeople.com

JOINT STIPULATION OF DISMISSAL - 1

1 | */s/ G. Katherine Chambers*
2 | G. Katherine Chambers (*pro hac vice*)
**MORGAN & MORGAN**
3 | **COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
4 | Tel.: (813) 223-5505
Facsimile: (813) 222-2434
5 | kathychambers@forthepeople.com

6 | *Attorneys for Plaintiff*

7 |

8 | */s/ Eric G. Lasker*
Joe G. Hollingsworth (*pro hac vice*)
9 | Eric G. Lasker (*pro hac vice*)
**HOLLINGSWORTH LLP**
10 | 1350 I Street, N.W.
Washington, DC 20005
11 | Tel.: (202) 898-5800
Facsimile: (202) 682-1639
12 | jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
13 |
*Attorneys for Defendant*

JOINT STIPULATION OF DISMISSAL - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2020, a copy of the foregoing document was electronically filed the Clerk of the Court through the CM/ECF system which sent notice of filing to all parties of record.

/s/ G. Katherine Chambers

JOINT STIPULATION OF DISMISSAL - 3