# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This Document Relates to:<br><br>Lyle Vanblaricom v. Monsanto Company, 3:20-cv-05625-VC | |

## NOTICE OF APPEARANCE

Pursuant to Pretrial Order No. 1 (Document 2, ¶5) Randi Kassan, Esq. of Sanders Phillips Grossman, LLC, currently admitted and in good standing in the U.S. District Courts for the Northern, Southern, Eastern and Western Districts of New York enters her appearance of counsel for the above captioned Plaintiff and asks that all future pleadings and papers in this case be served on and directed to the undersigned counsel.

Dated: August 14, 2020

*/s/ Randi Kassan*_____
Randi Kassan
Sanders Phillips Grossman, LLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
(516) 741-5600 (tel)
(516) 741-0128 (fax)
rkassan@thesandersfirm.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020 I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Randi Kassan*
Randi Kassan