**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
                    elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Dan Sullivan* *v. Monsanto Co. and Does 1-50*, Case No. 3:20-cv-03549-VC | |

<u>**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**</u>

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

     1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

     2.     Bayer AG is a publicly held corporation.

DATED:  August 17, 2020           Respectfully submitted,

                                /s/ Joe G. Hollingsworth
                                Joe G. Hollingsworth (*pro hac vice*)
                                (jhollingsworth@hollingsworthllp.com)
                                Eric G. Lasker (*pro hac vice*)
                                (elasker@hollingsworthllp.com)
                                HOLLINGSWORTH LLP
                                1350 I Street, N.W.
                                Washington, DC  20005
                                Telephone:  (202) 898-5800
                                Facsimile:   (202) 682-1639

                                *Attorneys for Defendant*
                                *MONSANTO COMPANY*