Matthew R. Willis
**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
Tel: (713) 225-1682
Fax: (713) 225-1785
matt.willis@bcoonlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| RUSSELL AYERS, | **SHORT FORM COMPLAINT** |
|     Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
|     Defendant. | |

Pursuant to Pretrial Order (PTO) No. 155, reaffirming this Court's requirements for a short form complaint for pre-trial work up purposes. Plaintiff Russell Ayers provides the following allegations required by the Court in PTO No. 155 (Attached hereto as Exhibit "A"):

1. This case is brought on behalf of Plaintiff Russell Ayers.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Russell Ayers, et al v. Monsanto* Company, Case No. 4:20-CV-02276, in the Southern District of Texas, Houston Division.

4. Plaintiff resided in Hartford, Ohio County, Kentucky at the time of filing the original complaint against Monsanto.

5. Plaintiff currently resides in Hartford, Ohio County, Kentucky.

6. Plaintiff resided in Hartford, Ohio County, Kentucky at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

7. Plaintiff received medical treatment for his NHL in Louisville, Jefferson County, Kentucky.

8. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Kentucky, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

10. Plaintiff was exposed to Monsanto's Roundup products from approximately 1990 to the 2000s, Mr. Ayers sprayed Roundup® while performing lawn services at various locations.

11. Plaintiff used Monsanto's Roundup® products in Centertown, Ohio County, Kentucky.

12. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in approximately July of 2002.

13. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 17, 2020            **BRENT COON & ASSOCIATES**

By: */s/ Matthew R. Willis*
Matthew R. Willis
300 Fannin, Suite 200
Houston, Texas 77002
Tel:   (713) 225-1682
Fax:  (713) 225-1785
matt.willis@bcoonlaw.com

**CERTIFICATE OF SERVICE**

I, Michael Miller, hereby certify that, on August 17, 2020, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Matthew R. Willis