1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7
                            UNITED STATES DISTRICT COURT
8
                           NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |
11 | This document relates to: | |
12 | | |
   | *Pauline T. Umbarger, as Personal Representative of the Estate of Lee Richard Umbarger, Jr., and Pauline T. Umbarger, individually, v. Monsanto Co.* | |
13 | | |
14 | Case No. 3:20-cv- 04640-VC | |
15

16         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

17       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

18 ("Monsanto") makes the following disclosures:

19       1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

20       2.      Bayer AG is a publicly held corporation.

21

---

1 | DATED:  August 19, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-04640-VC