# EXHIBIT 2



The Hammond Block Building
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
T: 317 | 633 | 5270    F: 317 | 426 | 3348
www.rwp-law.com

William Riley is a principal member of Riley Williams & Piatt, LLC ("RWP"). RWP is located in Indianapolis, Indiana and devotes 100% of its practice to litigation, with a substantial portion of its practice specifically devoted to class action litigation and trials. RWP routinely litigates class actions in both state and federal courts throughout the country.

REPRESENTATIVE CLASS ACTION EXPERIENCE

Mr. Riley has successfully represented clients in numerous class actions, including:

- Mr. Riley was a member of Castano litigation group that represented Gray Davis, Governor of California in the case of *Davis v. R.J. Reynolds Tobacco Company, et al.,* resulting in the recovery of more than $12 billion for the State of California.

- Mr. Riley was a member of the litigation team that recovered nearly $4 billion on behalf of the State of Indiana from the tobacco companies.

- Mr. Riley represented a certified class of third-party payors in litigation regarding unlawful and excessive drug pricing in the Celebrex multi-district litigation, *Sheet Metal Workers Local No. 20 Welfare and Benefit Fund, et al. v. Pfizer, Inc., et al.,* Case No. M:05-CV-01699-CRB. This matter settled for $89 million. Mr. Riley served on the Settlement Allocation Committee in for the litigation.

- Mr. Riley also served as a member of the Purchase Claims Committees for *In Re: VIOXX Prod. Liab. Litig.,* MDL No. 1657. This case resulted in a $65 million settlement.

- Mr. Riley served as co-lead counsel in the BP ("bad gas") litigation (Northern District of Indiana, Cause No: 2:12-cv-003339-JD-APR). This case resulted in a $7 million settlement.

- Mr. Riley served as lead counsel in the nationwide class action of *Vicki Sullivan, on behalf of herself and others similarly situated v. Sears Mortg. Corp.,* et al., Cause No. 49D02-9607-CP-000982 which resulted in class-wide recovery for the wrongful collection of private mortgage insurance for individuals who had mortgages with PNC Bank.

- Mr. Riley served as lead counsel in *Robertson, et al. v. Farmers Union Mutual Insurance Company, Inc.,* Case No. CV-2008-217 (Pope County, Arkansas

Circuit Court) and successfully defended the trial court's class certification decision before the Arkansas Supreme Court. This case was successfully settled after the Arkansas Supreme Court affirmed the trial court's decision.

- Mr. Riley served as co-lead counsel in *In re RC2 Toy Lead Paint Prod. Liab. Litig.*, MDL No. 1893 (N.D. Ill.), which resulted in a successful class-wide settlement.

- Mr. Riley served as class counsel for a certified class of Indiana consumers in *Thacker, et al. v. Cape Canaveral, et al*, Cause No. 49D03-0207-ct-001148 (Superior Court of Marion County, Indiana), which resulted in a successful class-wide settlement.

REPRESENTATIVE TRIAL EXPERIENCE

Mr. Riley has tried may cases to verdict.

- Mr. Riley represented a roofing contractor in a six-week defamation trial against State Farm Fire & Casualty Company, in which a jury awarded the client $14.5 million. The matter was appealed and after the appellate process was concluded, the amount State Farm paid Mr. Riley's client was $17,284,000.00. This is the largest defamation verdict in Indiana history, and ranks amongst the highest defamation verdicts in the country.

Mr. Riley is the principal managing member of the firm. His practice focuses on plaintiffs' complex litigation including class actions, pharmaceutical drug litigation, personal injury, medical malpractice, and products liability.

Mr. Riley graduated from Indiana University School of Law-Bloomington where he held the office of Executive Editor of the Indiana Law Journal. He was one of the youngest lawyers in Indiana to be awarded the prestigious AV Rating from Martindale-Hubbell. Mr. Riley is a member of a number of professional associations and has been honored with multiple selections to *Best Lawyers* and Indiana *Super Lawyers*. *Best Lawyers* also named Mr. Riley Best Lawyer in 2015.