# EXHIBIT 3



# SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.

### <u>Professional Biography of J. Barton Goplerud</u>

I am a shareholder with Shindler, Anderson, Goplerud & Weese, P.C. ("Shindler Anderson"). I have practiced law since 1990.

I personally have been involved in complex and class action litigation since 2003. Since 2003, my class action experience has been nationwide, as well as Iowa focused. It has included a focus on wage and hour violations under FLSA along with antitrust, securities violations, financial products, product defect, consumer fraud and RICO cases.

I have been involved in wage and hour class action litigation in the U.S. District Court for the Southern District of Iowa where I was appointed Lead Counsel. In ***Jones et al. v. Casey's General Stores, Inc.***, Case No. 4:07-cv-00400 (S.D. IA.) and *Wineland et al v. Casey's General Stores, Inc.* Case No. 4:08-cv-00020 (S.D. IA), my co-lead counsel and I obtained the largest wage and hour settlement in the history of the state of Iowa. We represented 7,800 current and former assistant managers and 76,000 non-management employees who worked for a large publicly traded regional convenience store company. These employees were required to work overtime, but were neither paid for the overtime hours worked, nor paid one-half times their regular hourly rate. My co-counsel and I were able to obtain $12.1 Million for the members of the collective action, as well as injunctive relief. Additionally, I have been Lead Counsel in several other cases, including but not limited to:

- *Etter v. Trinity Structural Towers, Inc.,*
  Dkt. No. 4:11-cv-00249

- *Davis et al v. TPI Iowa LLC, et al*
  Dkt. No. 4:11-cv-00233

Steven H. Shindler    Frederick B. Anderson    J. Barton Goplerud    Ryan E. Weese    Andrew B. Howie    Peter J. Rolwes

Tara L. Hofbauer    Katie L. Gallo    Brian O. Marty    Brandon M. Bohlman    James R. Hinchliff    Kayla L. Sproul    Rachel M. Bosovich

Michael P. Mallaney *Senior Counsel*    Thomas W. Polking *Of Counsel*    Roger J. Hudson, Sr. *(1943-2016)*



SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

- *Garcia et al v. Loffredo Gardens, Inc. et al*
  Dkt. No. 4:11-cv-00118

- *Jefferson et al v. Per Mar Security Services et al*
  Dkt. No. 3:12-cv-00113

- *Winterstein v. Ferrara Candy Company*
  Dkt. No. 4:13-cv-00468

- *Molyneux et al v. Securitas Security Services, USA Inc.*
  Dkt. No. 4:10-cv-00588

In addition, I have been Local Counsel, Co-Counsel or Co-Lead Counsel in other class action matters in the Northern and Southern Districts of Iowa. For example, in **Hanson v. Berthel Fisher and Company Financial Services, Inc,** Case No. No. 1:13-cv-00067 (N.D. IA.), I was appointed Co-Lead Counsel against a securities broker-dealer who fraudulently established a real estate investment program and Ponzi-like scheme. Mr. Goplerud and his co-counsel were able to obtain financial relief and injunctive relief for the nationwide class of investors. Furthermore, I have been involved as Local Counsel, Co-Counsel or Co-Lead Counsel in the many other matters, including but not limited to:

- *Chambers v. North American Company for Life and Health Insurance*
  Dkt. No. 4:11-cv-00579

- *Kramer v. Aegon USA, LLC et al*
  Dkt. No. 1:15-cv-00031

- *Kelly v. Phiten USA, Inc.*
  Dkt. No. 4:11-cv-00067

- *Taylor v. Midland National Life Insurance Company (pending)*
  Dkt. No. 4:16-cv-00140

- *Silva et al v. Aviva PLC et al (pending)*
  Dkt. No. 5:15-cv-02665

- *York et al. v. Wellmark, Inc.(pending)*
  Dkt. No. 4:16-cv-00627

Nationally, I have been involved in class action litigation as Counsel, Co-Counsel or Lead Counsel in several matters. In **Fastrich et al. v. Continental General Insurance Company et al.**, Case No 1:17-cv-00615 (S.D. Ohio), I was appointed Co-Lead Counsel in a class action lawsuit involving a large



SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

insurance company that for decades had defrauded its agents out of a substantial amount of commissions. I represented a class of insurance agents, spanning over fifteen years, and obtained financial relief for these class members.

In *Aleem et al v. Pearce & Durick et al.*, Case No. 1:15-cv-00085 (D.N.D.), I was Co-Lead Counsel representing a class of individuals who had been victims of a Ponzi scheme in the North Dakota shale oil fields. Along with my co-counsel, I obtained substantial financial relief against a law firm that represented the perpetrators of the fraud during the fraud. In obtaining the relief, I obtained the rare non-opt-out class settlement under Fed. R. Civ. P. 23(b)(1)(B).

I have also been involved in a number of other national matters as Counsel, Co-Counsel or Lead Counsel, including but not limited to:

- *Roth v. Lifetime Fitness, Inc. et al.*
  Dkt. No. 0:16-cv-02476 (D. Minnesota)

- *Michael et al. v. The Honest Company, Inc.*
  Dkt. No. 2:15-cv-07059 (C.D. CA)

- *Grodzitsky et al. v. American Honda Motor Co., Inc.*
  Dkt. No. 2:12-cv-01142 (C.D. CA)

- *In re National Collegiate Athletic Student-Athlete Concussion Injury Litigation*
  Dkt. No. 1:13-cv-09116 (N.D. IL)

- *In re Citimortgage Inc Home Affordable Modification Program HAMP Contract Litigation*
  Dkt. No. 2:11-ml-02274 (C.D. CA)

- *Carlin et al. v. Dairy America, Inc.*
  Dkt. No. 1:09-cv-00430 (E.D. CA)

- *In re Pre-Filled Propane Tank Marketing and Sales Practices Litigation*
  Dkt. No. 4:09-md-02086 (W.D. Missouri Kansas City)

- *In re Certainteed Corporation Roofing Shingles Products Liability Litigation*
  Dkt. No. 2:07-md-01817 (E.D. PA)



SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

Finally, I have been involved in class action litigation as Counsel, Co-Counsel, Lead Counselor, or Special Counsel in the Commonwealth of Puerto Rico in the following matters:

- *Government of Puerto Rico v. AU Optronics Corporation et al.*
  Dkt. No. SJ2018CV04695 (Commonwealth of Puerto Rico Court of First Instance) (As Special Counsel to the Commonwealth of Puerto Rico

- *Government of Puerto Rico v. LG Electronics, Inc. et al.* (As Special Counsel to the Commonwealth of Puerto Rico)

- *Honorable Wanda Vazquez, Attorney General for the Government of Puerto Rico v. The Carpenter Company et al.*
  Filed in the D. Puerto Rico San Juan (As Special Counsel to the Commonwealth of Puerto Rico)

- *Quiles Mejias et al v. Banco Popular de Puerto Rico et al*
  Dkt. No. 3:13-cv-01880 (D. Puerto Rico San Juan)

- *Marrero-Rolon et al v. Autoridad de Energia Electrica et al*
  Dkt. No. 3:15-cv-01167 (D. Puerto Rico San Juan)

- *Rosa-Rivera et al. v. Municipio de San Juan et al.*
  Dkt. No. 3:16-cv-01465 (D. Puerto Rico San Juan)

- *Sanchez-Rosa et al. v. Municipio de San Juan et al.*
  Dkt. No. 3:18-cv-01558 (D. Puerto Rico San Juan)



Des Moines Law Firm Specializing in Family Law, Personal Injury, Bankruptcy, and Business Law

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**

515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▾    PRACTICE AREAS ▾    BLOG    CONTACT US

## Des Moines Law Firm Specializing in Family Law, Personal Injury, Bankruptcy, and Business Law

**J**ustice is getting what you deserve. Our law firm offers zealous legal representation unique to each client's needs. We provide our clients with creative, cost effective, result-oriented service generated by the wisdom gained from thousands of cases and years of experience. We represent our clients the way we ourselves would want to be represented — aggressively, fairly and ethically.

The Shindler, Anderson, Goplerud & Weese Law Firm's reputation of integrity and the highest quality of legal work has earned the respect and confidence of our clients and competitors. The Firm has played a central role in thousands of lives: from a client who is wrongfully denied hard-earned wages by his employer, to a woman who is injured in an accident, to a family who is faced with the difficulties of divorce.

Whether your needs include family law areas such as divorce, child custody, child support, alimony, or estate planning, criminal defense, and appeals to the Supreme Court, the Firm is known for its ingenuity, skill, and aggressiveness in representing its clients. Our firm includes top-notch attorneys with more than 150 years of combined legal experience, strong academic credentials and community ties.

Our firm is committed to providing you with professional, trustworthy, compassionate and effective service. We provide each client with competent, aggressive and personalized representation. We understand that the legal process can be overwhelming. It is our goal to make the process as simple and efficient as possible for our clients. We can help.

## AREAS OF PRACTICE



FAMILY LAW



PERSONAL INJURY



BANKRUPTCY



BUSINESS LAW

Page 2
Firm Biography




**5015 Grand Ridge Drive, Suite 100**
**West Des Moines, IA 50265**

**SHINDLER, ANDERSON,**
**GOPLERUD & WEESE P.C.**

**515-223-4567**

HOME     FIRM OVERVIEW     ATTORNEYS     PRACTICE AREAS     BLOG     CONTACT US




**WORKERS' COMPENSATION**



**LITIGATION**



**WILLS, TRUSTS & ESTATES**



**APPEALS**

## IOWA LEGAL UPDATE

### Start-up Business Basics
October 4, 2017



Written by James R. Hinchliff Starting a business? Thinking about starting a business? Are you going to have employees? Are you going to have other investors? How do you pay business taxes? How do you form an entity? These...

Read more

### Buyer's Paperwork in Real Estate Closings
August 2, 2017



Written by Fred Anderson A buyer of real estate is usually entering into one of the largest financial transactions of their lifetimes and one with a mountain of paperwork. Yet, it's not unusual for a buyer to show up at...

Read more

## REQUEST CONSULTATION

Page 3
Firm Biography



SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          BLOG          CONTACT US

## REQUEST CONSULTATION

**First Name** *

**Last Name** *

**Phone** *

Phone number

**Email** *

Email address

**Your Message**

Brief description of your legal issue

**Get Help Now**









### SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

515-223-4567

HOME      FIRM OVERVIEW      ATTORNEYS ▼      PRACTICE AREAS ▼      BLOG      CONTACT US

**Get Help Now**











## OUR ADDRESS

Shindler, Anderson, Goplerud & Weese P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Open: Monday-Friday 8:00am-5pm

Phone: 515-223-4567
Fax: 515-223-8887

## ABOUT THE FIRM

Our firm is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of practice areas including family law, personal injury, bankruptcy, and business law. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

Privacy Policy | Legal Disclaimer | Sitemap

## CONNECT WITH US



Map & Directions

We serve clients throughout the state of Iowa.



Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2017, Shindler, Anderson, Goplerud & Weese P.C., All rights reserved.
Website design and digital marketing by Amplimark



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME       FIRM OVERVIEW       ATTORNEYS ▾       PRACTICE AREAS ▾       BLOG       CONTACT US

## Categories

- Appeals (2)
- Bankruptcy (1)
- Business Law (2)
- Family Law (6)
- Alimony (3)
- Child Custody (6)
- Child Support (2)
- Divorce (7)
- Litigation (3)
- Personal Injury (3)
- Car Accidents (2)
- Real Estate (1)

## Shindler, Anderson, Goplerud & Weese Law Firm Des Moines, Iowa

### Our History

Shindler, Anderson, Goplerud & Weese P.C., was founded in Des Moines, Iowa and has been successfully defending the rights of clients throughout the Midwest for more than 50 years. Our firm has a proven record of results and a reputation for excellence that speaks for itself.



As you read more about us, you'll find the secret to our success is simple hard work. We represent our clients the way we ourselves would want to be represented — aggressively, fairly and ethically.





SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

515-223-4567

HOME     FIRM OVERVIEW     ATTORNEYS     PRACTICE AREAS     BLOG     CONTACT US

## Practice Areas

- Family Law
- Personal Injury
- Bankruptcy
- Business and Corporate Law
- Workers' Compensation
- Litigation
- Class Action Lawsuit
- Wills, Trusts and Estate Planning
- Appeals

## Office Address

5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265

Phone: 515-223-4567
Fax: 515-223-8887

E-Mail Us

## Our People

Our firm includes top-notch attorneys with more than 150 years of combined legal experience. Our attorneys have strong academic credentials and community ties. Each attorney in our firm is deeply committed to your success. Our attorneys speak frankly and openly with clients. They demonstrate the strictest personal and professional ethics. Above all, they are passionately committed to your needs as a client.

## Our Practice

Our attorneys provide a broad range of legal services to individuals and business clients throughout the Midwest. Whether your needs include family law areas such as divorce, child custody, child support, alimony, or estate planning, and appeals to the Supreme Court, the Firm is known for its ingenuity, skill, and aggressiveness in representing its clients. Our firm includes top-notch attorneys with more than 150 years of combined legal experience, strong academic credentials and community ties. Shindler, Anderson, Goplerud & Weese Law Firm represents clients in following areas:

- Family Law – Divorce, Child Support, Child Custody, Visitation and Alimony
- Personal Injury – Car, Motorcycle and Truck Accidents, Slip and Fall Accidents
- Bankruptcy – Business and Personal Bankruptcies
- Business and Corporate Law – Formation, Contracts, Mergers, Buy-sell Agreements, Employment Law
- Workers' Compensation
- Litigation – Wage and Hour Violations
- Class Action Lawsuit – Fraud, Product Liability, Deceptive Advertising
- Wills, Trusts and Estate Planning – Powers of Attorney, Revocable and Irrevocable Trust
- Appeals

## Our Promise



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME     FIRM OVERVIEW     ATTORNEYS ▾     PRACTICE AREAS ▾     BLOG     CONTACT US

## Our Promise

We utilize state-of-the-art technology and cost-effective methods to provide services in a timely, client-oriented manner. We take time to listen to our clients, return their calls promptly, keep them informed and provide the personalized support and assistance they require. Our attorneys are up front and ethical about their fees, so there are no surprises.

At our very core, we focus on each client's background, needs and goals. Working creatively and diligently, we seek the best possible result for each client we serve.

## Contact Us

Our law office is conveniently located in West Des Moines, Iowa. To schedule a consultation with an attorney at our firm, call 515-223-4567, or contact us by e-mail.

### OUR ADDRESS

Shindler, Anderson, Goplerud & Weese P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Open: Monday-Friday 8:00am-5pm

Phone: 515-223-4567
Fax: 515-223-8887

### ABOUT THE FIRM

Our firm is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of practice areas including family law, personal injury, bankruptcy, and business law. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

### CONNECT WITH US



Map & Directions

We serve clients throughout the state of Iowa.



Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Page 8
Firm Biography





Frederick B. Anderson

## Shindler, Anderson, Goplerud & Weese P.C.

Professional, Trustworthy, Compassionate and Effective Legal Service



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS    PRACTICE AREAS    BLOG    CONTACT US

Frederick B. Anderson

Brandon M. Bohlman

Katie L. Gallo

J. Barton Goplerud

Tara L. Hofbauer

Andrew B. Howie

James R. Hinchliff

Peter J. Rolwes

Brian O. Marty

Michael P. Mallaney

Steven H. Shindler

Ryan E. Weese

## Shindler, Anderson, Goplerud & Weese P.C.

### Professional, Trustworthy, Compassionate and Effective Legal Service

Our attorneys are committed to the highest standards of legal service. We understand how difficult this time may be for you. We work diligently to seek creative, effective and cost-conscious solutions to legal challenges. We zealously relentlessly serve you. Our attorneys have more than 150 years of combined legal experience.

Each attorney in our firm is deeply committed to your success. Whether you are going through a divorce, recovering from a personal injury, need to file for bankruptcy or need an attorney for civil litigation or an appeal, we can provide the experienced, compassionate and personalized legal assistance you require.

To learn more about the education, experience and credentials of our attorneys, visit our attorney profiles links on the left. If you want to learn more about our firm, we are pleased to answer your questions.

We are located in West Des Moines, Iowa and serve clients throughout the state of Iowa. To contact a lawyer at our firm or for further assistance, call 515-223-4567, or contact us by e-mail.

 5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

 SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▾    PRACTICE AREAS ▾    BLOG    CONTACT US

Frederick B. Anderson

Brandon M. Bohlman

Katie L. Gallo

J. Barton Goplerud

Tara L. Hofbauer

Andrew B. Howie

James R. Hinchliff

Peter J. Rolwes

Brian O. Marty

Michael P. Mallaney

Steven H. Shindler

Ryan E. Weese

## J. Barton Goplerud

### Shareholder

Local: 515-223-4567
Fax: 515-223-8887 | Email: E-mail Me

### Biography

Bart represents clients in class action, personal injury, medical malpractice, product liability, and workers' compensation cases. He is licensed to practice in all Iowa state and federal courts and is a member of the American Bar Association, the Iowa State Bar Association, and the American Association for Justice. Bart earned his bachelor's degree from the University of Iowa in 1982 and his law degree from Drake University in 1990. Bart and his wife Leslie live in Booneville.



### Areas of Practice

### Published Works





SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▾    PRACTICE AREAS ▾    BLOG    CONTACT US

- Medical Malpractice Law
- Misdiagnosis
- Surgical Mistake
- Personal Injury
- Automobile Accidents
- Slip and Fall
- Products Liability Law
- Workers' Compensation
- Consumer Protection Law
- Litigation
- Wage and Hour Violation
- Class Action/Anti Trust Violation

## Bar Admissions

- Iowa, 1990
- U.S. District Court Northern District of Iowa, 1990
- U.S. District Court Southern District of Iowa, 1990

## Education

- Drake University Law School, Des Moines, Iowa
  - J.D.—1990
  - Honors: Order of the Coif
  - Law Review: Drake Law Review, Editor

- University of Iowa, Iowa City, Iowa
  - B.A.—1982

Status of Sovereign Immunity and Assumption of the Risk", 39 Drake Law Review 759

## Classes/Seminars

- Adjunct Professor, Negotiations, Pre-Trial Advocacy and Mediation, Drake Law School, 1993–Present

## Professional Associations and Memberships

- Iowa State Bar Association, Member
- American Bar Association, Member
- American Association for Justice, Member



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME     FIRM OVERVIEW     ATTORNEYS ▾     PRACTICE AREAS ▾     BLOG     CONTACT US

" Family Law

Alimony

Child Custody and Visitation

Child Support

Divorce

Modifications

Property Division

▸ Personal Injury

▸ Bankruptcy

▸ Business and Corporate Law

Workers' Compensation

▸ Litigation

Class Action Lawsuit

Wills, Trusts and Estate Planning

## Family Law Attorneys Des Moines, Iowa



Our family law attorneys handle divorce, child support and child custody cases of clients in Des Moines and throughout the Midwest. Divorce issues can be emotionally and financially devastating for families. While some matters are resolved amicably and quickly, many divorce and child custody cases are highly contested. When facing this type of adversity, you need a clearheaded, compassionate and experienced attorney to stand up for you. Our attorneys have been helping clients resolve family law disputes for more than 50 years. Our attorneys have seen virtually every aspect of divorce and family law from all sides, and will bring that experience to your case.

Our Attorneys are dedicated to protecting your family, your assets and your future. We provide attentive, full service representation for all aspects of family law, including the practice areas of:

- Divorce and legal separation
- Child custody and visitation
- Child Support, enforcement of orders for parents who are owed back child support
- Spousal support (alimony)
- Modification of child custody or support orders
- Division of marital property
- Prenuptial and postnuptial agreements

Our family law practice also includes actions for post-decree enforcement and modification. If your circumstances have undergone significant change since your decree was issued, you can request a modification from the court. If you are not receiving proper payments for support or alimony, you may petition the court for and order of enforcement.

## Contact Us

If you are facing divorce or need legal support for a child custody or support issue, call our office for

 **SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          BLOG          CONTACT US

Workers' Compensation

▸ Litigation

Class Action Lawsuit

Wills, Trusts and Estate Planning

Appeals

• Prenuptial and postnuptial agreements

Our family law practice also includes actions for post-decree enforcement and modification. If your circumstances have undergone significant change since your decree was issued, you can request a modification from the court. If you are not receiving proper payments for support or alimony, you may petition the court for and order of enforcement.

## Contact Us

If you are facing divorce or need legal support for a child custody or support issue, call our office for a consultation at 866-916-9127 or 515-223-4567. You can also contact us from this site. We look forward to telling you how our experience can help you reach a more stable future.

### OUR ADDRESS

Shindler, Anderson, Goplerud & Weese P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Open: Monday-Friday 8:00am-5pm

Phone: 515-223-4567

Toll Free: 866-916-9127
Fax: 515-223-8887

### ABOUT THE FIRM

Our firm is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of practice areas including family law, personal injury, bankruptcy, and business law. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

### CONNECT WITH US



Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2016, Shindler, Anderson, Goplerud & Weese P.C., All rights reserved.
Website design and SEO by Amplimark



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          BLOG          CONTACT US

▸ Family Law

▾ Personal Injury

  Car Accidents

  Motorcycle Accidents

  Slip and Fall Accidents

  Truck Accidents

▸ Bankruptcy

▸ Business and Corporate Law

  Workers' Compensation

▸ Litigation

  Class Action Lawsuit

  Wills, Trusts and Estate Planning

  Appeals

## Personal Injury

Our firm represents those who were hurt by the accidental or intentional acts of others, including cases involving automobile accidents, defective products, or premises liability, among others. In addition, our firm has extensive experience in the related area of health and health care law, which encompasses areas such as disability, elder law and medical malpractice.



Personal injuries cause physical pain as well as emotional and financial hardship. You may be out of work and have medical bills piling up. Your family life may be under strain. We often take our physical and mental well-being for granted until something goes wrong. In addition to the physical and emotional costs, the economic losses from an accident can be devastating. Whether caused by an automobile accident, a defective product, medical malpractice, or other negligent, careless, reckless or intentional conduct, injuries alter lives forever. By retaining an experienced personal injury attorney, you can spend your time focusing on your health, family, and economic issues, while pursuing a variety of legal means to obtain the highest possible financial recovery.

Our attorneys have years of experience and an excellent track record of representing individuals who have been injured as a result of an unsafe product that was designed, manufactured, sold, or furnished by a person or company. We assist those injured individuals in achieving fair compensation for their injuries. Our attorneys have represented individuals injured by food and agricultural products, machinery and tools, medical products and devices, motor vehicles, and recreational products.

If you have been injured or have lost a loved one as a result of the negligent, careless, or reckless or intentional conduct of another, call our office at **866-916-3127 or 515-223-4567** for a free consultation or contact us through this site.





SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▾          PRACTICE AREAS ▾          BLOG          CONTACT US

› Family Law

› Personal Injury

˅ Bankruptcy

   Business Bankruptcy

   Consumer Bankruptcy

› Business and Corporate Law

   Workers' Compensation

› Litigation

   Class Action Lawsuit

   Wills, Trusts and Estate Planning

   Appeals

## Bankruptcy Law

If you are struggling with debt, our attorneys can help you get a fresh start and back on the road to financial freedom. Our bankruptcy attorneys are leaders in their field and have years of experience guiding individuals through Chapter 7 and Chapter 13 bankruptcies and businesses through Chapter 11 reorganizations. We know that bankruptcy is often a difficult decision and that events which lead to bankruptcy are often beyond a client's control. We treat you with the respect and dignity which you deserve.



Business Bankruptcy

Consumer Bankruptcy



Page 17
Firm Biography





5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          BLOG          CONTACT US

▸ Family Law

▸ Personal Injury

▸ Bankruptcy

* Business and Corporate Law

   Commercial Litigation

  Workers' Compensation

▸ Litigation

  Class Action Lawsuit

  Wills, Trusts and Estate Planning

  Appeals

## Business and Corporate Law Attorneys

The business and corporate law attorneys at the Shindler, Anderson, Goplerud & Weese P.C. Law Firm handle a broad range of business and corporate law matters from business transactions to complex business and commercial litigation. Our attorneys represent a wide variety of businesses, including major corporations, financial institutions, real estate developers, hotels, car dealerships, and numerous small and mid-size businesses in various industries.



Our attorneys have extensive litigation experience in state and federal courts, as well as alternative dispute resolutions such as arbitration, handling virtually any form of business and commercial dispute, including breach of contract, business torts, construction, real estate, employment matters, collections, anti-trust, insurance, and professional malpractice. Business clients are drawn to the firm's reputation for excellence, cutting edge strategies, and outside-the-box thinking. Our attorneys solve real problems effectively and efficiently, helping clients maximize their bottom line.

In addition to our extensive litigation experience, our firm represents individuals, businesses and business owners with any manner of business transactions, including:

- Formation of LLCs, corporations, partnerships and other business entities
- Commercial law
- Contracts
- Mergers and acquisitions
- Buy-sell agreements
- Non-compete, non-solicitation, and non-disclosure agreements
- Employment law





SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▼    PRACTICE AREAS ▼    BLOG    CONTACT US

mergers and acquisitions

- Buy-sell agreements
- Non-compete, non-solicitation, and non-disclosure agreements
- Employment law
- Annual meeting and biennial reporting requirements
- Business bankruptcy and reorganization
- Wind-up and dissolution

Whether you are an individual, small business owner, or a large corporation, our attorneys can provide the quality legal representation you need and the exceptional level of service that you deserve.

## OUR ADDRESS

Shindler, Anderson, Goplerud & Weese P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Open: Monday-Friday 8:00am-5pm

Phone: 515-223-4567

Toll Free: 866-916-9127
Fax: 515-223-8887

## ABOUT THE FIRM

Our firm is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of practice areas including family law, personal injury, bankruptcy, and business law. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US



Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2016, Shindler, Anderson, Goplerud & Weese P.C., All rights reserved.
Website design and SEO by Amplimark

 5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

 SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▼    PRACTICE AREAS ▼    BLOG    CONTACT US

▸ Family Law

▸ Personal Injury

▸ Bankruptcy

▸ Business and Corporate Law

Workers' Compensation

▸ Litigation

Class Action Lawsuit

Wills, Trusts and Estate Planning

Appeals

## Worker's Compensation

It's no surprise that many people with dangerous jobs get hurt. No matter how many safety precautions we take in life, we are always at risk of getting injured on the job. Incidents occur that are way beyond any single person's control. Iowa's workers' compensations laws are in place to accommodate individuals who have experienced or suffered hearing loss, injuries, or occupational diseases regardless of who is at fault.



There are many legal nuances in Iowa's workers' compensation laws that you may have never considered. Did you know that if you lose your thumb on the job, then you will receive 60 weeks of benefits; whereas, if you lose your first finger, you'll only receive 35 weeks? Each and every body part is assigned a value, and that value differs from limb to limb. Did you know that you are entitled to interest payments if your employer's insurance doesn't pay you after 11 days of receiving a written report and medical verification? If they're unreasonably late in sending your payments then you are, by law, entitled to penalty fees.

These are the issues that make retaining a lawyer necessary. It can be incredibly hard for a family to know what to do after a main member gets injured and the flow of income is disrupted. The legal processes that surround workers comp' issues can complicated and overwhelming. Our attorneys take the time to breakdown the next steps to take, the possible settlements available, and the possible obstacles your family may face. You need an attorney who specifically studied this subject in law school, as well as years of experience with workers' comp trials. They will get you that much closer to financial compensation, medical attention, and peace of mind.

### Contact Us

Call toll free 866-916-9127 or 515-223-4567, or contact us by email for a free, no-obligation consultation about your case.



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          BLOG          CONTACT US

▸ Family Law

▸ Personal Injury

▸ Bankruptcy

▸ Business and Corporate Law

  Workers' Compensation

▾ Litigation

    Wage and Hour Violations

  Class Action Lawsuit

  Wills, Trusts and Estate Planning

  Appeals

## Litigation



Our firm represents and advises clients who are facing litigation in a wide range of practice areas. From litigation avoidance planning to courtroom advocacy and appellate work, a Shindler, Anderson, Goplerud & Weese P.C. litigation attorney is your complete resource.

We have litigated cases from contractual and insurance disputes to personal injury to commercial real estate and employment cases. Whatever your legal dilemma, we have the litigation experience to vigorously represent your interests.

Our many combined years of litigation experience give our attorneys insight into what our opponents are planning, and our litigation team uses this knowledge to prepare the best arguments for each client's case.

Litigation can be a time-consuming and exhausting process. Our attorneys work hard to make sure the process proceeds as smoothly as possible. They give straightforward answers to your questions and continually keep you updated on the status of your case. In addition, our attorneys will inform you concerning all of your options and help you make the best decision for your situation. You will make the final decision on all issues related to your litigation.

Everything we do in managing litigation relates to our goal of fairly and competently resolving each case to our client's best advantage. When early settlement is in your best interests, we will develop a cooperative solution to the legal issues you face. When it is in your best interest is to take the case to trial, our attorneys will be tenacious in the defense of your rights and interests. Contact us to learn more about how our litigators can help you.

 5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

 SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

| HOME | FIRM OVERVIEW | ATTORNEYS ▾ | PRACTICE AREAS ▾ | BLOG | CONTACT US |

▸ Family Law

▸ Personal Injury

▸ Bankruptcy

▸ Business and Corporate Law

Workers' Compensation

▸ Litigation

Class Action Lawsuit

Wills, Trusts and Estate Planning

Appeals

## Consumer Fraud | Class Action Lawsuit

As part of our civil litigation practice, we handle class action claims against businesses that engage in consumer fraud. State and federal laws protect consumers against unscrupulous businesses that engage in deceptive advertising and other forms of consumer fraud.



Examples of consumer fraud include:

- Mortgage fraud
- Credit card fraud
- Auto fraud
- Deceptive advertising
- Mail order fraud
- Defective products
- Telemarketing fraud
- Telephone contract fraud

If you feel you have been the victim of consumer fraud, contact an attorney at our firm to discuss your legal rights. You may have a right to receive financial compensation for the damages you have sustained. Our attorneys aggressively defend the rights of consumers and hold businesses responsible for deceptive practices and the sale of defective products.

Shindler, Anderson, Goplerud & Weese P.C., has been fighting for the rights of people like you since 1972. We are dedicated attorneys who work hard to obtain the best possible results for the people we serve. We are committed to the delivery of quality legal representation, with an emphasis on dedicated advocacy, professionalism and ethical legal service.

## Contact Us

To find out more about our firm and your right to pursue an action for consumer fraud, contact our office today. We are located in West Des Moines, Iowa, and serve clients locally and nationally in

 5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

 SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS ▼          PRACTICE AREAS ▼          BLOG          CONTACT US

responsible for deceptive practices and the sale of defective products.

Shindler, Anderson, Goplerud & Weese P.C., has been fighting for the rights of people like you since 1972. We are dedicated attorneys who work hard to obtain the best possible results for the people we serve. We are committed to the delivery of quality legal representation, with an emphasis on dedicated advocacy, professionalism and ethical legal service.

## Contact Us

To find out more about our firm and your right to pursue an action for consumer fraud, contact our office today. We are located in West Des Moines, Iowa, and serve clients locally and nationally in class action claims. For assistance, call 866-916-9127 or 515-223-4567, or contact us by e-mail.

**OUR ADDRESS**

Shindler, Anderson, Goplerud & Weese P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Open: Monday-Friday 8:00am-5pm

Phone: 515-223-4567

Toll Free: 866-916-9127
Fax: 515-223-8887

**ABOUT THE FIRM**

Our firm is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of practice areas including family law, personal injury, bankruptcy, and business law. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

**CONNECT WITH US**



Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2016, Shindler, Anderson, Goplerud & Weese P.C., All rights reserved.
Website design and SEO by Amplimark

 5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

 SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME    FIRM OVERVIEW    ATTORNEYS ▼    PRACTICE AREAS ▼    BLOG    CONTACT US

› Family Law

› Personal Injury

› Bankruptcy

› Business and Corporate Law

Workers' Compensation

› Litigation

Class Action Lawsuit

Wills, Trusts and Estate Planning

Appeals

## Wills, Trusts and Estate Planning Attorneys

At Shindler, Anderson, Goplerud & Weese P.C., our attorneys have decades of experience guiding clients through the estate planning process. Clients appreciate our thoughtful and thorough approach, ensuring that their affairs are in order and will be handled smoothly, beneficiaries will be provided for in the most appropriate manner possible, and their estate will be maximized for the benefit of those they leave behind. Let us help you provide for what is most important to you.



In addition to estate planning, our attorneys can help you navigate Medicaid, plan for long term care, and protect elders who are being abused or taken advantage of. We also frequently represent executors, administrators, trustees, heirs, beneficiaries, and creditors in various issues that arise during the course of administration of trusts and estate, including probate litigation.

Our attorneys have extensive experience in all aspects of Wills, Trusts & Estates, including:

- Wills
- Revocable Trusts
- Irrevocable Trusts
- General Powers of Attorney
- Medical Powers of Attorney
- Living Wills
- Tax planning and gifting
- Guardianships and Conservatorships
- Elder law and Medicaid planning
- Nursing home and long term care
- Will contests
- Claims of creditors
- Elder Abuse




HOME          FIRM OVERVIEW          ATTORNEYS ▾          PRACTICE AREAS ▾          BLOG          CONTACT US

515-223-4567

SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

- Medical Powers of Attorney
- Living Wills
- Tax planning and gifting
- Guardianships and Conservatorships
- Elder law and Medicaid planning
- Nursing home and long term care
- Will contests
- Claims of creditors
- Elder Abuse
- Mismanagement or misappropriation of assets by fiduciaries

## OUR ADDRESS

Shindler, Anderson, Goplerud & Weese P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Open: Monday-Friday 8:00am-5pm

Phone: 515-223-4567

Toll Free: 866-916-9127
Fax: 515-223-8887

## ABOUT THE FIRM

Our firm is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of practice areas including family law, personal injury, bankruptcy, and business law. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong academic credentials and community ties.

## CONNECT WITH US



Map & Directions

We serve clients throughout the state of Iowa.

Privacy Policy | Legal Disclaimer | Sitemap

Disclaimer: The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. Contacting us does not create an attorney-client relationship.

Copyright © 2016, Shindler, Anderson, Goplerud & Weese P.C., All rights reserved.
Website design and SEO by Amplimark

 5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

 SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS  ▾        PRACTICE AREAS  ▾        BLOG        CONTACT US

▸ Family Law

▸ Personal Injury

▸ Bankruptcy

▸ Business and Corporate Law

Workers' Compensation

▸ Litigation

Class Action Lawsuit

Wills, Trusts and Estate Planning

Appeals

## Civil and Criminal Appeals

Shindler, Anderson, Goplerud & Weese P.C., has a strong appeals practice that includes civil and criminal appeals. Attorney Andrew B. Howie handles the appeals at our firm. He handles a wide range of appeals including family law, property disputes, commercial litigation, criminal defense, personal injury, medical malpractice and much more.



Andrew Howie has represented hundreds of clients in appeals to the Iowa Supreme Court and Iowa Court of Appeals. Here is an example of cases he has WON for his clients:

### DIVORCE – CHILD CUSTODY

In re Marriage of Aronow, 2007 WL 2004709 (Iowa Ct. App., July 12, 2007) – won mother custody of her children after she lost at trial.

In re Marriage of Nelson, 2003 WL 1970399 (Iowa Ct. App., Apr. 30, 2003) – won father custody of his child after he lost at trial in a modification case.

In re Marriage of Amenell, 2007 WL 2257082 (Iowa Ct. App., Aug. 08, 2007) – won mother custody of her child after she lost at trial.

In re Marriage of Cordes, 2003 WL 21921263 (Iowa Ct. App., Aug. 13, 2003) – won father sole custody of his children after trial court ordered a shared physical care arrangement.

In re Marriage of Stoos, 2006 WL 3313954 (Iowa Ct. App., Nov. 16, 2006) – won mother custody of her child after she lost in a modification trial.

In re Marriage of Gray, 2014 WL 2431677 (Iowa Ct. App., May 29, 2014) – won mother custody of her children after she lost at her divorce trial.

In re Marriage of Duggan, 2014 WL 3511889 (Iowa Ct. App., July 16, 2014) – won father custody of his child after he lost at trial in a modification case.





SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

515-223-4567

HOME     FIRM OVERVIEW     ATTORNEYS ▼     PRACTICE AREAS ▼     BLOG     CONTACT US

▸ Family Law

▸ Personal Injury

▸ Bankruptcy

▸ Business and Corporate Law

Workers' Compensation

▸ Litigation

Class Action Lawsuit

Wills, Trusts and Estate Planning

Appeals

## Civil and Criminal Appeals

Shindler, Anderson, Goplerud & Weese P.C., has a strong
appeals practice that includes civil and criminal appeals.
Attorney Andrew B. Howie handles the appeals at our firm. He
handles a wide range of appeals including family law, property
disputes, commercial litigation, criminal defense, personal
injury, medical malpractice and much more.



Andrew Howie has represented hundreds of clients in appeals
to the Iowa Supreme Court and Iowa Court of Appeals. Here is
an example of cases he has WON for his clients:

### DIVORCE – CHILD CUSTODY

In re Marriage of Aronow, 2007 WL 2004709 (Iowa Ct. App., July 12, 2007) – won mother custody of
her children after she lost at trial.

In re Marriage of Nelson, 2003 WL 1970399 (Iowa Ct. App., Apr. 30, 2003) – won father custody of
his child after he lost at trial in a modification case.

In re Marriage of Amenell, 2007 WL 2257082 (Iowa Ct. App., Aug. 08, 2007) – won mother custody
of her child after she lost at trial.

In re Marriage of Cordes, 2003 WL 21921263 (Iowa Ct. App., Aug. 13, 2003) – won father sole
custody of his children after trial court ordered a shared physical care arrangement.

In re Marriage of Stoos, 2006 WL 3313954 (Iowa Ct. App., Nov. 16, 2006) – won mother custody of
her child after she lost in a modification trial.

In re Marriage of Gray, 2014 WL 2431677 (Iowa Ct. App., May 29, 2014) – won mother custody of her
children after she lost at her divorce trial.

In re Marriage of Duggan, 2014 WL 3511889 (Iowa Ct. App., July 16, 2014) – won father custody of his
child after he lost at trial in a modification case.



5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME        FIRM OVERVIEW        ATTORNEYS        PRACTICE AREAS        BLOG        CONTACT US

## DIVORCE – PROPERTY DIVISION

In re Marriage of McReynolds, 2009 WL 4119700 (Iowa Ct. App., Nov. 25, 2009) – successfully reversed trial court's unfair property division to husband when applying prenuptial agreement.

In re Marriage of Hoakison, 2004 WL 2168430 (Iowa Ct. App., Sep. 29, 2004) – obtained more money for wife on appeal when trial entered unfair property division

In re Marriage of Sullins, 715 N.W.2d 242 (Iowa 2006) – successfully protected client's property award, trial attorney fee award, and denial of college expenses

## DIVORCE – ALIMONY

In re Marriage of Angier, 2009 WL 3337642 (Iowa Ct. App., Oct. 7, 2009) – reversed trial court's low alimony award and increased amount for client.

In re Marriage of Schactner, 2009 WL 2170240 (Iowa Ct. App., July 22, 2009) – won alimony for client on appeal when trial court denied all alimony.

In re Marriage of Powell, 2008 WL 4308223 (Iowa Ct. App., Sep. 17, 2008) – reversed trial court and substantially lowered alimony and child support obligation for client in a modification case

In re Marriage of Burgett, 2004 WL 1836116 (Iowa Ct. App., Aug. 11, 2004) – substantially lowered client's alimony obligation

In re Marriage of Davidson, 2002 WL 535321 (Iowa Ct. App., Apr. 10, 2002) – won alimony for client on appeal when trial court denied all alimony

In re Marriage of Sisson, 843 N.W.2d 866 (Iowa 2014) – lowered ex-husband's alimony obligation through the appeal.

In re Marriage of ___, 20__ WL _____ (Iowa Ct. App. 20__) – increased ex-wife's alimony award from $60,000 to $300,000 through the appeal

## DIVORCE – ATTORNEY FEES

In re Marriage of Peck, 2005 WL 3147946 (Iowa Ct. App., Nov. 23, 2005) – reversed trial court's order for client to pay ex-wife's attorney fees in contempt case

 5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

 SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.

515-223-4567

HOME          FIRM OVERVIEW          ATTORNEYS  ▼          PRACTICE AREAS  ▼          BLOG          CONTACT US

## DIVORCE – ATTORNEY FEES

In re Marriage of Peck, 2005 WL 3147946 (Iowa Ct. App., Nov. 23, 2005) – reversed trial court's order for client to pay ex-wife's attorney fees in contempt case

## MORTGAGE DISPUTE

Robinson v. First American Title Ins. Co., 2008 WL 2514019 (Iowa Ct. App., June 25, 2008) – reversed trial court's decision to extinguish mortgage holder's lien

## EASEMENT DISPUTE

Skow v. Goforth, 618 N.W.2d 275 (Iowa 2000) – successfully defended trial court's decision to allow client to build a fence in an easement dispute

## LAND CONDEMNATION

Kimberley v. Iowa Dept. of Transp., 2002 WL 1758260 (Iowa Ct. App., July 31, 2002) – reversed trial court's dismissal of landowner's case to stop land condemnation by State

### Contact a West Des Moines Appeals Lawyer

To contact Iowa appellate attorney Andrew B. Howie, call 866-916-9127 or 515-223-4567. You may also contact us by e-mail.

---

### OUR ADDRESS

Shindler, Anderson, Goplerud & Weese P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Open: Monday-Friday 8:00am-5pm

Phone: 515-223-4567

### ABOUT THE FIRM

Our firm is committed to providing you with professional, trustworthy, compassionate and effective services for a broad range of practice areas including family law, personal injury, bankruptcy, and business law. Our firm includes top-notch attorneys with more than 150 years of combined legal experience and have strong

### CONNECT WITH US



Map & Directions

We serve clients throughout the state of Iowa.





**ADDRESS**

Shindler, Anderson, Goplerud & Weese P.C.
5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265

**PHONE/FAX**

Toll Free : 866-916-9127
Local : 515-223-4567
Fax: 515-223-8887