# EXHIBIT 4

Russell B. Cate is a principal member of Cate Terry & Gookins, LLC ("CTG"). CTG is located in Carmel, Indiana and is a general practice with 90% devoted to litigation and the remainder dedicated to estate and business planning. Mr. Cate practices in state and federal court in Indiana.

### REPRESENTATIVE CLASS ACTION EXPERIENCE

Mr. Cate's class action experience has involved defending a corporation against a certified class. The case is currently pending in Indiana State Court.

### REPRESENTATIVE TRIAL EXPERIENCE

During his thirteen year career both as a former deputy prosecutor, defense attorney, and civil trial counsel Mr. Cate has appeared in state and federal court and tried over a dozen jury trials to verdict and in excess of over 35 bench trials. Mr. Cate has also argued in front of the Indiana Court of Appeals and the Indiana Supreme Court.

Mr. Cate is the principal managing member of the firm. His practice focuses on general litigation including personal injury, criminal defense, and general civil litigation.

Mr. Cate graduated from Indiana University McKinney School of Law where he held the office of Production Editor for the Indiana Health Law Review. Mr. Cate is actively involved in the Indiana State Bar Association and is in his second term as member of the Board of Governors. In 2016, Mr. Cate was the recipient of the Indiana State Bar Association Presidential Citation Award for his outstanding contributions to the practice of law and has been selected to Indiana *Super Lawyers* for the last seven years. Mr. Cate is also 2013 graduate of the ISBA Leadership Academy.