UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CA 94102

Ralph A. Applegate,
    Plaintiff,

  versus

CASE NUM:3:19-CV-06800-VC
JUDGE :CHHABRIA

Bayer,A.G.,
    Defendant,

MOTION for REMAND REQUIRED BY 28 U.S.C.1407

1.No pretrial discovery was granted in violation of law.

2.Pretrials are finished unless Ohio Court reconsiders, and may not be necessary if Ohio judge issues judgment against Bayer,A.G.,forcing defendant to settle in accord with Franklin County Common Pleas Court Local Rule 33.12, which states "It shall be a goal of case law rules and overall management of docket by Common Pleas Court that 90 percent of all civil cases should be settled, tried, or otherwise concluded within 12 months of filing;98 percent within 18 months of fling; and 100 percent within 24 months of filing; except for individual cases where Court determines exceptional circumstances exist."

3.Pro Se requested remand of Case No.3:18-CV-03363-VC to Franklin County Common Pleas Court,Ohio,on or before August 27, 2019, and now repeats a request that Case Nos.  3:19-CV-06800-VC,and 3:18-CV-03363-VC be remanded to Franklin County Common Pleas Court where both cases originated, because Pro Se pleadings



p.1

are included in each file.

Respectfully submitted,

Signed:
*Ralph A. Applegate*

Ralph A. Applegate
Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com

Joe Hollingsworth
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
jhollingsworth@
hollingsworthllp.com

Certificate of Service

Plaintiff certifies that one copy each of "Motion for Remand Required by 28 U.S.C.1407 " is being regular mailed to Clerk, U.S. District Court, Northern District of California, and to attorney Joe Hollingsworth on or before August 15, 2020.

