UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 217: RE CASE MANAGEMENT CONFERENCE** |
| | Re: Dkt. No. 11293 |

Next Thursday's case management conference will now take place at 11:00 AM rather than the previously scheduled time of 10:00 AM (PST). Numerous attorneys have contacted the Court about participation in the conference. Anyone (lawyers, plaintiffs, members of the public) can attend the virtual proceedings as members of the audience, and the link to the virtual courtroom can be found on the Court's webpage, which is located at https://www.cand.uscourts.gov/judges/chhabria-vince-vc/. However, on the plaintiff side, only lawyers from the plaintiff leadership/steering committee may actually participate in the conference. Those who plan to participate must register with Judge Chhabria's Courtroom Deputy at vccrd@cand.uscourts.gov by no later than Monday, August 24, at 10:00 AM.

**IT IS SO ORDERED.**

Dated: August 20, 2020

VINCE CHHABRIA
United States District Judge