# EXHIBIT 1



Bayer AG
Communications and
Public Affairs
51368 Leverkusen
Germany
Tel. +49 214 30-1
**media.bayer.com**

# News Release

## Bayer reaches settlement to resolve Xarelto™ litigation

**Leverkusen, March 25, 2019** – More than five years after the Xarelto™ litigation began, and with Bayer and Janssen Pharmaceuticals prevailing in all six cases that went to trial, the companies have reached an agreement in principle to settle in the amount of 775 million U.S. dollars.

The settlement amount will be shared equally between the two companies. It is expected that Bayer's share will be partially offset by product liability insurance.

The settlement will resolve virtually all of the approximately 25,000 Xarelto™ claims in the US. The companies have reserved the right to withdraw from the settlement if certain participation rates of those who are eligible to participate are not satisfied.

Bayer continues to believe these claims are without merit and there is no admission of liability under the agreement. However, this favorable settlement allows the company to avoid the distraction and significant cost of continued litigation.

The safety profile of Xarelto™ remains positive and unchanged as confirmed time and again by regulatory agencies worldwide. We remain committed to the more than 45 million patients who have been prescribed Xarelto™ worldwide and focused on developing new therapies that improve the lives and well-being of patients.

**About Bayer**
Bayer is a global enterprise with core competencies in the life science fields of health care and nutrition. Its products and services are designed to benefit people by supporting efforts to overcome the major challenges presented by a growing and aging global population. At the same time, the Group aims to increase its earning power and create

value through innovation and growth. Bayer is committed to the principles of sustainable development, and the Bayer brand stands for trust, reliability and quality throughout the world. In fiscal 2018, the Group employed around 117,000 people and had sales of 39.6 billion euros. Capital expenditures amounted to 2.6 billion euros, R&D expenses to 5.2 billion euros. For more information, go to www.bayer.com.

Contact:
**Christopher Loder, phone +1 201 396 4325**
Email: christopher.loder@bayer.com

**Christian Hartel, phone +49 214 30-47686**
Email: christian.hartel@bayer.com

**Richard Breum, phone +49 30 468-17112**
Email: richard.breum@bayer.com

Find more information at www.bayer.com.

rib		(2019-0092E)

**Forward-Looking Statements**
This release may contain forward-looking statements based on current assumptions and forecasts made by Bayer management. Various known and unknown risks, uncertainties and other factors could lead to material differences between the actual future results, financial situation, development or performance of the company and the estimates given here. These factors include those discussed in Bayer's public reports which are available on the Bayer website at www.bayer.com. The company assumes no liability whatsoever to update these forward-looking statements or to conform them to future events or developments.