# EXHIBIT 4

### *Mealey's PI/Product Liability - Bayer, Merck Sign Master Settlement Agreements For Fluoroquinolone MDL Cases*

Mealey's Daily News Update

January 7, 2019

Copyright 2018 LexisNexis, Division of Reed Elsevier Inc.

**Cite:** 2019-4831 Mealey's Daily News Update 11

**Section:** 2019, 4831

**Dateline:** MINNEAPOLIS

## Body

The Minnesota federal judge overseeing the fluoroquinolone multidistrict litigation on Jan. 2 said in a pretrial order that defendants Bayer Healthcare Pharmaceuticals Inc. and Merck & Co. Inc. have entered into master settlement agreements to resolve personal injury clams (In Re: Fluoroquinolone Products Liability Litigation, MDL Docket No. 2642, No. 15-2642, D. Minn.).

(Order available 28-190110-005Z )

In October, U.S. Judge John R. Tunheim of the District of Minnesota temporarily stayed claims against Bayer and Merck after the parties entered a "memorandum of understanding regarding settlement." The judge said the defendants entered into the master settlement agreements without admission of fault or liability.

The order said more than 600 of the 1,200 MDL cases have named one or more of the Bayer and Merck defendants. It listed no terms of the settlements, and no settlement memoranda have been filed in the court docket.

'Significant Number' Of Janssen Cases Settle

The judge said the Bayer and Merck settlements come almost two years after the announcement of a settlement between a "significant number of plaintiffs" and defendant Janssen Pharmaceuticals Inc.

As of Dec. 17, the Judicial Panel on Multidistrict Litigation listed 521 active cases on the MDL docket, down from a high of 1,232.

Neither Merck nor Bayer have addressed any settlements in press releases or regulatory filings.

Plaintiffs allege that fluoroquinolones, a class of powerful antibiotics, can cause nerve damage. The MDL was created in 2015.

Bayer makes Cipro-brand ciprofloxacin, and Avelox-brand moxifloxacin is co-marketed by Bayer and Merck. Janssen makes Levaquin-brand levofloxacin.

Counsel

The plaintiffs' co-lead counsel are Russell W. Budd of Baron & Budd in Dallas and Bill Robins III of Heard Robins Cloud in Santa Monica, Calif.

Bayer's co-lead counsel are Andrew K. Solow, Arthur E. Brown and Lori B. Leskin of Kaye Scholer in New York.

Co-lead counsel for Janssen are John D. Winter of Patterson, Belknap, Webb & Tyler in New York and James F. Murdica of Barnes & Thornburg in Chicago.

**End of Document**