# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  FLUOROQUINOLONE PRODUCTS LIABILITY LITIGATION | MDL No. 2642 |
| THIS DOCUMENT RELATES TO: ***ALL CASES ON ATTACHED EXHIBIT A*** | Master Docket Case No. 0:15-md-02642-JRT Hon. Judge John R. Tunheim |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF ALL CASES ON EXHIBIT A

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective

counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, the actions listed on Exhibit A are hereby dismissed with prejudice as to all parties in

their entirety, with each party to bear their own costs and attorneys' fees.

Dated:  October 15, 2019

/s/ Bill Robins, III
Bill Robins, III
Robins & Cloud LLP
808 Wilshire, Suite 450
Santa Monica, CA  90401
(310) 929-4200
Email:  robins@robinscloud.com

*Plaintiffs' Leadership*

Dated:  October 15, 2019

/s/ Russell Wills Budd
Russell Wills Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, Tx  75219
(214) 521-3605
Email:  rbudd@baronbudd.com

*Plaintiffs' Leadership*

Dated: October 15, 2019

/s/ Thomas Sims
Russell Wills Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, Tx 75219
(214) 521-3605
Email: rbudd@baronbudd.com

*Plaintiffs' Leadership*

Dated: October 15, 2019

/s/ David J. Wool
David J. Wool
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226
720-208-9415
Email: david.wool@andruswagstaff.com

*Attorneys for Plaintiff*

Dated: October 15, 2019

/s/ Jamie Greer Goldstein
Jamie Greer Goldstein
Arias Sanguinetti Stahle & Torrijos, LLP
555 12th Street, Suite 1230
Oakland, CA 94607
510-629-4877
Email: jamie@asstlawyers.com

*Attorneys for Plaintiff*

Dated: October 15, 2019

/s/ R. Jason Richards
R. Jason Richards
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street
Suite 200
Pensacola, FL 32502
850-202-1010
Email: jrichards@awkolaw.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Daniel Christopher Burke
Daniel Christopher Burke
Bernstein Liebhard LLP
10 E. 40th Street
28th Floor
New York, NY 10016
(212) 779-1414
Email: dlee@bernlieb.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Michael P. Reilly
Michael P. Reilly
Bernheim & Dolinsky, PLLC
414 Baxter Ave.
Suite 103
Louisville, KY 40204
502-625-1212
Email: mreilly@duejustice.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Kathy Ann Lee
Kathy Ann Lee
Cline Farrell Christie Lee & Bell, P.C.
951 N. Delaware St.
Indianapolis, IN 46202
317-488-5500
Email: kathy@cfclb-law.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Leila Watson
Leila Watson
Cory Watson, P.C.
2131 Magnolia Ave
Birmingham, AL 35205
205-271-7102
Email: lwatson@corywatson.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Lonnie C. Simmons
Lonnie C. Simmons
DiTrapano, Barrett, DiPiero, McGinley,
Simmons PLLC
604 Virginia St, E
P O Box 1631
Charleston, WV 25301
(304) 342-0133
Email: lonnie.Simmons@dbdlawfirm.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ John Phillip Fischer
John Phillip Fischer
Fischer Law Firm, PPLC
2888 E Oakland Park Blvd
Ft Lauderdale, FL 33306
Email: john@frtriallawyers.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Christopher J. Gansen
Christopher J. Gansen
Gansen Law Group, P.C.
8335 Sunset Boulevard
Suite 204
West Hollywood, CA 90069
424-201-5625
Email: chris@gansenlawgroup.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/David L. Friend
David L. Friend
Hissey, Mulderig & Friend, PLLC
9442 Capital of Texas Hwy.
Suite 400
Austin, TX 78759
512-320-9100
Email: dfriend@hmf-law.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Ahmed S. Diab
Ahmed S. Diab
Gomez Trial Attorneys
Suite 1700
655 West Broadway
San Diego, CA 92101
619-237-3490
Email: adiab@gomeztrialattorneys.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Charles Thomas Riggs, Jr.
Charles Thomas Riggs, Jr.
551 Forest Ave.
River Forest, IL 60305
(708) 828-6130
Email: riggs@riggs.pro

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Patrick R. Hopple
Patrick R. Hopple
Hopple Law Firm, LLP
PO Box 452334
Miami, FL 33245
305-916-4677
Email: patrick@hopplelawfirm.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Robert S. Andrews, Jr.
Robert S. Andrews , Jr.
Meyer Darragh Buckler Bebenek & Eck,
PLLC
US Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219
412-553-7083
Email: randrews@mdbbe.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Barbara N. Nevin
Barbara N. Nevin
Milavetz Gallop & Milavetz, PA
1915 57th Ave N.
Brooklyn Center, MN 55430
763-560-0000
Email: bnn101@aol.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ John R. Fabry
John R.  Fabry
Mueller Law PLLC
404 West 7th Street
Austin, TX 78701
512-478-1236
Email: jfabry@carlsonattorneys.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Christopher Nidel
Christopher Nidel
Nidel Law, PLLC
2002 Massachusetts Avenue, NW
Washington, DC 20036
(843) 817-9686
Email: chris@nidellaw.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Randi A. Kassan
Randi A. Kassan
Sanders Phillips Grossman
Suite 500
100 Garden City Plaza
Garden City, NY 11530
516-741-5600
Email: rkassan@thesandersfirm.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Katie Edison Griffin
Katie Eidson Griffin
Sill Law Group
1101 N. Broadway
Ste 102
Oklahoma City, OK 73103
405-509-6300
Email: katie@sill-law.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/Adrian O. Vega

Will Ferguson & Associates
1720 Louisiana Blvd. NE
Suite 100
Albuquerque, NM 87110
505-243-5566
Email: adrian@fergusonlaw.com

*Attorneys for Plaintiff*

Dated:  October 15, 2019

/s/ Andrew K. Solow
Andrew Keith Solow
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-7740
Email:  andrew.solow@arnoldporter.com

*Attorneys for Defendants Bayer HealthCare*
*Pharmaceuticals Inc., Bayer Corporation,*
*Bayer Pharma AG, and Merck & Co., Inc.*

EXHIBIT A

| | Case Name / Lead Plaintiff | Court | Case Number | Plaintiff's Counsel |
|---|---|---|---|---|
| 1 | Lombard, Marla | D. Minn. | 0:15-cv-03284 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 2 | Kellerman, Sherri | D. Minn. | 0:15-cv-03285 | Baron & Budd |
| 3 | Higley, Suzanne | D. Minn. | 0:15-cv-03288 | Baron & Budd |
| 4 | Heller, Stephanie | D. Minn. | 0:15-cv-03292 | Nidel Law |
| 5 | Bullard, Jeanne | D. Minn. | 0:15-cv-03294 | Heard Robins Cloud LLP |
| 6 | Blackmon, Geraldine | D. Minn. | 0:15-cv-03298 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 7 | King, Aimee | D. Minn. | 0:15-cv-03301 | Baron & Budd |
| 8 | Heffelfinger, Robert | D. Minn. | 0:15-cv-03302 | Baron & Budd |
| 9 | Morris, Christina | D. Minn. | 0:15-cv-03303 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 10 | Ricker, Earl | D. Minn. | 0:15-cv-03368 | Sill Law Group, PLLC |
| 11 | Richardson, Kyle | D. Minn. | 0:15-cv-03370 | Heard Robins Cloud LLP |
| 12 | Isaiah, Kimberly | D. Minn. | 0:15-cv-03371 | Aylstock, Witkin, Kreis & Overhotlz, PLLC |
| 13 | Lopez, Mateo Emiliano | D. Minn. | 0:15-cv-03372 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 14 | Willey, Diane Standbridge | D. Minn. | 0:15-cv-03373 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 15 | Phoenix, Patricia | D. Minn. | 0:15-cv-03377 | Andrus Wagstaff |
| 16 | Kirkwood, Krista Ann | D. Minn. | 0:15-cv-03382 | Baron & Budd |
| 17 | Mandel, Sharon | D. Minn. | 0:15-cv-03393 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 18 | Searcy, Deborah | D. Minn. | 0:15-cv-03395 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 19 | Flanagan, Marita | D. Minn. | 0:15-cv-03397 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 20 | Hobbs, Patricia Jone | D. Minn. | 0:15-cv-03402 | Aylstock, Witkin, Kreis & Overholtz, PLLC |

| 21 | Phillips, Danny Keith | D. Minn. | 0:15-cv-03407 | Andrus Wagstaff |
|---|---|---|---|---|
| 22 | Taylor, John | D. Minn. | 0:15-cv-03412 | Andrus Wagstaff |
| 23 | Stephens, Billie | D. Minn. | 0:15-cv-03413 | Sill Law Group, PLLC |
| 24 | Wasner, Alan | D. Minn. | 0:15-cv-03416 | Gomez Trial Attorneys |
| 25 | Hatfield, Rebecca | D. Minn. | 0:15-cv-03425 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 26 | Paynter, Ardieth | D. Minn. | 0:15-cv-03426 | Andrus Wagstaff |
| 27 | Alexander, Mary | D. Minn. | 0:15-cv-03485 | Sanders Phillips Grossman, LLP |
| 28 | Everett, Sherry | D. Minn. | 0:15-cv-03492 | Sanders Phillips Grossman, LLP |
| 29 | Anatra, Joseph | D. Minn. | 0:15-cv-03547 | Aylstock, Witkin, Kreis & Overholtz, PLLC; Law Offices of Sin-Ting Mary Liu |
| 30 | Cinader, Melinda | D. Minn. | 0:15-cv-03548 | Aylstock, Witkin, Kreis & Overhotlz, PLLC |
| 31 | Crum, Michael | D. Minn. | 0:15-cv-03549 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 32 | Fulton, Lance | D. Minn. | 0:15-cv-03550 | Andrus Wagstaff |
| 33 | Herron, Dorothea | D. Minn. | 0:15-cv-03556 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 34 | Stephens, Bobby | D. Minn. | 0:15-cv-03573 | Gomez Trial Attorneys |
| 35 | Cassell, Linda | D. Minn. | 0:15-cv-03583 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 36 | Grasty, William | D. Minn. | 0:15-cv-03585 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 37 | Billeter, Pamela | D. Minn. | 0:15-cv-03587 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 38 | Joiner, Ruth | D. Minn. | 0:15-cv-03592 | Andrus Wagstaff |
| 39 | Cepuran, Michael | D. Minn. | 0:15-cv-03595 | Andrus Wagstaff |
| 40 | Craig, Elizabeth | D. Minn. | 0:15-cv-03599 | Andrus Wagstaff; Sill Law Group, PLLC |
| 41 | Davis, Gwendolyn | D. Minn. | 0:15-cv-03603 | Andrus Wagstaff |

| 42 | Wyatt, Henry | D. Minn. | 0:15-cv-03606 | Andrus Wagstaff |
|----|--------------|----------|---------------|------------------|
| 43 | Harris, Julia | D. Minn. | 0:15-cv-03626 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 44 | Bigger, Mary | D. Minn. | 0:15-cv-03773 | Milavetz, Gallop & Milavetz, PA |
| 45 | Williams, Keith | D. Minn. | 0:15-cv-03962 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 46 | Babers, Rebekah | D. Minn. | 0:15-cv-04031 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 47 | Sweat, Kristine | D. Minn. | 0:15-cv-04119 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 48 | Person, Dina | D. Minn. | 0:15-cv-04121 | Arias Sanguinetti Stahle Torrijos/ Bisnar Chase |
| 49 | Plodzein, Joanne | D. Minn. | 0:15-cv-04141 | Baron & Budd |
| 50 | Quinley, Willie | D. Minn. | 0:15-cv-04142 | Baron & Budd |
| 51 | Hulst, Jeffrey | D. Minn. | 0:15-cv-04147 | Gomez Trial Attorneys |
| 52 | Gardner-Raymond, Susanne | D. Minn. | 0:15-cv-04246 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 53 | Laskowski, Tessa | D. Minn. | 0:15-cv-04251 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 54 | Fortiz, Veronica | D. Minn. | 0:15-cv-04395 | Baron & Budd |
| 55 | Herrera, Eleanor | D. Minn. | 0:15-cv-04396 | Baron & Budd |
| 56 | Chambers, Dawn | D. Minn. | 0:15-cv-04397 | Baron & Budd |
| 57 | Stanush, Florence | D. Minn. | 0:15-cv-04402 | Baron & Budd |
| 58 | McGuinness, Holly | D. Minn. | 0:15-cv-04405 | Baron & Budd |
| 59 | Walters, Dewey Wade | D. Minn. | 0:15-cv-04412 | Baron & Budd |
| 60 | Bernstein, Gail | D. Minn. | 0:15-cv-04462 | Baron & Budd |
| 61 | Earl, Carrie | D. Minn. | 0:15-cv-04464 | Baron & Budd |
| 62 | Brokenberry, Gloria | D. Minn. | 0:15-cv-04469 | Baron & Budd |

| 63 | Baines, Karsten | D. Minn. | 0:15-cv-04472 | Baron & Budd |
|---|---|---|---|---|
| 64 | Cornish, Robert | D. Minn. | 0:15-cv-04518 | Aylstock, Witkin, Kreis & Overholtz, PLLC; Thomas Law Offices, PLLC |
| 65 | Hebert, Eric | D. Minn. | 0:15-cv-04520 | Baron & Budd |
| 66 | Whitesel, Teresa | D. Minn. | 0:15-cv-04528 | Baron & Budd |
| 67 | Gladstone, Karla Rae | D. Minn. | 0:15-cv-04532 | Baron & Budd |
| 68 | Kane, Nancy | D. Minn. | 0:15-cv-04542 | Baron & Budd |
| 69 | Jordan, Brannon | D. Minn. | 0:15-cv-04547 | Baron & Budd |
| 70 | Delemos, Gregory | D. Minn. | 0:16-cv-00029 | Baron & Budd |
| 71 | Buries, Don | D. Minn. | 0:16-cv-00388 | Gomez Trial Attorneys |
| 72 | Bohannon, Latonya | D. Minn. | 0:16-cv-00389 | Gomez Trial Attorneys |
| 73 | Misakian, Frederick | D. Minn. | 0:16-cv-00390 | Gomez Trial Attorneys |
| 74 | Hulsh, Jonathan | D. Minn. | 0:16-cv-00391 | Gomez Trial Attorneys |
| 75 | Imm, Samantha | D. Minn. | 0:16-cv-00502 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 76 | Stevens, Anne | D. Minn. | 0:16-cv-00690 | Andrus Wagstaff |
| 77 | Gramenz, David | D. Minn. | 0:16-cv-01147 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 78 | Nation, Dirk (and Rita) | D. Minn. | 0:16-cv-01323 | Cline Farrell Christie & Lee, P.C. |
| 79 | Ruef, Barbara | D. Minn. | 0:16-cv-01324 | Baron & Budd |
| 80 | Gudgeon, Jennifer Lynn | D. Minn. | 0:16-cv-01325 | Baron & Budd |
| 81 | Esquivel, James | D. Minn. | 0:16-cv-01326 | Baron & Budd |
| 82 | Ferguson, Stephanie | D. Minn. | 0:16-cv-01349 | Sill Law Group, PLLC |
| 83 | Hogan, Brenda | D. Minn. | 0:16-cv-01355 | Sill Law Group, PLLC |

| 84 | Davis, Jack Jr. | D. Minn. | 0:16-cv-01362 | Sill Law Group, PLLC |
|---|---|---|---|---|
| 85 | Rice, Susan | D. Minn. | 0:16-cv-01386 | Sill Law Group, PLLC |
| 86 | Draughn, Deborah | D. Minn. | 0:16-cv-01389 | Sill Law Group, PLLC |
| 87 | Albrecht, Lorraine | D. Minn. | 0:16-cv-01435 | Sill Law Group, PLLC |
| 88 | Burke, John | D. Minn. | 0:16-cv-01438 | Sill Law Group, PLLC |
| 89 | Cervantes, Rhonda | D. Minn. | 0:16-cv-01443 | Sill Law Group, PLLC |
| 90 | Paynewhite, Brenda | D. Minn. | 0:16-cv-01445 | Sill Law Group, PLLC |
| 91 | Kent, Joseph | D. Minn. | 0:16-cv-01447 | Sill Law Group, PLLC |
| 92 | Lester, Willie Jr. | D. Minn. | 0:16-cv-01451 | Sill Law Group, PLLC |
| 93 | Medei-Lenover, Lynn | D. Minn. | 0:16-cv-01479 | Sill Law Group, PLLC |
| 94 | Farward, Terrance | D. Minn. | 0:16-cv-01484 | Sill Law Group, PLLC |
| 95 | Haney, Deborah | D. Minn. | 0:16-cv-01501 | Sill Law Group, PLLC |
| 96 | Davis, Marla | D. Minn. | 0:16-cv-01503 | Sill Law Group, PLLC |
| 97 | Wagers, Robert | D. Minn. | 0:16-cv-01509 | Sill Law Group, PLLC |
| 98 | Rendon, Arturo | D. Minn. | 0:16-cv-01515 | Sill Law Group, PLLC |
| 99 | McAnally, Gina | D. Minn. | 0:16-cv-01523 | Sill Law Group, PLLC |
| 100 | Peters, Bryan | D. Minn. | 0:16-cv-01524 | Sill Law Group, PLLC |
| 101 | Riggs, Julius | D. Minn. | 0:16-cv-01530 | Sill Law Group, PLLC |
| 102 | Hall, Susan | D. Minn. | 0:16-cv-01558 | Sill Law Group, PLLC |
| 103 | White, Travis | D. Minn. | 0:16-cv-01576 | Sill Law Group, PLLC |
| 104 | Cunningham, Loretta | D. Minn. | 0:16-cv-01592 | Sill Law Group, PLLC |

| 105 | Barnes, Voncille | D. Minn. | 0:16-cv-01597 | Sill Law Group, PLLC |
|---|---|---|---|---|
| 106 | Spillman, Grace | D. Minn. | 0:16-cv-01605 | Sill Law Group, PLLC |
| 107 | Smith, Laurie | D. Minn. | 0:16-cv-01610 | Sill Law Group, PLLC |
| 108 | Seiple, Tami | D. Minn. | 0:16-cv-01625 | Sill Law Group, PLLC |
| 109 | Montgomery, Cathy | D. Minn. | 0:16-cv-01641 | Sill Law Group, PLLC |
| 110 | Robertson, Diana | D. Minn. | 0:16-cv-01648 | Sill Law Group, PLLC |
| 111 | (surviving spouse and next of kin to Michael Robertson, deceased) | | | |
| 112 | Keller, Albert | D. Minn. | 0:16-cv-01687 | Sill Law Group, PLLC |
| 113 | Cantrell, Kirk | D. Minn. | 0:16-cv-01696 | Sill Law Group, PLLC |
| 114 | Schrock, Donald | D. Minn. | 0:16-cv-01716 | Sill Law Group, PLLC |
| 115 | Damico, Michael | D. Minn. | 0:16-cv-01892 | Andrus Wagstaff; Thomas Law Offices, PLLC |
| 116 | Clark, Stephen | D. Minn. | 0:16-cv-02060 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 117 | Leckband, William | D. Minn. | 0:16-cv-02061 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 118 | Nohr, Edward | D. Minn. | 0:16-cv-02062 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 119 | Breeze, Carolyn | D. Minn. | 0:16-cv-02063 | Baron & Budd |
| 120 | Rhodus, Ron | D. Minn. | 0:16-cv-02328 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 121 | Manczko, Michael | D. Minn. | 0:16-cv-02448 | Law Office of Charles T. Riggs Jr. |
| 122 | Huff, Deon | D. Minn. | 0:16-cv-02733 | Andrus Wagstaff |
| 123 | Sacks, Mitchell | D. Minn. | 0:16-cv-02845 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 124 | McGee, Stephen | D. Minn. | 0:16-cv-02847 | Aylstock, Witkin, Kreis & Overholtz, PLLC |

| 125 | Palmer, Mildred | D. Minn. | 0:16-cv-02848 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
|-----|-----------------|----------|---------------|-------------------------------------------|
| 126 | Sowells, Kathy | D. Minn. | 0:16-cv-02851 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 127 | Evans, Jill | D. Minn. | 0:16-cv-02855 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 128 | Lumpkin, Darris and Tiffany | D. Minn. | 0:16-cv-02860 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 129 | Parrish, Terri | D. Minn. | 0:16-cv-02892 | Bernstein Liebhard LLP |
| 130 | Hamrick, Ricky | D. Minn. | 0:16-cv-03177 | Sanders Phillips Grossman, LLP |
| 131 | Fishman, Marc | D. Minn. | 0:16-cv-03180 | Sanders Phillips Grossman, LLP |
| 132 | Andrews, Sylvia | D. Minn. | 0:16-cv-03186 | Andrus Wagstaff |
| 133 | Bobo, Zella | D. Minn. | 0:16-cv-03189 | Andrus Wagstaff |
| 134 | McClure, Ruthie | D. Minn. | 0:16-cv-03192 | Andrus Wagstaff |
| 135 | Johnson, Frances | D. Minn. | 0:16-cv-03193 | Andrus Wagstaff |
| 136 | Kreuter, Deborah | D. Minn. | 0:16-cv-03200 | Bernstein Liebhard LLP |
| 137 | Smith, Carol A. | D. Minn. | 0:16-cv-03202 | Bernstein Liebhard LLP |
| 138 | Muffett, Carol | D. Minn. | 0:16-cv-03223 | Bernstein Liebhard LLP |
| 139 | Kaminski, Lois | D. Minn. | 0:16-cv-03225 | Bernstein Liebhard LLP |
| 140 | Taylor, Michael | D. Minn. | 0:16-cv-03226 | Bernstein Liebhard LLP |
| 141 | Derousse, Jeanette | D. Minn. | 0:16-cv-03232 | Bernstein Liebhard LLP |
| 142 | Hamner, Lori | D. Minn. | 0:16-cv-03235 | Andrus Wagstaff |
| 143 | Baker, Vickie | D. Minn. | 0:16-cv-03236 | Andrus Wagstaff |
| 144 | Sherrod, Terrance | D. Minn. | 0:16-cv-03237 | Andrus Wagstaff |
| 145 | Brooks, Donald | D. Minn. | 0:16-cv-03399 | Aylstock, Witkin, Kreis & Overholtz, PLLC |

| 146 | King, Teresa | D. Minn. | 0:16-cv-03400 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
|---|---|---|---|---|
| 147 | Andrews, Richard | D. Minn. | 0:16-cv-03476 | Milavetz, Gallop & Milavetz, PA |
| 148 | Damore, Paul | D. Minn. | 0:16-cv-03479 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 149 | Anderson, John | D. Minn. | 0:16-cv-03602 | Sill Law Group, PLLC |
| 150 | Johnson, Caryn | D. Minn. | 0:16-cv-03609 | Andrus Wagstaff |
| 151 | D'Amato, Dorothy | D. Minn. | 0:16-cv-03642 | Baron & Budd |
| 152 | Duff, Brenda | D. Minn. | 0:16-cv-03643 | Baron & Budd |
| 153 | Gubitosi, Denise | D. Minn. | 0:16-cv-03644 | Baron & Budd |
| 154 | Houck, Bruce | D. Minn. | 0:16-cv-03646 | Baron & Budd |
| 155 | O'Donnell, Maureen | D. Minn. | 0:16-cv-03651 | Baron & Budd |
| 156 | Parmeter, Michelle | D. Minn. | 0:16-cv-03652 | Baron & Budd |
| 157 | Minchener, James | D. Minn. | 0:16-cv-03657 | Baron & Budd |
| 158 | Brayboy, Larry | D. Minn. | 0:16-cv-03659 | Baron & Budd |
| 159 | Cascio, Donna | D. Minn. | 0:16-cv-03663 | Baron & Budd |
| 160 | Chapman, Michele | D. Minn. | 0:16-cv-03664 | Baron & Budd |
| 161 | Collins, Christine | D. Minn. | 0:16-cv-03667 | Baron & Budd |
| 162 | Garrish, Donald | D. Minn. | 0:16-cv-03671 | Baron & Budd |
| 163 | Holbert, Anne Ethel | D. Minn. | 0:16-cv-03672 | Baron & Budd |
| 164 | Moore, Selinda | D. Minn. | 0:16-cv-03674 | Baron & Budd |
| 165 | Radcliff, Rick | D. Minn. | 0:16-cv-03678 | Baron & Budd |
| 166 | Cimini, Shirley | D. Minn. | 0:16-cv-03679 | Baron & Budd |

| 167 | Bittle, Paula | D. Minn. | 0:16-cv-03684 | Baron & Budd |
| 168 | Johnson, Felicia | D. Minn. | 0:16-cv-03688 | Baron & Budd |
| 169 | Beltinck, Rusty | D. Minn. | 0:16-cv-03723 | Sill Law Group, PLLC |
| 170 | Bryant, Sharon | D. Minn. | 0:16-cv-03724 | Sill Law Group, PLLC |
| 171 | Butler, Kimberly | D. Minn. | 0:16-cv-03726 | Sill Law Group, PLLC |
| 172 | Clay, Fannie | D. Minn. | 0:16-cv-03728 | Sill Law Group, PLLC |
| 173 | Green, James | D. Minn. | 0:16-cv-03734 | Sill Law Group, PLLC |
| 174 | Hall, Anna | D. Minn. | 0:16-cv-03736 | Sill Law Group, PLLC |
| 175 | Holman, Sharon | D. Minn. | 0:16-cv-03740 | Sill Law Group, PLLC |
| 176 | Kodes, Donald | D. Minn. | 0:16-cv-03743 | Sill Law Group, PLLC |
| 177 | Prince, Jr., Othealor | D. Minn. | 0:16-cv-03752 | Sill Law Group, PLLC |
| 178 | Quinones, Yvette | D. Minn. | 0:16-cv-03753 | Sill Law Group, PLLC |
| 179 | Serna, Brenda | D. Minn. | 0:16-cv-03758 | Sill Law Group, PLLC |
| 180 | Shuffler, Casey | D. Minn. | 0:16-cv-03759 | Sill Law Group, PLLC |
| 181 | Thomas, Jean | D. Minn. | 0:16-cv-03762 | Sill Law Group, PLLC |
| 182 | Thomas, Marcus Jr. | D. Minn. | 0:16-cv-03763 | Sill Law Group, PLLC |
| 183 | Wright, Suzanne | D. Minn. | 0:16-cv-03768 | Sill Law Group, PLLC |
| 184 | Zastrow, Ronald | D. Minn. | 0:16-cv-03769 | Sill Law Group, PLLC |
| 185 | Gettel, Gary | D. Minn. | 0:16-cv-03983 | Baron & Budd |
| 186 | Brandon, James Allen | D. Minn. | 0:16-cv-03986 | Baron & Budd |
| 187 | Adams, Alan | D. Minn. | 0:16-cv-04102 | Milavetz, Gallop & Milavetz, PA |

| 188 | Puckett, Patrick | D. Minn. | 0:16-cv-04162 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
|---|---|---|---|---|
| 189 | Barlow, Margaret | D. Minn. | 0:16-cv-04163 | Spangenberg Shibley & Liber LLP; Milavetz, Gallop & Milavetz, P.A.; Baron & Budd |
| 190 | Story, Timothy | D. Minn. | 0:16-cv-04164 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 191 | Coffey, David | D. Minn. | 0:16-cv-04165 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 192 | Medved, Michael | D. Minn. | 0:16-cv-04367 | Bernstein Liebhard LLP |
| 193 | Winston, Denise | D. Minn. | 0:16-cv-3655 | Baron & Budd |
| 194 | Shipman, Terri | D. Minn. | 0:17-cv-00031 | Bernstein Liebhard LLP |
| 195 | Evelsizer, Betty | D. Minn. | 0:17-cv-00033 | Bernstein Liebhard LLP |
| 196 | Parker, Jason | D. Minn. | 0:17-cv-00034 | Baron & Budd |
| 197 | Kueker, Brian | D. Minn. | 0:17-cv-00036 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 198 | Bedsaul, Nancy | D. Minn. | 0:17-cv-00160 | Hissey Kientz |
| 199 | Lorick, Bobby | D. Minn. | 0:17-cv-00161 | Hissey Kientz |
| 200 | Spiegelhoff, Norman | D. Minn. | 0:17-cv-00235 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 201 | Hehr, Audra | D. Minn. | 0:17-cv-00451 | Bernstein Liebhard LLP |
| 202 | Gallegos, Thea | D. Minn. | 0:17-cv-00491 | Will Ferguson and Associates |
| 203 | Warner, Pamela | D. Minn. | 0:17-cv-00790 | Bernstein Liebhard LLP |
| 204 | Schrader, Michaela | D. Minn. | 0:17-cv-00791 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 205 | Ross, Penny | D. Minn. | 0:17-cv-00816 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 206 | Judge, Harry | D. Minn. | 0:17-cv-00860 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 207 | Blake, Lionel | D. Minn. | 0:17-cv-00911 | Bernstein Liebhard LLP |
| 208 | Fugate, Rachel | D. Minn. | 0:17-cv-00912 | Baron & Budd |

| 209 | Benoit, Lori | D. Minn. | 0:17-cv-01132 | Bernstein Liebhard LLP |
|-----|--------------|----------|---------------|------------------------|
| 210 | Crochet, George | D. Minn. | 0:17-cv-01133 | Bernstein Liebhard LLP |
| 211 | Umphrey, Bronwyn | D. Minn. | 0:17-cv-01486 | Baron & Budd |
| 212 | Fordyce, Michael Ray | D. Minn. | 0:17-cv-01594 | Bernstein Liebhard LLP |
| 213 | Cohen, Carl | D. Minn. | 0:17-cv-01740 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 214 | McCann, Mack | D. Minn. | 0:17-cv-01741 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 215 | Thompson, Corbin | D. Minn. | 0:17-cv-01742 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 216 | Sidell, Robin | D. Minn. | 0:17-cv-01811 | Mueller Law |
| 217 | Rivers, Catherine | D. Minn. | 0:17-cv-01812 | Bernstein Liebhard LLP |
| 218 | Rodriguez, Linda | D. Minn. | 0:17-cv-01813 | Baron & Budd |
| 219 | Mills, Patricia | D. Minn. | 0:17-cv-02397 | Bernstein Liebhard LLP |
| 220 | Cantwell, David | D. Minn. | 0:17-cv-02398 | Baron & Budd |
| 221 | White, Linda | D. Minn. | 0:17-cv-02833 | Andrus Wagstaff |
| 222 | LeBlanc, Christy | D. Minn. | 0:17-cv-02834 | Andrus Wagstaff |
| 223 | Ader, Connie | D. Minn. | 0:17-cv-03530 | Fischer Law Firm, PPLC |
| 224 | Beecher, Emily | D. Minn. | 0:17-cv-03531 | Bernstein Liebhard LLP |
| 225 | Powers, Dianne | D. Minn. | 0:17-cv-03532 | Andrus Wagstaff |
| 226 | Pelling, Norma | D. Minn. | 0:17-cv-03555 | Milavetz, Gallop & Milavetz, PA; Progressive Law Group LLC |
| 227 | Kerr, Rosemary | D. Minn. | 0:17-cv-03985 | Aylstock, Witkin, Kreis & Overhotlz, PLLC |
| 228 | Flint, Daniel | D. Minn. | 0:17-cv-04030 | Bernstein Liebhard LLP |
| 229 | Oldjiewska, Sue | D. Minn. | 0:17-cv-04031 | Bernstein Liebhard LLP |

| 230 | Oldfield, Elise | D. Minn. | 0:17-cv-04032 | Baron & Budd |
|-----|-----------------|----------|---------------|--------------|
| 231 | Senkovic, Patricia | D. Minn. | 0:17-cv-04033 | Baron & Budd |
| 232 | Fouraker, Edward | D. Minn. | 0:17-cv-04034 | Baron & Budd |
| 233 | Crimmins, Sandra | D. Minn. | 0:17-cv-04035 | Baron & Budd |
| 234 | LeRette, Mary | D. Minn. | 0:17-cv-04036 | Baron & Budd |
| 235 | Parker, Jacky | D. Minn. | 0:17-cv-04038 | Baron & Budd |
| 236 | Hathaway, Mark | D. Minn. | 0:17-cv-04410 | Cory Watson, P.C. |
| 237 | Arthurs, Patricia Ann | D. Minn. | 0:17-cv-04935 | Bernstein Liebhard LLP |
| 238 | Thralls, William | D. Minn. | 0:17-cv-04936 | Bernstein Liebhard LLP |
| 239 | Horn, Zachary | D. Minn. | 0:17-cv-04937 | Baron & Budd |
| 240 | Cruz, Gina | D. Minn. | 0:17-cv-05041 | Bernstein Liebhard LLP |
| 241 | Thompson, Charles | D. Minn. | 0:17-cv-05042 | Bernstein Liebhard LLP |
| 242 | Johnson, David | D. Minn. | 0:17-cv-05043 | Bernstein Liebhard LLP |
| 243 | Balogh, Connie | D. Minn. | 0:17-cv-05193 | Sill Law Group, PLLC |
| 244 | Gonzalez, Martin | D. Minn. | 0:17-cv-05225 | Bernstein Liebhard LLP |
| 245 | Keister, Jacqueline | D. Minn. | 0:17-cv-05226 | Bernstein Liebhard LLP |
| 246 | Ellis, Pamela | D. Minn. | 0:17-cv-05227 | Bernstein Liebhard LLP |
| 247 | Johns, Janis | D. Minn. | 0:17-cv-05228 | Bernstein Liebhard LLP |
| 248 | Sullivan, Charles | D. Minn. | 0:17-cv-05229 | Baron & Budd |
| 249 | Martin, Mary | D. Minn. | 0:18-cv-00002 | Ditrapano, Barrett Dipiero McGinley & Simmons |
| 250 | Granata, Dennis | D. Minn. | 0:18-cv-00025 | Andrus Wagstaff |

| 251 | Schriner, Jeannie | D. Minn. | 0:18-cv-00119 | Bernstein Liebhard LLP |
|---|---|---|---|---|
| 252 | Eppinger, Ronald | D. Minn. | 0:18-cv-00319 | Hopple Law Firm, LLP |
| 253 | Basarich, Dennis | D. Minn. | 0:18-cv-00358 | Sill Law Group, PLLC |
| 254 | Erwin, Phyllis | D. Minn. | 0:18-cv-00360 | Sill Law Group, PLLC |
| 255 | Gilbert, Marian | D. Minn. | 0:18-cv-00361 | Sill Law Group, PLLC |
| 256 | Griffin, Timothy | D. Minn. | 0:18-cv-00362 | Sill Law Group, PLLC |
| 257 | Hagensen, Renie | D. Minn. | 0:18-cv-00363 | Sill Law Group, PLLC |
| 258 | Harlan, James | D. Minn. | 0:18-cv-00364 | Sill Law Group, PLLC |
| 259 | Holt, Niesha | D. Minn. | 0:18-cv-00365 | Sill Law Group, PLLC |
| 260 | Martin, Mitchell | D. Minn. | 0:18-cv-00367 | Sill Law Group, PLLC |
| 261 | McGuire, Kimberley | D. Minn. | 0:18-cv-00368 | Sill Law Group, PLLC |
| 262 | Miner, Kellie | D. Minn. | 0:18-cv-00370 | Sill Law Group, PLLC |
| 263 | Neel, La'Ketta | D. Minn. | 0:18-cv-00371 | Sill Law Group, PLLC |
| 264 | Passmore, Rita | D. Minn. | 0:18-cv-00372 | Sill Law Group, PLLC |
| 265 | Rivera, Mary | D. Minn. | 0:18-cv-00375 | Sill Law Group, PLLC |
| 266 | Smith, Betty | D. Minn. | 0:18-cv-00377 | Sill Law Group, PLLC |
| 267 | Thurston, Thomas | D. Minn. | 0:18-cv-00378 | Sill Law Group, PLLC |
| 268 | Walker, Mary | D. Minn. | 0:18-cv-00379 | Sill Law Group, PLLC |
| 269 | Wardell, Karen | D. Minn. | 0:18-cv-00380 | Sill Law Group, PLLC |
| 270 | Coleman, Robert | D. Minn. | 0:18-cv-00383 | Sill Law Group, PLLC |
| 271 | Ahmad, Jade | D. Minn. | 0:18-cv-00580 | Meyer, Darragh, Buckler, Bebenek & ECK, P.L.L.C. |

| 272 | Cochran, Deborah | D. Minn. | 0:18-cv-00581 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
|-----|------------------|----------|---------------|-------------------------------------------|
| 273 | Coombe, John and Stacy | D. Minn. | 0:18-cv-00582 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 274 | Delaney, Joseph and Twila | D. Minn. | 0:18-cv-00583 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 275 | Ivy, Edward | D. Minn. | 0:18-cv-00584 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 276 | Wheaton, Susan | D. Minn. | 0:18-cv-00585 | Bernstein Liebhard LLP |
| 277 | Bretoi, Mesha | D. Minn. | 0:18-cv-00586 | Bernstein Liebhard LLP |
| 278 | Nabours, Teri | D. Minn. | 0:18-cv-00588 | Bernstein Liebhard LLP |
| 279 | Davis, Susan o/b/o Estate of Henry Embrey | D. Minn. | 0:18-cv-00589 | Bernstein Liebhard LLP |
| 280 | Segundo, Roselia | D. Minn. | 0:18-cv-00633 | Bernstein Liebhard LLP |
| 281 | Raymond, Katherine | D. Minn. | 0:18-cv-00656 | Bernstein Liebhard LLP |
| 282 | Eschmann, Ronald | D. Minn. | 0:18-cv-00657 | Bernstein Liebhard LLP |
| 283 | Lockhart, Gregory | D. Minn. | 0:18-cv-00756 | Baron & Budd |
| 284 | Wright, David | D. Minn. | 0:18-cv-00843 | Baron & Budd |
| 285 | Szatkowski, Keith | D. Minn. | 0:18-cv-00844 | Baron & Budd |
| 286 | Spangler, Jill | D. Minn. | 0:18-cv-00845 | Baron & Budd |
| 287 | Harbison, Rita | D. Minn. | 0:18-cv-00846 | Baron & Budd |
| 288 | Fisher, Erica | D. Minn. | 0:18-cv-00847 | Baron & Budd |
| 289 | Dutko, Kara | D. Minn. | 0:18-cv-00848 | Baron & Budd |
| 290 | Cameron, Francis | D. Minn. | 0:18-cv-00978 | Bernstein Liebhard LLP |
| 291 | Frye, Dorinda | D. Minn. | 0:18-cv-00979 | Bernstein Liebhard LLP |
| 292 | Whitfield, Theresa | D. Minn. | 0:18-cv-01077 | Bernstein Liebhard LLP |

| 293 | Shaver, Greg | D. Minn. | 0:18-cv-01250 | Sill Law Group, PLLC |
| 294 | Burch, Kathy | D. Minn. | 0:18-cv-01286 | Bernstein Liebhard LLP |
| 295 | Gibson, Lonnie | D. Minn. | 0:18-cv-01638 | Bernstein Liebhard LLP |
| 296 | Bjorkstrand, Maulkey | D. Minn. | 0:18-cv-01639 | Bernstein Liebhard LLP |
| 297 | Acosta, Franca | D. Minn. | 0:18-cv-01640 | Bernstein Liebhard LLP |
| 298 | Kennedy, Erin | D. Minn. | 0:18-cv-01744 | Gansen Law Group; Injury Law Office of James R. Doyle |
| 299 | Stroh, David | D. Minn. | 0:18-cv-01745 | Bernstein Liebhard LLP |
| 300 | Baham, Denise | D. Minn. | 0:18-cv-01898 | Bailey Javins & Carter, L.C. and Bernstein Liebhard |
| 301 | Bishop, Barbara | D. Minn. | 0:18-cv-01922 | Bernheim Dolinksy Kelley, LLC |
| 302 | Goneau, Delores | D. Minn. | 0:18-cv-02347 | Bernstein Liebhard LLP |
| 303 | Angiolelli, Tammy | D. Minn. | 0:18-cv-02602 | Bernstein Liebhard LLP |
| 304 | Hafferty, Margaret | D. Minn. | 0:18-cv-02603 | Bernstein Liebhard LLP |
| 305 | Wohl, Thelma | D. Minn. | 0:18-cv-02604 | Bernstein Liebhard LLP |
| 306 | Bean, Kristi | D. Minn. | 0:18-cv-02647 | Bernstein Liebhard LLP |
| 307 | Bertram, Marilyn | D. Minn. | 0:18-cv-02649 | Bernstein Liebhard LLP |
| 308 | Emmell, William III | D. Minn. | 0:18-cv-02875 | Bernstein Liebhard LLP |
| 309 | Medina, Brenda | D. Minn. | 0:18-cv-02876 | Bernstein Liebhard LLP |
| 310 | Obermeyer, Deanna | D. Minn. | 0:18-cv-02880 | Bernstein Liebhard LLP |
| 311 | Snelson-Feck, Diane | D. Minn. | 0:18-cv-02881 | Bernstein Liebhard LLP |
| 312 | Finazzo, Deborah | D. Minn. | 0:18-cv-02882 | Bernstein Liebhard LLP |
| 313 | Jenkins, Carolyn | D. Minn. | 0:18-cv-02883 | Bernstein Liebhard LLP |

| 314 | Baumgarner, Nelda | D. Minn. | 0:19-cv-00269 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 315 | Cranford, Melissa and Kevin | D. Minn. | 0:19-cv-00270 | Aylstock, Witkin, Kreis & Overholtz, PLLC |

**CERTIFICATE OF SERVICE**

I, Andrew K. Solow, hereby certify that on October 15, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/    Andrew K. Solow*