# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This document relates to: | STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 |
| JEANNE BASHORE *Individually and as Representative of the Estate of Ronnie Bashore* Case No.: 1:16-cv-00913 | |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed with prejudice as to Defendants, Endo Pharmaceuticals Inc., Auxilium Pharmaceuticals, Inc. and GlaxoSmithKline LLC only, with each party to bear its own costs and attorneys' fees.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| /s/ Wendy C. Elsey<br>Wendy C. Elsey<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, TX 77098<br>(713) 222-8080<br>welsey@thematthewslawfirm.com | /s/ Andrew K. Solow<br>Andrew K. Solow<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7740<br>andrew.solow@arnoldporter.com<br><br>*Attorneys for Endo Pharmaceuticals Inc., Auxilium Pharmaceuticals, Inc. and GlaxoSmithKline LLC* |

/s/ Joseph P. Thomas
Joseph P Thomas
Ulmer & Berne LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202
(513) 698-5004
Email: jthomas@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.*

Dated:  12/12/2018