# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This document relates to: *Andrezjewski v. Auxilium Pharmaceuticals, Inc.* | STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 |
| Case No.: 18-cv-1592 | |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| /s/ Michael A. London | /s/ Andrew K. Solow |
| Michael A London | Andrew Keith Solow |
| Douglas & London | Arnold & Porter Kaye Scholer LLP |
| 59 Maiden Lane | 250 West 55th Street |
| 6th Floor | New York, NY 10019-9710 |
| New York, NY 10038 | (212) 836-7740 |
| 212 566 7500 | Email: andrew.solow@arnoldporter.com |
| Email: mlondon@douglasandlondon.com | |
| *Attorneys for Plaintiffs.* | *Attorneys for Auxilium Pharmaceuticals, Inc.* |

Dated: January 7, 2020

## CERTIFICATE OF SERVICE

I, Andrew K. Solow, hereby certify that on January 7, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/    Andrew K. Solow*