**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: *Susan Loring, Individually and as Personal Representative of the Estate of Charles Loring v. Monsanto Co. and John Does 1-50*, Case No. 3:20-cv-05370-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

1  DATED:  August 21, 2020                     Respectfully submitted,

2                                              /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth (*pro hac vice*)
3                                              (jhollingsworth@hollingsworthllp.com)
                                               Eric G. Lasker (*pro hac vice*)
4                                              (elasker@hollingsworthllp.com)
                                               HOLLINGSWORTH LLP
5                                              1350 I Street, N.W.
                                               Washington, DC  20005
6                                              Telephone:  (202) 898-5800
                                               Facsimile:   (202) 682-1639
7
                                               *Attorneys for Defendant*
8                                              *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-05370-VC