# EXHIBIT 1



# FEGAN SCOTT LLC

Launched in Chicago in 2019, FeganScott LLC is a nationwide class-action law firm dedicated to helping victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and community-driven legal needs. The Firm is growing at a quick but concerted pace, with offices recently launched in New York, Pennsylvania, Texas, and Washington, D.C. Built on the success of founder Elizabeth A. Fegan and experiences of seasoned civil and commercial trial attorney Timothy A. Scott, the firm's legal industry veterans have recovered more than $1 billion for clients.

An essential part of the firm's commitment to justice is Beth's role leading the #MeToo movement in the courts. In addition to fighting for restitution for women abused by Harvey Weinstein, Beth litigated on behalf of female students who were mistreated by a USC gynecologist in the student health center. Beth has also successfully tailored creative results for the benefit of nationwide classes, settling a nationwide class action alleging sexual harassment on behalf of 16,000 current and former female employees of a commercial property brokerage firm. In addition to requiring changes to human resources policies and procedures, the innovative settlement afforded class members the opportunity to participate in a streamlined claims process that provided the potential for individual awards up to $150,000 per class member.

Before FeganScott, Beth and her husband Tim launched the Chicago office for Hagens Berman Sobol Shapiro, which Beth led for 15 years.

Built on core values of justice, integrity, and excellence, FeganScott isn't simply another law firm, it's a passionate group of skilled lawyers who put clients first – fighting to impose accountability and enact global change. More information regarding the firm and its current cases can be found at www.feganscott.com.

### *Elizabeth A. Fegan*



Founder and Managing Member Elizabeth Fegan fights for victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and other offenses. In 25 years practicing law, Beth has recovered more than $1 billion for her clients nationwide.

Beth is on the vanguard in the legal battles surrounding sexual assault, abuse and harassment.

While working on the front lines of the #MeToo and #TimesUp movements, Beth has fought for female students abused by a University of Southern California health center gynecologist. She also settled a nationwide class action alleging sexual harassment on behalf of 16,000 current and former female employees of a commercial property brokerage firm. This case in particular is an example of Beth's history of successfully and creatively tailoring results for the benefit of victims nationwide. With Beth's streamlined claims process, class members were awarded up to $150,000 each.

Beth also fights for women in her own profession. She authored "An Opportunity or Landmine: Promoting Gender Diversity From The Bench" (The Federal Lawyer, May 2016) and participated in The Duke Judicial Law Center's Distinguished Lawyers conference on "Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law."

Courts regularly appoint Beth to lead national class-action cases, citing her robust experience, legal prowess and dedication to excellence and equity, including in the area of medical monitoring.

In 2019, Beth and her husband, Timothy Scott, founded FeganScott, a national law firm specializing in class-action cases, high-stakes, contingent-fee litigation and community-driven legal needs. The practice manages a variety of complex class actions and high-stakes individual cases.

**feganscott**

Prior to founding FeganScott, Beth launched the Chicago office of Hagens Berman Sobol Shapiro, where she grew the firm significantly during her 15 years of leadership as managing partner. Before that, she was partner at The Wexler Firm in Chicago, where she launched her plaintiffs'-side career as interim managing partner.

Additionally, as an associate at Shefsky & Froelich in Chicago, Beth served in several local government appointments, including positions as special assistant corporation counsel to the City of Chicago, the Chicago Park District and the Public Building Commission of Chicago. She also served on special master teams in federal and state court class actions, including with the Hon. Wayne Andersen (ret.), Northern District of Illinois. From 2001-2004, Beth taught legal writing at her alma mater, Loyola University Chicago School of Law.

**CASE HIGHLIGHTS**

- *In re NCAA Student-Athlete Concussions* ($75 million settlement): As part of the lead counsel team in this medical monitoring class action on behalf of all current and former NCAA student-athletes, Beth achieved a historic $70-million dollar, 50-year medical monitoring program to diagnose short- and long-term effects from post-concussion syndrome and the accumulation of subconcussive hits. The settlement received final approval in 2019.

- *USC Student Health Center Sexual Abuse* (C.D. Cal.)*:* in this Title IX and negligence action for sexual abuse by a university gynecologist of thousands of students, Beth was part of the lead counsel team for the nationwide class. The parties reached a $240 million settlement, which received final approval in 2020.

- *Senior annuities consumer protection class actions*: In a series of class actions against insurance companies that sold equity-indexed deferred annuities that targeted, but were not appropriate for, senior citizens, Beth and Tim were appointed to lead counsel and executive committee positions.  These cases led to numerous settlements, including in American Equity Senior Annuities Fraud (C.D. Cal.) ($129 million settlement) and Midland Senior Annuities Fraud (C.D. Cal.) ($79.5 million settlement).

- *Baby Products Antitrust* (E.D. Pa.): As lead counsel for a class of consumers overcharged for high-end baby products (e.g. strollers, high chairs) as the result of a price-fixing conspiracy between Babies 'R Us and baby product manufacturers, Beth achieved a $35 million settlement after class certification was granted, summary judgment denied, and on the eve of trial.

- *"Thomas the Tank Engine" Toys Lead Paint Products Liability Litig.* (Ill. Cir. Ct., Cook County 2008). As Lead Counsel in a federal court action for medical monitoring for children exposed to toys painted with lead paint, Ms. Fegan intervened in a state court action and ultimately achieved the settlement of a nationwide class action for $30 million, including refunds for the contaminated products and the costs of blood lead testing for exposed children.

# feganscott

### *Jessica H. Meeder*



Jessica H. Meeder, Of Counsel at FeganScott, has been litigating class action, multi-district, and multi-plaintiff cases in state and federal courts for nearly fifteen years. Jessica plays a key role in building strong and successful cases on behalf of the individuals, corporations, and families that FeganScott represents. She is particularly skilled at effectively developing, briefing, and arguing creative legal theories and approaches, and she brings a high degree of depth, nuance, and dedication to every aspect of her work. Jessica recently opened FeganScott's Washington D.C. office.

Jessica's passionate advocacy has resulted in numerous favorable judicial opinions, at both the trial court and appellate court levels, thus ensuring her clients a path to justice. These opinions include the following.

- *M.S., et al. v. Hamilton County Department of Education, et al.,* 756 Fed. Appx. 510 (6th Cir. 2018) is a pending putative class action filed on behalf of dozens of schoolchildren, pursuant to 42 U.S.C. § 1983 and the Fourteenth Amendment, as a result of a deadly school bus crash that occurred in November 2016. The district court dismissed plaintiffs' complaint for failure to state a claim; we secured reversal of that decision on appeal.

- *Boler, et al. v. Earley, et al.,* 865 F.3d 391 (6th Cir. 2017), *cert. denied.* 138 S.Ct. 1294 (2018). *Boler* was the second class action filed on behalf of Flint, Michigan residents for their toxic and valueless water. The district court dismissed plaintiffs' complaint, brought under 42 U.S.C. § 1983, the Contracts Clause, and state tort law, finding that it was preempted by the Safe Drinking Water Act. We secured reversal of that decision on appeal.

- *In re Behr Dayton Thermal Products, LLC,* Dkt. 274, Case No. 3:08–cv–326 (S.D. Ohio March 20, 2017), *aff'd* 896 F.3d 405 (6th Cir. 2018), *cert. denied,* 139 S. Ct. 1319 (2019). Defendants contaminated hundreds of residential properties with toxic chemicals,

**feganscott**

causing decades of ongoing property damage and loss. The district court granted class certification pursuant to Fed. R. Civ. P. 23(c)(4), properly concluding that action-wide predominance is not necessary to grant issues class certification. Its decision was upheld on appeal.

Prior to joining FeganScott in 2019 and opening its Washington, D.C. office, Jessica was a partner at a preeminent Baltimore-based law firm where she spearheaded its national class action and mass torts practices. She previously worked for several nationally prominent defense firms, where she practiced environmental regulation and permitting, pharmaceutical defense, and general insurance defense. Her experience representing insurance companies and defending businesses across multiple practice areas has made her an especially effective advocate for her injured clients.

Jessica is an invitation-only participant in the Duke Law Judicial Studies Center's Diversity Conference, which develops the *Guidelines and Best Practices Addressing Chronic Failure to Diversity Leadership Positions in the Practice of Law*, and the Duke Law Conference entitled Evaluating the 2015 Discovery-Proportionality Amendments and *Bolch-Duke Guidelines and Best Practices*. She is a past Chair of the American Association for Justice's Section on Toxic, Environmental, and Pharmaceutical Torts.

**CASE HIGHLIGHTS**

- *M.S., et al. v. Hamilton County Department of Education, et al.,* Case No. 1:16-cv-00501 (E.D. Tenn.) (currently pending), a pending putative class action brought under the Fourteenth Amendment and 42 U.S.C. § 1983 on behalf of dozens of school children injured or killed as a result of a November 1, 2016 bus crash.

- *Diallo, et al. v. AAAfordable Transportation LLC, et al.,* Case No. 24-C-17-005079 (Cir. Ct. for Baltimore City, Maryland), a consolidated multi-plaintiff action and putative class action brought on behalf of 17 individuals who were injured or killed in a tragic bus crash in November 2016 in Baltimore, Maryland. Successfully resolved prior to trial for more than 80% of the plaintiffs' highest damages values.

- *Boler, et al. v. Earley, et al.,* Case No. 2:16-cv-10323 (E.D. Mich), the second class action case filed on behalf of Flint, Michigan residents for their toxic and valueless water; dismissal was successfully appealed to the Sixth Circuit, paving the way for future compensation.

- *Scales, et al. v. Mid-Atlantic Permanente Medical Group, et al.,* Case No. CAL17-18720 (Cir. Ct. for Prince George's County, Maryland), one of several multi-plaintiff actions brought in state court against several Kaiser Permanente entities and Dr. Bryan Williams regarding Williams' long-term sexual assault of his female patients; successfully resolved during discovery.

- Former counsel in *In re Behr Dayton Thermal Products, LLC,* Case No. 3:08–cv–326 (S.D. Ohio), a groundwater contamination case in which plaintiffs successfully achieved issues-class certification, which was upheld on appeal.

- *True, et al. v. Catholic Health Initiatives, et al.,* Case No. 13-cv-00065 (D. Md.), a putative class action brought on behalf of hundreds of individuals who received unnecessary cardiac stents from Dr. Mark Midei; successfully resolved during discovery.

- Former Maryland State Liaison, *In re: New England Compounding Pharmacy, Inc. Prod. Liab. Litig.,* Case No. 1:13-md-02419 (D. Mass.).

- *In re: Skechers Toning Shoe Prod. Liab. Litig.,* Case No. 3:11-md-02308 (W.D. Ky.), a multi-district litigation brought by purchasers of Skechers toning shoes who suffered personal injury as a result of the shoe's defective design.

![feganscott]

### *Melissa Ryan Clark*



Melissa Ryan Clark, Of Counsel at FeganScott, has spent her entire career representing plaintiffs in class action and complex litigation. She is a dedicated and dynamic attorney, with a reputation for streamlining complex issues to achieve the best results for her clients as efficiently as possible.

Melissa has a broad range of class action experience, having represented consumers in data privacy, data breach, and consumer fraud cases against data and tech giants like Facebook, Inc., Google, Apple, Inc., Equifax Inc., and RCN Corp., as well as corporations in other industries, such as Wendy's International, LLC. Melissa also has a strong background in securities fraud litigation and has represented investors in class actions against publicly traded companies like ARIAD Pharmaceuticals, Inc. and Virgin Mobile USA.

In addition to her class action work, Melissa has represented businesses and municipalities in complex commercial litigation. She has represented an alternative energy company in an accounting negligence case against PricewaterhouseCoopers, a foreign investment fund in an action against Fidelity National Title Insurance Company, and municipalities in Fair Housing Act litigation against Wells Fargo, HSBC, and Bank of America

Melissa has also been recognized for her experience and skill in spearheading discovery in complex matters. She was part of the court-appointed teams that oversaw offensive discovery and ESI issues in *In re Apple, Inc. Device Performance Litigation* (N.D. Cal.) and *In re Equifax, Inc. Customer Data Breach Litigation* (N.D. Ga.). In early 2020, Legal 500 named her a "Next Generation Partner" in eDiscovery. Melissa was one of only three lawyers — and the only plaintiffs' attorney — to receive this honor.

Prior to joining FeganScott in June 2020, Melissa was a partner at a boutique litigation firm in New York and at Milberg, a national class action firm. Before that, she was an associate for a securities litigation firm in its New York, NY and New Orleans, LA offices.

# feganscott

Melissa earned her Juris Doctor from Tulane University Law School, where she was on the Moot Court Board and served as a Senior Fellow for Legal Research and Writing. She also attended UC Berkeley Law School where she was on the *California Law Review* and received High Honors in Securities and Class Action Litigation. She earned her Bachelor of Science in International Affairs from Florida State University, where she was a Florida Academic Scholar and completed the "Degree in Three" program.

During law school, Melissa completed judicial externships with the Honorable Jerry Brown, Chief Judge of the United States Bankruptcy Court, Eastern District of Louisiana and the Honorable Jay C. Zainey of the United States District Court, Eastern District of Louisiana. She was also a faculty writing instructor at Tulane University's Freeman School of Business and completed a summer clerkship with the San Francisco District Attorney's Office under then-District Attorney Kamala Harris.

*Benchmark Litigation* has twice named Melissa to the "40 & Under Hot List." She was recognized by *The Legal 500* as a "Next Generation Partner" and "Recommended Lawyer" in Dispute Resolution: e-Discovery. And she has been named to the New York *Super Lawyers* "Rising Stars" list each year for ten consecutive years

**CASE HIGHLIGHTS**

- *In re Apple, Inc. Device Performance Litigation* (N.D. Cal.): Oversaw offensive discovery and ESI issues alongside the discovery committee co-chair and lead counsel in this 50-state class action stemming from Apple's alleged throttling of its iPhone devices. Settlement pending.
- *In re Equifax*, *Inc. Customer Data Breach Litigation* (N.D. Ga.): Served as an integral member of the team overseeing offensive discovery and ESI issues in this nationwide data-breach class action. Settlement pending.
- *Torres, et al, v. Wendy's International, LLC* (M.D. Fl.): Served as class counsel in this nationwide data breach class action. The parties reached a $3.4 million settlement.
- *In re ARIAD Pharm., Inc. Sec. Litig.* (D. Mass.): Co-lead counsel in this securities class action against a publicly traded pharmaceutical company. Led briefing that resulted in First Circuit's reversal of the district court's dismissal. The parties subsequently reached a $3.5 million settlement.