## AFFIDAVIT OF SERVICE

| Case:<br>1:20cv150-<br>SA-DAS | Court:<br>UNITED STATES DISTRICT COURT FOR THE<br>NORTHERN DISTRICT OF MISSISSIPPI | County: | Job:<br>4727402 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>David Lee Fisher | | **Defendant / Respondent:**<br>Monsanto Company | |
| **Received by:**<br>MOPS, LLC | | **For:**<br>SANDERS PHILLIPS GROSSMAN, LLC | |
| **To be served upon:**<br>Monsanto Company | | | |

I, Pam King Wheetley, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the State where service was effected, I was authorized by law to make service of the documents and informed the said person of the contents herein.

I have served the attached documents by:

_____ delivering a copy of the service documents to the Defendant.

_____ leaving a copy of the service documents at the dwelling place or usual abode of the Defendant with the person identified below, who is a person over the age of 15 years.

__X__ (for service on a corporation) delivering a copy of the service documents to the person identified below.

_____ Documents could not be served due to lack of contact with the subject.

SERVED IN ST LOUIS COUNTY AND IN THE STATE OF MO

**Recipient Name / Address:** Monsanto Company- Larry Heatstein, COMPANY: 9666 OLIVE BLVD STE 690, SAINT LOUIS, MO 63132

**Manner of Service:** Authorized, Jul 31, 2020, 10:55 am CDT

**Documents:** SUMMONS, COMPLAINT, EXHIBIT, CIVIL COVERSHEET (Received Jul 27, 2020 at 2:00pm CDT)

**Additional Comments:**

1) Successful Attempt: Jul 31, 2020, 10:55 am CDT at COMPANY: 9666 OLIVE BLVD STE 690, SAINT LOUIS, MO 63132 received by Monsanto Company- Larry Heatstein. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'6"; Hair: Gray; Eyes: Hazel;

PAM KING WHEETLEY          Date   7-31-2020
PROCESS SERVER, IL PERC - 129396357,
ST LOUIS CITY PROCESS SERVER ID #
650, KCMO 16TH DISTRICT PPS #PPS19-
0442

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   7-31-2020          Commission Expires   1-9-22

MOPS, LLC
1430 Washington Ave Suite 220
St Louis, MO 63103
314-520-3590

KENNETH LEE WHEETLEY
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: January 09, 2022
Commission Number: 18022846