# AFFIDAVIT OF SERVICE

| Case: 5:20-cv-00824-FJS-ML | Court: IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK FOR THE DISTRICT OF COLUMBIA | County: | Job: 4727375 |
|---|---|---|---|
| Plaintiff / Petitioner: Carl Masterpole | | Defendant / Respondent: MONSANTO COMPANY | |
| Received by: MOPS, LLC | | For: SANDERS PHILLIPS GROSSMAN, LLC | |
| To be served upon: MONSANTO COMPANY | | | |

I, Pam King Wheetley, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the State where service was effected, I was authorized by law to make service of the documents and informed the said person of the contents herein.

I have served the attached documents by:
\_\_\_\_ delivering a copy of the service documents to the Defendant.
\_\_\_\_ leaving a copy of the service documents at the dwelling place or usual abode of the Defendant with the person identified below, who is a person over the age of 15 years.
_X_\_\_ (for service on a corporation) delivering a copy of the service documents to the person identified below.
\_\_\_\_ Documents could not be served due to lack of contact with the subject.

SERVED IN ST LOUIS COUNTY AND IN THE STATE OF MO

**Recipient Name / Address:** MONSANTO COMPANY - Larry Heatstein, COMPANY: 9666 OLIVE BLVD STE 690, SAINT LOUIS, MO 63132
**Manner of Service:** Authorized, Jul 31, 2020, 10:55 am CDT
**Documents:** SUMMONS, COMPLAINT, EXHIBIT, CIVIL COVERSHEET (Received Jul 27, 2020 at 2:00pm CDT)

**Additional Comments:**
1) Successful Attempt: Jul 31, 2020, 10:55 am CDT at COMPANY: 9666 OLIVE BLVD STE 690, SAINT LOUIS, MO 63132 received by MONSANTO COMPANY - Larry Heatstein. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'6"; Hair: Gray; Eyes: Hazel;

_PAM KING WHEETLEY_     7-31-2020
PROCESS SERVER, IL PERC - 129396357,
ST LOUIS CITY PROCESS SERVER ID #
650, KCMO 16TH DISTRICT PPS #PPS19-0442

MOPS, LLC
1430 Washington Ave Suite 220
St Louis, MO 63103
314-520-3590

Subscribed and sworn to before me by the affiant who is personally known to me.

_Kenneth Lee Wheetley_
Notary Public
7-31-2020         1-9-22
Date              Commission Expires

KENNETH LEE WHEETLEY
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: January 09, 2022
Commission Number: 18022846