Michael Sacchet (MN #0395817)
(Admitted Pro Hac Vice)
CIRESI CONLIN, LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8220
F: 612-361-4760
mas@ciresiconlin.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF MICHAEL SACCHET ON BEHALF OF PLAINTIFF** |
| *Edward Berry, Jr. v. Monsanto Co.* Case No. 3:20-cv-05963-VC | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please take notice that Michael Sacchet of Ciresi Conlin, LLP hereby enters an appearance as counsel for Plaintiff Edward Berry in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

Michael Sacchet (MN #0395817)
(Admitted Pro Hac Vice)
CIRESI CONLIN, LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8220
F: 612-314-4760
mas@ciresiconlin.com

1 | Respectfully submitted,

2  DATED: August 27, 2020 | **CIRESI CONLIN LLP**

3 | */s/ Michael A. Sacchet*
Michael A. Sacchet (MN #0395817)
4 | (Admitted Pro Hac Vice)
CIRESI CONLIN, LLP
5 | 225 S. 6th St., Suite 4600
Minneapolis, MN 55402
6 | T: 612-361-8220
F: 612-314-4760
7 | mas@ciresiconlin.com

## CERTIFICATE OF SERVICE

I, Michael Sacchet, hereby certify that, on August 27, 2020, I electronically filed NOTICE OF APPEARANCE OF MICHAEL SACCHET ON BEHALF OF PLAINTIFF with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Michael A. Sacchet*
Michael Sacchet