Megan Odom (MN #0399112)
(Admitted Pro Hac Vice)
CIRESI CONLIN, LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8227
F: 612-314-4774
mlo@ciresiconlin.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF MEGAN ODOM ON BEHALF OF PLAINTIFF** |
| *Edward Berry, Jr. v. Monsanto Co.* Case No. 3:20-cv-05963-VC | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please take notice that Megan Odom of Ciresi Conlin, LLP hereby enters an appearance as counsel for Plaintiff Edward Berry in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

Megan Odom (MN #0399112)
(Admitted Pro Hac Vice)
CIRESI CONLIN, LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8227
F: 612-314-4774
mlo@ciresiconlin.com

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: August 27, 2020 | **CIRESI CONLIN LLP** |
| 3 | | */s/ Megan L. Odom* |
| 4 | | Megan Odom (MN #0399112)<br>(Admitted Pro Hac Vice) |
| 5 | | CIRESI CONLIN, LLP<br>225 S. 6th St., Suite 4600 |
| 6 | | Minneapolis, MN 55402<br>T: 612-361-8227 |
| 7 | | F: 612-314-4774<br>mlo@ciresiconlin.com |

## CERTIFICATE OF SERVICE

I, Megan Odom, hereby certify that, on August 27, 2020, I electronically filed NOTICE OF APPEARANCE OF MEGAN ODOM ON BEHALF OF PLAINTIFF with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Megan L. Odom*
Megan Odom