Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

Additional Counsel for
Plaintiff Aaron Sheller on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **PLAINTIFF AARON SHELLER'S NOTICE OF WITHDRAWAL OF CORRECTED SECOND RENEWED MOTION TO APPOINT FEGAN SCOTT LLC AS INTERIM CLASS COUNSEL FOR THE MEDICAL MONITORING CLASS** |

By agreement among counsel in *Sheller* and *Ramirez*, Plaintiff Aaron Sheller respectfully withdraws his Corrected Second Renewed Motion To Appoint Fegan Scott LLL As Interim Class Counsel For The Medical Monitoring Class.

Dated: September 1, 2020

Respectfully submitted,
     /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
T: 312-741-1019
F: 312-264-0100
beth@feganscott.com


| | |
|---|---|
| 1 | |
| 2 | Jessica H. Meeder |
| | FEGAN SCOTT LLC |
| 3 | 1200 G Street, N.W., Ste. 800 |
| | Washington, D.C. 20005 |
| 4 | T: 202-434-8992 |
| | F: 202-217-2814 |
| 5 | jessica@feganscott.com |


```
 1
 2                                     Jessica H. Meeder
                                       FEGAN SCOTT LLC
 3                                     1200 G Street, N.W., Ste. 800
                                       Washington, D.C. 20005
 4                                     T: 202-434-8992
                                       F: 202-217-2814
 5                                     jessica@feganscott.com

 6                                     Melissa Ryan Clark
                                       FEGAN SCOTT LLC
 7                                     140 Broadway, 46th Floor
                                       New York, NY 10005
 8                                     T: 347-353-1150
                                       F: 312-265-0100
 9                                     melissa@feganscott.com

10                                     William Riley
                                       Anne Medlin Lowe
11                                     RILEY WILLIAMS & PIATT, LLC
                                       301 Massachusetts Ave.
12                                     Indianapolis, IN 46204
                                       T: 317-633-5270
13                                     F: 317-426-3348
                                       wriley@rwp-law.com
14                                     alowe@rwp-law.com

15                                     J. Barton Goplerud
                                       SHINDLER, ANDERSON,
16                                     GOPLERUD & WEESE, P.C.
                                       5015 Grand Ridge Drive, Suite 100
17                                     West Des Moines, IA 50265
                                       T: 515-223-4567
18                                     F: 515-223-8887
                                       goplerud@sagwlaw.com

19                                     Russell Cate
                                       CATE, TERRY & GOOKINS LLC
20                                     301 East Carmel Drive, Suite C300
                                       Carmel, IN 46032
21                                     T: 317-564-0016
                                       F: 317-564-0599
22                                     rcate@ctglaw.com

23                                     *Counsel for Plaintiff*
24
25
26
27
28
                                      - 1 -
```

Plaintiff Aaron Sheller's Notice of Withdrawal of Corrected Second Renewed Motion to Appoint Fegan Scott LLC As Interim Class Counsel for The Medical Monitoring Class, Case No. 3:19-cv-07972

# CERTIFICATE OF SERVICE

I certify that, on September 1, 2020, a copy of the foregoing Plaintiff's Notice of Withdrawal was served on all counsel of record via ECF.

Dated: September 1, 2020

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
T: 312-741-1019
F: 312.264.0100
beth@feganscott.com

Plaintiff Aaron Sheller's Notice of Withdrawal of Corrected Second Renewed Motion to Appoint Fegan Scott LLC As Interim Class Counsel for The Medical Monitoring Class, Case No. 3:19-cv-07972