Robert L. Lieff (SBN 037568)
Elizabeth J. Cabraser (SBN 083151)
Steven E. Fineman (SBN 140335)
Kevin R. Budner (SBN 287271)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
ecabraser@lchb.com

*Counsel for the Ramirez Plaintiffs*
*(additional counsel listed below)*

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiff Aaron Sheller*
*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE THE *SHELLER* AND *RAMIREZ* ACTIONS** |
| *Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972 | |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

Plaintiffs Aaron Sheller, Robert Ramirez, Jerry Agtarap, Dexter Owens, and John Elko, and Defendant Monsanto Company (collectively, Plaintiffs and Defendant are referred to as the "Parties") stipulate and state as follows:

WHEREAS, on April 24, 2019, Plaintiff Robert Ramirez filed his Class Action Complaint in the Northern District of California, seeking resolution of issues common to a class of persons who had been exposed to Roundup and have been diagnosed with Non-Hodgkin's Lymphoma (NHL), Case 3:19-cv-02224 (N.D. Cal.) (Dkt. 1);

WHEREAS, on September 30, 2019, Plaintiff Aaron Sheller filed his Class Action Complaint in the Southern District of Indiana, as Case No. 1:19-cv-004063, seeking medical monitoring individually and on behalf of a individuals who had been exposed to Roundup through their commercial and agricultural endeavors but have not yet developed NHL, Case No. 1:19-cv-004063 (S.D. Ind.) (Dkt. 1);

WHEREAS, on December 4, 2019, the Judicial Panel on Multidistrict Litigation entered a Conditional Transfer Order (CTO-170), transferring the *Sheller* litigation to the Northern District of California for coordinated or consolidated pretrial proceedings in the *In re: Roundup Products Liability Litigation*, MDL No. 2741, pursuant to 28 U.S.C. § 1407, Case No 1:19-cv-04063 (S.D. Ind.) (Dkt. 26);

WHEREAS, on June 24, 2020, a First Amended Class Action Complaint was filed in *Ramirez*, seeking to represent persons who had been exposed to Roundup, including both those who had developed NHL and those who had not yet developed NHL, Case No. 3:19-cv-02224 (Dkt. 15);

WHEREAS, Rule 3-12(a) of the Local Rules of the Northern District of California provides in pertinent part: "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

WHEREAS, the Parties agree that the *Sheller* and *Ramirez* actions concern substantially the same parties, property, transaction or events in that each seeks to recover from Defendants on behalf of a class or subclass of persons exposed to Roundup;

NOW THEREFORE, the Parties agree as follows:

1. The *Sheller* case shall be consolidated with the *Ramirez* case, and the *Sheller* file, Case No. 3:19-cv-07972, shall be administratively closed;

2. Defendant consents to the filing of a Consolidated Amended Complaint on a date to be agreed to by the Parties.

IT IS SO ORDERED:

1. The *Sheller* case shall be consolidated with the *Ramirez* case;
2. The Clerk is directed to close the *Sheller* file, Case No. 3:19-cv-07972;
3. Plaintiffs shall file their Consolidated Amended Complaint in the *Ramirez* action within 30 days.

Dated: September __, 2020

_____
Vince Chhabria
United States District Judge

AGREED TO THIS 1st DAY OF SEPTEMBER, 2020

| | |
|---|---|
| /s/ *Elizabeth A. Fegan* | /s/ *Elizabeth J. Cabraser* |
| Elizabeth A. Fegan | Robert L. Lieff (of counsel) (SBN 037568) |
| FEGAN SCOTT LLC | Elizabeth J. Cabraser (SBN 083151) |
| 150 S. Wacker Dr., 24th Floor | Kevin R. Budner (SBN 287271) |
| Chicago, IL 60606 | LIEFF CABRASER HEIMANN & |
| T: 312-741-1019 | BERNSTEIN, LLP |
| F: 312-264-0100 | 275 Battery Street, 29th Floor |
| beth@feganscott.com | San Francisco, California 94111-3339 |
| | Telephone: 415.956.1000 |
| Jessica H. Meeder | Facsimile: 415.956.1008 |
| FEGAN SCOTT LLC | rlieff@lchb.com |
| 1200 G Street, N.W., Ste. 800 | ecabraser@lchb.com |
| Washington, D.C. 20005 | kbudner@lchb.com |
| T: 202-434-8992 | |
| F: 202-217-2814 | Steven E. Fineman (SBN 140335) |
| jessica@feganscott.com | Wendy R. Fleishman |
| | Rhea Ghosh |
| Melissa Ryan Clark | LIEFF CABRASER HEIMANN & |
| FEGAN SCOTT LLC | BERNSTEIN, LLP |
| 140 Broadway, 46th Floor | 250 Hudson Street, 8th Floor |
| New York, NY 10005 | New York, NY 10013 |
| T: 347-353-1150 | Telephone: 212.355.9500 |
| F: 312-265-0100 | sfineman@lchb.com |
| melissa@feganscott.com | wfleishman@lchb.com |
| | rghosh@lchb.com |
| William Riley | |
| Anne Medlin Lowe | Andrew R. Kaufman |
| RILEY WILLIAMS & PIATT, LLC | LIEFF CABRASER HEIMANN & |
| 301 Massachusetts Ave. | BERNSTEIN, LLP |
| Indianapolis, IN 46204 | 222 2nd Avenue South, Suite 1640 |
| T: 317-633-5270 | Nashville, TN 37201 |
| F: 317-426-3348 | Telephone: 615.313.9000 |
| wriley@rwp-law.com | akaufman@lchb.com |
| alowe@rwp-law.com | |
| | James R. Dugan, II |
| J. Barton Goplerud | TerriAnne Benedetto |
| SHINDLER, ANDERSON, | David S. Scalia |
| GOPLERUD & WEESE, P.C. | THE DUGAN LAW FIRM, APLC |
| 5015 Grand Ridge Drive, Suite 100 | One Canal Place |
| West Des Moines, IA 50265 | 365 Canal Street, Suite 1000 |
| T: 515-223-4567 | New Orleans, LA 70130 |
| F: 515-223-8887 | Telephone: 504.648.0180 |
| goplerud@sagwlaw.com | jdugan@dugan-lawfirm.com |
| | tbenedetto@dugan-lawfirm.com |
| Russell Cate | dscalia@dugan-lawfirm.com |
| CATE, TERRY & GOOKINS LLC | |
| 301 East Carmel Drive, Suite C300 | William M. Audet (SBN 117456) |
| Carmel, IN 46032 | Ling Y. Kuang (SBN 296873) |

Stipulation and [Proposed] Order To Consolidate The *Sheller* And *Ramirez* Actions

| | |
|---|---|
| T: 317-564-0016<br>F: 317-564-0599<br>rcate@ctglaw.com<br><br>*Counsel for Plaintiff Aaron Sheller* | AUDET & PARTNERS, LLP<br>711 Van Ness, Suite 500<br>San Francisco, CA 94102-3229<br>Telephone: 415.568.2555<br>waudet@audetlaw.com<br>lkuang@audetlaw.com<br><br>Samuel Issacharoff<br>40 Washington Square South<br>Suite 411J<br>New York, NY 10012<br>Telephone: 212.998.6580<br>si13@nyu.edu<br><br>*Counsel for the Ramirez Plaintiffs* |

/s/ *William Hoffman*
William Hoffman
David Weiner (Cal. Bar No. 219753)
Ashley Burkett
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel.: (202) 942-5000

*Counsel for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I certify that, on September 1, 2020, a copy of the foregoing Plaintiff's Notice of Withdrawal was served on all counsel of record via ECF.

Dated: September 1, 2020

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
T: 312-741-1019
F: 312.264.0100
beth@feganscott.com