Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| | Individual Case No. <u>20-6219</u> |
| This document relates to: | **SHORT FORM COMPLAINT** |
| JANICE EMMONS, INDIVIDUALLY, AND AS SUCCESSOR IN INTEREST FOR THE ESTATE OF RALPH NEGLEY, DECEASED | |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

## **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the

1

plaintiffs in the case captioned *Dea Anna Schumacher, etc., et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Janice Emmons, individually, and as successor in interest for the estate of Ralph Negley, deceased, provides the following allegations required by the Court in PTO No. 155, which is attached hereto as "Exhibit 1":

1. This case is brought on behalf of Plaintiff Janice Emmons, individually, and as successor in interest for the estate of Plaintiff-Decedent Ralph Negley.
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed her case against Monsanto in United States District Court Eastern District of Missouri.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dea Anna Schumacher, etc., et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-01650-NAB, other than the paragraphs 10-12 and 14-23.
5. Plaintiff resided in Canton, Illinois at the time of filing the original complaint against Monsanto.
6. Plaintiff currently resides in Canton, Illinois.
7. Plaintiff-Decedent resided in Lewistown, Illinois at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff-Decedent received medical treatment for his NHL in Illinois.
9. Venue over this case properly lies in the United States District Court for the Central District of Illinois.
10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Illinois, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest

and costs.

11. Plaintiff-Decedent alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1976 until 2018 that he used with a hand sprayer on his residential property and a tractor on agricultural property.

12. Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or around 1976 until 2018.  During this time, Plaintiff used Monsanto's Roundup products on average one time per week from May to September each year on his residential property and one time per year on agricultural property.

13. Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Lewistown, Illinois.

14. Plaintiff-Decedent was diagnosed with NHL in October 2018.  He was diagnosed with Double Hit Lymphoma, aggressive, diffuse B-cell, follicular transformed NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: September 3, 2020

Respectfully submitted,

*/s/ Kristy M. Arevalo*
**MCCUNE WRIGHT AREVALO, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

3
SHORT FORM COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: September 3, 2020                          Respectfully submitted,

*/s/ Daniel R. Weltin*
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

Daniel R. Weltin (SBN: 226600)
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624
E-mail: daniel@danielweltin.com

4
SHORT FORM COMPLAINT

**CERTIFICATE OF SERVICE**

I, Kristy M. Arevalo, hereby certify that, on September 3, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Kristy M. Arevalo*