1  Kristy M. Arevalo, Esq. SBN: 216308
   **McCune·Wright·Arevalo, LLP**
2  3281 East Guasti Road, Suite 100
   Ontario, California 91761
3  Telephone:  (909) 557-1250
   Facsimile:  (909) 557-1275
4

5  Daniel R. Weltin SBN: 226600
   **THE LAW OFFICES OF DANIEL WELTIN, P.C.**
6  777 Davis Street, Suite 146
   San Leandro, California 94577
7  Telephone: (510) 856-4421
   Facsimile: (510) 856-3624
8

9  *Attorneys for Plaintiffs*

10 Joe G. Hollingsworth (pro hac vice)
   Eric G. Lasker (pro hac vice)
11 **HOLLINGSWORTH LLP**
   1350 I Street, N.W.
12 Washington, DC 20005
   Telephone: (202) 898-5800
13 Facsimile: (202) 682-1639
   Email: jhollingsworth@hollingsworthllp.com
14        elasker@hollingsworthllp.com

15
   *Attorneys for Defendant*
16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-04165 |
| DEA ANNA SCHUMACHER, INDIVIDUALLY AND AS SURVIVING HEIR OF GEORGE SCHUMACHER, DECEASED; CARRIE DULA; NINA STEWART; MARY ELLYN NEGLEY, INDIVIDUALLY AND AS SURVIVING HEIR OF RALPH NEGLEY, DECEASED; DALE WILLIAMS; DOYLE WILSON; SUSAN VOKE; ELIZABETH | **JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**Judge Assigned: Vince Chhabria** |

1
JOINT STIPULATION OF VOLUNTARY DISMISSAL

|   |
|---|
| SCHUCH; GERALD ACUFF, INDIVIDUALLY AND AS SURVIVING HEIR OF PHYLLIS ACUFF, DECEASED; JOHN HOWELL; CHARLENE CARLI, INDIVIDUALLY AND AS SURVIVING HEIR OF JAMES CARLI, DECEASED;  NATHAN KUEHN; MARY GIRARDI, INDIVIDUALLY AND AS SURVIVING HEIR OF HARRY SOBER, DECEASED; LORETTA COLLINS, <br>                    Plaintiff, <br> <br> v. <br> <br> MONSANTO COMPANY, <br>                    Defendant. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Dea Anna Schumacher, individually and as surviving heir of George Schumacher, deceased; Carrie Dula; Nina Stewart; Mary Ellyn Negley, individually and as surviving heir of Ralph Negley, deceased; Dale Williams; Doyle Wilson; Susan Voke; Elizabeth Schuch; Gerald Acuff, individually and as surviving heir of Phyllis Acuff, deceased; John Howell; Charlene Carli, individually and as surviving heir of James Carli, deceased; Nathan Kuehn; Mary Girardi, individually and as surviving heir of Harry Sober, deceased; Loretta Collins, and Defendants Monsanto Company hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED**

Dated: September 3, 2020

BY:    */s/ Kristy M. Arevalo*
Kristy M. Arevalo, Esq. SBN: 216308
kma@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin SBN: 226600
daniel@danielweltin.com
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiffs*

Dated: September 3, 2020

BY: */s/ Eric G. Lasker* _____
Joe G. Hollingsworth (pro hac vice)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

JOINT STIPULATION OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I, Kristy M. Arevalo, hereby certify that, on September 3, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Kristy M. Arevalo*