**WILKINSON WALSH LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M Street, NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Daniel S. Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel:  202-942-5000
Fax: 202-942-5999

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
1350 I Street, NW
Washington, DC 20005
Tel:  202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant BAYER AG*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| THIS DOCUMENT RELATES TO: *Ralph Applegate v. Bayer AG*, Case No. 3:19-cv-06800-VC | ) ) ) **DEFENDANT BAYER AG'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND** ) ) ) |

In this *pro se* lawsuit, plaintiff Ralph Applegate has filed a "Motion for Remand Required by 28 U.S.C. 1407" ("Remand Motion"), which seeks remand to the Ohio state court, where he initially filed this lawsuit. However, in light of his citation to 28 U.S.C. § 1407, perhaps plaintiff seeks remand to the United States District Court for the Southern District of Ohio, to which this lawsuit was removed in September 2019.

Soon after removing this lawsuit to the Southern District of Ohio, Bayer AG timely filed an answer. In that answer, Bayer AG asserted several defenses, including insufficient process, insufficient service of process, and lack of personal jurisdiction.

Preserving and without waiving those defenses, Bayer AG hereby requests that the Court deny the Remand Motion. ***First***, plaintiff failed to notice the Remand Motion for a hearing, as required by Rule 7-1(a)(1) and Rule 7.2(a) of this Court's Civil Local Rules, as well as case management orders that govern these multidistrict litigation proceedings. This is a sufficient basis to deny the Remand Motion.

***Second***, to the extent that any further response to the Remand Motion is required, there is no basis for the Court to remand this lawsuit to Ohio state court. If plaintiff is challenging Bayer AG's removal based on an argument that there is no federal subject matter jurisdiction over this lawsuit, that argument lacks merit. Bayer AG's Notice of Removal showed that subject matter jurisdiction exists in this case because, as required by 28 U.S.C § 1332, there is diversity of citizenship between plaintiff and Bayer AG and the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff does not – and cannot – dispute Bayer AG's diversity jurisdiction showing. Moreover, he does not – and cannot – contend that Bayer AG's Notice of Removal notice was procedurally deficient. Even if plaintiff were making such an argument, it would be waived because the Remand Motion was filed approximately eleven months after Bayer AG filed the Notice of Removal, not within thirty days as required by 28 U.S.C § 1447.

***Finally***, if plaintiff seeks remand to the United States District Court for the Southern District of Ohio, that argument also lacks merit. Plaintiff does not – and cannot – contend that pretrial proceedings are completed in this case. In fact, pretrial proceedings are nowhere near

finished. No case-specific depositions have been taken, and this Court's case management orders do not include this case as one of the cases selected for case-specific discovery.

In conclusion, for the foregoing reasons, the Court should deny the Remand Motion.

DATED: September 3, 2020                              Respectfully submitted,

                                                     /s/ Martin C. Calhoun
Daniel S. Pariser (*pro hac vice*)                   Eric G. Lasker (*pro hac vice*)
(daniel.pariser@arnoldporter.com)                    (elasker@hollingsworthllp.com)
ARNOLD & PORTER KAYE SCHOLER LLP                     Martin C. Calhoun (*pro hac vice*)
601 Massachusetts Avenue, NW                         (mcalhoun@hollingsworthllp.com)
Washington, DC 20001                                 HOLLINGSWORTH LLP
Tel: 202-942-5000                                    1350 I Street, NW
Fax: 202-942-5999                                    Washington, DC 20005
                                                     Tel: 202-898-5800
                                                     Fax: 202-682-1639

                                                     Brian L. Stekloff (*pro hac vice*)
                                                     (bstekloff@wilkinsonwalsh.com)
                                                     Rakesh Kilaru (*pro hac vice*)
                                                     (rkilaru@wilkinsonwalsh.com)
                                                     WILKINSON WALSH LLP
                                                     2001 M Street, NW, 10th Floor
                                                     Washington, DC 20036
                                                     Tel: 202-847-4030
                                                     Fax: 202-847-4005

                        *Attorneys for Defendant Bayer AG*