UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*ALL CASES* | **PRETRIAL ORDER NO. 218: STAY AND TOLLING OF DEADLINES** |

The Court is in receipt of an inquiry from counsel for a plaintiff whose case was recently transferred into the MDL. The question is whether the stay operates to toll the deadline for filing a motion to remand to state court. The answer is yes. The deadline for all filings is tolled so long as the stay is in place. As discussed at the most recent case management conference, the stay could last until November 2, 2020, or it could be lifted earlier, and it is counsel's obligation to track developments with respect to the stay.

**IT IS SO ORDERED.**

Dated: September 4, 2020

_____
VINCE CHHABRIA
United States District Judge