UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL: 2741 |
| MARIE BERNICE DINNER and BRUCE DINNER | ) ) ) | Case Number: 16-MD-02741-VC |
| Plaintiffs, | ) ) ) ) | **ORDER RE: MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT** |
| vs. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

    This action is before the Court on the Plaintiffs Motion for Leave of Court to Amend Complaint

    Having review the same, and being fully advised on the premises, the Court hereby GRANTS Plaintiffs' Motion for Leave of Court to Amend Complaint.

    The Court further orders the Amended Complaint be deemed filed as of the date of this Order.

    Done this _____ day of _____, 2020.

                                          By the Court

                                        _____
                                        United States District Court