


**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: 303-376-6360

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

***ALL ACTIONS***

MDL No. 2741

Case No. 16-md-02741-VC

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER TO HON. JUDGE VINCE CHHABRIA**

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 5, 2017 ("Amended Protective Order") Plaintiffs hereby submit this Administrative Motion to Seal. Plaintiffs hereby notify the Court that it has conditionally filed under seal the August 20, 2020 Letter emailed to Honorable Vince Chhabria in Response to PTO No. 216. Plaintiff respectfully requests that the Court grant its Administrative Motion to File Under Seal.


Dated: September 14, 2020

Respectfully submitted,

By: /s/ Aimee H. Wagstaff

Aimee H. Wagstaff, Esq.
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Dr.
Lakewood, CO 80226
Phone: (866) 795-9529
Aimee.wagstaff@andruswagstaff.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff