**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: 303-376-6360

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **DECLARATION OF AIMEE WAGSTAFF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER TO HON. JUDGE VINCE CHHABRIA** |
| *ALL ACTIONS* | |

I, Aimee H. Wagstaff, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Andrus Wagstaff, PC, attorneys of record for Plaintiffs. I submit this Declaration in support of Plaintiffs' Administrative Motion to File Under Seal pursuant to the August 31, 2020 Minute Entry for proceedings held before Judge Vince Chhabria: Further Case Management Conference held via Zoom on 8/27/2020.

2. On August 20, 2020 Andrus Wagstaff submitted the attached response to Pretrial Order No. 216 by email submission to the court. *See* Exhibit A. Undersigned counsel conferred

with Counsel for Monsanto and redacted the Letter of confidential settlement related information pursuant to the August Minute Order.

3. Of note, since Andrus Wagstaff submitted the response letter to the court on August 20, 2020 Monsanto has executed a binding master settlement agreement that allows Andrus Wagstaff's clients to participate in a private settlement program.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 14, 2020    Respectfully submitted,

By: /s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Dr.
Lakewood, CO 80226
Phone: (866) 795-9529
Aimee.wagstaff@andruswagstaff.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff

CASE NO. 3:16-MD-02741-VC