**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *ALL ACTIONS* | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER TO HON. JUDGE VINCE CHHABRIA** |

Upon consideration of Plaintiffs' Administrative Motion to File Under Seal Letter to Hon. Judge Vince Chhabria, IT IS HEREBY ORDERED THAT the motion is GRANTED an it is hereby FURTHER ORDERED that the Un-redacted August 20, 2020 Letter to the Court in response to Pretrial order No. 216 shall be maintained under seal until further order of the Court.

DATE: _____, 2020         _____
                                     HONORABLE VINCE CHHABRIA
                                     UNITED STATES DISTRICT COURT

CASE NO. 3:16-MD-02741-VC