# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| | Hon. Vince Chhabria |
| This document relates to:<br>ALL ACTIONS | **MOORE LAW GROUP, PLLC'S RESPONSE TO THE COURT'S AUGUST 27, 2020 ORDER** |

  Pursuant to the Court's August 27, 2020 Order, Moore Law Group, PLLC is filing the attached redacted version of a letter sent to the Court on August 20, 2020 via email regarding settlement progress. The redactions were made following meet and confer with Monsanto. Since originally sending the August 20, 2020 letter, Moore Law Group, PLLC entered into a fully-executed and binding Master Settlement Agreement with Monsanto.

DATED:  September 14, 2020    Respectfully submitted,

                 By:  /s/ Jennifer A. Moore
                 Jennifer A. Moore (SBN 206779)
                 jennifer@moorelawgroup.com
                 MOORE LAW GROUP, PLLC
                 1473 South 4th Street
                 Louisville, KY  40208
                 Telephone: (502) 717-4080
                 Facsimile:  (502) 717-4086

                 *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I certify that on this 14th day of September, 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

        By: /s/ Jennifer A. Moore
        Jennifer A. Moore (SBN 206779)
        jennifer@moorelawgroup.com
        MOORE LAW GROUP, PLLC
        1473 South 4th Street
        Louisville, KY  40208
        Telephone: (502) 717-4080
        Facsimile:  (502) 717-4086