

August 20, 2020

**VIA ELECTRONIC MAIL ONLY**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    **Moore Law Group, PLLC's Confidential Response to PTO 216;
                  Submitted Pursuant to PTO 200 and FRE 408**

Dear Judge Chhabria:

Pursuant to Pretrial Order No. 216, Moore Law Group, PLLC provides this confidential response.  Given the importance of confidentiality, as this Court emphasized in PTO 200, wherein it reminded the parties that all "settlement discussions in this MDL are confidential and that the Court will not hesitate to enforce the confidentiality requirements with sanctions," I am submitting this response to your chambers, copying defense counsel, the Plaintiffs' Co-Leads, and this Court's appointed mediator.  I also confirmed that Bayer/Monsanto's counsel agreed with this approach in advance. ████████████████████████████████████████████████████████████████████████████████████████████████████

Over a year ago, I began negotiations with Bayer to settle claims on behalf of Moore Law Group, PLLC's clients exposed to Roundup who developed non-Hodgkin's lymphoma.  I also spent the past year engaged in negotiations with Bayer to settle thousands of Roundup claims on behalf of multiple law firms from across the country.



As this Court is aware, Bayer publicly announced settlement on June 24, 2020.  Such announcement included my firm's cases. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

September 14, 2020
Page 2

███████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

As always, I am available to answer any of the Court's questions.

                                              Sincerely yours,

                                              Jennifer A. Moore

cc:    Ken Feinberg
        Aimee H. Wagstaff
        Robin Greenwald
        Mike Miller
        Julie du Pont
        William Hoffman
        Brian Stekloff