# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>Hon. Vince Chhabria |
| This document relates to:<br>ALL ACTIONS | **BAUM HEDLUND ARISTEI & GOLDMAN, PC'S RESPONSE TO THE COURT'S AUGUST 27, 2020 ORDER** |

Pursuant to the Court's August 27, 2020 Order BAUM, HEDLUND, ARISTEI & GOLDMAN, PC is filing a redacted version of a letter sent to the Court on August 20, 2020 via email regarding settlement progress.  The redactions were made at Monsanto's request.  Since sending the letter, BAUM, HEDLUND, ARISTEI & GOLDMAN, PC entered into a fully executed and binding Master Settlement Agreement.[1]

DATED:  September 14, 2020

Respectfully submitted,

By:  /s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

Counsel for Plaintiffs *Terri McCall; Peter Johansing; Lynda Patterson; Rex Gibbs;*

---

[1] If the Court would like the complete, unredacted version of the letter filed, Baum Hedlund respectfully request leave to file the document under seal.

*David Means; Eric Morris; Mary Olah; Vicky Porath; Christopher Roberts; Brian Rosenblatt; Mark Scheffer; Donald Smith*

## CERTIFICATE OF SERVICE

I, R. Brent Wisner, hereby certify that, on September 14, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ R. Brent Wisner
R. Brent Wisner

BAUM HEDLUND ARISTEI & GOLDMAN, PC'S RESPONSE TO THE COURT'S AUGUST 27, 2020 ORDER