**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                   elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: *Gaytha Kraushar, individually and on behalf of Marvin Kraushar,* *v. Monsanto Co.*, Case No. 3:20-cv-05932-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.   Bayer AG is a publicly held corporation.

| | |
|---|---|
| 1  DATED: September 15, 2020 | Respectfully submitted, |
| 2 | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth (*pro hac vice*) |
| 3 | (jhollingsworth@hollingsworthllp.com) |
| | Eric G. Lasker (*pro hac vice*) |
| 4 | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| 5 | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| 6 | Telephone:  (202) 898-5800 |
| | Facsimile:   (202) 682-1639 |
| 7 | |
| 8 | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |