1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
11 |  | Case No. 3:16-md-02741-VC |

12 | This document relates to: |  |
13 | *Andrea Jones v. Monsanto Co.*, Case No. 3:20-cv-05933-VC |  |
14

15          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18       1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19       2.    Bayer AG is a publicly held corporation.

20 DATED:  September 16, 2020                Respectfully submitted,

21                                            /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth (*pro hac vice*)
22                                            (jhollingsworth@hollingsworthllp.com)
                                              Eric G. Lasker (*pro hac vice*)
23                                            (elasker@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
24                                            1350 I Street, N.W.
                                              Washington, DC  20005
25                                            Telephone:  (202) 898-5800
                                              Facsimile:   (202) 682-1639
26
                                              *Attorneys for Defendant*
27                                            *MONSANTO COMPANY*

28