1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:    (202) 682-1639
   Email:          jhollingsworth@hollingsworthllp.com
5                      elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |

12 | This document relates to: |
   |---|
   | *Donnie Leon Powell v. Monsanto Co.*, Case No. 3:20-cv-05623-VC |

15                   **MONSANTO COMPANY'S**
16      <u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**</u>

17         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:

22         Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23 Bayer AG has a financial interest in a party to the proceeding.

- 1 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-05623-VC

1  DATED: September 18, 2020            Respectfully submitted,

2

3                                       /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth (*pro hac vice*)
                                        (jhollingsworth@hollingsworthllp.com)
4                                       Eric G. Lasker (*pro hac vice*)
                                        (elasker@hollingsworthllp.com)
5                                       HOLLINGSWORTH LLP
                                        1350 I Street, N.W.
6                                       Washington, DC  20005
                                        Telephone:  (202) 898-5800
7                                       Facsimile:   (202) 682-1639

8                                       *Attorneys for Defendant*
                                        *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
- 2 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-05623-VC