UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*ALL CASES* | **PRETRIAL ORDER NO. 219: ORDER DENYING REQUEST TO REDACT LETTER**<br>Re: Dkt. No. 11739 |

In advance of the previous case management conference, different plaintiffs' lawyers sent "confidential" letters to the Court in which they complained about Bayer/Monsanto's efforts to finalize the settlements announced by the company in June. As the Court explained at the conference, these letters must be on the docket and part of the public record because they relate to the Court's management of the MDL and because there is no good cause (based in the rules of evidence or otherwise) to conceal them from the public. In response, the parties requested an opportunity to submit copies of the letters in partially redacted form, so as to protect any particularly sensitive details about communications between the parties. The Court agreed to give the parties that opportunity. However, one such letter has now been submitted, and it redacts virtually everything. The request to submit this redacted version of the letter is denied, and an unredacted version of the letter is being placed on the docket along with this order.

**IT IS SO ORDERED.**

Dated: September 22, 2020

_____

VINCE CHHABRIA
United States District Judge