Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRISCO DECARLOS GUEST )
) Case No: 16-MD-02741
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) **(CIVIL LOCAL RULE 11-3)**
MONSANTO COMPANY CORP. )
)
Defendant(s). )
)

I, ANTHONY C. IFEDIBA, an active member in good standing of the bar of ALABAMA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FRISCO DECARLOS GUEST in the above-entitled action. My local co-counsel in this case is ONYINYE ANYAMA, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1220 16 STREET SOUTH BIRMINGHAM AL 35205 | 18000 STUDE BAKER ROAD, STE 325 CERRITOS CA 90703 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (205) 933-1515 | (562) 645-4500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| aifediba@ifedibalaw.com | onyi@anyamalaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5751T70i.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/21/20                                                    ANTHONY C. IFEDIBA
                                                                         APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of ANTHONY C. IFEDIBA is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER