# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Sharon N. Harris**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Anthony C. Ifediba** was duly admitted to practice in said Court on **June 29, 2004** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **September 23, 2020.**

SHARON N. HARRIS, CLERK

By: *Pamela Cook*

Pamela R. Cook, Deputy Clerk