UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: *Meena Giri v. Monsanto Company* | Case No. 3:20-cv-04750-VC |

## MOTION TO WITHDRAW OF STEPHEN M. SPECHT
## AS ATTORNEY OF RECORD FOR PLAINTIFF

NOW COMES Wesley D. Merillat and Stephen M. Specht ("Movants"), and hereby respectfully moves the Court for permission to withdraw Stephen M. Specht from representing Plaintiff in the above-captioned matter. In support of this Motion, Movants state as follows:

1. Plaintiff is currently, and will continue to be, represented by Wesley D. Merillat of Charles E. Boyk Law Offices, LLC.

2. Movant Stephen M. Specht's Withdrawal as Counsel of Record should not cause any delay or prejudice to the parties or this proceeding.

WHEREFORE, all premises considered, and for good cause shown, Movants request that the Court grant permission for Stephen M. Specht to withdraw as counsel for Plaintiff.

Date: 09/24/2020                             Respectfully submitted,

                                             */s/ Wesley D. Merillat*
                                             Wesley D. Merillat (OH 0080253)
                                             CHARLES E. BOYK LAW OFFICES, LLC

1

                    1500 Timberwolf Drive
                    Holland, OH 43528
                    Phone: (419) 241-1395
                    Fax: (419) 241-8731
                    wmerillat@charlesboyk-law.com
                    *Attorney for Plaintiff*

                    */s/ Stephen M. Specht*
                    Stephen M. Specht (ID No. 326398)
                    GREEN & SCHAFLE, LLC
                    100 S. Broad Street, Suite 1218
                    Philadelphia, PA 19102
                    Phone: (215) 462-3330
                    Fax: (215) 567-1941
                    sspecht@greenlegalteam.com
                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September 2020, I electronically transmitted the foregoing Motion to Withdraw as Attorney of Record to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants associated with this case.

>Respectfully Submitted,
>
>*/s/ Wesley D. Merillat*
>Wesley D. Merillat (OH 0080253)