UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741<br><br>Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO:<br><br>*Meena Giri v. Monsanto Company*<br><br>Case No. 3:20-cv-04750-VC | ORDER GRANTING MOTION TO WITHDRAW |

**ORDER**

Before the Court is the Motion to Withdraw of Stephen M. Specht as Attorney of Record for Plaintiff filed herein. Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw of Stephen M. Specht as Attorney of Record for Plaintiff is hereby **GRANTED**, and that Stephen M. Specht is withdrawn as counsel of record herein for Plaintiff.

Date:

                                                              Honorable Vince Chhabria
                                                              United States District Court