1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |
11 | This document relates to: | |
12 | | |
   | *Kathryn Carchia and Dennis Carchia v. Monsanto Co.*, | |
13 | Case No. 3:20-cv-05873-VC | |
14 | | |

15        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18        1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.    Bayer AG is a publicly held corporation.

20 DATED:  September 30, 2020                  Respectfully submitted,

21                                             /s/ Joe G. Hollingsworth
22                                             Joe G. Hollingsworth (*pro hac vice*)
                                               (jhollingsworth@hollingsworthllp.com)
23                                             Eric G. Lasker (*pro hac vice*)
                                               (elasker@hollingsworthllp.com)
24                                             HOLLINGSWORTH LLP
                                               1350 I Street, N.W.
25                                             Washington, DC  20005
                                               Telephone:  (202) 898-5800
26                                             Facsimile:   (202) 682-1639

27                                             *Attorneys for Defendant*
                                               *MONSANTO COMPANY*
28