**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:         elasker@hollingsworthllp.com
                    mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Richard L. Hammett, et al. v. Monsanto Co., et al.*, Case No. 3:20-cv-06236 | |

**MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT**

Pursuant to Pretrial Order No. 183, defendant Monsanto Company ("Monsanto") hereby submits this report regarding a lawsuit that: (a) was directly filed in this district last month (September 2020); and (b) apparently fails to comply with the venue requirement: *Richard L. Hammett, et al. v. Monsanto Co., et al.*  Plaintiff Richard Hammett and Mary Hammett filed a Complaint and a First Amended Complaint.  Both pleadings allege that plaintiffs "at all relevant times" were residents and citizens of San Diego County, California, Complaint ¶¶ 8-9; First Amended Complaint ¶¶ 8-9, and that Mr. Hammett used Roundup®-branded herbicides on

2

plaintiffs' "real estate property," Complaint ¶ 114; First Amended Complaint ¶ 114.  Plaintiffs do not allege any connections between their claims and the Northern District of California.

DATED:  October 1, 2020                              Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*
