**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Carson v. Monsanto Co., et al.,*<br>Case No. 3:20-cv-06238 | MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND**<br><br>Hon. Vince Chhabria<br>Date: November 5, 2020<br>Time: 10:00 a.m.<br>Courtroom: 4 |

Before this Court is Plaintiff's Motion to Remand to State Court. Upon consideration of the written and oral submissions by the parties, it is ORDERED that Plaintiff's Motion to Remand is GRANTED.

DATED: _____          _____
                                Hon. Vince Chhabria
                                UNITED STATES DISTRICT JUDGE