IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD L. HAMMETT** and **MARY HAMMETT,**<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**MONSANTO COMPANY and JOHN DOES 1-50,**<br><br>　　　　Defendants. | Case No:  3:20-cv-06236<br><br>Re:  Dkt. No. 8 |

**PLAINTIFFS'S RESPONSE TO MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT**

On October 1, 2020, defendant Monsanto Company filed its monthly PTO 183 reporting identifying the above-captioned action as having been directly filed in this Court despite a lack of appropriate venue.   Plaintiffs concede defendant's point, having erroneously filed this action before this Court rather than in the proper venue of the United States District Court for the Southern District of California.

However, unlike the actions at issue in PTO 183, plaintiffs here did not file a multi-plaintiff complaint in contradiction of the rules of personal jurisdiction and venue.   The undersigned counsel and firm further have no prior history of such multi-plaintiff or procedurally abusive filings.   Instead, plaintiffs erroneously filed in this Court due to a data entry error that misidentified the court in which their action should be filed.   Plaintiffs, and the undersigned counsel responsible for this error, apologize for their inadvertent mistake.

Having now recognized and acknowledged this error, plaintiffs respectfully request that this Court transfer their action to the Southern District of California pursuant to 28 USC §

1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought"). Alternatively, as plaintiffs's action is substantively destined for inclusion in MDL 2741, defendants' consent would similarly permit it to remain before this Court for the sake of judicial economy.  *Id.*

                Respectfully submitted,

By:  /s/ Michael J. Williams
      Michael J. Williams, Esq.
      Cellino & Barnes, P.C.
      2500 Main Place Tower
      350 Main Street
      Buffalo, NY  14202-3725
      Telephone Number 1.716.888.8888
      Fax Number 1.716.854.6291
      michael.williams@cellinoandbarnes.com
      Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

                /s/  Michael J. Williams

[Type text]

[Type text]