UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Richard L. Hammett, et al. v. Monsanto Co., et al., Case No. 3:20-cv-06236* | **ORDER DIMISSING INDIVIDUAL CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 11878, 11882 |

*Richard L. Hammett, et al. v. Monsanto Co., et al.* is dismissed without prejudice for failing to comply with the rules of personal jurisdiction and venue, as explained in Pretrial Order No. 183 (Dkt. No. 7196).

**IT IS SO ORDERED.**

Dated: October 9, 2020

VINCE CHHABRIA
United States District Judge