1 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 | Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 | Washington, DC  20005
Telephone:   (202) 898-5800
4 | Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
5 |                    elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Kim Bowen, as successor in interest for Octavia Renee Powell, Deceased v. Monsanto Co.*, Case No. 3:20-cv-06773-VC | |

## **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.     Bayer AG is a publicly held corporation.

| | | |
|---|---|---|
| 1 | DATED:  October 14, 2020 | Respectfully submitted, |
| 2 | | /s/ Joe G. Hollingsworth |
| | | Joe G. Hollingsworth (*pro hac vice*) |
| 3 | | (jhollingsworth@hollingsworthllp.com) |
| | | Eric G. Lasker (*pro hac vice*) |
| 4 | | (elasker@hollingsworthllp.com) |
| | | HOLLINGSWORTH LLP |
| 5 | | 1350 I Street, N.W. |
| | | Washington, DC  20005 |
| 6 | | Telephone:  (202) 898-5800 |
| | | Facsimile:   (202) 682-1639 |
| 7 | | |
| | | *Attorneys for Defendant* |
| 8 | | *MONSANTO COMPANY* |

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-06773-VC