1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
11
   | This document relates to: | |
12 | | |
   | *Jack L. Richards, Executor of the Estate of Kathleen L. Richards v. Monsanto Co.*, Case No. 3:20-cv-06508-VC | |
13
14

15         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18         1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19         2.      Bayer AG is a publicly held corporation.

20 DATED:  October 15, 2020                    Respectfully submitted,

21
                                               /s/ Joe G. Hollingsworth
22                                             Joe G. Hollingsworth (*pro hac vice*)
                                               (jhollingsworth@hollingsworthllp.com)
23                                             Eric G. Lasker (*pro hac vice*)
                                               (elasker@hollingsworthllp.com)
24                                             HOLLINGSWORTH LLP
                                               1350 I Street, N.W.
25                                             Washington, DC  20005
                                               Telephone:  (202) 898-5800
26                                             Facsimile:   (202) 682-1639

27                                             *Attorneys for Defendant*
                                               *MONSANTO COMPANY*
28