# EXHIBIT 1



standing at the ready to help you find the right resolution, for this season and beyond.

Plus, our established background in specialty crops gives us the unique expertise to tailor solutions to every crop, grower and field. Because we know there's no single magic solution. But there can be a one-stop-shop that has every solution you need. So, team up with the people who have the most advanced crop production technology on the market and watch your return on investment climb higher and higher. Keep reading to see how we can help your growing business today.



## Products

There's a solution to every growing problem, and Wilbur-Ellis' range of products is here to help. And we're not just throwing any old solution at your specific problem – we're tapping into our services and expertise to collaborate and find what works best for you.

→

## Services

With boots on the ground, in the sky, and in your fields, Wilbur-Ellis services help you put your investment to work as best as possible. Soil sampling, tissue sampling, field scouting, water management, imagery, and application experts are all standing at the ready to work with you and give your fields the best in the industry.

→ Work With Us



### Pro Markets

We're ready to work with you to grow a more beautiful world. Whether that's greenhouse, nursery, forestry, turf, or anything in between, Wilbur-Ellis Pro Markets has the products and expertise for you.

→ Visit the Pro Markets Site





## Working at Wilbur-Ellis

Find your career in a world of
creativity and strength.

+ Corporate

+ Services

+ Contact Us

+ News

+ Terms & Conditions

+ Privacy

Wilbur-Ellis Company LLC © 2020