# EXHIBIT C



*14107361*

FILED

JAN 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
ALAMEDA COUNTY

DEC 26 2019

CLERK OF THE SUPERIOR COURT
By_____ Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Berliant v. Monsanto Co.*, 19-cv-7189 | **PRETRIAL ORDER NO. 198: GRANTING MOTION TO REMAND**<br>Re: Dkt. No. 7375 |

Berliant's motion to remand is granted. Berliant claims that D&D Venture Group's sale of Roundup was a "substantial factor" in his injury, either by causing his cancer or promoting its growth. *Rutherford v. Owens-Illinois, Inc.*, 16 Cal. 4th 953, 982 (1997). That claim is doubtful, as Monsanto has produced evidence that Berliant likely never purchased Roundup from D&D, which opened its hardware store in June 2016. *See* Pham Decl. ¶¶ 6–7, Dkt. No. 7836-2. And even if Berliant did purchase two bottles of Roundup from D&D in September 2016, *see* Berliant Decl. ¶ 2, Dkt. No. 7963-1, the scientific basis for finding so short a latency period or for concluding that the two bottles exacerbated a cancer caused by 27 years of Roundup exposure is shaky at best. But this dispute demands "a searching inquiry into the merits of the plaintiff's case," a task that this Court cannot perform at this time. *Grancare, LLC v. Thrower by and through Mills*, 889 F.3d 543, 549 (9th Cir. 2018). Accordingly, Berliant's claims against D&D are not "wholly frivolous and insubstantial," and thus cannot be disregarded for purposes of removal jurisdiction. *Id.* (quoting *Bell v. Hood*, 327 U.S. 678, 682–83 (1946)).

Berliant's request for attorney's fees and costs associated with this motion under 28 U.S.C. § 1447(c) is denied because Monsanto had an objectively reasonable basis for removing this action to federal court. *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005). As

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.

Date Filed: 12-16-19

SUSAN Y. SOONG, Clerk
By: _____, Deputy Clerk

explained above, although Berliant's theory of relief is not wholly frivolous, it is dubious.

**IT IS SO ORDERED.**

Dated: December 16, 2019

_____
VINCE CHHABRIA
United States District Judge

CLOSED

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:19-cv-07189-VC
### Internal Use Only

Berliant et al v. Monsanto Company et al
Assigned to: Judge Vince Chhabria
Lead case: 3:16-md-02741-VC
Member case: (View Member Case)
Case in other court: Marin County Superior Court, CIV 1903556
Cause: 28:1132 E.R.I.S.A.

Date Filed: 10/31/2019
Date Terminated: 12/16/2019
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Victor Berliant**     represented by     **Curtis George Hoke**
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672-4224
Fax: (540) 672-3055
Email: cghoke@millerllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Brady**
Law Offices of Steven Brady
1015 Irwin Street
Suite A
San Rafael, CA 94901
415-517-7773
Fax: 415-459-7303
Email: mail@bradylawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Berliant**     represented by     **Curtis George Hoke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Brady**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
By /s/ Felicia Brown
Deputy Clerk
Date 12/17/19

V.

**Defendant**

Monsanto Company     represented by **Eric Gordon Lasker**
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: elasker@hollingsworthllp.com
*ATTORNEY TO BE NOTICED*

**Samuel Zachary Fayne**
Arnold and Porter Kaye Scholer LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111
415-471-3114
Email: Zachary.Fayne@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Wilbur-Ellis Company, LLC

**Defendant**

Wilbur-Ellis Nutrition, LLC
*Formerly Wilbur-Ellis Feed, LLC*

**Defendant**

D&D Venture Group, Inc.
*d/b/a Chase Ace Hardware Garden & Gift Emporium*     represented by **Joe G. Hollingsworth**
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
202-898-5800
Email: jhollingsworth@hollingsworthllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2019 | 1 | NOTICE OF REMOVAL *of Berliant Case* from Superior Court of the State of California for the County Marin. Their case number is CIV 1903556. (Filing fee $400 receipt number 0971-13843739). Filed byMonsanto Company. (Attachments: # 1 Exhibit 1 Marin Superior Court File, # 2 Exhibit 2 Declaration of Scott Hushbeck, # 3 Exhibit 3 Declaration of George Arkoosh, # 4 Exhibit 4 Declaration of Steven Gould, # 5 Exhibit 5 Berlaint Plaintiff Fact Sheet, # 6 Exhibit 6 Declaration of |

| | | |
|---|---|---|
| | | David Harrison, # 7 Exhibit 7 Declaration of Kenneth B. Miller, M.D., # 8 Civil Cover Sheet)(Fayne, Samuel) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 10/31/2019 | 2 | Certificate of Interested Entities by Monsanto Company identifying Corporate Parent Bayer AG for Monsanto Company. (Fayne, Samuel) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 10/31/2019 | 3 | Corporate Disclosure Statement by Monsanto Company identifying Corporate Parent Bayer AG for Monsanto Company. (Fayne, Samuel) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 10/31/2019 | 4 | CERTIFICATE OF SERVICE by Monsanto Company re 2 Certificate of Interested Entities, 1 Notice of Removal,, 3 Certificate of Interested Entities (Fayne, Samuel) (Filed on 10/31/2019) (Entered: 10/31/2019) |
| 11/01/2019 | 5 | Case assigned to Judge Vince Chhabria. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (haS, COURT STAFF) (Filed on 11/1/2019) (Entered: 11/01/2019) |
| 11/04/2019 | | MEMBER CASE OPENED: Berliant v. Monsanto Company, Opened in California Northern District as 3:19-cv-07189 VC pursuant cc: JPMDL (fabS, COURT STAFF) (Filed on 11/4/2019) (Entered: 11/04/2019) |
| 11/04/2019 | 6 | Emergency MOTION to Remand *PLAINTIFFS EMERGENCY MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA AND FOR ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)* filed by Linda Berliant, Victor Berliant. Motion Hearing set for 12/12/2019 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 11/18/2019. Replies due by 11/25/2019. (Attachments: # 1 Memorandum in Support of Motion, # 2 Declaration of Curtis G. Hoke, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Hoke, Curtis) (Filed on 11/4/2019) (Entered: 11/04/2019) |
| 11/13/2019 | 7 | ANSWER to Complaint with Jury Demand byD&D Venture Group, Inc.. (Hollingsworth, Joe) (Filed on 11/13/2019) (Entered: 11/13/2019) |
| 11/18/2019 | 8 | OPPOSITION/RESPONSE (re 6 Emergency MOTION to Remand *PLAINTIFFS EMERGENCY MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA AND FOR ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447* |

| | | |
|---|---|---|
| | | *(c)* ) filed byMonsanto Company. (Attachments: # 1 Declaration (supplemental) of Kenneth B. Miller, # 2 Declaration of Damon Pham, # 3 Declaration of Martin Calhoun)(Lasker, Eric) (Filed on 11/18/2019) (Entered: 11/18/2019) |
| 11/19/2019 | 9 | Certificate of Interested Entities by D&D Venture Group, Inc. (Hollingsworth, Joe) (Filed on 11/19/2019) (Entered: 11/19/2019) |
| 11/19/2019 | 10 | Corporate Disclosure Statement by D&D Venture Group, Inc. (Hollingsworth, Joe) (Filed on 11/19/2019) (Entered: 11/19/2019) |
| 11/21/2019 | 11 | CLERK'S NOTICE RESCHEDULING THE HEARINGS RE (7056 in 3:16-md-02741-VC and 13 in 3:19-cv-06395-VC) MOTION to Remand , and (7375 in 3:16-md-02741-VC and 6 in 3:19-cv-07189-VC) Emergency MOTION to Remand *PLAINTIFFS EMERGENCY MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA AND FOR ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)*. Motion Hearing set for 12/16/2019 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. *(This is a text-only entry generated by the court. There is no document associated with this entry.)*(knm, COURT STAFF) (Filed on 11/21/2019) (Entered: 11/21/2019) |
| 11/25/2019 | 12 | REPLY (re 6 Emergency MOTION to Remand *PLAINTIFFS EMERGENCY MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA AND FOR ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)* ) filed byLinda Berliant, Victor Berliant. (Attachments: # 1 Declaration of Victor Berliant, # 2 Supplemental Declaration of Curtis G. Hoke, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Hoke, Curtis) (Filed on 11/25/2019) (Entered: 11/25/2019) |
| 12/11/2019 | 13 | **PRETRIAL ORDER NO. 195: VACATING HEARINGS; DIRECTING APPEARANCE AT CASE MANAGEMENT CONFERENCE. Signed by Judge Vince Chhabria on 12/11/2019. (knm, COURT STAFF) (Filed on 12/11/2019) (Entered: 12/11/2019)** |
| 12/16/2019 | 14 | **PRETRIAL ORDER NO. 198: GRANTING MOTION TO REMAND. Signed by Judge Vince Chhabria on 12/16/2019. (knm, COURT STAFF) (Filed on 12/16/2019) (Entered: 12/16/2019)** |
| 12/16/2019 | 🔒 | (Court only) ***Civil Case Terminated. (fabS, COURT STAFF) (Filed on 12/16/2019) (Entered: 12/17/2019) |
| 12/17/2019 | | MDL MEMBER CASE CLOSED: Pursuant to the Court's order of 12/16/19 in the MDL 3:16-md-02741 VC master file (dkt. #8493), civil case no. 3:19-cv-07189 VC is terminated. cc: JPMDL (fabS, COURT STAFF) (Filed on 12/17/2019) (Entered: 12/17/2019) |
| 12/17/2019 | 15 | CLERK'S NOTICE re remand. (fabS, COURT STAFF) (Filed on |

| | | 12/17/2019) (Entered: 12/17/2019) | |
|---|---|---|---|

Case 3:16-cv-02741-VC Document 1150-1 Filed 01/10/20 Page 9 of 9

