Kristy M. Arevalo, Esq. SBN: 216308
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Glaze, et al. v. Monsanto Company, et al.*<br>Case no. 3:20-cv-00064-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF MOTION AND MOTION TO SUBSTITUTE DEBORAH GLAZE IN PLACE OF GLYN GLAZE PURSUANT TO F.R.C.P. 25; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS; [PROPOSED] ORDER**<br><br>**Date: 12/10/2020**<br>**Courtroom: 4**<br>**Time: 10:00 a.m.**<br><br>**Judge Assigned: Vince Chhabria** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 10, 2020 at 10:00 a.m., telephonically or in person in Courtroom 4, United States District Court, Northern District of California, (450 Golden Gate Avenue, San Francisco California, 94102), as the Judge determines, Plaintiffs Glyn Glaze and Deborah Glaze, by and through her undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 25, respectfully moves this Court for an order substituting Deborah Glaze in the place of Glyn Glaze so that his claims against Defendants may continue forward.

1

NOTICE OF MOTION AND MOTION TO SUBSTITUTE DEBORAH GLAZE IN PLACE OF GLYN GLAZE PURSUANT TO F.R.C.P. 25

Plaintiff's Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, exhibits, and any additional argument, and evidence this Court may consider.

Dated: October 23, 2020                             **MCCUNE WRIGHT AREVALO, LLP**

                                    BY:     */s Kristy M. Arevalo*
                                                 Kristy M. Arevalo, Esq. SBN: 216308
                                                 kma@mccunewright.com
                                                 3281 East Guasti Road, Suite 100
                                                 Ontario, California 91761
                                                 Telephone: (909) 557-1250
                                                 Facsimile: (909) 557-1275

NOTICE OF MOTION AND MOTION TO SUBSTITUTE DEBORAH GLAZE IN PLACE OF GLYN GLAZE PURSUANT TO F.R.C.P. 25

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On November 15, 2019, Plaintiffs Glyn Glaze and Deborah Glaze, filed a products liability lawsuit in the Eastern District of Missouri, Case No. 4:19-cv-3107. Thereafter, the case was transferred into the MDL. (Dkt. No. 8577)

2. Plaintiff Glyn Glaze passed away per the Suggestion of Death filed on July 19, 2020. ("Exhibit A" (Death Certificate of Glyn Glaze))

3. Deborah Glaze is a proper party to make this suggestion because she is his surviving wife who has the right under California law to pursue a wrongful death action. Cal. Prob. Code § 7000.

4. Plaintiffs request that Deborah Glaze be substituted as the Plaintiff in this matter which is now a wrongful death and a survival action pursuant to F.R.C.P. 25(a)(1).

5. No party will be prejudiced by this amendment, and it serves the needs of justice.

6. Therefore, Plaintiffs requests that this Court enter an Order substituting Deborah Glaze in place of Glyn Glaze. The Plaintiff caption is requested to be amended as follows: "Deborah Glaze, individually, and as successor in interest for the estate of Glyn Glaze, deceased."

Dated: October 23, 2020        **MCCUNE WRIGHT AREVALO, LLP**

BY:   */s Kristy M. Arevalo*
Kristy M. Arevalo, Esq. SBN: 216308
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

**CERTIFICATE OF SERVICE**

     I, Kristy M. Arevalo, hereby certify that, on October 23, 2020, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a manner as authorized by F.R.C.P. 5(b)2.

>*/s/ Kristy M. Arevalo*
>Kristy M. Arevalo, Esq. SBN: 216308
>kma@mccunewright.com
>3281 East Guasti Road, Suite 100
>Ontario, California 91761
>Telephone: (909) 557-1250
>Facsimile: (909) 557-1275