# **EXHIBIT A**

# COUNTY of SAN BERNARDINO
## DEPARTMENT OF PUBLIC HEALTH
351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

### CERTIFICATE OF DEATH

3202036009187

| Field | Value |
|---|---|
| 1. Name of Decedent – First | GLYN |
| 2. Middle | MICHAEL |
| 3. Last (Family) | GLAZE |
| 6. Date of Birth | 1952 |
| 7. Age | 68 |
| 10. Sex | M |
| 9. Birth State/Foreign Country | PA |
| 10. Social Security Number | ...1725 |
| 11. Ever in U.S. Armed Forces | NO |
| 12. Marital Status | MARRIED |
| 13. Date of Death | 07/19/2020 |
| 14. Hour | 0720 |
| 15. Education | HS GRADUATE |
| 16. Decedent's Race | WHITE |
| 17. Usual Occupation | MECHANIC |
| 18. Kind of Business/Industry | TELECOMMUNICATION |
| 19. Years in Occupation | 30 |
| 20. Decedent's Residence | 4170 NEEDLES HIGHWAY #118 |
| 21. City | NEEDLES |
| 22. County/Province | SAN BERNARDINO |
| 23. Zip Code | 92363 |
| 24. Years in County | 68 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | GLYN MICHAEL GLAZE JR, SON — 36443 SCHAFER RANCH ROAD, YUCAIPA, CA 92399 |
| 27. Name of Surviving Spouse – First | DEBORAH |
| 28. Middle | LYNN |
| 29. Last (Birth Name) | WALLACE |
| 30. Name of Father/Parent – First | BILLY |
| 31. Middle | GOUGH |
| 32. Last | GLAZE |
| 33. Birth State | AL |
| 34. Name of Mother/Parent – First | ALICIA |
| 35. Middle | CLEMENTINA |
| 36. Last (Birth Name) | HELE |
| 37. Birth State | AL |
| 38. Disposition Date | 07/29/2020 |
| 39. Place of Final Disposition | SUNSET MEMORIAL CREMATORY, 9250 S. RANCHERO LANE, MOHAVE VALLEY, AZ 86440 |
| 40. Type of Disposition | TR/CR |
| 41. Signature of Embalmer | NOT EMBALMED |
| 42. Name of Funeral Establishment | SUNSET FUNERAL CARE |
| 43. License Number | FD2160 |
| 44. Signature of Local Registrar | ERIN GUSTAFSON, MD, MPH |
| 45. Date | 07/29/2020 |
| 101. Place of Death | RESIDENCE HOSPICE |
| 103. County | SAN BERNARDINO |
| 104. Facility Address | 4170 NEEDLES HIGHWAY #118 |
| 105. City | NEEDLES |
| 107. Cause of Death – Immediate | LYMPHOMA — 1 YR |
| 112. Other Significant Conditions | NONE |
| 113. Operation Performed | NO |
| 114. Certifier | PAUL FRANCIS O'NEILL, M.D. |
| Decedent Attended Since | 07/17/2020 |
| Decedent Last Seen Alive | 07/19/2020 |
| 116. License Number | C151855 |
| 117. Date | 07/28/2020 |
| Physician Address | 2290 PALMER DR, LAKE HAVASU CITY, AZ 86406 |

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO } SS

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

MAXWELL OHIKHUARE, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

AUG 28 2020

*002840836*

This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


