Kristy M. Arevalo, Esq. SBN: 216308
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER TO SUBSTITUTE DEBORAH GLAZE IN PLACE OF GLYN GLAZE PURSUANT TO F.R.C.P. 25** |
| *Glaze, et al. v. Monsanto Company, et al.* Case no. 3:20-cv-00064-VC | |

## [PROPOSED] ORDER

1. Counsel for Plaintiff's motion is Granted.
2. Deborah Glaze is hereby substituted in place of Glyn Glaze.
3. Accordingly, the Plaintiff caption shall be amended as follows: "Deborah Glaze, individually, and as successor in interest for the estate of Glyn Glaze, deceased."

Dated:_____

_____
Hon. VINCE CHHABRIA
United States District Court Judge