Jere L. Beasley (BEA020)
jere.beasley@beasleyallen.com
Rhon E. Jones (JON093)
rhon.jones@beasleyallen.com
John E. Tomlinson (TOM014)
john.tomlinson@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama  36103
Phone: (334) 269-2343
Fax:(334) 954-7555

Jamie A. Johnston (JOH164)
jamie@jjohnstonpc.com
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone:  334.202.9228
Facsimile: 334.265.8789

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>*Phillip Mowry v Monsanto Company, et al.*, Case No. 3:20-cv-05536-VC<br><br>**Plaintiff Phillip Mowry only** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF JOHN TOMLINSON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** |

**DECLARATION OF JOHN TOMLINSON**

I, John Tomlinson, declare as follows:

1. I am an attorney admitted to practice law in the state of Alabama. I am an attorney at Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., one of the law firms representing Plaintiff Phillip Mowry. I am over the age of 18 years old, and if called to testify, I could and would testify to the facts stated in this Declaration. I submit this Declaration in support of Plaintiff Phillip Mowry's Motion to Remand.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff Phillip Mowry's Reponses to Defendant Harwell's Green Thumb Nursery, Inc.'s First Discovery to Plaintiff and his signed Verification page dated July 18, 2019.

3. Attached as **Exhibit B** is a true and correct copy of Defendant Harwell's Green Thumb Nursery, Inc.'s Answers to Plaintiff's First Interrogatories as produced to Plaintiff's counsel on August 6, 2019.

4. Attached as **Exhibit C** is a true and correct copy of Plaintiff Phillip Mowry's Responses to Defendant Monsanto Company's First Interrogatories and First Requests for Production of Documents to Plaintiff that were produced to Defendants on March 2, 2020.

5. Attached as **Exhibit D** is a true and correct copy of Defendant Harwell's Green Thumb Nursery, Inc.'s Answers to Monsanto Company's First Interrogatories as produced to Plaintiff's counsel on March 19, 2020.

6. Attached as **Exhibit C** is a true and correct copy of Plaintiff Phillip Mowry's Amended and Supplemental Responses to Defendant Monsanto Company's First Interrogatories to Plaintiff that were produced to Defendants on March 19, 2020.

I declare under penalty of perjury laws of the State of California that the foregoing is true and correct, and that this Declaration is executed on October 29, 2020 in Montgomery, Alabama.

/s/John E. Tomlinson\_\_\_\_
John E. Tomlinson