# EXHIBIT D

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| PHILLIP MOWRY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: CV-19-900520 |
| ) | |
| MONSANTO COMPANY, ) | |
| HARWELL'S GREEN THUMB ) | |
| NURSERY, INC. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT HARWELL'S GREEN THUMB NURSERY, INC.'S
## ANSWERS TO MONSANTO COMPANY'S FIRST SET OF INTERROGATORIES

COMES NOW Defendant, Harwell's Green Thumb Nursery, Inc., and responds to Monsanto Company's First Set of Interrogatories as follows:

### GENERAL OBJECTIONS

The Defendant generally objects to Monsanto Company's Instructions and Definitions section insofar as said Definitions are overly broad, vague, ambiguous, unduly burdensome and could seek confidential proprietary information, attorney-client privileged matters, information prepared in anticipation of litigation and/or attorney work product.

With waiving its objection, Defendant will respond to the discovery requests in compliance with the *Alabama Rules of Civil Procedure*.

1. STATE when HARWELL'S GREEN THUMB NURSERY first became aware of alleged defects of Roundup®-branded products (including whether such products are allegedly carcinogenic).

**ANSWER:** **While the exact date cannot be stated, sometime in early 2018 would have been the first occasion for any discussion regarding alleged defects with a Roundup®-branded product to have come to the attention of Harwell's green Thumb Nursery.**

2. STATE whether HARWELL'S GREEN THUMB NURSERY has relied upon the United States Environmental Protection Agency's approval and registration of Roundup®-

branded products (as well as its active ingredient, glyphosate) in selling Roundup®-branded products.

**ANSWER:** **Harwell's Green Thumb would have relied upon all U.S. Environmental Protection Agency approval and registration of Roundup®-branded products including but not limited to the active ingredient of glyphosate.**

3. STATE whether any of the Roundup®-branded products sold by HARWELL's GREEN THUMB NURSERY have ever contained "cancer" warnings on those products.

**ANSWER:** **No Roundup®-branded product ever sold by Harwell's Green Thumb Nursery contained any type of cancer warning.**

4. STATE whether HARWELL'S GREEN THUMB NURSERY made any specific representations, assurances and/or warranties to Philip Mowry regarding whether Roundup®-branded products are capable of causing cancer.

**ANSWER:** **Harwell's Green Thumb Nursery would have made no specific representations, assurances and/or warranties to Phillip Mowry as it relates to any Roundup®-branded product or its capability of potentially causing cancer.**

5. STATE whether HARWELL'S GREEN THUMB NURSERY intentionally concealed information from Phillip Mowry about any alleged defects of Roundup®-branded products (including whether such products are allegedly carcinogenic).

**ANSWER:** **Harwell's Green Thumb Nursery did not intentionally conceal any information from Phillip Mowry regarding any alleged defects of a Roundup®-branded product including whether the product may allegedly be carcinogenic. Harwell's would also refer to its responses to Request No. 1 and 2 in addition to show it has no records indicating the sale of any Roundup®-branded product to Phillip Mowry after early 2018.**

6. STATE whether HARWELL'S GREEN THUMB NURSERY intentionally deceived Phillip Mowry about any alleged defects of Roundup® products (including whether such products are allegedly carcinogenic).

**ANSWER:** **Harwell's Green Thumb Nursery did not intentionally deceive Phillip Mowry about any Roundup®-branded products including any alleged defects existing with such products or that they could be allegedly carcinogenic. Harwell's Green Thumb would additional refer to its response to Request No. 1 and 2 and show it has no records indicating the purchase of any Roundup®-branded products by Phillip Mowry after early 2018.**

7. STATE whether HARWELL'S GREEN THUMB NURSERY has ever been involved in the manufacture or assembly of Roundup®-branded products.

**ANSWER:** **Harwell's Green Thumb Nursery was never involved in the manufacture and/or assembly of any Roundup®-branded product.**

8. STATE whether HARWELL'S GREEN THUMB NURSERY has ever exercised substantial control over the design, testing, manufacture, packaging, or labeling of Roundup®-branded products.

**ANSWER:** **Harwell's Green Thumb Nursery at no point in time ever exercised substantial control over the design, testing, manufacture, packaging or labeling of any Roundup®-branded product. At all times, Harwell's would have sold any Roundup®-branded product as a finished good as it was designed, tested and manufactured by Monsanto.**

9. STATE whether HARWELL'S GREEN THUMB NURSERY has ever altered or modified Roundup®-branded products.

**ANSWER:** **Harwell's Green Thumb Nursery would have sold Roundup®-branded products to customers without any alteration or modification.**

3

10. STATE the name of the person who completed these interrogatory answers, their position at HARWELL'S GREEN THUMB NURSERY, and how long they have served in that capacity.

**ANSWER:    Charles Harwell.    Mr. Harwell is President of Harwell's Green Thumb Nursery and has been involved in the business in excess of forty years.**

_W Charles Harwell_
ON BEHALF OF HARWELL'S GREEN
THUMB NURSERY, INC.

STATE OF ALABAMA
COUNTY OF MONTGOMERY

Before me, the undersigned Notary Public, did personally appear _Charles Harwell_ who states to me that he is aware of the contents of the foregoing document, and that he did execute it voluntarily.

SWORN TO and SUBSCRIBED before me on this the _13_ day of _March_, 2020.

NOTARY PUBLIC
My commission expires: _6|2|2021_

5

/s/ *Gerald C. Swann, Jr.*
**GERALD C. SWANN, JR. (SWA005)**
**Attorney for Defendant Harwell's Green Thumb Nursery, Inc.**

**OF COUNSEL:**

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
445 Dexter Avenue, Suite 9045
Post Office Box 2148
Montgomery, AL 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
gswann@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record via Alafile electronic transmission and/or by placing same in the U.S. Mail, postage prepaid this the 19th day of March, 2020.

Jere L. Beasley
Rhon E. Jones
John E. Tomlinson
Grant M. Cofer
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Jere.beasley@beasleyallen.com
rhon.jones@beasleyallen.com
john.tomlinson@beasleyallen.com
grant.cofer@beasleyallen.com

Jamie A. Johnston
Jamie A. Johnston, PC
509 Cloverdale Road, Ste. 101
Montgomery, AL 36106
jamie@jjohnstonpc.com

Halron W. Turner
Turner, Onderdonk, Kimbrough, Howell, Huggins & Bradley, PA
13212 West Central Avenue
Post Office Drawer 1389
Chatom, Alabama 36518
hwt@tokh.com

/s/ *Gerald C. Swann, Jr.*
OF COUNSEL