1

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:   (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5            elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

11

12  This document relates to:

13  *Stevenson Lewis v. Monsanto Co.*,
Case No. 3:20-cv-07323-VC

14

MDL No. 2741

Case No. 3:16-md-02741-VC

15  **MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

16

17       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18  associations of persons, firms, partnerships, corporations (including parent corporations) or other

19  entities (i) have a financial interest in the subject matter in controversy or in a party to the

20  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21  substantially affected by the outcome of this proceeding:

22       Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23       Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

28

- 1 -

1  DATED:  October 30, 2020                    Respectfully submitted,

2

3                                              /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth (*pro hac vice*)
                                               (jhollingsworth@hollingsworthllp.com)
4                                              Eric G. Lasker (*pro hac vice*)
                                               (elasker@hollingsworthllp.com)
5                                              HOLLINGSWORTH LLP
                                               1350 I Street, N.W.
6                                              Washington, DC  20005
                                               Telephone:  (202) 898-5800
7                                              Facsimile:   (202) 682-1639

8                                              *Attorneys for Defendant*
                                               *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
- 2 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-07323-VC