**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *Mary Anne White, Amanda Vignone, and Jarret Vignone v. Monsanto Co., et al.,* Case No. 3:20-cv-05929-VC | |

<u>**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

      1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

      2.      Bayer AG is a publicly held corporation.

DATED:  October 30, 2020            Respectfully submitted,

                          <u>/s/ Joe G. Hollingsworth</u>
                          Joe G. Hollingsworth (*pro hac vice*)
                          (jhollingsworth@hollingsworthllp.com)
                          Eric G. Lasker (*pro hac vice*)
                          (elasker@hollingsworthllp.com)
                          HOLLINGSWORTH LLP
                          1350 I Street, N.W.
                          Washington, DC  20005
                          Telephone:  (202) 898-5800
                          Facsimile:   (202) 682-1639

                          *Attorneys for Defendant*
                          *MONSANTO COMPANY*