Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741  Master Docket Case No. 16-md-02741-VC  Honorable Judge Vince Chhabria  Case No.: 3:18-cv-00223-VC |
| THIS DOCUMENT RELATES TO: | |
| Phillip Skundrick | |
| v. | |
| Monsanto Company. | |

## MOTION TO SUBSTITUTE PARTY

COMES NOW the Plaintiff, Phillip Skundrick, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure 25, hereby requests the following substitution of party:

1. Plaintiff, Phillip Skundrick, passed away per the Suggestion of Death filed on October 23, 2020.

2. Matthew Skundrick has been appointed Executor of the Estate of Phillip Skundrick. Exhibit A.

3. As Executor of the Estate of Phillip Skundrick, Matthew Skundrick, has the capacity to proceed forward with the surviving claims on behalf of Phillip Skundrick.

4. Phillip Skundrick's claims of his Complaint survive his death pursuant to O.R.S. 115.305.

1

5. Matthew Skundrick has retained the firm of Wright & Schulte, LLC to continue the surviving claims of Phillip Skundrick.

6. Plaintiff prays that the Court enter an Order substituting Matthew Skundrick as the Executor of the Estate of Phillip Skundrick in this action in the place and instead of Phillip Skundrick.

Dated: October 30, 2020

Respectfully submitted,

/s/ Richard W. Schulte
Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
(Pro hac vice)
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Richard W. Schulte, hereby certify that on October 30, 2010, the foregoing document was served via the Court's CM/ECF system, which will automatically serve and send e-mail notification of the filing to all registered attorneys of record.

/s/ Richard W. Schulte
Richard W. Schulte

2