IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF JACKSON
100 S. Oakdale Ave
Medford Oregon 97501

**In the Matter of the Estate of:**     **Case No:** 19PB08293

Phillip Earl Skundrick            **LETTERS OF ADMINISTRATION**
                    Deceased

**The court certifies that:**

No will of Phillip Earl Skundrick, deceased, has been proved.

Matthew Skundrick has been appointed Administrator of the estate of the decedent.

10/28/2019
Date                                                              Signed: 10/28/2019 10:35 AM

_____
Court Clerk (Signature)

Christine Miller
Print Name

---

I certify that the Letters of Administration in this case are still in full force and effect and have not been revoked or set aside. I certify that this is a true, complete, and accurate copy of the original Letters of Administration filed in this case.

_____         _____
Date                             Court Clerk (signature)

                                 _____
                                 Print Name

SEAL