**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) Phillip Skundrick ) ) v. ) ) Monsanto Company. ) | MDL No. 2741 Master Docket Case No. 16-md-02741-VC Honorable Judge Vince Chhabria Case No.: 3:18-cv-00223-VC |

**PROPOSED ORDER**

1. Counsel for Plaintiff Phillip Skundrick's motion is Granted.

2. Matthew Skundrick, as Executor of the Estate of Phillip Skundrick, is substituted as Plaintiff in this action in the place and instead of Phillip Skundrick.

SO ORDERED in the United States District Court for the Northern District of California, this_____ day of _____, 2020.

_____
VINCE CHHABRIA
United States District Court Judge

1