**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                     elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Damaris Trinidad, Individually and as Representative of the Estate of Gladys Trinidad, Deceased, v. Monsanto Co.,* Case No. 3:20-cv-07325-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.       Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.       Bayer AG is a publicly held corporation.

1    DATED:  November 2, 2020                 Respectfully submitted,

2                                            /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth (*pro hac vice*)
3                                            (jhollingsworth@hollingsworthllp.com)
                                             Eric G. Lasker (*pro hac vice*)
4                                            (elasker@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
5                                            1350 I Street, N.W.
                                             Washington, DC  20005
6                                            Telephone:  (202) 898-5800
                                             Facsimile:   (202) 682-1639
7
                                             *Attorneys for Defendant*
8                                            *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28