1  **WILKINSON STEKLOFF LLP**
   Brian L. Stekloff (*pro hac vice*)
2  (bstekloff@wilkinsonstekloff.com)
   Tamarra Matthews Johnson (*pro hac vice*)
3  (tmatthewsjohnson@wilkinsonstekloff.com)
   Rakesh Kilaru (*pro hac vice*)
4  (rkilaru@wilkinsonstekloff.com)
   Cali Cope-Kasten (*pro hac vice*)
5  (ccope-kasten@wilkinsonstekloff.com)
   2001 M Street NW, 10th Floor
6  Washington, DC 20036
   Tel: (202) 847-4000
7  
   Fax: (202) 847-4005
8  
9  
   *Attorneys for Defendant*
10 MONSANTO COMPANY
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
14
15 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
16 | | Case No. 3:16-md-2741-VC |
17 | This document relates to: | **NOTICE OF FIRM NAME CHANGE AND E-MAIL CHANGE** |
18 | ALL ACTIONS | |

19
20
21
22
23
24
25
26
27
28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Wilkinson Walsh LLP has changed its name to Wilkinson Stekloff LLP, effective November 2, 2020.  The contact information for Brian L. Stekloff, Tamarra Matthews Johnson, Rakesh Kilaru, and Cali Cope-Kasten, counsel for Defendant Monsanto Company in the above-captioned action, is now:

WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005
bstekloff@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

DATED: November 2, 2020              Respectfully submitted,


                                     By: /s/ *Cali Cope-Kasten*
                                         Cali Cope-Kasten

                                     Brian L. Stekloff (*pro hac vice*)
                                     (bstekloff@wilkinsonstekloff.com)
                                     Tamarra Matthews Johnson (*pro hac vice*)
                                     (tmatthewsjohnson@wilkinsonstekloff.com)
                                     Rakesh Kilaru (*pro hac vice*)
                                     (rkilaru@wilkinsonstekloff.com)
                                     Cali Cope-Kasten (*pro hac vice*)
                                     (ccope-kasten@wilkinsonstekloff.com)
                                     WILKINSON STEKLOFF LLP
                                     2001 M Street NW, 10th Floor
                                     Washington, DC 20036
                                     Tel: (202) 847-4000
                                     Fax: (202) 847-4005

                                     *Attorneys for Defendant*
                                     *MONSANTO COMPANY*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED: November 2, 2020                     By: /s/ *Cali Cope-Kasten*
                                                 Cali Cope-Kasten