UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| | Hon. Vince Chhabria |
| This document relates to:<br>ALL ACTIONS | **JOINT CASE MANAGEMENT STATEMENT AND LITIGATION PLAN** |

Pursuant to the Court's September 24, 2020 Minute Order, Plaintiffs' leadership and Monsanto's counsel hereby provide the following updates to the Court.

**I.     General Update**

There are currently 3,787 plaintiffs with pending cases within this MDL. 1,861 cases are not subject to a Master Settlement Agreement (MSA) or subject to a Term Sheet. 1,926 cases are subject to a Master Settlement Agreement or a Term Sheet. (The "Settled Cases"). It is important to note that while it is the expectation of both the PSC and Monsanto that the Settled Cases will result in stipulations of dismissal with prejudice, it is possible that some of these cases will not culminate in settlement because some MSAs have conditions which must be met, such as participation percentage rates, opt outs, or other target deadlines for them to become fully consummated, which have not yet occurred. Having said that, it is the expectation that the overwhelming majority of the Settled Cases will in fact result in full settlement and be dismissed with prejudice.

The parties remain actively engaged in ongoing settlement discussions and/or Monsanto is making contact with all of the counsel who represent these 1861 plaintiffs.[1] Additionally, Special Master, Ken Feinberg is serving as mediator between the parties with more than 9 formal mediations

---

[1] The numbers of cases provided throughout the pleading are best estimates as of this date. The numbers change on a regular basis and therefore should be considered approximations.

underway. Moreover, Special Master Feinberg has recently launched an effort to reach out to the remaining plaintiffs that are not currently in active discussions with Monsanto, particularly those with four or less cases in the MDL and *pro se* plaintiffs, to request information about those cases in order to facilitate resolution of these remaining plaintiffs' claims.

## II.     Wave 1 Cases

As of this date, roughly two-thirds of cases in Wave 1 are settled or subject to a finalized master settlement agreement. Monsanto is in discussions with plaintiffs' counsel in the remaining cases, and many are in the midst of mediation or have mediations scheduled in the near future. Given the constructive, ongoing mediations in several Wave 1 cases, the parties will be prepared to address which cases might be subject to remand at the November 9 hearing.

## III.    Wave 2 Cases

As of this date, roughly two-thirds of cases in Wave 2 are settled or subject to a finalized master settlement agreement. Monsanto is in discussions with plaintiffs' counsel in the remaining cases, and many are in the midst of mediation or scheduled to be mediated in the near future.

The parties agree the following schedule should apply in the Wave 2 cases.

| Event | Date |
| --- | --- |
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | February 19, 2021 |
| Plaintiffs' expert reports due. | March 5, 2021 |

| | |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | March 26, 2021 |
| Monsanto's expert reports due. | April 9, 2021 |
| Close of expert discovery. | May 17, 2021 |
| Monsanto's *Daubert* and summary judgment briefs due. | May 31, 2021 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | June 21, 2021 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | July 7, 2021 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | July 21, 2021 |
| *Daubert* hearing (if necessary). | August 23, 2021 |

### IV. Wave 3 Cases

Plaintiffs select Pennsylvania as their Wave 3 selection.  Monsanto selects Texas as its Wave 3 selection.

Cases transferred to the MDL from Pennsylvania District Courts are as follows:

| **Plaintiff's Name** | **MDL Case No.** | **Transferor Court** |
|---|---|---|
| Adams, Roy | 3:20-cv-06343 | USDC Eastern District PA |
| Baker, Richard | 3:19-cv-07593 | USDC Eastern District PA |
| Bonanni, Vincent | 3:19-cv-08382 | USDC Western District PA |
| Britt, Lawrence | 3:20-cv-05366 | USDC Eastern District PA |
| Cross, Judy | 3:20-cv-05366 | USDC Western District PA |
| Giri, Meena | 3:20-cv-05366 | USDC Eastern District PA |
| Homen, David | 3:20-cv-05366 | USDC Eastern District PA |
| Johnson, Frederick | 3:20-cv-05366 | USDC Eastern District PA |
| Johnson, Jeffrey | 3:20-cv-05366 | USDC Eastern District PA |
| Johnson, Melvin | 3:20-cv-05366 | USDC Eastern District PA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Karamichalakos, Amani | 3:20-cv-05366 | USDC Eastern District PA |
| Kelly, Diane | 3:20-cv-05366 | USDC Eastern District PA |
| Kirsch, John | 3:20-cv-05366 | USDC Eastern District PA |
| Kreitzer, Tyrone | 3:20-cv-05366 | USDC Middle District PA |
| Kuckenbrod, Roger | 3:20-cv-02972 | USDC Middle District PA |
| Mancini, Denise | 3:19-cv-07984 | USDC Western District PA |
| Manuel, Leon | 3:19-cv-08036 | USDC Eastern District PA |
| Bordner, Karen | 3:19-cv-06830 | USDC Eastern District PA |
| Miller, Loretta | 3:20-cv-07216 | USDC Western District PA |
| Modafferi, John | 3:20-cv-01277 | USDC Middle District PA |
| Pettinati, Marlene A. | 3:20-cv-03301 | USDC Eastern District PA |
| Bowen, Kim | 3:20-cv-06773 | USDC Eastern District PA |
| Pryor, John | 3:20-cv-03370 | USDC Eastern District PA |
| Ricke, Lawrence J. | 3:18-cv-06806 | USDC Middle District PA |
| Savory, Carl | 3:19-cv-05523 | USDC Eastern District PA |
| Schaffner, Jr., David | 3:20-cv-06988 | USDC Western District PA |
| Schieber, Joseph | 3:20-cv-04371 | USDC Middle District PA |
| Schroeder, Frederick N | 3:20-cv-07391 | USDC Eastern District PA |
| Shifflett, Kenneth | 3:20-cv-02806 | USDC Middle District PA |
| Shoop, Larry | 3:20-cv-05768 | USDC Middle District PA |
| Simonds, Anne | 3:20-cv-03112 | USDC Eastern District PA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Spector, Beth | 3:20-cv-03074 | USDC Eastern District PA |
| Troutman, Paul | 3:20-cv-04213 | USDC Middle District PA |
| Vosper, Ira | 3:19-cv-07375 | USDC Eastern District PA |
| Webster, Cara | 3:19-cv-00903 | USDC Western District PA |
| Wigglesworth, Maurice | 3:20-cv-05763 | USDC Eastern District PA |
| Wiley, Rufus | 3:20-cv-00842 | USDC Eastern District PA |
| Wiltrout, Robert | 3:20-cv-05623 | USDC Middle District PA |

Cases transferred to the MDL from Texas District Courts are as follows:

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adelson, Sally | 3:19-cv-00122 | USDC Western District TX |
| Alexander, M. | 3:19-cv-05599 | USDC Northern District TX |
| Ayers, Russell | 3:20-cv-05366 | USDC Southern District TX |
| Bayer, Suzanne | 3:20-cv-05366 | USDC Southern District TX |
| Eggleston, Lee | 3:20-cv-05366 | USDC Southern District TX |
| Jewell, Teresa | 3:20-cv-05366 | USDC Southern District TX |
| Millner, William | 3:20-cv-05366 | USDC Southern District TX |
| Mulch, Elsie | 3:20-cv-05366 | USDC Southern District TX |
| Norton, James | 3:20-cv-05366 | USDC Southern District TX |
| Nye, Sturdevant | 3:20-cv-05366 | USDC Southern District TX |
| Premoe, Charles | 3:20-cv-05366 | USDC Southern District TX |
| Smith, Eddie | 3:20-cv-05366 | USDC Southern District TX |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Stricklin, James | 3:20-cv-05366 | USDC Southern District TX |
| Timberlake, Paul | 3:20-cv-05366 | USDC Southern District TX |
| Banks, Willie | 3:20-cv-02972 | USDC Southern District TX |
| Blair, Joseph | 3:19-cv-07984 | USDC Eastern District TX |
| Cantu, Gilberto | 3:19-cv-08036 | USDC Southern District TX |
| Carriere, Hiram | 3:19-cv-06830 | USDC Southern District TX |
| Carroll, Raymond | 3:20-cv-07216 | USDC Eastern District TX |
| Chapman, Otis | 3:20-cv-01277 | USDC Southern District TX |
| Denkins, La Yuanda | 3:20-cv-03301 | USDC Southern District TX |
| Freel, Joni | 3:18-cv-06806 | USDC Northern District TX |
| Garces, Carolina | 3:19-cv-05523 | USDC Northern District TX |
| Garza, Juan | 3:20-cv-06988 | USDC Southern District TX |
| Gordon, James | 3:20-cv-04371 | USDC Southern District TX |
| Solis, Sylvia | 3:20-cv-07391 | USDC Western District TX |
| Howard, Christopher | 3:20-cv-02806 | USDC Southern District TX |
| Jones, Patricia | 3:20-cv-05768 | USDC Southern District TX |
| Jones, John | 3:20-cv-03112 | USDC Southern District TX |
| Koen, Bradley | 3:20-cv-03074 | USDC Western District TX |
| Lowe, Christopher | 3:20-cv-04213 | USDC Northern District TX |
| Lowery, Michael | 3:19-cv-07375 | USDC Western District TX |
| Muzquiz, Homero | 3:19-cv-00903 | USDC Southern District TX |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Ochoa, Salome | 3:20-cv-05763 | USDC Western District TX |
| Peters, Larry | 3:20-cv-00842 | USDC Northern District TX |
| Powell, Donnie | 3:20-cv-05623 | USDC Northern District TX |
| Scheh, Donald | 3:20-cv-02427 | USDC Eastern District TX |
| Sullivan, Susan | 3:20-cv-01583 | USDC Southern District TX |
| Vlasatik, Michael | 3:19-cv-07374 | USDC Southern District TX |
| Woods, Keith | 3:20-cv-06992 | USDC Southern District TX |

Wave III Court Ordered Deadlines:

The parties agree the following schedule should apply in the Wave 3 cases.

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 30 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 30 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | 10/26/2021 |
| Plaintiffs' expert reports due. | 11/8/2021 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 11/15/2021 |
| Monsanto's expert reports due. | 12/3/2021 |
| Close of expert discovery. | 1/10/2022 |
| Monsanto's *Daubert* and summary judgment briefs due | 1/24/2022 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 2/7/2022 |

| | |
|---|---|
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 2/21/2022 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 3/7/2022 |
| *Daubert* hearing (if necessary). | 4/11/2022 |

### V. *Gebeyehou v. Monsanto*.

The Court should rule on the pending motion for summary judgment in the *Gebeyehou* case on statute of limitations grounds.

DATED: November 2, 2020          Respectfully submitted,

By: /s/ Aimee Wagstaff
Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
ANDRUS WAGSTAFF, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
THE MILLER FIRM, LLC
108 Railroad Ave
Orange VA 22960
Telephone: (540) 672 4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

/s/ William Hoffman
William Hoffman (pro hac vice)
(william.hoffman@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW,
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (pro hac vice)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005


Attorneys for Defendant
MONSANTO COMPANY

9
NOVEMBER 2, 2020 JOINT CASE MANAGEMENT STATEMENT; 16-MD-0274

**CERTIFICATE OF SERVICE**

I certify that, on November 2, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

By: /s/ *Brian L. Stekloff*<br>
Brian L. Stekloff