UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Gebeyehou v. Monsanto Co., et al.*,<br>3:16-cv-05813-VC | **PRETRIAL ORDER NO. 220: REQUIRING AN UPDATE ON THE STATUTE-OF-LIMITATIONS ISSUE** |

      Because the litigation stay expires on November 9, the Court is preparing to resume work on pending motions in the Roundup cases that have not been settled. In the *Gebeyehou* case, there is a pending motion for summary judgment, in part based on the two-year statute of limitations. There is overwhelming evidence that, more than two years before he filed his lawsuit, Gebeyehou believed (or at least strongly suspected) that Roundup had caused his NHL. Email correspondence shows that he investigated the matter with his doctor more than two years prior to the lawsuit, telling his doctor that he was 95 percent sure that Roundup had caused his NHL. And Gebeyehou testified at his deposition that he was actively researching the question more than two years before he filed his lawsuit (and that his wife was aware of this). The parties are ordered to file supplemental briefs addressing the following questions:

- Have any cases been decided under California law since the summary judgment hearing on February 13, 2019, that support a conclusion that the clock did not begin running on Gebeyehou's claim more than two years before he filed suit?

- Assuming the clock began running more than two years before the lawsuit was filed, have any cases been decided under California law since the summary judgment hearing that support a conclusion that the clock stopped running at any point?
- Assuming that Gebeyehou or his lawyer were in fact negligent in failing to file the lawsuit within two years, does California law permit the Court to excuse that negligence?

Monsanto's brief is due 14 days from this order. Gebeyehou's brief is due 21 days from this order. Counsel for Gebeyehou is required to give a copy of this order to his client and to ensure that his client understands its meaning. Counsel must file a declaration within 7 days of this order attesting that he has done this. Gebeyehou's counsel is also directed to appear at the upcoming case management conference on November 9, 2020 at 12:30 p.m. for the purpose of setting a trial date, with the understanding that a trial would only occur if Gebeyehou can overcome the significant statute of limitations problem discussed above.

**IT IS SO ORDERED.**

Dated: November 3, 2020

VINCE CHHABRIA
United States District Judge