UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *ALL CASES* | **PRETRIAL ORDER NO. 221: ORDER POSTING LETTERS** |

Because the parties have not submitted proposed redactions to the letters that plaintiffs' lawyers previously submitted confidentially to the Court, those letters are now posted on the public docket as attachments to this order.

**IT IS SO ORDERED.**

Dated: November 3, 2020

VINCE CHHABRIA
United States District Judge