

August 20, 2020

**VIA ELECTRONIC MAIL ONLY**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

> Re:   Moore Law Group, PLLC's Confidential Response to PTO 216;
>       Submitted Pursuant to PTO 200 and FRE 408

Dear Judge Chhabria:

Pursuant to Pretrial Order No. 216, Moore Law Group, PLLC provides this confidential response.  Given the importance of confidentiality, as this Court emphasized in PTO 200, wherein it reminded the parties that all "settlement discussions in this MDL are confidential and that the Court will not hesitate to enforce the confidentiality requirements with sanctions," I am submitting this response to your chambers, copying defense counsel, the Plaintiffs' Co-Leads, and this Court's appointed mediator.  I also confirmed that Bayer/Monsanto's counsel agreed with this approach in advance.  Further, given the sensitive moment we are facing in this litigation, public disclosure of the contents of this letter could jeopardize the settlement between Bayer/Monsanto and Moore Law Group, PLLC.

Over a year ago, I began negotiations with Bayer to settle claims on behalf of Moore Law Group, PLLC's clients exposed to Roundup who developed non-Hodgkin's lymphoma.  I also spent the past year engaged in negotiations with Bayer to settle thousands of Roundup claims on behalf of multiple law firms from across the country.

On March 2, 2020, the parties executed a Term Sheet to settle Moore Law Group's Roundup cases.  The Term Sheet contained a date certain by which the parties had to execute a master settlement agreement ("MSA"); otherwise, the Term Sheet would convert to a MSA unless Monsanto terminated it.  The parties retained the ability to extend the date to allow additional time for MSA negotiations instead of termination.

As this Court is aware, Bayer publicly announced settlement on June 24, 2020.  Such announcement included my firm's cases.  In fact, the day before the announcement, a top executive at Bayer told me that we had a settlement and the announcement would include my firm.  When I expressed concern about Bayer making a public settlement announcement without an executed MSA, Bayer assured me once again that we had a deal and that we would finalize

August 21, 2020
Page 2
_____

and execute the MSA in the coming days.  On the day of the announcement Bayer told me that the board of directors had approved my firm's settlement.

Relying on these representations and the fact Bayer announced it publicly, that same day I notified my clients of the aggregate settlement.  I previously informed Bayer that I would be doing this at that time because of their announcement.

Subsequent to this Court's entry of PTO 214, Bayer informed me that the board had put a "pause" on all settlements and my deal would need to be "reapproved;" meanwhile, we continued to negotiate the terms of the MSA.

After numerous calls with defense counsel, we finalized the MSA and at Bayer/Monsanto's request I sent an executed copy of the MSA to their outside counsel on August 3, 2020.  Outside counsel then asked for additional minor edits, which I agreed to.  I, again, sent an executed version of the final MSA on August 7, 2020.  Bayer/Monsanto has refused to countersign the MSA despite it being finalized and telling me for months we have a deal.

Since the parties signed the Term Sheet on March 2, 2020, Bayer/Monsanto has requested 23 extensions, 22 of which I agreed to, the last expiring on August 19th.  I agreed to the extension to August 19, 2020 with the understanding that was the day Bayer's board of directors was expected to re-approve Moore Law Group's settlement, among others.  I learned the night before that Bayer would not ask for reapproval of any settlement deal including mine until unrelated issues are resolved.  On August 19, 2020, Bayer's outside counsel requested an extension, which is still being negotiated.

As always, I am available to answer any of the Court's questions.

                                              Sincerely yours,

                                              Jennifer A. Moore

cc:   Ken Feinberg
      Aimee H. Wagstaff
      Robin Greenwald
      Mike Miller
      Julie du Pont
      William Hoffman
      Brian Stekloff