Tesfaye W. Tsadik, Esq., CSB#108103
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 839-3922
Facsimile: (510) 844-2781
Email: ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIOUM GEBEYEHOU**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MONSANTO COMPANY,**<br><br>**Defendant.** | Case No. 16-md-02741 VC<br>Case No. 16-cv-05813 VC<br><br>**CERTIFICATE OF SERVICE OF PRETRIAL ORDER # 220** |

I, Tesfaye W. Tsadik, do declare and state as follows:

2. On November 3, 2020 I e-mailed a copy of Pre-trial Order # 220 to Mr. Gebeyehou and confirmed, on my subsequent telephone call the same day, that he did received the order and able to download it.

3. I also requested that he also signed an acknowledgment of receipt of the order which is attached as **Exhibit A**, to this declaration.

I declare under penalty of perjury and the laws of the State of California and United States the forgoing is true and correct.

Executed November 5, 2020 at Oakland, California.

/s/Tesfaye W. Tsadik
Tesfaye W. Tsadik, Esq.

*Certificate of Service: Pretrial Order# 220*          -1-

# EXHIBIT A
(Acknowledgment of Receipt)

## ACKNOWLEDGMENT OF RECEIPT OF PRETRIAL ORDER No. 220

I, Sioum Gebeyehou, hereby declare that I have received a copy of PRETRIAL ORDER No. 220 filed in my case, *Gebeyehou v. Monsanto*, MDL No. 2741 VC and 3:16-cv-05813 VC, on November 3, 2014, the same day the order was filed.

I declare under penalty of perjury and the laws of the state of California and the United States that the above is true and correct.

Dated: November 4, 2020

SIOUM GEBEYEHOU