1 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 | Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 | Washington, DC  20005
Telephone:  (202) 898-5800
4 | Facsimile:  (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5 |              elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS          MDL No. 2741
LIABILITY LITIGATION
11 |                                  Case No. 3:16-md-02741-VC

12 | This document relates to:

13 | *Sedrick D. Edwards v. Monsanto Co.*,
Case No. 3:20-cv-06987-VC
14

15 | **MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17 | Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 | associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 | entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 | substantially affected by the outcome of this proceeding:

22 | Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23 | Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

- 1 -
28 | MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:20-cv-06987-VC

1   DATED:  November 11, 2020                    Respectfully submitted,

2

3                                               /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth (*pro hac vice*)
                                                (jhollingsworth@hollingsworthllp.com)
4                                               Eric G. Lasker (*pro hac vice*)
                                                (elasker@hollingsworthllp.com)
5                                               HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
6                                               Washington, DC  20005
                                                Telephone:  (202) 898-5800
7                                               Facsimile:   (202) 682-1639

8                                               *Attorneys for Defendant*
                                                *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          - 2 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                3:16-md-02741-VC & 3:20-cv-06987-VC