## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Clynton Blyth v Monsanto Co. and ) <br> Poudre Valley Co-Operative Association, ) <br> Inc., Case No. 3:19-CV-05651-VC ) | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |

### NOTICE OF CHANGE IN COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Attorney Margaret Masters is no longer employed by the undersigned law firm and is no longer counsel of record for Defendant POUDRE VALLEY CO-OPERATIVE ASSOCIATION, INC.  Attorney Jeff Massey continues to represent Defendant POUDRE VALLEY CO-OPERATIVE ASSOCIATION, INC., in this matter.

Dated:  November 11, 2020                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　__s/ Jeff Massey_____
　　　　　　　　　　　　　　　　　　　　　　　　**Jeff Massey, # 39880**
　　　　　　　　　　　　　　　　　　　　　　　　Stinnett Law Group PLLC
　　　　　　　　　　　　　　　　　　　　　　　　2 N. Cascade Ave., Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　　Colorado Springs, CO 80903
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 719-999-5121
　　　　　　　　　　　　　　　　　　　　　　　　FAX:  719-999-5922
　　　　　　　　　　　　　　　　　　　　　　　　E-mail:  jeff@stlawgrp.com

　　　　　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendant Poudre Valley Co-Operative Association, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document has been served on all counsel of record through the court's electronic case filing (ECF) system on the 11th day of November, 2020, including:

Andrew Ramos
Balaban Law LLC
8055 East Tufts Ave., Suite 325
Denver, CO 80237
*Counsel for Plaintiff*

Eric Hobbs
Shook, Hardy & Bacon, L.L.P.
1660 17th St., #450
Denver, CO  80202
*Counsel for Defendant Monsanto Company*

　　　　　　　　　　　　　　　　　　　　　__s/ Jeff Massey___
　　　　　　　　　　　　　　　　　　　　　**Jeff Massey**