# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| Clynton Blyth v Monsanto Co. and Poudre Valley Co-Operative Association, Inc., Case No. 3:19-CV-05651-VC | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Jeff Massey, counsel of record for Defendant POUDRE VALLEY CO-OPERATIVE ASSOCIATION, INC., hereby requests the Court, all parties, and all counsel of record to take notice of his new law firm name and new e-mail address, effective immediately:

> Jeff Massey
> **Stinnett Law Group PLLC**
> 2 N. Cascade Avenue, Suite 1400
> Colorado Springs CO 80903
> Phone:  719-999-5121
> Fax:  719-999-5922
> E-Mail:  jeff@stlawgrp.com

Only the firm name and e-mail address of counsel have changed.  The street address and telephone numbers are unchanged.

1

Dated:  November 11, 2020 Respectfully submitted,

   s/ Jeff Massey
**Jeff Massey, # 39880**
Stinnett Law Group PLLC
2 N. Cascade Ave., Suite 1400
Colorado Springs, CO 80903
Telephone: 719-999-5121
FAX:  719-999-5922
E-mail:  jeff@stlawgrp.com

**Attorneys for Defendant Poudre Valley Co-Operative Association, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document has been served on all counsel of record through the court's electronic case filing (ECF) system on the 11th day of November, 2020, including:

Andrew Ramos
Balaban Law LLC
8055 East Tufts Ave., Suite 325
Denver, CO 80237
*Counsel for Plaintiff*

Eric Hobbs
Shook, Hardy & Bacon, L.L.P.
1660 17th St., #450
Denver, CO  80202
*Counsel for Defendant Monsanto Company*

   s/ Jeff Massey
**Jeff Massey**