UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> James Harmon v Monsanto Company ) <br> and Poudre Valley Co-Operative ) <br> Association, Inc., Case No. 1:20-CV-01572 ) | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Jeff Massey, counsel of record for Defendant POUDRE VALLEY CO-OPERATIVE ASSOCIATION, INC., hereby requests the Court, all parties, and all counsel of record to take notice of his new law firm name and new e-mail address, effective immediately:

>Jeff Massey
>**Stinnett Law Group PLLC**
>2 N. Cascade Avenue, Suite 1400
>Colorado Springs CO 80903
>Phone:  719-999-5121
>Fax:  719-999-5922
>E-Mail:  jeff@stlawgrp.com

Only the firm name and e-mail address of counsel have changed.  The street address and telephone numbers are unchanged.

1

Dated: November 11, 2020

Respectfully submitted,

  s/ Jeff Massey
**Jeff Massey, # 39880**
Stinnett Law Group PLLC
2 N. Cascade Ave., Suite 1400
Colorado Springs, CO 80903
Telephone: 719-999-5121
FAX: 719-999-5922
E-mail: jeff@stlawgrp.com

**Attorneys for Defendant Poudre Valley Co-Operative Association, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document has been served on all counsel of record through the court's electronic case filing (ECF) system on the 11th day of November, 2020, including:

Andrew Ramos
Balaban Law LLC
8055 East Tufts Ave., Suite 325
Denver, CO 80237
*Counsel for Plaintiff*

Terry Rogers
4450 Arapahoe Ave., Suite 100
Boulder, CO 80303
*Counsel for Plaintiff*

Lee Mickus
Evans Fears & Schuttert LLP
3200 Cherry Creek Drive South, Suite 380
Denver, CO 80209
*Counsel for Defendant Monsanto Company*

  s/ Jeff Massey
**Jeff Massey**