**GOLDBERG & OSBORNE LLP**
David J. Diamond, Esq.
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jaime Alvarez Calderon v. Monsanto Company*<br>Case No. 3:19-cv-01630 | MDL No. 2741<br><br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Jaime Alvarez Calderon files this Suggestion of Death upon the Record. Plaintiff Jaime Alvarez Calderon, after being deposed in this litigation, passed away from non-Hodgkin's Lymphoma complications. An Unopposed Motion for Substitution of Parties is being filed contemporaneously by his four surviving children for their wrongful death claims and for Jaime Alvarez Calderon's claims that survive his passing.

Dated this 12th day of November, 2020.

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

 /s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone:  (520) 620-3985
Facsimile:  (520) 620-3991
ddiamond@goldbergandosborne.com
*Counsel for Plaintiff*

**PLAINTIFF SUGGESTION OF DEATH - 3:19-cv-01630**

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on November 12, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond