| | |
|---|---|
| 1 | **GOLDBERG & OSBORNE LLP** |
| 2 | David J. Diamond, Esq.<br>State Bar #010842 |
| 3 | 698 E. Wetmore Rd., Suite 200<br>Tucson, AZ 85705 |
| 4 | (520) 620-3975<br>ddiamond@goldbergandosborne.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:**<br><br>*Jaime Alvarez Calderon v. Monsanto Company*<br>Case No. 3:19-cv-01630 | |

## UNOPPOSED MOTION TO SUBSTITUTE PARTIES

Comes counsel for Plaintiff, and James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, on their own behalf, and as Jaime Alvarez Calderon's successors in interest, files this Motion to Substitute Parties pursuant to Federal Rules of Civil Procedure 25(a). In support thereof, James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A. state as follows:

1. On December 12, 2020, Jaime Alvarez Calderon passed away during the pendency of this civil action. A redacted copy of the death certificate is attached hereto as Exhibit 1.

2. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as surviving children and sole beneficiaries of the estate of Jaime Alvarez Calderon, move to be substituted as a party for Jaime Alvarez Calderon.

**PLAINTIFF UNOPPOSED MOTION TO SUBSTITUTE PARTIES - 3:19-cv-01630**

3. Plaintiff's counsel provided to Monsanto's counsel, Anthony Martinez, this Motion, the Notice of Suggestion of Death, the Motion to File Amended Complaint with Amended Complaint, and the Declarations of Surviving Statutory Beneficiaries. On November 12, 2020, Monsanto's counsel emailed back that "we do not oppose these filings."

4. Pursuant to California Code of Civil Procedure **377.60, causes** of action for the recovery of "injury to the person" survive death.

5. James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as surviving children are Jaime Alvarez Calderon's sole statutory beneficiaries and therefore, are proper parties for the purposes of filing this Motion. The statutory beneficiaries' declarations are attached in Exhibit 2.

WHEREFORE, and for the reasons set forth herein, James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, respectfully request this Court grant their Motion for Substitution and move for the style of this action to be changed to: James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, on their own behalf, and as Jaime Alvarez Calderon's successors in interest, v. Monsanto Company.

Dated this 12th day of November, 2020.

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

 /s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone:  (520) 620-3985
Facsimile:  (520) 620-3991
ddiamond@goldbergandosborne.com
*Counsel for Plaintiff*

**PLAINTIFF UNOPPOSED MOTION TO SUBSTITUTE PARTIES - 3:19-cv-01630**

2

# CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on November 12, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

**PLAINTIFF UNOPPOSED MOTION TO SUBSTITUTE PARTIES - 3:19-cv-01630**

3