# EXHIBIT 1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

**OFFICE OF VITAL STATISTICS**

# COUNTY OF NAPA

NAPA, CALIFORNIA 94559-3721

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11(a)(REV 3/06)

STATE FILE NUMBER: 3052019254980
LOCAL REGISTRATION NUMBER: 3201928001227

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): JAIME
2. MIDDLE: –
3. LAST (Family): ALVAREZ CALDERON
4. AKA, ALSO KNOWN AS: –
5. DATE OF BIRTH: [redacted]
5. AGE Yrs.: 65
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: MEXICO
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES?: NO (X)
12. MARITAL STATUS/SRDP: DIVORCED
7. DATE OF DEATH: 12/12/2019
8. HOUR: 0650
13. EDUCATION: 09
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES (X) MEXICAN
16. DECEDENT'S RACE: MEXICAN
17. USUAL OCCUPATION: LANDSCAPER
18. KIND OF BUSINESS OR INDUSTRY: WINERY
19. YEARS IN OCCUPATION: 33

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 3 ALTA LOMA DR.
21. CITY: AMERICAN CANYON
22. COUNTY/PROVINCE: NAPA
23. ZIP CODE: 94503
24. YEARS IN COUNTY: 3
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: JAMES ALVAREZ, SON
27. INFORMANT'S MAILING ADDRESS: 3 ALTA LOMA DR., AMERICAN CANYON, CA 94503

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: –
29. MIDDLE: –
30. LAST (BIRTH NAME): –
31. NAME OF FATHER/PARENT – FIRST: JOSE
32. MIDDLE: TRINIDAD
33. LAST: ALVAREZ
34. BIRTH STATE: MEXICO
35. NAME OF MOTHER/PARENT – FIRST: MARIA
36. MIDDLE: NICANOR
37. LAST (BIRTH NAME): CALDERON
38. BIRTH STATE: MEXICO

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 12/19/2019
40. PLACE OF FINAL DISPOSITION: RES: JAMES ALVAREZ, SON, 3 ALTA LOMA DR., NAPA, CA 94503
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: –
44. NAME OF FUNERAL ESTABLISHMENT: CLAFFEY AND ROTA FUNERAL HOME
45. LICENSE NUMBER: FD969
46. SIGNATURE OF LOCAL REGISTRAR: KAREN RELUCIO, MD
47. DATE: 12/19/2019

**PLACE OF DEATH**

101. PLACE OF DEATH: QUEEN OF THE VALLEY MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: IP (X)
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: –
104. COUNTY: NAPA
105. FACILITY ADDRESS: 1000 TRANCAS ST.
106. CITY: NAPA

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: RESPIRATORY ARREST — Time interval: MIN
(B) ATRIAL FIBRILLATION — DYS
(C) METASTATIC LYMPHOMA — MTHS
(D) –

108. DEATH REPORTED TO CORONER?: NO (X)
109. BIOPSY PERFORMED?: NO (X)
110. AUTOPSY PERFORMED?: NO (X)
111. USED IN DETERMINING CAUSE?: –

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
113A. IF FEMALE, PREGNANT IN LAST YEAR?: –

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since: 12/07/2019
Decedent Last Seen Alive: 12/11/2019
115. SIGNATURE AND TITLE OF CERTIFIER: KALPANA S RAO M.D.
116. LICENSE NUMBER: A82932
117. DATE: 12/18/2019
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: KALPANA S RAO M.D., # 178 1966 TICE VALLEY BLVD, WALNUT CREEK, CA 94595

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: Natural / Accident / Homicide / Suicide / Pending Investigation / Could not be determined
120. INJURED AT WORK?: –
123. PLACE OF INJURY: –
124. DESCRIBE HOW INJURY OCCURRED: –
125. LOCATION OF INJURY: –
126. SIGNATURE OF CORONER / DEPUTY CORONER: –
127. DATE: –
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: –

STATE REGISTRAR: A  B  C  D  E
*010001004389375*
FAX AUTH.#: –
CENSUS TRACT: –



---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF NAPA

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF VITAL STATISTICS, COUNTY OF NAPA HEALTH AND HUMAN SERVICES AGENCY.

DATE ISSUED: DEC 20 2019



000198314

KAREN RELUCIO, M.D.
HEALTH OFFICER/DEPUTY DIRECTOR FOR PUBLIC HEALTH

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Registrar.





ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CANAPA--01