# EXHIBIT 2

David J. Diamond, Esq.
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, on their own behalf, and as Jaime Alvarez Calderon's successors in interest,<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

## **DECLARATION OF ANTHONY ALVAREZ PURSUANT TO SECTION 377.32 OF THE CODE OF CIVIL PROCEDURE**

I, Anthony Alvarez, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the son of Jaime Alvarez Calderon, who died on December 12, 2019, at Napa, California.

3. No proceeding is now pending in the State of California for administration of the Estate of Jaime Alvarez Calderon.

4. I am one of the successors in interest to Jaime Alvarez Calderon, as defined in Section 377.11 of the Code of Civil Procedure and together with my three brothers succeed to his interest to the above-entitled proceeding.

5. No other person beyond my bothers (who jointly are substituting in with me to pursue our father's survivorship claim in the above-referenced proceeding) and I have a superior right to commence the above-entitled proceeding or to be substituted for Jaime Alvarez Calderon in the above-entitled proceeding.

6. A redacted copy of the death certificate for Jaime Alvarez Calderon is attached hereto as Exhibit A and incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on the ___5-7h___ day of ___September___, 2020 at Vallejo, California.

_____
Anthony Alvarez

2

David J. Diamond, Esq.
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, on their own behalf, and as Jaime Alvarez Calderon's successors in interest,<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

### DECLARATION OF JAMES ALVAREZ PURSUANT TO SECTION 377.32 OF THE CODE OF CIVIL PROCEDURE

I, James Alvarez, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the son of Jaime Alvarez Calderon, who died on December 12, 2019, at Napa, California.

3. No proceeding is now pending in the State of California for administration of the Estate of Jaime Alvarez Calderon.

4. I am one of the successors in interest to Jaime Alvarez Calderon, as defined in Section 377.11 of the Code of Civil Procedure and together with my three brothers succeed to his interest to the above-entitled proceeding.

5. No other person beyond my bothers (who jointly are substituting in with me to pursue our father's survivorship claim in the above-referenced proceeding) and I have a superior right to commence the above-entitled proceeding or to be substituted for Jaime Alvarez Calderon in the above-entitled proceeding.

6. A redacted copy of the death certificate for Jaime Alvarez Calderon is attached hereto as Exhibit A and incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on the ___5th___ day of ___September___, 2020 at American Canyon, California.

_____
James Alvarez

2

David J. Diamond, Esq.
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, on their own behalf, and as Jaime Alvarez Calderon's successors in interest,<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

## **DECLARATION OF CHRISTIAN ALVAREZ PURSUANT TO SECTION 377.32 OF THE CODE OF CIVIL PROCEDURE**

I, Christian Alvarez, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the son of Jaime Alvarez Calderon, who died on December 12, 2019, at Napa, California.

3. No proceeding is now pending in the State of California for administration of the Estate of Jaime Alvarez Calderon.

4. I am one of the successors in interest to Jaime Alvarez Calderon, as defined in Section 377.11 of the Code of Civil Procedure and together with my three brothers succeed to his interest to the above-entitled proceeding.

5. No other person beyond my bothers (who jointly are substituting in with me to pursue our father's survivorship claim in the above-referenced proceeding) and I have a superior right to commence the above-entitled proceeding or to be substituted for Jaime Alvarez Calderon in the above-entitled proceeding.

6. A redacted copy of the death certificate for Jaime Alvarez Calderon is attached hereto as Exhibit A and incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on the ___4th___ day of ___September___ _____, 2020 at Napa, California.

*Christian Alvarez*
Christian Alvarez

2

**David J. Diamond, Esq.**
**State Bar #010842**
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
**ddiamond@goldbergandosborne.com**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, on their own behalf, and as Jaime Alvarez Calderon's successors in interest, <br><br> v. <br><br> Monsanto Company | Case No. 3:19-cv-01630 |

### DECLARATION OF CATHERINE ALVAREZ ON BEHALF OF A.A., A MINOR PURSUANT TO SECTION 377.32 OF THE CODE OF CIVIL PROCEDURE

I, Catherine Alvarez, on behalf of A.A., a minor, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. A.A. is the son of Jaime Alvarez Calderon, who died on December 12, 2019, at Napa, California.

3. No proceeding is now pending in the State of California for administration of the Estate of Jaime Alvarez Calderon.

4. A.A. is one of the successors in interest to Jaime Alvarez Calderon, as defined in Section 377.11 of the Code of Civil Procedure and together with his three brothers succeed to his interest to the above-entitled proceeding.

5. No other person beyond A.A.'s bothers (who jointly are substituting in with A.A. to pursue their father's survivorship claim in the above-referenced proceeding) and A.A. have a superior right to commence the above-entitled proceeding or to be substituted for Jaime Alvarez Calderon in the above-entitled proceeding.

6. A redacted copy of the death certificate for Jaime Alvarez Calderon is attached hereto as Exhibit A and incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on the ___4___ day of _September_ _____, 2020 at Napa, California.

_____
Catherine Alvarez
On behalf of A.A., a minor

2