# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Jaime Alvarez Calderon, Plaintiff, v. Monsanto Company, Defendant. | Case No. 3:19-cv-01630 |

## [PROPOSED] ORDER

1. Counsel for Plaintiff's Motion is Granted.

2. James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, are hereby substituted in place of Jaime Alvarez Calderon.

3. Accordingly, the Plaintiff caption shall be amended as follows: "James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, on their own behalf, and as Jaime Alvarez Calderon's successors in interest, v. Monsanto Company."

Dated _____

_____
Honorable Judge Vincent Chhabria
United States District Court Judge