1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
   | This document relates to: | |
   | *Daniel Lindvall v. Monsanto Co.*, Case No. 3:20-cv-07218-VC | |

15             **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18         1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19         2.     Bayer AG is a publicly held corporation.

20 DATED:  November 13, 2020                    Respectfully submitted,

21                                              /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth (*pro hac vice*)
22                                              (jhollingsworth@hollingsworthllp.com)
                                                Eric G. Lasker (*pro hac vice*)
23                                              (elasker@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
24                                              1350 I Street, N.W.
                                                Washington, DC  20005
25                                              Telephone:  (202) 898-5800
                                                Facsimile:   (202) 682-1639
26
                                                *Attorneys for Defendant*
27                                              *MONSANTO COMPANY*

28