UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| This document relates to: *Gary Stratton v. Monsanto Company* No. 3:20-cv-00120 | Master Case No. 3:16-md-02741-VC |

**PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL**
**AND NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Brittany Clark is no longer associated with the firm of Baron & Budd, P.C. Therefore, she should be removed as counsel of record for the Plaintiff in the above-captioned case. Plaintiff will be represented by David Fernandes of Baron & Budd, P.C.

The undersigned, David Fernandes, of Baron & Budd, P.C., enters his appearance for Plaintiff in the above-captioned case. Please direct all further filings, discovery, and correspondence to David Fernandes, Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219. My telephone number is 214-521-3605, and my e-mail address is dfernandes@baronbudd.com.

Plaintiff respectfully requests that all necessary changes be made to the Court's records and ECF service list.

Dated:  November 16, 2020

BARON & BUDD, P.C.

/s/ David Fernandes
David Fernandes, CA SBN 280944
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
dfernandes@baronbudd.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.


By: /s/ David Fernandes
     David Fernandes