

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONSTEKLOFF.COM

A LIMITED LIABILITY PARTNERSHIP

November 16, 2020

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    *In re Roundup Prods. Liab. Litig.*, **No. 16-md-02741-VC: Lists requested by the Court**

Dear Judge Chhabria:

      Pursuant to the November 9, 2020 case management conference, the parties are submitting the following exhibits to this letter:

      Exhibit 1 contains a list of MDL cases that are resolved or subject to a fully executed master settlement agreement.  The list contains the plaintiff's name and MDL case number of each such case.  As the parties have previously informed the Court, certain master settlement agreements contain opt-out provisions and, thus, in limited instances, some of the cases listed in Exhibit 1 may become active in the MDL at a future date.

      Exhibit 2 contains a list of all pending motions in the MDL that the parties have identified after a thorough and diligent review of the MDL docket and related individual dockets.  The final column notes whether the applicable case is settled as of this date.  For all motions in settled cases, the parties agree that the Court may deny the applicable motion as moot.  However, Monsanto reserves the right to resurrect applicable motions in any case that becomes active again due to an opt-out from a master settlement agreement.  Plaintiffs do not object to Monsanto's ability to do so.

      Respectfully submitted,

      */s/ Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Cc: Counsel of Record (via ECF)

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff