# EXHIBIT 2

**Pending MDL Motions**
*In re Roundup Prods. Liab. Litig.*
No. 16-md-02741-VC

| Date | MDL Dkt. No. | Case Dkt. No. | Motion | Case Caption | Case Number | Party | Settled |
|---|---|---|---|---|---|---|---|
| 5/13/2016 | | 36 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Monsanto Company. | McCall v. Mosanto Company | 3:16-cv-05749 | Monsanto | N |
| 5/18/2016 | | 11 | MOTION for Judgment on the Pleadings and Supporting Memorandum of Law by Monsanto Company | Ruiz et al v. Monsanto Co. | 3:16-cv-05659 | Monsanto | Y |
| 5/18/2016 | | 12 | MOTION Request for Judicial Notice in Support of Defendant's Motion for Judgment on the Pleadings re 11 Defendant's MOTION for Judgment on the Pleadings and Supporting Memorandum of Law by Monsanto Company | Ruiz et al v. Monsanto Co. | 3:16-cv-05659 | Monsanto | Y |
| 6/24/2016 | | 16 | Monsanto Company's Motion for Scheduling Order Regarding General Causation and Memorandum of Law in Support | Ruiz et al v. Monsanto Co. | 3:16-cv-05659 | Monsanto | Y |
| 4/28/2017 | 262 | | MOTION to Strike 246 Administrative Motion to File Under Seal Reply ISO Motion - Heydens) Re Plaintiffs' Reply in Exhibit 1 and Unredacted Version of Reply filed by Monsanto Company | All Actions | N/A | Monsanto | |
| 5/19/2017 | | 5 | MOTION to Remand | Ford v. Monsanto Co. | 3:17-cv-04427-VC | Plaintiff | Y |
| 5/19/2017 | | 5 | MOTION to Remand | Platt v. Monsanto Co. | 3:17-cv-04428-VC | Plaintiff | Y |
| 5/19/2017 | | 5 | MOTION to Remand | Rochman v. Monsanto Co. | 3:17-cv-04429-VC | Plaintiff | Y |
| 10/19/2018 | | 16 | Letter from Gebeyehou & Monsanto re: Discovery Dispute | Gebeyehou v. Monsanto Co. | 3:16-cv-05813 | Plaintiff | N |
| 11/26/2018 | | 5 | Motion for Extension of Time to Submit Proposed Scheduling Order and Discovery Plan | Harry v. Monsanto Co. | 3:18-cv-07307-VC | Plaintiff | N |
| 1/3/2019 | 2419 | | MOTION for Summary Judgment re: Tier 1 Plaintiffs on Non-Causation Grounds filed by Monsanto Company | Hardeman v. Monsanto Co., et al. Stevick v. Monsanto Co., et al. Gebeyehou v. Monsanto Co., et al. | 3:16-cv-0525 3:16-cv-2341 3:16-cv-5813 | Monsanto | N |
| 1/16/2019 | | 6 | MOTION to Amend/Correct Complaint | Hernandez et al v. Wal-Mart Stores East, LP et al | 3:19-cv-00489 | Plaintiff | Y |
| 1/16/2019 | | 7 | MOTION to Remand to State Court | Hernandez et al v. Wal-Mart Stores East, LP et al | 3:19-cv-00489 | Plaintiff | Y |
| 2/12/2019 | 2694 | | MOTION to Dismiss With Prejudice filed by Monsanto Company | Various | N/A | Monsanto | Y |
| 2/12/2019 | 2697 | | MOTION to Dismiss With Prejudice filed by Monsanto Company | Various | N/A | Monsanto | N (Several plaintiffs have not settled) |
| 3/4/2019 | 2885 | 13 | Amended MOTION to Dismiss with Prejudice (Third Amended) filed by Defendant Monsanto Company | Bloechl v. Monsanto Co. | 3:18-cv-01695 | Monsanto | N |
| 3/4/2019 | 2885 | 11 | Amended MOTION to Dismiss with Prejudice (Third Amended) filed by Monsanto Company | Sharp v Monsanto Co. | 3:18-cv-02172 | Monsanto | Y |
| 3/19/2019 | | 9 | Amended MOTION to Dismiss with Prejudice (Fourth Amended) filed by Monsanto Company | Tevis v. Monsanto Co. | 3:18-cv-03278 | Monsanto | Y |

**Pending MDL Motions**
*In re Roundup Prods. Liab. Litig.*
No. 16-md-02741-VC

| Date | MDL Dkt. No. | Case Dkt. No. | Motion | Case Caption | Case Number | Party | Settled |
|---|---|---|---|---|---|---|---|
| 4/1/2019 | 3233 | 16 | Amended MOTION to Dismiss with Prejudice (Fifth Amended) filed by Defendant Monsanto Company | Mehrens v. Monsanto Co. | 3:18-cv-01151 | Monsanto | Y |
| 4/26/2019 | 3439 | 10 | Third MOTION to Dismiss with Prejudice filed by Monsanto Company | Riordan v. Monsanto Co. | 3:18-cv-07368 | Monsanto | Y |
| 5/21/2019 | 3833 | | Amended MOTION to Dismiss with Prejudice (Ninth Amended) filed by Monsanto Company | Various | N/A | Monsanto | |
| 5/29/2019 | | 10 | MOTION for Admission Pro Hac Vice for Jason M. Zager | Brumbaugh et al v. Monsanto Co. | 3:19-cv-03030-VC | Monsanto | N |
| 7/16/2019 | 4588 | | MOTION for leave to appear in Pro Hac Vice | Undefined | N/A | Plaintiff | |
| 8/20/2019 | | 16 | First MOTION to Remand to State Court Larimer County | Blyth v. Monsanto Co. et al | 3:19-cv-05651 | Plaintiff | Y |
| 8/23/2019 | | 19 | MOTION to Dismiss by Defendant Poudre Valley Co-Operative Association, Inc. | Blyth v. Monsanto Co. et al | 3:19-cv-05651 | Monsanto | Y |
| 8/30/2019 | | 13 | MOTION to Withdraw as Attorney | Nurquez v. Monsanto Co. | 3:18-cv-07570 | Plaintiff | N |
| 9/27/2019 | 6119 | | MOTION to Withdraw as Attorney Kelly H. Foos filed by Monsanto Company | Mendoza v. Monsanto Co. | 3:16-cv-06046 | Monsanto | Y |
| 11/18/2019 | | 10 | MOTION to Amend/Correct Plaintiff's Complaint | Bodiford v. Monsanto Co. | 3:20-cv-01025 | Plaintiff | N |
| 11/19/2019 | | 6 | Emergency MOTION to Remand to State Court | D'Aunoy v. Monsanto Co. | 3:20-cv-01014 | Plaintiff | Y |
| 11/20/2019 | 7877 | 19 | Motion for Summary Judgment [for Failure to Disclose Specific Causation Expert] | Chavez v. Monsanto Co. et al. | 3:18-cv-04855 | Monsanto | Y |
| 11/26/2019 | 8005 | 5 | Motion for Summary Judgment [re: Nebraska Wave 1 Plaintiffs on Nebraksa Law Grounds] | Dickey v. Monsanto Co. | 3:19-cv-04102 | Monsanto | Y |
| 11/26/2019 | 8005 | 51 | Motion for Summary Judgment [re: Nebraska Wave 1 Plaintiffs on Nebraksa Law Grounds] | Domina v. Monsanto Co. | 3:16-cv-05887 | Monsanto | Y |
| 11/26/2019 | 8005 | 5 | Motion for Summary Judgment [re: Nebraska Wave 1 Plaintiffs on Nebraksa Law Grounds] | Pollard v. Monsanto Co. | 3:19-cv-04100 | Monsanto | Y |
| 11/26/2019 | 8013 | 19 | MOTION for Summary Judgment filed by Monsanto Company | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |
| 11/26/2019 | | 6 | Motion to Withdraw as attorney by James Cook | Deneve v. Monsanto Co. | 3:19-cv-07341 | Plaintiff | N |
| 11/26/2019 | 8014 | 10 | MOTION for Summary Judgment re: Dickey v. Monsanto filed by Monsanto Company | Dickey v. Monsanto Co. | 3:19-cv-04102 | Monsanto | Y |
| 11/26/2019 | 8005 | 9 | MOTION for Summary Judgment filed by Monsanto Company | Janzen v. Monsanto Co. | 3:19-cv-04103 | Monsanto | Y |
| 11/26/2019 | 8001 | | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiffs' Experts on Daubert Grounds re: Wave 1 Cases filed by Monsanto Company | MDL Wave I Cases | N/A | Monsanto | |
| 11/26/2019 | | 6 | Motion to Withdraw as attorney by James Cook | Wirtz v. Monsanto Co. | 3:19-cv-07339 | Plaintiff | N |
| 11/27/2019 | 8012 | 18 | Motion to Exclude the Testimony of Specific Causation Experts | Alvarez Calderon v. Monsanto Co. | 3:19-cv-01630 | Monsanto | N |

**Pending MDL Motions**
*In re Roundup Prods. Liab. Litig.*
No. 16-md-02741-VC

| Date | MDL Dkt. No. | Case Dkt. No. | Motion | Case Caption | Case Number | Party | Settled |
|---|---|---|---|---|---|---|---|
| 11/27/2019 | 7999 | 16 | MOTION for Summary Judgment On Non-Causation Grounds | Alvarez Calderon v. Monsanto Co. | 3:19-cv-01630 | Monsanto | N |
| 11/27/2019 | 8001 | 17 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds | Alvarez Calderon v. Monsanto Co. | 3:19-cv-01630 | Monsanto | N |
| 11/27/2019 | 8012 | 22 | Motion to Exclude the Testimony of Specific Causation Experts | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |
| 11/27/2019 | 7999 | 20 | MOTION for Summary Judgment On Non-Causation Grounds | Chavez v. Monsanto Co. et al. | 3:18-cv-04855 | Monsanto | Y |
| 11/27/2019 | 8001 | 21 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds | Chavez v. Monsanto Co. et al. | 3:18-cv-04855 | Monsanto | Y |
| 11/27/2019 | 8015 | 13 | Motion to Exclude the Testimony of Dr. Kevin Palka on Daubert Grounds | Dickey v. Monsanto Co. | 3:19-cv-04102 | Monsanto | Y |
| 11/27/2019 | 8012 | 14 | Motion to Exclude the Testimony of Specific Causation Experts | Dickey v. Monsanto Co. | 3:19-cv-04102 | Monsanto | Y |
| 11/27/2019 | 7999 | 11 | MOTION for Summary Judgment On Non-Causation Grounds | Dickey v. Monsanto Co. | 3:19-cv-04102 | Monsanto | Y |
| 11/27/2019 | 8001 | 12 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds | Dickey v. Monsanto Co. | 3:19-cv-04102 | Monsanto | Y |
| 11/27/2019 | 8015 | 58 | Motion to Exclude the Testimony of Dr. Kevin Palka on Daubert Grounds | Domina v. Monsanto Co. | 3:16-cv-05887 | Monsanto | Y |
| 11/27/2019 | 8012 | 59 | Motion to Exclude the Testimony of Specific Causation Experts | Domina v. Monsanto Co. | 3:16-cv-05887 | Monsanto | Y |
| 11/27/2019 | 7999 | 56 | MOTION for Summary Judgment On Non-Causation Grounds | Domina v. Monsanto Co. | 3:16-cv-05887 | Monsanto | Y |
| 11/27/2019 | 8001 | 57 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds | Domina v. Monsanto Co. | 3:16-cv-05887 | Monsanto | Y |
| 11/27/2019 | 7999 | 89 | MOTION for Summary Judgment On Non-Causation Grounds | Giglio v. Monsanto Co. | 3:16-cv-05658 | Monsanto | N |
| 11/27/2019 | 8001 | 90 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds | Giglio v. Monsanto Co. | 3:16-cv-05658 | Monsanto | N |
| 11/27/2019 | 8012 | 22 | Motion to Exclude the Testimony of Specific Causation Experts | Harris et al. v. Monsanto Co. et al | 3:17-cv-03199 | Monsanto | Y |
| 11/27/2019 | 8012 | 51 | Motion to Exclude the Testimony of Specific Causation Experts | Hernandez (Ines) et al. v. Monsanto Co. | 3:16-cv-05750 | Monsanto | Y |
| 11/27/2019 | 8012 | 21 | Motion to Exclude the Testimony of Specific Causation Experts | Hernandez (Ruben) et al. v. Monsanto Co. | 3:17-cv-07364 | Monsanto | N |
| 11/27/2019 | 8015 | 16 | Motion to Exclude the Testimony of Dr. Kevin Palka on Daubert Grounds | Janzen v. Monsanto Co. | 3:19-cv-04103 | Monsanto | Y |
| 11/27/2019 | 8012 | 17 | Motion to Exclude the Testimony of Specific Causation Experts | Janzen v. Monsanto Co. | 3:19-cv-04103 | Monsanto | Y |

| Date | MDL Dkt. No. | Case Dkt. No. | Motion | Case Caption | Case Number | Party | Settled |
|---|---|---|---|---|---|---|---|
| 11/27/2019 | 8012 | 32 | Motion to Exclude the Testimony of Specific Causation Experts | Johansing v. Monsanto Co. | 3:16-cv-05751 | Monsanto | Y |
| 11/27/2019 | 8012 | 31 | Motion to Exclude the Testimony of Specific Causation Experts | Perkins v. Monsanto Co. | 3:16-cv-06025 | Monsanto | Y |
| 11/27/2019 | 8015 | 12 | Motion to Exclude the Testimony of Dr. Kevin Palka on Daubert Grounds | Pollard v. Monsanto Co. | 3:19-cv-04100 | Monsanto | Y |
| 11/27/2019 | 8012 | 13 | Motion to Exclude the Testimony of Specific Causation Experts | Pollard v. Monsanto Co. | 3:19-cv-04100 | Monsanto | Y |
| 11/27/2019 | 7999 | 10 | MOTION for Summary Judgment On Non-Causation Grounds | Pollard v. Monsanto Co. | 3:19-cv-04100 | Monsanto | Y |
| 11/27/2019 | 8001 | 11 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds | Pollard v. Monsanto Co. | 3:19-cv-04100 | Monsanto | Y |
| 11/27/2019 | 8012 | 66 | Motion to Exclude the Testimony of Specific Causation Experts | Sanders v. Monsanto Co. | 3:16-cv-05752 | Monsanto | Y |
| 11/27/2019 | 7999 | 64 | MOTION for Summary Judgment On Non-Causation Grounds | Sanders v. Monsanto Co. | 3:16-cv-05752 | Monsanto | Y |
| 11/27/2019 | 8001 | 65 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds | Sanders v. Monsanto Co. | 3:16-cv-05752 | Monsanto | Y |
| 11/27/2019 | 8012 | 9 | Motion to Exclude the Testimony of Specific Causation Experts | Tanner v. Monsanto Co. | 3:19-cv-04099 | Monsanto | Y |
| 11/27/2019 | 7999 | 7 | MOTION for Summary Judgment On Non-Causation Grounds | Tanner v. Monsanto Co. | 3:19-cv-04099 | Monsanto | Y |
| 11/27/2019 | 8001 | 8 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds | Tanner v. Monsanto Co. | 3:19-cv-04099 | Monsanto | Y |
| 11/27/2019 | 7999 | 20 | MOTION for Summary Judgment For Non-Causation Grounds filed by Monsanto Company | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |
| 11/27/2019 | 8001 | 21 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |
| 11/27/2019 | 7999 | 20 | MOTION for Summary Judgment On Non-Causation Grounds filed by Monsanto Company | Harris et al v. Monsanto Co. et al | 3:17-cv-03199 | Monsanto | Y |
| 11/27/2019 | 8001 | 21 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Harris et al v. Monsanto Co. et al | 3:17-cv-03199 | Monsanto | Y |
| 11/27/2019 | 7999 | 49 | MOTION for Summary Judgment For Non-Causation Grounds filed by Monsanto Company | Hernandez (Ines) et al. v. Monsanto Co. | 3:16-cv-05750 | Monsanto | Y |

Pending MDL Motions
*In re Roundup Prods. Liab. Litig.*
No. 16-md-02741-VC

| Date | MDL Dkt. No. | Case Dkt. No. | Motion | Case Caption | Case Number | Party | Settled |
|---|---|---|---|---|---|---|---|
| 11/27/2019 | 8001 | 50 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Hernandez (Ines) et al. v. Monsanto Co. | 3:16-cv-05750 | Monsanto | Y |
| 11/27/2019 | 7999 | 19 | MOTION for Summary Judgment On Non-Causation Grounds  filed by Monsanto Company | Hernandez (Ruben) et al. v. Monsanto Co. | 3:17-cv-07364 | Monsanto | N |
| 11/27/2019 | 8001 | 20 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Hernandez (Ruben) et al. v. Monsanto Co. | 3:17-cv-07364 | Monsanto | N |
| 11/27/2019 | 7999 | 14 | MOTION for Summary Judgment On Non-Causation Grounds filed by Monsanto Company. | Janzen v. Monsanto Co. | 3:19-cv-04103 | Monsanto | Y |
| 11/27/2019 | 8001 | 15 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Janzen v. Monsanto Co. | 3:19-cv-04103 | Monsanto | Y |
| 11/27/2019 | 7999 | 30 | MOTION for Summary Judgment For Non-Causation Grounds filed by Monsanto Company | Johansing v. Monsanto Co | 3:16-cv-05751 | Monsanto | Y |
| 11/27/2019 | 8001 | 31 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Johansing v. Monsanto Co | 3:16-cv-05751 | Monsanto | Y |
| 11/27/2019 | 7999 | 121 | MOTION for Summary Judgment On Non-Causation Grounds filed by Monsanto Company | Mendoza v. Monsanto Co. | 3:16-cv-06046 | Monsanto | Y |
| 11/27/2019 | 8001 | 122 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Mendoza v. Monsanto Co. | 3:16-cv-06046 | Monsanto | Y |
| 11/27/2019 | 7999 | 29 | MOTION for Summary Judgment On Non-Causation Grounds filed by Monsanto Company | Perkins v. Monsanto Co. | 3:16-cv-06025 | Monsanto | Y |
| 11/27/2019 | 8001 | 30 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Perkins v. Monsanto Co. | 3:16-cv-06025 | Monsanto | Y |
| 11/27/2019 | 8001 | 27 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company. | Russo v. Monsanto Co. | 3:16-cv-06024 | Monsanto | N |
| 11/27/2019 | 8012 | 24 | MOTION to Exclude the Testimony of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinter-Brown, Ron Schiff, and Brent Staggs in Wave One Cases on Daubert Grounds by Monsanto Company | Wooten et al v. Monsanto Co., et al | 3:17-cv-01735 | Monsanto | Y |

| Date | MDL Dkt. No. | Case Dkt. No. | Motion | Case Caption | Case Number | Party | Settled |
|---|---|---|---|---|---|---|---|
| 11/27/2019 | 7999 | 22 | MOTION for Summary Judgment On Non-Causation Grounds filed by Monsanto Company | Wooten et al v. Monsanto Co., et al | 3:17-cv-01735 | Monsanto | Y |
| 11/27/2019 | 8001 | 23 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Wooten et al v. Monsanto Co., et al | 3:17-cv-01735 | Monsanto | Y |
| 12/2/2019 | 7999 | 28 | MOTION for Summary Judgment on Non-Causation Grounds filed by Monsanto Company | Russo v. Monsanto Co. | 3:16-cv-06024 | Monsanto | N |
| 12/10/2019 | 8697 | 20 | Administrative Motion to Exclude Testimony of Monsanto's Specific Causation Expert Michael Grossbard, M.D. | Alvarez Calderon v. Monsanto Co. | 3:19-cv-01630 | Plaintiff | N |
| 12/11/2019 | | 35 | Administrative Motion to File Under Seal Portions of Plaintiff Peter Johansing's Opposition to Monsanto Company's Motion [ECF 32] to Exclude Testimony of Specific Causation Expert Lauren Pinter-Brown | Johansing v. Monsanto Co | 3:16-cv-05751 | Plaintiff | Y |
| 12/23/2019 | | 28 | Administrative Motion to File Under Seal re: Motion to Exclude Testimony of Specific Causation Experts on Daubert Grounds filed by Monsanto Company | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |
| 12/23/2019 | 8520 | 26 | MOTION to Amend/Correct Expert Disclosure | Chavez v. Monsanto Co., et al. | 3:18-cv-04855 | Plaintiff | Y |
| 12/23/2019 | | 36 | Administrative Motion to File Under Seal re: Motion to Exclude Testimony of Specific Causation Experts on Daubert Grounds filed by Monsanto Company | Johansing v. Monsanto Co | 3:16-cv-05751 | Monsanto | Y |
| 12/24/2019 | | 29 | Administrative Motion to File Under Seal filed by Monsanto Company | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |
| 12/26/2019 | | 32 | Administrative Motion to File Under Seal filed by Monsanto Company | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |
| 12/26/2019 | | 38 | Administrative Motion to File Under Seal filed by Monsanto Company | Johansing v. Monsanto Co | 3:16-cv-05751 | Monsanto | Y |
| 1/22/2020 | 9114 | 20 | MOTION to Remand | Rawson v. Bayer Corp., et al. | 3:19-cv-08312 | Plaintiff | N |
| 1/23/2020 | 9173 | 35 | MOTION to Strike 34 Objection by Plaintiff to Defendant's Reply in Support of Motion for Summary Judgment and Associated Errata Sheet (Carriere v. Monsanto Company) filed by Monsanto Company | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |
| 1/28/2020 | | 11 | First MOTION to Withdraw as Attorney David L. Lutz | Miller et al v. Monsanto Co. | 3:20-cv-00599 | Plaintiff | N |
| 1/31/2020 | 9369 | 3 | MOTION to Remand | Olah v. Monsanto Co. et al. | 3:20-cv-00129 | Plaintiff | Y |
| 2/7/2020 | 9448 | 37 | MOTION to Withdraw 35 MOTION to Strike 34 Objection by Plaintiff to Defendant's Reply in Support of Motion for Summary Judgment and Associated Errata Sheet (Carriere v. Monsanto Company) filed by Monsanto Company | Carriere v. Monsanto Co. | 3:18-cv-05778 | Monsanto | Y |

**Pending MDL Motions**
*In re Roundup Prods. Liab. Litig.*
No. 16-md-02741-VC

| Date | MDL Dkt. No. | Case Dkt. No. | Motion | Case Caption | Case Number | Party | Settled |
|---|---|---|---|---|---|---|---|
| 2/19/2020 | 9602 | 25 | Motion to Remand | Moore, John T., Jr. v. Monsanto Co., et al. | 3:20-cv-01010 | Plaintiff | N |
| 3/5/2020 | 9715 | 26 | MOTION to Remand filed by Randy Bodiford | Bodiford. v Monsanto Co. | 3:20-cv-01025 | Plaintiff | N |
| 4/14/2020 | 10395 | | MOTION to Withdraw | Mowry v. Monsanto Co. | 2:20-cv-00215 (ALM) | Plaintiff | N |
| 4/17/2020 | 10495 | 38 | Motion to Amend/Correct Plaintiff's Second Amended Complaint, Motion for Leave to File Plaintiff's Third Amended Complaint at Law | Caruso, et al. v. Russo Hardware, et al. | 3:20-cv-01017 | Plaintiff | N |
| 5/1/2020 | | 7 | MOTION for Leave to Appear Pro Hac Vice for Michael L. McGlamry | Kinkead v. Monsanto Co. | 3:20-cv-03447 | Plaintiff | Y |
| 5/26/2020 | 10786 | | MOTION to Withdraw as Attorney Maja Lukic | Gibbs v. Monsanto Co.<br>Sanders, John D. v. Monsanto Co.<br>Domina v. Monsanto Co.<br>Work v. Monsanto Co.<br>Mendoza v. Monsanto Co.<br>Butsch v. Monsanto Co.<br>Gebo v. Monsanto Co. | 3:16-cv-05652<br>3:16-cv-05752<br>3:16-cv-05887<br>3:16-cv-06005<br>3:16-cv-06046<br>3:17-cv-00167<br>3:17-cv-00168 | Plaintiff | Y |
| 5/31/2020 | 10805 | 16 | MOTION for Leave to File Amended Complaint | Grieger v. Monsanto Co. | 3:20-cv-00492 | Plaintiff | N |
| 7/15/2020 | 11237 | 13 | MOTION to Withdraw as Attorney of Gregory J. Pals | Gandolfo v. Monsanto Co. | 3:17-cv-05478-VC | Plaintiff | N |
| 3/9/2020 3/6/2020 | 9745 | 30 | Motion to Remand | Caruso, et al. v. Russo Hardware, et al. | 3:20-cv-01017 | Plaintiff | N |
| 2/5/2020 | | 7 | Motion to Amend Complaint and Motion to Remand | Sapinsky v. Monsanto Co. | 3:20-cv-00257 | Plaintiff | N |
| 8/7/2020 | 11511 | | Suggestion of Death and MOTION to Substitute Party | Dinner v. Monsanto Co. | 3:20-cv-3360 | Plaintiff | N |
| 8/19/2020 | 11586 | 17 | Motion for Remand | Applegate v. Bayer A.G. | 3:19-cv-6800 | Plaintiff | N |
| 9/9/2020 | 11718 | | Motion for Leave to Amend Complaint | Dinner v. Monsanto Co. | 3:20-cv-3360 | Plaintiff | N |
| 9/23/2020 | 11818 | | Motion for Leave to Appear PHV | Guest v. Monsanto Co. | 3:20-cv-4214 | Plaintiff | N |
| 9/24/2020 | 11834 | 9 | Motion to Withdraw | Giri v. Monsanto Co. | 3:20-cv-04750 | Plaintiff | N |
| 10/1/2020 | 11879 | 7 | Motion to Remand Action to State Court | Roybal v. Monsanto Co. et al. | 3:20-cv-06235 | Plaintiff | N |
| 10/1/2020 | 11880 | 7 | Motion to Remand Action to State Court | Carson v. Monsanto Co. et al. | 3:20-cv-6238 | Plaintiff | N |
| 10/23/2020 | 1958 | 10 | MOTION to Substitute Party | Glaze et al. v. Monsanto Co. | 3:20-cv-00064 | Plaintiff | N |
| 10/29/2020 | 11980 | 30 | Motion to Remand | Mowry v. Monsanto Co. | 3:20-cv-05536 | Plaintiff | N |
| 10/30/2020 | 11996 | 17 | MOTION to Substitute Party | Skundrick v. Monsanto Co. | 3:18-cv-00223 | Plaintiff | Y |
| 1/12/2020 | 12045 | 46 | MOTION to Substitute Party | Alvarez Calderon v. Monsanto Co. | 3:19-cv-1630 | Plaintiff | N |