

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONSTEKLOFF.COM

A LIMITED LIABILITY
PARTNERSHIP

November 16, 2020

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

> Re:   *In re Roundup Prods. Liab. Litig.*, **No. 16-md-02741-VC; Pending Wave 1 Motions and Proposed Waves 2 and 3 Schedules**

Dear Judge Chhabria:

Pursuant to the Court's instruction at the November 9, 2020 Case Management Conference, the parties have met and conferred regarding the list of pending motions that require rulings to effectuate remand in the remaining Wave 1 cases.  This letter identifies those motions.  Moreover, this letter includes revised proposed schedules for Waves 2 and 3, and notes three additional cases to be added to Wave 3 at the request of plaintiffs' counsel.

**1.  Remaining Wave 1 Motions**

Four cases remain in Wave 1:

- *Alvarez Calderon v. Monsanto Co.*, 3:19-cv-01630 (N.D. Cal.)
- *Giglio v. Monsanto Co.*, 3:16-cv-05658 (S.D. Cal.)
- *Hernandez v. Monsanto Co.*, 3:17-cv-07364 (S.D. Cal.)
- *Russo v. Monsanto Co.*, 3:16-cv-06024 (C.D. Cal.)

**a.  Cases Subject to Remand**

The Court previously indicated that it would rule on pending motions for summary judgment and *Daubert* motions related to causation.  In PTO 202, the Court denied certain Wave 1 motions without prejudice to filing new motions with the district judges who will be trying the cases.  Based on those decisions, the outstanding motions in the three cases subject to remand in the Southern and Central Districts of California are as follows:

1. **Monsanto's Motion for Summary Judgment on Non-Causation Grounds**
   o This motion preserves Monsanto's position on non-causation issues.

- o The motion appears on the MDL docket at ECF 7999 (opposition at ECF 8328).
- o The motion appears on the individual case dockets at:
  - *Giglio*: ECF 89 (motion), ECF 91 (opposition)
  - *Hernandez*: ECF 19 (motion), ECF 23 (opposition)
  - *Russo*: ECF 28 (motion), ECF 31 (opposition)

2. **Monsanto's Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds & Motion for Summary Judgment on Causation Grounds**
   - o This motion preserves Monsanto's position on generic causation issues and arguments for excluding the testimony of Drs. Chadhi Nabhan, Andrei Shustov, and Dennis Weisenburger.
   - o The motion appears on the MDL docket at ECF 8001 (opposition at ECF 8345).
   - o The motion appears on individual case dockets at:
     - *Giglio*: ECF 90 (motion), ECF 104 (opposition)
     - *Hernandez*: ECF 20 (motion)
     - *Russo*: ECF 27 (motion), ECF 44 (opposition)

3. **Monsanto's Motion to Exclude the Testimony of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinter-Brown, Ron Schiff, and Brent Staffs in Wave One Cases on *Daubert* Grounds**
   - o This motion appears on the MDL docket at ECF 8012 (opposition at ECF 8326, reply at ECF 8559).
   - o This motion appears on the *Hernandez* individual case docket at ECF 21 and pertains specifically to Dr. Edwin Alyea. Plaintiffs' opposition is at ECF 22, and Monsanto's reply is at ECF 31.
   - o The parties submit that the motion is now moot as to Dr. Barry Boyd, Dr. Lauren Pinter-Brown, Dr. Ron Schiff, and Dr. Brent Staffs, as they have not been disclosed in any of the remaining Wave 1 cases. To the extent a relevant plaintiff opts out of a settlement agreement, Monsanto reserves the right to renew the motion with respect to those experts.
   - o The motion remains pending with respect to Drs. Charalambos Andreadis, Clayton Smith, and Edwin Alvea.

4. There is also a pending motion addressing the timing of remand on the docket in the *Giglio* case. Plaintiff filed a **Renewed Motion to Amend PTO 50** on April 19, 2019, urging the Court to expedite the *Giglio* case on a preference schedule, given the Plaintiff's then-poor health. That motion was never filed on the MDL docket but appears on the *Giglio* docket at ECF 75. Monsanto opposed the motion at *Giglio* docket ECF 76, and the Plaintiff filed a reply at ECF 77. The motion technically remains pending, although it was subsumed by PTO 180, in which the Court granted Monsanto's subsequent scheduling request to set *Giglio* on the Wave 1 track after the Plaintiff's health substantially improved. PTO 180 appears on the MDL docket at ECF 6390 and on the *Giglio* docket at 84, granting Monsanto's

letter request that was filed as MDL docket ECF 6126 and *Giglio* docket ECF 82. It is Monsanto's position that Plaintiff's Renewed Motion to Amend PTO 50 (Giglio ECF 75) should be denied as moot.

A number of administrative motions pertaining to sealing remain on the dockets of each of these three cases (*see* Appendix 1), but none needs to be ruled on to effectuate remand.

### b. *Alvarez Calderon v. Monsanto Company*

In *Alvarez Calderon*, the Wave 1 case that will remain before Your Honor, the Court needs to rule on the first three motions listed above (Monsanto's Motion for Summary Judgment on Non-Causation Grounds, MDL docket ECF 7999, *Alvarez Calderon* docket ECF 16; Monsanto's Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds & Motion for Summary Judgment on Causation Grounds, MDL docket ECF 8001, *Alvarez Calderon* docket ECF 17; Monsanto's Motion to Exclude the Testimony of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinter-Brown, Ron Schiff, and Brent Staffs in Wave One Cases on *Daubert* Grounds, MDL docket ECF 8012, *Alvarez Calderon* docket ECF 18—specifically as it relates to Dr. Charalambos Andreadis and Dr. Clayton Smith).

The following motions are also pending in the *Alvarez Calderon* case:

- **ECF 20:**  Plaintiff Jaime Alvarez Calderon's Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D.
    - Opposition at ECF 31, Reply at ECF 39
- **ECF 29:**  Monsanto Company's Administrative Motion To File Under Seal Portions Of Motion And Supporting Exhibits Re: Motion To Exclude Testimony Of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, And Dr. Dennis Weisenburger On Daubert Grounds.
- **ECF 30:**  Monsanto Company's Administrative Motion to File Under Seal Portions Of Its Response Brief To Plaintiff Jaime Alvarez Calderon's Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D.
- **ECF 33:**  Monsanto Company's Administrative Motion To File Under Seal Portions Of Motion And Supporting Exhibits Re: Monsanto Company's Motion To Exclude Testimony Of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinter-Brown, Ron Schiff, And Brent Staggs In Wave One Cases On Daubert Grounds.
- **ECF 37:**  Monsanto Company's Administrative Motion to File Under Seal Portions of Exhibits Filed in Support of Motion to Exclude Dr. Sawyer.[1]
- **ECF 41:**  Plaintiff Jaime Alvarez Calderon's Administrative Motion to File Under Seal Portions of Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D.
- **ECF 42:**  Plaintiff Jaime Alvarez Calderon's Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D. (duplicative of ECF 20, which remains publicly on the docket, but filed with redactions)

---

[1] In PTO 201, the Court ruled on Monsanto's Motion to Exclude Dr. Sawyer.

## 2. Proposed Wave 2 and 3 Timelines

The parties submit that the following schedules should be ordered in Waves 2 and 3:

a. **Wave 2**

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change |
| Deficiency letter(s) sent. | No change |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency | No change |
| Close of fact discovery. | 1/15/2021 |
| Plaintiffs' expert reports due. | 1/22/2021 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the | 2/5/2021 |
| Monsanto's expert reports due. | 2/12/2021 |
| Close of expert discovery. | 3/10/2021 |
| Monsanto's *Daubert* and summary judgment briefs | 3/24/2021 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 4/7/2021 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 4/21/2021 |
| Plaintiffs' replies re: *Daubert* and summary | 5/5/2021 |
| *Daubert* hearing (if necessary). | 5/28/2021 |

b. **Wave 3**

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency | 7 days from receipt of deficiency letter |
| Close of fact discovery. | 6/15/2021 |
| Plaintiffs' expert reports due. | 6/29/2021 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the | 7/6/2021 |
| Monsanto's expert reports due. | 8/6/2021 |
| Close of expert discovery. | 9/8/2021 |
| Monsanto's *Daubert* and summary judgment briefs | 9/22/2021 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 10/6/2021 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 10/20/2021 |
| Plaintiffs' replies re: *Daubert* and summary | 11/3/2021 |
| *Daubert* hearing (if necessary). | 12/10/2021 |

3. **Additional Wave 3 Cases**

Plaintiffs' counsel has requested that the following cases be added to Wave 3:

- *Smith v. Monsanto*; 3:19-cv-2168, filed in Illinois; however, according to Plaintiff's counsel, the Plaintiff is a resident of Texas and used Roundup in Texas.

- *Roach v. Monsanto*; 3:19-cv-0062, filed in Missouri; however, according to Plaintiff's counsel, the Plaintiff is a resident of Texas and used Roundup in Texas.

- *Bailey v. Monsanto*; 3:19-cv-6071, filed in Missouri; however, according to Plaintiff's counsel, the Plaintiff is a resident of Pennsylvania and used Roundup in Pennsylvania.

Monsanto does not object to these cases being added to Wave 3, subject to plaintiffs' counsel establishing the representations about plaintiffs' residence and Roundup use through plaintiff fact sheets and other documents. Monsanto further reserves its right to challenge venue or seek to transfer the cases to the proper district court prior to remand from the MDL docket.

Proposed orders reflecting the proposed schedules and cases to be included in Waves 2 and 3 are attached.

Respectfully submitted,

*/s/ Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Cc: Counsel of Record (via ECF)

# APPENDIX 1

The administrative motions that remain pending in the three Wave 1 cases subject to remand, all of which are unopposed, are:

- *Giglio v. Monsanto Co.*, 3:16-cv-05658

    - **ECF 94:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Exhibits Filed In Support Of Motion To Exclude Dr. Benbrook.
    - **ECF 95:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Exhibits Filed In Support Of Motion To Exclude Dr. Sawyer.
    - **ECF 96:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Motion And Supporting Exhibits Re: Motion To Exclude Testimony Of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, And Dr. Dennis Weisenburger On Daubert Grounds.
    - **ECF 100:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Its Reply In Support Of Motion To Exclude Testimony Of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, And Dr. Dennis Weisenburger On Daubert Grounds.
    - **ECF 105:** Plaintiffs' Administrative Motion To File Under Seal Portions Of Plaintiffs' Opposition To Motion To Exclude The Testimony Of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, And Dr. Dennis Weisenburger On Daubert Grounds.

- *Hernandez v. Monsanto Co.*, 3:17-cv-07364

    - **ECF 28:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Motion And Supporting Exhibits Re: Monsanto Company's Motion To Exclude Testimony Of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinterbrown, Ron Schiff, And Brent Staggs In Wave One Cases On Daubert Grounds.
    - **ECF 30:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Its Reply In Support Of Monsanto Company's Motion To Exclude Testimony Of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinterbrown, Ron Schiff, And Brent Staggs In Wave One Cases On Daubert Grounds.

- *Russo v. Monsanto Co.*, 3:16-cv-06024

    - **ECF 34:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Exhibits Filed In Support Of Motion To Exclude Dr. Benbrook.
    - **ECF 35:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Exhibits Filed In Support Of Motion To Exclude Dr. Sawyer.
    - **ECF 36:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Motion And Supporting Exhibits Re: Motion To Exclude

Testimony Of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, And Dr. Dennis Weisenburger On Daubert Grounds.
- **ECF 45:** Monsanto Company's Administrative Motion To File Under Seal Portions Of Its Reply In Support Of Motion To Exclude Testimony Of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, And Dr. Dennis Weisenburger On Daubert Grounds.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*
