UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING JOINT REQUEST FOR REVISED SCHEDULE FOR WAVE 3 CASES AND ADDITION OF THREE CASES TO WAVE 3** |
| ALL ACTIONS | |

THIS MATTER came before the Court based on the Court's order for a revised schedule for Wave 3 cases. Having reviewed the proposed schedule and finding good cause shown, the Court GRANTS the parties' proposed schedule for Wave 3 cases as detailed below and designates the following as part of Wave 3.

**Wave 3 Schedule:**

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 14 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 14 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of PFS |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | 6/15/2021 |
| Plaintiffs' expert reports due. | 6/29/2021 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 7/6/2021 |
| Monsanto's expert reports due. | 8/6/2021 |
| Close of expert discovery. | 9/8/2021 |
| Monsanto's *Daubert* and summary judgment briefs due. | 9/22/2021 |

| | |
|---|---|
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 10/6/2021 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 10/20/2021 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 11/3/2021 |
| *Daubert* hearing (if necessary). | 12/10/2021 |

The Wave 3 case shall be as follows:

**Cases Transferred to the MDL from Pennsylvania District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adams, Roy | 3:20-cv-06343 | USDC Eastern District PA |
| Baker, Richard | 3:19-cv-07593 | USDC Eastern District PA |
| Bonanni, Vincent | 3:19-cv-08382 | USDC Western District PA |
| Britt, Lawrence | 3:20-cv-05366 | USDC Eastern District PA |
| Cross, Judy | 3:20-cv-05366 | USDC Western District PA |
| Giri, Meena | 3:20-cv-05366 | USDC Eastern District PA |
| Homen, David | 3:20-cv-05366 | USDC Eastern District PA |
| Johnson, Frederick | 3:20-cv-05366 | USDC Eastern District PA |
| Johnson, Jeffrey | 3:20-cv-05366 | USDC Eastern District PA |
| Johnson, Melvin | 3:20-cv-05366 | USDC Eastern District PA |
| Karamichalakos, Amani | 3:20-cv-05366 | USDC Eastern District PA |
| Kelly, Diane | 3:20-cv-05366 | USDC Eastern District PA |
| Kirsch, John | 3:20-cv-05366 | USDC Eastern District PA |
| Kreitzer, Tyrone | 3:20-cv-05366 | USDC Middle District PA |
| Kuckenbrod, Roger | 3:20-cv-02972 | USDC Middle District PA |
| Mancini, Denise | 3:19-cv-07984 | USDC Western District PA |
| Manuel, Leon | 3:19-cv-08036 | USDC Eastern District PA |
| Bordner, Karen | 3:19-cv-06830 | USDC Eastern District PA |
| Miller, Loretta | 3:20-cv-07216 | USDC Western District PA |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Modafferi, John | 3:20-cv-01277 | USDC Middle District PA |
| Pettinati, Marlene A. | 3:20-cv-03301 | USDC Eastern District PA |
| Bowen, Kim | 3:20-cv-06773 | USDC Eastern District PA |
| Pryor, John | 3:20-cv-03370 | USDC Eastern District PA |
| Ricke, Lawrence J. | 3:18-cv-06806 | USDC Middle District PA |
| Savory, Carl | 3:19-cv-05523 | USDC Eastern District PA |
| Schaffner, Jr., David | 3:20-cv-06988 | USDC Western District PA |
| Schieber, Joseph | 3:20-cv-04371 | USDC Middle District PA |
| Schroeder, Frederick N | 3:20-cv-07391 | USDC Eastern District PA |
| Shifflett, Kenneth | 3:20-cv-02806 | USDC Middle District PA |
| Shoop, Larry | 3:20-cv-05768 | USDC Middle District PA |
| Simonds, Anne | 3:20-cv-03112 | USDC Eastern District PA |
| Spector, Beth | 3:20-cv-03074 | USDC Eastern District PA |
| Troutman, Paul | 3:20-cv-04213 | USDC Middle District PA |
| Vosper, Ira | 3:19-cv-07375 | USDC Eastern District PA |
| Webster, Cara | 3:19-cv-00903 | USDC Western District PA |
| Wigglesworth, Maurice | 3:20-cv-05763 | USDC Eastern District PA |
| Wiley, Rufus | 3:20-cv-00842 | USDC Eastern District PA |
| Wiltrout, Robert | 3:20-cv-05623 | USDC Middle District PA |

**Cases Transferred to the MDL from Texas District Courts are as follows:**

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adelson, Sally | 3:19-cv-00122 | USDC Western District TX |
| Alexander, M. | 3:19-cv-05599 | USDC Northern District TX |
| Ayers, Russell | 3:20-cv-05366 | USDC Southern District TX |
| Bayer, Suzanne | 3:20-cv-05366 | USDC Southern District TX |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Eggleston, Lee | 3:20-cv-05366 | USDC Southern District TX |
| Jewell, Teresa | 3:20-cv-05366 | USDC Southern District TX |
| Millner, William | 3:20-cv-05366 | USDC Southern District TX |
| Mulch, Elsie | 3:20-cv-05366 | USDC Southern District TX |
| Norton, James | 3:20-cv-05366 | USDC Southern District TX |
| Nye, Sturdevant | 3:20-cv-05366 | USDC Southern District TX |
| Premoe, Charles | 3:20-cv-05366 | USDC Southern District TX |
| Smith, Eddie | 3:20-cv-05366 | USDC Southern District TX |
| Stricklin, James | 3:20-cv-05366 | USDC Southern District TX |
| Timberlake, Paul | 3:20-cv-05366 | USDC Southern District TX |
| Banks, Willie | 3:20-cv-02972 | USDC Southern District TX |
| Blair, Joseph | 3:19-cv-07984 | USDC Eastern District TX |
| Cantu, Gilberto | 3:19-cv-08036 | USDC Southern District TX |
| Carriere, Hiram | 3:19-cv-06830 | USDC Southern District TX |
| Carroll, Raymond | 3:20-cv-07216 | USDC Eastern District TX |
| Chapman, Otis | 3:20-cv-01277 | USDC Southern District TX |
| Denkins, La Yuanda | 3:20-cv-03301 | USDC Southern District TX |
| Freel, Joni | 3:18-cv-06806 | USDC Northern District TX |
| Garces, Carolina | 3:19-cv-05523 | USDC Northern District TX |
| Garza, Juan | 3:20-cv-06988 | USDC Southern District TX |
| Gordon, James | 3:20-cv-04371 | USDC Southern District TX |
| Solis, Sylvia | 3:20-cv-07391 | USDC Western District TX |
| Howard, Christopher | 3:20-cv-02806 | USDC Southern District TX |
| Jones, Patricia | 3:20-cv-05768 | USDC Southern District TX |
| Jones, John | 3:20-cv-03112 | USDC Southern District TX |
| Koen, Bradley | 3:20-cv-03074 | USDC Western District TX |

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Lowe, Christopher | 3:20-cv-04213 | USDC Northern District TX |
| Lowery, Michael | 3:19-cv-07375 | USDC Western District TX |
| Muzquiz, Homero | 3:19-cv-00903 | USDC Southern District TX |
| Ochoa, Salome | 3:20-cv-05763 | USDC Western District TX |
| Peters, Larry | 3:20-cv-00842 | USDC Northern District TX |
| Powell, Donnie | 3:20-cv-05623 | USDC Northern District TX |
| Scheh, Donald | 3:20-cv-02427 | USDC Eastern District TX |
| Sullivan, Susan | 3:20-cv-01583 | USDC Southern District TX |
| Vlasatik, Michael | 3:19-cv-07374 | USDC Southern District TX |
| Woods, Keith | 3:20-cv-06992 | USDC Southern District TX |

**Additional Wave 3 Cases:**

- *Smith v. Monsanto*; 3:19-cv-2168, filed in Illinois; however, according to Plaintiff's counsel, the Plaintiff is a resident of Texas and used Roundup in Texas.

- *Roach v. Monsanto*; 3:19-cv-0062, filed in Missouri; however, according to Plaintiff's counsel, the Plaintiff is a resident of Texas and used Roundup in Texas.

- *Bailey v. Monsanto*; 3:19-cv-6071, filed in Missouri; however, according to Plaintiff's counsel, the Plaintiff is a resident of Pennsylvania and used Roundup in Pennsylvania.

Date: _____, 2020

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT