# EXHIBIT 1

Simoun Gebeyehou

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE ROUNDUP PRODUCTS         )
                                    )
 5   LIABILITY LITIGATION           )
                                    )   Case No.
 6                                  )   3:16-MD-05813-vc
                                    )
 7   This document relates to:      )   MDL No. 2741
                                    )
 8   Simoun Gebeyehou v.            )
     Monsanto co.,                  )
 9    3:16-cv-05813-VC               )
     _____    )
10

11

12

13

14

                           DEPOSITION OF
15

                          SIMOUN GEBEYEHOU
16

                   TUESDAY, NOVEMBER 13, 2018
17

18

19

20

21   REPORTER: KIMBERLY E. D'URSO, RPR, CSR NO. 11372

22

23

24

25
```

Simoun Gebeyehou

1    to Roundup and to use as many rows as are necessary to

2    describe different periods of usage; correct?

3        A.   It says -- but small thing -- like from that

4    angle, yes.  But that doesn't necessarily mean that I

5    completely threw away all of what I had for -- since

6    2014.

7        Q.   What happened in 2014 that caused you to stop

8    using Roundup except for maybe an occasional use in 2016

9    afterwards?

10       A.   Okay.  You want to get the full story there?

11       Q.   Tell me the short story.

12       A.   The short story, 2014 -- 2014, the rumor going

13   out all over that Roundup causes cancer.  I talked to my

14   doctor.  And he did -- he kept quiet.  He didn't respond

15   to anything.  So I told him, "Is this" -- I said, "I

16   think this is caused by Roundup, my disease."  He didn't

17   say anything whatsoever.

18            I e-mailed him on the 14th, on the 2014, again

19   telling him that I really feel it is Roundup.  And also

20   I read it this time from Dr. Oz movie -- video -- I

21   mean, a show to some -- it was a credible person.  Also

22   I put an attachment to it, and I sent it to him.  He

23   didn't say anything.

24            So I continued using the Roundup, not as much

25   as I used to do in 2014, but -- until 2016.  And then a

```
 1                (Exhibit Number 8 was marked.)

 2   BY MR. SLONIM:

 3       Q.   Mr. Gebeyehou, we've marked as Deposition

 4   Number 8, a portion of the medical records that were

 5   produced to us by Kaiser Permanente that include an

 6   email from you, dated September 24th, 2014, sent at 3:56

 7   in the afternoon, Pacific Daylight Time, to Dr. Pai.

 8            Does that refresh your recollection, that on

 9   September 24th, 2014, at 3:56 in the afternoon, you

10   wrote to Dr. Pai about Roundup and your cancer?

11       A.   That's what I just said.

12       Q.   Okay.

13       A.   Now that you got that information from Kaiser,

14   I would believe that this is right.  September.

15       Q.   We have marked that document as Deposition

16   Number 8.  Can you take a look at that email in the

17   middle of the page and identify that as the email that

18   you sent to Dr. Pai?

19       A.   Well, I'll take your word.  And I don't know

20   why you -- oh, yeah.

21       Q.   That's your email and that's your name?

22       A.   Oh, yeah.

23       Q.   You signed it Simoun; right?

24       A.   Yes.  That's right.

25       Q.   And I yellow highlighted the last two
```

1    paragraphs.  Let me read the next to last paragraph.  It

2    begins with the first three letters "BTW."  Does that

3    stand for "by the way"?

4        A.    By the way.

5        Q.    Let me read that paragraph.  It says:  "By the

6    way, I am 95 percent sure that my cancer is caused by

7    Roundup herbicide.  It was all over on Dr. Oz about the

8    connection on this week's show too.  This is just to

9    send you advanced material and will chat with you about

10   the specifics on our next meeting."

11           Now, Mr. Gebeyehou, you told Dr. Pai that you

12   were 95 percent certain that your cancer was caused by

13   Roundup and that information was on the Dr. Oz TV show

14   during the week of September 24th, 2014; correct?

15       A.    Correct.

16       Q.    Tell us what you recall was said on the Dr. Oz

17   TV show the week of September 24th, 2014 regarding

18   Roundup and cancer.

19       A.    Well, I don't remember exactly how it came

20   about.  But the only thing I remember is, to me, while

21   they're explaining how -- from Roundup exposure, the

22   way -- how the exposure takes through, exactly the same

23   way I was applying it, having no gloves and wind and by

24   no cover and everything.  Exactly what I'm doing.  So

25   that made me sure -- certain that they were talking

Simoun Gebeyehou

```
 1   I told her or not, I don't know.  But it was all over

 2   that -- Roundup at the time.  And I was more interested

 3   to dig in and see -- and then I might have told her.

 4      Q.   When you say it was "all over" -- "all over"

 5   about Roundup about that time, what do you mean?  Where

 6   else did you read it?

 7      A.   Everybody talks on the Internet.  Just go to

 8   Google and write Roundup and cancer.

 9      Q.   Okay.  So you saw it on Dr. Oz and then you

10   looked on the Internet?

11      A.   Before Dr. Oz, I knew that there was such a

12   rumor, I call it.

13      Q.   And then you saw the Dr. Oz program, and you

14   thought that that was the way you applied it?

15      A.   That's also -- not only to his five-minute

16   show.  There was an attachment that went together to

17   the -- Dr. Pai.

18      Q.   So after you saw the Dr. Oz show, did you go on

19   the Internet and do more research to see what was

20   available?

21      A.   I was alarmed.  Yes, maybe.

22           (Reporter clarification.)

23   BY MR. SLONIM:

24      Q.   Can you turn your attention back to Exhibit

25   Number 8, which was the email that you wrote to Dr. Pai
```

Simoun Gebeyehou

1   on September 24th, 2014?  Do you have that in front of

2   you?

3       A.   Yes.

4       Q.   The last paragraph, I also yellow highlighted.

5   I will read it aloud to you.  It states, and I quote,

6   "There is no question that there is a direct link

7   between Roundup and non-Hodgkin's lymphoma.  Click on

8   the following link and read the article entitled

9   'Roundup Chemical Doubles Your Risk of Lymphoma,'" and

10  then there's a website address:

11  "Http:\\www.rodalenews.com\roundup-lymphoma."

12          Do you recall writing that to Dr. Pai?

13      A.   Oh, yeah.

14      Q.   And you told him that there was no question in

15  your mind at this time that there was a direct link

16  between Roundup and your non-Hodgkin's lymphoma;

17  correct?

18      A.   Okay.  Yes.  That's what I said.  I said by my

19  definition, there's no question in my mind, is to get

20  his attention, an exaggerative.  Maybe I even said 95

21  percent of --

22      Q.   You also told Dr. Pai that there was an article

23  that was published on the rodalenews.com website, and

24  you told him that he should click on the link to look at

25  that article; correct?

Simoun Gebeyehou

```
 1        A.    Rodale?

 2        Q.    Yes.

 3        A.    I don't know what -- I don't give attention to

 4   the link.

 5        Q.    But you told him to click on the link to the

 6   Internet to read an article entitled "Roundup Chemical

 7   Doubles Your Risk of Lymphoma;" correct?

 8        A.    Right.

 9              (Exhibit Number 9 was marked.)

10   BY MR. SLONIM:

11        Q.    We've marked as Deposition Exhibit Number 9 a

12    printout from the rodalenews.com website entitled

13    "Roundup Chemical Doubles Your Risk of Lymphoma."

14              This is the article that you told Dr. Pai that

15    you wanted him to read; correct?

16              MR. TSADIK:  Objection.

17              Okay.  Go ahead.

18              THE WITNESS:  First of all, the article in

19   detail, I might have not read it.  But the title, catch

20   the phrase, and maybe that's why I sent to him.

21   BY MR. SLONIM:

22        Q.    The article that we have marked as Deposition

23    Exhibit Number 9, which is the article from

24    rodalenews.com about Roundup and is entitled "Roundup

25    Chemical Doubles Your Risk of Lymphoma," that is the
```