**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Michael L. Tranter, as Personal Representative of the Heirs and the Estate of Monroe Carey v. Monsanto Co.*, Case No. 3:20-cv-07891-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

| | |
|---|---|
| 1   DATED:  November 19, 2020 | Respectfully submitted, |}

1  DATED:  November 19, 2020     Respectfully submitted,

2                                /s/ Joe G. Hollingsworth
                                 Joe G. Hollingsworth (*pro hac vice*)
3                                (jhollingsworth@hollingsworthllp.com)
                                 Eric G. Lasker (*pro hac vice*)
4                                (elasker@hollingsworthllp.com)
                                 HOLLINGSWORTH LLP
5                                1350 I Street, N.W.
                                 Washington, DC  20005
6                                Telephone:  (202) 898-5800
                                 Facsimile:   (202) 682-1639
7
                                 *Attorneys for Defendant*
8                                *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-07891-VC