

2001 M STREET NW<br>
10th Floor<br>
WASHINGTON, DC 20036

WWW.WILKINSONSTEKLOFF.COM<br>
———<br>
A LIMITED LIABILITY<br>
PARTNERSHIP

November 19, 2020

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

> **Re:**   *In re Roundup Prods. Liab. Litig.*, **No. 16-md-02741-VC: Correction to list requested by the Court (Exhibit 1)**

Dear Judge Chhabria:

The parties write to correct the list of settled cases attached as Exhibit 1 to my November 16, 2020 letter regarding "Lists Requested by the Court."  A corrected Exhibit 1 is attached to this letter.

The following cases were incorrectly listed and have been removed from the list of settled cases:

| MDL Case Name | MDL Case # |
|---|---|
| Booth, David | 3:20-cv-04654 |
| Cochran, Robert | 3:17-cv-03200 |
| Coressel, Denise | 3:20-cv-03720 |
| Cryan, Catherine | 3:17-cv-05084 |
| Faschingbauer, Larry J. | 3:17-cv-03202 |
| O'Neil, Linda | 3:17-cv-03378 |
| Rhuland, Jason C. | 3:19-cv-05598 |
| Rowland, Dean | 3:19-cv-05310 |
| Sanchez, Sabas | 3:17-cv-03377 |

| | |
|---|---|
| Setzer, William | 3:17-cv-03448 |
| Shipley, Joseph E. | 3:17-cv-01982 |
| Wachtman, Vernon | 3:20-cv-06119 |
| Wistinghausen, Robert | 3:20-cv-00027 |
| Hoffman, William | 3:20-cv-02805 |
| Scotto, Ellen D. | 3:19-cv-03299 |

The following cases have been added to the list of settled cases:

| MDL Case Name | MDL Case # |
|---|---|
| McCall, Anthony | 3:16-cv-05749 |
| Patterson, Lynda | 3:16-cv-05787 |

As the parties have previously informed the Court, given the number of plaintiffs and plaintiffs' firms involved in the discussions, the nature of settlement discussions is fluid and changes regularly.  The parties will be prepared to discuss how often the Court would like an update to this list at the next case management conference.

Finally, the parties note that due to the *McCall* case being added to the list of settled cases, the first motion listed on Exhibit 2 to my November 16, 2020 letter listing the pending MDL motions, i.e., a May 13, 2016 NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Monsanto Company, D.E. 36 in Case No. 3:16-cv-05749, can be denied as moot.

Respectfully submitted,

*/s/ Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Cc: Counsel of Record (via ECF)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*