**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

MDL No: 2741

Case No(s): 3:16-02741-VC(lead)
3:20-cv-05929-VC

MARY ANNE WHITE, AMANDA VIGNONE, and JARRET VIGNONE,

               Plaintiffs,

-against-

MONSANTO COMPANY,
HOME DEPOT U.S.A., INC., and LOWES HOME CENTERS, LLC.

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD FOR THE PARTIES:

Josephine Lupis, attorney of record for Plaintiff(s) Mary Anne White, Amanda Vignone and Jarret Vignone, hereby respectfully requests that the Court, all parties and counsel of record take notice of plaintiffs' counsel's new office address and location effective immediately:

Josephine M. Lupis, Esq.
**LUPIS LAW FIRM**
223 Wall Street, Suite 134
Huntington, New York, 11743
Tel: (516) 570-6636
E-mail: Josephine@LupisLawFirm.com

The law firm's phone number and plaintiffs' counselor's email remain unchanged.

Dated: November 20, 2020

Respectfully Submitted,

/s/ Josephine M. Lupis

Josephine M. Lupis
**LUPIS LAW FIRM**
223 Wall Street, Suite 134
Huntington, NY 11743
Tel: (516) 570-6636
E-Mail: Josephine@LupisLawFirm.com

Attorneys for Plaintiffs Mary Anne White, Amanda Vignone & Jarret Vignone

To:

**HOLLINGSWORTH LLP**
Martin Calhoun
Brett S. Covington
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5867
Email: mcalhoun@Hollingsworthllp.com
bcovington@Hollingsworthllp.com

Counsel for Defendant, Monsanto Company & Lowes Home Centers, LLC. in *White et al., v. Monsanto Co., Home Depot U.S.A. Inc. & Lowes Home Centers, LLC.*, No: 2:20-cv-00847-SJF-ST (E.D.N.Y.)

**MORRIS, MANNING & MARTIN, LLP**
Patrick Lowther
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Tel: 404-495-3633
Email: plowther@mmmlaw.com

Counsel for Defendant, Home Depot U.S.A., Inc. in *White et al., v. Monsanto Co., Home Depot U.S.A. Inc. & Lowes Home Centers, LLC.*, No: 2:20-cv-00847-SJF-ST (E.D.N.Y.)

## CERTIFICATE OF SERVICE

I, Josephine M. Lupis, certify that a true and correct copy of the foregoing document has been served on all counsel of record through the court's electronic case filing system (ECF) on the 20th day of November, 2020 including the following:

**HOLLINGSWORTH LLP**
Martin Calhoun
Brett S. Covington
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5867
Email: mcalhoun@Hollingsworthllp.com
bcovington@Hollingsworthllp.com

Counsel for Defendant, Monsanto Company & Lowes Home Centers, LLC. in *White et al., v. Monsanto Co., Home Depot U.S.A. Inc. & Lowes Home Centers, LLC.*, No: 2:20-cv-00847-SJF-ST (E.D.N.Y.)

**MORRIS, MANNING & MARTIN, LLP**
Patrick Lowther
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Tel: 404-495-3633
Email: plowther@mmmlaw.com

Counsel for Defendant, Home Depot U.S.A., Inc. in *White et al., v. Monsanto Co., Home Depot U.S.A. Inc. & Lowes Home Centers, LLC.*, No: 2:20-cv-00847-SJF-ST (E.D.N.Y.)

Dated: November 20, 2020

/s/ Josephine M. Lupis