1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
11
12 | This document relates to: | |
13 | *William M. McKemie v. Monsanto Co.*, Case No. 3:20-cv-07324-VC | |
14

15          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18          1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19          2.    Bayer AG is a publicly held corporation.

20 DATED:  November 24, 2020              Respectfully submitted,

21                                        /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth (*pro hac vice*)
22                                        (jhollingsworth@hollingsworthllp.com)
                                          Eric G. Lasker (*pro hac vice*)
23                                        (elasker@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
24                                        1350 I Street, N.W.
                                          Washington, DC  20005
25                                        Telephone:  (202) 898-5800
                                          Facsimile:   (202) 682-1639
26
                                          *Attorneys for Defendant*
27                                        *MONSANTO COMPANY*

28