Tesfaye W. Tsadik, Esq., CSB#108103
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 839-3922
Facsimile: (510) 844-2781
Email: ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIOUM GEBEYEHOU**<br>**Plaintiffs,**<br>vs.<br>**MONSANTO COMPANY,** et al.,<br>**Defendants.** | Case No. 16-md-02741-VC<br>Case No. 3:16-cv-05813 VC |

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Plaintiff Sioum Gebeyheou respectfully requests that the Court take judicial notice of the following in support of its Response pursuant to Pretrial Order #220.

- **Exhibit A**: A true and correct copy of First Step Appeal Brief by Monsanto filed with the Ninth Circuit on 12/13/19 in *Hardeman v. Monsanto Company*, Ninth Circuit Appeal No. 19-16636.
- **Exhibit B**: A true and correct copy of the *Order Granting Summary Judgment, U.S. District Court, Eastern District, 06/22/2020, Nat'l Ass'n of Wheat Growers v. Becerra*, US District Court, Eastern

District of California, No. 2:17-cv-2401 WBS EFB, (June 22, 2020); 2020 U.S. Dist. LEXIS 108926;

- **Exhibit C**: A true and correct copy of *Plaintiff's (including MONSANTO), Memorandum in Support of Summary Judgment-dkt#117-1,, filed 9/25/2019* in *Nat'l Ass'n of Wheat Growers v. Becerra*, US District Court, Eastern District of California, No. 2:17-cv-2401 WBS EFB

## II. ARGUMENT

Federal Rule of Evidence 201 provides that a court may take judicial notice of a fact "not subject to reasonable dispute [and] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court may take judicial notice "at any stage of the proceeding," including in ruling on a motion for summary judgment. Fed. R. Evid. 201(f); see *Hunt v. Check Recovery Sys*., 478 F. Supp. 2d 1157, 1160-61 (N.D. Cal. 2007) (taking judicial notice on a motion for summary judgment).

The Court may take judicial notice of matters of the public record including pleadings, decisions, orders and other documents filed in another court. See *Reyn's Pasta Bella, LLC v. Visa USA, Inc*., 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court may take judicial notice of court filings and other matters of public record); see also *Kurtcu v. U.S. Parking Inc*., No. 08-2113, 2008 U.S. Dist. LEXIS 51302, at *5 (N.D. Cal. Jun. 16, 2008) (a court may take judicial notice of orders and decisions made by other courts and administrative agencies).

While the Court cannot and does not accept any disputed facts made therein as true, it may take judicial notice of the fact that the proceeding occurred and the fact that representations were made in that proceeding. See *NuCal Foods, Inc. v. Quality Egg LLC,* 887 F. Supp. 2d 977, 985 (E.D. Cal. 2012) ; *Neilson v. Union Bank of California*, *N.A.,* 290 F. Supp. 2d 1101, 1113 (C.D. Cal. 2003) (may take

judicial notice of the "existence and legal effect of the documents").

## III. CONCLUSION

This Court may appropriately take judicial notice of the court filings and orders designated above as **Exhibit A, Exhibit B, Exhibit C**, as they are proper subject for judicial notice.

Dated: November 24, 2020.

*/s/Tesfaye W. Tsadik*
Tesfaye W. Tsadik, Esq.
Attorney for SIOUM GEBEYEHOU