1  Tesfaye W. Tsadik, Esq., CSB#108103
   Law Offices of Tesfaye W. Tsadik
2  528 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 839-3922
   Facsimile: (510) 844-2781
4  Email: ttsadik@pacbell.net

5  Attorney for Plaintiff
   SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIOUM GEBEYEHOU**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**MONSANTO COMPANY,**<br><br>　　　　**Defendant.** | Case No.  16-md-02741 VC<br>Case No. 16-cv-05813 VC<br><br>**DECLARATION OF TESFAYE W. TSADIK AUTHENTICATING EXHIBITS** |

　　　I, Tesfaye W. Tsadik, declare:

　　　1. I am an attorney duly licensed to practice law before all the courts in the state of California and I am the attorney of record for Plaintiff Sioum Gebeyhou, along with MDL attorneys in this action.

　　　2. Attached herewith **is Exhibit A**, a true and correct copy of First Step Appeal Brief by Monsanto filed with the Ninth Circuit on 12/13/19 in *Hardeman v. Monsanto Company*, Ninth Circuit Appeal No. 19-16636.

　　　3. Attached herewith is **Exhibit B** a true and correct copy of the *Order Granting Summary Judgment, U.S. District Court, Eastern District, 06/22/2020*, *Nat'l Ass'n of Wheat Growers  v. Becerra*, US District Court,  Eastern District of

*Declaration of Tsadik Authenticating Exhibits*　　　-1-

1  California,  No. 2:17-cv-2401 WBS EFB, (June 22, 2020); 2020 U.S. Dist. LEXIS
2  108926;
3      4.  Attached herewith is **Exhibit C** a  true and correct copy of  *Plaintiff's*
4  *(including MONSANTO), Memorandum in Support of Summary Judgment-*
5  *dkt#117-1,, filed 9/25/2019* in  *Nat'l Ass'n of Wheat Growers  v. Becerra*, US
6  District Court,  Eastern District of California,  No. 2:17-cv-2401 WBS EFB.
7      5.  Attached herewith **Exhibit D**, is a true copy of excerpts from the Kaiser
8  Hospital Medical Record.
9      6. Attached herewith id excerpts from the Deposition transcript of Dr.
10 Ashok Pai, which deposition was taken on 11/19/2018.
11      I declare under penalty of perjury and the laws of the state of
12 California and United States the above is true and correct.
13 Dated: November 24, 2020.
14      Executed at Oakland, California on November 24, 2020.

16          */s/Tesfaye W. Tsadik*
            Tesfaye W. Tsadik

28 *Declaration of Tsadik Authenticating Exhibits*      -2-