# EXHIBIT D

*Excerpts from Kaiser Medical Record*



**THE PERMANENTE MEDICAL GROUP**

OAK-BROADWAY  
3701 BROADWAY  
OAKLAND CA 94611-5613  
Encounter Record

Gebeyehou, Sioum  
MRN: 110002411929, DOB: 1/19/1939, Sex: M  
Encounter date: 9/24/2014

## Patient Secure Message
9/24/2014

### Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 9/24/2014  3:56 PM | Pai, Ashok Pandurang (M.D.) | ADULT HEMATOLOGY/ONCOLOGY/INFU | 477497045 |

### Encounter Messages

**RE: Follow up Tests**

| From | To | Sent and Delivered |
|---|---|---|
| Ashok Pandurang (M.D.) Pai | Sioum Gebeyehou | 9/24/2014  4:27 PM |

Last Read in kp.org  
9/24/2014  5:47 PM by Sioum Gebeyehou

Hi Sioum, if you are not having any new symptoms, I would wait until late Oct 2014 and repeat the MRI, since that was the test that gave us the most information. Repeating the MRI now will give us little information, and we will have to repeat it again in 2-3 months anyway. The radiation that your body is getting from the scans will also be problematic long term, so let's wait till at least late Oct 2014 to repeat the MRI first.

Sincerely  
Ashok Pai, MD

**Previous Messages**

----- Message -----  
From: GEBEYEHOU,SIOUM  
Sent: 9/24/2014  3:56 PM PDT  
To: ASHOK PANDURANG PAI MD  
Subject: Follow up Tests

Dear Dr Pai,  
For the last few weeks, I have been listening to my body, to document permanent and temporary side effects. Still in progress.  
My last chemo was June 3rd.. about 4 mo.  
My PET scan was July 29..2 mo.  
My MRI Scan was Aug 25 ...1mo.

I would like to take these two tests again, and please let me know as to when you would like to schedule me for these two tests.

BTW, I am 95% sure that my cancer is caused by Roundup herbicide. It was all over on Dr OZ about the connection  on this week show too. This is just to send you advance material, and will chat with you the specifics on our next meeting.

There is no question that there is a direct link between Round Up and Non-Hodgkins Lymphoma.  Click on the following link and read the article entitled, "Roundup Chemical Doubles Your Risk of Lymphoma". http://www.rodalenews.com/roundup-lymphoma

Sioum

**Follow up Tests**

| From | To | Sent |
|---|---|---|
| Sioum Gebeyehou | Ashok Pandurang (M.D.) Pai | 9/24/2014  3:56 PM |

Dear Dr Pai,  
For the last few weeks, I have been listening to my body, to document permanent and temporary side effects. Still in progress.  
My last chemo was June 3rd.. about 4 mo.  
My PET scan was July 29..2 mo.  
My MRI Scan was Aug 25 ...1mo.

I would like to take these two tests again, and please let me know as to when you would like to schedule me for these two tests.

BTW, I am 95% sure that my cancer is caused by Roundup herbicide. It was all over on Dr OZ about the connection  on this week show too. This



**THE PERMANENTE MEDICAL GROUP**

OAK-BROADWAY  
3701 BROADWAY  
OAKLAND CA 94611-5613  
Encounter Record

Gebeyehou, Sioum  
MRN: 110002411929, DOB: 1/19/1939, Sex: M  
Encounter date: 10/21/2014

## Patient Secure Message
10/21/2014

## Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 10/21/2014 3:15 PM | Pai, Ashok Pandurang (M.D.) | ADULT HEMATOLOGY/ONCOLOGY/INFU | 482226220 |

## Encounter Messages

### RE: Apppointment for Tests before I meet you

| From | To | Sent and Delivered |
|---|---|---|
| Ashok Pandurang (M.D.) Pai<br>Last Read in kp.org<br>10/21/2014 10:03 PM by Sioum Gebeyehou | Sioum Gebeyehou | 10/21/2014 5:38 PM |

Sure, no problem

### Previous Messages

----- Message -----  
From: GEBEYEHOU,SIOUM  
Sent: 10/21/2014 5:36 PM PDT  
To: ASHOK PANDURANG PAI MD  
Subject: RE: Apppointment for Tests before I meet you

Dr Pai,  
I am coming tomorrow at 2:00 for my MRI test.  
Can I have all the necessary blood test as well tomorrow?  
Thanks

----- Message -----  
From: ASHOK PANDURANG PAI MD  
Sent: 10/21/2014 3:50 PM PDT  
To: Sioum Gebeyehou  
Subject: RE: Apppointment for Tests before I meet you

Hi Sioum  
Hope you are doing okay overall, glad to know you are moving towards recovering.

1. I will order the MRI to be done.  
2. It sounds like you have a post-phlebetic syndrome in the left leg, I don't think you need an ultrasound unless there is new significant change in size of the leg.  
3. I doubt you are anemic, we can do a blood test to confirm.

Sincerely  
Ashok Pai, MD

----- Message -----  
From: GEBEYEHOU,SIOUM  
Sent: 10/21/2014 3:15 PM PDT  
To: ASHOK PANDURANG PAI MD  
Subject: Apppointment for Tests before I meet you

Greetings Dr Pai,  
1.Per your recommendation, it is about time for scheduling my MRI and/or PET scan tests for the end of October.

2. It has been a recurring naggging problem that my both ankles swell randomly during day times.  
As I understand it, you can have blood clot while you are still on lovenox.  
The last couple of days my left leg feels warm, firm and tingling with minor pain. I also feel tingling sensation under my arm pit and groin area.  
I would appreciate, if you can schedule me for ultrasound (or whatever test) tests followed by required blood test.

3. My overall recovery,so far as expected, except my balance, dizziness, and weak energy. (anemic?)



| OAK-BROADWAY | Gebeyehou, Sioum |
|---|---|
| THE PERMANENTE MEDICAL GROUP | |
| 3701 BROADWAY | MRN: 110002411929, DOB: 1/19/1939, Sex: M |
| OAKLAND CA 94611-5613 | Encounter date: 10/21/2014 |
| Encounter Record | |

## End of Encounter (continued)

**Encounter Messages (continued)**

Thanks Dr Pai.

**RE: Apppointment for Tests before I meet you**

| From | To | Sent |
|---|---|---|
| Sioum Gebeyehou | Ashok Pandurang (M.D.) Pai | 10/21/2014  5:36 PM |

Dr Pai,
I am coming tomorrow at 2:00 for my MRI test.
Can I have all the necessary blood test as well tomorrow?
Thanks

----- Message -----
From: ASHOK PANDURANG PAI MD
Sent: 10/21/2014  3:50 PM PDT
To: Sioum Gebeyehou
Subject: RE: Apppointment for Tests before I meet you

Hi Sioum
Hope you are doing okay overall, glad to know you are moving towards recovering.

1. I will order the MRI to be done.
2. It sounds like you have a post-phlebetic syndrome in the left leg, I don't think you need an ultrasound unless there is new significant change in size of the leg.
3. I doubt you are anemic, we can do a blood test to confirm.

Sincerely
Ashok Pai, MD


**Previous Messages**

----- Message -----
From: GEBEYEHOU,SIOUM
Sent: 10/21/2014  3:15 PM PDT
To: ASHOK PANDURANG PAI MD
Subject: Apppointment for Tests before I meet you

Greetings Dr Pai,
1. Per your recommendation, it is about time for scheduling my MRI and/or PET scan tests for the end of October.

2. It has been a recurring naggging problem that my both ankles swell randomly during day times.
As I understand it, you can have blood clot while you are still on lovenox.
The last couple of days my left leg feels warm, firm and tingling with minor pain. I also feel tingling sensation under my arm pit and groin area.
I would appreciate, if you can schedule me for ultrasound (or whatever test) tests followed by required blood test.

3. My overall recovery,so far as expected, except my balance, dizziness, and weak energy. (anemic?)
Thanks Dr Pai.


**RE: Apppointment for Tests before I meet you**

| From | To | Sent and Delivered |
|---|---|---|
| Ashok Pandurang (M.D.) Pai | Sioum Gebeyehou | 10/21/2014  3:50 PM |

Last Read in kp.org
10/21/2014  5:41 PM by Sioum Gebeyehou
Hi Sioum
Hope you are doing okay overall, glad to know you are moving towards recovering.

1. I will order the MRI to be done.
2. It sounds like you have a post-phlebetic syndrome in the left leg, I don't think you need an ultrasound unless there is new significant change in