# EXHIBIT E

*Excerpt from the Deposition of Dr. Ashok Pai, 11/19/2018*

Dr. Ashok Pai

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | ---oOo--- |
| 4 | IN RE:  ROUNDUP PRODUCTS         )MDL No. 2741 |
|   | LIABILITY LITIGATION.            ) |
| 5 | _____ )Case No. 3:16-md-05813-VC |
|   |                                  ) |
| 6 | This document relates to:        ) |
|   |                                  ) |
| 7 | Sioum Gebeyehou v. Monsanto      ) |
|   | Co., 3:16-cv-05813-VC.           ) |
| 8 | _____ ) |
| 9 | |
| 10 | |
| 11 | VIDEOTAPED DEPOSITION OF DR. ASHOK PAI |
| 12 | Oakland, California |
| 13 | Monday, November 19, 2018 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Reported by: |
| 22 | Elizabeth A. Willis-Lewis, RPR, CCRR, CLR |
|    | CSR No. 12155 |
| 23 | |
| 24 | |
| 25 | |

1   though I do recall in general at our meetings that he

2   would bring up certain pieces of information that he

3   would come across through his own research as to what

4   might have been the cause of his cancer.

5   BY MR. SLONIM:

6       Q.   And do you recall what you told him in

7   response?

8       A.   Typically, my common response to most of my

9   patients usually is that there's a difference a lot of

10  times between association and causation, and at this

11  point, just from our scientific journals where I get

12  most of my information from, there isn't any -- there

13  wasn't any obvious link that I was aware of at the time.

14      Q.   This e-mail that Mr. Gebeyehou sent you that

15  references this website, he says -- he says -- if you

16  take a look at his e-mail, it says:

17          "Click on the following link and read the

18          following article entitled..."

19          Do you recall if you clicked on that link?

20      A.   I don't recall if I did, but I typically

21  usually do with most of my patients who send me

22  information.

23          (Exhibit 9 was marked for identification.)

24  BY MR. SLONIM:

25      Q.   I've marked as deposition Exhibit No. 9 an