Jordan A. Marzzacco (PA 320519)
945 E. Park Drive, Suite 103
Harrisburg, PA 17111
(717) 231-1640
jmarzzacco@klnivenlaw.com
Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT WILTROUT and LORI WILTROUT,** h/w,<br><br>                              **Plaintiffs**<br>                  v.<br><br>**MONSANTO COMPANY,**<br><br>                              **Defendant** | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br>**MDL Case No. 3:19-cv-4643** |

## STIPULATION OF DISMISSAL

Upon consent of all parties to have appeared, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED without prejudice, each party to bear its own costs and expenses.

Respectfully submitted,

**MARZZACCO NIVEN & ASSOCIATES**


/s/ *Jordan A. Marzzacco*
Jordan A. Marzzacco
945 E. Park Drive, Suite 103
Harrisburg, PA 17111
(717) 231-1640
jmarzzacco@klnivenlaw.com
Counsel for Plaintiffs

**WILKINSON STEKLOFF LLP**

*/s/ Brian Stekloff*
Brian Stekloff
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4030
bstekloff@wilkinsonstekloff.com
Counsel for Defendant

Date: 12/01/2020

*Stipulation of Dismissal*

## **CERTIFICATE OF SERVICE**

I certify that, on December 1st, 2020, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

Respectfully Submitted,

**MARZZACCO NIVEN & ASSOCIATES**

By:  /s/ *Jordan A. Marzzacco*
Jordan A. Marzzacco
945 E. Park Drive, Suite 103
Harrisburg, PA 17111
(717) 231-1640
jmarzzacco@klnivenlaw.com
Counsel for Plaintiffs