Jordan P. Wartman, Esq. (PA 323396)
Handler, Henning & Rosenberg LLC
4400 Deer Path Road, Suite 205
Harrisburg, PA 17110
717-222-2222
wartman@hhrlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY SHOOP and MARSHA SHOOP, h/w,**<br><br>                      **Plaintiffs**<br>        v.<br><br>**MONSANTO COMPANY,**<br><br>                      **Defendant** | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br>**MDL Case No. 3:19-cv-1239-VC** |

## STIPULATION OF DISMISSAL

Upon consent of all parties to have appeared, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED without prejudice, each party to bear its own costs and expenses.

Respectfully submitted,

**HANDLER, HENNING & ROSENBERG, LLC**

/s/ *Jordan P. Wartman*
Jordan P. Wartman
4400 Deer Path Rd., Suite 205
Harrisburg, PA 17110
(717) 238-2000
Wartman@hhrlaw.com
Counsel for Plaintiffs

*1*

*Stipulation of Dismissal*

**WILKINSON STEKLOFF LLP**

<u>*/s/ Brian Stekloff*</u>
Brian Stekloff
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4030
bstekloff@wilkinsonstekloff.com
Counsel for Defendant

Date: 12/1/2020

*Stipulation of Dismissal*

## **CERTIFICATE OF SERVICE**

I certify that, on December 1, 2020, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

Respectfully Submitted,

**HANDLER, HENNING & ROSENBERG, LLC**

By: /s/ *Jordan P. Wartman*
Jordan P. Wartman
4400 Deer Path Rd., Suite 205
Harrisburg, PA 17110
(717) 238-2000
Wartman@hhrlaw.com
Counsel for Plaintiffs