**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639
Email:  elasker@hollingsworthllp.com
  mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Donald Rose v. Monsanto Co., et al.*,<br>Case No. 3:20-cv-07794-VC | |

**MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT**

Pursuant to Pretrial Order No. 183, defendant Monsanto Company ("Monsanto") hereby submits this report regarding a lawsuit that: (a) was directly filed in this district last month (November 2020); and (b) apparently fails to comply with the personal jurisdiction and venue requirements: *Donald Rose v. Monsanto Co., et al.*  Plaintiff alleges that he was "at all relevant times a resident and citizen of Montrose, Colorado."  Complaint ¶ 8.  Plaintiff does not allege any connections between his claims and the State of California.

DATED:  December 1, 2020                    Respectfully submitted,

                                                     /s/ Eric G. Lasker
                                                   Eric G. Lasker (*pro hac vice*)
                                                   (elasker@hollingsworthllp.com)
                                                 Martin C. Calhoun (*pro hac vice*)
                                                 (mcalhoun@hollingsworthllp.com)
                                                 HOLLINGSWORTH LLP
                                                 1350 I Street, N.W.
                                                 Washington, DC  20005
                                                 Telephone:  (202) 898-5800
                                                 Facsimile:   (202) 682-1639

                                                 *Attorneys for Defendant*
                                               *MONSANTO COMPANY*