IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No: 3:16-md-02741 |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: | |
| Larry Edwin Green, et al, v. Monsanto Company | ORDER GRANTING MOTION TO WITHDRAW |
| Case No. 2:17-cv-00795-SRW | |
| Monsanto Company | |

ORDER

Before the court is the Motion to Withdraw of Wesley Walterscheid as Attorney of Record for Plaintiff filed herein. Having considered said Motion and the applicable law, the Court finds the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Withdraw of Wesley Walterscheid as Attorney of Record for Plaintiffs is hereby Granted, and that Wesley Walterscheid is withdrawn as counsel of record herein for Plaintiffs.

Dated:

                                                   Honorable Vince Chhabria
                                                   United States District Court

1