IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No: 3:16-md-02741 |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: | |
| Larry Edwin Green, et al., v. Monsanto Company | Case No. 3:17-cv-06975-VC |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COMES Wesley Walterscheid and hereby respectfully moves this Court to grant him leave to withdraw as counsel on behalf of Plaintiffs Larry Edwin Green and Sue Ellen Green in the above-captioned case. In support of this Motion, he states as follows:

1. Movant is no longer in the private practice of law.

2. Plaintiff is currently, and will continue to be, represented by Sherri Mazur.

3. Movant's withdrawal should not cause any delay or prejudice to the parties or this proceeding.

WHEREFORE, Wesley Walterscheid hereby respectfully asks that this Court grant leave for him to withdraw and to remove him from all service lists as Counsel for Larry Edwin Green and Sue Ellen Green in the above-captioned case.

Dated: December 1, 2020

Respectfully Submitted,

BY:     /s/ Wesley Walterscheid
        Wesley Walterscheid

PO Box 3915
Montgomery, AL 36109
Phone: 334-796-4097
E-Mail: Wesley@CetaneEnergy.com

1

## CERTIFICATE OF SERVICE

  I, Wesley Walterscheid, hereby certify that on December 1, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record

            BY: /s/ Wesley Walterscheid
               Wesley Walterscheid