UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| | Hon. Vince Chhabria |
| This document relates to:<br>ALL ACTIONS | **JOINT CASE MANAGEMENT STATEMENT AND LITIGATION PLAN** |

Pursuant to the Court's November 23, 2020 Minute Order, Plaintiffs' leadership and Monsanto's counsel hereby provide the following updates to the Court.

## I. General Update

There are currently 3,832 plaintiffs with pending cases within this MDL. 1,989 plaintiffs are not subject to a Master Settlement Agreement (MSA) or subject to a Term Sheet. 1,843 plaintiffs are subject to a Master Settlement Agreement or a Term Sheet. (The "Settled Cases").  The parties provided the Court with a list of "settled cases" on November 16, 2020 [Dkt. No. 12058], and updated that list on November 19, 2020 [Dkt. No. 12072].   Since the most recent update, the following cases can be added to the list of cases subject to Master Settlement Agreement or a Term Sheet.

| Case Name | Current Cause # |
|---|---|
| Russo, Matteo Anthony | 3:16-cv-06024 |
| Minando, Perry | 3:17-cv-03227 |
| Hernandez, Ruben | 3:17-cv-07364 |
| Gibbs, Frank S. | 3:19-cv-04228 |
| Rahe, Jeanne | 3:19-cv-07106 |
| Enright, Kyle | 3:20-cv-01398 |
| Brantley, Melanie | 3:20-cv-07885 |

As the parties have noted previously, it is important to note that while it is the expectation of

both the PSC and Monsanto that the Settled Cases will result in stipulations of dismissal with prejudice, it is possible that some of these cases will not culminate in settlement because some MSAs have conditions which must be met, such as participation percentage rates, opt outs, or other target deadlines for them to become fully consummated, which have not yet occurred. Having said that, it is the expectation that the overwhelming majority of the Settled Cases will in fact result in full settlement and be dismissed with prejudice.

The parties remain actively engaged in ongoing settlement discussions and/or Monsanto is making contact with all of the counsel who represent these 1,989 plaintiffs[1]. Monsanto has reached out to all law firms that have three or more unresolved cases and is in the process of gathering information about those cases in order to facilitate resolution. Additionally, Special Master, Ken Feinberg is serving as mediator between the parties with more than 10 formal mediations underway. Moreover, Special Master Feinberg has recently launched an effort to reach out to the remaining plaintiffs' counsel that are not currently in active discussions with Monsanto, including those with only one or two cases in the MDL and *pro se* plaintiffs, to request information about those cases in order to facilitate resolution of these remaining plaintiffs' claims.

On November 16, 2020 the parties submitted to the Court a list of pending motions in the MDL (Dkt. No. 12058). The following motions from that filing can now be changed to Settled.

| MDL Dkt. No. | Case Dkt. No. | Motion | Case Caption | Case Number |
|---|---|---|---|---|
| 8001 | 27 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company. | Russo v. Monsanto Co. | 3:16-cv-06024 |

---

[1] The numbers of cases provided throughout the pleading are best estimates as of this date. The numbers change on a regular basis and therefore should be considered approximations.

| 7999 | 28 | MOTION for Summary Judgment on Non-Causation Grounds filed by Monsanto Company | Russo v. Monsanto Co. | 3:16-cv-06024 |
|---|---|---|---|---|
| 7999 | 19 | MOTION for Summary Judgment On Non-Causation Grounds filed by Monsanto Company | Hernandez (Ruben) et al. v. Monsanto Co. | 3:17-cv-07364 |
| 8001 | 20 | MOTION for Summary Judgment on Causation Grounds & Motion to Exclude Testimony of Plaintiff's Experts on Daubert Grounds filed by Monsanto Company | Hernandez (Ruben) et al. v. Monsanto Co. | 3:17-cv-07364 |
| 8012 | 21 | Motion to Exclude the Testimony of Specific Causation Experts | Hernandez (Ruben) et al. v. Monsanto Co. | 3:17-cv-07364 |

### II.  Wave 1 Cases

As of this date, only 2 Wave 1 cases are not subject to a Master Settlement agreement or otherwise unresolved, *Giglio v. Monsanto* (3:16-cv-05658) and *Alvarez v. Monsanto* (Case No. 3:19-cv-01630.  Monsanto is in discussions with plaintiffs' counsel in these two remaining cases, and the *Giglio* case is currently in mediation.  With respect to *Alvarez*, the parties are meeting and conferring and preparing a proposed scheduling order to submit to the Court in advance of the upcoming case management conference.

### III.  Wave 2 Cases

As of this date, roughly two-thirds of cases in Wave 2 are settled or subject to a finalized master settlement agreement. Monsanto is in discussions with plaintiffs' counsel in the remaining cases, and many are in the midst of mediation or scheduled to be mediated in the near future.

On November 16, 2020 the parties filed a Proposed Order Granting Joint Proposal For Revised Schedule For Wave 2 Cases [Dkt. No. 12059-1].  The parties respectfully request the Court

enter this proposed order regarding the schedule for the Wave 2 cases.

IV.     **Wave 3 Cases**

On November 16, 2020 the parties filed a Proposed Order Granting Joint Proposal For Revised Schedule For Wave 3 Cases [Dkt. No. 12059-2].  This proposed order also included a list of Cases Transferred to the MDL from Pennsylvania District Courts.  Below please find an updated version of that chart reflecting corrected MDL case numbers.  Attached to this joint filing is a revised proposed order incorporating these revisions.  The parties respectfully request the Court enter this revised proposed order regarding the schedule for the Wave 3 cases.

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adams, Roy | 3:20-cv-06343 | USDC Eastern District PA |
| Baker, Richard | 3:19-cv-07593 | USDC Eastern District PA |
| Bonanni, Vincent | 3:19-cv-08382 | USDC Western District PA |
| Britt, Lawrence | 3:20-cv- 05367 | USDC Eastern District PA |
| Cross, Judy | 3:20-cv- 08245 | USDC Western District PA |
| Giri, Meena | 3:20-cv- 04750 | USDC Eastern District PA |
| Holmen, David | 3:20-cv- 05040 | USDC Eastern District PA |
| Johnson, Frederick | 3:17-cv-05160 | USDC Eastern District PA |
| Johnson, Jeffrey | 3:18-cv-00504 | USDC Eastern District PA |
| Johnson, Melvin | 3:19-cv-01244 | USDC Eastern District PA |
| Karamichalakos, Amani | 3:19-cv-07570 | USDC Eastern District PA |
| Kelly, Diane | 3:19-cv-08091 | USDC Eastern District PA |

| | | |
|---|---|---|
| Kirsch, John | 3:19-cv-08091 | USDC Eastern District PA |
| Kreitzer, Tyrone | 3:19-cv-04648 | USDC Middle District PA |
| Kuckenbrod, Roger | 3:19-cv-04649 | USDC Middle District PA |
| Mancini, Denise | 3:17-cv-07257 | USDC Western District PA |
| Manuel, Leon | 3:19-cv-04125 | USDC Eastern District PA |
| Bordner, Karen | 3:20-cv-01640 | USDC Eastern District PA |
| Miller, Loretta | 3:20-cv-00599 | USDC Western District PA |
| Modafferi, John | 3:19-cv-04645 | USDC Middle District PA |
| Pettinati, Marlene A. | 3:17-cv-05988 | USDC Eastern District PA |
| Bowen, Kim | 3:20-cv-06773 | USDC Eastern District PA |
| Pryor, John | 3:20-cv-03370 | USDC Eastern District PA |
| Ricke, Lawrence J. | 3:19-cv-04646 | USDC Middle District PA |
| Savory, Carl | 3:20-cv-02403 | USDC Eastern District PA |
| Schaffner, Jr., David | 3:19-cv-07526 | USDC Western District PA |
| Schieber, Joseph | 3:19-cv-05343 | USDC Middle District PA |
| Schroeder, Frederick N | 3:20-cv-06126 | USDC Eastern District PA |
| Shifflett, Kenneth | 3:19-cv-04647 | USDC Middle District PA |
| Shoop, Larry | 3:19-cv-01239 | USDC Middle District PA |
| Simonds, Anne | 3:20-cv-00115 | USDC Eastern District PA |
| Spector, Beth | 3:20-cv-05532 | USDC Eastern District PA |
| Troutman, Paul | 3:19-cv-06093 | USDC Middle District PA |
| Vosper, Ira | 3:19-cv-05525 | USDC Eastern District PA |

| Webster, Cara | 3:20-cv-01420 | USDC Western District PA |
| Wigglesworth, Maurice | 3:19-cv-07864 | USDC Eastern District PA |
| Wiley, Rufus | 3:20-cv-05773 | USDC Eastern District PA |
| Wiltrout, Robert | 3:19-cv-04643 | USDC Middle District PA |

Additionally, below please find one of the cases that was listed under the Additional Wave 3 Cases with a corrected MDL case number:

- *Roach v. Monsanto;* 3:20-cv-0062, filed in Missouri; however, according to Plaintiff's counsel, the Plaintiff is a resident of Texas and used Roundup in Texas.

Finally, plaintiffs' counsel have requested that the following cases be added to Wave 3. Monsanto does not object to these cases being added to Wave 3, subject to plaintiffs' counsel establishing the representations about plaintiffs' residence and Roundup use through plaintiff fact sheets and other documents. Monsanto further reserves its right to challenge venue or seek to transfer the cases to the proper district court prior to remand from the MDL docket.

**WAVE 3 – PENNSYLVANIA CASES**

| Plaintiff's Name | MDL Case No. | Transferor Court | Orig Case No. |
|---|---|---|---|
| Chappell, Linda | 3:20-cv-08168-VC | Western Dist. PA | |
| Dooley, Lisa | 3:20-cv-07881-VC | Eastern Dist. PA | |
| Baumgartner, Helen | 3:20-cv-00872-VC | US District Court for District of Delaware (Resident of PA, used product in PA) | 1:19-cv-02211-UNA |
| Hernandez, Sweedney | 3:20-cv-08050-VC | Eastern Dist. PA | |
| Hutzel, William | 3:20-cv-00926-VC | US District Court for District of Delaware (Resident of PA, used product in PA) | 1:19-cv-02211-UNA |

**WAVE 3 – TEXAS CASES**

| Plaintiff's Name | MDL Case No. | Transferor Court | Orig Case No. |
|---|---|---|---|
| Blair, Joseph | 3:19-cv-07984 | Eastern Dist TX | |
| Hamill, Robert | 3:20-cv-00907-VC | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02211-UNA |
| Wright, Sharon | 3:20-cv-01038 | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |
| Adcock, Richard | 3:20-cv-00988 | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |
| Calhoun, Dudley | 3:20-cv-00990 | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |
| Chapa, Alex | 3:20-cv-00992-VC | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |
| Cook, Arnedra | 3:20-cv-00993-VC | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |
| Gibson, Mary | 3:20-cv-00994-VC | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |
| Girard, Josephine | 3:20-cv-00995 | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |

| Helm, Judy | 3:20-cv-00997 | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |
|---|---|---|---|
| Howell, Randell | 3:20-cv-00998 | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |
| Moody, Jo | 3:20-cv-01002-VC | US District Court for District of Delaware (Resident of TX, used product in TX) | 1:19-cv-02226 |

All of the above cases are included in the Proposed Order filed with this Joint Case Management Statement and Litigation Plan.

**V.      *Gebeyehou v. Monsanto*.**

The parties continue to mediate and will provide an update on the status of the mediation at the upcoming case management conference.

DATED:  December 2, 2020                Respectfully submitted,

By:  /s/ Aimee Wagstaff
Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
ANDRUS WAGSTAFF, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

```
                            Michael Miller
                            mmiller@millerfirmllc.com
                            THE MILLER FIRM, LLC
                            108 Railroad Ave
                            Orange VA 22960
                            Telephone: (540) 672 4224
                            Facsimile:  (540) 672-3055
```

*Attorneys for Plaintiffs*

/s/ William Hoffman
William Hoffman (pro hac vice)
(william.hoffman@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW,
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (pro hac vice)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005


*Attorneys for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I certify that, on December 2, 2020, service of the foregoing Joint Case Management Statement and Litigation Plan was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

By: /s/ *Brian L. Stekloff*
Brian L. Stekloff