

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY
PARTNERSHIP

December 3, 2020

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *In re Roundup Prods. Liab. Litig.*, **No. 16-md-02741-VC: Update to list of Wave 3 cases**

Dear Judge Chhabria:

The parties write to update the list of Wave 3 cases transferred to the MDL from Pennsylvania District Courts.  Due to stipulations of dismissal that were recently filed on the MDL and respective case dockets, we are removing the below 12 cases from the list of Wave 3 cases.  An updated Proposed Order reflecting this is attached to this letter.

Stipulations of dismissal were filed in the following cases, which have been removed from the list of Wave 3 cases:

| Plaintiff's Name | MDL Case No. | Transferor Court |
|---|---|---|
| Baker, Richard | 3:19-cv-07593 | USDC Eastern District PA |
| Cross, Judy | 3:20-cv-08245 | USDC Western District PA |
| Kreitzer, Tyrone | 3:19-cv-04648 | USDC Middle District PA |
| Kuckenbrod, Roger | 3:19-cv-04649 | USDC Middle District PA |
| Miller, Loretta | 3:20-cv-00599 | USDC Western District PA |
| Modafferi, John | 3:19-cv-04645 | USDC Middle District PA |
| Ricke, Lawrence J. | 3:19-cv-04646 | USDC Middle District PA |
| Schieber, Joseph | 3:19-cv-05343 | USDC Middle District PA |

| Shifflett, Kenneth | 3:19-cv-04647 | USDC Middle District PA |
|---|---|---|
| Shoop, Larry | 3:19-cv-01239 | USDC Middle District PA |
| Troutman, Paul | 3:19-cv-06093 | USDC Middle District PA |
| Wiltrout, Robert | 3:19-cv-04643 | USDC Middle District PA |

The parties respectfully request the Court enter the attached updated Proposed Order regarding the schedule and list of cases for Wave 3.

Respectfully submitted,

/s/ Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Cc: Counsel of Record (via ECF)

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of December 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

<u>/s/ Brian L. Stekloff           </u>