UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *ALL CASES* | **PRETRIAL ORDER NO. 222: REQUESTING ADDITIONAL INFORMATION ON PENDING MDL MOTIONS** |

The Court requires additional information to address the pending MDL motions. Accordingly:

- The parties are directed to submit by email the list of pending MDL motions (Docket No. 12058-2) in Excel format.

- Monsanto is directed to file a letter summarizing its various pending motions to dismiss. That letter should identify which issues are raised by each motion; the Court's various rulings that relate to and/or address those issues; and whether any of its motions raise new issues.

The list of pending motions must be submitted within 7 days of this order. Monsanto must file its letter within 14 days of this order.

**IT IS SO ORDERED.**

Dated: December 9, 2020

VINCE CHHABRIA
United States District Judge