# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br> ALL ACTIONS | ) ) ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING JOINT PROPOSAL FOR REVISED SCHEDULE FOR WAVE 2 CASES AS MODIFIED |

THIS MATTER came before the Court based on the Court's order for a revised schedule for Wave 2 cases. Having reviewed the proposed schedule and finding good cause shown, the Court GRANTS the parties' proposed schedule for Wave 2 cases, as detailed below.

**Wave 2 Schedule:**

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change |
| Deficiency letter(s) sent. | No change |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change |
| Close of fact discovery. | 1/15/2021 |
| Plaintiffs' expert reports due. | 1/22/2021 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 3 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state | 2/5/2021 |
| Monsanto's expert reports due. | 2/12/2021 |
| Close of expert discovery. | 3/10/2021 |
| Monsanto's *Daubert* and summary judgment briefs due. | 3/19/2021 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | 4/2/2021 |

| | |
|---|---|
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | 4/16/2021 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | 4/30/2021 |
| *Daubert* hearing (if necessary). | 5/28/2021 |

Date: _____December 9_____, 2020          _____



HONORABLE _____ ABRIA
UNITED ST_____ OURT