UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |
| This document relates to:<br><br>*Billy Worth, et al. v. Monsanto Company*<br>Case No. 3:18-cv-02906-VC | **MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL** |

COMES NOW Randall H. Stefani of the law firm of Ahles & Cooney, P.C. and moves the Court to grant him leave to withdraw his appearance as counsel of record in the above case and states to the Court he has begun the process of retiring from the practice of law. Rebecca E. Reif of Ahlers & Cooney, P.C. will continue as counsel for Defendant.

        */s/ Randall H. Stefani*
Randall H. Stefani
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone:   515-243-7611
Facsimile:    515-243-2149
Email:          rstefani@ahlerslaw.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notifications of such filings to all attorneys of record.

        */s/ Randall H. Stefani*
Randall H. Stefani

01801079-1\18511-024