**David J. Diamond, Esq.**
**State Bar #010842**
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
**ddiamond@goldbergandosborne.com**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

### UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as successors in interest to Jaime Alvarez Calderon, deceased, file this Motion for Leave to File First Amended Complaint.

On March 28, 2019, Decedent Jaime Alvarez Calderon filed his Complaint against Defendant Monsanto Company (herein after "Defendant") in the Northern District of California, Case No. 3:19-cv-01630. Thereafter, Mr. Alvarez Calderon's case was worked up as a Wave 1 case. Unfortunately, Jaime Alvarez Calderon has since passed away as a result of his non-Hodgkin's Lymphoma. Presently, there are Motions pending before the Court in this matter. The pending Motions should not be impacted by the First Amended Complaint.

**PLAINTIFF'S UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT –
3:19-cv-01630**

Jaime Alvarez Calderon's surviving children, James Alvarez, Anthony Alvarez, Christian Alvarez, and A.A., a minor through his mother, Catherine Alvarez, wish to amend the Complaint to add their claims against Defendant for Jaime Alvarez Calderon's wrongful death, and to pursue, as successors in interest to their father, the claims that survive Jaime Alvarez Calderon's death. The Amended Complaint is attached in **Exhibit 1**.

Pursuant to Fed. R. Civ. P. 15(a)(2), a party may amend its pleading with the Court's leave. The Court should freely give leave when justice so requires. Plaintiff's counsel provided to Monsanto's counsel, Anthony Martinez, this Motion, the Suggestion of Death, the Unopposed Motion to Substitute Parties, the Amended Complaint, and the Declarations of Surviving Statutory Beneficiaries. On November 12, 2020, Monsanto's counsel emailed back that "we do not oppose these filings."

In light of the circumstances, it is respectfully requested that this Court enter an order granting leave to file the First Amended Complaint attached hereto.

Dated this 10th day of December, 2020.

    Respectfully Submitted,

    */s/ David J. Diamond*
    David J. Diamond (010842)
    Goldberg & Osborne LLP
    698 E. Wetmore Road, Suite 200
    Tucson, AZ 85705
    Tel: (520) 620-3975
    Fax: (520) 620-3991
    ddiamond@goldbergandosborne.com

    *Attorney for Plaintiffs*

**PLAINTIFF'S UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT –
3:19-cv-01630**

# CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on December 10, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                               */s/ David J. Diamond*
                                               David J. Diamond