**David J. Diamond, Esq.**
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, on their own behalf, and as Jaime Alvarez' successors in interest, <br><br> v. <br><br> Monsanto Company | Case No. 3:19-cv-01630 |

### PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint.

SO ORDERED this _____ day of _____, 2020.

                                                                           _____
                                                                           Honorable Judge Vincent Chhabria
                                                                           United States District Court Judge