Joseph A. Osborne, Esq.
josborne@realtoughlawyers.com
J. Robert Bell III, Esq.
rbell@realtoughlawyers.com
OSBORNE & FRANCIS
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600 / (561) 923-8100 (fax)
*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | **MDL No. 2741** |
| | **Case No.: 3:16-md-02741-VC** |
| This document relates to: | |
| *William Limb v. Monsanto Co.*, Case No. 3:20-cv-02299 | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| (Formerly 4:20-cv-0010 (D. Utah)) | |

Brett N. Anderson of Blackburn & Stoll, LC withdraws as counsel of record for Plaintiff William Limb. Joseph A. Osborne and J. Robert Bell III of Osborne & Francis substitute in and appear as counsel of record for William Limb. Please send all notice and papers to new counsel at the address listed above.

DATED this 6th day of April, 2020

| BLACKBURN & STOLL, LC | OSBORNE & FRANCIS |
|---|---|
| */s/ Brett N. Anderson* | */s/ Joseph A. Osborne* |
| Brett N. Anderson | Joseph A. Osborne, Esq. |
| 257 E. 200 S., Suite 800 | J. Robert Bell III, Esq. |
| Salt Lake City, UT 84111 | 433 Plaza Real, Suite 271 |
| (801) 578-3540 | Boca Raton, FL 33432 |
| bretta@blackburn-stoll.com | (561) 293-2600 /(fax) (561) 923-8100 |
| | josborne@realtoughlawyers.com |
| | rbell@realtoughlawyers.com |
| | *Attorneys for the Plaintiff* |