1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
   Email:      jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
   |---|---|
11 | This document relates to:<br><br>*Sharlyn Carroll v. Monsanto Co. and John Does 1 through 100 inclusive,*<br>Case No. 3:20-cv-08516-VC | |

15          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18         1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19         2.     Bayer AG is a publicly held corporation.

20 DATED: December 10, 2020                    Respectfully submitted,

21
                                               /s/ Joe G. Hollingsworth
22                                             Joe G. Hollingsworth (*pro hac vice*)
                                               (jhollingsworth@hollingsworthllp.com)
23                                             Eric G. Lasker (*pro hac vice*)
                                               (elasker@hollingsworthllp.com)
24                                             HOLLINGSWORTH LLP
                                               1350 I Street, N.W.
25                                             Washington, DC  20005
                                               Telephone:  (202) 898-5800
26                                             Facsimile:  (202) 682-1639

27                                             *Attorneys for Defendant*
                                               *MONSANTO COMPANY*
28