UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Lewenstein v. Monsanto Company<br>3:20-cv-03072 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

NOTICE OF APPEARANCE

Pursuant to Pretrial Order No. 1 (Document 2, ¶ 5) Jenna C. Bailey, Esq. of The Bailey Law Firm, PLLC, who is currently admitted and in good standing in the U.S. District Court, District of Arizona, hereby enters her appearance as counsel for the above captioned Plaintiff and asks that all future pleadings and papers in this case be served on and directed to the undersigned counsel.

Respectfully,

/s/ Jenna C. Bailey
Jenna C. Bailey (029333 - Arizona)
Bailey Law Firm, PLLC
2169 East Warner Road, Suite 104
Tempe, Arizona 85284
Telephone: (480) 681-5408
JBailey@BaileyLawFirmAz.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2020, this notice was served upon all counsel of record using the ECF filing system.

Dated: December 16, 2020

/s/ Jenna C. Bailey
Jenna C. Bailey (029333 - Arizona)
Bailey Law Firm, PLLC
2169 East Warner Road, Suite 104
Tempe, Arizona 85284
Telephone: (480) 681-5408
JBailey@BaileyLawFirmAz.com
*Attorneys for Plaintiff*
