1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 IN RE: ROUNDUP PRODUCTS          MDL No. 2741
   LIABILITY LITIGATION
11                                   Case No. 3:16-md-02741-VC

12 This document relates to:

13 *Sherry Lee Leslie v. Monsanto Co.*,
   Case No. 3:20-cv-07394-VC
14

15     **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18         1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19         2.      Bayer AG is a publicly held corporation.

20 DATED:  December 18, 2020              Respectfully submitted,

21                                        /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth (*pro hac vice*)
22                                        (jhollingsworth@hollingsworthllp.com)
                                          Eric G. Lasker (*pro hac vice*)
23                                        (elasker@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
24                                        1350 I Street, N.W.
                                          Washington, DC  20005
25                                        Telephone:  (202) 898-5800
                                          Facsimile:   (202) 682-1639
26
                                          *Attorneys for Defendant*
27                                        *MONSANTO COMPANY*

28