# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| Konzny v. Monsanto Company 3:20-cv-08737 | |

## NOTICE OF APPEARANCE

Pursuant to Pretrial Order No. 1 (Document 2, ¶ 5) Paula S. Bliss, Esq. of Bernheim Kelley Battista Bliss, LLC, who is currently admitted and in good standing in the U.S. District Court, District of Massachusetts, hereby enters her appearance as counsel for the above captioned Plaintiff and asks that all future pleadings and papers in this case be served on and directed to the undersigned counsel.

Respectfully,

/s/ Paula S. Bliss
Paula S. Bliss (BBO #652361 - MA)
Bernheim Kelley Battista Bliss, LLC
4 Court Street
Plymouth, MA 02360
Telephone: (617) 865-3642
pbliss@BKBBLaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2020, this notice was served upon all counsel of record using the ECF filing system.


Dated: December 18, 2020


/s/ Paula S. Bliss
Paula S. Bliss (BBO #652361 - MA)
Bernheim Kelley Battista Bliss, LLC
4 Court Street
Plymouth, MA 02360
Telephone: (617) 865-3642
pbliss@BKBBLaw.com
*Attorneys for Plaintiff*