| | |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| | Eric G. Lasker (*pro hac vice*) |
| 2 | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| 3 | Tel:     202-898-5800 |
| | Fax:    202-682-1639 |
| 4 | Email: elasker@hollingsworthllp.com |
| 5 | *Attorney for Defendant* |
| | *MONSANTO COMPANY* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to *Beth Weikerth v. Monsanto Company* 3:20-cv-00140-VC | |

**<u>NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY</u>**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

Case 3:16-md-02741-VC   Document 12264   Filed 12/18/20   Page 2 of 2

1

**CERTIFICATE OF SERVICE**

2     I, Eric G. Lasker, hereby certify that, on December 18, 2020, I electronically filed

3 NOTICE OF APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT

4 MONSANTO COMPANY with the Clerk for the United States District Court for the Northern

5 District of California using the CM/ECF system, which shall send electronic notification to

6 counsel of record.

7

8 DATED: December 18, 2020       Respectfully submitted,

9      /s/ Eric G. Lasker
     Eric G. Lasker (*pro hac vice*)
10      (elasker@hollingsworthllp.com)
     HOLLINGSWORTH LLP
11      1350 I Street, N.W.
     Washington, DC  20005
12      Telephone:  (202) 898-5800
     Facsimile:  (202) 682-1639
13

14      Attorney for Defendant
     MONSANTO COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC