1

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)

2

1350 I Street, N.W.
Washington, DC  20005

3

Tel:    202-898-5800
Fax:    202-682-1639

4

Email: elasker@hollingsworthllp.com

5

*Attorney for Defendant*
*MONSANTO COMPANY*

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |

11

12

This document relates to
*Nita Foret v. Monsanto Company*

13

3:20-cv-00161-VC

14

## **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

15

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

16

        PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of

17

HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as

18

counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings,

19

notices, orders, correspondence, and other papers in connection with this action be served upon

20

him at the above address.

21

22

23

24

25

26

27

28

- 1 -

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC

1

**CERTIFICATE OF SERVICE**

2        I, Eric G. Lasker, hereby certify that, on December 18, 2020, I electronically filed

3    NOTICE OF APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT

4    MONSANTO COMPANY with the Clerk for the United States District Court for the Northern

5    District of California using the CM/ECF system, which shall send electronic notification to

6    counsel of record.

7

DATED: December 18, 2020                 Respectfully submitted,

8

9                                         /s/ Eric G. Lasker
                                          Eric G. Lasker (*pro hac vice*)
10                                         (elasker@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
11                                         1350 I Street, N.W.
                                          Washington, DC  20005
12                                         Telephone:  (202) 898-5800
                                          Facsimile:  (202) 682-1639
13
                                          Attorney for Defendant
14                                         MONSANTO COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC