1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*BAYER CROPSCIENCE LP*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Susan Fox, Individually and as Proposed Executrix of the Estate of Thomas Fox, deceased, v. Monsanto Co., et al.,* Case No. 3:20-cv-08847-VC | |

16                    **BAYER CROPSCIENCE LP'S**
                    **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

18      Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

19 associations of persons, firms, partnerships, corporations (including parent corporations) or other

20 entities (i) have a financial interest in the subject matter in controversy or in a party to the

21 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22 substantially affected by the outcome of this proceeding:

23      Defendant Bayer CropScience LP is an indirect, wholly-owned subsidiary of Bayer AG,

24      so Bayer AG has a financial interest in a party to the proceeding.

DATED:  December 21, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*BAYER CROPSCIENCE LP*