**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*BAYER CROPSCIENCE LP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Susan Fox, Individually and as Proposed Executrix of the Estate of Thomas Fox, deceased, v. Monsanto Co., et al.,* Case No. 3:20-cv-08847-VC | |

**<u>BAYER CROPSCIENCE LP'S ANSWER TO PLAINTIFF'S COMPLAINT</u>**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Bayer CropScience LP ("Bayer CropScience"), by and through its counsel, respectfully responds by generally denying all allegations contained in plaintiff Susan Fox's Complaint ("the Complaint"), except as set forth below.  Bayer CropScience denies – and objects to – allegations by plaintiff that purport to lump Bayer CropScience together with another defendant.  Bayer CropScience responds to this Complaint only on behalf of Bayer CropScience and not on behalf of any other defendant.  Silence as to any allegations shall constitute a denial.

1.  The allegations in paragraph 1 set forth a conclusion of law for which no response is required.

2.  Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 2 and therefore denies those allegations.

- 1 -

3.      Bayer CropScience lacks information and knowledge sufficient to form a belief as to the truth of the allegations in paragraph 3 and therefore denies those allegations.

4.      Bayer CropScience lacks information and knowledge sufficient to form a belief as to the truth of the allegations in paragraph 4 and therefore denies those allegations.

5.      Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 5 and therefore denies those allegations.

6.      Bayer CropScience denies the allegations in paragraph 6.

7.      Bayer CropScience denies the allegations in paragraph 7.

8.      The allegations in paragraph 8 set forth conclusions of law for which no response is required.  To the extent a response is deemed required, Bayer CropScience denies the allegations in paragraph 8.

9.      Bayer CropScience denies the allegation in paragraph 9 that decedent's death was "wrongful" and denies that any injuries alleged in the Complaint, including the injury and death of decedent, were caused by Roundup®-branded products.  Bayer CropScience denies the remaining allegations in paragraph 9.

10.      Bayer CropScience denies the allegation in paragraph 10 that decedent's death was "wrongful" and denies that any injuries alleged in the Complaint, including the injury and death of decedent, were caused by Roundup®-branded products.  The remaining allegations in paragraph 10 set forth conclusions of law for which no response is required.

11.      In response to the allegations in paragraph 11, Bayer CropScience admits that plaintiff purports to bring a claim for damages but denies any liability as to that claim.

12.      The allegations in paragraph 12 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

13.      The allegations in paragraph 13 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

14.      In response to the allegations in paragraph 14, Bayer CropScience admits that it is a limited partnership organized under the laws of the State of Delaware.

15.     The allegations in paragraph 15 set forth conclusions of law for which no response is required.

16.     Bayer CropScience denies the allegations in paragraph 16.

17.     The allegations in paragraph 17 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

18.      The allegations in paragraph 18 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

19.     Bayer CropScience admits the allegations in the first sentence of paragraph 19. Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 19, including the accuracy of the specific numbers and statistics cited therein, and therefore denies those allegations.

20.     The allegations in the first four sentences of paragraph 20 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.  Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the specific numbers and statistics provided in the remaining allegations in paragraph 20 and therefore denies those allegations.

21.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 21 and therefore denies those allegations.

22.     Bayer CropScience admits the allegations in the first sentence of paragraph 22.  In response to the allegations in the last sentence of paragraph 22, Bayer CropScience states that the cited document speaks for itself and does not require a response.

23.     Bayer CropScience admits the allegations in the first sentence of paragraph 23.  In response to the allegations in the last sentence of paragraph 23, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that the last sentence in paragraph 23 characterizes the cited document, Bayer CropScience denies those allegations.

24.     In response to the allegations in the first sentence of paragraph 24, Bayer CropScience admits that the International Agency for Research on Cancer ("IARC") working

BAYER CROPSCIENCE LP'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC & 3:20-cv-08847-VC

1   group classified glyphosate under Group 2A.  In response to the remaining allegations in

2   paragraph 24, Bayer CropScience states that the cited document speaks for itself and does not

3   require a response.  To the extent that a response may be deemed required, Bayer CropScience

4   states that, to the extent that the remaining allegations in paragraph 24 characterize the cited

5   document, Bayer CropScience denies those allegations.

6       25.     Bayer CropScience denies the allegations in paragraph 25.

7       26.     Bayer CropScience denies the allegations in paragraph 26.

8       27.     Bayer CropScience denies the allegations in paragraph 27.

9       28.     Bayer CropScience denies the allegations in paragraph 28.

10      29.     As to plaintiff's allegations directed to Monsanto Company ("Monsanto") in

11  paragraph 29, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability

12  or wrongdoing whatsoever.  Bayer CropScience otherwise admits that glyphosate repeatedly has

13  been found to be safe to humans and the environment by regulators in the United States and

14  around the world and further admits that the labeling for glyphosate products has been approved

15  by regulatory bodies consistent with those findings.  Bayer CropScience also admits that the EPA

16  repeatedly has concluded that glyphosate-based herbicides create no unreasonable risk to human

17  health or to the environment when used in accordance with the label.

18      30.     In response to the allegations in paragraph 30, Bayer CropScience admits that

19  glyphosate is an herbicide that is used to kill invasive plants and weeds.  The remaining

20  allegations in paragraph 30 are vague and ambiguous and Bayer CropScience lacks information

21  or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph

22  30 and therefore denies those allegations.

23      31.     Bayer CropScience admits the allegations in the first sentence of paragraph 31.

24  Bayer CropScience denies the allegations in the second sentence of paragraph 31 because the

25  impact of glyphosate on treated plants varies depending upon the amount of glyphosate applied

26  and the type of plant.  Bayer CropScience denies the allegations in the last sentence of paragraph

27  31 to the extent that they suggest that glyphosate is present in any plants at anything other than *de*

28  *minimis* amounts well within regulatory safety levels, as determined by EPA.

- 4 -

BAYER CROPSCIENCE LP'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC & 3:20-cv-08847-VC

32.     As to plaintiff's allegations directed to Monsanto in paragraph 32, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the remaining allegations in paragraph 32, Bayer CropScience denies that glyphosate exposure causes cancer.  Bayer CropScience otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 32 and therefore denies those allegations.

33.     The allegations in paragraph 33 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

34.     In response to the allegations in paragraph 34, Bayer CropScience admits that certain Roundup®-branded herbicides contain POEA and adjuvants, that EPA has classified surfactants and adjuvants as inert, and that the specific surfactants and adjuvants used in Roundup®-branded herbicides – like those in other manufacturers' herbicide products – are protected by EPA as "trade secrets."  Bayer CropScience notes that EPA has determined that the surfactants used in Roundup®-branded herbicides do not pose an unreasonable risk to human health.  Bayer CropScience denies the remaining allegations in paragraph 34.

35.     The allegations in paragraph 35 set forth conclusions of law for which no response is required.

36.     In response to the allegations in paragraph 36, Bayer CropScience admits that EPA requires registrants of herbicides to submit extensive data in support of the human health and environmental safety of their products and further admits that EPA will not register or approve the labeling of herbicides that do not satisfy the requirements set forth in FIFRA.  The remaining allegations in paragraph 36 set forth conclusions of law for which no response is required.

37.     In response to the allegations in paragraph 37, Bayer CropScience admits that EPA requires registrants of herbicides to submit extensive data in support of the human health and environmental safety of their products and further admits that EPA will not register or approve the labeling of herbicides that do not satisfy the requirements set forth in FIFRA.  The remaining allegations in paragraph 37 set forth conclusions of law for which no response is required.

38. The allegations in paragraph 38 set forth conclusions of law for which no response is required.

39. Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 39 and therefore denies those allegations.

40. The allegations in paragraph 40 set forth conclusions of law for which no response is required.

41. The allegations in paragraph 41 set forth conclusions of law for which no response is required.

42. Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 42 and therefore denies those allegations.

43. As to plaintiff's allegations directed to Monsanto in paragraph 43, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer CropScience otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 43 and therefore denies those allegations.

44. The allegations in paragraph 44 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

45. The allegations in paragraph 45 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

46. Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 46 and therefore denies those allegations.

47. Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 47 and therefore denies those allegations.

48. The allegations in paragraph 48 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations. To the extent that a response is deemed required, Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 48 and therefore denies those allegations.

49.     The allegations in paragraph 49 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

50.     As to plaintiff's allegations directed to Monsanto in paragraph 50, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience denies that exposure to Roundup®-branded products causes cancer.  Bayer CropScience otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 50 and therefore denies those allegations.

51.     As to plaintiff's allegations directed to Monsanto in paragraph 51, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience denies that exposure to Roundup®-branded products causes cancer.  Bayer CropScience otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 51 and therefore denies those allegations.

52.     As to plaintiff's allegations directed to Monsanto in paragraph 52, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 52 and therefore denies those allegations.

53.     As to plaintiff's allegations directed to Monsanto in paragraph 53, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  To the extent that the allegations in the second, third, and fourth sentences of paragraph 53 are directed at Bayer CropScience, Bayer CropScience denies those allegations. Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 53 and therefore denies those allegations.

54.     To the extent that the allegations in the first sentence of paragraph 54 are directed at Bayer CropScience, Bayer CropScience denies those allegations.  To the extent that those allegations and the allegations in the last sentence of paragraph 54 are directed at a defendant other than Bayer CropScience, those allegations do not require a response from Bayer CropScience.  To the extent that a response is required, Bayer CropScience lacks information or

1  knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 54
2  and therefore denies those allegations.

3      55.     The allegations in paragraph 55 are directed at a defendant other than Bayer
4  CropScience, so no response from Bayer CropScience is required for these allegations.

5      56.     The allegations in paragraph 56 are directed at a defendant other than Bayer
6  CropScience, so no response from Bayer CropScience is required for these allegations.

7      57.     Bayer CropScience admits the allegations in the last sentence of paragraph 57.
8  The remaining allegations in paragraph 57 are directed at a defendant other than Bayer
9  CropScience, so no response from Bayer CropScience is required for these allegations.

10     58.     As to plaintiff's allegations directed to Monsanto in paragraph 58, Bayer
11  CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing
12  whatsoever.  Bayer CropScience otherwise lacks information or knowledge sufficient to form a
13  belief as to the truth of the allegations in paragraph 58 and therefore denies those allegations.

14     59.     As to plaintiff's allegations directed to Monsanto in paragraph 59, Bayer
15  CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing
16  whatsoever.  Bayer CropScience otherwise lacks information or knowledge sufficient to form a
17  belief as to the truth of the allegations in paragraph 59 and therefore denies those allegations.

18     60.     As to plaintiff's allegations directed to Monsanto in paragraph 60, Bayer
19  CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing
20  whatsoever.  Bayer CropScience otherwise lacks information or knowledge sufficient to form a
21  belief as to the truth of the allegations in paragraph 60 and therefore denies those allegations.

22     61.     As to plaintiff's allegations directed to Monsanto in paragraph 61, Bayer
23  CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing
24  whatsoever.  Bayer CropScience otherwise lacks information or knowledge sufficient to form a
25  belief as to the truth of the allegations in paragraph 61 and therefore denies those allegations.

26     62.     Bayer CropScience lacks information or knowledge sufficient to form a belief as
27  to the truth of the allegations in paragraph 62 and therefore denies those allegations.

28

63.     In response to the allegations in paragraph 63, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 63 characterizes the cited document, Bayer CropScience denies those allegations.

64.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 64 and therefore denies those allegations.

65.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 65 and therefore denies those allegations.

66.     In response to the allegations in paragraph 66, Bayer CropScience admits that in March 2015 IARC working group classified glyphosate under Group 2A.  Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 66 and therefore denies those allegations.

67.     In response to the allegations in paragraph 67, Bayer CropScience admits that the full IARC Monograph regarding glyphosate was published on July 29, 2015.  In response to the remaining allegations in paragraph 67, Bayer CropScience states that the cited documents speak for themselves and do not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 67 characterizes the cited documents, Bayer CropScience denies those allegations.

68.     In response to the allegations in paragraph 68, to the extent the allegations purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

69.     The allegations in paragraph 69 are vague and conclusory.  To the extent they purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

70.     In response to the allegations in paragraph 70, to the extent the allegations purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

71.     In response to the allegations in paragraph 71, to the extent the allegations purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

72.     Bayer CropScience denies the allegations in paragraph 72.  The IARC working group concluded that there was only limited evidence of carcinogenicity in epidemiologic studies, which, per IARC's guidelines, means that the working group could not rule out chance, bias or confounding so as to reach any conclusion of an increased risk.

73.     In response to the allegations in paragraph 73, Bayer CropScience denies that glyphosate exposure causes DNA and chromosomal damage.  To the extent the remaining allegations in paragraph 73 purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

74.     In response to the allegations in paragraph 74, Bayer CropScience denies that glyphosate exposure causes cancer.  To the extent the remaining allegations in paragraph 74 purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

75.     To the extent the allegations in paragraph 75 purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for

themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

76.     In response to the allegations in paragraph 76, Bayer CropScience denies that glyphosate exposure causes DNA, oxidative, and chromosomal damage.  To the extent the remaining allegations in paragraph 76 purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

77.     To the extent the allegations in paragraph 77 purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

78.     In response to the allegations in paragraph 78, Bayer CropScience denies that glyphosate exposure causes cancer.  To the extent the remaining allegations in paragraph 78 purport to characterize statements made in the IARC monograph for glyphosate, the statements in that document speak for themselves, but Bayer CropScience lacks information or knowledge sufficient to form a belief as to the accuracy of the source of said information and accordingly denies the allegations.

79.     In response to the allegations in paragraph 79, Bayer CropScience admits that EPA has a technical fact sheet, as part of its Drinking Water and Health, National Primary Drinking Water Regulations, relating to glyphosate that predates the IARC March 20, 2015 evaluation, which should be read in context of EPA's precautionary regulatory mandate and EPA's consistent finding that glyphosate does not pose any cancer risk to humans.

80.     In response to the allegations in paragraph 80, Bayer CropScience admits that the Complaint accurately quotes from the identified document, which should be read in context of EPA's precautionary regulatory mandate and EPA's consistent finding that glyphosate does not pose any cancer risk to humans.

81.     In response to the allegations in paragraph 81, Bayer CropScience admits that the Northwest Coalition for Alternatives to Pesticides made the identified claims, but denies that the Coalition provides any reliable basis for any conclusions regarding potential health risks from glyphosate.  Bayer CropScience notes that a federal district court has characterized this same publication as an "advocacy piece[] published in [a] non-peer-reviewed journal." *See Arias v. DynCorp*, 928 F. Supp. 2d 10, 24 (D.D.C. 2013).

82.     Bayer CropScience states that the term "toxic" as used in paragraph 82 is vague and ambiguous to the extent it is intended to suggest any evidence of carcinogenicity.  Bayer CropScience denies the allegations in paragraph 82.

83.     In response to the allegations in paragraph 83, Bayer CropScience admits that Julie Marc published the cited study in 2002 and states that the document speaks for itself and does not require a response.  To the extent that a response is deemed required, Bayer CropScience denies the allegations in paragraph 83.

84.     In response to the allegations in the first sentence of paragraph 84, Bayer CropScience admits that Julie Marc published a study titled "Glyphosate-based pesticides affect cell cycle regulation" in 2004.  To the extent that the first sentence of paragraph 84 characterizes the meaning of the cited study, Bayer CropScience denies the allegations in the first sentence of paragraph 84.  In response to the remaining allegations in paragraph 84, Bayer CropScience states that the document speaks for itself and does not require a response.  To the extent that a response is deemed required, Bayer CropScience denies the remaining allegations in paragraph 84.

85.     In response to the allegations in paragraph 85, Monsanto states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 85 characterizes the meaning of the cited study, Bayer CropScience denies the remaining allegations in paragraph 85.

86.     In response to the allegations in paragraph 86, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 86 characterizes the meaning of the cited study, Bayer CropScience denies the allegation that the

BAYER CROPSCIENCE LP'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC & 3:20-cv-08847-VC

cited studies support the allegation that glyphosate or Roundup®-branded products pose any risk to human health and denies the remaining allegations in paragraph 86.

87.     As to plaintiff's allegations directed to Monsanto in paragraph 87, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 87.

88.     As to plaintiff's allegations directed to Monsanto in paragraph 88, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Cropscience otherwise denies the allegations in paragraph 88.

89.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 89 and therefore denies those allegations.

90.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 90 and therefore denies those allegations.

91.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 91 and therefore denies those allegations.

92.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 92 and therefore denies those allegations.

93.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 93 and therefore denies those allegations.

94.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 94 and therefore denies those allegations.

95.     The allegations in paragraph 95 set forth conclusions of law for which no response is required.

96.     The allegations in paragraph 96 set forth conclusions of law for which no response is required.

97.     The allegations in paragraph 97 set forth conclusions of law for which no response is required.

98.     The allegations in the paragraph 98 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

99.     The allegations in paragraph 99 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

100.    The allegations in paragraph 100 set forth conclusions of law for which no response is required.

101.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 101 and therefore denies those allegations.

102.    In response to the allegations in paragraph 102, Bayer CropScience states that the cited document speaks for itself and does not require a response.

103.    In response to the allegations in paragraph 103, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 103 characterizes the meaning of the cited studies, Bayer CropScience denies those allegations.

104.    In response to the allegations in paragraph 104, Bayer CropScience states that the cited document speaks for itself and does not require a response.

105.    In response to the allegations in paragraph 105, Bayer CropScience states that the cited document speaks for itself and does not require a response.

106.    In response to the allegations in paragraph 106, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 106 characterizes the cited document, Bayer CropScience denies those allegations.

107.    In response to the allegations in paragraph 107, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 107 characterizes the cited document, Bayer CropScience denies those allegations.

108.    In response to the allegations in paragraph 108, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 108 characterizes the cited document, Bayer CropScience denies those allegations.

109.    In response to the allegations in paragraph 109, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 109 characterizes the cited document, Bayer CropScience denies those allegations.

110.    In response to the allegations in paragraph 110, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 110 characterizes the cited document, Bayer CropScience denies those allegations.

111.    In response to the allegations in paragraph 111, Bayer CropScience states that the cited documents speak for themselves and do not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 111 characterizes the cited documents, Bayer CropScience denies those allegations.

112.    In response to the allegations in paragraph 112, Bayer CropScience states that the cited documents speak for themselves and do not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 112 characterizes the cited documents, Bayer CropScience denies those allegations.

113.    In response to the allegations in paragraph 113, Bayer CropScience states that the cited documents speak for themselves and do not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 113 characterizes the cited documents, Bayer CropScience denies those allegations.

114.    In response to the allegations in paragraph 114, Bayer CropScience states that the cited document speaks for itself and does not require a response.

115.    In response to the allegations in paragraph 115, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 115 characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience also denies that glyphosate causes cancer or other serious illnesses.

116.     In response to the allegations in paragraph 116, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 116 characterizes the cited document, Bayer CropScience denies those allegations.

117.     In response to the allegations in paragraph 117, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 117 characterizes the cited document, Bayer CropScience denies those allegations.

118.     In response to the allegations in paragraph 118, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 118 characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience also denies that glyphosate causes cancer or other serious illnesses.

119.     In response to the allegations in paragraph 119, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 119 characterizes the cited document, Bayer CropScience denies those allegations.

120.     In response to the allegations in paragraph 120, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 120 characterizes the cited document, Bayer CropScience denies those allegations.

121.     In response to the allegations in paragraph 121, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 121 characterizes the cited document, Bayer CropScience denies those allegations.

122.     In response to the allegations in paragraph 122, Bayer CropScience states that the cited documents speaks for themselves and do not require a response.

123.     In response to the allegations in paragraph 123, Bayer CropScience states that the cited documents speak for themselves and do not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 123 characterizes the cited documents, Bayer CropScience denies those allegations.

124.     In response to the allegations in paragraph 124, Bayer CropScience states that the cited documents speak for themselves and do not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 124 characterizes the cited documents, Bayer CropScience denies those allegations.

125.     The allegations in paragraph 125 set forth conclusions of law for which no response is required.

126.     Bayer CropScience admits the allegations in paragraph 126.  Bayer CropScience also states that the allegations are out of date and that the European Union has approved glyphosate for another five years.

127.     In response to the allegations in paragraph 127, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 127 characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience also states that the allegations are out of date and that the European Union has approved glyphosate for another five years.

128.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 128 and therefore denies those allegations.

129.     In response to the allegations in paragraph 129, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 129 characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience also states that the allegations are out of date and that the European Union has approved glyphosate for another five years.

130.     In response to the allegations in paragraph 130, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 130 characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience also states that the allegations are out of date and that the European Union has approved glyphosate for another five years.

131.     In response to the allegations in paragraph 131, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 131 characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience also states that the allegations are out of date and that the European Union has approved glyphosate for another five years.

132.     In response to the allegations in paragraph 132, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 132 characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience also states that the allegations are out of date and that the European Union has approved glyphosate for another five years.

133.     In response to the allegations in paragraph 133, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 133 characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience also states that the allegations are out of date and that the European Union has approved glyphosate for another five years.

134.     In response to the allegations in paragraph 134, Bayer CropScience states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, Bayer CropScience states that, to the extent that paragraph 134

characterizes the cited document, Bayer CropScience denies those allegations.  Bayer CropScience admits that the European Union has approved glyphosate for another five years.

135.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 135 and therefore denies those allegations.

136.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 136 and therefore denies those allegations.

137.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 137 and therefore denies those allegations.

138.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 138 and therefore denies those allegations.

139.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 139 and therefore denies those allegations.

140.    Bayer CropScience incorporates by reference its responses to paragraphs 1 through 139 in response to paragraph 140 of plaintiff's Complaint.

141.    The allegations in paragraph 141 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

142.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 142 concerning decedent's alleged use of Roundup®-branded products and therefore denies those allegations.  Bayer CropScience denies the remaining allegations in paragraph 142, including that Roundup®-branded products have "dangerous characteristics."

143.    The allegations in paragraph 143 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

144.    As to plaintiff's allegations directed to Monsanto in paragraph 144, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 144.

145.    Bayer CropScience denies the allegations in paragraph 145, including that Roundup®-branded products are "dangerous."

146.    As to plaintiff's allegations directed to Monsanto in paragraph 146, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 146.

147.    As to plaintiff's allegations directed to Monsanto in paragraph 147, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 147.

148.    As to plaintiff's allegations directed to Monsanto in paragraph 148, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 148.

149.    The allegations in paragraph 149 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

150.    As to plaintiff's allegations directed to Monsanto in paragraph 150, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 150.

151.    As to plaintiff's allegations directed to Monsanto in paragraph 151, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 151.

152.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 152 concerning decedent's alleged use of Roundup®-branded products and therefore denies those allegations.  Bayer CropScience denies the remaining allegations in paragraph 152.

153.    As to plaintiff's allegations directed to Monsanto in paragraph 153, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 153.

154.    Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 154 and therefore denies those allegations.

155.    In response to the allegations in paragraph 155, Bayer CropScience denies that glyphosate or Roundup®-branded products cause cancer.  Bayer CropScience lacks information or

1    knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 155

2    and therefore denies those allegations.

3         156.   Bayer CropScience lacks information or knowledge sufficient to form a belief as

4    to the truth of the allegations in paragraph 156 and therefore denies those allegations.

5         157.   As to plaintiff's allegations directed to Monsanto in paragraph 157, Bayer

6    CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

7    whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 157.

8         158.   As to plaintiff's allegations directed to Monsanto in paragraph 158, Bayer

9    CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

10   whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 158.

11        159.   As to plaintiff's allegations directed to Monsanto in paragraph 159, Bayer

12   CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

13   whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 159.

14        160.   As to plaintiff's allegations directed to Monsanto in paragraph 160, Bayer

15   CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

16   whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 160.

17        161.   As to plaintiff's allegations directed to Monsanto in paragraph 161, Bayer

18   CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

19   whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 161.

20        162.   As to plaintiff's allegations directed to Monsanto in paragraph 162, Bayer

21   CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

22   whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 162.

23        163.   As to plaintiff's allegations directed to Monsanto in paragraph 163, Bayer

24   CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

25   whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 163.

26        164.   As to plaintiff's allegations directed to Monsanto in paragraph 164, Bayer

27   CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

28   whatsoever.  Bayer CropScience lacks information or knowledge sufficient to form a belief as to

the truth of the allegations in paragraph 164 regarding decedent's or the general public's knowledge and therefore denies those allegations.  Bayer CropScience denies the remaining allegations in paragraph 164.

165.    Bayer CropScience denies the allegations in paragraph 165.

166.    The allegations in paragraph 166 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

167.    The allegations in paragraph 167 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

168.    As to plaintiff's allegations directed to Monsanto in paragraph 168, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 168.

169.    As to plaintiff's allegations directed to Monsanto in paragraph 169, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 169.

170.    As to plaintiff's allegations directed to Monsanto in paragraph 170, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 170.

171.    As to plaintiff's allegations directed to Monsanto in paragraph 171, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 171.

172.    As to plaintiff's allegations directed to Monsanto in paragraph 172, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 172.

173.    As to plaintiff's allegations directed to Monsanto in paragraph 173, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 173.

174.     As to plaintiff's allegations directed to Monsanto in paragraph 174, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 174.

175.     Bayer CropScience incorporates by reference its responses to paragraphs 1 through 174 in response to paragraph 175 of plaintiff's Complaint.

176.     The allegations in paragraph 176 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

177.     The allegations in paragraph 177 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

178.     The allegations in paragraph 178 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

179.     The allegations in paragraph 179 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

180.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 180 and therefore denies those allegations.

181.     As to plaintiff's allegations directed to Monsanto in paragraph 181, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 181.

182.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 182 and therefore denies those allegations.

183.     The allegations in paragraph 183 set forth conclusions of law for which no response is required.

184.     The allegations in paragraph 184 are directed at a defendant other than Bayer CropScience, so no response from Bayer CropScience is required for these allegations.

185.     As to plaintiff's allegations directed to Monsanto in paragraph 185, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 185.

186.    As to plaintiff's allegations directed to Monsanto in paragraph 186, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 186.

187.    As to plaintiff's allegations directed to Monsanto in paragraph 187, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 187.

188.    As to plaintiff's allegations directed to Monsanto in paragraph 188, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 188.

189.    As to plaintiff's allegations directed to Monsanto in paragraph 189, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 189.

190.    As to plaintiff's allegations directed to Monsanto in paragraph 190, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 190.

191.    As to plaintiff's allegations directed to Monsanto in paragraph 191, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 191.

192.    As to plaintiff's allegations directed to Monsanto in paragraph 192, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 192.

193.    Bayer CropScience denies the allegations in paragraph 193.

194.    As to plaintiff's allegations directed to Monsanto in paragraph 194, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 194.

195.    As to plaintiff's allegations directed to Monsanto in paragraph 195, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 195.

196.    As to plaintiff's allegations directed to Monsanto in paragraph 196, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 196.

197.    Bayer CropScience denies the allegations in paragraph 197.

198.    As to plaintiff's allegations directed to Monsanto in paragraph 198, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 198.

199.    As to plaintiff's allegations directed to Monsanto in paragraph 199, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 199.

200.    As to plaintiff's allegations directed to Monsanto in paragraph 200, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 200.

201.    Bayer CropScience incorporates by reference its responses to paragraphs 1 through 200 in response to paragraph 201 of plaintiff's Complaint.

202.    As to plaintiff's allegations directed to Monsanto in paragraph 202, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 202.

203.    As to plaintiff's allegations directed to Monsanto in paragraph 203, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 203.

204.    As to plaintiff's allegations directed to Monsanto in paragraph 204, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 204.

205.    As to plaintiff's allegations directed to Monsanto in paragraph 205, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 205.

206.     As to plaintiff's allegations directed to Monsanto in paragraph 206, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 206.

207.     As to plaintiff's allegations directed to Monsanto in paragraph 207, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 207.

208.     As to plaintiff's allegations directed to Monsanto in paragraph 208, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 208.

209.     As to plaintiff's allegations directed to Monsanto in paragraph 209, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 209.

210.     As to plaintiff's allegations directed to Monsanto in paragraph 210, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 210.

211.     As to plaintiff's allegations directed to Monsanto in paragraph 211, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 211.

212.     Monsanto denies the allegations in paragraph 212.

213.     As to plaintiff's allegations directed to Monsanto in paragraph 213, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 213.

214.     As to plaintiff's allegations directed to Monsanto in paragraph 214, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 214.

215.     As to plaintiff's allegations directed to Monsanto in paragraph 215, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 215.

216.     As to plaintiff's allegations directed to Monsanto in paragraph 216, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 216.

217.     Bayer CropScience incorporates by reference its responses to paragraphs 1 through 216 in response to paragraph 217 of plaintiff's Complaint.

218.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 218 and therefore denies those allegations.

219.     As to plaintiff's allegations directed to Monsanto in paragraph 219, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 219.

220.     BCS denies the allegations in paragraph 220.

221.     Bayer CropScience denies the allegations in paragraph 221.

222.     Bayer CropScience denies the allegations in paragraph 222.

223.     Bayer CropScience denies the allegations in paragraph 223.

224.     As to plaintiff's allegations directed to Monsanto in paragraph 224, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 224.

225.     As to plaintiff's allegations directed to Monsanto in paragraph 225, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 225.

226.     As to plaintiff's allegations directed to Monsanto in paragraph 226, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 226.

227.     As to plaintiff's allegations directed to Monsanto in paragraph 227, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 227.

228. As to plaintiff's allegations directed to Monsanto in paragraph 228, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 228.

229. Bayer CropScience incorporates by reference its responses to paragraphs 1 through 228 in response to paragraph 229 of plaintiff's Complaint.

230. Bayer CropScience denies the allegations in paragraph 230.

231. Bayer CropScience denies the allegations in paragraph 231.

232. Bayer CropScience denies that it manufactured or sold any Roundup®-branded products purchased by decedent and therefore denies the allegations in paragraph 232.

233. Bayer CropScience denies the allegations in paragraph 233.

234. Bayer CropScience denies the allegations in paragraph 234.

235. Bayer CropScience denies the allegations in paragraph 235.

236. As to plaintiff's allegations directed to Monsanto in paragraph 236, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 236.

237. As to plaintiff's allegations directed to Monsanto in paragraph 237, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 237.

238. As to plaintiff's allegations directed to Monsanto in paragraph 238, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 238.

239. Bayer CropScience denies the allegations in paragraph 239.

240. As to plaintiff's allegations directed to Monsanto in paragraph 240, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 240.

241. As to plaintiff's allegations directed to Monsanto in paragraph 241, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 241.

242.     As to plaintiff's allegations directed to Monsanto in paragraph 242, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 242.

243.     Bayer CropScience incorporates by reference its responses to paragraphs 1 through 242 in response to paragraph 243 of plaintiff's Complaint.

244.     As to plaintiff's allegations directed to Monsanto in paragraph 244, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience denies the allegations in paragraph 244.

245.     Bayer CropScience denies the allegations in paragraph 245.

246.     Bayer CropScience denies the allegations in paragraph 246.

247.     As to plaintiff's allegations directed to Monsanto in paragraph 247, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 247.

248.     As to plaintiff's allegations directed to Monsanto in paragraph 248, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 248.

249.     As to plaintiff's allegations directed to Monsanto in paragraph 249, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience denies that it made any "misrepresentations, concealments, or omissions."  The remaining allegations in paragraph 249 set forth conclusions of law for which no response is required.

250.     As to plaintiff's allegations directed to Monsanto in paragraph 250, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 250.

251.     As to plaintiff's allegations directed to Monsanto in paragraph 251, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 251.

252.    As to plaintiff's allegations directed to Monsanto in paragraph 252, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 252.

253.    As to plaintiff's allegations directed to Monsanto in paragraph 253, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 253.

254.    As to plaintiff's allegations directed to Monsanto in paragraph 254, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 254.

255.    As to plaintiff's allegations directed to Monsanto in paragraph 255, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 255.

256.    As to plaintiff's allegations directed to Monsanto in paragraph 256, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience denies making any misrepresentations to decedent and therefore denies the allegations in paragraph 256.

257.    As to plaintiff's allegations directed to Monsanto in paragraph 257, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience denies that it concealed or omitted any facts regarding Roundup®-branded products.  Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 257 regarding decedent's lack of awareness and therefore denies those allegations.

258.    As to plaintiff's allegations directed to Monsanto in paragraph 258, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 258.

259.    As to plaintiff's allegations directed to Monsanto in paragraph 259, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 259.

260.     As to plaintiff's allegations directed to Monsanto in paragraph 260, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 260.

261.     As to plaintiff's allegations directed to Monsanto in paragraph 261, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 261 regarding decedent's alleged purchase and use of any Roundup®-branded products and therefore denies those allegations.  Bayer CropScience denies the remaining allegations in paragraph 261.

262.     As to plaintiff's allegations directed to Monsanto in paragraph 262, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 262.

263.     As to plaintiff's allegations directed to Monsanto in paragraph 263, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 263.

264.     As to plaintiff's allegations directed to Monsanto in paragraph 264, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 264.

265.     As to plaintiff's allegations directed to Monsanto in paragraph 265, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 265.

266.     As to plaintiff's allegations directed to Monsanto in paragraph 266, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 266.

267.     Bayer CropScience incorporates by reference its responses to paragraphs 1 through 266 in response to paragraph 267 of plaintiff's Complaint.

268.     Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 268 and therefore denies those allegations.

269.   Bayer CropScience lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 269 regarding the marital status of plaintiff and accordingly denies those allegations.  The remaining allegations in paragraph 269 set forth conclusions of law for which no response is required.

270.   Bayer CropScience denies the allegations in paragraph 270.

271.   As to plaintiff's allegations directed to Monsanto in paragraph 271, Bayer CropScience refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer CropScience otherwise denies the allegations in paragraph 271.

In response to the allegations in the "WHEREFORE" paragraph following paragraph 271, Bayer CropScience demands that judgment be entered in its favor and against plaintiff; that plaintiff's Complaint be dismissed, with prejudice; and that Bayer CropScience be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

Every allegation in the Complaint that is not specifically and expressly admitted in this Answer is hereby specifically and expressly denied.

## SEPARATE AND AFFIRMATIVE DEFENSES

1.   The Complaint, in whole or part, fails to state a claim or cause of action against Bayer CropScience upon which relief can be granted.

2.   Plaintiff's claims against Bayer CropScience are barred for lack of personal jurisdiction.

3.   Plaintiff's claims are misjoined and should be severed.

4.   Plaintiff's claims against Bayer CropScience are barred because plaintiff cannot proffer any scientifically reliable evidence that the products at issue were defective or unreasonably dangerous.

5.   Any alleged negligent or culpable conduct of Bayer CropScience, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of plaintiff's and/or decedent's alleged injuries.

1     6.    Plaintiff's claims against Bayer CropScience are barred, in whole or in part,

2   because the products at issue were designed, manufactured, marketed and labeled with proper

3   warnings, information, cautions and instructions, in accordance with the state of the art and the

4   state of scientific and technological knowledge.

5     7.    Plaintiff's claims against Bayer CropScience are barred, in whole or in part,

6   because the products at issue were not defective or unreasonably dangerous in that they complied

7   with, at all relevant times, all applicable government safety standards.

8     8.    Any claims based on allegations that Bayer CropScience misled, defrauded, made

9   misrepresentations to, or withheld information from U.S. EPA are preempted by federal law.  *See,*

10  *e.g.*, *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001); *Nathan Kimmel, Inc. v.*

11  *Dowelanco*, 275 F.3d 1199 (9th Cir. 2002).

12    9.    Plaintiff's claims against Bayer CropScience are preempted, in whole or in part, by

13  applicable federal law relating to the design, testing, producing, manufacturing, labeling,

14  distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-

15  containing products.

16    10.   Plaintiff's claims against Bayer CropScience are preempted, in whole or in part,

17  because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of

18  U.S. EPA-approved product labeling.

19    11.   Plaintiff's claims against Bayer CropScience are barred, in whole or in part, by the

20  doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S.

21  EPA.

22    12.   Plaintiff's claims against Bayer CropScience are barred, in whole or in part,

23  because decedent's injuries, if any, were the result of conduct of decedent, independent third

24  parties, and/or events that were extraordinary under the circumstances, not foreseeable in the

25  normal course of events, and/or independent, intervening and superseding causes of the alleged

26  injuries, including but not limited to decedent's pre-existing medical conditions.

27    13.   The doctrines contained in Restatement (Second) of Torts § 402A, comments j and

28  k, bar plaintiff's claims against Bayer CropScience in whole or in part.

BAYER CROPSCIENCE LP'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC & 3:20-cv-08847-VC

14.     Applicable statutes of limitations and/or repose bar plaintiff's claims against Bayer CropScience in whole or in part.

15.     Decedent's misuse or abnormal use of the product or failure to follow instructions bar plaintiff's claims against Bayer CropScience in whole or in part.

16.     If plaintiff and/or decedent suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from:  (a) acts or omissions of persons or entities for which Bayer CropScience is neither liable nor responsible or, in the alternative, Bayer CropScience is entitled to an assessment of the relative degree of fault of all such persons and entities; or (b) resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by Bayer CropScience.  Such acts or omissions on the part of others or diseases or causes constitute an independent, intervening and sole proximate cause of plaintiff's and/or decedent's alleged injuries or damages.

17.     Bayer CropScience had no legal relationship or privity with plaintiff and/or decedent and owed no duty to them by which liability could be attributed to it.

18.     Plaintiff's claims against Bayer CropScience are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

19.     Plaintiff's claims against Bayer CropScience for punitive damages are barred because such an award would violate Bayer CropScience's due process, equal protection and other rights under the United States Constitution, the New York Constitution, and/or other applicable state constitutions – and would be improper under the common law and public policies of the United States, the laws of New York, and/or other applicable state laws.

20.     Plaintiff's claims against Bayer CropScience for punitive damages are barred because plaintiff has failed to allege conduct warranting imposition of such damages under New York law and/or other applicable state laws.

21.     Plaintiff's claims against Bayer CropScience for punitive damages are barred and/or limited by operation of state and/or federal law.

BAYER CROPSCIENCE LP'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC & 3:20-cv-08847-VC

22.     Plaintiff's claims against Bayer CropScience are barred in whole or in part by plaintiff's and/or decedent's own contributory/comparative negligence.

23.     To the extent that plaintiff recovered payments for plaintiff's and/or decedent's alleged injuries from any collateral source(s) or other source(s), plaintiff's recovery in this lawsuit, if any, shall be reduced to the extent allowed by applicable law, including as allowed for under NY CPLR § 4545.

24.     Plaintiff's claims against Bayer CropScience are barred in whole or in part by plaintiff's and/or decedent's own failure to mitigate damages.

25.     Plaintiff's claims against Bayer CropScience are barred in whole or in part by the sophisticated user doctrine.

26.     If plaintiff and/or decedent have been injured or damaged, no injuries or damages admitted, such injuries or damages were not caused by a Bayer CropScience product.

27.     Plaintiff's claims against Bayer CropScience are barred to the extent that plaintiff asserts claims that are governed by the laws of a state that does not recognize, or limits, such claims.

28.     Plaintiff's claims against Bayer CropScience are barred to the extent that plaintiff seeks relief under the laws of states that do not govern plaintiff's claims.

29.     Bayer CropScience made no warranties of any kind or any representations of any nature whatsoever to plaintiff and/or decedent.  If any such warranties were made, which Bayer CropScience specifically denies, then plaintiff and/or decedent failed to give notice of any breach thereof.

30.     Bayer CropScience hereby gives notice that it intends to rely upon such other defenses as may become available or apparent during the course of discovery and thus reserves its right to amend this Answer to assert such defenses.

**WHEREFORE**, Defendant Bayer CropScience demands judgment in its favor and against plaintiff, dismissing plaintiff's Complaint with prejudice, together with the costs of suit and such other relief as the Court deems equitable and just.

1

## **JURY TRIAL DEMAND**

2

Bayer CropScience demands a jury trial on all issues so triable.

3

4      DATED:  December 21, 2020                  Respectfully submitted,

5

6                                                 /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth (*pro hac vice*)
7                                                 (jhollingsworth@hollingsworthllp.com)
                                                  Eric G. Lasker (*pro hac vice*)
                                                  (elasker@hollingsworthllp.com)
8                                                 HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
9                                                 Washington, DC  20005
                                                  Telephone:  (202) 898-5800
10                                                Facsimile:   (202) 682-1639

11                                                *Attorneys for Defendant*
                                                  *BAYER CROPSCIENCE LP*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAYER CROPSCIENCE LP'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC & 3:20-cv-08847-VC