# Exhibit 4

**Dealer Profiles**

# Davis Ace Hardware Getting New Owners After 105 Years



*Davis Ace Hardware has been sold to the owners of Crown Ace Hardware after 105 years of family ownership.* »

Davis Ace Hardware in downtown Davis, Calif., and the smaller Aggie Ace store off Anderson Road are getting new owners. Longtime owner Jennifer Anderson and husband Doby Fleeman decided to sell the business to Mark Schulein and Matt Fales of Crown Hardware, with the deal closing in mid-April, reports Jeff Hudson in Yolo County News.

"Why sell?" Anderson asked in a letter to customers. "Our children, now in their 20s, are firmly committed to their individual career directions. We love our business and have achieved the results we have with our incredible team of employees."



*Davis Ace Hardware was formerly known as Davis Lumber Company.* »

Anderson's family has owned the downtown hardware store, in whole or in part, since 1914, making it a member of The Hardware Connection Century Club. Since that time, it has been known as Davis Hardware and Davis Lumber before settling on Davis Ace in 1999. The family bought the business outright in 1962, when, Anderson recalls, there were 10,000 Davis residents and fewer than 3,000 UC Davis students. Over the years, the store grew from a hardware and lumber specialty store to also include garden, pet and housewares departments as well as a rock yard.

In 2012, the company added Aggie Ace, a satellite store in the Anderson Plaza on Covell Boulevard.

"Our customers have been wonderful supporters for decades—through generations," Anderson said. "We are so very appreciative. We know this is the time for us to step aside and we wanted the right team to take over. Doby and I are not fully retiring. We will still be in the Davis community—committed to Davis Ace and Aggie Ace success through Crown."

To read more, click here.

---

### Subscribe for Free

*The Hardware Connection* is a digital magazine targeted to independent hardware/home improvement retailers. It is the only industry magazine designed and distributed solely in electronic format and currently reaches over 63,000 people in the two-step channel.



*The Hardware Connection* publishes four Newsletters each year in addition to eight magazine issues.

To sign up yourself or additional staff to a free subscription to receive *The Hardware Connection* magazine and newsletter in electronic format, please click here.

## Learn More About the Following



Click here to learn about Kaba Ilco

*Kaba Ilco* »



Click here to learn about WD-40

*WD-40* »