# Exhibit 5

# enterprise

YOLO COUNTY NEWS



Inge Carroll picks out a snow-in-summer (Cerastium tomentosum) at Davis Ace Hardware to fill a space in her garden. Generations of Davisites have relied on the store for their home and garden needs. Fred Gladdis/Enterprise photo

## Davis Ace Hardware getting new owners

By Jeff Hudson

Davis Ace Hardware in downtown Davis and the smaller Aggie Ace store off Anderson Road are getting new owners. Longtime owner Jennifer Anderson and husband Doby Fleeman have decided to sell the business to Mark Schulein and Matt Fales of Crown Hardware, with the deal expected to close in mid-April.

"Why sell?" Anderson asked in a letter to customers. "Our children, now in their 20s, are firmly committed to their individual career directions. We love our business and have achieved the results we have with our incredible team of employees."

By using this site, you acknowledge that you have read and understand our Privacy Policy and Terms of Service. I Agree



Davis Ace owners Jennifer Anderson, second left, and Doby Freeman, second right, celebrate with Matt Fales, left, and Mark Schulein after agreeing to sell

Anderson's family has owned the downtown hardware store, in whole or in part, since 1914. Since that time it has been known as Davis Hardware and Davis Lumber before settling on Davis Ace in 1999. The family bought the business outright in 1962, when, Anderson recalls, there were 10,000 Davis residents and fewer than 3,000 UC Davis students. Over the years, the store grew from a hardware and lumber specialty store to also include garden, pet and housewares departments as well as a rock yard.

In 2012, the company added Aggie Ace, a satellite store in the Anderson Plaza on Covell Boulevard.

"Our customers have been wonderful supporters for decades — through generations," Anderson said. "We are so very appreciative. We know this is the time for us to step aside and we wanted the right team to take over. Doby and I are not fully retiring. We will still be in the Davis community — committed to Davis Ace and Aggie Ace success through Crown. We still own other properties and investments."

Crown Hardware is a privately held company based in Huntington Beach in Orange County. Crown has stores in 17 communities across three states; including stores in Orange County, San Diego County, Riverside County, as well as Lake Havasu City, Arizona and Island Ace Hardware, serving the North Shore of Kauai.

"Mark Schulein and Matt Fales have come together with the Crown team to purchase our business," Anderson said. "Mark has succeeded his father, Jeff, as president of Crown Hardware. We have known them for more than 25 years. Crown Hardware has been a family-owned business since 1949. Matt Fales (COO) is a Northern Californian who attended UC Davis, where he met his wife.

"They are truly excited to bring their experience back to Davis. We know they will continue our traditions and build new ones in our community and for our employees. This is really important to us."

The Davis Ace and Aggie Ace names will remain unchanged. Financial terms were not disclosed.

Anderson recalled that she started working in Davis Ace Hardware "when I was 10 or 12 years old … dusting shelves and using the cash register." She has been the president of Davis Ace since the mid-1960s. "I am going to miss my customers … I've had a lot of fun."

Anderson thinks there is a large customer base that wants to "fix and repair things, taking care of things rather than throwing things in the dump. It's a matter of creative problem-solving, making things work. The hardware business will continue to thrive."

"Thank you for letting us serve you all these years," she concluded.

— Reach Jeff Hudson at jhudson@davisenterprise.net or 530-747-8055.

## From the archives:

Centennial: Davis Ace: Serving Davis since it was Davisville

0 Comments                                                                          Sort by  Oldest

Add a comment...

Facebook Comments Plugin

By using this site, you acknowledge that you have read and understand our Privacy Policy and Terms of Service. I Agree

Printed in the March 22, 2019 edition on page A1 | Published on March 21, 2019 | Last Modified on March 21, 2019 at 6:00 pm

**Subscribe to our free Morning Edition newsletter**

email address

Log In / Sign Up

What are you looking for?    Search

17 Jan   Business & Economics

**Career Event- University of California-Davis Students & 2020 Graduates**

Virtual Event, Davis      7:00 AM

MORE EVENTS   |   + PROMOTE YOUR EVENT      powered by evvnt

**DavisEnterprise**      OFF

LIVE news from Yolo County, California | Launching 2021
Playing Just Chatting

  

By using this site, you acknowledge that you have read and understand our Privacy Policy and Terms of Service. I Agree