# Exhibit 6





**Shop | Earn | Save**
Learn More   Join Now

 Shopping Cart

**Davis Ace Hardware - Davis, CA**   Open until 8:00 PM        Store Info / Directions ⌄        Services / Brands ⌄

### Welcome to Davis Ace Hardware
Open until 8:00 PM



Set as My Store

**Davis Ace Hardware**
**815 3rd Street**
**Davis, CA 95616**
**Phone: (530) 758-8000**

Mon - Fri 8:00 am - 8:00 pm
Sat 8:00 am - 8:00 pm
Sun 8:00 am - 7:00 pm

Owner: Mark Schulein
Manager: Mike Gunter

http://www.davisace.com

Connect with us:

 

See All Locations Operated by This Owner

Store Participates In:

   Join Now



                                                                                         Map data ©2020 Google

Get Directions

Expand Map View

## Meet Our Staff




Mark Schulein
Owner

Mike Gunter
Manager

## About This Store

As your local Ace Hardware, we are one of 5,000+ Ace stores locally owned and operated across the globe. But we are not just about numbers. We are about helping neighbors, because each one of our stores is a part of your community. We are all committed to being "the Helpful Place" by offering our customers personal service, quality products and a convenient shopping experience from the local experts who know you best. As the helpful hardware folks in your neighborhood, we promise that helping you is the most important thing we have to do today.

## Store Services

Auto Key Programming & Cutting

Blade Sharpening

Carpet Cleaning Machine Rental

Gift Card

Glass Cutting

In-Store Lock Servicing

Key Cutting

Lumber and Building Material

Paint Color Matching

Propane

Propane Exchange

Screen Repair

## Store Departments

Automotive

Cleaning Supplies

Electrical

Hand and Power Tools

Hardware

Housewares

Lawn and Garden

Nursery

Paint and Sundries

Outdoor Living

Plumbing

## Featured Brands

  

## Store Photos & Videos



**Departments**
 4 Photos
 0 Video
<u>View Album</u>

## Community Outreach

Children's Miracle Network

| More Ways to Shop | Customer Service | About Ace | Resources |
|---|---|---|---|



Terms of Use    Privacy Policy    Interest Based Ads    For U.S. Residents Only

Do Not Sell My Personal Information

© 2020 Ace Hardware. Ace Hardware and the Ace Hardware logo are registered trademarks of Ace Hardware Corporation. All rights reserved.

For screen reader problems with this website, please call 1-888-827-4223 or email CareCenter@acehardware.com.

Prices, promotions, styles, and availability may vary. Prices and availability of products and services are subject to change without notice.

/

