# Exhibit 7

**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | CROWN HARDWARE, INC. |
| Entity (File) Number: | C0827408 |
| File Date: | 04/19/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GE98217 |

**Detailed Filing Information**

1. Entity Name: CROWN HARDWARE, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      9045 ADAMS AVENUE
      HUNTINGTON BEACH, California
      92646
   b. Mailing Address:
      9045 ADAMS AVENUE
      HUNTINGTON BEACH, California
      92646
   c. Street Address of Principal Executive Office:
      9045 ADAMS AVENUE
      HUNTINGTON BEACH, California
      92646

3. Officers:
   a. Chief Executive Officer:
      MARK  SCHULEIN
      9045 ADAMS AVENUE
      HUNTINGTON BEACH, California
      92646
   b. Secretary:
      JEFF  SCHULEIN
      9045 ADAMS AVENUE
      HUNTINGTON BEACH, California
      92646

Document ID: GE98217

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:      MARK  SCHULEIN
                                            9045 ADAMS AVENUE
                                            HUNTINGTON BEACH, California 92646
                                            United States of America

4.  Director:      MARK  SCHULEIN
                      9045 ADAMS AVENUE
                      HUNTINGTON BEACH, California 92646
                      United States of America

Number of Vacancies on the Board of Directors:    0

5.  Agent for Service of Process:    MARK  SCHULEIN
                                          9405 ADAMS AVENUE
                                            HUNTINGTON BEACH, California 92646
                                            United States of America

6.  Type of Business:    RETAIL HARDWARE AND HOUSEWARES

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Dennis J. Rasor

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GE98217

**California Secretary of State**
Electronic Filing

## Corporation - Attachment to Statement of Information

**List of Additional Directors:**

1. JEFF SCHULEIN
   9045 ADAMS AVENUE
   HUNTINGTON BEACH, California 92646
   United States of America

2. RANDI SCHULEIN
   9045 ADAMS AVENUE
   HUNTINGTON BEACH, California 92646
   United States of America

3.

4.

5.

6.

7.

Document ID: GE98217