# Exhibit 8

VIEW OUR WEBSITE ❯ (HTTP://WWW.CROWNACE.COM)




## Current Openings

### Retail Sales Associate-Hardware (http://crownacehardware.applytojob.com/apply/REq3i9NfcP/Retail-Sales-AssociateHardware)

📍 Susanville, CA

Aggie

### Hardware Retail Sales Associate (http://crownacehardware.applytojob.com/apply/YjhCE2J8ei/Hardware-Retail-Sales-Associate)

📍 Davis, CA     🏢 Aggie

Anaheim Hills

### Sales Associate (http://crownacehardware.applytojob.com/apply/R7E99D1ImK/Sales-Associate)

📍 Anaheim Hills, CA     🏢 Anaheim Hills

Calistoga

### Retail Cashier - Part time (http://crownacehardware.applytojob.com/apply/PrFQugXTEd/Retail-Cashier-Part-Time)

📍 Calistoga, CA     🏢 Calistoga

### Sales Associate/Cashier (http://crownacehardware.applytojob.com/apply/VC0gHINxdH/Sales-AssociateCashier)

📍 Calistoga, CA     🏢 Calistoga

Davis

### Garden/Nursery Retail Sales Associate (http://crownacehardware.applytojob.com/apply/MJRXkhWR0g/GardenRetail-Sales-Associate)

📍 Davis, CA     🏢 Davis

### Hardware Retail Sales Associate (http://crownacehardware.applytojob.com/apply/LJALcleZ8h/Hardware

Retail-Sales-Associate)

📍 Davis, CA  🏢 Davis

### Retail Cashier - Part time (http://crownacehardware.applytojob.com/apply/rZaGwBUJnb/Retail-Cashier-Part-Time)

📍 Davis, CA  🏢 Davis

Davis Ace Hardware

### Rock Yard Sales Associate (http://crownacehardware.applytojob.com/apply/ztkDbdLOOg/Rock-Yard-Sales-Associate)

📍 Davis, CA  🏢 Davis Ace Hardware

Fallbrook

### Sales Associate-Hardware (http://crownacehardware.applytojob.com/apply/M6cIvgDn5Q/Sales-AssociateHardware)

📍 Fallbrook, CA  🏢 Fallbrook

### Yard Sales Associate- Joe's Hardware (http://crownacehardware.applytojob.com/apply/NwuHFiUeOd/Yard-Sales-Associate-Joes-Hardware)

📍 Fallbrook, CA  🏢 Fallbrook

Fort Mohave

### Hardware Retail Sales Associate (http://crownacehardware.applytojob.com/apply/KbHPZ1gH1z/Hardware-Retail-Sales-Associate)

📍 Fort Mohave, AZ  🏢 Fort Mohave

### Hardware Retail Sales Associate (http://crownacehardware.applytojob.com/apply/wexk1hqgF4/Hardware-Retail-Sales-Associate)

📍 Fort Mohave, AZ  🏢 Fort Mohave

Huntington Beach

### Sales Associate-Retail (http://crownacehardware.applytojob.com/apply/amwnSL1B8v/Sales-AssociateRetail)

📍 Huntington Beach, CA  🏢 Huntington Beach

Island Hardware

### Island Hardware-All Sales Positions (http://crownacehardware.applytojob.com/apply/sW9TYabOPs/Island-

HardwareAll-Sales-Positions)

 Princeville, HI     Island Hardware

### Retail Sales-Island Hardware (http://crownacehardware.applytojob.com/apply/tlsIeXbuKN/Retail-SalesIsland-Hardware)

 Kauai, HI     Island Hardware

Jurupa Valley

### Cashier - Retail Hardware Store (http://crownacehardware.applytojob.com/apply/ozbYTO2OFH/Cashier-Retail-Hardware-Store)

 Jurupa Valley, CA     Jurupa Valley

Lake Elsinore

### Cashier/Sales Associate (http://crownacehardware.applytojob.com/apply/WvTL8MbvDT/CashierSales-Associate)

 Lake Elsinore, CA     Lake Elsinore

Lake Havasu

### Cashier - Part time (http://crownacehardware.applytojob.com/apply/z6Sc5H/Cashier-Part-Time)

 Lake Havasu City, AZ     Lake Havasu

### Sales Associate (http://crownacehardware.applytojob.com/apply/iR8Ba4/Sales-Associate)

 Lake Havasu City, AZ     Lake Havasu

Newport Hills

### Cashier/Sales Associate (http://crownacehardware.applytojob.com/apply/28gMJDMZ31/CashierSales-Associate)

 Newport Beach, CA     Newport Hills

Orange County

### Retail Supervisor (http://crownacehardware.applytojob.com/apply/IU4Ju9GUvZ/Retail-Supervisor)

 Orange County, CA     Orange County

Rio Vista

### Hardware Retail Sales Associate (http://crownacehardware.applytojob.com/apply/EhLlLdpip6/Hardware-Retail-Sales-Associate)

 Rio Vista, CA     Rio Vista

### Retail Cashier - Part-Time (http://crownacehardware.applytojob.com/apply/RtBWg07UW4/Retail-Cashier-PartTime)

 Rio Vista, CA     Rio Vista

Riverside

### Yard Sales Associate (http://crownacehardware.applytojob.com/apply/BniIeqeBNK/Yard-Sales-Associate)

 Jurupa Valley, CA     Riverside

Tri-State

### Hardware Retail Sales Associate (http://crownacehardware.applytojob.com/apply/cvWvLiqcD8/Hardware-Retail-Sales-Associate)

 Bullhead City, AZ     Tri-State

University Park

### Cashier/Sales Associate (http://crownacehardware.applytojob.com/apply/cqd1Rr8gjV/CashierSales-Associate)

 Irvine, CA     University Park

Westcliff Plaza-Newport Beach

### Sales Associate - Part time (http://crownacehardware.applytojob.com/apply/nBGmy6DZ6E/Sales-Associate-Part-Time)

 Newport Beach, CA     Westcliff Plaza-Newport Beach

Yucaipa

### Retail Cashier - Part time (http://crownacehardware.applytojob.com/apply/HYKIGfO5yx/Retail-Cashier-Part-Time)

 Yucaipa, CA     Yucaipa

### Yard Sales Associate (http://crownacehardware.applytojob.com/apply/nsYAOEkCMT/Yard-Sales-Associate)

 Yucaipa, CA     Yucaipa

POWERED BY Jazz HR (HTTPS://WWW.JAZZHR.COM)