# Exhibit 9

VIEW OUR WEBSITE (HTTP://WWW.CROWNACE.COM)

 VIEW ALL JOBS (HTTP://CROWNACEHARDWARE.APPLYTOJOB.COM/APPLY/)

 (http://crownacehardware.applytojob.com/apply)

# Garden/Nursery Retail Sales Associate

- Davis, CA
- Part Time
- Davis
- Entry Level

 SHARE (HTTPS://CROWNACEHARDWARE.APPLYTOJOB.COM/APP/SHARE/MJRXI

## Do you like to go to work and love what you do?

## Apply now!

**Davis Ace Hardware is that kind of place! We are focused on providing world class service to our customers and our employees. We thrive in a fun and challenging environment. Together with Ace we are proud to have won the JD Powers Award for Customer Service 13 years running. That's how we do it! Our Vision is to be "The most helpful hardware stores on the planet" by providing an "Amazing Customer Experience" every time.**

**We provide opportunity through our "Future Leaders" program to grow with Davis Ace Hardware. We love to promote from within so if you are looking for a part time job for extra money or you are looking for a career, come check us out!!!**

**Job Description – Sales associate**

A personality and approach that strongly represents our Core Values along with an enthusiastic, positive, supportive sales focused attitude.

- **Puts "Customers First, Tasks Second."**
- **Maintain awareness of all promotions and advertisements and provide this information to customers.**
- **Continually work on increasing knowledge of the products we sell and their uses**
- **Merchandising skills and abilities.**
- **Participate in the processing of new shipments and help the team to keep the receiving and back room areas clean and organized.**
- **Personally responsible for pursuing in-store training.**

**Education/Training:**

**High School diploma or GED equivalent or currently in school.**

**Experience:**
**Trade skills accompanied by a personality that will support our Core Values and mission is a plus but will train.**

**Skills/Knowledge:**

**Ability and willingness to work flexible hours including evenings, weekends and holidays to meet the needs of the business.**

**Knowledge of plants, gardening, native and drought tolerant, outdoor power equipment and soils preferred, will train**
**Knowledge of retail computer systems a plus.**

**Applicant CCPA Pre-Collection Notice**

We collect Personal Information from you in connection with your application for employment with Crown Hardware, Inc and Lifestyle Hui, LLC, including the following categories of PI: identifiers, personal records, commercial information, professional or employment information, non-public education records, and inferences drawn from your PI. We collect your PI for our purposes, including performing services and operations related to your potential employment. For additional details or if you have questions, contact us at HR@crownhardware.com. For avoidance of doubt, no portion of the CCPA Policy other than this Applicant CCPA Pre-Collection Notice shall apply to information we collect about job applicants who are California Consumers (i.e., California residents).

## Apply for this position

REQUIRED  *

**APPLY WITH INDEED**

First Name  *

Last Name  *

Email Address  *

Phone  *

Address

Address

City

State/Province

Postal

Resume

Attach resume or Paste resume

Cover Letter

[ ]

Who referred you to this position? Enter their first and last name here.

[ ]

Do you have a valid driver's license?

[ No answer ▾ ]

What's your citizenship / employment eligibility?

[ No answer ▾ ]

What's your highest level of education completed?

[ No answer ▾ ]

Are you 18 years of age or older?

[ No answer ▾ ]

Desired salary

[ ]

Earliest start date?

[ ]

In 150 characters or fewer, tell us what makes you unique. Try to be creative and say something that will catch our eye! *

[ 150 ]

Employer:

[ ]

Final Position

Work Performed

Reason for leaving

Employer

Position

Work Performed

Reason for Leaving

Employer

Position

Work Performed

Reason for Leaving

Chose ONE of our Core Values from the list and tell us why is resonates with you.
Be Their Hero!
Think Creatively
Communicate Respectively
Bea an Awesome Team Member
Pursue Growth and Learning
OWN it!
Embrace and Drive Change
Deliver Results
Have Fun! *

What is your Availability? *

☐ Anytime
☐ Monday AM
☐ Monday PM
☐ Tuesday AM
☐ Tuesday PM
☐ Wednesday AM
☐ Wednesday PM
☐ Thursday AM
☐ Thursday PM
☐ Friday AM
☐ Friday PM
☐ Saturday AM
☐ Saturday PM
☐ Sunday AM
☐ Sunday PM

Have you ever worked for Ace Hardware before? *

-- No answer --

The following questions are entirely optional.

To comply with government Equal Employment Opportunity and/or Affirmative Action reporting regulations, we are requesting (but NOT requiring) that you enter this personal data. This information will not be used in connection with any employment decisions, and will be used solely as permitted by state and federal law. Your voluntary cooperation would be appreciated. Learn more (https://www.eeoc.gov/employees-job-applicants).

Gender

Decline to answer

Race/Ethnicity

Decline to answer

☑ I consent to be contacted over SMS/Text for this job.

**SUBMIT APPLICATION**

POWERED BY  (HTTPS://WWW.JAZZHR.COM)