# Exhibit 10



HOME   SERVICES   BUSINESS   LOCATION   CONTACT   HARDWARE & PAINT   PET   GARDEN & NURSERY   ROCK YARD   SEASONAL

Home  /  Garden & Nursery

Garden & Nursery





# 830 4th Street in Downtown Davis

Davis Ace Garden has what you need for your outdoor and planting needs. Shop our selection of outdoor power equipment, irrigation supplies, fertilizers, pool supplies, expansive nursery of live plants and so much more. Our knowledgeable staff can help answer questions on an array of subjects from best planting practices to household pest control.

We carry the brands to help you transform any space into a green wonderland: EB Stone, Scotts, Whitney Farms, Orbit, Ortho, Rainbird, Renee Seeds, Fox Farms, Torro, Dave Wilson, Safer, Round Up, Bond, Felco, Fiskar's, Harris, Corona, Monterey, Tomcat, Victor & more!

## Garden Store Hours

Monday-Saturday: 8:00am to 8pm

Sunday: 8am to 7pm

© 2020 Davis Ace Hardware All rights reserved