Karen Barth Menzies (CA SBN 180234)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Fletcher V. Trammell, Esq. (*pro hac vice* to be submitted)
Melissa Binstock Ephron, Esq. (*pro hac vice* to be submitted)
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

Alexander G. Dwyer (*pro hac vice* to be submitted)
Andrew F. Kirkendall (*pro hac vice* to be submitted)
Erin M. Wood (*pro hac vice* to be submitted)
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, TX 75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>Pike v. Monsanto Co., et al.,<br>Case No. 3:20-cv-08192 | Case No. 16-MD-2741-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND**<br><br>Hon. Vince Chhabria<br>Date: January 28, 2021<br>Time: 10:00 a.m.<br>Courtroom: 4 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Before this Court is Plaintiff's Motion to Remand to State Court.  Upon consideration of the written and oral submissions by the parties, it is ORDERED that Plaintiff's Motion to Remand is GRANTED.

DATED: _____        _____
                                Hon. Vince Chhabria
                                UNITED STATES DISTRICT JUDGE