**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
                  elasker@hollingsworthllp.com

*Attorneys for Defendant*
*LOWE'S HOME CENTERS, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Mary Anne White, Amanda Vignone, and Jarret Vignone v. Monsanto Co., et al.,*<br>Case No. 3:20-cv-05929-VC | |

### LOWE'S HOME CENTERS, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lowe's Home Center, LLC makes the following disclosures:

1. Lowe's Home Centers, LLC is limited liability company, and its sole member is Lowe's Companies, Inc.

2. Lowe's Companies, Inc. is a publicly held corporation.

1 | DATED:  December 22, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*LOWE'S HOME CENTERS, LLC*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOWE'S HOME CENTERS, LLC'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:20-cv-05929-VC