UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2741<br><br>Master Docket Case No. 1<br>16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | ) ) | Honorable Vince Chhabria |
| *Elaine T. Aden, Individually, and As Representative of the Estate of Aubrey R. Aden, deceased* | ) ) ) ) | **Case No: 19-cv-1849-VC** |
| Case No. 19:-cv-1849-VC | ) ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

**COMES NOW** the Plaintiff, ELAINE T. ADEN, Individually, and as Representative of the Estate of Aubrey Aden, deceased, and files this Motion for Leave to File First Amended Complaint. In support thereof, ELAINE T. ADEN states as follows:

1. On October 3, 2018, Decedent, Aubrey R. Aden filed his first complaint against Defendant, Monsanto Company (hereinafter "Defendant") in the Southern District of Mississippi, Case No. 55:18-CV-0106, for damages for the injuries he sustained as result of the wrongful conduct and negligence of Defendant. On November 29, 2018, the case was then removed to the United States District Court for the Southern District of Mississippi, Southern Division, bearing case no. 1:18-cv-00377-HSO-JCG. Subsequently, the case was transferred to

MDL Master File No. 3:16-MD-02741 in the Northern District of California assuming the individual's Case No. 3:20-cv-00492-VC.

2. On March 23, 2020, Aubrey Aden passed away during the pendency of this civil action.

3. On July 6, 2020, Decedent's spouse and Plaintiff, ELAINE T. ADEN, filed a motion to substitute parties and change the caption to this civil action to "*Elaine T. Aden, Individually and as Representative of the Estate of Aubrey Aden, deceased*," pursuant to Fed. R. Civ. P. 25(a)(1). The Court subsequently entered an order granting the motion on July 24, 2020.

4. Pursuant to *MS Code § 11-7-13,* Decedent Aubrey R. Aden's claims survive his death.

5. Plaintiff ELAINE T. ADEN, seeks to amend the complaint to add claims against the Defendant for Decedent Aubrey Aden's wrongful death and requests damages to compensate Decedent's estate for the Decedent's wrongful death. The amended complaint is attached hereto as Exhibit A.

6. Pursuant to *Fed. R. Civ. P. 15(a)(2)*, a party may amend its pleading with the court's leave. The court should freely give leave when justice so requires.

7. Plaintiff, ELAINE T. ADEN, respectfully requests this Court enter an order awarding her damages related to the Defendant's wrongful conduct and as a Wrongful Death Suit.

8. Plaintiff, ELAINE T. ADEN, now requests leave of Court to file her First Amended Complaint.

**WHEREFORE**, Plaintiff, ELAINE T. ADEN, respectfully requests this Court enter an order granting her Motion for leave to file her First Amended Complaint.

Dated: <u>December 22, 2020</u>

          Respectfully submitted,

          *s/David Aden*

          _____
          **DAVID ADEN (LA BAR NO: 30373**
          **LAW OFFICES OF DAVID ADEN**
          201 St. Charles Ave., Suite 2500
          New Orleans, Louisiana 70170
          (T):   504-599-5941
          (F):   504-684-1377
          *Attorney for Elaine T. Aden, Individually and on behalf of the Estate of Aubrey R. Aden, Decedent.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          _____*/s/ David Aden*_____
          **DAVID ADEN**