

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONSTEKLOFF.COM

A LIMITED LIABILITY PARTNERSHIP

December 23, 2020

VIA ECF

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    <u>*In re Roundup Prods. Liab. Litig.*, **No. 16-md-02741-VC: Response to Pretrial Order No. 222**</u>

Dear Judge Chhabria,

    On December 9, 2020, the Court issued Pretrial Order No. 222 requiring the parties to submit by email the list of pending MDL motions (Docket No. 12058-2) in Excel format and directing Monsanto to file a letter summarizing its various pending motions to dismiss.  On December 16, 2020, the parties submitted via email an Excel version of an updated version of Docket No. 12058-2 to account for additional settled cases and additional motions that had been filed on the MDL docket after November 16, 2020.  This submission addresses the pending motions to dismiss that are listed on that updated list of pending MDL motions.

    The motions to dismiss listed in the following rows of the Excel spreadsheet (and by case name and MDL Docket No., where applicable) can be denied as moot as they apply to cases that have been resolved and are listed as "Y" in the "Settled" column:

- Row 4 (*McCall v. Monsanto Co.*);
- Row 17 (various cases; Docket No. 2694);
- Row 20 (*Sharp v. Monsanto Co.*; Docket No. 2885)
- Row 21 (*Tevis v. Monsanto Co.*)
- Row 22 (*Mehrens v. Monsanto Co.*; Docket No. 3233)
- Row 23 (*Riordan v. Monsanto Co.*; Docket No. 3439)

    There are three motions listed as pending in various cases that are listed as "N" in the "Settled" column and some plaintiffs have pending cases.  Those motions are as follows:

- Row 18 (Docket No. 2697)
- Row 20 (Docket No. 2885)
- Row 21 (Docket No. 2885 (duplicate of Row 20))

    All three of these motions relate to various plaintiffs' failures to submit a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50.  This motion was amended by Monsanto as plaintiffs

complied with PTO 50 or as new plaintiffs needed to be added to the motion, culminating in the eighth and ninth amended motions, filed on May 21, 2019 (Docket Nos. 3831 and 3833). Each of those motions (versions eight and nine), which amended the earlier motions filed on the same grounds, involved a different group of plaintiffs. In preparing this letter, Monsanto determined that the Court has already ruled on those motions and believes that nothing more is required with respect to these three entries on the spreadsheet based on the Court's orders. Specifically, the Court resolved the ninth amended motion to dismiss on June 3, 2019 (Docket No. 4009; PTO 149). The Court subsequently granted the eighth amended motion to dismiss on July 17, 2019 (Docket No. 4599; PTO 161).

In sum, as of this date, there are no pending motions to dismiss that require substantive rulings from the Court.

Respectfully submitted,

*/s/ Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Cc: Counsel of Record (via ECF)

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 23rd day of December 2020, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                         */s/ Brian L. Stekloff*