UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Gebeyehou v. Monsanto Company, et al.*, 3:16-cv-5813-VC | **CONDITIONAL DISMISSAL** |

The Court was advised by the Special Settlement Master on December 22, 2020, that the parties have resolved the *Gebeyehou* case. Therefore, it is ORDERED that the case is DISMISSED without prejudice. All deadlines and hearings pertaining to the *Gebeyehou* matter are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: December 23, 2020

VINCE CHHABRIA
United States District Judge