UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | : | CASE NO. 3:16-md-02741-VC |
| | : | |
| This document relates to: | : | |
| | : | |
| John C. Kirsch, et al. v. Monsanto Co., Case No. 3:18-cv-00064-VC | : | |

## ORDER

AND NOW THIS _____ day of _____, _____ the Plaintiffs' Unopposed Motion for Approval of Substitution and Permission to File an Amended Complaint to allege a wrongful death and survival claim, is hereby granted, the substitution of Renae L. Kirsch as Executrix of the Estate of John C. Kirsch, deceased, is hereby approved and it is hereby ordered that Plaintiff has permission to file the Amended Complaint for the purposes stated.

_____
J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2741 |
| | : | |
| ROUNDUP PRODUCTS LIABILITY LITIGATION | : | CASE NO. 3:16-md-02741-VC |
| | : | |
| This document relates to: | : | |
| | : | |
| John C. Kirsch, et al. v. Monsanto Co., Case No. 3:18-cv-00064-VC | : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SUBSTITUTION AND PERMISSION TO FILE AN AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15**

Plaintiff, Renae L. Kirsch, by and through her counsel, files this Motion for Permission for Approval of Substitution and Permission to File an Amended Complaint and avers as follows:

1. Plaintiffs in the above-captioned matter are John C. Kirsch and Renae L. Kirsch, his wife.

2. The original Complaint filed in the above-captioned matter was filed to Civil Action 17-5396 in the United States District Court for the Eastern District of Pennsylvania on December 1, 2017.

3. Plaintiffs' Complaint originally alleged a personal injury claim for Chronic Lymphocytic Leukemia (CLL) suffered by Plaintiff John C. Kirsch due to exposure to a weed killer known as Roundup which was manufactured by Defendant Monsanto Company.

4. The original Complaint in the above-captioned matter was properly served on the Defendant on or about December 11, 2017.

5. Subsequent to the filing and service of the original Complaint, the above-captioned case was transferred to the multi-district litigation pending in the United States District Court for the Northern District of California on December 27, 2017 and assigned to Judge Vince Chhabria.

6. The above-captioned case has been placed in "Wave 3" by Judge Chhabria which currently has an expected trial date at some time after December 13, 2021.

7. On September 22, 2020, Plaintiff John C. Kirsch died as a result of the progression of the CLL that was caused by his exposure to Roundup. A copy of the Death Certificate is attached hereto as Exhibit A.

8. On December 10, 2020, Plaintiff Renae L. Kirsch, who is also a Plaintiff in the above-captioned matter, was appointed Executrix of the Estate of John C. Kirsch by the Register of Wills of Berks County, Pennsylvania. A copy of the Short Certificate is attached hereto as Exhibit B.

9. Plaintiff Renae C. Kirsch respectfully requests to be substituted for Plaintiff, John C. Kirsch, deceased, as Executrix of the Estate of John C. Kirsch, and requests permission to file an Amended Complaint to allege a wrongful death and survival action as a result of her husband's death.

10. A copy of the proposed Amended Complaint prepared for filing is attached hereto as Exhibit C.

11. It is the Plaintiffs' understanding that the Defendant, by and through counsel, has reviewed this Motion for Approval of Substitution and Permission to File an Amended Complaint and is not contesting the Motion.

WHEREFORE, Plaintiffs respectfully request approval of the substitution of Renae C. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, for Plaintiff John C. Kirsch and permission to file the Amended Complaint to allege the wrongful death and survival action.

Respectfully submitted,

STEVENS & LEE, P.C.

Date: Dec 30, 2020

By: _____
Daniel E. P. Bausher / Atty. ID #29980
STEVENS & LEE
111 North Sixth Street
Reading, PA 19603
Phone: (610) 478-2207
Fax: (610) 988-0802
Email: deb@stevenslee.com

Jeffrey D. Bukowski / Atty ID #76102
Smith / Bukowski
14133 Kutztown Road
Fleetwood, PA 19522-1300
Phone: (610) 685-1600
Fax: (610) 685-1300
Email: jbukowski@smithbukowski.com

*Attorneys for Plaintiffs,*
*John C. Kirsch and Renae L. Kirsch*

## CERTIFICATE OF SERVICE

I, DANIEL E. P. BAUSHER, ESQUIRE, certify that on this date the foregoing Plaintiffs' Motion for Approval of Substitution and for Permission to File an Amended Complaint Pursuant to F.R.C.P. 15 was filed electronically and served electronically through the CM/ECF system.

_____
Daniel E. P. Bausher

Date: Dec 30, 2020