# Exhibit A

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

H105.805 REV (7/18)

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**P 27675676**
Certification Number

*William F Cinfici*  11/2/2020
Local Registrar — Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: **409273-2020**

1. Decedent's Legal Name (First, Middle, Last, Suffix): **John Claude Kirsch**
2. Sex: **Male**
3. Social Security Number: **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**
4. Date of Death: **September 22, 2020**
5a. Age-Last Birthday (Yrs): **56**
6. Date of Birth: **December 17, 1963**
7a. Birthplace: **Toms River, New Jersey**
7b. Birthplace (County): **Ocean**
8a. Residence (State): **Pennsylvania**
8b. Residence (Street): **6 Antietam Drive**
8c. Did Decedent Live in a Township? **Yes, Exeter Township**
8d. Residence (County): **Berks**
8e. Residence (Zip Code): **19508**
9. Ever in US Armed Forces? **Yes**
10. Marital Status at Time of Death: **Married**
11. Surviving Spouse's Name: **Renae Kaas**
12. Father/Parent's Name: **Louis Claude Kirsch**
13. Mother/Parent's Name Prior to First Marriage: **Julieanna Danko**
14a. Informant's Name: **Renae Kirsch**
14b. Relationship to Decedent: **Spouse**
14c. Informant's Mailing Address: **6 Antietam Drive Birdsboro, PA 19508**

### 15a. Place of Death
If Death Occurred in a Hospital: **Inpatient**
15b. Facility Name: **Thomas Jefferson Univ. Hosp.**
15c. City or Town, State, and Zip Code: **Philadelphia, Pennsylvania 19107**
15d. County of Death: **Philadelphia**
16a. Method of Disposition: **Cremation**
16b. Date of Disposition: **September 30, 2020**
16c. Place of Disposition: **Theo C. Auman Inc & Crematory**
16d. Location of Disposition: **Reading, Pennsylvania**
17a. Signature of Funeral Service Licensee: **Bianca C Rodriguez (Electronically Signed)**
17b. License Number: **FD139432**
17c. Name and Complete Address of Funeral Facility: **Aumans Inc 390 Neversink Road Reiffton, Pennsylvania 19606**

18. Decedent's Education: **High school graduate or GED completed**
19. Decedent of Hispanic Origin: **No, not Spanish/Hispanic/Latino**
20. Decedent's Race: **White**
21. Decedent's Single Race Self-Designation: **White**
22a. Decedent's Usual Occupation: **Owner/Operator**
22b. Kind of Business/Industry: **Automotive**

23a. Date Pronounced Dead: **September 22, 2020**
23b. Signature of Person Pronouncing Death: **Muhammad Umair Atiq MD**
23c. License Number: **MD470700**
23d. Date Signed: **September 22, 2020**
24. Time of Death: **Pronounced 08:33 AM**
25. Was Medical Examiner or Coroner Contacted? **No**

### CAUSE OF DEATH

26. Part I:
a. IMMEDIATE CAUSE: **Acute hypoxic respiratory failure due to unknown cause** — Approximate Interval: **1 hour**
b. Due to: **Undergoing conditioning regimen with total body irradiation and chemotherapy for stem cell transplant** — **15 days**
c. Due to: **Richter's transformation of Chronic Lymphocytic Leukemia** — **8 Months**
d. Due to: (blank)

26. Part II. Other significant conditions: **Diastolic heart failure, Obesity hypoventilation syndrome, Stroke, Hypertension**
27. Was an autopsy performed? **Yes**
28. Were autopsy findings available to complete the cause of death? **No**
31. Manner of Death: **Natural**
30. Did Tobacco Use Contribute to Death? **Unknown**

39a. Certifier: **Pronouncing & Certifying**
Signature of certifier: **Muhammad Umair Atiq (Electronically Signed)**  Title: **MD**  License Number: **MD470700**
39b. Name, Address and Zip Code of Person Completing Cause of Death: **Muhammad Umair Atiq, 111 S 11th St Ste 2130 Philadelphia, Pennsylvania 19107**
39c. Date Signed: **October 12, 2020**
40. Registrar's District Number: **06-085**
41. Registrar's Signature: **William F Cinfici (Electronically Signed)**
42. Registrar File Date: **November 02, 2020**
43. Amendments: (blank)

NAME OF DECEDENT: **John Claude Kirsch**

H105-143