# Exhibit B

# Commonwealth of Pennsylvania - Short Certificate
## County of Berks



I, **Larry Medaglia**, Register for the Probate of Wills and Granting Letters of Administration in and for Berks County, do hereby certify that on December 10, 2020, LETTERS TESTAMENTARY in common form were granted by the Register of said County, on the estate of

**JOHN C. KIRSCH**, AKA: JOHN CLAUDE KIRSCH late of EXETER TOWNSHIP in said county, deceased, to **RENAE L. KIRSCH** and that same has not since been revoked.

IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the seal of said office at Reading, Berks County, Pennsylvania, on **December 10, 2020**.

**File No:**        0620-1600
**Date of Death :** September 22, 2020
**S.S. #:**         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

_____
*Deputy Register*

NOT VALID WITHOUT OFFICIAL SIGNATURE AND SEAL OF OFFICE