UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: *Billy Worth, et al. v. Monsanto Company* Case No. 3:18-cv-02906-VC | |

**ORDER GRANTING WITHDRAWAL OF APPEARANCE**

This matter having come before the Court upon the Motion for Leave to Withdraw as Counsel of Randall H. Stefani of the law firm of Ahlers & Cooney, P.C., the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that the appearance of Randall H. Stefani of the law firm of Ahlers & Cooney, P.C. on behalf of Defendant shall be withdrawn.

Dated this _____ day of _____, ____.

_____
United States Magistrate Judge
Northern District of California

01812133-1\18511-024