# EXHIBIT A



advanced crop production technology on the market and watch your return on investment climb higher and higher. Keep reading to see how we can help your growing business today.



## Products

There's a solution to every growing problem, and Wilbur-Ellis' range of products is here to help. And we're not just throwing any old solution at your specific problem – we're tapping into our services and expertise to collaborate and find what works best for you.


Find Your Product



## Services

With boots on the ground, in the sky, and in your fields, Wilbur-Ellis services help you put your investment to work as best as possible. Soil sampling, tissue sampling, field scouting, water management, imagery, and application experts are all standing at the ready to work with you and give your fields the best in the industry.





### Working at Wilbur-Ellis

Find your career in a world of creativity and strength.

+ Corporate

