# Exhibit 1 to Supplemental Declaration of Mark Schulein

## ASSIGNMENT OF PURCHASE AGREEMENT
## (APA)

This ASSIGNMENT OF PURCHASE AGREEMENT ~ APA (this "**Assignment**") is made effective as of January 29, 2019 (the "**Effective Date**"), by LIFESTYLE HUI LLC, a California limited liability company ("**Assignor**"), in favor of LIFESTYLE DAVIS LLC, a California limited liability company ("**Assignee**").

1. <u>Assignment and Assumption</u>.  For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby assigns to Assignee all of its right, title and interest in and to that certain Asset Purchase Agreement, dated December 27, 2018, by and between Assignor and (a) DAVIS ACE LLC, a California limited liability company, (b) AGGIE ACE LLC, a California limited liability company, and (c) COOKERY & COMPANY LLC, a California limited liability company, and Assignee hereby accepts such assignment and assumes all obligations of Assignor thereunder.

2. <u>Governing Law</u>.  This Assignment shall be governed by and construed in accordance with the laws of the State of California, without giving effect to any principle or doctrine regarding conflicts of laws.

3. <u>Successors and Assigns</u>.  This Assignment shall be binding upon and shall inure to the benefit of Assignor's and Assignee's respective successors and assigns.

IN WITNESS WHEREOF, Assignor has made, executed and delivered this Assignment as of the Effective Date hereof

"**Assignor**"

LIFESTYLE HUI LLC
a California limited liability company

By: Lifestyle Hui Holdings LLC
Its: Sole Managing Member

By: _____
Matt Fales, CEO

"**Assignee**"

LIFESTYLE DAVIS LLC,
a California limited liability company

By: Lifestyle Hui Holdings LLC
Its: Sole Managing Member

By: _____
Matt Fales, CEO