# Exhibit 2 to Supplemental Declaration of Mark Schulein

## GENERAL ASSIGNMENT AND BILL OF SALE

1. **Sale and Transfer of Purchased Assets and Contract Rights.** For good and valuable consideration, the receipt, adequacy and legal sufficiency of which are hereby acknowledged, and as contemplated by Section 1.1 of that certain Asset Purchase Agreement dated as of December 27, 2018, as amended (the "Purchase Agreement"), to which the undersigned (collectively, "Seller"), and Lifestyle Davis LLC, a California limited liability company ("Purchaser"), are parties, Seller hereby sells, transfers, assigns, conveys, grants and delivers to Purchaser and its successors and assigns, effective as of 7:30 a.m. (Pacific Time) on April 16, 2019 (the "Effective Time"), all of Seller's right, title and interest in and to all of the Purchased Assets (as defined in the Purchase Agreement), including without limitation the Trademarks identified on Exhibit A attached hereto and incorporated herein.

2. **Further Actions.** Seller covenants and agrees to warrant and defend the sale, transfer, assignment, conveyance, grant and delivery of the Purchased Assets hereby made against all persons whomsoever, to take all steps reasonably necessary to establish the record of Purchaser's title to the Purchased Assets and, at the request of Purchaser, to execute and deliver further instruments of transfer and assignment and take such other action as Purchaser may reasonably request to more effectively transfer and assign to and vest in Purchaser each of the Purchased Assets, all at the sole cost and expense of Seller.

3. **Terms of the Purchase Agreement.** The terms of the Purchase Agreement, including but not limited to Seller's representations, warranties, covenants, agreements and indemnities relating to the Purchased Assets, are incorporated herein by this reference. Seller acknowledges and agrees that the representations, warranties, covenants, agreements and indemnities contained in the Purchase Agreement shall not be superseded hereby but shall remain in full force and effect to the full extent provided therein. In the event of any conflict or inconsistency between the terms of the Purchase Agreement and the terms hereof, the terms of the Purchase Agreement shall govern.

**IN WITNESS WHEREOF,** Seller has executed this General Assignment and Bill of Sale as of April 16, 2019.

Davis Ace LLC,
a California limited liability company

By: Davis Lumber & Hardware Co., a California corporation
Its: Sole Member

By: _____
Name: Jennifer Anderson
Its: President

Aggie Ace LLC,
a California limited liability company

By: Davis Lumber & Hardware Co., a California corporation
Its: Sole Member

By: _____
Name: Jennifer Anderson
Its: President

Cookery & Company LLC,
a California limited liability company

By: Davis Lumber & Hardware Co., a California corporation
Its: Sole Member

By: _____
Name: Jennifer Anderson
Its: President

Exhibit "A"

Trademarks

1. Davis Ace Hardware
2. Aggie Ace Hardware
3. Davis Ace Rock Yard
4. Cookery & Company
5. Build with Lumber - Build a Home First
6. Davis Lumber
7. "Lum" the Davis Lumberman
8. Toolie













Exhibit A - Page 1 of 2




