# Exhibit 4 to Supplemental Declaration of Mark Schulein

# Asset Purchase Agreement

## by and between

### LIFESTYLE HUI LLC,
a California limited liability company

### as Purchaser

### and

### DAVIS ACE LLC,
a California limited liability company

### and

### AGGIE ACE LLC,
a California limited liability company

### and

### COOKERY & COMPANY LLC,
a California limited liability company

### as Seller

### Dated as of December 27, 2018

{2527190.DOC;5}

ASSET PURCHASE AGREEMENT

**THIS ASSET PURCHASE AGREEMENT** (the "Agreement") is made and entered into this 27th day of December, 2018, by and among Lifestyle Hui LLC, a California limited liability company (the "Purchaser"), and each of the following (collectively, the "Seller"): (a) Davis Ace LLC, a California limited liability company, (b) Aggie Ace LLC, a California limited liability company, and (c) Cookery & Company LLC, a California limited liability company, with reference to the following recitals:

A.     Seller is engaged in the retail sales of hardware, housewares and related items, including raw materials used in building and landscaping construction (the "Business");

B.     Purchaser desires to purchase from Seller and Seller desires to sell to Purchaser substantially all of the assets, properties, rights and claims of, or related to, the Business on the terms and conditions set forth herein;

**NOW, THEREFORE**, in consideration of the foregoing recitals and the mutual representations, warranties, covenants and promises contained herein, the adequacy and sufficiency of which are hereby acknowledged, the parties hereto agree to the foregoing and as follows:

ARTICLE 1.     THE TRANSACTION

**1.1     Purchased Assets**.

Subject to the terms and conditions of this Agreement, at the Closing, Seller shall sell, transfer, convey, assign and deliver to Purchaser, and Purchaser shall purchase from Seller, all of Seller's right, title and interest in, to and under the assets, properties, goodwill and rights of Seller of every nature, kind and description, tangible and intangible, which with respect to all but the intangible assets, is located at the Real Property or customarily located at the Real Property, whether or not carried on the books of Seller (other than the Excluded Assets) (collectively, the "Purchased Assets"), including the following:

(a)     Receivables. All accounts and notes receivable, negotiable instruments and chattel papers less than sixty (60) days old (the "Receivables"), including the Receivables listed on Schedule 1.1(a), which Schedule, along with all other schedules referenced in Sections 1, 2 and 3 shall be prepared by Seller and delivered to Purchaser within thirty (30) days following the opening of Escrow and attached to this Agreement;

(b)     Inventory. All inventory of Seller Products and its components, whether held by Seller or third parties, including all raw materials, work in process, samples, packaging, supplies, service parts, purchased parts and goods and the finished goods listed on Schedule 1.1(b) (collectively, the "Inventory") and any and all rights to market and sell all such Inventory;

(c)     Machinery and Equipment. All tools, dies, jigs, molds, patterns, and other machinery, and computers, registers, copiers and other equipment (including manufacturing assembly and test equipment), and whether held by Seller or third parties (the "Machinery and Equipment"), including the Machinery and Equipment listed on Schedule 1.1(c);

(d)     Owned and Leased Vehicles. All vehicles owned by Seller and all rights in, to and under vehicle leases to which Seller is a party (collectively, the "Owned and Leased Vehicles"), including the Owned and Leased Vehicles listed on Schedule 1.1(d);

(e)     Personal Property. All personal property, office furnishings and furniture, display racks, shelves, decorations, supplies and other tangible personal property (the "Personal Property"), including the Personal Property listed on Schedule 1.1(e);

(f)     Leased Real Property. All rights in, to and under the real estate lease listed on Schedule 1.1(f) (the "Real Property Lease"), together with all of Seller's right, title and interest in and to all land,

buildings, structures, easements, appurtenances, improvements (including construction in progress) and fixtures located thereon (the "Leased Real Property");

    (g)  Personal Property Leases. All rights in, to and under leases of personal property to which Seller is a party (the "Personal Property Leases"), including the Personal Property Leases listed on Schedule 1.1(g);

    (h)  Intellectual Property. All Seller Intellectual Property, including the Seller Intellectual Property listed on Schedule 1.1(h);

    (i)  Prepaid Items and Advances. All prepaid merchandise amounts, advances, advance payments, prepaid credits and deferred charges related to the Assumed Liabilities (the "Prepaid Items and Advances");

    (j)  Rebates and Credits. All rights in, to and under claims for refunds, rebates or other discounts due from suppliers or vendors and rights to offset in respect thereof (the "Rebates and Credits") to the extent applicable to the operation of the Business following the Closing, including those Rebates and Credits listed on Schedule 1.1(j);

    (k)  Seller Contracts. All rights in, to and under any and all Contracts to which Seller is a party or may be bound or receive benefits or by which the Purchased Assets or Assumed Liabilities may be affected to the extent applicable to any of the Purchased Assets (collectively, "Seller Contracts"), including all Material Contracts listed on Schedule 1.1(k);

    (l)  Governmental Approvals. All Governmental Approvals (and pending applications therefor), including the Governmental Approvals listed on Schedule 1.1(l);

    (m)  Claims. All claims of Seller related to any Purchased Assets or Assumed Liability ("Assigned Claims");

    (n)  Books and Records. All books, files, papers, agreements, correspondence, databases, information systems, programs, software, documents, records and documentation thereof to the extent concerning the Purchased Assets or the Assumed Liabilities, on whatever medium, not including any Excluded Assets, but including without limitation all (i) lists of customers, customer files, customer Contracts, purchase orders (including special orders) from such customers, customer projections and customer billing histories; (ii) lists of suppliers, distributors and vendors, supplier, distributor and vendor files, supplier, distributor and vendor Contracts, and purchase orders (including special orders) to such suppliers, distributors and vendors; (iii) historical costing and pricing data; (iv) accounting books, records, ledgers and electronic data processing materials; (v) sales and promotional literature, manuals and equipment, records, marketing and sales collateral materials and documentation, sales propaganda and related materials; (vi) employment and personnel records and employee earning histories; (vii) corporate accounting journals and corporate books of account which comprise Seller's permanent accounting or tax records; and (viii) electronic data processing systems, program specifications, source codes, logs, input data and report layouts and formats, record file layouts, diagrams, functional specifications, narrative descriptions, flow charts and other related materials. (the "Books and Records");

    (o)  Cash On Hand. All cash located within the Stores as of the Closing Time ("Cash on Hand"); and

    (p)  Other Assets. All other assets, properties, rights and claims related to the operations or conduct of the Business or which arise in or from the conduct thereof.

**1.2** **Excluded Assets**.

Notwithstanding Section 1.1, the following assets of Seller (the "Excluded Assets") shall not be included in the Purchased Assets:

(a) Cash. Cash, cash equivalents, checks and marketable securities (and any associated bank accounts, deposit accounts and similar accounts), other than Cash on Hand;

(b) Certain Debt. Any intercompany or intracompany receivable cash balances between Seller and any of its Affiliates or between any of its Affiliates;

(c) Corporate Documents. Corporate seals, articles of organization, operating agreements, minute books, organizational records, member interest transfer records, or other records related to the entity formation, existence or management of Seller;

(d) Employee Benefit Contracts. Seller Benefit Plans and contracts of insurance for employee group medical, dental and life insurance plans;

(e) Certain Other Property. The assets listed on Schedule 1.2(e);

(f) Insurance Policies. All insurance policies (except to the extent specified in Section 1.1(m);

(g) Records. All personnel records and other records that Seller is required by law to retain in its possession (other than a copy included in the Books and Records);

(h) Deposits, Rebates and Credits. All security and other deposits, and Rebates and Credits to the extent applicable to the operation of the Business prior to the Closing or related to any Excluded Liability, or Seller Claims related to any Excluded Liability;

(i) Rights Under Certain Agreements. All rights under a Transaction Agreement;

(j) Claims. All claims, actions, deposits, prepayments, refunds, causes of action, choses-in-action, rights of recovery, rights to tender claims or demands to Seller's insurance companies, rights to any insurance proceeds, rights relating to Taxes and other similar claims other than the Assigned Claims;

(k) Taxes and Related Items. All books and records related to Taxes, rights relating to Taxes, refunds of Taxes and the rights of the Company to the refunds arising with respect to the Pre-Closing Period, and taxpayer and other identification numbers;

(l) Rights under Agreement. All rights of the Company under this Agreement, any agreement, certificate, instrument or other document executed and delivered by any Seller or Purchaser in connection with the transactions contemplated hereby, or any side agreement between any Seller and Purchaser entered into on or after the date hereof;

(m) Legal Communications. Any and all communications (written, electronic or otherwise) by any Seller or its Affiliates (and all respective officer, directors, advisors and employees) with legal counsel, and any related communications, documents or information that is subject to the attorney-client privilege or considered attorney work product; and

(n) Transaction Records. All records, communications and other external documentation (i) prepared in connection with the sale of the Purchased Assets or (ii) involving personal matters for the officers of the Company and (iii) not reasonably useful for Purchaser's future operation of the Business or ownership of the Purchased Assets; and

(o)     Seller Benefit Plans. Any Seller Benefit Plans or any contract of insurance for employee group medical, dental or life insurance plans, and all assets thereof.

**1.3     Assumed Liabilities**.

Subject to the terms and conditions of this Agreement, at the Closing, Seller shall assign, and Purchaser shall assume only the Assumed Liabilities. Thereafter, Purchaser shall pay and discharge all such Assumed Liabilities as and when such Assumed Liabilities become due and owing. For the purposes of this Agreement, the "Assumed Liabilities" mean only the following Liabilities of Seller:

(a)     Any Liability arising after the Closing Date under or to be performed under the Seller Contracts, the rights of which constitute Purchased Assets (other than any Liability arising out of or relating to the failure to obtain a consent or to provide a notice in connection with the transactions contemplated hereby);

(b)     Any Liability reflected on the Interim Balance Sheet or incurred after the Interim Balance Sheet Date in the ordinary course of business (other than an account payable to any Affiliate of Seller), to the extent it remains as a Liability of the Business on the Closing Date;

(c)     All Liabilities under all transferable Governmental Approvals that constitute Purchased Assets arising or to be performed after the Closing;

(d)     All Liabilities for Taxes attributable to or imposed or attributable to or imposed upon the Purchased Assets for the Post-Closing Period; and

(e)     The Liabilities of Seller specifically listed on Schedule 1.3.

**1.4     Excluded Liabilities**.

Except for the Assumed Liabilities, Purchaser shall not assume and shall not be liable or responsible for any Liability of Seller (collectively, the "Excluded Liabilities"). Without limiting the foregoing, Purchaser shall not be obligated to assume, and does not assume, and hereby disclaims any of the following Liabilities of Seller:

(a)     Any Liability attributable to any assets, properties or Contracts that are not included in the Purchased Assets, except Liabilities attributable to Non-Assignable Assets, for which Seller and Purchaser have reached a mutually acceptable arrangement pursuant to Section 1.5(b);

(b)     Any Liability for breaches of any Seller Contract on or prior to the Closing Date or any Liability for payments or amounts due under any Seller Contract and allocable to periods on or prior to the Closing Date;

(c)     Any Liability for Taxes attributable to or imposed upon Seller or its Affiliates, or attributable to or imposed upon the Purchased Assets for the Pre-Closing Period, including any Transfer Taxes;

(d)     Any Liability for or with respect to any loan, indebtedness, or other Liabilities owed to Affiliates of Seller except pursuant to the Real Property Lease;

(e)     Any Liability arising from accidents, occurrences, misconduct, negligence, breach of fiduciary duty or statements made or omitted to be made (including libelous or defamatory statements) on or prior to the Closing Date, whether or not covered by workers' compensation or other forms of insurance;

(f)     Any Liability arising as a result of any legal or equitable action or judicial or administrative proceeding initiated at any time, to the extent related to any action or omission on or prior to the Closing Date, including any Liability for (i) infringement or misappropriation of any Intellectual Property Rights or any other rights of any Person (including any right of privacy or publicity); (ii) breach of product warranties; (iii) injury, death, property damage or other losses arising with respect to or caused by Seller Products or the

{2527190.DOC;5}                                                  4

manufacturer or design thereof; or (iv) violations of any Legal Requirements (including federal and state securities laws);

(g) Any Liability arising out of any Seller Benefit Plans or any contract of insurance for employee group medical, dental or life insurance plans;

(h) Any Liability for making payments of any kind to employees (including as a result of the Transaction, the termination of an employee by Seller, or other claims arising out of the terms of employment with Seller) or with respect to payroll taxes;

(i) Any Liability incurred by Seller in connection with the making or performance of this Agreement and the Transaction; and

(j) Any costs or expenses incurred in connection with shutting down, deinstalling and removing equipment not purchased by Purchaser and any costs or expenses associated with any Seller Contracts not assumed by Purchaser hereunder.

1.5    **Non-Assignable Assets**.

(a) Notwithstanding the foregoing, if any of the Seller Contracts or other Purchased Assets are not assignable or transferable (each, a "Non-Assignable Asset") without the consent of, or waiver by, a third party (each, an "Assignment Consent"), either as a result of the provisions thereof or applicable Legal Requirements, and any of such Assignment Consents are not obtained by Seller on or prior to the Closing Date, Purchaser may elect to either (i) have Seller permanently retain the Non-Assignable Asset and all Liabilities relating thereto at the Closing; or (ii) have Seller continue its efforts to obtain the Assignment Consents after Closing, and, in either case, this Agreement and the related instruments of transfer shall not constitute an assignment or transfer of such Non-Assignable Assets, and Purchaser shall not assume Seller's rights or obligations under such Non-Assignable Asset (and such Non-Assignable Asset shall not be included in the Purchased Assets). If Purchaser elects item (ii) above, without limiting Seller's obligations under Section 6.8, Seller shall use commercially reasonable efforts to obtain all such Assignment Consents as soon as reasonably practicable after the Closing Date and thereafter assign to Purchaser such Non-Assignable Assets. Following any such assignment, such assets shall be deemed Purchased Assets for purposes of this Agreement. This Section 1.5(a) shall at all times remain subject to ARTICLE 9.

(b) After the Closing, Seller shall cooperate with Purchaser in any reasonable arrangement designed to provide Purchaser with all of the benefits of the Non-Assignable Assets as if the appropriate Assignment Consents had been obtained, including by granting subleases and establishing arrangements whereby Purchaser shall undertake the work necessary to perform under Seller Contracts.





(a) [redacted]

(b) [redacted]

**4.26 Product Liability**.

(a) The Business is not subject to any Liabilities or Damages arising from any injury to person or property or as a result of ownership, possession or use of any Seller Product manufactured, processed, distributed, shipped or sold prior to the Closing Date. All such Liabilities and Damages are fully covered by product liability insurance or otherwise provided for. Except to the extent set forth on Schedule 4.26(a), to Seller's Knowledge, there are no pending recalls of any Seller Products included in the Purchased Assets, and to Seller's Knowledge, none are threatened or pending, There are no, and within the last twelve (12) months there have not been any, actions, claims or threats thereof related to product liability against or involving Seller or any Seller Products and no such actions, claims or threats have been settled, adjudicated or otherwise disposed of within the last twelve (12) months.

(b) To Seller's Knowledge, there are no citations, decisions, or adjudications by any Governmental Authority against Seller, or consent decrees between any Governmental Authority and Seller, stating that any Seller Product is (i) defective or unsafe or (ii) fails to meet any standards promulgated by any such standards. To Seller's Knowledge, there is no fact or condition related to any Seller Product that would impose upon Seller a duty to recall any Seller Product.

[redacted]



IN WITNESS WHEREOF, each of the parties has caused this Agreement to be executed on their behalf by their respective representatives thereunto duly authorized all as of the date first written above.

**"Purchaser"**

Lifestyle Hui LLC
a California limited liability company

By: _____*Matthew K. Fales*_____
    Matt Fales, Managing Member

By: _____
    Mark Schulein, Managing Member

{2527190.DOC;5}　　Signature Page #1 to Asset Purchase Agreement

IN WITNESS WHEREOF, each of the parties has caused this Agreement to be executed on their behalf by their respective representatives thereunto duly authorized all as of the date first written above.

**"Seller"**

Davis Ace LLC,
a California limited liability company

By:     Davis Lumber & Hardware Co.,
            a California corporation
Its:    Sole Member

By:     */s/ Jennifer Anderson/*
Name:   Jennifer Anderson
Its:    President

Aggie Ace LLC,
a California limited liability company

By:     Davis Lumber & Hardware Co.,
            a California corporation
Its:    Sole Member

By:     */s/ Jennifer Anderson/*
Name:   Jennifer Anderson
Its:    President

Cookery & Company LLC,
a California limited liability company

By:     Davis Lumber & Hardware Co.,
            a California corporation
Its:    Sole Member

By:     */s/ Jennifer Anderson/*
Name:   Jennifer Anderson
Its:    President

**"Affiliates"**

The undersigned Affiliates hereby agree to the provisions of Section 7.9 of the Agreement as set forth in Section 7.9(f).

Davis Lumber & Hardware Co.,
a California corporation

By:     */s/ Jennifer Anderson/*
Name:   Jennifer Anderson
Its:    President

*/s/ Jennifer Anderson/*
Jennifer Anderson, an individual

*/s/ William J. Fleeman/*
William Fleeman II, an individual

{2527190.DOC;5}        Signature Page #2 to Asset Purchase Agreement

**Exhibit A**

**Definitions**

"Affiliate" means any member of the immediate family (including spouse, brother, sister, descendant, ancestor or in-law) of any officer, member or manager of Seller or any corporation, partnership, trust or other entity in which Seller or any such family member has a five percent (5%) or greater direct or indirect interest or is a director, officer, partner or trustee. The term Affiliate shall also include any Person which controls, or is controlled by, or is under common control with any of the individuals or entities described in the preceding sentence.

"Agreement" means the Asset Purchase Agreement to which this Exhibit A is attached (including the Seller Disclosure Schedule and all other schedules and exhibits attached hereto), as it may be amended from time to time.

"Assigned Claims" has the meaning specified in Section 1.1(m).

"Assignment and Assumption" has the meaning specified in Section 3.2(b).

"Assignment Consent" has the meaning specified in Section 1.5(a).

"Assumed Liabilities" has the meaning specified in Section 1.3.

"Books and Records" has the meaning specified in Section 1.1(p).

"Business" has the meaning set forth in the first Recital.



"Cash on Hand" has the meaning specified in Section 1.1(o).

"Closing" has the meaning specified in Section 3.1.

"Closing Date" has the meaning specified in Section 3.1.

"Closing Time" means 7:30 a.m. or such other regular opening time for the Business on the Closing Date.



"Contract" means any agreement, contract, consensual obligation, promise, understanding, arrangement, commitment or undertaking of any nature (whether written or oral and whether express or implied), whether or not legally binding.

■■■■■■■■■■■■■■■■■■■■■■■■  ■■■■■■■■

"Copyrights" mean all copyrights, including in and to works of authorship and all other rights corresponding thereto throughout the world, whether published or unpublished, including rights to prepare, reproduce, perform, display and distribute copyrighted works and copies, compilations and derivative works thereof.

"Damages" mean and include any loss, damage, injury, decline in value, lost opportunity, Liability, claim, demand, settlement, judgment, award, fine, penalty, Tax, fee (including any legal fee, accounting fee, expert fee or advisory fee), charge, cost (including any cost of investigation) or expense of any nature.

"■■■■■■■■■■■■■■■■■■■■■■■  ■■■■■■■■

■■■■■■■■ ■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

"Prepaid Items and Advances" has the meaning specified in Section 1.1(i).

■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■ ■■■■■■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■

■■■■■■ ■■■■■■■■■■■■■■■■■ ■■■■■■■■

"Excluded Assets" has the meaning specified in Section 1.2.

"Excluded Liabilities" has the meaning specified in Section 1.4.

■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.



"Governmental Approval" means any: (a) permit, license, certificate, concession, approval, consent, ratification, permission, clearance, confirmation, exemption, waiver, franchise, certification, designation, rating, registration, variance, qualification, accreditation or authorization issued, granted, given or otherwise made available by or under the authority of any Governmental Authority or pursuant to any Legal Requirement; or (b) right under any Contract with any Governmental Authority.

"Governmental Authority" means any: (a) nation, principality, state, commonwealth, province, territory, county, municipality, district or other jurisdiction of any nature; (b) federal, state, local, municipal, foreign or other government; (c) governmental or quasi governmental authority of any nature (including any governmental division, subdivision, department, agency, bureau, branch, office, commission, council, board, instrumentality, officer, official, representative, organization, unit, body or Entity and any court or other tribunal); (d) multinational organization or body; or (e) individual, Entity or body exercising, or entitled to exercise, any executive, legislative, judicial, administrative, regulatory, police, military or taxing authority or power of any nature.



"Intellectual Property Rights" mean any or all rights in and to intellectual property and intangible industrial property rights, including, without limitation, (i) Patents, Trade Secrets, Copyrights, Mask Works, Trademarks and (ii) any rights similar, corresponding or equivalent to any of the foregoing anywhere in the world.



"Inventory" has the meaning specified in Section 1.1(b).

"Knowledge" An individual shall be deemed to have "Knowledge" of a particular fact or other matter if: (i) such individual is actually aware of such fact or other matter or (ii) (except when Knowledge is stated to be "actual

Knowledge") a prudent individual could be expected to discover or otherwise become aware of such fact or other matter in the ordinary course of business. Seller and Purchaser shall be deemed to have "Knowledge" of a particular fact or other matter if any of their respective directors, or officers with the authority to establish policy for the company has actual knowledge of such fact or other matter.

"Leased Real Property" has the meaning set forth in Section 1.1(f).

"Legal Requirement" means any federal, state, local, municipal, foreign or other law, statute, legislation, constitution, principle of common law, resolution, ordinance, code, Order, edict, decree, proclamation, treaty, convention, rule, regulation, permit, ruling, directive, pronouncement, requirement (licensing or otherwise), specification, determination, decision, opinion or interpretation that is, has been or may in the future be issued, enacted, adopted, passed, approved, promulgated, made, implemented or otherwise put into effect by or under the authority of any Governmental Authority.

"Liability" means any debt, obligation, duty or liability of any nature (including any unknown, undisclosed, unmatured, unaccrued, unasserted, contingent, indirect, conditional, implied, vicarious, derivative, joint, several or secondary liability), regardless of whether such debt, obligation, duty or liability would be required to be disclosed on a balance sheet prepared in accordance with generally accepted accounting principles and regardless of whether such debt, obligation, duty or liability is immediately due and payable.

"Machinery and Equipment" has the meaning specified in Section 1.1(c).

"Mask-Works" mean all mask works, mask work registrations and applications therefor, and any equivalent or similar rights in semiconductor masks, layouts, architectures or topology.



"Non-Assignable Asset" has the meaning specified in Section 1.5(a).



"Order" means any: (a) temporary, preliminary or permanent order, judgment, injunction, edict, decree, ruling, pronouncement, determination, decision, opinion, verdict, sentence, stipulation, subpoena, writ or award that is or has been issued, made, entered, rendered or otherwise put into effect by or under the authority of any court, administrative agency or other Governmental Authority or any arbitrator or arbitration panel; or (b) Contract with any Governmental Authority that is or has been entered into in connection with any Proceeding.

"Owned and Leased Vehicles" has the meaning specified in Section 1.1(d).

"Owned Real Property" means those parcels of real property owned by a Selling Party and being purchased by Purchaser pursuant to the Real Estate Purchase Agreements.

"Patents" mean all United States and foreign patents and utility models and applications therefor and all reissues, divisions, re-examinations, renewals, extensions, provisionals, continuations and continuations-in-part thereof, and equivalent or similar rights anywhere in the world in inventions and discoveries, including invention disclosures related to the Business or any Purchased Assets or Assumed Liabilities.

"Person" means any individual, Entity or Governmental Authority.

"Personal Property" has the meaning specified in Section 1.1(e).

"Personal Property Leases" has the meaning specified in Section 1.1(g).

"Post-Closing Period" means any taxable period beginning after the close of business on the Closing Date or, in the case of any tax period which includes, but does not begin, after the close of business on the Closing Date, the portion of such period beginning after the close of business on the Closing Date.

"Pre-Closing Period" means any taxable period ending on or before the close of business on the Closing Date or, in the case of any taxable period which includes, but does not end on, the Closing Date, the portion of such period up to and including the Closing Date.



"Purchased Assets" has the meaning specified in Section 1.1.



"Real Property" means the real property subject to the Real Property Lease and the Owned Real Property.

"Real Property Lease" has the meaning specified in Section 1.1(f).

"Rebates and Credits" has the meaning specified in Section 1.1(j).

"Receivables" has the meaning specified in Section 1.1(a).

"Registered Intellectual Property Rights" mean all United States, international and foreign: (i) Patents, including applications therefor; (ii) registered Trademarks, applications to register Trademarks, including intent-to-use applications, or other registrations or applications related to Trademarks; (iii) Copyright registrations and applications to register Copyrights; (iv) Mask Work registrations and applications to register Mask Works; and (v) any other Intellectual Property Rights that is the subject of an application, certificate, filing, registration or other document issued by, filed with, or recorded by, any state, government or other public legal authority at any time.



"Seller Claims" has the meaning specified in Section 1.1(m).

"Seller Contracts" has the meaning specified in Section 1.1(k).

"Seller Intellectual Property" means all Intellectual Property Rights related to the Business, the Purchased Assets or the Assumed liabilities and held by Seller, whether owned or controlled, licensed, owned or controlled by or for, licensed to, or otherwise held by or for the benefit of Seller including the Seller Registered Intellectual Property Rights.



"Seller Products" mean all products and services manufactured, made, designed, maintained, supported, developed, sold, licensed, marketed, or otherwise distributed or provided (or planned or envisioned to be manufactured, made, designed, maintained, supported, developed, sold, licensed, marketed, or otherwise distributed or provided) by or for Seller (including all versions and releases thereof, whether already distributed or provided, under development, planned or conceived, or otherwise), together with any related materials, information or data, including, without limitation, the names, numbers (e.g., part numbers) and packaging associated with such products and services.

"Stores" mean the Davis Ace Hardware and Aggie Ace retail stores operated by Seller, including the Davis Ace Rock Yard.



"Tax" (and, with correlative meaning, "Taxes" and "Taxable") means any net income, alternative or add-on minimum tax, gross income, gross receipts, sales, use, ad valorem, transfer, franchise, profits, license, withholding, payroll, employment, excise, severance, stamp, occupation, premium, property, environmental or windfall profit tax, custom, duty or other tax, governmental fee or other assessment or charge of any kind whatsoever, together with any interest or any penalty, addition to tax or additional amount and any interest on such penalty, addition to tax or additional amount, imposed by any Tax Authority.

"Tax Authority" means Governmental Authority responsible for the imposition, assessment or collection of any Tax (domestic or foreign).



"Trade Secrets" mean all trade secrets under applicable law and other rights in know-how and confidential or proprietary information, processing, manufacturing or marketing information, including new developments, inventions, processes, ideas or other proprietary information that provide Seller with advantages over competitors who do not know or use it and documentation thereof (including related papers, blueprints, drawings, chemical compositions, formulae, diaries, notebooks, specifications, designs, methods of manufacture and data processing software, compilations of information) and all claims and rights related thereto.

"Trademarks" mean any and all trademarks, service marks, logos, trade names, corporate names, Internet domain names and addresses and general-use e-mail addresses, and all goodwill associated therewith throughout the world.

"Transaction" means, collectively, the transactions contemplated by this Agreement.

"Transaction Agreements" mean this Agreement and all other agreements, certificates, instruments, documents and writings delivered by Purchaser and/or Seller in connection with the Transaction.

■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■ ■■■■■■■

"Transfer Taxes" mean all federal, state, local or foreign sales, use, transfer, real property transfer, mortgage recording, stamp duty, value-added or similar Taxes that may be imposed in connection with the transfer of Purchased Assets or assumption of Assumed Liabilities, together with any interest, additions to Tax or penalties with respect thereto and any interest in respect of such additions to Tax or penalties.

■■■■■ ■■■■■■■■■■■■■■■■■■ ■■■■■■■■