IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> ─────────────────────── <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *John Schafer v. Monsanto Company* <br><br> **Case No.** 3:19-cv-02169-VC | MDL No. 2741 <br> Case No. 16-md-02741-VC <br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** <br><br> Hearing Date and Time: <br><br> ─────────────────────── |

### PLAINTIFF JOHN SCHAFER'S EMERGENCY MOTION TO QUASH DEFENDANT MONSANTO COMPANY'S NOTICE OF DEPOSITION OF DR. DANIEL FRANK

Plaintiff, John Schafer, by and through his attorneys of record, hereby submits his motion to quash Defendant Monsanto Company's Notice of Deposition of Dr. Daniel Frank served on counsel December 30, 2020, and scheduled for February 4, 2021 - after the court-ordered close of fact discovery for Wave 2 cases of January 15, 2021.

### PROCEDURAL BACKGROUND

On June 14, 2019, this Court entered Pretrial Order No. 150 (Scheduling Order For Remand Waves 1 and 2) setting pre-trial discovery deadlines. On December 9, 2020 the Court entered an Order Granting Joint Proposal for Revised Schedule for Wave 2 cases. Pursuant to the order, the deadline for the parties to complete discovery and depositions was set for January 15, 2021.

## ARGUMENT

On November 16, 2020, the parties submitted their joint proposal for revised schedule for Wave 2 cases to this court and the court approved the discovery deadlines on December 9, 2020. Defendant did not submit its Notice of Deposition until December 30, 2020 and scheduled the deposition after this court-imposed order for the close of fact discovery and after the deadline that Plaintiffs' expert reports are due (January 22, 2021), without leave of court. Despite several attempts to request counsel for Monsanto to withdraw its Notice of Deposition, Monsanto has refused, requiring the filing of this motion.

It should be noted that defendant previously noticed this same deposition on March 12, 2020 for April 22, 2020 and unilaterally cancelled the deposition on March 26, 2020.

Defendant has not claimed that the delay in scheduling this deposition is COVID-related.

WHEREFORE, Moll Law Group respectfully requests that the Court quash Defendant Monsanto Company's Notice of Deposition of Dr. Daniel Frank scheduled for February 4, 2021.

Dated: January 7, 2021

Respectfully submitted,

/s/*Rebecca Fredona*
rfredona@molllawgroup.com
MOLL LAW GROUP
22 W Washington St
15th Floor
Chicago, IL 60602
T 312.462.1700
F 312.756.0045
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/*Rebecca Fredona*
**Attorneys for Plaintiff**