IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741**<br>**Case No. 16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:**<br><br>*John Schafer v. Monsanto Company*<br><br>**Case No.** 3:19-cv-02169-VC | **[PROPOSED] ORDER GRANTING MOTION TO QUASH** |

**[PROPOSED] ORDER**

Plaintiff's Motion to Quash the Notice of Deposition of Dr. Daniel Frank scheduled for February 4, 2021, is GRANTED.


Date: _____, 2021           _____
                                         HONORABLE VINCE CHHABRIA
                                         UNITED   STATES   DISTRICT   COURT