UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Alvarez et al. v. Monsanto Co.*, 19-cv-1630 | **PRETRIAL ORDER NO. 223: SETTING CASE MANAGEMENT CONFERENCE IN THE ALVAREZ CASE**<br><br>Re: Dkt. No. 12202 |

The parties in *Alvarez et al. v. Monsanto Co.* are directed to appear for a case management conference on Wednesday, January 13, 2021, at 2:00 p.m. The case management conference will include a discussion of Alvarez's motion to amend the complaint (Docket No. 12202) and how an amended complaint will affect the presentation of evidence at trial. The parties do not need to file any sort of case management statement beforehand.

**IT IS SO ORDERED.**

Dated: January 8, 2021

_____
VINCE CHHABRIA
United States District Judge