UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Alvarez et al. v. Monsanto Co.*, 19-cv-1630 | **PRETRIAL ORDER NO. 224: DENYING MONSANTO'S MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS** |
| | Re: Dkt. No. 7999 |

For the reasons stated in the Court's prior rulings in this MDL, the motion for summary judgment on non-causation grounds is denied.

**IT IS SO ORDERED.**

Dated: January 11, 2021

VINCE CHHABRIA
United States District Judge