UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Alvarez et al. v. Monsanto Co.*, 19-cv-1630 | **PRETRIAL ORDER NO. 225: DENYING MONSANTO'S MOTION TO EXCLUDE TESTIMONY AND MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Re: Dkt. Nos. 8001, 8012 |

Monsanto's motion to exclude the testimony of Smith and Andreadis is denied, and thus Monsanto's motion for summary judgment on causation grounds is denied. Like the plaintiff's experts in the *Hardeman* case, the opinions of Smith and Andreadis are subject to significant doubt, but they should not be excluded. *See* Pretrial Order No. 85. The restrictions imposed on the experts in the *Hardeman* case apply here as well. *Id.* at 7-9.

**IT IS SO ORDERED.**

Dated: January 11, 2021

VINCE CHHABRIA
United States District Judge