**ROMANUCCI & BLANDIN, LLC**
Bryce T. Hensley (IL SBN 6327025)
bhensley@rblaw.net
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
Telephone: (312) 253-8800
Facsimile: (312) 253-8609

*Attorney for Plaintiff MEGHAN CARUSO*

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthlp.com)
Martin C. Calhoun
(mcalhoun@hollingsworthllp.com)
1350 I Street, N.W.
Washington, DC 20005
Telephone: 202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| This Document relates to: *Meghan Caruso, et al. v. Russo Hardware, et al.* USDC – NDIL No. 1:19-cv-7121 USDC – NDCA No. 3:20-cv-01017-VC | Case No. 3:16-MD-2741-VC The Honorable Judge Vince Chhabria **JOINT STIPULATION REGARDING REMAND OF *CARUSO* LAWSUIT** |

**WHEREAS**, Defendant Monsanto Company ("Monsanto") removed this lawsuit from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois on October 29, 2019 alleging the fraudulent joinder of defendant Russo Hardware, Inc., an Illinois corporation;

**WHEREAS**, Plaintiff's Motion to Remand was fully briefed by both parties before the United States District Court for the Northern District of Illinois as of December 20, 2019;

**WHEREAS**, this lawsuit was then transferred to this Court over Plaintiff's objection via a Conditional Transfer Order ("CTO") from the MDL Panel on February 6, 2020;

**WHEREAS**, Plaintiff's Motion to Remand was fully briefed by both parties before this Court as of March 26, 2020;

**WHEREAS**, the parties have agreed, as of December 23, 2020, that this lawsuit should be remanded to state court for the sole purpose of effectuating settlement in the case and without prejudice to the merits of either side's position as to the propriety of removal, with the parties bearing their own attorney's fees and costs;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the Court should enter the accompanying proposed order to remand this lawsuit to the Circuit Court of Cook County, Illinois.

DATED: January 12, 2021

/s/ Bryce T. Hensley
Bryce T. Hensley (IL SBN 6327025)
bhensley@rblaw.net
ROMANUCCI & BLANDIN. LLC
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
Telephone: (312) 253-8800
Facsimile: (312) 253-8609

*Attorney for Plaintiff MEGHAN CARUSO*

/s/ Martin C. Calhoun
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthlp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: 202-898-5800
Fax: 202-682-1639

*Attorneys for Defendant MONSANTO COMPANY*

## ATTESTATION

Pursuant to Local Rule 5-1, I, Martin Calhoun, attest that all signatories listed, and on whose behalf this filing is submitted, concur in and have authorized the filing.

/s/ Martin C. Calhoun
Martin C. Calhoun
