# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| This Document relates to: | Case No. 3:16-MD-2741-VC |
| *Meghan Caruso, et al. v. Russo Hardware, et al.* | The Honorable Judge Vince Chhabria |
| USDC – NDIL No. 1:19-cv-7121 | **[PROPOSED] ORDER REGARDING REMAND OF *CARUSO* LAWSUIT** |
| USDC – NDCA No. 3:20-cv-01017-VC | |

Upon consideration of the parties' Joint Stipulation Regarding Remand of *Caruso* Lawsuit (3:20-cv-01017-VC), the Court hereby orders that this lawsuit shall be, and hereby is, remanded to the Circuit Court of Cook County, Illinois, for the sole purpose of effectuating settlement in the case and without prejudice to the merits of either side's position as to the propriety of removal, with the parties to bear their own attorney's fees and costs.

Date: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT