Chris Pinedo (CA Bar No. 237245)
HILLIARD MARTINEZ GONZALES L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile:(361) 882-3015
Email: cpinedo@hmglawfirm.com
hmgservice@hmglawfirm.com
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LORETTA ANNE BARCUS, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF JAMES BARCUS SR.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **MONSANTO COMPANY,** <br><br> **Defendant.** | MDL No. 2741 <br> Docket No. 3:16-md-02741-VC <br><br> Case No. 3:19-cv-08359-VC <br><br> Hon. Vince Chhabria |

### ENTRY OF APPEARANCE OF CHRIS PINEDO

COMES NOW Chris Pinedo of the law firm of Hilliard Martinez Gonzales LLP and enters his appearance as counsel for Plaintiff Loretta Anne Barcus, individually and on behalf of the Estate of James Barcus, Sr., in this action.

Mr. Pinedo is an attorney in good standing and admitted to practice before the United States District Court for the Northern District of California.

Respectfully submitted this 15th day of January, 2021.

Respectfully submitted,

*/s/ Chris Pinedo*
Chris Pinedo (CA Bar No. 237245)
HILLIARD MARTINEZ GONZALES L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401

Telephone: (361) 882-1612
Facsimile:(361) 882-3015
Email: cpinedo@hmglawfirm.com
hmgservice@hmglawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on January 13, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

Respectfully submitted,

**HILLIARD MARTINEZ GONZALES LLP**

/s/ Chris Pinedo
Chris Pinedo
HILLIARD MARTINEZ GONZALES L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile:(361) 882-3015
Email: cpinedo@hmglawfirm.com
hmgservice@hmglawfirm.com
*Attorney for Plaintiffs*