Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**DECLARATION OF JEFFREY TRAVERS IN SUPPORT OF PLAINTIFFS' CO-LEAD COUNSEL'S MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE** |

**DECLARATION OF JEFFREY TRAVERS IN SUPPORT OF PLAINTIFFS' CO-LEAD COUNSEL'S MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE DECLARATION OF JEFFREY A. TRAVERS**

I, Jeffrey Travers, declare and state:

1. I am an attorney at law admitted to practice before all of the courts in the state of Virginia. I am an attorney at The Miller Firm, LLC, attorneys of record for Plaintiffs. I am over eighteen years of age and am fully competent to make this Declaration in support. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Common Benefit Holdback Order in *In Re: Depuy Orthopaedics, Inc. Pinnacle Hip Implant Product Liability Litigation*, MDL 2244.

3. Attached hereto as Exhibit 1A is a true and correct copy of the Interim Common Benefit Holdback Order in In Re: Depuy Orthopaedics, Inc. Pinnacle Hip Implant Product Liability Litigation, MDL 2244.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Common Benefit Holdback Order in *In re: JUUL Labs, Inc., Marketing, Sales Practices, and Products Liability Litigation*, 19-md-02913.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Common Benefit Fee Award in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL 2592.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Common Benefit Holdback Order in *In re Lidoderm Antitrust Litigation*, 14-md-02521.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Common Benefit Holdback Order in *In re Bair Hugger Forced Air Warming Products Liab. Litig.*, MDL 2666.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Common Benefit Holdback Order in *In re Ethicon, Inc., Power Morcellator Products Liability Litigation*, 2:15-md-2652.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Common Benefit Holdback Order in *In Re Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation*, 1:14-ml-2570.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Common Benefit Holdback Order in *In Re Actos (Pioglitazone) Products Liability Litigation*, 6:11-md-2299.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Common Benefit Holdback Order in *In Re Bard IVC Filters Products Liability Litigation*, 2:15-md-02641.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Common Benefit Holdback Order in *In Re Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, 1:13-md-2428.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Common Benefit Holdback Order in *In Re Risperdal and Invega Products Liability Litigation*, JCCP 4775.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Common Benefit Holdback Order in *In Re Testosterone Replacement Therapy Products Liability Litigation*, 1:14-cv-1748.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Common Benefit Holdback Order in *In Re New England Compounding Pharmacy, Inc. Products Liability Litigation,* 1:13-md-02419.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Common Benefit Holdback Order in *In Re Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation,* 13-md-2441.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Common Benefit Holdback Order in *In Re Toyota Motor Corp. Untended Acceleration Marketing, Sales Practices and Products Liability Litigation,* 8:10-ml-02151.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Common Benefit Holdback Order in *In Re Zimmer Nexgen Knee Implant Products Liability Litigation*, 1:11-cv-05468.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Common Benefit Holdback Order in *In Re Wright Medical Technology Inc., Conserve Hip Implant Products Liability Litigation*, 1:12-md-2329.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Common Benefit Holdback Order in *In Re Nuvaring Products Liability Litigation*, 4:08-md-01964.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Common Benefit Holdback Order in *In Re Vioxx Products Liaiblity Litigation*, 2:05-md-01657.

22. Attached hereto as Exhibit 20 is a true and correct copy of the Common Benefit Holdback Order in *In Re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Relevent Products Liability Litigation,* 3:09-md-2100.

23. Attached hereto as Exhibit 21 is a true and correct copy of the Common Benefit Holdback Order in *In Re Kugel Mesh Hernia Patch Products Liaibility Litigation*, 1:07-md-1842.

24. Attached hereto as Exhibit 22 is a true and correct copy of the Common Benefit Holdback Order in *In Re Avandia Marketing, Sales Practices and Products Liaiblity Litigation*, 2:07-md-1871.

25. Attached hereto as Exhibit 23 is a true and correct copy of the Common Benefit Holdback Order in *In Re Bextra and Celebrex Marketing Sales and Practices and Product Liability Litigation*, 3:06-md-1699.

26. Attached hereto as Exhibit 24 is a true and correct copy of the Common Benefit Holdback Order in *In Re Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation*, 1:17-md-02782.

Dated: January 14, 2021               By: /s/ Jeffrey A. Travers

                                          Jeffrey A. Travers
                                          Declarant