1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
11

12 This document relates to:

13 *Shawn Grubb and Rachelle Grubb*
    *v. Monsanto Co.*,
14 Case No. 3:20-cv-09293-VC

15
                          **MONSANTO COMPANY'S**
16           **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

17
         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
18
   associations of persons, firms, partnerships, corporations (including parent corporations) or other
19
   entities (i) have a financial interest in the subject matter in controversy or in a party to the
20
   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
21
   substantially affected by the outcome of this proceeding:
22
         Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so
23
         Bayer AG has a financial interest in a party to the proceeding.
24

25

26

27
                                                - 1 -
28 MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                      3:16-md-02741-VC & 3:20-cv-09293-VC

1 | DATED:  January 15, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*