## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No.:           2741<br>Master Docket No.:   16-MD-2741-VC |
| This document relates to:<br><br>**SABAS SANCHEZ** *et al.*<br><br>                    Plaintiffs,<br><br>v.<br><br>**MONSANTO COMPANY**<br><br>                    Defendant. | Case No.      3:17-cv-3377<br><br>Judge:         Hon. Vince Chhabria |

## Unopposed Motion to Substitute Real Party in Interest

Plaintiff Sabas Sanchez passed away on October 20, 2020. Doc. 12. An estate has been opened and Catalina Sanchez has been appointed Personal Representative of that Estate. (**Exhibit A**.)

Therefore, Plaintiffs move for an order substituting Catalina Sanchez, Personal Representative, on behalf of the Estate of Sabas Sanchez, Deceased as the real party in interest in place of the late Plaintiff Sabas Sanchez. Fed. R. Civ. P. 25(a)(1). Plaintiff has consulted with counsel for Defendant Monsanto Company and Monsanto has no objection to this substitution.

January 18, 2021  Respectfully Submitted,

 /s/ James G. O'Brien
James G. O'Brien (Ohio 0088460, Cal. 308239)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel.   (419) 930-6401
Fax   (419) 930-6403
Email  jim@obrien.law

*Trial Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

    Joe G. Hollingsworth
    Hollingsworth LLP
    1350 I Street, N.W.
    Washington, DC 20005
    (202) 898-5800
    Fax: (202) 682-1639
    Email: jhollingsworth@hollingsworthllp.com

    *Counsel Monsanto Company*

by filing a copy on the Court's electronic filing system on this date.

January 18, 2021                    */s/ James G. O'Brien*
                                    James G. O'Brien (Ohio 0088460, Cal. 308239)