# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No.:  2741 <br> Master Docket No.:  16-MD-2741-VC |
| This document relates to: <br><br> **SABAS SANCHEZ** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **MONSANTO COMPANY** <br><br> Defendant. | Case No.   3:17-cv-3377 <br><br> Judge:   Hon. Vince Chhabria |

**Exhibit A**

IN THE COUNTY COURT OF CLAY COUNTY, NEBRASKA

IN THE MATTER OF THE ESTATE )  No. PR 20 - 43
)
OF ) LETTERS OF
) PERSONAL REPRESENTATIVE
SABAS SANCHEZ, Deceased. )
)

THE STATE OF NEBRASKA
KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, on this 29 day of December, 2020, Catalina Sanchez was appointed and qualified as Personal Representative of the above-named decedent by this Court or its Registrar, with all the authority granted to a personal representative by law;

NOW, THEREFORE, these Letters are issued as evidence of such appointment and qualifications and authority of Catalina Sanchez to do and perform all acts which may be required by law.

WITNESS, the signature of a Judge or Registrar of this Court, on the 29 day of December, 2020.

_____
County Judge
Clerk Magistrate

FILED
DEC 2 9 2020
IN THE COUNTY COURT OF
CLAY COUNTY, NEBRASKA
JULIE BERGEN, CLERK MAGISTRATE

NCLE Form 303