# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No.:           2741<br>Master Docket No.:   16-MD-2741-VC |
| This document relates to:<br><br>**SABAS SANCHEZ** *et al.*<br><br>                    Plaintiffs,<br><br>v.<br><br>**MONSANTO COMPANY**<br><br>                    Defendant. | Case No.     3:17-cv-3377<br><br>Judge:         Hon. Vince Chhabria |

### Unopposed Motion for Leave to File a First Amended Complaint

Plaintiff Catalina Sanchez on behalf of the Estate of Sabas Sanchez respectfully requests the Court grant leave to file the First Amended Complaint attached as **Exhibit A**.

This action was originally brought by Sabas Sanchez and Rosa Sanchez on March 21, 2017 in the District of Nebraska. (Doc. 1.) It was transferred to the Northern District of California and consolidated with other cases as part of the *in re: Roundup Products Liability Litigation*, MDL No. 2741. (Doc. 6.)

The Complaint alleges Mr. Sanchez was exposed to Roundup and that it caused his non-Hodgkin lymphoma. On October 20, 2020, Mr. Sanchez passed away from complications related to that cancer. An estate has been formed and Plaintiff previously filed a request to substitute the real party in interest. (Doc. 14.)

Plaintiff now seeks leave to file a First Amended Complaint that names the Estate as the party and includes allegations and claims related to Mr. Sanchez's death. Plaintiff has consulted

with counsel for Defendant Monsanto Company and Monsanto has no objection to the filing of a First Amended Complaint.

THEREFORE, Plaintiff Catalina Sanchez on behalf of the Estate of Sabas Sanchez, Deceased respectfully requests the Court grant leave to file a First Amended Complaint in the form attached as **Exhibit A**.

| | |
|---|---|
| January 18, 2021 | Respectfully Submitted, |
| | /s/ James G. O'Brien |
| | James G. O'Brien (Ohio 0088460, Cal. 308239) |
| | O'BRIEN LAW, LLC |
| | 405 Madison Ave., 10th Floor |
| | Toledo, Ohio 43604 |
| | Tel.   (419) 930-6401 |
| | Fax   (419) 930-6403 |
| | Email  jim@obrien.law |
| | *Trial Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

    Joe G. Hollingsworth
    Hollingsworth LLP
    1350 I Street, N.W.
    Washington, DC 20005
    (202) 898-5800
    Fax: (202) 682-1639
    Email: jhollingsworth@hollingsworthllp.com

    *Counsel Monsanto Company*

by filing a copy on the Court's electronic filing system on this date.

January 18, 2021                  */s/ James G. O'Brien*
                                     James G. O'Brien (Ohio 0088460, Cal. 308239)