**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*John Schafer v. Monsanto Company*<br>Case No. 3:19-cv-02169-VC<br><br>_____ | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **DECLARATION OF ANTHONY R.**<br>) **MARTINEZ IN SUPPORT OF MONSANTO**<br>) **COMPANY'S OPPOSITION TO**<br>) **PLAINTIFF'S MOTION TO QUASH**<br>) **DEPOSITION OF DR. DANIEL FRANK**<br>)<br>) Date: *to be decided*<br>) Time: *to be decided*<br>) Courtroom: 4 |

I, Anthony R. Martinez, hereby declare:

1. I am counsel at Shook, Hardy, & Bacon and am one of several counsel of record for Defendant Monsanto Company ("Monsanto") in the above-captioned matter.

2. Attached as **Exhibit 1** is a true and correct copy of Monsanto's Notice to Take Oral and Videotaped Deposition of Dr. Daniel Frank on April 22, 2020.

3. Attached as **Exhibit 2** is a true and correct copy of email correspondence between counsel for Monsanto and counsel for Plaintiff, dated March 25, 2020.

4. Attached as **Exhibit 3** is a true and correct copy of email correspondence sent on behalf of counsel for Monsanto to counsel for Plaintiff, dated March 26, 2020.

5. Attached as **Exhibit 4** is a true and correct copy of Monsanto's Amended Notice to Take Oral and Videotaped Deposition of Dr. Daniel Frank on July 28, 2020.

6. Attached as **Exhibit 5** is a true and correct copy of email correspondence between counsel for Monsanto and counsel for Plaintiff, dated July 23, 2020.

7. Attached as **Exhibit 6** is a true and correct copy of email correspondence from counsel for Dr. Daniel Frank dated December 23, 2020.

8. Attached as **Exhibit 7** is a true and correct copy of email correspondence from counsel for Plaintiff dated December 29, 2020.

9. Attached as **Exhibit 8** is a true and correct copy of Monsanto's Third Amended Notice to Take Oral and Videotaped Deposition of Dr. Daniel Frank on February 4, 2021.

10. Attached as **Exhibit 9** is a true and correct copy of email correspondence between counsel for Monsanto and counsel for Plaintiff dated January 5, 2021.

EXECUTED ON: January 19, 2021      By: */s/  Anthony R. Martinez*
                                       Anthony R. Martinez
                                       SHOOK, HARDY & BACON L.L.P.
                                       2555 Grand Blvd.
                                       Kansas City, MO 64108
                                       Telephone: (816) 474-6550
                                       Fax: (816) 421-5547
                                       amartinez@shb.com
                                       *Attorney for Defendant,*
                                       *MONSANTO COMPANY*