# Exhibit 2

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Wednesday, March 25, 2020 10:40 AM
**To:** Rebecca Fredona <rfredona@molllawgroup.com>
**Cc:** Ken Moll <kmoll@molllawgroup.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika (SHB) <EDANIELS@shb.com>
**Subject:** RE: Roundup depositions

That makes sense. Can you give us dates the first week of May?

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Rebecca Fredona
**Sent:** Wednesday, March 25, 2020 10:38 AM
**To:** Martinez, Anthony (SHB)
**Cc:** Ken Moll
**Subject:** Roundup depositions

**EXTERNAL**

Hi Mr. Martinez,
In light of the national emergency and declarations, we would like to postpone the Roundup depositions that are scheduled up until April 9, 2020. This would include the Smith depositions scheduled in Texas the first full week of April.


--
**Rebecca Fredona**
**Attorney**



molllawgroup.com
T 312.462.1700
F 312.756.0045
A 22 W Washington St, 15th Floor, Chicago, IL 60602 



CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.