# Exhibit 3

**From:** Lyons, Dana (SHB) <DLYONS@shb.com>
**Sent:** Thursday, March 26, 2020 11:44 AM
**To:** Ken Moll <kmoll@molllawgroup.com>
**Cc:** Rebecca Fredona <rfredona@molllawgroup.com>; Tori Weininger <tweininger@molllawgroup.com>; etrujillo@molllawgroup.com; Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Daniels, Erika (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>
**Subject:** (MDL WAVE II) Treater Deposition cancellations

Counsel,

We have cancelled the depositions below and are seeking dates in May.

Batherson, Garland - Dr. Ivan P. Maillard - 4/27/2020
Chatman, Janeil - Christopher Hagenstad - 4/14/2020
Chatman, Janeil - Glenn Parris - 4/15/2020
Pecorelli, Mark - Dr. Steven Leibach - 4/13/2020
Schafer, John - Dr. Dan Frank - 4/22/2020

Thank you,
Dana

**Dana J. Lyons**
*Senior Analyst*
Shook, Hardy & Bacon L.L.P.

816.559.2253 | dlyons@shb.com

