# Exhibit 5

**From:** Rebecca Fredona
**Date:** July 23, 2020 at 8:43:36 AM CDT
**To:** "Martinez, Anthony (SHB)"
**Subject: Re: Dr. Raheem**


**EXTERNAL**

Hi Anthony,
That is 3 out of the 4 depositions left. We will be attending the Leibach deposition today since it was less than 24-hour notice. We are postponing all other Roundup depositions due to the court's recent order.

On Wed, Jul 22, 2020 at 5:24 PM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

Rebeca,

We already pre-paid the following depos. Can you agree to keeping these depos on the schedule and postponing the others?

Pecorelli – Dr. Steven Leibach – Depo 7/23/2020

Schafer – Dr. Russell Greif – Depo 7/24/2020

Schafer – Dr. Dan Frank – Depo 7/28/2020

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Rebecca Fredona <rfredona@molllawgroup.com>
**Sent:** Wednesday, July 22, 2020 4:03 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Subject:** Re: Dr. Raheem

**EXTERNAL**

Hi Anthony,

Given that it is less than 24-hour notice, we will agree to taking the Leibach deposition tomorrow if it is prepaid. The rest of the Roundup depositions we are postponing. Please let me know the status of the Leibach deposition when you know.

On Wed, Jul 22, 2020 at 3:53 PM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

Rebecca,

I need to check to see if we have pre-paid any for this week. If we have, would you agree to taking those?

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Rebecca Fredona <rfredona@molllawgroup.com>
**Sent:** Wednesday, July 22, 2020 3:51 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Shepherd, James (SHB) <ESHEPHERD@shb.com>; Ken Moll <kmoll@molllawgroup.com>
**Subject:** Re: Dr. Raheem

**EXTERNAL**

Hi Anthony,

In light of the court's recent order staying the litigation and vacating all deadlines, we are postponing all Roundup depositions at this time.

On Wed, Jul 22, 2020 at 12:08 PM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

Rebecca,

We need to postpone the deposition of Dr. Raheem. We still do not have all the records. Please let us know if that is an issue.

Sent from my iPhone
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the

intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--

**Rebecca Fredona**

**Attorney**

molllawgroup.com

T 312.462.1700

F 312.756.0045

A 22 W Washington St, 15th Floor, Chicago, IL 60602



CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--

**Rebecca Fredona**

**Attorney**

[molllawgroup.com](molllawgroup.com)

T [312.462.1700](312.462.1700)

F [312.756.0045](312.756.0045)

A [22 W Washington St, 15th Floor, Chicago, IL 60602](22 W Washington St, 15th Floor, Chicago, IL 60602) 



CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--
**Rebecca Fredona**
**Attorney**

[molllawgroup.com](molllawgroup.com)
T [312.462.1700](312.462.1700)
F [312.756.0045](312.756.0045)
A [22 W Washington St, 15th Floor, Chicago, IL 60602](22 W Washington St, 15th Floor, Chicago, IL 60602) 



CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.