# Exhibit 6

**From:** Dawn Kuczwara <dkuczwara@cmvlaw.com>
**Sent:** Wednesday, December 23, 2020 4:36 PM
**To:** Daniels, Erika (SHB) <edaniels@shb.com>
**Subject:** RE: John Schafer v. Monsanto Co.: Dr. Daniel Frank

**EXTERNAL**

Hi Erika,

I wanted to let you know that I am going to be out of the office the rest of this week and also all of next week. I will be back on January 4, 2021, but I did want to get back to you on scheduling Dr. Frank's deposition. The only date Dr. Frank has available at this time is February 4, 2021 at 5:00 p.m. via Zoom only. Unfortunately, he is very limited and cannot take much time away from his practice as they are extremely short-staffed in the oncology department due to COVID. Please let us know if that date works with everyone's schedules so we can confirm the date/time with Dr. Frank. Thank you.

Sincerely,
*Dawn Kuczwara*



*Attorneys at Law*
**Dawn Kuczwara**
**Legal Assistant to Mark C. Meyer and Linda J. Poindexter**
**4200 Cantera Drive, Suite 112**
**Warrenville, Illinois 60555-3040**
dkuczwara@cmvlaw.com
**630.260.8084 (direct) | 630.260.8600 (main)**

STATEMENT OF CONFIDENTIALITY

The information contained in this message and any attachment may be proprietary, confidential, and privileged or subject to the work product doctrine and thus protected from disclosure. In addition, this e-mail transmission may be the subject to privilege protecting communications between attorney and their clients. If the reader of this message is not the intended recipient(s), or an employee or agent responsible for delivering this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.