# Exhibit 7

**From:** Tori Weininger <tweininger@molllawgroup.com>
**Sent:** Tuesday, December 29, 2020 2:41 PM
**To:** Daniels, Erika (SHB) <EDANIELS@shb.com>
**Cc:** Ken Moll <kmoll@molllawgroup.com>; Rebecca Fredona <rfredona@molllawgroup.com>; Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>
**Subject:** Re: John Schafer v. Monsanto Co.: Dr. Daniel Frank - Oncologist

**EXTERNAL**

Erika:
February 4th will work for us. Thank you

Sincerely yours,

**Tori Weininger**
**Paralegal**

molllawgroup.com
T 312.462.1700
F 312.756.0045
A 22 W Washington St, 15th Floor, Chicago, IL 60602

CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.

On Tue, Dec 29, 2020 at 2:30 PM Daniels, Erika (SHB) <EDANIELS@shb.com> wrote:

Counsel:

Dr. Frank is available to be deposed virtually on February 4, 2021 at 5:00 p.m. Please let me know if this date and time works for you. Dr. Frank is located in Warrensville, IL.

Thank you,

**Erika E. Daniels**
*Paralegal*
Shook, Hardy & Bacon L.L.P.

816.559.2332 | edaniels@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.