# Exhibit 8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Schafer v. Monsanto Co.,*<br>Case No. 3:19-cv-02169-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S THIRD AMENDED NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. DANIEL FRANK** |

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, by and through their counsel, will take the videotaped deposition upon oral examination of **Dr. Daniel Frank** commencing at **5:00 P.M. CDT on Thursday, February 4, 2021** and continuing until completed. **At the request of Dr. Frank's attorney, and in light of the Covid-19 pandemic, all attendees of the deposition will attend via videoconference.** Appropriate information to permit attendance to the videoconference will be provided prior to the day of the deposition.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

Please take further notice that, pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, the deponent shall bring to the deposition the documents listed in Exhibit A.

DATED: December 30, 2020

By: */s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*

## EXHIBIT A

For purposes of the following document requests, "DOCUMENT" or "DOCUMENTS" means all tangible and electronic things and recorded information, including any written, printed, recorded or graphic matter, computer generated or maintained matter, photographic matter, film or videotaped matter, and all written, typed or printed matter and all electronic, magnetic or other records, including both the original and/or non-identical draft(s). Examples of Documents include, but are not limited to, handwritten, typed, or printed papers; letters, cards, memoranda, notes; invoices, purchase orders, financial statements, manuals, receipts; diaries, logs, journals, calendars; electronic mail, discussion board postings, blogs, chat room messages and posts, and social media communications (e.g., posts or messages sent via Facebook, Facebook Messenger, LinkedIn, MySpace, Snapchat, Twitter, FourSquare, Pinterest, Gmail, Yahoo, Comcast, Verizon, iChat, Apple FaceTime, AOL Instant Messenger, BlackBerry Messenger, etc.); phone text messages, voicemail recordings, facsimile, notes of telephone conversations; drawings, photographs, audio, tapes, disks, videotape recordings, DVD recordings, CD-ROM, films, and other forms of electronically or magnetically maintained information.

## DOCUMENT REQUESTS

1. All medical records pertaining to John Schafer (year of birth: 1954; SSN: XXX-XX-8544), whether located within or outside your medical office's central medical file system, including but not limited to: all admitting and discharge summaries, doctors' progress notes, nursing notes, orders, operative reports and summaries, consultation records and reports, diagnostic studies, toxicology screens and reports, x-rays, scans, clinic files, laboratory slips and records, radiology reports, pathology reports and studies, billing and payment records and any other documents pertaining to Mr. Schafer.

2. Your current curriculum vitae.

3. All DOCUMENTS and communications between you and John Schafer

4. All DOCUMENTS and communications between you and the attorneys representing John Schafer.

5. All transcripts of any depositions or trial testimony that you have given as an expert witness within the last five years that you have in your possession.

6. Any signed reports, declarations, or affidavits that you have prepared as an expert witness within the last five years that you have in your possession.

7. A list of all organizations with which you have entered into consulting agreements with in the past ten years to the extent that those agreements are not protected from disclosure by the attorney work product doctrine or any protective agreement entered into by the parties in this case.

## PROOF OF SERVICE

I am employed in the County of Jackson, State of Missouri. I am over the age of 18 and not a party to the within action. My business address is 2555 Grand Blvd., Kansas City, MO 64108.

On December 30, 2020 I served on the interested parties in said action the within:

**DEFENDANT MONSANTO COMPANY'S THIRD AMENDED NOTICE TO**

**TAKE ORAL AND VIDEOTAPED DEPOSITION OF**

**DR. DANIEL FRANK**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed on the attached service list on this date from fax machine telephone number (949) 475-0016. The facsimile numbers used complied with California Rules of Court rule 2.300 et seq. and 2.306 and no error was reported by the machine. Pursuant to California Rules of Court rule 2.306, I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☐ (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

☐ (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, on _____, to be delivered by their next business day delivery service on___, to the addressee designated.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct.

Executed on December 30, 2020

| Erika E. Daniels | *Erika E. Daniels* |
|---|---|
| (Type or print name) | (Signature) |

- 3 -

THIRD AMENDED NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. DANIEL FRANK
Case No. 3:16-md-02741-VC4822-2317-2053 v1

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

*Schafer v. Monsanto Co.,*
*Case No. 3:19-cv-02169-VC*

Ken Moll
MOLL LAW GROUP
401 N. Michigan Avenue, 12th Floor
Chicago, IL 60611
Telephone: 312.462.1700
Facsimile: 312.756.0045
kmoll@molllawgroup.com

*Counsel for Plaintiff*

Mark C. Meyer
Cunningham, Meyer & Vedrine, P.c.
 *Attorneys at Law*
4200 Cantera Drive, Suite 112
Warrenville, Illinois 60555
Telephone Direct: 630.260.8602
Telephone Main: 630.260.8600
mmeyer@CMVLaw.com

*Counsel for Deponent*