# Exhibit 9

**From:** Ken Moll <kmoll@molllawgroup.com>
**Sent:** Tuesday, January 5, 2021 3:51 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Rebecca Fredona <rfredona@molllawgroup.com>; Tori Weininger <tweininger@molllawgroup.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Fatima Abuzerr <fabuzerr@molllawgroup.com>; Madeline Wise <mwise@molllawgroup.com>
**Subject:** Re: John Schafer v. Monsanto Co.: Dr. Daniel Frank - Oncologist

**EXTERNAL**

Anthony - our offices have never cancelled this deposition. Your office noticed and unilaterally cancelled this deposition on March 26.

Sincerely yours,

**Ken Moll**

**President**

molllawgroup.com

T 312.462.1700

F 312.756.0045

A 22 W Washington St, 15th Floor, Chicago, IL 60602 



CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.

On Tue, Jan 5, 2021 at 3:12 PM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

Ken,

We did not wait until the eleventh hour to obtain dates.  As soon as the order was entered we started reaching out for dates.  Further, your office has cancelled or postponed depositions dates on several occasions throughout this litigation which further makes it difficult to schedule depositions.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Ken Moll <kmoll@molllawgroup.com>
**Sent:** Tuesday, January 5, 2021 3:09 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Daniels, Erika (SHB) <EDANIELS@shb.com>; Rebecca Fredona <rfredona@molllawgroup.com>; Tori Weininger <tweininger@molllawgroup.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Fatima Abuzerr <fabuzerr@molllawgroup.com>; Madeline Wise <mwise@molllawgroup.com>
**Subject:** Re: John Schafer v. Monsanto Co.: Dr. Daniel Frank - Oncologist

**EXTERNAL**

Unless you have good reason why you waited to the eleventh hour to obtain dates, we will file our motion.

Sincerely yours,

**Ken Moll**

**President**

[molllawgroup.com](http://molllawgroup.com)

T [312.462.1700](tel:312.462.1700)

F [312.756.0045](tel:312.756.0045)

A [22 W Washington St, 15th Floor, Chicago, IL 60602](#) 



CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.

On Tue, Jan 5, 2021 at 3:01 PM Martinez, Anthony (SHB) <[AMARTINEZ@shb.com](mailto:AMARTINEZ@shb.com)> wrote:

Ken,

The treating physician does not have any availability before February 5. In my experience in the Roundup litigation, very few treaters give causation opinions. If this treater does and you think you need to amend your expert report for Mr. Schafer, we will not object.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | [amartinez@shb.com](mailto:amartinez@shb.com)

