BY: JARAD L. SILVERSTEIN (PA #206157)
jsilverstein@wapnernewman.com
**WAPNER NEWMAN BRECHER & MILLER, P.C.**
2000 Market Street, Suite 2750
Philadelphia, PA 19103
(215) 569-0900
Counsel for Plaintiff

| | |
|---|---|
| SWEEDNEY GRACE HERNANDEZ,<br><br>Plaintiff,<br>vs.<br><br>MONSANTO COMPANY,<br><br>Defendant. | MDL No. 2741<br>Docket No. 3:16-md-02741-VC<br><br>**MDL Case No. 3:20-cv-08050-VC** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon consent of all parties to have appeared, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED without prejudice, each party to bear its own costs and expenses.

Respectfully submitted,

**WAPNER NEWMAN BRECHER & MILLER, P.C.**


  /s/   Jarad L. Silverstein, Esquire
Jarad L. Silverstein
2000 Market Street, Suite 2750
Philadelphia, PA 19103
(215) 569-0900
jsilverstein@wapnernewman.com
Counsel for Plaintiff

**WILKINSON STEKLOFF LLP**

<u>  /s/    Brian Stekloff, Esquire</u>
Brian Stekloff
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4030
bstekloff@wilkinsonstekloff.com
Counsel for Defendant


Dated:   <u>January 20, 2021</u>