

LAW OFFICES OF ROBERT W. SINK

Robert Sink
RSink@SinkLawOffices.com

**PLEASE RESPOND TO: FORT WASHINGTON**

January 20, 2021

<u>**Via E.C.F.**</u>

Honorable Vince Chhabria
United States District Judge
For the Northern District of California

      **Re:**    *Holmen v. Monsanto Company*
              **Case No. 3:19-CV-05040**
              **Roundup Products Liability Litigation**

Your Honor:

     My firm represents the Plaintiff in the above-referenced case. I respectfully request that you remove this case from Wave 3 for the following reasons: My firm only has two tort attorneys, including myself. Unfortunately, my colleague, Robert Gibson, Esq. recently contracted Covid-19 and is in critical condition at Chester County, Pennsylvania Hospital. He cannot communicate or make any medical decisions for himself. Since he is divorced, I was designated with the responsibility of making all of his medical decisions and disseminating the information to his children, extended family, and friends. I must also handle all of the firm's case load now without his assistance. To make matters worse, this week my father became critically ill and I am assisting my elderly mother in making medical decisions. Accordingly, it is burdensome to comply with the Wave 3 deadlines. Defense Counsel is understanding and does not oppose my request.

     Finally, since this case has been selected for settlement by the Settlement Master, we are in the process of submitting the necessary records to attempt to resolve the case. Thank you for your consideration and understanding.

                                                Respectfully,

                                                ROBERT SINK

**PHILADELPHIA OFFICE:**
1800 J.F.K. BLVD., SUITE 1402
PHILADELPHIA, PA 19103

**MONTGOMERY COUNTY OFFICE:**
1417 CROSBY DRIVE
FORT WASHINGTON, PA 19034

TEL: 215-995-1000 • FAX: 215-475-4600
WWW.SINKLAWOFFICES.COM