Robert C. Hilliard
HILLIARD MARTINEZ GONZALES L.L.P.
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile:(361) 882-3015
Email: bobh@hmglawfirm.com
hmgservice@hmglawfirm.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORETTA SCHOENIKE,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**MONSANTO COMPANY,**<br><br>**Defendant.** | MDL No. 2741<br>Docket No. 3:16-md-02741-VC<br><br>MDL Case No. 3:20-cv-01004-VC<br><br>Hon. Vince Chhabria |

## STIPULATION OF DISMISSAL

Upon consent of all parties to have appeared, and Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED without prejudice, with each party to bear its own costs and expenses.

Respectfully submitted,

**HILLIARD MARTINEZ GONZALES LLP**

*/s/ Robert C. Hilliard*
Robert C. Hilliard
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile:(361) 882-3015
Email: bobh@hmglawfirm.com
hmgservice@hmglawfirm.com
Counsel for Plaintiffs

1

*Stipulation of Dismissal*

2

**WILKINSON STEKLOFF LLP**

*/s/ Brian Stekloff*
Brian Stekloff
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4030
bstekloff@wilkinsonstekloff.com
Counsel for Defendant


Date:  01/21/2021

## CERTIFICATE OF SERVICE

I certify that on January 21, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

Respectfully submitted,

**HILLIARD MARTINEZ GONZALES LLP**

*/s/ Robert C. Hilliard*
Robert C. Hilliard
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile:(361) 882-3015
Email: bobh@hmglawfirm.com
hmgservice@hmglawfirm.com
Counsel for Plaintiffs