IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>―――――――――――<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*John Schafer v. Monsanto Company*<br><br>**Case No.**  3:19-cv-02169-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>VINCE CHHABRIA<br>U.S. DISTRICT JUDGE |

**STIPULATION OF WITHDRAWAL OF PLAINTIFF JOHN SCHAFER'S MOTION TO QUASH NOTICE OF DEPOSITION OF DR. DANIEL FRANK**

Plaintiff, JOHN SCHAFER, filed an Emergency Motion to Quash Notice of Deposition of Dr. Daniel Frank (ECF NO. 16), on January 5, 2021. On January 19, 2021, Defendant, MONSANTO COMPANY, filed a response to the Emergency Motion to Quash Notice of Deposition of Dr. Daniel Frank (ECF NO. 17). Both parties have reached an agreement and have stipulated to withdraw the Emergency Motion to Quash Notice of Deposition of Dr. Daniel Frank.

WHEREFORE, Plaintiff requests the Emergency Motion to Quash Notice of Deposition of Dr. Daniel Frank (ECF NO. 16), be withdrawn.

Dated: January 21, 2021

Respectfully Submitted,

By: /s/*Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington St
15th Floor
Chicago, IL 60602

rfredona@molllawgroup.com

T 312.462.1700
F 312.756.0045
**Attorney for Plaintiff,**
**John Schafer**

/s/:*Anthony Martinez*
Anthony Martinez
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
T: 816.474.6550
F:816.421.5547
amartinez@shb.com
**Attorney for Defendant,**
**Monsanto Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/*Rebecca Fredona*
Rebecca Fredona