UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM

Having considered the matter, the Court finds that it is reasonable and necessary to appoint Catherine Alvarez as the Guardian ad Litem for A.A., a minor. As such,

IT IS ORDERED that Catherine Alvarez is appointed as the Guardian ad Litem for A.A.

DATED this __22nd__ day of _____January_____, 2021.

_____
Honorable Judge Vince Chhabria
United States District Judge

APPROVED
Judge Vince Chhabria