# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lorraine Rehak v. Monsanto Company*<br><br>**Case No.** 3:19-cv-01719 | **Master File No. 3:16-MD-02741-VC**<br>**MDL No. 2741**<br><br><br>**VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

## NOTICE OF EXPERT DISCLOSURES

Please take notice on this date, January 22, 2021, Plaintiff served via electronic mail *Plaintiff's Specific Causation Expert Disclosures*, and *Plaintiff's General Causation Expert Disclosures* on Defendant, Monsanto Company. I certify that I served the aforementioned documents via Electronic Mail to each person to whom it is directed at the email addresses indicated below:

> Brian L. Stekloff
> bstekloff@wilkinsonwalsh.com
> Tamarra Matthews Johnson
> tmatthewsjohnson@wilkinsonwalsh.com
> Rakesh Kilaru
> rkilaru@wilkinsonwalsh.com
> WILKSON WALSH + ESKOVITZ LLP
> 2001 M St. NW, 10th Floor
> Washington, DC 20036
> ***Attorneys For Defendant***

Dated January 22, 2021

1

Respectfully Submitted:
*/s/ Rebecca Fredona*
Rebecca Fredona
Ken Moll
MOLL LAW GROUP
22 W. Washington St. 15th Floor
Chicago, IL 60602
T 312.462.1700
F 312.756.0045
rfredona@molllawgroup.com
info@molllawgroup.com

**Attorneys For Plaintiff**

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

                                                       */s/Rebecca Fredona*
                                                       Rebecca Fredona