IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Christine Karman, Individually and as Representative of the Estate of Robert Karman v. Monsanto Company*<br><br>**Case No.** 3:19-cv-01183-VC | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741<br><br><br>VINCE CHHABRIA<br>U.S. DISTRICT JUDGE |

**NOTICE OF EXPERT DISCLOSURES**

Please take notice on this date, January 22, 2021, Plaintiff served via electronic mail *Plaintiff's Specific Causation Expert Disclosures*, and *Plaintiff's General Causation Expert Disclosures* on Defendant, Monsanto Company. I certify that I served the aforementioned documents via Electronic Mail to each person to whom it is directed at the email addresses indicated below:

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Tamarra Matthews Johnson
tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru
rkilaru@wilkinsonwalsh.com
WILKSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
***Attorneys For Defendant***

Dated January 22, 2021

1

Respectfully Submitted:
*/s/ Rebecca Fredona*
Rebecca Fredona
Ken Moll
MOLL LAW GROUP
22 W. Washington St. 15th Floor
Chicago, IL 60602
T 312.462.1700
F 312.756.0045
rfredona@molllawgroup.com
info@molllawgroup.com

***Attorneys For Plaintiff***

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

    */s/Rebecca Fredona*
    Rebecca Fredona