**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Mark Pecorelli, Individually and as Representative of the Estate of Michael Pecorelli deceased v. Monsanto Company* <br><br> **Case No.** 3:19-cv-06936-VC | **Master File No. 3:16-MD-02741-VC** <br> **MDL No. 2741** <br><br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

## NOTICE OF EXPERT DISCLOSURES

Please take notice on this date, January 22, 2021, Plaintiff served via electronic mail *Plaintiff's Specific Causation Expert Disclosures*, and *Plaintiff's General Causation Expert Disclosures* on Defendant, Monsanto Company. I certify that I served the aforementioned documents via Electronic Mail to each person to whom it is directed at the email addresses indicated below:

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Tamarra Matthews Johnson
tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru
rkilaru@wilkinsonwalsh.com
WILKSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
*Attorneys For Defendant*

Dated January 22, 2021

2

Respectfully Submitted:
*/s/ Rebecca Fredona*
Rebecca Fredona
Ken Moll
MOLL LAW GROUP
22 W. Washington St. 15th Floor
Chicago, IL 60602
T 312.462.1700
F 312.756.0045
rfredona@molllawgroup.com
info@molllawgroup.com

***Attorneys For Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.


*/s/Rebecca Fredona*
Rebecca Fredona