**David J. Diamond, Esq.**
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

**DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS**

I, David J. Diamond, declare and state as follows:

1. I am a partner at Goldberg & Osborne LLP, counsel for Plaintiffs in the above-captioned action.

2. The Parties' Joint Administrative Motion to File Under Seal Portions of the Uncontested Petition for Minor's Compromise and Portions of Supporting Exhibits ("the Motion") seeks to maintain the confidentiality of the settlement agreement between Plaintiffs and Defendant and to protect the minor's interests.

---

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

3. There are compelling overriding interests here that overcome the right of public access and support sealing the Petition for Minor's Compromise: 1) the privacy and protection of the minor and 2) preserving the agreement of the parties to keep the settlement agreement confidential, which is routinely done.

4. The sealing of the Petition for Minor's Compromise and related documents is the only means of protecting these overriding interests. There is simply no less restrictive means to protect the minor's privacy, and to preserve the parties' agreement.

5. All confidential settlement agreement information has been redacted, pursuant to the Amended Protective Order. This information has jointly been agreed to as "Confidential" by the parties pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

6. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiffs have prepared proposed redactions of the following documents:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 2, Paragraph 3, first 5 lines under "The Following is the proposed distribution of the minor's settlement proceeds" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 2, Footnote | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

2

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 3, First 2 lines | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 4, First word in #3 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 4, First word in #4 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 1 to Uncontested Petition for Minor's Compromise | Exhibit 2 to the Motion | Under the Email Address Header From: David Diamond; Sent: Thursday, January 21, 2021 1:19 PM; To: Jonathon O. Stottmann, Second Paragraph, Lines 3 & 4 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, First 3 lines under "Benefit Description" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

3

| | Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|---|
| 1-3 | | | | | | |
| 4-7 | 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, each line under "Guaranteed Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 8-10 | 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, each line under "Expected Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 11-14 | 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, each line under "Cost" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 15-19 | 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, each line under "Guaranteed Benefit," "Expected Benefit" and "Cost" columns in "Summary Information" box | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 20-22 | 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, First 3 lines under "Benefit Description" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 23-26 | 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, each line under "Guaranteed Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

4

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, each line under "Expected Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, each line under "Cost" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, each line under "Guaranteed Benefit," "Expected Benefit" and "Cost" columns in "Summary Information" box | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, First line under "Benefit Description" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, each line under "Guaranteed Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, each line under "Expected Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

5

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, each line under "Cost" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, each line under "Guaranteed Benefit," "Expected Benefit" and "Cost" columns in "Summary Information" box | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated: January 25, 2021

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
(ddiamond@goldbergandosborne.com)
**GOLDBERG & OSBORNE LLP**
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
*Attorneys for Plaintiffs*

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

6

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on January 25, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David J. Diamond
David J. Diamond

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

7