**David J. Diamond, Esq.**
**State Bar #010842**
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
ddiamond@goldbergandosborne.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS**

Before the Court is the Motion to file under seal portions of the Petition and supporting exhibits re: Uncontested Petition for Minor's Compromise. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 2, Paragraph 3, first 5 lines under "The Following is the proposed distribution of the minor's settlement proceeds" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 2, Footnote | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 3, First 2 lines | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 4, First word in #3 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 4, First word in #4 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 1 to Uncontested Petition for Minor's Compromise | Exhibit 2 to the Motion | Under the Email Address Header From: David Diamond; Sent: Thursday, January 21, 2021 1:19 PM; To: Jonathon O. Stottmann, Second Paragraph, Lines 3 & 4 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, First 3 lines under "Benefit Description" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, each line under "Guaranteed Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, each line under "Expected Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, each line under "Cost" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 1, each line under "Guaranteed Benefit," "Expected Benefit" and "Cost" columns in "Summary Information" box | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, First 3 lines under "Benefit Description" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, each line under "Guaranteed Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, each line under "Expected Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, each line under "Cost" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 2, each line under "Guaranteed Benefit," "Expected Benefit" and "Cost" columns in "Summary Information" box | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, First line under "Benefit Description" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, each line under "Guaranteed Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, each line under "Expected Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, each line under "Cost" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 01/25/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | Settlement Proposal for: Quote Page 3, each line under "Guaranteed Benefit," "Expected Benefit" and "Cost" columns in "Summary Information" box | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

Dated: _____, 2021

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT