Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Hon. Vince Chhabria |
| ALL ACTIONS | **BAUM HEDLUND'S REQUEST TO EXTEND DEADLINE TO RESPOND TO MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE** |

1. Michael L. Baum of Baum, Hedlund, Aristei, & Goldman, P.C. ("Baum Hedlund") is a member of the Court-appointed Plaintiffs' Executive Committee.  Baum Hedlund has played a substantial role in this litigation, at both the state and federal level.

2. On January 14, 2021, the Plaintiffs' Co-Leads filed an Amended Notice of Motion and Motion to Supplement Pre-Trial Order 12:  Common Benefit Fund Order to Establish a Holdback Percentage (Dkt. 12394).  The motion raises important and substantial issues concerning a common benefit fund requested to be funded from the reported $10+ billion in settlements announced by Monsanto approximately seven months ago.

3. Baum Hedlund did not draft, sign, or file the motion.

4. Due to the significant amount of work Baum Hedlund has done in this litigation and its continuing leadership role in both federal and state court, Baum Hedlund would like an

opportunity to fully discuss the proposed common benefit assessment with affected members of the plaintiffs' bar and the Plaintiffs' Co-Leads.

5. Accordingly, Baum Hedlund requests that the Court continue the hearing date on the motion from February 18, 2021 to February 25, 2021. This would move the deadline for filing any response to the motion from January 28, 2021 to February 4, 2021. Consistent with this Court's Standing Order, this request is made at least 72 hours prior to the upcoming deadline.

6. No party is prejudiced by this modest extension.

Dated: January 25, 2021            **BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

/s/ R. Brent Wisner
R. Brent Wisner, Esq.
rbwisner@baumhedlundlaw.com
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA  90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, R. Brent Wisner hereby certify that, on January 25, 2021, I electronically filed **BAUM HEDLUND'S REQUEST TO EXTEND DEADLINE TO RESPOND TO MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12:  COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE** with the Clerk for the United States District Court for the Northern District of California using CM/ECF system, which shall send electronic notification to counsel of record.

/s/ R. Brent Wisner
R. Brent Wisner, Esq.