Mihai M. Vrasmasu
SHOOK, HARDY & BACON L.L.P.
201 S. Biscayne Blvd., Suite 3200
Miami, FL  33131
Phone: (305) 358-5171
Fax: (305) 358-7470
mvrasmasu@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br>*Spector, et al. v. Monsanto Company*<br>Case No. 3:20-cv-05532 | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Mihai M. Vrasmasu, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

January 26, 2021                                          Respectfully Submitted,


By: /s/ *Mihai M. Vrasmasu*
    Mihai M. Vrasmasu
    SHOOK, HARDY & BACON L.L.P.
    201 S. Biscayne Blvd., Suite 3200
    Miami, FL  33131
    Phone: (305) 358-5171
    Fax: (305) 358-7470
    mvrasmasu@shb.com

    *Attorney for Defendant*
    *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2021, I electronically filed NOTICE OF APPEARANCE OF MIHAI M. VRASMASU ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: January 26, 2021                         Respectfully submitted,

                                               */s/ Mihai M. Vrasmasu*
                                               Mihai M. Vrasmasu

                                               *Attorney for Defendant*
                                               *MONSANTO COMPANY*