Graham L. Newman
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Phone: (803) 929-3600
Fax: (803) 929-3604
gnewman@csa-law.com

*Attorney for Plaintiffs Ronald Bennett and Rebecca Bennett*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>―――――――――――――――――――<br>*This document relates to: Bennett, et al. v. Monsanto Company Case No. 3:21-cv-0602-VC* | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS RONALD BENNETT AND REBECCA BENNETT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Graham L. Newman, of the firm Chappell, Smith & Arden, P.A. hereby enters an appearance as counsel for Plaintiffs RONALD BENNETT AND REBECCA BENNETT in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

January 27, 2021                                                         Respectfully Submitted,


                                                        By:     /s/ Graham L. Newman
                                                                Graham L. Newman
                                                                CHAPPELL, SMITH & ARDEN, P.A.

---

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS
Case No. 3:16-md-2741-VC

2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Phone: (803) 929-3600
Fax: (803) 929-3604
gnewman@csa-law.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 27, 2021, I electronically filed NOTICE OF APPEARANCE OF GRAHAM L. NEWMAN ON BEHALF OF PLAINTIFFS RONALD BENNETT AND REBECCA BENNETT with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: January 27, 2021                             Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman
Attorney for Plaintiffs Ronald and Rebecca Bennett