1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
5             elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
11

12 This document relates to:

13 *Mark Proctor and Lois Proctor*
*v. Monsanto Co.*,
14 Case No. 3:21-cv-00172-VC

15

16      **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

17      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

18 ("Monsanto") makes the following disclosures:

19      1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

20      2.      Bayer AG is a publicly held corporation.

21

22

23

24

25

26

27

28

1  DATED:  January 28, 2021                    Respectfully submitted,

2                                              /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth (*pro hac vice*)
3                                              (jhollingsworth@hollingsworthllp.com)
                                               Eric G. Lasker (*pro hac vice*)
4                                              (elasker@hollingsworthllp.com)
                                               HOLLINGSWORTH LLP
5                                              1350 I Street, N.W.
                                               Washington, DC  20005
6                                              Telephone:  (202) 898-5800
                                               Facsimile:   (202) 682-1639
7
                                               *Attorneys for Defendant*
8                                              *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:21-cv-00172-VC