IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *King v. Monsanto Company*, Case No. 3:19-cv-04531-VC | **NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Amy Carter, of the firm Carter Law Group, P.C., hereby enters an appearance as counsel for Plaintiff in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: January 28, 2021

                Respectfully Submitted,

                */s/ Amy Carter*
                Amy Carter
                Texas State Bar No. 24004580
                Heather V. Davis
                Texas State Bar No. 24092324
                CARTER LAW GROUP, P.C.
                5473 Blair Road
                Dallas, TX 75231
                Telephone: (214) 390-4173
                amy@clgtrial.com
                hdavis@clgtrial.com

                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January 2021, I electronically transmitted the foregoing Notice of Appearance to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants associated with this case.

*/s/ Amy Carter*
Amy Carter
