IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  <br><br>This document relates to:  <br><br>*Castro v. Monsanto Company*,  <br>Case No. 3:19-cv-03887-VC | MDL No. 2741  <br><br>Case No. 16-md-02741-VC  <br><br>Honorable Vince Chhabria  <br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Amy Carter, of the firm Carter Law Group, P.C., hereby enters an appearance as counsel for Plaintiff in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: January 28, 2021

                        Respectfully Submitted,

                        */s/ Amy Carter*
                        Amy Carter
                        Texas State Bar No. 24004580
                        Heather V. Davis
                        Texas State Bar No. 24092324
                        CARTER LAW GROUP, P.C.
                        5473 Blair Road
                        Dallas, TX 75231
                        Telephone: (214) 390-4173
                        amy@clgtrial.com
                        hdavis@clgtrial.com

                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January 2021, I electronically transmitted the foregoing Notice of Appearance to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF registrants associated with this case.

*/s/ Amy Carter*
Amy Carter
