**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax:  202-847-4005

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | **MONSANTO COMPANY'S MOTION TO WITHDRAW AS COUNSEL** |

Defendant Monsanto Company respectfully moves this court, pursuant to Local R. 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700(A)(1), for an order allowing Tamarra Matthews Johnson of Wilkinson Stekloff LLP to withdraw her appearance as counsel for Defendant Monsanto Company.

Defendant Monsanto Company will continue to be represented by all noticed counsel of the law firm Wilkinson Stekloff LLP.

| | | |
|---|---|---|
| 1 | DATED: January 29, 2021 | Respectfully submitted, |

*/s/ Tamarra Matthews Johnson*
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonstekloff.com)
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

*Attorneys for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                        */s/ Tamarra Matthews Johnson*