UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION TO WITHDRAW AS COUNSEL** |

This Court, having considered Defendant Monsanto Company's Motion to Withdraw as Counsel of Tamarra Matthews Johnson, finds that the Motion should be and, therefore, is GRANTED.

It is, therefore, ORDERED that the Defendant's Motion to Withdraw as Counsel of Tamarra Matthews Johnson is GRANTED, and that Tamarra Matthews Johnson is withdrawn as counsel for the Defendant Monsanto Company.

DATED:_____, 2021

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE