Britney R. Pennycook
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone:  (312) 346-3191
Fax:          (312) 346-5562
brp@corboydemetrio.com

*Attorney for Plaintiff*
JEAN KAPOLNEK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Jean Kapolnek *v. Monsanto Company*,<br>3:18-cv-04014 -VC | MDL No. 2741<br><br>Case No. MDL No.   3:16-md-2741-VC |

**NOTICE OF APPEARANCE ON BEHALF OF JEAN KAPOLNEK**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　　　PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Britney R. Pennycook of the firm Corboy & Demetrio, P.C., hereby enters an appearance as counsel for Plaintiff, JEAN KAPOLNEK in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 1, 2021　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　By: */s/ Britney R. Pennycook*
　　　　　　　　　　　　　　　　　　　　　　Britney R. Pennycook
　　　　　　　　　　　　　　　　　　　　　　CORBOY & DEMETRIO, P.C.
　　　　　　　　　　　　　　　　　　　　　　33 North Dearborn Street, 21st Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 346-3191
　　　　　　　　　　　　　　　　　　　　　　Fax:          (312) 346-5562
　　　　　　　　　　　　　　　　　　　　　　brp@corboydemetrio.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff,*
　　　　　　　　　　　　　　　　　　　　　　JEAN KAPOLNEK

2

**CERTIFICATE OF SERVICE**

I, Britney R. Pennycook, hereby certify that, on February 1, 2021, I electronically filed NOTICE OF APPEARANCE OF BRITNEY R. PENNYCOOK ON BEHALF OF PLAINTFF, JEAN KAPOLNEK with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 1, 2021                    Respectfully submitted,

*/s/ Britney R. Pennycook*
Britney R. Pennycook
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone:  (312) 346-3191
Fax:           (312) 346-5562
brp@corboydemetrio.com