Britney R. Pennycook
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone:  (312) 346-3191
Fax:            (312) 346-5562
brp@corboydemetrio.com

*Attorney for Plaintiff*
*THOMAS PANICHI*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: <br> *Thomas Panichi. v. Monsanto Company,* <br> 3:19-cv-02763-VC | |

## NOTICE OF APPEARANCE ON BEHALF OF THOMAS PANICHI

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Britney R. Pennycook of the firm Corboy & Demetrio, P.C., hereby enters an appearance as counsel for Plaintiff, THOMAS PANICHI in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 1, 2021                                          Respectfully Submitted,

                                        By: */s/ Britney R. Pennycook*
                                              Britney R. Pennycook
                                              CORBOY & DEMETRIO, P.C.
                                              33 North Dearborn Street, 21st Floor
                                              Chicago, Illinois 60602
                                              Telephone:  (312) 346-3191
                                              Fax:            (312) 346-5562
                                              brp@corboydemetrio.com

                                              *Attorney for Plaintiff,*
                                              *THOMAS PANICHI*

## CERTIFICATE OF SERVICE

I, Britney R. Pennycook, hereby certify that, on February 1, 2021, I electronically filed NOTICE OF APPEARANCE OF BRITNEY R. PENNYCOOK ON BEHALF OF PLAINTFF, THOMAS PANICHI with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 1, 2021

Respectfully submitted,

*/s/ Britney R. Pennycook*
Britney R. Pennycook
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone:  (312) 346-3191
Fax:           (312) 346-5562
brp@corboydemetrio.com