Britney R. Pennycook
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone:  (312) 346-3191
Fax:         (312) 346-5562
brp@corboydemetrio.com

*Attorney for Plaintiff*
GLEN NAULT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. MDL No.   3:16-md-2741-VC |
| This document relates to:<br>Glen Nault *v. Monsanto Company,*<br>3:20-cv-00026-VC | |

## NOTICE OF APPEARANCE ON BEHALF OF GLEN NAULT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Britney R. Pennycook of the firm Corboy & Demetrio, P.C., hereby enters an appearance as counsel for Plaintiff, GLEN NAULT in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 2, 2021                                        Respectfully Submitted,

By: */s/ Britney R. Pennycook*
Britney R. Pennycook
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone:  (312) 346-3191
Fax:         (312) 346-5562
brp@corboydemetrio.com

*Attorney for Plaintiff,*
GLEN NAULT

## **CERTIFICATE OF SERVICE**

I, Britney R. Pennycook, hereby certify that, on February 2, 2021, I electronically filed NOTICE OF APPEARANCE OF BRITNEY R. PENNYCOOK ON BEHALF OF PLAINTFF, GLEN NAULT with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 2, 2021

Respectfully submitted,

*/s/ Britney R. Pennycook*
Britney R. Pennycook
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone:  (312) 346-3191
Fax:          (312) 346-5562
brp@corboydemetrio.com