David F. Northrip
SHOOK , HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri  64108-2613
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
dnorthrip@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br>*Salome Ochoa v. Monsanto Company*<br>Case No.  3:20-cv-05763-VC | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, David F. Northrip, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 2, 2021                                     Respectfully Submitted,

                                    By:  */s/ David F. Northrip*
                                         David F. Northrip
                                         SHOOK , HARDY & BACON L.L.P.
                                         2555 Grand Boulevard
                                         Kansas City, Missouri  64108-2613
                                         Telephone:  (816) 474-6550
                                         Facsimile:  (816) 421-5547
                                         dnorthrip@shb.com

                                         *Attorney for Defendant*
                                         *MONSANTO COMPANY*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   I hereby certify that, on February 2, 2021, I electronically filed NOTICE OF APPEARANCE OF DAVID F. NORTHRIP ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 2, 2021                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 */s/ David F. Northrip*
　　　　　　　　　　　　　　　　　　　　　　　David F. Northrip

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*

---

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4842-2648-4442 v1