1  Jennifer Blues Kenyon
2  SHOOK, HARDY & BACON L.L.P.
   2555 Grand Boulevard
3  Kansas City, Missouri 64108-2613
   Telephone: (816) 474-6550
4  Facsimile: (816) 421-5547
   dnorthrip@shb.com

5  *Attorney for Defendant*
6  *MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Judy Helm v. Monsanto Company* Case No. 3:20-cv-00997 -VC | |

## NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jennifer Blues Kenyon, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 2, 2021                                    Respectfully Submitted,

                                      By:  */s/ Jennifer Blues Kenyon*
                                           Jennifer Blues Kenyon
                                           SHOOK, HARDY & BACON L.L.P.
                                           2555 Grand Boulevard
                                           Kansas City, Missouri 64108-2613
                                           Telephone: (816) 474-6550
                                           Facsimile: (816) 421-5547
                                           dnorthrip@shb.com

                                           *Attorney for Defendant*
                                           *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 2, 2021, I electronically filed NOTICE OF APPEARANCE OF JENNIFER BLUES KENYON ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 2, 2021                          Respectfully submitted,

                                                  /s/ Jennifer Blues Kenyon
                                                 Jennifer Blues Kenyon

                                                 *Attorney for Defendant*
                                                 *MONSANTO COMPANY*