1 | Melissa Nott Davis
2 | SHOOK , HARDY & BACON L.L.P.
  | 125 Summer St., Suite 1220
3 | Boston, MA 02110
  | Telephone: (617) 531-1411
4 | Facsimile: (617) 531-1602
  | mndavis@shb.com
5
  | *Attorney for Defendant*
6 | *MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Lawrence Britt v. Monsanto Company* Case No. 3:20-cv-05367-VC | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Melissa Nott Davis, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 2, 2021                             Respectfully Submitted,

By: */s/ Melissa Nott Davis*
Melissa Nott Davis
SHOOK , HARDY & BACON L.L.P.
125 Summer St., Suite 1220
Boston, MA 02110
Telephone: (617) 531-1411
Facsimile: (617) 531-1602
mndavis@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

---

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4852-3724-5914 v1

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 2, 2021, I electronically filed NOTICE OF APPEARANCE OF MELISSA NOTT DAVIS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 2, 2021                         Respectfully submitted,

                                                 */s/ Melissa Nott Davis*
                                                Melissa Nott Davis

                                                *Attorney for Defendant*
                                                *MONSANTO COMPANY*