| | |
|---|---|
| 1 | Brandon Arber |
| 2 | SHOOK , HARDY & BACON L.L.P. |
|   | 125 Summer St., Suite 1220 |
| 3 | Boston, MA 02110 |
|   | Telephone: (617) 531-1411 |
| 4 | Facsimile: (617) 531-1602 |
|   | mndavis@shb.com |

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Frederick Johnson v. Monsanto Company* Case No. 3:17-cv-05160 -VC | |

## **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Brandon Arber, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 2, 2021                                   Respectfully Submitted,

                                         By:  */s/ Brandon Arber*
                                              Brandon Arber
                                              SHOOK , HARDY & BACON L.L.P.
                                              125 Summer St., Suite 1220
                                              Boston, MA 02110
                                              Telephone: (617) 531-1411
                                              Facsimile: (617) 531-1602
                                              mndavis@shb.com

                                              *Attorney for Defendant*
                                              *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2021, I electronically filed NOTICE OF APPEARANCE OF BRANDON ARBER ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 2, 2021

Respectfully submitted,

*/s/ Brandon Arber*
Brandon Arber

*Attorney for Defendant*
*MONSANTO COMPANY*