# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR PRELIMINARY APPROVAL MOTION** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

I, Elizabeth J. Cabraser, declare as follows:

1. I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and proposed Co-Counsel for Plaintiffs and the proposed Class in the above-captioned matter. I am a member in good standing of the bars of California and the Northern District of California. I submit this declaration in support of Plaintiffs' Administrative Motion for Extension of Page Limit for Preliminary Approval Motion.

2. An extension of the page limit is necessary to explain the programs and details of the proposed Settlement under the applicable Rule 23(e) case law and this District's Procedural Guidance for Class Action Settlements, as well as the comprehensive program for providing notice to the class.

3. Plaintiffs were unable to file this request in advance of filing the Preliminary Approval Motion because of the confidential nature of settlement discussions pursuant to the Court's appointment of a mediator and pursuant to Fed. R. Evid. 408.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 3rd day of February, 2021, in Sebastopol, California.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser