# MESSINA DECLARATION

# EXHIBIT A

# MESSINA C.V.

**Curriculum Vitae of Jim Messina**

Co-Founder – Signal Interactive Media
Founder/CEO – The Messina Group

<u>The Messina Group</u>

Since 2013: Chief Executive Officer -- Provides strategic consulting to political campaigns, advocacy organizations and businesses. Served as senior advisor to Prime Minister David Cameron for the 2015 elections. The Messina Group is a full-service consulting firm that works with organizations in the private, public, and social sectors to achieve their strategic goals. The group assists clients in addressing critical issues and generating custom solutions to their challenges.

<u>Engagements</u>

Prime Minister David Cameron, Prime Minister Theresa May, and The Conservative Party (UK)
2013-2019: Senior Advisor.

Organizing for Action (OFA)
2013-2019: Chairman – OFA supports and advances President Barack Obama's agenda and legacy.

Britain Stronger in Europe
2015-2018: Senior Strategic Advisor.

Priorities USA Action
2014-2016: Co-Chairman – SuperPAC whose efforts and goal were to elect Hillary Clinton as President of the United States.

Obama for America
2011-2012: Campaign Manager -- Served as the campaign manager for President Obama's successful 2012 re-election campaign.
2008: National Chief of Staff-- Responsible for day-to-day budget, political and field operations during the general election.

The White House
2009-2011: Deputy Chief of Staff for Operations -- Served as Deputy Chief of Staff to President Obama. Integral to the passage of the Affordable Care Act and the President's economic stimulus bills.
2008-2009: Director of Personnel -- Served as the Director of Personnel for the Obama-Biden Presidential Transition Team, and helped the President select his Cabinet.

U.S. Senate

2005-2008: Chief of Staff, Senator Max Baucus
2002-2004: Chief of Staff, Senator Byron Dorgan
2001-2002: Campaign Manager, Senator Max Baucus
1995-1999: Legislative Assistant, Senator Max Baucus

U.S. Congress
1999-2001: Chief of Staff, Congresswoman Carolyn McCarthy

<u>Activities:</u>
Member, Board of Directors, Lanzatech New Zealand Ltd., [since 2013]
Member, Board of Directors, Vectra Networks, [since 2014]
Member, Board of Directors, U.S. Soccer Foundation, [since 2015]
Member, Advisory Board, Montana Land Reliance [since 2016]

<u>Education:</u>
BA, Political Science and Journalism, University of Montana, 1993