# GARRETSON DAGP DECLARATION

# EXHIBIT A

# WOLF GARRETSON, LLC QUALIFICATIONS



Wolf Garretson, LLC provides detailed design, coordination and oversight of complex operations in litigation, settlement or other assistance programs related to individuals or businesses that experience a catastrophic event.  Our services help stakeholders in such programs achieve controlled, predictable outcomes.

**Program Design:**  Critical assessment of high-volume litigation, settlement or assistance programs including design of operational protocols and claims / medical evaluation processing workflows (e.g. outreach, screening criteria, qualification criteria, predictive claim progression, claim valuation methodology, and disbursement controls).

**Program Logistics:**  Unique rapid-deployment solutions to respond to key deadlines, including scaling up fully operational claims or medical evaluation centers (e.g. hiring and training of staff, qualification and selection of vendors, systems selection and architecture, operationalizing the claims and / or medical evaluation processing protocols and workflows).

**Program Oversight and Reporting:** Oversight and stakeholder reporting throughout the life of a litigation, settlement or assistance program to measure all key production and budgetary performance metrics.

Relevant experience in select high profile matters:



**PG&E Fire Victim Trust** (Docket No. 8053, Confirmed by United States Bankruptcy Court, Northern District of California)



**Equifax Inc. Customer Data Security Breach Litigation** (MDL Docket 2800, United States District Court, Northern District of Georgia)



**World Trade Center Disaster Site Litigation** (MDL Docket MC100, MC102 and MC103, United States District Court, Southern District of New York)





**Deepwater Horizon Litigation** (MDL 2179, United States District Court, Eastern District Louisiana)



**National Football League Players' Concussion Injury Litigation** (MDL 2323, United States District Court, Eastern District of Pennsylvania).



**Archdiocese of Louisville** (In re: Roman Catholic Bishop of Louisville, Inc., Jefferson Circuit Court, Louisville, Kentucky).



**Archdiocese of Cincinnati Claims Restitution Fund**



**Cincinnati Policing** (Case No. C-1-99-3170, United States District Court, Southern District of Ohio)



**Zyprexa Products Liability Litigation** (MDL 1596, United States District Court, Eastern District of New York)



**Vioxx Products Liability Litigation** (MDL 1657, United States District Court, Eastern District of Louisiana)



**Pelvic Repair System Products Liability Litigation** [a/k/a Transvaginal Mesh] (MDL 2326, United States District Court, Southern District of District of West Virginia)



**Avandia Marketing, Sales Practices, and Products Liability Litigation** (MDL 1871, United States District Court, Eastern District of Pennsylvania)




**Actos Products Liability Litigation** (MDL 2299, United States District Court, Western District of Louisiana)


**Remington Arms Company** (Case No. 4:13-CV-00086-OD) (Western District of Missouri)


**TK Holdings Inc.** (a/k/a Takata Airbags (Case No. 17-11375, United States Bankruptcy Court, District of Delaware)





Matthew Garretson

Matthew Garretson received a BA from Yale University, a law degree at Kentucky's Salmon P. Chase College of Law and a Masters in Theology from Chicago Theological Seminary.

Garretson has served as the special master or administrator of settlement funds and crisis response programs through the country in environmental disaster, product liability, civil rights, sexual abuse and other cases.  In this capacity, Garretson has substantial firsthand experience with the design, oversight and/or administration of hundreds of class action and mass tort resolution programs over 20+ years.

Garretson is also the author of a legal textbook published by West Publishing entitled "Negotiating and Settling Tort Cases," in addition to several articles regarding professional responsibility in settlements. He is a frequent speaker at Continuing Legal Education seminars regarding lawyers' professional responsibilities in class action and other mass tort matters, including The American Association For Justice, The American Bar Association, The Rand Corporation, DRI and dozens of state attorney associations. Garretson also serves as a member of the Advisory Board for Rand Center for Catastrophic Risk Management and Compensation.

 In addition to being co-founder of Wolf Garretson, LLC, Garretson is the co-founder of Signal Interactive Media (www.signalinteractive.com), a firm dedicated to improving the efficacy of class notice through contemporary data analytics and mass media. He is also a founder of BurnBright, LLC (www.BurnBright.com), a firm that provides research, data analytics and technology to create engaging, interactive micro-learning content. Garretson's work with Signal and BurnBright provides him unique insights into creating

21



relevant learning experiences to increase claimant / class member engagement with and participation in settlement or crisis response programs.

He is also the co-Founder and former CEO of The Garretson Resolution Group, Inc ("GRG"), which provides lien resolution and complex settlement administration services in mass torts. In 2018, Garretson led the sale of GRG to Epiq, a worldwide provider of legal services.

When he is not designing or overseeing settlement programs, Garretson spends his time pouring into BurnBright Institute ("BBI"). BBI provides learning management systems for innovators and leaders of non-profit organizations operating in the Dominican Republic, Haiti and Mexico with an emphasis on improving the well-being of vulnerable youth, their families and their communities.

***Speaking Engagements (re: Aggregate Settlements, Legal Ethics & Professional Responsibility)***

- AAJ Annual Meeting '03, '06, '08
- AAJ Hormone Therapy '04
- AAJ Mid-Winter '05, '06
- AAJ Weekend with the Stars '06
- AAJ Nursing Home Litigation Seminar '08
- AAJ Ski Medical Seminar '08
- AAJ Winter Convention '08, '13
- AAJ MSP Teleseminar '12
- American Bar Association Annual Convention '15
- Catholic Health Initiatives '08
- Colorado Trial Lawyers Association Winter Convention '09, '12
- Connecticut Trial Lawyers Association '09
- Consumer Attorneys of California '01, '03, '04, '06, '09
- Consumer Attorneys of Sonoma County '01
- DRI Annual Meeting '07
- DRI Mass Torts MSP Webcast '13
- Duke Law Center for Judicial Studies '16
- Federal Trade Commission, Class Action Notice Workshop '19
- Florida Justice Association '09
- Georgia Trial Lawyers Association '08, '09
- George Washington University Law School '16
- Hamilton Country Trial Lawyers Association '05
- Harris Martin '13, '15, '15, '16, '20
- Hormone Replacement Therapy Seminar '07



- Indiana Trial Lawyers Association '09
- Kansas Trial Lawyers Association '03, '04, '07
- Kentucky Academy of Trial Lawyers '06
- Kentucky Justice Association '08
- Louisiana State Bar Association Admiralty Symposium '07, '13, '14, '15
- Louisiana Bar Mass Tort Symposium '02, '04
- Louisiana State Bar Assoc. Complex Litigation Symposium '13, '16
- Louisiana Trial Lawyers Association Annual '07
- Mass Torts Made Perfect '03, '04, '06, '08, '13
- Mass Torts Made Perfect Judicial Forum '13
- Mealey's Lexis/Nexis Art of Negotiation '07
- Mealey's Lexis/Nexis Contingency Fees '07
- Mealey's Lexis/Nexis Ethics '07
- Mealey's Lexis/Nexis Client Expenses '06
- Mealey's Lexis/Nexis Emerging Drug and Devices '04
- Mealey's Lexis/Nexis MMSEA '08
- Mealey's Medicare & ERISA Liens: New Developments '09
- Mississippi Trial Lawyers Association '02
- Michigan Negligence Law Section '09
- Michigan Association for Justice '08
- Minnesota Trial Lawyers Association '09
- Montana Trial Lawyers Association '08
- New York Academy of Trial Lawyers '07
- Norfolk and Portsmouth Bar Association '03
- NABIS – Medical Issues in Brain Injury '05, '06, '07
- Ohio Academy of Trial Lawyers Annual '03, '04, '05, '06, '07
- Ohio Academy of Trial Lawyers Subrogation Seminar '06
- Ohio Academy of Trial Lawyers Worker's Compensation '07
- Ohio Association for Justice '08, '09
- Insurance/Negligence Seminar '09
- Ohio State Bar Association Annual Convention '06
- Ohio Trial Advocacy Seminar '04, '06
- Oklahoma Trial Lawyers Association '07
- Perrin Conferences '12, '13
- Philadelphia Assn. for Justice '08
- Plaintiff Asbestos Litigation Seminar '07
- Professionally Speaking Seminar '07
- RAND Corporation '16, '17
- San Antonio Trial Lawyers Association '07
- Society of Settlement Planners '07
- TBI Symposium - Brain Injury Association of Ohio '04, '06
- TPL-COB National Conference '07
- Utah Bar Association Annual Seminar '05
- Utah Trial Lawyers Brain Injury '02, '03, '04, '05, '06, '07



- Utah Trial Lawyers Association Annual Convention '07
- Utah Association for Justice '09
- Virginia Trial Lawyers Association '05

*Publications*

- Negotiating and Settling Tort Cases, ATLA / West Publishing (2007). Updated 2013, 2015.
- A Fine Line We Walk: Counseling Clients About the "Form" of Settlement, 13 A.B.A. Prof'l Law. 4, 2002.
- Don't Get Trapped By A Settlement Release, Trial Magazine, September 2003.
- A Practical Approach to Proactive Client-Counseling and Avoiding Conflicts of Interest in Aggregate Settlements, The Loyola University Journal of Public Interest Law, Volume 6, 2004.
- Deferring Attorney Fees: Is There Now a Critical Mass of Enabling Legislation? Ohio Trial, Volume 14, Issue 2, 2005.
- Making Sense of Medicare Set-Asides, Trial Magazine, May 2006.
- What Does the Ahlborn Decision Really Mean? Ohio Trial, Fall 2006.
- Medicare's Reimbursement Claim - The Only Constant is Change, Ohio Trial, Spring 2007.
- One More Thing to Worry About in Your Settlements: The Medicare, Medicaid and SCHIP Extension Act of 2007, Philadelphia Trial Lawyers Association Verdict, Volume 2007, Issue 6.
- Act II – Reporting Obligations for Settling Insurers where Medicare is a Secondary Payer: The Medicare, Medicaid and SCHIP Extension Act of 2007, May 18, 2009.
- Easing Health Care Lien Resolution, AAJ Trial Magazine, October 2010.
- The Medicare, Medicaid and SCHIP Extension Act of 2007, Section 111 Reporting: One More Thing to Worry About in Your Settlements, March 2012.
- The SMART Act: How a New Federal Law Could Fast Track Your Settlements, 2013.





Jason Wolf

Prior to Wolf Garretson, Jason Wolf co-founded The Garretson Resolution Group ("GRG") along with Matt Garretson and served as its President for 12 years. Wolf is recognized as having solved for some of the most complex administrative issues in high scale, high profile and demanding settlement programs.

Wolf's role in building strong business relationships with federal and state healthcare agencies (e.g. Medicare, Medicaid and Veterans Affairs), private healthcare plans and third-party recovery contractors led GRG's success in facilitating fair agreements among interested stakeholders in 100's of aggregate settlements. Similarly, his operational design and management acumen were instrumental to pioneering the field of medical monitoring (programs in use today for both the cleanup workers in BP Oil Spill and retired players in the National Football League).

Wolf is a frequent speaker at legal and healthcare organizations and conferences. Jason earned both his undergraduate and graduate degrees from Eastern Michigan University.

Wolf also is a co-founder of Signal Interactive Media, a firm dedicated to improving the efficacy of class notice through contemporary data analytics and mass media. In addition to the time invested in Wolf Garretson and Signal, Jason is the founder of the Brooklyn Collective and sits on the board of Make It Work, a nonprofit which amplifies upward mobility and inclusivity in the Charlotte region.