# EVELAND DECLARATION

# EXHIBIT A

# VERUS, LLC QUALIFICATIONS

## Mark Eveland
## Verus LLC
## Chief Executive Officer

Mark is a seasoned executive with nearly three decades of experience developing and leading strong teams.

A change leader, creative problem solver, and early adopter of technological solutions, he is an expert in building effective settlement and claims management programs for mass torts, class actions, and insurance runoffs.

Mark began his career with a large consulting firm, assisting clients involved in asbestos, breast implant, and other large-scale product liability cases. Before founding Verus in 2003, he served as operations manager of the largest asbestos claims facility in the country, and went on from there to launch a firm that specialized in third party administration of securities fraud class actions. Throughout his career, Mark has had the pleasure of providing research, discovery, analytics, and settlement administration support to many of the best litigators in the country working to resolve issues with wide-ranging societal effects. Taking a lesson from the strong mentors he has encountered over the years, he and his partners built Verus by hiring intelligent, creative people with a shared commitment to doing impactful work.

## Representative Engagements

Administration of claims for the following settlement funds:

- A&I Corporation Asbestos Bodily Injury Trust
- A-Best Asbestos Settlement Trust
- ABB Lummus Global Inc. 524(g) Asbestos Personal Injury Trust
- ACandS Asbestos Settlement Trust
- ARTRA 524(g) Asbestos Trust
- ASARCO Asbestos Personal Injury Trust
- Brauer 524(g) Asbestos Trust
- Burns and Roe Personal Injury Settlement Trust
- Christy Refractories Asbestos Personal Injury Trust
- Combustion Engineering 524(g) Asbestos Personal Injury Trust
- Congoleum Plan Trust
- CS DIP Liquidating Trust (Small Smiles Dental Clinics class action settlement)
- G-I Holdings Inc. Asbestos Personal Injury Trust
- Granberry v. Pressler and Pressler
- Garlock Sealing Technology Settlement Facility
- H. K. Porter Company Asbestos Trust
- Kaiser Aluminum & Chemical Corporation Asbestos PI Trust

15

- Oakfabco Liquidating Trust
- Oglebay Norton Company Settlement Trust
- Plibrico Asbestos Trust
- Plibrico Silica Trust
- Porter Hayden Asbestos Trust
- T.H Agriculture and Nutrition LLC Asbestos Personal Injury Trust
- United States Mineral Products Company Asbestos PI Settlement Trust
- Williams Emtal Talc Settlement Fund
- Yarway Asbestos Personal Injury Trust

Expert witness and consulting services for the Asbestos Creditors' Committees in the following Chapter 11 cases:

- US Gypsum
- Armstrong World Industries
- G-I Holdings, Inc.
- W.R. Grace

Analytics, Process Improvement Services, and Case Management Services for various plaintiff firms in the following MDLs:

- 3M Combat Arms Earplugs
- Roundup
- Hernia Mesh
- Transvaginal Mesh
- Xarelto
- Hip Implants
- Proton Pump Inhibitors
- IVC Filters
- Knee Implants
- Zantac
- Boy Scouts of America

Analytics and Process Improvement Services for the following healthcare companies:

- Cigna Healthspring
- CVS Health