## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2471 |
| THIS DOCUMENT RELATES TO: | Case No. 3:16-md-02741-VC |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **DECLARATION OF AMIT R. MEHTA, M.D.** |

Amit, R. Mehta, M.D., hereby declares as follows:

1. I have personal knowledge concerning the matters addressed herein, and submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Settlement and Direction of Notice under Fed. R. Civ. P. 23(e) ("Preliminary Approval Motion"). If called as a witness, I could and would testify competently to the facts and opinions set forth in this declaration. I hold all of the opinions set forth herein to a reasonable degree of medical certainty.

2. I am board-certified in hematology and medical oncology and have ten years of clinical practice experience. I earned my Bachelor of Science in Engineering degree in Bioengineering (with a minor in Chemistry) from the University of Pennsylvania in 2000. After earning my medical degree from Rutgers - Robert Wood Johnson Medical School in 2004, I spent an additional three years at Rutgers - Robert Wood Johnson Medical School and completed my residency in internal medicine. Thereafter, I spent three years at Rutgers Cancer Institute and completed my fellowship in hematology and oncology.

3. Immediately thereafter, in 2010, I became a partner in a private practice group, Regional Cancer Care in Durham, North Carolina. At the same time, I founded the GU Malignancies Multidisciplinary Tumor Board and began serving as the Director of Clinical

Research for US Oncology Research. In 2014, I joined the faculty at Duke University Medical Center. In 2016, I opened Premier Hematology and Oncology Center, PLLC in Cary, North Carolina, where I currently practice medicine. In my current practice, approximately 50% of the patients I treat have been diagnosed with Non-Hodgkin's Lymphoma ("NHL"). My curriculum vitae is attached hereto.

4.  During my time at Duke University, I was involved with teaching medical trainees and students about the details of the clinical presentation and management of NHL, and I began rendering second opinions on complex oncology cases at Duke Cancer Institute.

5.  My experience also includes rendering medical expert witness reviews of cases including those regarding specific causation from chemical and environmental agents, and hence I have extensively reviewed the scientific and epidemiological literature relevant to these issues. These include exposure to benzene and development of NHL.

6.  Non-Hodgkin's Lymphoma is a term applied to cancerous tumors that arise from lymphocytes, which are cells of the blood system that normally help protect the body against infection. When lymphocytes develop changes that are medically considered abnormal such that they can multiply and form tumors (i.e., lymph node masses), they are considered cancerous. All non-Hodgkin's lymphomas have this common feature. In 2001, the World Health Organization ("WHO") subdivided NHL cases by the type of lymphocyte from which the lymphoma originated. Broadly, these types include various kinds of B-cell lymphocytes and T-cell lymphocytes, as well as those lymphomas featuring different kinds of lymphoma cell genetic changes. The usefulness of these NHL subtypes is that it guides clinical decision-making on management, as optimal therapy varies based on the NHL subtype. However, all of these cases have certain common clinical and pathologic elements, such as lymph node swelling typically found on physical examination.

7.  In the management and treatment of NHL, having board certification in both hematology and medical oncology is considered to have significant value in the medical field. To

provide the best management recommendations to a patient, multiple nuances go into the decision-making analysis. Therefore, the extra training and achieving both board certifications has practical benefits for best patient care.

8. Based upon my experience treating patients, and based upon my regular review of medical journals and published studies in connection with my keeping abreast of developments in medicine and science related to the diagnosis, treatment and possible causes of NHL, I know that there are numerous factors that increase one's likelihood of developing NHL, and often the specific subtype of NHL. Those factors include medical history of various conditions, general physical health, age, diet, and chemical and environmental exposures. That being said, for many of the NHL patients whom I have treated, no clear causal link was apparent.

9. I understand that the allegations made by the plaintiffs in this case are that exposure to Roundup can cause NHL.

10. I have been asked by Class Counsel to opine on the Group A and Group B Medical Conditions set forth in Exhibit 5 to the proposed Class Action Settlement Agreement ("Settlement Agreement") attached to the Preliminary Approval Motion.

11. Under the terms of the proposed Settlement Agreement, I understand that Class Members who make claims for Claims Program Awards will be placed into the tiers set forth on Exhibit 5, which placement will determine the maximum amount that a Class Member with an NHL diagnosis can recover under the Settlement.

12. I further understand that tier placement may be determined, in part, by whether or not a Class Member has a Group A and/or Group B Medical Condition.

13. The Group A and Group B Medical Conditions purport to gauge an individual's risk of developing NHL based upon factors other than exposure to Roundup, so-called confounding or background factors.

14. Class Counsel asked me to review certain relevant scientific articles and studies, and I also conducted my own research, regarding a Class Member's potential circumstances, such as medical history/family medical history, in terms of other diseases and conditions, and medications/treatments, which are included among the Group A and Group B Medical Conditions, in order to determine whether such inclusions are reasonable in terms of the relative risks of developing NHL, independent of Roundup exposure. Attached hereto is a non-exhaustive list of publications which I reviewed in connection with this declaration.

15. My opinion, within a reasonable degree of scientific and medical certainty, is that there are supporting scientific/medical data such that it is reasonable to include each of the conditions set forth in the Group A and Group B Medical Conditions in Exhibit 5, as posing, respectively, a significantly increased risk or a moderately increased risk of developing NHL.

16. This Declaration is being submitted in connection with the Preliminary Approval Motion. I understand that, should the Court grant the Preliminary Approval Motion, there will be an opportunity for me to submit a more comprehensive report in support of a motion for final approval of the Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____Cary_____, North Carolina, this 2nd day of _February_, 2021.

_____
Amit R. Mehta, M.D.

**Publications Reviewed**

1) American Cancer Society, Non-Hodgkin's Lymphoma Risk Factors, https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html.

2) Castillo, J, et al., Increased incidence of non-Hodgkin lymphoma, leukemia, and myeloma in patients with diabetes mellitus type 2: a meta-analysis of observational studies. Blood. 2012 May 24;119(21):4845-50.

3) Catassi, C, et al., Italian Working Group on Coeliac Disease and Non-Hodgkin's-Lymphoma. Risk of non-Hodgkin lymphoma in celiac disease. JAMA. 2002 Mar 20;287(11):1413-9.

4) Chiu, B C-H, et al., Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma. Cancer Epidemiology, Biomarkers & Prevention. 2004;13(4):525-31.

5) Dalia S, Chavez J, Castillo JJ, Sokol L., Hepatitis B infection increases the risk of non-Hodgkin lymphoma: a meta-analysis of observational studies. Leuk Res. 2013 Sept.;37(9):1107-15.

6) DePaola, N, Coggins, H, Breast Implant-Associated Anaplastic Large Cell Lymphoma: What We Know. Adv Pract Oncol 2019;10(1):54–61.

7) De Sanjose, S, Benavente Y, Vajdic, CM, et al., Hepatitis C and non-Hodgkin lymphoma among 4784 cases and 6269 controls from the International Lymphoma Epidemiology Consortium. Clin Gastroenterol Hepatol. 2008 Apr;6(4):451-8.

8) Engels, EA, et al., Hepatitis C virus infection and non-Hodgkin lymphoma: Results of the NCI-SEER multi-center case-control study. 111 Int'l J. Cancer 76 (2004).

9) Engels, EA, Infectious agents as causes of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers & Prev. 2007 Mar.;16(3):401-04.

10) Evens, AM, Blum, KA (Eds.), Non-Hodgkin Lymphoma, Pathology, Imaging, and Current Therapy. DOI 10.1007/978-3-319-13150-4 (Springer 2015).

11) Fallah, M, et al., Autoimmune diseases associated with non-Hodgkin lymphoma: a nationwide cohort study. 25 Annals of Oncology 2025 (2014).

12) Goldin, L, et al., Autoimmunity and Lymphomagenesis. 124 Int'l J. Cancer 1497-1502 (Jan. 2009).

13) Han, M, et al., Cancer Risk in Patients with Intestinal Behçet's Disease: A Nationwide Population-Based Study. Gut and Liver, Vol. 12, No. 4, July 2018, pp. 433-439.

14) Hemminki, K, et al., Seminars in Cancer Biology, Autoimmune diseases and hematological malignancies: Exploring the underlying mechanisms from epidemiological evidence. Seminars in Cancer Biol. doi: 10.1016/j.semcancer.2019.06.005.

15) Kim CJ, et al., Risk of non-Hodgkin lymphoma after radiotherapy for solid cancers. Leuk Lymphoma. 2013 Aug.;54(8):1691-1697.

16) Krishnan, B, Morgan, GJ, Non-Hodgkin Lymphoma Secondary to Cancer Chemotherapy. Cancer Epidemiol Prev 2007;16(3):377-80.

17) McDuffie, HH, et al., Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health. 10 Cancer Epidemiol, Biomarkers & Prev. 1155-63 (2001).

18) Mellemkjaer, L, et al., Autoimmune Disease in Individuals and Close Family Members and Susceptibility to Non-Hodgkin's Lymphoma. 58 Arthritis & Rheumatism 657 (2008).

19) Na, R, et al., Iatrogenic immunosuppression and risk of non-Hodgkin lymphoma in solid organ transplantation: A population-based cohort study on Australia. British J of Haematol. 2016 May;174:550-62.

20) Schöllkopf, C, et al., Borrelia infection and risk of non-Hodgkin lymphoma. Blood. 2008;111(12):5524-5529.

21) Smedby, KE, et al., Autoimmune disorders and risk of non-Hodgkin lymphoma by subtypes: a pooled analysis within the InterLymph Consortium. Blood. 2008;111(8):4029-38.

22) Taborelli, M, et al., Hepatitis B and C viruses and risk of non-Hodgkin lymphoma: a case control study in Italy. Infectious Agents and Cancer. 2016; 11(27):1-6.

23) Wang, L-H, et al., Risk of Overall and Site-specific Cancers in Behçet Disease: A Nationwide Population-based Study in Taiwan. J Rheumatol. 2015 May; 42(5):879-84.

24) Wang, S, et al., Family history of hematopoietic malignancies and risk of non-Hodgkin lymphoma (NHL): a pooled analysis of 10 211 cases and 11 905 controls from the International Lymphoma Epidemiology Consortium (Interlymph). Blood. 2007;109(8):3479-3488.

25) Wang, Y, et al., Association between type 1 and type 2 diabetes and risk of non-Hodgkin's lymphoma: A meta-analysis of cohort studies. Diabetes & Metab. 2020;46:8-19.

26) Zahm, SH, et al., The Role of Agricultural Pesticide Use in the Development of non-Hodgkin's Lymphoma in Women. Arch Environ Health. 1993 Sep-Oct;48(5):353-58.