# MEHTA DECLARATION

# EXHIBIT A

# MEHTA C.V.

# Amit R. Mehta, MD
(919) 407-9427
amitmehta@premierheme.com

---

**Current Status:**         Hematologist/Oncologist in active practice:
Premier Hematology & Oncology Center (Cary, NC)

**Education:**

Jul 2007 – Jun 2010         Rutgers Cancer Institute (New Brunswick, NJ)
- Completed Fellowship in Hematology and Oncology

Jul 2004 – Jun 2007         Rutgers – Robert Wood Johnson Medical School
- Completed Residency in Internal Medicine

Aug 2000 – Jun 2004         Rutgers – Robert Wood Johnson Medical School
- **Degree: Doctor of Medicine (M.D.)**

Sep 1996 – May 2000         University of Pennsylvania; Philadelphia.
- Degree: B.S.E. in Bioengineering, with Minor in Chemistry
- Cumulative GPA: 3.7/4.0
- Graduated *magna cum laude* in May 2000

Sep 1992 – Jun 1996         Graduated as valedictorian from Nutley High School; Nutley, NJ.
- Rank 1/253, GPA 4.0/4.0

**Active Licenses:**         North Carolina and South Carolina

**Certifications:**          Board-certified in **Medical Oncology**
Board-certified in **Hematology**

**Work Experience:**

Feb 2016 – current           Premier Hematology & Oncology Center, PLLC (Cary, NC)
- President & Owner
- Expertise in thromboembolic disease, bleeding disorders, and hematologic malignancy (leukemia, lymphoma, and myeloma)
- Expertise in medical oncology including a strong focus in prostate cancer

2011 – current               National Lecturer
- Continuing Medical Education and Drug Therapies
- Audience: Oncologists, Cardiologists, Surgeons, Primary Care Physicians, Emergency Department Physicians
- Topics include prostate cancer, cancer emergencies, multiple myeloma, blood thinners (anticoagulants) and blood clotting

2014 – 2016                  Duke Cancer Institute: Duke University Medical Center
- Rendered second opinions on complex oncology cases often
- On faculty with extensive involvement in teaching and research

2010 – 2014              Regional Cancer Care (Durham, NC) – US Oncology
- Shareholder (partner) in private practice group
- Director of Clinical Research with US Oncology Research
- Founder, GU Malignancies Multidisciplinary Tumor Board

**Additional Areas of Legal Expertise:**
- Delay in Cancer Diagnosis
- Chemical & Environmental Exposures and Development of Cancer
- Chemotherapy Side Effects
- Experience giving live depositions

**Research Focus:**
- Epidemiology and risk factors leading to cancer development
- Clinical trials with novel cancer therapies and drug combinations
- Identifying markers predicting benefit to cancer therapies
- Disease conditions involved in research including prostate, lung, breast, kidney, and leukemia
- Presented research at multiple prominent conferences including The American Society of Hematology (ASH) and American Society of Clinical Oncology (ASCO) meetings

**Hospital Privileges:**
- Duke University Health System (Durham, NC)
- WakeMed Hospital (Raleigh & Cary, NC)

**Medical Societies:**
- American Society of Clinical Oncology (ASCO)
- American Society of Hematology (ASH)

**Publications:**

1. Amit Mehta, Mark Stein, Susan Goodin, S. Yao, J. Shih, R. DiPaola. Pre-Treatment PSA Doubling Time (PSA DT) Predicts Biochemical Response to Chemotherapy in Patients with Androgen Sensitive PSA Progression after Local Therapy. 2006 American Society of Clinical Oncology Proceedings Part I. Vol 24, No. 18S: 14528, 2006

2. Amit Mehta, Mark N. Stein, Susan Goodin, S. Doyle-Lindrud, M. Todd, E. Rubin, E. White, Chandrika Jeyamohan, Dorinda Metzger, R. S. DiPaola. A Phase II Trial of 13-cis Retinoic Acid, Interferon, Docetaxel, and Estramustine (RITE) for the Treatment of Hormone Refractory Prostate Cancer (HRPC). 2007 American Society of Clinical Oncology Proceedings Part I. Vol 25, No. 18S, 15542, 2007

3. Amit Mehta, Rishi Anand, Mark N. Stein, W. J. Shih, S. Goodin, R. S. DiPaola. Long-term Outcomes of Patients Treated with Docetaxel for Hormone-Dependent Prostate-Specific Antigen Progression after Local Therapy for Prostate Cancer. Journal of Clinical Oncology Vol 26, May 20 Supplement, Abstract 16030, 2008.

4. Shao Y, Demissie K, Shih W, Mehta AR, Stein MN, Roberts CB, DiPaola RS, Lu-Yao GL. Contemporary Risk Profile of Prostate Cancer in the United States. Journal of the National Cancer Institute 101: 1280-1283, 2009.

5. Mehta AR, Salaru G, Harrison JS. Stomatocytosis Heralding a Case of Acute Wilsonian Crisis. Annals of Hematology 89: 527-529, 2010. (Epub 2009 Sep 24)

6. Shao Y, Albertsen PC, Roberts CB, Lin Y, Mehta AR, Stein MN, DiPaola RS, Lu-Yao GL. Risk Profiles and Treatment Patterns Among Men Diagnosed as Having Prostate Cancer and a Prostate-Specific Antigen Level Below 4.0 ng/mL. Archives of Internal Medicine 170(14): 1256-1261, 2010.

7. Roberts CB, Albertsen PC, Shao YH, Moore DF, Mehta AR, Stein MN, Lu-Yao GL. Patterns and correlates of prostate cancer treatment in older men. Am J Med. 124(3): 235-243, 2011.

8. Gollerkeri A, Gordon MS, Burke JM, Hauke R, Tomasek J, Richards DA, DiSimone C, Tykodi SS, Mehta AR, Chen C, Perea R, Vogelzang NJ. Phase Ib safety trial of CVX-060, an intravenous humanized monoclonal CovX body inhibiting angiopoietin 2 (Ang-2), with axitinib in patients with previously treated metastatic renal cell cancer. Journal of Clinical Oncology Vol. 31S, abstract 2533, 2013.

9. Saad F, Fizazi K, Jinga V, Efstathiou E, Fong PC, Hart LL, Jones R, McDermott R, Wirth M, Suzuki K, MacLean DB, Wang L, Akaza H, Nelson J, Scher HI, Dreicer R, Webb IJ, de Wit R, ELM-PC 4 investigators (Mehta AR). Orteronel plus prednisone in patients with chemotherapy-naive metastatic castration-resistant prostate cancer (ELM-PC 4): a double-blind, multicentre, phase 3, randomised, placebo-controlled trial. Lancet Oncology. 16(3): 338-48, 2015.

10. Mehta AR and Armstrong AJ. Tasquinimod in the treatment of castrate-resistant prostate cancer – current status and future prospects. Therapeutic Advances in Urology. 1-10, Sept 16, 2015.

11. McBride A, Nayak P, Kreychman Y, Todd L, Duliege AM, Mehta AR. Fostamatinib disodium hexahydrate: a novel treatment for adult immune thrombocytopenia. Am J Manag Care. 2019 Nov;25(19 Suppl):S347-S358.

**HemOnc Today Articles:**

1. Mehta AR. Focusing on Research in Fellowship. HemOnc Today. 10 (7): 34-36, 2009.

2. Mehta AR. Recognizing Gemcitabine-Induced Thrombotic Thrombocytopenic Purpura. HemOnc Today. December 10, 2009.

3. Mehta AR. Bilateral Lung Lesions with Primary Papillary Thyroid Cancer. HemOnc Today. 11(5): 18, 2010.

4. Mehta AR. Eosinophilia with Bladder Cancer. HemOnc Today. June 10, 2010.

5. Mehta AR. Small Cell Lung Cancer Requires Complex Therapeutic Challenges. HemOnc Today. September 10, 2010.

6. Mehta AR. Severe Pancytopenia a Clue to Waldenström's Macroglobulinemia. HemOnc Today. December 10, 2010.

7. Mehta AR. Paroxysmal Nocturnal Hemoglobinuria: A Rare Disorder. HemOncToday. 12(5): March 10, 2011.

8. Mehta AR. Thorough follow-up of medical history reveals unexpected diagnosis. HemOnc Today. June 10, 2011.

9. Mehta AR. A 41-year-old woman with a transforming lymphoma. HemOnc Today. September 10, 2011.

10. Mehta AR. An 83-year-old woman with abnormal blood count, worsening pancytopenia. HemOnc Today. October 25, 2011.

11. Mehta AR. Progression of prostate cancer in an 80-year-old male. HemOnc Today. December 10, 2011.

12. Mehta AR. Side effects and bone health in a 53-year-old male on ADT. HemOnc Today. May 10, 2012.

**Presentations:**

1. "Pre-Treatment PSA Doubling Time Predicts Biochemical Response to Chemotherapy in Patients with Androgen Sensitive PSA Progression after Local Therapy", 2006 ASCO Prostate Symposium, San Francisco, CA, 2/25/06

2. "Pre-Treatment PSA Doubling Time Predicts Biochemical Response to Chemotherapy in Patients with Androgen Sensitive PSA Progression after Local Therapy", 2006 CINJ Annual Retreat, Piscataway, NJ, 5/25/06

3. "A Phase II Trial of 13-cis Retinoic Acid, Interferon, Docetaxel, and Estramustine for the Treatment of Hormone Refractory Prostate Cancer", 2007 ASCO Prostate Symposium, Orlando, FL, 2/22/07

4. "Long-term Outcome of Patients Treated with Docetaxel for Hormone-Dependent Prostate-Specific Antigen Progression After Local Therapy for Prostate Cancer", 2008 ASCO Genitourinary Cancers Symposium, San Francisco, CA 2/15/08

5. "Long-term Outcome of Patients Treated with Docetaxel for Hormone-Dependent Prostate-Specific Antigen Progression After Local Therapy for Prostate Cancer", 2008 CINJ Annual Retreat, Piscataway, NJ, 5/28/08

6. "The Contemporary Profile of Prostate Cancer in the United States", 2009 Rutgers Research Conference, New Brunswick, NJ, 5/6/09

7. "Patterns and Correlates of Cancer Therapy in Older Men with Localized Prostate Cancer", 2010 Rutgers Research Conference, New Brunswick, NJ, 5/12/10.

8. "Phase Ib safety trial of CVX-060, an intravenous humanized monoclonal CovX body inhibiting angiopoietin 2 (Ang-2), with axitinib in patients with previously treated metastatic renal cell cancer", 2013 ASCO Annual Meeting, Chicago, IL.