EXHIBIT A

# Ackley, John L. (SHB)

**From:** Conley, Ruth S. (SHB)
**Sent:** Tuesday, January 5, 2021 3:03 PM
**To:** 'matt.willis@bcoonlaw.com'
**Cc:** Ackley, John L. (SHB)
**Subject:** Russell Ayers, et al. - Deficiency letters for failure to Submit PFS
**Attachments:** Ayers, et al - Deficiency Letters for Failure to Submit PFS.zip

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Russell Ayers | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Suzanne Bayer | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Lee Eggleston | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Teresa Jewell | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Edgar Millner [Estate of William Millner] | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Elsie Mulch | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| James Norton | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Amalia Nye [Estate of Sturdevant Nye] | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Charles Premoe | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Eddie Smith | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Julie Beal [Estate of James Stricklin] | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Paul Timberlake | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |

Dear Counsel:

Attached, please find correspondence regarding a delinquent plaintiff fact sheet for the Plaintiffs indicated above.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of the attached letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that fail to provide a completed PFS.

Please understand that due to recent events involving the COVID-19 pandemic, you will not receive a hard copy of this notice in the mail.

Best Regards,

**Ruth S. Conley**
*Paralegal to John L. Ackley*

Shook, Hardy & Bacon L.L.P.
*713-546-5630 [Direct]|* rconley@shb.com

