# EXHIBIT B

## Ackley, John L. (SHB)

| | |
|---|---|
| **From:** | Conley, Ruth S. (SHB) |
| **Sent:** | Tuesday, January 5, 2021 2:16 PM |
| **To:** | 'griegomnick@yahoo.com' |
| **Cc:** | Ackley, John L. (SHB) |
| **Subject:** | Griego, Nick M [Est. of Sylvia Solis] - Deficiency letter for failure to Submit PFS |
| **Attachments:** | Griego, Nick [Est of Sylvia L. Solis] -Deficiency letter for failure to submit PFS.pdf |

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Nick Manuel Griego [Estate of Sylvia Lillian Solis] | 3:20-cv-07391 | December 23, 2020 | January 5, 2021 |

Dear Counsel:

Attached, please find correspondence regarding a delinquent plaintiff fact sheet for the Plaintiff indicated above.

Plaintiff has seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of the attached letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that fail to provide a completed PFS.

Please understand that due to recent events involving the COVID-19 pandemic, you will not receive a hard copy of this notice in the mail.

Best Regards,

**Ruth S. Conley**
*Paralegal to John Ackley*

Shook, Hardy & Bacon L.L.P.
*713-546-5630 [Direct]*| rconley@shb.com



1