# EXHIBIT C



January 5, 2021

**VIA ELECTRONIC MAIL**

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Tuesday, January 5, 2021.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4816-5507-1958

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Russell Ayers | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Suzanne Bayer | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Lee Eggleston | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Teresa Jewell | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Edgar Millner<br>[Estate of William Millner] | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Elsie Mulch | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| James Norton | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |

4816-5507-1958

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Amalia Nye<br>[Estate of Sturdevant S. Nye] | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Charles Premoe | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Eddie Smith | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Julie Beal<br>[Estate of James Stricklin] | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Paul Timberlake | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-05366 | December 23, 2020 | January 5, 2021 |
| Nick Manuel Griego<br>[Est. of Sylvia Lillian Solis] | Nick Manuel Griego<br>5802 Imperial Topaz<br>San Antonio, TX 78222 | 3:20-cv-07391 | December 23, 2020 | January 5, 2021 |
| Johnetta Scheh<br>[Estate of Donald Scheh] | J. Martin Clauder<br>Law Offices of J. Martin Clauder<br>P.O. Box 171<br>Gonzales, TX 78629 | 3:20-cv-02427 | December 23, 2020 | January 5, 2021 |

4816-5507-1958

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.