UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Lee Eggleston*, Cause No. 3:20-cv-05366-VC (N.D. Cal) <br><br> *William Millner*, Cause No. 3:20-cv-05366-VC (N.D. Cal) <br><br> *Elsie Mulch*, Cause No. 3:20-cv-05366-VC (N.D. Cal) <br><br> *Paul Timberlake*, Cause No. 3:20-cv-05366-VC (N.D. Cal) <br><br> *Sylvia Solis*, Cause No. 3:20-cv-07391-VC (N.D. Cal) | |

**PROPOSED ORDER ON MONSANTO'S
MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiffs' Complaints for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this _____ day of _____, 2021;

**ORDERED** that the Complaints of the following Plaintiffs are hereby dismissed with prejudice: Lee Eggleston, William Millner, Elsie Mulch, Paul Timberlake, and Sylvia Solis; and

**ORDERED** that a signed copy of this Order be served upon all counsel within seven (7) days of the date hereof.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT