UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2741 |
|  | : | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | : : : |  |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | : : |  |

**AFFIDAVIT OF MICHAEL L. GROSSBARD, M.D. IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**

I, Michael L. Grossbard, hereby certify, under penalty of perjury, the following:

1. I am a medical oncologist and a Professor of Medicine at NYU School of Medicine. I am board certified in Internal Medicine (1989) and in Medical Oncology (1991; re-certified 2001 and 2011). I am currently the Section Chief for Hematology at NYU Langone Health and the Perlmutter Cancer Center as well as the Section Chief, Hematology/Oncology, Tisch Hospital.

2. Along with my current positions in administration, I evaluate and treat 200-250 new patients with non-Hodgkin's lymphoma ("NHL") each year and remain as the primary oncologist for hundreds of other patients with lymphoma who have previously completed therapy. I have published extensively in the area of non-Hodgkin's lymphoma and also have published in the areas of breast cancer, gastrointestinal oncology, thoracic oncology and melanoma. I have served on several editorial boards in the past, including as a member of the editorial boards of *The Oncologist* (section editor, Lymphoma) and *Clinical Lymphoma*. A copy of my curriculum vitae is attached

to this Affidavit as Exhibit A. All of the opinions discussed below are offered to a reasonable degree of medical certainty.

3. As a medical oncologist, I understand that the etiology of NHL is multifactorial and may be related to genetic, biological and environmental factors. For most cases of NHL, the specific underlying etiology remains unknown. However, there are a variety of risk factors that increase the likelihood for developing NHL. Some of these risk factors are specific to the development of particular subtypes of the disease.

**Age as a Risk factor for NHL**

4. One of the most significant risk factors for developing NHL is age. The disease is more common in older than younger individuals. The median age of NHL at diagnosis is 67 years old, with most cases falling between ages 55 and 84. https://seer.cancer.gov/statfacts/html/nhl.html. Additionally, the American Cancer Society notes that the risk of developing NHL increases with age, as more than half of NHL patients are 65 or older at the time of diagnosis. https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html.

**Group A Medical Conditions**

5. The Group A medical conditions outlined in the Class Action Settlement Agreement consist of conditions currently known to be a separate cause of NHL and/or separate risk factors known to convey a significantly increased risk of NHL. The Group A factors include: First Degree Relative with NHL; First Degree Relative with Other Lymphoma, Leukemia, or Myeloma; Organ or Stem Cell Transplant; Autoimmune Disorders; Epstein-Barr virus; Certain Immunosuppressive Medications; HIV/AIDS; Hepatitis C virus; Bacterial infections (e.g., *C. psittaci* if associated with ocular lymphoma, *H. pylori* if associated with gastric MALT lymphoma); and radiation exposure as treatment for prior cancer.

6. **First Degree Relative with NHL.** Medical literature shows that there is an increased risk of NHL for individuals who reported first-degree relatives with NHL. For example, Wang et al. 2007 confirmed this link, finding an elevated NHL risk for individuals who reported first-degree

relatives with NHL (OR: 1.5 with 95% CI 1.2-1.9). *See also* Cerhan 2015 (finding a 1.7 fold (95% CI 1.4-2.2) risk of developing NHL for individuals with NHL among their first-degree relatives), Cerhan 2014 (finding a nearly twofold increase in risk of DLBCL in those with a family history of any type of NHL (OR 1.95 with 95% CI 1.54-2.47)), Morton 2014 (finding family history of NHL increased risk for NHL overall by 1.79 with 95% CI 1.51-2.13), Altieri 2005 (finding that a "familial history of NHL significantly increased the risk for NHL ([standardized incidence ratio (SIR)]parent = 1.8 [with 95% CI (1.4-2.2)]; SIRsibling = 1.9 [with 95% CI (1.1-3.2)]) and for diffuse large B-cell lymphoma (SIRparent = 2.3 [with 95% CI (1.2-3.8)]), follicular lymphoma (SIRsibling = 2.3 [with 95% CI 1.1-4.8)]), and B-cell lymphoma not otherwise specified (NOS) (SIRsibling = 3.4 [with 95% CI 1.5-6.8])").

7. **First Degree Relative with Other Lymphoma, Leukemia, or Myeloma.** Patients with a history of a first degree relative with leukemia and other hematopoietic cancers such as Hodgkin's lymphoma and multiple myeloma are at increased risk of developing NHL. For example, Chiu et al. 2004, there was a 2.7 fold (95% CI 1.9-3.7) increased risk of developing NHL for individuals with a history of hematopoietic cancer among first-degree relatives. Wang et al. 2007 also found that individuals who reported first-degree relatives with leukemia had an elevated risk of developing NHL. (O.R. 1.4 with 95% CI (1.2-2.7)). Chiu et al. 2004 showed a 2.7 fold risk (95% CI 1.9-3.7) of developing NHL for individuals who reported a history of hematopoietic cancer (including leukemia) among first-degree relatives. *See also* Cerhan 2015 (reporting an elevated NHL risk for those who reported first-degree relatives with leukemia, OR 1.5 with 95% CI 1.3-1.8).

8. **Autoimmune Disorders.** Patients with autoimmune disorders have an increased incidence of NHL. A pooled analysis of over 29,000 people showed that patients with certain autoimmune conditions had an increased risk of NHL. For example, patients with Sjogren's syndrome were 6.56 (with 95% CI (3.10-13.9)) times more likely to develop NHL (Smedby et al. 2008). Fallah 2014 also lists a variety of immune disorders associated with NHL, including immune

thrombocytopenic purpura (SIR 7.5 with 95% CI 5.9-9.4), polymyositis/dermatomyositis (SIR 4.1 with 95% CI 2.8-5.6), primary biliary cirrhosis (SIR 3.9 with 95% CI 2.6-5.6), myasthenia gravis (SIR 2.2 with 95% CI 1.4-3.3), Behcet's disease (SIR 1.7 with 95% CI 1.1-2.6), rheumatoid arthritis (SIR 2.0 with 95% CI 1.8-2.1), autoimmune hemolytic anemia (SIR 27.2 with 95% CI 25.1-34.0), systemic lupus (SIR 4.4 with 95% 3.6-5.3), Sjogren's syndrome (SIR 4.9 with 95% 4.2-5.8), Hashimoto thyroiditis (SIR 1.4 with 95% 1.2-1.6), polymyalgia rheumatica (SIR 1.4 with 95% 1.2-1.6), chronic rheumatic heart disease (SIR 1.4 with 95% CI 1.1-1.7), polyarteritis nodosa (SIR 2.9 with 95% CI 1.6-4.7), discoid lupus erythematosus (SIR 2.7 with 95% CI 1.6-4.1), sarcoidosis (SIR 2.6 with 95% CI 2.2-3.1), systemic sclerosis (SIR 2.1 with 95% CI 1.6-2.7), psoriasis (SIR 1.4 with 95% CI 1.2-1.6), ulcerative colitis (SIR 1.5 with 95% CI 1.3-1.7), Crohn's disease (SIR 2.2 with 95% CI 1.9-2.6) and Celiac disease[1] (SIR 4.8 with 95% CI 4.1-5.7) (Fallah 2014).  *See also* Mellemkjaer 2008 (concluding "strong relationship of personal history of systemic autoimmune disease with NHL risk," and finding an OR of 2.6; 95% CI (1.6–4.2) for autoimmune hemolytic anemia), Miller 2018 (finding a risk of developing NHL in individuals with RA, Sjogren's and systematic lupus), Kang 2020 (finding an elevated risk of NHL in connection with Sjogren's, with SIR: 6.45, 95% CI 4.05-8.83), Smedby et al. 2006 ("Risks of all NHL were increased in association with rheumatoid arthritis (OR = 1.5, 95% CI = 1.1 to 1.9), primary Sjögren syndrome (OR = 6.1, 95% CI = 1.4 to 27), systemic lupus erythematosus (OR = 4.6, 95% CI = 1.0 to 22), and celiac disease (OR = 2.1, 95% CI = 1.0 to 4.8)"), Smedby et al. 2008 (OR of 2.57 with 95% CI (1.27-5.21) for autoimmune hemolytic anemia and NHL, and OR 6.21 with 95% (2.82-13.6) for Celiac disease and T-cell lymphoma), Goldin 2009 (finding associations between NHL and various autoimmune disorders, including discoid lupus erythematosus (OR 4.1 with 95% CI (1.4-12)), polyarteritis nodosa (OR 5.8 with 95% CI (1.5-22)), Hashimoto thyroiditis (OR 3.0 with 95% CI (1.2-7.5)), Crohn's disease (OR 2.1 with 95% CI (1.3-3.2)), psoriasis (OR 1.7 with 95% CI (1.2-

---

[1] The Class Action Settlement Agreement provides that Celiac disease is a Group A Medical Condition only if the Class Member has enteropathy associated T-cell lymphoma.

2.4)), sarcoidosis (OR 1.9 with 95% CI (1.3-2.7)), immune thrombocytopenic purpura (OR 2.4 with 95% CI (1.0–5.5)), myasthenia gravis (OR 2.3 with 95% (1.0–5.6)) and autoimmune hemolytic anemia (OR 5.0 with 95% CI (2.5–9.7), Hemminki 2019 (SIR 27.2; with 95% CI (21.5-34.0) for autoimmune hemolytic anemia, SIR 4.8 with 95% CI (4.1-5.7) for Celiac disease, SIR 1.7 with 95% CI (1.1-2.6) for Behcet's disease, SIR 7.5 with 95% CI (5.9-9.4) for immune thrombocytopenic purpura, SIR 2.2 with 95% CI (1.4-3.3) for myasthenia gravis, SIR 3.9 with 95% CI (2.6-5.6) for primary biliary cirrhosis), Wang 2015 (SIR 8.33 with 95% CI (2.12–22.68) for Behcet's disease), Wang 2019 (pooled risk ratio of 6.98 with 95% CI (1.17, 12.79) for Behcet's disease), Catassi 2002 (OR 3.1 with 95% CI (1.3-7.6) for Celiac disease) and Engels 2016 (OR. 8.09 with 95% CI (4.36-15.02) for Celiac disease and T-cell lymphoma).

9. **Certain Immunosuppressive Medications.** The Mayo Clinic considers immunosuppressive medications to be risk factors for NHL. Immunosuppressive therapy reduces the body's ability to eradicate abnormal clones of malignant B and T-cells (lymphomas) that develop in the immunosuppressed patient. https://www.mayoclinic.org/diseases-conditions/non-hodgkins-lymphoma/symptoms-causes/syc-20375680. Various immunosuppressive drugs have been associated with NHL, including infliximab (OR 1.93 with 95% 1.16–3.20), adalimumab (OR 1.93 with 95% 1.16–3.20), etanercept (OR 1.93 with 95% 1.16–3.20), golimumab (OR 1.93 with 95% 1.16–3.20), and certolizumab pegol (OR 1.93 with 95% 1.16–3.20) (Calip 2018); azathioprine and 6-mercaptopurine (SIR 4.18 with 95% CI 2.07–7.51) (Kandiel 2005); cyclosporin (OR 1.47 with 95% CI (1.03-2.08) (Opelz 1993). In addition, the American Cancer Society lists certain immunosuppressive drugs as a risk factor for NHL. https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html. *See also* Bebb 2002 (finding an increase in NHL in organ transplant patients undergoing immunosuppressive therapy).

10. **Organ or Allogeneic Stem Cell Transplant.** A suppressed immune system after receiving an organ transplant can contribute to an increased risk of NHL. One large study published in the British Journal of Cancer found that patients who had received an organ transplant were 6.2

times more likely (SIR 6.2 with 95% CI (5.9-6.5)) to develop NHL than the general population (Clarke et al. 2013). This increased risk results from the use of immunosuppressive medications required to prevent rejection of the transplanted organ. The Mayo Clinic also has found that individuals who have received an organ transplant are more susceptible to developing NHL. https://www.mayoclinic.org/diseases-conditions/non-hodgkins-lymphoma/symptoms-causes/syc-20375680. Similarly, the American Cancer Society explains that people with organ transplants have a higher risk of developing NHL. https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html. Additionally, allogenic stem cell transplantation (SCT) has been demonstrated to lead to immune suppression and lymphoproliferative disease (*See e.g.,* Joost, et al., (2001) demonstrating reactivation of EBV after SCT leading to increased EBV-lymphoproliferative disease).

11. **Bacterial Infections.** Certain infectious bacterial agents also contribute to the development of NHL. *H. Pylori* is associated with gastric marginal zone (MALT) lymphoma, as a study found that 92% of gastric MALT cases tested positive for *H. Pylori* (Wotherspoon et al. 1991). Another bacteria, *Campylobacter jejuni,* has also been associated with immunoproliferative small intestinal disease (Lecuit, 2004) and MALT lymphoma (Baginsky et al. 2004) and *C. psittaci* infection (i.e. chlamydia) has been linked to ocular adnexal lymphoma (Ferreri et al. 2004).

12. **Epstein-Barr Virus.** Studies have shown that the Epstein Barr virus ("EBV") is strongly implicated in several subtypes of NHL, including Burkitt Lymphoma, extranodal natural killer/ T-cell NHL, post-transplant NHLs and AIDS-associated NHLs, including EBV positive DLBCL and central nervous system NHL. (Engels 2007). Na 2016 also found EBV to be a strong risk factor for post-transplant NHL. The American Cancer Society also recognizes EBV infection as a risk factor for NHL. https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html.

13. **HIV/AIDS**. Studies have found an increased risk of lymphoma associated with Human Immunodeficiency Virus ("HIV"). One study found that the risk of NHL for HIV-infected

individuals was elevated 10.6-fold compared to the general population (SIR 10.6 with 95% CI (10.2-11.0)) (Gibson et al. 2014), while Engels 2016 showed an increased risk of diffuse large B-cell lymphoma (OR 3.83 with 95% CI (2.28-6.43)).  *See also* Evens et al. 2015 (explaining that HIV infection is associated with 75 to 100-fold increased risk of NHL compared to the general population) and Coté et al. 1997 (early study showing that people with AIDS were 165 times more likely to develop NHL than people without AIDS).

14. **Radiation Exposure as Treatment for Prior Cancer.**  Medical literature supports an association between NHL and radiotherapy treatment for previous cancers.  Kim et al. 2013 found an increased risk of NHL for patients who underwent radiotherapy for solid cancers (RR 1.13 with 95% CI 1.06-1.20) and the American Cancer Society also recognizes exposure to radiation under its list of risk factors for NHL.  https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html.  *See also* Evens et al. 2015 (explaining that patients who receive radiation are at increased risk of developing subsequent secondary NHL).

15. **Hepatitis C Virus.**  Multiple published studies have documented a role for Hepatitis C in the causation of NHL.  There is an established increased risk of NHL in patients with Hepatitis C infection, as results from De Sanjose 2008 (OR 1.78 with 95% CI (1.40-2.25)) and Zhu 2019 (OR 1.69 with 95% CI (1.40-2.03)) confirmed the positive association. Hepatitis C has also been linked to common NHL subtypes, including marginal zone lymphoma, lymphoplasmacytic lymphoma and diffuse large B-cell lymphoma (Turner 2003; De Sanjose 2008 (OR 2.47 with 95% CI (1.44-4.23) for marginal zone lymphoma; OR 2.24 with 95% CI (1.68-2.99) for diffuse large B-cell lymphoma; and OR 2.57 with 95% CI (1.14-5.79) for lymphoplasmacytic lymphoma); Taborelli 2016 (OR 8.62 with 95% CI (3.43-21.69) for marginal zone lymphoma; OR 8.43 with 95% CI (2.26-31.52) for lymphoplasmacytic lymphoma; and OR 4.08 with 95% CI (2.46-6.76) for diffuse large B-cell lymphoma).  Indeed, the IARC monograph on Hepatitis C cites numerous studies related to the carcinogenicity of Hepatitis C and concludes that chronic infection with Hepatitis C causes hepatocellular carcinoma and NHL.  Moreover, Dal Maso and Franceschi published a meta-

analysis in 2006 to assess the risk of lymphoma in patients with hepatitis C infection. The pooled relative risk of lymphoma in Hepatitis C positive individuals was 2.5 (95% confidence interval: 2.1-3.0). Another study, Engels 2004, found a positive association between Hepatitis C and NHL, concluding that "[c]hronic HCV infection may predispose to a broad range of NHL subtypes through prolonged stimulation of B cell proliferation." *See also* Su 2016 (finding that HCV infection was associated with an increased risk of NHL (hazard ratio 2.00, 95% confidence interval (1.27-3.16), P 0.003), and Giordano 2010 (Risks for non-Hodgkin lymphoma (n=1359), Waldenstrom macroglobulinemia (n=165), and cryoglobulinemia (n=551) were increased with HCV infection (adjusted hazard ratio [HR], 1.28; 95% confidence interval [CI], 1.12-1.45; adjusted HR, 2.76; 95% CI, 2.01-3.79; and adjusted HR, 3.98; 95% CI, 3.36-4.72; respectively)").

**Group B Medical Conditions**

16. The Group B medical conditions are moderate risk factors for NHL and are supported by published literature as outlined below. The "Group B Medical Conditions" outlined in the Class Action Settlement Agreement include: Prior History of Cancer, Family History of Cancer, Smoking (current smoker or former smoker with 1 ppd/20 year history), Hepatitis B virus, Obesity at time of diagnosis of NHL (Body Mass Index greater than 30), Diabetes, and Breast Implants.

17. **Prior History of Cancer.** A prior personal history of cancer has been shown to increase the risk of developing NHL. McDuffie et al. 2001, a case control study, shows an increased risk of NHL for individuals with a personal history of cancer with an odds ratio of 2.43 (95% CI: 1.71–3.44).

18. **Family History of Cancer.** There is also published literature establishing a link between first and second degree relatives with cancer and the development of NHL. For example, McDuffie et al. 2001 shows an odds ratio of 1.31 (95% CI: 1.05-1.62) for a family history of cancer in any first-degree relative and results from Chiu et al. 2004 show a 1.5 fold risk of NHL for men with a family history of any cancer other than hematopoietic cancer (OR 1.5 with 95% CI (1.3-1.8)).

Zahm et al. 1993 reported an increased risk of NHL among women with a family history of cancer, (OR 1.8 with 95% CI (1.2-2.6)).

19. **Smoking (current smoker or former smoker with 1 ppd/20 year history).** Smoking has been associated with an increased risk of NHL overall and more specifically has shown a marginal increase in the risk of follicular lymphoma. Morton 2005 found an increased risk for follicular lymphoma in current smokers (OR: 1.31; 95% CI: 1.12-1.52) and a borderline risk of NHL overall among smokers (OR: 1.07; 95% CI: 1.00-1.15). Herrinton 1998 examined the relationship between NHL and smoking, with results showing a relative risk of 2.2 (95% confidence interval: 1.2–4.2) for developing follicular lymphoma among individuals who have smoked more than one pack per day for up to 20 years. Another study, Taborelli 2017, confirmed this finding, with evidence of a direct association of risk of NHL with smoking intensity ("people smoking ≥15 cigarettes/day showed increased risks of both NHL (OR = 1.42, 95% CI: 1.02, 1.97) and HL (OR = 2.47, 95% CI: 1.25, 4.87); the risk was particularly elevated for follicular NHL (OR = 2.43; 95% CI:1.31-4.51)").

20. **Hepatitis B Virus.** Several articles support the association between Hepatitis B and NHL. Taborelli 2016 found a significantly elevated odds ratio for B-cell NHL (2.11, 95 % confidence interval: 1.07–4.15) and Dalia et al. (2013) found that individuals infected with Hepatitis B had an increased risk of developing NHL (odds ratio: 2.24, 95% confidence interval: 1.80-2.78). Additionally, the IARC monograph on Hepatitis B examined the link between Hepatitis B and NHL, citing to studies which found an increased NHL risk for Hepatitis B infected patients. *See* Kelling 2018 (finding that HBV-infected patients have a 2 to 3 fold higher risk of developing NHL than non-infected patients) and Ulcickas Yood 2007 ("Patients with chronic HBV infection were 2.8 times more likely to develop NHL than matched comparison patients (HR: 2.80, 95% CI 1.16-6.75), after controlling for age, race, sex, income, Charlson comorbidity index, study site, and HCV infection.").

21. **Obesity.** Obesity at the time of diagnosis has been associated with an increased risk of developing NHL. Larsson and Wolk 2007 published a meta-analysis using data from 16 studies and showed that the relative risk of lymphoma was 1.20 (95% confidence interval: 1.07-1.34) for those individuals with a BMI 30 or above as compared with individuals with a BMI less than 25. Additionally, Castillo et al. 2014 reported a meta-analysis of 16 studies to assess the relative risk of diffuse large B-cell lymphoma in individuals, finding 1.14 (95% confidence interval: 1.04-1.24) for overweight individuals and 1.29 in obese individuals (95% confidence interval: 1.16-1.43). *See also* El Demerdash 2020 (study examining the association between obesity as measured by body mass index and risk of NHL by assessing inflammatory cytokines levels, (IL-6, IL-10, IFN-gamma and CRP) and adipokines levels (leptin and adiponectin). "The inflammatory markers (IL-6, IL-10, IFN-γ & CRP) together with adiponectin were assessed by ELISA technique. IL-6, IL-10, CRP, IFN-γ and Adiponectin were statistically higher in cases than control. A positive significant difference of Leptin (p-value 0.001) was found with higher levels in patients with BMI (≥ 25 kg/m2) than in patients with < 25 kg/m2. The study results support the hypothesis that obesity has a role in the development of NHL. An association between Leptin and NHL risk with higher levels in patients with BMI (≥ 25 kg/m2) was proved."). The CDC also notes that obesity can increase the risk of heart disease and stroke. https://www.cdc.gov/obesity/data/adult.html.

22. **Diabetes.** Individuals with diabetes have an increased risk of NHL. Wang et al. 2019 performed a meta-analysis to assess the relationship between diabetes and non-Hodgkin's lymphoma. The relative risk for NHL was 1.22 (95% CI: 1.13-1.31) for all types of diabetes and was 1.20 (95% CI: 1.12-1.30) for individuals with type II diabetes. Castillo et al. (2012) also performed a meta-analysis to assess the risk of hematologic malignancies in patients with type II diabetes and the results showed a statistically significant relationship between Type II diabetes and NHL (odds ratio: 1.22 (95% CI: (1.07-1.39)). Mitri 2008 examined the association between diabetes and NHL and found the risk ratio of developing NHL in patients with diabetes was 1.19 (95% CI 1.04-1.35). *See* Engels 2016 (finding a positive association between DLBCL and diabetes

mellitus, OR: 1.09, 95% CI: 1.05-1.13), Cartwright 1988 (shows a risk ratio of 2.0 (95% CI 1.1-3.7) for diabetes and NHL), and Yang 2016 (finding a higher risk of NHL for patients with type II diabetes, with a hazard ratio of 2.00 (95%CI: 1.32–3.03) compared with non-diabetes.). Individuals with diabetes are also twice as likely to have heart disease or a stroke, according to the CDC. https://www.cdc.gov/diabetes/managing/problems.html.

23. **Breast Implants.**  Breast implants are a risk factor for the development of NHL. The World Health Organization designated breast implant-associated anaplastic large cell lymphoma (BIA-ALCL) as a T-cell lymphoma that can develop following breast implants. *See* World Health Organization's Classification of Tumors of Hematopoietic and Lymphoid Tissues, Revised 4th Edition (2017) at p. 421-422.  A study by Doren et al. 2017 also found that the incidence of ALCL was 67.6 times higher for those with textured breast implants.  *See also* De Jong 2008 ("The odds ratio for ALCL associated with breast prostheses was 18.2 (95% confidence interval, 2.1-156.8 with tables 1 and 2 indicating that some of the prostheses were textured)."

**Specific Occupations as Risk Factors for NHL**

24. In addition to the Group A and Group B factors identified, certain occupations have been reported to elevate an individual's risk of NHL.  Mannetje 2016 confirmed positive associations between NHL and the following occupations:  women's hairdressers (OR 1.34 with 95% CI (1.02-1.74)); charworkers, cleaners, and related (OR 1.17 with 95% CI (1.01-1.36)); spray-painters (OR 2.7 with 95% CI (1.30-3.29)); carpenters (OR 1.42 with 95% CI (1.04-1.93)); textile workers and wood workers (general carpenters) (OR 1.42 with 95% CI (1.04-1.93)); and a borderline association for electrical wiremen (OR 1.24 with 95% CI (1.00-1.54)).  *See also* Fritschi 1996 (12.2 OR with 95% CI (3.5-42.2) for textile processors with 10+ years of experience; 15.7 OR with 95% CI (2.9-87.5) for textile makers with 10+ years of experience; 3.9 OR with 95% CI (1.6-9.5) for workers with 10+ years of experience in textile industry).  Mannetje 2016 also found an association for machine tool operators whose exposure may include mineral oils and diesel fuel (OR 1.55 with 95% CI (1.11-2.17)).  Similarly, Schenk 2009 identified a number of industries associated with an

11

increased risk of NHL, including painting, automotive body repair and paint shops (6 cases/0 controls), and transportation by air (OR 2.39 with 95% CI (1.06-5.39)). *See also* Band 2004 (finding 2.19 OR for NHL associated with "painting and decorating work" with 90% CI (1.02-4.70)). Additional studies have found links between NHL and petroleum refinery workers, (Dryver 2004, 1.46 OR; 95% CI (1.04-2.05) for workers exposed to gasoline); pesticide applicators (Fritschi et al. 2005) ("Substantial exposure to any pesticide was associated with a trebling of the risk of non-Hodgkin's lymphoma") (OR 3.09 with 95% CI (1.42-6.70)); and exposure to ionizing radiation (Karunanayake 2008) (OR 3.26 with 95% CI (1.38-7.73) for ionizing radiation);.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

Date: February 2, 2021

_____
Michael L. Grossbard, M.D.

List of Materials Referenced

1. Altieri, Andrea et al. "Familial risk for non-Hodgkin lymphoma and other lymphoproliferative malignancies by histopathologic subtype: the Swedish Family-Cancer Database." Blood vol. 106,2 (2005): 668-72. doi:10.1182/blood-2005-01-0140.

2. American Cancer Society, Non-Hodgkin's Lymphoma Risk Factors, https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html.

3. American Cancer Society, Key statistics for non-Hodgkin lymphoma. https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html.

4. Baginsky, et al., *Campylobacter jejuni* Infection in Intestinal Lymphoma: A Strong Association with Immunoproliferative Small Intestinal Disease. *Blood* 2004; 104 (11): 1369.

5. Band PR, Le ND, Fang R, Gallagher R. Identification of occupational cancer risks in British Columbia: a population-based case-control study of 769 cases of non-Hodgkin's lymphoma analyzed by histopathology subtypes. J Occup Environ Med. 2004 May;46(5):479-89. doi: 10.1097/01.jom.0000126028.99599.36.

6. Bebb, J R et al. "Immunosuppression, IBD, and risk of lymphoma." Gut vol. 51,2 (2002): 296.

7. Calip, Gregory S et al. "Tumor necrosis factor-alpha inhibitors and risk of non-Hodgkin lymphoma in a cohort of adults with rheumatologic conditions." International journal of cancer vol. 143,5 (2018): 1062-1071. doi:10.1002/ijc.31407.

8. Cartwright, R A et al. "Non-Hodgkin's lymphoma: case control epidemiological study in Yorkshire." *Leukemia research* vol. 12,1 (1988): 81-8. doi:10.1016/s0145-2126(98)80012-x.

9. Castillo J. et al., Increased incidence of non-Hodgkin lymphoma, leukemia, and myeloma in patients with diabetes mellitus type 2: a meta-analysis of observational studies. Blood. 2012; 119(21): 4845-4850.

10. Castillo JJ, Ingham RR, Reagan JL, et al. Obesity is associated with increased relative risk of diffuse large B-cell lymphoma: a meta-analysis of observational studies. Clin Lymphoma Myeloma Leuk 2014;14:122-130.

11. Catassi C, Fabiani E, Corrao G, Barbato M, De Renzo A, Carella AM, Gabrielli A, Leoni P, Carroccio A, Baldassarre M, Bertolani P, Caramaschi P, Sozzi M, Guariso G, Volta U, Corazza GR; Italian Working Group on Coeliac Disease and Non-Hodgkin's-Lymphoma. Risk of non-Hodgkin lymphoma in celiac disease. JAMA. 2002 Mar 20;287(11):1413-9. doi: 10.1001/jama.287.11.1413.

12. Centers for Disease Control and Prevention, Diabetes, https://www.cdc.gov/diabetes/managing/problems.html.

13. Centers for Disease Control and Prevention, Overweight and Obesity, https://www.cdc.gov/obesity/data/adult.html.

14. Cerhan, J., et al., Medical History, Lifestyle, Family History, and Occupational Risk Factors for Diffuse Large B-Cell Lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project, 48 J. Nat'l Cancer Inst. Monographs 15 (2014).

15. Cerhan JR, et al. Familial predisposition and genetic risk factors for lymphoma. Blood. 2015;126(20):2265-2273.

16. Chiu, B. et al., Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma, 13(4) Cancer Epidemiology, Biomarkers & Prevention 525 (2004).

17. Clarke CA, Morton LM, Lynch C, Pfeiffer RM, Hall EC, et al. Risk of lymphoma subtypes after solid organ transplantation in the United States. Br J Cancer. 2013;109:280-8.

18. Coté TR, Biggar RJ, Rosenberg PS, Devesa SS, Percy C, et al. Non-Hodgkin's lymphoma among people with AIDS: incidence, presentation and public health burden. Int J Cancer. 1997;73:645-50.

19. Dalia S, Chavez J, Castillo JJ, Sokol L. Hepatitis B infection increases the risk of non-Hodgkin lymphoma: a meta-analysis of observational studies. Leuk Res. 2013;37:1107-15.

20. Dal Maso L, Franceschi S. Hepatitis C virus and risk of lymphoma and other lymphoid neoplasms: a meta-analysis of epidemiologic studies. Cancer Epidemiol Biomarkers Prev. 2006 Nov;15(11):2078-85.

21. De Jong et al. 2008, *Anaplastic Large-Cell Lymphoma in Women with Breast Implants*, *JAMA* vol. 300, 17 (2008): 2030-5. doi: 10.1001/jama.2008.585.

22. De Sanjose S, Benavente Y, Vajdic CM, Engels EA, Morton LM, et al. Hepatitis C and non- Hodgkin lymphoma among 4784 cases and 6269 controls from the International Lymphoma Epidemiology Consortium. Clin Gastroenterol Hepatol. 2008 Apr;6(4):451-8.

23. Demerdash, D. E. El et al. "The Association of Pre-diagnostic Inflammatory Markers and Adipokines and the Risk of Non-Hodgkin Lymphoma Development in Egypt." *Indian Journal of Hematology and Blood Transfusion* (2020): 1-6.

24. Doren El, et al, U.S. Epidemiology of Breast Implant-Associated Anaplastic Large Cell Lymphoma. Plast Reconstr Surg. 2017 May; 139(5): 1042-1050.

25. Dryver E, Brandt L, Kauppinen T, Olsson H. Occupational exposures and non-Hodgkin's lymphoma in Southern Sweden. Int J Occup Environ Health. 2004 Jan-Mar;10(1):13-21. Doi: 10.1179/oeh.2004.10.1.13.

26. Engels, E., et al., Comprehensive Evaluation of Medical Conditions Associated with Risk of Non-Hodgkin Lymphoma using Medicare Claims ("MedWAS"), Cancer Epidemiology, Biomarkers & Prevention 1105 (2016).

27. Engels EA. Infectious agents as causes of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev. 2007 Mar;16(3):401-4.

28. Engels, E.A., et al., Hepatitis C virus infection and non-hodgkin lymphoma: Results of the NCI-seer multi-center case-control study. Int. J. Cancer, 111: 76-80 (2004).

29. Evens et al., Non-Hodgkin Lymphoma Pathology, Imaging, and Current Therapy Indexed in PubMed/Medline. Editors: Evens, Andrew, Blum, Kristie A. (Eds.) 2015. Springer. DOI 10.1.007/978-3-319-13150-4.

30. Fallah, M., et al., Autoimmune diseases associated with non-Hodgkin lymphoma: a nationwide cohort study, 25 Annals of Oncology 2025 (2014).

31. Ferreri, et al., Evidence for an Association Between *Chlamydia psittaci* and Ocular Adnexal Lymphomas, *JNCI: Journal of the National Cancer Institute*, Volume 96, Issue 8, 21 April 2004, Pages 586–594.

32. Fritschi L, Siemiatycki J. Lymphoma, myeloma and occupation: results of a case-control study. Int J Cancer. 1996 Aug 7;67(4):498-503. doi: 10.1002/(SICI)1097-0215(19960807)67:4<498::AID-IJC6>3.0.CO;2-N.

33. Fritschi, et al., Occupational Exposure to Pesticides and Risk of Non-Hodgkin's Lymphoma, *American Journal of Epidemiology*, Vol. 162, Issue 9, September 2005, https://academic.oup.com/aje/article/162/9/849/58381.

34. Gibson, Todd M et al. "Risk of non-Hodgkin lymphoma subtypes in HIV-infected people during the HAART era: a population-based study." AIDS (London, England) vol. 28,15 (2014): 2313-8.

35. Giordano, Thomas P et al. "Risk of non-Hodgkin lymphoma and lymphoproliferative precursor diseases in US veterans with hepatitis C virus." *JAMA* vol. 297,18 (2007): 2010-7. doi:10.1001/jama.297.18.2010.

36. Goldin, L., et al. Autoimmunity and Lymphomagenesis. International Journal of Cancer. January 2009; 124: 1497-1502.

37. Hemminki K, Huang W, Sundquist J, Sundquist K, Ji J. Autoimmune diseases and hematological malignancies: Exploring the underlying mechanisms from epidemiological evidence. Semin Cancer Biol. 2020 Aug;64:114-121. doi: 10.1016/j.semcancer.2019.06.005. Epub 2019 Jun 7.

38. Herrinton, L. & G. Friedman, Cigarette Smoking and Risk of Non-Hodgkin's Lymphoma Subtypes, 7 Cancer Epidemiology, Biomarkers and Prevention 25 (1998).

39. Joost W.J, et al. ""Epstein-Barr virus (EBV) reactivation is a frequent event after allogeneic stem cell transplantation (SCT) and quantitatively predicts EBV-lymphoproliferative disease following T-cell–depleted SCT" Blood. 2001;98:972-978.

40. Kandiel, A et al. "Increased risk of lymphoma among inflammatory bowel disease patients treated with azathioprine and 6-mercaptopurine." Gut vol. 54,8 (2005): 1121-5. doi:10.1136/gut.2004.049460.

41. Kang, J, Kim, H, Kim, J, et al. Risk of malignancy in Korean patients with primary Sjögren's syndrome. *Int J Rheum Dis*. 2020; 23: 1240– 1247.

42. Karunanayake, C., Occupational Exposures and Non-Hodgkin's Lymphoma: Canadian Case-Control Study, 7 Envt'l Health 44 (2008).

43. Kelling et al., Hepatitis B Reactivation in the Treatment of Non-Hodgkin Lymphoma. Cancer Control. 2018 Jan-Mar;25(1):1073274818767879.

44. Kim et al., Risk of non-Hodgkin lymphoma after radiotherapy for solid cancers, Leuk Leukemia, 2013 Aug; 54 (8).

45. Larsson SC, Wolk A. Obesity and risk of non-Hodgkin's lymphoma: a meta-analysis. Int J Cancer. 2007;121:1564-70.

46. Lecuit M, Abachin E, Martin A, Poyart C, Pochart P, Suarez F, Bengoufa D, Feuillard J, Lavergne A, Gordon JI, Berche P, Guillevin L, Lortholary O. Immunoproliferative small intestinal disease associated with Campylobacter jejuni. N Engl J Med. 2004 Jan 15;350(3):239-48.

47. Mannetje, A., Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium, 124 Envt'l Health Perspectives 396 (2016).

48. Mayo Clinic, Non-Hodgkin's Lymphoma. https://www.mayoclinic.org/diseases-conditions/non-hodgkins-lymphoma/symptoms-causes/syc-20375680.

49. McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63.

50. Mellemkjaer, L., et al., Autoimmune Disease in Individuals and Close Family Members and Susceptibility to Non-Hodgkin's Lymphoma, 58 Arthritis & Rheumatism 657 (2008).

51. Miller EB, Autoimmunity and Lymphoma: A Brief Review. J Rheum Dis Treat 4:062 (2018).

52. Mitri, J., Diabetes and Risk of Non-Hodgkin's Lymphoma: A meta-Analysis of Observational Studies, 31 Diabetes Care 2391 (2008).

53. Morton, L. et al. "Cigarette Smoking and Risk of Non-Hodgkin Lymphoma: A Pooled Analysis from the International Lymphoma Epidemiology Consortium (InterLymph)." *Cancer Epidemiology Biomarkers & Prevention* 14 (2005): 925 - 933.

54. Morton LM, et al. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

55. Na, et al. Iatrogenic immunosuppression and risk of non-Hodgkin lymphoma in solid organ transplantation: a population-based cohort study in Australia. British J of Haematol. 02 May 2016 174:550-562.

56. National Cancer Institute. Surveillance, Epidemiology and End Results, Cancer Stat Facts: Non-Hodgkin Lymphoma, https://seer.cancer.gov/statfacts/html/nhl.html.

57. Opelz, G, and R Henderson. "Incidence of non-Hodgkin lymphoma in kidney and heart transplant recipients." Lancet (London, England) vol. 342,8886-8887 (1993): 1514-6. doi:10.1016/s0140-6736(05)80084-4.

58. Schenk, M., Occupation/industry and risk of non-Hodgkin's lymphoma in the United States. 66 Occupational Envt'l Med. 23 (2009).

59. Smedby, Karin Ekström et al. "Autoimmune and chronic inflammatory disorders and risk of non-Hodgkin lymphoma by subtype." *Journal of the National Cancer Institute* vol. 98,1 (2006): 51-60. doi:10.1093/jnci/djj004.

60. Smedby Karin Ekström et al. Autoimmune disorders and risk of non-Hodgkin lymphoma subtypes: a pooled analysis within the InterLymph Consortium. Blood. 2008 Apr 15;111(8):4029-38. doi: 10.1182/blood-2007-10-119974.

61. Su, Tung-Hung et al. "Hepatitis C viral infection increases the risk of lymphoid-neoplasms: A population-based cohort study." *Hepatology (Baltimore, Md.)* vol. 63,3 (2016): 721-30. doi:10.1002/hep.28387.

62. Taborelli, Martina et al. "Hepatitis B and C viruses and risk of non-Hodgkin lymphoma: a case-control study in Italy." Infectious agents and cancer vol. 11 27. 23 Jun. 2016.

63. Taborelli, M., Montella, M., Libra, M., et al., The dose-response relationship between tobacco smoking and the risk of lymphomas: a case-control study. BMC Cancer. 2017. 17:421.

64. Turner NC, Dusheiko G, Jones A. Hepatitis C and B-cell lymphoma. Ann Oncol. 2003 Sep;14(9):1341-5.

65. Ulcickas Yood, Marianne et al. "Incidence of non-Hodgkin's lymphoma among individuals with chronic hepatitis B virus infection." *Hepatology (Baltimore, Md.)* vol. 46,1 (2007): 107-12. doi:10.1002/hep.21642.

66. Wang, S., et al., Family History of hematopoietic malignancies and risk of non- Hodgkin lymphoma (NHL): a pooled analysis of 10 211 cases and 11 905 controls from the International Lymphoma Epidemiology Consortium (InterLymph), 109 Blood 3479 (2007).

67. Wang LH, Wang WM, Hsu SM, Lin SH, Shieh CC. Risk of Overall and Site-specific Cancers in Behçet Disease: A Nationwide Population-based Study in Taiwan. J Rheumatol. 2015 May;42(5):879-84. doi: 10.3899/jrheum.140770. Epub 2015 Apr 1.

68. Wang X, Peng Y, Gao J, Han S, Li Y. Risk of malignancy in Behcet disease: A meta-analysis with systematic review. Medicine (Baltimore). 2019 Nov;98(44):e17735. doi: 10.1097/MD.0000000000017735.

69. Wang, Y., Liu, X., Yan. P., et al., Association between type 1 and type 2 diabetes and risk of non-Hodgkin's lymphoma: A meta-analysis of cohort studies. Diabetes Metab. 2019 Apr 27.

70. World Health Organization's Classification of Tumors of Hematopoietic and Lymphoid Tissues, Revised 4th Edition (2017) at p. 421-422.

71. World Health Organization, International Agency for Research on Cancer (IARC). Hepatitis B virus. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.

72. World Health Organization, International Agency for Research on Cancer (IARC). Hepatitis C virus. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.

73. Wotherspoon AC, Ortiz-Hidalgo C, Falzon MR, Isaacson PG. Helicobacter pylori associated gastritis and primary B-cell gastric lymphoma. Lancet. 1991 Nov 9;338(8776):1175-6.

74. Yang, Wan-Shui et al. "Type 2 diabetes and the risk of non-Hodgkin's lymphoma: a report from two population-based cohort studies in China." *European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation (ECP)* vol. 25,2 (2016): 149-54. doi:10.1097/CEJ.0000000000000150.

75. Zahm SH, Weisenburger DD, Saal RC, Vaught JB, Babbitt PA, Blair A. The role of agricultural pesticide use in the development of non-Hodgkin's lymphoma in women. Arch Environ Health. 1993 Sep-Oct;48(5):353-8.

76. Zhu X, et al. Hepatitis C virus infection is a risk factor for non-Hodgkin lymphoma: A MOOSE-compliant meta-analysis. Medicine (Baltimore). 2019 Mar;98(11):e14755. doi: 10.1097/MD.0000000000014755.