Arati C. Furness, CA Bar No. 225435
Fears Nachawati, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com

Behram V. Parekh, CA Bar No. 180361
Dalimonte Rueb Stoller LLP
515 S. Figueroa Street, Suite 1550
Los Angeles, CA 90071
T: 619.821.2305
F: 855.203.2035
behram.parekh@drlawllp.com

*Counsel for Objectors with Roundup Exposure Claims Over Which There Is No Federal Jurisdiction*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL CASES | OBJECTORS' ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL |

Pursuant to Civil Local Rules 79-5 and 7-11, Objectors hereby submit this Administrative Motion to File Conditionally Under Seal. The undersigned, solely for purposes of this Administrative Motion, and without conceding this Court's jurisdiction, on behalf of Objectors represented by numerous counsel, respectfully notify the Court that multiple Objectors intend to file oppositions to Co-Lead Counsels' Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish A Holdback Percentage [D.E. 12394], along with declarations of Objectors' counsel in support of such oppositions.

Objectors recognize that the burden in seeking to seal a document is high: "a 'strong presumption in favor of access'" is the starting point." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citation omitted). Objectors recognize that the movant must show "compelling reasons" for sealing the documents. *Id.*

Objectors' counsel discussed settlement and were provided with information related to settlement negotiations between Monsanto and various parties in the Roundup litigation. Objectors intend to discuss this information in their briefs and declarations, in response to the Court's Order of January 26, 2021. Monsanto has asserted, based on Federal Rule of Civil Procedure 408, that these discussions and this information is confidential and cannot be filed in the public record. "It is without question that courts have sealed confidential settlement agreements and negotiations." *San Diego Comic Convention v. Dan Farr Prods.*, No. 14-CV-1865 AJB (JMA), 2018 WL 2717880, at *1 (S.D. Cal. June 5, 2018) (citations omitted).

Given Monsanto's position, Objectors intend to redact from their oppositions and accompanying declarations only those statements that relate to and may reveal Monsanto's communications about what may be considered settlement negotiations or settlement amounts.

Based upon Monsanto's assertions of privilege and confidentiality, Objectors respectfully request that the Court grant this Administrative Motion to File Under Seal and Order that Objectors' unredacted oppositions and accompanying declarations be filed conditionally under seal.

Dated February 3, 2021                                Respectfully Submitted,

                                                      */s/ Arati C. Furness*
                                                      Arati C. Furness, CA Bar No. 225435
                                                      Majed Nachawati
                                                      S. Ann Saucer
                                                      **FEARS NACHAWATI, PLLC**
                                                      5473 Blair Road

Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com
majed@fnlawfirm.com
asaucer@fnlawfirm.com

Behram V. Parekh, CA Bar No. 180361
**DALIMONTE RUEB STOLLER LLP**
515 S. Figueroa Street, Suite 1550
Los Angeles, CA 90071
T: 619.821.2305
F: 855.203.2035
behram.parekh@drlawllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February 2021, a copy of the foregoing Objection was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Arati C. Furness*
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com