Arati C. Furness, CA Bar No. 225435
Fears Nachawati, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com

*Counsel for Objectors with Roundup
Exposure Claims Over Which There Is No
Federal Jurisdiction*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>DECLARATION OF ARATI C. FURNESS IN SUPPORT OF OBJECTORS' ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL |

Pursuant to 28 U.S.C.A. § 1746, I, Arati C. Furness, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Fears Nachawati, PLLC, attorneys for Objectors with Roundup exposure claims over which there is no federal jurisdiction. I submit this Declaration in support of Objectors' Administrative Motion to File Under Seal.

2. Objectors represented by numerous counsel intend to file oppositions and accompanying declarations to Co-Lead Counsels' Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish A Holdback Percentage [D.E. 12394].

3. I have been informed by various Objectors' counsel, including James Onder, and Basil Adham, that Lana Varney, counsel for Monsanto, told them any reference to statements

made to counsel by Monsanto concerning settlement negotiations or settlement amounts with any party in the Roundup litigation was confidential and could not be disclosed in the public record pursuant to Federal Rule of Civil Procedure 408.

4. Objectors believe that, in order to respond to the Court's questions in its Order of January 26, 2021, this information must be addressed in the brief and in the attached affidavits and declarations. In order to balance these concerns, Objectors move to file under seal any unredacted documents that address communications made with or by Monsanto concerning settlement negotiations or settlement amounts.

5. Objectors are aware of and mindful of the Local Rules, and this Court's Standing Order, requiring specificity for each item that is sought to be redacted from the filings. However, Objectors have been informed and believe that this Court may entertain the advance filing of this Administrative Motion without such specificity for purposes of filing Objections conditionally under seal due to the sensitive nature of the underlying information and the Court's inquiry. This Motion is filed then to respectfully request that the Court allow the Objections to be filed conditionally under seal and subject to the Court's subsequent decision on whether to maintain such sealing based upon the contents.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that if called as a witness I would and could testify competently, and that I make this declaration based on my personal knowledge.

Executed on February 3, 2021                                   Respectfully Submitted,

                                                            */s/ Arati C. Furness*
                                           Arati C. Furness, CA Bar No. 225435
                                           Majed Nachawati
                                           S. Ann Saucer

**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com
majed@fnlawfirm.com
asaucer@fnlawfirm.com

*Counsel for Objectors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February 2021, a copy of the foregoing Declaration was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Arati C. Furness
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com
