**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING OBJECTORS' ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL |

For good cause shown, and for the reasons articulated in the Motion and accompanying declaration, the Court GRANTS Objectors' Administrative Motion to Conditionally File Under Seal any oppositions to Co-Lead Counsels' Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish A Holdback Percentage [D.E. 12394], along with declarations of Objectors' counsel in support of such oppositions. Any Objectors seeking to file oppositions to Docket Entry 12394 may file their unredacted oppositions and accompanying affidavits and/or declarations conditionally under seal, and file redacted versions of those documents in the public record.

IT IS SO ORDERED.

DATED: February ___, 2021

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE