John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lee Eggleston*, Cause No. 3:20-cv-05366-VC (N.D. Cal)<br><br>*William Millner*, Cause No. 3:20-cv-05366-VC (N.D. Cal)<br><br>*Elsie Mulch*, Cause No. 3:20-cv-05366-VC (N.D. Cal)<br><br>*Paul Timberlake*, Cause No. 3:20-cv-05366-VC (N.D. Cal)<br><br>*Sylvia Solis*, Cause No. 3:20-cv-07391-VC (N.D. Cal) | |

## NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, John L. Ackley of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matters—3:20-cv-05366-VC and 3:20-cv-07391-VC— and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: February 4, 2021

        Respectfully submitted,

        SHOOK, HARDY & BACON L.L.P.

        By: */s/ John L. Ackley*
            John L. Ackley
            Texas Bar No. 24108036
            E-mail: jackley@shb.com
            600 Travis, Suite 3400
            Houston, Texas 77002-2926
            Telephone: 713-227-8008
            Fax: 713-227-9508

        ***Attorney for Defendant,***
        ***MONSANTO COMPANY***

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

**CERTIFICATE OF SERVICE**

I, John Ackley, hereby certify that on February 4, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ John L. Ackley*
John L. Ackley