Jeffrey A. Lamken
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C. 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
Email: jlamken@mololamken.com

*Attorney for Category 1 Objectors' Counsel Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law Firm, P.C., Tautfest Bond, PLLC, and Watts Guerra LLP*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF JEFFREY A. LAMKEN FOR THE LIMITED AND SOLE PURPOSE OF CHALLENGING THE COURT'S JURISDICTION OVER CATEGORY 1 OBJECTORS AND COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey A. Lamken of the law firm MoloLamken LLP, who is admitted to practice and in good standing in this Court, hereby enters an appearance in the above-captioned case on behalf of Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law Firm, P.C., Tautfest Bond, PLLC, and Watts Guerra LLP—counsel that represent Texas and Missouri state-court plaintiffs who have not participated in the MDL, known as "Category 1

Objectors"—for the limited and sole purpose of challenging the Court's jurisdiction over Category 1 Objectors and their counsel. Mr. Lamken respectfully requests that all pleadings, notices, orders, correspondence, and any other papers in connection with this action be served upon him at the above address.

Dated:  February 4, 2021

Respectfully submitted,

<u>/s/ Jeffrey A. Lamken</u>
Jeffrey A. Lamken
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C.  20037
Telephone: (202) 556-2000
Facsimile:  (202) 556-2001
Email:       jlamken@mololamken.com

*Attorney for Category 1 Objectors' Counsel Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law Firm, P.C., Tautfest Bond, PLLC, and Watts Guerra LLP*