Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C.  20037
Telephone:  (202) 556-2000
Facsimile:  (202) 556-2001
Email:      enitz@mololamken.com

*Attorney for Category 1 Objectors' Counsel*
*Carey Danis & Lowe, Heninger Garrison*
*Davis, LLC, Lanier Law Firm, P.C., Tautfest*
*Bond, PLLC, and Watts Guerra LLP*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY  LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No.  3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF ERIC R. NITZ FOR THE LIMITED AND SOLE PURPOSE OF CHALLENGING THE COURT'S JURISDICTION OVER CATEGORY 1 OBJECTORS AND COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Eric R. Nitz of the law firm MoloLamken LLP, who is

admitted to practice and in good standing in the United States District Court for the District of

Columbia and is admitted *pro hac vice* in this litigation pursuant to the Court's Pretrial Order

No. 1 (Dkt. 2, dated October 6, 2016), hereby enters an appearance in the above-captioned case

on behalf of Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law Firm, P.C.,

1

NOTICE OF APPEARANCE OF ERIC R. NITZ FOR THE LIMITED AND SOLE PURPOSE OF CHALLENGING THE COURT'S
JURISDICTION OVER CATEGORY 1 OBJECTORS AND COUNSEL
CASE NO. 3:16-md-02741-VC

Tautfest Bond, PLLC, and Watts Guerra LLP—counsel that represent Texas and Missouri state-court plaintiffs who have not participated in the MDL, known as "Category 1 Objectors"—for the limited and sole purpose of challenging the Court's jurisdiction over Category 1 Objectors and their counsel.   Mr. Nitz respectfully requests that all pleadings, notices, orders, correspondence, and any other papers in connection with this action be served upon him at the above address.

Dated:  February 4, 2021

Respectfully submitted,

/s/ Eric R. Nitz
Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C.  20037
Telephone: (202) 556-2000
Facsimile:  (202) 556-2001
Email:      enitz@mololamken.com

*Attorney for Category 1 Objectors' Counsel*
*Carey Danis & Lowe, Heninger Garrison*
*Davis, LLC, Lanier Law Firm, P.C., Tautfest*
*Bond, PLLC, and Watts Guerra LLP*

2

NOTICE OF APPEARANCE OF ERIC R. NITZ FOR THE LIMITED AND SOLE PURPOSE OF CHALLENGING THE COURT'S
JURISDICTION OVER CATEGORY 1 OBJECTORS AND COUNSEL
CASE NO. 3:16-md-02741-VC