Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160
Facsimile:  (212) 607-8161
Email:       lgrinberg@mololamken.com

*Attorney for Category 1 Objectors' Counsel Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law Firm, P.C., Tautfest Bond, PLLC, and Watts Guerra LLP*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No.  3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF LEONID GRINBERG FOR THE LIMITED AND SOLE PURPOSE OF CHALLENGING THE COURT'S JURISDICTION OVER CATEGORY 1 OBJECTORS AND COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Leonid Grinberg of the law firm MoloLamken LLP, who is admitted to practice and in good standing in the United States District Court for the Eastern District of New York and is admitted *pro hac vice* in this litigation pursuant to the Court's Pretrial Order No. 1 (Dkt. 2, dated October 6, 2016), hereby enters an appearance in the above-captioned case on behalf of Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law

Firm, P.C., Tautfest Bond, PLLC, and Watts Guerra LLP—counsel that represent Texas and Missouri state-court plaintiffs who have not participated in the MDL, known as "Category 1 Objectors"—for the limited and sole purpose of challenging the Court's jurisdiction over Category 1 Objectors and their counsel. Mr. Grinberg respectfully requests that all pleadings, notices, orders, correspondence, and any other papers in connection with this action be served upon him at the above address.

Dated:  February 4, 2021

Respectfully submitted,

/s/ Leonid Grinberg
Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160
Facsimile:  (212) 607-8161
Email:      lgrinberg@mololamken.com

*Attorney for Category 1 Objectors' Counsel Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law Firm, P.C., Tautfest Bond, PLLC, and Watts Guerra LLP*

2

NOTICE OF APPEARANCE OF LEONID GRINBERG FOR THE LIMITED AND SOLE PURPOSE OF CHALLENGING THE COURT'S JURISDICTION OVER CATEGORY 1 OBJECTORS AND COUNSEL
CASE NO. 3:16-md-02741-VC