Jeffrey A. Lamken
Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C.  20037
Telephone:  (202) 556-2000
Facsimile:   (202) 556-2001
Email:       jlamken@mololamken.com
Email:       enitz@mololamken.com

Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone:  (212) 607-8160
Facsimile:   (212) 607-8161
Email:       lgrinberg@mololamken.com

*Attorneys for Category 1 Objectors' Counsel Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law Firm, P.C., Tautfest Bond, PLLC, and Watts Guerra LLP*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No.  3:16-md-02741-VC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY CATEGORY 1 OBJECTORS' COUNSEL** |

Category 1 Objectors' Counsel and their clients are not parties to this MDL proceeding and are appearing solely for the purpose of challenging this Court's jurisdiction over them. However, a great number of plaintiffs and law firms, including Category 1 Objectors' Counsel and their clients, have Roundup cases against Defendants pending outside this MDL. Those firms and plaintiffs may have an interest in the subject matter in controversy if the Court disagrees with the jurisdictional objections of Category 1 Objectors' Counsel.

Dated:  February 4, 2021

Respectfully submitted,

/s/ Jeffrey A. Lamken
Jeffrey A. Lamken
Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C.  20037
Telephone: (202) 556-2000
Facsimile:  (202) 556-2001
Email:     jlamken@mololamken.com
Email:     enitz@mololamken.com

Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone: (212) 607-8160
Facsimile:  (212) 607-8161
Email:     lgrinberg@mololamken.com

*Attorneys for Category 1 Objectors' Counsel Carey Danis & Lowe, Heninger Garrison Davis, LLC, Lanier Law Firm, P.C., Tautfest Bond, PLLC, and Watts Guerra LLP*