Karen Barth Menzies (CA SBN 180234)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Fletcher V. Trammell, Esq.
Melissa Binstock Ephron, Esq.
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, TX 75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

*Counsel for Objectors Whose Counsel Have Signed a Participation Agreement*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>CATEGORY 3 OBJECTORS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Pursuant to Civil Local Rules 79-5 and 7-11, Objectors hereby submit this Administrative Motion to Seal. Solely for purposes of this Administrative Motion, and without conceding this Court's jurisdiction, Objectors hereby notify the Court that they will conditionally file under seal Category 3 Objectors' Opposition to Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish A Holdback Percentage and accompanying affidavits and/or declarations in support thereof.

Objectors recognize that the burden in seeking to seal a document is high: "a "strong presumption in favor of access" is the starting point." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The movant must show "compelling reasons" for sealing the documents. *Id.*

Objectors' counsel discussed settlement and were provided with information related to settlement negotiations between Monsanto and various parties in the Roundup litigation. Objectors intend to discuss this information in their briefs and declarations, in response to the Court's Order of January 26, 2021. Monsanto has asserted, based on Federal Rule of Civil Procedure 408, that these discussions and this information is confidential and cannot be filed in the public record. "It is without question that courts have sealed confidential settlement agreements and negotiations." *San Diego Comic Convention v. Dan Farr Prods.*, No. 14-CV-1865 AJB (JMA), 2018 WL 2717880, at *1 (S.D. Cal. June 5, 2018).

Given Monsanto's position, Objectors have redacted from their Opposition to Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish a Holdback Percentage, and the Declarations of Fletcher V. Trammel and Andrew F. Kirkendall, only those statements that relate directly to Monsanto's communications about what may be considered settlement negotiations or settlement amounts.

Based upon Monsanto's assertions of privilege and confidentiality, Plaintiffs respectfully request that the Court grant its Administrative Motion to File Under Seal.

Dated: February 4, 2021

Respectfully Submitted,

*/s/ Karen Barth Menzies*
Karen Barth Menzies
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Fletcher V. Trammell, Esq.
Melissa Binstock Ephron, Esq.
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, TX 75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

*Attorney for Plaintiffs Whose Counsel Have Signed A Participation Agreement*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February 2021, a copy of the foregoing Objection was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Karen Barth Menzies*
Karen Barth Menzies
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA  94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com