Karen Barth Menzies (CA SBN 180234)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
kbm@classlawgroup.com

Fletcher V. Trammell, Esq.
Melissa Binstock Ephron, Esq.
TRAMMELL, PC
3262 Westheimer Rd., Ste. 423
Houston, TX 77098
Tel: (800) 405-1740
Fax: (800) 532-0992
fletch@trammellpc.com
melissa@trammellpc.com

Alexander G. Dwyer
Andrew F. Kirkendall
Erin M. Wood
KIRKENDALL DWYER LLP
4343 Sigma Rd, Suite 200
Dallas, TX 75244
Tel: 214-271-4027
Fax: 214-253-0629
ad@kirkendalldwyer.com
ak@kirkendalldwyer.com
ewood@kirkendalldwyer.com

*Counsel for Objectors Whose Counsel Have Signed a Participation Agreement*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>DECLARATION OF KAREN BARTH MENZIES IN SUPPORT OF CATEGORY 3 OBJECTORS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Pursuant to 28 U.S.C.A. § 1746, I, Karen Barth Menzies, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Gibbs Law Group LLP, counsel for Objectors Whose Counsel Have Signed a Participation Agreement. I submit this Declaration in support of Objectors' Administrative Motion to File Under Seal.

2. At Defendant Monsanto's request, Objectors intend to conditionally filed under seal Category 3 Objectors' Opposition to Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish a Holdback Percentage and the supporting declarations of Fletcher V. Trammel and Andrew F. Kirkendall.

3. I have been informed by various Plaintiffs' counsel, including Jim Onder and Basil Adham, that Lana Varney, counsel for Monsanto, told them any reference to statements made to counsel by Monsanto concerning settlement negotiations or settlement amounts with any party in the Roundup litigation was confidential and could not be disclosed in the public record pursuant to Federal Rule of Civil Procedure 408.

4. Objectors believe that, in order to respond to the Court's questions in its Order of January 26, 2021, this information must be addressed in the brief and in the attached affidavits and declarations. In order to balance these concerns, Objectors move to file under seal any unredacted documents that address communications made with or by Monsanto concerning settlement negotiations or settlement amounts.

5. Text has been redacted from the Opposition at pages 2, 5, 6, 11, and 13 because these sections address Monsanto's communications about what may be considered settlement negotiations or settlement amounts and which Monsanto maintains are protected from disclosure.

6. Text has been redacted from the Declaration of Fletcher V. Trammel at:

    a. Paragraph 6 because this section addresses Monsanto's communications about what may be considered settlement negotiations or settlement amounts and which Monsanto maintains are protected from disclosure.

7. Text has been redacted from the declaration of Andrew F. Kirkendall at:

    a. Paragraphs 4 and 6 because these sections address Monsanto's communications about what may be considered settlement negotiations or settlement amounts and which Monsanto maintains are protected from disclosure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that if called as a witness I would and could testify competently, and that I make this declaration based on my personal knowledge.

Executed on February 4, 2021            by: */s/ Karen Barth Menzies*
                                                               Karen Barth Menzies
                                                                GIBSS LAW GROUP LLP