**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL CASES | [PROPOSED] ORDER GRANTING CATEGORY 3 OBJECTORS' ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL |

For good cause shown, and for the reasons articulated in the Motion and accompanying declaration, the Court GRANTS Category 3 Objectors' Administrative Motion to File Under Seal.

For the reasons stated below, the following text will be redacted from the filings in the public record:

1. Text which has been redacted from the Opposition at pages 2, 5, 6, 11, and 13 because these sections address Monsanto's communications about what may be considered settlement negotiations or settlement amounts and which Monsanto maintains are protected from disclosure.

2. Text which has been redacted from the Declaration of Fletcher V. Trammel at:

    a. Paragraph 6 because this section addresses Monsanto's communications about what may be considered settlement negotiations or settlement amounts and which Monsanto maintains are protected from disclosure.

3. Text which has been redacted from the declaration of Andrew F. Kirkendall at:

    a. Paragraphs 4 and 6 because these sections address Monsanto's communications about what may be considered settlement negotiations or settlement amounts and which Monsanto maintains are protected from disclosure.

IT IS SO ORDERED.

DATED: February ___, 2021

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE