Arati C. Furness, CA Bar No. 225435
Fears Nachawati, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com

Behram V. Parekh, CA Bar No. 180361
Dalimonte Rueb Stoller LLP
515 S. Figueroa Street, Suite 1550
Los Angeles, CA 90071
T: 619.821.2305
F: 855.203.2035
behram.parekh@drlawllp.com

*Attorneys for Objectors with Roundup
Exposure Claims Over Which There Is No
Federal Jurisdiction*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>DECLARATION OF ARATI C. FURNESS IN SUPPORT OF CATEGORY 2 OBJECTORS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Pursuant to 28 U.S.C.A. § 1746, I, Arati C. Furness, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Fears Nachawati, PLLC, attorneys for Objectors with Roundup exposure claims over which there is no federal jurisdiction. I submit this Declaration in support of Category 2 Objectors' Administrative Motion to File Under Seal.

2. At Defendant Monsanto's request, Objectors have conditionally filed under seal their Category 2 Opposition to Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish a Holdback Percentage and attached Affidavit of James Onder and Declarations of Todd Mathews and Adam Pulaski.

3. I have been informed by Objectors' counsel Jim Onder and Basil Adham that Lana Varney, counsel for Monsanto, told them any reference to statements made to Objectors' counsel by Monsanto concerning settlement negotiations or settlement amounts with any party in the Roundup litigation was confidential and could not be disclosed in the public record pursuant to Federal Rule of Civil Procedure 408.

4. However, Objectors believe that, in order to respond to the Court's questions, this information must be addressed in the brief and in the attached affidavit and declarations. In order to balance these concerns, Objectors move to file under seal any documents that address communications made by Monsanto concerning settlement negotiations or settlement amounts.

5. Text has been redacted from the Category 2 Opposition to Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish a Holdback Percentage at:

   a. Page 5 because it discusses communications with Monsanto in settlement negotiations;

   b. Pages 6 because they discuss communications directly related to settlement values and communications with Monsanto and other parties regarding settlement negotiations; and

   c. Pages 6-7 because it discusses the relative value of settlements and settlement offers to plaintiffs represented by different counsel.

6. Text has been redacted from the Affidavit of James Onder at:

a. Paragraph 9 because it reveals the total number of cases settled with leadership firms;

b. Paragraph 10 because it discusses settlement values;

c. Paragraph 11 because it discusses settlement values and related counsel fees;

d. Paragraph 12 because it discusses leadership counsels' fees;

e. Paragraph 13 because it discusses leadership counsels' fees;

f. Paragraph 15 because it discusses settlement negotiations with Monsanto;

g. Paragraph 16 because it discusses settlement negotiations with Monsanto;

h. Paragraph 17 because it discusses settlement negotiations with Monsanto;

i. Paragraph 18 because it discusses settlement discussions with the mediator;

j. Paragraph 19 because it discusses the relative value of settlements and offers to plaintiffs represented by different counsel;

k. Paragraph 21 because it discusses settlement values and the relative value of settlements and offers to plaintiffs represented by different counsel;

l. Paragraph 22 because it discusses settlement negotiations with Monsanto and the mediator;

m. Paragraph 23 because it discusses settlement communications from Monsanto, the mediator, and leadership firms.

n. Paragraph 24 because it discusses communications with leadership directly related to settlement negotiations; and

o. Paragraph 25 because it discusses leadership counsels' fees.

7. Text has been redacted from the Declaration of Todd Mathews at Paragraph 9 because it discusses the relative value of the settlements obtained or offered to plaintiffs represented by different counsel.

8. Text has been redacted from the Declaration of Adam Pulaski at Paragraph 11 because it discusses communications with Leadership directly related to settlement negotiations.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that if called as a witness I would and could testify competently, and that I make this declaration based on my personal knowledge.

Executed on February 4, 2021                                Respectfully Submitted,

      /s/ Arati C. Furness
Arati C. Furness, CA Bar No. 225435
Majed Nachawati
S. Ann Saucer
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com
majed@fnlawfirm.com
asaucer@fnlawfirm.com

Behram V. Parekh, CA Bar No. 180361
**DALIMONTE RUEB STOLLER LLP**
515 S. Figueroa Street, Suite 1550
Los Angeles, CA 90071
T: 619.821.2305
F: 855.203.2035
behram.parekh@drlawllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February 2021, a copy of the foregoing Declaration was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Arati C. Furness
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com