# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL CASES | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Upon consideration of Plaintiffs' Administrative Motion to File Under Seal, IT IS HEREBY ORDERED THAT the motion is GRANTED as to following material:

| Document | Portion to Be Sealed |
|---|---|
| Category 2 Opposition to Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish a Holdback Percentage | Redacted text on pages 5, 6, and 7. |
| Affidavit of James Onder | Redacted text in paragraphs 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 21, 22, 23, 24, and 25. |
| Declaration of Todd Mathews | Redacted text in paragraph 9. |
| Declaration of Adam Pulaski | Redacted text in paragraph 11. |

and it is hereby FURTHER ORDERED that the above-identified materials filed on February 4, 2021, shall be maintained under seal until further order of the Court.

Dated _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT