W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham, AL  35203
Telephone: (205) 326-3336
Facsimile: (205) 380-8072
Alabama State Bar No.: ASB-3591-N74W

*Attorneys for Plaintiffs with Roundup Exposure Claims Over Which There Is No Federal Jurisdiction*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741  <br>Case No. 16-md-02741-VC |
| This document relates to: | **DECLARATION OF W. LEWIS GARRISON, JR., SUBJECT TO SPECIAL APPEARANCE, IN SUPPORT OF OBJECTIONS TO CLC COMMON BENEFIT MOTION, Doc. 12394** |

1

**Case No. 16-md-02741-VC, DECLARATION OF W. LEWIS GARRISON, JR., SUBJECT TO SPECIAL APPEARANCE, IN SUPPORT OF OBJECTIONS TO CLC COMMON BENEFIT MOTION**

## DECLARATION OF W. LEWIS GARRISON, JR. UNDER PENALTY OF PERJURY

I, W. Lewis Garrison, Jr., declare that:

1. I am a Shareholder in Heninger Garrison Davis, LLC. At this time, we represent approximately 870 clients with claims arising from Roundup exposure. Every case we have filed remains pending in Missouri state court, either in St. Louis county or St. Louis city. We have not filed any cases in Federal Court, and none of our cases have been removed to Federal Court. As such, none of our cases have been transferred to MDL 2741.

2. All of our filed cases in Missouri state court have our co-counsel, Onder Law, listed on the complaint.

3. Neither I nor anyone in my firm has signed a participation agreement with the Plaintiff leadership in MDL 2741 that would subject our cases to a common benefit assessment. Moreover, my firm has not utilized any MDL work product in the prosecution of our cases. My firm has not retained any experts that were engaged by Plaintiff leadership in the MDL. None of our clients have cases pending before this Court. We have done nothing that would subject our clients to the jurisdiction of this Court.

4. While the Plaintiff leadership in MDL 2741 may have performed work, which benefitted their own cases and others in the MDL, none of that work has been shared with me, and none of their work has conferred any benefit upon our cases pending in Missouri state court.

5. Plaintiff leadership in MDL 2741 tout their success as a benefit to those who have cases pending in Missouri state courts. That alone is wholly insufficient to bestow Federal jurisdiction on my firm's cases.

6. Any attempt by Plaintiff leadership in MDL 2741 to levy a common benefit assessment on my firm's cases pending in state court in Missouri should be rejected.

2

Case No. 16-md-02741-VC, DECLARATION OF W. LEWIS GARRISON, JR., SUBJECT TO SPECIAL APPEARANCE, IN SUPPORT OF OBJECTIONS TO CLC COMMON BENEFIT MOTION

I, W. Lewis Garrison, Jr., declare under penalty of perjury that the foregoing is true and correct, that if called as a witness I would and could testify competently, and that I make this declaration based on my personal knowledge.

EXECUTED on this 3rd day of February, 2021.    _____
W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS, LLC

3

Case No. 16-md-02741-VC, DECLARATION OF W. LEWIS GARRISON, JR., SUBJECT TO SPECIAL APPEARANCE, IN SUPPORT OF OBJECTIONS TO CLC COMMON BENEFIT MOTION