# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF JESSICA GLITZ IN SUPPORT OF OBJECTIONS TO CLC COMMON BENEFIT MOTION, Doc. 12394** |

I, JESSICA GLITZ, declare that:

1. I am a Partner at TAUTFEST BOND, PLLC. At this time, we represent approximately 39 clients with claims arising from Roundup exposure (the "Roundup Clients").

2. I submit this Declaration for the sole purpose of addressing this Court's jurisdiction to order a holdback from any recovery by my firm's Roundup Clients.

3. The Roundup Clients' cases were not filed in the Northern District of California (the "MDL Court"), and none of the Roundup Clients' cases has been made a part of this MDL. Instead, a large handful of my Roundup Clients' cases are currently pending in state court in Texas.

4. We have not signed any participation agreement with court-appointed counsel in MDL No. 2741 ("CLC" or "MDL Leadership"). Nor have we voluntarily submitted to the MDL Court's jurisdiction or agreed to be bound by the terms of PTO 12 in return for MDL work product.

5. We have not requested, and did not receive, any MDL work-product. Neither CLC nor anyone in MDL Leadership has offered to provide me or my firm a trial packet, discovery documents, transcripts, or any other MDL work product. And we have not shared our own work product with CLC or MDL Leadership.

6.  My firm has not retained any experts that were engaged by CLC and MDL Leadership, nor have we received any work product, report, or testimony prepared by those experts.

7.  To the extent that I am engaged in settlement negotiations with Monsanto, those negotiations are being conducted by me and my firm, without the assistance or involvement of CLC, MDL Leadership, or the MDL special master.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2021.

Jessica Glitz