UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No.  3:16-md-02741-VC<br><br>**DECLARATION OF MIKAL WATTS IN SUPPORT OF OBJECTIONS TO CLC COMMON BENEFIT MOTION, Doc. 12394** |

I, MIKAL WATTS, declare that:

1. I am a Capital Partner at WATTS GUERRA LLP.  At this time, we represent approximately 983 clients with claims arising from Roundup exposure (the "Roundup Clients").

2. I submit this Declaration for the sole purpose of addressing this Court's jurisdiction to order a holdback from any recovery by my firm's Roundup Clients.

3. WATTS GUERRA LLP did not file any Roundup Clients' cases in federal court, including in the Northern District of California (the "MDL Court").  Instead, my Roundup Clients' cases are currently pending in state court in Case No. CV52254; *Patsy Cortez, et al v. Monsanto Company* pending in the 23rd District Court of Wharton County, Texas.

4. We have not signed any participation agreement with court-appointed counsel in MDL No. 2741 ("CLC" or "MDL Leadership").  Nor have we voluntarily submitted to the MDL Court's jurisdiction or agreed to be bound by the terms of PTO 12 in return for MDL work product.

5. We have not requested, and did not receive, any MDL work-product.  Neither CLC nor anyone in MDL Leadership has offered to provide me or my firm a trial packet, discovery documents, transcripts, or any other MDL work product.  And we have not shared our own work product with CLC or MDL Leadership.

6. My firm has not retained any experts that were engaged by CLC and MDL Leadership, nor have we received any work product, report, or testimony prepared by those experts.

7. CLC's motion claims that CLC "conducted the substantial work of the litigation in . . . state courts" (CLC Mot., 1:6), and that "the MDL Leadership conducted most of the state court litigation" (*id*. at 2:6). [Doc. 12394, Pages 7-8 of 33]. Respectfully, those statements are not true with respect to the clients that WATTS GUERRA LLP represents in Texas, with a few duplicate filings in the state of Missouri. CLC and MDL Leadership have done no work in the Texas action, and upon information and belief have done no work in the Missouri state court actions on behalf of our clients. Moreover, I am not aware of any order from the Missouri or *Cortez* (Texas) courts permitting CLC or MDL Leadership to receive common-benefit compensation for their efforts in the state courts. Indeed, so far as I am aware, CLC or MDL Leadership have not even sought such an order.

8. To the extent that I am engaged in settlement negotiations with Monsanto, those negotiations are being conducted by me and my firm, without the assistance or involvement of CLC, MDL Leadership, or the MDL special master.

9. I am aware of at least one firm, representing several hundred Roundup clients, that has invested a substantial amount of time and money in pursuing its Roundup claims without the assistance of MDL Leadership or MDL work product. This firm has prepared its cases for trial, conducted its own discovery, retained its own experts, and worked with those experts to develop their expert testimony.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3rd February, 2021.

_____
Mikal C. Watts