UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Ramirez, et al. v. Monsanto Co.,*<br>Case No. 3:19-cv-02224 | **PRETRIAL ORDER NO. 226: REQUIRING COUNSEL TO REFILE THE MOTION FOR PRELIMINARY APPROVAL**<br>Re: Dkt. No. 12509 |

Counsel for plaintiffs and the proposed class is directed to refile the motion for preliminary approval (Docket No. 12509). Counsel failed to notice the motion for a hearing, and it was therefore not set on the calendar. The motion should be filed properly and noticed for a hearing at least 35 days from the filing date. (And if there is a true need for the motion to be heard sooner, they should file a motion to shorten time as contemplated by the local rules.) As a reminder, counsel should file this new motion on the main MDL docket as well as on the member case docket.

**IT IS SO ORDERED.**

Dated: February 4, 2021

VINCE CHHABRIA
United States District Judge