# CABRASER DECLARATION

# EXHIBIT  B

# CLASS COUNSEL CREDENTIALS

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP CREDENTIALS

# Lieff Cabraser Heimann & Bernstein

Attorneys at Law

| | |
|---|---|
| 275 Battery Street, 29th Floor | 250 Hudson Street, 8th Floor |
| San Francisco, CA 94111-3339 | New York, NY 10013-1413 |
| Telephone: 415.956.1000 | Telephone: 212.355.9500 |
| Facsimile: 415.956.1008 | Facsimile: 212.355.9592 |
| | |
| 222 2nd Avenue South, Suite 1640 | Frauenplatz 2 |
| Nashville, TN 37201 | 80331 Munich, GERMANY |
| Telephone: 615.313.9000 | Telephone: 49.89.25.55.2361 |
| Facsimile: 615.313.9965 | Facsimile: 49.89.25.55.2359 |

Email: mail@lchb.com
Website: www.lieffcabraser.com

**_FIRM PROFILE:_**

Lieff Cabraser Heimann & Bernstein, LLP, is a 110-plus attorney AV-rated law firm founded in 1972 with offices in San Francisco, New York, Nashville, and Munich. We have a diversified practice, successfully representing plaintiffs in the fields of personal injury and mass torts, securities and financial fraud, employment discrimination and unlawful employment practices, product defect, consumer protection, antitrust, environmental and toxic exposures, False Claims Act, digital privacy and data security, and human rights. Our clients include individuals, classes and groups of people, businesses, and public and private entities.

Lieff Cabraser has served as Court-appointed Plaintiffs' Lead or Class Counsel in state and federal coordinated, multi-district, and complex litigation throughout the United States. With co-counsel, we have represented clients across the globe in cases filed in American courts. Lieff Cabraser is among the largest firms in the United States that only represent plaintiffs. Described by The American Lawyer as "one of the nation's premier plaintiffs' firms," Lieff Cabraser enjoys a national reputation for professional integrity and the successful prosecution of our clients' claims. We possess sophisticated legal skills and the financial resources necessary for the handling of large, complex cases, and for litigating against some of the nation's largest corporations. We take great pride in the leadership roles our firm plays in many of this country's major cases, including those resulting in landmark decisions and precedent-setting rulings.

Lieff Cabraser has litigated and resolved thousands of individual lawsuits and hundreds of class and group actions, including some of the most important civil cases in the United States over the past four decades. We have assisted our clients in recovering over $124 billion in

2002352.7

verdicts and settlements. Twenty-eight cases have been resolved for over $1 billion; another 55 have resulted in verdicts or settlements at or in excess of $100 million.

*The National Law Journal* has recognized Lieff Cabraser as one of the nation's top plaintiffs' law firms for fourteen years, and we are a member of its Plaintiffs' Hot List Hall of Fame, "representing the best qualities of the plaintiffs' bar and demonstrating unusual dedication and creativity." *The National Law Journal* separately recognized Lieff Cabraser as one of the "50 Leading Plaintiffs Firms in America."

In January of 2021, *The American Lawyer* named Lieff Cabraser its "Boutique/Specialty Litigation Firm of the Year." We saw six partners named to *Lawdragon's* "500 Leading Lawyers" for 2021, along with our second partner to be named to the publication's "Hall of Fame." *Best Lawyers'* 2021 rankings include thirty individual "Best Lawyer" lawyer listings as well as thirteen tier one placements (including national mass tort/class actions) and three California "Lawyer of the Year" rankings for antitrust, product liability, and mass tort class actions.

In March of 2020, *Benchmark Litigation* named Lieff Cabraser its "California Plaintiff Firm of the Year" for the second year in a row, and we were finalists the previous year for the publication's national "Plaintiff Law Firm of the Year" award. In December 2019, *The American Lawyer* included Lieff Cabraser in its "Top 50 Litigation Departments in the U.S.," the only all-plaintiff-side litigation firm included among the firms recognized.

In September of 2019, *Law360* named Lieff Cabraser a "California Powerhouse" for litigation after naming our firm its "Class Action Firm of the Year" in January 2019. In July of 2019, Public Justice awarded Lieff Cabraser its "Trial Lawyer of the Year" award. Lieff Cabraser has 21 lawyers named to the "Best Lawyers in America" 2020 listing, and *The National Law Journal* awarded our firm its 2019 "Elite Trial Lawyer" awards in the fields of Consumer Protection and Cybersecurity/Data Breach.

*U.S. News and Best Lawyers* has selected Lieff Cabraser as a national "Law Firm of the Year" six times in the last ten years, in categories including Mass Torts Litigation/Class Actions – Plaintiffs and Employment Law – Individuals. In 2017, Lieff Cabraser's Digital Privacy and Data Security practice group was named "Privacy Group of the Year" by *Law360*, and the firm's Consumer Protection practice group was named the publication's "Consumer Protection Group of the Year" as well.

In 2016, *Benchmark Litigation* named Lieff Cabraser to its "Top 10 Plaintiff Firms in America" list, *The National Law Journal* chose our firm as one of nine "Elite Trial Lawyers" nationwide, and *Law360* selected Lieff Cabraser as one of the "Top 50 Law Firms Nationwide for Litigation." The publication separately noted that our firm "persists as a formidable agency of change, producing world class legal work against some of the most powerful corporate players in the world today."

Lieff Cabraser's full resume is available at https://www.lieffcabraser.com/pdf/Lieff_Cabraser_Firm_Resume.pdf, and select attorney and case profiles are excerpted below.

**PROPOSED CLASS COUNSEL:**

**ELIZABETH J. CABRASER** represents both consumers and governmental entities under the deceptive practice and consumer protection statutes of all states, and personal injury victims under state tort laws.  She has been repeatedly recognized by the National Law Journal as one of the 100 most influential lawyers in the United States. Ms. Cabraser teaches multidistrict litigation, aggregate litigation, and consumer-related courses at Columbia University Law School and Berkeley Law School, and served as a member pf the Federal Civil Rules Advisory Committee from 2010-2017.

Ms. Cabraser has been in the leadership of many of the most significant cases of the past several decades, including most recently in Opioids, Deepwater Horizon, Takata, and the VW Clean Diesel and Fiat Chrysler Diesel Litigations. Ms. Cabraser was appointed by MDL Judge Dan Aaron Polster to the Plaintiffs' Executive Committee of *In re: National Prescription Opiates Litigation*, MDL No. 2804.  In VW, after nine months of intensive negotiation and extraordinary coordination led on the class plaintiffs' side by Ms. Cabraser as Lead Counsel and Chair of a 22-member Plaintiffs' Steering Committee, the court approved a set of interrelated settlements totaling $14.7 billion. In May 2017, a further settlement valued at $1.2-$4.04 billion for 3.0- liter engine vehicles received final approval. These settlements, unprecedented for their scope and complexity, comprise one of the largest payments in American litigation and the largest known consumer class settlement.

Ms. Cabraser is a Fellow of the American Academy of Arts and Sciences, an emeritus member of the Council of the American Law Institute, and has written and spoken extensively on substantive legal issues as well as those related to the advancement of women in the profession. She has lectured and conducted seminars for the Federal Judicial Center, ALI-ABA, The National Center for State Courts, Vanderbilt University Law School, and the Practicing Law Institute. She has been named repeatedly to the Lawdragon 500, The Top 100 California Lawyers, and as a SuperLawyer in multiple fields. In 2010, the American Bar Association Commission on Women in the Profession honored Ms. Cabraser with its Margaret Brent Women Lawyers of Achievement Award, regarded by many as the highest honor in the legal profession for women lawyers. She was selected by Law360 as a 2016 MVP for Class Action Law, was named 2017's "Plaintiff Attorney of the Year" by Benchmark Litigation, received the National Law Journal's "Lifetime Achievement" award in 2017, and was added to the Lawdragon 500 Hall of Fame in 2021. She received the 2018 "California Lawyer of the Year" award for the successful VW "Clean Diesel" class settlements. Public Justice named Ms. Cabraser and her co-counsel as 2019 Trial Lawyers of the Year for their victory in the Hale v. State Farm Civil RICO class action. She was especially honored to receive the National Consumer Law Center's Vern Countryman Award in 2019.

**STEVEN E. FINEMAN** is the Managing Partner of Lieff Cabraser Heimann & Bernstein, LLP, resident in the firm's New York office. Under his leadership, Lieff Cabraser has become a "go-to" firm for plaintiffs' litigation across multiple bars, including Mass Torts, Antitrust, Securities/Financial Fraud, Consumer Protection, Product Liability, Employment Discrimination, and Qui Tam. This commitment to excellence has led Lieff Cabraser to leadership roles in numerous major cases in recent years, and the firm to wide-spread

recognition as one of the premier plaintiff-side litigation firms in the country. Most recently, Lieff Cabraser was named the Boutique Litigation Firm of the year at the 2020 American Lawyer Industry Awards. For his leadership of the firm, Lawdragon has identified Mr. Fineman as one of the nation's "100 Managing Partners You Need to Know."

In addition to managing the firm, Mr. Fineman represents plaintiffs in class, group and individual civil litigation in the areas of securities and financial fraud, mass torts, and consumer fraud. He has been consistently recognized as a top lawyer in his fields by Best Lawyers in America, Super Lawyers, Benchmark Plaintiff, and the National Law Journal. Lawdragon has identified Mr. Fineman as one of the nation's "500 Leading Lawyers in America for 2020."

Mr. Fineman is a member of the Board of Directors of the American Constitution Society. He is a member of the Advisory Forum for Stanford Law School's Center on the Legal Profession, and is a frequent guest lecturer at Stanford Law School. Mr. Fineman is a past President of the Public Justice Foundation, which oversees and funds the national public interest law firm, Public Justice, P.C., and is a past Co-Chair of the American Association for Justice's Securities Litigation Group. Mr. Fineman presently serves as the Chair of the New York/New Jersey Regional Board of the Anti-Defamation League ("ADL"), and is a member of the ADL's Global Advisory Council.

***ROBERT L. LIEFF***, Founding partner, Lieff Cabraser Heimann & Bernstein, LLP; Admitted to practice in California, 1966. ***Education***: Columbia University (M.B.A., 1962; J.D., 1962); Cornell University; University of Bridgeport (B.A., 1958). **Member**: Columbia Law School Dean's Council; Columbia Law School Board of Visitors (1992-2006); Columbia Law School Center on Corporate Governance Advisory Board (2004); State Bar of California, Committee on Rules of Court (1971-74) and Special Committee on Multiple Litigation and Class Actions (1972-73). **Principal Cases**: *Multi-State Tobacco Litigation* (1998) (representing states and counties in litigation against cigarette manufacturers leading to the landmark $206 billion settlement between the tobacco industry and the states' attorneys general; in California alone, Lieff Cabraser's clients were awarded an estimated $12.5 billion); *In re Exxon Valdez Oil Spill Litigation*, No. 3:89-cv-0095 HRH (D. Al.) (where Lieff Cabraser served as Plaintiffs' Co-Class Counsel and on the Class Trial Team that secured a jury award of $5 billion in punitive damages, reduced in subsequent appeal to an amount equal to the compensatory damages, such that with interest, the total award to the plaintiff class was $977 million); *Aviation Disaster and Crash Cases* (successful recoveries for victim families in numerous crashes); *Cruz v. U.S., Estados Unidos Mexicanos, Wells Fargo Bank, et al.*, No. 01-0892-CRB (N.D. Cal.) (Robert Lieff's experiences working alongside day laborers in vineyards led the firm into correcting a 60-year injustice on behalf of Mexican workers and laborers, known as Braceros, ultimately overcoming many obstacles and obtaining a meaningful restitution settlement in 2009); *Holocaust Cases* (prosecuting claims by Holocaust survivors and the heirs of Holocaust survivors and victims against corporations who enslaved and/or looted the assets of Jews and other minority groups persecuted by the Nazi Regime, and, as Settlement Class Counsel in the case against the Swiss banks, securing a $1.25 billion settlement). ***Academic & Other Philanthropy***: Endowed the Lieff Cabraser Heimann & Bernstein Clinical Professorship of Human Rights Law and The Robert L. Lieff Professorship of Law: Director of the Center for Chinese Legal Studies at Columbia Law School. Member of the Board of Directors of the

Bellosguardo Foundation in Santa Barbara, California. ***Awards & Honors***: AV Preeminent Peer Review Rated, Martindale-Hubbell; Selected for inclusion by peers in The Best Lawyers in America in fields of "Mass Tort Litigation/Class Actions – Plaintiffs," Best Lawyers (2015-2021); "Elite Trial Lawyers Hall of Fame," National Law Journal (2015); "Super Lawyer for Northern California," Super Lawyers (2005-2009); "Lawdragon Finalist," Lawdragon (2005). ***Conferences & Seminars***: Conceived, developed, implemented, and presented the Global Justice Forum (2005-2014), a series of international gatherings across the world created to bring together plaintiff lawyers world-wide to review and develop cross-border litigation.

***SELECT CASE PROFILES:***

A.   **Illustrative Class Actions and Complex Litigation Pending or Recently Resolved in this District**

1.   ***In re Volkswagen 'Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation***, MDL No. 2672 (CRB) (N.D. Cal.). In September of 2015, the U.S. Environmental Protection Agency issued a Notice of Violation to Volkswagen relating to 475,000 diesel-powered cars in the United States sold since 2008 under the VW and Audi brands on which VW installed "cheat device" software that intentionally changed the vehicles' emissions production during official testing. The emission controls were turned off during actual road use, producing up to 40x more pollutants than the testing amounts in an extraordinary violation of U.S. clean air laws.

Private vehicle owners, state governments, agencies, and attorneys general, as well as federal agencies, all sought compensation and relief from VW through litigation in U.S. courts. More than 1,000 individual civil cases and numerous accompanying government claims were consolidated in federal court in Northern California, and U.S. District Judge Charles R. Breyer appointed Lieff Cabraser founding partner Elizabeth Cabraser as Lead Counsel and Chair of the 22-member Plaintiffs Steering Committee in February of 2016.

After nine months of intensive negotiation and extraordinary coordination led on the class plaintiffs' side by Elizabeth Cabraser, a set of interrelated settlements totaling $14.7 billion were given final approval by Judge Breyer on October 25, 2016. The consumer class settlements have garnered overwhelming approval and response, with billions already paid to consumers and *claims rates exceeding 95%*. Together, they comprise the largest known consumer class settlement.

The litigation exemplifies the best of the American judicial system, illustrating the resolution of a significant portion of one of the most massive multidistrict class actions at what *Law360* referred to as "lightning speed." The settlements are unprecedented also for their scope and complexity, involving the Department of Justice, Environmental Protection Agency (EPA), California Air Resources Board (CARB) and California Attorney General, the Federal Trade Commission (FTC) and private plaintiffs.

2.   ***In re Wells Fargo & Company Shareholder Derivative Litigation***, No. 3:16-cv-05541 (N.D. Cal.).  Lieff Cabraser was appointed as Co-Lead Counsel for Lead Plaintiffs FPPACO and The City of Birmingham Retirement and Relief System in this consolidated shareholder derivative action alleging that, since at least 2011, the Board and executive management of Wells Fargo knew or consciously disregarded that Wells Fargo employees were illicitly creating millions of deposit and credit card accounts for their customers, without those customers' consent, as part of Wells Fargo's intense effort to drive up its "cross-selling" statistics. Revelations regarding the scheme, and the defendants' knowledge or blatant disregard of it, have deeply damaged Wells Fargo's reputation and cost it millions of dollars in regulatory fines and lost business. In May and October 2017, the court largely denied Wells Fargo's and the Director and Officer Defendants' motions to dismiss Lead Plaintiffs' amended complaint. In April 2020, U.S. District Judge Jon S. Tigar granted final approval to a settlement of $240 million cash payment, the largest insurer-funded cash settlement of a shareholder derivative action, and corporate governance reforms.

3.   ***Fiat Chrysler Dodge Jeep EcoDiesel Litigation***, MDL No. 2777 (EMC) (N.D. Cal.). Lieff Cabraser represents owners and lessors of affected Fiat Chrysler vehicles in litigation accusing Fiat Chrysler of using secret software to allow excess emissions in violation of the law for approximately 100,000 2014-2016 Jeep Grand Cherokees and Dodge Ram 1500 trucks with diesel engines. In June 2017, Judge Edward M. Chen of the Northern District of California named Elizabeth Cabraser sole Lead Counsel for Plaintiffs and Chair of the Plaintiffs' Steering Committee. In May 2019, Judge Chen granted final approval to a $307.5 million settlement, which provides approximately 100,000 owners and lessees with substantial cash payments and an extended warranty following the completion of a government-mandated emissions modification to affected vehicles.  Most owners will receive $3,075 once the repair is completed.

4.   ***In re High-Tech Employee Antitrust Litigation***, No. 11 CV 2509 (N.D. Cal.). Lieff Cabraser served as Co-Lead Class Counsel in a consolidated class action charging that Adobe Systems Inc., Apple Inc., Google Inc., Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar violated antitrust laws by conspiring to suppress the pay of technical, creative, and other salaried employees by restricting recruiting of each other's employees. On October 24, 2013, U.S. District Court Judge Lucy H. Koh certified a class of approximately 64,000 persons who worked in Defendants' technical, creative, and/or research and development jobs from 2005-2009. On September 2, 2015, the Court approved a $415 million settlement with Apple, Google, Intel, and Adobe. Earlier, on May 15, 2014, the Court approved partial settlements totaling $20 million resolving claims against Intuit, Lucasfilm, and Pixar. The Daily Journal described the case as the "most significant antitrust employment case in recent history," adding that it "has been widely recognized as a legal and public policy breakthrough."

5.      ***Gutierrez v. Wells Fargo Bank***, No. C 07-05923 WHA (N.D. Cal.).
        Following a two-week bench class action trial, U.S. District Court Judge William
        Alsup in August 2010 issued a 90-page opinion holding that Wells Fargo violated
        California law by improperly and illegally assessing overdraft fees on its
        California customers and ordered $203 million in restitution to the certified
        class.  Instead of posting each transaction chronologically, the evidence presented
        at trial showed that Wells Fargo deducted the largest charges first, drawing down
        available balances more rapidly and triggering a higher volume of overdraft
        fees.In reviewing counsel's request for attorneys' fees, Judge Alsup commented:
        "Lieff, Cabraser . . . entered as class counsel and pulled victory from the jaws of
        defeat. They bravely confronted several obstacles including the possibility of
        claim preclusion based on a class release entered in state court (by other
        counsel), federal preemption, hard-fought dispositive motions, and voluminous
        discovery.  They rescued the case [counsel that originally filed] had botched and
        secured a full recovery of $203 million in restitution plus injunctive
        relief.  Notably, Attorney Richard Heimann's trial performance ranks as one of
        the best this judge has seen in sixteen years on the bench.  Lieff, Cabraser then
        twice defended the class on appeal. At oral argument on the present motion, in
        addition to the cash restitution, Wells Fargo acknowledged that since 2010, its
        posting practices changed nationwide, in part, because of the injunction."

6.      ***The City and County of San Francisco, California, et al. v. Purdue
        Pharma L.P., et al.***, No. 3:18-cv-07591-CRB (N.D. Cal.).  Lieff Cabraser
        represents the City and County of San Francisco in one of the selected bellwether
        actions recently remanded from the MDL litigation against manufacturers and
        distributors of prescription opioid drugs, *In Re: National Prescription Opiate
        Litigation*, MDL No. 2804 (N.D. Ohio), which is widely thought to be among the
        most complex (and important) pieces of civil litigation in U.S. history.  Lieff
        Cabraser plays an important role in the MDL as well, serving on the Plaintiffs'
        Executive Committee and the Tribal Committee, among other positions.

7.      ***In Re: Juul Labs, Inc. Marketing, Sales Practices, And Products
        Liability Litigation***, No. 19-md-02913-WHO (N.D. Cal.).  Lieff Cabraser
        serves as Co-Lead counsel, directing a nationwide litigation against Juul Labs,
        Inc. and other defendants related to the design, promotion and sale of a nicotine
        aerosolizing gadget known as a JUUL.  The Multi-District Litigation is
        coordinating claims on behalf of a nationwide class of consumers, government
        entities, and thousands of injured individuals from across the country.  These
        lawsuits include tort, consumer protection, and fraud claims, stemming from
        each defendant's role in misleading consumers, targeting youth and conspiring to
        generate a renewed nicotine addiction crisis.

8.      ***In Re Pacific Fertility Center Litigation***, No. 3:18-cv-01586-JSC (N.D.
        Cal.). Lieff Cabraser was appointed Plaintiffs' Interim Co-Lead Counsel in
        litigation stemming from a March 2018 catastrophic failure of a cryogenic freezer
        tank at Pacific Fertility Center in San Francisco.  The lawsuit, brought on behalf

of hundreds of individuals and families, alleges that thousands of eggs and embryos were jeopardized, damaged, or destroyed when they were exposed to an uncontrolled rise in temperature in the freezer tank due to a loss of liquid nitrogen in the tank.

9.  ***In re California Bail Bond Antitrust Litigation***, 3:19-cv-00717-JST (N.D. Cal.). Lieff Cabraser serves as Interim lead Class Counsel for a proposed class of purchasers of bail bonds in California.  This first-of-its-kind case alleges a conspiracy among sureties and bail agents to inflate bail bond prices.  In April 2020, U.S. District Judge Jon S. Tigar largely denied the defendants' motions to dismiss, and the litigation is ongoing.

**B.  Other Noteworthy Cases**

1.  ***Jane Doe et al. v. George Tyndall and the University of Southern California***, Case No. 2:18-cv-05010 (C.D. Cal.). In June of 2018, Lieff Cabraser and co-counsel filed a class action lawsuit on behalf of women who were sexually abused, harassed, and molested by gynecologist George Tyndall, M.D., while they were students at University of Southern California ("USC"). As alleged in the complaint, USC actively and deliberately concealed Tyndall's sexual abuse for years.  On February 12, 2019, a settlement was reached that requires USC to adopt and implement significant and permanent procedures for identification, prevention, and reporting of sexual and racial misconduct, as well as recognize all of Tyndall's patients through a $215 million fund that gives every survivor a choice in how to participate. Under the settlement, all women who USC's records show saw Tyndall for a women's health visit will automatically get a $2,500 check, and the further tiers (with compensation up to $250,000 per victim) are structured to allow victims to choose their level of engagement with the process.

2.  ***Hale, et al. v. State Farm Mut. Auto. Ins. Co., et al.***, Case No. 3:12-cv-00660-DRH-SCW.  In 1997, Lieff Cabraser and co-counsel filed a class action in Illinois state court, accusing State Farm of approving the use of lower-quality non-original equipment manufacturer (non-OEM) automotive parts for repairs to the vehicles of more than 4 million State Farm policyholders, contrary to the company's policy language.  Plaintiffs won a verdict of more than nearly $1.2 billion that included $600 million in punitive damages.  The state appeals court affirmed the judgment, but reduced it slightly to $1.05 billion.  State Farm appealed to the Illinois Supreme Court in May 2013.

A two-plus-year delay in that Court's decision led to a vacancy in the Illinois Supreme Court.  Plaintiffs alleged that State Farm recruited a judge to run for the vacant Supreme Court seat, and then managed his campaign behind the scenes, and secretly funded it to the tune of almost $4 million.  Then, after Justice Karmeier was elected, State Farm hid its involvement in his campaign to ensure that Justice Karmeier could participate in the pending appeal of the $1.05 billion judgment.  State Farm's scheme was successful: Justice Karmeier joined the

otherwise "deadlocked" deliberations and voted to decertify the class and overturn the judgment.

In a 2012 lawsuit filed in federal court, Plaintiffs alleged that this secretive scheme to seat a sympathetic justice—and then to lie about it, so as secure that justice's participation in the pending appeal—violated the Racketeer Influenced and Corrupt Organization Act ("RICO"), and deprived Plaintiffs of their interest in the billion-dollar judgment.  In 2018, after more than six years of intensive litigation and with a jury selected and ready to begin trial, the parties reached a $250 million settlement.  The settlement was approved in 2019 and has delivered cash payments to more than 1.5 million class members.  Lieff Cabraser and co-counsel were honored as the "Trial Lawyers of the Year" by Public Justice for their work on this historic case.

3.   ***In re Takata Airbag Litigation***, MDL No. 2599 (S.D. Fl.). Lieff Cabraser serves on the Plaintiffs' Steering Committee in the national litigation related to defective and dangerous airbags manufactured by Japan-based Takata Corporation. Nearly 42 million vehicles have been recalled worldwide, making this the largest automotive recall in U.S. history. To date, Lieff Cabraser and our co-counsel have secured over $1.5 billion in settlements, and litigation continues against several manufacturers.

4.   ***In re Actos (Pioglitazone) Products Liability Litigation***, MDL No. 2299 (W.D. La.).  Lieff Cabraser represents 90 diabetes patients who developed bladder cancer after exposure to the prescription drug pioglitazone, sold as Actos by Japan-based Takeda Pharmaceutical Company and its American marketing partner, Eli Lilly. Lieff Cabraser is a member of the Plaintiffs' Steering Committee in the Actos MDL. In 2014, Lieff Cabraser served on the trial team in the case of *Allen v. Takeda*, working closely with lead trial counsel in federal court in Louisiana. The jury awarded $9 billion in punitive damages, finding that Takeda and Lilly failed to adequately warn about the bladder cancer risks of Actos and had acted with wanton and reckless disregard for patient safety. The trial judge reduced the punitive damage award but upheld the jury's findings of misconduct, and ruled that a multiplier of 25 to 1 for punitive damages was justified. In April 2015, Takeda agreed to a $2.4 billion global settlement.

5.   ***In re Bank of New York Mellon Corp. Foreign Exchange Transactions Litigation***, MDL 2335 (S.D.N.Y.). Lieff Cabraser served as co-lead class counsel for a proposed nationwide class of institutional custodial customers of The Bank of New York Mellon Corporation ("BNY Mellon").  The litigation stemmed from alleged deceptive overcharges imposed by BNY Mellon on foreign currency exchanges (FX) that were done in connection with custodial customers' purchases or sales of foreign securities. Plaintiffs alleged that for more than a decade, BNY Mellon consistently charged its custodial customers hidden and excessive mark-ups on exchange rates for FX trades done pursuant to "standing

instructions," using "range of the day" pricing, rather than the rates readily available when the trades were actually executed.

In addition to serving as co-lead counsel for a nationwide class of affected custodial customers, Lieff Cabraser was one of three firms on Plaintiffs' Executive Committee tasked with managing all activities on the plaintiffs' side in the multidistrict consolidated litigation.

In 2015, a global resolution was reached, under which $504 million was paid back to BNY Mellon customers. Commenting on the work of plaintiffs' counsel, U.S. District Court Judge Lewis A. Kaplan stated, "This really was an extraordinary case in which plaintiff's counsel performed, at no small risk, an extraordinary service. They did a wonderful job in this case, and I've seen a lot of wonderful lawyers over the years. This was a great performance. . . . [P]laintiffs' counsel deserve a world of credit for taking it on, for running the risk, for financing it and doing a great job."

6.     ***In re Engle Cases***, No. 3:09-cv-10000-J-32 JBT (M.D. Fl.).  Lieff Cabraser represents Florida smokers, and the spouses and families of loved ones who died, in litigation against the tobacco companies for their 50-year conspiracy to conceal the hazards of smoking and the addictive nature of cigarettes.

On February 25th, 2015, a settlement was announced of more than 400 Florida smoker lawsuits against the major cigarette companies Philip Morris USA Inc., R.J. Reynolds Tobacco Company, and Lorillard Tobacco Company.  As a part of the settlement, the companies will collectively pay $100 million to injured smokers or their families. This was the first settlement ever by the cigarette companies of smoker cases on a group basis.

Lieff Cabraser attorneys tried over 20 cases in Florida federal court against the tobacco industry on behalf of individual smokers or their estates, and with co-counsel obtained over $105 million in judgments for our clients.  Two of the jury verdicts Lieff Cabraser attorneys obtained in the litigation were ranked by *The National Law Journal* as among the Top 100 Verdicts of 2014. On January 19,2021, the 11th Circuit affirmed a $27 million verdict, including $20.7 million in punitive damages, in Cote v. R. J. Reynolds, No. 19-14074

7.     ***In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation***, MDL No. 2284 (E.D. Pa.).  Lieff Cabraser served as Co-Lead Counsel for homeowners, golf course companies and other property owners in a nationwide class action lawsuit against DuPont, charging that its herbicide Imprelis caused widespread death among trees and other vegetation across the country.  In response to the litigation, DuPont created a process for property owners to submit claims for damages.  Approximately $400 million was paid to approximately 25,000 claimants.  In October 2013, the Court approved a settlement of the class action that substantially enhanced the DuPont claims process, including by adding an extended warranty, a more limited release of

claims, the right to appeal the denial of claim by DuPont to an independent arborist, and publication of DuPont's tree payment schedule.

8.  ***In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation***, MDL No. 2151 (C.D. Cal.). Lieff Cabraser serves as Co-Lead Counsel for the plaintiffs in the Toyota injury cases in federal court representing individuals injured, and families of loved ones who died, in Toyota unintended acceleration accidents. The complaints charge that Toyota took no action despite years of complaints that its vehicles accelerated suddenly and could not be stopped by proper application of the brake pedal. In 2014, Lieff Cabraser assisted in the creation of an innovative resolution process that has settled scores of cases in streamlined, individual conferences. Before Toyota agreed to settle the litigation, plaintiffs' counsel overcame significant hurdles, defeating Toyota's motion to dismiss, and demonstrating that the highly-publicized government studies that denied  unintended acceleration were flawed and erroneous.

9.  ***In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico***, MDL No. 2179 (E.D. La.).  Lieff Cabraser serves on the Court-appointed Plaintiffs' Steering Committee ("PSC") and with co-counsel represents fishermen, property owners, business owners, wage earners, and other harmed parties in class action litigation against BP, Transocean, Halliburton, and other defendants involved in the Deepwater Horizon oil rig blowout and resulting oil spill in the Gulf of Mexico on April 20, 2010. In 2012, the Court approved two class action settlements that will fully compensate hundreds of thousands of victims of the tragedy. The settlements resolve the majority of private economic loss, property damage, and medical injury claims stemming from the Deepwater Horizon Oil Spill, and hold BP fully accountable to individuals and businesses harmed by the spill.  The class settlement is now final and has , as of February 2021, delivered $12.2 billion to compensate claimants' losses.  The medical settlement is also final, and an additional $1 billion settlement has been reached with defendant Halliburton.

10. ***In re Checking Account Overdraft Litigation***, MDL No. 2036 (S.D. Fl.). Lieff Cabraser serves on the Plaintiffs' Executive Committee ("PEC") in Multi-District Litigation against 35 banks.  The complaints alleged that the banks entered debit card transactions from the "largest to the smallest" to draw down available balances more rapidly and maximize overdraft fees.  In March 2010, the Court denied defendants' motions to dismiss the complaints.  The Court later approved nearly $1 billion in settlements with the banks. In approving the settlement with Bank of America, led by Lieff Cabraser, U.S. District Court Judge James Lawrence King stated, "This is a marvelous result for the members of the class. . . "[B]ut for the high level of dedication, ability and massive and incredible hard work by the Class attorneys . . . I do not believe the Class would have ever seen . . . a penny."

11.     ***Cruz v. U.S., Estados Unidos Mexicanos, Wells Fargo Bank, et al.***,
        No. 01-0892-CRB (N.D. Cal.).  Working with co-counsel, Lieff Cabraser
        succeeded in correcting an injustice that dated back 60 years.  The case was
        brought on behalf of Mexican workers and laborers, known as Braceros ("strong
        arms"), who came from Mexico to the United States from 1942 through 1946 to
        aid American farms and industries hurt by employee shortages during World
        War II.  As part of the Braceros program, employers held back 10% of the
        workers' wages. The Braceros were never reimbursed for the portion of their
        wages placed in the forced savings accounts.

        Despite significant obstacles, plaintiffs secured a settlement under which the
        Mexican government finally provided a payment to Braceros, or their surviving
        spouses or children, in the amount of approximately $3,500 each.  In approving
        the settlement, U.S. District Court Judge Charles Breyer stated:

>       I've never seen such litigation in eleven years on the bench that was
>       more difficult than this one.  It was enormously challenging.
>       Notwithstanding all of these issues that kept surfacing . . . over the
>       years, the plaintiffs persisted.  I actually expected . . . that the
>       plaintiffs would just give up because it was so hard, but they never did.
>       They never did.  And, in fact, they achieved a settlement of the case,
>       which I find remarkable under all of these circumstances.

12.     ***In re Bextra/Celebrex Marketing Sales Practices and Products
        Liability Litigation***, MDL No. 1699 (N.D. Cal.).  Lieff Cabraser served as
        Plaintiffs' Liaison Counsel and Elizabeth J. Cabraser chaired the Plaintiffs'
        Steering Committee (PSC) charged with overseeing all personal injury and
        consumer litigation in federal courts nationwide arising out of the sale and
        marketing of the COX-2 inhibitors Bextra and Celebrex. Under the global
        resolution, Pfizer paid over $800 million to claimants, including over
        $750 million to resolve death and injury claims.

13.     ***In re Vioxx Products Liability Litigation***, MDL No. 1657 (E.D. La.). Lieff
        Cabraser represented patients who suffered heart attacks or strokes, and the
        families of loved ones who died, after having been prescribed the arthritis and
        pain medication Vioxx. In individual personal injury lawsuits against Merck, the
        manufacturer of Vioxx, our clients allege that Merck falsely promoted the safety
        of Vioxx and failed to disclose the full range of the drug's dangerous side effects.
        In April 2005, in the federal multidistrict litigation, the Court appointed
        Elizabeth J. Cabraser to the Plaintiffs' Steering Committee, which has the
        responsibility of conducting all pretrial discovery of Vioxx cases in federal court
        and pursuing all settlement options with Merck.  In August 2006, Lieff Cabraser
        was co-counsel in *Barnett v. Merck*, which was tried in the federal court in New
        Orleans.  Mr. Barnett, finding that Vioxx caused his heart attack, and that
        Merck's conduct justified an award of punitive damages.  In November 2007,
        Merck announced it had entered into an agreement with the executive committee

of the Plaintiffs' Steering Committee as well as representatives of plaintiffs' counsel in state coordinated proceedings.  Merck paid $4.85 billion into a settlement fund for qualifying claims.

14.     ***In re Exxon Valdez Oil Spill Litigation***, No. 3:89-cv-0095 HRH (D. Al.).  The *Exxon Valdez* ran aground on March 24, 1989, spilling 11 million gallons of oil into Prince William Sound.  Lieff Cabraser served as one of the Court-appointed Plaintiffs' Class Counsel.  The class consisted of fisherman and others whose livelihoods were gravely affected by the disaster.  In addition, Lieff Cabraser served on the Class Trial Team that tried the case before a jury in federal court in 1994.  The jury returned an award of $5 billion in punitive damages.  Although the punitive damages were later reduced on appeal, the ultimate recovery for the plaintiff class was $977 million.

15.     ***Fen-Phen ("Diet Drugs") Litigation***.  Since the recall was announced in 1997, Lieff Cabraser has represented individuals who suffered injuries from the "Fen-Phen" diet drugs fenfluramine (sold as Pondimin) and/or dexfenfluramine (sold as Redux).  The firm served as counsel for the plaintiff who filed the first nationwide class action lawsuit against the diet drug manufacturers alleging that they had failed to adequately warn physicians and consumers of the risks associated with the drugs.  In *In re Diet Drugs (Phentermine / Fenfluramine / Dexfenfluramine) Products Liability Litigation*, MDL No. 1203 (E.D. Pa.), the Court appointed Elizabeth J. Cabraser to the Plaintiffs' Management Committee which organized and directed the Fen-Phen diet drugs litigation in federal court.  In August 2000, the Court approved a $4.75 billion settlement offering both medical monitoring relief for persons exposed to the drug and compensation for persons with qualifying damage.  Lieff Cabraser represented over 2,000 persons that suffered valvular heart disease, pulmonary hypertension or other problems (such as needing echocardiogram screening for damage) due to  and/or following exposure to Fen-Phen and obtained more than $350 million in total for clients in individual cases and/or claims.

16.     ***Holocaust Cases***.  Lieff Cabraser was one of the leading firms that prosecuted claims by Holocaust survivors and the heirs of Holocaust survivors and victims against banks and private manufacturers and other corporations who enslaved and/or looted the assets of Jews and other minority groups persecuted by the Nazi Regime during the Second World War era.  The firm served as Settlement Class Counsel in the case against the Swiss banks for which the Court approved a U.S. $1.25 billion settlement in July 2000. The firm was also active in slave labor and property litigation against German and Austrian defendants, and Nazi-era banking litigation against French banks.  In connection therewith, Lieff Cabraser participated in multi-national negotiations that led to Executive Agreements establishing an additional approximately U.S. $5 billion in funds for survivors and victims of Nazi persecution.

17. ***Multi-State Tobacco Litigation***.  Lieff Cabraser represented the Attorneys General of Massachusetts, Louisiana and Illinois, several additional states, and 21 cities and counties in California, in litigation against Philip Morris, R.J. Reynolds and other cigarette manufacturers.  The suits were part of the landmark $206 billion settlement announced in November 1998 between the tobacco industry and the states' attorneys general.  The states, cities and counties sought both to recover the public costs of treating smoking-related diseases and require the tobacco industry to undertake extensive modifications of its marketing and promotion activities in order to reduce teenage smoking.  In California alone, Lieff Cabraser's clients were awarded an estimated $12.5 billion to be paid through 2025.

18. ***Hanlon v. Chrysler Corp.***, No. C-95-2010-CAL (N.D. Cal.).  In 1995, the District Court approved a $200+ million settlement enforcing Chrysler's comprehensive minivan rear latch replacement program, and to correct alleged safety problems with Chrysler's pre-1995 designs. As part of the settlement, Chrysler agreed to replace the rear latches with redesigned latches. The settlement was affirmed on appeal by the Ninth Circuit in *Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (1998).

19. ***In re Silicone Gel Breast Implants Products Liability Litigation***, MDL No. 926 (N.D. Ala.). Lieff Cabraser served on the Plaintiffs' Steering Committee and was one of five members of the negotiating committee which achieved a $4.25 billion global settlement with certain defendants of the action.Over 100,000 recipients have received initial payments, reimbursement for the explanation expenses and/or long term benefits.

# DUGAN CREDENTIALS

## THE DUGAN LAW FIRM, APLC
One Canal Place, 365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Ph (504) 648-0180 | Fax (504) 648-0181

JAMES R. DUGAN, II, Esq.
Email: jdugan@dugan-lawfirm.com

James R. Dugan, II, is the founding partner of The Dugan Law Firm, APLC. Mr. Dugan began his career working with the late Wendell H. Gauthier and the Law Firm of Gauthier, Downing, LaBarre, Beiser & Dean in the areas of class action, mass tort, and complex litigation, beginning with the seminal class action lawsuit filed against the tobacco industry on the basis of nicotine addiction, *Castano v. American Tobacco, et al.* which resulted in a multi-billion settlement. In December of 2001, Mr. Dugan formed the Dugan & Browne Law Firm, the predecessor to The Dugan Law Firm, and he continues to specialize in class action and mass tort litigation.

Over the years, Mr. Dugan has specialized in the area of complex litigation representing numerous consumers and third party-payors, including Blue Cross of Louisiana and other health insurers, in cases against the manufacturers of Ranbaxy, Synthroid, Fen-Phen, Rezulin, Neurontin, Vioxx, Zyprexa, Bextra/Celebrex, Oxycontin, Ketek, Effexor, Prograf, Skelaxin, Nexium, and Suboxone. Mr. Dugan also represented the Louisiana Attorney General in the Synthroid, Baycol, Rezulin, Vioxx, and Ketek litigations to recoup medical costs the state Medicaid program expended over these drugs.

As a result of his demonstrated skill and experience in class action and mass tort practice, Mr. Dugan has been appointed by the court to serve in key leadership positions in a number of large national federal court class action cases including:

1

1.     **In Re: Synthroid Marketing Litigation, (MDL No. 1182)** (1997-2004) USDC for the Northern District of Illinois, Eastern Division, Judge Elaine E. Bucklo. Co-Lead Counsel for a class of third party-payors. Settlement: $45,000,000.00

2.     **In Re: Diet Drugs Litigation, (MDL No. 1203)** (1997-2002) USDC for the Eastern District of Pennsylvania, Judge Lewis C. Bechtle. Co-Lead Counsel for a large group of individually represented third-party payors. Settlement: $35,000,000.00

3.     **In Re: Propulsid Litigation, (MDL No. 1355)** (2000-Present) USDC for the Eastern District of Louisiana, Judge Eldon Fallon. Member: Plaintiffs' Steering Committee. Settlement: $90,000,000.00

4.     **In Re: Rezulin Products Liability Litigation, (MDL No. 1348)** (2000-2008) USDC for the Southern District of New York, Judge Lewis A. Kaplan. Mr. Dugan was appointed by the court as Liaison Counsel to a class of Health Benefit Providers.  Settlement: $22,500,000.00

5.     **In Re: Industrial Life Insurance Litigation, (MDL No. 1371)** (2000-2007) USDC for the Eastern District of Louisiana, Judge Martin L.C. Feldman, presiding. Member: Plaintiffs' Executive Committee. Settlement: $50,000,000.00

6.     **In Re: Inter-Op Hip Prosthesis Product Liability Litigation, (MDL No. 1401)** (2001-2008) USDC for the Northern District of Ohio, Eastern Division, Judge Kathleen O'Malley. Member: Plaintiffs' Steering Committee.  Settlement: $1,200,000,000.00

7.     **In Re: Baycol Products Liability Litigation, (MDL No. 1431)** (2001-2007) USDC for the District of Minnesota, Judge Michael Davis.  Member: Plaintiffs' Steering Committee. Settlement: 1,000,000,000.00

8.     **In Re: Meridia Products Liability Litigation, (MDL No. 1481)** (2002-2006) USDC for the Northern District of Ohio, Judge James S. Gwin. Member:  Plaintiffs' Steering Committee.

9.     **In Re: Serzone Products Liability Litigation, (MDL No. 1477)** (2002-2007) USDC for the Southern District of West Virginia, Judge Joseph R. Goodwin. Member: Plaintiffs' Steering Committee.  Settlement: $90,000,000.00

10.    **In Re: Neurontin Marketing & Sales Practices Litigation, (MDL No. 1629)** (2004-Present) USDC for the District of Massachusetts, Judge Patti B. Saris. Member: Plaintiffs' Steering Committee. Settlement: $325,000,000.00

11.    **In Re: Vioxx Products Liability Litigation, (MDL No. 1657)** (2005-Present) USDC for the Eastern District of Louisiana, Judge Fallon, Magistrate Judge Knowles. Member:  Co-Chair Purchase Claims Committee.  Settlement: $80,000,000.00

12.    **In Re: Zyprexa Marketing and Sales Practices Litigation, (MDL No. 1596)** (2005-Present) USDC for the Eastern District of New York, Judge Weinstein and Magistrate Judge Chrein. Member: Co-Lead Counsel for the Purchase Claims.  Settlement: $4,500,000.00

13.     **In Re: Bextra and Celebrex Marketing and Sales Practices and Products Liability Litigation, (MDL No. 1699)** (2006-2010) USDC for the Northern District of California, Judge Breyer. Member: Purchase Claims Committee. Settlement: $89,000,000.00

14.     **In Re: Fosamax Product Liability Litigation, (MDL No. 1789)** (2006-Present) USDC for the Southern District of New York, Judge Keenan.  Member:  Plaintiffs' Steering Committee.

15.     **In Re: Oxycontin Marketing and Sales Practices Litigation** (2007-2009) USDC for the Southern District of New York, Judge Koetl. Co-lead counsel for third-party payors. Settlement: $20,000,000.00

16.     **In Re: Ketek Marketing and Sales Practices Litigation** (2008-Present) USDC for the Eastern District of New York, Judge Townes.  Co-lead Counsel for third-party payors.

17.     **In Re: Vytorin Marketing, Sales Practice, and Products Liability, (MDL No. 1938)** (2008-2010) USDC for the District of New Jersey, Judge Dennis M. Cavanaugh. Member: Plaintiffs' Steering Committee.  Settlement: $45,000,000.00

18.     **In Re: Actimmune Product Liability Litigation, (08-CV-3797-MHP)** (2009-Present) USDC for the Northern District of California, Judge Marilyn H. Patel. Member: Plaintiffs' Steering Committee.

19.     **In Re: Light Cigarettes Marketing and Sales Practices Litigation, (MDL No. 2068)** (2009-Present) USDC for the District of Maine, Judge John Woodcock Jr. Member: Plaintiffs' Steering Committee.

20.     **In Re:  Celexa/Lexapro Product Liability Litigation, (MDL 2067)** (2009-Present) USDC for the District of Massachusetts, Judge Nathaniel M. Gorton. Lead Counsel for the third-party payors.

21.     **In Re: Fosamax Femur Litigation, (MDL No. 2243)**  (2011–Present) USDC for the District of New Jersey, Judge Joel A. Pisano. Member: Plaintiffs' Steering Committee.

22.     **In re: Avandia Marketing and Sales Practices Litigation (MDL No. 1871)** (2009-Present) USDC for the Eastern District of Pennsylvania, Judge Cynthia M. Rufe. Member: Co-Lead Counsel for Plaintiffs' Third-Party Payors.

23.     **In Re: Effexor Antitrust Litigation** (11-CV-05590) (2011-Present) USDC for the District of New Jersey, Judge Joel A. Pisano. Member: Executive Committee for Indirect Purchasers.

24.     **In Re: Prograf Antitrust Litigation, (MDL No. 2242)** (2011-Present) USDC for District of Massachusetts, Judge Rya W. Zobel. Member: Co-Lead Counsel for Indirect Purchasers. Settlement: $13,000,000.00

25.     **In Re: National Football Players' Concussion Injury, (MDL No. 2323)** (2012–Present), USDC for the Eastern District of Pennsylvania, Judge Anita Brody. Member: Plaintiffs' Steering Committee.  Settlement: Uncapped class action settlement.

26.     **In Re: Skelaxin (Metaxalone) Antitrust Litigation, (MDL No. 2343)** (2012-Present), USDC for the Eastern District of Tennessee, Judge Curtis L. Collier. Member: Plaintiffs' Executive Committee for Indirect Purchasers. Settlement: $4,000,000.00

27.     **In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation, (MDL No. 2385)** (2012-Present), USDC for Southern District of Illinois, Judge David R. Herndon. Member: Plaintiffs' Steering Committee. Settlement: $650,000,000.00

28.     **In Re:  Nexium (Esomeprazole) Antitrust Litigation, (MDL No. 2409)** (2012-Present), USDC for the District of Massachusetts, Judge William G. Young. Member: Plaintiffs' Executive Committee for Indirect Purchasers.

29.     **In Re:  Fresenius Granuflo/Naturallte Dialysate Products Liability Litigation, (MDL No. 2428** (2013-Present) USDC for the District of Massachusetts, Judge Douglas P. Woodlock. Member: Plaintiffs' Steering Committee.

30.     **In Re: Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation, (MDL No. 2445)** (2013–Present), USDC for the Eastern District of Pennsylvania, Judge Mitchell S. Goldberg.  Member: Plaintiffs' Executive Committee for Indirect Purchasers.

31.     **In Re: Niaspan Antitrust Litigation, (MDL No. 2460)** (2013-Present). USDC for the Eastern District of Pennsylvania, Judge Jan E. DuBois. Member: Plaintiffs' Executive Committee for Indirect Purchasers.

32.     **In Re: Lidoderm Antitrust Litigation, (MDL No. 2521)** (2014-Present). USDC for the Northern District of California, Judge William H. Orrick. Member: Plaintiffs' Executive Committee for Indirect Purchasers.

33.     **In Re: National Collegiate Athletic Association Student-Athlete Concussion Litigation, (MDL No. 2492)** (2014–Present), USDC for the Northern District of Illinois, Judge John Z. Lee. Member: Plaintiffs' Steering Committee.   Settlement: $75,000,000 medical monitoring settlement.

34.     **In Re: Generic Pharmaceuticals Pricing Antitrust Litigation, (MDL No. 2724)** (2017 – Present), USDC for the Eastern District of Pennsylvania, Judge Cynthia M. Rufe. Member Plaintiffs' Steering Committee.

35.     **In Re: National Prescription Opiate Litigation, (MDL No. 2804)** (2017- Present) USDC for the Northern District of Ohio, Eastern Division, Judge Dan Aaron Polster. Member Plaintiff's Executive Committee.

Mr. Dugan received his B.A. from the University of Southwestern Louisiana in Lafayette, Louisiana and his J.D. form Loyola University Law School in New Orleans, Louisiana. He is a member of the Louisiana Bar and has also been admitted to practice before a number of Federal Courts including the Eastern and Middle District's of Louisiana, Southern District of Alabama, District of Massachusetts, Eastern District of New York, Second Circuit Court of Appeals, First Circuit Court of Appeals, Third Circuit Court of Appeals, and Fifth Circuit Court of Appeals. Mr. Dugan continues to be an active member in a number of well-respected legal organizations, including the Federal Bar Association, the Louisiana Association for Justice, the Orleans Parish Bar Associations and the Louisiana State and American Bar Associations.  Mr. Dugan has also been named to the American Association for Justice Top 100 Trial Lawyers for the years of 2007 through 2016, National League of Renowned Attorneys Top One Percent 2016, America's Top 100 Attorneys Lifetime Achievement, American Institute of  Personal Injury Attorneys 10 Best Attorneys 2017, and Mass Tort Trial Lawyers Top 25 2016. Mr. Dugan currently serves on the Board of Advocates for Human Rights First.  Mr. Dugan is married to Mrs. Heidi Dugan and they have two sons, James III and Jackson.

# ISSACHAROFF CREDENTIALS

Samuel Issacharoff is the Reiss Professor of Constitutional Law at New York University School of Law. His academic CV is attached. In sum, he has been a chaired professor at the University of Texas, Columbia University and now at NYU, and is a Fellow of the American Academy of Arts & Sciences. He has published hundreds of articles, books, and book chapters, and his work has appeared in every major law review in the U.S. and abroad.

Among his areas of academic expertise is complex litigation. He has published extensively on class actions, MDLs, and intricate questions of procedure that comes up in those contexts. He also served as the Reporter for the Aggregate Litigation Project for the American Law Institute.

Professor Issacharoff regularly appears in courts in cases involving complex litigation, most frequently as appellate counsel. He was the lead appellate lawyer for the settlement class in the BP Deepwater Horizon Litigation, in the NFL Concussion Litigation, and was one of the lead appellate lawyers in the VW Emissions case as well.

At the district court level, he has been appointed a Futures Claims Representative in the THAN Asbestos Trust, and he serves as liaison counsel in the MDL before Judge Dow in *In Re: Dealer Management Systems Antitrust Litigation*, No. 1:18-cv-00864.

Professor Issacharoff's curriculum vitae can be found at https://its.law.nyu.edu/facultyprofiles/index.cfm?fuseaction=profile.overview&personid=23845.

# AUDET
# CREDENTIALS

# C.V. of William M. Audet, J.D., LL.M, LL.D (hc)

Attorney William M. Audet has been practicing law for over thirty years and prosecuting complex individual and class action case in the United States, Canada and Mexico. In recognition of his experience and dedication to his clients, Mr. Audet has been appointed to leadership roles in dozens of significant MDL, federal and state cases.  Mr. Audet is the founding partner of Audet & Partners, LLP., a San Francisco based law firm with cases filed in state and federal courts in almost every state in the United States.

## Education, Degrees & Clerkships

After graduating from UC Davis, Mr. Audet earned a Juris Doctor (J.D.) (with highest honors) from Golden Gate University School of Law in 1984, where he was the Editor of the Golden Gate University Law Review and the student commencement speaker. In 1987, Mr. Audet obtained a Master of Laws (LL.M.) degree from the University Of Wisconsin School Of Law. During his three years at the University of Wisconsin, he taught civil procedure and civil rights as a clinical professor, and worked full time at the law school's LAIP inmate legal services program as a supervising attorney to law students at the clinic.

After completing his LL.M., in 1987 Mr. Audet was hired as a staff attorney at the United States Court of Appeals for the Ninth Circuit. In 1988, he served as the first Law Clerk to the Honorable Fern M. Smith, Judge of the United States District Court for the Northern District of California, and in 1989, as the last Law Clerk to the Honorable Alfonso J. Zirpoli, Judge of the United States District Court for the Northern District of California. In 2013, Mr. Audet was awarded an honorary Doctor of Law (LL.D., h.c.) degree from the Golden Gate University School of Law in recognition of his significant contributions to the legal community and the law school itself.

## Professional Work History

In 1990, Mr. Audet joined the firm then known as "Lieff, Cabraser & Heimann," becoming a partner in five years. In 1996, Mr. Audet moved to a smaller, more trial-oriented law firm, Alexander, Hawes & Audet. In 2007, deciding to focus upon certain areas of the law, Mr. Audet established Audet & Partners, LLP. The firm expanded over time and since its founding has recovered hundreds of millions of dollars and achieved significant other relief in class action, mass action and other complex litigation throughout the United States. He is admitted to practice in California, Wisconsin, and numerous federal courts.

## Appointments & Noteworthy Cases

Mr. Audet has been appointed to leadership roles in dozens of significant MDL, federal and state cases, including: In re Pet Food Prods. Liab. Litig., MDL No. 1850 (D.N.J.) (Co-Lead Counsel)(first of its kind class action settlement relating to recognition of certain claims by pet owners and providing for multinational(U.S.A. and Canada) resolution of the claims); In re Zyprexa Product Liability Litigation, E.D.N.Y., MDL No. 1596 (Co-Lead, Chairperson of the Executive Committee); In re Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, N.D. Cal. (San Francisco), MDL No. 1699 (Executive Committee); Loretz v. Regal Stone, Ltd., No. 07-cv-05800-SC (N.D. Cal.) [the Cosco Busan case], (Co-Lead counsel

with the Cotchett, Pitre firm); Postier v. Louisiana-Pacific Corp, No. 09-cv- 03290-JCS, 2013 U.S. Dist. LEXIS 86372 (N.D. Cal.)(Sole class counsel); In re PRK/Lasik Consumer Litigation, Santa Clara Superior Court, Master File No. CV- 772894 (Lead Counsel). Mr. Audet has also served as leadership in a number of ground breaking cases involving privacy rights, including, In re Apple iPhone 4 Prods. Liab. Litig., No. 5:10-md-2188-RMW (N.D. Cal.); In re iPhone Application Litig., No. 11-MD-02250-LHK (N.D. Cal.).

Over the years, Mr. Audet has been instrumental in crafting creative settlements resulting in significant recoveries for class members despite the apparent lack of assets by the initial defendants. See, e.g. United Desert Charities v. Flushmate, No. 2:12-cv-06878-SJO-SH (C.D. Cal. Aug. 25, 2014) (firm retained insurance counsel to achieve an $18 million settlement, with potentially more if certain thresholds met, with payments over 3 year period allowing for immediate repairs); Richison v. American Cemwood Corp., No. 005532 (Cal. Super. 2002) (obtained a successor in interest right to proceed against the insurance carrier for underlying damages and bad faith, multimillion dollar settlement on eve of trial); Galanti, et al. v. The Goodyear Tire & Rubber Co., No. 03209 (D.N.J.)(SRC)(mediated by Layne Philips, a settlement fund of $236 million, plus an additional $40 million tied to Goodyear's future performance, was achieved).

In 2014, Mr. Audet and his Mexican co-counsel filed the first major class action case in Mexico under a then recently passed class action legislation, seeking damages and other relief for Mexico-based fisherman and businesses impacted by the BP Deepwater Horizon Oil Spill in the Gulf of Mexico. Elidio Capela Vela, et al, v. BP, et al, case #717/2012 (8th District). The case was recently certified by the trial to proceed as a class action, a first of its kind under the new law. The case has been subject to numerous appellate and ampere challenges by BP.

### Publications, Recognitions & Charitable Work
Over the past twenty years, Mr. Audet and his co-author have published a primer for law practitioners entitled **Handling Federal Discovery**, Audet & Fanady (James Publishing)(now in its 20th edition). In addition, Mr. Audet authored and published a brochure summarizing the Mexican Class Action procedures in both English and Spanish that has been distributed to the federal bench and Federal practitioners in Mexico City, Mexico.
In 2005, Mr. Audet was named as the "Champion of Justice" by the Bar Association of San Francisco (BASF) for his longstanding contribution to the legal community and his pro bono activities in San Francisco. For three years, Mr. Audet also served as a voting member of the BASF's judicial review committee. Mr. Audet recently finished the first of two courses required to serve as a pro tem judge in San Francisco Superior Court. Mr. Audet has been repeatedly named as a "Super Lawyer" and "Top Attorney" for the Northern District of California for class actions and mass torts. He has been frequently quoted in regional and national legal and general press articles, and has appeared on CNN and other news stations regarding his cases. Mr. Audet and his firm have made significant financial contributions to various legal aid organizations, including the Legal Aid Society of San Francisco – Employment Law Center, the Lawyers Committee on Civil Rights, BASF and Golden Gate University School of Law. In 2009, Mr. Audet and his family established and continues to solely sponsor a non-profit organization based in Baja, Mexico ("Little Shoes of Light") that provides shoes, educational material and food to needy families (mostly single mothers with children).

❖

# Firm Resume

### A&P | AUDET & PARTNERS LLP

711 VAN NESS AVENUE, SUITE 500 • SAN FRANCISCO, CA 94102
TELEPHONE: 415.568.2555 • FACSIMILE: 415.568.2556 • TOLL FREE: 800.965.1461
www.audetlaw.com

***Audet & Partners, LLP*** is a law firm based in San Francisco, California, with affiliated counsel located throughout the United States. The attorneys at Audet & Partners, LLP, have focused their practice on the prosecution of complex individual, mass tort and class action cases. The firm represents consumers, individuals, small businesses, employees and institutional shareholders in product liability, tort, pharmaceutical defect, consumer, construction defect, investment fraud, securities, insider trading, antitrust, environmental, whistle blower, privacy rights, and employment cases.

In recognition of their commitment to the legal profession and outstanding results for their clients, the firm and its attorneys have been appointed to leadership positions in class action cases. Over the years, the attorneys at Audet & Partners, LLP, have served as court-appointed plaintiffs' counsel in federal and state litigation nationwide. The firm utilizes cutting edge technology to better serve its clients and the courts, in each and every case it files.

❖

### *Product Defect Litigation*

***Cover v. Windsor Surry Company, et al,*** Case No. 3:14-cv-05262, Northern District of California - Class action brought on behalf of purchasers of Windsor One Trim Board alleging that defendants marketed and sold 10-year Trim Board, which they advertised as being defect free and more durable than competing products. Consumers alleged, however, that the product prematurely deteriorated resulting in significant property damage.

***Disher et al. v. Tamko Building Products Inc. et al.,*** Case No. 3:14-cv-00740, Southern District of Illinois - Class action suit alleged that the shingles contained design problems that caused them to crack and fall apart well before expiration of the products' 30-year warranty period.

***In re: Rust-Oleum Restore Marketing Sales Practices and Products Liability Litigation,*** Case No. 1:15-cv-01364, Northern District of Illinois - Class claims were consolidated in February 2015 alleging that the Restore product was wrongfully marketed and falsely advertised as long-lasting and rejuvenating for wooden and concrete deck surfaces with the knowledge that it often peeled off and left the deck in need of repairs. In March 2017 Rust-Oleum agreed to pay $9.3 million to settle claims with customers who alleged that the paint damaged their property.

**Nvidia Chip Litigation**, Northern District of California, The firm filed a proposed class action relating to the alleged defect in the Nvidia computer chips.  Firm served as class counsel in the consolidated action.

***Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation,*** Case No.  1:14-cv-10318, Northern District of Illinois - Lawsuit brought on behalf of numerous truckers and trucking companies alleging defectively designed vehicles equipped with 2010-13 model year MaxxForce 11, 13 or 15 Advanced "Exhaust Gas Recirculation" diesel engines.  Settlement announced in May 2019 awarding $135 million to plaintiff class to end multidistrict litigation.

***Dana Gold v. Lumber Liquidators Inc.,*** Case No. 3:14-cv-05373, Northern District of California - Class action brought in December 2014 on behalf of consumers who purchased Lumber Liquidators' Morning Star Bamboo Flooring and soon after found the floors beginning to show signs of scratching and splintering.  In October 2019 plaintiffs reached a $30 million settlement in California federal court.

***Nguyen v. Cree Inc.,*** Case No. 3:18-cv-02097, District of Oregon - Case alleges that LED light bulb manufacturer wrongly advertised that its 100-Watt Standard A-Type bulbs would last 35,000 hours, or just under four years. Plaintiff states he bought a four-pack in 2015 and used the bulbs as directed, but they all burned out

within two years.

***Haley et al. v. Kolbe & Kolbe Millwork Co. Inc. et al.,*** Case No. 3:14-cv-00099, in the Western District of Wisconsin - Class action brought in February 2014 alleging that Kolbe's windows, which feature a water-resistant coating, have several design flaws that lead water to pool on their sills and soak into the sash framing the window glass, causing the windows to rot and fail before the end of their 10-year warranty.

***In re: IKO Roofing Shingle Products Liability Litigation,*** Case No. 2:09-md-02104, Central District of Illinois - Class action brought in 2009 on behalf of customers alleging they were promised the company's shingles could last as long as 50 years and were backed by an "iron-clad" warranty. The shingles were found by consumers to be susceptible to water damage and failed much earlier than the warranty. When the customers tried to take advantage of their warranties, IKO made it difficult to file a claim and insisted that a customer complaining about tiles on a portion of their roof would have to release claims on the entire roof, according to court records. This case was settled in October 2018 for $30 million.

***Swisegood v. Generac Power Systems***, Case No. 4:17-cv-04058, Central District of Illinois - Class action brought in 2017 on behalf of consumers of Generac Generators alleging that the products were defectively prone to leak oil. It was alleged that this defect was known to Generac while it continued to manufacture and sell units to the public. The oil leakage was also allegedly linked to ultimate engine failure and associated problems which the company failed to adequately address.

***Bishop et al v. Behr Process Corporation et al***, Case No. 17-cv-4464, Northern District of Illinois - Class action brought in 2017 on behalf of consumers of Behr DeckOver, a deck resurfacing product alleged by homeowners to quickly deteriorate within months (in some cases weeks) of application and cause extensive damage to decks and other surfaces on which DeckOver is applied.

***Murray et al v. CPG International, Inc. et al***, Case No. 3:14-cv-02340, Northern District of California - Class action brought in 2014 on behalf of California consumers challenging the deceptive marketing of polyvinylchloride synthetic decking sold and distributed by the Defendants as AZEK Decking.

***Atlas Defective Roofing -*** The firm filed class action relating to alleged defects in Atlas Roofing Products.

***Apple Wi-Fi Assist -*** Class action lawsuit filed by the firm and other attorneys relating to claims filed regarding alleged defects in Apple's Wi-Fi.

❖

*Orshan et al. v. Apple Inc.,* Case No. 5:14-cv-05659, Northern District of California - Class action brought in January 2015 alleging that Apple's iPhones, iPads and iPods were touted by the company as being equipped with 16 gigabytes or 8 gigabytes of storage, but that the devices themselves lacked that capacity because the iOS 8 operating system uses 3 gigabytes, an "unexpectedly large" amount of the devices' storage space.

*In re: Goodman Manufacturing Co. LP HVAC Products Liability Litigation,* MDL No. 2499 - Class action alleging that the evaporator coils in Goodman's air conditioners can leak coolant causing the units to fail prematurely.

*Galanti v. Goodyear Tire & Rubber Company,* Case No. 03-209, District of New Jersey - Audet & Partners, LLP partners William M. Audet and Michael McShane served as Court-appointed Class Counsel with pending $300 million settlement involving a defective radiant heating system.

*In re Certainteed Corp. Roofing Shingles Products Liability Litigation,* MDL No. 1817, pending in the Eastern District of Pennsylvania - Audet & Partners, LLP partner Michael McShane serves as Court appointed co-lead counsel on behalf of plaintiffs in a nationwide class action involving claims of a defective roofing product.

*In re Zurn Pex Plumbing Litigation,* MDL No. 1958, District of Minnesota - Audet & Partners, LLP partner Michael McShane serves as class counsel on behalf of plaintiffs in a nationwide class action involving claims of a defective plumbing product installed in thousands of residences throughout the United States.

*In re Menu/Pet Food Recall Litigation,* MDL No. 1850 - Audet & Partners, LLP partner William M. Audet was appointed on of the Co-Lead Class counsel in a case involving recalled pet food. The ground breaking case resulted in a significant monetary settlement, along with court supervised remedial action to prevent similar recalls of potentially poisoned pet products in the future. Over 100 class action cases were filed and consolidated in New Jersey federal court.

*In re Thomas Train Parts Recall,* Case No. MSC99 00499 - William M. Audet was appointed lead counsel in a case involving recall of a well-known toy product. The firm's partner William M. Audet was directly involved in the negotiations and class wide resolution that provided for full refunds for class members, as well as other relief.

*In re Planet Toys Recall,* Case No. 08-CV-0592-HB, Southern District of New York - William M. Audet was appointed lead counsel in a case involving recall of certain

❖

of defendants' toy products. Even though the company declared bankruptcy, lead counsel William M. Audet and his co-counsel succeeded in obtaining relief and compensation for class members.

*Roy v. Cemwood Corporation*, Contra Costa County Superior Court, California, Case No. MSC99-00499 - William M. Audet and Audet & Partners, LLP firm attorneys served as one of four co-lead counsel in a national class action involving allegations of defective roofing products.

*In re Stucco Litigation, Ruff v. Parex,* County of New Hanover, North Carolina, Case No. 96-CVS-0059 - The firm's principal partner, William M. Audet, serves on the Court-appointed Plaintiffs Steering Committee. The case was filed on behalf of homeowners who had defective synthetic stucco installed in their homes.

*Stuart Hanlon, et al., v. Chrysler Corporation,* Case No. C-95-2010, Northern District of California - The firm's attorneys worked on a case seeking correction of defective rear hatch door lock failures in nominal impacts for 3,300,000 owners of Chrysler minivans.

### Constitutional Regulation/Employment/Privacy Litigation

*Adam Backhaut et al. v. Apple Inc.,* Case No. 15-17523, U.S. Court of Appeals for the Ninth Circuit - Class action brought in 2015 on behalf of plaintiffs who initially owned iPhones, then switched to other types of cell phones but kept their old phone numbers. The glitch of which plaintiffs complained caused Apple phones to think a number formerly associated with an iPhone can still receive iMessages with the effect that some text messages sent to the plaintiffs from Apple devices were routed to an Apple server and never delivered.

*In re Anthem, Inc. Data Breach Litigation*, Case No. 5:15-md-02617, Northern District of California - Class action filed regarding alleged breach of private data by Anthem. Firm filed on the first cases regarding the breach.

*In re Google, Inc., Android Consumer Privacy Litigation,* MDL No. 2264, pending in the Northern District of California - William M. Audet was appointed as one of two co-lead counsel in a case involving claims of privacy violation relating to Google's Android Operating System and its method of collecting data from users.

*In re iPhone Application Litigation,* MDL No. 2250, Northern District of California - The firm serves as court appointed class liaison counsel for the class of consumers involved with Apple's use of information from its Apple OS line of iPhones and iPads.

*In re Zynga Litigation,* *Sigala v. Zynga Game Network, Inc.,* San Francisco County Superior Court, Case No. CGC-10-505324 – The firm served as class counsel for the California class action against a video game company that allegedly distributed private and confidential information to third parties.

*California IOU Litigation,* *Baird v. Chiang*, Sacramento County Superior Court, Case No. 34-2010-00081797 – The firm has filed a class action for monetary and other damages arising from the State of California's illegal issuance of "IOU's" to small businesses.

*Russell, et al. v. Wells Fargo and Company, et al*., Case No. C 07 3993 CW, Northern District of California - Audet & Partners, LLP serves as co-class counsel in a class action case representing thousands of former and current employees of Wells Fargo for overtime.  The case settled after 3 years of litigation with millions of dollars paid to the class.

### Mass Tort, Personal Injury and Complex Litigation

*Bhatia et al. v. 3M Co.,* Case No. 0:16-cv-01304, District of Minnesota - The class action was filed 2016 on behalf of a nationwide class of dentists claiming 3M breached a 10-year limited warranty and violated a host of state and federal fraud and unjust enrichment laws when it sold them Lava Ultimate, a ceramic material that dries to form a crown. Patients reported that the crowns came unbonded with their teeth, which dentists had to replace, bearing the costs of the replacements.  In March 2019, 3M Co. agreed to pay $32.5 million to settle this class action.

*Keith Andrews et al. v. Plains All American Pipeline LP et al.,* Case No. 2:15-cv-04113, Central District of California - The firm filed class action complaint relating to the 2015 Santa Barbara Oil Spill. Firm appointed co lead counsel.

*Allen Loretz v. Regal Stone, Ltd.,* Case No. C 07-5800 SC and *John Tarantino v. Hanjin Shipping Co., Ltd.*, Case No. CGC 07 469379 *In re Cosco Busan Oil Spill Litigation* – The firm filed Class and individual claims and represented various individuals, corporations and small business groups, including seafood processors, crab and herring fisheries, marinas, and captains/crews of commercial and recreational vessels.  Mr. Audet was appointed Co-Lead Counsel in the State and Federal litigation. The firm was responsible for seizure of Cosco Busan, voiding waivers obtained by the Defendants and obtaining other significant orders that benefitted plaintiffs.  Co-counsel in state case brought under the Lampert-Keene Act.

*In Zyprexa Litigation*, MDL No. 1596, Eastern District of New York - The firm represented over 300 clients who allegedly developed diabetes after ingesting Zyprexa.  Audet & Partners, LLP partner William M. Audet was appointed a

❖

member of the Plaintiffs Executive Committee and continues to assist in completing the MDL.

*In Baycol Litigation*, MDL No. 1431, District of Minnesota - William M. Audet serves as Court appointed member of the Plaintiffs Executive Committee relating to the defective drug Baycol.

*In re Metabolife Litigation*, JCCP No. 4360, San Diego County, California - William M. Audet served as a member of the California State Steering Committee in personal injury cases arising out of injuries suffered due to Metabolife products.

*In re Vioxx Litigation*, New Jersey State Court and California State Court - The firm filed in excess of 100 cases against Defendants Merck & Company arising out of injuries associated with the defective drug Vioxx. The firm's cases were scheduled for trial.  The cases have been settled for in excess of $4 billion.

*In re Bextra Litigation*, MDL No. 1699, Northern District of California - Audet & Partners, LLP partner William M. Audet serves as a Court appointed member of the Plaintiffs Steering Committee.  The firm represented in excess of 100 injured clients.

*In re Defective Ancure Products Liability Litigation,* Northern District of California and Santa Clara County Superior Court - The firm represents dozens of individuals who were implanted with a defective device.  Joseph Russell serves as the lead attorney in the cases.

*Table Bluff Reservation, Wiyot Tribe, et al., v. Philip Morris, et al.*, Case No. C 99 02621-MHP, Northern District of California - The firm represented Native American Tribes challenging the $200 billion plus state tobacco agreement on the grounds that it violated their civil rights.  The case was argued in the Ninth Circuit Court of Appeals.

*In re Baxter Heparin Litigation*, Wisconsin and Illinois State Courts (consolidated with MDL No. 1953) - The firm represents a number of injured victims and their families arising out of contaminated heparin blood transfusion products imported from other countries.  The firm has filed cases in Illinois and Wisconsin State Court. Audet & Partners, LLP partner/founder William M. Audet serves as court appointed liaison counsel in the Wisconsin cases.  The firm continues to evaluate and file cases for seriously injured clients.

*In re Pfizer Chantix Litigation*, MDL No. 2092 - Audet & Partners, LLP partner William M. Audet serves as a Court appointed member of the Plaintiffs Steering Committee. The firm represents dozens of families who were not properly and

❖

fully warned about the safety issues associated with use of Chantix. The firm has filed, with co-counsel, cases in state and federal court and continues to meet with potential clients who have claims against the defendants for failure to warn.

*In re Tainted Similac Baby Formula,* *Kury v. Abbott Laboratories*, District of New Jersey - The firm filed a number of class action cases against Abbott and also represents a number of individuals with personal injury claims arising from tainted baby formula.

*In re Raptiva Litigation,* *Hedrick v. Genentech,* California State Court, Alameda County Case No. RG 09-446158 - The firm represents dozens of individuals who have alleged been injured after using Genentech's now-recalled psoriasis medication.

### *Consumer Related Litigation*

*Perez et al. v. Public Storage,* Case No. BC611584, in the Superior Court of the State of California, County of Los Angeles - Class action brought on behalf of consumers who alleged having been misled by Public Storage employees who wrongfully represented to consumers that they had to purchase the company's in-house insurance program in order to rent a unit.

*Smith et al v. Spark Energy, LLC,* Case No. 3:15-cv-02326, Northern District of California - Class action was brought in 2015 to remedy alleged scheme by defendant to "bait and switch" consumers into switching to a variable rate energy plan.

*In Re: Toll Roads Litigation,* Case No. 8:16-cv-00262, pending in the Central District of California - Class action brought in 2016 on behalf of motorists against operators of cashless tolls in Southern and Northern California alleging that the operators unlawfully appropriated drivers' personal information to collect unpaid tolls and charge overblown fines.

*Uber Driver Arbitrations -* The firm with attorney Mark Burton represented hundreds of underpaid Uber drivers (in arbitration and in state court).

*In Re: Stericycle, Inc., Sterisafe Contract Litigation,* Case No. 1:13-cv-05795, Northern District of Illinois - Class action initially filed in 2013 on behalf of consumer class who allegedly signed fixed-fee contracts for the collection and disposal of medical, pharmaceutical or hazardous waste. Despite the fixed-fee contracts, plaintiffs alleged the company freely increased rates sometimes as much as 18 percent in one year, violating contract terms that require increases be tied to

operational changes or waste-law compliance.  In October 2017 the court approved a $295 million settlement between Stericycle Inc. and plaintiff class members.

***Stephanie Fuentes et al. v. UniRush LLC et al.,*** Case No. 1:15-cv-08372, in the Southern District of New York - Class action brought in October 2015 alleging that credit card customers were wrongfully shut out of their prepaid card accounts. Case was settled in May 2016 awarding $20.5 million in damages and attorneys' fees.

***Stefforia v. Monat,*** Case No. 1:18-cv-22837, Southern District of Florida - Class action filed in July 2018 alleging that Florida-based hair care product manufacturer Monat Global Corp. knowingly failed to disclose potentially harmful side effects of its "naturally based" products, including scalp irritation and hair loss.

***Apple iPhone 4 Cases*** *JCCP* 4639 Santa Clara County, California - William M. Audet was appointed Liaison Counsel in a case involving claims that the "iPhone 4" is allegedly defective.

***iTunes Litigation,*** *Johnson v. Apple, Inc.* California State Court; Santa Clara County Case No. 1-09-CV-14650 - The firm served as lead class counsel in a nationwide class action against Apple, Inc. for allegedly overcharging consumers who purchased "99¢" iTunes gift cards.

***In Re Whirlpool Litigation,*** class action litigated in nine states including California, Minnesota, Pennsylvania, Ohio and Tennessee.  Audet & Partners, LLP partner Michael McShane served as Court appointed co-lead counsel in a multi-state class action involving claims of breach of warranty and product defect against both Whirlpool Corporation and Sears & Roebuck, Inc.

***Plotkin v. General Electric,*** Case No. C-92-4447, Northern District of California - The firm filed a class action against General Electric for defrauding the American public in the sale of Energy Choice Light Bulbs, which were claimed to be energy efficient, required less electricity and would preserve the environment.  General Electric subsequently settled this national class action.

***Chamberlain v. Flashcom***, Orange County Superior Court, Case No. 00 CC 04212 - In this class action, William M. Audet, principal partner, along with other counsel successfully a remedy against Defendant's unlawful, unfair, and fraudulent business conduct.

❖

## *Insurance/Healthcare Litigation*

**Transvaginal Mesh –** The firm represents hundreds of individuals who have been injured as a result of implantation of "mesh" products. The firm is pursuing claims against AMS, Bard and other manufacturers and are directly involved in the prosecution of the cases in state and federal courts, including the MDL.

**Granuflo** - The firm has been retained to assist dozens of clients with potential injuries arising out of inappropriate prescription of the now-recalled Fresenius Medical Care North America Naturalyte Liquid Acid Concentrate and Naturalyte GranuFlo (powder) Acid Concentrate. The firm has filed complaints and continues to meet with potential claimants to seek judicial recourse for the various injuries associated with the drug.

**Depakote –** The firm represents hundreds of children and family members relating to claims of lack of warning with respect to Depakote.

**Jason M. Yamada et al. v. Nobel Biocare Holding AG et al.,** Case No. 2:10-CV-04849, Central District of California - Class action filed in July 2010 on behalf of nationwide class of dentists alleging that Nobel had marketed the NobelDirect as easier to implant and claiming that the implants would lead to less bone loss for patients.

**In re Unum Provident Litigation,** Eastern District of Tennessee, MDL No. 1552 - Audet & Partners, LLP firm partners William M. Audet and Michael McShane serve as Court-appointed Lead Counsel in a pending class action on behalf of Plaintiffs alleging the wrongful denial of benefits under long term disability policies.

**In re Industrial Life Insurance Litigation,** Eastern District of Louisiana., MDL Nos. 1371, 1382, 1390, 1391, and 1395 - William M. Audet served on the Court-appointed Plaintiffs' Steering Committee. The class cases involve claims that insurance companies overcharge African-Americans for life and health insurance.

**In re Average Wholesale Price Litigation**, MDL No. 1456 - Audet & Partners, LLP partner William M. Audet and Michael McShane of the firm serve as Court appointed members of the Executive Committee representing Plaintiffs in a nation-wide class action allegedly the manipulation of pricing for prescription drugs.

*In re Tenet Healthcare Litigation,* Los Angeles County, Superior Court, California - Numerous actions coordinated in 2002 by the Judicial Council. Partners William M. Audet and Michael McShane served among three Court appointed Lead Counsel on behalf of nationwide class of individuals who were allegedly overcharged directly, or through their health insurance for medical services, products and medication.

*Lawson, et al., v. Liberty Life,* Birmingham, Alabama, Case No. 96-1119 - William M. Audet of the firm, along with four other Plaintiffs' Counsel, represents a proposed class of life insurance policy holders of Liberty Life Corporation who were subjected to unlawful life insurance policy "churning" by Liberty Life.

## Antitrust

*In re PRK/Lasik, Laser Surgery Overcharges Litigation,* Santa Clara County Superior Court, California, Master File No. CV772894 - Audet & Partners LLP attorneys William M. Audet and Joseph Russell served as Court-appointed Liaison Counsel in a nationwide class action case alleging antitrust violations again Visx, Inc. and Summit, Inc.

*Flat Glass Antitrust Litigation,* MDL No. 1200, Western District of Pennsylvania - Mr. Audet of the firm serves as one of five Court-appointed Discovery Committee members and as Plaintiffs' Counsel in a national class action antitrust case pending against the manufacturers of flat glass.

*Pharmaceutical Antitrust Cases,* San Francisco County Superior Court, California, Judicial Council Coordination Proceeding, Case No. 2969 -The firm members worked on a case for independent pharmacies pursuing claims against major drug manufacturers for violation of California's price fixing statutes.

*In re Vitamin Antitrust Litigation,* California, North Carolina, Tennessee and Maine - William M. Audet serves as lead counsel in three states and on the Plaintiffs' Executive Committee in one state (California) in class claims involving alleged price fixing by the manufacturers of vitamin products.

## Securities & Insider-Trading

*In re CNET Derivative Litigation -* William M. Audet and Michael McShane of the firm filed a case against the corporate Defendants for insider trading and back dating of options. The case was filed in San Francisco Superior Court, California.

*Adaptec Derivative Litigation,* Santa Clara County Superior Court, California, Master File No. CV 772590 - The firm serves as Liaison Counsel in a derivative action filed on behalf of shareholders of Adaptec, Inc.

❖

*In re Genesis Securities Litigation,* Northern District of California - William M. Audet serves as class counsel on a case filed against Genesis.  After the case was dismissed by the District Court, the firm filed an appeal and ultimately settled the case for $1.5 million.

*Informix Derivative Securities Litigation,* San Mateo Superior Court, California, Case No. 402254 - The firm served as one of the Plaintiffs' Derivative Counsel in a shareholder lawsuit alleging derivative claims on behalf of Informix.

*Solv-Ex Securities Litigation,* Second Judicial District Court, County of Bernalillo, New Mexico, Case No. CV-96-09869.  The firm serves as Plaintiffs' Class Counsel in a suit alleging securities fraud against Solv-Ex Corporation and other insider defendants.

*Imp, Inc., Securities Litigation,* Santa Clara County Superior Court, California, No. CV762109.  The firm represents shareholders of Imp, Inc. in an action against certain insiders of Imp, Inc., for alleged insider trading of the Company's stock.

*CBT Group Derivative Litigation,* San Mateo County Superior Court, California, No.  406767- The firm's founder, William M. Audet served as one of two plaintiffs' counsel representing shareholders of CBT Group, PLC, in a derivative action against officers and directors of the Company.

*Oakley Technology Derivative Litigation,* Santa Clara County Superior Court, California, No. CV75829 - The firm's members served as one of three Co-lead Counsel in a derivative securities case brought on behalf of shareholders of Oakley Technology, Inc., brought against certain Officers and Directors of the Company.

*Horizon Securities Litigation,* Case No. 96-0442 BB/LCS, District Court for New Mexico - William M. Audet of the firm serves as one of the Plaintiffs' Class Counsel in a securities case filed against New Mexico-based Horizon Corporation for alleged violation of federal securities laws.

*Bay Networks Securities Litigation* Garnier v. Bay Networks, CV764357; Greeneway v. Bay Networks, CV765564, Santa Clara County Superior Court, California - The firm members served as one of four-plaintiffs' counsel representing shareholders of Bay Networks for alleged securities violations.

*Unison Healthcare Corporation Litigation,* Case No. Civ. 97-0583-PHX, District Court of Arizona, - The firm members served as one of the Plaintiffs' Class Counsel representing investors in Unison Healthcare.

❖

*S3 Derivative Litigation*, Santa Clara County Superior Court, California, Case No. CV770254 - The firm members served as one of the Plaintiffs' Lead Counsel in a derivative action filed on behalf of shareholders of S-3, Inc.

*In re Networks Associates Derivative Litigation*, Santa Clara County Superior Court, Consolidated Case No. CV-781854.  In this case, shareholders sued officers and directors of this leading manufacturer of anti-virus and protocol analyzer software who sold over 800,000 shares of their personal stock for more than $33 million by misleading the public regarding its value.  William M. Audet of the firm served as Liaison Counsel.

*In re Oak Technology Derivative Action*, Santa Clara County Superior Court, Case No. CV758629 - Shareholders sued directors and officers to recover more than $100 million Defendants made by artificially inflating the company's stock, representing that exceptional demand for the company's products existed.  In fact, the company's shipments of CD-ROM controllers far exceeded what the market could absorb.   Three related derivative cases were filed and subsequently consolidated.  William M. Audet of the firm serves as Lead Counsel in this lawsuit.

*In re Sybase Derivative Litigation*, Case No. C-98-0252-CAL, Northern District of California - The firm's attorneys served as Plaintiffs' Counsel in this stockholder's derivative action brought on behalf of Sybase against certain of the Company's present and former officers and/or directors for insider trading.

# BENEDETTO CREDENTIALS

**THE DUGAN LAW FIRM, APLC**
One Canal Place, 365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Ph (504) 648-0180 | Fax (504) 648-0181
Email: tbenedetto@dugan-lawfirm.com

**TERRIANNE BENEDETTO**

TerriAnne Benedetto is a highly accomplished class action and complex litigation attorney. She has 30 years of experience representing clients in jury and non-jury trials and on appeals in state and federal courts.

Ms. Benedetto has been involved in numerous prominent cases wherein she represented those who alleged corporate negligence or outright deliberate wrongdoing, including fraud. Many of these have resulted in multimillion-dollar verdicts and settlements.

Of particular note, Ms. Benedetto participated on the negotiating team on behalf of retired professional football players who developed serious cognitive impairment and other life-altering conditions, like ALS and Parkinson's Disease, or became at risk for contracting such conditions, as a result of years of concussive and sub-concussive blows to the head in *In re National Football League Players' Concussion Injury Litig*., MDL No. 2323 (E.D. Pa.). She took the lead role on drafting briefs in federal district and circuit courts on a variety of issues related to court approval and affirmance of the uncapped class action settlement, valued at over $1 billion. She also spearheaded the efforts to protect class members from deceptive practices by certain lenders and others.

In *U.S. ex rel. Miller v. CareCore National LLC et al*, 1:13-cv-01177-RJS (S.D.N.Y.), Ms. Benedetto represented a qui tam relator, a licensed practical nurse in Colorado, in a whistleblower action against his former employer, alleging that this provider of utilization review services directed its nursing staff to "rubber-stamp" pre-authorization requests for

diagnostic testing, rather than performing the contracted-for analyses, thus defrauding federal and state governments of tens of millions of Medicare and Medicaid dollars. A $54 million settlement was jointly announced by the U.S. Department of Justice, the U.S. Attorney for the Southern District of New York, and several states' Attorneys' General Medicaid Fraud Units, out of which $10.5 million plus interest (20% of the governments' combined federal and state recoveries) was awarded to the relator.

Representing numerous plaintiffs involved in a multi-fatality bus accident in an action against an international bus company and a corporate trucking defendant, in *Edwards v. Erie Coach Lines Co.*, 17 N.Y.3d 306 (2011), Ms. Benedetto handled all of the briefing and oral arguments in the appellate courts on an international choice of law issue. Ultimately, the favorable opinion she obtained from New York's highest appellate court paved the way to a $36 million global settlement for all of the victims, including those whose claims would otherwise have been severely limited by a Canadian cap on non-economic damages.

Other matters in which Ms. Benedetto was involved include the following:

*In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Prods. Liab. Litig*., MDL No. 2672 (N.D. Ca.) (Hon. Charles R. Breyer).

*In re Polyurethane Foam Antitrust Litig*., MDL No. 2196 (N.D. Oh.) (Hon. Jack Zouhary).

*In re Lupron Marketing and Sales Practices Litig*., MDL No. 1430 (D. Mass.) (Hon. Richard R. Stearns).

*In re Pharma. Industry Average Wholesale Price Litig*., MDL No. 1456 (D. Mass.) (Hon. Patti R. Saris).

*In re Bridgeport Fire Litig*. (Mont. Co., Pa.) (Hon. Joseph O'Neill)

*Levine v. Ha Ra Corporation*, 1997-cv-1639 (M.D. Pa.) (Hon. Thomas Vanaskie)

**Areas of Practice:**

    Antitrust
    Appellate Advocacy
    Class Actions
    Consumer Protection
    Defective Products
    Personal Injury
    Securities
    Toxic Exposure
    Whistleblower/Qui Tam Claims

**Bar Admissions:**

    Supreme Court of Pennsylvania
    Supreme Court of New Jersey
    New York Court of Appeals
    U.S. Court of Appeals for the First Circuit
    U.S. Court of Appeals for the Third Circuit
    U.S. District Courts of the Eastern District of Pennsylvania, District of New Jersey,
    Eastern and Southern Districts of New York, and Western District of Wisconsin

**Education:**

    J.D., Villanova University School of Law, 1990
    B.A. (Mathematics), Franklin & Marshall College, 1986

**Honors:**

    Villanova University, V*illanova Law Review*, Staff Member

**Memberships & Associations:**

    Philadelphia Bar Association
    Philadelphia Trial Lawyers Association
    The Justinian Society of Philadelphia, Board Member 2016-2019

**Publications:**

    "Database Technology: A Valuable Tool for Defeating Class Action Certification,"
    Published in *Mealey's Litigation Report: Lead,* Vol. 7, #14 (Apr. 24, 1998),
    and *Pennsylvania Law Weekly*, Vol. XX, No. 47, p.13 (Nov. 24, 1997).

# FEGAN CREDENTIALS

# feganscott

## FEGAN SCOTT LLC

Launched in Chicago in 2019, Fegan Scott LLC is a nationwide class-action law firm dedicated to helping victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and community-driven legal needs. The Firm is growing at a quick but concerted pace, with offices recently launched in New York, Pennsylvania, San Diego, and Washington, D.C. Built on the success of founder Elizabeth A. Fegan and experiences of seasoned civil and commercial trial attorney Timothy A. Scott, the firm's legal industry veterans have recovered more than $1 billion for clients.

An essential part of the firm's commitment to justice is Beth's role leading the #MeToo movement in the courts. In addition to fighting for restitution for women abused by Harvey Weinstein, Beth litigated on behalf of female students who were mistreated by a USC gynecologist in the student health center. Beth has also successfully tailored creative results for the benefit of nationwide classes, settling a nationwide class action alleging sexual harassment on behalf of 16,000 current and former female employees of a commercial property brokerage firm. In addition to requiring changes to human resources policies and procedures, the innovative settlement afforded class members the opportunity to participate in a streamlined claims process that provided the potential for individual awards up to $150,000 per class member.

Before FeganScott, Beth and her husband Tim launched the Chicago office for Hagens Berman Sobol Shapiro, which Beth led for 15 years.

Built on core values of justice, integrity, and excellence, FeganScott isn't simply another law firm, it's a passionate group of skilled lawyers who put clients first – fighting to impose accountability and enact global change. More information regarding the firm and its current cases can be found at www.feganscott.com.

**feganscott**

### *Elizabeth A. Fegan*



Founder and Managing Member Elizabeth Fegan fights for victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and other offenses. In 25 years practicing law, Beth has recovered more than $1 billion for her clients nationwide.

Beth is on the vanguard in the legal battles surrounding sexual assault, abuse and harassment. While working on the front lines of the #MeToo and #TimesUp movements, Beth has fought for female students abused by a University of Southern California health center gynecologist. She also settled a nationwide class action alleging sexual harassment on behalf of 16,000 current and former female employees of a commercial property brokerage firm, with potential awards up to $150,000 each.

Beth also fights for women in her own profession. She authored "An Opportunity or Landmine: Promoting Gender Diversity From The Bench" (The Federal Lawyer, May 2016) and participated in The Duke Judicial Law Center's Distinguished Lawyers conference on "Guidelines and Best Practices Addressing Chronic Failure to Diversify Leadership Positions in the Practice of Law."

Courts regularly appoint Beth to lead national class-action cases, citing her experience and dedication to excellence and equity, including several in the area of medical monitoring.

In 2019, Beth and her husband, Timothy Scott, founded FeganScott, a national law firm specializing in class-action cases, high-stakes, contingent-fee litigation and community-driven legal needs. The practice manages a variety of complex class actions and high-stakes individual cases.

Prior to founding FeganScott, Beth launched the Chicago office of Hagens Berman Sobol Shapiro, where she grew the firm significantly during her 15 years of leadership as managing partner. Before that, she was partner at The Wexler Firm in Chicago, where she launched her plaintiffs'-side career as interim managing partner.

2

**feganscott**

Additionally, as an associate at Shefsky & Froelich in Chicago, Beth served in several local government appointments, including positions as special assistant corporation counsel to the City of Chicago, the Chicago Park District and the Public Building Commission of Chicago. She also served on special master teams in federal and state court class actions, including with the Hon. Wayne Andersen (ret.), Northern District of Illinois. From 2001-2004, Beth taught legal writing at her alma mater, Loyola University Chicago School of Law.

Beth is a 1995 graduate of Loyola University Chicago School of Law, and is admitted to numerous federal district and appellate courts nationwide. Beth has been recognized as, inter alia, an Illinois Super Lawyer (2016-2020), a Lawdragon 500 Leading Consumer Lawyers in America (2020), and The National Trial Lawyers Top 100 Civil Plaintiff's Lawyer (2020). A sampling of her successes follows:

**CASE HIGHLIGHTS**

- *In re NCAA Student-Athlete Concussions* ($75 million settlement): As part of the lead counsel team in this medical monitoring class action on behalf of all current and former NCAA student-athletes, Beth achieved a historic $70-million dollar, 50-year medical monitoring program to diagnose short- and long-term effects from post-concussion syndrome and the accumulation of subconcussive hits. The settlement received final approval in 2019.

- *USC Student Health Center Sexual Abuse* (C.D. Cal.)*:* in this Title IX and negligence action for sexual abuse by a university gynecologist of thousands of students, Beth was part of the lead counsel team for the nationwide class. The parties reached a $240 million settlement, which received final approval in 2020.

- *In re Stericycle, Inc., Sterisafe Contract Litig.* (N.D. Ill.): In this nationwide consumer fraud class action, Beth was liaison counsel; the Hon. Milton Shadur recognized Beth as having "outstanding credentials." *In Re: Stericycle, Inc., Sterisafe Contract Litigation*, MDL No. 2455, Case No. 13 C 5795 (N.D. Ill.) (ECF No. 56). The $295 million settlement received final approval in March 2018.

3

1.

- *Senior annuities consumer protection class actions:* In a series of class actions against insurance companies that sold equity-indexed deferred annuities that targeted, but were not appropriate for, senior citizens, Beth was appointed to lead counsel and executive committee positions.   These cases led to numerous settlements, including in American Equity Senior Annuities Fraud (C.D. Cal.) ($129 million settlement) and Midland Senior Annuities Fraud (C.D. Cal.) ($79.5 million settlement).

- *Baby Products Antitrust (E.D. Pa.):* As lead counsel for a class of consumers overcharged for high-end baby products (e.g. strollers, high chairs) as the result of a price-fixing conspiracy between Babies 'R Us and baby product manufacturers, Beth achieved a $35 million settlement after class certification was granted, summary judgment denied, and on the eve of trial.

- *"Thomas the Tank Engine" Toys Lead Paint Products Liability Litig.* (Cook County, IL): As Lead Counsel in a medical monitoring class action for children exposed to toys painted with lead paint, Beth settled a nationwide class action for $30 million, including refunds and the costs of blood lead testing.

2

## <u>*Jessica H. Meeder*</u>



Jessica H. Meeder, Of Counsel at FeganScott, has been litigating class action, multi-district, and multi-plaintiff cases in state and federal courts for nearly fifteen years. Jessica plays a key role in building strong and successful cases on behalf of the individuals, corporations, and families that FeganScott represents. She is particularly skilled at effectively developing, briefing, and arguing creative legal theories and approaches, and she brings a high degree of depth, nuance, and dedication to every aspect of her work. Jessica recently opened FeganScott's Washington D.C. office.

www.feganscott.com
www.facebook.com/feganscottlaw

**feganscott**

Jessica's passionate advocacy has resulted in numerous favorable judicial opinions, at both the trial court and appellate court levels, thus ensuring her clients a path to justice. These opinions include the following.

- *M.S., et al. v. Hamilton County Department of Education, et al.,* 756 Fed. Appx. 510 (6th Cir. 2018) is a pending putative class action filed on behalf of dozens of schoolchildren, pursuant to 42 U.S.C. § 1983 and the Fourteenth Amendment, as a result of a deadly school bus crash that occurred in November 2016. The district court dismissed plaintiffs' complaint for failure to state a claim; we secured reversal of that decision on appeal.

- *Boler, et al. v. Earley, et al.,* 865 F.3d 391 (6th Cir. 2017), *cert. denied.* 138 S.Ct. 1294 (2018). *Boler* was the second class action filed on behalf of Flint, Michigan residents for their toxic and valueless water. The district court dismissed plaintiffs' complaint, brought under 42 U.S.C. § 1983, the Contracts Clause, and state tort law, finding that it was preempted by the Safe Drinking Water Act. We secured reversal of that decision on appeal.

- *In re Behr Dayton Thermal Products, LLC,* Dkt. 274, Case No. 3:08–cv–326 (S.D. Ohio March 20, 2017), *aff'd* 896 F.3d 405 (6th Cir. 2018), *cert. denied,* 139 S. Ct. 1319 (2019). Defendants contaminated hundreds of residential properties with toxic chemicals, causing decades of ongoing property damage and loss. The district court granted class certification pursuant to Fed. R. Civ. P. 23(c)(4), properly concluding that action-wide predominance is not necessary to grant issues class certification. Its decision was upheld on appeal.

Prior to joining FeganScott in 2019 and opening its Washington, D.C. office, Jessica was a partner at a preeminent Baltimore-based law firm where she spearheaded its national class action and mass torts practices.  She previously worked for several nationally prominent defense firms, where she practiced environmental regulation and permitting, pharmaceutical defense, and general insurance defense. Her experience representing insurance companies and defending businesses across multiple practice areas has made her an especially effective advocate for her injured clients.

5

Jessica is an invitation-only participant in the Duke Law Judicial Studies Center's Diversity Conference, which develops the *Guidelines and Best Practices Addressing Chronic Failure to Diversity Leadership Positions in the Practice of Law*, and the Duke Law Conference entitled Evaluating the 2015 Discovery-Proportionality Amendments and *Bolch-Duke Guidelines and Best Practices*. She is a past Chair of the American Association for Justice's Section on Toxic, Environmental, and Pharmaceutical Torts.

### *Melissa Ryan Clark*



Melissa Ryan Clark, Of Counsel at FeganScott, has spent her entire career representing plaintiffs in class action and complex litigation. She is a dedicated and dynamic attorney, with a reputation for streamlining complex issues to achieve the best results for her clients as efficiently as possible.

Melissa has a broad range of class action experience, having represented consumers in data privacy, data breach, and consumer fraud cases against data and tech giants like Facebook, Inc., Google, Apple, Inc., Equifax Inc., and RCN Corp., as well as corporations in other industries, such as Wendy's International, LLC. Melissa also has a strong background in securities fraud litigation and has represented investors in class actions against publicly traded companies like ARIAD Pharmaceuticals, Inc. and Virgin Mobile USA.

In addition to her class action work, Melissa has represented businesses and municipalities in complex commercial litigation. She has represented an alternative energy company in an accounting negligence case against PricewaterhouseCoopers, a foreign investment fund in an action against Fidelity National Title Insurance Company, and municipalities in Fair Housing Act litigation against Wells Fargo, HSBC, and Bank of America

Melissa has also been recognized for her experience and skill in spearheading discovery in complex matters. She was part of the court-appointed teams that oversaw offensive discovery and ESI issues in *In re Apple, Inc. Device Performance Litigation* (N.D. Cal.) and *In re Equifax, Inc. Customer Data Breach Litigation* (N.D. Ga.). In early 2020,

# feganscott

Legal 500 named her a "Next Generation Partner" in eDiscovery. Melissa was one of only three lawyers — and the only plaintiffs' attorney — to receive this honor.

Prior to joining FeganScott in June 2020, Melissa was a partner at a boutique litigation firm in New York and at Milberg, a national class action firm. Before that, she was an associate for a securities litigation firm in its New York, NY and New Orleans, LA offices.

Melissa earned her Juris Doctor from Tulane University Law School, where she was on the Moot Court Board and served as a Senior Fellow for Legal Research and Writing. She also attended UC Berkeley Law School where she was on the *California Law Review* and received High Honors in Securities and Class Action Litigation. She earned her Bachelor of Science in International Affairs from Florida State University, where she was a Florida Academic Scholar and completed the "Degree in Three" program.

During law school, Melissa completed judicial externships with the Honorable Jerry Brown, Chief Judge of the United States Bankruptcy Court, Eastern District of Louisiana and the Honorable Jay C. Zainey of the United States District Court, Eastern District of Louisiana. She was also a faculty writing instructor at Tulane University's Freeman School of Business and completed a summer clerkship with the San Francisco District Attorney's Office under then-District Attorney Kamala Harris.

*Benchmark Litigation* has twice named Melissa to the "40 & Under Hot List." She was recognized by *The Legal 500* as a "Next Generation Partner" and "Recommended Lawyer" in Dispute Resolution: e-Discovery. And she has been named to the New York *Super Lawyers* "Rising Stars" list each year for ten consecutive years

## CASE HIGHLIGHTS

- *In re Apple, Inc. Device Performance Litigation* (N.D. Cal.): Oversaw offensive discovery and ESI issues alongside the discovery committee co-chair and lead counsel in this 50-state class action stemming from Apple's alleged throttling of its iPhone devices. Settlement pending.

**feganscott**

- ○ *In re Equifax, Inc. Customer Data Breach Litigation* (N.D. Ga.): Served as an integral member of the team overseeing offensive discovery and ESI issues in this nationwide data-breach class action. Settlement pending.

- ○ *Torres, et al, v. Wendy's International, LLC* (M.D. Fl.): Served as class counsel in this nationwide data breach class action. The parties reached a $3.4 million settlement.

- ○ *In re ARIAD Pharm., Inc. Sec. Litig.* (D. Mass.): Co-lead counsel in this securities class action against a publicly traded pharmaceutical company. Led briefing that resulted in First Circuit's reversal of the district court's dismissal. The parties subsequently reached a $3.5 million settlement.

www.feganscott.com
www.facebook.com/feganscottlaw