# WHEATMAN DECLARATION

# EXHIBIT C

# PUBLICATION NOTICE

# Used Roundup or Other Weed Killer Products?

## You Could Benefit from a $2 Billion Settlement

**People diagnosed with Non-Hodgkin's Lymphoma could receive up to $200,000. Others could receive monitoring to diagnose disease early.**

**Immigration Status Does Not Affect Eligibility**

The settlement includes anyone who applied/mixed Roundup and certain weed killer products in the United States, including those now living abroad ("Roundup users"). Included weed killer products were sold under Roundup and other brand names. Lawsuits claim that an ingredient in these products causes Non-Hodgkin's Lymphoma ("NHL"), a blood cancer. Monsanto, the manufacturer of Roundup, denies that it did anything wrong.

**Benefits Include:**

- **Money:** $5,000 to $200,000 for eligible Roundup users diagnosed with NHL. The next of kin of deceased Roundup users who qualify for benefits may apply for a payment.
- **Medical Evaluations:** Roundup users in the United States may be eligible for free NHL diagnostic evaluations.
- **Research:** Funds research into diagnosis and treatment of NHL.
- **Product Labeling**: Monsanto will request permission from the Environmental Protection Agency to change its weed killer labels to refer to information about whether Roundup exposure causes NHL.

An independent science panel will work to determine whether exposure to Roundup and other included weed killers cause NHL. Any science panel determination will not affect Roundup users' rights.

**Register for Benefits:** You must register to be eligible for money or a medical evaluation. Register online or by phone. Free legal assistance and help is available if needed. You will have at least four years to claim benefits.

**Rights Under the Settlement:** If you do nothing and later develop NHL, or reject your compensation award, you will keep your right to sue Monsanto about any compensatory damage claims (such as costs to treat NHL and pain and suffering), but you will not be able to sue for punitive and other damages. If you do not want to stay in the class for any reason, including because you want to pursue your own lawsuit now, you must exclude yourself by **Month XX, 2021**. You can also object to the settlement by **Month XX, 2021**. The Court will hold a hearing on **Month XX, 2021** to consider whether to approve the settlement.

More details, including a list of specific weed killer products and claims being released by the settlement, are available at the website or by calling the toll-free number.

## Need Free Help Registering for Benefits?

# 1-8XX-XXX-XXXX
## www.RoundupClass.com
**(Spanish available)**



OFFICIAL COURT APPROVED LEGAL NOTICE

# Used Roundup or Other Weed Killer Products?

## You Could Benefit from a $2 Billion Settlement

### People diagnosed with Non-Hodgkin's Lymphoma could receive up to $200,000. Others could receive monitoring to diagnose disease early.

**Immigration Status Does Not Affect Eligibility**

The settlement includes anyone who applied/mixed Roundup and certain weed killer products in the United States, including those now living abroad ("Roundup users"). Included weed killer products were sold under Roundup and other brand names. Lawsuits claim that an ingredient in these products causes Non-Hodgkin's Lymphoma ("NHL"), a blood cancer. Monsanto, the manufacturer of Roundup, denies that it did anything wrong.

**Benefits Include:**

- **Money:** $5,000 to $200,000 for eligible Roundup users diagnosed with NHL. The next of kin of deceased Roundup users who qualify for benefits may apply for a payment.
- **Medical Evaluations:** Roundup users in the United States may be eligible for free NHL diagnostic evaluations.
- **Research:** Funds research into diagnosis and treatment of NHL.
- **Product Labeling**: Monsanto will request permission from the Environmental Protection Agency to change its weed killer labels to refer to information about whether Roundup exposure causes NHL.

An independent science panel will work to determine whether exposure to Roundup and other included weed killers cause NHL. Any science panel determination will not affect Roundup users' rights.

**Register for Benefits:** You must register to be eligible for money or a medical evaluation. Register online or by phone. Free legal assistance and help is available if needed. You will have at least four years to claim benefits.

**Rights Under the Settlement:** If you do nothing and later develop NHL, or reject your compensation award, you will keep your right to sue Monsanto about any compensatory damage claims (such as costs to treat NHL and pain and suffering) but you will not be able to sue for punitive and other damages. If you do not want to stay in the class for any reason, including because you want to pursue your own lawsuit now, you must exclude yourself by **Month XX, 2021**. You can also object to the settlement by **Month XX, 2021**. The Court will hold a hearing on **Month XX, 2021** to consider whether to approve the settlement.

More details, including a list of specific weed killer products and claims being released by the settlement, are available at the website or by calling the toll-free number.

## Need Free Help Registering for Benefits?

## 1-8XX-XXX-XXXX

## www.RoundupClass.com

**(Spanish available)**