UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez et al v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>DECLARATION OF JAMES MESSINA ON PRE-NOTICE RESEARCH AND NOTICE PLAN USAGE |

I, James Messina, being duly sworn, hereby declare as follows:

1. I am a co-founder of Signal Interactive Media, LLC ("Signal"), a legal media company with particular expertise in quantitative and qualitative research and digital media. This declaration describes the Pre-Notice Research undertaken by Signal to examine the media habits and other characteristics of potential Settlement Class Members. This declaration is based upon my personal knowledge and upon information provided by Class Counsel, Kinsella Media ("KM"), Verus LLC ("Verus"), and my associates and staff.

2. The purpose of this declaration is to (a) set forth Signal's experience and capabilities; (b) describe the purpose of the research and the methodology used; (c) explore the research findings; and (d) explain how the Pre-Notice Research will be used in the Notice Program.

*Background and Experience*

3. I co-founded Signal in 2014. Its founding goal was to apply the same techniques used in contemporary commercial and political advertising to the process of providing notice in class actions. One key element of that process is opinion research, including but not limited to focus groups and polling, in order to better understand potential class members in complex cases

1

and how best to reach them.

4. My background is in politics, where over more than 25 years I have become an expert in public opinion research. As President Obama's 2012 campaign manager, part of my job was to oversee all opinion research related to voters from a variety of demographics.

5. Over the course of that campaign, I directed quantitative and qualitative research across the general public and dozens of key subgroups. Qualitative research included an ethnography study in which we asked participants to keep "ethnographic journals," focus groups of independent voters in key states, and in-home interviews with undecided, independent women and men in multiple states.

6. Quantitative research included benchmark polling, used to define voters' perceptions of President Barack Obama's performance during the first two years of his presidency; subgroup polls of women, rural Americans, the White-working class, Hispanic, and youth; as well as issue polls to understand key policies such as education and health care reform.

7. Prior to the founding of Signal, I also founded The Messina Group. This company offers a number of services including overseeing the design and implementation of opinion research for a variety of clients, including politicians, non-profits, and major corporations, ranging from technology companies to international airlines. My curriculum vitae is attached as Exhibit A.

8. It is my opinion that historically, notice programs in class action settlements have spent little time studying the class members they hope to reach, and as a result, do not always meet class members where they are. This provides for ineffective, scattershot notice that wastes time and money. I believe that if contemporary developments in the fields of public opinion research and consumer behavior — including qualitative and quantitative testing — are

properly used to select the most effective targeting and communication outlets, there will be better notice programs, class members will be more aware about a settlement, and their participation rates will increase.

9. The techniques we have used in our commercial and political work have been shown to be effective in class action notice programs, increasing class member awareness and participation rates. For example, in *In Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-MD-2800 (N.D. Ga.), a class action lawsuit brought by consumers after Equifax announced in September 2017 that a criminal cyberattack on its systems impacted the personal information of millions of people, we used surveys and focus groups.

10. In finally approving the settlement after the initial results of the Notice Program, Chief U.S. District of the Northern District of Georgia Judge Thomas Thrash emphasized the use of contemporary commercial and political advertising in this case:

> The notice plan is not designed merely to satisfy minimal constitutional requirements, but an innovative and comprehensive program that takes advantage of contemporary commercial and political advertising techniques—such as focus groups, a public opinion survey, and micro-targeting—to inform, reach, and engage the class and motivate class members to file claims. According to the plaintiffs and Signal, the notice program is a first-of-its kind effort and is unprecedented in scope and impact. The Court finds that the notice program is a significant benefit to the class.

I*n re Equifax Inc. Customer Data Sec. Breach Litig.*, No. 1:17-MD-2800-TWT, 2020 WL 256132, at *3 (N.D. Ga. Mar. 17, 2020)

11. Signal staff and colleagues responsible for the Pre-Notice Research for this case have used the techniques and methods described above in designing and implementing hundreds of research plans in our commercial and political work across the world.

### *Purpose of the Research and Methodology*

12. Given the complexity of the notice effort in this case, we conducted Pre-Notice Research among key groups of potential Class Members between May 25 and June 5, 2020. We prioritized and geared the research to engage and study difficult-to-reach non-migrant farmworkers as well as migrant farmworkers, both working in the US today and having worked in the US over the past 10 years but now currently residing in Mexico. We based the geographic makeup of the Pre-Notice Research participants on data provided to us by Verus, LLC.

13. We coordinated and executed the following:

- An online, 506-person survey conducted in the geographic hotspots of At-Risk populations in the US;
- 50 in-depth phone interviews (IDIs) with individuals representing the occupational profiles of the At-Risk Populations across the US and Mexico;
- A 150-person phone survey among people in Mexico who previously worked in agriculture occupations in the US.

14. Survey and IDI questions were developed by Signal and shared with Kinsella Media, the Settlement Class Notice Agent, and Wolf Garretson, the Diagnostic Accessibility Grant Program (DAGP) Administrator, for feedback and review.

15. While constructing and finalizing these questions, we recruited participants for the three components outlined above. Participants were recruited from a combination of vendor lists, targeted advertisements, nonprofit partner contacts, and snowball sampling. Snowball sampling is a nonprobability sampling technique where existing study subjects recruit future subjects from among their acquaintances.

16. Each participant was screened to ensure they matched the screening criteria

defined for each profile. For the migrant IDIs, we partnered with local organizations and community groups in the US who have contacts that matched our criteria and used snowball sampling to recruit Mexicans who have lived and worked in the agricultural industry in the US in the past 10 years and have since returned to Mexico. Each of the IDI participants fell into one of the following categories: legal resident/green card holder, H2A visa holder, or undocumented worker.

17. Our audience focused on people who work in At-Risk occupations and the towns, cities, and counties with a high ratio of At-Risk population as a share of the total population, based on the data provided to us by Verus, LLC. The At-Risk occupations we targeted were landscaping/groundskeeping and agriculture farmworkers/crop workers. The areas for our research included, but were not limited to, California, Oregon, Washington, Iowa, Indiana, Florida, Texas, Georgia, New York, and states in Mexico with high migrant populations.

18. The research studied information consumption behaviors, access to different information sources (online, billboards, local newspapers, and bilingual ads/newspapers/radio), and routines of where and how potential Class Members seek out news. Across all of these groups, the research covered participants' lived experiences and preferences on media consumption with respect to medical information and healthcare.

19. The study was blind, meaning there was no mention of the Settlement, the Defendant, or the proposed benefits for the Settlement Class. We tested the subjects' comfort, habits, obstacles, motivations, and logistical constraints around accessing medical and healthcare-related information on medical information.

20. Research plans were developed and executed remotely in consideration of the

current COVID-19 pandemic and related public health restrictions.

### *Key Research Findings*

21. Key Research Findings were shared with Class Counsel, the Settlement Class Notice Agent, the Claims Administrator, and the DAGP Administrator on June 12, 2020. These findings are attached in Exhibit B.

### *Notice Plan Usage*

22. The findings from Pre-Notice Research informed elements of the Notice Program. More detailed information can be found in the Declaration of Shannon R. Wheatman, Ph.D., on the adequacy of Notices and the Notice Program. More specifically, the Pre-Notice Research was used in the following components:

### *Online Media*

23. Insights from the Pre-Notice Research informed how we will use online media to reach various subgroups of the Settlement Class.

24. These subgroups span professional categories. However, surveys and IDI data showed that cultural, rather than professional, differences were more important when considering media consumption habits of the potential Class Members — as well as their underlying attitudes towards their own health and the methods they use to act on health information obtained from a variety of sources.

25. Pre-Notice Research additionally confirmed that migrant farmworkers and non-English-speaking landscapers identify with more than one professional category, with over a third of agricultural workers reporting doing landscaping or groundskeeping work and a fifth of them reporting doing construction work in the last 12 months.

26. **Landscapers & Groundskeepers.** Though there is some degree of overlap with

6

the farmworker population, landscapers and groundskeepers are more specialized and more geographically dispersed than farmworkers.

27.     Non-English speaking landscapers and groundskeepers use Facebook and Facebook Messenger and WhatsApp for personal communications.  In contrast, English-speaking landscaping professionals are more likely to use Facebook to promote their businesses. They typically spend more time on social media than their non-English speaking counterparts. Landscaping professionals, regardless of spoken language, rely heavily on YouTube for a range of activities, including learning and entertainment.  English-speaking landscaping and groundskeeping professionals specifically read trade publications and network with trade associations in the course of their work.

28.     **Farmworkers.** Non-migrant farmworkers that speak English are more concentrated in rural areas in the Midwest, Pacific Northwest, and the South.  Migrant farmworkers that speak Spanish are more concentrated in urban and densely populated areas.

29.     Non-migrant farmworkers who live more in rural areas with limited access to cellular service use weather apps, like KCRG Weather and Western Weather Group, on mobile throughout the day and engage with social media primarily in the evenings.  Migrant farmworkers use social media more frequently than non-migrant farmworkers.

30.     Non-migrant farmworkers are more self-directed in their online searches around health information than migrant farmworkers; however, health-related online searches have increased among migrant workers amidst the COVID-19 pandemic.  Non-migrant farmworkers rely on news aggregators like Apple News and Google News and visit health sites like WebMD.com or MayoClinic.com, while migrant farmworkers are more likely to use YouTube as a search engine.

*On-Ground Outreach*

31.  The Pre-Notice Research found that non-English-speaking agricultural workers rely more on local community organizations and networks for information than their English-speaking counterparts.  Specifically, the Pre-Notice Research found that migrant farmworkers are more likely to rely on information from trusted community groups before taking advantage of key benefits such as free medical services.

32.  We surveyed research participants about a variety of local and national organizations and noted those which were viewed favorably.  For example, among those aware of the organization, United Farm Workers (UFW) received a positive rating by over half of those surveyed.  These findings, among others, serve as the basis of our on-ground outreach strategy.

**MEXICO**

33.  Research insights from surveys and IDIs conducted in Mexico guided the development of our notice strategy to potential Class Members outside the US.  These findings — including heavy internet use, media consumption habits, and identification of certain highly trusted institutions — guided the development of the notice plan and selection of particular outlets that will be utilized.  TV and social media mediums are Mexicans' preferred source to learn of a health news alert (TV ad 45%; social media post 38%).

34.  Mexican migrant workers are heavy internet users, with 83% owning a smartphone and 82% using the Internet daily.  Media consumption habits among Mexico- and US-based migrant farmworkers were more similar, with both groups relying heavily on social media and YouTube to communicate with personal networks and access information, news, and entertainment.

35.  Pre-Notice Research found that Mexicans are more trusting of national

8

organizations than their American counterparts. For example, Instituto Mexicano del Seguro Social (IMSS) and the Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado (ISSSTE) both received a positive rating from the majority surveyed.

### *Conclusion*

36. I am confident that the Pre-Notice Research Plan provided critical information about the habits and preferences of the Settlement Class and will therefore assist in designing the most effective Notice Program to reach them.

37. By taking advantage of the modern techniques used in commercial and political advertising, we have a greater understanding of the Settlement Class. We believe that this type of work is critical to understanding Class Members in this case given the diverse makeup of the Settlement Class.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Signed on February 2, 2021 in Clyde Park, Montana

_____
James Messina