IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| THIS DOCUMENT RELATES TO:<br><br>*Misty Hill, as Representative of the Estate of Robert Cochran,*<br>**Case No.** 3:17-cv-03200<br><br>*Linda O'Neil, et al.,*<br>**Case No.** 3:17-cv-03378 | VINCE CHHABRIA<br>U.S. DISTRICT JUDGE |

## JOINT STIPULATION

1. Plaintiffs filed the above captioned cases in the Southern District of Illinois and Central District of Illinois, alleging their injuries occurred in the Southern District of Illinois and Central District of Illinois, respectively.

2. On June 14, 2019, this Court entered Pretrial Order No. 150 which placed the above captioned cases in Wave 2 of MDL No. 2741.

3. On December 9, 2020, this Court issued an order stating that the parties in Wave 2 are to file a stipulation identifying the governing state law by February 5, 2021, if the applicable state law is undisputed.

4. Undersigned counsel for Monsanto and counsel for Wave II Plaintiffs, Misty Hill, as Representative of the Estate of Robert Cochran, and Linda O'Neil, agree and stipulate that the governing state law in the above captioned cases is the law of Illinois.

DATED: February 5, 2021

        Respectfully submitted,

        /s/ *James G. O'Brien*
        James G. O'Brien
        O'Brien Law, LLC
        405 Madison Ave., 10th Floor
        Toledo, Ohio 43604
        T: (419) 930-6401
        jim@obrien.law

        **COUNSEL FOR PLAINTIFFS**

        Anthony R. Martinez
        SHOOK HARDY & BACON, LLP
        2555 Grand Blvd.
        Kansas City, MO 64108
        T: (816) 559-2683
        F: (816) 421-5547
        amartinez@shb.com

        **COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James G. O'Brien*