IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| THIS DOCUMENT RELATES TO:<br><br>*Jean Kapolnek, as Independent Administrator of the Estate of Ronald G. Kapolnek,*<br>**Case No.** 3:18-cv-04014<br><br>*Thomas Panichi,*<br>**Case No.** 3:19-cv-02763<br><br>*Louisa Underwood,*<br>**Case No.** 3:18-cv-06805 | VINCE CHHABRIA<br>U.S. DISTRICT JUDGE |

## JOINT STIPULATION

1. Plaintiffs filed the above captioned cases in state and federal courts in Illinois, alleging their injuries occurred in Illinois.

2. On June 14, 2019, this Court entered Pretrial Order No. 150 which placed the above captioned cases in Wave 2 of MDL No. 2741.

3. On December 9, 2020, this Court issued an order stating that the parties in Wave 2 are to file a stipulation identifying the governing state law by February 5, 2021, if the applicable state law is undisputed.

4. Undersigned counsel for Monsanto and counsel for Wave II Plaintiffs, Jean Kapolnek, as Independent Administrator of the Estate of Ronald G. Kapolnek,

1

Thomas Panichi and Louisa Underwood, agree and stipulate that the governing state law in the above captioned cases is the law of Illinois.

DATED: February 5, 2021

        Respectfully submitted,

        /s/ *Kenneth T. Lumb*
        Kenneth T. Lumb
        Corboy & Demetrio, P.C.
        33 North Dearborn Street, 21st Floor
        Chicago, IL 60602
        T: (312) 346-3191
        KTL@CorboyDemetrio.com

        **COUNSEL FOR PLAINTIFFS**

        Anthony R. Martinez
        SHOOK HARDY & BACON, LLP
        2555 Grand Blvd.
        Kansas City, MO 64108
        T: (816) 559-2683
        F: (816) 421-5547
        amartinez@shb.com

        **COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kenneth T. Lumb*