Madeleine Brumley (LA Bar #29570)
Nicholas Rockforte (LA Bar #31305)
David C. Laborde (LA Bar #20907)
Derrick G. Earles (LA Bar #29570)
LABORDE EARLES LAW FIRM
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
P: (337) 261-2617
F: (337) 261-1934
madeleine@onmyside.com
nicholas@onmyside.com
david@onmyside.com
digger@onmyside.com

*Counsel for Objectors with Roundup
Exposure Claims Over Which There Is No
Federal Jurisdiction*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL CASES | **LABORDE EARLES LAW FIRM'S OBJECTION TO CO-LEAD COUNSEL'S MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE (Doc. No. 123940)**<br><br>Hearing date: March 3, 2021<br>Time: 1:00 PM |

The Laborde Earles Law Firm (the "Objector") represent over 700 clients diagnosed with Non-Hodgkin's Lymphoma as a result of their exposure to Roundup. Objector opposes Co-Lead Counsel's motion to establish a common benefit fund and the payment of attorneys' fees.

The essence of a common *benefit* fee is grounded in the notion that MDL leadership counsel are entitled to payment of common benefit fees *only* when their efforts produce a *benefit*

to plaintiffs, filed in the MDL, and represented by non-leadership counsel. This did not occur in the Roundup litigation. Objector filed only one of their 708 cases in the MDL. Notably, Objector painstakingly negotiated their own settlement agreement with no assistance or guidance from Co-Lead Counsel.

To add insult to injury, the Co-Lead Counsel surreptitiously settled their own cases for a premium, with values believed to be three to four times the values of those received by individual counsel, while leaving individual counsel to fend for themselves. In contravention of their mandates and fiduciary duties owed to all plaintiffs, Co-Lead Counsel hoarded all key experts and materials that were necessary to bring these cases to trial. Most significantly, Co-Lead Counsel did not produce a global settlement for all plaintiffs. The efforts of Co-Lead Counsel did not confer a benefit but created substantial obstacles and worked to the detriment of plaintiffs represented by Objector and other individual plaintiffs' counsel. With this backdrop, it is difficult to comprehend how Co-Lead Counsel can now boldly declare that they provided a *benefit* to individual counsel, and are therefore entitled to a common benefit fee.

Objector's counsel has participated in many MDL settlements. Upon reaching a global settlement in these past MDLs, it is common for MDL leadership counsel to host multiple plaintiffs' counsel meetings and webinars where the terms of the global settlement (negotiated by leadership counsel on behalf of ALL plaintiffs) were shared with counsel representing individual plaintiffs. Something very different happened here. In this case, no information was provided to counsel representing individual Roundup victims, and calls and emails to leadership counsel to discuss various litigation and settlement related issues questions went unanswered. This abandonment of plaintiffs represented by non-leadership counsel by Co-Lead Counsel should not be rewarded, especially as it completely undermines the spirit of the common benefit concept.

Objector respectfully submits that as to any cases filed in state court, and those that have not been filed in any court, that Co-Lead Counsel's motion should be denied.

Dated: February 5, 2021                                     Respectfully Submitted,

                                                                             /s/Madeleine Brumley
Madeleine Brumley (LA Bar #29570)
Nicholas Rockforte (LA Bar #31305)
David C. Laborde (LA Bar #20907)
Derrick G. Earles (LA Bar #29570)
LABORDE EARLES LAW FIRM
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
P: (337) 261-2617
F: (337) 261-1934
madeleine@onmyside.com
nicholas@onmyside.com
david@onmyside.com
digger@onmyside.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

/s/Madeleine Brumley
Madeleine Brumley