**David J. Diamond, Esq.**
**GOLDBERG & OSBORNE LLP**
**State Bar #010842**
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
ddiamond@goldbergandosborne.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| **ALL CASES** | **NOTICE OF JOINDER AND JOINDER IN OPPOSITION TO MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE FILED BY DANIEL C. BURKE, ESQ., KAREN BARTH MENZIES, ESQ., ET AL., ARATI C. FURNESS, ESQ., ET AL., AND MADELEINE BRUMLEY, ESQ.** |

Undersigned counsel hereby joins in and adopts the following Oppositions to Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish a Holdback Percentage:

- Daniel C. Burke, Filed at Document No. 12532

- Karen Barth Menzies, et al., Filed at Document No. 12530

- Arati C. Furness, et al., Filed at Document No. 12527

- Madeleine Brumley, Filed at Document No. 12539

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The arguments raised and facts asserted, in material part, reflect the experience of undersigned counsel in his representation of Wave and non-Wave clients in this MDL. Undersigned counsel plans to attend the scheduled 1:00 p.m., March 3, 2021, Zoom hearing and is willing to answer questions the Court may have concerning his experience working up Wave and non-Wave cases primarily without the involvement of moving leadership (though, general causation deposition transcripts – or at least how to find them - were shared); how undersigned found, retained and worked with his own specific causation experts; how undersigned took depositions and responded to and filed pleadings; the expenses undersigned incurred and time he expended in working up Wave and non-Wave cases, leadership's attempts to cut deals with undersigned counsel for as much as 15% to settle his client's cases, and his concern that leadership's settling of their own cases, outside of a global settlement format, benefitted leadership to the detriment of the remaining MDL claimants.

Dated this 5th day of February, 2021.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
Goldberg & Osborne LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com
*Attorney for Plaintiffs*

JOINDER IN OPPOSITION TO MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE – 3:16-md-02741

1

## **CERTIFICATE OF SERVICE**

2

      I, David J. Diamond, hereby certify that on February 5, 2021, the foregoing document was

3

filed via the Court's CM/ECF system, which will automatically serve and send email notification

4

of such filing to all registered attorneys of record.

5

6

                    */s/ David J. Diamond*                 

                    David J. Diamond

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINDER IN OPPOSITION TO MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON
BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE – 3:16-md-02741