Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
Danielle Ingram (ING038)
danielle.ingram@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone:  (334) 269-2343
Fax:  (334) 954-7555

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | **JOINT STIPULATION** |
| *Randall Dean Seidl v Monsanto Co.,* Case No.  3:17-cv-00519-vc | |

1. Plaintiff filed the above captioned cases in the Western District of North Carolina, alleging his injuries occurred in the Western District of North Carolina.

2. On June 14, 2019, this Court entered Pretrial Order No. 150 which placed the above captioned cases in Wave 2 of MDL No. 2741.

3. On December 9, 2020, this Court issued an order stating that the parties in Wave 2 are to file a stipulation identifying the governing state law by February 5, 2021, if the applicable state law is undisputed.

4. Undersigned counsel for Monsanto and counsel for Wave II Plaintiff Randall Seidl agree and stipulate that the governing state law in the above captioned cases is the law of North Carolina.

DATED: February 5, 2021

Respectfully submitted,

/s/Rhon E. Jones
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
Danielle Ingram (ING038)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com
danielle.ingram@beasleyallen.com

*Attorneys for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand BLvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax:  (816) 421-5547
amartinez@ahb.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

/s/ Rhon E. Jones
Rhon E. Jones
