IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| **THIS DOCUMENT RELATES TO:** | |
| *Gerard Cervantes,*<br>**Case No**. 3:19-cv-03015 | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |
| *James Peterson*<br>**Case No.** 3:18-cv-07271 | |
| *Lorraine Rehak*<br>**Case No.** 3:19-cv-01719 | |
| *Mark Pecorelli, Individually and as Representative of the Estate of Michael Pecorelli*<br>**Case No**. 3:16-cv-06936 | |
| *Christine Karman, Individually and as Representative of the Estate of Robert Karman*<br>**Case No**. 3:19-cv-01183 | |
| *John Schafer*<br>**Case No.** 3:19-cv-02169 | |

## JOINT STIPULATION

1. Plaintiffs filed the above captioned cases in the Northern District of Illinois alleging their injuries occurred in the Northern District of Illinois.

2. On June 14, 2019, this Court entered Pretrial Order No. 150 which placed the above captioned cases in Wave 2 of MDL No. 2741.

1

3. On December 9, 2020, this Court issued an order stating that the parties in Wave 2 are to file a stipulation identifying the governing state law by February 5, 2021, if the applicable state law is undisputed.

4. Undersigned counsel for Monsanto and counsel for Wave II Plaintiffs, Gerard Cervantes, James Peterson, Lorraine Rehak, Michael Pecorelli, Robert Karman, John Schafer, agree and stipulate that the governing state law in the above captioned cases is the law of Illinois.

DATED: February 5, 2021

Respectfully submitted,

/s/ *Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
rfredona@molllawgroup.com
info@molllawgroup.com

**COUNSEL FOR PLAINTIFFS**

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
T: (816) 559-2683
F: (816) 421-5547
amartinez@shb.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Rebecca Fredona*