**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | HON. VINCE CHHABRIA |
| **ALL CASES** | |

**CORRECTION OF ADDRESS**

COMES NOW the undersigned, and corrects their address and contact information per below.

Dated: February 5, 2021　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher Schnieders*

　　　　　　　　　　　　　　　　　　　　　　Paul J. Napoli  (NY 2513141)
　　　　　　　　　　　　　　　　　　　　　　Hunter J. Shkolnik (NY 2031458)
　　　　　　　　　　　　　　　　　　　　　　NS PR LAW SERVICES, LLC
　　　　　　　　　　　　　　　　　　　　　　270 Muñoz Rivera, Suite 201
　　　　　　　　　　　　　　　　　　　　　　Hato Rey, Puerto Rico 00918
　　　　　　　　　　　　　　　　　　　　　　pnapoli@nsprlaw.com
　　　　　　　　　　　　　　　　　　　　　　hunter@napolilaw.com
　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 397-1000
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 610-5680

Christopher L. Schnieders (KS 22434)
NAPOLI SHKOLNIK, PLLC
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
cschnieders@napolilaw.com
Phone: (913) 246-3860
Fax: (312) 610-5680

Thomas C. Goldstein DC # 458365
Eric F. Citron DC # 1001069
GOLDSTEIN AND RUSSELL PC
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
Telephone: 202-362-0636
Fax: 866-574-2033
tgoldstein@goldsteinrussell.com
ecitron@goldsteinrussell.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February, 2021, a copy of the forgoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Christopher Schnieders_____