Rand P. Nolen (pro hac vice)
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Telephone: (713) 621-7944
Facsimile: (713) 621-9338
Email: rand_nolen@fleming-law.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(A)(1) AND MOTION FOR SUBSTITUTION** |
| Yolanda C. Flores v. Monsanto Co. Case No. 3:20-cv-01639-VC | |

Counsel for Plaintiff, Yolanda C. Flores, gives notice and suggests, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Yolanda C. Flores, the plaintiff in this action.

Plaintiff requests that Johnny T. Flores, the surviving husband of Yolanda C. Flores and the Estate of Yolanda C. Flores, Deceased, through the duly appointed Personal Representative, Johnny T. Flores, be substituted as the Plaintiffs in this wrongful death and survival action.

## CERTIFICATE OF CONFERRAL

Undersigned counsel conferred with counsel for the Defendant concerning this substitution.

1. Yolanda C. Flores passed away on June 3, 2020, from Non-Hodgkin's Lymphoma. Her Death Certificate is attached as **Exhibit A**.

2. Johnny T. Flores is a proper party to make this suggestion because he is her surviving husband who has the right under New Mexico law to pursue a wrongful death action pursuant to Sections 37-2-1 and 41-2-3 NMSA. **Exhibit B.**

3. Johnny T. Flores is the duly appointed Personal Representative of Yolanda C. Flores's estate and has the right under New Mexico law to pursue a survival action. Sections 37-2-1 and 41-2-3 NMSA, and PR Order. **Exhibit C.**

4. Plaintiff requests that Johnny T. Flores and the Estate of Yolanda C. Flores, Deceased, through the duly appointed Personal Representative, Johnny T. Flores be substituted as the Plaintiff in this matter which is now a wrongful death and a survival action pursuant to F.R.C.P. 25(a)(1).

5. No party will be prejudiced by this amendment, and it serves the needs of justice.

WHEREFORE, for the foregoing reasons, Plaintiff requests that Johnny T. Flores, the surviving husband, and the Estate of Yolanda C. Flores, Deceased, through the duly appointed Personal Representative, Johnny T. Flores, be substituted as the proper plaintiffs in this wrongful death and survival action.

Dated: February 8, 2021                     Respectfully submitted,

/s/ Rand P. Nolen
Rand P. Nolen (pro hac vice)
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Telephone: (713) 621-7944
Facsimile: (713) 621-9338
Email: rand_nolen@fleming-law.com

Attorneys for Plaintiffs