# EXHIBIT

# A

# STATE OF NEW MEXICO
## CERTIFICATE OF DEATH
New Mexico Vital Records and Health Statistics
State of New Mexico
United States of America

REV (8/13)

No. 4627866

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | Yolanda C. Flores |
| IF FEMALE, MAIDEN NAME | |
| DATE OF DEATH | October 14, 2020 |
| TIME OF DEATH | 10:27 AM |
| SEX | Female |
| SOCIAL SECURITY NUMBER | [redacted] |
| MARITAL STATUS | Married |
| SURVIVING SPOUSE | Johnny T Flores |
| DATE OF BIRTH | [redacted] 1954 |
| BIRTH PLACE | Las Cruces, New Mexico |
| SERVED IN U.S. ARMED FORCES | No |
| DECEDENT'S RACE | White |
| TRIBE | |
| HISPANIC | Yes |
| DECEDENT'S RESIDENCE COUNTY | Dona Ana |
| DECEDENT'S RESIDENCE STATE | New Mexico |
| MOTHER'S FULL MAIDEN NAME | Oralia Peña |
| FATHER'S FULL NAME | Unknown Unknown |
| METHOD OF DISPOSITION | Cremation |
| DISPOSITION LOCATION | Terrazas Crematory |
| FUNERAL SERVICE FACILITY | Terrazas Funeral Chapel (Deming) |
| COUNTY OF DEATH | Dona Ana |
| PLACE OF DEATH | 1987 Pine Trail B |
| TYPE OF PLACE | Decedent's Residence |
| NAME OF PERSON CERTIFYING CAUSE OF DEATH | Jesus R. Duran III MD — Signature Electronically Authenticated |
| MANNER OF DEATH | Natural |

**CAUSE OF DEATH**

PART I. Events such as diseases, injuries, or complications that directly caused the death.

a. Diffuse large B cell lymphoma
b.
c.
d.

PART II. Other significant conditions contributing to death.

File Number: 2020-016312
File Date: October 28, 2020
Order Number: 20201009391

Renee Valencia, State Registrar

CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Bureau of Vital Records and Health Statistics, Department of Health.

DATE ISSUED Oct-29-2020

WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ATERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.

FLO002976