# EXHIBIT

# B

```
                                                              FILED
                                                   3rd JUDICIAL DISTRICT COURT
                                                        Dona Ana County
STATE OF NEW MEXICO                                    12/21/2020 4:21 PM
COUNTY OF DONA ANA                                      DAVID S. BORUNDA
THIRD JUDICIAL DISTRICT                                CLERK OF THE COURT
                                                          Josephina Gomez
```

IN THE MATTER OF THE ESTATE                PB-2020-0199
OF YOLANDA C. FLORES, Deceased.            Judge Arrieta

## ORDER APPOINTING JOHNNY T. FLORES AS PERSONAL REPRESENTATIVE FOR THE PURPOSE OF BRINGING A WRONGFUL DEATH ACTION

THIS MATTER coming before the Court upon Movant's Motion and the Court being well and fully advised, FINDS AND ORDERS:

1. That Johnny T. Flores is appointed as Personal Representative pursuant to Section 41-2-3 NMSA with full authority to bring, proceed, and conclude a wrongful death action on behalf of the decedent, Yolanda C. Flores.

_____
District Judge

PREPARED AND SUBMITTED BY:

BATES LAW FIRM
P.O. Box 305
Las Cruces, NM 88004-0305
575-524-8585
575-524-1895 (Fax)

_____
Lloyd O. Bates Jr.
Attorney for Estate
NM Bar No. 175

JAG