# EXHIBIT

# C

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
12/18/2020 4:17 PM
DAVID S. BORUNDA
CLERK OF THE COURT
Rosie Stewart

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT

IN THE MATTER OF THE ESTATE          PB-2020-0199
OF YOLANDA C. FLORES, Deceased.      Judge Arrieta

### ORDER FOR INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE (NO WILL)

**THIS MATTER** comes before the Court on the application of **JOHNNY T. FLORES** for informal probate of the estate of **YOLANDA C. FLORES** deceased, and for informal appointment as Personal Representative of the decedent's estate. The Court having considered the application, finds:

1. The application for informal appointment of Personal Representative is complete.

2. The Applicant has made oath or affirmation that the statements contained in the application are true to the best of Applicant's knowledge and belief.

3. The Applicant appears from the application to be an interested person as defined by the laws of New Mexico.

4. On the basis of the statements in the application, jurisdiction of this estate, proceeding and subject matter is proper.

5. On the basis of the statements in the application, venue is proper because the decedent's domicile at the time of death was Las Cruces, Dona Ana County, New Mexico.

6.   Applicant has made an oath or affirmation that after the exercise of reasonable diligence, applicant is unaware of any unrevoked Last Will and Testament or other testamentary instrument relating to property in this state or under the law of New Mexico, and the request for the appointment does not relate to any will.

7.   Any notice required by the laws of New Mexico has been given.

8.   It appears from the application that the time limit for original probate has not expired.

9.   The applicant is an interested person as defined by law, and is not disqualified to serve as personal representative of the decedent.

10.  From the statement in the application, the applicant has priority entitling applicant to be appointed as personal representative of the estate of the decedent.

11.  The application indicates that a Personal Representative has not been appointed in this or any other county within the State of New Mexico.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as** follows:

1.   The application is hereby granted.

2.   The applicant, **JOHNNY T. FLORES**, is informally appointed as the personal representative of the estate of the decedent, without bond, in an unsupervised administration.

3.   Letters Testamentary shall be issued to **JOHNNY T. FLORES** upon qualification and acceptance.

Manuel Arrieta
District Judge

ATTEST: CERTIFIED AS A TRUE AND CORRECT COPY
OF THE ORIGINAL FILE IN THIS OFFICE ON
December 18, 2020   (Date)
DISTRICT COURT CLERK
Date 12·21·2020   By Jasu Stewart Deputy

PREPARED AND SUBMITTED BY:

BATES LAW FIRM
P.O. Box 305
Las Cruces, NM 88004-0305
(575) 524-8585
(575) 524-1895 (Fax)

_____
Lloyd O. Bates Jr.
Attorney for the Estate
NM Bar No. 175