| | |
|---|---|
| 1 | Rand P. Nolen (pro hac vice) |
| 2 | Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000 |
| 3 | Houston, TX 77056<br>Telephone: (713) 621-7944 |
| 4 | Facsimile: (713) 621-9338<br>Email: rand_nolen@fleming-law.com |
| 5 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>) |
| This document relates to:<br><br>Yolanda C. Flores v. Monsanto Co.<br>Case No. 3:20-cv-01639-VC | ) **ORDER RE: SUGGESTION OF DEATH**<br>) **UPON THE RECORD UNDER RULE**<br>) **25(A)(1) AND MOTION FOR**<br>) **SUBSTITUTION**<br>) |

  This action is before the Court on the Suggestion of Death of Plaintiff Yolanda C. Flores pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and Motion for Substitution.

  Having reviewed the same, and being fully advised on the premises, the Court hereby GRANTS Plaintiffs' Motion for Substitution. Johnny T. Flores, the surviving husband and the Estate of Yolanda C. Flores, Deceased, through the duly appointed Personal Representative, Johnny T. Flores is hereby substituted as the proper plaintiffs.

  Done this _____ day of _____, 2021.

                By the Court

                _____
                United States District Court