UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMIT FOR REPLY TO MOTION TO AMEND PRE-TRIAL ORDER NO. 12: COMMON BENEFIT ORDER TO ESTABLISH A HOLDBACK PERCENTAGE** |
|---|---|

Under Northern District of California Civil Local Rule 7-11, Plaintiffs move for an order authorizing them to file a 25-page reply memorandum in support of their Motion to Amend Pre-trial Order No. 12: Common Benefit Fund Order to Establish a Holdback Percentage ("Motion"). The reasons for the motion are as follows:

1. Pursuant to this Court's Standing Order for Civil Cases, the reply memorandum is limited to 10 pages.

2. Ten opposition briefs have been filed in response to the Motion, totaling approximately 75 pages (not including the numerous exhibits to many of the opposition briefs). While some arguments overlap, each opposition requires response.

3. Plaintiffs intend to file one reply brief that addresses all of the oppositions. The 10-page standard limit for reply briefs is insufficient to address the issues raised by the oppositions.

4. This motion is made timely as it is made more than 72 hours before the deadline for filing the reply.

1

**PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMIT FOR REPLY TO MOTION TO AMEND PRE-TRIAL ORDER NO. 12: COMMON BENEFIT ORDER TO ESTABLISH A HOLDBACK PERCENTAGE**
16-MD-02741-VC

5. Accordingly, Plaintiffs respectfully request that the Court extend the page limit for Plaintiffs' reply memorandum to 25 pages.

DATED: 2/9/2021                             Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood, CO 80226

/s/ Mike Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

*Co-Lead Counsel for Plaintiffs
in MDL No. 2741*

**PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMIT FOR REPLY TO MOTION TO AMEND PRE-TRIAL ORDER NO. 12: COMMON BENEFIT ORDER TO ESTABLISH A HOLDBACK PERCENTAGE**
16-MD-02741-VC