UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMIT FOR REPLY MEMORANDUM TO MOTION TO AMEND PRE-TRIAL ORDER NO. 12: COMMON BENEFIT ORDER TO ESTABLISH A HOLDBACK PERCENTAGE** |

I, Robin L. Greenwald, declare as follows:

1. I am co-lead counsel in MDL 2741. I submit this declaration in support Plaintiffs' Administrative Motion for Extension of Page Limit for reply memorandum to be filed in support of Plaintiffs' Motion to Amend Pre-trial Order No. 12: Common Benefit Fund Order to Establish a Holdback Percentage ("Motion").

2. An extension of the page limit is necessary to respond to the ten briefs filed in opposition to the Motion. Those memoranda total over 75 pages (excluding exhibits). Because Plaintiffs intend to respond to all of the opposition memoranda in one reply memorandum, they need more pages than the standard 10-page limit for the reply memorandum.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 9th day of February, 2021, in New York, New York.

By:  */s/ Robin L. Greenwald*
     Robin Greenwald

1

**DECLARATION OF ROBIN GREENWALD IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF PAGE LIMIT FOR REPLY TO MOTION TO AMEND PRE-TRIAL ORDER NO. 12: COMMON BENEFIT ORDER TO ESTABLISH A HOLDBACK PERCENTAGE**
16-MD-02741-VC