UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR REPLY MEMORANDUM TO MOTION TO AMEND PRE-TRIAL ORDER NO. 12: COMMON BENEFIT ORDER TO ESTABLISH A HOLDBACK PERCENTAGE** |

Plaintiffs' Administrative Motion to Extend Page Limit for reply memorandum to Motion to Amend Pre-trial Order No. 12: Common Benefit Fund Order to Establish a Holdback Percentage is GRANTED. The page limit for the reply memorandum is extended to 25 pages.

**IT IS SO ORDERED.**

Dated:

_____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE