Jere L. Beasley (BEA020)
jere.beasley@beasleyallen.com
Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
John E. Tomlinson (TOM014)
john.tomlinson@beasleyallen.com
LaBarron N. Boone (BOO029)
labarron.boone@beasleyallen.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
Danielle Ingram (ING038)
danielle.ingram@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone:  (334) 269-2343
Fax:  (334) 954-7555

Jamie A. Johnston (JOH164)
jamie@jjohnstonpc.com
**Jamie A. Johnston, P.C.**
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Phone: (334) 202-9228
Fax: (334) 265-8789

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 <br><br> Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: <br><br> *John T. Moore, Jr. v Monsanto Co.,et al.,* | **MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL ON BEHALF OF PLAINTIFF JOHN T. MOORE, JR.** |

Case No.  3:20-cv-01010-vc

_____

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff, John T. Moore, Jr. "Plaintiff" moves this Honorable Court to substitute his counsel of record as follows:

1. Plaintiff moves to enter and confirm the appearance of both William R. Sutton and Danielle Ingram as counsel of record for Plaintiff in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on and directed to the undersigned counsel.

2. Plaintiff moves to withdraw John E. Tomlinson as counsel of record for Plaintiff and to remove John E. Tomlinson from the ECF service list.

DATED: February 10, 2021

                                                          Respectfully submitted,

                                                          /s/Rhon E. Jones
                                                          Rhon E. Jones (JON093)
                                                          Jere L. Beasley (BEA020)
                                                          LaBarron N. Boone (BOO029)
                                                          William R. Sutton (SUT013)
                                                          Danielle Ingram (ING038)
                                                          **BEASLEY, ALLEN, CROW,**
                                                          **METHVIN, PORTIS & MILES, P.C.**
                                                          218 Commerce Street
                                                          Montgomery, AL 36104
                                                          Telephone: (334) 269-2343
                                                          Fax: (334) 954-7555
                                                          jere.beasley@beasleyallen.com
                                                          rhon.jones@beasleyallen.com
                                                          labarron.boone@beasleyallen.com
                                                          william.sutton@beasleyallen.com
                                                          danielle.ingram@beasleyallen.com

        Jamie A. Johnston (JOH164)
        **JAMIE A. JOHNSTON, P.C.**
        509 Cloverdale Road
        Suite 101
        Montgomery, Alabama 36106
        Phone: (334) 202-9228
        Fax: (334) 265-8789
        jamie@jjohnstonpc.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

        /s/ Rhon E. Jones
        Rhon E. Jones