1  FREDERIC W. NORRIS (Bar No. 251432)
   rick.norris@dentons.com
2  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5704
   Tel:  (213) 623-9300 / Fax:  (213) 623-9924
4
   JOHN R. VALES (*Pro Hac Vice*)
5  john.vales@dentons.com
   DENTONS US LLP
6  101 John F. Kennedy Parkway
   Short Hills, New Jersey 07078
7  Tel:  (973) 912-7100 / Fax:  (973) 912-7199

   Attorneys for Defendant
8  **MONSANTO COMPANY**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Christine Karman, Individually and as Representative of the Estate of Robert Karman v. Monsanto Co.* Case No. 3:19-cv-01183-VC | **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, JOHN R. VALES of the firm Dentons US LLP, hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated:  February 10, 2021 | Respectfully submitted,<br><br>DENTONS US LLP<br>Frederic W. Norris<br>John R. Vales<br><br><br>By: /s/ *JOHN R. VALES*<br>      John R. Vales<br><br>Attorneys for Defendant<br>**MONSANTO COMPANY** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# CERTIFICATE OF SERVICE

Case No. MDL No. 3:16-md-2741-VC
*Christine Karman, Individually and as Representative of the Estate of Robert Karman v. Monsanto Co.*
Case No. 3:19-cv-01183-VC

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-titled action. My business address is **601 So. Figueroa Street, Suite 2500, Los Angeles, CA 90017.**

On February 10, 2021, I served the **NOTICE OF APPEARANCE OF JOHN R. VALES ON BEHALF OF MONSANTO COMPANY** on the counsel listed and by the methods indicated below:

The following CM/ECF participants were served by electronic means through the Court's CM/ECF system on February 10, 2021:

*SEE COURT'S SERVICE LIST*

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on February 10, 2021, at Los Angeles, California.

*/s/ Christine Handy*
Christine Handy