FREDERIC W. NORRIS (Bar No. 251432)
rick.norris@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel:  (213) 623-9300 / Fax:  (213) 623-9924

JOHN R. VALES (*Pro Hac Vice*)
john.vales@dentons.com
DENTONS US LLP
101 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel:  (973) 912-7100 / Fax:  (973) 912-7199

Attorneys for Defendant
**MONSANTO COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br>*James Peterson v. Monsanto Co.*<br>Case No. 3:18-cv-07271 | **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, JOHN R. VALES of the firm Dentons US LLP, hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Case No. MDL No. 3:16-md-2741-VC
NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
116615959\V-1

1    Dated:  February 10, 2021          Respectfully submitted,

2                                       DENTONS US LLP
                                        Frederic W. Norris
3                                       John R. Vales

4

5                                       By:/s/ *JOHN R. VALES*
                                           John R. Vales
6
                                           Attorneys for Defendant
7                                          **MONSANTO COMPANY**

8

9

10

11

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. MDL No. 3:16-md-2741-VC
NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
116615959\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## CERTIFICATE OF SERVICE

Case No. MDL No. 3:16-md-2741-VC
*James Peterson v. Monsanto Co.*
Case No. 3:18-cv-07271

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-titled action.  My business address is **601 So. Figueroa Street, Suite 2500, Los Angeles, CA 90017.**

    On February 10, 2021, I served the **NOTICE OF APPEARANCE OF JOHN R. VALES ON BEHALF OF MONSANTO COMPANY** on the counsel listed and by the methods indicated below:

    The following CM/ECF participants were served by electronic means through the Court's CM/ECF system on February 10, 2021:

| *SEE COURT'S SERVICE LIST* |
| --- |

    I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on February 10, 2021, at Los Angeles, California.

*/s/ Christine Handy*
Christine Handy

Case No. MDL No. 3:16-md-2741-VC
NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
116615959\V-1