Shawn T. Alves
STONE CROSBY, P.C.
8820 US HWY 90
Daphne, Alabama 36526
Telephone: 251.626.6696
Salves@Stonecrosby.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Alton Ray Weaver v. Monsanto Company*<br>Case No.: 3:19-CV-05415 | MDL No. 2741<br>Case Number: 3:16-md-02741-VC |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby suggests on the record, the death of the Plaintiff Alton Ray Weaver, during the pendency of this action. Counsel for the Plaintiff will file a separate motion or stipulation for the filing of an Amended Complaint substituting the parties in this matter.

Dated February 10, 2021

                                                  STONE CROSBY, P.C.

                                                  By*: s/ Shawn T. Alves*
                                                  SHAWN ALVES (ALV009)
                                                  *Attorney for Plaintiff*
                                                  8820 US Highway 90
                                                  Daphne, Alabama 36526
                                                  (251) 626-6696
                                                  salves@stonecrosby.com

**CERTIFICATE OF SERVICE**

  I, Shawn T. Alves, hereby certify that on the 10th day of February, 2021, I electronically filed the foregoing document using the CM/ECF system which will serve notifications of such filing to the email of all counsel of record in this action.

                 *s/ Shawn T. Alves*