Arati C. Furness, CA Bar No. 225435
Fears Nachawati, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-02224 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>DECLARATION OF ARATI C. FURNESS IN SUPPORT OF MOTION OF CLASS MEMBER ANN HARDIN FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [DOC. 12531] AND ADMINISTRATIVE MOTION FOR EXTENSION OF PAGE LIMIT |

Pursuant to 28 U.S.C.A. § 1746, I, Arati C. Furness, declare and state as follows:

1.     I am an attorney duly admitted to practice before this Court. I am an associate with Fears Nachawati, PLLC. I submit this Declaration in support of the Motion of Class Member Ann Hardin for Extension of Time to File Response to Motion for Preliminary Approval of Class Action Settlement [Doc. 12531] and Administrative Motion For Extension of Page Limit.

2.     Fears Nachawati, PLLC represents over four thousand plaintiffs in Roundup litigation. Most of our clients have cases pending in state court in Missouri, and four of our clients have cases pending in this Court. Our client Ann Hardin has not filed a Roundup case in any court, and she retained us after February 3, 2021. She appears in this Honorable Court for the sole purpose of objecting to the proposed Class Action Settlement.

3. On February 4, 2021, counsel for certain plaintiffs and a proposed class filed a Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice Under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of The Filing And Prosecution of Roundup-related Actions by Settlement Class Member [Doc. 12531]. The brief is approximately 70 pages, exclusive of the caption, index, and service list. It also raises numerous, complex issues of law and fact.

4. Fears Nachawati, PLLC attorneys have been in communication with other firms, and the consensus is that we cannot put together an opposition brief that meaningfully addresses the issues raised in the settlement proposal by the current due date of February 18.

5. I understand upon information and belief, based on information received from John C. Lemon, Esquire, this same day, that proposed class counsel do not agree to a continuance of the hearing date but do not object to a "reasonable request" for an overlength brief.

6. An extension of the page limit is reasonable, appropriate, and necessary to address the issues raised in the motion for preliminary approval, which exceeds 69 pages in length.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that if called as a witness I would and could testify competently, and that I make this declaration based on my personal knowledge.

Executed on February 10, 2021                              Respectfully Submitted,

 

                                                                              */s/ Arati C. Furness*
Arati C. Furness, CA Bar No. 225435
Majed Nachawati
S. Ann Saucer
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

afurness@fnlawfirm.com  
majed@fnlawfirm.com  
asaucer@fnlawfirm.com

Declaration of Arati C. Furness in Support of Motion for Extension of Time and Page Limit
MDL No. 2741, Case No. 16-md-02741-VC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February 2021, a copy of the foregoing Declaration was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Arati C. Furness
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
afurness@fnlawfirm.com

4

Declaration of Arati C. Furness in Support of Motion for Extension of Time and Page Limit
MDL No. 2741, Case No. 16-md-02741-VC