UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME AND PAGE LIMIT TO OPPOSE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

For good cause shown, and for the reasons articulated in the Motion and accompanying declaration, the Court GRANTS the Administrative Motion of Class Member Ann Hardin for Extension of Time to File Response to Motion for Preliminary Approval of Class Action Settlement [Doc. 12531] and Administrative Motion for Extension of Page Limit.

Therefore, IT IS ORDERED that any objector or other party seeking to file oppositions to Docket Entry 12531 may file their oppositions and accompanying exhibits and/or declarations on March 22, 2021.

IT IS FURTHER ORDERED that the page limitation on any opposition briefing shall be extended from 25 to 70 pages.

IT IS SO ORDERED.

DATED: February ___, 2021

                                                         HON. VINCE CHHABRIA
                                                         UNITED STATES DISTRICT JUDGE