GERALD SINGLETON, SBN 208783
JOHN C. LEMON, SBN 175847
SINGLETON SCHREIBER McKENZIE & SCOTT, LLP
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email:  gsingleton@ssmsjustice.com
        jlemon@ssmsjustice.com

*Attorneys for Plaintiffs*

# NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **Motions to:** |
| *Kenneth Hong v. Monsanto Co.*<br>Case No. 3:19-cv-02895-CV | **1) Continue Hearing on Motion for Preliminary Approval of Proposed Class Settlement to April 19, 2021;** |
| *Caitlin Jones-Basler, Johnny Quinonez, Vanessa Moore v. Monsanto Co.*<br>Case No. 2:19-cv-00953 | **2) Extend the Deadline to file Opposition Briefs to March 18, 2021; and** |
| | **3) Permit Overlength Opposition Briefs.** |

**To All Interested Parties and Their Attorneys of Record:**

   Consistent with Civil Local Rules 6-1 and 6-3, the above-named Plaintiffs move this Court to:

1) continue the currently scheduled hearing regarding the preliminary approval of the proposed class settlement to April 19, 2021 (or another date at least 30 days out that is convenient with the Court);

1

2) order opposition briefs due by March 18, 2021 (or another, later date convenient for the Court); and

3) permit overlength opposition briefs.

The reasons for these motions are set forth in the attached memorandum of points & authorities and in the attached declaration of counsel.

Dated:  February 10, 2021  Respectfully submitted,

   *s/ John C. Lemon*
JOHN C. LEMON
GERALD B. SINGLETON
Attorneys for Plaintiffs