GERALD SINGLETON, SBN 208783
JOHN C. LEMON, SBN 175847
SINGLETON SCHREIBER McKENZIE & SCOTT, LLP
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email:  gsingleton@ssmsjustice.com
           jlemon@ssmsjustice.com

*Attorneys for Plaintiffs*

# NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| *Kenneth Hong v. Monsanto Co.* Case No. 3:19-cv-02895-CV | **Declaration of John C. Lemon** |
| *Caitlin Jones-Basler, Johnny Quinonez, Vanessa Moore v. Monsanto Co.* Case No. 2:19-cv-00953 | |

I, John C. Lemon, declare as follows:

1. I am over the age of 18 and competent to testify.

2. I am a partner at Singleton Schreiber Mckenzie & Scott, LLP (SSMS).

3. SSMS represents roughly 800 plaintiffs in the Roundup litigation in several jurisdictions, including this MDL.

1

4. On February 4, 2021, Class Counsel filed a revised motion for a preliminary class settlement. That brief runs 70 pages, exclusive of the caption, index, and service list. It also raises numerous, complex issues of law and fact.

5. Since February 4, SSMS has been working with several other plaintiffs' firms – representing thousands of plaintiffs in the Roundup litigation – who wish to object. The consensus of all counsel is that we cannot put together an opposition brief that meaningfully addresses the issues raised in Class Counsel's revised motion by the current due date of February 18.

6. Consistent with Local Civil Rule 6-3(a)(2), I contacted Class Counsel to inquire as to whether they would stipulate to our requested relief. Class Counsel stated that they do not agree to a continuance of the hearing date but do not object to a "reasonable request" for an overlength brief.

7. Again, counsel for the objectors have been working together in the interest of filing one or more cogent, non-repetitive briefs. At this time, it is uncertain how many firms plan to file briefs, but we will make every effort to avoid redundant pleadings.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed in San Diego, California this 10th day of February, 2021.

                                           _s/ John C. Lemon_
                                           JOHN C. LEMON