GERALD SINGLETON, SBN 208783
JOHN C. LEMON, SBN 175847
SINGLETON SCHREIBER McKENZIE & SCOTT, LLP
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email:  gsingleton@ssmsjustice.com
            jlemon@ssmsjustice.com

*Attorneys for Plaintiffs*

## NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| *Kenneth Hong v. Monsanto Co.* Case No. 3:19-cv-02895-CV | **(Proposed) Order:** |
| | 1) Continuing Hearing; |
| *Caitlin Jones-Basler, Johnny Quinonez, Vanessa Moore v. Monsanto Co.* Case No. 2:19-cv-00953 | 2) Amending Briefing Schedule; and |
| | 3) Authorizing Overlength Briefs. |

**Good cause appearing:**

1) The hearing on the proposed class settlement currently scheduled for March 18, 2021, is continued to April 19, 2021, at 2:00 p.m.;

2) Oppositions to the motion for preliminary approval of the proposed class settlement and appointment of interim-class and subclass counsel are due by March 18, 2021; and

1

      3) Opposition briefs may not exceed 70 pages, exclusive of the caption, index, and service list.

**So ordered.**

Dated: _____

                                            Honorable Vince Chhabria
                                            United States District Judge