Roland Tellis (SBN 186269)
rtellis@baronbudd.com
David B. Fernandes, Jr. (SBN 280944)
dfernandes@baronbudd.com
**Baron & Budd, P.C**.
15910 Ventura Blvd., Suite 1600
Encino, CA 91403
Phone (818) 839-320

Brian Fitzpatrick
brian.fitzpatrick@vanderbilt.edu
Professor of Law
**Vanderbilt Law School**
131 21st Ave S
Nashville, TN 37203
Phone (615) 322-4032

*Counsel for Putative Class Member
David Ringwall*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF ROLAND TELLIS IN SUPPORT OF *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**<br><br>The Honorable Vince Chhabria |
|---|---|

## DECLARATION OF ROLAND TELLIS

I, Roland Tellis, declare as follows:

1.  I am an attorney licensed to practice before this Court and all courts of the State of California. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them. I am a Partner in the law firm of Baron & Budd, P.C. where I lead my Firm's Class Action Practice Group and manage the Firm's Los Angeles Office. My Firm, together with Professor Brian Fitzpatrick, represent putative class member David Ringwall.

2.  I make this Declaration in support of Mr. Ringwall's *Ex Parte* Application to extend the deadline to respond to the pending Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members, (ECF No. 12531), for 30 days, up to and including March 19, 2021.

3.  Mr. Ringwall moves *ex parte* because there is insufficient time to file this extension request as a noticed motion and Counsel for the Proposed Settlement Class has declined to consent to a request for extension.

4.  Mr. Ringwall had not, as of February 3, 2021, "commenced an individual, non-class lawsuit or retained counsel for the pursuit of any individual non-class personal injury or false advertising claims arising from, resulting from, in any way relating to or in connection with actual or potential personal injury or false advertising claim" related to such exposure.

5.  Given the complexity of the issues raised by the Motion for Preliminary Approval, I respectfully urge the Court to extend the time for all interested parties to respond to the Motion

for Preliminary Approval so their concerns can be thoughtfully and thoroughly presented to the Court now before a great deal of time and money is expended—and perhaps wasted—on notice to the settlement class and the expected litany of objections from class members.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of February 2021, in Los Angeles, California.

*/s/ Roland Tellis*
Roland Tellis

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on counsel of record.

Dated February 11, 2021                                        Respectfully submitted,

                                                               /s/ Roland Tellis
                                                               Roland Tellis