UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Boatright v. Monsanto Company,<br>Case No.: 3:21-cv-00675 | ) <br>) MDL No. 2741<br>) <br>) Case Number: MDL No. 3:16-md-02741-VC<br>) <br>) **NOTICE OF SUBSTITUTION OF**<br>) **COUNSEL ON BEHALF OF PLAINTIFF**<br>) **ALLEN BOATRIGHT**<br>) <br>) <br>) <br>) <br>) <br>) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Matthew Weinshall of the law firm Podhurst Orseck, P.A., hereby files this Notice of Substitution of Counsel for Allen Boatright "Plaintiff" instead of Ramon Rasco of Podhurst Orseck, P.A. Plaintiff respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Plaintiff further requests that Ramon Rasco of Podhurst Orseck, P.A. be removed from the ECF service list.

DATED: February 11, 2021

**PODHURST ORSECK, P.A.**
*Attorney for the Plaintiff*

SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:  /s/ *Matthew Weinshall*
Matthew P. Weinshall
Florida Bar No. 84783
Email: mweinshall@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

*/s/ Matthew Weinshall*
Matthew Weinshall