Behram V. Parekh, SBN 180361
DALIMONTE RUEB STOLLER LLP
515 S. Figueroa Street, Suite 1550
Los Angeles, California 90071
T: 619.821.2305
F: 855.203.2035
E: behram.parekh@drlawllp.com

*Counsel for putative class members*
*Denver Stoner and Mark Rogers*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>DECLARATION OF BEHRAM V. PAREKH IN SUPPORT OF ADMINISTRATIVE MOTION OF PUTATIVE CLASS MEMBERS TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [D.E. 12531] AND TO EXTEND PAGE LIMITATIONS |

I, BEHRAM V. PAREKH, declare that:

1. I am a partner at Dalimonte Rueb Stoller LLP. My firm has been retained since February 3, 2021 by at least two clients, Denver Stoner and Mark Rogers, who are therefore putative class members.

2. A stipulation could not be obtained as counsel for the proposed class have not consented to a delay of the hearing date.

3. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that if called as a witness I would and could testify competently, and that I make this declaration based on my personal knowledge.

Executed this 11th Day of February, 20201 in Los Angeles, California.

By: /s/ Behram V. Parekh
Behram V. Parekh
DALIMONTE RUEB STOLLER LLP
515 S. Figueroa Street, Suite 1550
Los Angeles, California 90071
T: 619.821.2305
F: 855.203.2035
E: behram.parekh@drlawllp.com

*Counsel for putative class members
Denver Stoner and Mark Rogers*

2
DECL. OF BEHRAM V. PAREKH IN SUPP. OF ADMIN. MOT. TO EXTEND TIME
Case No. 3:16-md-02741-VC