UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to: | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF PUTATIVE CLASS MEMBERS TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [D.E. 12531] AND TO EXTEND PAGE LIMITATIONS |

The Court having considered the Administrative Motion of Putative Class Members to Extend Time to File Response to Motion for Preliminary Approval of Class Action Settlement [D.E. 12531] And to Extend Page Limitations, and determining that good cause exists to grant the Administrative Motion, IT IS HEREBY ORDERED:

The Administrative Motion is GRANTED. Putative settlement class members and all interested parties shall have until March 18, 2021 to file a response to the pending Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice Under Fed. R. Civ. P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members [D.E. 12531]. Putative class members and all interested parties shall also be granted an extension to the page limitations and shall be allowed to file a brief of no more than 50 pages in length. Given this page extension, the Court encourages those filing oppositions to coordinate and file joint briefs so as to avoid duplicate briefing.

IT IS SO ORDERED.

Dated: February ___, 2021

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE