```
1   Hassia T. Diolombi
    SHOOK , HARDY & BACON L.L.P.
2   Citigroup Center Suite 3200
    201 South Biscayne Boulevard
3   Miami, Florida 33131
    Telephone: (305) 358-5171
4   Facsimile: (305) 358-7470
    hdiolombi@shb.com
5
    *Attorney for Defendant*
6   *MONSANTO COMPANY*
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Pettinati, et al. v. Monsanto Company* Case No. 3:17-cv-05988-VC | |

**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Hassia T. Diolombi, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 12, 2021         Respectfully Submitted,

             By:   */s/ Hassia T. Diolombi*
                Hassia T. Diolombi
                SHOOK , HARDY & BACON L.L.P.
                Citigroup Center Suite 3200
                201 South Biscayne Boulevard
                Miami, Florida 33131
                Telephone: (305) 358-5171
                Facsimile: (305) 358-7470
                hdiolombi@shb.com

                *Attorney for Defendant*
                *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2021, I electronically filed NOTICE OF APPEARANCE OF HASSIA T. DIOLOMBI ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: February 12, 2021              Respectfully submitted,

                                              */s/ Hassia T. Diolombi*
                                              Hassia T. Diolombi

                                              *Attorney for Defendant*
                                              *MONSANTO COMPANY*