UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR REPLY MEMORANDUM TO MOTION TO AMEND PRE-TRIAL ORDER NO. 12: COMMON BENEFIT ORDER TO ESTABLISH A HOLDBACK PERCENTAGE |

Plaintiffs' Administrative Motion to Extend Page Limit for reply memorandum to Motion to Amend Pre-trial Order No. 12: Common Benefit Fund Order to Establish a Holdback Percentage is GRANTED. The page limit for the reply memorandum is extended to 25 pages.

**IT IS SO ORDERED.**

Dated: February 12, 2021



_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT FOR REPLY TO MOTION TO AMEND PRE-TRIAL ORDER NO. 12: COMMON BENEFIT ORDER TO ESTABLISH A HOLDBACK PERCENTAGE
16-MD-02741-VC