UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br>Case No. 3:19-cv-02224 | **PRETRIAL ORDER NO. 227: EXTENDING THE SCHEDULE AND PAGE LIMITS OF OPPOSITION AND REPLY BRIEFS FOR THE MOTION FOR PRELIMINARY APPROVAL**<br><br>Re: Dkt. No. 12531 |

After considering the various requests regarding opposition briefs for the motion for preliminary approval, the Court adopts the following changes to the schedule and length of briefs:

- The deadline for opposition briefs is extended by two weeks to March 4, 2021
- Any reply brief will be due by March 11, 2021.
- The page limit for opposition briefs is extended to 50 pages.
- The page limit for any consolidated reply brief is extended to 50 pages.

Given these changes, the hearing on the motion for preliminary approval is continued two weeks to March 31, 2021 at 10:00 a.m.

**IT IS SO ORDERED.**

2

Dated: February 12, 2021

_____
VINCE CHHABRIA
United States District Judge

2