Jeffrey M. Wintner (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMWintner@wlrk.com


*Attorney for Defendant*
*MONSANTO COMPANY*


## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF JEFFREY M. WINTNER ON BEHALF OF DEFENDANT MONSANTO COMPANY** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |


**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jeffrey M. Wintner, of Wachtell, Lipton, Rosen &

Katz, hereby enters his appearance in the above-captioned matter as counsel for defendant

MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders,

correspondence, and other papers in connection with this action be served upon him at the above

address.

Dated: February 15, 2021          Respectfully submitted,

*/s/ Jeffrey M. Wintner*
Jeffrey M. Wintner (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
JMWintner@wlrk.com

*Attorney for Defendant*
*MONSANTO COMPANY*

WINTNER NOTICE OF APPEARANCE
MDL NO. 2741, CASE NO. 3:16-MD-02741