1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tesfaye W. Tsadik
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone (510) 839-3922
Facsimile (510) 844-2781
E-mail:  ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOUM GEBEYEHOU,<br><br>                 Plaintiff,<br><br>vs<br><br>MONSANTO COMPANY<br><br>                 Defendant | Case No.:  16-md-02741-VC<br><br><br>3:16-CV-05813 VC<br><br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED.** |

Plaintiff hereby respectfully requests that the court continue the deadline set by the court in its by 60 days to allow the completion of lien resolution, signing of the release and disbursement of funds.

The court in its order filed on 12/23/2020, noting that the parties have resolved the case, entered a conditional dismissal of this case.  However, the order

*PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED. - 1*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

also granted the parties to reopen the case within 60 days of the order if settlement is not completed. Plaintiff requests that the court grant an additional 60 days to complete third-party lien resolution, the signing of the release, and disbursement of the settlement fund.

Dated: February 15, 2021.                    */s/Tesfaye W. Tsadik*
                                              Attorney for plaintiff
                                              SIOUM GEBEYEHOU

*PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED. - 2*