Tesfaye W. Tsadik
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone (510) 839-3922
Facsimile (510) 844-2781
E-mail:  ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SIOUM GEBEYEHOU,<br><br>　　　　Plaintiff,<br><br>vs<br><br>MONSANTO COMPANY<br><br>　　　　Defendant | Case No.:  16-md-02741-VC;<br><br>3:16-CV-05813 VC<br><br>**DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED.** |

I, Tesfaye Tsadik, declare as follows:

1. I am counsel for plaintiff in this action.  I submit this declaration in support Plaintiff's request to extend the deadline for the right to request to reinstate the case if the settlement is not consummated

*DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED. - 1*

by additional 60 days.  This deadline currently expires on or about February 21, 2021 and an additional extension by 60 days will move the deadline to April 22, 2021.

2. This case was resolved and as a result the court entered its order of conditional dismissal on or about December 23, 2021. (3:16-cv-05813--Dkt# 25).  The order further provided that the case will be dismissed with prejudice within 60 days from the filing of order if request to reinstate the case is not filed.

3. This requested extension, however, is necessary to allow the parties to complete third-party medical lien negotiation as well as completion of the signing of the release and disbursement of settlement funds.  Plaintiff believes, an extension of the deadline by additional 60 days, to April 22, 2021, would allow completion of these tasks.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 12th day of February, 2021, at Oakland, California

Dated: February 12, 2021         */s/Tesfaye W. Tsadik*
                                  Attorney for plaintiff
                                  SIOUM GEBEYEHOU

*DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED. - 2*