```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3         Before The Honorable Vince Chhabria, Judge
 4

 5  In Re:                          )
                                    )
 6  ROUNDUP PRODUCTS LIABILITY      )  No. 16MD02741-VC
    LITIGATION,                     )  Related Case No.
 7                                  )  C 19-01630-VZ
 8                                     San Francisco, California
                                       Wednesday, January 13, 2021
 9

10    TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
                 RECORDING 2:10 - 2:17 = 7 MINUTES
11
    APPEARANCES:
12
    For Plaintiffs:
13                              Goldberg & Osborne, LLP
                                698 East Wetmore Road
14                              Suite 200
                                Tucson, Arizona 85705
15                        BY:   DAVID J. DIAMOND, ESQ.

16                              Andrus Wagstaff, PC
                                7171 West Alaska Drive
17                              Lakewood, Colorado 80226
                          BY:   AIMEE WAGSTAFF, ESQ.
18
                                Weitz & Luxenberg, PC
19                              700 Broadway
                                New York, New York 10003
20                        BY:   ROBIN L. GREENWALD, ESQ.

21

22

23

24
              (APPEARANCES CONTINUED ON NEXT PAGE)
25
```

```
 1  APPEARANCES:  (Cont'd.)

 2  For Defendants:
                              Arnold, Porter, Kaye, Scholer
 3                            777 South Figueroa Street
                              44th Floor
 4                            Los Angeles, California 90017
                         BY:  PAMELA J. YATES, ESQ.
 5
                              Arnold, Porter, Kaye, Scholer
 6                            601 Massachusetts Avenue, NW
                              Washington, DC 20001
 7                       BY:  WILLIAM HOFFMAN, ESQ.

 8                            McDermott, Will & Emery, LLP
                              333 SE 2nd Avenue, Suite 4500
 9                            Miami, Florida 33131
                         BY:  ANTHONY N. UPSHAW, ESQ.
10

11  Transcribed by:           Echo Reporting, Inc.
                              Contracted Court Reporter/
12                            Transcriber
                              echoreporting@yahoo.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  Wednesday, January 13, 2021                              2:10 p.m.
2                       P-R-O-C-E-E-D-I-N-G-S
3                              --oOo--
4          THE CLERK:  Calling case number 16-MD-2741, In Re:
5  Roundup Products Liability Litigation and 19-CV-1630,
6  Alvarez, et al., versus Monsanto Company.
7     Counsel for the Plaintiffs, please state your
8  appearances for the record.
9          MR. DIAMOND (Zoom):  David Diamond for the Alvarez
10 family.
11         THE COURT:  Hello.
12         MS. WAGSTAFF (Zoom):  Good afternoon, your Honor.
13 Amy Wagstaff for the Plaintiffs.
14         THE COURT:  Hi.
15         MS. WAGSTAFF:  Hi.  I believe we also have Robin
16 Greenwald for the Plaintiffs.
17         THE COURT:  Okay, hello.
18         MS. GREENWALD (Zoom):  I'm sorry, hello.  I was on
19 mute.  I apologize.  Hello, your Honor.
20         THE COURT:  Hi.
21         THE CLERK:  And for Defendants?
22         MR. UPSHAW (Zoom):  Good after -- morning, your
23 Honor.  Anthony Upshaw on behalf of Defendants.
24         THE COURT:  Hello.
25         MS. YATES (Zoom):  Good afternoon, your Honor.

1  Pamela Yates, also on behalf of Monsanto.
2          THE COURT:  Hi.
3          MR. HOFFMAN (Zoom):  And William Hoffman on behalf
4  of Monsanto, your Honor.
5          THE COURT:  Hi.
6      Okay, so the -- I understand this case is settled, but
7  it requires some sort of specific type of approval from me,
8  because there's a -- one of the Plaintiffs is now a minor;
9  is that right?  What do you -- what do you need from us at
10 this point?
11         MR. DIAMOND:  Your Honor, we're going to ask you
12 to appoint the minor's mother as his guardian ad litem.  She
13 -- in the amended complaint we named her as his mother, but
14 she is not a guardian ad litem.  She was divorced from Mr.
15 Alvarez, though they were still close, so there shouldn't be
16 any conflict between the minor's interests and her
17 interests.
18      And then, after that, I'm going to ask you to approve
19 the settlement, file a petition and ask you to approve the
20 settlement.
21         THE COURT:  Okay.  And that -- so -- so will you
22 be submitting those requests at the same time to appoint her
23 as guardian ad litem and then to approve the settlement; or
24 how does it work?
25         MR. DIAMOND:  I think what we'll do is we'll

1  submit the request to appoint the mother as the guardian ad
2  litem, because there shouldn't be any issues, that could be
3  relatively quickly done.
4     We still have to tie down a couple of issues regarding
5  some liens and things of that nature that may take a little
6  bit of time, so we probably won't file the petition for at
7  least a week, but if we get it done sooner, we'll file it as
8  soon as we can.
9        THE COURT:  Okay.  And what you're saying -- I
10 don't -- I'm not sure I've had a settlement involving a
11 minor before, so you're -- you know, with the <u>Gabuyu</u>
12 (phonetic), we just did a conditional dismissal, dismissal
13 without prejudice that becomes with prejudice in 60 days,
14 unless somebody files a motion to reopen the case; are you
15 saying I can't do that in this case because of the fact that
16 it's a minor?
17        MR. DIAMOND:  I think that's right.  I think,
18 according to Rule 17, that you have certain responsibilities
19 when a minor is involved.
20        THE COURT:  Okay.
21        MR. DIAMOND:  And so we're just going to ask that
22 you -- that you review everything and if everything meets
23 your approval, to approve the settlement.
24        THE COURT:  Okay, sounds good.  So do you want to
25 set some deadlines for filing that stuff?

```
 1            MR. DIAMOND:  I'd be -- yes.
 2            THE COURT:  Okay.  What do you want --
 3            MR. DIAMOND:  Do you want me to make a suggestion,
 4  or do you want to --
 5            THE COURT:  Sure.
 6            MR. DIAMOND:  I think we can get the request to
 7  have the mother appointed as the guardian ad litem done by
 8  Monday and I think the following Monday for the petition.
 9  If there's any problem with us finalizing the petition,
10  we'll let the Court know, file something and let the Court
11  know that we might have to move that date.
12            THE COURT:  Okay, that's fine.  So the motion to
13  appoint the mother as guardian will be due this Monday and
14  the motion for approval of the settlement will be due next
15  Monday.
16            MR. DIAMOND:  And everything -- I don't know if
17  Ms. Yates is on the -- I think she is -- everything is
18  confidential, so we'll be filing everything under seal with
19  the Court.
20            THE COURT:  Well not the motion to appoint her
21  guardian ad litem, I assume?
22            MR. DIAMOND:  Correct.  Not that motion, but
23  anything regarding the settlement itself, if it discusses
24  that, we've been asked to file that under seal and we've
25  agreed.
```

1          THE COURT:  Well, I mean the fact of the
2  settlement is not under seal.  It may be that the terms of
3  the settlement are confidential and there may be nothing
4  wrong with that, but the fact of the settlement is not
5  confidential and so the motion itself should not be filed
6  entirely under seal, it's just that the terms of the
7  settlement -- you know, to the extent you need to inform me
8  of the terms of the settlement, those terms can be redacted.
9          MR. DIAMOND:  Okay.  And that -- and that's where
10 I was really looking for a little guidance.  I know that
11 I've had some issues with filing things in the past, so I've
12 gotten a little twitchy about it, with the Court.  So any
13 help that the Court can provide in that regard would be
14 appreciated.
15         THE COURT:  I'm in a constant state of twitchiness
16 regarding filing under seal.  So the basic answer is, follow
17 the Rules and don't seal anything more than absolutely has
18 to be sealed.
19         MS. WAGSTAFF:  So in other words, you'll still
20 have to file a motion to seal and follow Rule 79-5, I think
21 it is.
22         THE COURT:  Yeah.
23         MR. DIAMOND:  All right.  And I know my assistant
24 is on the line, as well, so she's taking all of this down.
25 And we'll go ahead and do that.  And it's okay to redact the

1  amounts and -- but we'll also provide them to the Court?
2          THE COURT:  Well you can file the motion -- you
3  know, you file a motion to file it under seal and you need
4  to provide an explanation for why -- whatever it is that
5  you're proposing that you're redacting -- you need to
6  explain why it's appropriate to redact it and then I'll
7  consider your motion.  I assume there's nothing wrong with
8  keeping the terms of your settlement confidential, but I'll
9  consider that motion when I get it.
10         MR. DIAMOND:  Thank you.
11         MS. YATES:  And your Honor, it's Ms. Yates here,
12 you're absolutely right -- settlement.  It's the terms and
13 also, obviously, the identity of the minor should be
14 confidential and Mr. Diamond and I have discussed that, so I
15 think that we're on the same page.
16         THE COURT:  Is the identity -- isn't the identity
17 of the minor known to the world by now?
18         MS. YATES:  No, your Honor.  I believe Mr. Diamond
19 identified the minor in the proposed amended complaint just
20 by initials, which is sort of standard.
21         THE COURT:  Okay.
22         MS. YATES:  With my experience.
23         THE COURT:  That's fine.  And then -- by the way,
24 have I signed off on the proposed amended complaint yet?
25         MR. DIAMOND:  You have and I don't know if you

9

1 need to, your Honor.
2          THE COURT:  At this point?  Okay.
3          MR. DIAMOND:  At this point.  Yeah.
4          THE COURT:  All right.
5          THE CLERK:  And one thing, since Monday is a court
6 holiday, we'll actually have the ad litem motion due on
7 January 19, which is Tuesday.
8          MR. DIAMOND:  Thank you.
9          THE CLERK:  And we're vacating the pretrial
10 conference and trial?
11         THE COURT:  Yeah.  And then is there any -- does
12 anybody else have any other housekeeping matter to discuss,
13 since I have you?
14      (No response.)
15         MR. UPSHAW:  Not from me today, Judge.
16         THE COURT:  Okay.  Good.  Thanks very much.
17         ALL:  Thank you, your Honor.
18      (Proceedings adjourned at 2:17 p.m.)
19
20
21
22
23
24
25

10

# CERTIFICATE OF TRANSCRIBER

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

*[signature]*

Echo Reporting, Inc., Transcriber

Monday, February 15, 2021