Elizabeth J. Cabraser (SBN 083151)
Robert L. Lieff (SBN 037568)
Steven E. Fineman (SBN 140335)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
ecabraser@lchb.com

William M. Audet (SBN 117456)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555

*Counsel for Plaintiffs and the Proposed Class
(additional counsel listed below)*

Jeffrey M. Wintner (admitted *pro hac vice*)
Carrie M. Reilly (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212.403.1000
Facsimile: 212.403.2000
JMWintner@wlrk.com

James R. Dugan, II
TerriAnne Benedetto
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Telephone: 312.741.1019

William Hoffman (admitted *pro hac vice*)
David J. Weiner (SBN 219753)
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202.942.5000
Facsimile: 202.942.5999
william.hoffman@arnoldporter.com

*Attorneys for Defendant
MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **JOINT MOTION TO APPROVE ESCROW AGREEMENT, APPOINT ESCROW AGENT, APPOINT ADMINISTRATOR, AND ESTABLISH QUALIFIED SETTLEMENT FUND** |

PLEASE TAKE NOTICE that on April 1, 2021, at 2:00 PM, in Courtroom 4 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, unless the Court orders proceedings be held by telephone or videoconference, proposed Class Counsel and Defendant Monsanto Company ("Defendant" and collectively with Proposed Class Counsel, "Movants") hereby jointly move the Court for entry of an Order (1) approving the proposed Escrow Agreement[1] attached as Exhibit C to the February 4, 2021 Declaration of Elizabeth J. Cabraser. Dkt. 12531-4; (2) appointing Citibank, N.A. acting through its Citi Private Bank business unit as Escrow Agent under the Escrow Agreement; (3) appointing the Claims Administrator as the "administrator" of the Settlement Fund within the meaning of § 1.468B-2(k)(3) of the Treasury Regulations; and (4) establishing the Settlement Fund created through the Escrow Agreement as a "qualified settlement fund" within the meaning of section 468B of the Internal Revenue Code of 1986, as amended, and Treasury Regulations sections 1.468B-1, et seq.

In support of this Motion, Movants respectfully state as follows:

1. Pursuant to the Settlement Agreement, Defendant has agreed to a settlement wherein Defendant will make certain payments through an escrow account maintained by Citibank, N.A acting through its Citi Private Bank business unit. The Settlement Agreement provides that the escrow account, which is also referred to as the Settlement Fund, will be established pursuant to an escrow agreement approved by the Court. To that end, the Parties have submitted the proposed Escrow Agreement for the Court's approval.

2. Movants also seek an order establishing the Settlement Fund as a

---

[1] Unless otherwise specified, all capitalized terms have the meaning of the defined terms in the Class Action Settlement Agreement, dated February 3, 2021 (the "Settlement Agreement"). Dkt. 12531-2. References to "Dkt. __" are to docket entries in the above-captioned proceeding.

- 1 -

JOINT MOTION TO APPROVE ESCROW AGREEMENT,
APPOINT ESCROW AGENT, APPOINT ADMINISTRATOR,
AND ESTABLISH QUALIFIED SETTLEMENT FUND
MDL NO. 2741, CASE NO. 3:16-MD-02741

"qualified settlement fund" within the meaning of section 468B of the Internal Revenue Code of 1986, as amended, and Treasury Regulations sections 1.468B-1, et seq.

3. Given that the Settlement Agreement contemplates that payments will be made into the Settlement Fund following approval and entry by the Court of the Preliminary Approval Order, Movants respectfully request that the relief sought in this Motion be granted in connection with entry of the Preliminary Approval Order.

### A. The Qualified Settlement Fund

4. The purpose of the Settlement Fund is to accept, hold, and disburse funds in accordance with the terms of the Settlement Agreement and the Escrow Agreement. Use of a qualified settlement fund allows Defendant to treat payments into the Settlement Fund as deductible at the time those payments are made into the Settlement Fund, rather than at the time funds are disbursed. To Defendant's knowledge, use of a qualified settlement fund will not have any impact to any recipients of funds on the tax treatment of the payments they receive from the Settlement Fund.

5. Section 1.468B-1(c) of the Treasury Regulations requires that a qualified settlement fund satisfy the following requirements: (i) be "established pursuant to an order of, or [be] approved by, the United States . . . or any agency or instrumentality (including a court of law)" thereof; (ii) be "subject to the continuing jurisdiction of that governmental authority"; (iii) be "established to resolve or satisfy one or more contested or uncontested claims that have resulted or may result from an event (or related series of events) that has occurred and that has given rise to at least one claim asserting liability. . . [a]rising out of a tort, breach of contract, or violation of law"; and (iv) be "otherwise segregated from other assets of the transferor."

6. Upon approval by the Court, the Settlement Fund will qualify as a

"qualified settlement fund" under section 468B of the Internal Revenue Code of 1986 and sections 1.468B-1, et seq. of the Treasury Regulations, because: (i) the Settlement Fund is being established pursuant to an order of the Court; (ii) the Settlement Fund will be subject to the continuing jurisdiction and supervision of the Court, consistent with the terms of the Settlement Agreement; (iii) the Settlement Fund is being established to resolve or satisfy claims relating to Settlement Class Members' exposure to Roundup Products through the application of Roundup Products; and (iv) the Settlement Fund will be segregated from the general assets of Defendant.

### B.     Funding the Settlement Fund

7.     Defendant will make payments into the Settlement Fund in accordance with Article III of the Settlement Agreement.  Such payments, any additional payments into the Settlement Fund pursuant to the Settlement Agreement, and the earnings thereon will be held in the Settlement Fund until disbursed by the Escrow Agent in accordance with the terms of the Settlement Agreement and the Escrow Agreement.

8.     Class Counsel, Subclass Counsel, and Defendant have agreed, and the Settlement Agreement states, that Citibank, N.A. acting through its Citi Private Bank business unit shall be recommended as the escrow agent, subject to the approval of the Court.  *See* Settlement Agreement § 15.1(b), Dkt. 12531-2.  Throughout the Settlement Agreement, Citibank, N.A. acting through its Citi Private Bank business unit is referred to as the Escrow Agent.

9.     Class Counsel, Subclass Counsel, and Defendant have agreed, and the Settlement Agreement states, that Verus LLC shall be recommended as the "administrator" of the Escrow Account within the meaning of § 1.468B-2(k)(3) of the Treasury Regulations.  *See* Settlement Agreement § 15.1(a), Dkt. 12531-4.  Verus LLC is also being recommended by the

Parties to serve more generally as the Claims Administrator under the Settlement Agreement.

### C. Payments from the Settlement Fund

10. Distributions shall be made from the Settlement Fund by the Escrow Agent pursuant to and in conformance with the terms of the Settlement Agreement and the Escrow Agreement.

11. The Settlement Fund will hold the escrow funds until the completion of all administration of such funds and income thereon, disbursements under the Settlement Agreement, and payment of taxes and administrative costs, subject to and in accordance with the terms and conditions of the Settlement Agreement, and subject to further approvals of the Court, if required.

WHEREFORE, Movants respectfully request that the Court enter the Order proposed herewith.

Dated: February 17, 2021            Respectfully submitted,

*/s/ Elizabeth J. Cabraser*
Robert L. Lieff (of counsel) (SBN 037568)
Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
rlieff@lchb.com
ecabraser@lchb.com
kbudner@lchb.com

Steven E. Fineman (SBN 140335)
Wendy R. Fleishman
Rhea Ghosh
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
sfineman@lchb.com
wfleishman@lchb.com
rghosh@lchb.com

Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
akaufman@lchb.com

Elizabeth A Fegan
*Proposed Subclass 2 Counsel*
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 347.353.1150
melissa@feganscott.com

James R. Dugan, II
TerriAnne Benedetto
 *Proposed Subclass 2 Counsel*
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

William M. Audet (SBN 117456)
*Proposed Subclass 1 Counsel*
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*


*/s/ Jeffrey M. Wintner*
Jeffrey M. Wintner (admitted *pro hac vice*)
Carrie M. Reilly (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212.403.1000
Facsimile: 212.403.2000
JMWintner@wlrk.com

William Hoffman (admitted *pro hac vice*)
David J. Weiner (SBN 219753)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: 202.942.5000
Facsimile: 202.942.5999
william.hoffman@arnoldporter.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 6 -

JOINT MOTION TO APPROVE ESCROW AGREEMENT,
APPOINT ESCROW AGENT, APPOINT ADMINISTRATOR,
AND ESTABLISH QUALIFIED SETTLEMENT FUND
MDL NO. 2741, CASE NO. 3:16-MD-02741

**L.R. 5.1(i)(3) Certification**

I hereby certify that concurrence to the filing of this document has been obtained from the other signatory.

     /s/ *Elizabeth J. Cabraser*
     Elizabeth J. Cabraser

## CERTIFICATE OF SERVICE

I hereby certify that, on February 17, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

 /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser

- 8 -

JOINT MOTION TO APPROVE ESCROW AGREEMENT,
APPOINT ESCROW AGENT, APPOINT ADMINISTRATOR,
AND ESTABLISH QUALIFIED SETTLEMENT FUND
MDL NO. 2741, CASE NO. 3:16-MD-02741