1 Sims G. Weymuller
Elizabeth McLafferty
2 SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
3 Seattle, WEA 98104
Phone: (206) 622-8000
4 Fax: (206) 682-2305
Email: sims@sgb-law.com
5 mclafferty@sgb-law.com
6 *Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY G. FREEPONS | **MDL No. 2741** |
| Plaintiff, | **Docket No. 3:16-md-02741-VC** |
| v. | **MDL Case No. 3:19-cv-03577** |
| MONSANTO COMPANY, | **Hon. Vince Chhabria** |
| Defendant. | |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 17th day of February, 2021.

/s/*Elizabeth McLafferty*
SIMS G. WEYMULLER
ELIZABETH MCLAFFERTY
Schroeter Goldmark & Bender
810 Third Ave, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: sims@sgb-law.com
　　　　mclafferty@sgb-law.com

*Counsel for Plaintiff*

/s/*Brian Stekloff*
BRIAN STEKLOFF
Wilkinson Stekloff LLP
2001 M. Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4030
Email: bstekloff@wilkinsonstekloff.com

*Counsel for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED: February 17, 2021, at Seattle, Washington.

_____
Alder Burgess, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  burgess@sgb-law.com