Sims G. Weymuller
Elizabeth McLafferty
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WEA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: sims@sgb-law.com
mclafferty@sgb-law.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN HERGERT and SCOTT HERGERT, Husband and Wife<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br>**MDL Case No. 3:20-cv-00017**<br><br>**Hon. Vince Chhabria** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 17th day of February, 2021.

1
2
3   /s/ Elizabeth McLafferty                          /s/ Brian Stekloff
    SIMS G. WEYMULLER                                BRIAN STEKLOFF
4   ELIZABETH MCLAFFERTY                             Wilkinson Stekloff LLP
    Schroeter Goldmark & Bender                      2001 M. Street NW, 10th Floor
5   810 Third Ave, Suite 500                         Washington, DC 20036
    Seattle, WA 98104                                Phone: (202) 847-4030
6   Phone: (206) 622-8000                            Email: bstekloff@wilkinsonstekloff.com
    Fax: (206) 682-2305
7   Email: sims@sgb-law.com                          *Counsel for Defendant Monsanto Company*
           mclafferty@sgb-law.com
8
    *Counsel for Plaintiffs*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED: February 17, 2021, at Seattle, Washington.

_____
Alder Burgess, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: burgess@sgb-law.com