Sims G. Weymuller
Elizabeth McLafferty
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WEA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: sims@sgb-law.com
mclafferty@sgb-law.com
*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG JOHNSON and DAWN JOHNSON<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | MDL No. 2741<br>Docket No. 3:16-md-02741-VC<br><br>MDL Case No. 3:20-cv-00012<br><br>Hon. Vince Chhabria |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 18th day of February, 2021.

1
2
3  /s/ Elizabeth McLafferty                          /s/ Brian Stekloff
   SIMS G. WEYMULLER                                 BRIAN STEKLOFF
4  ELIZABETH MCLAFFERTY                              Wilkinson Stekloff LLP
   Schroeter Goldmark & Bender                       2001 M. Street NW, 10th Floor
5  810 Third Ave, Suite 500                          Washington, DC 20036
   Seattle, WA 98104                                 Phone: (202) 847-4030
6  Phone: (206) 622-8000                             Email: bstekloff@wilkinsonstekloff.com
   Fax: (206) 682-2305
7  Email: sims@sgb-law.com                           *Counsel for Defendant Monsanto Company*
          mclafferty@sgb-law.com
8
   *Counsel for Plaintiffs*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED: February 18, 2021, at Seattle, Washington.

_____
Alder Burgess, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  burgess@sgb-law.com