Sims G. Weymuller
Elizabeth McLafferty
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WEA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: sims@sgb-law.com
mclafferty@sgb-law.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN KAPLAN and CHERYL KAPLAN<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | MDL No. 2741<br>Docket No. 3:16-md-02741-VC<br><br>MDL Case No. 3:20-cv-01365<br><br>Hon. Vince Chhabria |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 18th day of February, 2021.

| | |
|---|---|
| /s/ *Elizabeth McLafferty* <br> SIMS G. WEYMULLER <br> ELIZABETH MCLAFFERTY <br> Schroeter Goldmark & Bender <br> 810 Third Ave, Suite 500 <br> Seattle, WA 98104 <br> Phone: (206) 622-8000 <br> Fax: (206) 682-2305 <br> Email: sims@sgb-law.com <br>        mclafferty@sgb-law.com <br><br> *Counsel for Plaintiffs* | /s/ *Brian Stekloff* <br> BRIAN STEKLOFF <br> Wilkinson Stekloff LLP <br> 2001 M. Street NW, 10th Floor <br> Washington, DC 20036 <br> Phone: (202) 847-4030 <br> Email: bstekloff@wilkinsonstekloff.com <br><br> *Counsel for Defendant Monsanto Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED: February 18, 2021, at Seattle, Washington.

_____
Alder Burgess, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: burgess@sgb-law.com