1  Sims G. Weymuller
2  Elizabeth McLafferty
   SCHROETER GOLDMARK & BENDER
3  810 Third Avenue, Suite 500
   Seattle, WEA 98104
4  Phone: (206) 622-8000
   Fax: (206) 682-2305
5  Email: sims@sgb-law.com
   mclafferty@sgb-law.com
6  *Attorneys for Plaintiffs*

7
8
## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  BARBARA LINDJORD and STEPHEN LINDJORD | MDL No. 2741 |
| 10 | Docket No. 3:16-md-02741-VC |
| 11  Plaintiffs, | MDL Case No. 3:19-cv-07689 |
| 12      v. | Hon. Vince Chhabria |
| 13  MONSANTO COMPANY, | |
| 14  Defendant. | |

15

16
### STIPULATION OF DISMISSAL WITH PREJUDICE

17
IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
18
parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be
19
20  dismissed with prejudice, each party to bear its own costs.

21  Respectfully submitted this 18th day of February, 2021.

22

23

24

25

26

/s/ *Elizabeth McLafferty*
SIMS G. WEYMULLER
ELIZABETH MCLAFFERTY
Schroeter Goldmark & Bender
810 Third Ave, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: sims@sgb-law.com
          mclafferty@sgb-law.com

*Counsel for Plaintiffs*

/s/ *Brian Stekloff*
BRIAN STEKLOFF
Wilkinson Stekloff LLP
2001 M. Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4030
Email: bstekloff@wilkinsonstekloff.com

*Counsel for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED: February 18, 2021, at Seattle, Washington.

_____
Alder Burgess, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  burgess@sgb-law.com