# EXHIBIT 4

# Your Missouri Courts

Search for Cases by: [Select Search Method...]

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print                    Logon

**18SL-CC00988 - MICHAEL W. DREVYANKO ET AL V MONSANTO CO (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |

Sort Date Entries:  ● Descending  ○ Ascending         Display Options: [All Entries]

| | |
|---|---|
| 12/23/2020 | **Order** |
| 02/04/2020 | **Note to Clerk eFiling**<br>**Filed By:** ANDREW SCOTT WILLIAMS |
| | **Motion Filed**<br>Motion for Pro Hac Vice Admission of W Mark Lanier; Pro Hac Vice Affidavit of W Mark Lanier; Proposed Order; Electronic Filing Certificate of Service.<br>**Filed By:** ANDREW SCOTT WILLIAMS<br>**On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER |
| 12/02/2019 | **Note to Clerk eFiling**<br>**Filed By:** ANDREW SCOTT WILLIAMS |
| | **Notice of Hearing Filed**<br>Notice of Hearing; Electronic Filing Certificate of Service.<br>**Filed By:** ANDREW SCOTT WILLIAMS<br>**On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL |

| | |
|---|---|
| | BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER |
| 11/25/2019 | **Order** <br> ORDER FOR PRO HAC VICE IS HEREBY GRANTED. GREGORY S. CHERNACK IS HEREBY PERMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR MONSANTO COMPANY. SO ORDERED: JUDGE STANLEY WALLACH |
| 11/22/2019 | **Proposed Order Filed** <br> proposed Order for Admission Pro Hac Vice of Gregory S Chernack; Electronic Filing Certificate of Service. <br>   **Filed By:** ERIK LANSDOWNE HANSELL <br>   **On Behalf Of:** MONSANTO CO |
| | **Motion Filed** <br> Motion for Pro Hac Vice Admission of Gregory S Chernack; Affidavit; Receipt; Electronic Filing Certificate of Service. <br>   **Filed By:** ERIK LANSDOWNE HANSELL |
| | **Motion for Trial Setting** <br> Motion for Expedited Trial Setting; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Electronic Filing Certificate of Service. <br>   **Filed By:** MATTHEW JAMES SILL <br>   **On Behalf Of:** CHARLES STOLL |
| 11/15/2019 | **Certificate of Service** <br> Certificate of Service re Plaintiffs General and Specific Expert Disclosures; Electronic Filing Certificate of Service. <br>   **Filed By:** MATTHEW JAMES SILL <br>   **On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER |
| | **Notice to Take Deposition** <br> Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Anoop Aggarwal, MD; Electronic Filing Certificate of Service. <br>   **Filed By:** ANTHONY REY MARTINEZ <br>   **On Behalf Of:** MONSANTO CO |
| 11/14/2019 | **Case Mgmt Conf Scheduled** <br>   **Scheduled For:** 12/03/2019;  9:00 AM ;  STANLEY JAMES WALLACH;  St Louis County |
| | **Order** <br> At the request of the court and by consent of the parties, a Case Management Conference will be held in Div. 12 on Tuesday, December 3, 2019 at 9:00 AM. New pre-trial and trial date to be selected. SO |

| | |
|---|---|
| | ORDERED: JUDGE STANLEY WALLACH<br>**Associated Entries:** 01/03/2019 - Pre-trial Conference Scheduled<br>**Scheduled For:** 03/06/2020; 1:30 PM ; STANLEY JAMES WALLACH; St Louis County |
| | **Hearing/Trial Cancelled**<br>**Scheduled For:** 04/13/2020; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Hearing/Trial Cancelled**<br>**Scheduled For:** 04/20/2020; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Hearing/Trial Cancelled**<br>**Scheduled For:** 04/27/2020; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Hearing/Trial Cancelled**<br>**Scheduled For:** 05/04/2020; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Judge/Clerk - Note**<br>Please contact Div. 12 (314-615-1512) ASAP regarding trial date. GV |
| 11/06/2019 | **Notice to Take Deposition**<br>Defendant Monsanto Companys Notice of Videotaped Deposition of Dr Craig Tipping; Electronic Filing Certificate of Service.<br>**Filed By:** ANTHONY REY MARTINEZ<br>**On Behalf Of:** MONSANTO CO |
| | **Notice to Take Deposition**<br>Defendant Monsanto Companys Notice of Videotaped Deposition of Anoop Aggarwal, MD; Electronic Filing Certificate of Service.<br>**Filed By:** ANTHONY REY MARTINEZ<br>**On Behalf Of:** MONSANTO CO |
| | **Notice to Take Deposition**<br>Defendant Monsanto Companys Notice of Videotaped Deposition of Brian Link, MD; Electronic Filing Certificate of Service.<br>**Filed By:** ANTHONY REY MARTINEZ |
| | **Notice to Take Deposition**<br>Defendant Monsanto Companys Notice of Videotaped Deposition of Samir Mukundray Dalia, MD; Electronic Filing Certificate of Service.<br>**Filed By:** ANTHONY REY MARTINEZ |
| 11/05/2019 | **Order**<br>SO ORDERED: JUDGE ELLEN RIBAUDO<br>**Associated Entries:** 10/31/2019 - Motion Filed |
| 11/04/2019 | **Notice to Take Deposition**<br>Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Janet L Drevyanko; Electronic Filing Certificate of Service.<br>**Filed By:** ANTHONY REY MARTINEZ<br>**On Behalf Of:** MONSANTO CO |
| | **Notice to Take Deposition**<br>Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Michael W Drevyanko, Sr; Electronic Filing Certificate of Service.<br>**Filed By:** ANTHONY REY MARTINEZ<br>**On Behalf Of:** MONSANTO CO |

| | | |
|---|---|---|
| 10/31/2019 | **Proposed Order Filed** | |
| | Proposed Order; Electronic Filing Certificate of Service. | |
| | **Filed By:** ERIK LANSDOWNE HANSELL | |
| | **On Behalf Of:** MONSANTO CO | |
| | **Motion Filed** | |
| | Motion for Pro Hac Vice Admission of John M Kalas; Attachment 1; Attachment 2; Electronic Filing Certificate of Service. | |
| | **Filed By:** ERIK LANSDOWNE HANSELL | |
| | Associated Entries: 11/05/2019 - Order | |
| 10/28/2019 | **Notice** | |
| | Monsanto Notice of Videotaped Deposition of William Sawyer, PhD; Electronic Filing Certificate of Service. | |
| | **Filed By:** ERIK LANSDOWNE HANSELL | |
| | **On Behalf Of:** MONSANTO CO | |
| 10/23/2019 | **Motion Denied** | |
| | PLAINTIFF'S MOTION TO SUBSTITUTE TRIAL PLAINTIFF CALLED, HEARD AND DENIED. SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD | |
| | Associated Entries: 10/18/2019 - Motion Filed | |
| 10/22/2019 | **Suggestions in Opposition** | |
| | Suggestions in Opposition of Plaintiffs Motion to Identify Charles Stoll as Trial Plaintiff and Expedite Trial; Electronic Filing Certificate of Service. | |
| | **Filed By:** ANTHONY REY MARTINEZ | |
| | **On Behalf Of:** MONSANTO CO | |
| | **Order** | |
| | SO ORDERED: JUDGE ELLEN RIBAUDO | |
| 10/18/2019 | **Order** | |
| | THE CASE IS SET FOR THE TRIAL DOCKET OF APRIL 13, 2020. THIS ORDER SHALL GOVERN PRE-TRIAL SCHEDULING AND DISCOVERY SO ORDERED: JUDGE STANLEY WALLACH | |
| | **Note to Clerk eFiling** | |
| | **Filed By:** ANDREW SCOTT WILLIAMS | |
| | **Motion Filed** | |
| | Motion and Brief in Support to Identify Charles Stoll as Trial Plaintiff and Expedite Trial; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Electronic Filing Certificate of Service. | |
| | **Filed By:** ANDREW SCOTT WILLIAMS | |
| | **On Behalf Of:** CHARLES STOLL | |
| | Associated Entries: 10/23/2019 - Motion Denied | |
| 10/17/2019 | **Order of Dismissal** | |
| | SO ORDERED: JUDGE ELLEN RIBAUDO | |
| | **Order of Dismissal** | |
| | SO ORDERED: JUDGE ELLEN RIBAUDO | |
| 10/16/2019 | **Other Proposed Document Filed** | |
| | Case Management Order; Electronic Filing Certificate of Service. | |
| | **Filed By:** GREGORY JAMES MINANA | |

| | |
|---|---|
| | **On Behalf Of:** MONSANTO CO |
| | **Motion Filed** |
| | JOINT MOTION TO ADOPT PROPOSED CASE MANAGEMENT ORDER; Proposed CMO; Electronic Filing Certificate of Service. |
| | **Filed By:** GREGORY JAMES MINANA |
| 10/11/2019 | **Notice to Take Deposition** |
| | Notice of Videotaped Deposition of Michael W Drevyanko, Sr; Electronic Filing Certificate of Service. |
| | **Filed By:** ANTHONY REY MARTINEZ |
| | **On Behalf Of:** MONSANTO CO |
| | **Note to Clerk eFiling** |
| | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **Notice of Dismissal** |
| | Notice of Voluntary Dismissal Without Prejudice as to Plaintiff Rodney Wilhelm Only; Electronic Filing Certificate of Service. |
| | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **On Behalf Of:** RODNEY WILHELM |
| | **Note to Clerk eFiling** |
| | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **Notice of Dismissal** |
| | Notice of Voluntary Dismissal Without Prejudice as to Plaintiff Frederick Stein Only; Electronic Filing Certificate of Service. |
| | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **On Behalf Of:** FREDERICK STEIN |
| | **Note to Clerk eFiling** |
| | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **Notice of Dismissal** |
| | Notice of Voluntary Dismissal Without Prejudice as to Plaintiff Dallas Bryson Only; Electronic Filing Certificate of Service. |
| | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **On Behalf Of:** DALLAS BRYSON |
| | **Notice to Take Deposition** |
| | Defendant Monsanto Companys Notice of Videotaped Deposition of Janet L Drevyanko; Electronic Filing Certificate of Service. |
| | **Filed By:** ANTHONY REY MARTINEZ |
| | **On Behalf Of:** MONSANTO CO |
| 10/01/2019 | **Note to Clerk eFiling** |
| | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **Motion Filed** |
| | Motion to Admit Pro Hac Vice; Certificate of Good Standing - James D Sill, Esq; Pro Hac Vice Receipt of Payment of Fees; Proposed Order; Electronic Filing Certificate of Service. |
| | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, |

LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER

| | |
|---|---|
| 09/05/2019 | **Entry of Appearance Filed**<br>Entry of Appearance; Electronic Filing Certificate of Service.<br>    **Filed By:** MICHAEL JOSEPH KLEFFNER |
| | **Entry of Appearance Filed**<br>Entry of Appearance; Electronic Filing Certificate of Service.<br>    **Filed By:** ANTHONY REY MARTINEZ |
| 08/27/2019 | **Motion to Quash**<br>Emergency Motion for a Protective Order and to Quash Notice of Plaintiff Charles Stoll Deposition; Electronic Filing Certificate of Service.<br>    **Filed By:** GREGORY JAMES MINANA<br>    **On Behalf Of:** MONSANTO CO |
| 08/21/2019 | **Notice to Take Deposition**<br>AMENDED Notice to take Video Taped Deposition of Plaintiff Charles Stoll; Electronic Filing Certificate of Service.<br>    **Filed By:** MATTHEW JAMES SILL<br>    **On Behalf Of:** CHARLES STOLL |
| 08/19/2019 | **Notice to Take Deposition**<br>Notice of Video Taped Deposition of Plaintiff Charles Stoll; Electronic Filing Certificate of Service.<br>    **Filed By:** MATTHEW JAMES SILL<br>    **On Behalf Of:** CHARLES STOLL |
| 08/16/2019 | **Notice**<br>DESIGNATION OF TRIAL PLAINTIFF; Electronic Filing Certificate of Service.<br>    **Filed By:** MATTHEW JAMES SILL<br>    **On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER |
| 08/08/2019 | **Order**<br>BEFORE THE COURT IS THE PARTIES COMPETING MOTIONS FOR PLAINTIFF TRIAL SELECTION |

PROCEDURE. THIS COURT HEREBY ORDERS THAT THIS CASE WILL BE A SINGLE PLAINTIFF TRIAL. PLAINTIFF TO BE CHOSEN BY COUNSEL FOR PLAINTIFFS AND DISCLOSED BY 8/16/19. PARTIES TO WORK ON CASE MANAGEMENT ORDER IN GOOD FAITH. SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD

> **Associated Entries:** 07/05/2019 - Motion Filed
> **Associated Entries:** 07/05/2019 - Motion Filed
> **Associated Entries:** 07/31/2019 - Motion Hearing Scheduled
> **Scheduled For:** 08/08/2019; 8:15 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County

| 07/31/2019 | **Motion Hearing Scheduled** |
|---|---|
| | SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD |
| | **Associated Entries:** 08/08/2019 - Order |
| | **Scheduled For:** 08/08/2019; 8:15 AM ; ELLEN HANNIGAN RIBAUDO; St Louis County |
| 07/15/2019 | **Judge/Clerk - Note** |
| | PLAINTIFF'S PROPOSED SCHEDULING ORDER MUST BE SET FOR HEARING BA DIV12 |
| | **Associated Entries:** 07/05/2019 - Motion Filed |
| 07/05/2019 | **Motion Filed** |
| | Defendant Monsanto Companys Motion for Plaintiff Trial Selection Process; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Electronic Filing Certificate of Service. |
| | **Filed By:** GREGORY JAMES MINANA |
| | **On Behalf Of:** MONSANTO CO |
| | **Associated Entries:** 07/15/2019 - Judge/Clerk - Note |
| | **Associated Entries:** 08/08/2019 - Order |
| | **Proposed Order Filed** |
| | Plaintiffs Proposed Scheduling Order; Electronic Filing Certificate of Service. |
| | **Filed By:** MATTHEW JAMES SILL |
| | **On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER |
| | **Motion Filed** |
| | Plaintiffs Motion for Plaintiff Selection Procedure; Exhibit 1; Exhibit 2; Exhibit 3; Electronic Filing Certificate of Service. |
| | **Filed By:** MATTHEW JAMES SILL |
| | **On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, |

DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER

**Associated Entries:** 08/08/2019 - Order

| | |
|---|---|
| 06/04/2019 | **Order** |
| | IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Monsanto Company's Omnibus Motion for Plaintiff Trial Selection Procedures is DENIED. The Court furthers ORDERS that: 1) the three (3) Roundup® lawsuits set for trial wherein the Court has already ruled on which plaintiffs shall participate in each trial will proceed as previously scheduled; 2) in each of the five (5) Roundup® lawsuits listed above that are set for trial but for which the Court has not ruled as to which plaintiffs shall participate, the parties shall file within thirty (30) days of this Order a Plaintiff Selection Procedure Motion identifying the procedure each party would like to use to select plaintiffs; and 3) for all other Roundup® lawsuits in which no trial date has been set and the Court has not ruled on which plaintiffs shall participate, as well as for all future Roundup® lawsuits, the parties shall file within thirty (30) days after the trial date is set a Plaintiff Selection Procedure Motion identifying the procedure each party would like to use to select plaintiffs. SO ORDERED: JUDGE ELLEN RIBAUDO SO ORDERED: JUDGE BRIAN MAY |
| 05/07/2019 | **Hearing Held** |
| | **Scheduled For:** 05/07/2019; 1:30 PM ; ELLEN HANNIGAN RIBAUDO; St Louis County |
| 04/26/2019 | **Civil Motion Hearing Scheduled** |
| | JUDGE ELLEN RIBAUDO AND JUDGE BRIAN MAY |
| | **Associated Entries:** 05/07/2019 - Hearing Held |
| | **Scheduled For:** 05/07/2019; 1:30 PM ; ELLEN HANNIGAN RIBAUDO; St Louis County |
| 04/12/2019 | **Motion Filed** |
| | Omnibus Motion for Plaintiff Trial Selection Procedures; Exhibit 1; Exhibit 2; Exhibit 3; Electronic Filing Certificate of Service. |
| | **Filed By:** ERIK LANSDOWNE HANSELL |
| | **On Behalf Of:** MONSANTO CO |
| 01/03/2019 | **Jury Trial Scheduled** |
| | **Associated Entries:** 11/14/2019 - Hearing/Trial Cancelled |
| | **Scheduled For:** 05/04/2020; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Jury Trial Scheduled** |
| | **Associated Entries:** 11/14/2019 - Hearing/Trial Cancelled |
| | **Scheduled For:** 04/27/2020; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Jury Trial Scheduled** |
| | **Associated Entries:** 11/14/2019 - Hearing/Trial Cancelled |
| | **Scheduled For:** 04/20/2020; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Jury Trial Scheduled** |
| | **Associated Entries:** 11/14/2019 - Hearing/Trial Cancelled |
| | **Scheduled For:** 04/13/2020; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Pre-trial Conference Scheduled** |
| | **Associated Entries:** 11/14/2019 - Order |

| | | |
|---|---|---|
| | | Scheduled For: 03/06/2020; 1:30 PM ; STANLEY JAMES WALLACH; St Louis County |
| | **Order** | |
| | | CAUSE SET FOR JURY TRIAL APRIL 13, 2020 (4 WEEKS). PRE-TRIAL HEARING SET MARCH 6, 2020 AT 1:30PM. SO ORDERED: JUDGE STANLEY WALLACH |
| | | **Associated Entries:** 11/26/2018 - Hearing Continued/Rescheduled |
| | | **Associated Entries:** 11/26/2018 - Case Mgmt Conf Scheduled |
| | | Scheduled For: 01/03/2019; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| 12/13/2018 | **Order** | |
| 11/30/2018 | **Order** | |
| | | ORDER GRANTING ADMISSION OF CHRISTOPHER J. BERGIN, ESQ. PRO HAC VICE SO ORDERED: JUDGE STANLEY WALLACH |
| | | **Associated Entries:** 11/20/2018 - Motion Filed |
| 11/26/2018 | **Case Mgmt Conf Scheduled** | |
| | | **Associated Entries:** 01/03/2019 - Order |
| | | Scheduled For: 01/03/2019; 9:00 AM ; STANLEY JAMES WALLACH; St Louis County |
| | **Hearing Continued/Rescheduled** | |
| | | **Hearing Continued From:** 11/26/2018; 8:30 AM Case Management Conference |
| 11/20/2018 | **Note to Clerk eFiling** | |
| | | **Filed By:** ANDREW SCOTT WILLIAMS |
| | **Motion Filed** | |
| | | Motion to Admit Pro Hac Vice - Christopher Bergin; Exhibit A; Proposed Order; Electronic Filing Certificate of Service. |
| | | **Filed By:** ANDREW SCOTT WILLIAMS |
| | | **On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER |
| | | **Associated Entries:** 11/30/2018 - Order |
| 11/08/2018 | **Notice of Hearing Filed** | |
| | | Notice of Hearing to Discuss Case Management in Roundup Cases; Electronic Filing Certificate of Service. |
| | | **Filed By:** ERIK LANSDOWNE HANSELL |
| | | **On Behalf Of:** MONSANTO CO |
| 10/17/2018 | **Case Mgmt Conf Scheduled** | |
| | | **Associated Entries:** 11/26/2018 - Hearing Continued/Rescheduled |
| | | Scheduled For: 11/26/2018; 8:30 AM ; STANLEY JAMES WALLACH; St Louis County |

| | | |
|---|---|---|
| 10/11/2018 | **Note to Clerk eFiling** | |
| | **Filed By:** ANDREW SCOTT WILLIAMS | |

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** ANDREW SCOTT WILLIAMS

**On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER

**Note to Clerk eFiling**

**Filed By:** ANDREW SCOTT WILLIAMS

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** ANDREW SCOTT WILLIAMS

**On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER

| | | |
|---|---|---|
| 08/24/2018 | **Note to Clerk eFiling** | |
| | **Filed By:** ANDREW SCOTT WILLIAMS | |

**Response Filed**

Plaintiffs Memorandum in Opposition to Defendant Monsanto Companys Motion to Sever and Transfer Venue and Suggestion In Support; Exhibit 1; Exhibit 2; Exhibit 3; Electronic Filing Certificate of Service.

**Filed By:** ANDREW SCOTT WILLIAMS

**On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW

| | |
|---|---|
| | COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER |
| 06/06/2018 | **Entry of Appearance Filed**<br>Entry of Appearance; Electronic Filing Certificate of Service.<br>    **Filed By:** ADAM JOSEPH SIMON |
| | **Entry of Appearance Filed**<br>Entry of Appearance; Electronic Filing Certificate of Service.<br>    **Filed By:** EDWARD L DOWD JR |
| 04/19/2018 | **Answer Filed**<br>MONSANTO COMPANYS ANSWER TO PLAINTIFFS PETITION; Electronic Filing Certificate of Service.<br>    **Filed By:** GREGORY JAMES MINANA<br>    **On Behalf Of:** MONSANTO CO |
| | **Motion to Sever Case**<br>    **Filed By:** GREGORY JAMES MINANA |
| | **Entry of Appearance Filed**<br>ENTRY OF APPEARANCE; Electronic Filing Certificate of Service.<br>    **Filed By:** GREGORY JAMES MINANA |
| 03/21/2018 | **Note to Clerk eFiling**<br>    **Filed By:** ANDREW SCOTT WILLIAMS |
| | **Affidavit Filed**<br>Affidavit of Personal Service.<br>    **Filed By:** ANDREW SCOTT WILLIAMS<br>    **On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER |
| | **Agent Served**<br>Document ID - 18-SMCC-2222; Served To - MONSANTO CO; Server - ; Served Date - 20-MAR-18; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served |
| 03/20/2018 | **Summons Issued-Circuit**<br>Document ID: 18-SMCC-2222, for MONSANTO CO. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| | **Motion Special Process Server** |
| | **Filing Info Sheet eFiling** |

**Filed By:** ANDREW SCOTT WILLIAMS

**Note to Clerk eFiling**

**Filed By:** ANDREW SCOTT WILLIAMS

**Pet Filed in Circuit Ct**

Petition; Request for Special Process Server.

**On Behalf Of:** MICHAEL W. DREVYANKO, CLINTON HELMHOLDT, DON JONES, JOHN WATERMAN, MARK WALDMAN, MARY LEAGUE, ERICK TILLEY SR, JOHN GRAY, LEONARD RHODES, DAVID SOPRANO, IVORY CRAWFORD, FREDERICK STEIN, TAFT TURNER, CLAUDETTE BAXTER, DENISE GREGORY, PAUL YAGER, MOSES BRYAN, KATHY CALLOWAY, KATHLEEN CIACIUCH, CATHY FISHER, JOSEPH RUNYAN, JESSE CANTERBURY, ANTHONY HARMON, SHRILEY HARRISON, ROBIN PICKENS, RENEE RIDDLE, ARCHIE MYERS JR, JERRY ELLIOTT, LARITA SLEESMAN, EVELYN HERMELINK, JEAN KENYON, NEAL KIGHTLINGER, MICHAEL KLUTTZ, DONALD SANDEL, TIMOTHY SCARBROUGH, WILLIAM ANDREWS, JOYCE BROWN, CHRISTOPHER HILL, RICHARD BAILEY, KEITH DOWELL, AMANDA HERNANDEZ, PATRICK BALL, MATTHEW COOPER, KENNETH JACKSON, ROBERT LANDIS, WILLIAM BAILEY, DENNIS BANKS, TAMARA CAMERON, CHRISTOPHER MAY, TAB MORGAN, KEVIN ANTOFF, ADRIAN ASHFORD, WAYNE CASHION, SHARON POLLOCK, MARK THOMPSON, CHARLES STOLL, TRAVIS DISBROW, RUSSELL BAUMANN, JANITA DEAL, DALLAS BRYSON, ROBERT BUMGARNER, DANA FLINT, RODNEY WILHELM, STEVEN REPOSA, KATHERINE HERNANDEZ, SANDRA WILLIS-MARTI, MARK ARCHER

**Judge Assigned**

DIV 12