EXHIBIT 5

# Your Missouri Courts



Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print                                Logon

## 18SL-CC02199 - ANNA BOGNAR ET AL V MONSANTO CO. (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries:  ● Descending  ○ Ascending      Display Options: All Entries

**12/23/2020**  **Order**

**06/01/2020**  **Order**
SO ORDERED: JUDGE JASON D. DODSON
**Filed By:** MICHAEL W HOGUE

**Order**
ORDER FOR PRO HAC VICE IS HEREBY GRANTED. W. MARK LANIER, ESQ IS HEREBY PERMITTED TO PRACTIVE BEFORE THE COURT AS COUNSEL FOR ANNA BOGNAR , PETITIONER. SO ORDERED: JUDGE JASON D. DODSON

**04/28/2020**  **Order**
THE COURT HAS DETERMINED THAT THE CURRENT TRIAL SETTING IN THIS MATTER SHALL BE REMOVED FROM THE COURT'S TRIAL CALENDAR OF MAY 11, 2020. THE COURT SHALL FURTHER CALL AND ADMINISTRATIVE HEARING WITH COUNSEL FOR ALL OF THE PENDING "ROUND-UP" MATTERS TO DISCUSS THE RESCHEDULING OF THE TRIALS BEING CONTINUED AND RELATED MATTERS THE WEEK OF JUNE 22, 2020. THE COURT WILL PROVIDED AN EMAIL WITH THE DATE, TIME, AND ZOOM INFORMATION FOR THAT MEETING AND WITH THE HOPES THAT WE MAY BE ABLE TO HAVE SOME PEOPLE APPEAR IN PERSON ONCE THE CURRENT ORDERS ARE REEVALUATED BY THE RESPECTIVE AUTHORITIES IN MID-MAY. SO ORDERED: JUDGE ELLEN RIBAUDO FOR DIV 10
**Associated Entries: 03/11/2020 - Trial Setting Scheduled**
**Scheduled For:** 05/11/2020;  9:00 AM ;  JASON DAVID DODSON;  St Louis County

**Hearing/Trial Cancelled**
**Scheduled For:** 04/24/2020;  9:00 AM ;  JASON DAVID DODSON;  St Louis County

**03/11/2020**  **Trial Setting Scheduled**
**Associated Entries: 04/28/2020 - Order**
**Scheduled For:** 05/11/2020;  9:00 AM ;  JASON DAVID DODSON;  St Louis County

**Pre-trial Conference Scheduled**
**Associated Entries: 04/28/2020 - Hearing/Trial Cancelled**
**Scheduled For:** 04/24/2020;  9:00 AM ;  JASON DAVID DODSON;  St Louis County

**Certificate of Service**
Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** ERIK LANSDOWNE HANSELL
**On Behalf Of:** MONSANTO CO.

**Certificate of Service**
Certificate of Service; Electronic Filing Certificate of Service.
**Filed By:** ERIK LANSDOWNE HANSELL

On Behalf Of: MONSANTO CO.

**Certificate of Service**
Certificate of Service; Electronic Filing Certificate of Service.
   **Filed By:** ERIK LANSDOWNE HANSELL

**Certificate of Service**
Certificate of Service; Electronic Filing Certificate of Service.
   **Filed By:** ERIK LANSDOWNE HANSELL
   **On Behalf Of:** MONSANTO CO.

| 03/10/2020 | **Notice to Take Deposition** |
|---|---|
| | DEFENDANT MONSANTO COMPANYS NOTICE OF VIDEOTAPED DEPOSITION OF BRYANA BAUHS; Electronic Filing Certificate of Service. |
| |    **Filed By:** ANTHONY REY MARTINEZ |
| |    **On Behalf Of:** MONSANTO CO. |

| 03/08/2020 | **Order** |
|---|---|
| |    **Filed By:** CRISTINA DELISE |

**Order**
   **Filed By:** PAMELA L YATES
   **Associated Entries:** 02/25/2020 - Motion Filed   ⊞

**Order**
   **Filed By:** ANTHONY N UPSHAW
   **Associated Entries:** 02/25/2020 - Motion Filed   ⊞

**Order**
   **Filed By:** ASRA A CHATHAM
   **Associated Entries:** 02/26/2020 - Motion Filed   ⊞

**Order**
   **Filed By:** AARON H LEVINE
   **Associated Entries:** 02/20/2020 - Motion Filed   ⊞

**Order**
   **Filed By:** MARISSA C KRUMM
   **Associated Entries:** 02/26/2020 - Motion Filed   ⊞

**Order**
   **Filed By:** JENNIFER L FILIPPAZZO
   **Associated Entries:** 02/25/2020 - Motion Filed   ⊞

| 03/06/2020 | **Notice to Take Deposition** |
|---|---|
| | First Amended Notice to Take the Videotaped Deposition of Travis Gannon PhD; Electronic Filing Certificate of Service. |
| |    **Filed By:** MATTHEW JAMES SILL |
| |    **On Behalf Of:** JOSEPH BAUHS, CHRISTINE MARSHALL |

**Order**
ORDER FOR PRO HAC VICE IS HEREBY GRANTED. RACHEL LANIER ESQ. IS HEREBY PREMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR PLAINTIFF. SO ORDERED: JUDGE JASON D. DODSON
   **Filed By:** RACHEL LANIER

| 03/05/2020 | **Proposed Order Filed** |
|---|---|
| | Order Granting Motion to Admit Pro Hac Vice; Electronic Filing Certificate of Service. |

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL, WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES, MARYJO NAPPIN

**Motion Filed**

Motion for Pro Hac Vice Admission of Rachel Lanier; Affidavit; Receipt; Electronic Filing Certificate of Service.

**Filed By:** JAMES T. CORRIGAN

| 03/04/2020 | **Notice to Take Deposition** |
|---|---|
| | DEFENDANT MONSANTO COMPANYS NOTICE OF VIDEOTAPED DEPOSITION OF ROBIN GEIL; Electronic Filing Certificate of Service. |

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

| 03/03/2020 | **Proposed Order Filed** |
|---|---|
| | Order Granting Motion to Admit Pro Hac Vice; Electronic Filing Certificate of Service. |

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** ALF MELTON, MARY O'NEIL, WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES, MARYJO NAPPIN

**Motion Filed**

Motion for Pro Hac Vice Admission of Cristina Delise; Affidavit; Receipt; Electronic Filing Certificate of Service.

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER

**Notice to Take Deposition**

Notice of Videotaped Deposition of Ashley Wayman; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

DEFENDANT MONSANTO COMPANYS NOTICE OF VIDEOTAPED DEPOSITION OF LINDSEY MULVEY; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Proposed Order Filed**

Order Granting Motion to Admit Pro Hac Vice; Electronic Filing Certificate of Service.

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL, WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT

**Motion Filed**

Motion for Pro Hac Vice Admission of Reagan Bradford; Affidavit; Electronic Filing Certificate of Service.

    **Filed By:** JAMES T. CORRIGAN

    **On Behalf Of:** CATHERINE LUKASZEWSKI, CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES, MARYJO NAPPIN

**Notice to Take Deposition**

Plaintiffs Joseph Bauhs Christine Marshalls Notice to Take the Videotaped Deposition of Travis Gannon, PhD; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW JAMES SILL

    **On Behalf Of:** JOSEPH BAUHS, CHRISTINE MARSHALL

---

**03/02/2020**    **Notice to Take Deposition**

Plaintiffs Joseph Bauhs Christine Marshalls Notice to Take the Videotaped Deposition of Jack W Erter, III, MD; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW JAMES SILL

    **On Behalf Of:** JOSEPH BAUHS, CHRISTINE MARSHALL

**Judge Assigned**

CAUSE REASSIGNED TO JUDGE JASON D DODSON, FOR HEARING AND DETERMINATION EFFECTIVE MARCH 2, 2020 PER ADMINISTRATIVE ORDER

**Judge/Clerk - Note**

REQUEST NOT PROCESSED DUE TO MISSING PLEADINGS. IN ORDER FOR SUBPOENA FOR COMMISSION TO BE ISSUED, YOU MUST SUMBIT A "COMMISSION TO TAKE DEPOSITION(S) OF WITNESS(ES)" FOR EACH OUT OF STATE ORDER FOR "COMMISSION TO ISSUE A SUBPOENA OUTSIDE THE STATE OF MISSOURI". THIS FORM CAN BE FOUND ON WWW.STLCOUNTYCOURTS.COM. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT THE CIVIL DOCKETING DEPARTMENT AT 314-615-2671.

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **On Behalf Of:** MONSANTO CO.

---

**02/27/2020**    **Order**

Commission to Issue a Subpoena SO ORDERED: JUDGE RICHARD STEWART

---

**02/26/2020**    **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for Pro Hac Vice Admission of Marissa Krumm; Affidavit; Receipt; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **Associated Entries: 03/08/2020 - Order**

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for Pro Hac Vice Admission of Asra A Chatham; Affidavit; Receipt; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **Associated Entries:** 03/08/2020 - Order

| | |
|---|---|
| 02/25/2020 | **Proposed Order Filed** |

Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for Pro Hac Vice Admission of Pamela J Yates; Affidavit; Receipt; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **Associated Entries:** 03/08/2020 - Order

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

**Motion Filed**

Motion for Pro Hac Vice Admission of Jennifer Filippazzo; Affidavit; Receipt; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **Associated Entries:** 03/08/2020 - Order

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

**Motion Filed**

Motion for Pro Hac Vice Admission of Anthony N Upshaw; Affidavit; Receipt; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **Associated Entries:** 03/08/2020 - Order

| | |
|---|---|
| 02/21/2020 | **Notice to Take Deposition** |

Plaintiffs Joseph Bauhs Christine Marshalls Notice to Take the Videotaped Deposition of John F Reichard, PhD; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW JAMES SILL

    **On Behalf Of:** JOSEPH BAUHS, CHRISTINE MARSHALL

| | |
|---|---|
| 02/20/2020 | **Notice to Take Deposition** |

Plaintiffs Joseph Bauhs Christine Marshalls Notice to Take Videotaped Deposition of Gary Joseph Burin, PhD; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW JAMES SILL

    **On Behalf Of:** JOSEPH BAUHS, CHRISTINE MARSHALL

**Application Filed**

APPLICATION FOR A COMMISSION TO ISSUE A SUBPOENA OUTSIDE THE STATE OF MISSOURI; EHXIBIT A; Proposed Commission to Issue a Subpoena Outside the State of Missouri; Electronic Filing Certificate of Service.

    **Filed By:** ANTHONY REY MARTINEZ

    **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Plaintiff Joseph Bauhs 1st Amended Notice to Take Videotaped Deposition; Electronic Filing Certificate of Service.

     **Filed By:** MATTHEW JAMES SILL

     **On Behalf Of:** JOSEPH BAUHS

---

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

     **Filed By:** ERIK LANSDOWNE HANSELL

     **On Behalf Of:** MONSANTO CO.

---

**Motion Filed**

Motion for Pro Hac Vice Admission of Aaron H Levine; Affidavit; Receipt; Electronic Filing Certificate of Service.

     **Filed By:** ERIK LANSDOWNE HANSELL

     **Associated Entries:** 03/08/2020 - Order

---

**02/19/2020**    **Notice to Take Deposition**

Plaintiffs Notice of Videotaped Deposition of Lawrence M Weiss, MD; Electronic Filing Certificate of Service.

     **Filed By:** MATTHEW JAMES SILL

     **On Behalf Of:** JOSEPH BAUHS, CHRISTINE MARSHALL

---

**02/18/2020**    **Notice to Take Deposition**

Plaintiff Joseph Bauhs Notice of Videotaped Deposition of Dr Michael Wang; Electronic Filing Certificate of Service.

     **Filed By:** MATTHEW JAMES SILL

     **On Behalf Of:** JOSEPH BAUHS

---

**02/14/2020**    **Entry of Appearance Filed**

Entry of Appearance by Steven J Stolze; Electronic Filing Certificate of Service.

     **Filed By:** STEVEN JOSEPH STOLZE

     **On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL, WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES, MARYJO NAPPIN

**Entry of Appearance Filed**

Entry of Appearance by Patrick R Dowd; Electronic Filing Certificate of Service.

     **Filed By:** PATRICK ROBERT DOWD

     **On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL, WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES, MARYJO NAPPIN

**Entry of Appearance Filed**

Entry of Appearance by R Seth Crompton; Electronic Filing Certificate of Service.

     **Filed By:** RANDALL SETH CROMPTON

     **On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS,

FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL,
WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI,
CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN
WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES,
MARYJO NAPPIN

**Entry of Appearance Filed**

Entry of Appearance by Eric D Holland; Electronic Filing Certificate of Service.

**Filed By:** ERIC D HOLLAND

**On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY
RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS,
FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL,
WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI,
CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN
WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES,
MARYJO NAPPIN

**Entry of Appearance Filed**

Entry of Appearance - R Evola; Electronic Filing Certificate of Service.

**Filed By:** ROBERT JOSEPH EVOLA

**On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY
RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS,
FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL,
WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI,
CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN
WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES,
MARYJO NAPPIN

02/10/2020  **Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** ERIK LANSDOWNE HANSELL

**On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for Pro Hac Vice Admission of Michael W Hogue; Affidavit; Receipt; Electronic Filing Certificate of
Service.

**Filed By:** ERIK LANSDOWNE HANSELL

**Notice to Take Deposition**

Plaintiff Christine Marshalls Notice of Videotaped Deposition of Dr Anna Koget; Electronic Filing
Certificate of Service.

**Filed By:** MATTHEW JAMES SILL

**On Behalf Of:** CHRISTINE MARSHALL

02/07/2020  **Judge/Clerk - Note**

REQUEST NOT PROCESSED DUE TO MISSING PLEADINGS. PLEASE SUMBIT A "COMMISSION TO
TAKE DEPOSITION(S) OF WITNESS(ES)" FOR EACH OUT OF STATE IN ORDER FOR "COMMISSION
TO ISSUE A SUBPOENA OUTSIDE THE STATE OF MISSOURI" TO BE ISSUED. THIS FORM CAN BE
FOUND ON WWW.STLCOUNTYCOURTS.COM

**Order**

COMMISSION TO ISSUE A SUBPOENA OUTSIDE THE STATE OF MISSOURI SO ORDERED: JUDGE
RICHARD STEWART

02/04/2020  **Proposed Order Filed**

Order Granting Motion to Admit Pro Hac Vice; Electronic Filing Certificate of Service.

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** KAILA NJIE, MARY STEES, MARYJO NAPPIN

| | |
|---|---|
| | **Motion Filed** |
| | Motion for Pro Hac Vice Admission of W Mark Lanier; Pro Hac Vice Affidavit of W Mark Lanier Pursuant to Motion for Admission in a Particular Case; Receipt; Electronic Filing Certificate of Service. |
| |     **Filed By:** JAMES T. CORRIGAN |
| |     **On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL, WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY |
| | **Application Filed** |
| | Application for a Commission to Issue a Subpoena Outside the State of Missouri; Exhibit A; Proposed Commission to Issue a Subpoena Outside the State of Missouri; Electronic Filing Certificate of Service. |
| |     **Filed By:** ANTHONY REY MARTINEZ |
| |     **On Behalf Of:** MONSANTO CO. |
| 02/03/2020 | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| |     **Filed By:** JANE J. KEMPER |
| 01/28/2020 | **Judge/Clerk - Note** |
| | PLEASE SUMBIT 2 "COMMISSION TO TAKE DEPOSITION(S) OF WITNESS(ES)" IN ORDER FOR "COMMISSION TO ISSUE A SUBPOENA OUTSIDE THE STATE OF MISSOURI" TO BE ISSUED. |
| 01/22/2020 | **Certificate of Service** |
| | Monsanto Companys Certificate of Service for its Disclosure of Expert Testimony; Electronic Filing Certificate of Service. |
| |     **Filed By:** ERIK LANSDOWNE HANSELL |
| |     **On Behalf Of:** MONSANTO CO. |
| | **Order** |
| | Order to Issue a Subpoena Outside the State of Missouri SO ORDERED: JUDGE RICHARD STEWART |
| |     **Associated Entries:** 01/08/2020 - Application Filed   ⊞ |
| | **Order** |
| | Order to Issue a Subpoena Outside the State of Missouri SO ORDERED: JUDGE RICHARD STEWART |
| |     **Associated Entries:** 01/08/2020 - Application Filed   ⊞ |
| 01/20/2020 | **Certificate of Service** |
| | Plaintiffs Christine Marshall and Joseph Bauhs Responses to Defendants First Request for Entry Upon Land or Other Property and Inspection of Tangible Goods; Electronic Filing Certificate of Service. |
| |     **Filed By:** MATTHEW JAMES SILL |
| |     **On Behalf Of:** JOSEPH BAUHS, CHRISTINE MARSHALL |
| 01/15/2020 | **Notice to Take Deposition** |
| | DEFENDANT MONSANTO COMPANYS NOTICE OF VIDEOTAPED DEPOSITION OF DR FRANK WELLBORNE; Electronic Filing Certificate of Service. |
| |     **Filed By:** ANTHONY REY MARTINEZ |
| |     **On Behalf Of:** MONSANTO CO. |
| 01/13/2020 | **Notice to Take Deposition** |

DEFENDANT MONSANTO COMPANYS NOTICE OF VIDEOTAPED DEPOSITION OF DR RAMZI KHALIL; Electronic Filing Certificate of Service.

    **Filed By:** ANTHONY REY MARTINEZ

    **On Behalf Of:** MONSANTO CO.

| | |
|---|---|
| 01/10/2020 | **Proposed Order Filed** |
| | Proposed Order; Electronic Filing Certificate of Service. |
| |     **Filed By:** ERIK LANSDOWNE HANSELL |

    **Motion Filed**

Motion for Pro Hac Vice Admission of Bert L Slonim for Monsanto; Affidavit; Receipt; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **On Behalf Of:** MONSANTO CO.

| | |
|---|---|
| 01/08/2020 | **Application Filed** |

Application for A Commission to Issue a Subpoena Outside the State of Missouri; Exhibit A; Proposed Commission to Issue a Subpoena Outside the State of Missouri; Electronic Filing Certificate of Service.

    **Filed By:** ANTHONY REY MARTINEZ

    **On Behalf Of:** MONSANTO CO.

    **Associated Entries:** 01/22/2020 - Order  ⊞

    **Application Filed**

Application for A Commission to Issue a Subpoena Outside the State of Missouri; Exhibit A; Proposed Commission to Issue a Subpoena Outside the State of Missouri; Electronic Filing Certificate of Service.

    **Filed By:** ANTHONY REY MARTINEZ

    **Associated Entries:** 01/22/2020 - Order  ⊞

| | |
|---|---|
| 01/07/2020 | **Notice to Take Deposition** |

Monsanto Companys Notice of Videotaped Deposition of Barry Boyd, MD; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **On Behalf Of:** MONSANTO CO.

    **Trial Setting Scheduled**

    **Hearing/Trial Cancelled**

        **Scheduled For:** 06/01/2020; 9:00 AM ; RICHARD M STEWART; St Louis County

    **Hearing/Trial Cancelled**

        **Scheduled For:** 05/26/2020; 9:00 AM ; RICHARD M STEWART; St Louis County

    **Hearing/Trial Cancelled**

        **Scheduled For:** 05/18/2020; 9:00 AM ; RICHARD M STEWART; St Louis County

    **Hearing/Trial Cancelled**

        **Scheduled For:** 05/13/2020; 9:00 AM ; RICHARD M STEWART; St Louis County

| | |
|---|---|
| 12/30/2019 | **Notice to Take Deposition** |

Monsanto Amended Notice of Videotaped Deposition of James Mills; Electronic Filing Certificate of Service.

    **Filed By:** ERIK LANSDOWNE HANSELL

    **On Behalf Of:** MONSANTO CO.

| | |
|---|---|
| 12/23/2019 | **Notice to Take Deposition** |

Defendant Monsanto Companys Notice of Videotaped Deposition of Patti Bauhs; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

---

**12/20/2019**    **Notice to Take Deposition**

Notice of Videotaped Deposition of James Mills; Electronic Filing Certificate of Service.

**Filed By:** ERIK LANSDOWNE HANSELL
**On Behalf Of:** MONSANTO CO.

---

**12/19/2019**    **Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** GREGORY JAMES MINANA
**On Behalf Of:** MONSANTO CO.

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** ERIK LANSDOWNE HANSELL
**On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for Pro Hac Vice Admission of Elyse Shimada; Attachment 1 - Affidavit; Attachment 2 - Receipt; Electronic Filing Certificate of Service.

**Filed By:** ERIK LANSDOWNE HANSELL

---

**12/18/2019**    **Order**

MOTION FOR PRO HAC VICE SO ORDERED JUDGE GLORIA C RENO DIV 19

**Associated Entries:** 12/17/2019 - Motion Filed

---

**12/17/2019**    **Notice to Take Deposition**

Notice of Videotaped Deposition of Dr William Sawyer; Electronic Filing Certificate of Service.

**Filed By:** ERIK LANSDOWNE HANSELL
**On Behalf Of:** MONSANTO CO.

**Proposed Order Filed**

Proposed Order; Electronic Filing Certificate of Service.

**Filed By:** ERIK LANSDOWNE HANSELL
**On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for Pro Hac Vice Admission of John M Kalas; Attachment 1; Attachment 2; Electronic Filing Certificate of Service.

**Filed By:** ERIK LANSDOWNE HANSELL
**Associated Entries:** 12/18/2019 - Order

---

**12/11/2019**    **Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Christine Marshall; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

---

**12/02/2019**    **Certificate of Service**

Certificate of Service re Plaintiffs Specific and General Expert Disclosures; Electronic Filing Certificate of

2/17/2021

Case 3:16-md-02741-VC   Document 12615-6   Filed 02/18/21   Page 12 of 26

Service.

**Filed By:** MATTHEW JAMES SILL

**On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL, WAYNE PUNDT, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, CHRISTINE MARSHALL, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, MARY STEES, MARYJO NAPPIN

| | |
|---|---|
| 11/16/2019 | **Notice to Take Deposition** |

Dr Ramzi Khalil; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

NOD Dr Anna Koget; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

NOD Dr Frank Wellborne; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

NOD Dr Michael Wang; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

| | |
|---|---|
| 11/13/2019 | **Notice of Dismissal** |

Voluntary Dismissal Without Prejudice as to Plaintiff Phyllis Stallings, Only; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW JAMES SILL

**Notice of Dismissal**

Voluntary Dismissal Without Prejudice as to Plaintiff Deborah Marshall, Only; Electronic Filing Certificate of Service.

**Filed By:** MATTHEW JAMES SILL

| | |
|---|---|
| 11/08/2019 | **Order** |

Terri L. Parker admitted pro hac vice.

| | |
|---|---|
| 10/28/2019 | **Proposed Order Filed** |

Proposed Order for Motion for pro hac vice Admissioin of Terri L Parker; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for pro hac vice Admission of Terri L Parker; Pro Hac Vice Affidavit of Terri L Parker; Paid Receipt of pro hac vice Admission of Terri L Parker; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

| | |
|---|---|
| 10/23/2019 | **Notice to Take Deposition** |

https://www.courts.mo.gov/casenet/cases/searchDockets.do                                                     11/25

Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Phyllis Stallings; Electronic Filing Certificate of Service.

> **Filed By:** ANTHONY REY MARTINEZ
> **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys Second Amended Notice of Videotaped Deposition of Deborah Ann Marshall; Electronic Filing Certificate of Service.

> **Filed By:** ANTHONY REY MARTINEZ
> **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys Second Amended Notice of Videotaped Deposition of Forrest Joe Marshall; Electronic Filing Certificate of Service.

> **Filed By:** ANTHONY REY MARTINEZ

**Order**

ORDER FOR PRO HAC VICE IS HEREBY GRANTED. BUFFY J MIMS IS HEREBY PERMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR MONSANTO COMPANY. SO ORDERED: JUDGE ELLEN RIBAUDO

**10/22/2019** | **Notice to Take Deposition**

Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Rodney P Thompson; Electronic Filing Certificate of Service.

> **Filed By:** ANTHONY REY MARTINEZ
> **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Ava Richardson; Electronic Filing Certificate of Service.

> **Filed By:** ANTHONY REY MARTINEZ
> **On Behalf Of:** MONSANTO CO.

**Proposed Order Filed**

Proposed Order for Motion for pro hac vice of Buffy J Mims; Electronic Filing Certificate of Service.

> **Filed By:** ANTHONY REY MARTINEZ
> **On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for pro hac vice Admission of Buffy J Mims; Pro Hac Vice Affidavit of Buffy J Mims; Paid Receipt for pro hac vice Admission of Buffy J Mims; Electronic Filing Certificate of Service.

> **Filed By:** ANTHONY REY MARTINEZ

**10/21/2019** | **Order**

ORDER FOR PRO HAC VICE IS HEREBY GRANTED. THOMAS DAMMRICH IS HEREBY PERMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR MONSANTO COMPANY. SO ORDERED: JUDGE ELLEN RIBAUDO

**Order**

ORDER FOR PRO HAC VICE IS HEREBY GRANTED. MATTHEW J VANIS HEREBY PERMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR MONSANTO COMPANY. SO ORDERED: JUDGE ELLEN RIBAUDO

**Order**

ORDER FOR PRO HAC VICE IS HEREBY GRANTED. E JAMES SHEPHERDIS HEREBY PERMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR MONSANTO COMPANY. SO ORDERED: JUDGE ELLEN RIBAUDO

**Order**

ORDER FOR PRO HAC VICE IS HEREBY GRANTED. H. GRANT LAW IS HEREBY PERMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR MONSANTO COMPANY. SO ORDERED: JUDGE ELLEN RIBAUDO

**Order**

ORDER FOR PRO HAC VICE IS HEREBY GRANTED. THOMAS DAMMRICH IS HEREBY PERMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR DFT MONSANTO COMPANY. SO ORDERED: JUDGE ELLEN RIBAUDO

**Order**

ORDER FOR PRO HAC VICE IS HEREBY GRANTED. E JAMES SHEPHERD IS HEREBY PERMITTED TO PRACTICE BEFORE THIS COURT AS COUNSEL FOR DFT MONSANTO COMPANY. SO ORDERED: JUDGE ELLEN RIBAUDO

| 10/18/2019 | **Notice to Take Deposition** |
|---|---|

Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Deborah Ann Marshall; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Forrest Joe Marshall; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Rhenda Miller; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

| 10/17/2019 | **Notice to Take Deposition** |
|---|---|

Notice of Videotaped Deposition of Phyllis Stallings; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** DANA LEANN STRUEBY

**Notice to Take Deposition**

Notice of Videotaped Deposition of Rodney P Thompson; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Ava Richardson; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Jerry L Melton; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Alf Ray Melton, Sr; Electronic Filing

Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Forrest Joe Marshall; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Deborah Ann Marshall; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ

| | |
|---|---|
| 10/16/2019 | **Notice to Take Deposition** |

Defendant Monsanto Companys Notice of Videotaped Deposition of Debra Moon; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ
    **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Frank Jones; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ
    **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Shemeta Grimes-Jones; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ
    **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Brittany Christine Duff; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ
    **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Rhenda Miller; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ
    **On Behalf Of:** MONSANTO CO.

| | |
|---|---|
| 10/14/2019 | **Notice to Take Deposition** |

First Amended Notice of Videotaped Deposition of Kristina Tulowitzki; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of Pamella Joyce Kammerdiener; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY REY MARTINEZ
    **On Behalf Of:** MONSANTO CO.

| | |
|---|---|
| 10/11/2019 | **Notice to Take Deposition** |

Notice of Videotaped Deposition of Kristina Tulowitzki; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

DEFENDANT MONSANTO COMPANYS NOTICE OF VIDEOTAPED DEPOSITION OF CAROLYN WILSON; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Defendant Monsanto Companys Notice of Videotaped Deposition of William Duff; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

| | |
|---|---|
| 10/10/2019 | **Notice to Take Deposition** |

Defendant Monsanto Companys Notice of Videotaped Deposition of Sue Wilmot; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

| | |
|---|---|
| 10/09/2019 | **Notice to Take Deposition** |

Defendant Monsanto Companys Notice of Videotaped Deposition of Wayne Pundt; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

**Proposed Order Filed**

Proposed Order for Motion for pro hac vice of Matthew J Vanis; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**Motion Filed**

Motion for pro hac vice Admission of Matthew J Vanis; Pro Hac Vice Affidavit of Matthew J Vanis; Paid Receipt for pro hac vice Admission of Matthew J Vanis; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** MICHAEL LAWRENCE WALDEN

| | |
|---|---|
| 10/08/2019 | **Proposed Order Filed** |

Proposed Order for Motion for pro hac vice of H Grant Law; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for pro hac vice Admission of H Grant Law; Pro Hac Vice Affidavit of H Grant Law; Paid Receipt for pro hac vice Admission of H Grant Law; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** TAMMY GRUBB COKER

**Notice to Take Deposition**

Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Anna Bognar;
Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

---

**10/07/2019**    **Notice to Take Deposition**

Defendant Monsanto Companys First Amended Notice of Videotaped Deposition of Kathleen Risley;
Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

---

**Proposed Order Filed**

Proposed Order for Motion for pro hac vice of E James Shepherd; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

---

**Motion Filed**

Motion for pro hac vice Admission of E James Shepherd; Pro Hac Vice Affidavit of E James Shepherd;
Paid Receipt for pro hac vice Admission of E James Shepherd; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ

---

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** JOHN LEWIS JR.

---

**Motion Granted/Sustained**

ORDER GRANTING MOTION TO ADMIT PRO HAC VICE SO ORDERED JUDGE GLORIA C RENO DIV
19

**Associated Entries:** 10/04/2019 - Motion Filed   ⊞

---

**Notice to Take Deposition**

First Amended Notice of Videotaped Deposition of Joseph Bauhs; Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

---

**10/04/2019**    **Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** JASON MATTHEW ZAGER

---

**Proposed Order Filed**

Proposed Order Granting Pro Hac Vice Admission of Thomas Dammrich; Electronic Filing Certificate of
Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

---

**Motion Filed**

Motion for Pro Hac Vice Admission of Thomas Dammrich; Affidavit of Thomas Dammrich; Receipt;
Electronic Filing Certificate of Service.

**Filed By:** ANTHONY REY MARTINEZ
**Associated Entries:** 10/07/2019 - Motion Granted/Sustained   ⊞

---

**Proposed Order Filed**

Proposed Order Granting Pro Hac Vice Admission of Jennise W Stubbs; Electronic Filing Certificate of
Service.

**Filed By:** ANTHONY REY MARTINEZ
**On Behalf Of:** MONSANTO CO.

**Motion Filed**

Motion for Pro Hac Vice Admission of Jennise W StubbsW; Affidavit of Jennise W Stubbs; Receipt; Electronic Filing Certificate of Service.

     **Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Notice of Videotaped Deposition of Randy Torch; Electronic Filing Certificate of Service.

     **Filed By:** ANTHONY REY MARTINEZ

     **On Behalf Of:** MONSANTO CO.

**Notice to Take Deposition**

Notice of Videotaped Deposition of Kathleen Risley; Electronic Filing Certificate of Service.

     **Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Notice of Videotaped Deposition of Thomas Josey; Electronic Filing Certificate of Service.

     **Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Notice of Videotaped Deposition of Anna Bognar; Electronic Filing Certificate of Service.

     **Filed By:** ANTHONY REY MARTINEZ

**Notice to Take Deposition**

Notice of Videotaped Deposition of Joseph Bauhs; Electronic Filing Certificate of Service.

     **Filed By:** ANTHONY REY MARTINEZ

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

     **Filed By:** ROBERT DANIEL HOMOLKA

| | |
|---|---|
| 10/01/2019 | **Voluntary Dismissal Filed** |

Voluntary Dismissal Without Prejudice as to Plaintiff Glen Evans Only; Electronic Filing Certificate of Service.

     **Filed By:** JAMES T. CORRIGAN

     **On Behalf Of:** GLEN EVANS

**Voluntary Dismissal Filed**

Voluntary Dismissal Without Prejudice as to Plaintiff Laura Frank Only; Electronic Filing Certificate of Service.

     **Filed By:** JAMES T. CORRIGAN

     **On Behalf Of:** LAURA FRANK

**Proposed Order Filed**

Order Granting Motion to Admit Pro Hac Vice; Electronic Filing Certificate of Service.

     **Filed By:** JAMES T. CORRIGAN

     **On Behalf Of:** ANNA BOGNAR, NORMA HOWELL, DEBORAH MARSHALL, THOMAS MILLER, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, MARY O'NEIL, WAYNE PUNDT, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, CHRISTINE MARSHALL, GLEN EVANS, AVA RICHARDSON, DEBRA MOON, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN

**Motion Filed**

Motion to Admit Pro Hac Vice James D Sill; Exhibit A; Exhibit B; Electronic Filing Certificate of Service.

     **Filed By:** JAMES T. CORRIGAN

| | |
|---|---|
| 09/26/2019 | **Order** |
| | Case Management Order SO ORDERED: JUDGE RICHARD STEWART |

| | |
|---|---|
| 09/24/2019 | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff Luis Sanchez Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** LUIS SANCHEZ |

| | |
|---|---|
| 09/23/2019 | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff Torie Ross Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** TORIE ROSS |
| | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff William Oltmann Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** WILLIAM OLTMANN |
| | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff Mary ONeil Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** MARY O'NEIL |
| | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff Judith Orchard Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** JUDITH ORCHARD |
| | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff Ashley Roberts Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** ASHLEY ROBERTS |
| | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff Olivia Cavazos Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** OLIVIA CAVAZOS |
| | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff Robert Cooper Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** ROBERT COOPER |
| | **Voluntary Dismissal Filed** |
| | Voluntary Dismissal Without Prejudice as to Plaintiff James Gilman Only; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** JAMES GILMAN |

**Voluntary Dismissal Filed**

Voluntary Dismissal Without Prejudice as to Plaintiff Aceneath Irwin Only; Electronic Filing Certificate of Service.

 **Filed By:** JAMES T. CORRIGAN
 **On Behalf Of:** ACENEATH JOYCE IRWIN

**Voluntary Dismissal Filed**

Voluntary Dismissal Without Prejudice as to Plaintiff Judith Morris Only; Electronic Filing Certificate of Service.

 **Filed By:** JAMES T. CORRIGAN
 **On Behalf Of:** JUDITH MORRIS

**Voluntary Dismissal Filed**

Voluntary Dismissal Without Prejudice as to Plaintiff Patricia Nickle Only; Electronic Filing Certificate of Service.

 **Filed By:** JAMES T. CORRIGAN
 **On Behalf Of:** PATRICIA NICKLE

**Voluntary Dismissal Filed**

Voluntary Dismissal Without Prejudice as to Plaintiff Lou Baliotis Only; Electronic Filing Certificate of Service.

 **Filed By:** JAMES T. CORRIGAN
 **On Behalf Of:** LOU BALIOTIS

| 09/12/2019 | **Entry of Appearance Filed** |
|---|---|

Entry of Appearance; Electronic Filing Certificate of Service.

 **Filed By:** ANTHONY REY MARTINEZ

| 09/10/2019 | **Notice of Dismissal** |
|---|---|

Voluntary Dismissal Without Prejudice as to Plaintiff Carol Mitchell Only; Electronic Filing Certificate of Service.

 **Filed By:** JAMES T. CORRIGAN
 **On Behalf Of:** CAROL MITCHELL

**Notice of Dismissal**

Voluntary Dismissal Without Prejudice as to Plaintiff Sean Carroll Individually and as Next of Kin and Executor of the Estate of Virginia Carroll Deceased Only; Electronic Filing Certificate of Service.

 **Filed By:** JAMES T. CORRIGAN
 **On Behalf Of:** SEAN CARROLL

**Notice of Dismissal**

Voluntary Dismissal Without Prejudice as to Plaintiff Justin Bremer Only; Electronic Filing Certificate of Service.

 **Filed By:** JAMES T. CORRIGAN
 **On Behalf Of:** JUSTIN BREMER

**Notice of Dismissal**

Voluntary Dismissal Without Prejudice as to Plaintiff Debra Taufer, Individually, and as Next of Kin and Executrix of the Estate of Gregory Taufer, Decd Only; Electronic Filing Certificate of Service.

 **Filed By:** JAMES T. CORRIGAN
 **On Behalf Of:** DEBRA TAUFER

| 09/09/2019 | **Order** |
|---|---|

IT IS ORDERED, ADJUDGED AND DECREED THAT THE MOTION FOR A MULTI-PLAINTIFF TRIAL SETTING IS GRANTED AND THE COURT WILL CONSOLIDATE TWO PLAINTIFFS, AS CHOSEN

JOINTLY BY THE PARTIES, FOR THE INITITAL TRIAL. SO ORDERED: JUDGE ELLEN RIBAUDO
**Associated Entries:** 07/05/2019 - Motion Filed

---

**09/05/2019**　　**Order**

THE PARTIES' MOTION FOR TRIAL PICKS CALLED HEARD AND SUBMITTED. SO ORDERED: JUDGE ELLEN RIBAUDO CC: ATTORNEYS OF RECORD

---

**08/20/2019**　　**Hearing/Trial Cancelled**

**Scheduled For:** 09/18/2019;　9:00 AM ;　RICHARD M STEWART;　St Louis County

**Case Mgmt Conf Held**

**Scheduled For:** 08/20/2019;　9:30 AM ;　RICHARD M STEWART;　St Louis County

**Trial Setting Scheduled**

**Associated Entries:** 01/07/2020 - Hearing/Trial Cancelled

**Scheduled For:** 05/18/2020;　9:00 AM ;　RICHARD M STEWART;　St Louis County

---

**08/19/2019**　　**Case Mgmt Conf Scheduled**

**Associated Entries:** 08/20/2019 - Case Mgmt Conf Held

**Scheduled For:** 08/20/2019;　9:30 AM ;　RICHARD M STEWART;　St Louis County

---

**08/14/2019**　　**Case Mgmt Conf Scheduled**

**Associated Entries:** 08/20/2019 - Hearing/Trial Cancelled

**Scheduled For:** 09/18/2019;　9:00 AM ;　RICHARD M STEWART;　St Louis County

---

**07/11/2019**　　**Amended Notice of Hrng Filed**

Amended Notice of Hearing; Electronic Filing Certificate of Service.

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** ANNA BOGNAR, JUSTIN BREMER, NORMA HOWELL, DEBORAH MARSHALL, THOMAS MILLER, CAROL MITCHELL, MARY NEAL, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, OLIVIA CAVAZOS, ROBERT COOPER, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, PATRICIA NICKLE, MARY O'NEIL, WAYNE PUNDT, LUIS SANCHEZ, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, JUDITH ORCHARD, CHRISTINE MARSHALL, GLEN EVANS, ASHLEY ROBERTS, AVA RICHARDSON, ACENEATH JOYCE IRWIN, DEBRA MOON, JAMES GILMAN, JUDITH MORRIS, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, WILLIAM OLTMANN, LOU BALIOTIS, SEAN CARROLL, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN, DEBRA TAUFER, TORIE ROSS

**Notice of Hearing Filed**

Notice of Hearing; Electronic Filing Certificate of Service.

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** ANNA BOGNAR, JUSTIN BREMER, NORMA HOWELL, DEBORAH MARSHALL, THOMAS MILLER, CAROL MITCHELL, MARY NEAL, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, OLIVIA CAVAZOS, ROBERT COOPER, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, PATRICIA NICKLE, MARY O'NEIL, WAYNE PUNDT, LUIS SANCHEZ, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, JUDITH ORCHARD, CHRISTINE MARSHALL, GLEN EVANS, ASHLEY ROBERTS, AVA RICHARDSON, ACENEATH JOYCE IRWIN, DEBRA MOON, JAMES GILMAN, JUDITH MORRIS, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, WILLIAM OLTMANN, LOU BALIOTIS, SEAN CARROLL, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN, DEBRA TAUFER, TORIE ROSS

**Motion to Shorten Time**

Motion to Shorten Time for Hearing; Electronic Filing Certificate of Service.
    **Filed By:** JAMES T. CORRIGAN

**Motion to Shorten Time**

Motion to Shorten Time to Take Videotaped Deposition; Electronic Filing Certificate of Service.
    **Filed By:** JAMES T. CORRIGAN

| | |
|---|---|
| 07/05/2019 | **Motion Filed** |

Defendant Monsanto Companys Motion for Plaintiff Trial Selection Procedure; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Electronic Filing Certificate of Service.
    **Filed By:** GREGORY JAMES MINANA
    **On Behalf Of:** MONSANTO CO.
    **Associated Entries: 09/09/2019 - Order**

**Motion Filed**

Plaintiffs Brief in Support of a Multi-Plaintiff Trial Setting and Motion for Plaintiff Selection Procedure; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Electronic Filing Certificate of Service.
    **Filed By:** MATTHEW JAMES SILL
    **On Behalf Of:** ANNA BOGNAR, JUSTIN BREMER, NORMA HOWELL, DEBORAH MARSHALL, THOMAS MILLER, CAROL MITCHELL, MARY NEAL, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, OLIVIA CAVAZOS, ROBERT COOPER, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, PATRICIA NICKLE, MARY O'NEIL, WAYNE PUNDT, LUIS SANCHEZ, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, JUDITH ORCHARD, CHRISTINE MARSHALL, GLEN EVANS, ASHLEY ROBERTS, AVA RICHARDSON, ACENEATH JOYCE IRWIN, DEBRA MOON, JAMES GILMAN, JUDITH MORRIS, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, WILLIAM OLTMANN, LOU BALIOTIS, SEAN CARROLL, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN, DEBRA TAUFER, TORIE ROSS

| | |
|---|---|
| 06/17/2019 | **Judge Assigned** |

Cause reassigned to Judge Richard M Stewart for hearing and determination effective June 17, 2019, per Presiding Judge Administrative Order

| | |
|---|---|
| 06/04/2019 | **Order** |

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Monsanto Company's Omnibus Motion for Plaintiff Trial Selection Procedures is DENIED. The Court furthers ORDERS that: 1) the three (3) Roundup® lawsuits set for trial wherein the Court has already ruled on which plaintiffs shall participate in each trial will proceed as previously scheduled; 2) in each of the five (5) Roundup® lawsuits listed above that are set for trial but for which the Court has not ruled as to which plaintiffs shall participate, the parties shall file within thirty (30) days of this Order a Plaintiff Selection Procedure Motion identifying the procedure each party would like to use to select plaintiffs; and 3) for all other Roundup® lawsuits in which no trial date has been set and the Court has not ruled on which plaintiffs shall participate, as well as for all future Roundup® lawsuits, the parties shall file within thirty (30) days after the trial date is set a Plaintiff Selection Procedure Motion identifying the procedure each party would like to use to select plaintiffs. SO ORDERED: JUDGE ELLEN RIBAUDO SO ORDERED: JUDGE BRIAN MAY

| | |
|---|---|
| 05/07/2019 | **Hearing Held** |

    **Scheduled For:** 05/07/2019;  1:30 PM ;  ELLEN HANNIGAN RIBAUDO;  St Louis County

| | |
|---|---|
| 05/06/2019 | **Response Filed** |

Response In Opposition to Monsantos Omnibus Motion; Electronic Filing Certificate of Service.
    **Filed By:** JAMES T. CORRIGAN

| 04/26/2019 | **Civil Motion Hearing Scheduled** |
| | JUDGE ELLEN RIBAUDO AND JUDGE BRIAN MAY |
| | **Associated Entries:** 05/07/2019 - Hearing Held |
| | **Scheduled For:** 05/07/2019;  1:30 PM ;  ELLEN HANNIGAN RIBAUDO;  St Louis County |

| 04/12/2019 | **Motion Filed** |
| | Omnibus Motion for Plaintiff Trial Selection Procedures; Ex 1; Ex 2; Ex 3; Electronic Filing Certificate of Service. |
| | **Filed By:** ERIK LANSDOWNE HANSELL |
| | **On Behalf Of:** MONSANTO CO. |

| 03/27/2019 | **Hearing/Trial Cancelled** |
| | **Scheduled For:** 03/27/2019;  9:00 AM ;  THEA A SHERRY;  St Louis County |

| 03/26/2019 | **Motion Filed** |
| | Motion for a Single-Plaintiff Trial Setting; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6; Exhibit 7; Exhibit 8; Exhibit 9; Exhibit 10; Exhibit 11; Exhibit 12; Exhibit 13; Exhibit 14; Exhibit 15; Exhibit 16; Exhibit 17; Exhibit 18; Exhibit 19; Exhibit 20; Exhibit 21; Electronic Filing Certificate of Service. |
| | **Filed By:** GREGORY JAMES MINANA |
| | **On Behalf Of:** MONSANTO CO. |

| 12/13/2018 | **Order** |

| 12/04/2018 | **Trial Setting Scheduled** |
| | **Associated Entries:** 01/07/2020 - Hearing/Trial Cancelled |
| | **Scheduled For:** 06/01/2020;  9:00 AM ;  RICHARD M STEWART;  St Louis County |
| | **Trial Setting Scheduled** |
| | **Associated Entries:** 01/07/2020 - Hearing/Trial Cancelled |
| | **Scheduled For:** 05/26/2020;  9:00 AM ;  RICHARD M STEWART;  St Louis County |
| | **Trial Setting Scheduled** |
| | **Associated Entries:** 01/07/2020 - Hearing/Trial Cancelled |
| | **Scheduled For:** 05/13/2020;  9:00 AM ;  RICHARD M STEWART;  St Louis County |
| | **Case Mgmt Conf Scheduled** |
| | **Associated Entries:** 03/27/2019 - Hearing/Trial Cancelled |
| | **Scheduled For:** 03/27/2019;  9:00 AM ;  THEA A SHERRY;  St Louis County |
| | **Case Mgmt Conf Held** |
| | **Scheduled For:** 12/04/2018;  9:00 AM ;  THEA A SHERRY;  St Louis County |

| 11/08/2018 | **Notice of Hearing Filed** |
| | Notice of Hearing to Discuss Case Management in RoundUp Cases; Electronic Filing Certificate of Service. |
| | **Filed By:** ERIK LANSDOWNE HANSELL |
| | **On Behalf Of:** MONSANTO CO. |

| 10/11/2018 | **Entry of Appearance Filed** |
| | Entry of Appearance Matthew Sill; Electronic Filing Certificate of Service. |
| | **Filed By:** JAMES T. CORRIGAN |

**On Behalf Of:** ANNA BOGNAR, JUSTIN BREMER, NORMA HOWELL, DEBORAH MARSHALL, THOMAS MILLER, CAROL MITCHELL, MARY NEAL, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, OLIVIA CAVAZOS, ROBERT COOPER, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, PATRICIA NICKLE, MARY O'NEIL, WAYNE PUNDT, LUIS SANCHEZ, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, JUDITH ORCHARD, CHRISTINE MARSHALL, GLEN EVANS, ASHLEY ROBERTS, AVA RICHARDSON, ACENEATH JOYCE IRWIN, DEBRA MOON, JAMES GILMAN, JUDITH MORRIS, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, WILLIAM OLTMANN, LOU BALIOTIS, SEAN CARROLL, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN, DEBRA TAUFER, TORIE ROSS

---

**09/21/2018**    **Order**
to Admit Pro Hac Vice SO ORDERED: JUDGE THEA A. SHERRY
**Associated Entries: 09/14/2018 - Proposed Order Filed** ⊞

---

**09/18/2018**    **Case Mgmt Conf Scheduled**
SO ORDERED: JUDGE THEA A. SHERRY
**Associated Entries: 12/04/2018 - Case Mgmt Conf Held**
**Scheduled For:** 12/04/2018;  9:00 AM ;  THEA A SHERRY;  St Louis County

**Hearing Continued/Rescheduled**
**Hearing Continued From:** 09/18/2018;  9:00 AM Case Management Conference

---

**09/14/2018**    **Proposed Order Filed**
Order Granting Motion to Admit Pro Hac Vice; Electronic Filing Certificate of Service.
**Filed By:** JAMES T. CORRIGAN
**On Behalf Of:** ANNA BOGNAR, JUSTIN BREMER, NORMA HOWELL, DEBORAH MARSHALL, THOMAS MILLER, CAROL MITCHELL, MARY NEAL, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, OLIVIA CAVAZOS, ROBERT COOPER, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, PATRICIA NICKLE, MARY O'NEIL, WAYNE PUNDT, LUIS SANCHEZ, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, JUDITH ORCHARD, CHRISTINE MARSHALL, GLEN EVANS, ASHLEY ROBERTS, AVA RICHARDSON, ACENEATH JOYCE IRWIN, DEBRA MOON, JAMES GILMAN, JUDITH MORRIS, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, WILLIAM OLTMANN, LOU BALIOTIS, SEAN CARROLL, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN, DEBRA TAUFER, TORIE ROSS
**Associated Entries: 09/21/2018 - Order** ⊞

**Motion Filed**
Motion to Admit Pro Hac Vice Christopher Bergin; Receipt; Certificate of Good Standing; Electronic Filing Certificate of Service.
**Filed By:** JAMES T. CORRIGAN

---

**08/10/2018**    **Case Mgmt Conf Scheduled**
**Associated Entries: 09/18/2018 - Hearing Continued/Rescheduled**
**Scheduled For:** 09/18/2018;  9:00 AM ;  THEA A SHERRY;  St Louis County

---

**07/30/2018**    **Memorandum Filed**
Plaintiffs Memorandum in Opposition to Defendant Monsanto Companys Motion to Sever and Transfer Venue, and Suggestion in Support; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Electronic Filing Certificate of Service.
**Filed By:** JAMES T. CORRIGAN
**On Behalf Of:** ANNA BOGNAR, JUSTIN BREMER, NORMA HOWELL, DEBORAH MARSHALL,

THOMAS MILLER, CAROL MITCHELL, MARY NEAL, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, OLIVIA CAVAZOS, ROBERT COOPER, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, PATRICIA NICKLE, MARY O'NEIL, WAYNE PUNDT, LUIS SANCHEZ, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, JUDITH ORCHARD, CHRISTINE MARSHALL, GLEN EVANS, ASHLEY ROBERTS, AVA RICHARDSON, ACENEATH JOYCE IRWIN, DEBRA MOON, JAMES GILMAN, JUDITH MORRIS, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, WILLIAM OLTMANN, LOU BALIOTIS, SEAN CARROLL, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN, DEBRA TAUFER, TORIE ROSS

| 07/11/2018 | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| | **Filed By:** ADAM JOSEPH SIMON |

| | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| | **Filed By:** EDWARD L DOWD JR |

| 07/02/2018 | **Answer Filed** |
| | Monsanto Company Answer to Plaintiffs Petition; Electronic Filing Certificate of Service. |
| | **Filed By:** GREGORY JAMES MINANA |
| | **On Behalf Of:** MONSANTO CO. |

| | **Motion to Sever Case** |
| | **Filed By:** GREGORY JAMES MINANA |

| | **Entry of Appearance Filed** |
| | Entry of Appearance; Electronic Filing Certificate of Service. |
| | **Filed By:** GREGORY JAMES MINANA |

| 06/04/2018 | **Agent Served** |
| | Document ID - 18-SMCC-4712; Served To - MONSANTO CO.; Server - ; Served Date - 01-JUN-18; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served |

| 06/01/2018 | **Notice of Service** |
| | Affidavit of Personal Service. |
| | **Filed By:** JAMES T. CORRIGAN |
| | **On Behalf Of:** ANNA BOGNAR, JUSTIN BREMER, NORMA HOWELL, DEBORAH MARSHALL, THOMAS MILLER, CAROL MITCHELL, MARY NEAL, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, OLIVIA CAVAZOS, ROBERT COOPER, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, PATRICIA NICKLE, MARY O'NEIL, WAYNE PUNDT, LUIS SANCHEZ, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, JUDITH ORCHARD, CHRISTINE MARSHALL, GLEN EVANS, ASHLEY ROBERTS, AVA RICHARDSON, ACENEATH JOYCE IRWIN, DEBRA MOON, JAMES GILMAN, JUDITH MORRIS, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, WILLIAM OLTMANN, LOU BALIOTIS, SEAN CARROLL, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN, DEBRA TAUFER, TORIE ROSS |

| 05/31/2018 | **Summons Issued-Circuit** |
| | Document ID: 18-SMCC-4712, for MONSANTO CO..Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |

| 05/30/2018 | **Filing Info Sheet eFiling** |

**Filed By:** JAMES T. CORRIGAN

---

**Petition:**

Petition for Issuance of Summons for Service.

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** ANNA BOGNAR, JUSTIN BREMER, NORMA HOWELL, THOMAS MILLER, CAROL MITCHELL, MARY NEAL, KALEB REYNOLDS, EMILY RIHM, RANDY TORCH, JOSEPH ARNETT, JOSEPH BAUHS, OLIVIA CAVAZOS, ROBERT COOPER, WILLIAM DUFF, MICHAEL EDWARDS, FRANK JONES, THOMAS JOSEY, PAMELLA KAMMERDIENER, ALF MELTON, PATRICIA NICKLE, MARY O'NEIL, WAYNE PUNDT, LUIS SANCHEZ, PHYLLIS STALLINGS, MYRLE TAYLOR, MARK RODRIGUEZ, SUE WILMOT, CATHERINE LUKASZEWSKI, JUDITH ORCHARD, CHRISTINE MARSHALL, GLEN EVANS, ASHLEY ROBERTS, AVA RICHARDSON, ACENEATH JOYCE IRWIN, DEBRA MOON, JAMES GILMAN, JUDITH MORRIS, KRISTINA TULOWITZKI, CAROLYN WILSON, ROISUE PHILLIPS, RODNEY THOMPSON, KATHLEEN RISLEY, WILLIAM OLTMANN, LOU BALIOTIS, SEAN CARROLL, KAILA NJIE, LAURA FRANK, MARY STEES, MARYJO NAPPIN, DEBRA TAUFER, TORIE ROSS

---

**Motion Special Process Server**

Request for Appointment of Special Process Server to Serve Defendant.

**Filed By:** JAMES T. CORRIGAN

**On Behalf Of:** DEBORAH MARSHALL

---

**Pet Filed in Circuit Ct**

Petition.

---

**Judge Assigned**

DIV 5

---