# EXHIBIT 6

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

FILED

SEP 2 6 2019

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

| | | |
|---|---|---|
| ANNA BOGNAR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 18SL-CC02199 |
| | ) | |
| MONSANTO COMPANY, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**CASE MANAGEMENT ORDER** by Consent of all Parties
(Case Management Plan and Scheduling Order)

This case set on the trial docket of May 13, 2020, at 9:00 a.m. The trial is estimated to

take 3 to 4 weeks.

This Order shall govern pretrial scheduling and discovery in this matter:

**A.    General Discovery:**

1.       The parties agree that discovery in *In re: Roundup Prods. Liab. Litig.*, MDL No.

2741, the multidistrict litigation proceeding in the Northern District of California, California

JCCP No. 4953, and any other Missouri litigation wherein plaintiffs allege that they developed

non-Hodgkin's lymphoma following exposure to Roundup® branded herbicide, may be used in

this action as if it were conducted in this action, including all expert depositions and document

production, but neither party waives its right to conduct any discovery permitted under the rules

of this Court, except as otherwise specified by this Order or other Orders of the Court. The

confidentiality of any such documents or depositions shall be controlled by the protective order

entered in this action.

1

**B.**     **Expert Discovery:**

1.     All retained expert witnesses must provide a list of materials relied upon or considered in formulating their opinion at least ten (10) days prior to their scheduled depositions. For any publicly available documents or documents produced in this litigation, the party may identify the document either by name (if publicly available) or Bates number (if previously produced).  Any non-publicly available documents that have not been previously produced shall be produced as part of the disclosure of materials relied upon.

2.     The Missouri Rules of Civil Procedure shall govern all expert witness depositions in this case, including any depositions scheduled outside the State of Missouri or in any foreign nation.

3.     Parties may serve a Notice of Deposition (which shall be filed in the above-captioned lawsuit) in lieu of subpoenas to schedule testimony and compel documents from any retained expert witness.  The Notice of Deposition shall apply with equal force to expert witnesses located outside the State of Missouri or in any foreign nation.

**C.**     **Discovery and Trial Selection Schedule:**

| Date | Activity |
|------|----------|
| September 25, 2019 | Plaintiffs shall serve completed PFSs, Authorizations, and medical records (collectively PFS), by uploading said PFS to Dropbox and sending notification, including a link to the Dropbox, to the following email addresses:<br><br>missouripfs@hollingsworthllp.com<br><br>MOHBGlyphosate@huschblackwell.com<br><br><br>If a completed PFS is not received for any plaintiff by September 25, 2019, Defendant may send a warning letter, stating that the subject plaintiff is subject to dismissal per court order.<br><br>A Plaintiff shall have 30 days from service of the warning letter to provide a completed PFS.<br><br>If a completed PFS is not received in the 30 days, Defendant can seek a show cause order as to why the case should not be dismissed.<br><br>A Plaintiff has 14 days to respond. |
| November 15, 2019 | Plaintiffs and Defendant to each identify a single plaintiff as their trial picks.<br><br>If the plaintiff identified by Defendant as its trial pick is dismissed at any time following the selection, Defendant shall have the right to select another plaintiff for trial. In addition, the Court will determine whether the current trial date will need to be vacated in order to permit Defendant to engage in necessary discovery to select a new trial plaintiff and adequately prepare for trial. |
| November 27, 2019 | Plaintiffs shall designate all retained and non-retained experts to be called (regardless of whether any such witness has been previously disclosed or deposed in any other Roundup case or litigation). At the time of disclosure, Plaintiffs will provide three non-consecutive available dates for the deposition of each expert. |
| January 17, 2020 | Depositions of Plaintiffs' retained and non-retained experts shall be completed. |
| January 22, 2020 | Defendant shall designate all retained and non-retained experts to be called (regardless of whether any such witness has been previously disclosed or deposed in any other Roundup case or |

| | |
|---|---|
| | litigation). At the time of disclosure, Defendant will provide three non-consecutive available dates for deposition of each expert. |
| February 28, 2020 | Depositions of Defendants' retained and non-retained experts to be completed. |
| February 28, 2020 | All discovery shall be completed. |
| February 28, 2020 | All dispositive motions (summary judgment and expert challenges, including admissibility of expert testimony, etc.) to be filed no later than this date. The briefing schedule for all dispositive motions shall be governed by Supreme Court Rule 74.04. There will be no sur-reply briefs without leave of court. |
| March 20, 2020 | All oppositions to dispositive motions (summary judgment and expert challenges, including admissibility of expert testimony, etc.) to be filed no later than this date. |
| March 27, 2020 | All replies in support of dispositive motions (summary judgment and expert challenges, including admissibility of expert testimony, etc.) to be filed no later than this date. |
| Week of April 27, 2020 | Hearing on dispositive motions, summary judgment and challenges to admissibility of expert testimony), including evidentiary hearing should the Court find an evidentiary hearing necessary. |
| 4 Weeks Before Start of Trial | Witness and Exhibit Lists Due. |
| 3 Weeks Before Start of Trial | Motions in *Limine* and Deposition Designations Due.<br><br>Plaintiffs to submit proposed jury instructions to Defendant. Within two days of receiving Plaintiffs' proposed instructions Defendant will provide its proposed instructions to Plaintiffs. The parties will meet and confer to narrow the scope of any disputes prior to submitting proposed jury instructions to the Court. |
| 10 Days Before Start of Trial | Parties to submit proposed jury instructions to the Court. |
| Week of May 4, 2020 | Pre-Trial Conference/Hardship juror challenges. |
| May 13, 2020 | Trial to begin. |

With the exception of trial setting and pretrial conference, this schedule may be modified by written consent of the parties.  The entire schedule may be modified by order of the Court upon good cause shown.

SO ORDERED:

_____

_____
Date