# EXHIBIT 7

## IN THE CIRCUIT COURT OF JACKSON COUNTY
## STATE OF MISSOURI, AT KANSAS CITY

ALLAN SHELTON, *et al.*,      )
          )
     Plaintiffs,      )
          )
     v.      )     Case No. 1816-CV17026
          )
MONSANTO COMPANY,      )     Division 13
          )
     Defendants.      )

## <u>AMENDED SCHEDULING ORDER</u>

NOW on this 2nd day of February, 2021, the Court being fully advised enters the following Amended Scheduling Order:

<u>Introduction</u>

This Court, as well as the other judges of the 16th Judicial Circuit, are committed to the concept of case management. With that in mind, counsel is given great latitude in selecting their trial date. With the volume of cases pending in the 16th Judicial Circuit, rearranging trial dates can be very difficult. **Counsel should be aware that once this Scheduling Order is entered the trial date shall not be changed absent a showing of good cause based on exceptional circumstances. Failure to complete Discovery consistent with this Order shall not be a basis for continuance. Counsel should carefully read this Scheduling Order upon its receipt.**

1. The above cause is Specially Set for a three-week trial on January 31, 2022. This setting is considered a **NO CONTINUANCE** setting.

2. The parties should contact the Court prior to filing any written pleadings regarding discovery disputes. After hearing the arguments of all parties, the Court may request a motion, but it is hoped that the Court will be able to facilitate a resolution to any discovery dispute without further delay of motion and response times.

3. The Parties are to contact the Court thirty (30) days before the trial date to schedule a Pre Trial Conference.  Parties shall file Motions in Limine, Deposition Designations and Proposed Jury Instructions seven (7) days prior to the Pre-Trial Conference.  Responses to Motions in Limine, Counter Designations and Objections to Deposition Designations shall be filed on or before the date of the Pre-Trial conference.

4. The parties agree that discovery in In re: Roundup Prods. Liab. Litig., MDL No. 2741, the multidistrict litigation proceeding in the Northern District of California, California JCCP No. 4953, and any other litigation including Missouri wherein plaintiffs allege that they developed non-Hodgkin's lymphoma following exposure to Roundup® branded herbicide, may be used in this action as if it were conducted in this action, including all expert depositions and document production, but neither party waives its right to conduct any discovery permitted under the rules of this Court, except as otherwise specified by this Order or other Orders of the Court. The confidentiality of any such documents or depositions shall be controlled by the protective order entered in this action.

5. Parties must provide copies (or a list as provided below) of materials reviewed and relied upon by each retained expert witness in formulating their opinion at least ten (10) days prior to their respective scheduled depositions.  For any publicly available documents or documents produced in this litigation, the party may identify the document either by name (if publicly available) or Bates number (if previously produced).  Any non-publicly available documents that have not been previously produced shall be produced as part of the disclosure of materials reviewed and/or relied upon.

6. The Missouri Rules of Civil Procedure shall govern all expert witness depositions in this case, including any depositions scheduled outside the State of Missouri or in any foreign nation.

7. Parties may serve a Notice of Deposition (which shall be filed in the above-captioned lawsuit) in lieu of subpoenas to schedule testimony and request documents from any retained expert witness.  The Notice of Deposition shall apply with equal force to expert witnesses located outside the State of Missouri or in any foreign nation.

8. The deadline for filing a motion to amend pleadings is February 5, 2021.

9. The deadline for filing a motion to add parties is February 5, 2021.

10. Plaintiff(s) shall designate all retained or non-retained expert witnesses on or before July 21, 2021.

11. Plaintiff(s) shall produce all retained or non-retained expert witnesses for deposition on or before August 25, 2021.

12. Defendant(s) shall designate all retained or non-retained expert witnesses on or before August 27, 2021.

13. Defendant(s) shall produce all retained or non-retained expert witnesses for deposition on or before September 29, 2021.

14. All discovery will be completed on or before September 29, 2021.

15. All dispositive motions, especially motions for summary judgment and expert challenges, will be filed on or before October 1, 2021. Summary judgment and expert challenges motions must be filed **no less** than a hundred and twenty (120) days prior to the trial date. The briefing schedule for summary judgment motions shall be governed by Supreme Court Rule 74.04. For all other dispositive motions, the same briefing schedule shall be followed. Any dispositive motions filed less than a hundred and twenty (120) days prior to the trial date will be taken with the case, unless the Court rules otherwise.

16. A hearing on dispositive motions (summary judgment and expert challenges) will be held the week of December 13, 2021.

17. An agreed upon joint jury questionnaire shall be submitted by the parties to the Court on January 12, 2022. If the parties cannot agree upon a joint questionnaire, the Court shall revolve any issues in dispute by January 19, 2022. On January 26, 2022, a 120-person jury panel will be assembled.  Those on the panel entitled to be excused based on the panel member not being a qualified juror or based on hardship shall be excused at the Court's discretion.  The jury questionnaire will be provided to the remaining panel for their completion at the Court's direction. The completed jury questionnaires will then be given to the parties on January 28, 2022 by noon. Jury selection (voir dire) will be conducted with the remaining jurors on the panel on January 31, 2022.

18. Any of the above time deadlines, save the trial date, pretrial conference and filing of dispositive motions, may be changed by agreement of the parties without notice or a motion to the Court, as long as such changes do not affect the trial date. Any desire to make changes without the agreement of the parties will require leave of Court.

19. Should circumstances arise that substantially alter the feasibility of the dates set forth in the scheduling order the parties should immediately contact the Court. The failure of the parties to follow the dates set forth in the order without prompt notice to the Court shall not serve as a basis for a continuance.

20. Parties shall begin mediation by no later than July 30, 2021.

**IT IS SO ORDERED.**

**CHARLES H. MCKENZIE**, Judge

**Certificate of Service**

This is to certify that a copy of the foregoing was automatically forwarded to the attorneys of record through the Court's eFiling system.

ANTHONY MARTINEZ, Attorney for Defendant, 2555 GRAND BOULEVARD, KANSAS CITY, MO 64108

(816) 421-5547, emartinez@shb.com

JEFFREY JOHN SIMON, Attorney for Defendant, HUSCH BLACKWELL LLP, 4801 MAIN STREET SUITE 1000, KANSAS CITY, MO 64112

(816) 983-8080, jeff.simon@huschblackwell.com

MARTIN MCCORMICK LORING, Attorney for Defendant, HUSCH BLACKWELL LLP, 4801 MAIN ST STE 1000, KANSAS CITY, MO 64112

(816) 983-8080, martin.loring@huschblackwell.com

GREGORY JAMES MINANA, Attorney for Defendant, 190 CARONDELET PLZ STE 600, ST. LOUIS, MO 63105

(314) 480-1505, greg.minana@huschblackwell.com

CHRISTINE F MILLER, Attorney for Defendant, 190 CARONDELET PLZ STE 600, ST. LOUIS, MO 63105

(314) 480-1505, chris.miller@huschblackwell.com

ERIK LANSDOWNE HANSELL, Attorney for Defendant, 190 CARONDELET PLZ STE 600, ST LOUIS, MO 63105

(314) 480-1505, erik.hansell@huschblackwell.com

JENNIFER ELIZABETH COOK, Attorney for Defendant, SUITE 1800, 7700 FORSYTH BLVD , SAINT LOUIS, MO 63105

GREGORY S. CHERNACK, Attorney for Defendant, HOLLINGSWORTH LLP, 1350 I STREET, NW, WASHINGTON, DC 20005

(202) 898-5815, gchernack@hollingsworthllp.com

-,

JAMES D. O'LEARY, Attorney for Plaintiff, 1034 SOUTH BRENTWOOD BLVD, PENTHOUSE 1A, 23RD FLOOR, ST LOUIS, MO 63117

-,

THOMAS J PREUSS, Attorney for Plaintiff, PREUSS FOSTER, 10601 MISSION ROAD, SUITE 250, LEEWOOD, KS 66206

-,

SCOTT TIMOTHY JANSEN, Attorney for Defendant, 919 BOONVILLE RD, JEFFERSON CITY, MO 65109

-,

DAVID GERARD OTT, Attorney for Defendant, 7700 FORSYTH BLVD, STE 1800, ST LOUIS, MO 63105

(314) 552-4891, dott@armstrongteasdale.com

JAMES THOMAS CORRIGAN, Attorney for Plaintiff, 1034 SOUTH BRENTWOOD BLVD, PENTHOUSE - 1A 23RD FLOOR, ST LOUIS, MO 63117

-,

ADAM ROBERT ALB, Attorney for Plaintiff, 20 CENTER LINE DRIVE, TROY, MO 63379

-,

 

Search for Cases by:  Select Search Method...

Judicial Links ⌄  |  eFiling ⌄  |  Help ⌄  |  Contact Us  |  Print                                    Logon

## 1816-CV17026 - ALLAN SHELTON ET AL V MONSANTO COMPANY ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

---

**SHELTON , ALLAN , Plaintiff**      represented by      **PAUL , RICHARD MONROE III , Attorney for Plaintiff**

6219 AGNES AVENUE
KANSAS CITY, MO 64130

**Year of Birth:** 1988

601 WALNUT STREET
SUITE 300
KANSAS CITY, MO 64106
**Business:** (816) 984-8100

---

co-counsel      **SCHWARZ , ASHLEA G , Attorney for Plaintiff**

601 WALNUT STREET
SUITE 300
KANSAS CITY, MO 64106
**Business:** (816) 984-8100

---

co-counsel      **ONDER , JAMES G , Attorney for Plaintiff**

110 E LOCKWOOD 2ND FLOOR
SAINT LOUIS, MO 63119
**Business:** (314) 963-9000

---

co-counsel      **MATTHEWS , DAVID , Attorney-Pro Hac Vice**

---

co-counsel      **CRUMP , BENJAMIN L , Attorney-Pro Hac Vice**

---

co-counsel      **FOSTER , SHAWN , Attorney for Plaintiff**

PREUSS FOSTER LAW
10601 MISSION ROAD
SUITE 250
LEEWOOD, KS 66206
**Business:** (816) 307-2788

---

co-counsel      **PREUSS , THOMAS J , Attorney for Plaintiff**

PREUSS FOSTER
10601 MISSION ROAD
SUITE 250
LEEWOOD, KS 66206
**Business:** (816) 307-2788

| | | co-counsel | **BLAIR , WILLIAM WYLIE , Attorney for Plaintiff** |
|---|---|---|---|
| | | | 110 East Lockwood, 2nd Floor<br>ST LOUIS, MO 63119<br>**Business:** (314) 963-9000 |
| | | co-counsel | **BERNS , MARK EDWARD , Attorney for Plaintiff** |
| | | | 5770 MEXICO RD<br>STE A<br>SAINT PETERS, MO 63376 |

**EOUTE , STEVEN , Plaintiff**

223 JAMES STREET
FLEMINGTON, PA 17745

**Year of Birth:** 1949
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**ERTLE , DAVID , Plaintiff**

212 ASHLAR WAY
TOMS RIVER, NJ 08753

**Year of Birth:** 1949
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**ESTABROOKS , SHIRLEY , Plaintiff**

19002 GOLF CREST DRIVE
COMMERCE TOWNSHIP, MI 48382

**Year of Birth:** 1949
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**ESTILL , MICHAEL , Plaintiff**

PO BOX 270
WHITNEY, TX 76692

**Year of Birth:** 1958
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**ETHERIDGE , CRYSTAL , Plaintiff**

167 MAGNOLIA AVENUE
GEORGIANA, AL 36033

**Year of Birth:** 1987
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**FANNIN , JO ANN , Plaintiff**

634 WILLIAMS CREEK
RUSH, KY 41168

**Year of Birth:** 1941
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**FORD , JOANN , Plaintiff**

3107 VAUCLUSE ROAD
AIKEN, SC 29801

**Year of Birth:** 1960
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**FOX , CHARLES , Plaintiff**

711 W. CHILTON STREET
CHANDLER, AZ 85225

**Year of Birth:** 1957
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**FRANKLIN , JOEY , Plaintiff**

PO BOX 46655
DALTON, GA 30719

**Year of Birth:** 1955
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**FRAZIER , EVROD , Plaintiff**

6085 VALLIE OAKS PLACE
LITHONIA, GA 30058

**Year of Birth:** 1954
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**SEXTON , KELLY , Plaintiff**

5846 CARTERS VALLEY ROAD
MOUNT CARMEL, TN 37645

**Year of Birth:** 1963
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GAITHER , KENNETH , Plaintiff**

6508 ASHDALE PLACE
CHARLOTTE, NC 28215

**Year of Birth:** 1955
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GALE , WILLIAM , Plaintiff**

PO BOX 83
UPPERCO, MD 21155

**Year of Birth:** 1949
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GALLAGHER , DIANA , Plaintiff**

1136 BEDFORD AVENUE SW
CANTON, OH 44710

**Year of Birth:** 1946
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GALLEGOS , MARK , Plaintiff**

11461 W. SHARPTHORN STREET
BOISE, ID 83709

**Year of Birth:** 1956
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GALLOWAY , DALE , Plaintiff**

500 WINGO ROAD
WINGO, KY 42088

**Year of Birth:** 1946
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GARDINER , ALGERNON , Plaintiff**

35385 SOMERSET RIDGE ROAD
LOCUST GROVE, VA 22508

**Year of Birth:** 1969
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GATES , JACQUELINE , Plaintiff**

31 PEACH TREE DRIVE
DAVISON, MI 48423

**Year of Birth:** 1955
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GERBER , RONALD , Plaintiff**

W2315 HILL ROAD
GRANTON, WI 54436

**Year of Birth:** 1937
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GERLAK , JOHN , Plaintiff**

935 NOTTINGHAM DRIVE
MEDINA, OH 44256

**Year of Birth:** 1940

**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GOIN , SHARON , Plaintiff**

1517 MADISON AVENUE
APT. 200
MEMPHIS, TN 38104

**Year of Birth:** 1955
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GOMEZ , FRANK , Plaintiff**

513 N. SUMMERS STREET
VISALIA, CA 93291

**Year of Birth:** 1937
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GORDON , WALTER SR , Plaintiff**

415 E. HOWELL STREET
HARTWELL, GA 30643

**Year of Birth:** 1950
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GORNTO , BRUCE , Plaintiff**

5 E. 3RD STREET
ISLETON, CA 95641

**Year of Birth:** 1960
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GRAHAM , SUSAN , Plaintiff**

420 S. KIRKWOOD ROAD
APT. 211
ST. LOUIS, MO 63122

**Year of Birth:** 1935
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GRANT , RICHARD , Plaintiff**

514 PICARDY DRIVE N
OAKLAND, CA 94605

**Year of Birth:** 1971
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GRIEDER , DAVID , Plaintiff**

435 RIVERVIEW ROAD
POMPTON LAKES, NJ 07442

**Year of Birth:** 1951
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GRIMMETT , MARVIN , Plaintiff**

12861 BARTLETT STREET
GARDEN GROVE, CA 92845

**Year of Birth:** 1956
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GROW , DEBRA , Plaintiff**

10414 SCOTNEY AVENUE NW
NORTH CANTON, OH 44720

**Year of Birth:** 1964
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GRUBER , JULIE , Plaintiff**

3408 SE 6TH STREET
POMPANO BEACH, FL 33062

**Year of Birth:** 1948
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**GUNTER , RONALD , Plaintiff**

3865 COUNTY ROAD 6340
WEST PLAINS, MO 65775

**Year of Birth:** 1955
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HALL , WILLIAM , Plaintiff**

13113 ELLERSTON DRIVE
EVANSVILLE, IN 47725

**Year of Birth:** 1947
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HAMMERBACHER , JOSEPH , Plaintiff**

20 LEINSTER GARTH
NOTTINGHAM, MD 21236

**Year of Birth:** 1953
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HANDY, M.D. , THOMAS , Plaintiff**

1420 HANDY WOODS DRIVE
WINSTON SALEM, NC 27104

**Year of Birth:** 1941
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HANNAH , ROY , Plaintiff**

9587 LEITCHFIELD ROAD
CECILIA, KY 42724

**Year of Birth:** 1949
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HANZAK , GARY , Plaintiff**

1710 HUCKLEBERRY DRIVE
AIKEN, SC 29803

**Year of Birth:** 1957
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HARRIS , DANIEL , Plaintiff**

212 VINE STREET
SLIDELL, LA 70460

**Year of Birth:** 1947
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HARRIS , THOMAS , Plaintiff**

10329 NIBLIC DRIVE
OVERLAND, MO 63114

**Year of Birth:** 1965
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HASTINGS , CHARLES , Plaintiff**

250 PLACID STREET NW
WINSTON-SALEM, NC 27104

**Year of Birth:** 1940
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HAUGAN , CAROLEE , Plaintiff**

37 PRAIRIE DOG LANE
GREAT FALLS, MT 59404

**Year of Birth:** 1946
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HEARTSILL , HENRY , Plaintiff**

7387 STEINER STORE ROAD
HONORAVILLE, AL 36042

**Year of Birth:** 1944

**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

| **HELLENDRUNG , STEVEN , Plaintiff** | | |
|---|---|---|

1720 MANWARING AVENUE
UNIT 4
RICE LAKE, WI 54868

**Year of Birth:** 1953
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

| **HENRY , SHARON , Plaintiff** | | |
|---|---|---|

2054 SAXON DRIVE
ARNOLD, MO 63010

**Year of Birth:** 1976
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

| **HENRY , THURMAN , Plaintiff** | | |
|---|---|---|

1946 LEHMAN AVENUE
TOLEDO, OH 43611

**Year of Birth:** 1961
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

| **HILL , JOSEPH , Plaintiff** | | |
|---|---|---|

593 S. BRETT STREET
CRESTVIEW, FL 32539

**Year of Birth:** 1955
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

| **HOCHENDONER , PAUL , Plaintiff** | | |
|---|---|---|

1362 SPYGLASS HILL
GREENSBURG, PA 15601

**Year of Birth:** 1960
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

| **HOLLAND , JAMES , Plaintiff** | | |
|---|---|---|

196 METHODIST RIDGE ROAD
TELFORD, TN 37690

**Year of Birth:** 1960
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

| **HOLLOWAY , LAWRENCE , Plaintiff** | | |
|---|---|---|

126 CONLEY DRIVE
BENTON, LA 71006

**Year of Birth:** 1952
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HOLMES , SANDRA , Plaintiff**

41 CHERRY LANE
BETHEL, VT 05032

**Year of Birth:** 1937
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HORTON , MICHAEL , Plaintiff**

{P BPX 773
STAPLETON, AL 36578

**Year of Birth:** 1965
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HOUSTON , DONALD , Plaintiff**

1829 N. A STREET
APT. 28
LAKEWORTH, FL 33460

**Year of Birth:** 1962
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HULL , FREDDIE , Plaintiff**

200 LONGCREEK DRIVE
COVINGTON, GA 30016

**Year of Birth:** 1959
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HUNT , DAVID , Plaintiff**

234A ROAD 1399
TUPELO, MS 38804

**Year of Birth:** 1957
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HUSTON , DOREEN , Plaintiff**

11615 SCOTTSDALE DRIVE
MEADOWS PLACE, TX 77477

**Year of Birth:** 1956
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**HUTH , JOHN , Plaintiff**

519 LAVINA STREET
FORT WAYNE, IN 46602

**Year of Birth:** 1953
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**IKNER , JEFFREY , Plaintiff**

2833 WINDRIVER DRIVE
MODESTO, CA 95356

**Year of Birth:** 1959
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**INGRAM , DAVID , Plaintiff**

2256 FIRESTONE PLACE
WINTER HAVEN, FL 33884

**Year of Birth:** 1952
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JACOBS , DUAINE , Plaintiff**

1640 RED BIRD LANE
APOPKA, FL 32703

**Year of Birth:** 1941
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JAMES , JEFFREY , Plaintiff**

5407 STINSON ROAD
RUSH, KY 41168

**Year of Birth:** 1963
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JEFFERS , DEBRA , Plaintiff**

2326 WINEGARDEN COURT
WILDWOOD, MO 63011

**Year of Birth:** 1954
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JIMENEZ , MICHAEL , Plaintiff**

1609 COUNTRY CHARM LANE W.
JACKSONVILLE, FL 32225

**Year of Birth:** 1960
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JOBLINSKE , TYRONE , Plaintiff**

300 1ST STREET
LYLE, MN 55953

**Year of Birth:** 1969

**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JOHNSON , ALQUINSTON , Plaintiff**

7605 WARWICK DRIVE
ST. LOUIS, MO 63121

**Year of Birth:** 1941
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JOHNSON , STANLEY , Plaintiff**

202 ASPEN LANE
SYLVESTER, GA 31791

**Year of Birth:** 1956
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JONES , BERNADETTE , Plaintiff**

1506 SW FORT KING STREET
OCALA, FL 34471

**Year of Birth:** 1947
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**JURCZAK , FRANK , Plaintiff**

617 4TH STREET
CHARLEROI, PA 15022

**Year of Birth:** 1942
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**KELLEY , STEVEN , Plaintiff**

1010 N. 7TH STREET
MARSHALL, IL 62441

**Year of Birth:** 1980
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**KERANS , CHARLES , Plaintiff**

6908 BRONCO LANE
SUMMERFIELD, NC 27358

**Year of Birth:** 1945
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**KIEFER , WILLIAM , Plaintiff**

629 SUMAC STREET
FREDERICK, CO 80530

**Year of Birth:** 1968

**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**KILLEN , MARGARET , Plaintiff**

412 2ND AVENUE
LORETTO, TN 38469

**Year of Birth:** 1939
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**KING , ERWIN , Plaintiff**

1216 DURHAM ROAD
KNOXVILLE, TN 37931

**Year of Birth:** 1933
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**KIRBY , ROBERT , Plaintiff**

502 BISCAYNE LANE
SEBASTIAN, FL 32958

**Year of Birth:** 1933
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**KNOTT , BARBARA , Plaintiff**

7180 W. LEMON STREET
ODESSA, TX 79766

**Year of Birth:** 1956
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**KOWALSKY , DONALD , Plaintiff**

W 131 THEURER LANE
ARCADIA, WI 54612

**Year of Birth:** 1942
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**LAIRD , KENITH , Plaintiff**

4615 SOUTHWEST FREEWAY
HOUSTON, TX 77027

**Year of Birth:** 1952
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**LAWHORN , ROBIN , Plaintiff**

59 N. 1ST STREET
ORESTES, IN 46063

**Year of Birth:** 1957
**Party End Date:** 07/08/2019

Party End Reason: Party
Released/Ended

## LEDBETTER , ANGELA , Plaintiff

5713 MOUNTAIN LAUREL TRACE
PINSON, AL 35126

**Year of Birth:** 1970
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

## LESSOR , REBECCA , Plaintiff

152 DEER CREEK COURT
EASLEY, SC 29642

**Year of Birth:** 1949
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

## LONGORIA , MARIA , Plaintiff

9606 HIDDEN PLAINS STREET
SAN ANTONIO, TX 78250

**Year of Birth:** 1951
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

## LOVINS , MICHAEL , Plaintiff

1604 HERMITAGE
MURRAY, KY 42071

**Year of Birth:** 1951
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

## MACCROSSEN , RANDY , Plaintiff

13 BIRCH TERRACE
BATTLE CREEK, MI 49014

**Year of Birth:** 1961
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

## MAGINNIS , NINAMARY , Plaintiff

PO BOX 206734
LOUISVILLE, KY 40250

**Year of Birth:** 1956
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

## MAGNICARI , KELLI , Plaintiff

1434 MT. LAUREL DRIVE
WINTER SPRINGS, FL 32708

**Year of Birth:** 1984
**Party End Date:** 07/08/2019
**Party End Reason:** Party

Released/Ended

**MAIARO , EDWARD , Plaintiff**

2300 LYNDELL DRIVE
CHALMETTE, LA 70043

**Year of Birth:** 1957
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**MAIO , CHERIE , Plaintiff**

25 NIMBUS DRIVE
VERNON, NJ 07462

**Year of Birth:** 1971
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**MANESS , RHONDA , Plaintiff**

146 PINE VALLEY DRIVE
CONWAY, AR 72034

**Year of Birth:** 1960
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**MARKER , TAYLOR , Plaintiff**

20206 LYNN DRIVE
PRIOR LAKE, MN 55372

**Year of Birth:** 1994
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**MARKLEY , CHARLES , Plaintiff**

600 WALLACH DRIVE
EUREKA, MO 63025

**Year of Birth:** 1958
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**MARTUS , DEBORAH , Plaintiff**

25374 NORMANDY STREET
ROSEVILLE, MI 48066

**Year of Birth:** 1959
**Party End Date:** 07/08/2019
**Party End Reason:** Party
Released/Ended

**MASMINSTER , CHARLENE , Plaintiff**

5058 SANDSTONE CIRCLE
HARRISON, OH 45030

**Year of Birth:** 1940
**Party End Date:** 07/08/2019
**Party End Reason:** Party

Released/Ended

| **MONSANTO COMPANY ,** **Defendant** | represented by | **MINANA , GREGORY JAMES , Attorney for Defendant** |
|---|---|---|
| CSC-LAWYERS INC SERVICE CO 221 BOLIVAR STREET JEFFERSON CITY, MO 65101 | | 190 CARONDELET PLZ STE 600 ST. LOUIS, MO 63105 **Business:** (314) 480-1500 |
| | co-counsel | **MILLER , CHRISTINE F , Attorney for Defendant** |
| | | 190 CARONDELET PLZ STE 600 ST. LOUIS, MO 63105 **Business:** (314) 480-1500 |
| | co-counsel | **ADAMS , ROBERT THOMAS , Attorney for Defendant** |
| | | SHOOK HARDY & BACON LLP 2555 GRAND BLVD KANSAS CITY, MO 64108-2613 **Business:** (816) 474-6550 |
| | co-counsel | **HANSELL , ERIK LANSDOWNE , Attorney for Defendant** |
| | | 190 CARONDELET PLZ STE 600 ST LOUIS, MO 63105 **Business:** (314) 480-1500 |
| | co-counsel | **LARSEN , MATHEW LEE , Attorney for Defendant** |
| | | 2555 GRAND BLVD KANSAS CITY, MO 64108 **Business:** (816) 559-2252 |
| | co-counsel | **LORING , MARTIN MCCORMICK , Attorney for Defendant** |
| | | HUSCH BLACKWELL LLP 4801 MAIN ST STE 1000 KANSAS CITY, MO 64112 **Business:** (816) 983-8142 |
| **OSBORN & BARR** **COMMUNICATIONS, INC. ,** **Defendant** | represented by | **OTT , DAVID GERARD , Attorney for Defendant** |
| DAVID G OTT 7700 FORSYTH BLVD, STE 1800 ST. LOUIS, MO 63105 **Party End Date:** 07/08/2019 **Party End Reason:** Party Released/Ended | | 7700 FORSYTH BLVD STE 1800 ST LOUIS, MO 63105 **Business:** (314) 621-5070 |
| | co-counsel | **JANSEN , SCOTT TIMOTHY , Attorney for Defendant** |
| | | 919 BOONVILLE RD JEFFERSON CITY, MO 65109 |

| | | co-counsel | **COOK , JENNIFER ELIZABETH , Attorney for Defendant** |
|---|---|---|---|
| | | | SUITE 1800<br>7700 FORSYTH BLVD<br>SAINT LOUIS, MO 63105 |
| **OSBORN & BARR HOLDINGS, INC. , Defendant** | | represented by | **OTT , DAVID GERARD , Attorney for Defendant** |
| DAVID G OTT<br>770 FORSYTH BLVD STE 1800<br>ST. LOUIS, MO 63105<br><br>**Party End Date:** 07/08/2019<br>**Party End Reason:** Party<br>Released/Ended | | | 7700 FORSYTH BLVD<br>STE 1800<br>ST LOUIS, MO 63105<br>**Business:** (314) 621-5070 |
| | | co-counsel | **JANSEN , SCOTT TIMOTHY , Attorney for Defendant** |
| | | | 919 BOONVILLE RD<br>JEFFERSON CITY, MO 65109 |
| | | co-counsel | **COOK , JENNIFER ELIZABETH , Attorney for Defendant** |
| | | | SUITE 1800<br>7700 FORSYTH BLVD<br>SAINT LOUIS, MO 63105 |