Aimee H. Wagstaff, Esq.
SBN 278480
Aimee.Wagstaff@AndrusWagstaff.com
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>**ALL ACTIONS** | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**DECLARATION OF AIMEE H. WAGSTAFF, ESQ. IN SUPPORT OF PLAINTIFFS' CO-LEAD COUNSEL'S REPLY MEMORANDUM ON MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE** |

**DECLARATION OF AIMEE H. WAGSTAFF, ESQ.**

I, Aimee H. Wagstaff, Esq. declare and state:

1. I am a co-founding partner of Andrus Wagstaff, PC and co-lead counsel of MDL 2741: *In re Roundup Products Liability Litigation*. Andrus Wagstaff, PC (AW) is based in Lakewood, Colorado. Since 2015, AW has dedicated the vast majority of its human and financial resources to fighting Monsanto (and Bayer) on behalf of cancer victims exposed to Roundup. In doing so, AW has spent tens of millions of dollars.

2. When this litigation began in 2015/2016 and the Plaintiff Executive Committee (PEC) was being organized, dozens of law firms declined the offer to join the leadership team. To this day, no other law firm has sought to join the executive committee and only the PEC members

---

**DECLARATION OF AIMEE H. WAGSTAFF**

and the Sill Law Group, PLLC have contributed to the general MDL common benefit expenses. There are four (4) state court venues with sizeable case counts: (1) St. Louis County, Missouri; (2) St. Louis City, Missouri; (3) the Oakland, California JCCP; and (4) Delaware state court. Other than the Oakland JCCP, which is led by PEC members Baum Hedlund and The Miller Firm, no state court has appointed leadership. With the assistance of local law firms in each venue, members of the MDL PEC have organized and led the litigation in all four state court venues listed above.

3.      In addition to the common benefit work in MDL 2741, AW engaged in significant state court work. For example, Monsanto's worldwide headquarters are/were in St. Louis County, Missouri. AW led the litigation charge in St. Louis County - namely through the *Gordon* and *Priest* trials. AW used the MDL experts and MDL work product in the *Gordon* and *Priest* litigations. The *Gordon* case was the first St. Louis County case for almost every litigation milestone (first to win *Daubert*, deposition cuts, trial briefs, etc.). The St. Louis based Holland Law Firm was co-trial counsel on the *Gordon* case and helped create invaluable common benefit work product. It is believed that the *Drevyanko* and *Bognar* trial teams (both St. Louis County cases) used the *Gordon* (and, thus, MDL) work product. AW also worked up a Montana state court case (*Cazier*) through expert discovery. The *Cazier* work product has also been utilized for the common benefit of all Roundup plaintiffs.

4.      The law firms of Category 3 Objectors Trammell and Kirkendall signed the Participation Agreement and agreed to be bound by any common benefit order by this Court in exchange for access to the MDL document depository, all MDL discovery, and all trial materials from the three common benefit trials. These law firms were given access to the same. Further, I was copied on an e-mail wherein my paralegal sent to Mr. Trammell all of the corporate deposition transcripts (with exhibits) and non-case specific written discovery. I have spoken with Mr. Kirkendall and his law partner Mr. Alexander Dwyer numerous times regarding the Roundup litigation, resolution, strategy, and experts. Most recently, I spoke with Mr. Kirkendall on January 21, 2021 for over thirty (30) minutes– almost exclusively on trial strategy and his retention and use

**DECLARATION OF AIMEE H. WAGSTAFF**
2

of MDL expert Dr. Sawyer for his California state court preference cases. After our call, I was copied on e-mails wherein my paralegal sent to Mr. Kirkendall numerous case specific deposition transcripts at his request. Further, I had an in-person meeting scheduled with Mr. Kirkendall (set at his request) at my office in Denver to discuss Roundup trial strategy on Tuesday February 2, 2021 (just two days before he filed his objection). I received a last-minute text from Mr. Kirkendall on February 1, 2021 saying he "unfortunately" had "to bail" on our meeting. Although I responded with an offer to reschedule, I have received no correspondence from him since he cancelled our meeting – other than his objection.

5. The Sill Law Group is an official member of the MDL's expert discovery team. As a member of the MDL expert discovery team, the Sill Law Group contributed significant funds to the retention of the MDL experts and other general common benefit expenses. It is my understanding that the Sill Law Group is lead counsel for the *Drevyanko* and *Bognar* plaintiffs that were set for trial in St. Louis County in 2020. After the Lanier Law Firm (LLF) joined the trial teams for those two cases in early 2020, LLF contacted me to discuss retention of the MDL experts. My understanding is that MDL experts were in fact retained and disclosed in *Drevyanko* and *Bognar.*

6. After this Court appointed Special Master Feinberg, AW began negotiating a settlement with Monsanto in or around May 2019. The original negotiations included five (5) PEC law firms, Monsanto/Bayer's counsel, and Special Master Feinberg. We proposed and fought for a global resolution. At some point after it became clear that Monsanto would not entertain a global resolution, AW began negotiating directly and individually with Monsanto. AW's Master Settlement Agreement was executed in September 2020, after almost 16 months of heavy and constant negotiations. There are over 125 law firms included in the AW settlement. I have not seen, nor do I know, the settlement values for cases included in any other leadership or common benefit law firm.

I declare under penalty of perjury that the foregoing is true and correct.

---

**DECLARATION OF AIMEE H. WAGSTAFF**

3

1
2
3    Dated: February 18, 2021                    Respectfully Submitted,
4
5                                                _____
6                                                Aimee H. Wagstaff, Esq.
                                                 Declarant
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF AIMEE H. WAGSTAFF**
4