Sims G. Weymuller
Elizabeth McLafferty
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WEA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: sims@sgb-law.com
mclafferty@sgb-law.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MAILMAN,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br>**MDL Case No. 3:20-cv-00015**<br><br>**Hon. Vince Chhabria** |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 19th day of February, 2021.

| | |
|---|---|
| /s/ *Elizabeth McLafferty* | /s/ *Brian Stekloff* |
| SIMS G. WEYMULLER | BRIAN STEKLOFF |
| ELIZABETH MCLAFFERTY | Wilkinson Stekloff LLP |
| Schroeter Goldmark & Bender | 2001 M. Street NW, 10th Floor |
| 810 Third Ave, Suite 500 | Washington, DC 20036 |
| Seattle, WA 98104 | Phone: (202) 847-4030 |
| Phone: (206) 622-8000 | Email: bstekloff@wilkinsonstekloff.com |
| Fax: (206) 682-2305 | |
| Email: sims@sgb-law.com | *Counsel for Defendant Monsanto Company* |
| mclafferty@sgb-law.com | |

*Counsel for Plaintiff*

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED:   February 19, 2021, at Seattle, Washington.

_____
Alder Burgess, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  burgess@sgb-law.com