GERALD B. SINGLETON, SBN 208783
JOHN C. LEMON, SBN 175847
**SINGLETON SCHREIBER McKENZIE & SCOTT, LLP**
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email:  gsingleton@ssmsjustice.com
            jlemon@ssmsjustice.com

*Attorneys for Plaintiffs*

# NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| *Joseph Mignone v. Monsanto Company, et al.,* 21-cv-00501-VC | **Declaration of John C. Lemon in Support of Motion to Remand to Alameda County Court (JCCP No. 4953)** |

I, John C. Lemon, declare as follows:

1. I am over the age of 18 and competent to testify.

2. I am a partner at Singleton Schreiber Mckenzie & Scott, LLP (SSMS).

3. Attached to this pleading as Exhibit A is a file-stamped (via Case Anywhere) copy of Joseph Mignone's January 5, 2021 motion for trial preference in the Superior Court for the County of Alameda (JCCP No. 4953).

4. On February 17, 2021, I reviewed SSMS's database of its Roundup clients. The firm currently represents 715 plaintiffs, 558 of which claim to have been exclusively residential users of Roundup.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed in San Diego, California, this 18th day of February 2021.

_s/ John C. Lemon_  
JOHN C. LEMON