| | |
|---|---|
| 1 | Elizabeth A. Fegan |
| 2 | FEGAN SCOTT LLC<br>150 S. Wacker Dr., 24th Fl. |
| 3 | Chicago, IL 60606<br>Ph: 312.741.1019 |
| 4 | Fax: 312.264.0100<br>beth@feganscott.com |
| 5 | *Attorney for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Elizabeth A. Fegan, of the firm Fegan Scott LLC, hereby enters her appearance as counsel for Plaintiffs Aaron Sheller and Kabe Cain in the above captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other written papers in connection with this action be served on and directed to the undersigned counsel.

Dated: February 23, 2021

By: /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiffs*

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS
Case No. 3:19-cv-07972

**CERTIFICATE OF SERVICE**

    I certify that, on February 23, 2021, a copy of the foregoing Notice of Appearance on Behalf of Plaintiffs was served on all counsel of record via ECF.

| | |
|---|---|
| Dated: February 23, 2021 | By: /s/ Elizabeth A. Fegan <br> Elizabeth A. Fegan <br> FEGAN SCOTT LLC <br> 150 S. Wacker Dr., 24th Fl. <br> Chicago, IL 60606 <br> Ph: 312.741.1019 <br> Fax: 312.264.0100 <br> beth@feganscott.com |