1

Melissa Ryan Clark
FEGAN SCOTT LLC

2

140 Broadway, 46th Floor
New York, NY 10005

3

T: 347-353-1150
F: 312-265-0100

4

melissa@feganscott.com

5

*Attorney for Plaintiffs*

6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

8

9

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741
Case No. 16-md-02741-VC

10

11

This document relates to:

12

*Ramirez, et al. v. Monsanto Co.*, Case No.
3:19-cv-02224

13

14

15

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS**

16

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

17

    PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Melissa Ryan Clark, of

18

the firm Fegan Scott LLC, hereby enters her appearance as counsel for Plaintiffs Aaron Sheller

19

and Kabe Cain in the above captioned matter and respectfully requests that all pleadings, notices,

20

orders, correspondence, and other written papers in connection with this action be served on and

21

directed to the undersigned counsel.

22

Dated: February 23, 20201

By: /s/ Melissa Ryan Clark

23

Melissa Ryan Clark
FEGAN SCOTT LLC

24

140 Broadway, 46th Floor
New York, NY 10005

25

T: 347-353-1150
F: 312-265-0100

26

melissa@feganscott.com

27

*Counsel for Plaintiffs*

28

1

**CERTIFICATE OF SERVICE**

2      I certify that, on February 23, 2021, a copy of the foregoing Notice of Appearance on

3   Behalf of Plaintiffs was served on all counsel of record via ECF.

4   Dated: February 23, 2021                                    By: *Melissa Ryan Clark*
                                                                Melissa Ryan Clark
5                                                               FEGAN SCOTT LLC
                                                                140 Broadway, 46th Floor
6                                                               New York, NY 10005
                                                                T: 347-353-1150
7                                                               F: 312-265-0100
                                                                melissa@feganscott.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS
Case No. 3:19-cv-07972