1  Sims G. Weymuller
   Elizabeth McLafferty
2  SCHROETER GOLDMARK & BENDER
   810 Third Avenue, Suite 500
3  Seattle, WEA 98104
   Phone: (206) 622-8000
4  Fax: (206) 682-2305
5  Email: sims@sgb-law.com
   mclafferty@sgb-law.com
6  *Attorneys for Plaintiffs*

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                      **NORTHERN DISTRICT OF CALIFORNIA**

9   MICHAEL ZECH and DAWN ZECH,
    Husband and Wife,                    **MDL No. 2741**
10                                       **Docket No. 3:16-md-02741-VC**
11  Plaintiffs,
                                         **MDL Case No. 3:19-cv-03578**
12         v.
                                         **Hon. Vince Chhabria**
13  MONSANTO COMPANY,

14  Defendant.

15

16
                    **STIPULATION OF DISMISSAL WITH PREJUDICE**
17
        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
18
    parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be
19
    dismissed with prejudice, each party to bear its own costs.
20
        Respectfully submitted this 23rd day of February, 2021.
21

22

23

24

25

26

/s/ *Elizabeth McLafferty*
SIMS G. WEYMULLER
ELIZABETH MCLAFFERTY
Schroeter Goldmark & Bender
810 Third Ave, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: sims@sgb-law.com
　　　　mclafferty@sgb-law.com

*Counsel for Plaintiffs*

/s/ *Brian Stekloff*
BRIAN STEKLOFF
Wilkinson Stekloff LLP
2001 M. Street NW, 10th Floor
Washington, DC 20036
Phone: (202) 847-4030
Email: bstekloff@wilkinsonstekloff.com

*Counsel for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, service of this document was effected pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

DATED: February 23, 2021, at Seattle, Washington.

_____
Alder Burgess, Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email:  burgess@sgb-law.com