Patrick J. Stueve, #37682 MO
Todd E. Hilton, #51388 MO
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
hilton@stuevesiegel.com
stueve@stuevesiegel.com

*Counsel for Potential Class Member*
*Christine Taylor-Butler*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-02224 | NOTICE OF APPEARANCE |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Patrick J. Stueve of the firm Stueve Siegel Hanson LLP hereby enters his appearance on behalf of potential settlement class member Christine Taylor-Butler in the above-captioned matter and respectfully requests that he be added to the electronic service list.

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

 /s/ *Patrick J. Stueve*

Patrick J. Stueve, #37682 MO
Todd E. Hilton, #51388 MO
460 Nichols Road, Suite 200

Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hilton@stuevesiegel.com
stueve@stuevesiegel.com

## CERTIFICATE OF SERVICE

I hereby certify that, on February 23, 2021, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Patrick J. Stueve