UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BLACK FARMERS ASSOCIATION, | MDL No. 2741 |
| | Case No.: 3:21-cv-00966-VC |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING SCHEDULE OF ACTIONS** |
| MONSANTO COMPANY | |
| Defendant. | |

THIS MATTER came before the Court based on Plaintiff National Black Farmers Association's Motion for Entry of Scheduling Order. Having reviewed the proposed schedule and finding good cause shown, the Court GRANTS the schedule as detailed below.

**Schedule:**

| Event | Date |
|---|---|
| Close of fact discovery. | **June 15, 2021** |
| Plaintiff's expert reports due. | **June 29, 2021** |
| Monsanto's expert reports due. | **July 6, 2021** |
| Close of expert discovery. | **September 8, 2021** |
| Monsanto's *Daubert* and summary judgment briefs due | **September 22, 2021** |
| Plaintiff's opposition and cross-motions re: *Daubert* and summary judgment due | **October 6, 2021** |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due | **October 20, 2021** |
| Plaintiff's replies re: *Daubert* and summary judgment due | **November 3, 2021** |
| *Daubert* hearing (if necessary) | **December 13, 2021** |
| Bench Trial | **January 2022** |

**Case Transferred to the MDL from Missouri District Courts:**

| Plaintiffs | MDL Case No. | Transferor Court |
|---|---|---|
| National Black Farmers Association | 3:21-cv-00966-VC | USDC Eastern District MO |

Date: _____          _____
                                 HONORABLE VINCE CHHABRIA
                                 UNITED STATES DISTRICT COURT