John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lee Eggleston*, Cause No. 3:20-cv-05366-VC (N.D. Cal)<br><br>*William Millner*, Cause No. 3:20-cv-05366-VC (N.D. Cal)<br><br>*Elsie Mulch*, Cause No. 3:20-cv-05366-VC (N.D. Cal)<br><br>*Paul Timberlake*, Cause No. 3:20-cv-05366-VC (N.D. Cal)<br><br>*Sylvia Solis*, Cause No. 3:20-cv-07391-VC (N.D. Cal) | |

Defendant's Reply In Support of Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

## MONSANTO'S REPLY IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET

On February 3, 2021, Defendant ("Monsanto") filed a Motion to Dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS") regarding the following Wave III plaintiffs: Lee Eggleston; William Millner; Elsie Mulch; Paul Timberlake; and Sylvia Solis. Plaintiffs have not filed an opposition—which was required to be filed by February 18, 2021.[1] Nor have any of the Plaintiffs submitted a PFS, rendering each still deficient and subject to Monsanto's Motion to Dismiss.

Because each of the above-identified Plaintiffs have failed to submit a PFS or opposition, Monsanto respectfully requests its Motion to Dismiss be granted with prejudice.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
John L. Ackley
Texas Bar No. 24108036
E-mail: jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

*Attorney for Defendant,*
*MONSANTO COMPANY*

---

[1] While the Motion to Dismiss was filed in the main MDL case on February 3, 2021, the filing was not completed until February 4, 2021—when the motion was filed in the individual cases. Therefore, the 14-day deadline to respond did not begin to run until February 4, 2021.

## CERTIFICATE OF SERVICE

  I, John Ackley, hereby certify that on February 25, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                */s/ John L. Ackley*
                John L. Ackley