Jeffrey A. Lamken
Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C.  20037
Telephone:  (202) 556-2000
Facsimile:   (202) 556-2001
Email:      jlamken@mololamken.com
Email:      enitz@mololamken.com

Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone:  (212) 607-8160
Facsimile:   (212) 607-8161
Email:      lgrinberg@mololamken.com

*Attorneys for Objector  Lanier Law Firm, P.C.,
et al.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY  LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No.  3:16-md-02741-VC<br><br>**NOTICE OF SUPPLEMENTAL DECLARATION IN SUPPORT OF THE LANIER LAW FIRM'S OBJECTION TO PLAINTIFFS' CO-LEAD COUNSEL'S MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE**<br><br>Hearing date:  March 3, 2021<br>Time: 1:00 PM |

The Lanier Law Firm, through undersigned counsel, submits the attached Supplemental Declaration of W. Mark Lanier to supplement the record in support of the Lanier Law Firm's objection to Plaintiffs' Co-Lead Counsel's Motion To Supplement Pre-Trial Order 12: Common Benefit Fund Order To Establish a Holdback Percentage and to clarify certain matters discussed in Mr. Lanier's earlier declaration. *See* Dkt. 12526 (objection); Dkt. 12526-3 (original declaration). Lanier Law Firm still views itself as a Category 1 Objector. Lanier Law Firm, however, leaves it to the Court to determine whether it is better viewed as a Category 1 or Category 2 Objector in light of the attached declaration. We apologize to the Court for the need to submit this clarification and for any resulting inconvenience or confusion.

Dated:  February 25, 2021

Respectfully submitted,

/s/ Jeffrey A. Lamken
Jeffrey A. Lamken
Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W., Suite 500
Washington, D.C.  20037
Telephone:  (202) 556-2000
Facsimile:  (202) 556-2001
Email:      jlamken@mololamken.com
Email:      enitz@mololamken.com

Leonid Grinberg (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
Telephone:  (212) 607-8160
Facsimile:  (212) 607-8161
Email:      lgrinberg@mololamken.com

*Attorneys for Objector Lanier Law Firm, P.C., et al.*