UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br><br>**JOINT REQUEST FOR EXTENSION OF TIME REGARDING AN ADDITIONAL DEPOSITION OF DR. CHRISTOPHER PORTIER IN WAVE 2** |

The parties respectfully request an amendment to the Wave 2 Order to extend the time to take an additional deposition of Dr. Portier. The reasons for the request are as follows:

1. Dr. Portier provided a revised 168-page expert report in Wave 2 which expands his opinions to cover additional reliance material, since his earlier reports in this MDL. Monsanto requested that Plaintiffs make Dr. Portier available for another deposition, not to exceed 7 hours. That deposition will be limited to the newly included reliance material and any expanded opinions. Plaintiff agreed to allow another deposition of Dr. Portier.

2. The parties agree his deposition will be via Zoom (or another remote means).

3. Dr. Portier lives in Switzerland, a country which places restrictions on the taking of testimony of individuals living in Switzerland for foreign litigation. While Switzerland has relaxed certain restriction since COVID, the taking of Dr. Portier's remote deposition from Switzerland will take approximately two to three

months to be approved based on the parties understanding of the process for approval.

    4. As an alternative, Dr. Portier is willing to travel to a European country which does not place restrictions on foreign depositions, as he has done in the past, but he cannot travel until after he has received a COVID vaccination. At the current time, there is no way to know the timing of when that will occur or what the travel restrictions may be at that time.

    5. As a result, the parties request an extension of time for close of expert discovery for Dr. Portier only, from March 10, 2021 to June 30, 2021.  The remainder of the deadlines in Wave 2 would remain the same.

By:   */s/ Robin Greenwald*
Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 26th day of February, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin Greenwald