UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **[PROPOSED] ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME REGARDING AN ADDITIONAL DEPOSITION OF DR. CHRISTOPHER PORTIER IN WAVE 2** |

**THIS CAUSE** having come before the Court on the parties' Joint Request for Extension of Time Regarding an Additional Deposition of Dr. Christopher Portier. Having reviewed said request and finding food cause shown, the Court hereby GRANTS the parties' Joint Request for Extension of Time Regarding an Additional Deposition of Dr. Christopher Portier.

**IT IS SO ORDERED:**

The close of expert discovery for only Dr. Christopher Portier shall be extended from March 10, 2021 to June 30, 2021. The remainder of the deadlines in Wave 2 remains the same.

Dated:

_____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE