## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2741 |
| | ) | Case No. 16-md-02741-VC |
| This document relates to:   **ALL CASES** | ) ) ) ) ) ) ) ) ) ) ) | **HOLLAND LAW FIRM'S MOTION FOR LEAVE TO FILE SUR-REPLY TO THE REPLY TO THE MOTION TO AMEND PRETRIAL ORDER 12: COMMON BENEFIT FUND ORDER** |

COMES now the Holland Law Firm (HLF), and hereby request that the Court grant leave permitting HLF to file a brief Sur-Reply to the Reply to the Motion to Amend Pretrial Order 12: Common Benefit Fund Order.  In support thereof, HLF states as follows:

1.      HLF submits this request for leave pursuant to Civil L.R. 7-3(d), which states that after a reply is filed, no additional memoranda, papers or letters may be filed without Court approval.

2.      HLF requests that the Court allow it to file a brief Sur-Reply to the Reply the Motion to Amend Pretrial Order 12 (the "Reply"), which is filed herewith.

3.      In their Reply, the MDL Leadership specifically identifies HLF and describes one limited example of HLF's involvement in the St. Louis Roundup litigation.  (Doc. 12615, p. 5, Fn. 9; Doc. 12615-12, ¶ 3).  Therefore, HLF submits that a brief sur-reply is warranted to address and respond to the specific references to HLF that was set forth in the Reply.

WHEREFORE, Holland Law Firm respectfully requests that the Court grant leave permitting HLF to file a Sur-Reply to the Reply to the Motion to Amend Pretrial Order 12: Common Benefit Fund Order, and for any further relief deemed just and proper.

Respectfully Submitted,

**HOLLAND LAW FIRM**


By: */s/ Eric D. Holland*
Eric D. Holland
211 N. Broadway, Suite 2625
Saint Louis, MO 63102
(314) 241-8111
(314) 241-5554 – Facsimile
eholland@hollandtriallawyers.com


## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Circuit Court for the United States District Court, Northern District of California using the CM/ECF system, which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

**HOLLAND LAW FIRM**


By: */s/ Eric D. Holland*
Eric D. Holland
211 N. Broadway, Suite 2625
Saint Louis, MO 63102
(314) 241-8111
(314) 241-5554 – Facsimile
eholland@hollandtriallawyers.com