**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2741 |
| | ) | Case No. 16-md-02741-VC |
| This document relates to:   **ALL CASES** | ) ) | |
| | ) | **[PROPOSED] ORDER RE:** |
| | ) | **HOLLAND LAW FIRM'S** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **SUR-REPLY TO THE REPLY** |
| | ) | **TO THE MOTION TO AMEND** |
| | ) | **PRETRIAL ORDER 12:** |
| | ) | **COMMON BENEFIT FUND** |
| | ) | **ORDER** |

The Court, having considered the Holland Law Firm's Motion for Leave to File a Sur-Reply to the Reply to the Motion to Amend Pretrial Order 12:  Common Benefit Fund Order, hereby GRANTS the request for leave.

_____                    _____
DATE                                                        JUDGE