**HOLLINGSWORTH**LLP
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                   elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Daryl Nels Swan and Geneva Swan v. Monsanto Co.*,<br>Case No. 3:21-cv-00639-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

DATED:  February 26, 2021     Respectfully submitted,

              <u>/s/ Joe G. Hollingsworth</u>
              Joe G. Hollingsworth (*pro hac vice*)
              (jhollingsworth@hollingsworthllp.com)
              Eric G. Lasker (*pro hac vice*)
              (elasker@hollingsworthllp.com)
              HOLLINGSWORTH LLP
              1350 I Street, N.W.
              Washington, DC  20005
              Telephone:  (202) 898-5800
              Facsimile:   (202) 682-1639

              *Attorneys for Defendant*
              *MONSANTO COMPANY*