**HOLLINGSWORTH**LLP
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:         elasker@hollingsworthllp.com
                   mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*John Adams v. Monsanto Company*,<br>Case No. 3:21-mc-80034 | |

**MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT**

Pursuant to Pretrial Order No. 183, defendant Monsanto Company ("Monsanto") hereby submits this report regarding a lawsuit that: (a) was directly filed in this district last month (February 2021); and (b) apparently fails to comply with the personal jurisdiction and venue requirements: *John Adams v. Monsanto Company*.  Plaintiff filed a "Short Form Complaint" alleging that he was "at all times material hereto" a resident of Florida and that he was exposed to Roundup®-branded herbicides in Florida.  He does not allege any connections between his claims and the State of California.

In addition, Monsanto notes that this lawsuit was filed in this Court as a miscellaneous case and that a short form complaint is not appropriate for this case because, to Monsanto's knowledge, this case was not severed from a multi-plaintiff lawsuit.

DATED:  March 1, 2021  Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTHLLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*