Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA  22960
Telephone: (540) 672-4224
Facsimile:  (540) 672-3055

Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO  80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' CO-LEAD COUNSEL'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO AMEND PRE-TRIAL ORDER 12** |

STATEMENT OF RECENT DECISION

**PLAINTIFFS' CO-LEAD COUNSEL'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO AMEND PRE-TRIAL ORDER 12**

Pursuant to Local Rule 7-3(d)(2), Plaintiffs' Co-Lead Counsel notifies the Court of supplemental authority in *In Re*: *3M Combat Arms Earplug Products Liability Litigation*, Case 3:19-md-02885-MCR-GRJ, Doc. 1659 (N.D. FL., 2/17/21)[1] (Declaration of Jeffrey Travers at Exhibit A). Counsel directs the Court particularly to Sections ¶¶ II, III(B)(2)(a), and III(B)(2)(b), wherein the Court ordered substantially the same scope as PTO 12 and imposes penalties for counsel who unsuccessfully object. The Plaintiffs' Leadership Counsel of the *In re: 3M* MDL who asked for and received this order from Judge Rodgers include the following objector law firms: The Lanier Law Firm, Watts Guerra LLP, Napoli Shkolnik, PLLC, Henninger Garrison Davis LLC, and Gibbs Law Group LLP. *In Re: 3M Combat Arms Earplug Products Liability Litigation,* Case 3:19-md-02885-MCR-GRJ, Doc. 376 (N.D. FL., 5/22/2019) (Declaration of Jeffrey Travers at Exhibit B, pp. 3-4). There are over 200,000 plaintiffs with cases pending in the *In Re*: *3M* MDL court alone. *Estes v. 3M Co.*, 2:20-MC-3930-WKW-KFP, 2020 WL 8254487, at *1 (M.D. Ala. Dec. 29, 2020).

Dated: March 1, 2021

                                          Respectfully submitted,

                                          /s/ Robin Greenwald
                                          Robin Greenwald
                                          rgreenwald@weitzlux.com
                                          Weitz & Luxenberg
                                          700 Broadway
                                          New York, NY 10003

                                          /s/ Mike Miller
                                          Michael Miller

---

[1] CLC just learned of this order on March 1, 2021.

STATEMENT OF RECENT DECISION
1

mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

/s/ Aimee Wagstaff
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood, CO 80226

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*