| | |
|---|---|
| 1 | Jeffrey A. Travers |
| 2 | jtravers@millerfirmllc.com |
|   | The Miller Firm LLC |
| 3 | 108 Railroad Avenue |
|   | Orange, VA  22960 |
| 4 | Telephone: (540) 672-4224 |
|   | Facsimile:  (540) 672-3055 |
| 5 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|  | Case No. 16-md-02741-VC |
| This document relates to: | **DECLARATION OF JEFFREY TRAVERS IN SUPPORT OF STATEMENT OF SUPPLEMENTAL AUTHORITy RE: PLAINTIFFS' CO-LEAD COUNSEL'S MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE** |
| **ALL CASES** | |

**DECLARATION OF JEFFREY TRAVERS**

# DECLARATION OF JEFFREY TRAVERS

I, Jeffrey Travers, declare and state:

1. I am an attorney at law admitted to practice before all of the courts in the state of Virginia. I am an attorney at The Miller Firm, LLC, attorneys of record for Plaintiffs. I am over eighteen years of age and am fully competent to make this Declaration in support. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Common Benefit Holdback Order in *In Re: 3M Combat Arms Earplug Products Liability Litigation*, Case 3:19-md-02885-MCR-GRJ, Doc. 1659 (N.D. FL., 2/17/21)

3. Attached hereto as Exhibit B is a true and correct copy of the Order Appointing Plaintiff Leadership in *In Re: 3M Combat Arms Earplug Products Liability Litigation, Case 3:19-md-02885-MCR-GRJ, Doc. 376 (N.D. FL., 5/22/2019)* Attached hereto as Exhibit 4 is a true and correct copy of the Common Benefit Holdback Order in *In re Lidoderm Antitrust Litigation*, 14-md-02521.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2021      By: /s/ Jeffrey A. Travers
                                                 Jeffrey A. Travers
                                                 Declarant

**DECLARATION OF JEFFREY TRAVERS**
2