UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*National Black Farmers Association v. Monsanto Co.*<br>Case No. 21-cv-00966 | **ORDER DENYING MOTION TO ENTER SCHEDULING ORDER AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12638 |

The motion to enter a scheduling order is denied as improperly filed. Scheduling concerns should generally be addressed through motions for administrative relief pursuant to Local Rule 7-11. Other motions must be filed in accordance with Local Rule 7-2. That rule requires motions to be noticed on the motion calendar for a hearing not less than 35 days after filing of the motion. Counsel for the plaintiff are advised to review the Northern District's local rules as well as Judge Chhabria's standing order.

A case management conference is scheduled for April 14, 2021, at 2:00 pm. A joint case management statement is due 14 days prior. The parties should use that statement to describe any requests or proposals regarding scheduling and discovery.

**IT IS SO ORDERED.**

Dated: March 1, 2021

VINCE CHHABRIA
United States District Judge