UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Ramirez, et al. v. Monsanto Co.*<br>Case No. 3:19-cv-02224 | **PRETRIAL ORDER NO. 228: ORDER REGARDING AMICUS BRIEFS**<br>Re: Dkt. No. 12531 |

The Court has received an inquiry about amicus briefs relating to the motion for preliminary approval. Any amicus brief, along with a request that it be considered, should be filed by Friday, March 5, 2021. Absent extraordinary circumstances, the Court will grant requests to consider amicus briefs. The plaintiffs can respond to any amicus arguments in their reply. If someone submitting an amicus brief wishes to participate in oral argument, they may include a request to do so.

**IT IS SO ORDERED.**

Dated: March 2, 2021

VINCE CHHABRIA
United States District Judge