

*Christopher L. Schnieders*
PARTNER – KANSAS CITY OFFICE
DIRECT (913) 246-3860
CSchnieders@napolilaw.com

March 2, 2021

Honorable V. Chhabria
Northern District of California
San Francisco Courthouse, Courtroom 4
17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

      Re:    **MDL No. 2741; Case No. 16-md-02741-VC; in the United States District Court, Northern District of California**

              *Napoli Shkolnik Letter Response to Plaintiffs' Co-Lead Counsel's Statement of Recent Decision in Support of Motion to Amend Pre-Trial Order 12*

Dear Judge Chhabria:

      We write to inform the Court that, in addition to being procedurally improper (because it concerns a judicial order that was published *before* Co-Lead Counsel filed their reply, *contra* Civil Local Rule 7-3(d)(2)), Co-Lead Counsel's "statement" asserting that that order submitted was "asked for and received" by a leadership group that included Napoli Shkolnik, PLLC is humiliatingly false—twice over.  First, the outdated appointment order referenced for this claim expressly appointed the firm's *former* partner Jennifer Liakos in a personal capacity, *see* Co-Lead Ex. B at 7, and as our website demonstrates, she is no longer a member of the firm (and hasn't been for over 12 months).  And second, Ms. Liakos was not reappointed to leadership in the *operative* appointment order, which Co-Lead Counsel somehow failed to attach.   *See In re: 3M*, N.D. Fl. Dkt. No. 19-md-2885, Doc. 1131 (PTO-38, May 17, 2020) at 2 (naming to leadership neither Ms. Liakos nor anyone else from Napoli Shkolnik).

                                                  Very truly yours,

                                                  Christopher L. Schnieders