**Bryce T. Hensley**
**ROMANUCCI & BLANDIN, LLC**
**State Bar #6327025**
**321 N. Clark Street, Suite 900**
**Chicago, Illinois 60654**
**(312) 253-8800**
**bhensley@rblaw.net**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| | Case No. 3:16-MD-2741-VC |
| **This Document relates to:** | The Honorable Judge Vince Chhabria |
| *ALL CASES* | **NOTICE OF JOINDER AND JOINDER IN OPPOSITION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE FILED BY ROMANUCCI & BLANDIN, LLC** |

Romanucci & Blandin, LLC hereby joins in and adopts the following Oppositions and Objections to the Motion to Amend Pre-Trial Order 12: Common Benefit Fund Order to Establish a Holdback Percentage (Dkt. No. 12394):

- *Daniel C. Burke*, Filed at Dkt. No. 12532

- *Karen Barth Menzies, et al.*, Filed at Dkt. No. 12530

- *Arati C. Fuentes, et al.*, Filed at Dkt. No. 12527

- *Madeleine Brumley*, Filed at Dkt. No. 12539

- *David Diamond*, Filed at Dkt. No. 12543

The arguments raised and facts asserted in the above-referenced Oppositions and Objections reflect the overall experience of the undersigned counsel in his representation of clients in this MDL and in state court proceedings in cases involving Roundup exposure. Those arguments and facts are incorporated herein in their entirety, as well as the prayers for relief set forth in each.

Romanucci & Blandin, LLC only briefly notes their specific position, which most closely reflects those "Category 3 Objectors" referenced in Dkt. No. 12530—those Objectors representing Plaintiffs whose Roundup cases are filed in a variety of state and federal courts, including this MDL and who (i) executed a Participation Agreement and/or (ii) were improvidently removed to federal court.

The undersigned executed a Participation Agreement with the MDL PEC for purposes of receiving ancillary support in the form of common benefit documents and access to the MDL PEC repository. However, the MDL PEC never lived up to their end of the bargain contained within the Participation Agreement. The MDL PEC failed to provide *any* of the documents or the access promised in the Participation Agreement despite *numerous* requests from the undersigned and his colleagues. To date, no "common benefit" has been gained for any of the undersigned's cases.

Instead, the undersigned and his colleagues were left to their own devices and have worked up all of their cases without the MDL PEC's assistance. In that time, the undersigned and his colleagues have obtained at least one settlement in the case styled *Meghan Caruso, et al. v. Russo Hardware, et al*. (3:20-cv-01017-VC). That case was initially filed in state court, improperly removed to federal court, and the subject of a fully-briefed Motion to Remand before this Court (Dkt. 9745). That case currently is awaiting the entry of an Order remanding the case back to state court for purposes of effectuating settlement following the Parties' filing of a Joint Stipulation

JOINDER IN OPPOSITION TO MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE—3:16-MD-02741

Regarding Remand (Dkt. 12383) *that was filed prior* to the MDL PEC's instant Motion (Dkt. 12394). It is only now, as the case still remains pending before this Court and with imminent implications to its resolution, that the undersigned felt necessary to lodge an objection regarding the MDL PEC's Motion.

Simply put, that case—and to the undersigned's knowledge many other cases—was settled without any assistance from or benefit gleaned from the MDL PEC. All of the work done on that case, from pre-suit research through the present, was accomplished by the undersigned and his colleagues *alone*. It would be against all fairness and equity that the MDL PEC be allowed to withhold any funds from that case—or any case—they did not assist on and did not contribute any benefit to. Whether any common benefit is recognized for the rest of the undersigned's cases—or any case—remains to be seen and is best set forth in the above-referenced papers previously filed.

The undersigned intends to be present for the scheduled March 3, 2021 Zoom hearing and, should the Court request, is willing to answer any questions of the Court or Counsel regarding Romanucci & Blandin, LLC's working up of any of their cases, as well as to elaborate on the concerns set forth here or in the incorporated Oppositions and Objections.

Respectfully submitted

**Date: March 3, 2021**

/s/ Bryce T. Hensley
**ROMANUCCI & BLANDIN, LLC**
Illinois State Bar No. 6327025
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-8800
bhensley@rblaw.net
*Counsel for Plaintiffs*

JOINDER IN OPPOSITION TO MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE—3:16-MD-02741

## **CERTIFICATE OF SERVICE**

I, Bryce T. Hensley, hereby certify that on March 3, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

**Date: March 3, 2021**                                         /s/ Bryce T. Hensley
                                                                               Bryce T. Hensley

JOINDER IN OPPOSITION TO MOTION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE—3:16-MD-02741