Curtis Smolar (SBN: 194700)
General Counsel
Legalist, Inc.
10120 W Flamingo Rd Ste 4 #3015
Las Vegas, NV 89147
Telephone: (415) 429-8168
curtis@legalist.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
| MEGHAN CARUSO, *et al.*, | Case No. 3:16-MD-2741-VC |
| Plaintiffs, | |
| vs. | **LEGALIST, INC.'S AMENDED NOTICE OF LIEN ON FUNDS OWED TO ROMANUCCI & BLANDIN, LLC** |
| RUSSO HARDWARE, *et al.*, | |
| Defendants. | |
| USDC – NDIL No. 1:19-cv-7121 USDC – NDCA No. 3:20-cv-01017-VC | |

NOTICE IS HEREBY GIVEN that Legalist, Inc. ("Legalist"), as party to a Litigation Funding Agreement with ROMANUCCI & BLANDIN, LLC (the "Agreement") and pursuant to §§ 9-406 and 9-607 of the Uniform Commercial Code, has a valid, first-priority lien against ROMANUCCI & BLANDIN, LLC in the amount of one million, seventy-five thousand dollars ($1,075,00.00).

Legalist's lien attaches to any attorneys' fees owed to ROMANUCCI & BLANDIN, LLC. A true and correct copy of Legalist's current UCC-1 financing statement reflecting this lien is attached hereto as Exhibit A.

1       Legalist demands that its lien against ROMANUCCI & BLANDIN, LLC be satisfied from
2 any attorneys' fees owed to ROMANUCCI & BLANDIN, LLC in connection with this matter.
3
4
5 Dated: March 3, 2021                          Respectfully submitted,

6                                            */s/ Curtis Smolar*
                                           Curtis Smolar (SBN: 194700)
7                                            General Counsel
                                           Legalist, Inc.
8                                            10120 W Flamingo Rd Ste 4 #3015
                                           Las Vegas, NV 89147
9                                            Telephone: (415) 429-8168

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **CERTIFICATE OF SERVICE**

I hereby certify that, on this the 3rd day or March 2021, I have served copies of Legalist, Inc.'s Amended Notice of Lien on Funds via first class mail upon the following attorneys of record:

Bryce Thomas Hensley
Romanucci and Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60652
Bhensley@rblaw.net.
*Counsel for Plaintiff, Meghan Caruso, Independent Executor of the Estate of John Caruso, deceased*

Thomas Joseph Dammrich, II
Peter Francis O'Neill
Shook, Hardy & Bacon LLP
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Docket@shb.com
pfoneill@shb.com
*Counsel for Defendant Monsanto Company*

Eric Gordon Lasker
Martin C. Calhoun
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
elasker@hollingsworthllp.com
mcalhoun@holingsworthllp.com
*Counsel for Defendant Monsanto Company*

Brad Antonacci
Brett Michael Mares
Christopher J. Drinkwine
Jordan W. Emmert
Heyl, Royster, Voelker & Allen
33 N. Dearborn Street, 7th Floor
Chicago, IL 60602
Bantonacci@heylroster.com
bmares@heylroyster.com
cdrinkwine@heylroyster.com
Jemmert@heylroyster.com
*Counsel for Intervenor University of Illinois-Chicago*

CASE NO. MDL 2741
CERTIFICATE OF SERVICE

|     |                                    |
| --- | ---------------------------------- |
| 1   | _/s/ Curtis Smolar_                |
|     | Curtis Smolar                      |
| 2   |                                    |
| ... |                                    |

/s/ Curtis Smolar
Curtis Smolar

CASE NO. MDL 2741
CERTIFICATE OF SERVICE

3

# EXHIBIT A

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
02/20/20    12:10
$20.00    Electronic

**25222466**    FS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Brian Wong    415-570-7878

B. E-MAIL CONTACT AT FILER (optional)
brian@legalist.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Legalist Inc.
880 Harrison Street
303A
San Francisco, CA, 94107

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

1a. ORGANIZATION'S NAME: Romanucci & Blandin, LLC

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 321 N. Clark Street | Chicago | IL | 60654 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

2a. ORGANIZATION'S NAME:

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: Legalist Inc.

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 880 Harrison Street, 303A | San Francisco | CA | 94107 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
This financing statement covers the following collateral: Any and all value due to and/or received by, on behalf of, or in lieu of payment ("Claim Proceeds"), to Counsel arising out of, relating to, and/or in connection to the following cases:

1) First Midwest Bank v. City of Chicago et al., Case #1:14-cv-09665 pending in the Illinois Northern District Court;

2) Chiffon Davis and India Williams v. New York City Housing Authority, et al., Case #1:18-cv-00459 pending in the New York Southern District Court;

3) Yalena Lopez-Lewis v. The Boeing Company and Rosemount Aerospace, Inc. , Case #1:19-v-04964 pending in the Illinois Northern District Court;

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decendent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here

9a. ORGANIZATION'S NAME
Romanucci & Blandin, LLC

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)        SUFFIX

RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
02/20/20      12:10
$20.00    Electronic

**25222466**                FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (form UCC1) (use exact, full name; do not omit, modify, or abbreviate and part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
4) Meghan Carusso v. Russo Hardware, Inc., et al. (and ten other additional claims brought by Plaintiffs and represented by Counsel against the Monsanto Company regarding Roundup exposure), Case #18-L-011723 pending in the Illinois Circuit Court, Cook County; and

5) Susan Kamuda et al. v. Sterigenics U.S., LLC et al., Case #18-L-10475 pending in the Illinois Circuit Court, Cook County,

(and/or any related appeals or cases), as a result of any judgment, award, order, settlement arrangement and/or compromise (including payment of any damages (whether treble, compensatory, punitive, or special), compensation, interest, restitution, recovery, judgment sum, arbitral award, settlement sum, compensation payment, costs and interest on costs), whether in monetary or non-monetary form, whether

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY - UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

| | |
|---|---|
| 12. ADDITIONAL SPACE FOR ITEM 4 (Collateral) (cont): | **25222466**   FS |

actual or contingent, and before deduction of any taxes which the Plaintiffs may be liable to pay in connection with such value due to and/or received by Counsel.