Russell S. Post
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Fax: (713) 951-3720
rpost@beckredden.com

*Counsel for Objectors Arnold & Itkin LLP and Kline & Specter, P.C.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **Notice of Appearance of Russell S. Post** |
| Ramirez, et al. v. Monsanto Co., Case No. 3:19-cv-02224 | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Attorney Russell S. Post hereby appears in the above-captioned case on behalf of Objectors Arnold & Itkin LLP and Kline & Specter, P.C. for the limited purpose of objecting to the Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, and Direction of Notice under Fed. R. Civ. P. 23(e), filed at ECF No. 1253.[1]  Mr. Post is admitted to practice and in good standing in the United States District Court for the Southern District of Texas and is admitted *pro hac vice* in this proceeding under Pre-Trial Order No. 1, entered October 6, 2016.

---

[1] Arnold & Itkin LLP and Kline & Specter, P.C. and the clients they represent in Round-Up litigation do not generally submit to this Court's jurisdiction and are not subject to the terms of the Court's Pretrial Order No. 12 (ECF 161) concerning the common benefit fund.  They have not filed claims pending in MDL 2741 and will not do so.  They have not accepted MDL work product and will not do so.  They have not agreed and will not agree to be bound by the terms of Pretrial Order No. 12 in exchange for MDL work-product.   They do not qualify as Participating Counsel or Participating Cases under Pre-Trial Order No. 12.  This is a limited appearance for the sole purpose of objecting to a proposed class certification motion filed at ECF 1253.

Notice of Appearance of Russell S. Post
3:16-md-02741-VC

BECK REDDEN LLP

By:   /s/ *Russell S. Post*
Russell S. Post
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Fax: (713) 951-3720
rpost@beckredden.com

*Counsel for Objectors Arnold & Itkin LLP and Kline & Specter, P.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Russell S. Post*
Russell S. Post

Dated:  March 3, 2021