**David J. Diamond, Esq.**
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

**DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS**

I, David J. Diamond, declare and state as follows:

1. I am a partner at Goldberg & Osborne LLP, counsel for Plaintiffs in the above-captioned action.

2. The Parties' Joint Administrative Motion to File Under Seal Portions of the Amended Uncontested Petition for Minor's Compromise and Portions of Supporting Exhibits ("the Motion") seeks to maintain the confidentiality of the settlement agreement between Plaintiffs and Defendant and to protect the minor's interests.

3. There are compelling overriding interests here that overcome the right of public access and support sealing the Amended Uncontested Petition for Minor's Compromise: 1) the privacy and protection of the minor and 2) preserving the agreement of the parties to keep the settlement agreement confidential, which is routinely done.

4. The sealing of the Amended Uncontested Petition for Minor's Compromise and related documents is the only means of protecting these overriding interests. There is simply no less restrictive means to protect the minor's privacy, and to preserve the parties' agreement.

5. All confidential settlement agreement information has been redacted, pursuant to the Amended Protective Order. This information has jointly been agreed to as "Confidential" by the parties pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

6. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiffs have prepared proposed redactions of the following documents:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 03/03/2021 | Amended Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 2, Paragraph 3, first 7 lines under "The Following is the proposed distribution of the minor's settlement proceeds" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Amended Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 2, Footnote | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

2

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 03/03/2021 | Amended Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 3, First word in #3 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Amended Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 4, First word in #4 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 1 to Amended Uncontested Petition for Minor's Compromise | Exhibit 2 to the Motion | Under the Email Address Header From: David Diamond; Sent: Thursday, January 21, 2021 1:19 PM; To: Jonathon O. Stottmann, Second Paragraph, Lines 3 & 4 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 2 to Amended Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | First word following "Current Conditional Payment Amount" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 2 to Amended Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | First word following "Demand Amount" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

3

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 03/03/2021 | Exhibit 2 to Amended Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | First word following "Balance Amount" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 2 to Amended Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | First word following "Remaining Principal Balance Amount" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Words following "Settlement Proposal for:" title | Plaintiff | Minor's full name |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Words following "For:" and "Male, Date of Birth" section header | Plaintiff | Minor's full name and date of birth |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | First word after "Guaranteed Lump Sum" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Words following "Subtotal For:" below "Guaranteed Lump Sum" | Plaintiff | Minor's full name |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

4

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under "Guaranteed Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under "Expected Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under "Cost" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Entire section under "For: Anthony Alvarez" section header | Plaintiff | Confidential settlement amounts for s separate Plaintiff |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under the "Guaranteed Benefit" column, under the "Summary Information" header | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under the "Expected Benefit" column, under the "Summary Information" header | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under the "Cost" column, under the "Summary Information" header | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under the "Equiv. Cash @ 4.000%" column, under the "Summary Information" header | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Words following "Quote ID:" in the footer | Plaintiff | Minor's full name |

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated: March 3, 2021

                                                         Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
**GOLDBERG & OSBORNE LLP**
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com
*Attorneys for Plaintiffs*

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

6

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on March 3, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS – 3:19-cv-01630

7