**David J. Diamond, Esq.**
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE AND PORTIONS OF SUPPORTING EXHIBITS**

Before the Court is the Joint Motion to file under seal portions of the Amended Petition and supporting exhibits re: <u>Uncontested Petition for Minor's Compromise</u>. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 03/03/2021 | Amended Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 2, Paragraph 3, first 7 lines under "The Following is the proposed distribution of the minor's settlement proceeds" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Amended Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 2, Footnote | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Amended Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 3, First word in #3 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Amended Uncontested Petition for Minor's Compromise | Exhibit 1 to the Motion | Page 4, First word in #4 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 1 to Amended Uncontested Petition for Minor's Compromise | Exhibit 2 to the Motion | Under the Email Address Header From: David Diamond; Sent: Thursday, January 21, 2021 1:19 PM; To: Jonathon O. Stottmann, Second Paragraph, Lines 3 & 4 | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 2 to Amended Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | First word following "Current Conditional Payment Amount" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

2

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 03/03/2021 | Exhibit 2 to Amended Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | First word following "Demand Amount" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 2 to Amended Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | First word following "Balance Amount" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 2 to Amended Uncontested Petition for Minor's Compromise | Exhibit 3 to the Motion | First word following "Remaining Principal Balance Amount" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Words following "Settlement Proposal for:" title | Plaintiff | Minor's full name |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Words following "For:" and "Male, Date of Birth" section header | Plaintiff | Minor's full name and date of birth |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | First word after "Guaranteed Lump Sum" | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Words following "Subtotal For:" below "Guaranteed Lump Sum" | Plaintiff | Minor's full name |

3

| | Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|---|
| 1 2 3 | | | | | | |
| 4 5 6 7 | 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under "Guaranteed Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 8 9 10 | 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under "Expected Benefit" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 11 12 13 14 | 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under "Cost" column | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 15 16 17 | 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Entire section under "For: Anthony Alvarez" section header | Plaintiff | Confidential settlement amounts for s separate Plaintiff |
| 18 19 20 | 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under the "Guaranteed Benefit" column, under the "Summary Information" header | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 21 22 23 | 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under the "Expected Benefit" column, under the "Summary Information" header | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 24 25 26 27 | 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under the "Cost" column, under the "Summary Information" header | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 28 | | | | | | |

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Each line under the "Equiv. Cash @ 4.000%" column, under the "Summary Information" header | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/03/2021 | Exhibit 3 to Uncontested Petition for Minor's Compromise | Exhibit 4 to the Motion | Words following "Quote ID:" in the footer | Plaintiff | Minor's full name |

Dated: _____, 2021

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT