# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 3 TO AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE


Metropolitan Tower Life Insurance Company

Structured Settlement Broker
200 Park Avenue
New York, New York 10166

## Settlement Proposal for: ▮

| | | | | |
|---|---|---|---|---|
| Owner State : | Delaware (0.00% tax) | | Quote Date: | 02/05/2021 |
| Rate Series: | DA210205 | | Purchase Date: | 03/15/2021 |
| Rates Effective: | 02/05/2021 | | Expiration Date: | 02/05/2021 |
| Case Type: | Assigned | | | |

For: ▮   Male, Date of Birth: ▮   Age: 17

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost | IRR |
|---|---|---|---|---|
| **Guaranteed Lump Sum** - ▮ paid on 08/22/2029. | ▮ | ▮ | ▮ | 1.68% over 9 year(s) |
| **Subtotal For:** ▮ | ▮ | ▮ | ▮ | |

| ▮ | | | | |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost | Equiv. Cash @ 4.000% |
|---|---|---|---|---|
| **ANNUITY COST** | | | ▮ | |
| Assignment Fee | | | ▮ | |
| **TOTAL ANNUITY COST W/ FEES** | ▮ | ▮ | ▮ | ▮ |

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated. The life expectancy is based on standard actuarial assumptions.*

*Met Tower Life generated quote.*

| | | |
|---|---|---|
| Quote ID: ▮ | Feb 5, 2021 | Structured Settlement Broker |
| Prepared by: Arjun Swamy | Page 1 of 1 | Version v12.00/r12.00 |