**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of March, 2021, I electronically filed the foregoing, NOTICE OF JOINDER AND JOINDER IN OPPOSITION TO AMEND PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLDBACK PERCENTAGE FILED BY MOTHERWAY & NAPLETON, LLP, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

               */s/ David J. Gallagher*
               MOTHERWAY & NAPLETON, LLP
               140 S. Dearborn St. Suite 1500
               Chicago, IL  60603
               (312) 726-2699
               (312) 726-6851 Fax
               dgallagher@mnlawoffice.com
               *Attorney for Plaintiff, ROBERT RAWSON*