1  **David J. Diamond, Esq.**
   **State Bar #010842**
2  **698 E. Wetmore Rd., Suite 200**
   **Tucson, AZ 85705**
3  **(520) 620-3975**
   ddiamond@goldbergandosborne.com
4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| 10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|---|
| 11 | | Master Docket Case No. 16-md-02741-VC |
| 12 | | Honorable Vince Chhabria |
| 13 | **THIS DOCUMENT RELATES TO:** | Case No. 3:19-cv-01630 |
| 14 | James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest | **MOTION FOR HEARING ON THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE** |
| 15 | v. | |
| 16 | Monsanto Company | |

19

20   On January 25, 2021, undersigned counsel filed under seal an Uncontested Petition for Minor's

21   Compromise. The Order concerning the Petition is pending with the Court. Since the filing of the Petition,

22   the amount of the Medicare lien has been resolved. Additionally, the minor, and his guardian, asked that

23   the Petition be amended to modify how they would like the minor's settlement funds to be structured. As

24   such, an Amended Petition has been filed.

25

26

27
_____

28   MOTION FOR HEARING ON THE AMENDED UNCONTESTED PETITION FOR MINOR'S
                        COMPROMISE – 3:19-cv-01630

The parties are now fully prepared to move forward to a hearing on the request for the Court to approve minor A.A.'s settlement. Undersigned counsel will submit an updated structured settlement proposal shortly before the hearing as the proposals are only good for a certain period of time.

In light of the parties' readiness to proceed forward, it is respectfully requested that the Court set a hearing on the Amended Uncontested Petition.

Dated: March 3, 2021

                                        Respectfully Submitted,

                                        */s/ David J. Diamond*
                                        David J. Diamond (AZ: 010842)
                                        **GOLDBERG & OSBORNE LLP**
                                        698 E. Wetmore Road, Suite 200
                                        Tucson, AZ 85705
                                        Tel: (520) 620-3975
                                        Fax: (520) 620-3991
                                        ddiamond@goldbergandosborne.com
                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on March 3, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                        */s/ David J. Diamond*
                                        David J. Diamond