**David J. Diamond, Esq.**
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

## [PROPOSED] ORDER SETTING HEARING ON THE AMENDED UNCONTESTED PETITION FOR MINOR'S COMPROMISE

Before the Court is the Amended Uncontested Petition for Minor's Compromise and Motion for Hearing on the Amended Uncontested Petition for Minor's Compromise. A Hearing on the matter shall be set for the _____ day of _____, 2021, at _____ a.m./p.m., via Zoom.

Dated: _____, 2021

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT