UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*ALL Cases* | MDL Docket No. 2741<br><br>Case No.3:16-MD-2741-VC |

**NOTICE OF JOINDER AND JOINDER IN OBJECTIONS AND OPPOSITION BRIEF OF MOVANTS REPRESENTED BY THE MOTHERWAY & NAPLETON LAW FIRM TO THE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED R. CIV. P. 23(E), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS**

Motherway & Napleton, LLP, hereby joins in and adopts the Objections Opposition Brief of the Cooney & Conway Law Firm (Dkt. No. 12657) in regards to the motion for preliminary approval of proposed class settlement, appointment of interim class and subclass counsel, direction of notice under Fed. R. Civ. P. 23(E), Scheduling of a fairness hearing, and stay of the filing and prosecution of Roundup related actions by class members (Dkt. No. 12531):

The Movants, individuals represented by the Motherway & Napleton law firm and unknown others who have been injured as a result of exposure to Defendant Monsanto's "Roundup" products respectfully adopt the persuasive arguments and objection brought by other opponents to the Settlement Agreement.

The Motherway & Napleton movants would be uniquely and adversely impacted by the proposed Settlement agreement as the majority of their matters are pending in litigation in the Circuit Court of Cook County, Illinois, which for the reasons stated in the brief of the Cooney

and Conway Law Firm (Dkt. No. 12657) would result in unfair application of the law to their claims.

The undersigned respectfully requests that this Honorable Court deny the motion for preliminary approval of proposed class settlement, appointment of interim class and subclass counsel, direction of notice under Fed. R. Civ. P. 23(E), scheduling of a fairness hearing, and stay of the filing and prosecution of Roundup-Related actions by class members, or at the very least specify that no case handled by the Motherway & Napleton firm shall be subject to the proposed class settlement.

Respectfully submitted,

Dated: March 03, 2021            /s/ David J. Gallagher
                                 *Attorney for Plaintiff*

DAVID J. GALLAGHER
**MOTHERWAY & NAPLETON, LLP**
140 S. Dearborn, Suite 1500
Chicago, IL 60603
(312) 726-2699
Attorney No: 56421
dgallagher@mnlawoffice.com