**CERTIFICATE OF SERVICE**

     I hereby certify that on this 3rd day of March, 2021, I electronically filed the foregoing, NOTICE OF JOINDER AND JOINDER IN OBJECTIONS AND OPPOSITION BRIEF OF MOVANTS REPRESENTED BY THE MOTHERWAY & NAPLETON LAW FIRM TO THE MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED R. CIV. P. 23(E), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

                    */s/ David J. Gallagher*
                    MOTHERWAY & NAPLETON, LLP
                    140 S. Dearborn St. Suite 1500
                    Chicago, IL  60603
                    (312) 726-2699
                    (312) 726-6851 Fax
                    dgallagher@mnlawoffice.com
                    *Attorney for Plaintiff, ROBERT RAWSON*