Robert L. Lieff (SBN 037568)
Elizabeth J. Cabraser (SBN 083151)
Steven E. Fineman (SBN 140335)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
ecabraser@lchb.com

William M. Audet (SBN 117456)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555

James R. Dugan, II
TerriAnne Benedetto
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Telephone: 312.741.1019

*Counsel for Plaintiffs and the Proposed Class
(additional counsel listed below)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF FILING OF AMENDMENT TO THE SETTLEMENT AGREEMENT** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

2135969.3

The parties in the above-captioned matter respectfully notify the Court of the filing of an

Amendment to the Settlement Agreement, attached as Exhibit A. In summary, the Amendment

makes the following changes to the proposed class Settlement on the terms as specified in the

Amendment:

- Accelerated Payment Awards may be awarded within 40 days after entry of the Preliminary Approval Order rather than 30 days, to match the date on which registration opens. Amendment § 1.2(a).

- Class members in any Tier may be eligible for a Claims Program Award exceeding the maximum payment for that Tier upon a showing of extraordinary circumstances. *Id.* § 1.2(b). Previously, only class members in Tier 4 were eligible to receive an award in excess of the maximum payment for that Tier ($200,000) upon such a showing.

- Following issuance of the Science Panel Determination, Monsanto and the settlement class may depose each member of the Advisory Science Panel in the manner described in the Amendment. *Id*. § 1.2(c). The testimony may be introduced into evidence by either Monsanto or class members as described in the Amendment in tort lawsuits initiated by class members where the Science Panel Determination and Science Panel Stipulation have been admitted. *Id.* §§ 1.2(c), (d).

- No provisions of the Settlement Agreement or Final Order and Judgment will apply to the pending lawsuit *Tomlinson v. Monsanto Co.*, No. 1916-CV22788 (Jackson County, MO Cir. Ct.). Amendment § 1.2(h).

The Amendment also provides for conforming edits to the Settlement to accommodate

the above substantive changes.


Dated: March 3, 2021                    Respectfully submitted,

                                        */s/ Elizabeth J. Cabraser*
                                        Robert L. Lieff (of counsel) (SBN 037568)
                                        Elizabeth J. Cabraser (SBN 083151)
                                        Kevin R. Budner (SBN 287271)
                                        LIEFF CABRASER HEIMANN & BERNSTEIN,
                                        LLP
                                        275 Battery Street, 29th Floor
                                        San Francisco, California 94111-3339
                                        Telephone: 415.956.1000
                                        Facsimile: 415.956.1008
                                        rlieff@lchb.com

2135969.3

ecabraser@lchb.com
kbudner@lchb.com

Steven E.  Fineman (SBN 140335)
Wendy R. Fleishman
Rhea Ghosh
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
sfineman@lchb.com
wfleishman@lchb.com
rghosh@lchb.com

Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN,
LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
akaufman@lchb.com

Elizabeth A Fegan
 *Proposed Subclass 2 Counsel*
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 347.353.1150
Melissa@feganscott.com

James R. Dugan, II
TerriAnne Benedetto
 *Proposed Subclass 2 Counsel*
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130

- 3 -

Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

William M. Audet (SBN 117456)
 *Proposed Subclass 1 Counsel*
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*

- 4 -

2135969.3

## CERTIFICATE OF SERVICE

I hereby certify that, on March 3, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.


 /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser

2135969.3