John R.Tullos
TULLOS & TULLOS
120 Main Street
Raleigh, Mississippi 39153
Telephone: (601) 782-4212

Michelle R. Points, ISB No. 6224
POINTS LAW, PLLC
190 N. Capitol Blvd., Suite 200
Boise, Idaho  83702
Telephone: (208) 287-3216
Email: mpoints@pointslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | SUGGESTION OF DEATH |
| *Gerald Keith Gordaon v. Monsanto Co.*, Case No. 3:20-cv-01271-VC | |

  Counsel for Plaintiff in the above-referenced action hereby gives notice of the  death of Plaintiff Gerald Keith Gordon.   Rev. Gordon passed away on February  18, 2021.

  In accordance with  Federal Rule of Civil Procedure 25(a)(2)  and Mississippi Court Rule  25, Rev. Gordon's wife Judy Gordon, will be substituted in this action so that Rev. Gordon's claims survive and the action on his behalf may proceed.

SUGGESTION OF DEATH - 1

Dated this 4th day of March, 2021

                                          POINTS LAW, PLLC

                                        /s/Michelle R. Points
                                        Michelle R. Points
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Michelle Points, hereby certify that on March 4, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                        /s/Michelle R. Points
                                        Michelle R. Points