Rebecca Smullin (CA Bar No. 250274)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Counsel for amici curiae
Public Citizen and Public Citizen Foundation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| THIS DOCUMENT RELATES TO | ) ) ) |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | ) ) ) |

## NOTICE OF APPEARANCE OF REBECCA SMULLIN

PLEASE TAKE NOTICE that attorney Rebecca Smullin hereby enters her appearance as counsel for amici curiae Public Citizen and Public Citizen Foundation in this case.

Dated: March 4, 2021                    Respectfully submitted,

                                         /s/ Rebecca Smullin
                                        Rebecca Smullin (CA Bar No. 250274)
                                        Public Citizen Litigation Group
                                        1600 20th Street NW
                                        Washington, DC 20009
                                        202-588-1000

                                        Counsel for amici curiae Public Citizen
                                        and Public Citizen Foundation

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                                             /s/ Rebecca Smullin
                                            Rebecca Smullin