# SMOGER DECLARATION

# EXHIBIT A2

# "ROUNDUP FTO GROWTH INITIATIVE" POWER POINT

Message

| | |
|---|---|
| **From**: | VOSS, MARTIN C [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=528068] |
| **Sent**: | 2/12/2009 10:53:36 AM |
| **To**: | FERREIRA, JUAN A [AG/6042] [/O=MONSANTO/OU=LA-5000-01/CN=RECIPIENTS/CN=151896]; ALBA, ALFONSO [AG/5170] [/O=MONSANTO/OU=LA-5050-01/CN=RECIPIENTS/CN=534006]; BASTIEN, REMI [AG/2440] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=620125]; OLIVER, SAMUEL C [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=116021]; EDGE, MARK [AG/6042] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=16743]; LIARDET, VIRGINIE [AG/5170] [/O=MONSANTO/OU=EA-5170-01/CN=RECIPIENTS/CN=228422]; HEERING, DAVID C [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=68681]; KEY, TREY [AG/6042] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=527428]; VORUZ, NATALIA [AG/6042] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=NNVORU]; LUETTMER-OUAZANE, URSULA E [AG/8481] [/O=MONSANTO/OU=EA-5278-01/CN=RECIPIENTS/CN=530845]; MASSA, LISA J [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=296417]; CASTAING, PHILIPPE [AG/5170] [/O=MONSANTO/OU=EA-5170-01/CN=RECIPIENTS/CN=209553]; NARAIN, D [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=243783]; BAKKER, MARJOLEIN [AG/6042] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=8567] |
| **Subject**: | Roundup FTO Growth initiative |
| **Attachments**: | Roundup FTO Growth initiative JAN 09.pptx |

Dear All,

Attached for your reference is the Roundup FTO deck we didn't get to go through today.



Roundup FTO
Growth initiative ...

Looking forward to presenting this to you during a telco soon.

Martin

Confidential - Produced Subject to Protective Order

MONGLY03400272



# ROUNDUP FTO GROWTH INITIATIVE

**MORGES, FEBRUARY 12TH 2009**

# ROUNDUP FTO AS PART OF THE GROWTH INITIATIVES: WHY?



- Preserve the value of a $470M GP business at the horizon of 2014 (draft LRP EMEA)
- Roundup is key to Monsanto in many aspects:
  - N°1 weedkiller all over the world
  - Fantastic brand
  - Close to 100% awareness amongs farmers around the globe
  - Outstanding contributor to Monsanto earnings
  - Pilar to the development of RR crops
- BUT
  - The political context in Europe is very much « against » pesticides
  - Due to its leadership position, Roundup is the easy target chosen by opponents to attack Monsanto (GMO)

# OBJECTIVES OF THE GROUP



- Summarize the issues and better understand what's going on in terms of FTO in Europe

- Raize awareness of risks related to FTO issues and position Roundup FTO as a strategic priority that should be adequately ressouced

- Identify gaps to fill and areas of improvement vs current plans

- How could we make things better or faster?

- Make a recommendation on what incremental ressources would make a real difference and on what initiatives

# FTO BACKGROUND



- Number of issues within the EU are beginning to have potential impact on the continued registration of Roundup
- Decisions are now politically motivated; in the past the regulatory system was science based
- Renewal of the Annex I inclusion of Glyphosate (expires in 2012)
- => political considerations determine the continued or restricted use of PPP
- Need to engage in the political debate above our current activities to ensure that regulators and politicians are able to make informed decisions on the future registration of Glyphosate

# KEY ISSUES – EXTERNAL



- Registrations are under pressure and will be restricted
- Losing a use or a registration has much more impact on the business vs a competitive product and it is immediate
- Pressure on Roundup is increasing
    - Water detects
    - Dominant position
    - Volume increase
    - NK603 introduction
    - Tox allegations
    - Weed resistance
- High awareness of Roundup is fuelled by adverse publicity => easy target with high political value
- => influence on regulatory restrictions

- ROUNDUP (and Monsanto) are the target rather than glyphosate or generic products
- Few allies for Ag Chem who will stand up and be heard
- Knowledge gap: few potential allies understand the value of the product
- Retailers (L&G) are considering moving to less controversial brands
- Restrictions and taxation of classified products

# PRESS ARTICLES

## Herbicide, danger !

Les soupçons se renforcent contre le Roundup. Une étude française conclut à sa toxicité pour les femmes enceintes.

*(texte de l'article en partie illisible)*

**Gilbert Charles**

---

## « Aucun élément nouveau », selon Monsanto



*La Roundup est mis en cause par l'équipe du professeur Séralini. La firme Monsanto, qui le fabrique, conteste tout danger.*

*(texte de l'article en partie illisible)*

P. M.

---

## Le Roundup nocif pour les cellules humaines

Une étude réalisée, à Caen, par le laboratoire du professeur Gilles-Eric Séralini s'inquiète des effets du désherbant Roundup sur la santé.

**La dernière étude faite par votre laboratoire dénonce les effets du Roundup sur la santé**

Nous avons voulu voir quels étaient les effets du Roundup sur les cellules embryonnaires. Même à des doses considérées comme non toxiques, le produit empêche la formation d'hormones sexuelles essentielles au bon développement du fœtus, à ses os et à son sexe.

**Comment avez-vous travaillé pour obtenir de tels résultats ?**

L'étude porte sur des cellules en culture, sans destruction d'embryon. Nous avons travaillé en diluant 10 000 fois le produit vendu en magasin. Je suis inquiet, car on risque de retrouver des résidus de Roundup dans des aliments commercialisés aux États-Unis mais aussi en Europe. Pourquoi ? Tout simplement parce que certaines plantes OGM sont conçues pour résister à ce désherbant et finissent donc par en être imprégnées.

**Pourquoi avoir centré cette étude sur le seul Roundup, un désherbant fabriqué par l'entreprise Monsanto ?**

Le travail réalisé par l'équipe de l'université de Caen s'intéresse aux effets des pesticides sur la santé. Qu'on les retrouve ou non dans des



*Gilles-Eric Séralini.*

OGM. Nous nous intéressons notamment aux effets sur la reproduction et les maladies hormono-dépendantes. Le Roundup est le pesticide désherbant le plus utilisé dans le monde. Sans même parler des OGM, le Roundup pollue les eaux de surface. On peut même considérer ses résidus parmi les plus polluants.

**Vous estimez que la réglementation européenne n'est pas au point ?**

La réglementation européenne pour les homologations des produits phytosanitaires liste des molécules, mais pas forcément leur assemblage pour obtenir un produit. Or, c'est ce mélange final qui peut avoir des conséquences sur la santé. Le Roundup est, à n'en pas douter, un mélange bien plus nocif que le seul glyphosate qui fait partie de sa composition. C'est le glyphosate qui a été analysé pour obtenir les autorisations et non le Roundup en tant que tel. Nous pensons que cela n'est pas bien pris en compte dans la genèse possible de certaines maladies génétiques ou hormonales.

**Pourquoi avoir choisi de publier votre étude aux États-Unis ?**

Il est dans la mission des scientifiques de faire connaître les résultats de leurs recherches au meilleur niveau international. De plus, nos travaux précédents avaient été bien accueillis aux États-Unis, notamment par le chef scientifique du bureau de protection environnementale du procureur général de l'État de New York, lequel avait été impliqué dans le procès en 1996 contre le Roundup de Monsanto.

*Recueilli par François LEMARCHAND.*

---

### L'herbicide Roundup toxique pour les cellules embryonnaires

L'herbicide le plus utilisé au monde, le **Roundup** de Monsanto, a des effets délétères sur des cellules embryonnaires et des tissus placentaires humains, et agit comme un perturbateur endocrinien, selon une étude dirigée par Gilles-Eric Séralini (université de Caen), membre du Comité de recherche et d'information indépendantes sur le génie génétique (Criigen). Ces résultats, publiés le 4 mai dans la revue Archives of Environmental Contamination and Toxicology, complètent les travaux de 2005. *"On observe les premiers effets toxiques à des doses 10 000 fois moins concentrées que la formulation vendue en magasin"*, indique M. Séralini. Ces effets augmentent au fil du temps. Le **Roundup** est, en outre, plus toxique que son principe actif, alors que la majorité des tests avant homologation sont conduits sur cette seule molécule, le glyphosate, regrette le chercheur.

# KEY ISSUES – INTERNAL



- Defense of Roundup brand and use is key to allow RR launch and development
- Roundup is no longer a "cash cow" => critical business priority, alone and for future RR business
- Internal knowledge gaps; awareness and priority of chemistry vs biotech/seed defense
- No formalized way of exchanging FTO info across the EA org.

- No political lobbying for Roundup (generic agchem through ECPA)
- CA targets only recently aligned to support Roundup
- Portfolio developments used to focus on COGs and efficacy, not on low risk/hazard (classifications)
- Opportunity to build and defend brand value by taking leadership

# SO FAR, FTO ISSUES HAVEN'T HAD CLEAR IMPACT ON THE AG BUSINESS…



- … but RISK IS HIGH:
  - Loss or restriction of registration would have a direct and immediate impact on the business
    - Buffer zones vs water points: already implemented
    - Registration withdrawals on coco-amine formulations in FR
    - Politically driven project in GY for ban of tallow-amine based formulations
  - What happens in one country (FR, GY, NL) could have short or mid term an impact in other countries –ripple effect
- L&G and Industrial markets already affected:
  - French L&G distribution turning away from chemical pesticides (retailer Botanic) or just from Roundup (choice of a less controvertial brand)
  - Huge pressure through legal cases (complaints for misleading advertising) – success rate of legal cases in FR has dropped dramatically vs past
  - Banning of pesticides uses in some municipalities

# MANY FTO INITIATIVES GOING ON IN EUROPE



- Roundup FTO group in Brussels (Xavier Belvaux): RA/SA/CA
  - EQS: Avoid inclusion of glyphosate and AMPA in the PSH list (hazardous substances list)
  - Annex 1 renewal at EU level
  - Prepare ground for RR introduction
  - Sustainable use directive
  - Assess Impact of Best Practices: initiate new studies (hard surfaces, vineyards…)
- TD and Stewardship ongoing efforts
  - Water detects: contacts with water industry, studies, monitoring analysis
  - Weed resistance management:  LT approach to building network
  - Benefits document
- Political lobbying through ECPA
- Scientific support: need to identify scientists per country (position papers,…)

- Local initiatives such as in France:
  - Develop farmers networks (CT) to talk about Rup for their own ag practice=> field work
  - Use other farmers as stakeholders to avoid ban of chemical cover crop destruction (before June 2009)
  - Organization modified to take FTO into account
  - Need for specific L&G and amenities projects

# MANY INITIATIVES BUT WITH A LACK OF COORDINATION



- No need  to reinvent the wheel
- But clear need to circulate at country level what's happening at EU level and the other way around
- Missing processes: need to treat FTO as a strategic priority and manage it as a marketing plan (who, what, when, how much?)
- ROUNDUP FTO NEEDS A CHAMPION AT EMEA LEVEL
- ROUNDUP FTO NEEDS A TASK FORCE
- Additional ressources would allow to better or faster exploit existing material, to create new material (studies for example) to justify our assertions, and to communicate

# ROUNDUP FTO CHAMPION



- Coordinate actions
- Ensure consistency in communication around FTO issues
- Create links with other initiatives (such as CA/Biotech Growth Initiative and SYI)
- Lead a Roundup/Glyphosate FTO task force
- Clearly identified person in charge with full endorsement of EMEA management
  - Could be European Agchem PM (open position)

# ROUNDUP/GLYPHOSATE FTO TASK FORCE



- Multi-functional group with representatives of
  - Agchem Businesses
  - Regulatory affairs
  - Scientific affairs
  - Corporate affairs
  - TD & Stewardship
- Agree on Roundup FTO Strategy
- Define an annual Action plan, priorities and ressources
- Ensure inclusion of action plan in yearly budget exercice
- Coordinate at country level: assign Roundup FTO responsibility (person or multi-fonctional group)
- Measure progress and assess results

# IDENTIFIED NEEDS: TRAINING (1/2)



## INTERNAL

- Raise awareness of FTO issues and their importance for the company
- Train sales forces, TD, new comers and potentially all employees

## EXTERNAL

- To farmers and retailers:
  - provide basic information on Roundup
  - Need to reassure them on
    - Toxicity
    - Ecotoxicity
    - Resistance
    - Usage
    - Regulatory evolutions

# IDENTIFIED NEEDS: TRAINING (2/2)



## INTERNAL

- Proposed actions:
  - develop CBT mandatory for all employees. Cost: 50k$ to 200K$ ; Timing: 6 months to 1 year (« regular » CBT or on-line tailor-made training such as Roundup Academy in L&G…)
  - Include FTO objectives in the DPR to make sure each employee participates in the effort . No cost; as of 2010 goal setting exercice
  - FTO special section in On-boarding programs in all countries:
    - make status of existing programs at country level
    - Identify synergies
  - Identify at least one FTO champion in each country

## EXTERNAL

- Retailers:
  - include training of distribution sales forces into commercial policy
    - Face to face in annual meetings
    - CBT
  - Use ECPA & local industry associations to initiate trainings on PPP
    - Use TOPPs material
- From retailers to farmers:
  - Cascade above training to growers
- Directly to farmers:
  - Use the Internet
  - Organize at local level special events around weed resistance management

# IDENTIFIED NEEDS: COMMUNICATION (1/2)



## INTERNAL

- Be ready to reactively address issues when they arise
- Communication strategy made clear to employees
  - Vs current misunderstanding
- More support needed from CA

## EXTERNAL

- Be vocal to defend the brand, express our position & restore trust
  - With customers
  - With farmers/users
  - With the media
- Develop proactive communication on Roundup: create opportunities to deliver positive messages on the brand
- Identify Stakeholders (KIPs) for endorsement

# IDENTIFIED NEEDS: COMMUNICATION (2/2)



## INTERNAL

- Position papers , Q&A ready on time
- Management support and clear communication in crisis context (cf MM. Robin case)
- CA teams in some countries (FR) made able to address immense task (GMO and Roundup FTO in AG, Amenities and L&G) and defend businesses
  - Dedicated headcount for Roundup FTO?
  - Benchmark our current organization vs competition
  - PR/PA agency support

## EXTERNAL

- Customers:
  - Newsletters/regular communication
  - Information meetings with teams/special events
- Farmers:
  - Make better use of Internet to communicate directly to farmers
  - Benefits document
- Media:
  - Use study results to create new news
  - Explain benefits (link with Benefit document )
  - Links with SYI
  - Constantly promote and explain Best Practices (use TOPPs messages)
- Stakeholders:
  - establish process and plan for political lobbying, create missing link with country teams

# SUMMARY



- FTO is a critical piece of our business
- Risk is high, politically driven, emphasized by anti-pesticides context => NEED TO PREPARE FOR THE FUTURE
- Need to better organize & ressource the defense of Roundup and glyphosate

- Implement adequate organization to focus on Roundup FTO and coordinate efforts
- Manage FTO plan as a marketing plan, included in yearly cycle
- Build stronger bridges between global and local initiatives
- Better communicate around actions
- Better valorize key initiatives, esp those who will have impact in other countries

# NEXT STEPS



- Elect the Roundup FTO champion
  - Who: Agchem lead with endorsement of EMEA LT
  - When: now or within recruitment timing (EMEA Agchem PM?)
- Gather the Roundup FTO task force & lead:
  - Who: TBC with endorsement of EMEA LT
  - When: now
- Define EMEA Roundup FTO strategy and detailed action plan including plans at country level
  - Who: Roundup FTO champion and Roundup FTO task force
  - When: ASAP



# THANK YOU



# BACKUP SLIDES

# FTO ISSUES NOT AFFECTING ALL EMEA COUNTRIES SAME WAY



| Volume in KREL<br>GP in US$@ 2014 LRP Parity | | Actual Volume 2008 | Draft Volume 2014 | Draft GP 2014 | Volumes growth 14 vs 08 | Risk/health problem | Risk/Water detects | Risk/efficacy, resistance | Benefits Perception | Acceptance pressure |
|---|---|---|---|---|---|---|---|---|---|---|
| | | @ LRP 2014 Parity | | | | | | | | |
| Germany | GLYPHOSATE | 11,319 | 10,553 | 83,061 | -7% | | | | | |
| France | GLYPHOSATE | 13,079 | 11,591 | 55,879 | -11% | ** | *** | * | * | *** |
| Poland | GLYPHOSATE | 6,619 | 5,910 | 45,222 | -11% | | | | | |
| Spain | GLYPHOSATE | 8,023 | 7,700 | 31,121 | -4% | | | * | ** | |
| SouthAfrica | GLYPHOSATE | 5,267 | 8,585 | 27,049 | 63% | | | | | |
| UK | GLYPHOSATE | 5,181 | 4,512 | 25,917 | -13% | | | | | |
| Italy | GLYPHOSATE | 4,494 | 5,302 | 24,331 | 18% | | | * | ** | |
| Russia | GLYPHOSATE | 2,903 | 6,300 | 19,929 | 117% | (*) | | * | ** | |
| Benelux | GLYPHOSATE | 2,178 | 1,811 | 16,091 | -17% | | | | | |
| Czecho | GLYPHOSATE | 1,502 | 1,496 | 12,884 | 0% | | | | | |
| Ukraine | GLYPHOSATE | 1,625 | 3,100 | 11,318 | 91% | | | * | | |
| Baltics | GLYPHOSATE | 1,897 | 1,828 | 10,931 | -4% | | | | | |
| CIS | GLYPHOSATE | 3,397 | 2,750 | 9,623 | -19% | | | * | * | |
| CESAfrica | GLYPHOSATE | 1,623 | 2,833 | 9,256 | 75% | | | | | |
| Denmark | GLYPHOSATE | 1,719 | 1,539 | 8,972 | -10% | | | | | |
| Greece | GLYPHOSATE | 1,306 | 1,439 | 7,455 | 10% | | | | | |
| Sweden | GLYPHOSATE | 1,092 | 1,060 | 7,264 | -3% | | | | | |
| Ireland | GLYPHOSATE | 1,254 | 1,000 | 6,997 | -20% | | | | | |
| WestAfrica | GLYPHOSATE | 3,569 | 2,278 | 6,367 | -36% | | | | | |
| Finland | GLYPHOSATE | 967 | 866 | 6,332 | -10% | | | | | |
| Portugal | GLYPHOSATE | 1,187 | 1,301 | 6,327 | 10% | | | | | |
| Hungary | GLYPHOSATE | 1,007 | 1,425 | 6,028 | 41% | | | | | |
| Turkey | GLYPHOSATE | 957 | 1,350 | 5,010 | 41% | | | | | |
| Norway | GLYPHOSATE | 854 | 750 | 4,338 | -12% | | | | | |
| Romania | GLYPHOSATE | 363 | 1,080 | 4,062 | 197% | | | | | |
| Switzerland | GLYPHOSATE | 398 | 465 | 3,189 | 17% | | | | | |
| Austria | GLYPHOSATE | 338 | 316 | 2,922 | -6% | | | | | |
| Slovakia | GLYPHOSATE | 322 | 515 | 2,769 | 60% | | | | | |
| Middle East | GLYPHOSATE | 978 | 752 | 2,577 | -23% | | | | | |
| Bulgaria | GLYPHOSATE | 229 | 300 | 1,225 | 31% | | | | * | |
| Croatia | GLYPHOSATE | 192 | 250 | 1,072 | 30% | | | | * | |
| TOTAL | | 86,095 | 90,957 | 465,518 | 6% | | | | | |

Ranking of countries on 2014 LRP GP
Determine which FTO/Stewardship factor
Affects each country and which has most
impact on GP



# KEY ISSUES
# FTO IN FRANCE

# FTO SITUATION IN FRANCE



- Monsanto is the final target but ROUNDUP is attacked
- Post M-M. Robin situation in 2008:
- HUGE press coverage
  - From 100 million in 07 to over 250 million negative contacts in 08
  - Roundup as a product is attacked
    - Toxic
    - Cancer
    - Poison
    - Gardeners asbestos
    - Polluting
    - Recently proved to be carcinogenic
    - Endocrine disruption
- Seralini « 3 » to start 2009 with
- Monsanto not vocal => critical political decisions with restrictions

# ROUNDUP ON THE MEDIA SCREEN / CONSEQUENCES



- For Roundup
  - Restrictions could directly impact our business
    - Uses the more at risk: vineyard / Around the farm / amenity / L&G

  - Media pressure is damaging / eroding the high value perception of Roundup brand
  - Roundup: the only brand quoted
    - Perception that Roundup is more dangerous than a generic formulation
- For pesticides
  - A legal ban of advertising is possible

# A DEBATE WITHOUT REFEREE



- Public opinion
  - Frustrated by recent food scares: BSE, dioxin, contaminated blood
  - Increasing public sensitivity to agriculture practices (pesticides, GMOs)
  - Unacceptable perceived water contamination with pesticides
  - Lack of experts and scientists' credibility
- Politicians and local authorities
  - Promotion of sustainable agriculture by Minister of Ag, including pesticide volume reduction
  - More and more decentralized and non concerted actions / decisions / controls
  - Organic-like agriculture systems promoted by politicians, public and stakeholders
  - Some non rational decisions have been taken by politicians
    - French level: ban Regent and Gaucho
    - European level: paraquat non inclusion
    - Le Grenelle de l'Environnement
  - Authorities don't even dare defend current evaluation system in front of attacks

# FTO ISSUES



- A general context: opponents and official messages are to ban / reduce pesticides use

- 2 months of media crisis: MM Robin Documentary & book / new GMO bill
  - Broadcasting of the documentary by Marie-Dominique Robin "the world according to Monsanto"
  - 1st target: GMO
  - Lot of negative messages on Roundup, a "product which carcinogenicity is now proven"
  - widely announced by the media several weeks before
  - The rapporteur of the GMO bill at the National Assembly even quoted the documentary in his official report
  - A Green MP organized a viewing of the documentary at the National Assembly, just the day before the Plenary discussion of the GM bill (March 31)
  - The book is distributed to politicians / Monsanto was quoted 50 to 60 times during the debate at the National Assembly
  - The strategy of the opponents to GM is very clear: they want to kill Monsanto, to kill the technology and to stop the GM law

# NITRATE DIRECTIVE



- France has been condemned by Europe for nitrates content in drinking water above 50g/l.
- On March 26, the Ministers of Ecology and Agriculture have published a 'circulaire' (official document) giving recommendations to local authorities to write decrees for water quality improvement.
- Measures on 'water sensitive areas' must be published on January 2009.
- The frame given by the Ministers are:
  - Permanent buffer zone of minimum 5m along all water bodies
  - Cover crop on all soils during the period of risk of run off. On all vulnerable area, the cover crop will be an obligation. The objective is to reach 100% of cover of the cultivated areas for 2012.
  - The issue: they recommend mechanical destruction of the cover crop and propose the prohibition of chemical destruction
- Local (département) decision to be taken before the end of this year
  - A lot of discussion will occur in July
- In Poitou: vulnerable area / the battle is uncertain => decision made to cancel billboard campaign for summer 08

# WATER DETECTION / WATER FRAMEWORK DIRECTIVE

## 2003 data / IFEN Report

## 2004 data / IFEN Report



➢ Implementation of the Water Framework Directive

  ✓ Draft Water Agency « Seine Normandie »

  ✓ Reduce by 30 % to 50 % the glyphosate presence in water

# WHAT DO WE DO?

## Stewardship / technical teams

- Glyphosate water contamination:
  - Create and provide information's/tools necessary to scientifically defend glyphosate water issues
- Glyphosate & Roundup Tox allegation :
  - Defend glyphosate & Roundup against all toxicological allegations (Bellé / Seralini … studies) by asking to the officials or independent experts to write reports/publications refuting their conclusions
- Glyphosate weed resistance management
- Glyphosate GAP promotion
- Farmers mobilization to defend gyphosate

# DO WE HAVE TO GO FURTHER?



- There is effectively no political lobbying for Roundup: generic agchem through Industry Unions (ECPA / UIPP)
- Proactive action
  - Alignement of our messages
    - Good sharing « internally »: Monsanto / Scotts / Industry unions / Supportive Farmer associations
  - Define our targets
  - How can we leverage our messages to our key targets?
    - Priority / Resources
- Communication crisis
- Secure our future portfolio with non classified formulation



# FRANCE PUBLIC AFFAIRS
## COMMUNICATION STRATEGY
## PROPOSALS

**GLOBAL & FRANCE MEETING**
**LA GRANDE MOTTE, 2008 JULY 8TH AND 9TH**

## CONTEXT : ATTACKS, THREATS BUT POTENTIAL



- Why France has such reaction to our activities?
    - Emotional on food
    - Tradition of ideology and contestation
    - Debates are not science-based
    - Sanitary crisis
    - Farmers disliked
    - Leadership disliked - anti-americanism

- Very active opponents - orchestrated attacks
    - Roundup and MON810 strongly challenged → permanent crisis
    - Robin's movie → company reputation is a disaster

- Threats to Monsanto : doubts are growing with potential risk for business
    - Scaring leadership
    - « Fantasm » on Monsanto emphasized by our silence
    - Public opinion creates conditions of decisions → we are the « symbol to kill »
        - MON810 – ban
        - Roundup – risk of restrictions
        - Monsanto – diffamation

- Opportunities
    - Global context
    - Facts and products « are playing for us »
    - Vocal stakeholders and wide network
    - Confused but very motivated teams



## TODAY, GLOBAL CA GUIDELINES ARE DIFFICULT TO USE IN FRANCE



• Biotechs more than Roundup

CA communication focused on biotechs because priority given to « not yet accepted » techs → Today, Roundup « acceptation » is threatened too

• Stakeholders more than Monsanto

« Pool game » strategy because stakeholders are more credible than us → Today, Monsanto's reputation makes it difficult to find vocal stakeholders who are expecting Monsanto to be vocal too : in France, you are suspected to be corrupted by Monsanto if you claim you are pro-biotech

• Benefits more than issues

Communication expected on benefits because communication on issues is disturbing and makes polemics bigger → Today, fire is maintained by the activists whatever our silence, and our refusal to responde on issues presents Monsanto as an arrogant and media opportunist company



## TODAY, WE RECOMMEND TO BUILD A MORE OFFENSIVE STRATEGY OF COMMUNICATION



- Challenges
    - a technology « to be accepted »
    - an agchemical product which is an «  clay feet colosseum »
    - an «unpleasant » company….in France


- The strategic proposal
    - Multitargets
    - Pluritactical
    - Customized for France


- Structure of the strategy : 3 focus
    - Biotechs : remain the « heart » of CA communication
    - Roundup : the emergency of CA communication
    - Monsanto corporation : critical situation → we want and have to become « pleasant »



# 2) ROUNDUP

## ROUNDUP : CONTEXT



- Pesticides : post-grenelle + organic fashion

- Roundup and glyphosate : 3 weaknesses
  - Water detections
  - Lack of studies on the surfactant
  - GP advertising necessary to Garden brand leadership

- Image + regulatory threat : risk of imminent ban or restriction
  - Local decrees of ban already taken
  - Rationalization of gly uses by French technical institutes
  - Risk of Roundup listed on EU priority listing for water monitoring
  - Gaucho/Regent scenario → irreversibility beyond any scientific assessment
  - Attack against Monsanto and biotech via Roundup (symbol of « pesticides to kill »)

- Current limits
  - Silence does not stop fires → critical point
  - Difficult to get scientist or farmer endorsement if we remain silent
  - Roundup com = « vicious circle » → defend the product without exposing it too much
  - Is a lawsuit an option ? Chances to win are close to inexistant…



## ROUNDUP : OBJECTIVE ET TACTICS

- Objective : maintain key decision-makers' perception positive on Roundup safety and utility in order to secure approved uses and users' access

- Tactics: neutralize attacks in order to initiate positive communication
  - Limitate increasing unpopularity of Roundup falling down false allegations
    = restore acceptable conditions of reputation for the product
  - encourage recognition that sustainable ag will go through Roundup use
    = start to install Roundup as a sustainable tool

- 5 tactical focus
  1) Media: Monsanto to be vocal in the media in order to encourage endorsement by our allies
  2) GP Journalists : reduce false media allegations and create opportunities for network
  3) Authorities : alert them on utility of glyphosate pointing the threat of a restriction scenario
  4) Customers and users : motivate them to be vocal on glyphosate as a sustainable tool
  5) Our teams : arm our teams to better forward Roundup messages



## 1. MEDIA: MONSANTO TO BE VOCAL IN THE MEDIA TO ENCOURAGE ENDORSEMENT OF ROUNDUP MESSAGES BY OUR ALLIES



- Targets : general public media and trade media

- Messages : Roundup is safe and useful, Monsanto defends it publicly

- Actions
  - Reactive PR→ press releases, press conferences and briefs, interviews – 08/09
    - Not wait for media requests
    - Works when we do it - examples
  - Proactive PR → PR agenda to develop positive stories and coverage – 08/09

- Some tools
  - Support of a PR agency – logistics and production
  - Reassuring Roundup brochure (utility, safety, environment) - Oct 08
  - All Q&A about Roundup
  - Q&A about utility oriented on« which consequences for Ag and Lawn markets in case of use restrictions? »



## 2. GENERAL PUBLIC JOURNALISTS : REDUCE FALSE MEDIA ALLEGATIONS AND CREATE OPPORTUNITIES FOR NETWORK

- Target : general public journalists

- Message : a lot of false allegations on Roundup and glyphosate

- Action : « off » mails to chief editors in case of very bad and false coverage
  - Make regular pedagogy and show proofs of openminded attitude
  - Non hostile mails – informative and argumentative
  - Example of the Pesticide Union

- Some tools
  - Support of a PR agency
  - Reassuring Roundup brochure (utility, safety, environment) - Oct 08
  - All Q&A about Roundup
  - Q&A about utility oriented on« which consequences for Ag and Lawn markets in case of use restrictions? »



## 3. AUTHORITIES : ALERT THEM ON GLYPHOSATE UTILITY POINTING THE THREAT OF A « RESTRICTION » SCENARIO



- National and local political and regulatory decision-makers

- Message : Roundup is a necessity for Ag and towns + good practices

- Action : emergency plan of local contacts for Britanny – 3Q/4Q 08
  - 3 priority regions → reactive contacts in case of issue
  - Brittany pilot region → Preventive contacts (RA, Marketing, TD, commercial – coordination by PA lead)
    - Local and regional administration
    - Ag Chambers
    - Mayors
    - Env associations → mapping
    - Water production unions → mapping

- Some tools
  - Q&A about utility oriented on« which consequences for Ag and Lawn markets in case of use restrictions? »
  - Proposal « what would we let ifit was requested »
  - Reassuring Roundup brochure (utility, safety, environment) - Oct 08
  - All Q&A about Roundup
  - Analysis of IFEN water data



## 4. CUSTOMERS AND USERS : MOTIVATE THEM TO BE POSITEVELY VOCAL ON GLYPHOSATE AS A SUSTAINABLE TOOL

- Target : customers and users –Ag and non ag markets

- Message : utility and good practices

- Actions
  - Actions targeting ag and non ag customers and users
    - Create a « Roundup Price » to encourage projects limitating glyphosate presence in water - 09
    - Attend agricultural general public fairs with Roundup kits - 09
    - Monsanto presence in the media (cf infra) – 08/09
  - Actions targeting Ag customers and users
    - Set up and moderate local think tanks (distrib/farmers) on Roundup  - 09
    - Help reduced or no tillage farmers networks to defend glyphosate - 09
    - Contribute to legitimate IAD  - 09
    - Convey positive messages on Roundup at coops commercial launches – oct 08
  - Actions targeting Garden customers
    - Scotts : regional tour + e-learning  – Apr 08 + 09
    - Retailers : direct link with Monsanto – 08/09
- Some tools
  - GP animation kits
  - e-learning
  - Reassuring Roundup brochure (utility, safety, environment) - Oct 08



## 5. OUR TEAMS : ARM OUR TEAMS TO BETTER FORWARD ROUNDUP MESSAGES TO CUSTOMERS AND STAKEHOLDERS



- Target : regional teams

- Message : all Roundup and gly messages (utility, safety, env. et GP)

- Actions
  - 2008 commercial launch focused on Roundup to help forwarding messages at distributors launches – Fall 08
  - UIPP training for regional teams (inter-companies) - 09
  - Monsanto EMEA communication training (RR) for France employees – 09/10

- Some tools
  - « All ambassadors » UIPP training shaped for regions
  - Monsanto CA EMEA training (RR part)
  - All Q&A about Roundup
  - Reassuring Roundup brochure (utility, safety, environment) - Oct 08
  - e-learning
  - internal event and meetings (cf infra)