# SMOGER DECLARATION

# EXHIBIT A3

# IARC FOLLOW UP DEMONSTRATE SAFETY OF GLYPHOSATE

## IARC FOLLOW UP

## Demonstrate Safety of Glyphosate

### Goals:

1. WHO Retraction/Clarification/Minimization: Lowry/Dykes

   a. Make sure determination doesn't get more widely adopted within WHO
   b. Prevent spread to WTO/SPS
   c. Prevent future bad IARC decisions on pesticides/GMOs
   d. Invalidate relevance of IARC

2. Protect Regulatory FTO: Miller/Vaughn/Dykes/Stater
   a. Re-registration
   b. No bans/restrictions (national; state; local)
   c. Prop 65
   d. SDS Revisions
   e. International requirements (if any) managed
   f. Maintain current MRLs; manage any increased testing

3. Litigation prevention/defense:  McClain

4. Protect Sales Globally:  Christiansen/Calvo
   a. No Restrictions – help monitor FTO risks and coordinate with regulatory
   b. Maintain demand for products

Attorney Work Product/ Attorney Client Privilege

Confidential - Produced Subject to Protective Order                                                          MONGLY03316369

**Work Products:**

1) Comparison of studies cited by IARC v. available studies. (Available now)
   - Can be used now but of limited utility because we know they considered more studies than they cited in Lancet

2) Comparison of studies considered by IARC v. available studies.  (Donna Farmer working on this)
   - Embargoed until monograph published

3) Explanation of what good scientific risk assessment would look like (combines hazard v. risk concept along with need to consider all available evidence, weight of evidence etc.). (Bill Heydens working on this).

4) Assessment of Available Experts
   - Supportive of glyphosate (which to use in what role)
   - Know what experts likely to speak out against

5) Complilation of 3RD Party Statements in defense of glyphosate
   - <u>EPA</u>
   - <u>Germany</u>

6) <u>Assessment of options for convening independent scientific panel and pros/cons.  (Vaughn)</u>

7) General Safety of Glyphosate – explanation of the types of assessments done beyond carcinogenicity and how

Attorney Work Product/ Attorney Client Privilege

Confidential - Produced Subject to Protective Order

MONGLY03316370

"safe" glyphosate is.  Only potential issue is reversible eye and skin irritation of formulations.  (Donna Farmer working on this).

Attorney Work Product/ Attorney Client Privilege

Confidential - Produced Subject to Protective Order

MONGLY03316371