# SMOGER DECLARATION

# EXHIBIT A4

# EMAIL RE: IARC RESPONSE MANUSCRIPT – IARC PLANNING

Message

**From:** SALTMIRAS, DAVID A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=DASALT]
**Sent:** 2/19/2015 11:35:16 PM
**To:** HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=230737]
**Subject:** Re: IARC Planning

... And it is an IARC category 1

Sent from my iPhone

On Feb 19, 2015, at 5:31 PM, "HEYDENS, WILLIAM F [AG/1000]" <william.f.heydens@monsanto.com> wrote:

David,

Thanks for the update/feedback from Roger. If he ultimately doesn't want to run it in CRT, I'm sure we can find some journal to take it.

Btw, I looked at the butadiene paper – it was 108 pages long!! I don't think we need (or want) to do anything that big. Butadiene had lots of stuff going on that glyphosate doesn't.

Bill

**From:** SALTMIRAS, DAVID A [AG/1000]
**Sent:** Thursday, February 19, 2015 4:01 PM
**To:** HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [AG/1000]
**Cc:** KOCH, MICHAEL S [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]
**Subject:** RE: IARC Planning

Bill et al.,

I had an extended chat with Roger this afternoon, as is the custom. He said that Critical Reviews has already dedicated some significant space to the glyphosate topic, especially the pending issue #3 with both the carc paper & Kier paper. However, to the contrary, he did say he'd consider something along the lines of the 1, 3 – butadiene issue... I think we would have to prepare a very compelling story.

*David Saltmiras, Ph.D., D.A.B.T.*
Science Fellow
Novel Chemistry and Microbials Product Lead
Toxicology and Nutrition Center
Monsanto
ph (314) 694-8856

> **From:** HEYDENS, WILLIAM F [AG/1000]
> **Sent:** Thursday, February 19, 2015 7:53 AM
> **To:** FARMER, DONNA R [AG/1000]
> **Cc:** KOCH, MICHAEL S [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]
> **Subject:** RE: IARC Planning

Confidential - Produced Subject to Protective Order                                       MONGLY02078597

Donna,

Per our phone call with John the other day, the next two most important things that we need to do are the Meta-analysis publication and the Ag Health Study Follow-up publication, assuming we can get our hands on the data in a reasonable timeframe. I feel confident that we will have organizational support for doing these projects, so I think we need to start setting them up now.

For the meta-analysis, please contact Elizabeth, let her know we would like her/Ellen to do this, and get a cost estimate from her.

For the AHS data, I heard 2 action items during our call: first - get with the lawyers to initiate the FOI process; second - contact Tom Sorohan and get him lined up to do the analysis when we get the data; also, get a cost estimate from him.

For the overall plausibility paper that we discussed with John (where he gave the butadiene example), I'm still having a little trouble wrapping my mind around that. If we went full-bore, involving experts from all the major areas (Epi, Tox, Genetox, MOA, Exposure - not sure who we'd get), we could be pushing $250K or maybe even more. A less expensive/more palatable approach might be to involve experts only for the areas of contention, epidemiology and possibly MOA (depending on what comes out of the IARC meeting), and we ghost-write the Exposure Tox & Genetox sections. An option would be to add Greim and Kier or Kirkland to have their names on the publication, but we would be keeping the cost down by us doing the writing and they would just edit & sign their names so to speak. Recall that is how we handled Williams Kroes & Munro, 2000.

One thing we could do now on this is to contact Roger McClellan at CRC and see if they would be amenable to putting this publication in *Crit. Rev. Toxicol*. John said he knew that Roger had done such a publication in the past. David, since you have worked with Roger on the other papers, would you be willing to contact him to judge his willingness to publish such a paper?

Any other thoughts welcomed.

Bill

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Tuesday, February 17, 2015 4:53 PM
**To:** KOCH, MICHAEL S [AG/1000]; FARMER, DONNA R [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; GARNETT, RICHARD P [AG/5040]; GUSTIN, CHRISTOPHE [AG/5040]; LISTELLO, JENNIFER J [AG/1000]
**Cc:** HEYDENS, WILLIAM F [AG/1000]
**Subject:** IARC Planning

All,

Attached is an updated spreadsheet for our IARC preparations.

Please let me know if you have any additions/corrections. Ongoing Activities are indicated by light blue fill color.

We did not have our IARC Planning meeting Monday due to the site being closed. However, Donna and I had a phone conference with John Acquavella today, and this resulted in several additions which are on page 4 of the attached Work Plan document.

Please let me know if you have other ideas or comments.

Thanks.

Bill

Confidential - Produced Subject to Protective Order   MONGLY02078599