**Bryce T. Hensley**
**ROMANUCCI & BLANDIN, LLC**
**Illinois State Bar #6327025**
**321 N. Clark Street, Suite 900**
**Chicago, Illinois 60654**
**(312) 253-8800**
**bhensley@rblaw.net**
*ATTORNEY FOR PLAINTIFFS*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
| | Case No. 3:16-MD-2741-VC |
| **This Document relates to:** | The Honorable Judge Vince Chhabria |
| *Ramirez, et al. v. Monsanto Co.,* **Case No. 3:19-CV-02224** | **Objection and Opposition to Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Sub-Class Counsel, Direction of Notice under Fed. R. Civ. P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Fling and Prosecution of Round-Related Actions by Settlement Class Members** |
| | Re: Dkt. No 12531 |
| | Date: March 31, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 4, 17th Floor |

On behalf of the numerous individuals they represent, including those exposed prior to February 3, 2021 and who have not yet filed suit, Romanucci & Blandin, LLC hereby objects to and opposes the Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Sub-Class Counsel, Direction of Notice under Fed. R. Civ. P. 23(e), Scheduling

---

Notice of Joinder and Joinder in Objection and Opposition to Motion for Preliminary Approval of Proposed Class Settlement—3:16-MD-02741

of a Fairness Hearing, and Stay of the Fling and Prosecution of Round-Related Actions by Settlement Class Members (Dkt. 12531).

In further support of their position, the undersigned adopts and joins in the arguments made in the following Objections and Oppositions in Response to the Motion:

- Dkt. 12657
- Dkt. 12664
- Dkt. 12673
- Dkt. 12676
- Dkt. 12677
- Dkt. 12678
- Dkt. 12679
- Dkt. 12682

For all those reasons, the undersigned respectfully requests that this Honorable Court deny the Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Sub-Class Counsel, Direction of Notice under Fed. R. Civ. P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Fling and Prosecution of Round-Related Actions by Settlement Class Members.

|  |  |
|---|---|
| **Date: March 4, 2021** | Respectfully submitted<br><br>/s/ Bryce T. Hensley<br>**ROMANUCCI & BLANDIN, LLC**<br>Illinois State Bar #6327025<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654<br>312-253-8800<br>bhensley@rblaw.net<br>*ATTORNEY FOR PLAINTIFFS* |

Notice of Joinder and Joinder in Objection and Opposition to Motion for Preliminary Approval of Proposed Class Settlement—3:16-MD-02741

## CERTIFICATE OF SERVICE

I, Bryce T. Hensley, hereby certify that on March 4, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

**Date: March 4, 2021**                                        /s/ Bryce T. Hensley
                                                                               Bryce T. Hensley