Tobi L. Millrood
*President*
American Association for Justice
777 6th Street NW, Suite 200
Washington, DC 20001

Robert S. Peck*
*Counsel of Record*
Center for Constitutional Litigation, PC
2117 Leroy Place, NW
Washington, DC 20008
T: (202) 944-2874
F: (646) 365-3382
robert.peck@cclfirm.com

*Attorneys for Proposed Amicus Curiae
American Association for Justice*

*APPEARANCE *PRO HAC VICE*
PER PTO-1 ENTERED 10/6/2016

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-2741-VC <br><br> **MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF THE AMERICAN ASSOCIATION FOR JUSTICE** <br><br> Hon. Vince Chhabria |
| THIS DOCUMENT RELATES TO: <br><br> *Ramirez, et al. v. Monsanto Co.* <br> Case No. 3:19-cv-02224 | |

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

The American Association for Justice (AAJ) hereby requests permission to file the attached amicus curiae brief. AAJ does not argue in support of either party in this case relating to the motion for preliminary approval and proposed settlement. Counsel for AAJ have reviewed the proposed settlement and believe that AAJ can assist this Court in determining key issues related to the settlement's approval, including the settlement's impact on the fundamental rights of trial by jury and access to the courts.

AAJ is a national, voluntary bar association established in 1946 to strengthen the civil justice system, preserve the right to trial by jury, and protect access to the courts for those who have been wrongfully injured. With members in the United States, Canada, and abroad, AAJ is the world's largest plaintiff trial bar. AAJ members practice law in every state in the United States and primarily represent plaintiffs in personal injury actions, employment rights cases, consumer cases, and other civil actions. AAJ has served as a leading advocate for the right of all Americans to seek legal recourse for wrongful conduct. Victims of toxic exposure are frequently represented by AAJ members in their civil suits.

This case is of acute interest to AAJ members, who have a compelling interest in the outcome of this proposed settlement and believe that AAJ's participation as amicus curiae will assist the Court with its assessment of the issues related thereto. As elaborated on by the proposed amicus brief, the proposed settlement raises serious constitutional concerns, particularly because it does not satisfy the Seventh Amendment's right to trial by jury or the fundamental right of access to the courts. Accordingly, AAJ requests leave to file the attached amicus brief to address these issues before this Court.

DATED: March 5, 2021

Respectfully submitted,

*/s/ Robert S. Peck*
Robert S. Peck
Center for Constitutional Litigation

***Attorney for Proposed Amicus Curiae***
***American Association for Justice***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California using the CM/ECF filing system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

*/s/ Robert S. Peck*
Robert S. Peck
Center for Constitutional Litigation