Leslie Brueckner (SBN 140968)
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
Telephone: (510) 622-8205
lbrueckner@publicjustice.net

*Counsel for Amicus Curiae Public Justice*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Ramirez, et al. v. Monsanto Co.* Case No. 3:19-cv-02224 | |

## NOTICE OF APPEARANCE OF LESLIE BRUECKNER

PLEASE TAKE NOTICE that attorney Leslie Brueckner hereby enters her appearance as counsel for amicus curiae Public Justice in this case.

Dated: March 5, 2021

Respectfully submitted,
 /s/ Leslie Brueckner

Leslie Brueckner (SBN 140968)
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
Telephone: (510) 622-8205
lbrueckner@publicjustice.net

*Counsel for Amicus Curiae Public Justice*

## **CERTIFICATE OF SERVICE**

I certify that on March 5, 2021, this notice was served on all parties or their counsel through the CM/ECF system.

Dated: March 5, 2021

/s/ Leslie Brueckner  
Leslie Brueckner