Leslie Brueckner (SBN 140968)
Ellen Noble
PUBLIC JUSTICE
475 14th Street, Suite 610
Oakland, CA 94612
Telephone: (510) 622-8205
lbrueckner@publicjustice.net
enoble@publicjustice.net

*Counsel for Amicus Curiae Public Justice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br>Case No. 3:19-cv-02224 | MOTION FOR LEAVE TO FILE PUBLIC JUSTICE'S *AMICUS CURIAE* BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, AND DIRECTION OF NOTICE<br><br>The Honorable Vince Chhabria |

**MOTION FOR LEAVE TO FILE PUBLIC JUSTICE'S *AMICUS CURIAE* BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

In accordance with Pretrial Order No. 228, Public Justice respectfully requests leave to file the accompanying brief as *amicus curiae* in opposition to the pending motion for preliminary approval of proposed class settlement, appointment of interim class and subclass counsel, and direction of notice (ECF No. 12531).

As explained further in the attached brief, Public Justice is a national public interest advocacy organization dedicated to pursuing justice for the victims of corporate and

governmental abuses.  Public Justice offers a valuable perspective as *amicus curiae* because it has a long history of both prosecuting class actions and, on occasion, opposing class action settlements that purport to bind exposure-only mass tort victims.  *See, e.g., Amchem v. Windsor Prods., Inc.*, 521 U.S. 591 (1997).  Here, the proposed settlement seeks to resolve the unaccrued personal injury claims of millions of individuals who have been exposed to Roundup, raising the same due process concerns that arose in *Amchem*.

Public Justice also offers unique insight and expertise as co-lead appellate counsel in *Hardeman v. Monsanto*, Case No. 16–cv–00525, *appeals pending*, Case Nos. 19-16636, 19-16708, which yielded an $80 million jury verdict on behalf of Edwin Hardeman who contracted non-Hodgkin's lymphoma ("NHL") from his long-term exposure to Roundup.  Despite its significant involvement, Public Justice is participating in *Hardeman* on a pro bono basis; it has no direct financial interest in *Hardeman* or any other Roundup related case.

Because Public Justice offers a unique perspective rooted in decades of defending class actions while also safeguarding access to justice, and there are  no "extraordinary circumstances" that counsel otherwise, this Court should grant Public Justice's request for leave to file the attached *amicus curiae* brief.

Dated: March 5, 2021

                                          Respectfully submitted,
                                           /s/ Leslie Brueckner

                                          Leslie Brueckner (SBN 140968)
                                          Ellen Noble
                                          PUBLIC JUSTICE
                                          475 14th Street, Suite 610
                                          Oakland, CA 94612
                                          Telephone: (510) 622-8205
                                          lbrueckner@publicjustice.net
                                          enoble@publicjustice.net

                                          *Counsel for Amicus Curiae Public Justice*

## CERTIFICATE OF SERVICE

I certify that on March 5, 2021, this motion for leave to file an amicus brief was served on all parties or their counsel through the CM/ECF system.

Dated: March 5, 2021

/s/ Leslie Brueckner
Leslie Brueckner
