**EXHIBIT**

**A**

*Ramirez v. Monsanto Co.*

**Law Firms Opposing Proposed Settlement as** *Amici Curiae*

| Name | Location |
| --- | --- |
| Bailey & Glasser, LLP | Charleston, WV |
| Bailey Cowan Heckaman | Houston, TX |
| Baron and Blue | Dallas, TX |
| Baston Law, P.C. | Dallas, TX |
| Belluck & Fox | New York, NY |
| Bergman Draper Oslund | Seattle, WA |
| Bernstein Liebhard, LLP | New York, NY |
| Bisnar Chase | Newport Beach, CA |
| Brayton Purcell, LLP | Novato, CA |
| Brown Kiely, LLP | Bethesda, MD |
| Bush & Miller, Attys at Law P | College Pk, GA |
| Cappolino, Dodd & Krebs LLP | Temple, TX |
| Carichoff Law Group PC | Folsom, CA |
| Chandler, McNulty | Houston, TX |
| Charles G. Monnett III & Associates | Charlotte, NC |
| Cooper Elliott | Columbus OH |
| Danziger & De Llano, LLP | Houston, TX |
| DelHomme & Associates | Dallas, TX |
| Early, Lucarelli, Sweeney & Meisenkothe, LLC | New Haven, CT |
| Elrod Pope Law Firm | Rock Hill, SC |
| Fears Nachawati, PLLC | Dallas, TX |
| Forester Haynie | Dallas, TX |
| Frost Law Firm, PC | San Pedro, CA |
| Galiher, DeRobertis & Waxman | Honolulu, HI |
| Goldberg Persky & White | Pittsburgh, PA |
| Handley Law Center | El Reno, OK |
| Harowitz & Tigerman, LLP | Pacific, CA |
| Hart Law Firm | Summerville, SC |
| Hendler Flores Law, PLLC | Austin, TX |
| Herren Law, PLLC | Lexington, KY |
| Humphry Law Firm, P.C. | Des Moines, IA |
| Jernigan Law Firm | Raleigh, NC |
| John Michael Bailey Injury Lawyers | Memphis, TN |
| Jones Ward PLC | Louisville, KY |
| Kaiser Gornick LLP | Alamo, CA |
| Kazan, McClain, Satterley & Greenwood | Oakland, CA |
| Kohn Law Office | Oceanside, CA |
| Landry & Swarr | New Orleans, LA |
| Lane & Lane, LLC | Chicago, IL |
| Law Offices of DOBS | Dallas, TX |

| Name | Location |
| --- | --- |
| Law Offices of G. Oliver Koppell & Associates | New York, NY |
| Law Offices of Mary Alice McLarty | Dallas, TX |
| Law Offices of Mitchell J. Howie | Huntsville, AL |
| Law Offices of Ralph Dowden | Clovis, NM |
| Law Offices of Sean R. Cox | Dallas, TX |
| Legally Pink Law | Winter Park, FL |
| Levy Law Firm | New York, NY |
| Littlepage Booth Leckman | Houston, TX |
| Locks Law Firm | Philadelphia, PA |
| Lubel Voyles LLP | Houston, TX |
| Madeksho Law Firm | Woodland Hills, CA |
| Martzell, Bickford and Centola | New Orleans, LA |
| Maune Raichle Hartley French & Mudd | Portland, OR |
| McDermott & Hickey | Rocky River, OH |
| McRae Law Firm | Jackson, MS |
| Meirowitz & Wasserberg, LLP | New York, NY |
| Moody Law | Little Rock, AR |
| Morris Law Firm | Burbank, CA |
| Nass Cancelliere | Philadelphia, PA |
| Nemeroff Law Firm | Park City, UT |
| Patten, Wornom, Hatten & Diamonstein, LC | Newport News, VA |
| Pearce Lewis LLP | San Francisco, CA |
| Penner Law | Lafayette, LA |
| Phillip S. Georges, PLLC | Nashville, TN |
| Richardson Richardson Boudreaux | Tulsa, OK |
| Richmond Vona, LLC | Buffalo, NY |
| Rogers, Patrick, Westbrook & Brickman, LLC | Aiken, SC |
| Savinis, Kane & Galluci, LLC | Pittsburgh, PA |
| Serling & Abramson, P.C. | Birmingham, MI |
| Shepard Law, P.C. | Boston, MA |
| Shingler Law | Walnut Creek, CA |
| Simmons, Hanly, Conroy | San Francisco, CA |
| Simon Greenstone Panatier | Dallas, TX |
| Skolnick Law | Oceanside, CA |
| Smith LaCien, LLP | Chicago, IL |
| Stuemke Law Firm | Southlake, TX |
| The Barnes Firm | Oakland, CA |
| The Cheek Law Firm | New Orleans, LA |
| The Ferraro Law Firm | Miami, FL |
| The Kirbo Law Firm | Moultrie, GA |
| The Law Offices of Vic Feazell | Waco, TX |
| The Lovely Law Firm | Myrtle Beach, SC |
| The Mellino Law Firm, LLC | Rocky River, Ohio |

| Name | Location |
|---|---|
| The Paul Law Firm | Westlake Village, CA |
| The Phillips Law Firm | San Antonio, TX |
| Walker, Hamilton & Koenig, LLP | San Francisco, CA |
| Wallace & Graham, P.A. | Salisbury, NC |
| Waters Kraus | Dallas, TX |
| Worthington & Caron | San Pedro, CA |
| Wright & Schulte, LLC | Vandalia, OH |
| Zaytoun, Ballew, & Taylor | Raleigh, NC |
| Zelbst, Homes & Butler | Lawton, OK |
| Zinns Law, LLC | Atlanta, GA |