**EXHIBIT**

**B**

*Ramirez v. Monsanto Co.*

**Lawyers Opposing Proposed Settlement as *Amici Curiae***

| Name | Location |
|---|---|
| Denise Abrams | Oakland, CA |
| Eric Abramson | Birmingham, MI |
| Raymond S. Allred | Tulsa, OK |
| Dave Amell | Emeryville, CA |
| Michael Angelides | San Francisco, CA |
| Tom Antunovich | Newport Beach, CA |
| Ron Archer | San Pedro, CA |
| Benjamin L. Bailey | Charleston, WV |
| John Michael Bailey | Memphis, TN |
| Valerie D. Baston | Dallas, TX |
| Kelly Battley | Portland, OR |
| Joe Belluck | New York, NY |
| Rett D.B. Bergmark | Oakland, CA |
| Dawn Besserman | Tampa, FL |
| Scott Bickford | New Orleans, LA |
| Michael J. Blom | New York, NY |
| Lisa Blue | Dallas, TX |
| Justin Bosl | Oakland, CA |
| Trey Branham | Dallas, TX |
| Alan Brayton | Novato, CA |
| Gary L. Brayton | Novato, CA |
| Daniel A. Brown | Bethesda, MD |
| Arthur H. Bryant | Oakland, CA |
| J. David Butler | Aiken, SC |
| Joshua D. Cagle | Mount Pleasant, SC |
| James Campbell | St. Louis, MO |
| Michael Cancelliere | Philadelphia, PA |
| Robert A. Carichoff | Folsom, CA |
| John M. Caron | San Pedro, CA |
| James Catazaro | Waco, TX |
| Lawrence J. Centola | New Orleans, LA |
| Troy D. Chandler | Houston, TX |
| Brian D. Chase | Newport Beach, CA |
| Lindsey A. Cheek | New Orleans, LA |
| Andrew Chew | Novato, CA |
| Kimberly Chu | Novato, CA |
| Denyse Clancy | Oakland, CA |
| Hugh C. Cook | Novato, CA |

| Name | Location |
| --- | --- |
| Charles "Chip" H. Cooper Jr. | Columbus, OH |
| Sean R. Cox | Dallas, TX |
| Rod de Llano | Houston, TX |
| Beverly A. DelHomme | Dallas, TX |
| David R. Donadio | Novato, CA |
| Ralph Dowden | Clovis, NM |
| Andrew DuPont | Philadelphia, PA |
| Morris Dweck | New York, NY |
| Alice E. Emerson | Portland, OR |
| Erica L. Falkner | Novato, CA |
| Misty Farris | Dallas, TX |
| Valerie S. Farwell | Temple, TX |
| Vic Feazell | Waco, TX |
| James L. Ferraro Jr. | Miami, FL |
| Janine M. Fiel-Cosse | Novato, CA |
| Bart French | St. Louis, MO |
| Philip S. Georges | Nashville, TN |
| Brian Glasser | Washington, DC |
| Meredith Good | Portland, OR |
| William M. Graham | Salisbury, NC |
| Richard M. Grant | Novato, CA |
| Jennifer Green | Tacoma, WA |
| David C. Greenstone | Dallas, TX |
| Gordon Greenwood | Oakland, CA |
| Carlos Guzman | Emeryville, CA |
| Joshua I. Hammack | Washington, DC |
| Fletcher D. Handley Jr. | El Reno, OK |
| Thomas H. Hart III | Summerville, SC |
| Christian Hartley | Mt. Pleasant, SC |
| William W.C. Harty | Newport News, VA |
| Matthew Haynie | New York, NY |
| Scott Hendler | Austin, TX |
| Curt F. Hennecke | Novato, CA |
| Thomas K. Herren | Lexington, KY |
| Christopher J. Hickey | Rocky River, OH |
| Brandy A. Hillman-Azevedo | Novato, CA |
| Philip C. Hoffman | New Orleans, LA |
| Mitchell J. Howie | Huntsville, AL |
| Marc A. Humphrey | Des Moines, IA |
| Leonard T. Jernigan Jr. | Raleigh, NC |

| Name | Location |
|------|----------|
| Lawrence L. Jones II | Louisville, KY |
| Jeffrey A. Kaiser | Alamo, CA |
| John R. Kane | Pittsburgh, PA |
| Jennifer Aybar Karr | Winter Park, FL |
| Steven Kazan | Oakland, CA |
| Cliff Kirbo | Moultrie, GA |
| Russell S. Kohn | Oceanside, CA |
| G. Oliver Koppell | New York, NY |
| Peter A. Kraus | Dallas, TX |
| Mickey Landry | New Orleans, LA |
| Scott D. Lane | Chicago, IL |
| Stephen I. Lane | Chicago, IL |
| John Langdoc | Oakland, CA |
| Jack G. Leader | Rock Hill, SC |
| Bryn G. Letsch | Novato, CA |
| Zoe Littlepage | Houston, TX |
| Justin M. Lovely | Myrtle Beach, SC |
| Angela Madeksho | Woodland Hills, CA |
| Christopher L. Madeksho | Woodland Hills, CA |
| John P. Mason | Novato, CA |
| Bruce E. Mattock | Pittsburgh, PA |
| Neil Maune | St. Louis, MO |
| David McClain | Oakland, CA |
| Darren McDowell | Dallas, TX |
| Mary Alice McLarty | Dallas, TX |
| Chuck McRae | Jackson, MS |
| Samuel Meirowitz | New York, NY |
| Chris Meisenkothen | New Haven, CT |
| Christopher M. Mellino | Rocky River, OH |
| Charles Monnett | Charlotte, NC |
| Edward O. Moody | Little Rock, AR |
| James A. Morris Jr. | Burbank, CA |
| Daniel J. Morse | Novato, CA |
| Nate Mudd | Edwardsville, IL |
| Edward Nass | Philadelphia, PA |
| Neil F. Nazareth | New Orleans, LA |
| Rick Nemeroff | Park City, UT |
| Jon Neumann | St. Louis, MO |
| James P. Nevin | Novato, CA |
| Michael V. Oltmann | St. Louis, MO |

| Name | Location |
| --- | --- |
| Rabiah Oral | Emeryville, CA |
| Vanessa J. Firnhaber Oslund | Seattle, WA |
| Chris Panatier | Dallas, TX |
| Michael B. Patronella | Houston, TX |
| Steven J. Patti | Novato, CA |
| Jerry Neil Paul | Westlake Village, CA |
| Timothy F. Pearce | San Francisco, CA |
| D'Ann "Dee" Penner | Lafayette, LA |
| R. Bruce Phillips | San Antonio, TX |
| E. Thomas Pinnell | Mount Pleasant, SC |
| Brenda D. Posada | Novato, CA |
| Gilbert L. Purcell | Novato, CA |
| Marcus Raichle | St. Louis, MO |
| Randy Reagan | Houston, TX |
| Christine A. Renken | Novato, CA |
| Steve Rineberg | St. Louis, MO |
| Jason M. Rose | Novato, CA |
| Will Ruiz | Emeryville, CA |
| Carolyn Salzmann | Winter Park, FL |
| Joseph D. Satterley | Oakland, CA |
| Ann Saucer | Dallas, TX |
| Steve Schulte | Dallas, TX |
| Autumn A. Sepulveda | Emeryville, CA |
| Michael Shepard | Boston, MA |
| Ron Shingler | Walnut Creek, CA |
| Richard W. Shulte | Vandalia, OH |
| Jeffrey B. Simon | Dallas, TX |
| Suzanne Skolnick | Oceanside, CA |
| Geoff T. Sloniker | Novato, CA |
| Todd Smith | Chicago, IL |
| Eric C. Solomon | Novato, CA |
| Jay Stuemke | Southlake, TX |
| Frank J. Swarr | New Orleans, LA |
| Clay Thompson | St. Louis, MO |
| Lin Thunder | Portland, OR |
| Stephen Tigerman | Pacific, CA |
| Keith R. Vona | Buffalo, NY |
| Betty B. Walker | College Pk, GA |
| Walter "Skip" H. Walker III | San Francisco, CA |
| Mona Lisa Wallace | Salisbury, NC |

| Name | Location |
| --- | --- |
| Daniel Wasserberg | New York, NY |
| Ilana K. Waxman | Honolulu, HI |
| Nancy T. Williams | Novato, CA |
| Kenneth J. Wilson | Aiken, SC |
| Roger G. Worthington | San Pedro, CA |
| Jason Yampolsky | Philadelphia, PA |
| Robert Zaytoun | Raleigh, NC |
| John P. Zelbst | Lawton, OK |
| Sharon J. Zinns | Atlanta, GA |