Arthur H. Bryant (SBN 208365)
BAILEY & GLASSER, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel.: (510) 272-8000
Fax: (510) 436-0291
E-mail: abryant@baileyglasser.com

Benjamin L. Bailey (*admitted pro hac*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110
E-mail: bbailey@baileyglasser.com

Joshua I. Hammack (*admitted pro hac*)
BAILEY & GLASSER, LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Tel.: (202) 548-7798
Fax: (202) 463-2103
E-mail: jhammack@baileyglasser.com

*Counsel for Amici Curiae*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF ARTHUR H. BRYANT AS COUNSEL FOR 93 LAW FIRMS AND 167 LAWYERS AS *AMICI CURIAE*** |
| *Ramirez, et al. v. Monsanto Co.*, | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

I, Arthur H. Bryant, of Bailey & Glasser, LLP, hereby enter my appearance as counsel for 93 law firms and 167 lawyers as *amici curiae* in this matter.[1] I am a member in good standing of the State Bars of California (SBN 208365) and Pennsylvania (SBN 33761), and the District of Columbia Bar (DCBN 417479). I am admitted to practice in the U.S. District Courts for the Northern and Central Districts of California; the U.S. District Court for District of Columbia; the U.S. Courts of Appeals for the District of Columbia, First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, and Eleventh Circuits; and the U.S. Supreme Court. My contact information is as follows:

> Arthur H. Bryant (SBN 208365)
> BAILEY & GLASSER, LLP
> 1999 Harrison Street, Suite 660
> Oakland, CA 94612
> Tel.: (510) 272-8000
> Fax: (510) 436-0291
> E-mail: abryant@baileyglasser.com

Please serve said counsel with all pleadings and notices in this action.

Dated:  March 5, 2021                              Respectfully submitted,

                                                   */s/ Arthur H. Bryant*

                                                   Arthur H. Bryant (SBN 208365)
                                                   BAILEY & GLASSER, LLP
                                                   1999 Harrison Street, Suite 660
                                                   Oakland, CA 94612
                                                   Tel.: (510) 272-8000
                                                   Fax: (510) 436-0291
                                                   E-mail: abryant@baileyglasser.com

                                                   *Counsel for Amici Curiae*

---

[1] A list of the law firms is attached as Exhibit A. A list of the lawyers is attached as Exhibit B.

NOTICE OF APPEARANCE OF ARTHUR H. BRYANT
MDL NO. 2741, CASE NO. 3:16-md-02741

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.


Dated: March 5, 2021                                         Respectfully submitted,

                                                             */s/ Arthur H. Bryant*
                                                             Arthur H. Bryant (SBN 208365)

NOTICE OF APPEARANCE OF ARTHUR H. BRYANT
MDL NO. 2741, CASE NO. 3:16-md-02741