Arthur H. Bryant (SBN 208365)
BAILEY & GLASSER, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel.: (510) 272-8000
Fax: (510) 436-0291
E-mail: abryant@baileyglasser.com

Benjamin L. Bailey (*admitted pro hac*)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
Tel: (304) 345-6555
Fax: (304) 342-1110
E-mail: bbailey@baileyglasser.com

Joshua I. Hammack (*admitted pro hac*)
BAILEY & GLASSER, LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
Tel.: (202) 548-7798
Fax: (202) 463-2103
E-mail: jhammack@baileyglasser.com

*Counsel for Amici Curiae*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, | Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE BENJAMIN L. BAILEY AS COUNSEL FOR 93 LAW FIRMS AND 167 LAWYERS AS *AMICI CURIAE*** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Benjamin L. Bailey, of Bailey & Glasser, LLP, hereby enter my appearance as counsel 93 law firms and 167 lawyers as *amici curiae* in this matter,[1] admitted *pro hac vice* pursuant to Pretrial Order No 2. I am a member in good standing of the State Bar of West Virginia (WVSBN 200) and the District of Columbia Bar (DCBN 1019079). I am admitted to practice in the U.S. District Courts for the Northern and Southern Districts of West Virginia, U.S. Bankruptcy Court for the Southern District of West Virginia, U.S. Supreme Court, U.S. Court of Appeals – Fourth Circuit, U.S. Court of Appeals – District of Columbia Circuit, and the West Virginia Supreme Court of Appeals. My contact information is as follows:

    Benjamin L. Bailey
    BAILEY & GLASSER, LLP
    209 Capitol Street
    Charleston, WV 25301
    Tel: (304) 345-6555
    Fax: (304) 342-1110
    E-mail: bbailey@baileyglasser.com

Please serve said counsel with all pleadings and notices in this action.

Dated: March 5, 2021

    Respectfully submitted,

    */s/ Benjamin L. Bailey*

    Benjamin L. Bailey (*admitted pro hac*)
    BAILEY & GLASSER, LLP
    209 Capitol Street
    Charleston, WV 25301
    Tel: (304) 345-6555
    Fax: (304) 342-1110
    E-mail: bbailey@baileyglasser.com

    *Counsel for Amici Curiae*

---

[1] A list of the law firms is attached as Exhibit A. A list of the lawyers is attached as Exhibit B.

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: March 5, 2021                                             Respectfully submitted,

                                                                 */s/ Benjamin L. Bailey*
                                                                 Benjamin L. Bailey (*admitted pro hac*)