**HOLLINGSWORTH**LLP
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:     202-682-1639
Email: elasker@hollingsworthllp.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to<br>*Mike R. Frost v. Monsanto Company*<br>3:19-cv-06576-VC | |

## NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of

HollingsworthLLP, hereby enters his appearance in the above-captioned matter as counsel for

defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices,

orders, correspondence, and other papers in connection with this action be served upon him at

the above address.

- 1 -

1
2
## CERTIFICATE OF SERVICE

3          I, Eric G. Lasker, hereby certify that, on March 5, 2021, I electronically filed NOTICE

4 OF APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT MONSANTO

5 COMPANY with the Clerk for the United States District Court for the Northern District of

6 California using the CM/ECF system, which shall send electronic notification to counsel of

7 record.

8
          DATED: March 5, 2021                    Respectfully submitted,
9
                                                  /s/ Eric G. Lasker
10                                                Eric G. Lasker (*pro hac vice*)
                                                  (elasker@hollingsworthllp.com)
11                                                HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
12                                                Washington, DC  20005
                                                  Telephone:  (202) 898-5800
13                                                Facsimile:  (202) 682-1639
14
                                                  Attorney for Defendant
15                                                MONSANTO COMPANY
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC