Gerson H. Smoger
**SMOGER &ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
Telephone: (510) 531-4529
Facsimile: (510) 531-4377
gerson@texasinjurylaw.com

Steven M. Bronson, Esq. (SBN 246751)
**THE BRONSON FIRM APC**
7777 Fay Avenue, Suite 202
La Jolla, CA 92037
Telephone: 619-374-4130
Facsimile: 619-568-3365
sbronson@thebronsonfirm.com

*Counsel for Objector Melinda Sloviter*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Ramirez, et al. v. Monsanto Co.<br><br>Case No. 3:19-cv-02224 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**NOTICE OF ERRATA AND CORRECTION RE EXHIBIT C TO BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL BY OBJECTING CLASS MEMBER MELINDA SLOVITER AND MOTION TO STRIKE THE DECLARATION OF AMIT R. MEHTA, M.D.**<br><br>Date: March 31, 2021<br>Time: 10:00 AM<br>Place: Courtroom 4, 17th floor<br>Judge: Honorable Vince Chhabria |

Notice of Errata and Correction
Case No. 16-md-02741-VC

PLEASE TAKE NOTICE that the Objector Melinda Sloviter ("Objector") hereby provides this notice of errata and correction as follows:

On March 4, 2021, Objector filed her Brief in Opposition to Motion for Preliminary Approval and Motion to Strike the Declaration of Amit R. Mehta, M.D. (Dkt. No. 12682). Upon filing, Objector's counsel discovered that page two of the Declaration of George C. Rodgers, M.D., Ph.D., Exhibit C to the Brief, was filed in error and Objector now files the Declaration with the correct page two.

Objector respectfully submits a corrected Declaration, attached hereto as Exhibit A.

Dated: March 5, 2021

*/s/ Gerson H. Smoger*
Gerson H. Smoger
**SMOGER &ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
(510) 531-4529
(510) 531-4377 (facsimile)
gerson@texasinjurylaw.com

Steven M. Bronson, Esq. (SBN 246751)
**THE BRONSON FIRM APC**
7777 Fay Avenue, Suite 202
La Jolla, CA 92037
Telephone: 619-374-4130
Facsimile: 619-568-3365
sbronson@thebronsonfirm.com

*Counsel for Objector Melinda Sloviter*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March 2021, a copy of the foregoing Notice of Errata and Correction was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Gerson H. Smoger*
Gerson H. Smoger