Elizabeth J. Cabraser (SBN 083151)
Robert L. Lieff (SBN 037568)
Steven E. Fineman (SBN 140335)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
ecabraser@lchb.com

William M. Audet (SBN 117456)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555

James R. Dugan, II
TerriAnne Benedetto
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580

Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Telephone: 312.741.1019

*Counsel for Plaintiffs and the Proposed Class (additional counsel listed below)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**ADMINISTRATIVE MOTION (1) FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, (2) FOR EXTENSION OF PAGE LIMIT, AND (3) TO RESCHEDULE THE HEARING DATE FOR THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Under Local Rules 7-11 and 6-3, the Class Plaintiffs move for an Order (1) extending by 20 days, to March 31, 2021, the deadline to file a Reply in Support of the Motion for Preliminary Approval of Proposed Class Settlement, Doc. 12509; (2) granting leave to file a Reply up to 100 pages in length; and (3) rescheduling the Preliminary Approval Hearing from March 31, 2021, to

May 13, 2021, or a date convenient for the Court. Defendant Monsanto Co. joins this Motion. In support, Plaintiffs state:

1. On February 3, 2021, Plaintiffs filed a motion for preliminary approval of a class settlement. Doc. 12531. On February 12, the Court issued an order permitting opposition briefs to be filed on March 4, making any reply brief due March 11, setting page limits for oppositions and any consolidated reply of 50 pages per brief, and setting the hearing on the motion for March 21, 2021. Doc. 12581. On March 2, the Court issued an order requiring any amicus briefs be filed by March 5. Doc. 12652.

2. Nine separate objections to the motion for preliminary approval were filed, along with four amicus briefs opposing the proposed class settlement. Docs. 12657, 12664, 12673, 12676, 12677, 12678, 12679, 12681-1, 12682, 12683, 12687-1, 12693-1, 12700-1. These filings totaled more than 300 pages, in addition to more than 400 pages of attached declarations and exhibits. The objections and amicus briefs raise a host of issues, including, among other things, the overall fairness of the settlement, multiple constitutional attacks on the settlement and proposed advisory science panel, technical challenges to the notice program, attacks on the fairness of the compensation fund, and challenges to predominance, superiority, and the adequacy of class (and subclass) counsel.

3. More than one week—and 50 pages—is needed to respond adequately and fully to these objections. In addition, there are some issues that can perhaps be clarified or possibly even resolved without this Court having to rule. Granting the request for additional time and pages for the filing of a consolidated reply will also benefit the proposed class by ensuring that all objections are fully explored and addressed before the Court rules on the motion for preliminary approval. For these reasons, Plaintiffs move the Court to extend the deadline for filing a consolidated reply from March 11 to March 31 and to increase the page limit for the reply to 100 pages.

4. Given the considerable length of the filings, Plaintiffs also move the Court to reschedule the motion hearing from March 31 to May 13, or such date as is convenient for the

Court. This will provide the Court (and parties) with adequate time to consider all of the filings and prepare for the hearing. Importantly, the additional time before the hearing will also provide an opportunity for Plaintiffs and Monsanto to engage with objectors, amici, and amongst themselves before and after the filing of the reply to streamline or narrow the issues that need to be contested at the hearing.

5. Plaintiffs further propose the filing of a status report one week before the hearing date to detail any areas of resolution that they have reached with objectors or amici. And, again, by providing additional time for consideration of the filings by Plaintiffs and Monsanto and for engagement with objectors and amici and among the parties, extending the hearing date will also best serve the interests of the proposed class.

6. This is Plaintiffs' first request for an extension of time in this matter.

Dated: March 7, 2021  Respectfully submitted,

*/s/ Elizabeth J. Cabraser*
Robert L. Lieff (of counsel) (SBN 037568)
Elizabeth J. Cabraser (SBN 083151)
Kevin R. Budner (SBN 287271)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
rlieff@lchb.com
ecabraser@lchb.com
kbudner@lchb.com

Steven E. Fineman (SBN 140335)
Wendy R. Fleishman
Rhea Ghosh
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
sfineman@lchb.com
wfleishman@lchb.com
rghosh@lchb.com

Andrew R. Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
akaufman@lchb.com

Elizabeth A Fegan
 *Proposed Subclass 2 Counsel*
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: 312.741.1019
beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 347.353.1150
Melissa@feganscott.com

James R. Dugan, II
TerriAnne Benedetto
 *Proposed Subclass 2 Counsel*
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

William M. Audet (SBN 117456)
 *Proposed Subclass 1 Counsel*
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com

Samuel Issacharoff

40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 7, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

          /s/ *Elizabeth J. Cabraser*
          Elizabeth J. Cabraser