UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF ADMINISTRATIVE MOTION (1) FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, (2) FOR EXTENSION OF PAGE LIMIT, AND (3) TO RESCHEDULE THE HEARING DATE FOR THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

I, Elizabeth J. Cabraser, declare as follows:

1. I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and among proposed Class Counsel in the above-captioned matter. I am a member in good standing of the bars of California and the Northern District of California. I submit this declaration in support of the Plaintiffs' Administrative Motion (1) for Extension of Time to File Reply in Support of Motion for Preliminary Approval of Proposed Class Settlement; (2) for Extension of Page Limit; and (3) to Reschedule the Hearing Date for the Motion for Preliminary Approval of Proposed Class Settlement.

2. Under the current schedule, the consolidated reply in support of preliminary approval is due on March 11 and limited to 50 pages.

3. On March 4 and 5, nine separate objections to the motion for preliminary approval were filed, along with four amicus briefs opposing the proposed class settlement. Docs. 12657, 12664, 12673, 12676, 12677, 12678, 12679, 12681-1, 12682, 12683, 12687-1, 12693-1, 12700-1. These filings totaled more than 300 pages, in addition to more than 400 pages of attached declarations and exhibits. The objections and amicus briefs raise a host of issues,

including, among other things, the overall fairness of the settlement, multiple constitutional attacks on the settlement and proposed Science Panel, technical challenges to the notice program, attacks on the fairness of the compensation fund, and challenges to predominance, superiority, and the adequacy of class (and subclass) counsel.

4. More than one week—and 50 pages—is needed to respond adequately and fully to these objections. In addition, there are some issues that can perhaps be clarified or possibly even resolved without this Court having to rule. Granting the request for additional time and pages for the filing of a consolidated reply will also benefit the proposed class by ensuring that all objections are fully explored and addressed before the Court rules on the motion for preliminary approval. For these reasons, Plaintiffs move the Court to extend the deadline for filing a consolidated reply from March 11 to March 31 and to increase the page limit for the reply to 100 pages

5. Given the considerable length of the filings, Plaintiffs also move the Court to reschedule the motion hearing from March 31 to May 13, or such date as is convenient for the Court. This will provide the Court (and parties) with adequate time to consider all of the filings and prepare for the hearing. Importantly, the additional time before the hearing will also provide an opportunity for Plaintiffs and Monsanto to engage with objectors, amici, and amongst themselves before and after the filing of the reply to streamline or narrow the issues that need to be contested at the hearing.

6. This is Plaintiffs' first request for an extension of time in this matter.

7. Due to the press of time and the large number of opposing filers, it was not feasible to obtain a stipulation to the relief requested.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 7th day of March, 2021, in Sebastopol, California.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
