**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |

This Document Relates to:

*Carolina B. Garces v. Monsanto Company*
Case No. 3:19-cv-05523-VC

## SUGGESTION OF DEATH

Rand P. Nolen, attorney for Plaintiff in the case, suggests upon the record, pursuant to Rule 25(a)(1), the death of Carolina B. Garces during the pendency of this action.

Dated: March 8, 2021.

                                                     Respectfully submitted,

                                                   /s/ Rand P. Nolen
                                                   Rand P. Nolen (Pro Hac Vice)
                                                   Texas Bar No. 00788126
                                                   **FLEMING, NOLEN & JEZ, L.L.P.**
                                                   2800 Post Oak Blvd., Suite 4000
                                                   Houston, Texas 77056-3109
                                                   Telephone: (713) 621-7944
                                                   Facsimile: (713) 621-9638
                                                   Email: rand_nolen@fleming-law.com

                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                                   /s/ Rand P. Nolen
                                                   Rand P. Nolen