UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Alvarez et al v. Monsanto Co.*<br>Case No. 3:19-cv-01630 | **ORDER DIRECTING COMPLIANCE WITH SEALING REQUIREMENTS**<br><br>Re: Dkt. Nos. 12395, 12456, 12661 |

Counsel for Alvarez is directed to refile the following motions accordingly to account for various issues with sealing:

- The motion to appoint a guardian ad litem for minor A.A (Docket No. 12395) should be refiled with Catherine Alvarez's address and phone number redacted. The motion should have been filed on the public docket with her personal information redacted, accompanied by a motion to seal that personal information. The Court, on its own initiative, has already sealed the unredacted motion on both the main MDL docket as well as on the member case docket to protect Catherine Alvarez's personal information. Therefore, at this point, all Alvarez's counsel must do is file the redacted version on the public docket for the MDL and member case.

- The redacted version of the amended petition for the minor's compromise in the settlement agreement (Docket No. 12661-3), including the various redacted exhibits as attachments, should be filed as a separate docket entry on both the main MDL docket as well as the member case docket. (There should have been two docket entries to begin with: (i) the motion to seal whatever counsel was seeking to seal in the petition; and (ii)

the substantive petition for the minor's compromise.) The Court will not consider the petition or the motion to seal until the petition is independently filed.

- Alvarez's prior motion to seal (Docket No. 12456) was filed without an accompanying petition (which, as explained above, should have been filed as a separate docket entry). In any event, that motion to seal will be considered once Alvarez properly files the redacted amended petition on the docket.

Alvarez's counsel is directed, once again, to review the Local Rules, especially Local Rule 79-5. Both the redacted motion to appoint, as well as the redacted amended petition and its various redacted exhibits, must be properly filed by March 12, 2021.

**IT IS SO ORDERED.**

Dated: March 8, 2021

VINCE CHHABRIA
United States District Judge