# EXHIBIT A

| | |
|---|---|
| **From:** | Martinez, Anthony (SHB) |
| **Sent:** | Thursday, February 18, 2021 11:22 AM |
| **To:** | 'jamajo@jodplaw.com' |
| **Cc:** | Larsen, Mat (SHB); Cady, Tina (SHB); Lyons, Dana (SHB); Daniels, Erika (SHB); Ackley, John L. (SHB) |
| **Subject:** | RE: MDL Wave III - Fact Witness Depositions |

Marshall,

Are you planning on producing your client on February 23?

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Martinez, Anthony (SHB)
**Sent:** Saturday, February 13, 2021 1:59 PM
**To:** 'jamajo@jodplaw.com'
**Cc:** Larsen, Mat (SHB) ; Cady, Tina (SHB) ; Lyons, Dana (SHB) ; Daniels, Erika (SHB) ; Ackley, John L. (SHB)
**Subject:** RE: MDL Wave III - Fact Witness Depositions

Marshall,

We noticed the deposition of Mr. and Mrs. Blair for February 23, 2021. Do you intend to produce your clients on that date?

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Martinez, Anthony (SHB)
**Sent:** Thursday, January 28, 2021 1:30 PM
**To:** 'jamajo@jodplaw.com' <jamajo@jodplaw.com>
**Cc:** Larsen, Mat (SHB) <mlarsen@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Ackley, John L. (SHB) <jackley@shb.com>
**Subject:** RE: MDL Wave III - Fact Witness Depositions

Marshall,

Following up on this? We will unilaterally notice a deposition tomorrow if we do not hear from.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Martinez, Anthony (SHB)
**Sent:** Wednesday, January 20, 2021 4:44 PM
**To:** 'jamajo@jodplaw.com' <jamajo@jodplaw.com>
**Cc:** Larsen, Mat (SHB) <mlarsen@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Ackley, John L. (SHB) <jackley@shb.com>
**Subject:** RE: MDL Wave III - Fact Witness Depositions

Marshall,

Following up this. If I do not hear from you, we will unilaterally notice the deposition.

Best Regards,

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



**From:** Martinez, Anthony (SHB)
**Sent:** Thursday, January 14, 2021 11:29 AM
**To:** 'jamajo@jodplaw.com' <jamajo@jodplaw.com>
**Cc:** Larsen, Mat (SHB) <mlarsen@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Ackley, John L. (SHB) <jackley@shb.com>
**Subject:** RE: MDL Wave III - Fact Witness Depositions

Marshall,

Following up on the below e-mail. Please give us dates for depositions in February or March by COB 1/21.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



---

**From:** Martinez, Anthony (SHB)
**Sent:** Wednesday, December 16, 2020 3:57 PM
**To:** jamajo@jodplaw.com; 'Aimee H. Wagstaff, Esq. ' <aimee.wagstaff@andruswagstaff.com>
**Cc:** Larsen, Mat (SHB) <mlarsen@shb.com>; Cady, Tina (SHB) <tcady@shb.com>; Lyons, Dana (SHB) <dlyons@shb.com>; Daniels, Erika (SHB) <edaniels@shb.com>; Ackley, John L. (SHB) <jackley@shb.com>
**Subject:** MDL Wave III - Fact Witness Depositions

Marshall,

The MDL Court has established Wave III in the MDL Roundup litigation. Under the Wave III schedule we most complete depositions of plaintiffs, spouses, and treating physicians by June 15, 2021. In order to accomplish this, I would like to begin reserving dates for plaintiff and spouse depositions in late January or early February. Depending on the state of the COVID-19 pandemic, we may need to take these depositions virtually but we should plan on in-person depositions for the time being. After the plaintiff depositions, we will need to take the depositions of treating physicians as well. I am also copying Aimee Wagstaff, one of the MDL Plaintiff leadership members, in case you have any questions.

Please let me know available dates for the depositions of the below plaintiffs and their spouses in late January or early February:

1. Joseph and Tiara Blair

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com

