# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Blair, et al. v. Monsanto Company*<br>Case No.   3:19-cv-07984 -VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF TIARA SMITH BLAIR** |

TO:   J. Marhsall Jones, Jr.
       Jones & Odom, LLP
       2124 Fairfield Ave
       Shreveport, LA 71104
       318-221-1600
       jamajo@jodplaw.com

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, by and through their counsel, will take the videotaped deposition upon oral examination of **Tiara Smith Blair** commencing on **Tuesday, February 23, 2021, immediately following the deposition of Joseph Matthew Blair** and continuing until completed. **Due to special circumstances, and in light of the Covid-19 pandemic, all attendees of the deposition will attend via videoconference.** Appropriate information to permit attendance to the videoconference will be provided prior to the day of the deposition.

The deposition will be taken before an official Court Reporter and Notary Public or other officer duly authorized to administer oaths and will be recorded by stenograph and videotape, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

Please take further notice that, pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, the deponent shall bring to the deposition the documents listed in Exhibit A.

DATED: January 29, 2021         By: */s/ Anthony R. Martinez*
                                      Anthony R. Martinez
                                      SHOOK, HARDY & BACON L.L.P.
                                      2555 Grand Blvd.
                                      Kansas City, MO 64108
                                      Telephone:  (816) 474-6550
                                      Fax:  (816) 421-5547
                                      amartinez@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF TIARA SMITH BLAIR
Case No. 3:16-md-02741-VC

## EXHIBIT A

For purposes of the following document requests, "DOCUMENT" or "DOCUMENTS" means all tangible and electronic things and recorded information, including any written, printed, recorded or graphic matter, computer generated or maintained matter, photographic matter, film or videotaped matter, and all written, typed or printed matter and all electronic, magnetic or other records, including both the original and/or non-identical draft(s). Examples of Documents include, but are not limited to, handwritten, typed, or printed papers; letters, cards, memoranda, notes; invoices, purchase orders, financial statements, manuals, receipts; diaries, logs, journals, calendars; electronic mail, discussion board postings, blogs, chat room messages and posts, and social media communications (e.g., posts or messages sent via Facebook, Facebook Messenger, LinkedIn, MySpace, Snapchat, Twitter, FourSquare, Pinterest, Gmail, Yahoo, Comcast, Verizon, iChat, Apple FaceTime, AOL Instant Messenger, BlackBerry Messenger, etc.); phone text messages, voicemail recordings, facsimile, notes of telephone conversations; drawings, photographs, audio, tapes, disks, videotape recordings, DVD recordings, CD-ROM, films, and other forms of electronically or magnetically maintained information.

## DOCUMENT REQUESTS

1. ALL DOCUMENTS that constitute, contain, or refer to any purchases by your household or Joseph Matthew Blair of any pesticide.

2. ALL DOCUMENTS that constitute, contain, or refer to any purchases by your household or Joseph Matthew Blair of Roundup®-branded products or any other glyphosate-containing product.

3. ALL DOCUMENTS, including diaries, journals, calendars, notes, schedules, chronologies (including electronic versions of such documents), and other writings, which relate to Joseph Matthew Blair's cancer diagnosis, treatment, or condition.

4. ALL DOCUMENTS and communications between you and any of Joseph Matthew Blair's health care providers (or any staff associated therewith) relating to Mr. Blair's cancer diagnosis, treatment, or condition.

1        5.    ALL DOCUMENTS and communications between you and any of Joseph Matthew Blair's health care providers (or any staff associated therewith) relating to the subject matter of the above, the captioned lawsuit or Monsanto, including any discussion about the allegations in the Petition, Joseph Matthew Blair's use of Roundup®-branded products or other glyphosate-containing products, and any discussion regarding whether Roundup®-branded products or other glyphosate-containing products caused Joseph Matthew Blair's cancer or are capable of causing cancer.

      6.    ALL DOCUMENTS that constitute, refer to, or relate to any medical bills (including bills paid by insurers or other third party payors), which you or Joseph Matthew Blair contend are related to any injuries caused by his use or exposure to Roundup®-branded products or other glyphosate-containing products as alleged in the above-captioned lawsuit.

      7.    ALL DOCUMENTS that constitute, contain, refer to, or relate to any communication you have had with Monsanto, Monsanto subsidiaries, or Monsanto-related vendors.

# PROOF OF SERVICE

I am employed in the County of Jackson, State of Missouri. I am over the age of 18 and not a party to the within action. My business address is 2555 Grand Blvd., Kansas City, MO 64108.

On January 29, 2021, I served on the interested parties in said action the within:

**DEFENDANT MONSANTO COMPANY'S NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF PLAINTIFF TIARA SMITH BLAIR**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☒ (EMAIL) I caused such document(s) to be served via electronic mail on the interested parties at their email addresses listed on the attached service list on this date from email address tcady@shb.com. There was no error, "bounce-back" or notification of inability to deliver the email to the intended recipient.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed on the attached service list on this date from fax machine telephone number _____. The facsimile numbers used complied with California Rules of Court rule 2.300 et seq. and 2.306 and no error was reported by the machine. Pursuant to California Rules of Court rule 2.306, I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☒ (MAIL) By placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

☐ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct.

Executed on January 29, 2021 at Kansas City, MO.

Tina Cady
(Type or print name)                               (Signature)

- 5 -
PROOF OF SERVICE
Case No. 3:16-md-02741-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### SERVICE LIST

*Blair, et al. v. Monsanto Company*
*Case No.   3:19-cv-07984 -VC*

J. Marhsall Jones, Jr.
Jones & Odom, LLP
2124 Fairfield Ave
Shreveport, LA 71104
318-221-1600
jamajo@jodplaw.com

**Counsel for Plaintiffs**