# EXHIBIT D

February 23, 2021

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
 3
    IN RE:   ROUNDUP PRODUCTS    §  MDL NO. 2741
 4  LIABILITY LITIGATION         §  CASE NO. MDL NO.
                                 §  3:16-MD-02741-VC
 5  ----------------------------  §
                                 §
 6  BLAIR, ET AL.                 §  ----------------
                                 §
 7  VS.                          §
                                 §  CASE NO:
 8  MONSANTO COMPANY             §  3:19-CV-07984-VC
 9
10
11
                      - - -
12
              CERTIFICATE OF NONAPPEARANCE
13
                JOSEPH MATTHEW BLAIR
14
              Tuesday, February 23, 2021
15
                      - - -
16
17
18
              GOLKOW TECHNOLOGIES, INC.
19        877.370.DEPS | fax 917.591.5672
                  deps@golkow.com
20
21
22
23
24
25
```

```
 1              I, Ronald R. Cope, Certified
 2       Shorthand Reporter in and for the
 3       State of Texas, Registered
 4       Professional Reporter and Certified
 5       Realtime Reporter, do hereby certify
 6       to the following facts, to wit:
 7              That I appeared
 8       remotely/virtually on
 9       February 23, 2021, at 9:00 a.m., for
10       the purpose of taking the virtual
11       video-recorded oral deposition of
12       JOSEPH MATTHEW BLAIR pursuant to
13       Defendant Monsanto Company's Notice to
14       Take Oral and Videotaped Deposition of
15       Plaintiff Joseph Matthew Blair;
16              That counsel for the Defendant,
17       Robert D. Homolka of Shook, Hardy &
18       Bacon, LLP, 2555 Grand Blvd., Kansas
19       City, Missouri, 64108 also appeared
20       remotely/virtually at said time and
21       place;
22              That I remained in the meeting
23       until 9:35 a.m., and that said
24       witness, JOSEPH MATTHEW BLAIR, did not
25       join the deposition;
```

1              That I am neither counsel for,
2       nor related to, nor employed by any of
3       the parties or attorneys in the action
4       in which this proceeding was taken,
5       and further that I am not financially
6       or otherwise interested in the outcome
7       of the action;
8              That the following was dictated
9       to me for the record:
10             THE VIDEOGRAPHER: We are now
11      on the record. My name is Brian
12      Bobbitt. I'm a videographer for
13      Golkow Litigation Services. Today's
14      date is February 23, 2021, and the
15      time is 9:22 a.m. Central time.
16             This remote video deposition is
17      being held in the matter Roundup
18      Products Liability Litigation, Blair,
19      et al., versus Monsanto Company, for
20      the United States District Court,
21      Northern District of California.
22             The deponent is Joseph Matthew
23      Blair.
24             All parties to this deposition
25      are appearing remotely and have agreed

```
 1      to the witness being sworn in
 2      remotely.
 3              Would counsel like to identify
 4      themselves for the record.
 5              MR. HOMOLKA: Hi. This is
 6      Robert Homolka of Shook, Hardy & Bacon
 7      on behalf of the defendants.
 8              And I'm just going to make a
 9      statement for the record today. I am
10      appearing virtually on behalf of the
11      defendants, who noticed this
12      deposition. The deposition was
13      supposed to start at 9:00 a.m. Central
14      time. It is now 9:23 Central time and
15      Mr. Blair, the deponent, has not shown
16      up; and his attorney of record from
17      the Jones & Odom law firm, who appears
18      to be Marshall Jones, has not shown
19      up.
20              I want to give a little
21      background on this case. After it was
22      filed and the MDL court established a
23      Wave III scheduling order, we
24      attempted to reach out to Mr. Marshall
25      Jones, the attorney of record for
```

 1      Mr. Blair.
 2           My colleague and partner,
 3      Anthony Martinez, sent an e-mail
 4      December 16 of 2020 asking Mr. Jones
 5      for deposition dates for his client
 6      Joseph Matthew Blair and his wife
 7      Tiara Blair. He informed them of the
 8      scheduling of the MDL Wave III and the
 9      deadlines that were present.
10           After hearing nothing from
11      Mr. Jones, the attorney of record, my
12      partner and colleague, Anthony
13      Martinez, followed up again on
14      January 14 of 2021 asking again for
15      Mr. Jones to contact him and work on
16      scheduling these depositions.
17           On January 20 of 2021, after
18      hearing nothing, my colleague, Anthony
19      Martinez, again contacted attorney of
20      record, Mr. Jones, about scheduling
21      Mr. Blair's deposition.
22           After hearing nothing on
23      January 28 of 2021, Anthony Martinez
24      again e-mailed Mr. Jones and, at this
25      time, informed him that he was going

```
 1      to notice the depositions of his
 2      clients because of the impending
 3      scheduling order if he did not hear
 4      anything from Mr. Jones by the next
 5      day.
 6                After hearing nothing again, on
 7      January 29 defendants noticed the
 8      deposition of Joseph Matthew Blair,
 9      virtually, for Tuesday, February 23,
10      coordinated with Golkow, the
11      videographer, and the court reporter.
12                On that same date we notice the
13      deposition of Mr. Blair's spouse,
14      Tiara Blair, to continue after
15      plaintiff Joseph Matthew Blair's
16      deposition.
17                After we unilaterally noticed
18      the depositions we heard nothing from
19      counsel but we still again on
20      February 18 followed up via e-mail, my
21      colleague Anthony Martinez, asking the
22      attorney if they were planning to
23      produce his clients on February 23rd.
24                We heard nothing on
25      February 18th so we moved forward with
```

```
 1        the deposition pursuant to the notices
 2        that were served and filed.
 3                That is the background of the
 4        case. Obviously we have tried to
 5        contact, coordinate, and do everything
 6        we could to schedule these
 7        depositions.
 8                And just for the record, the
 9        civil cover sheet and petition that
10        was filed in this matter, the
11        Complaint that was filed, was filed
12        on appears to be August 22, 2019. At
13        the end of that complaint it says
14        attorney/counsel for plaintiff is
15        J. Marshall Jones, Jr., with an e-mail
16        address on the Complaint of
17        jamajo@jodp -- as in Paul -- law.com.
18        That is the e-mail we sent all these
19        communications to.
20                At this time we are going to
21        sign out. And we've given -- again,
22        it's now 9:27, we've given nearly 30
23        minutes for them to show up.
24                Today we also had the
25        deposition of the spouse, Tiara Blair,
```

1      scheduled to occur after Joseph
2      Matthew Blair plaintiff's deposition.
3            Because plaintiff has not shown
4      up, because his attorney has not shown
5      up, because of the record that I just
6      laid out of no contact from the
7      counsel, myself, Mr. Cope, and
8      Mr. Bobbitt are going to not stay on
9      this virtual line throughout the day
10     to see if she shows up.
11           So we will continue this
12     deposition at a later date if the
13     Court deems it necessary; otherwise,
14     that's really what I have to say
15     today.
16           CERTIFIED TO BY ME on this the
17     23rd day of February, 2021.
18     *Ronald R. Cope*
19     _____
       RONALD R. COPE, CSR, RPR, CRR, CLR
20     My commission expires October 17, 2021
       Golkow Litigation Services
21
22
23
24
25