John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Blair, et al. v. Monsanto Company*<br>Case No.  3:19-cv-07984-VC | |

## MONSANTO'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO APPEAR AT DEPOSITIONS

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiffs' Complaint for failure to appear at their depositions; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this _____ day of _____, 2021;

**ORDERED** that the Complaint of Plaintiffs Joseph and Tiara Blair are hereby dismissed with prejudice.

2

**ORDERED** that a signed copy of this Order be served upon all counsel within seven (7) days of the date hereof.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT