**HOLLINGSWORTH**LLP
Joe G. Hollingsworth  (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington,  DC  20005
Telephone:    (202) 898-5800
Facsimile:     (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
               elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED  STATES  DISTRICT  COURT

NORTHERN  DISTRICT  OF  CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY  LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document  relates to:<br><br>*Holly L. Burger, fka Holly L. Steinbrook v. Monsanto Co.,*<br>Case No. 3:21-cv-01045-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION  OF INTERESTED  ENTITIES  OR PERSONS**

Pursuant  to Civil L.R. 3-15, the undersigned  certifies  that the following  listed  persons,

associations  of persons, firms, partnerships,  corporations  (including  parent  corporations)  or other

entities  (i) have a financial  interest  in the subject matter  in controversy  or in a party to the

proceeding,  or (ii) have a non-financial  interest  in that subject matter  or in a party that could  be

substantially  affected  by the outcome  of this  proceeding:

Defendant  Monsanto  Company  is an indirect,  wholly-owned  subsidiary  of Bayer AG, so

Bayer AG has a financial  interest  in a party to the proceeding.

1   DATED:  March 10, 2021

2

3

Respectfully  submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth  (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric  G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington,  DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

2