# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| James Alvarez, Anthony Alvarez, Christian Alvarez, and Catherine Alvarez on behalf of A.A., a minor, as Jaime Alvarez Calderon's successors in interest | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

## MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL EX PARTE

Undersigned Counsel makes this request to the Court for the appointment of a Guardian ad Litem for minor A.A.  A.A.'s date of birth is August 22, 2004.  Subject to Court approval, A.A. has resolved, through mediation, a wrongful death claim arising out of the death of his father, Jaime Alvarez Calderon (Alvarez).

The appointment of a Guardian ad Litem is necessary because A.A., subject to this Court's approval, will be receiving settlement proceeds arising from the death of his father.

Counsel requests that A.A.'s mother, Catherine Alvarez, be appointed Guardian ad Litem for A.A. A.A. resides with his mother. Prior to Jaime Alvarez's death, he and Catherine Alvarez were divorced. As such, Catherine Alvarez has no claim arising out of Jaime Alvarez's death. Her contact information is as follows:

Catherine Alvarez


1

2

No prior application or motion for the appointment of a guardian ad litem has been made by

Catherine Alvarez or any other person.

3

4

Catherine Alvarez has no guardian or conservator of his or her estate.

5

The proposed guardian ad litem is fully competent and qualified to understand and protect the rights

6

of A.A. and has no interests adverse to the interests of A.A.

7

Dated: January 15, 2021

8

9

Respectfully Submitted,

10

*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
**GOLDBERG & OSBORNE LLP**
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com

11

12

13

14

*Attorney for Plaintiffs*

15

16

17

**CERTIFICATE OF SERVICE**

18

I, David J. Diamond, hereby certify that on January 15, 2021, the foregoing document was filed

19

20

via the Court's CM/ECF system, which will automatically serve and send email notification of such

filing to all registered attorneys of record.

21

22

*/s/ David J. Diamond*
David J. Diamond

23

24

25

26

27

28

MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – 3:19-cv-01630