Jennifer E. Hackman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
jhackman@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF JENNIFER E. HACKMAN ON BEHALF OF MONSANTO COMPANY** |
| *Bonanni, et al. v. Monsanto Company* Case No. 3:19-cv-08382-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jennifer E. Hackman of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

March 11, 2021                                  Respectfully Submitted,

By: */s/ Jennifer E. Hackman*
   Jennifer E. Hackman
   SHOOK, HARDY & BACON L.L.P.
   2555 Grand Blvd.
   Kansas City, MO 64108
   Phone: (816) 474-6550
   Fax: (816) 421-5547
   jhackman@shb.com

   *Attorney for Defendant*
   *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Jennifer E. Hackman, hereby certify that, on March 11, 2021, I electronically filed NOTICE OF APPEARANCE OF JENNIFER E. HACKMAN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: March 11, 2021                           Respectfully submitted,

                                                    */s/ Jennifer E. Hackman*
Jennifer E. Hackman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
jhackman@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*