Poston E. Pritchett
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
ppritchett@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF POSTON E. PRITCHETT ON BEHALF OF MONSANTO COMPANY** |
| *Jones, et al. v. Monsanto Company* Case No. 3:20-cv-03112-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Poston E. Pritchett of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

March 11, 2021                                        Respectfully Submitted,

By: */s/ Poston E. Pritchett*
Poston E. Pritchett
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
ppritchett@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

  I, Poston E. Pritchett, hereby certify that, on March 11, 2021, I electronically filed NOTICE OF APPEARANCE OF POSTON E. PRITCHETT ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: March 11, 2021       Respectfully submitted,

                 */s/ Poston E. Pritchett*
                Poston E. Pritchett
                SHOOK, HARDY & BACON L.L.P.
                2555 Grand Blvd.
                Kansas City, MO 64108
                Phone: (816) 474-6550
                Fax: (816) 421-5547
                ppritchett@shb.com

                *Attorney for Defendant*
                *MONSANTO COMPANY*