# EXHIBIT 3



**Summit Settlements**
2875 West Highland #1117
Chandler, Arizona 85224
(480)456-1563

## Settlement Proposal for:   Quote

| | |
|---|---|
| Owner State : Colorado (0.00% tax) | Quote Date : 01/22/2021 |
| Rate Series : PL283 | Purchase Date : 03/15/2021 |
| Rates Effective : 12/21/2020 | Expiration Date : 01/29/2021 |

**For : Andrew Alvarez**                                         Male, Date of Birth: 08/22/2004      Age: 17

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost | IRR |
|---|---|---|---|---|
| Guaranteed Lump Sum - $▆▆▆▆ paid as a lump sum on 08/22/2029 guaranteed. | ▆▆▆ | ▆▆▆ | ▆▆▆ | 1.28% over 9 year(s) |
| Guaranteed Lump Sum - $▆▆▆▆ paid as a lump sum on 08/22/2034 guaranteed. | ▆▆▆ | ▆▆▆ | ▆▆▆ | 1.73% over 14 year(s) |
| Guaranteed Lump Sum - $▆▆▆▆ paid as a lump sum on 08/22/2039 guaranteed. | ▆▆▆ | ▆▆▆ | ▆▆▆ | 2.01% over 19 year(s) |
| Subtotal For : Andrew Alvarez ...................................... | ▆▆▆ | ▆▆▆ | ▆▆▆ | |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| ANNUITY COST.................................................................... | | | ▆▆▆ |
| Assignment Fee ............................................................. | | | |
| TOTAL ANNUITY COST W/ FEES ........................................... | ▆▆▆ | ▆▆▆ | ▆▆▆ |

\* This is an illustration only and is subject to approval by Pacific Life. Actual rates used will be those in effect on the date the premium is received or a valid lock in is received. Pacific Life will not be bound by any improper quote.

Quote is subject to the submission of all Pacific Life required documents as stated in the PL Broker Manual.

230251527-04247   062330219-04152

| | | |
|---|---|---|
| Quote ID: | Jan 22, 2021 | Summit Settlements |
| Prepared by: Dean Howard Steffey | Page 1 of 1 | v10.01 / r10.00 |



**Summit Settlements**
2875 West Highland #1117
Chandler, Arizona 85224
(480)456-1563

## Settlement Proposal for:   Quote

| | | |
|---|---|---|
| Owner State : Colorado (0.00% tax) | Quote Date : | 01/22/2021 |
| Rate Series : PL283 | Purchase Date : | 03/15/2021 |
| Rates Effective : 12/21/2020 | Expiration Date: | 01/29/2021 |

**For : Andrew Alvarez**   Male, Date of Birth: 08/22/2004   Age: 17

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost | IRR |
|---|---|---|---|---|
| **Guaranteed Lump Sum -** ▮ paid as a lump sum on 08/22/2029 guaranteed. | ▮ | ▮ | ▮ | 1.28% over 9 year(s) |
| **Guaranteed Lump Sum -** ▮ paid as a lump sum on 08/22/2034 guaranteed. | ▮ | ▮ | ▮ | 1.73% over 14 year(s) |
| **Guaranteed Lump Sum -** ▮ paid as a lump sum on 08/22/2039 guaranteed. | ▮ | ▮ | ▮ | 2.01% over 19 year(s) |
| **Subtotal For : Andrew Alvarez** | ▮ | ▮ | ▮ | |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| ANNUITY COST | | | ▮ |
| Assignment Fee | | | |
| **TOTAL ANNUITY COST W/ FEES** | ▮ | ▮ | ▮ |

\* This is an illustration only and is subject to approval by Pacific Life. Actual rates used will be those in effect on the date the premium is received or a valid lock in is received. Pacific Life will not be bound by any improper quote.

Quote is subject to the submission of all Pacific Life required documents as stated in the PL Broker Manual.

003151617-04877   126320222-04851

| | | |
|---|---|---|
| Quote ID: | Jan 22, 2021 | Summit Settlements |
| Prepared by: Dean Howard Steffey | Page 1 of 1 | v10.01 / r10.00 |



**Summit Settlements**
2875 West Highland #1117
Chandler, Arizona 85224
(480)456-1563

## Settlement Proposal for:   Quote

| | | | |
|---|---|---|---|
| Owner State : | Colorado (0.00% tax) | Quote Date : | 01/22/2021 |
| Rate Series : | PL283 | Purchase Date : | 03/15/2021 |
| Rates Effective : | 12/21/2020 | Expiration Date: | 01/29/2021 |

| For : Andrew Alvarez | Male, Date of Birth: 08/22/2004  Age: 17 |
|---|---|

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost | IRR |
|---|---|---|---|---|
| **Life with Certain Annuity** - $_____ for life, payable quarterly, guaranteed for 25 year(s), beginning on 08/22/2034, with the last guaranteed payment on 05/22/2059. | $_____ | $_____ | $_____ | 2.50% over 66 year(s) |
| **Subtotal For : Andrew Alvarez** ................................................. | $_____ | $_____ | $_____ | |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| **ANNUITY COST**................................................................... | | | $_____ |
| Assignment Fee ............................................................ | | | |
| **TOTAL ANNUITY COST W/ FEES** ......................................... | $_____ | $_____ | $_____ |

---

\* This is an illustration only and is subject to approval by Pacific Life. Actual rates used will be those in effect on the date the premium is received or a valid lock in is received. Pacific Life will not be bound by any improper quote.

Quote is subject to the submission of all Pacific Life required documents as stated in the PL Broker Manual.

090353478-05328   116490267-05279

| | | |
|---|---|---|
| Quote ID: | Jan 22, 2021 | Summit Settlements |
| Prepared by:  Dean Howard Steffey | Page 1 of 1 | v10.01 / r10.00 |