# EXHIBIT 2

 

# Medicare Secondary Payer Recovery Portal

Skip Navigation

Home | About This Site | CMS Links | How To... | Reference Materials | Contact Us | Logoff

## Case Information

**Print this page**

**Quick Help :** Help About This Page

**Case ID:** 20210 21090 00839
**Case Type:** Liability
**Case Status:** Demand   What is this?

**Date of Incident:** 04/03/2014
**Industry Date of Incident:**     What is this?

**Medicare ID:** *****2663A
**Beneficiary DOB:** 09/21/1954
**Beneficiary Last Name:** ALVAREZ CALDERON

**Authorization Level:**
**Authorization Status:**     What is this?

---

**Payment Information** | Refund Information | Letter Activity

**\*Current Conditional Payment Amount:** ▮▮▮▮▮
*Note: Claims are retrieved daily. This amount is current as of: 03/01/2021.*

**Rights and Responsibilities Letter Mail Date:** 01/27/2021

**Conditional Payment Letter Amount:** $0.00
**Conditional Payment Letter Mail Date:** 02/03/2021

**Conditional Payment Notice Amount:**
**Conditional Payment Notice Mail Date:**
**Conditional Payment Notice Response Due Date:**

**Demand Letter Mail Date:** 02/19/2021
**Demand Amount:** ▮▮▮▮▮
**Interest Rate:** 9.625%
**Last Interest Accrual Date:**

**Balance Amount:** ▮▮▮▮▮
**Balance as of Date:** 02/19/2021
**Remaining Principal Balance Amount:** ▮▮▮▮▮
**Remaining Interest Balance Amount:** $0.00
*Note: Remaining balance amounts may not reflect recent payments.*

What is this?

---

**Please select an action from the following list, if the option is disabled it may not be available for the case at this time:**

○ View / Request Authorizations
○ Request an update to the conditional payment amount   What is this?
○ Request a mailed copy of the conditional payment letter   What is this?
○ Begin Final Conditional Payment Process and Provide 120 Days' Notice of Anticipated Settlement   What is this?
○ View / Dispute Claims Listing   What is this?
○ Initiate Demand Letter   What is this?