Joshua J. Taylor
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
jjtaylor@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF JOSHUA J. TAYLOR ON BEHALF OF MONSANTO COMPANY** |
| *Michael Vlasatik v. Monsanto Company* Case No. 3:19-cv-07374-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Joshua J. Taylor of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

March 11, 2021                              Respectfully Submitted,

By: */s/ Joshua J. Taylor*
    Joshua J. Taylor
    SHOOK, HARDY & BACON L.L.P.
    2555 Grand Blvd.
    Kansas City, MO 64108
    Phone: (816) 474-6550
    Fax: (816) 421-5547
    jjtaylor@shb.com

    *Attorney for Defendant*
    *MONSANTO COMPANY*

---

NOTICE OF APPEARANCE OF JOSHUA J. TAYLOR ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4834-8516-3744 v1

**CERTIFICATE OF SERVICE**

    I, Joshua J. Taylor, hereby certify that, on March 11, 2021, I electronically filed NOTICE OF APPEARANCE OF JOHSUA J. TAYLOR ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: March 11, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Joshua J. Taylor*
　　　　　　　　　　　　　　　　　　　　Joshua J. Taylor
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　2555 Grand Blvd.
　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　　　Phone: (816) 474-6550
　　　　　　　　　　　　　　　　　　　　Fax: (816) 421-5547
　　　　　　　　　　　　　　　　　　　　jjtaylor@shb.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*