Dalton R. Mott
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
dmott@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Manuel, et al. v. Monsanto Company*<br>Case No.  3:19-cv-04125-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC<br><br>**NOTICE OF APPEARANCE OF DALTON R. MOTT ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Dalton R. Mott of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

March 11, 2021                              Respectfully Submitted,

By: */s/ Dalton R. Mott*
     Dalton R. Mott
     SHOOK, HARDY & BACON L.L.P.
     2555 Grand Blvd.
     Kansas City, MO 64108
     Phone: (816) 474-6550
     Fax: (816) 421-5547
     dmott@shb.com

     *Attorney for Defendant*
     *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

  I, Dalton R. Mott, hereby certify that, on March 11, 2021, I electronically filed NOTICE OF APPEARANCE OF DALTON R. MOTT ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: March 11, 2021       Respectfully submitted,

                  */s/ Dalton R. Mott*
                 Dalton R. Mott
                 SHOOK, HARDY & BACON L.L.P.
                 2555 Grand Blvd.
                 Kansas City, MO 64108
                 Phone: (816) 474-6550
                 Fax: (816) 421-5547
                 dmott@shb.com

                 *Attorney for Defendant*
                 *MONSANTO COMPANY*