1  **HOLLINGSWORTH**LLP
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION | |
11 | | Case No. 3:16-md-02741-VC |

12 | This document relates to: | |
13 | *Jimmy Pool v. Monsanto Co.*, | |
   | Case No. 3:21-cv-01210-VC | |
14

15           **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18        1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.    Bayer AG is a publicly held corporation.

20 DATED:  March 12, 2021                    Respectfully submitted,

21                                           /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth (*pro hac vice*)
22                                           (jhollingsworth@hollingsworthllp.com)
                                             Eric G. Lasker (*pro hac vice*)
23                                           (elasker@hollingsworthllp.com)
                                             HOLLINGSWORTHLLP
24                                           1350 I Street, N.W.
                                             Washington, DC  20005
25                                           Telephone:  (202) 898-5800
                                             Facsimile:   (202) 682-1639
26
                                             *Attorneys for Defendant*
27                                           *MONSANTO COMPANY*

28