Exhibit A

# The Daily Transcript

*San Diego's Business Daily*

NEWS | SAN DIEGO | FINANCE

## Nurseryland Garden Center Chain Sold To Armstrong Centers

Thursday, April 16, 1998

The Nurseryland Garden Center chain has been bought by the employee-owned Armstrong Garden Centers Inc. for an undisclosed sum. Nurseryland, formerly owned by Sunbelt Nursery Group, which filed for bankruptcy in Santa Ana on April 2, operated 15 garden centers in Southern California, including seven centers in San Diego County, and a 35-acre wholesale production nursery in San Juan Capistrano. The Spring Valley store, along with stores in Brea, Irvine and Mission Viejo, are being closed. The existing stores in El Cajon (2), Mira Mesa, Mission Valley and Morena are becoming Armstrong Garden Centers. The Del Mar store is expected to close when another Armstrong Garden Center is built in another part of that city. Along with the Del Mar store, Armstrong is planning additional stores in Encinitas, Laguna Hills and Clairemont. Armstrong plans to have the names changed on all the stores by May 1. The remodeling of the existing stores is expected to be completed in the fall. Some Nurseryland stores already have disappeared into history. Late last year, the 61,700-square-foot former Nurseryland site at 925 Palomar Airport Road in Carlsbad was leased by Carl's Jr. Restaurants for 240 months and $1,660,000 from JCM Tom Company. Nurseryland was founded by Butch Collins about 30 years ago at a Mission Valley site. That building no longer exists. An existing Mission Valley store is on Friars Road. Collins, the late father of Mark Collins, who owns the Evergreen Nursery chain, sold the business to the Intermark. The chain later was acquired by Sunbelt, which itself has had numerous owners. Sunbelt assets included Nurseryland, Tip Top Nurseries and Wolf Nurseries in Texas and Oklahoma. Sunbelt also reportedly owned a chain called Green Brothers in Atlanta. Mark Collins, who used to work at his father's company, said he feels a little remorse, "But I don't sell the same stuff they do." Armstrong is a 109-year-old company with 26 garden centers in Southern California and three production wholesale nurseries. With the exception of some historical background, Armstrong officials declined comment on the purchase, but said more details should be made available next week. Armstrong's president is Michael D. Kunce. "Armstrong prides itself on having the largest number of certified nursery men and women in Southern California, as well as the widest selection of roses, perennials, hybrid hibiscus, hybrid flower annuals, unusual shrubs, vines citrus, imported pottery and unique garden gifts," a press statement said. Armstrong grows on its 135-acre ranch most of the flowering plants it sells. Armstrong is a privately held firm that is 100 percent owned by its employees. On Thursday, Nurseryland held a going-out-of-business sale. The discounts ranged from 20 percent off for soils and bedded plants to 70 percent off for shade trees and all irrigation. Nurseryland reportedly had been struggling and times hadn't always been easy for the nursery business. Springtime Growers, which had reported $20 million in sales in 1988, closed in 1993.

Copyright | Privacy Policy | Acceptable Use Policy

All contents herein copyright *San Diego Source* ® 1994-2021