Lynne M. Kizis, Esq. (ID No. 037831987)
WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
732.636.8000
*Attorneys for Plaintiff Angelo Grillo*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Grillo, et al. v. Monsanto Co.*, Case No. 3:20-cv-06501 | NOTICE OF APPEARANCE OF LYNNE M. KIZIS |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE THAT Attorney Lynne M. Kizis hereby appears in the above-captioned case on behalf of Plaintiff Angelo Grillo, and the Proposed Class.

Dated: March 15, 2021

                                          WILENTZ, GOLDMAN & SPITZER, P.A.

                                  By:  /s/ *LYNNE M. KIZIS*
                                          Lynne M. Kizis, Esq. (ID No. 037831987)
                                          90 Woodbridge Center Drive
                                          Post Office Box 10
                                          Woodbridge, New Jersey 07095

#12132145.1