Christopher M. Sorenson
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
csorenson@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Bordner, et al. v. Monsanto Company*<br>Case No.  3:20-cv-01640-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER M. SORENSON ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Christopher M. Sorenson of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

March 16, 2021                                         Respectfully Submitted,


                                             By: */s/ Christopher M. Sorenson*
                                                  Christopher M. Sorenson
                                                  SHOOK, HARDY & BACON L.L.P.
                                                  2555 Grand Blvd.
                                                  Kansas City, MO 64108
                                                  Phone: (816) 474-6550
                                                  Fax: (816) 421-5547
                                                  csorenson@shb.com

                                                  *Attorney for Defendant*
                                                  *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Christopher M. Sorenson, hereby certify that, on March 16, 2021, I electronically filed NOTICE OF APPEARANCE OF CHRISTOPHER M. SORENSON ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: March 16, 2021

Respectfully submitted,

 */s/ Christopher M. Sorenson*
Christopher M. Sorenson
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
csorenson@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*