UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC *Karman v. Monsanto Co.*, 3:19-cv-01183-VC *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC *Schafer v. Monsanto Co.*, 3:19-cv-02169-VC *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **JOINT STIPULATION FOR EXTENSION OF TIME FOR MONSANTO TO FILE A *DAUBERT* MOTION REGARDING DR. CHRISTOPHER PORTIER IN WAVE 2** |

Pursuant to LR 6-2 and 7-12, the Parties hereby jointly stipulate to an extension of time for Monsanto to file a *Daubert* motion regarding Dr. Portier. The reasons for the stipulation are as follows:

1. Dr. Portier provided a revised 169-page expert report in Wave 2 which elaborates on his opinions to cover additional reliance material not addressed in his earlier reports in this MDL. Plaintiffs have agreed to allow another deposition of Dr. Portier, and on February 26, 2021, the parties submitted a joint motion requesting an extension of time for the close of expert discovery, as to Dr. Portier only, to June 30, 2021.

2. The parties have agreed that, consistent with the Court's instructions not to re-litigate issues previously ruled upon by the Court, Monsanto's motion will preserve Monsanto's prior arguments for excluding Dr. Portier, but will otherwise only address new issues raised by Dr. Portier's report or deposition that the Court has not previously considered.

3. The current deadline for Monsanto to file a *Daubert* motion as to Dr. Portier is March 19, 2021. Dr. Portier's deposition has yet to be scheduled, and will not take place before this date.

4. As a result, the parties request an extension of time for Monsanto to file a *Daubert* motion regarding Dr. Portier from March 19, 2021 to fourteen (14) days after the conclusion of Dr. Portier's deposition.

5. The following changes were previously requested—or made—to the schedule in this case:

   a. On July 26, 2019, the Court denied the parties' joint request for an extension of the Wave 1 and Wave 2 deadlines, and invited the parties to submit a new extension request that included a continuance of the Stevick trial.  *See* Pretrial Order No. 169.

   b. On August 1, 2019, the Court granted the parties second amended joint request for an extension of the Wave 1 and Wave 2 deadlines.  *See* Pretrial Order No. 171. Under this Order Monsanto's *Daubert* briefs were due June 24, 2020.

   c. On October 1, 2019, the Court granted the plaintiffs' in *Hernandez v. Monsanto Co.*, 17-cv-7364 opposed motion for an extension of time to provide their expert reports, extending the deadline from October 4, 2019, to October 18, 2019.  *See* Pretrial Order No. 178.

   d. On February 7, 2020, the Court issued an order at the request of the settlement master extending all deadlines in the MDL 28 days.  *See* Pretrial Order No. 207.

   e. On March 5, 2020, the Court issued an order at the request of the settlement master extending all deadlines in the MDL 35 days.  *See* Pretrial Order No. 208.

   f. On July 21, 2020, the Court stayed all MDL cases until November 2, 2020 and vacated all litigation deadlines.  *See* Pretrial Order No. 216.

   g. On May 19, 2020, the Court granted the parties' joint request for an extension of the Wave 2 deadlines.  *See* Order Granting Joint Request for Extension of Time of Deadlines in Pretrial Order No. 208.  Under that order, Monsanto's Wave 2 *Daubert* briefs were due October 26, 2020.

   h. On December 9, 2020, the Court granted, as revised by the Court, the parties' joint request for a revised schedule for the Wave 2 cases.  As described above, on February 26, 2021, the parties requested an extension of the close of expert

discovery—as to Dr. Portier only—to June 30, 2021.  No other modifications have been made to, or requested for, this revised schedule.

6. The proposed extension would not otherwise modify the schedule for the Wave 2 cases.

DATED: March 16, 2021

/s/ Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

*Attorneys for Defendant Monsanto Company*


/s/ Robin Greenwald

Robin Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff

---

JOINT STIPULATION FOR EXTENSION OF TIME FOR MONSANTO TO FILE A *DAUBERT* MOTION REGARDING DR. CHRISTOPHER PORTIER IN WAVE 2
16-md-02741-VC