UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.,* 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169-VC<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR MONSANTO TO FILE A *DAUBERT* MOTION REGARDING DR. CHRISTOPHER PORTIER IN WAVE 2** |

The parties' joint request for an extension of time for Monsanto to file a *Daubert* motion as to Dr. Portier is granted. Monsanto shall file its *Daubert* motion regarding Dr. Portier no later than fourteen (14) days following the conclusion of Dr. Portier's deposition in the Wave 2 cases. The remaining Wave 2 filing deadlines are not altered by this Order.

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED:

_____
The Honorable Vince Chhabria
United States District Court Judge