1  Cristina Hernandez (TX#24046063)
   (Admitted Pro Hac Vice)
2  FITTS LAW FIRM, PLLC
   Houston, TX 77027
3  Tel: (713) 871-1670
   Fax:(713) 583-1492
4  chernandez@fittslawfirm.com

5

6

7

8            **UNITED STATES DISTRICT COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
9            **SAN FRANCISCO DIVISION**

10 IN RE: ROUNDUP PRODUCTS            ) MDL No. 2741
   LIABILITY LITIGATION               )
11                                    ) Case No.: 3:16-md-02741-VC
   THIS DOCUMENT RELATES TO:          )
12                                    ) **NOTICE OF APPEARANCE**
   *Patrick Crabtree. v. Monsanto Co.* ) **OF CRISTINA HERNANDEZ**
13 Case No. 3:21-cv-01661-VC          ) **ON  BEHALF OF PLAINTIFF**

14 _____

15         **TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

16         Please take notice that Cristina Hernandez of Fitts Law Firm hereby enters an appearance

17 as counsel for Plaintiff, Patrick Crabtree in the above-referenced action. Please serve said counsel

18 with all pleadings and notices in this action.

19         Cristina Hernandez (TX#24046063)
           (Admitted Pro Hac Vice)
20         FITTS LAW FIRM, PLLC
           Houston, TX 77027
21         Tel: (713) 871-1670
           Fax:(713) 583-1492
22         chernandez@fittslawfirm.com

23

24

25

26

27

28

1  
2  DATED: March 16, 2021  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Respectfully submitted,

**FITTS LAW FIRM**

*/s/ Cristina Hernandez*
Cristina Hernandez (TX#24046063)
(Admitted Pro Hac Vice)
FITTS LAW FIRM, PLLC
Houston, TX 77027
Tel: (713) 871-1670
Fax:(713) 583-1492
chernandez@fittslawfirm.com