**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10ᵗʰ Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC | **NOTICE OF APPEARANCE OF COUNSEL** |
| *Karman v. Monsanto Co.,* 3:19-cv-01183-VC | |
| *Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC | |
| *Peterson v. Monsanto Co.,* 3:18-cv-07271-VC | |
| *Rehak v. Monsanto Co.,* 3:19-cv-01719-VC | |
| *Schafer v. Monsanto Co.,* 3:19-cv-02169 | |
| *Seidl v. Monsanto Co.,* 3:17-cv-00519-VC | |

**COMES NOW** K. Lee Marshall of Bryan Cave Leighton Paisner LLP and enters his appearance on behalf of Defendant Monsanto Company in the above-captioned matters.

DATED:  March 18, 2021

Respectfully submitted,

/s/ *K. Lee Marshall*

K. Lee Marshall
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Tel:    415-675-3400
Fax: 415-675-3434
klmarshall@bclplaw.com

NOTICE OF APPEARANCE OF COUNSEL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ K. Lee Marshall*

NOTICE OF APPEARANCE OF COUNSEL