| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel:   202-847-4030<br>Fax:   202-847-4005 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000 |

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **DECLARATION OF MICHAEL X.**<br>) **IMBROSCIO IN SUPPORT OF**<br>) **MONSANTO'S SUMMARY JUDGMENT**<br>) **MOTION ON STATUTE OF**<br>) **LIMITATIONS AND PROXIMATE**<br>) **CAUSATION GROUNDS**<br><br>       Hearing Date: May 28, 2021 |

I, Michael X. Imbroscio, hereby declare as follows:

1.  I am a partner at the law firm of Covington & Burling LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion for Summary Judgment on Statute of Limitations and Proximate Causation Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.  Annexed hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Mark Pecorelli, taken in *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC on November 12, 2019.

3.  Annexed hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Steven J. Leibach, M.D., taken in *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC on July 23, 2020.

4.  Annexed hereto as Exhibit 3 is a true and correct copy of the First Amended Plaintiff Fact Sheet submitted in *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC.

5.  Annexed hereto as Exhibit 4 is a true and correct copy of the Death Certificate of Michael Pecorelli.

6.  Annexed hereto as Exhibit 5 is a true and correct copy of the transcript of the deposition of Dr. Lauren Pinter-Brown, taken in *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC on March 1, 2021.

7.  Annexed hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Dr. Dennis Weisenburger, taken in *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC on March 1, 2021.

| | |
|---|---|
| 1 | I hereby declare under penalty of perjury that the facts set forth herein are true and correct. |
| 2 | |
| 3 | Executed this 18th day of March, 2021 |

/s/ Michael X. Imbroscio

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-60000

Attorney for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                                                         */s/ Michael X. Imbroscio*