# EXHIBIT 4

# CERTIFICATION OF DEATH RECORD



EXHIBIT Leibach 5 7-23-2020

**COOK COUNTY CLERK VITAL RECORDS**
**CHICAGO, ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

STATE FILE NUMBER: 2012 0024045    DATE ISSUED: 04/05/2012

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | MICHAEL DANIEL PECORELLI SR |
| SEX | MALE |
| DATE OF DEATH | MARCH 28, 2012 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 82 YEARS |
| DATE OF BIRTH | [redacted] |
| CITY OR TOWN | ELK GROVE VILLAGE |
| HOSPITAL OR OTHER INSTITUTION NAME | [redacted] |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | [redacted] |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | JOYCE EHRHARDT |
| EVER IN U.S. ARMED FORCES? | YES |
| RESIDENCE | [redacted] |
| CITY OR TOWN | ELK GROVE VILLAGE |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60007 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MICHAEL PECORELLI |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ANTONINETTE DONATELLA |
| INFORMANT'S NAME | JOYCE PECORELLI |
| RELATIONSHIP | WIFE |
| MAILING ADDRESS | [redacted] |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | LAKEWOOD CREMATORY |
| LOCATION – CITY OR TOWN AND STATE | GREEN OAKS, IL |
| DATE OF DISPOSITION | MARCH 30, 2012 |
| FUNERAL HOME | MEADOWS FUNERAL HOME, 3615 KIRCHOFF ROAD, ROLLING MEADOWS, IL, 60008 |
| FUNERAL DIRECTOR'S NAME | WILLIAM J HABERICHTER |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | [redacted] |
| LOCAL REGISTRAR'S NAME | DAVID ORR |
| DATE FILED WITH LOCAL REGISTRAR | MARCH 30, 2012 |

**CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): MALIGNANT FIBROSIS HISTIOCYTOMA — MONTHS
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A

FEMALE PREGNANCY STATUS: NOT APPLICABLE
MANNER OF DEATH: NATURAL

DATE OF INJURY:
TIME OF INJURY:
PLACE OF INJURY:
INJURY AT WORK:
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:

ATTEND THE DECEASED? YES
DATE LAST SEEN ALIVE: AUGUST 12, 2011
WAS MEDICAL EXAMINER OR CORONER CONTACTED? NO
DATE PRONOUNCED:
TIME OF DEATH: 08:55 PM

CERTIFIER: PHYSICIAN
DATE CERTIFIED: MARCH 29, 2012

NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: DR STEVEN LEIBACH, 3701 ALGONQUIN ROAD, ROLLING MEADOWS, ILLINOIS, 60008
PHYSICIAN'S LICENSE NUMBER: 036 062217

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*David Orr*
David Orr
Cook County Clerk