# EXHIBIT 6

1               UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4

5  IN RE: ROUNDUP PRODUCTS

6  LIABILITY LITIGATION         MDL NO. 2471

7  _____

8  Mark Pecorelli, Individually

9  And as Representative of the

10  Estate of Michael Pecorelli,

11  Deceased,

12             Plaintiff,

13  Vs.              Case No. 3:19-cv-06936

14  Monsanto Co.,

15             Defendant.

16  _____/

17

18

19             Videotaped Deposition of

20             Dennis Weisenburger, MD

21              Monday, March 1, 2021

22

23  Reported by:

24  JOSHUA MANEA, CSR No. 13754

25  Job No: 269996

```
 1                      APPEARANCES

 2

 3   For the Plaintiff (via Zoom):

 4        MOLL LAW GROUP

 5        By: Fatima Abuzerr, Attorney at Law

 6        And Ken Moll, Attorney at Law

 7        22 W. Washington Street, 15th Floor

 8        Chicago, IL 60602

 9        312.462.1700

10        Fabuzerr@molllawgroup.com

11        Kmoll@molllawgroup.com

12

13   For the Defendant (via Zoom):

14        NELSON, MULLINS, RILEY & SCARBOROUGH, LLP

15        By: Eric A. Paine, Attorney at Law

16        1320 Main Street, 17th Floor

17        Columbia, SC 29201

18        803.799.2000

19        Eric.paine@nelsonmullins.com

20

21   Also present:

22        Dash Arnott, Videographer

23        Golkow Litigation Services

24

25
```

Dennis Weisenburger, M.D.

```
 1                        INDEX

 2

 3   Examination by                              page

 4   Mr. Paine                                      7

 5

 6

 7                      Exhibits

 8    Videotaped Deposition of Dennis Weisenburger, MD

 9                   March 1, 2021

10

11   NUMBER              DESCRIPTION            PAGE

12   Exhibit 1      Defendant Monsanto Company's     13

13                  Notice of Remote Video Conference

14                  Deposition of Dennis Weisenburger,

15                  M.D., 7 pgs

16   Exhibit 2      Specific Causation Report For     17

17                  Mr. Michael Pecorelli, by Dr.

18                  Weisenburger, 4 pgs

19   Exhibit 3      Andreotti article Glyphosate Use   52

20                  And Cancer Incidence in the

21                  Agricultural Health Study, 8 pgs

22   Exhibit 4      First-Amended Plaintiff Fact      68

23                  Sheet, Confidential-Pecorelli-

24                  MPecorelli-PFS-000040-49, 11 pgs

25           (Exhibits continued on next page.)
```

```
 1          (Exhibits continued from last page.)

 2

 3   NUMBER              DESCRIPTION                PAGE

 4   Exhibit 5    Northwest Oncology and              87

 5                Hematology, S.C., health record,

 6                Confidential-MPecorelli-EHJAH-MD-

 7                000008-10, 3 pgs

 8   Exhibit 6    Northwest Oncology & Hematology,   105

 9                SC, health record, Confidential-

10                Pecorelli-MPecorelli-NO&H-000038-

11                40, 3 pgs

12   Exhibit 7    Certification of Death Record,     110

13                Michael Daniel Pecorelli Sr,

14                Confidential-Pecorelli-

15                MPecorelli-DCPOA-000001, 1 pg

16

17

18

19

20

21

22

23

24

25                      --oOo--
```

Dennis Weisenburger, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5   IN RE: ROUNDUP PRODUCTS

 6   LIABILITY LITIGATION          MDL NO. 2471

 7   _____

 8   Mark Pecorelli, Individually

 9   And as Representative of the

10   Estate of Michael Pecorelli,

11   Deceased,

12               Plaintiff,

13   Vs.                         Case No. 3:19-cv-06936

14   Monsanto Co.,

15               Defendant.

16   _____/

17

18          BE IT REMEMBERED that on Monday, March 1,

19   2021, commencing at the hour of 9:00 a.m., taken via

20   Zoom videoconferencing for all parties, in the State

21   of California, before me, JOSHUA MANEA, a Certified

22   Shorthand Reporter in and for the State of

23   California, personally appeared

24               DENNIS WEISENBURGER, MD

25          Called as a witness herein, and after
```

Dennis Weisenburger, M.D.

1    having been first duly affirmed to tell the truth,

2    the whole truth, and nothing but the truth, was

3    examined and testified as follows.

4              THE VIDEOGRAPHER:  We are now on the

5    record.  My name is Dash Arnott.  I am a

6    videographer for Golkow Litigation Services.

7    Today's date is March 1st, 2021.  The time is 9:01

8    a.m.

9              This remote video deposition is being held

10   in the matter of Roundup (Pecorelli) versus Monsanto

11   Company for the United States District Court,

12   Northern District of California.  The deponent is

13   Dennis Weisenburger, M.D.

14             All parties to this depositions are

15   appearing remotely and have agreed to the witness

16   being sworn in remotely.

17             Due to the nature of remote reporting,

18   please pause briefly before speaking to ensure all

19   are heard completely.

20             Will counsel please identify themselves.

21             MS. ABUZERR:  Fatima Abuzerr, representing

22   the plaintiff.

23             MR. PAINE:  And good morning.  My name is

24   Eric Paine, with Nelson, Mullin, Riley &

25   Scarborough.  I represent Monsanto.

Dennis Weisenburger, M.D.

```
 1              THE VIDEOGRAPHER:  Thank you.

 2              The court reporter is Josh Manea, who will

 3    now swear in the witness.

 4              (Witness sworn.)

 5              EXAMINATION BY MR. PAINE:

 6       Q.   Good morning, Dr. Weisenburger.  Nice to

 7    talk with you again.

 8       A.   Yes, good morning.

 9       Q.   You and I just did this last week in a

10    different case.  But just for the record in this

11    case, let's just quickly go over the ground rules.

12    I know you're familiar with them.

13              We're doing this, obviously, by remote

14    today, so it's even more important than normal for

15    us to do our best not to speak over one another.

16              So if you'll let me get my full question.

17    Out, I'm going to do my best not to talk over you

18    while you're giving me an answer.

19              If at any point, and this is almost

20    certain to happen, I'm going to ask a bad question

21    or one that doesn't make sense, or I use a term

22    inappropriately, when that happens, would you please

23    be sure to ask me to repeat or rephrase my question?

24       A.   Yes.

25       Q.   All right.  We are on the record for
```

Dennis Weisenburger, M.D.

```
 1    approximately three hours today.  If you need a
 2    break at any time, please don't hesitate to ask for
 3    one.  We -- we, I think, took one about on the hour
 4    last week, but we'll go as long or take breaks
 5    whatever you need.
 6           Okay?
 7    A.    Sounds good.
 8    Q.    All right.  And then, finally, I know you
 9    know this, but Josh is taking us -- taking
10    everything we say down word for word.  So it's very
11    important, rather than just nodding your head or
12    shaking your head, in response to a question, to
13    give me a verbal answer.
14           Okay?
15    A.    Yes.
16    Q.    All right.  And then, likewise, given that
17    we're not sitting in the same room together, if you
18    refer to a document or maybe something on your
19    screen or any notes or anything like that, you have
20    in front of you, would you please be sure to
21    identify what it is that you're looking at since,
22    again, I can't see exactly what you're looking at,
23    since we're not in person.
24           Okay?
25    A.    Okay.
```

Dennis Weisenburger, M.D.

1       Q.   All right.  Likewise, if you would, please

2  refrain from using any text messages, instant

3  messaging systems or e-mails while we're on the

4  record today.

5            Is that okay with you?

6       A.   Yes.

7       Q.   All right.  And is anyone else present in

8  the room with you today?

9       A.   No.

10      Q.   All right.  And you're -- are you in your

11 office at City of Hope?

12      A.   Yes.

13      Q.   Okay.  Very good.

14           Doctor, just a sort of couple of

15 housekeeping matters.  We had sent a check for your

16 deposition fees in this case in the amount of

17 $5,000.

18           Have you received that?

19      A.   No, I haven't.  I don't think so.  I

20 received one check for $10,000.  It got lost in --

21 during the storm and then they sent a second check.

22 So I got that check on Friday.  But I -- Mr. Moll

23 told me I was supposed to get three checks, each for

24 $5,000.  Those checks haven't arrived.

25      Q.   Okay.  Well, I'm glad we talked about that

Dennis Weisenburger, M.D.

```
 1    and we will -- were those -- do you remember which
 2    cases those were for?
 3         A.    No.   None of the checks have any names of
 4    cases on them.  So it's -- you know, it's a mess.
 5         Q.    Yeah.  It's been difficult.  And I
 6    apologize for the trouble getting these to you.
 7               Do you remember which firm the two checks
 8    or the check for 10,000 came from?
 9         A.    Not off the top of my head.
10         Q.    Okay.  Well, I promise you we'll look into
11    this.
12               My understanding was that the checks have
13    been delivered by FedEx on Friday for the
14    depositions that my firm has taken.  But I'll take a
15    look at that and see what we can -- we can iron out.
16    But I appreciate you telling me about that and
17    appearing for your deposition today.
18         A.    Okay.
19         Q.    Okay.  Did you, Doctor, for this case,
20    receive from plaintiff's counsel your usual retainer
21    of $5,000?
22         A.    Yes.  Actually, my -- my new retainer is
23    $10,000 and they -- and they paid that, yes.
24         Q.    Okay.  So you received the $10,000
25    retainer specifically for the Pecorelli case that
```

Dennis Weisenburger, M.D.

1  we're talking about today?

2      A.   Yes.

3      Q.   All right.  And have you billed any time

4  or for -- sorry, that's a terrible question.

5           I assume, that you've billed your time

6  against that retainer up to some point or are still

7  billing against that retainer; is that correct?

8      A.   I -- yeah, I've billed against the

9  retainer.  The total amount I billed is $20,625.  So

10  I've been -- that's what I've been paid, to date.

11     Q.   Okay.  And, again, is that specific to the

12  Pecorelli case?

13     A.   Yes.

14     Q.   Doctor, to -- to what point of your work

15  in the Pecorelli case does that $20,625 bill take

16  us?  Is that through today's or up until today's

17  deposition?  Or does that represent work up to some

18  point in the past?

19     A.   Yeah, that's work up until, oh, Friday or

20  Saturday.  I've done some addition -- you know, I

21  did some additional prep for this deposition.  I've

22  done about nine and a half hours' prep for this

23  deposition.  So that will be additionally billed to

24  the Moll firm.

25     Q.   Okay.  And what is -- what is your hourly

Dennis Weisenburger, M.D.

1    rate for work like that, prepping and getting ready

2    for depositions, please?

3        A.    $750 an hour.

4        Q.    Okay.

5            MR. PAINE:  Counsel, I don't believe we've

6    received Dr. Weisenburger's invoices or any other

7    documents in response to the document request on our

8    Notice of Deposition.

9            Do you know if those have been sent to us?

10           MS. ABUZERR:  I know Mr. Moll was supposed

11   provide those, but I will get in contact with him

12   and get those to you as soon as possible.

13   BY MR. PAINE:

14       Q.    Okay.

15       A.    I talked to him last week and they were

16   going to send them for all five of the cases.

17       Q.    Okay.  Maybe something got lost in the

18   mail as well, because I don't believe I've seen any

19   of those -- or I'm sure I haven't seen any of those.

20   It may just, again, be a mailing issue or something

21   lost in translation.

22           Let me do this though, Doctor.  I'm going

23   to just, for the record, mark as Exhibit 1 to your

24   deposition the Notice which came along with the

25   document request.

Dennis Weisenburger, M.D.

```
1              (Exhibit 1 marked for identification.)

2    BY MR. PAINE:

3       Q.   And let's just go through this very

4    quickly.  This should appear in the marked-exhibits

5    folder in just a moment.  And I am going to, for the

6    sake of efficiency, just share my screen here.

7              So Dr. Weisenburger, do you see what I've

8    marked as Exhibit 1 to your deposition today?

9       A.   Yes.

10      Q.   Okay.  And this is the -- the notice for

11   your deposition?

12      A.   Yes.

13      Q.   For March 1 at 9 o'clock.  And that's

14   where we are now.  And then we've asked for a number

15   of documents, in response to, or to prepare for the

16   deposition.

17             So No. 1 is the "Documents sufficient to

18   show total amount of time Dr. Weisenburger has

19   billed in connection with his work as an expert in

20   Roundup litigation, including, but not limited to,

21   his work regarding plaintiff in this case."

22             Do you have documents that are responsive

23   to that, Doctor, that would show the total amount of

24   invoices or bills for your work in the Roundup

25   litigation?
```

Dennis Weisenburger, M.D.

```
 1         A.    No, I don't.  I haven't kept track of it

 2    from year to year.

 3         Q.    Okay.  But you did tell me that you had

 4    invoiced for the Pecorelli case somewhere around

 5    $20,000 and that you've incurred another

 6    approximately nine and a half hours since that

 7    invoice regarding the Pecorelli case, right?

 8         A.    That's correct.

 9         Q.    Okay.  No. 2 deals with much the same

10    thing.

11              No. 3, "All documents Dr. Weisenburger

12    will consider in support of his deposition testimony

13    in that case."

14              Just anticipating a little bit.  You gave

15    us a report in this case and there were some

16    materials identified on the last page of that

17    report.

18              Was that your materials-considered list

19    for this case?

20         A.    Yes.  I -- Yes, it was.

21         Q.    Okay.  And we'll get to that in more

22    detail in just a minute.  I'm sorry, I didn't mean

23    to cut you off.

24         A.    It's the same list, yes.

25         Q.    All right.  Thank you.
```

Dennis Weisenburger, M.D.

```
 1              No. 4 deals with much the same thing.
 2              I think we have a copy of your CV from
 3    other cases.
 4              And No. 6 relates to prior testimony.  So
 5    let me -- okay, I think we're good with that, so I'm
 6    going to pull this down from the screen.
 7              But we would like to get the remaining
 8    documents.  And let me just, for the record, reserve
 9    two minutes to -- to cover any questions we may have
10    of those at another time.
11              Dr. Weisenburger, can you tell me
12    approximately when you were first asked to work on
13    the Pecorelli case, please?
14         A.   Oh, gosh.  It would have been probably
15    last summer and then in the fall.  I sort of
16    declined to be involved.  And then later on in the
17    fall, I had some time free up.  And so it was
18    sometime in the fall of last year, late fall.
19         Q.   Okay.  And I just want to make sure I
20    understand the last -- your last answer.  When you
21    say you declined to be involved for a time, was that
22    specific to the Pecorelli case or was that you were
23    just busy with other things and weren't able to
24    devote time to Roundup cases at that point?
25         A.   Yes, I -- I put a hold on all my Roundup
```

```
 1    work, other than the cases I was currently involved
 2    in.  I didn't take any cases for the first almost
 3    two-thirds of last year.
 4         Q.   Gotcha, okay.
 5              And before I forget, let me revisit for
 6    just a second.  You told me a minute ago that you
 7    spent about another nine and a half hours getting
 8    ready for today's deposition, since, I guess, it was
 9    like last Friday or so?
10         A.   Yeah.
11         Q.   Could you tell me specifically what you --
12    what you did to prepare for today's deposition with
13    that nine and a half hours, please?
14         A.   Yeah.  I reviewed my file on the case.  I
15    reviewed my report that I wrote for the case.  I
16    reviewed some literature that, you know, I thought
17    you might ask me about.
18         Q.   All right.  And I'm not asking you to tell
19    me what you specifically discussed with counsel.
20              I'm just asking whether you did, in fact,
21    have any discussions or meetings with counsel for
22    plaintiffs to prepare for today's deposition,
23    please?
24         A.   We had a phone call last week for about a
25    half an hour.  I think on Wednesday.
```

1      Q.   Okay.  All right.  Now, Doctor, would you

2    just sort of briefly recount for me what you did to

3    prepare your opinions for the Pecorelli case,

4    please?

5      A.   Sure.  I, of course, reviewed the medical

6    records.  I reviewed the deposition of Mark

7    Pecorelli, the son of the Michael Pecorelli.  I also

8    reviewed a deposition by Dr. Lakhani.  And then I

9    had a telephone interview with Mark Pecorelli on

10   December 7th.  I reviewed the Fact Sheet.  That's

11   pretty much it.

12     Q.   Okay.  All right.  Doctor, I'm going to

13   mark as Exhibit 2 to your deposition a copy of your

14   report for this case.

15          (Exhibit 2 marked for identification.)

16   BY MR. PAINE:

17     Q.   Again, this should show up momentarily in

18   the exhibits folder, but in the meantime, I'm going

19   to put it up on my screen so we can look at it

20   together.

21     A.   I also reviewed the pathology slides.

22   They arrived -- actually, I just looked at them this

23   morning.

24     Q.   Oh, okay.  All right.  Great.  I

25   appreciate you telling me that.  Yeah, let me -- let

Dennis Weisenburger, M.D.

 1    me circle back to those in just a few minutes.

 2              But in the meantime, if you would, would

 3    you take a look at what I've put up on my screen as

 4    Exhibit 2, which I understand to be your specific

 5    causation report for Mr. Michael Pecorelli.  It is a

 6    -- well, let's a three-page document to this point

 7    of your signature.  And then a page after that with

 8    three references.

 9              Is that -- is that your report for this

10    case, Doctor?

11        A.    Yes.

12        Q.    Okay.  And does that contain all of the

13    opinions specific to Mr. Pecorelli's case that you

14    intend to offer to the jury at trial in this matter?

15        A.    Yes.

16        Q.    And is that a complete and accurate copy

17    of your report for Mr. Pecorelli's case?

18        A.    Yes, as far as I know.

19        Q.    Okay.  And were there any opinions that

20    you formed about Mr. Pecorelli's case that you

21    intend to offer the jury that are omitted or not

22    contained in this report, please, that I've marked

23    as Exhibit 2?

24        A.    No.

25        Q.    These three -- we touched on this a little

Dennis Weisenburger, M.D.

```
 1   earlier.  These three articles listed on the very

 2   last page of Exhibit 2, that's the

 3   materials-considered list; is that right?

 4        A.   For this specific report, yes.

 5        Q.   Yes, sir.  And I'll be clear.  You have

 6   submitted, at other times or another time, an MDL

 7   generic report about your opinions concerning

 8   glyphosate; is that right?

 9        A.   That's right.

10        Q.   And you -- you've given us or provided

11   with that a more substantial, longer list of

12   materials considered, including a number of

13   additional medical articles; is that right?

14        A.   That's correct.

15        Q.   Okay.  And specifically with respect to

16   Mr. Pecorelli's case, though, are these the three

17   articles that you consulted for your opinions in

18   Mr. Pecorelli's case?

19        A.   Yes.

20        Q.   All right.  Have you reviewed any other

21   materials concerning Mr. Pecorelli's case since this

22   report was prepared, other than the pathology slides

23   that you just mentioned?

24        A.   Well, I'm constantly reviewing new things

25   on Roundup, so I don't really remember exactly what
```

```
 1    I would have reviewed.  But it would have been
 2    mostly things related to general causation rather
 3    than specific causation.
 4        Q.   Okay.  Great.  And that really answers a
 5    better question than I asked.
 6             So, yeah, that's what I was asking about,
 7    was whether you had reviewed any new articles
 8    specifically with respect to Mr. Pecorelli's case?
 9             (Reporter asks for clarification.)
10             THE WITNESS:  No.
11    BY MR. PAINE:
12        Q.   Doctor, when you prepared your report that
13    we've marked here as Exhibit 2 to your deposition,
14    did you include the facts and events and other sort
15    of evidence that you considered to be significant to
16    your opinions in Mr. Pecorelli's case?
17        A.   This is the -- this is the evidence that I
18    thought was relevant to this case.
19        Q.   Tell me a little bit about the pathology
20    slides that you've now reviewed.  You said you
21    reviewed them this morning; is that right?
22        A.   Yes.  They were -- they arrived on Friday,
23    so I reviewed them this morning when I came in.
24        Q.   All right.  And tell me specifically what
25    slides you reviewed, please.
```

Dennis Weisenburger, M.D.

```
1              Or, first of all, let me ask, how many
2    slides you've reviewed?
3         A.   There were three sets of slides.  One was
4    the biopsy on August 5th of the -- that's -- no,
5    that's the bone marrow done on -- it looks like it
6    was done on August 5th, 2010.
7              And then I reviewed -- there were seven
8    slides.
9              And then there were -- I reviewed, also,
10   another biopsy done on July 10th -- on August 20th.
11   I'm sorry, August 20, 2010.  This was a biopsy of
12   paraspinal mass.  I reviewed 11 slides.
13             And then I reviewed, also, three
14   additional slides of fine needle aspiration smears
15   from August 19th, 2010.  So three -- three separate
16   specimens.
17        Q.   Okay.  And were all those -- all of those
18   slides from tissue that was retrieved in 2010?
19        A.   Yes.
20        Q.   All right.  Have you ever reviewed any
21   pathology slides relating to earlier biopsies,
22   specifically any in 20 -- 2004, 2005?
23        A.   I have not.  They have not been made
24   available to me.
25        Q.   Okay.  And did all of the slides that you
```

Dennis Weisenburger, M.D.

```
 1   reviewed just this morning relate to the paraspinal
 2   mass that was -- was diagnosed and assessed in or
 3   around July of 2010 and August of 2010?
 4       A.   Yes, and the bone marrow.
 5       Q.   And prior to today, had you reviewed the
 6   pathology reports prepared by the -- the original
 7   pathologists relating to those slides?
 8       A.   Yes, I have.
 9       Q.   Okay.  Did you observe anything different
10   than what was reported in the original pathologist's
11   reports for those -- for those tissue samples?
12       A.   No, I didn't.  No, I did not.  I agreed
13   with the -- their -- well, I agreed -- I agreed with
14   the reports I reviewed, particularly the ones where
15   I saw the slides.  Yes.
16       Q.   Okay.  So did you see anything in addition
17   to or different than what was noted by the
18   pathologists who originally reviewed those -- those
19   slides?
20       A.    No, I don't believe so.  In the paraspinal
21   mass biopsy, which is session No. HS-102755, it
22   looks to me like a high-grade B-cell lymphoma, which
23   is basically what they called it.
24       Q.   And in your report, you noted that the
25   needle biopsy of the paraspinal mass revealed a
```

Dennis Weisenburger, M.D.

1   high-grade B-cell NHL with a Ki-67 proliferation

2   rate of 70 to 80 percent.

3           Is that consistent with what you saw on

4   the slides?

5       A.   Yes.

6       Q.   All right.  I'm going to skip around a

7   little bit.  We'll come back to that in a little

8   bit.

9           But what I'd request at this point is an

10  inventory of the slides that you've seen just, so

11  we're -- we're complete.  Like I said, obviously, I

12  didn't know until -- until just now that you've seen

13  those slides.  I just want to make sure I have an

14  up-to-date inventory of exactly what you've seen.

15          I think I understood from your description

16  it was three sets of slides and I was taking notes,

17  but I just want to make sure, at the end of the day,

18  we know exactly what you've now had an opportunity

19  to review.

20      A.   Okay.

21      Q.   Okay?

22          Doctor, let me ask you a few questions

23  about your discussion with Mr. Pecorelli's son.  And

24  I'm going to try to be precise here.  When I refer

25  to Mr. Pecorelli, I'm going to be talking about Mr.

Dennis Weisenburger, M.D.

 1    Michael Pecorelli, the decedent in this case.  And

 2    if I'm talking about his son, I'll try to make sure

 3    I'll refer to him as his son.

 4              Is that okay with you?

 5       A.   Sure.

 6       Q.   Okay.  I take it, you never spoke with

 7    Mr. Pecorelli himself; is that right?

 8       A.   That's correct.  He's deceased.

 9       Q.   Okay.  Have you ever spoken with any of

10    Mr. Pecorelli's treating doctors?

11       A.   No.

12       Q.   Have you ever spoken with any of

13    Mr. Pecorelli's family members, other than his son?

14       A.   No.

15       Q.   And his son's name is Mark; is that right?

16       A.   Yes.

17       Q.   Okay.  Have you ever spoken about this

18    case with any of the other expert witnesses who have

19    been disclosed on behalf of the plaintiff?

20       A.   No.

21       Q.   Do you have any plans to talk to any of

22    the other case-specific expert witnesses who've been

23    disclosed on behalf of the plaintiff in this case?

24       A.   Not at this time.

25       Q.   And, of course, you never had a chance to

Dennis Weisenburger, M.D.

1   examine Mr. Pecorelli himself, right?

2       A.   Correct.

3       Q.   Have you seen all of Mr. Pecorelli's

4   available medical records?

5       A.   I believe so.

6       Q.   Circling back to the pathology for just a

7   moment.  My understanding is that Mr. Pecorelli also

8   had cancer in his lungs.

9            Were you ever able to review any pathology

10  or was there any pathology to review from the cancer

11  in his lungs?

12      A.   I didn't request that biopsy to be

13  reviewed.  I will rely on -- on the reviews

14  performed by the local pathologist.  And also, there

15  was an expert pathologist who reviewed those slides

16  and confirmed the diagnosis.  So I have not reviewed

17  that, no.

18      Q.   Okay.  All right.  And just briefly, can

19  you tell me how or what stains were done to the

20  slides that you reviewed this morning, please?

21      A.   All right.  For the bone marrow, there was

22  an H&E slide of the core biopsy.  There were --

23  there was a stained touch prep, a stained blood

24  smear and one stained bone marrow smear.  There were

25  two clot sections, one iron stain on a bone marrow

Dennis Weisenburger, M.D.

```
 1   smear, for a total of seven slides.

 2          For the paraspinal fine needle aspiration,

 3   there were three stained -- two stained smears and a

 4   touch prep.  And then that was -- that was number

 5   HC10-1282.  And then the paraspinal mass was a

 6   needle biopsy.  The number on those slides is

 7   HS10-2755, 11 slides.

 8          And these consisted of one H&E slide, one

 9   stained touch prep, and then a bunch of immuno

10   stains, which I'll list:  CD20, CD3, CD5, CD10,

11   ECL6, ECL2, cyclin D1, Ki-67, and CD23.

12      Q.   All right.  And now that we're a little

13   more specific, I just want to make sure I ask a

14   question I sort of already asked.

15          But having reviewed all those, did you

16   disagree with the original pathologist's

17   interpretation of any of those stain slides?

18      A.   I did not.

19      Q.   Or the immunohistochemical stains?

20      A.   No, I agree -- I agreed.

21      Q.   Okay.  Great.

22          Were there any -- sorry, strike that.

23          All of those slides, I take it, were

24   already prepared and stained by the original

25   hospitals; is that right?
```

```
 1        A.    Yes.
 2        Q.    And you didn't stain or do any new stains
 3   on -- on any tissue samples for Mr. Pecorelli
 4   yourself, did you?
 5        A.    I did not.
 6        Q.    Okay.  Were there any stains or tests that
 7   you would have liked to have seen done in his case
 8   that were not done?
 9        A.    No, I think what was done was sufficient
10   for its purpose.
11        Q.    So I understood that you spoke with
12   Mr. Pecorelli's son in December of 2020; is that
13   right?
14        A.    Yes.
15        Q.    And what was the purpose of the interview
16   with Mr. Pecorelli's son, please?
17        A.    Well, it was to -- normally, I interview
18   the person of interest, but in this case, I
19   couldn't.  So since Mark Pecorelli had been deposed
20   in this case, I decided to interview him, since he
21   was the son.  He worked with his father in their
22   landscaping business.  He seemed -- would have
23   seemed to have the best knowledge regarding his use
24   of Roundup and his other -- and his various
25   practices in this regard.
```

Dennis Weisenburger, M.D.

```
 1            And so, you know, I reviewed him to
 2   clarify issues from his deposition and also to ask
 3   him the same series of questions that we talked
 4   about last week, from my standard list of questions.
 5       Q.   You know, that was the next question I was
 6   going to ask you.  We went through that sort of
 7   matrix of questions and list of questions.  I think
 8   there were maybe 17 categories that we talked about
 9   with respect to the Evans case last week.
10            So you used that same sort of rubric to
11   interview Mr. Pecorelli's son in this case?
12       A.   Yes.
13       Q.   Okay.
14       A.   I use it in each case.
15       Q.   Okay.  Did you make any notes on the
16   rubric or any contemporaneous notes as you were
17   discussing and interviewing Mr. Pecorelli's son?
18       A.   Yes.
19       Q.   All right.  And we would request
20   production of those notes as well, if you would,
21   please.
22            Do you still have those, Doctor?
23       A.   I do.  We have not usually provided my
24   handwritten notes, if we provide a formal causation
25   report.  That's not been a practice in the past with
```

Dennis Weisenburger, M.D.

```
1    lawyers I worked with.  So I discussed this with --
2    with Mr. Moll in the last week and he didn't feel it
3    was necessary.
4         Q.   Okay.  Well, plaintiff's counsel and I
5    will talk about that a little bit later, but I
6    appreciate you -- you telling me kind of how this
7    worked.
8              How long did you speak with
9    Mr. Pecorelli's son, please?
10        A.   Oh, I didn't actually record it.  It was
11   at least an hour.  Probably an hour, hour an a half.
12        Q.   Was anyone else present during your
13   discussion with Mr. Pecorelli's son?
14        A.   No.
15        Q.   And I think you told me that you had
16   reviewed Mr. Pecorelli's son's deposition; is that
17   right?
18        A.   Yes.
19        Q.   And did you review the deposition before
20   or after you interviewed Mr. Pecorelli's son?
21        A.   Before.
22        Q.   Did you, in your interview with
23   Mr. Pecorelli's son, note any discrepancies between
24   what he told you about his father's use of Roundup
25   or -- or any other -- any other chemicals or
```

Dennis Weisenburger, M.D.

1    pesticides, compared to what he testified about in

2    his deposition?

3         A.    Yes.   There were some discrepancies.   I'm

4    not sure I remember exactly what they were, but

5    there were.   And I -- and when I do go through the

6    interview, I try to make sure I understand what his

7    testimony really is.

8              One that comes to mind is that, I think,

9    in his deposition, he said that Mr. Pecorelli only

10   used Roundup on about 30 percent of his landscaping

11   projects.   But, in fact, when I questioned him, he

12   said, no, he used it on all of his landscaping

13   projects.   So that was one discrepancy that -- that

14   I needed to clear up.

15             Another one was whether Mr. Pecorelli wore

16   gloves or not.   In the deposition, he said he didn't

17   remember whether he wore gloves or not.   And that

18   was his -- that's what he told me also in the

19   telephone interview.

20             I think those were the main -- those were

21   the main questions that I had that -- that were

22   unclear to me.

23        Q.    How did you wind up resolving in your

24   mind, and for purposes of your opinion, the

25   discrepancy that you first identified between using

Dennis Weisenburger, M.D.

```
1   Roundup on approximately 30 percent of projects
2   versus Mr. Pecorelli's son telling you his father
3   used Roundup on virtually all of his projects?
4       A.   Well, I -- I quizzed him on it
5   specifically.  And -- and he told me that he used it
6   on all of his projects or nearly all of his
7   projects.  So I accepted that.  I didn't ask him why
8   he said 30 percent in his deposition.
9            People being deposed often are confused
10  about the question they're asked, and there are
11  discrepancies.  And so, you know, I -- I wanted to
12  make sure that that was, you know, what was truth.
13  And I accepted what he told me on the telephone as
14  truth.
15           (Mr. Moll enters.)
16  BY MR. PAINE:
17      Q.   Now, I know -- and we'll talk about this
18  in a little more detail going forward -- but in your
19  report, you calculated some numbers about
20  Mr. Pecorelli's use of Roundup over time.  And I
21  think your conclusions on page 3 of the report, you
22  can actually see it here.  That he used Roundup over
23  2,000 times, 90 times per year, and estimated to
24  have used over 1,600 gallons of Roundup during this
25  entire period.
```

Dennis Weisenburger, M.D.

```
 1              So was that a reflection of you crediting

 2   his son's interview answers about Mr. Pecorelli

 3   using Roundup on virtually 100 percent of his

 4   landscaping projects?

 5        A.   Yes.  I mean, that's just the major

 6   applications.  There were lots of other applications

 7   where he did spot spraying for shorter periods of

 8   time.

 9              I mean, these are just the major

10   applications.  So, you know, it's probably an

11   underestimate of the number of times.

12        Q.   If you were to assume that his deposition

13   answer was correct, and that Mr. Pecorelli actually

14   only used Roundup on approximately 30 percent of his

15   landscaping projects, those numbers in your report

16   would go down, wouldn't they, in terms of

17   Mr. Pecorelli's use and -- use of Roundup over that

18   period of time?

19        A.   Yeah, it would go down.  It would go down

20   to approximately 12 -- over 1,200 times, rather than

21   2,000 times.

22        Q.   And corresponding, there would be a

23   commensurate reduction in the amount of -- of

24   gallons of Roundup that you estimate that he would

25   have -- have sprayed during that time; is that
```

1    right?

2        A.    Yes.

3        Q.    Dr. Weisenburger, did you have access to

4    all the information that you felt you needed about

5    Mr. Pecorelli's case, to formulate your opinions and

6    write your report?

7        A.    Yes.

8        Q.    Let me just kind of go over some basic

9    facts, so we're kind of all on the same page.

10           Is it correct that Mr. Pecorelli was first

11   diagnosed with Non-Hodgkin's lymphoma in 2004?

12       A.    Yes, that's when he was, I guess,

13   officially diagnosed.  Although, as I indicate in my

14   report, he had been found to have the -- the

15   lymphocytosis back in 1999 and had flow cytometry

16   done at that time, and showed that it was clonal.

17           So he -- he actually had the disease, at

18   least, in July of 1999.  So I used that, actually,

19   as -- as the time frame to calculate his latency

20   period.

21       Q.    And I was going to ask you about that.  I

22   appreciate you bringing that up.

23           So when he was -- when he was officially

24   diagnosed with Non-Hodgkin's lymphoma in 2004, Mr.

25   Pecorelli was 75 years old at that time; is that

Dennis Weisenburger, M.D.

```
 1   right?

 2       A.   Yes.

 3       Q.   And tell me what happened or what your

 4   impression is of what happened about why it took an

 5   additional five years for Mr. Pecorelli to be

 6   officially diagnosed with Non-Hodgkin's lymphoma,

 7   given what you just told me about the lymphocytosis

 8   and the clonal cells being present in July of 1999?

 9       A.   Well, I don't know much about that time

10   period.  I surmised that, you know, they thought

11   this was some sort of form of chronic lymphocytic

12   leukemia, which is a very indolent sort of lymphoma.

13   And they just elected to follow him, which is very

14   common practice in such cases.

15            He had no symptoms.  His blood counts were

16   otherwise good.  So there was no reason to --

17   apparently, no reason to treat him.

18            But, you know, I don't have record -- I

19   have only a notation in the medical records I have

20   of this testing that was done.  I don't really have

21   records -- other records going back to that time.

22   So I -- so, you know, I'm -- I'm surmising what --

23   what might have happened.

24       Q.   Do you know if Mr. Pecorelli went for any

25   follow-up of his lymphocytosis between July of 1999
```

Dennis Weisenburger, M.D.

1    and when he first presented with what was ultimately

2    diagnosed as splenic marginal zone lymphoma in 2004?

3         A.   I do not.

4         Q.   Was that -- did you explore that with his

5    son when you spoke with him?

6         A.   I did not, no.

7         Q.   When a patient has findings like

8    lymphocytosis and clonal cells that suggests some

9    sort of lymphoma, but where sort of just

10   observational or watchful waiting is recommended, is

11   there typically a recommendation for additional

12   follow-up with the -- with the patient's doctors or

13   additional periodic testing while the patient is

14   under observation?

15        A.   Yes.  Usually, there is.

16        Q.   And what does that usually entail?

17        A.   Well, initially, they may follow him more

18   closely over -- I don't know, I mean, every three

19   months or six months.  And if it's stable, they may

20   follow him less frequently, every six months or

21   every 12 months.  I would say that's generally the

22   practice.

23        Q.   Do you agree with the ultimate diagnosis

24   that Mr. Pecorelli received in 2004, of splenic

25   marginal zone lymphoma?

Dennis Weisenburger, M.D.

```
 1        A.   Well, I haven't reviewed the slides, but
 2   the slides were reviewed by -- by people at the
 3   Veterans Administration hospital in Chicago.  And I
 4   know they have good people there.  So I -- you know,
 5   it -- the clinical presentation, the story, the
 6   diagnosis all seem to make sense.  So I accepted it,
 7   yes.
 8        Q.   And I think you mentioned in your report
 9   that he was -- Mr. Pecorelli was subsequently
10   treated with a number of cycles of R-CVP
11   chemotherapy between November of '04 and February of
12   '05.
13             Is that your understanding?
14        A.   Yes.
15        Q.   And was Mr. Pecorelli compliant with all
16   the doctors' recommendations regarding the treatment
17   of his marginal zone lymphoma in that 2004-2005
18   period?
19        A.   I believe he was.
20        Q.   Did he follow up with his doctors after
21   completion of his R-CVP chemotherapy in 2005, as
22   requested?
23        A.   I believe he did, yes.
24        Q.   And kind of back to the basic facts.
25             Did Mr. -- in your opinion, did
```

Dennis Weisenburger, M.D.

1    Mr. Pecorelli experience a recurrence of his

2    Non-Hodgkin's lymphoma in 2010?

3        A.   Yes, he did.

4        Q.   And at that point, was his recurrent

5    Non-Hodgkin's lymphoma the same as the splenic

6    marginal zone lymphoma he was originally diagnosed

7    with in 2004?

8        A.   No, it seemed to have what we call

9    transformed or progressed to a much more high grade

10   or malignant form of lymphoma.

11       Q.   In your opinion, was Mr. Pecorelli's

12   original manifestation, or original Non-Hodgkin's

13   lymphoma, diagnosed and treated appropriately in the

14   2004-2005 period?

15       A.   Yes.  I think the R-CVP is -- was -- is

16   the kind of treatment that people would give for --

17   for an indolent disease like splenic marginal zone

18   lymphoma.  I mean, there are different treatments,

19   but in that time period, that was -- I think that

20   was an appropriate treatment, yes.

21       Q.   And then when he was diagnosed with

22   recurrent Non-Hodgkin's lymphoma in 2010, in your

23   opinion, was he treated appropriately for that

24   recurrence at that time?

25       A.   Well, that's a difficult judgment call.

Dennis Weisenburger, M.D.

1    He was treated with steroids and given radiation

2    therapy to the mass.

3              You know, another approach would have been

4    to give him chemotherapy of some sort, combination

5    chemotherapy.  But they elected just to give him

6    radiotherapy, possibly because of his advanced age.

7              But I -- I don't know all of the details

8    into why he was given radiotherapy and not given

9    chemotherapy.  I don't know the answer to that.

10        Q.   Do you have an opinion about whether

11   chemotherapy would have been more appropriate than

12   the radiation therapy and steroids that he received

13   for the recurrence in 2010?

14        A.   I -- I don't.  That's a clinical judgment

15   that was made at the time.  He did have a good

16   response to the radiotherapy.  He actually -- you

17   know, the mass largely resolved after the radiation

18   therapy.  So he did have a good response to the

19   radiation therapy.

20        Q.   And slightly different question.

21             Do you have an opinion about whether

22   Mr. Pecorelli would have benefitted further by the

23   addition of chemotherapy to his recurrence in 2010,

24   in addition to the steroids and the radiation

25   therapy?

Dennis Weisenburger, M.D.

1    A.   Well, he may well have benefitted from
2  chemotherapy, yes.  Usually, they don't give -- give
3  chemotherapy together with radiation therapy.  Or,
4  sometimes, they give the chemotherapy first and if
5  they give a good response -- get a good response,
6  they don't give the radiotherapy.  But if they don't
7  get a complete response, they sometimes give the
8  radiotherapy.
9         So, you know, it -- I don't have any
10  further opinion on that.
11    Q.   In any event, your impression, I take it,
12  is that he did have a good response to the treatment
13  he received in the 2010 period for -- which included
14  the radiation and the steroids?
15    A.   Yes.
16    Q.   In 2011, was Mr. Pecorelli diagnosed with
17  a different form of cancer in his lungs?
18    A.   Yes.  In his -- in his upper lungs, his
19  upper lobe, the diagnosis of high-grade sarcoma was
20  made.
21    Q.   And I think you mentioned in your report
22  that was a pleomorphic, I guess, soft-tissue
23  sarcoma?
24    A.   Yes.
25    Q.   And that's also known as malignant fibrous

Dennis Weisenburger, M.D.

```
 1   histiocytoma?

 2       A.   Yes.

 3       Q.   And is that a different cancer than

 4   Non-Hodgkin's lymphoma?

 5       A.   Yes.

 6       Q.   And from your review of the records, the

 7   materials in this case, did you understand that Mr.

 8   Pecorelli made the decision to forego treatment for

 9   that -- that cancer in his lungs?

10       A.   Yes.

11       Q.   And from your review of the materials in

12   this case, is it your impression that it was

13   ultimately that pleomorphic sarcoma or malignant

14   fibro histiocytoma that caused Mr. Pecorelli's

15   death?

16       A.   Well, actually, I have -- actually, I have

17   to say, he did -- he was treated for the sarcoma.

18   He was given radiation therapy, also to the -- to

19   the sarcoma lung mass.  So he did -- so he didn't

20   refuse therapy for that.  He was actually treated.

21       Q.   Okay.  Sorry.  And I appreciate that,

22   because you did say that in the report.

23            He did get -- he did receive some

24   palliative radiation; is that right?

25       A.   Well, that's probably my interpretation.
```

Dennis Weisenburger, M.D.

1    Because it's difficult to cure sarcoma like that

2    with radiation therapy, so it was probably -- it was

3    probably palliative, yes.

4        Q.   Okay.  And then at some point in the

5    course of that disease, Mr. Pecorelli did, in fact,

6    refuse further treatment for the cancer in his

7    lungs, right?

8        A.   Yes.  He came back in October of that --

9    of 2011 and he -- you know, his lung mass had

10   recurred, had become much larger.  He also had

11   developed masses in the abdomen, two large masses in

12   the abdomen which were thought to be lymphoma.

13            And at that point, he was actually quite

14   ill.  And I think he declined further therapy and,

15   you know, he died some two months later.  So, but at

16   that point, he had two cancers and was really quite

17   ill.

18       Q.   Now, was it ultimately the -- the sarcoma

19   in his lungs that led to Mr. Pecorelli's death?

20       A.   Well, I think it was both cancers

21   contributed to his death.  You know, he -- he had

22   large -- large, rapidly-growing masses in the lung

23   and in the abdomen.  It's hard to know which caused

24   his death, but it's -- you know, you would have to

25   contribute his death to both of the cancers, I

Dennis Weisenburger, M.D.

```
1    believe.
2         Q.   Do you know if that's what was done on his
3    death certificate?
4         A.   I don't know.  I haven't seen his death
5    certificate.
6         Q.   Okay.  Flip down here at the bottom of
7    page 1 and going on to page 2 in your report.  Just
8    here where it talks about the CT scans.  This is in
9    or around October of 2011.
10             It says, "CT scans revealed that the left
11   upper lobe lung mass had enlarged (10.4 x 5.5 cm),
12   along with new left lower lobe lung nodule (1.3 cm),
13   as well as" -- I'm having trouble here -- "a
14   recurrent left paraspinal mass (5.8 x 3.7 x 2.5 cm),
15   and new right lower quadrant abdominal mass (7.4 x
16   5.0 x 4.7 cm) and splenomegaly."
17             Then it says, "The latter two masses were
18   thought to be due to NHL."
19             Did I read all that correctly, with a few
20   -- with a few stumbles?
21        A.   You did fine.
22        Q.   All right.  So I -- the lung masses, I
23   take it, were -- were the malignant fibro
24   histiocytoma; is that right?
25        A.   Well, the large one certainly was.  The
```

Dennis Weisenburger, M.D.

```
 1    small one, we don't really know.

 2        Q.   But as you said in your report, "The two

 3    latter," in that -- in that portion, the abdominal

 4    mass and the paraspinal mass were thought to be

 5    related to Non-Hodgkin's lymphoma; is that right?

 6        A.   Yes, that's what his clinicians thought.

 7        Q.   Okay.  And do you agree with that?

 8        A.   It makes the most sense, yes.

 9        Q.   Now, Doctor, correct me if I'm wrong, but

10    your report does not say anywhere that Roundup

11    caused Mr. Pecorelli's malignant fibrous

12    histiocytoma, right?

13        A.   That's correct.

14        Q.   And you are not going to tell the jury

15    that Roundup caused his malignant fibrous

16    histiocytoma in his lungs, are you?

17        A.   I'm not.

18        Q.   Are you going to tell the jury that

19    Roundup contributed to Mr. Pecorelli's malignant

20    fibrous histiocytoma?

21        A.   No.

22        Q.   And again, correct me if I'm wrong, but

23    your report does not say anywhere that

24    Mr. Pecorelli's malignant fibrous histiocytoma was

25    caused by his NHL, does it?
```

```
 1        A.   It does not.

 2        Q.   And, I take it, you are not going to tell

 3   the jury that Mr. Pecorelli's NHL caused his

 4   malignant fibrous histiocytoma, are you?

 5        A.   I'm not.

 6        Q.   And, I also take it, you're not going to

 7   tell the jury that Mr. Pecorelli's Non-Hodgkin's

 8   lymphoma was a contributing factor to

 9   Mr. Pecorelli's malignant fibrous histiocytoma, are

10   you?

11        A.   I'm not.

12        Q.   We have been going for about an hour.

13             Are you good to continue going or would

14   you like to take a -- take a quick break?

15        A.   I'm good.

16        Q.   All right.  I'm good to go, if everybody

17   else is.  All right.  Hearing no objections, we'll

18   plow on.

19             Dr. Weisenburger, did you use the same

20   methodology in Mr. Pecorelli's case to conclude that

21   Roundup contributed to Mr. Pecorelli's Non-Hodgkin's

22   lymphoma, that you've used in other cases?

23        A.   Yes.

24        Q.   And that's a differential diagnosis; is

25   that right?
```

Dennis Weisenburger, M.D.

```
 1        A.   Yes.
 2        Q.   All right.  In order to perform a
 3   differential diagnosis, am I correct that you must
 4   first rule any possible causes of a disease like --
 5   or the disease in question, in this case,
 6   Non-Hodgkin's lymphoma?
 7        A.   As part of the process, yes, you rule
 8   things out and you leave things in.
 9        Q.   Right.  So it's a two-sided process,
10   right?
11             First, you have to rule in possible causes
12   and then look to the evidence in the case and the
13   facts of the case, tests and so forth, to rule out
14   other causes until you're left with the most likely
15   or most likely causes for the Non-Hodgkin's
16   lymphoma, under differential diagnosis; is that
17   right?
18        A.   Yes, that's correct.
19        Q.   Okay.  And, Doctor, do you agree that
20   there must be a reliable scientific or medical basis
21   to rule in a factor as a possible cause to put it on
22   the differential diagnosis in the first place?
23        A.   Yes.
24        Q.   And do you also agree that you need
25   reliable scientific evidence and objective facts to
```

```
 1   eliminate factors or possible causes from a

 2   differential diagnosis for Non-Hodgkin's lymphoma?

 3        A.   Yes.

 4        Q.   So it would be fair to say that you should

 5   apply the same standards of -- for using reliable

 6   scientific evidence to rule in possible causes as

 7   you do to rule out possible causes in a differential

 8   diagnosis?

 9        A.   Well, I don't know what you mean by

10   "scientific evidence."  I mean, this is testimony in

11   the depositions and -- and from his son, Mark.

12        Q.   Sure.

13             You would still want reliable evidence and

14   apply the same standards to rule in a potential

15   cause as you would to rule out potential causes from

16   a differential diagnosis, right?

17        A.   Yes.

18        Q.   Is marginal zone lymphoma a distinct

19   subtype of Non-Hodgkin's lymphoma?

20        A.   Yes, it is.

21        Q.   Has any epidemiologic study ever found a

22   significantly increased risk of marginal zone

23   lymphoma in subjects with prior exposure to

24   glyphosate-based herbicides?

25        A.   No, those studies haven't been done
```

Dennis Weisenburger, M.D.

1   because it's a rare -- it's a relatively rare type

2   of Non-Hodgkin's lymphoma.  So epidemiologic studies

3   have not looked at that question, because they

4   typically don't have sufficient cases to -- to do

5   such an analysis.

6        Splenic marginal zone is a very rare

7   lymphoma.  Probably makes up only, I don't know, one

8   to two percent of all Non-Hodgkin's lymphomas, so.

9        Q.   Are you aware of any data in the

10  epidemiologic literature reporting one way or

11  another on whether there's been an association

12  between prior glyphosate-based herbicide exposure

13  and either an increased or a decreased risk of

14  marginal zone lymphoma?

15       A.   No.

16       Q.   Have you ever had a patient that you -- in

17  whom you've diagnosed a marginal zone lymphoma, that

18  you believe was attributable to use of

19  glyphosate-based herbicides?

20       A.   No.  But I don't usually have the

21  information on exposures when I'm diagnosing cases.

22       Q.   So you've never written in a patient's

23  chart or on a pathology report that you prepared

24  that you thought a patient's marginal zone lymphoma

25  was -- was caused or contributed to by glyphosate

Dennis Weisenburger, M.D.

1    exposure; is that correct?

2        A.    That's correct.

3        Q.    What are the risk factors for the type of

4    marginal zone lymphoma that Mr. Pecorelli had?

5        A.    That's a good question.  Usually, I would

6    attribute the common risk factors for Non-Hodgkin's

7    lymphoma overall towards the various subtypes.

8              In cases of splenic marginal zone

9    lymphoma, I think there is some evidence that

10   hepatitis-C infection is a cause.  But after that, I

11   don't think there are any known risk factors that

12   are -- are specific for splenic marginal zone

13   lymphoma.

14       Q.    And does that include pesticides?

15       A.    Yes.

16       Q.    Were you able to determine one way or

17   another, in Mr. Pecorelli's case, whether he had

18   ever been assessed for having any form of hepatitis?

19       A.    You know, I didn't make notes of it in my

20   records.  So I usually do, if it's there.  So I -- I

21   don't think he had ever been tested.  But -- but I

22   can't state that with certainty.

23       Q.    So, Doctor, if you would tell me sort of

24   what's on the -- the list of ruled-in potential

25   causes or contributing factors for Mr. Pecorelli's

Dennis Weisenburger, M.D.

```
1    marginal zone lymphoma on your -- on your
2    differential?
3         A.   What was ruled in?  Is that what you're
4    asking me?
5         Q.   Yeah.  What did you consider when you were
6    -- what was ruled in as potential causes when you
7    did your differential diagnosis for -- for
8    Mr. Pecorelli's marginal zone lymphoma?
9         A.   Well, in the end, it came down to Roundup.
10   I didn't find any other substantial contributing
11   causes that -- I -- I didn't find any other
12   substantial causes, so it ended up being just
13   Roundup.
14              So we eliminated all the other known
15   causes that, you know, may -- could have, or may
16   have, played a role.
17        Q.   Well, that's -- I'm focusing on the first
18   part of the differential diagnosis.  When you list
19   all potential causes or contributing factors for a
20   Non-Hodgkin's lymphoma, what was on the -- the list
21   of things you then needed to consider trying to rule
22   out?
23              What did the list look like, in the first
24   place, with potential causes in Mr. Pecorelli's
25   case?
```

Dennis Weisenburger, M.D.

```
 1        A.    Yeah, so it includes different forms of
 2   immunosuppression and immunotherapy; autoimmune
 3   diseases; viral infections, bacterial infections;
 4   various medications; exposure to other pesticides,
 5   exposure to solvents, other chemicals.
 6             You know, that's -- that's a general list
 7   of things I go through with -- with these
 8   individuals.
 9        Q.    And I think you told me a moment ago that
10   sort of given the -- the state of the art in
11   researching marginal zone lymphoma, when I was
12   asking you about the risk factors for marginal zone
13   lymphoma, I think you told me you would usually
14   consider the common risk factors for NHL overall.
15             Is that what you did here?
16        A.    Yes.
17        Q.    Okay.  When it specifically comes to
18   Roundup, or glyphosate-based herbicides, if you were
19   to just look at marginal zone lymphoma alone, would
20   you be able to rule in glyphosate as a potential
21   cause or contributing factor for a differential
22   diagnosis for marginal zone lymphoma?
23        A.    Well, marginal zone lymphoma is one of the
24   subtypes of Non-Hodgkin's lymphoma.  So that's how I
25   considered it.
```

```
 1        Q.   But if you were to just look specifically
 2   at marginal zone lymphoma alone, would you be able
 3   to rule in glyphosate-based herbicides as a
 4   potential cause or contributing factor to marginal
 5   zone lymphoma?
 6        A.   Well, there's -- there's no specific
 7   epidemiologic studies of splenic marginal zone
 8   lymphoma.  So for the reason that I mentioned, that
 9   it's a rare disease.
10             So I relied on the epidemiologic studies
11   of Non-Hodgkin's lymphoma overall, which includes
12   all the subtypes of Non-Hodgkin's lymphoma.
13        Q.   Okay.  So in the absence of evidence, that
14   is, epidemiologic evidence specific to marginal zone
15   lymphoma, if you were to do a differential diagnosis
16   just for marginal zone lymphoma, you would not be
17   able to rule in glyphosate-based herbicides; is that
18   correct?
19        A.   Well, as I said, I would do it based on
20   the fact that I would consider the epidemiologic
21   evidence on Non-Hodgkin's lymphoma as a whole,
22   because there are risk factors that are -- risk
23   factors that have been attributed to NHL as a whole.
24   And then there are some specific subtypes that had
25   very specific risk factors.
```

Dennis Weisenburger, M.D.

```
1              So, you know, in the absence of
2    epidemiologic data on rare subtypes, I and others
3    have attributed -- I have used the -- the
4    information on -- of Non-Hodgkin's lymphoma overall.
5         Q.   So, but again, in the absence of
6    epidemiologic data showing an increased risk of
7    marginal zone lymphoma in subjects who have been
8    exposed to glyphosate-based herbicides, if you were
9    to do a differential diagnosis just for marginal
10   zone lymphoma, you wouldn't be able to include
11   glyphosate-based herbicides as a potential cause,
12   correct?
13        A.   Well, there's no information --
14             MS. ABUZERR:  Objection.  Asked and
15   answered.
16             THE WITNESS:  There's no information
17   available on general risk factors for splenic
18   marginal zone lymphoma, other than what I've told
19   you.
20   BY MR. PAINE:
21        Q.   Doctor, I'm going to introduce a third
22   exhibit to your deposition today.
23             (Exhibit 3 marked for identification.)
24   BY MR. PAINE:
25        Q.   This is the Agricultural Health Study
```

Dennis Weisenburger, M.D.

```
 1   paper by Andreotti, published in 2018.  And so it
 2   should show up in the exhibit folder.  I'm going to,
 3   again, put it up on my screen so we can look at it
 4   together while that's showing up.
 5            So, Doctor, this is what I've marked as
 6   Exhibit 3.  This is the article by Andreotti, et
 7   al., entitled "Glyphosate Use and Cancer Incidence
 8   in the Agricultural Health Study."
 9            Now, you're certainly familiar with this
10   paper, right?
11       A.   Yes.
12       Q.   Okay.  And let's take a look down here.
13   I'm going to skip down to Table 2.
14       A.   I don't see it.
15       Q.   Ah, I'm sorry, I do that every time.  I'm
16   sorry, Doctor.  Let me, again, just go back, show
17   you the first page, so we're making sure we're
18   talking about the same thing.
19            That's Andreotti, 2018.  Right?
20       A.   Yes.
21       Q.   Okay.  And so what I'm going to do is I'm
22   going to move us down here to Table 2.
23            And do you see that Table 2 is "Cancer
24   incidence in relation to intensity-weighted lifetime
25   days of glyphosate use in the Agricultural Health
```

1    Study"?

2        A.   Yes.

3        Q.   And intensity-weighted data was -- or

4    intensity-weighted days of use was one of the

5    metrics by which the Agricultural Health Study used

6    to look for potential associations between

7    glyphosate-based herbicide use and various

8    Non-Hodgkin's lymphoma subtypes, right?

9        A.   Yes.

10       Q.   Okay.  If we scroll down through here, you

11   see that there are a number of different cancers

12   listed under Table 2.  This is on page 512.  And

13   then it continues on page 513.

14            And do you see here, about two-thirds of

15   the way down, there's data reported for marginal

16   zone lymphoma there, on Table 2?

17       A.   Yes.

18       Q.   All right.  And for both the M1 and M2

19   categories, the relative risks for marginal zone

20   lymphoma are all less than 1.0, aren't they?

21       A.   Yes, but the numbers are very small.  And,

22   in addition, this is a -- this is a grouping of

23   different types of marginal zone lymphoma.

24            So we really have three types of marginal

25   zone lymphomas in our classification.  We've got

Dennis Weisenburger, M.D.

1    splenic marginal zone lymphoma.  We've got nodal

2    marginal zone lymphoma.  And then we've got a

3    variety of other extra nodal marginal zone lymphomas

4    that occur in the GI tract, in the orbit, in the

5    other -- and skin and other sites.

6              So we have three distinctive types of

7    marginal zone lymphomas.  They've lumped them all

8    together here into one group.

9              So of those, you know, they've got --

10   they've got 65 -- 11 cases of marginal zone lymphoma

11   that were exposed -- supposably exposed to Roundup.

12   Probably only one of those was a splenic marginal

13   zone lymphoma.

14             So this data is interesting, but it's

15   really not very informative.

16        Q.    The data that we have here with the point

17   estimates of relative risk of .39 for M1 and .44 for

18   M2, as we said, are all below 1, right?

19        A.    Yes.

20        Q.    And those estimates are in the -- in the

21   direction opposite of a causal relationship between

22   glyphosate-based herbicide exposure and an increased

23   risk of marginal zone lymphoma, right?

24        A.    Yes, but that's true of most of the odds

25   radios in this paper, because of all the issues and

Dennis Weisenburger, M.D.

1    flaws that I detailed in my general Causation

2    Report.  So it doesn't surprise me at all.

3         Q.   Now, Doctor, you're -- are you familiar

4    with the methodology that the -- sorry -- the

5    Agricultural Health Study authors used in coming up

6    with the intensity-weighted exposure estimates?

7         A.   Yes.  I haven't reviewed it for some time,

8    but in general, I'm -- I'm aware of it, yes.

9         Q.   Okay.  And it's not going to be a pop

10   quiz, but one thing I did want to ask you about that

11   was, when the AHS investigators calculated the

12   intensity-weighted exposures, they took into account

13   the personal protective equipment that the subjects

14   used; isn't that right?

15        A.   Yes.  They asked a few questions about

16   personal protective equipment that was used in the

17   application of pesticides.  They didn't ask any

18   questions specific to Roundup.

19             So, for example, if they used a very toxic

20   organophosphate insecticide, they may have used

21   protective equipment.  Whereas, with Roundup, we

22   don't really know what they used.

23             So they -- they did this

24   intensity-weighting based on a very nonspecific

25   question.  And they did it for all the chemicals.

Dennis Weisenburger, M.D.

1    So, you know, it's not a very valid approach.

2            They had no data for what kind of

3    equipment was worn for Roundup.  They had no data at

4    all.  So they extrapolated from some general -- some

5    general questions on pesticide use.  So it's -- it's

6    not, you know -- it's very questionable data; let me

7    say that.

8        Q.   When you were doing your exposure

9    analysis, on page 2 and 3 of your report for

10   Mr. Pecorelli, you didn't use the intensity-weighted

11   exposure metric, did you?

12       A.   Well, I certainly didn't use the metrics

13   that they used.

14       Q.   Does marginal zone lymphoma, specifically

15   splenic marginal zone lymphoma, become more common

16   as the population ages?

17       A.   Yes.  It's -- it's a disease of older

18   individuals.  So the incidence rate increases with

19   age.

20       Q.   And is age generally thought of as kind of

21   a proxy for cumulative mutations that occur over

22   time in a -- in a given person's body?

23       A.   Yes, that's true.

24       Q.   And to the extent age could be considered

25   as a risk factor for the development of -- of many

Dennis Weisenburger, M.D.

1    cancers, including splenic marginal zone lymphoma,

2    could you rule out Mr. Pecorelli's age as a

3    contributing factor to his splenic marginal zone

4    lymphoma?

5         A.   Well, you know, this gets into the issue

6    of what -- what are the real risk factors.  There

7    are causative risk factors and then there are

8    descriptors that are called risk factors.  But I

9    don't really believe age is -- is the kind of risk

10   factor that I would rely on.

11             So, you know, most -- most cancers are

12   increased in older people.  So, and most lymphomas

13   are increased in older people.  So, you know, people

14   refer to these things as risk factors, but age and

15   sex and those sorts of things, I don't really

16   consider as risk factors.  There's nothing you can

17   do about them, right?

18        Q.   Right.

19             They would be considered non-modifiable

20   risk factors, right?

21        A.   Right.

22        Q.   So to the extent we just talked about age

23   sort of being a proxy for cumulative sort of random

24   mutations that occur in a given human being as he or

25   she ages, can you rule out those cumulative random

Dennis Weisenburger, M.D.

```
1    mutations that occur over time as a person ages as a
2    cause or contributing factor to Mr. Pecorelli's
3    splenic marginal zone lymphoma?
4         A.   It's possible they could have played a
5    role.  But, in general, you know, those are
6    considered sort of in the background rate or the
7    background risk of a disease.  And in this case, he
8    had a specific risk factor that increased his risk
9    by approximately twofold.
10             So, you know, whether there were
11   background mutations that contributed or not, we
12   can't really know.  It's possible, but we can't
13   really know.
14        Q.   Well, there are patients who develop
15   marginal zone lymphomas who have never been exposed
16   to glyphosate-based herbicides in their life, right?
17        A.   Yes.
18        Q.   And, similarly, there are patients who
19   have developed all kinds of Non-Hodgkin's lymphomas
20   who have never been exposed to glyphosate-based
21   herbicides in their life, right?
22        A.   Yes.
23        Q.   So these are diseases that occur without
24   exposure to glyphosate-based herbicides, right?
25        A.   Yes.
```

Dennis Weisenburger, M.D.

```
 1        Q.   And, as you said, there is a background
 2   rate for these diseases in the general population,
 3   regardless of exposure to Roundup or -- or other
 4   pesticides or chemicals, right?
 5        A.   Yes, because there are other causes of
 6   Non-Hodgkin's lymphoma, as we've talked about.  And
 7   then there is a significant proportion of patients
 8   who we don't really have any risk factors for, any
 9   modifiable risk factors for, at least that we know
10   of.
11        Q.   So can you say, Doctor, to a reasonable
12   degree of medical certainty, that Mr. Pecorelli
13   would have avoided his Non-Hodgkin's lymphoma if he
14   had simply never used Roundup?
15        A.   More likely than not, yes.
16        Q.   And how can you reach that conclusion,
17   please?  What's the basis for that?
18        A.   Well, as we've discussed, you know, that
19   we've gone through the differential etiology -- I
20   went through the differential etiology, methodology,
21   and in the end, I think Mr. Pecorelli had at least a
22   twofold increased risk of Non-Hodgkin's lymphoma
23   based on his Roundup use.  And so, you know, that --
24   that's over and above his background rate.
25             And so, you know, it's more likely than
```

Dennis Weisenburger, M.D.

```
 1    not that it was the glyphosate that was the cause of

 2    his Non-Hodgkin's lymphoma, rather than attributing

 3    it to some unknown -- some unknown exposure or -- or

 4    some idiopathic -- you know, giving it -- giving it

 5    an idiopathic designation to his cancer.

 6            In medicine, we don't do that.  If we know

 7    there's an obvious risk factor, we attribute the --

 8    the disease to the risk factor and not to some

 9    unknown risk factors that, you know, we don't know.

10    Q.   Well, what do you do in the case where a

11    patient has more than one risk factor?

12    A.   Well, you -- you have to evaluate the risk

13    factors and try to weight them as best you can.  And

14    you know, patients can have more than one

15    significant risk factor.  It's not common, but it --

16    it could occur.

17    Q.   Now, Doctor, given that there's a

18    background rate of Non-Hodgkin's lymphoma and a

19    background rate of splenic marginal zone lymphoma in

20    the general population, would you ever tell a

21    patient, you know, "I can guarantee you that you

22    will not develop Non-Hodgkin's lymphoma if you

23    simply avoid Roundup use"?

24    A.   No one couldn't tell a patient that.

25    Q.   Yeah, that -- that wouldn't be -- that
```

Dennis Weisenburger, M.D.

1    wouldn't be appropriate, would it?

2         A.   You could tell them that they would

3    decrease their risk of Non-Hodgkin's lymphoma if

4    they avoided the use of Roundup.  You could tell

5    them that.

6         Q.   Now, if a patient develops Non-Hodgkin's

7    lymphoma, like Mr. Pecorelli, who has had some

8    exposure to glyphosate-based herbicides, will you,

9    in all circumstances, say that the Roundup or the

10   glyphosate-based herbicide was at least a

11   substantial contributing factor to that patient's

12   Non-Hodgkin's lymphoma?

13        A.   Well, I look at each patient individually.

14   And I look at latency.  I look at the extent of the

15   exposure and -- and try to come to conclusions.  So,

16   you know, I -- each case is looked at in detail

17   individually, and -- and I come to a conclusion.

18             There are cases -- there are cases that

19   I've look at where I said, you know, I don't think

20   there was enough exposure, or the latency period is

21   very short, or, you know, cases that are -- are not

22   as strong as this case.

23             I think this is a strong case.

24        Q.   Dr. Weisenburger, in the materials that

25   you've reviewed for Mr. Pecorelli's case, was there

Dennis Weisenburger, M.D.

1  anything that struck you as out of the ordinary for

2  marginal zone lymphoma in terms of either his

3  pathology, his clinical presentation, his treatment

4  response, his -- his overall outcome, his labs or

5  his imaging studies?

6      A.   No, I don't think so.  It's rather

7  uncommon for splenic marginal zone lymphoma to be a

8  high-grade lymphoma, but it does occur.

9      Q.   How often does splenic marginal zone

10 lymphoma transform into sort of more aggressive

11 forms of Non-Hodgkin's lymphoma?

12     A.   You know, I haven't looked that up.  I

13 don't know the answer to that.  It's probably

14 relatively low.  10 or 20 percent, at the most.  But

15 I actually don't know the answer to that question.

16     Q.   Do some patients with splenic marginal

17 zone lymphoma experience this kind of transformation

18 to a different form of Non-Hodgkin's lymphoma, even

19 though they've not been exposed to glyphosate-based

20 herbicides?

21     A.   Yes.

22     Q.   Have you ever seen a documented case in

23 the literature of a patient who had exposure to

24 glyphosate-based herbicides, who then developed a

25 marginal zone lymphoma, that then transformed into a

Dennis Weisenburger, M.D.

1    more aggressive form of Non-Hodgkin's lymphoma?

2         A.   No.   There's very little literature on --

3    on this -- on this specific topic.   Probably none.

4         Q.   Is there any fact or data or evidence,

5    test result, anything like that in Mr. Pecorelli's

6    case, that would allow you to say, to a reasonable

7    degree of medical certainty, that his Roundup use

8    had anything to do with the transformation of his

9    splenic marginal zone lymphoma to another form of

10   Non-Hodgkin's lymphoma?

11        A.   I'm sorry, would you repeat that question?

12        Q.   Yeah.   Is there anything in his case,

13   anything in his test reports, his pathology, his

14   medical records, anything like that, that would tell

15   you that Roundup had anything to do with causing his

16   splenic marginal zone lymphoma to transform into the

17   more aggressive form of B-cell lymphoma you

18   described in your report?

19        A.   No.

20        Q.   Are the -- are a patient's chances of

21   undergoing a transformation from a splenic marginal

22   zone lymphoma to a more aggressive form of

23   Non-Hodgkin's lymphoma increased if the patient

24   isn't compliant with treatment?

25        A.   I don't think we know the answer to that.

```
 1              MS. ABUZERR:  Objection.  Asked and

 2     answered.

 3              THE WITNESS:  I don't think we know the

 4     answer to that question.  Obviously, if you're

 5     treated and get a complete remission, your

 6     likelihood of transforming is lower than if you

 7     don't have a complete remission.

 8              But I think it's a -- it's usually not

 9     related to treatment.  It's usually part of a

10     natural history in a subset of cases such as this.

11              I mean, Roundup could have even played a

12     role in the transformation, for all we know; I'm not

13     opining that.  But he continued to use Roundup, you

14     know, between 1999 and 2004.  So Roundup could have

15     even played a role in this.  So, you know, it's --

16     there's no way to really be sure.

17     BY MR. PAINE:

18        Q.   Were you aware that Mr. Pecorelli

19     continued to smoke cigarettes after his -- his

20     diagnosis and treatment with Non-Hodgkin's lymphoma

21     in 2004-2005 and indeed well beyond that?

22        A.   Yes.  He was a smoker.

23        Q.   Do you think cigarette smoking might make

24     it more likely for a patient to undergo

25     transformation from a splenic marginal zone lymphoma
```

Dennis Weisenburger, M.D.

```
 1   to a more aggressive form of Non-Hodgkin's lymphoma,

 2   like happened in Mr. Pecorelli's case?

 3        A.   No.  Smoking is not a risk factor for

 4   Non-Hodgkin's lymphoma.

 5        Q.   So based on that, would you rule out

 6   Mr. Pecorelli's continued cigarette smoking as a

 7   contributing factor or cause of his transformation

 8   from splenic marginal zone lymphoma to a more

 9   aggressive form of Non-Hodgkin's lymphoma?

10        A.   Yes, I would.

11        Q.   In your opinion, would Mr. Pecorelli have

12   been better off if he had stopped smoking at any

13   point?

14             MS. ABUZERR:  Objection.

15             THE WITNESS:  I recommend that people

16   don't smoke; let me say that.  I don't know if I can

17   answer it.  "Better off" with regard to what?

18   BY MR. PAINE:

19        Q.   Sure.  Let me ask a little better

20   question.

21             Do you have any opinion whether

22   Mr. Pecorelli might have lessened his chances of

23   developing the malignant fibrous histiocytoma if he

24   had not smoked?

25        A.   I don't have an opinion on that.  I -- I
```

Dennis Weisenburger, M.D.

```
 1    don't -- I don't believe smoking is a risk factor

 2    for -- for this kind of cancer, either.  But -- but

 3    I haven't researched that in any systematic way.  So

 4    I don't have an opinion on that.

 5         Q.   In your report, on pages 2 and 3, you talk

 6    about Mr. Pecorelli's use of certain equipment when

 7    he was mixing and applying Roundup.  And by that, I

 8    specifically mean kind of personal protective

 9    equipment.

10              So, for instance, you talked about him

11    wearing a filter mask with cartridges, safety

12    glasses and then said it's unclear whether he wore

13    gloves.  You talk about him wearing a bib jumpsuit

14    over his -- his work clothes, and so forth, right?

15         A.   Yes.

16         Q.   And was that information provided to you

17    by his son in your telephone interview?

18         A.   Yes.  It might also be in the deposition,

19    but I specifically asked him about that in the

20    telephone interview.

21         Q.   Okay.  And as you've said in your report,

22    I take it, it's your understanding that he wore the

23    filter mask with the cartridges, safety glasses and

24    the jumpsuit -- excuse me -- both while mixing and

25    while spraying Roundup; is that right?
```

```
1        A.   Yes, he wore it when he was doing the big
2   spraying jobs.  So the big landscaping jobs or the
3   big spraying jobs twice a year at the nursery, he
4   wore all the protective equipment.  But when he was
5   doing spot spraying on the landscaping projects or
6   he was doing spot spraying at the nursery or doing
7   it at home, he didn't wear all the protective
8   equipment.  He just wore his work clothes.
9        Q.   Doctor, is it fair to say, based on what
10  you understand about the type of protective
11  equipment that Mr. Pecorelli wore while mixing and
12  spraying Roundup, that he was -- he was pretty
13  careful to take precautions to keep Roundup from
14  making contact with his body?
15       A.   He was, yes.
16       Q.   And in your report here, you said, "it is
17  unclear whether he wore gloves."
18            Let me mark a new exhibit for you here,
19  Doctor, and ask you about this.
20            (Exhibit 4 marked for identification.)
21  BY MR. PAINE:
22       Q.   I'm marking as Exhibit 4 to your
23  deposition, Doctor, a copy of Mr. Pecorelli's
24  First-Amended Plaintiff Fact Sheet.  And I'm going
25  put this up on my screen.  Although, it will show up
```

Dennis Weisenburger, M.D.

1    in the exhibits folder in just a second.

2            All right.  Doctor, what I've marked as

3    Exhibit 4 is now showing up on my screen.  It's got

4    a cover page on it first.  But do you see that this

5    is plaintiff's First-Amended Fact Sheet?

6        A.    Okay.

7        Q.    And it has a Bates number at the bottom,

8    Confidential-Pecorelli-MPecorelli-PFS-000040, and it

9    runs consecutively through the Declarations page on

10   000049.

11       A.    Yes.

12       Q.    Okay.  And have you reviewed this before,

13   Doctor?

14       A.    I'm just looking.  I did review the Fact

15   Sheet, yes.

16       Q.    Okay.  Just let me get us on a particular

17   page here.

18       A.    I reviewed the First-Amended Fact Sheet,

19   yes.

20       Q.    Okay.  Great.  Yeah.

21            Let's go to page 8 here.  Do you see under

22   -- under section D here, it says, "Describe any

23   precautions you took while using these products" --

24   referring to Roundup productions -- "(examples:

25   Wearing gloves, a mask, or other protective gear)."

Dennis Weisenburger, M.D.

1          And the answer is "Wore gloves, mask, and

2    plastic suit during use."

3          Did I read that answer correctly?

4     A.   Yes.  The plastic suit is not correct,

5    because when I queried him about it, he said it was

6    -- it was the typical denim bib overalls that

7    farmers wear, workmen wear.  It wasn't plastic.

8          And, you know, in the deposition, he

9    wasn't -- he just didn't remember whether he wore

10   gloves or not.

11         So because of these various discrepancies,

12   you know, I asked him questions.  And, you know, in

13   my telephone interview, he said he couldn't -- he

14   didn't remember whether he wore gloves or not.  And

15   that the suit was not plastic, it was the typical

16   denim coveralls that workmen wear.

17    Q.   Did you ask Mr. Pecorelli's son why the

18   answer here, in the Fact Sheet, then refers to his

19   father wearing gloves when he -- when he used

20   Roundup?

21    A.   No, I didn't ask him specifically.  I

22   mean, I think, you know, I -- I just tried to

23   clarify what -- what was this -- what was this

24   jumpsuit.  And it must have said in the -- it must

25   have said in the deposition that it was denim.  So

Dennis Weisenburger, M.D.

```
 1    there's a discrepancy here.

 2              And when I asked him about the

 3    discrepancy, he said it was denim.  So this is

 4    obviously a mistake.  I can't explain it.  You'll

 5    have to ask him.

 6         Q.   Were you able to resolve the discrepancy

 7    about whether Mr. Pecorelli wore gloves or not when

 8    he worked with Roundup?

 9         A.   No, I was not.

10         Q.   Which did you accept, for purposes of your

11    opinion, that he wore gloves or did not wear gloves?

12         A.   I didn't accept either.  It -- it's a

13    question mark.

14         Q.   Now, Mr. Pecorelli, according to your

15    report, about the denim jumpsuit, wore that over his

16    regular working clothes, right?

17         A.   Yes.

18         Q.   So he had two layers of clothes on, plus

19    footwear, the mask, the respirator mask with the

20    cartridges and -- and safety gases while he worked

21    with Roundup, right?

22         A.   Well, yeah, for most of his -- for his

23    lower body, he did.  But these denim jumpsuits

24    usually, you know, don't cover the arms.  And,

25    obviously, they don't cover the face or the neck.
```

Dennis Weisenburger, M.D.

1    So, you know, it's likely he got Roundup on his

2    face, on his neck and on his shirt sleeves when he

3    was applying it.

4         Q.   Did you account for any degree of

5    protective factor provided by the equipment and the

6    clothing that Mr. Pecorelli wore while he worked

7    with Roundup, in your calculations?

8         A.   Yes.  I think I did, but as I mentioned to

9    you, he only wore this protective clothing when he

10   was doing the big jobs.

11             He didn't wear it when he was doing spot

12   spraying at his home.

13             He didn't wear it at all at his home when

14   he was spraying.  And he didn't wear it at the

15   landscaping sites when he was doing spot spraying.

16             He didn't wear it in the nursery when he

17   was doing spot spraying.  He did a lot of spot

18   spraying in between the -- the nursery, in between

19   the large applications that he made twice a year.

20             So, you know, he used Roundup frequently

21   without wearing the protective clothing.

22        Q.   Doctor, tell me, how did you account for

23   his use of protective equipment, like the mask, the

24   safety goggles, the bib and the other clothes that

25   he wore when he was wearing?  How did that factor

1    into your calculations?

2        A.   Well, you know, in the end, I had to

3    decide, did he have a significant exposure.  And I

4    think based on what I've already told you, I

5    concluded that he had a significant exposure, using

6    it literally, you know, thousands of times.  And

7    probably many more than that, because I didn't count

8    any of the spot spraying when I did my counting,

9    because, you know, Mark just would say he used it

10   frequently.

11            So -- so this, you know, this individual

12   used a lot of Roundup.  He used it frequently and he

13   often used it for smaller jobs and spot spraying

14   without wearing any protective equipment.

15       Q.   So let's go to page 3 of your report.  I'm

16   going to pull this down for just a second and go

17   back to the report.

18            So here we are, Doctor, back on the

19   report.  This is the last page of the report, or at

20   least the last page of the report with your

21   signature on it.

22            Here, you've -- you've said that, "Over

23   this time period" --

24       A.   Show it to me, please.

25       Q.   Sorry, I did it again.  I apologize.  So

1    there we go.  See page 3 of your report now?

2        A.   Yes.

3        Q.   Okay.  So here in this paragraph where you

4    talk about this period of 23 years between '76 and

5    '99, that he used Roundup over 2,000 times and over

6    90 times per year, and estimated to have used over

7    1,600 gallons of Roundup during this period.

8            My question to you, Doctor, is, do you

9    know what percentage of time for those 2,000 times

10   he was wearing that sort of full set of -- of

11   protective equipment when he worked with Roundup?

12       A.   Well, for -- for these calculations, I

13   mean, I don't know for sure.  You know, typically on

14   a landscaping job, he would wear it for the first

15   application, if it was a big application.  And for

16   the second spot-spraying application, he may or may

17   not wear it, depending on how much spot spraying he

18   was doing on the second application.

19           At the nursery, I only took into account

20   the two big spraying jobs that he would do each

21   year.  So, you know, I didn't even take into account

22   any of the spot spraying that he did at the nursery

23   or at the garden center.

24           So, you know, I tried to quantitate big

25   spraying jobs that he would have done.  And,

Dennis Weisenburger, M.D.

1    certainly, he would have had some exposure during

2    those big spraying jobs, even while wearing the

3    protective equipment.  And he didn't take any

4    precautions when he was spraying it at his

5    residence.

6           So, you know, if anything, based on my --

7    my conversation with his son, if anything, I've

8    underestimated his exposure rather than

9    overestimated it.

10     Q.   Well, let me ask you to break that down --

11   break that down just a little bit more.  So these

12   estimates that you've got on page 3 of your report

13   of using Roundup over 2,000 times and 90 times per

14   year and over 1,600 gallons, that doesn't include

15   the spot spraying, right?

16          I think you just told me you did not

17   quantitate the spot spraying, right?

18     A.   The number of times would not include the

19   spot spraying.  The -- the volume of the gallons

20   would include the spot spraying.

21     Q.   Okay.  So if we just look at that first

22   sentence there, "Over this time period, he used

23   Roundup over 2000 times, and over 90 times per

24   year," that is exclusive of spot spraying, if I

25   understand what you're telling me?

Dennis Weisenburger, M.D.

1       A.   For the most part, yes.

2       Q.   Okay.  So given that --

3       A.   Especially the spot spraying at the

4    nursery and at the garden center.

5       Q.   Okay.  So given what you've just told me,

6    the vast majority of those 2,000 times and over 90

7    times per year was when he was wearing that full

8    panoply of protective equipment that you've

9    described in your report, right?

10      A.   I'm not sure -- I'm not sure the vast

11   majority, but probably the majority, yes.

12      Q.   And Dr. Weisenburger, you're not going to

13   tell the jury, are you, that Mr. Pecorelli's body

14   came into contact with this over 1,600 gallons of

15   Roundup during his -- his history, are you?

16      A.   No, that's what he used.

17      Q.   That's what he used, right.

18           And can we agree that any glyphosate-based

19   herbicide has to contact with the body in order to

20   get into the body?

21      A.   That's correct.

22      Q.   And Roundup or any glyphosate-based

23   herbicide cannot possibly harm someone if it never

24   actually contacts their body's tissues, right?

25      A.   I think that's correct, yes.

Dennis Weisenburger, M.D.

```
1        Q.    And even if Roundup gets on your skin,
2   that doesn't mean that that same amount of Roundup
3   gets through your skin and into your -- into your
4   body's systems, does it?
5        A.    No.  Just some percentage of it would --
6   would be absorbed.
7        Q.    And what is your best understanding of the
8   percentage of glyphosate, that once it contacts the
9   skin, actually gets through the skin and into
10  systemic circulation of the human body?
11       A.    I don't remember any of that.  There have
12  been some studies done.  Unfortunately, the studies
13  have -- have been done mostly with glyphosate and
14  not with Roundup.  Roundup contains surfactants.
15  And surfactants are specifically used to help the
16  glyphosate penetrate through cell walls and into
17  tissue, so plant tissues.  And so, you know, I don't
18  know the answer to that.
19            We do know that when you get it on the
20  skin, you -- you absorb it.  It gets into the blood
21  and it's excreted into urine.  So we do know it's
22  absorbed.  But to my recollection the studies have
23  not -- the studies of glyphosate have said it's a
24  relatively small percentage.
25            But I haven't seen good studies using
```

Dennis Weisenburger, M.D.

1    Roundup to really -- to know the answer to that.

2         Q.   Okay.  That's what I was going to ask.

3              Do you know what percentage of glyphosate

4    from formulated Roundup actually penetrates through

5    the dermal layers to get into systemic circulation?

6         A.   I don't.  I don't.  But I think the

7    studies -- the studies that I've reviewed use

8    glyphosate.  They didn't use Roundup.

9              Glyphosate may not penetrate with the use

10   of the surfactants, at least penetrate nearly as

11   effectively.

12        Q.   Now, Doctor, a minute ago, you mentioned

13   that the surfactants and other ingredients are used

14   in order to help glyphosate penetrate -- sorry, let

15   me back up.  That was a bad question.

16             A few minutes ago, I think you told me

17   that formulated Roundup contains some surfactants

18   and other ingredients that help glyphosate penetrate

19   through the cell wall, correct?

20        A.   Right.

21        Q.   And cell walls are unique to plants,

22   right?  Human cells don't have cell walls, do they?

23        A.   Well, yeah, the skin has a cell wall.

24   Sure.

25        Q.   Did you ever calculate --

Dennis Weisenburger, M.D.

```
 1        A.    Plants don't have a cell wall.  They have
 2   a -- the carrot layer over the top, which is
 3   effectively a cell wall.
 4        Q.    But did you ever calculate an internalized
 5   dose of glyphosate or any Roundup ingredient in Mr.
 6   Pecorelli's case?
 7        A.    No.
 8        Q.    Do you agree that the personal protective
 9   equipment that Mr. Pecorelli used would have, in
10   fact, helped prevent Roundup from making contact
11   with his tissues?
12        A.    Yes.
13        Q.    Your report also mentions that
14   Mr. Pecorelli washed his hands after mixing Roundup,
15   right?
16        A.    Yes.
17        Q.    And is hand washing effective for removing
18   Roundup and its ingredients if the Roundup has --
19   has made contact with the skin of the hands?
20        A.    Yes, I believe it is.
21        Q.    And for that matter, taking a shower or
22   washing the body, if you wash the body wherever
23   Roundup has made contact, that's pretty effective
24   for -- for removing the Roundup from the skin,
25   right?
```

Dennis Weisenburger, M.D.

```
 1       A.   Yes, especially if you use soap, I think.
 2   But...
 3       Q.   Soap helps.  All right.
 4            So Mr. Pecorelli's habit of washing his
 5   hands would reduce the amount of glyphosate that
 6   could penetrate through his skin and get into his
 7   systemic circulation, wouldn't it?
 8       A.   Yes.  But when he was out on his
 9   landscaping jobs, he really wouldn't wash his hands
10   until he got home.  And so it would be the end of
11   the workday.  Sometimes it took him some hours
12   between the workplace and getting home.
13            So, you know, when he was mixing and he
14   got it on his hands, he would wash it off.  But when
15   he was out in -- in the field working, he -- he
16   would not wash until he got home at the end of the
17   day.
18       Q.   Go back to page 2 of your report.  Here in
19   this -- this next-to-last paragraph, you say, "He
20   sometimes got Roundup on his hands and clothes when
21   mixing and spraying."  And I wanted to ask you about
22   that.
23            What is -- what is your understanding of
24   what "sometimes" means?  Do you have -- have a sense
25   of how frequently he would have gotten glyphosate --
```

Dennis Weisenburger, M.D.

1    or I'm sorry, Roundup on his hands when he was

2    applying out on a landscape job?

3         A.    I can't quantitate that.  This is the --

4    this is the verbiage that the son used.

5         Q.    And then it says, he was -- in this next

6    sentence, "was often unable to wash at the work

7    sites."

8              And do you have a quantitative sense of

9    how often he was unable to wash his hands at -- at

10   the work site after getting Roundup on them?

11        A.    I don't.

12        Q.    And do you know how much time typically

13   elapsed between when he may have gotten Roundup on

14   his hands at a work site and when he could get home

15   to wash his hands?

16        A.    Oh, it was hours.  His son said sometimes

17   it took him -- just after working, to get home it

18   took him an hour, hour and a half.  So, you know, if

19   he sprayed on the work site in the morning, he would

20   have had it on his clothes, on his hands, the whole

21   day until he got home at the end of the day.

22        Q.    Or, conversely, if he didn't apply Roundup

23   until late in the day, when he got it on his hands,

24   he might not have it on his hands for more than a

25   few minutes or maybe an hour or so before he was

Dennis Weisenburger, M.D.

1    able to wash his hands, right?

2        A.    It's possible.

3        Q.    And you just don't know one way or another

4    sort of what was the most common scenario of those

5    we've just discussed, for him?

6        A.    Well, by "often" I would say it was likely

7    -- more likely.  But I -- I didn't -- I didn't query

8    specifically about how often.  So often means

9    frequently.

10        Q.    And Dr. Weisenburger, do you intend to

11    tell the jury that you eliminated or ruled out all

12    other possible causes or contributing factors to

13    Mr. Pecorelli's Non-Hodgkin's lymphoma, other than

14    Roundup use?

15        A.    Yes, to the best of my ability.

16        Q.    And specifically what possible causes and

17    contributing factors did you rule out in

18    Mr. Pecorelli's case?

19        A.    Well, all the ones we previously

20    discussed.  You know, he had no underlying diseases

21    that would have been risk factors for Non-Hodgkin's

22    lymphoma.

23            He really didn't use other herbicides or

24    pesticides in his practice.  He didn't use solvents.

25    He didn't have any infections.  He didn't have any

Dennis Weisenburger, M.D.

1    other risk factors for Non-Hodgkin's lymphoma, other

2    than the extensive Roundup use.

3         Q.   Are there any possible causes or

4    contributing factors to Mr. Pecorelli's

5    Non-Hodgkin's lymphoma that you cannot rule out?

6         A.   Well, there -- I suppose, there's some --

7    there could be some unknown factor which I could not

8    rule out.  But that wouldn't -- you know, that -- I

9    asked about all the known risk factors and did a

10   thorough review of his medical records and queried

11   his son about all these various known risk factors,

12   and there were -- there were none, other than his

13   extensive use of Roundup.

14        Q.   Dr. Weisenburger, what do you know about

15   other cancers in Mr. Pecorelli's family?

16        A.   I don't think there were any

17   hematolymphoid cancers in his family.  I'm trying to

18   look here at my -- my notes.  But I don't think

19   there were any other relevant cancers.

20             No cancer in any of his three sisters.  No

21   cancer in his parents, although he was unsure what

22   the cause of death was.  No cancer in the kids or

23   the grandkids.  So there was really no history of

24   cancer at all in his family.  That comes from the

25   deposition.

Dennis Weisenburger, M.D.

```
 1        Q.    And Doctor, is it your understanding that
 2   only a history of other hematolymphoid cancers
 3   increases a person's chance of developing
 4   Non-Hodgkin's lymphoma?
 5        A.    Yes, that's a known risk factor.
 6        Q.    Okay.
 7        A.    Nonhematopoietic cancers, there are a few
 8   papers that have linked that as well.  But, you
 9   know, as we've talked about the last time, you very
10   often find a history of cancer in families.  I mean,
11   most families have somebody who has cancer.  So
12   doing those kind of associations is kind of
13   meaningless.
14             So most of the epidemiologic data that
15   people have looked at, they've been looking at other
16   kinds of hematopoietic cancers:  Leukemia, lymphoma,
17   et cetera.  And there -- and there, when you see it
18   in think families, there is about a twofold
19   increased risk for a family member.  But
20   non-hematolymphoid cancers, I don't really pay much
21   attention to, because they're not really considered
22   a risk factor.
23        Q.    Well, just to be clear, there are some
24   epidemiologic data and papers published in the
25   peer-reviewed scientific literature that show that
```

Dennis Weisenburger, M.D.

```
 1    there is an increased risk of Non-Hodgkin's lymphoma
 2    in patients with first-degree family members who
 3    have had other non-hematopoietic cancers, right?
 4         A.    There is a literature, yes, but I don't
 5    really place much reliance on it.
 6         Q.    And why is that?
 7         A.    Well, for the reason I told you, that most
 8    families have a history of cancer.  So you look at
 9    -- if you look at that in all the different ways,
10    it's not surprising you would find it.
11         Q.    So my -- my question that was specifically
12    about scientific literature about first-degree
13    family members with other types of cancer raising
14    the risk of Non-Hodgkin's lymphoma, even in
15    first-degree family members you would -- you would
16    discount a history of Non-Hodgkin's lymphoma as a
17    risk factor for Non-Hodgkin's lymphoma in other
18    members of that family?
19         A.    No, I would discount other kinds of
20    cancers, non-hematopoietic cancers.  I would not pay
21    much -- give much weight to that kind of literature.
22             The -- on the other hand, if you -- if
23    there was a history of Non-Hodgkin's lymphoma in the
24    family that, you know, in a first-degree relative,
25    that would suggest that there would be an increased
```

Dennis Weisenburger, M.D.

```
1    risk for other family members.
2            Again, it's not a high risk.  It's
3    somewhere around twofold.  But he didn't have any
4    risks such as this in his family.
5        Q.   So your impression or your understanding
6    is that there was no other cancer in any
7    first-degree relatives in Mr. Pecorelli's family; is
8    that right?
9        A.   That's what it -- that's what the
10   deposition says and that's what his son told me as
11   well.
12           COURT REPORTER:  Is now a good time for a
13   break?
14           MR. PAINE:  Yeah, let's do that.  That's
15   fine.  Yeah, now is a good time.
16           Do you want to take ten minutes, five
17   minutes?  Whatever you guys prefer.
18           THE WITNESS:  Sure, whatever.  Five
19   minutes, ten minutes.
20           THE VIDEOGRAPHER:  The time is 11:01 a.m.,
21   and we are now off the record.
22           (Recess.)
23           THE VIDEOGRAPHER:  The time is 11:14 a.m.,
24   and we're back on the record.
25   BY MR. PAINE:
```

Dennis Weisenburger, M.D.

```
 1        Q.   Welcome back, Dr. Weisenburger.
 2        A.   Thank you.
 3        Q.   Ready to answer some more questions?
 4        A.   I am.
 5        Q.   All right.  Great.  We're in the home
 6   stretch now.
 7             Doctor, tell me, what is osteomyelitis,
 8   please?
 9        A.   Osteomyelitis is an inflammation in the
10   bone, often due to a bacterial infection.
11        Q.   Did Mr. Pecorelli have a history of
12   osteomyelitis?
13        A.   Not -- I don't remember that at all.  It's
14   certainly possible.
15        Q.   Let's see.  I'm going to mark an exhibit
16   here.
17             (Exhibit 5 marked for identification.)
18   BY MR. PAINE:
19        Q.   This will be Exhibit 5 to your deposition.
20   It'll show up in the folder in just a second, but
21   I'm going open it up and share it with you on my
22   screen.
23             So Doctor, what I've marked here is a --
24        A.   Show it to me, please.
25        Q.   Yeah.  God, I do that every time, don't I?
```

1    I'm sorry.  Here we go.

2            So what I've marked here as Exhibit 5 to

3    your deposition, this is three pages of medical

4    records from Northwest Oncology and Hematology for a

5    visit of July 6th, 2004.  That runs from Bates

6    number Confidential-MPecorelli-EHJVAH-MD-08 through

7    010.

8            So do you see that, Doctor, a three-page

9    medical record?

10    A.    Yes.

11    Q.    Okay.  I wanted to ask you about this

12    here.

13            Do you see, under Past Medical History, it

14    talks about -- again, for Mr. Pecorelli.  "Past

15    Medical History is remarkable for treatment of a

16    right upper extremity osteomyelitis.  By his report,

17    he injured his right thumb and required surgery and

18    subsequently developed osteomyelitis, requiring

19    prolonged antibiotic administration.  He has been

20    off antibiotics for at least one year."

21            So does it appear from this record that

22    Mr. Pecorelli had a history of osteomyelitis?

23    A.    Yes.

24    Q.    Okay.  And does it appear from the

25    treatment with the antibiotics, that it was felt to

Dennis Weisenburger, M.D.

1    be a bacterial form of osteomyelitis?

2         A.    Most likely, yes.

3         Q.    Okay.  Did -- I didn't notice this

4    mentioned in your report.  But given what you've

5    told me about, you know, other potential risk

6    factors causes and contributing factors to

7    Non-Hodgkin's lymphoma, is this something you would

8    have normally considered in a differential diagnosis

9    for a patient with Non-Hodgkin's lymphoma, given a

10   inflammatory condition and/or infectious condition

11   like osteomyelitis?

12        A.    I would not have considered it a risk

13   factor, no.

14        Q.    And why is that, please?

15        A.    Well, because there's no evidence in the

16   scientific literature that one episode of

17   osteomyelitis after surgery would increase risk for

18   Non-Hodgkin's lymphoma.  It's no -- it's not a risk

19   factor.  This would not be considered a risk factor.

20        Q.    Do you know if his osteomyelitis was fully

21   treated?

22        A.    It looks like it was.  It looks like he

23   responded after prolonged therapy, which is often

24   the case.  Osteomyelitis is, you know -- can become

25   -- can become chronic and require prolonged

Dennis Weisenburger, M.D.

 1    antibiotic treatment.

 2              So, apparently, that was the case.  But it

 3    sounds like from this that he was off antibiotics

 4    for a year and was doing well.  And I certainly

 5    didn't see anything else in the medical record that

 6    would indicate this was an ongoing problem.  His son

 7    never mentioned anything about it.

 8              So I didn't give this any -- give this any

 9    weight in terms of possible cause of his

10    Non-Hodgkin's lymphoma, because osteomyelitis -- one

11    episode of osteomyelitis is not considered a risk

12    factor for Non-Hodgkin's lymphoma.

13         Q.   Well, as you mentioned just a moment ago,

14    that this required prolonged antibiotic

15    administration, implying there was some degree of

16    chronicity to his osteomyelitis, right?

17         A.   Right.  That's not uncommon, because

18    infections in the bone are difficult to treat.

19         Q.   Yeah.  And that was my point.

20              You don't know how long he had the

21    osteomyelitis or actually how serious it was, do

22    you?

23         A.   Yeah, it was a post -- it was a surgical

24    complication.  It was postoperative complication --

25    complication of his -- of his surgery.  So, you

Dennis Weisenburger, M.D.

```
 1   know, probably the infectious organism, whatever it
 2   was, was introduced during the time of surgery or
 3   possibly after surgery.  But it's a -- it's an
 4   uncommon complication of surgery.
 5        Q.   So that's my question.  You don't know
 6   what course of antibiotics he received, just that it
 7   was prolonged, right?
 8        A.   Yes, that's all I know.
 9        Q.   And, for instance, you don't know if the
10   organism was resistant to antibiotics, thus
11   accounting for some of the prolonged antibiotic
12   administration, correct?
13        A.   I don't know.
14        Q.   And you don't know how long he had this
15   osteomyelitis, either before it was treated or
16   before it was successfully treated, right?
17        A.   I do not know.
18        Q.   And when you referred earlier to bacterial
19   infections as a potential risk factor for -- or
20   contributing factor to Non-Hodgkin's lymphoma, was
21   there literature that you can cite me to that says
22   osteomyelitis requiring prolonged antibiotic
23   administration is not a risk factor for
24   Non-Hodgkin's lymphoma?
25        A.   No.  And even there, I can't give you any
```

Dennis Weisenburger, M.D.

```
 1    -- any references to say that it is a risk factor
 2    for Non-Hodgkin's lymphoma.
 3             It's difficult to prove something that
 4    isn't true, right, if it doesn't exist.
 5         Q.   So you can't say one way or another
 6    whether the type of osteomyelitis bacterial
 7    infection that Mr. Pecorelli experienced was or was
 8    not a risk factor for Non-Hodgkin's lymphoma in his
 9    case; is that fair?
10         A.   I can say that it was not a risk factor in
11    his case.
12         Q.   Okay.  Again, can you cite me to some
13    literature saying that it would not be a risk factor
14    for Non-Hodgkin's lymphoma?
15         A.   I -- I -- I would have to go do a thorough
16    search, but generally people don't -- unless they're
17    looking in very general ways, don't report these
18    kind of risk factors, because they're not risk
19    factors.
20             So the only bacterial infection that is
21    associated with Non-Hodgkin's lymphoma is bacterial,
22    called Helicobacter pylori, which occurs in the
23    stomach and increases the risk for stomach
24    Non-Hodgkin's lymphoma and for -- and for gastric
25    carcinoma.
```

Dennis Weisenburger, M.D.

1            This is the only bacterium that's commonly

2    associated.  There have been a few others, but there

3    are no associations, no studies in -- to my

4    knowledge, that have associated one episode of

5    postoperative osteomyelitis with -- with -- as being

6    a risk factor of Non-Hodgkin's lymphoma.

7            I couldn't cite it because it's never been

8    reported, because it -- nobody considers this a risk

9    factor.

10       Q.   Do you know if Mr. Pecorelli's

11   osteomyelitis was either related to or indicative of

12   a weakened immune system?

13       A.   It's unlikely.  He had no other evidence

14   of a weakened immune system.  This is a -- this is

15   common -- not a common.  This is a -- an accepted

16   complication of a surgery, a post-operative

17   infection.

18       Q.   Did Mr. Pecorelli have a regular --

19   regular doctor or primary care provider that he

20   followed up with on a routine basis?

21       A.   I don't know the answer to that.

22       Q.   Does a bacterial infection resulting in

23   something like the osteomyelitis described in

24   Mr. Pecorelli's case activate B-cells?

25       A.   Probably it would, yes.

Dennis Weisenburger, M.D.

```
 1        Q.   Do you know if Mr. Pecorelli had a history
 2   of any type of inflammatory bowel disease or
 3   colitis, Crohn's disease, anything like that?
 4        A.   I don't believe he did.
 5        Q.   When we go to page 3 of your report --
 6   sorry, let me see if I can get us back there, just
 7   so we're looking at the same thing.
 8             Okay.  Doctor, can you see your -- your
 9   report again on my screen?
10        A.   No.
11        Q.   Once I hit "share."  There we go.
12             Are you able to see that now?
13        A.   Yes.
14        Q.   Okay.  So on page 3 of your report, down
15   here at the -- the end of the next-to-last
16   paragraph, you say that, "Mr. Pecorelli had no
17   significant exposure to other pesticides or
18   chemicals, and a careful review of his medical
19   records and a personal interview with his son by
20   myself revealed no other substantial cause of his
21   NHL."
22             Did I read that correctly?
23        A.   Yes.
24        Q.   Did Mr. Pecorelli's medical records ever
25   mention Roundup exposure or Roundup use?
```

Dennis Weisenburger, M.D.

```
 1        A.    No.

 2        Q.    So it's fair to say that there's nothing

 3   in his medical records that would suggest or

 4   implicate Roundup as a cause or contributing factor

 5   to his Non-Hodgkin's lymphoma, correct?

 6        A.    That's correct.  I don't think it was

 7   investigated by anyone.

 8        Q.    What did Mr. Pecorelli's son tell you

 9   about other pesticides that his father may have used

10   or been exposed to?

11        A.    Well, he did mention some other pesticides

12   his father had used.  But when I queried him on the

13   phone, he said that the use was rare.  Most of the

14   time, it was other work -- either the son or other

15   workers he employed that applied the other

16   pesticides.  That Mr. Pecorelli usually was not

17   applying other pesticides.  It was mainly Roundup

18   during these years.

19        Q.    First of all, tell me what other

20   pesticides or herbicides did Mr. Pecorelli's son

21   mention during your conversation?

22        A.    Well, we talked about -- we talked about

23   Sevin.  And this was something they used at the

24   nursery.  Apparently, they sprayed it on the trees.

25   It's an insecticide.  Say, Mark, Mark the son
```

Dennis Weisenburger, M.D.

1    usually did it.  Some of -- and some of the other
2    employees.  His father seldom did it.
3              Sometimes they used 2,4-D on their jobs.
4    Again, he said it was mostly the other employees who
5    -- who mixed it and applied it.
6              And that was about it.  There were a
7    couple other granular pesticides that they put on
8    the property.  I'm trying to look at the name.
9    Usually with granular pesticides, you don't get
10   exposed.
11             Diazinon was one.  Another one was --
12   looks like Treflan -- Surflan, Treflan granules,
13   diazinon granules.  These you usually apply, you
14   know, they're granular.  So you don't really -- you
15   really don't get much exposure to them.
16             But again, it was the employees who mostly
17   -- who mostly used those.  It wasn't him.  It wasn't
18   -- wasn't Mr. Pecorelli.
19        Q.   So when you say it was mostly other
20   employees that applied those, did you ask whether
21   Mr. Pecorelli was ever involved in the -- the mixing
22   or preparing of any of these other pesticides?
23        A.   Yes, and he said no.  He -- he -- and
24   Mr. Pecorelli usually did not mix them or apply
25   them.  But he probably had, on rare occasions, but

Dennis Weisenburger, M.D.

1    -- but this was not part of his usual role in the

2    company.  This was something that was done by Mark

3    or by the other employees.

4              And it was -- and it wasn't used

5    frequently.  It was used actually very infrequently.

6    So I --

7       Q.    I'm sorry, I didn't mean to cut you off.

8       A.    So I -- I didn't think this was a

9    significant exposure to these other chemicals.

10      Q.    Now, did Mr. Pecorelli's son tell you

11   whether his father was in the area when any of these

12   other pesticides or herbicides were being applied by

13   other employees?

14      A.    I -- I didn't ask that question, so I

15   don't know the answer.

16      Q.    Do you know if Mr. Pecorelli ever had any

17   kind of a pesticide applicator's license?

18      A.    He did.  He was a licensed applicator,

19   yes.

20      Q.    And do you know if any of his employees

21   were also licensed applicators?

22      A.    I don't know the answer to that.  I don't

23   believe Mark was, but I don't know the answer to the

24   other employees.

25      Q.    And what do you know about the -- the

1    training or the certification required for a person

2    like Mr. Pecorelli to become a licensed pesticide

3    applicator?

4        A.   I don't know.  You have to do some course

5    work and sometimes take an exam.  And you have to do

6    it periodically to renew your license.  So that's

7    about all I know about it.

8            In Illinois, I don't know what the rules

9    are in Illinois.

10       Q.   Do you know what pesticide applicator

11   licensing or certification, or for that matter

12   recertification, requires the applicant or the

13   licensee to understand about safely using

14   herbicides, like either Roundup, Sevin, 2,4-D,

15   Diazinon, et cetera?

16       A.   All I can tell you is I -- I think they do

17   get safety training, but I don't think it's specific

18   to any one pesticide.  They get safety training.

19   But I don't -- I don't have any details about this,

20   other than he was a licensed pesticide applicator

21   for many years.

22       Q.   Do you have any reason to think that

23   Mr. Pecorelli acted in any way inconsistent with his

24   safety training for applying any pesticides during

25   his career?

Dennis Weisenburger, M.D.

1       A.   I can't answer that question.  I don't
2   know the answer.  He took more precautions than most
3   people that I've -- cases that I've reviewed; let me
4   say that.
5       Q.   Now, you've told me that the use of -- of
6   these other pesticides and herbicides, like
7   Diazinon, Sevin, 2,4-D, Treflan, Surflan, et cetera,
8   were infrequent.
9            Do you have any more precise information
10  about how often or in what quantities those other
11  pesticides were used in Mr. Pecorelli's business?
12      A.   I don't.
13      Q.   Have any of those other pesticides,
14  including, but not limited to, the Diazinon, the
15  2,4-D or the Sevin been associated with increased
16  risks for Non-Hodgkin's lymphoma in the scientific
17  literature?
18      A.   There's been some studies that -- that
19  suggested 2,4-D may be -- may result in an increased
20  risk.  But the data has been generally inconsistent.
21           The IARC refused -- reviewed this some
22  years ago and did not conclude that 2,4-D was a
23  cause.  They -- they said possibly a cause.  But
24  they didn't -- they -- they didn't have a high
25  degree of confidence.

Dennis Weisenburger, M.D.

```
 1              So 2,4-D, there's been some -- there's
 2      been some epidemiologic evidence, but it's been
 3      inconsistent.  For the other chemicals, I don't
 4      believe there is -- there is any -- any evidence.
 5          Q.    What specifically did Mr. Pecorelli's son
 6      tell you about other chemicals that were used either
 7      in the nursery or on job sites where his father
 8      worked?
 9              And I'm kind of -- at this point, I sort
10      of figured we've talked about the pesticides and the
11      herbicides.  So I'm asking about other chemicals.
12          A.    Well, he said that sometimes he -- the
13      father and the other employees used a cleanser
14      called Goop, which is -- tends to be used to remove
15      grease and oil from -- from the hands or from other
16      surfaces.  But again, he said it was mostly the
17      employees who used it, and the father didn't use it
18      very often.
19          Q.    So do you know what the ingredients of
20      Goop are?
21          A.    I don't.
22          Q.    Did you -- did you look Goop up at any
23      point to see what kind of solvents it may have
24      contained?
25          A.    I did not.
```

Dennis Weisenburger, M.D.

```
 1        Q.    And --
 2        A.    Mainly because he said his father didn't
 3   use it very often.
 4        Q.    Let's go back for a second.  I'm going to
 5   switch my screen here.  So, Doctor, I'm taking us
 6   back here to what I marked previously as, I think,
 7   Exhibit 4.  This is the First-Amended Plaintiff Fact
 8   Sheet.  And let me ask you to take a look at this.
 9             Do you see what I've got on -- on my
10   screen here, which is page 2, which ends in Bates
11   number 00041?
12        A.    Yes.
13        Q.    Okay.  And do you see here where it says
14   "Handled solvents" and there's a check box in the
15   "yes" column?
16        A.    Yes.  I asked specifically about that and
17   what -- but the son said it was Goop.
18        Q.    Okay.  And so that was the only solvent
19   that he identified as -- as a solvent his father
20   used?
21        A.    Yes.
22        Q.    Okay.  And I think you told me that it was
23   infrequent, according to what Mr. Pecorelli's son
24   told you, that his father used Goop; is that right?
25        A.    Yes.
```

Dennis Weisenburger, M.D.

1      Q.   Do you see here, in the far-right column,

2   "Number in Chart in Section G (above)," there's a 1

3   and a 2, right?

4      A.   Okay.

5      Q.   And if you go to the chart above, right

6   here, numbers 1 and 2 are -- 1 is self-employment

7   from approximately 1953 to 2012.  And No. 2 is

8   self-employment with Windy City Landscaping and

9   Nursery from 1978 to 2012, right?

10     A.   Right.

11     Q.   So did you ask Mr. Pecorelli's son any

12  more details about what he meant by infrequent use

13  of Goop in his father's case?

14     A.    No.  He said he didn't use it frequently.

15  He used it -- he used it occasionally.  I don't

16  know.  I don't -- I didn't go into any detail about

17  that.

18          Again, there's no -- there's no literature

19  on Goop.  And I'd have to go look at Goop.  I mean,

20  it probably does include something that will cut

21  through grease and oil, but I'd have to go research.

22  But there's no literature on Goop causing

23  Non-Hodgkin's lymphoma.

24          Solvent literature usually involves people

25  who use solvents frequently in their work.  They're

Dennis Weisenburger, M.D.

1    exposed daily.  This would have been a very

2    infrequent use by someone, you know, who -- who just

3    used it infrequently.  So, you know, it's unlikely

4    that it's a risk factor.  It's a stretch.

5         Q.   Well, let me make sure I understand.

6              You don't know exactly what the frequency

7    was?  Just that according to his son, it was

8    infrequent, right?

9         A.   Yes.

10        Q.   But according to the Fact Sheet, it was

11   over a period of time stretching from potentially

12   1953 all the way to 2012, right?

13        A.   Yes.

14        Q.   And you haven't gone to look up Goop to

15   see what solvents were contained in Goop, at any

16   point in time, right?

17        A.   Right, because he used it very

18   infrequently.  I could go check it out, but it

19   wouldn't really change my opinion.

20        Q.   And you haven't done any specific research

21   on the particular solvents used in, Goop, because

22   you don't know what those solvents are, right?

23        A.   That's correct.

24        Q.   You're relying on what you've read about

25   solvents in the past and possible associations with

Dennis Weisenburger, M.D.

```
 1    Non-Hodgkin's lymphoma, correct?

 2         A.    Correct.

 3         Q.    And when was the last time you -- you

 4    looked into the question of what solvents are

 5    associated with increased risks of Non-Hodgkin's

 6    lymphoma?

 7         A.    Oh, it's been some years ago.

 8         Q.    More than five years ago?

 9         A.    Probably.

10         Q.    More than ten years ago?

11         A.    No.

12         Q.    Okay.  All right.  Doctor, we've kind of

13    already established today that Mr. Pecorelli was a

14    -- was a cigarette smoker, right?

15         A.    Yes.

16         Q.    And he was a very long-time cigarette

17    smoker, wasn't he?

18         A.    Yes.

19         Q.    Do you agree that he, as patients go, had

20    an extremely heavy history of cigarette smoking over

21    his lifetime?

22         A.    I have it here somewhere.  Let's see if I

23    can find it specifically.

24         Q.    While you're doing that, I'm going to

25    introduce a new exhibit which will be No. 6.
```

Dennis Weisenburger, M.D.

```
 1                (Exhibit 6 marked for identification.)

 2                THE WITNESS:  He smoked a half a pack to a

 3    pack a day for 50 years.  Yeah, so that's -- that's

 4    a lot of smoking.

 5    BY MR. PAINE:

 6        Q.   And where did that information come from

 7    that you just read to me, the half a pack to a pack

 8    a day for 50 years?

 9        A.   From the medical record.

10        Q.   Okay.  Doctor, what I've marked as Exhibit

11    6 -- and it will show up in the exhibit -- on the

12    shared exhibit folder, but I'm putting it on my

13    screen right now -- it's another Northwest Oncology

14    & Hematology record.  This one is dated April 7,

15    2011.  And for the record, this is Bates number

16    Confidential-Pecorelli-MPecorelli-NO&H-000038

17    through 40.

18                So are you able to see that on my screen

19    there, Doctor?

20        A.   Yes.

21        Q.   All right.  And then the first sentence

22    here, under History of Present Illness, do you see

23    that it says, "The patient is 81 years old and is a

24    very heavy smoker"?

25                Do you have any reason to disagree with
```

Dennis Weisenburger, M.D.

```
 1   that statement?

 2        A.   Very heavy would, to me, be two or three

 3   packs a day.  But, you know, he smoked for 50 years.

 4   So I would consider him a heavy smoker.  I'm not

 5   sure of a very heavy smoker.

 6        Q.   Okay.  Well, let's look a little further.

 7   Down here, a little further toward the end of this

 8   paragraph, it says, "He continues to smoke at least

 9   one pack per day and has been doing so for at least

10   70 years."

11             Did I read that correctly?

12        A.   Okay, I see it.

13        Q.   Okay.  Do you have any reason to disagree

14   with that statement?

15        A.   No.

16        Q.   Okay.  And if we go to the next page, do

17   you see a section here called "Tobacco Use," where

18   it says, "Current Everyday Smoker.  Patient has a

19   pack-year history of 100 plus.  Advised to quit."

20             Did I read that correctly?

21        A.   Yes.

22        Q.   There are many, many different chemicals

23   in cigarette smoke, aren't there?

24        A.   Yes.

25        Q.   And, in fact, there are many, many
```

1    different carcinogens in cigarette smoke, correct?

2         A.   Yes.

3         Q.   Do you have an idea of roughly how many

4    carcinogens are found in cigarette smoke?

5         A.   No.  Probably dozens.  I don't -- I don't

6    know.  More than one.

7         Q.   Cigarette smoke includes a chemical called

8    benzine, doesn't it?

9         A.   Yes.  In very small amounts, yes.

10        Q.   And benzine, according to IARC, is a Class

11   I known human carcinogen for Non-Hodgkin's lymphoma,

12   correct?

13        A.   It certainly is for acute myeloid

14   leukemia.  I don't think the -- I don't think the

15   IARC has taken a position on Non-Hodgkin's lymphoma,

16   unless -- unless it's something recent.  But there

17   are lots of studies on the role of smoking in

18   Non-Hodgkin's lymphoma and they're almost all

19   negative.  So smoking is not considered a risk

20   factor for Non-Hodgkin's lymphoma, no matter what's

21   in the smoking.

22        Q.   Is cigarette smoking considered a form --

23   or sorry.

24             Is cigarette smoking considered a risk

25   factor for any form of Non-Hodgkin's lymphoma, in

Dennis Weisenburger, M.D.

1   your opinion?

2        A.   There's some literature on it increasing

3   the risks of follicular lymphoma in women.  But

4   that's the only information that I know of.  It

5   doesn't really increase the risk of any kind of

6   lymphoma in men.

7             And the data in women is -- is not a lot

8   of data.  So it's -- it's not been consistent, I

9   would say.

10       Q.   So we can agree, though, can't we, that

11   IARC considers and has classified benzine as a Class

12   I known human carcinogen, right?

13       A.   Yes, for -- for acute myeloid leukemia.

14       Q.   And we can agree that every time

15   Mr. Pecorelli smoked a cigarette, he inhaled some

16   benzine, right?

17       A.   It's likely, yes.

18       Q.   And that occurred at the rate of at least

19   half a pack a day to more than a pack a day, for

20   more than 70 years in his case, correct?

21       A.   That's what it says.  I had 50 years in my

22   record, but, you know, somewhere in that ballpark.

23       Q.   So did you ever quantitate Mr. Pecorelli's

24   exposure to any of the carcinogens in cigarette

25   smoking when you formulated your opinions?

Dennis Weisenburger, M.D.

```
 1        A.    The quality of the cigarette smoking is

 2   not a known risk factor for Non-Hodgkin's lymphoma.

 3        Q.    Is working in a farming occupation

 4   considered a risk factor for Non-Hodgkin's lymphoma?

 5        A.    Yes.

 6        Q.    And would Mr. Pecorelli's work on the

 7   nursery and as landscaper basically be analogous to

 8   work in a farming occupation?

 9        A.    Well, they certainly would be similar.

10   Farmers do a lot more things and a lot of different

11   things.  But, you know, the major hypothesis in why

12   formers are at increased risk for lymphoma is that

13   they're exposed to pesticides.  So, you know, that

14   -- that's sort of the reasoning behind it.  And that

15   would apply in this case, too.

16        Q.    And there were epidemiologic studies

17   showing increased rates -- or risks for

18   Non-Hodgkin's lymphoma among farmers, even before

19   Roundup was introduced to the market, correct?

20        A.    Oh, probably, yes.

21        Q.    So did you give any consideration to

22   Mr. Pecorelli's work in an analogous occupation as a

23   potential risk factor to his Non-Hodgkin's Lymphoma

24   in this case?

25        A.    No.
```

Dennis Weisenburger, M.D.

1          Q.    Doctor, I'm marking and introducing

2    Exhibit 7 to your deposition.

3                (Exhibit 7 marked for identification.)

4    BY MR. PAINE:

5          Q.    This is a copy of Mr. Pecorelli's death

6    certificate.  I'll put this on my screen so we can

7    look at it together.

8                And are you able to see that, Doctor?

9          A.    Yes.

10         Q.    And do you see that it is for Michael

11   Daniel Pecorelli?

12         A.    Yes.

13         Q.    And have you seen this death certificate

14   before, Doctor?

15         A.    No.

16         Q.    Okay.  Do you see here under Cause of

17   Death, about halfway down, it says, "Malignant --

18   fibrous -- "fibrosis histiocytoma."

19               Did I read that correctly, what they've

20   got there?

21         A.    Yes.

22         Q.    And it's signed by Dr. Leibach.  She was

23   one of Mr. Pecorelli's treating physicians?

24         A.    Okay, I'll accept that.  I don't -- I

25   don't know who she is.

Dennis Weisenburger, M.D.

 1     Q.   Well, I'm sorry.  Let me -- let me back up

 2  and be clear on that.

 3          The name of the person completing the

 4  cause of death is Dr. Steven Leibach, who was one of

 5  doctor -- one of Mr. Pecorelli's treating

 6  physicians, right?

 7     A.   I don't -- I don't know that.  I don't

 8  recognize the name.

 9     Q.   Oh, I'm sorry.  I thought you told me you

10  read Dr. Leibach's deposition earlier today.  Okay.

11          In any event, do you have any reason to

12  disagree with the findings of cause of death in this

13  -- in this death certificate, Dr. Weisenburger?

14     A.   Well, I'm sure the malignant fibrous

15  histiocytoma contributed to the death, but so did

16  the Non-Hodgkin's lymphoma.

17     Q.   In what way do you think that the

18  Non-Hodgkin's lymphoma, in Mr. Pecorelli's case,

19  contributed to his death?

20     A.   In the same way that malignant fibrous

21  histiocytoma did.

22     Q.   Well, can you be more specific, please?

23     A.   No.  He had two -- two malignant diseases

24  that were growing rapidly in his body.  And, you

25  know, I would say that both contributed.  This is --

Dennis Weisenburger, M.D.

1   this is a deficient death record and is a good

2   example of why these death records are often very

3   unreliable.

4           He didn't have an autopsy, so this is a

5   guess by a clinician, whose name I can't even

6   recognize.  He could have been the intern on call

7   that night.

8       Q.   Doctor, is there any objective facts or

9   data or evidence that you can point me to in

10  Mr. Pecorelli's case that shows that his

11  Non-Hodgkin's lymphoma either caused or contributed

12  to Mr. Pecorelli's death?

13      A.   Yes.  He had large and growing tumors in

14  his abdomen that were thought by his clinicians to

15  be Non-Hodgkin's lymphoma.

16      Q.   Right --

17      A.   And certainly -- certainly it contributed

18  to his death.

19      Q.   In what way?  What was the sort of path of

20  physiology, if you will, or the mechanism by which

21  you think his Non-Hodgkin's lymphoma contributed to

22  Mr. Pecorelli's death?

23      A.   Well, I can only be very general.  In the

24  same way that cancer eventually kills people.  It

25  takes away their appetite.  They become hepatic and

Dennis Weisenburger, M.D.

1    emaciated and eventually just die of overwhelming

2    cancer.

3         Q.   And would you say the same for his

4    malignant fibrous histiocytoma?

5         A.   Yes, I think they were both contributed.

6         Q.   Is there any way you can assign or assess

7    the degree to which either one of those two

8    independent cancers contributed to Mr. Pecorelli's

9    death, in your opinion?

10        A.   No.  I think they both were important.

11        Q.   And again, is there any objective fact or

12   data, a medical record, test or imaging study, that

13   you can point me to that objectively shows that

14   Mr. Pecorelli's death was contributed to

15   specifically by his Non-Hodgkin's lymphoma?

16        A.   No, except that he had two very large

17   tumors in his abdomen that were growing.  And that

18   was months before he died.  So I'm sure that his

19   lymphoma contributed to his death, as did the

20   malignant fibrous histiocytoma.

21        Q.   Is there any way you can say that his

22   Non-Hodgkin's lymphoma was any more of, or a greater

23   contributor, to his death, in your opinion, than his

24   malignant fibrous histiocytoma?

25        A.   No.

Dennis Weisenburger, M.D.

1    Q.   All right.  I believe those are all the

2    questions that I've got for you now.  Although, I am

3    going to just sort of put an asterisk on the record

4    given that, you know, we were waiting on the

5    invoices and I just found out about the pathology

6    materials this morning.

7         I may or may not need to come back, but

8    any remaining time, I'm going to reserve.  But also,

9    if plaintiff's counsel has any questions for you, I

10   may come back on the record to ask some follow-ups.

11        If not, I wanted to take just a moment and

12   say thank you again for -- for being such a polite

13   witness.  I appreciate you listening to my questions

14   and -- and answering my questions today.

15        Have you understood my questions?

16   A.   Yes, I have.  Thank you.

17   Q.   Or if I botched something or you didn't

18   understand it, did you ask me to repeat it or

19   rephrase it?

20   A.   Only once or twice, so.

21   Q.   I think we have got a good record.

22   A.   You did well.

23   Q.   Thank you, Doctor.

24   A.   Thank you.

25        MS. ABUZERR:  I actually have no questions

Dennis Weisenburger, M.D.

1    for Dr. Weisenburger.

2              MR. PAINE:  All right.  Well --

3              THE VIDEOGRAPHER:  This concludes today's

4    video deposition of Dr. Dennis Weisenburger.

5              The time is 11:55 a.m., and we're now off

6    the record.

7              (Recess.)

8              MR. PAINE:  I would like a rough.  If we

9    could possibly have an expedite faster than the

10   Sevin days.

11             THE WITNESS:  Yeah, and I want to read and

12   sign it.

13             COURT REPORTER:  Fatima, would you like to

14   order a copy or a rough?  Yeah?

15             MS. ABUZERR:  Yeah, please.  Rough and

16   copy.

17             (Deposition concluded at 11:55 a.m.)

18

19

20

21

22

23

24

25

Dennis Weisenburger, M.D.

1           Please be advised that I have read the

2    foregoing deposition.  I hereby state there are:

3    (Check one)

4

5    _____ NO CORRECTIONS ATTACHED

6

     _____ CORRECTIONS ATTACHED

7

8

9    _____

     DENNIS WEISENBURGER, MD

10

11

12   _____

     Date signed

13

14

15   Case Title:          Pecorelli vs. Monsanto

16   Date of Deposition:  March 1, 2021

17   Job No.:             269996

18

19                   --oOo--

20

21

22

23

24

25

Dennis Weisenburger, M.D.

```
 1                    WITNESS CORRECTION SHEET

 2

 3    Please use this form if you have any corrections to

      your testimony.  Indicate the page number, line

 4    number and state your correction.  Please make it

      clear if you are adding, changing or deleting

 5    testimony.

 6    DEPOSITION OF:        Dennis Weisenburger, MD

      CASE:                 Pecorelli vs. Monsanto

 7    DATE OF DEPOSITION:  March 1, 2021

 8    I, (please print name)_____, have the

      following corrections to make to my deposition:

 9

10    PAGE      LINE               ADD/CHANGE/DELETE

11    _____    _____    _____

12    _____    _____    _____

13    _____    _____    _____

14    _____    _____    _____

15    _____    _____    _____

16    _____    _____    _____

17    _____    _____    _____

18    _____    _____    _____

19    _____    _____    _____

20    _____    _____    _____

21    _____    _____    _____

22    _____    _____    _____

23    _____    _____    _____

24    _____    _____    _____

25    SIGNATURE_____DATE_____
```

Dennis Weisenburger, M.D.

```
 1                 REPORTER'S CERTIFICATE

 2

 3      I, JOSHUA MANEA, a duly licensed Certified

 4  Shorthand Reporter of the State of California,

 5  hereby certify that the witness in the foregoing

 6  deposition was by me duly sworn;

 7      That said testimony was taken down in

 8  stenographic shorthand by me, a disinterested

 9  person, at the time and place therein stated and was

10  thereafter reduced to typewriting and that the

11  testimony as transcribed is a true record of the

12  testimony given by the witness;

13      That before completion of the deposition,

14  review of the transcript [x] was [ ] was not

15  requested. If requested, any changes made by the

16  deponent (and provided to the reporter) during the

17  period allowed are appended hereto.

18      I further certify that I am not of counsel or

19  attorney for either or any of the parties to the

20  said deposition, nor in any way interested in the

21  outcome of this cause.

22      DATED this 6th day of March, 2021.

23  _____  _____  _____

24      JOSHUA MANEA, Calif. CSR No. 13754

25
```