**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Hearing date: May 28, 2021<br>Time: |

- i -
MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

- ii -

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** beginning on May 28, 2021, in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion to Exclude Testimony of Plaintiffs' Experts Under Rule 702 and for Summary Judgment on Causation Grounds. Monsanto seeks an order excluding opinion of these witnesses under Federal Rule of Evidence 702.

DATED:  March 18, 2021

                                           Respectfully submitted,

                                           */s/ Michael X. Imbroscio*
                                             Michael X. Imbroscio (*pro hac vice*)
                                             (mimbroscio@cov.com)
                                             One City Center
                                             850 10th St. NW
                                             Washington, DC 20001
                                             Tel: 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

Monsanto hereby moves to exclude Plaintiffs' general causation experts[1] on Rule 702 grounds and for summary judgment for failure to establish causation in the above-captioned cases. Consistent with the Court's instructions not to re-litigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto Company's *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #545)
- Monsanto Company's Reply in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #681)
- Monsanto Company's Supplemental Memorandum of Points and Authorities Regarding Andreotti et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, Journal of the National Cancer Institute (2018) in Support of its *Daubert* and Summary Judgment Motion (ECF #1137)
- Monsanto Company's Notice of Supplemental Authority in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #1158)
- Monsanto Company's Supplemental Daubert Memorandum Regarding Dr. Dennis Weisenburger's Testimony Regarding Epidemiology Evidence (ECF #1539)
- Monsanto Company's Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov, and Dennis Weisenburger on *Daubert* Grounds (ECF #2420)

---

[1] Plaintiffs have disclosed Dr. Christopher Portier as a general causation expert in all Wave 2 cases. *See* Declaration of Michael Imbroscio (March 18, 2021) ("Imbroscio Decl."), Ex. 1, Plaintiffs' Expert Disclosures – General Causation at 4 (Jan. 22, 2021). On March 16, 2021, the parties filed a joint stipulation for an extension of time for Monsanto's *Daubert* motion regarding only Dr. Portier in light of his new expert report. The parties have agreed that Monsanto's motion will similarly preserve the arguments raised in all of Monsanto's prior pleadings, and will only address new issues raised by Dr. Portier's report or deposition that the Court has not previously considered. In the alternative, if the Court does not grant the parties' request, Monsanto preserves its prior arguments regarding Dr. Portier here.

- 1 -
MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

- Monsanto's Reply in Support of Monsanto's Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2525)

Monsanto also incorporates the most recent science on glyphosate. Among other more recent science, Monsanto incorporates and attaches here three articles that have been published since the above-referenced pleadings were submitted to the Court. *See* Imbroscio Decl., Ex. 2, Leon et al., *Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway, and the USA: a pooled analysis from the AGRICOH consortium*, Int'l J. Epidemiology (2019); Imbroscio Decl., Ex. 3, Pahwa et al., *Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project*, Scandinavian J. Work Envtl. Health (2019); Imbroscio Decl., Ex. 4, Kabat et al., *On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans*, Cancer Causes & Control (2020). Monsanto also notes that on January 22, 2020, the United States Environmental Protection Agency ("EPA") issued an Interim Registration Review Decision concluding that the Agency "thoroughly assessed risks to humans from exposure to glyphosate from all registered uses and all routes of exposure and did not identify any risks of concern." Ex. 5, EPA Interim Registration Review Decision at 9 (Jan. 22, 2020) (which is final as to human health risk assessment).

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

Dated: March 18, 2021

By: */s/ Michael X. Imbroscio*
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorney for Defendant Monsanto Company

- 3 -
MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I HEREBY CERTIFY that on this 18th day of March, 2021, a copy of the foregoing was |
| 3 | filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to |
| 4 | all appearing parties of record. |
| 5 | |
| 6 | /s/ Michael X. Imbroscio |