**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Hearing date: May 28, 2021<br>Time: |

I, Michael X. Imbroscio, hereby declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude the Testimony of Plaintiffs' Experts Under Rule 702 and for Summary Judgment on Causation Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Plaintiffs' general causation expert disclosures in the Wave 2 cases in this MDL.

3. Annexed hereto as Exhibit 2 is a true and correct copy of an article titled *Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway, and the USA: a pooled analysis from the AGRICOH consortium*, published in the International Journal of Epidemiology in 2019.

4. Annexed hereto as Exhibit 3 is a true and correct copy of an article titled *Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project*, published in the Scandinavian Journal of Work, Environment, and Health in 2019.

5. Annexed hereto as Exhibit 4 is a true and correct copy of an article titled *On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans*, published in Cancer Causes and Control in December, 2020.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the United States Environmental Protection Agency's January 2020 Interim Registration Review Decision for Glyphosate.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 18th day of March, 2021

/s/ Michael X. Imbroscio

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-60000

Attorney for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                */s/ Michael X. Imbroscio*