**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br><br>*Karman v. Monsanto Co.,* 3:19-cv-01183-VC | ) **DECLARATION OF K. LEE**<br>) **MARSHALL IN SUPPORT OF**<br>) **MONSANTO COMPANY'S MOTION**<br>) **FOR SUMMARY JUDGMENT ON**<br>) **STATUTE OF LIMITATIONS AND**<br>) **PROXIMATE CAUSATION GROUNDS**<br><br>Hearing Date: May 28, 2021 |

I, K. Lee Marshall, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Summary Judgment Motion on Statute of Limitations and Proximate Causation Grounds.

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Christine Karman, taken November 13, 2019, in *Karman v. Monsanto Company*, Northern District of California Case No. 3:19-cv-01183.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 18, 2021

                                              Respectfully submitted,

                                              */s/ K. Lee Marshall*

                                              K. Lee Marshall
                                              BRYAN CAVE LEIGHTON PAISNER LLP
                                              Three Embarcadero Center, 7th Floor
                                              San Francisco, California 94111
                                              Tel:    415-675-3400
                                              Fax: 415-675-3434
                                              klmarshall@bclplaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ K. Lee Marshall