# EXHIBIT 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2
    IN RE:                              )  MDL No. 2741
 3  ROUNDUP PRODUCTS                    )  Case No.
    LIABILITY LITIGATION                )  3:16-md-02741 VC
 4  _____)
                                        )
 5  This document relates to:           )
                                        )
 6  Christine Karman, Individually )
    and as Representative of the   )
 7  Estate of Robert Karman,            )
    v. Monsanto Co.                     )
 8                                      )
    Case No. 3:19-cv-01183-VC           )
 9  _____)
10
11          The video-recorded deposition of
12  CHRISTINE KARMAN, taken pursuant to the Federal
13  Rules of Civil Procedure of the United States
14  District Courts pertaining to the taking of
15  depositions, before Pauline M. Vargo, an Illinois
16  Certified Shorthand Reporter, C.S.R. No. 84-1573,
17  at the offices of Shook, Hardy & Bacon, Suite 4700,
18  111 South Wacker Drive, Chicago, Illinois, on
19  November 13, 2019, commencing at 9:13 a.m.
20
21
22
23              GOLKOW LITIGATION SERVICES
                     877.370.3377 ph
24                   deps@golkow.com
```

```
 1                A P P E A R A N C E S
      Present on Behalf of the Plaintiff:
 2          MOLL LAW GROUP
            22 West Washington Street, 15th Floor
 3          Chicago, Illinois 60602
            312.462.1700
 4          BY:  STEPHEN CADY, ESQ.
                 scady@molllawgroup.com
 5
 6    Present on Behalf of the Defendant:
 7          SHOOK, HARDY & BACON, LLP
            2555 Grand Boulevard
 8          Kansas City, Missouri 64108.2613
            816.474.6550
 9          BY:  ROBERT D. HOMOLKA, ESQ.
                 rhomolka@shb.com
10
11    VIDEOGRAPHER:
12          CARY DAVIDOW
            Golkow Litigation Services
13
14    REPORTED BY:
15          PAULINE M. VARGO, RPR, CRR
            Illinois CSR No. 84-1573
16
17
18
19
20
21
22
23
24
```

Christine Karman

1    that.

2        Q.    Oh, I misunderstood.  I'm sorry.  Did

3    you talk about this deposition or the lawsuit?

4        A.    I did at one time with her, but I don't

5    remember exactly when.

6        Q.    Can you tell me what you shared with her

7    or talked with her about in regards to your

8    deposition or this lawsuit?

9        A.    No, I don't remember that.

10       Q.    Did you talk about Roundup?

11       A.    Yes, probably.

12       Q.    Are you guessing there or are you

13   just --

14       A.    No.  We talked with all of our children

15   about Roundup.

16       Q.    And can you just tell me what you have

17   talked about with them?

18       A.    That not to use it any more.

19       Q.    And when was the first time you told

20   them not to use Roundup, your children?

21       A.    Probably the first time we saw an ad

22   blasted over TV.

23       Q.    Do you remember when that was or what

24   year, what decade or anything?

Christine Karman

| | | |
|---|---|---|
| 1 | A. | I would have guessed around 2015. |
| 2 | Q. | So just so I'm clear, after you saw an |
| 3 | ad blasted over TV, since that time you have told | |
| 4 | your children not to use Roundup; fair? | |
| 5 | A. | Right. |
| 6 | Q. | Do you remember anything about that ad |
| 7 | specifically? | |
| 8 | A. | Not really, other than it was a typical |
| 9 | warning. | |
| 10 | Q. | Can you tell me what you mean by "a |
| 11 | typical warning"? | |
| 12 | A. | Not to use it; if you used it, call this |
| 13 | lawyer; that type of thing. | |
| 14 | Q. | And is that how you ended up I guess |
| 15 | contacting your lawyer?  Did you see an ad like | |
| 16 | that and call them? | |
| 17 | A. | No. |
| 18 | Q. | Can you just tell me how you came across |
| 19 | Mr. Cady and his law firm. | |
| 20 | A. | We -- because my husband was told in the |
| 21 | initial on stage by his urologist -- neurologist -- | |
| 22 | urologist -- no -- oncologist that he had cancer | |
| 23 | and that it was lymphoma and that it was caused | |
| 24 | mainly by pesticides. | |

```
 1    not.  Weather conditions were not good.
 2         Q.    You moved in in the hot summer months,
 3    it sounds like?
 4         A.    Um-hmm.
 5         Q.    Then you had the winter?
 6         A.    Had this kind of weather.
 7         Q.    When was the last time you saw him use
 8    Roundup to treat the areas that we have talked
 9    about in Exhibit 3, which were the areas --
10         A.    Oh, I -- I'm jumping.
11         Q.    -- the areas contained within the grass,
12    these kind of brown patches?
13         A.    Probably -- how do I -- when was the
14    last time I saw him?  If I say ten years ago, it
15    was five years before he died, okay.  Do I count
16    from when he died?
17         Q.    I'm just trying to figure out the last
18    time you saw him, whether it was --
19         A.    Okay, okay.  I will say six years ago,
20    so that would be -- yeah, about six years ago.
21         Q.    Just so now we are all on the same page
22    and I can get one clean question and answer for it,
23    it sounds to me like you saw your husband between
24    the years 1991 or 1992 up until approximately 2013
```

Christine Karman

1  use Roundup to treat the areas that we have marked

2  in Exhibit 3?

3       A.   Yes.

4       Q.   Can you tell me how often he would have

5  to use Roundup throughout those years to treat

6  those areas?

7       A.   No, I can't, because, as you can see,

8  they are still not growing.  There is weeds growing

9  there, but nothing else.

10      Q.   Would he use the Roundup out there as

11 needed when he saw weeds?

12      A.   Yeah, yes, he would.  Yes, he would.

13      Q.   Were there times when he went out to do

14 yard work in that area, whether it was mowing or

15 something else, where he wasn't -- where he didn't

16 have to use Roundup in that area?

17      A.   Yes.

18      Q.   Then it sounds like there were times

19 when he did because he would find weeds?

20      A.   Right.

21      Q.   Is there any way for you to estimate for

22 us how often and on a yearly basis he would use

23 Roundup to treat the areas in Exhibit 3?

24      A.   I'd say -- you are asking me not to

```
 1    products?
 2         A.    It was kept on a shelf in the garage.
 3         Q.    What else was on the shelf?
 4         A.    Plant food, fertilizer, some of my
 5    outside pots.  That's about it.
 6         Q.    So on the shelf, the fertilizer, you
 7    don't remember the name of the fertilizer, correct?
 8         A.    The fertilizer that we used, no, I
 9    don't.
10         Q.    And plant food, what was it named?
11         A.    Plant food, I used -- I don't remember
12    what I used for plant food.
13         Q.    If you had Spectracide at the same time,
14    was it also on the shelf?
15         A.    Yes.
16         Q.    Did you ever read the label that was on
17    that Roundup bottle?
18         A.    That I don't remember.
19         Q.    Do you recall seeing your husband
20    specifically reading the label that was on the
21    Roundup bottle?
22         A.    No.
23         Q.    Did he ever tell you he read the label?
24         A.    I don't remember.
```

Christine Karman

```
 1         Q.    When did you first expect -- I think
 2    earlier -- well, let me rephrase that question.
 3               Earlier, and I don't want to
 4    misrepresent this, you said you -- we talked about
 5    Dr. Nabrinsky.
 6         A.    Yes.
 7         Q.    Remember that?
 8         A.    Yes.
 9         Q.    And the email spoke for itself.  The
10    recitation by your daughter was that he mentioned
11    three things, and they were generic.
12         A.    Yes.
13         Q.    Right?
14         A.    Yes.
15         Q.    And I think I'm right that you don't
16    recall Mr. Nabrinsky saying any specific products,
17    manufacturers of pesticides or the fertilizer or
18    the asbestosis; is that right?
19         A.    Yes.
20         Q.    He just generally said, hey, here are
21    three things?
22         A.    Yes.
23         Q.    Then I think you said sometime after
24    your husband had passed you saw an advertisement
```

1  about non-Hodgkin's lymphoma; is that right?  If
2  I'm wrong, tell me.
3      A.   I thought -- I thought I said shortly
4  before he passed.
5      Q.   Fair enough.  So sometime in or around
6  2015 you remember seeing a television advertisement?
7      A.   Yes.
8      Q.   Is that right?
9      A.   Yes.
10     Q.   Do you remember anything specific about
11 that advertisement other than it talked about
12 lymphoma?
13     A.   It talked about lymphoma.  It talked
14 about death from lymphoma.  Yes, that's what I
15 remember.
16     Q.   Did it talk about Roundup or any other
17 product?
18     A.   It was for Roundup.
19     Q.   Do you remember the attorneys, who it
20 was or anything like that?
21     A.   No, I don't.
22     Q.   And when did you first -- you, yourself,
23 when did you think that Roundup specifically -- we
24 have talked about the general stuff, but when did

Christine Karman

```
 1            CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2                 I, PAULINE M. VARGO, a Certified
      Shorthand Reporter of the State of Illinois,
 3    C.S.R. No. 84-1573, do hereby certify:
 4                 That previous to the commencement of the
      examination of the witness, the witness was duly
 5    sworn to testify the whole truth concerning the
      matters herein;
 6
                   That the foregoing deposition transcript
 7    was reported stenographically by me and thereafter
      reduced to typewriting under my personal direction;
 8
                   That the reading and signing of said
 9    deposition was waived by counsel for the respective
      parties and the witness;
10
                   That the foregoing constitutes a true
11    record of the testimony given by said witness
      before this reporter;
12
                   That I am not a relative, employee,
13    attorney or counsel, nor a relative or employee of
      such attorney or counsel, for any of the parties
14    hereto, nor interested directly or indirectly in
      the outcome of this action.
15
           CERTIFIED TO THIS 29th DAY OF NOVEMBER, 2019.
16
17           _____
             Pauline M. Vargo, RPR, CRR
18           Illinois Certified Shorthand
             Reporter No. 84-1573P
19
20
21
22
23
24
```