| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COVINGTON & BURLING LLP** |
| Brian L. Stekloff (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (bstekloff@wilkinsonstekloff.com) | (mimbroscio@cov.com) |
| Rakesh Kilaru (*pro hac vice*) | One City Center |
| (rkilaru@wilkinsonstekloff.com) | 850 10th St. NW |
| 2001 M St. NW | Washington, DC 20001 |
| 10th Floor | Tel: 202-662-6000 |
| Washington, DC 20036 | |
| Tel:   202-847-4030 | |
| Fax:   202-847-4005 | |

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC | **DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE THE SPECIFIC CAUSATION TESTIMONY OF DR. DENNIS WEISENBURGER** |
| *Karman v. Monsanto Co.*, 3:19-cv-01183-VC | |
| *Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC | |
| *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC | |
| *Schafer v. Monsanto Co.*, 3:19-cv-02169 | |
| | Hearing date: May 28, 2021<br>Time: |

- 1 -

DECLARATION OF MICHAEL X. IMBROSCIO
3:16-md-02741-VC

I, Michael X. Imbroscio, hereby declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude the Specific Causation Testimony of Dr. Dennis Weisenburger. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Dr. Dennis Weisenburger, taken in *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC on March 5, 2021.

3. Annexed hereto as Exhibit 2 is a true and correct copy of an article titled Occupation and Risk of Non-Hodgkin's Lymphoma and Chronic Lymphocytic Leukemia, published in Volume 44 of the Journal of Occupational and Environmental Medicine in May, 2002.

4. Annexed hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Dennis Weisenburger, taken in *Evans et al. v. Monsanto Co.*, Case No. 1722-CC01372-01 (St. Louis Cir. Ct.) on February 23, 2021.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the transcript of the deposition of Dr. Ron Schiff, taken in *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC on March 5, 2021.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the transcript of the deposition of Dr. Dennis Weisenburger, taken in *Karman v. Monsanto Co.*, 3:19-cv-01183-VC on March 4, 2021.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Dr. Ron Schiff, taken in *Karman v. Monsanto Co.*, 3:19-cv-01183-VC on February 19, 2021.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Dr. Dennis Weisenburger, taken in *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC on March 3, 2021.

9. Annexed hereto as Exhibit 8 is a true and correct copy of the transcript of the deposition of Dr. Dennis Weisenburger, taken in *Schafer v. Monsanto Co.*, 3:19-cv-02169 on March 2, 2021.

10. Annexed hereto as Exhibit 9 is a true and correct copy of the transcript of the deposition of Dr. Dennis Weisenburger, taken in *Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC on March 1, 2021.

11. Annexed hereto as Exhibit 10 is a true and correct copy of the transcript of the deposition of Dr. Lauren Pinter-Brown, taken in *Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC on March 1, 2021.

12. Annexed hereto as Exhibit 11 is a true and correct copy of the transcript of the deposition of Dr. Dennis Weisenburger, taken in *Schafer v. Monsanto Co.*, 3:19-cv-02169 on March 2, 2021.

13. Annexed hereto as Exhibit 12 is a true and correct copy of the Specific Causation Expert Report of Dr. Dennis Weisenburger, submitted in *Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 18th day of March, 2021

*/s/ Michael X. Imbroscio*

Michael X. Imbroscio (pro hac vice)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-60000

Attorney for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                      */s/ Michael X. Imbroscio*