# EXHIBIT 1

Dennis D. Weisenburger, M.D.

```
 1                 UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

 2

 3                          - - -

 4

      IN RE:  ROUNDUP PRODUCTS     :   MDL NO. 2741

 5    LIABILITY LITIGATION         :

      _____ :

 6    This document relates to:    :

                                   :

 7    Gerard Cervantes v. Monsanto :

      Co., Case No. 3:19-cv-03015  :

 8

 9                          - - -

10                  Friday, March 5, 2021

11                          - - -

12

13          Remote videotaped stenographic deposition of

14    DENNIS D. WEISENBURGER, M.D., conducted at the location

15    of the witness in Duarte, California, commencing at

16    approximately 9:00 a.m., on the above date, before

17    Rosemary Locklear, a Registered Professional Reporter,

18    Certified Realtime Reporter and California CSR (#13969).

19

20

21                          - - -

22

23

24               GOLKOW LITIGATION SERVICES

             877.370.3377 ph | 971.591.5672 Fax

25                    deps@golkow.com
```

```
 1   APPEARANCES:  (All appearances via remote technology)

 2

 3          MOLL LAW GROUP

            BY:  FATIMA ABUZERR, ESQUIRE

 4          fabuzerr@molllawgroup.com

            22 West Washington Street, 15th Floor

 5          Chicago, Illinois 60602

            (312) 462-1700

 6          Appearing on behalf of the Plaintiff

 7

 8          NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

            BY:  MICHAEL W. HOGUE, ESQUIRE

 9          michael.hogue@nelsonmullins.com

            1320 Main Street, 17th Floor

10          Columbia, South Carolina 29201

            (803) 799-2000

11          Appearing on behalf of the Defendants

12

13   ALSO PRESENT:

14

15          ANIA BILINSKA, Video Operator

16

17                            - - -

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2

 3   WITNESS                                        PAGE

 4

 5   DENNIS D. WEISENBURGER, M.D.

 6

 7            By Mr. Hogue                            6

 8

 9            By Ms. Abuzerr                        103

10

11                     - - -

12

13                  EXHIBIT INDEX

14   NUMBER                                       MARKED

15

16   Weisenburger-1   7-page document dated 3/2/21      6
                      entitled "Defendant Monsanto
17                    Company's Notice of Remote
                      Video Conference Deposition of
18                    Dennis Weisenburger, M.D."

19   Weisenburger-2   5-page document dated 1/18/21     6
                      entitled "Specific Causation
20                    Report for Mr. Gerard
                      Cervantes"

21
     Weisenburger-3   122-page document entitled        6
22                    "Curriculum Vitae"

23   Weisenburger-4   1-page document entitled          6
                      "Testimony History of Dennis
24                    Weisenburger, M.D., 2014 to
                      Present"

25
```

Dennis D. Weisenburger, M.D.

```
 1                EXHIBIT INDEX (Continued)

 2    NUMBER                                        MARKED

 3

 4    Weisenburger-5  1-page handwritten document      6
                      dated 1/19/21 entitled "Gerard
 5                    Cervantes"

 6    Weisenburger-6  14-page article dated 5/4/15     85
                      entitled "A retrospective
 7                    cohort study of cause-specific
                      mortality and incidence of
 8                    hematopoietic malignancies in
                      Chinese benzene-exposed
 9                    workers"

10    Weisenburger-7  6-page article dated 5/02        85
                      entitled "Occupation and Risk
11                    of Non-Hodgkin's Lymphoma and
                      Chronic Lymphocytic Leukemia"

12

13

14

15

16                        - - -

17

18

19

20

21

22

23

24

25
```

Dennis D. Weisenburger, M.D.

 1              VIDEO OPERATOR:  We are now on the record.

 2              My name is Ania Bilinska.  I'm a videographer

 3    for Golkow Litigation Services.  Today's date is Friday,

 4    March 5th, 2021, and the time is approximately 9:00 a.m.

 5    Pacific time.

 6              This remote video deposition is being held in

 7    the matter of Roundup, Gerard Cervantes versus Monsanto,

 8    for the United States District Court for the Northern

 9    District of California.

10              The deponent is Dennis Weisenburger, M.D.

11              All parties to this deposition are appearing

12    remotely and have agreed to the witness being sworn in

13    remotely.

14              Due to the nature of remote reporting, please

15    pause briefly before speaking to ensure all parties are

16    heard completely.

17              Will counsel identify themselves.

18              MR. HOGUE:  Michael Hogue for Monsanto.

19              MS. ABUZERR:  Fatima Abuzerr, representing the

20    plaintiff.

21              VIDEO OPERATOR:  The court reporter is Rosemary

22    Locklear, and will now swear in the witness.

23              DENNIS D. WEISENBURGER, M.D., having been duly

24    sworn, was examined and testified as follows:

25

Dennis D. Weisenburger, M.D.

```
 1                       EXAMINATION
 2  BY MR. HOGUE:
 3  Q.      Okay.  Dr. Weisenburger, can you hear me?
 4  A.      Yes, I can.
 5  Q.      All right.  I am going to, similar to Tuesday,
 6  if that works, I'm going to mark as Exhibit 1 the Notice
 7  to the deposition; Exhibit 2, your report.
 8          Do you have your report with you?
 9  A.      I do.
10  Q.      Exhibit 3, your CV; Exhibit 4, the list of
11  testimony that I have received with your report; and
12  since I -- counsel this morning sent me an invoice in
13  this case, I'm going to mark that as Exhibit 5.
14          (Exhibits Weisenburger-1 through Weisenburger-5
15  were marked for identification.)
16  BY MR. HOGUE:
17  Q.      So with that, your -- let me go through your --
18  the Deposition Notice requests that you bring documents
19  with you, including your invoices and other documents
20  you rely upon for your opinions.
21          I wanted to make sure that, other than the
22  literature cited in your report, there's nothing else
23  you're relying upon for your opinions in this case,
24  Mr. Cervantes.
25  A.      That's correct.
```

```
1    Q.      Okay.  And we'll go through what you listed in
2    your report, your discussion with Mr. Cervantes and any
3    depositions that you've read.  I just want to make sure
4    that I'm not missing some other new article or
5    additional item of evidence that's not listed in your
6    report.
7            Anything else that you brought with you related
8    to your opinions today?
9    A.      No.
10   Q.      All right.  So you have your report there with
11   you today and, as I said, I'm going to mark it as
12   Exhibit 2.
13           Let me go to first Exhibit 5, which is the
14   invoice that I just received.  And I'll show that on the
15   screen.
16           Well, I said I'm going to show it on the screen.
17   Let me see if I can make this full.  Yeah.  All right.
18           Are you seeing this handwritten invoice?
19   A.      Yes.
20   Q.      All right.  Is that your invoice in this case?
21   A.      Yes.
22   Q.      It totals 23 hours, 23 and a half hours, at $750
23   an hour; is that right?
24   A.      Yes.
25   Q.      And your total invoice is $17,625; right?
```

Dennis D. Weisenburger, M.D.

```
 1   A.      Yes.

 2   Q.      And so you had already been paid 10,000 in a

 3   retainer before you started reviewing the case; is that

 4   right?

 5   A.      Yes.

 6   Q.      All right.  And your hourly rate is 750 for your

 7   review of materials and your interview with

 8   Mr. Cervantes and your writing of the report; is that

 9   correct?

10   A.      That's correct.

11   Q.      Now, do you always charge $750 an hour for your

12   time?

13   A.      Yes.  I increased my rate in the fall of last

14   year.

15   Q.      And is -- and so for all of your cases now

16   you're charging $750 an hour?

17   A.      Yes, I am.

18   Q.      And when did that start?

19   A.      I don't -- I don't remember exactly.  In the

20   fall of last year.

21   Q.      Okay.  And so I believe that you are giving

22   opinions in I think five Roundup cases currently; is

23   that right?

24   A.      For Mr. Moll, yes.

25   Q.      Okay.  Are you giving any depositions -- I mean
```

1    any opinions in any cases beyond Mr. Moll?

2    A.      I was deposed also last week in one of the

3    Andrus Wagstaff cases; otherwise, I haven't been deposed

4    for some time.

5    Q.      Okay.  And so are you charging the same amount

6    in those cases as you are in these cases for Mr. Moll?

7    A.      Yes.

8    Q.      Okay.  And how is it that you determined that

9    you should increase your rate from $500 an hour to 750

10   an hour?

11   A.      Well, I was getting a lot of calls from lawyers

12   about cases, and my time is very valuable.  Last year, I

13   was working full time so I had very little time, and so

14   I wanted to limit the number of cases to various -- to

15   good cases and serious cases.  So one way to do that was

16   to increase the rate, so that's what I did in the fall

17   of last year.

18   Q.      And how is it you've decided to go from 500

19   dollars to 750 an hour?

20   A.      It was an arbitrary decision.

21   Q.      Okay.

22   A.      I noticed other experts were charging that

23   amount.

24   Q.      Okay.  And how did you come up with the charge

25   of $5,000 for depositions?

```
 1   A.      Well, that was an arbitrary amount also.

 2           Mr. Moll asked me what I was going to charge for

 3   the depositions, and since I didn't know how long the

 4   depositions were going to last, I came up with an

 5   arbitrary number that would make it -- made it -- make

 6   it easy for him to notify, you know, the defendant

 7   lawyers.  So it was an arbitrary decision.

 8   Q.      So you're saying if we had seven hours of

 9   deposition, it would still be $5,000?

10   A.      Yes, if I set a flat rate, that's true.

11   Q.      So all your depositions are flat rate fee.

12   A.      Well, I think in the future they will be for

13   three-hour depositions.  If they're going to be all-day

14   depositions, it may be more.

15           I haven't had an all-day deposition or a two-day

16   deposition.  So, you know, I have to take it one case at

17   a time but, in general, for my three-hour depositions

18   I'm going to charge $5,000.

19   Q.      So for your depositions you're charging more

20   than double the amount of time you charge for all of

21   your work for the plaintiff's counsel; is that right?

22   A.      Yes.  Because it ends up being more than three

23   hours.  These depositions, by the time I get here and

24   get my office set up and between the breaks and other

25   things, you know, it's close to four hours.  So I think
```

1   it's -- I think it's reasonable.

2   Q.      So at four hours, that would be $1,250 an hour;

3   right?

4   A.      I guess so.

5   Q.      And how much did you charge for depositions last

6   year?

7   A.      I was charging either $500 an hour or $650 an

8   hour.  I did charge some flat rates, too, in the past,

9   although I don't remember how much it was.

10  Q.      So in the past it was five or six hundred

11  dollars an hour, so for a three-hour deposition even if

12  it lasted, say, four hours, you would charge three to

13  four hours at five to six hundred dollars an hour, and

14  now you're charging $5,000 for these three-hour

15  depositions; is that right?

16  A.      That's correct.

17  Q.      Has your work changed in any way in the past two

18  years?  I mean, I'm talking about what you're doing,

19  those types of things.

20  A.      Well, in January I went part time at City of

21  Hope, I'm 60 percent full-time equivalent, because I'm

22  planning to retire sometime later this year.  So I want

23  to transition to, have a transition time.  And, also,

24  because of some of the Roundup work, I needed more free

25  time for that.

Dennis D. Weisenburger, M.D.

1    Q.      So at some point this year, are you going to go

2    full time working as an expert in litigation?

3    A.      No, I'm going to go full time retirement and

4    work part time as an expert at least to finish the cases

5    that I've started.

6    Q.      So you're currently working at 60 percent of

7    your normal time at City of Hope?

8    A.      Yes.

9    Q.      And are you still reviewing pathology at City of

10   Hope?

11   A.      Yes.

12   Q.      And is there any current deadline -- I mean set

13   schedule for your retirement?

14   A.      No.

15   Q.      But it's, you just anticipate that being

16   sometime this year.

17   A.      Yes.

18   Q.      What did you do to formulate your opinions in

19   this case related to Mr. Cervantes?

20   A.      Well, I reviewed his medical records, I reviewed

21   his deposition, I reviewed his Fact Sheet, I had a

22   telephone interview with him, and I formulated my

23   report.

24   Q.      Okay.  Did you take any notes from that

25   telephone call?

Dennis D. Weisenburger, M.D.

```
 1   A.      Yes, I did.

 2   Q.      And do you still have them?

 3   A.      Yes, I do.

 4   Q.      I would make a request that those notes be

 5   produced to us.  And if you'll just keep a copy and

 6   provide it to plaintiff's counsel, we can take it up

 7   with them.

 8   A.      Okay.

 9   Q.      Can you --

10           MS. ABUZERR:  I think we would have object to

11   producing those.

12   BY MR. HOGUE:

13   Q.      Can you summarize for me your -- the call that

14   you had with Mr. Cervantes?

15   A.      Sure.  So I talked to him on December 16 last

16   year, and the call lasted about an hour.

17           We talked about his pesticide application of

18   Roundup on his two residences, his methods, how much he

19   used, how often he used it, et cetera, and then we also

20   talked about his use of Roundup in his lawn care

21   business, asking the same kinds of questions.

22           You know, we talked about practices, we talked

23   about his other job which he had prior to this at the

24   Nicor Corporation.  I asked him questions about his

25   exposures during that job.  We talked about his exposure
```

1    to other chemicals, pesticides, solvents, whether he had

2    hobbies.  We talked a little bit about his medical

3    condition and his current status.

4         I went through the known risk factors for

5    non-Hodgkin lymphoma just to make sure that I identified

6    all of the risk factors that he may have had, and I

7    talked about -- we just -- I asked him about his family

8    history of cancer and I asked him about his usual weight

9    and his usual height.

10        That's pretty much the standard questionnaire

11   format that I use for these calls.

12   Q.    Okay.

13   A.    And I've incorporated this into my report so --

14   it's incorporated into my report.

15   Q.    So everything that Mr. Cervantes told you about

16   his work at Nicor Gas you put into your report?

17   A.    Everything I thought was relevant, yes.

18        You know, the one thing I deleted when I was

19   looking at my report and my notes yesterday was that

20   when I -- when I described what kind of clothes he wore,

21   I realized that I had not included the fact that he wore

22   gloves during this work.  So he, in fact, wore heavy,

23   liquid-resistant cotton gloves and, for some reason, I

24   didn't incorporate that into my report.  So I just want

25   to make that note.

1   Q.      So he told you that he wore liquid-resistant

2   cotton gloves?

3   A.      Yeah.  Heavy cotton gloves, yes.

4   Q.      And that was when?

5   A.      Well, when he was working doing the hot tar, the

6   hot-tar wrap work, on pipe.

7   Q.      Okay.  Did he tell you anything else about his

8   work between 1983 and 1999?

9   A.      Well, yeah.  He -- you know, he did this work as

10  a laborer repairing and maintaining these gas lines, as

11  I say in my report, for four years, 1983 to 1987, and

12  then he was promoted to sort of a lead person or

13  supervisor so he only did that on occasions where

14  someone needed help.

15          Pretty much, he was -- he had other people that

16  were actually doing that work and he was supervising it.

17  So that was up through about 1998.

18  Q.      And why were you concerned about his exposures

19  at Nicor Gas?

20  A.      Well, because in his deposition he talked about

21  being exposed to some chemicals, which I wanted to learn

22  more about.

23  Q.      Okay.

24  A.      Listed in my report as well.

25  Q.      Was there anything different in your report

Dennis D. Weisenburger, M.D.

1   related to his medical history than what is in his --

2   what you found in his medical records?

3   A.      I don't believe so.

4   Q.      Okay.  And is Mr. Cervantes currently in

5   complete remission?

6   A.      Yes, he is.

7   Q.      And he hasn't had any symptoms from non-Hodgkin

8   lymphoma since sometime in 2005; is that correct?

9   A.      Well, he had an episode in December of 2008 --

10  it's outlined in the end of my first paragraph of my

11  report -- where he developed some of the same symptoms

12  that he had had when he initially presented in 2004.

13          He was concerned that he had relapsed.  He went

14  and saw his doctor, he had a CT scan.  They did find

15  some slightly enlarged lymph nodes, and so the doctor

16  thought he might have a recurrence or possibly had a

17  recurrence and treated him with four courses of just the

18  rituximab monotherapy over the next two years.  And he

19  had a good response to that and apparently has been in

20  remission since.

21          So we don't really know whether that was a

22  relapse or not.  I think the clinician was very

23  concerned because he did a CT scan, he did a bone

24  marrow, and he actually treated him for it, but there

25  was never a biopsy.

1  Q.    Okay.  So Mr. Cervantes hasn't had any symptoms

2  from any potential non-Hodgkin lymphoma at least since

3  2009; is that right?

4  A.    Well, I think that's probably true, yes.

5  Because he --

6  Q.    And --

7  A.    -- had the first dose of rituximab and he

8  actually got better so...

9  Q.    And so certainly since, in the past ten years

10  since 2010 or 2011, Mr. Cervantes has been in remission;

11  is that correct?

12  A.    Yes.

13  Q.    All right.  Have you talked to any of

14  Mr. Cervantes's Medical Doctors?

15  A.    No.

16  Q.    Have you talked to any other experts in this

17  case related to Mr. Cervantes?

18  A.    No.

19  Q.    Are you relying upon any other experts for your

20  opinions in this case?

21  A.    No.

22  Q.    And you say you reviewed what -- now, what

23  depositions have you reviewed in this case?

24  A.    Just Mr. Cervantes's.

25  Q.    All right.  So you haven't reviewed the

1   depositions of any of his treating doctors.

2   A.      I have not.

3   Q.      And you haven't had any contact, emails,

4   voicemails, telephone calls, with Dr. Raheem or any

5   other of his treating doctors; right?

6   A.      That's correct.

7   Q.      But have you read Mr. Cervantes's medical

8   records?

9   A.      Yes.

10  Q.      Other than reading his medical records, the

11  articles that you have listed in your report -- I think

12  there are five of them at the end -- and talking with

13  Mr. Cervantes, is there anything else that you've done

14  for -- to develop your opinions in this case?

15  A.      No.

16  Q.      Did you receive a summary of medical records?

17  A.      No.

18  Q.      Did you independently review his pathology?

19  A.      No.  I asked for the pathology but the slides

20  had been destroyed because it was too long ago.

21  Q.      So you don't have any disagreement with any of

22  the findings of his treating pathologists.  Is that

23  fair?

24  A.      I don't.

25          The case was also reviewed by pathologists at

Dennis D. Weisenburger, M.D.

```
 1   the Mayo Clinic and they agreed with the diagnosis so I
 2   accept that.
 3   Q.      Okay.  And what type of non-Hodgkin lymphoma do
 4   you believe Mr. Cervantes had?
 5   A.      He had diffuse large B-cell lymphoma.
 6   Q.      Okay.  Have you reviewed any of the other expert
 7   reports, either of plaintiffs or defense experts,
 8   related to this case?
 9   A.      I did review the pathologist's, expert
10   pathologist's, report.
11   Q.      Okay.  And did you have any disagreement with
12   the defense expert pathologist?
13   A.      Yes.  I had disagreement with his opinion on
14   Roundup and I had disagreement with his opinion on this
15   case.
16   Q.      Okay.  Did you have any differences of -- excuse
17   me, sir.
18           Did you have any differences of opinion about
19   any of the pathologic findings?
20   A.      No.
21   Q.      Since neither of you have seen the pathology,
22   you're both relying upon the same pathological records;
23   is that right?
24   A.      Yes.
25   Q.      All right.  So have we gone over everything that
```

1    you have done in preparing for your opinions in this

2    case?

3    A.    I believe so.

4    Q.    And are all of your opinions set forth in your

5    expert report which we're marking as Exhibit 2?

6    A.    Yes.

7    Q.    Now, diffuse large B-cell lymphoma is the most

8    common type of non-Hodgkin lymphoma; is that right?

9    A.    It is, yes.

10   Q.    And what percentage of non-Hodgkin lymphomas are

11   diffuse large B-cell?

12   A.    About 30 percent.

13   Q.    And about how many non-Hodgkin lymphomas are

14   diagnosed each year in the United States?

15   A.    Oh, I'm trying to remember that.  80,000, maybe,

16   something like that.

17   Q.    And about 30 percent of those are diffuse large

18   B-cell?

19   A.    Yes.

20   Q.    So 20 to 30 thousand, somewhere in that range,

21   of diffuse large B-cell lymphomas are diagnosed in the

22   United States each year?

23   A.    Yes.  That's a guess.

24   Q.    That's a rough -- rough estimate; right?

25   A.    Yes.

Dennis D. Weisenburger, M.D.

1 Q. Other than Mr. Cervantes's non-Hodgkin lymphoma,

2 did he have any other significant medical issues?

3 A. Well, his mother died of non-Hodgkin's lymphoma

4 of the stomach, so he has a family history of lymphoma

5 that was noted.

6 Q. Okay.

7 A. I detailed it in my report.

8  He's also overweight, so I think that probably

9 was a minor risk factor.  Otherwise, I didn't identify

10 any other potential risk factors in his case.

11 Q. Okay.  Well, I guess my question is, did he have

12 any other medical conditions that are unrelated to his

13 non-Hodgkin lymphoma, like heart disease or stroke or

14 anything else like that that you know of?

15 A. Well, he had a history of osteoarthritis, he had

16 a history of obstructive sleep apnea, and he had a

17 history of atrial fibrillation.  Those were the three

18 main other medical problems that he's had.  But I don't

19 believe any of those are risk factors for non-Hodgkin

20 lymphoma.

21 Q. And his non-Hodgkin lymphoma didn't cause any of

22 those other three medical conditions; right?

23 A. I don't believe so.

24 Q. All right.  All right.  If you go to your

25 report, Page 1, you have this discussion about

Dennis D. Weisenburger, M.D.

```
 1   Mr. Cervantes's treatment; right?

 2   A.      Yes.

 3   Q.      You say that in May of 2005 he had good response

 4   to his treatment; right?

 5   A.      Yes.  He had a bone marrow transplant after his

 6   CHOP chemotherapy, and he --

 7   Q.      Okay.

 8   A.      He had a good response.  He was thought to be in

 9   complete remission.

10   Q.      That was my question.

11           So a good response meaning there was no

12   identifiable lymphoma after his treatment; is that

13   right?

14   A.      Yes.

15   Q.      And you say he remained disease-free until

16   December of 2008, when he complained of recurrent night

17   sweats and fatigue.

18           Do you see that?

19   A.      Yes.

20   Q.      Did that come from the discussion you had with

21   Mr. Cervantes or was that in the medical records?

22   A.      It was in the medical records, and I also

23   discussed it with him.

24   Q.      Okay.  And you said his CT/PET scan reveals

25   slightly enlarged nodes; is that right?
```

1   A.      Yes.

2   Q.      And were they -- were his lymph nodes within the

3   normal range or normal size for those lymph nodes at

4   that time?

5   A.      Well, they were thought to be slightly enlarged.

6   Q.      Okay.  So you don't recall what size they or how

7   the doctor described them?

8   A.      I don't.

9   Q.      Okay.  Did they find any evidence -- when I say

10  "evidence," did they find any uptake or any biopsy of

11  lymphoma, anything else that said that there was any

12  type of recurrent lymphoma at the time?

13  A.      No.  It was mainly the symptoms he was having

14  and then the slightly enlarged lymph nodes on the CT/PET

15  scan.

16  Q.      Okay.  And the records were that of the

17  oncologist, Dr. Raheem?

18  A.      I'm sorry?

19  Q.      Was Dr. Raheem the oncologist that was treating

20  Mr. Cervantes?

21  A.      I believe so.

22  Q.      Were you aware that Mr. -- excuse me.

23          Were you aware that Dr. Raheem said that he was

24  not treating Mr. Cervantes for recurrence of diffuse

25  large B-cell lymphoma?

1   A.      Well, I didn't find that in the record.

2   Q.      Okay.

3   A.      So I don't know that, actually.

4           I -- you know, I presumed, since he was having

5   the same symptoms, there was an abnormal CT scan and

6   he -- first of all, he ordered the CT scan; secondly, he

7   did a bone marrow.  So he must have been very concerned

8   that it was recurrent lymphoma.  And then he treated it.

9           So, you know, he must have been concerned at the

10  time that it was lymphoma.  You know, maybe he changed

11  his mind after the rituximab therapy.  I don't know.  I

12  don't know what he was thinking.  I haven't talked to

13  him, and the record didn't really reflect his conclusion

14  after the treatment.

15  Q.      Okay.  If Mr. Cervantes had a recurrence of a

16  diffuse large B-cell lymphoma, would that have

17  normally -- would you normally anticipate treatment with

18  chemotherapy in addition to rituximab?

19  A.      Yes.

20  Q.      Okay.

21  A.      So that was one of the things I didn't

22  understand very well about this -- about what happened

23  in this -- in this -- in this time period.

24          You know, sometimes patients relapse with a

25  lower-grade lymphoma, they may have an underlying

Dennis D. Weisenburger, M.D.

1   low-grade lymphoma.  And so this kind of therapy would

2   be appropriate in that situation, but it wouldn't be

3   appropriate -- it probably wouldn't be appropriate

4   except as sort of a test if he really had recurrent

5   diffuse large B-cell lymphoma because rituximab probably

6   wouldn't -- probably wouldn't cure it, although it

7   could.

8          So we don't really know -- we don't really know

9   for sure during this episode whether he really had

10  lymphoma or not, but the clinician worked him up for it

11  and treated him for it.

12  Q.     Okay.  And certainly in the past ten years he

13  hasn't had any recurrence and is in complete remission;

14  right?

15  A.     Yes.

16  Q.     And do you believe, based upon ten years of

17  post-treatment that he is now cured from his diffuse

18  large B-cell lymphoma?

19  A.     Yes, he's most likely cured.  Yes.

20  Q.     Do you know when Mr. Cervantes had his first

21  malignant cell that appeared in his body?

22  A.     No.

23  Q.     And do you know -- so you don't know what year

24  or what month that occurred?

25  A.     No.

1    Q.      And you understand that Mr. Cervantes said he

2    was spraying Roundup in the spring through the fall of

3    the year but not in the, kind of the five-month winter

4    span of the year; is that right?

5    A.      Yes.  He was spraying it about eight months of

6    the year.

7    Q.      Okay.  And --

8    A.      Spring, summer, and fall.

9    Q.      Do you know whether, then, in the four months

10   that he wasn't spraying Roundup, do you know whether his

11   first cancer cell developed during that period of time?

12   A.      I don't know when it -- when it developed.

13   Q.      So you can't say to a reasonable degree of

14   medical probability when his first driver mutation

15   appeared that led him to develop non-Hodgkin lymphoma.

16   Is that fair?

17   A.      That's fair.

18   Q.      Okay.  I think you testified -- well, let me

19   strike that.

20           And in your report I believe you say that you

21   believe that Roundup was a substantial contributing

22   factor to Mr. Cervantes's non-Hodgkin lymphoma; is

23   that -- is that right?

24   A.      Yes.

25   Q.      And why do you use the terminology substantial

Dennis D. Weisenburger, M.D.

```
1    contributing factor rather than the cause of his

2    non-Hodgkin lymphoma?

3    A.     Well, because he had other risk factors that I

4    think are -- that I mention in my report.

5           He was overweight and he had a family history of

6    non-Hodgkin's lymphoma, so he had more than one risk

7    factor.

8    Q.     Okay.  So when you're -- when you're identifying

9    Roundup as a potential substantial contributing factor

10   to Mr. Cervantes's non-Hodgkin lymphoma, what are you

11   comparing that risk to?

12   A.     In Mr. Cervantes I'm comparing it to the general

13   population who would be at risk for non-Hodgkin

14   lymphoma.

15   Q.     Did you determine that Mr. Cervantes's family

16   history of lymphoma was not a substantial contributing

17   factor?

18   A.     No.  I believe it was a substantial contributing

19   factor.

20   Q.     Okay.  So you can't rule out his family history

21   as a cause of his non-Hodgkin lymphoma.  Is that fair?

22   A.     Well, it may have played a role, yes.

23   Q.     Well, there are people who have a family history

24   of non-Hodgkin lymphoma and no exposure to Roundup who

25   develop non-Hodgkin lymphoma just like Mr. Cervantes;
```

1    right?

2    A.      Yes.

3    Q.      And the family history independently increases

4    Mr. Cervantes's risk of diffuse large B-cell lymphoma;

5    right?

6    A.      Yes.

7    Q.      And Mr. Cervantes's weight, being overweight or

8    obese, that independently increased his risk of

9    developing diffuse large B-cell lymphoma; right?

10   A.      Yes.

11   Q.      Were there any other risk factors that you

12   considered when you were analyzing Mr. Cervantes's, what

13   played a role in his non-Hodgkin lymphoma?

14   A.      Well, I went through all the known risk factors

15   and eliminated them except for the overweight, the

16   family history, and the extensive use of Roundup.

17   Q.      Did you compare the size of the potential, you

18   know, relative risk of his exposure to Roundup to the

19   size of the relative risk for his family history of

20   non-Hodgkin lymphoma and his risk from his overweight

21   status to his non-Hodgkin lymphoma?

22   A.      Well, I took those into consideration, yes.

23   Q.      Okay.  So you haven't ruled out either his

24   weight or his family history as being causes of his

25   non-Hodgkin lymphoma, have you?

Dennis D. Weisenburger, M.D.

1   A.      No.  I think that, you know, there can be more

2   than one cause of a non-Hodgkin lymphoma.

3          Because of his family history, it's likely he

4   was at an increased risk just based on that, and then if

5   you add genotoxic agents like Roundup, you only increase

6   the risk even further.  So they're --

7   Q.      Well, his mother --

8   A.      They're additive.  They don't exclude each

9   other; they're additive.

10  Q.      Well, how do you know they're additive?

11  A.      Well, it's just common sense.  If he's already

12  got a twofold increased risk and then you add a

13  genotoxic chemical like Roundup, it's going to increase

14  his risk even more.

15  Q.      Are there any studies showing that?

16  A.      Not that I know of.  It's -- you know, I think

17  it -- it's accepted epidemiologic principle.

18  Q.      Can you cite anything for that epidemiologic

19  principle?

20  A.      Not off the top of my head.

21  Q.      So in Mr. Cervantes's case can you say that

22  Roundup was 40 percent of the contribution, 60 percent

23  of the contribution, 20 percent of the contribution,

24  anything else in his risk of developing non-Hodgkin

25  lymphoma compared to the other risk factors?

Dennis D. Weisenburger, M.D.

```
1    A.      No.  I can just say that it was a substantial

2    contributing factor.

3    Q.      And what do you mean by a substantial

4    contributing factor?

5    A.      That it played an important role in his

6    development of non-Hodgkin lymphoma.

7    Q.      Can you say that Mr. Cervantes would not have

8    developed non-Hodgkin lymphoma in the absence of his

9    Roundup exposure?

10   A.      No.

11           MS. ABUZERR:  Objection.  Speculation.

12   BY MR. HOGUE:

13   Q.      In fact, his mother developed non-Hodgkin

14   lymphoma without any exposure or usage of Roundup;

15   right?

16   A.      I don't know that.

17   Q.      You weren't aware of his mother not using

18   Roundup?

19   A.      No.  I never asked about it.

20   Q.      Do you have any information about whether

21   Mr. Cervantes's mother sprayed Roundup?

22   A.      I never asked about it.  I don't know.

23   Q.      Okay.  But you agree that Mr. Cervantes's mother

24   having previously had non -- a non-Hodgkin lymphoma

25   independently increased his risk of developing
```

1    non-Hodgkin lymphoma; right?

2    A.      Yes.

3    Q.      And specifically it increased the risk of his

4    developing a diffuse large B-cell lymphoma; right?

5    A.      Yes.

6    Q.      And on Page 3 of your report you discussed

7    family history as one of the things that is increased;

8    right?

9    A.      Yes.

10   Q.      And you say, men with a family history of

11   non-Hodgkin lymphoma in a first-degree relative have a

12   twofold increased risk of diffuse large B-cell, odds

13   ratio 2.07 and 95 percent confidence interval 1.46 to

14   2.92; right?

15   A.      Yes.

16   Q.      And his mother would be a first-degree relative;

17   right?

18   A.      Yes.

19   Q.      So according to your report and the study you

20   cite, Cerhan, Mr. Cervantes's risk of non-Hodgkin

21   lymphoma in the type that he had, the diffuse large

22   B-cell lymphoma, was increased by 2.07; is that right?

23   A.      Yes.

24   Q.      And that was a statistically significant

25   increased risk; right?

1   A.      Yes.

2   Q.      And so he had more than a twofold increased risk

3   of diffuse large B-cell lymphoma because his mother

4   previously had non-Hodgkin lymphoma; is that right?

5   A.      Yeah, he had about a twofold increased risk.

6   Q.      And can you think of any scientifically or

7   validated test or method or procedure that could

8   eliminate Mr. Cervantes's family history as the cause or

9   substantial contributing factor to his non-Hodgkin

10  lymphoma?

11  A.      No.  I would consider it a substantial

12  contributing factor, a second substantial contributing

13  factor.

14  Q.      So the risk he had from family history alone was

15  similar to the highest risk you have reported in any of

16  the studies related to Roundup exposure, isn't it?

17  A.      Well, it's similar but, as you know, those are

18  fairly crude studies, greater than ten days of use or

19  greater than two days per year of use considered a

20  higher dose.

21          His exposure was many, many times higher than

22  either those in the Eriksson study or in the Pahwa

23  study, the NAPP study.

24          You can see in the above paragraph he used it

25  over 1,600 times, during the last six years he used it

1   150 times a year, on his residences alone he used it

2   over 50 times a year for 22 years.

3          So I expect that his risk was much higher than

4   twofold increased risk.  Although there's no

5   epidemiologic data that I can rely on, it just makes

6   sense that the higher the dose, the higher the risk.

7   Q.     Okay.  So is it -- would your opinion be the

8   same in cases with lower numbers of applications, lower

9   number of times being exposed to Roundup, that their

10  risk is substantially lower than the reported average of

11  two -- what you said, two point something in these

12  studies like Eriksson?

13  A.     Well, if it -- I mean, the two studies that we

14  have some dose-response data are Eriksson and the NAPP

15  study, which I just quoted to you.

16         In Eriksson, if that person had less than ten

17  days of exposure to Roundup, the risk was not

18  significantly increased.  And then the same is true in

19  the NAPP study.  If they used it less than two days per

20  year, the risk was not -- was not increased.

21         So that's the extent of the information that we

22  have from our epidemiology studies.  But, in this case,

23  he used it over 100 -- he used it 150 times a year

24  during the last six years.  He used it over 50 times a

25  year on his homes alone over 22 years.  So he's far

1    above these cutoffs for high dose in the two

2    epidemiologic studies, and you would expect his risk to

3    be much higher than twofold increased.

4    Q.      Okay.  So his -- so it's your opinion that

5    people who are exposed 1,600 times have a much higher

6    risk than twofold, so the people that are exposed to,

7    say, ten to a hundred times over their lifetime would

8    have a significantly less than twofold risk; right?

9    A.      Would you repeat that question?

10   Q.      Yes.  If your opinion is that greater than, you

11   know, 1,600 times of exposure over the lifetime is

12   significantly higher than a twofold risk, then people

13   who have the lower exposure, say, ten to a hundred

14   exposures per year, would have a significantly lower

15   than twofold increased risk; correct?

16   A.      No.  They would still have an over twofold

17   increased risk.  We just don't -- can't precisely say

18   what the risk is because the studies don't provide

19   information on that.

20   Q.      Well, Doctor, if one group has a significantly

21   higher than twofold risk and they average around a

22   twofold risk, doesn't the other group have to have lower

23   than a twofold risk to get to an average of about a

24   twofold?

25   A.      Well, it's not an average; it's a cutoff.

1   Q.      Well, you're saying that the risk for all

2   patients over ten days is 2.36; right?

3   A.      That's what Eriksson says.

4   Q.      Okay.  And so with that, either it's 2.36 for

5   everybody over ten days or there's some variation.  And

6   if one group is substantially higher than 2.36, then

7   some group has to be substantially lower than 2.36.

8           You'd agree with that, wouldn't you?

9   A.      Well, in his study the people who had less

10  than -- had -- I think in his study the people who had

11  ten days or less use -- he had two categories, zero to

12  ten days use and greater than ten days use.

13          The ones that had greater than ten days use had

14  an odds ratio of 2.36, which was statistically

15  significant.  The people who had less use, some use but

16  less than or equal to ten days, did not have a

17  statistically significant increased risk.

18  Q.      Okay.  Doctor --

19  A.      So --

20  Q.      Go ahead.

21  A.      So that's what the data says.

22  Q.      Okay.  But you don't have any data for 1,600

23  times of total use; right?

24  A.      No.  But it has to be higher than twofold.

25  Q.      All right.

1   A.      Because --

2   Q.      So there has to be a group of patients with more

3   than ten days that is less than twofold in order for, to

4   combine that with patients who have 1,600 times to get

5   to around a twofold risk; right?

6   A.      In Eriksson there are three groups:  people with

7   some exposure to glyphosate, people who had less than or

8   equal to ten days exposure of glyphosate, and people who

9   had more than ten days of exposure to glyphosate.  So

10  it's three groups.

11  Q.      So --

12  A.      So it's not an average; it's a cutoff.

13  Q.      I understand it's a cutoff, but then with that

14  cutoff, you can't say that people with over 1,600 times

15  have more than a 2.36 because there's no data for that;

16  right?

17  A.      No.  But --

18          MS. ABUZERR:  Objection.  Asked and answered.

19          THE WITNESS:  -- using common sense and knowing

20  about the dose-response principle, I believe it's true.

21          MR. HOGUE:  Okay.

22  BY MR. HOGUE:

23  Q.      And -- but --

24  A.      And you --

25  Q.      But you wouldn't say a patient with 11 days of

1    exposure has a 2.36 since all patients, whether 11 days

2    or 1,600, are combined into one group; right?

3    A.      That's true.

4    Q.      Okay.  So for your -- what is your opinion for

5    people, the relative risk for people who have 11 to 100

6    lifetime days of exposure?

7    A.      Well, it would be at least two.

8    Q.      And what's your basis for that?

9    A.      Because that's what the data says.

10   Q.      Okay.  So the data also says for patients with

11   1,600 uses that it's a 2.36 as well; right?

12   A.      Yes; because they don't -- they don't create

13   additional high-dose categories.

14   Q.      And, Doctor, are there people like Mr. Cervantes

15   that develop non-Hodgkin lymphoma with no risk factors

16   for non-Hodgkin lymphoma?

17   A.      I'm sorry.  Would you -- could you say that

18   again?

19   Q.      Are there people that are the same age as

20   Mr. Cervantes who develop non-Hodgkin lymphoma without

21   having any risk factors for non-Hodgkin lymphoma?

22   A.      Yes.  Without having any known risk factors,

23   there -- yes, there are people like that.  Sure.

24   Q.      And there certainly are people who don't have

25   any other risk factors for non-Hodgkin lymphoma other

Dennis D. Weisenburger, M.D.

```
 1    than a first-degree relative who have non-Hodgkin

 2    lymphoma that develop it; correct?

 3    A.      That's correct.

 4    Q.      And people develop non-Hodgkin lymphoma with a

 5    first-degree relative who have non-Hodgkin lymphoma who

 6    have never been exposed to Roundup; right?

 7    A.      Yes.

 8    Q.      All right.  In your report you also indicate

 9    that Mr. Cervantes's weight, or his body mass index, was

10    increased; right?

11    A.      Yes.

12    Q.      I think you calculated a body mass index, based

13    upon your interview with Mr. Cervantes, of 27.2; is that

14    right?

15    A.      Yes.

16    Q.      Now, if Mr. Cervantes weighed in the 220-pound

17    category, as opposed to one point -- I mean 195, his BMI

18    would have been right around 30.

19            Does that make sense?

20    A.      I -- yeah.  I didn't calculate it but, yes, if

21    his weight was more, then his BMI would be higher.

22    Q.      And would -- patients whose BMI is 30 or more,

23    do they have a higher risk of diffuse large B-cell than

24    even patients who are in the BMI you stated of 27.2 in

25    your report?
```

 1   A.      It's actually not much different.

 2           For those with a BMI lower than 30, in other

 3   words, higher than 25 but lower than 30, it's what I

 4   gave in the report, 1.27.  If you go above 30, it goes

 5   up a little bit to 1.4.  So it goes from 1.27 to 1.4.

 6   So it goes up a little bit but not very much.

 7   Q.      Okay.  So if Mr. Cervantes's weight was more

 8   consistently at the range that you said in the BMI

 9   between 25 and 30, then you believe he had about a 27

10   percent increased risk for his diffuse large B-cell; is

11   that right?

12   A.      Yes.

13   Q.      And that was a statistically significant

14   independent risk factor for diffuse large B-cell; right?

15   A.      Yes.

16   Q.      And if his BMI was 30 or above, that would

17   increase his risk to about a statistically significant

18   40 percent increased risk of diffuse large B-cell;

19   right?

20   A.      Yes.

21   Q.      And --

22   A.      You try to look at the average weight or the

23   usual weight rather -- because people's weight goes up

24   and down.  So it's not fair to pick the highest weight

25   or the lowest weight.

1   Q.      Okay.

2   A.      So I --

3   Q.      But somewhere between 27 and 40 percent

4   increased risk would be what you would identify for

5   Mr. Cervantes related to his weight.  Is that fair?

6   A.      Yes.

7   Q.      And was his weight a significant risk factor for

8   him developing diffuse large B-cell lymphoma?

9   A.      Well, I think it's a minor, a minor risk factor

10  because the odds ratio is not very high, whether you

11  take it as 1.27 or 1.4.

12  Q.      And where do you -- where do you -- well, strike

13  that.

14          How do you make a cutoff between what you say is

15  a minor contributing factor and a substantial

16  contributing factor?

17  A.      Well, I would consider anything twofold or above

18  as substantial contributing factor and anything lower

19  would be a lesser contributing factor.

20  Q.      So would you say anything with a relative risk

21  of 1.9 or lower was a minor contributing factor whereas

22  anything with a twofold or above was a substantial

23  contributing factor?

24  A.      Well, that's a guideline.  I don't have a hard

25  cutoff so I would -- I would -- I would consider each

1    case individually and make the best decision.

2    Q.      So you don't have any objective standard?

3    A.      I have a guideline.

4    Q.      And what is your guideline?

5    A.      Twofold.

6    Q.      Okay.  So your guideline for where you analyze

7    something as a substantial contributing factor versus

8    something that is a minor contributing factor is a

9    relative risk of approximately 2.0; right?

10   A.      That's a guideline that I use, yes.

11   Q.      And is that a guideline accepted or published in

12   any article or any other source that you know of?

13   A.      Well, I guess -- I think it's -- again, it's an

14   accepted principle used by epidemiologists.

15   Q.      Okay.  And the study that you're relying upon

16   for your analysis of obesity is a meta-analysis; is that

17   correct?

18   A.      Yes, it is.

19   Q.      And can you describe for me what a meta-analysis

20   is?

21   A.      Well, the individual takes all of the

22   epidemiologic studies they can find and combines the

23   data, tries to harmonize the data in a way that they can

24   do a risk analysis.

25   Q.      All right.

1    A.      And so that's what was done in this case.

2    Q.      And why is it you chose this meta-analysis for

3    obesity and overweight, as opposed to the individual

4    studies that the -- that relate to obesity and

5    overweight status?

6    A.      Well, the individual studies have highly

7    variable odds ratios.  Some are markedly increased, some

8    are somewhat increased but not very increased.  So the

9    meta-analysis takes all of the data and, you know, in a

10   very mathematical way averages them and weights them so

11   that you have sort of a best estimate.  And that's the

12   value of meta-analysis.

13   Q.      So if we took one of the studies showing the

14   highest risk of BMI and diffuse large B-cell, that would

15   be a less reliable way than using the meta-analysis; is

16   that right?

17   A.      Yes, in my opinion, it would be.

18   Q.      And would that same principle apply for Roundup

19   or glyphosate and the risk of non-Hodgkin lymphoma?

20   A.      Yes, it would be.

21   Q.      Is there any scientific or medically validated

22   way that you could identify the likelihood that

23   Mr. Cervantes's family history played a role in his

24   non-Hodgkin lymphoma, as opposed to one of his other

25   risk factors?

 1   A.     No.  I think both his family history and his

 2   exposure to Roundup were substantial contributing

 3   factors.  I can't apportion them in one way or another.

 4   Q.     Okay.  But Mr. Cervantes could have developed

 5   non-Hodgkin lymphoma independently because of his family

 6   history and Roundup have played no role in his specific

 7   case.  Isn't that fair?

 8   A.     That's true.

 9   Q.     And is there any way that you could rule out

10   that his non-Hodgkin lymphoma was related only to his

11   family history or only to his obesity and did not have

12   anything to -- well, that it was only those things, as

13   opposed to the Roundup exposure?

14   A.     No.  My opinion is that all three played a role

15   and that both the family history and the Roundup

16   exposure were his substantial contributing factors.

17   Q.     I guess, is there any scientifically validated

18   way that you could show that those independent risk

19   factors didn't act alone, as opposed to in combination

20   with Roundup exposure?

21   A.     No.  It's my -- it's my opinion, based on my

22   medical and scientific training.

23   Q.     Well, have you --

24   A.     It makes sense if you take an individual who

25   already has an increased risk because of a family

1   history.  What that would mean is that he's coming into

2   the world already with some genetic predisposition and

3   then you add a genotoxic agent on top of it, you're

4   going to increase his risk over and above the twofold

5   increased risk he already has.  So --

6   Q.     So if he --

7   A.     So as you --

8   Q.     So if he went from a twofold increased -- go

9   ahead -- if he -- go ahead.

10  A.     I was going to say, I think that these risks are

11  at least, these three risk factors are at least

12  additive.  Okay?  At least additive.

13  Q.     Okay.  So if -- when you say "at least

14  additive," how would you -- what would you say was his

15  combined risk from these three risk factors?

16  A.     Well, it was over fourfold, probably.

17  Q.     Okay.  So if his risk was -- and compared to a

18  person who had no risk factors; is that right?

19  A.     Okay.  Compared to a person who had no risk

20  factors, he would have at least a fourfold increased

21  risk, probably much higher, because of our discussion

22  about dose-response and glyphosate.

23  Q.     So people --

24  A.     Fourfold risk.

25  Q.     -- simply because they have a fourfold increased

Dennis D. Weisenburger, M.D.

1   risk, there will be some of those people that would have

2   developed non-Hodgkin lymphoma whether they were exposed

3   to Roundup or not exposed to Roundup; right?

4   A.      Yes.

5   Q.      And some of those people would have developed

6   non-Hodgkin lymphoma no matter what they weighed; right?

7   A.      Which people are you talking about now?

8   Q.      Well, so -- well, let's put it this way:  So if

9   a person like Mr. Cervantes, with his exposure to

10  Roundup, with his family history to non-Hodgkin

11  lymphoma, had he changed and said -- and lost weight for

12  his entire life and been thinner, there -- certainly, a

13  number of people would have developed non-Hodgkin

14  lymphoma anyway; right?

15  A.      Yes, his risk was still increased.

16  Q.      Okay.  But are you saying that some people would

17  have avoided it because they were thinner?

18  A.      His risk would have been lower --

19  Q.      Would have been --

20  A.      -- most likely.

21  Q.      So at a population level, his risk been lower,

22  some of the people would have avoided it; right?

23  A.      You're saying with the same family history and

24  the same glyphosate exposure; is that correct?

25  Q.      Yes.  Yes.

1    A.      You're defining the individual each time for me

2    so I'm not sure where we're starting.

3    Q.      Well, I guess, if you have 500 people with

4    non-Hodgkin lymphoma that are like him, can you identify

5    which ones that the Roundup was, the absence of Roundup

6    that wouldn't have developed non-Hodgkin lymphoma or the

7    ones that if he'd have his changed his weight, that he

8    wouldn't have developed non-Hodgkin lymphoma?  Any way

9    you can identify those within the 500 population?

10   A.      No.

11           MS. ABUZERR:  Objection.  Form.

12           THE WITNESS:  If he was only overweight, his

13   risk would be between three and four times -- 30 percent

14   and 40 percent increased.  If he had a family history as

15   this -- as Mr. Cervantes, his risk would have been

16   twofold increased.  If he had both, it would probably be

17   higher than that.  And if you add Roundup in, it would

18   be much higher.

19   BY MR. HOGUE:

20   Q.      So in the absence of Roundup exposure, you're

21   saying that Mr. Cervantes's risk of non-Hodgkin lymphoma

22   was more than twofold higher, approximately 2 -- 200 --

23   130 percent higher, based upon his weight and his family

24   history; is that right?

25   A.      Well, I would just say it was more than twofold

```
 1    higher.

 2    Q.      All right.

 3    A.      I can't -- I can't really be more precise than

 4    that.

 5    Q.      Okay.  Well, Doctor, his risk was more than

 6    twofold higher from his family history alone; right?

 7    A.      It was about twofold higher, yes.

 8    Q.      And then you said his risk from being overweight

 9    would add to that risk; right?

10    A.      It would.

11    Q.      And how much would it add?

12    A.      Well, probably at a point 30 percent to 40

13    percent.

14    Q.      Okay.  Okay.  And you would agree that some

15    patients with a family history and his weight would

16    develop non-Hodgkin lymphoma like he did whether they

17    were exposed to Roundup or not; right?

18    A.      Yes.

19    Q.      And can you tell me what proportion of patients

20    overall that had additional exposure to Roundup would

21    have developed non-Hodgkin lymphoma even in the absence

22    of their exposure to Roundup?

23    A.      No.

24    Q.      Okay.  And Mr. Cervantes worked as a pipeline

25    welder and a welder supervisor; is that right?
```

1    A.       What -- how did you describe his job again?  I'm

2    sorry.  I missed the first part.

3             MR. HOGUE:  Why don't we do this:  Since we've

4    been going about an hour, I usually let -- like to let

5    the court reporters take a short break.  Why don't we,

6    before I move to another topic, let's just take a short

7    break.

8             Five minutes?  Does that work for everybody?

9             THE WITNESS:  Sounds good.

10            MR. HOGUE:  All right.  We'll just go off the

11   record for about five minutes and then I'll be back.

12            VIDEO OPERATOR:  We are now going off the video

13   record.

14            The time is 10:08 a.m.

15            (Recess, 10:08-10:14 a.m.)

16            VIDEO OPERATOR:  We are now back on the video

17   record.

18            The time is 10:14 a.m.

19            MR. HOGUE:  All right.

20   BY MR. HOGUE:

21   Q.       Doctor, Mr. Cervantes worked as a pipeline

22   welder; is that right?

23   A.       Yes.  He was a -- he did pipe repair and

24   maintenance, and part of that was welding.

25   Q.       Doctor, one of the notes I have in the chat, I

1    think your camera might be a little bit -- when you look

2    down, part of your head doesn't show, so I'm -- I think

3    I'll let the court reporter or the videographer tell me

4    if that's better.  I think it is.

5    A.    Yeah.  I'm moving the camera.

6    Q.    All right.  All right.  Good.

7          And did he also, after he was a welder, did he

8    also supervise welders for a period of time?

9    A.    Yes.  That's what he did for most of the time.

10   Q.    Okay.  And he worked from 1983 to 1998; is that

11   right?  And that was at the Nicor Company.

12   A.    He actually worked there I think through 2009.

13   Q.    So he worked from --

14   A.    He did other things too.  He was in safety

15   training.  So he was doing a variety of things.

16   Q.    Are you looking at your report for that?

17   A.    No.  That's in my -- I got that from the

18   deposition.  It's in the deposition.

19   Q.    Well, you put in your report he worked at Nicor

20   from -- let me see.  Page 3.

21   A.    Well, what I said is he was exposed.  I was

22   focusing on his exposures.  Okay?  So he actually worked

23   at Nicor from about 1979 or 1980 to 2009.

24   Q.    Okay.

25   A.    His exposures occurred during the time period

Dennis D. Weisenburger, M.D.

```
 1   that's given in my report.

 2   Q.      All right.  And that was exposures that you said

 3   he had to multiple chemicals; right?

 4   A.      Yes.

 5   Q.      And those chemicals were benzene, hydrocarbons,

 6   and PCBs; right?

 7   A.      Well, that's the list that he gave so that's

 8   what I'm assuming is correct.  But, you know, as I say

 9   in my report, they tested for these chemicals and never

10   detected significant amounts to -- according to OSHA

11   standards, so his exposures were probably very small.

12   Q.      Okay.  Well, he was a -- he was a welder; right?

13   A.      Yes.  For about four years.

14   Q.      And welders are exposed to fumes; right?

15   A.      Acetylene is the fuel that's used, so that would

16   be what they're exposed to, yes.

17   Q.      And when Mr. Cervantes was welding, he wasn't

18   wearing any protective equipment for respiratory.  You

19   know, no respirator; right?

20   A.      That's correct.

21   Q.      So he would be breathing in those fumes while

22   he's welding; right?

23   A.      Yes.

24   Q.      And in addition to the actual welding he did

25   for, I think you said, four years at this facility, he
```

```
 1   was also a certified welder; right?

 2   A.      You know, I didn't ask him that.  I don't know.

 3   Q.      So he had to have --

 4   A.      I would --

 5   Q.      If he is a certified welder, he had to have

 6   training in welding; right?

 7   A.      Yes.

 8   Q.      And do you know how long that would take?

 9   A.      No.

10   Q.      All right.  Do you know how long total in his

11   lifetime, how many days he was serving as a welder?

12   A.      I don't.

13   Q.      But there's no question that Mr. Cervantes had

14   occupational exposures while he was welding; right?

15   A.      He did, yes.  I mean, he said he was doing work

16   on pipe about three times a week so -- but he wasn't

17   always welding when he was doing that work so, you know.

18           But I didn't -- I don't believe welding is a

19   risk factor for non-Hodgkin lymphoma.  So, I mean,

20   people have looked at various occupations in multiple

21   studies and certainly welding has not been a consistent

22   finding in any of the studies so I did not consider

23   welding an increased risk factor in this case.

24   Q.      Are you aware that IARC concluded that welding

25   is a Class I human carcinogen?
```

1  A.      Well, that's possible, but I don't believe it is

2  for non-Hodgkin lymphoma.

3  Q.      Have you done any studies related to welding and

4  the risk for non-Hodgkin lymphoma?

5  A.      I haven't.

6  Q.      Have you done any research on whether welders

7  have a significant increased risk of non-Hodgkin

8  lymphoma from their work as a welder?

9  A.      I have not done any such research.

10 Q.      Have you done any, I guess, searches in the

11 literature for welding and the increased risk of either

12 non-Hodgkin lymphoma or the specific type, diffuse large

13 B-cell lymphoma?

14 A.      I haven't, because I know the literature fairly

15 well and I know that welding is not a known, considered

16 a known risk factor for non-Hodgkin lymphoma.  You might

17 find an epidemiology study that finds it but it's not a

18 consistent, reproducible, and accepted risk factor.

19 Q.      And have you ever identified welding as an

20 increased risk or a risk factor for non-Hodgkin

21 lymphoma?

22 A.      In my research I haven't -- I haven't identified

23 it, no.  I haven't -- I don't know whether -- when we

24 did the Nebraska study, we did ask occupation, but I

25 know in that study welding -- I don't believe welding

Dennis D. Weisenburger, M.D.

```
1   was a -- was a known risk factor.
2   Q.      Okay.  And what level of risk would it take for
3   welding or the finding of welding to be a statistically
4   significant increased risk in order for it to have an
5   impact on your opinion about Roundup and whether it
6   played a role in Mr. Cervantes's non-Hodgkin lymphoma?
7   A.      I would like to see some sort of meta-analysis
8   that looks at welding and finds, based on multiple
9   studies that asked the question about welding, whether
10  there was a statistically significant increased risk.
11  And there are no such studies, to my knowledge.
12  Q.      What meta-analyses do you have related to
13  glyphosate and non-Hodgkin lymphoma that you've cited
14  for your opinions?
15  A.      I've reviewed, I think, all of the meta-analyses
16  that have been published.
17  Q.      Can you identify any of them that you rely upon
18  for your opinion about Roundup and the risk of
19  non-Hodgkin lymphoma?
20  A.      Well, they're outlined in my general causation
21  report.
22  Q.      And can you tell me what they are?  I'm just --
23  A.      Well, let me look.
24          The first one was Schinasi, and then the IARC
25  also did a meta-analysis, and then there was another
```

1  meta-analysis by Chang and another author.  Those are

2  all cited in my general causation report.  And then

3  there have been -- there has been a recent meta-analysis

4  by Zhang -- that was in 2019 -- which I also relied

5  upon.  So those would be the main ones I've relied upon.

6  Q.      Did you review and rely upon the Leon

7  meta-analysis?

8  A.      Well, Leon is a pooled analysis, not a

9  meta-analysis.

10  Q.      Okay.  So the meta-analyses are, I think you

11  said, IARC, Chang and Zhang.  And what was the first

12  one?

13  A.      Schinasi.

14  Q.      Schinasi?

15  A.      Yeah.

16  Q.      All right.  And what was the relative risk of

17  non-Hodgkin lymphoma reported in those three -- those

18  four meta-analyses for non-Hodgkin lymphoma and exposure

19  to --

20  A.      Well --

21  Q.      -- Roundup?

22  A.      -- we're supposed to be discussing specific

23  causation here, not general causation.  This is all --

24  Q.      Well --

25  A.      -- all relating to general causation.

1    Q.      Well, I'm actually not looking at general

2    causation, I'm talking about specific, because when you

3    ask -- when I was asking about exposure to welders, you

4    said you would want to look at a meta-analysis of

5    welders.

6            And so I'm trying to find out, so, for your

7    applicable, if you're looking at a meta-analysis and

8    that's what's important to you, what meta -- what are

9    the relative risks that you rely upon from the

10   meta-analysis of Roundup or glyphosate and non-Hodgkin

11   lymphoma, so that we're comparing apples to apples?

12   A.      Which are outlined in my general causation

13   report.

14   Q.      Okay.  And so if you -- well, do you find that

15   the relative risks for Roundup or glyphosate are most

16   accurate for -- based upon the meta-analysis?

17   A.      Well, I've evaluated each of the individual

18   studies and I have evaluated and considered the various

19   meta-analyses that have been done.

20           You asked me for -- about a specific question

21   with regard to what I would rely on with regard to

22   occupation, and I would -- and you find all kinds of

23   sporadic findings in various studies, so in that kind of

24   a situation, I would rely more on the meta-analysis,

25   just like I did for obesity.

1    Q.      And would you also rely more on meta-analysis

2    for Roundup exposure and the risk of non-Hodgkin

3    lymphoma?

4    A.      Well, the meta-analyses play an important role,

5    yes.

6    Q.      Okay.  So for Roundup, you wouldn't take one

7    case-controlled study and use it out of context as --

8    and -- as opposed to other studies that may not show any

9    increased risk; right?

10   A.      I look at all the data and try to synthesize it

11   and come to a conclusion.

12   Q.      Okay.  If the risk of welding had an approximate

13   threefold increased risk of non-Hodgkin lymphoma, how

14   would that play into your analysis of the cause or -- of

15   Mr. Cervantes's non-Hodgkin lymphoma?

16   A.      Well, that's a hypothetical question because I

17   don't believe there is any evidence that, any consistent

18   evidence, that welding increases non-Hodgkin lymphoma.

19   But if there was such evidence, then I would consider it

20   as one of the potential risk factors.

21   Q.      Okay.  Assuming that welding had about a

22   threefold increased risk of diffuse large B-cell

23   lymphoma and Mr. Cervantes's family history had about a

24   twofold increased risk of non-Hodgkin lymphoma, in that

25   scenario, would you be able to say that his exposure to

1   Roundup was likely a substantial contributing factor?

2   A.      Yes.  If he had the kind of exposure that

3   Mr. Cervantes had, I would say yes.

4   Q.      Okay.  So in a case, even if a person has a

5   twofold independent increased risk of non-Hodgkin

6   lymphoma from family history and a threefold increased

7   risk from something else, even under those

8   circumstances, you will say that Roundup exposure was a

9   substantial contributing factor to his non-Hodgkin

10  lymphoma; is that right?

11  A.      Yes; because you can have more than one

12  substantial contributing factor.  Each substantial

13  contributing factor will increase the risk.

14  Q.      Well, in that scenario where you're saying

15  there's three substantial contributing factors, Roundup

16  exposure, family history, and in this case another risk

17  that has a threefold increased risk, in that scenario,

18  how would you determine that the Roundup actually played

19  any role, as opposed to the other significant risks that

20  he has for the non-Hodgkin lymphoma?

21  A.      I would be -- I would be giving my opinion, my

22  medical and scientific opinion.

23  Q.      Okay, Doctor.  On Page 3 of your report --

24  A.      Okay.

25  Q.      Let me go back to it.  One second.

1          -- you say Mr. Cervantes had no significant

2     exposures to other pesticides; right?

3     A.      Yes.

4     Q.      And what's that based upon?

5     A.      It's based on my interview with him and it's

6     also, I believe, in the deposition.

7     Q.      And you were told that Mr. Cervantes worked in

8     the lawn care business from 1998 to 2004; is that right?

9     A.      Yes.

10    Q.      And you're basing your opinion on Mr. Cervantes

11    spraying only Roundup and not any other chemicals in his

12    lawn care business; is that right?

13    A.      Yes.

14    Q.      So Mr. Cervantes didn't spray anything to kill

15    any insects on the lawns that he took care of.

16    A.      No.

17    Q.      And did you find anything unusual about a lawn

18    care company person not spraying any insecticides to

19    kill insects on the lawns?

20    A.      Well, lawn care people usually just take care of

21    weeds.  They sometimes -- sometimes apply granular

22    things that would treat for insects that live in the

23    ground, but he said that normally the thing that he used

24    was Roundup.

25    Q.      And you've never, I guess, had any access to any

Dennis D. Weisenburger, M.D.

```
 1   documentation related to his lawn care business and what

 2   chemicals he used; right?

 3   A.      I have not.

 4   Q.      Okay.  So you indicated he worked at the company

 5   called Nicor Gas Company from '79, I think, to 2009; is

 6   that right?

 7   A.      Yeah.  '79 or '80 to 2009.  That's what he told

 8   me.

 9   Q.      All right.  And that's in your notes; right?

10   A.      That comes from the -- comes from the deposition

11   and I confirmed it in my notes, yes.

12   Q.      But you didn't put that in your report; right?

13   A.      No.  Because I thought his -- I didn't put it in

14   my report because I was focusing on his exposures, not

15   all the other work that he did that did not entail any

16   exposures.

17   Q.      Okay.  What chemicals was -- were -- was

18   Mr. Cervantes exposed to at Nicor Gas Company?

19   A.      Well, in my report and I think in the -- I think

20   in the deposition, benzene, other hydrocarbons, PCBs

21   and -- let's see here.

22           Of course, fumes from the -- from the hot tar.

23   That's where most of the chemicals were thought to come

24   from.  I think in the -- in the deposition it also

25   mentioned a chemical called mercaptan, and also mercury.
```

```
 1              So those were the main things that -- in the
 2      deposition, those are the main chemicals that were
 3      identified in the deposition.
 4      Q.      So benzene, hydrocarbons from tar fumes,
 5      mercury?  What about PCBs?
 6      A.      PCBs, yes.  I said that.
 7      Q.      Okay.  So benzene, hydrocarbons, mercury, and
 8      PCBs; right?
 9      A.      Yes.  And mercaptan.
10      Q.      Mercaptan?  All right.
11              Does benzene increase the risk of non-Hodgkin
12      lymphoma?
13      A.      Probably does, yes.
14      Q.      By how much?
15      A.      I haven't reviewed that literature recently so I
16      don't know.
17              I think it's controversial.  The last time I
18      reviewed that literature I wasn't convinced that benzene
19      increased the risk because benzene exposures are also --
20      are often occurring along with other mixed solvent
21      exposures, and most of the literature on solvents
22      focuses on mixed solvent exposures, not on benzene.
23      There have been some studies on benzene, and I don't
24      think they're consistent.
25      Q.      Okay.  If studies aren't consistent, what do you
```

 1   conclude?

 2   A.      Well, I conclude that I don't know.

 3           There are other studies that implicate benzene

 4   so, you know, benzene is a potential risk factor.  But I

 5   don't believe that he had much benzene exposure because

 6   his exposure would have been only over a period of about

 7   four years.

 8           And the company took air measurements every year

 9   or every six months, and there was never any significant

10   OSHA standard that was exceeded so there was no

11   recommendation that said take any precautions that

12   they -- no recommendation that they wear respirators or

13   any kind of other protection.

14           So, you know, the company was monitoring these

15   chemicals as part of their OSHA standards.

16   Q.      And how do you know they were?

17   A.      He told me.  It's in my report.

18   Q.      All right.  So we're on Page 3, and it said --

19   the only reference I see to OSHA, it says, "The company

20   did periodic testing of these worksites and the levels

21   of these chemicals were always below the OSHA

22   standards..."

23           Is that what -- is that what you're talking

24   about?

25   A.      Yes.

Dennis D. Weisenburger, M.D.

```
1   Q.      And the only evidence of that is what

2   Mr. Cervantes told you; right?

3   A.      Yes.  That was something that came out of my

4   telephone interview with him, yes.

5   Q.      And did you put that down in your notes?

6   A.      Yes, I'm sure I did.

7   Q.      Okay.  So, Doctor, you haven't reviewed any

8   documents from Nicor showing what their testing for any

9   of these chemicals, including benzene, was; right?

10  A.      No, I have not.

11  Q.      Have you seen any OSHA reports related to any

12  levels that they had at Nicor?

13  A.      I have not seen any such reports.

14  Q.      And what were the allowable levels of benzene

15  exposure under OSHA standards from 1983 to 1998?

16  A.      I don't know.

17  Q.      Did they change over time?

18  A.      They could have.  I don't know.

19  Q.      Do you know whether the OSHA levels of the

20  allowable exposure to benzene in 1993 to 1998 were

21  sufficiently high that they could lead to an increased

22  risk of non-Hodgkin lymphoma?

23  A.      I don't know that.

24  Q.      What were the allowable levels of PCB exposure

25  under OSHA standards between 1983 and 1998?
```

```
 1   A.      I don't know.

 2   Q.      And do you know whether PCB exposures under the

 3   allowable OSHA standards between 1983 and 1998 could

 4   lead to non-Hodgkin lymphoma?

 5   A.      I don't know that, no.

 6   Q.      What were the allowable levels of other

 7   hydrocarbons and tar fumes under the OSHA standards from

 8   1983 to 1998?

 9   A.      I don't know.

10   Q.      And did the levels change over time?

11   A.      I don't know.

12   Q.      Do you know whether the level of hydrocarbon

13   exposures or other tar fumes that were allowable under

14   OSHA standards could increase the risk of non-Hodgkin

15   lymphoma?

16   A.      I don't know.

17   Q.      And what were the allowable levels of mercury

18   under OSHA standards between 1983 and 1998?

19   A.      I don't know.

20   Q.      And were they -- do you know whether the

21   exposures that were allowable under OSHA standards to

22   mercury could increase the risk of non-Hodgkin lymphoma?

23   A.      Mercury is not a risk factor for non-Hodgkin

24   lymphoma.

25   Q.      Okay.  Is mercaptan an increase -- a risk factor
```

```
 1   for non-Hodgkin lymphoma?

 2   A.      Not to my knowledge, no.

 3   Q.      Did you see in Mr. Cervantes's medical records

 4   where he told his doctors he had significant exposures

 5   to benzene, PCB, and asbestos for 30 years?

 6   A.      Yes.

 7   Q.      And did you identify that in your report?

 8   A.      Well, I did.  I included it in my -- the

 9   paragraph about Nicor Gas Company.

10   Q.      Okay.  And do you know why his treating doctors

11   listed that he had had occupational exposures to

12   benzene, PCBs, and asbestos while he -- for over 30

13   years?

14   A.      Well, they -- if clinicians -- clinicians

15   sometimes ask questions to put it in the medical record

16   because these chemicals can be risk factors for various

17   kinds of cancers.  And if he volunteered it, they would

18   put it in the medical record.

19   Q.      Okay.  Was glyphosate or Roundup ever noted in

20   his medical records?

21   A.      No.

22   Q.      In your interview with Mr. Cervantes did he

23   identify whether he was concerned about his risk of

24   non-Hodgkin lymphoma from his PCB, benzene, or other

25   hydrocarbon or mercury exposures?
```

```
 1   A.      Well, I think he -- he was concerned about it
 2   because, like most people who develop cancer, they ask
 3   themselves, well, why did I develop this cancer?
 4           And he knew about these potential exposures when
 5   he worked on the gas pipe so I suspect that's why he
 6   brought it up to the -- to the clinician during his
 7   medical examination.
 8   Q.      Okay.  Do you believe PCBs increase the risk of
 9   non-Hodgkin lymphoma?
10   A.      There's some literature on that, yes.  I think
11   it is a potential risk factor.  Again, I haven't looked
12   at -- into it for a long time, but there is some
13   literature on that, yes.
14   Q.      Okay.  And by how much did does PCBs increase
15   the risk of non-Hodgkin lymphoma, in your opinion?
16   A.      I don't -- I don't remember what it shows.
17   Q.      Okay.  So you agree that Mr. Cervantes's
18   exposures to benzene or PCBs could have contributed to
19   his risk of non-Hodgkin lymphoma; is that right?
20   A.      Well, yes, if he'd had a significant exposure.
21   But I don't believe that he had a significant exposure.
22   Q.      So based upon what Mr. Cervantes told you about
23   his work exposure, you don't think he had a significant
24   exposure to benzene or PCBs.  Is that what you're
25   saying?
```

1  A.      Yes; based on the testing that the company did

2  periodically to, you know, to detect the chemicals that

3  would have -- would have potentially been there.

4         They tested the chemicals and none of them

5  exceeded the OSHA standards.  If they had, they would

6  have required their employees to wear masks,

7  respirators, et cetera.  They never did.

8  Q.      Well, Mr. Cervantes never exceeded any

9  governmental standard for Roundup exposure, did he?

10  A.      I don't know the answer to that.

11  Q.      Well, you're relying on the OSHA standard and

12  the plaintiff or him telling you that they did

13  compliance tests and that those compliance tests met the

14  OSHA standards; right?

15  A.      I don't believe there was any OSHA standard for

16  Roundup.

17  Q.      Okay.  But you don't know any OSHA standard --

18  you don't know what the OSHA standard is for benzene or

19  PCBs or mercury or mercaptan either; right?

20  A.      I know there are OSHA standards.  I don't know

21  specifically what they are.  One could find out.

22  Q.      Okay.  And you don't know whether the Nicor

23  chemical company actually tested at work sites where

24  Mr. Cervantes worked during the 1983 to 1998 time

25  period; right?

1    A.      They did.  They tested at least yearly, some --

2    at least yearly.

3    Q.      And what's your basis for that?

4    A.      That's what he told me.

5    Q.      Okay.  You haven't seen any of these tests;

6    right?

7    A.      No, I haven't.

8    Q.      Did -- has he seen any of the tests?

9    A.      No, I don't believe so.  I think he was just

10   told the results of the tests.  But I don't know for

11   sure.  I don't know for sure whether he had a piece of

12   paper that said the results.  I don't know that.

13          But what he told me was that the company told

14   the workers that there were no increased levels of any

15   toxic chemicals and they didn't need to take any

16   specific precautions or use any personal protective

17   equipment.

18   Q.      Do you know whether the EPA classifies benzene

19   as a human carcinogen?

20   A.      I'm sure they have.

21   Q.      And why is that?

22   A.      Well, because it's known to cause acute myeloid

23   leukemia.

24   Q.      And do you know whether benzene increases the

25   risk of non-Hodgkin lymphoma?

1    A.      Well, we've already discussed that.

2    Q.      Well, I think you said you believe it does but

3    you're not sure if it does; is that right?

4    A.      Well, there's some literature that suggests that

5    it does but it's not -- in my opinion, not consistent

6    because you have -- most of the literature deals with

7    mixed solvent exposure, which would include benzene.

8    But you don't know whether it's the benzene or other

9    things in these various mixed solvents that you increase

10   the risk for lymphoma.  So I -- in my mind, it's still

11   an -- it's still an open question.

12   Q.      Doctor, do you know Dr. Martha Linet?

13   A.      I do.

14   Q.      And is she a good author?

15   A.      Yes.

16   Q.      Is she a good doctor?

17   A.      Yes.

18   Q.      And she's somebody you've published with; right?

19   A.      I think I have, yes.  I don't remember.  But I

20   know her.

21   Q.      All right.  I'm going to -- can you see my

22   screen, Doctor?

23   A.      Yes.

24   Q.      This is a retrospective cohort study of

25   cause-specific mortality and incidence of hematopoietic

Dennis D. Weisenburger, M.D.

```
 1    malignancies in Chinese benzene-exposed workers.

 2           Do you see that?

 3    A.     Yes.

 4    Q.     And Martha Linet is the one that I was asking

 5    about.

 6           She's the first author on this; is that correct?

 7    A.     Yes.

 8    Q.     And you believe she's a good researcher and

 9    doctor; right?

10    A.     Yes.

11    Q.     Do you know what the U.S. National Cancer

12    Institute Benzene Study Group is?

13    A.     I don't specifically know what it is, no.

14    Q.     Okay.  Well, in this study they found excesses

15    of non-Hodgkin lymphoma, a relative risk of 3.9.

16           Do you see that?

17    A.     Yes.

18    Q.     And this was in benzene-exposed workers in

19    Chinese factories; is that right?

20    A.     Yes.

21    Q.     And it's a cohort study; right?

22    A.     I believe it is, yes.  I can't see that from --

23    I --

24    Q.     Well --

25    A.     It probably is a cohort study but not recently.
```

1  Q.     Well, it's a retrospective cohort study in 12

2  cities in China.

3         Do you see that?

4  A.     Yes.

5  Q.     All right.  And do you agree that this study

6  found a statistically significant increased risk of

7  non-Hodgkin lymphoma with benzene exposure of 3.9?

8  A.     Yes.

9  Q.     And do you have any reason to disagree with that

10 risk factor for benzene-occupationally-exposed workers?

11 A.     No; except there are other studies that haven't

12 shown it and, again, you have -- these people weren't

13 exposed just to benzene, they were exposed to lots of

14 solvents and other organic chemicals.

15        They've parsed benzene out here because that's

16 what their study group does, but I'm not sure -- I'd

17 have to read the article.  I would be interested to know

18 whether they did some kind of multivariate analysis to

19 be sure it's the benzene versus other chemicals in the

20 solvents.

21 Q.     Okay.

22 A.     I mean, it could be the benzene, it's just that

23 I have not been convinced in my review of this

24 literature that it -- that it's exclusively the benzene.

25 Q.     Okay.  So, Doctor, you've indicated there's a

Dennis D. Weisenburger, M.D.

1    number of studies that relate to benzene and non-Hodgkin

2    lymphoma; right?

3    A.      Yes.

4    Q.      And for your opinions in this case, to attempt

5    to analyze benzene as a risk for non-Hodgkin lymphoma,

6    did you do any type of research to determine how big a

7    risk benzene would be?

8    A.      Well, I ruled -- I ruled these exposures out

9    because the testing that had been done was -- showed no

10   increased health-related risks associated with what --

11   with the measurements.

12           So, you know, why would I consider benzene if

13   his exposure was minuscule and only for four years?  So,

14   you know, I just didn't consider it as an important risk

15   factor because there was no evidence that he really had

16   any significant exposure, based on the measurements made

17   by the company over this time.

18   Q.      Were you aware that Mr. Cervantes was involved

19   in a class-action lawsuit against Nicor for his

20   development of non-Hodgkin lymphoma?

21   A.      Well, it is -- that is mentioned in the -- in

22   the deposition, yes.

23   Q.      So --

24   A.      But it's -- go ahead --

25   Q.      So Mr. Cervantes believed enough in his

1    exposures at the Nicor facility to sue them.  Is that

2    your understanding?

3    A.      I'm sorry.  Could you repeat that?

4    Q.      Mr. Cervantes thought enough about his exposures

5    at the Nicor facility to sue them for his non-Hodgkin

6    lymphoma; is that right?

7            MS. ABUZERR:  Objection.

8            THE WITNESS:  Well, as I understand it, the

9    class-action suit was brought by another employee, not

10   Mr. Cervantes.

11   BY MR. HOGUE:

12   Q.      You weren't aware from his deposition that he

13   was also a member of the class action?

14   A.      Well, probably all the employees were members of

15   the class action, but the class action was brought by

16   another employee.  The --

17   Q.      Well, on his deposition, Page 24, he says -- the

18   question:  "Okay.  What was the sickness that you allege

19   that you had?

20           "Cancer.

21           "And was that your non-Hodgkin lymphoma cancer?

22           "Yes."

23           So you don't think he was alleging that his

24   non-Hodgkin lymphoma was the cancer, one of the cancers

25   at issue at the Nicor Gas Company in that lawsuit?

```
 1   A.      Well, as I said, he initially thought that

 2   the -- that these other chemical exposures may have

 3   caused his non-Hodgkin lymphoma.

 4   Q.      Okay.

 5   A.      But that --

 6   Q.      Did you request any documents from Nicor?

 7   A.      No.

 8   Q.      Have you ever obtained a list of chemicals

 9   present on the property at Nicor?

10   A.      No.

11   Q.      Did you ever get a list of the chemicals the

12   plaintiff used at Nicor?

13   A.      Well, other than his hot-tar wrapping, that was

14   the only -- and they -- and there was also some kind of

15   a primer that they applied to the pipe before they put

16   the hot wrap on, but that was the only chemicals, as

17   I -- as far as I know of, that he was -- that he

18   specifically used in his work.

19   Q.      Do you agree that it is necessary for you to

20   know what exposures Mr. Cervantes had at his facility in

21   order to consider them as whether they are substantial

22   contributing factors or causes of his non-Hodgkin

23   lymphoma?

24   A.      Well, I think I identified them to the best of

25   my ability.
```

1   Q.      Okay.  Do you believe that the PP -- PCB

2   exposures that Mr. Cervantes has substantially

3   contributed to his non-Hodgkin lymphoma?

4   A.      I do not.

5   Q.      Do you think that his PP [sic] exposures were a

6   minor contributing factor to his non-Hodgkin lymphoma?

7   A.      I do not.

8   Q.      Do you know how much PCB exposure Mr. Cervantes

9   had at the Nicor facility?

10  A.      No; but it's likely it was very small because

11  nothing was detected in these tests done by the company.

12  Q.      So in what detail did you discuss the tests that

13  the company allegedly did related to PCBs at their

14  facility?

15  A.      Well, I asked him what the company tested for

16  and he didn't really know.

17          He assumed -- I assumed it was for benzene and

18  hydrocarbons and probably PCBs, but I don't really know

19  what the company tested for.

20          They should -- OSHA would require them to test

21  for any chemicals that could potentially be in the

22  workplace as a result of the work that he was doing

23  so -- but I haven't seen any documents and I don't know

24  specifically what they tested for.

25  Q.      So you don't know whether the company actually

1  tested for PCBs, benzene, mercury, mercaptan at their

2  facility when he was working there between 1979 and

3  2009; right?

4  A.    I don't know specifically.  I know that they

5  tested for chemicals that were potentially present,

6  based on the work he was doing, and they never found any

7  increased levels in their testing.  But I don't know

8  specifically what chemicals they tested for.

9  Q.    And you don't know whether the company reported

10  all of their test findings to all of their employees;

11  right?

12  A.    Well, I know the company reported the results to

13  their employees.  I would assume they reported all the

14  results to the employees.  If they're an ethical

15  company, they would.

16  Q.    Do you know anything about Nicor chemical

17  company?

18  A.    No, not more than I've already told you.

19  Q.    And how long was this conversation you had with

20  Mr. Cervantes?

21  A.    It was over an hour.

22  Q.    And how much detail did you go into with him

23  about his exposure at the Nicor facility?

24  A.    Well, what's in my report and what I've told

25  you.

Dennis D. Weisenburger, M.D.

```
 1   Q.      And did you probe him about any specific test

 2   for OSHA to figure out whether they tested for any

 3   specific chemical or what the level of that chemical

 4   was?

 5   A.      I asked him the chemicals they tested for and he

 6   didn't know.

 7   Q.      So you really don't know what level of benzene

 8   or PCB or mercury to which he was exposed at the

 9   facility; right?

10   A.      Not other than what he told me.

11   Q.      I'm sorry.  I didn't quite get that.

12   A.      I said not other than what he told me.

13   Q.      Do you know what methylene chloride is?

14   A.      Yes.

15   Q.      Is it a solvent?

16   A.      I believe it is, yes.

17   Q.      It's also called dichloromethane.

18           Is it used in paints and paint stripers and

19   paint thinners?

20   A.      I don't actually know the answer to that

21   question.

22   Q.      Okay.  Do you know if methylene chloride

23   increases the risk of non-Hodgkin lymphoma?

24   A.      I believe it does.

25   Q.      And were you aware that Mr. Cervantes claimed
```

1    that he was exposed to methylene chloride in

2    contaminated drinking water at Nicor Gas Company?

3    A.      I wasn't aware of that, no.

4    Q.      Do you have any information about what levels of

5    exposure to methylene chloride employees were exposed at

6    Nicor Gas Company?

7    A.      No.

8    Q.      And did Mr. Cervantes tell you anything about

9    his potential exposure to methylene chloride at the

10   Nicor facility?

11   A.      No, he did not.

12   Q.      Did you find any discrepancies in

13   Mr. Cervantes's deposition versus what he told you in

14   your interview?

15   A.      Not really.

16          He did say in his deposition that he wore a

17   respirator, and when I asked him about that, he said

18   that he never wore a respirator before he got the

19   non-Hodgkin lymphoma but after he got the non-Hodgkin

20   lymphoma, if he went -- if he did that kind of work, he

21   did -- then did wear a respirator because, again, he

22   thought that the fumes may have been the cause.

23          So that was the one major discrepancy that I

24   clarified when I talked to him on the phone.

25   Q.      So prior to his diagnosis with diffuse large

1    B-cell non-Hodgkin lymphoma in 2004, he didn't wear a

2    respirator, but when he went back to work after 2004, he

3    started wearing a respirator at work.  Is that what

4    you're telling me?

5    A.     Yes.  When he -- when he was doing the pipe

6    repair and doing the hot-tar wrap, he wore a respirator,

7    yes.  I don't know if he wore it consistently but he did

8    wear a respirator after he developed the non-Hodgkin

9    lymphoma.

10   Q.     And why did he tell you he was wearing a

11   respirator after 2004 or after he'd been diagnosed with

12   non-Hodgkin lymphoma when he was working at Nicor?

13   A.     Well, because he was worried that the chemicals

14   could have been the cause of his non-Hodgkin lymphoma

15   and -- yeah.

16   Q.     Doctor, earlier, I guess, or Tuesday, when I was

17   asking you questions in the Schafer case, and I don't

18   have to go back and forth between them, but I asked you

19   questions about the Pahwa study and the Eriksson study,

20   both about non-Hodgkin lymphoma and diffuse large

21   B-cell.

22          And I could go back through those, I have those

23   same questions here, but I guess my question is, have

24   any of your opinions changed or any of your -- would you

25   change any of your answers to the questions I asked on

1    Tuesday or do I need to re-ask them today?

2    A.      No, I don't think I would change any of my

3    answers.

4    Q.      Okay.  That was -- I was hopeful that I wouldn't

5    need to go back and ask the same questions about Pahwa

6    and Eriksson again.

7            MR. HOGUE:  Why don't we -- it's been about two

8    hours now.  We'll take another five-minute break and

9    then I'll come back and finish up.  Okay?

10           THE WITNESS:  Okay.

11           VIDEO OPERATOR:  We are now going off the video

12   record.

13           The time is 11:05 a.m.

14           (Recess, 11:05-11:15 a.m.)

15           VIDEO OPERATOR:  We are now back on the video

16   record.

17           The time is 11:15 a.m.

18   BY MR. HOGUE:

19   Q.      Doctor, I think I asked, do you recall being

20   involved in any research related to welding and

21   increased risk of non-Hodgkin lymphoma; is that right?

22   A.      I have not done any research on that topic.

23   Q.      Okay.  Let me show you -- can you see my screen

24   now?

25   A.      Yes.

Dennis D. Weisenburger, M.D.

```
 1   Q.      It says "Occupation and Risk of Non-Hodgkin's

 2   Lymphoma and Chronic Lymphocytic Leukemia," and you were

 3   one of the co-authors; is that right?

 4   A.      I am.  Surprise.

 5   Q.      Do you recall this article?

 6   A.      It was a long time ago.  I do recall it now that

 7   you show it to me, yes.

 8   Q.      Okay.  And one of the things you found that --

 9   were welders and solderers had a 2.9 significant

10   increased risk of non-Hodgkin lymphoma.

11           Do you see that?

12   A.      Yes.

13   Q.      All right.  And do you have any reason to

14   disagree with welders having a 2.9-fold increased risk

15   of non-Hodgkin lymphoma?

16   A.      In this study that's what we found, yes.

17   Q.      Okay.  And if you go on to -- I mean, here's

18   your Table 1.

19           You adjusted for age, state of residence, type

20   of respondent, pesticides, and first-degree relatives

21   with lymphatic or hemopoietic cancers; right?

22   A.      Yes.

23   Q.      So that would mean that when you found that

24   these welders had a 2.9-fold increased risk, that would

25   be over and above whatever risk they had from pesticides
```

1    and first-degree relative with cancer; right?

2    A.      Yes.

3    Q.      So you found in your study that welders had a

4    2.9-fold increased risk that was statistically

5    significant for non-Hodgkin lymphomas; right?

6    A.      Yes.

7    Q.      And that was in your study of men in Kansas and

8    Nebraska; right?

9    A.      Yes.

10   Q.      And if you go to Table 2, you also broke it out

11   by specific subtype of non-Hodgkin lymphoma.  And for

12   diffuse large B-cell lymphomas like Mr. Cervantes had,

13   you actually found a 3.4-fold increased risk for welders

14   and solderers; right?

15   A.      Yes.

16   Q.      So based upon your own study, wouldn't you agree

17   that people who are in the occupation of welding have a

18   statistically significant threefold increased risk of

19   non-Hodgkin lymphoma and diffuse large B-cell lymphoma?

20   A.      Yes, that's what we found in this study, but I

21   don't think it's been a consistent finding in other

22   studies.  So different studies find different things,

23   and it doesn't tell you -- doesn't tell you -- it's not

24   conclusive.

25           You have to -- you have to have consistency in

1    findings from epidemiologic studies to really have

2    confidence in what you've found is true.  Welders and

3    solderers also probably do other things and have other

4    exposures.

5    Q.      Like Mr. --

6    A.      So we don't really know --

7    Q.      Like Mr. Cervantes.

8    A.      We don't really know -- we don't really know

9    what these workers were doing that increased their risk.

10           So one would have to do a more specific, a more

11   detailed study to really know that, but one never relies

12   on the findings of one study, even if it's your own

13   study, because there needs to be a consistency of

14   findings among multiple studies done by different people

15   in different populations at different times.

16           So it's an interesting finding.  I'm glad you

17   reminded me of this.  I had forgotten about it.  You

18   know, I've published a lot of papers over 40 years so I

19   don't remember everything that I've published, but

20   that's what I would say about this.  We did find an

21   increased risk but I'm not sure I would conclude that

22   the epidemiologic literature really supports this.

23   Q.      Did you review the IARC's analysis of welding

24   fumes and the risk of cancers?

25   A.      No, I did not.

Dennis D. Weisenburger, M.D.

1  Q.      And you haven't reviewed their list of, their

2  review of the studies, including your study, of welding

3  and the increased risk of non-Hodgkin lymphoma.  Is that

4  what you're saying?

5  A.      I haven't reviewed it.  I haven't.

6  Q.      So sitting here today, you really don't know

7  whether welders have a significant increased risk of

8  non-Hodgkin lymphoma or not; is that right?

9  A.      I don't have any opinion on that.

10  Q.      You can't rule out Mr. Cervantes's exposures

11  from being a welder as contributing to his non-Hodgkin

12  lymphoma; is that right?

13  A.      I've already answered that.

14  Q.      And do you or do you not?

15          MS. ABUZERR:  Objection.

16          THE WITNESS:  Do I or do I not what?

17          MR. HOGUE:  Rule out his exposures as a welder

18  as a contributing factor to his non-Hodgkin lymphoma.

19          THE WITNESS:  Well, I obviously ruled it out, as

20  I don't believe the literature, epidemiologic literature

21  on occupational exposures, has -- is -- there's any

22  consensus that welders have an increased risk.

23          We found it in our study, it could be true, but

24  I don't -- I don't -- I haven't done a detailed analysis

25  of the entire literature to really draw my own opinion

Dennis D. Weisenburger, M.D.

```
 1    to that.

 2           MR. HOGUE:  Okay.

 3    BY MR. HOGUE:

 4    Q.     So you can find in these observational studies

 5    increased risk, they're statistically significant at

 6    threefold or more, and those associations just be things

 7    that are not valid conclusions because they disagree

 8    with other studies on the same topic.  Is that fair?

 9    A.     Yeah.  There's no consistency and there's no

10    consensus on many of the findings in the epidemiologic

11    literature so it's hard to draw conclusions.

12    Q.     And you're aware of a number of worldwide

13    agencies that have indicated that Roundup or glyphosate

14    is not associated with non-Hodgkin lymphoma; right?

15    A.     I'm sorry.  Repeat that question again.

16    Q.     Yeah.  You're aware of a number of regulatory

17    agencies throughout the world that have determined that

18    glyphosate or Roundup are not likely human carcinogens,

19    including non-Hodgkin lymphoma; right?

20    A.     Yes.  That was the conclusion of the EPA and

21    other regulatory agencies in Europe and other countries.

22    Q.     So you -- would you agree that there are a

23    number of doctors and scientists that have come to the

24    conclusion that there is inconsistent evidence related

25    to glyphosate and non-Hodgkin lymphoma?
```

1  A.     I'm not sure whether they're doctors or

2  scientists.  They're regulatory people working for the

3  government.

4  Q.     And are those the same types of scientists that

5  are working for OSHA?

6  A.     I don't really have an opinion on that.  I don't

7  know.

8  Q.     All right.  Doctor, I'm -- I didn't say whether

9  I was going to mark this article as an exhibit or not.

10  I think since we've shown it, I will.

11         MR. HOGUE:  And so I will just mark these in

12  order, if that makes sense.

13         I think I have gone through Exhibit 5, and then

14  there's two articles that we have identified so I'll

15  make those 6 and 7.

16         (Exhibits Weisenburger-6 and Weisenburger-7 were

17  marked for identification.)

18         MR. HOGUE:  Linet and Zheng I think are the two

19  that we'll make 6 and 7.

20  BY MR. HOGUE:

21  Q.     Doctor, what's the difference between a pooled

22  analysis and a meta-analysis?

23  A.     A pooled analysis takes a few similar studies

24  and it pools the data together.  A meta-analysis usually

25  takes a lot of studies, sometimes they're very different

1    from each other, and pools the data.  So there are some

2    similarities but, in general, that's my understanding of

3    it.

4    Q.      Okay.  And the Pahwa study that you were

5    involved in, that was a pooled analysis; is that right?

6    A.      Yes.

7    Q.      And that pooled analysis did not include any of

8    the data from the Agricultural Health Study; is that

9    right?

10   A.      That's correct.

11   Q.      And are you aware of the -- of any meta-analyses

12   that have included data from the Agricultural Health

13   Study?

14   A.      Yes.  Yes.

15   Q.      And what studies are those?

16   A.      Well, I think all the meta-analyses that I

17   mentioned to you did include the Agricultural Health

18   Study, either the earlier version or the later version.

19   Q.      Okay.  And so the later version, it would have

20   to be after 2018 for it to include the updated analysis

21   of that -- of the Agricultural Health Study; right?

22   A.      Yes.

23   Q.      And so those meta-analyses would include the

24   Zhang article and the Leon article; right?

25   A.      Well, the Leon article is more of a pooled

Dennis D. Weisenburger, M.D.

```
 1   analysis.

 2   Q.     Okay.  Did you find the Leon article reliable?

 3   A.     No, I didn't think it was reliable.

 4   Q.     Is that something you discuss in your general

 5   causation report?

 6   A.     No.  My report was written before that article

 7   was published.

 8   Q.     Okay.  Well, I guess my question, I don't want

 9   to go into general causation today because of not having

10   enough time to do it.

11          And you didn't cite Leon here; is that right?

12   A.     That's correct.

13   Q.     Okay.  So to the extent -- I guess I won't ask

14   you any questions about Leon, but if you were going to

15   put up opinions related to Leon, then I would want to

16   know what those are before we were able to ask any

17   questions on them.  So I'll go back to, you know,

18   specifics here.

19          Do any of Mr. Cervantes's medical or pathologic

20   tests indicate that his non-Hodgkin lymphoma was caused

21   by Roundup?

22   A.     No.

23   Q.     Do any of Mr. Cervantes's medical records

24   indicate that glyphosate or Roundup caused or

25   contributed to his non-Hodgkin lymphoma?
```

```
 1   A.      I'm sorry.  Repeat that question.

 2   Q.      Do any of Mr. Cervantes's medical records

 3   indicate that glyphosate or Roundup caused or

 4   contributed to his non-Hodgkin lymphoma?

 5   A.      No.

 6   Q.      Did any of Mr. Cervantes's treating doctors

 7   conclude that Roundup exposure caused or contributed to

 8   his non-Hodgkin lymphoma?

 9   A.      No.

10   Q.      Is there any genomic or pathologic test that can

11   be conducted to determine whether glyphosate or Roundup

12   caused or substantially contributed to the development

13   of Mr. Cervantes's non-Hodgkin lymphoma?

14   A.      No.

15   Q.      The specific type, being diffuse large B-cell,

16   does not suggest that it was caused by Roundup; right?

17   A.      No.

18   Q.      The stage of his non-Hodgkin lymphoma does not

19   suggest that it was caused by Roundup; right?

20   A.      Right.

21   Q.      The grade of his non-Hodgkin lymphoma does not

22   suggest it was caused by Roundup; right?

23   A.      Right.

24   Q.      His Ki-67 rate for his non-Hodgkin lymphoma does

25   not suggest that it was caused by Roundup or glyphosate;
```

Dennis D. Weisenburger, M.D.

1    right?

2    A.      I don't think there was a Ki-67 rate given, was

3    there?

4    Q.      Okay.  Do any of the specific features of

5    Mr. Cervantes's non-Hodgkin lymphoma suggest to you that

6    his exposure to Roundup or glyphosate likely caused or

7    contributed to his non-Hodgkin lymphoma?

8    A.      You're asking about his clinical features?

9    Q.      Yes.

10   A.      No, not -- none of his clinical features.

11   Q.      So the exact type of non-Hodgkin lymphoma that

12   Mr. Cervantes had is diagnosed in patients who have

13   never been exposed to Roundup; is that right?

14   A.      Yes.

15   Q.      If Mr. Cervantes did not have exposure to

16   Roundup, what would you have said was the likely cause

17   of his non-Hodgkin lymphoma?

18   A.      Well, I would have said that his risk was

19   increased due to his overweight and it was also

20   increased due to his family history.  So those both

21   would have been risk factors.

22   Q.      You didn't provide any opinions related to

23   Mr. Cervantes's life expectancy; right?

24   A.      No, I don't generally do that as part of my

25   testimony.

Dennis D. Weisenburger, M.D.

1    Q.      But there's no evidence of him having any

2    recurrence in the past ten years; right?

3    A.      That's correct.

4    Q.      And I think you've said after five years, it's

5    unlikely that diffuse large B-cell will reoccur; right?

6    A.      That's correct.

7    Q.      And so in Mr. Cervantes's case, he's likely

8    cured of his non-Hodgkin lymphoma; right?

9    A.      Yes.

10   Q.      And his non-Hodgkin lymphoma is not likely to

11   have any impact on his life expectancy, is it?

12   A.      Well, we don't know that.

13           People who get treated with R-CHOP chemotherapy

14   sometimes develop secondary cancers later, like acute

15   leukemia, so he would be at risk for that.

16   Q.      And is that just based on the fact that he has

17   non-Hodgkin lymphoma or are you saying, is that based

18   upon his treatment?

19   A.      Based on his treatment.

20   Q.      And what about his treatment would put him at

21   any further increased risk?

22   A.      His treatment with what?

23   Q.      What is it, what treatment, and how much does it

24   increase his risk?

25   A.      Oh, I don't remember precisely, but people who

1    receive R-CHOP do have an increased risk for acute

2    leukemia and myelodysplasias as a result of their

3    exposure to the cytotoxic agents in the R -- mainly in

4    the CHOP chemotherapy.

5    Q.     Do you know what genetic mutation Mr. Cervantes

6    had that led to his non-Hodgkin lymphoma?

7    A.     No.  No testing was ever done.

8    Q.     So you don't know what genetic mutations he has?

9    Is that what you're saying?

10   A.     No; because no testing was done for that.  No

11   genetic testing was done on his lymphoma.

12   Q.     Do you know what type of non-Hodgkin lymphoma

13   his mother had?

14   A.     I don't.

15   Q.     Do you know when Mr. Cervantes stopped using

16   Roundup?

17   A.     Yes.  He stopped using it when he was diagnosed

18   with non-Hodgkin lymphoma.

19   Q.     And why is that?

20   A.     I don't know.  I didn't ask him that.

21   Q.     So between 1998 to 2004 Mr. Cervantes worked

22   both at Nicor and in the lawn care business?  Is that

23   what you're saying?

24   A.     Looks like he did, yes.  The dates overlap, so

25   if he stopped working at Nicor in 2009, would have been

1    doing both.

2          You know, what he said is that it was -- this

3    was a family business so he -- you know, he didn't work

4    full time on that family business.  He would put in

5    maybe 20 hours a week, more or less, and he had other

6    family members who were also doing the work.

7    Q.    Did he describe what type of work he did at his

8    lawn care business other than spraying Roundup?

9    A.    Well, they did mowing and other things.  I'm not

10   sure what else they did, whether they did trimming of

11   bushes and hedges or not, but they did mowing and they

12   did Roundup applications.

13   Q.    So I think you've previously said he was

14   being -- he was spraying Roundup 150 times a year; is

15   that right?  That's what you have -- I think I see it in

16   your report on Page --

17   A.    Yeah.  Over the last six years, when he was

18   engaged in his landscaping company, yes.

19   Q.    Well, you said he was spraying about three times

20   a week; right?

21   A.    That's right.

22   Q.    He didn't spray Roundup 50 days -- 50 weeks a

23   year; right?

24   A.    He sprayed it eight months a year.

25   Q.    So would that be 30, 35 weeks?

Dennis D. Weisenburger, M.D.

1           I guess my question is, how are you getting to

2  the 150 times per year?

3  A.      So you take his -- you take his use during this

4  time.  Just from his -- just from his work in his

5  business during the first two years, 1998 to 2000, he

6  sprayed it three times a week, four weeks in a month,

7  eight months he sprayed, for two years, that comes out

8  to 192 times.

9           And then if you use the last four years, when he

10  used it the same frequency, three times a week, four

11  weeks in a month, eight months times three more years,

12  it's 288 times.

13           So if you divide that up by five, by five --

14  that's 480 times, you divide it by five, it comes the

15  96, and then you add the use from his home, it comes to

16  about 150 times a year.

17  Q.      So you're saying he was spraying at home 50

18  times a year and at work 100 times a year?

19  A.      Yes.

20  Q.      So he was spraying at his home Roundup twice a

21  week from April to November.

22           Is that -- that's what he told you; right?

23  A.      Yeah.  At the first home he was spraying it one

24  to two times a week.  At the second home he was spraying

25  it twice a week.

Dennis D. Weisenburger, M.D.

1    Q.      And have you ever done any analysis of whether

2    Roundup works at killing grass?  I mean, is it

3    effective?

4    A.      Well, Roundup is very effective in killing

5    weeds.

6    Q.      And do you -- do you need to spray it at the

7    same residence twice a week?

8    A.      I don't know.  That's what he did.

9            He had some big -- he had some big flowerbeds

10   and open areas that he used it on.

11   Q.      Okay.  When you say "flowerbeds," he would have

12   to be very specific in where he sprayed Roundup in a

13   flowerbed; right?

14   A.      Well, I suppose he was spraying -- he was

15   spraying it where there weren't flowers, or he may have

16   been spraying it when there weren't any flowers.

17   Q.      Well, you agree that Roundup will kill flowers;

18   right?

19   A.      Yes.

20   Q.      So you can't just spray an area.  You would have

21   to spray a specific spot in order not to kill the

22   flowers; right?

23   A.      Yes.

24   Q.      Okay.  Have you ever visited either of

25   Mr. Cervantes's residences, the locations where he

1    lived?

2    A.      No.

3    Q.      Have you ever looked at any photos of the

4    residence where he lived?

5    A.      No.

6    Q.      Did Mr. Cervantes ever tell you that he sprayed

7    any other type of insecticide at his home, on his

8    flowers or in his yard?

9    A.      He said he never did.

10   Q.      Did he ever tell you if anybody else did?

11   A.      No, I didn't --

12   Q.      I mean, I guess since he's in the lawn care

13   business, if somebody was going to spray something to

14   kill insects in his yard, it would be likely him,

15   wouldn't it?

16   A.      It would be likely him.  I would agree with

17   that, yes.

18           He said he never used any pesticides other than

19   Roundup.  And I asked about insecticides and fungicides

20   and other herbicides, and he said he never used anything

21   other than Roundup.

22   Q.      His non-Hodgkin lymphoma was in his liver; is

23   that right?

24   A.      Yes.  They did -- it was in his liver.  That's

25   where they did the biopsy.  His spleen was also enlarged

```
 1   and he had a -- had a mass in his -- in his belly as

 2   well, a retroperitoneal mass.  So he had -- he had

 3   multiple sites of disease.

 4   Q.      Okay.  After his treatment, though, his liver

 5   function has been fine; is that correct?

 6   A.      Yes.

 7   Q.      I mean, I think you've stated in your report his

 8   liver function tests were now normal and, as far as you

 9   know, they're continuing to be normal; is that right?

10   A.      Yes.

11   Q.      I just want to be -- his spleen or his liver,

12   none of those are continuing to have any problems

13   currently; right?

14   A.      I don't believe so.

15   Q.      Doctor, you were talking about, given the number

16   of occasions each year that Mr. Cervantes told you he

17   sprayed Roundup, that his risk of non-Hodgkin lymphoma

18   may be higher than twofold; right?

19   A.      Yes.

20   Q.      And can you put any number on what you think his

21   risk might be?

22   A.      No.

23   Q.      Is there any article that you can cite to that

24   indicates that his risk was actually higher than a

25   twofold increased risk?
```

```
 1   A.      No.   That's just my medical and scientific

 2   opinion.

 3   Q.      But there's no actual data that you would point

 4   to from any study.  Is that fair?

 5   A.      Yes.

 6   Q.      I think Mr. Cervantes was about 45 when he was

 7   diagnosed with non-Hodgkin lymphoma?

 8   A.      That's correct.

 9   Q.      And how common is diffuse large B-cell lymphoma

10   in 45 year olds?

11   A.      I don't know the answer to that.  It probably

12   makes up more than 30 percent of the cases.

13   Q.      Okay.  So the fact that his -- he was 45 years

14   old, as opposed to an older age, doesn't play any role

15   into your determination of whether Roundup exposure was

16   a substantial contributing factor.

17   A.      No.

18   Q.      So if Mr. Cervantes had been diagnosed with

19   diffuse large B-cell, same other factors, at age 70

20   instead of 45, it wouldn't have changed your opinion?

21   A.      No; except he probably would have had more

22   exposure.

23   Q.      Well, if he had started his exposure to Roundup

24   later in life so that he had the exact same exposure, it

25   wouldn't have changed your opinion in any way; right?
```

1    A.      No.

2            MR. HOGUE:  All right, Doctor.  I appreciate you

3    answering my questions today.

4            I think that's all I have.

5            THE WITNESS:  I have one other correction from

6    my report which I want to put on the record.

7            On Page 3, when I was calculating the number of

8    or estimating the number of gallons that he used,

9    actually, instead of 1,500 gallons, it should be 2,100

10   gallons.

11           Made a mistake in the calculation, and when I

12   went over it yesterday, I caught my mistake.  So I just

13   want to make that point for the medical record -- for

14   the record.

15   BY MR. HOGUE:

16   Q.      And what is that based upon?

17   A.      Oh, it's based on my calculations.

18   Q.      Okay.  Can you tell me what -- how you

19   calculated 2,100 gallons of Roundup?

20   A.      Well, the data is actually in the report.

21           So I took the number of gallons per year or the

22   number of gallons per week, number of gallons per day,

23   and multiplied it by the number of weeks and months and

24   years, and it comes out to over 2,100 gallons so...

25   Q.      Well, can you -- can you give me those numbers?

1    Because I'm not sure I'm seeing the numbers you're

2    talking about.

3           You say -- I see at one point you say he used

4    eight gallons of Roundup each year on this property.

5    A.      Yeah.  So on the first -- on the first property

6    he used two gallons per year for 14 years, so that comes

7    to 28 gallons.

8           On the second property he used eight gallons per

9    year for eight years, so that comes to 64 gallons.

10          And then in his landscaping business, for the

11   first two years, 1998 to 2000, he used three gallons a

12   week times four weeks times eight months times two

13   years, it comes to 192 gallons.

14          And then from 2000 to 2004 he used about six and

15   a half gallons a day three days a week, four weeks a

16   month, eight months a year for three years.  I didn't

17   include the last -- the part of the last year.  That

18   comes to 18 -- 1,872 gallons.

19          So if you tally 2,864, 192, and 1,878, it comes

20   to 2,156 gallons.

21          So that's an estimate of the total number of

22   gallons he used on his homes and in his landscaping

23   business over this 22 years.

24   Q.      So -- and you're saying from 2000 to 2004, your

25   report says he used four to nine gallons per day.

1          And what number did you use for your current --
2   for that -- your --
3   A.      I just took the middle point, 6.5 gallons.
4   Q.      So it's your opinion that each day when he was
5   working on lawn care business between 2000 and 2004, he
6   was spraying six and a half gallons, on average, per
7   day.
8          Is that what you're saying?
9   A.      Well, that was the best I could do.
10         He used anywhere from four to nine gallons a
11  day.  Some days he used nine gallons.
12  Q.      Okay.  And most -- and he was diagnosed with
13  diffuse large B-cell in 2004; right?
14  A.      Right.  But I only actually used three years, so
15  I only use 2000 -- 2000 to 2003.
16  Q.      So you've said before, too, that for -- based on
17  latency, you would expect that you would need exposure
18  going back at least two years before the non-Hodgkin
19  lymphoma is diagnosed; right?
20  A.      Well, what I'm saying is that two years would be
21  a short latency.  His latency is over 20 years.
22  Q.      But most of his exposure was in the last four
23  years; right?
24  A.      Well, he had significant exposure applying it to
25  his two homes prior to that time.  His highest exposure

1  was in the last -- the last six years and the very

2  highest exposure in the last four years.

3  Q.    Well, this 2,100 applications you're talking

4  about, how many of those occurred in the last four

5  years?

6  A.    1,872.

7        You're talking about -- you're talking about --

8  I'm sorry.  You're talking about the times used.

9        So in the last four years or last -- the last

10 three years it would be 288 times.

11 Q.    I'm sorry.  I should have asked how many gallons

12 in the last three years?

13 A.    Number of gallons was 800 -- approximately 1,872

14 in the last three years.

15 Q.    So of his 2,100 gallons, 1,800 gallons were used

16 in the last three years before his diagnosis of

17 non-Hodgkin lymphoma; is that right?

18 A.    Yes.

19 Q.    And do you believe that the exposures that are

20 further from the diagnosis, meaning earlier exposures,

21 are more likely to be contributing to the ones that are

22 very close in time or most recent to the exposure?

23 A.    Well, I think all the exposures are important.

24 We can't know when the genetic abnormalities occurred.

25 Q.    So you wouldn't use kind of a latency analysis,

1    meaning that the most important ones are the ones that

2    are the farthest away.  You would just use all of the

3    exposures at any time equally.  Is that what you're

4    saying?

5    A.      Yes.  But I excluded the last six months before

6    he was diagnosed.  So I could have included that.  I

7    didn't.

8    Q.      Do you think it would be more reliable to use

9    all of the exposures that a person has rather than just

10   exposures that are 5 years or 10 years or 20 years in

11   latency periods?  Right?

12   A.      I think all of his exposures were important.  We

13   can't know which ones were more important.

14   Q.      Okay.

15   A.      But mutations occur over time until they

16   accumulate to the point where the cell becomes a cancer

17   cell.

18   Q.      Doctor, you're aware of some studies that use,

19   you know, sub data -- subset data on certain latency

20   periods; right?

21   A.      Yes.

22   Q.      And would you say in those studies the best data

23   is using all the data on all of the exposures rather

24   than just some subset with only certain latency periods?

25   A.      I don't understand the question.

1          MR. HOGUE:  All right.

2          That's all I have today.

3          Thanks, Doctor.

4          THE WITNESS:  Thank you.

5          MR. HOGUE:  Anything from plaintiff's counsel?

6          MS. ABUZERR:  Just a few questions.

7          THE WITNESS:  Okay.

8                         EXAMINATION

9   BY MS. ABUZERR:

10  Q.     Doctor, you reported Mr. Cervantes to have a BMI

11  of around 27.2; right?

12  A.     Yes.

13  Q.     Okay.  And to get that percentage, did you

14  factor in Mr. Cervantes's muscle mass?

15  A.     No, the BMI doesn't do that.

16  Q.     So the BMI is only body fat, like an estimate of

17  the body fat, not muscle.

18  A.     I think it -- it's a calculation -- it's a

19  calculation based on his height and his weight.  So it

20  takes -- it takes into account just his height and his

21  weight; it doesn't take into account how much was

22  muscle, how much was fat, how much was bone.

23  Q.     So it's -- so muscle weighs -- does muscle weigh

24  more than fat?

25          MR. HOGUE:  Objection to form.  Leading.

 1          THE WITNESS:  That's a good question.  I don't

 2     know the answer to that.

 3     BY MS. ABUZERR:

 4     Q.     I think what I'm trying to ask, Doctor, is,

 5     based off of Mr. Cervantes's weight, is it possible that

 6     his body percentage was less, depending on how much

 7     muscle he had?

 8          MR. HOGUE:  Objection to form.  Leading.

 9          THE WITNESS:  Yeah.  It would -- it would -- it

10     wouldn't matter in the calculation of the BMI.  If it --

11          MS. ABUZERR:  Okay.

12          THE WITNESS:  If it was all muscle, then one

13     could assume that probably his risk wasn't as high.  But

14     I don't know that so I'm just accepting the BMI for what

15     it is.

16          MS. ABUZERR:  Okay.

17          I think those are the only questions I wanted to

18     follow up with you on.

19          THE WITNESS:  Okay.

20          MR. HOGUE:  None from me, Doctor.

21          Thank you.

22          THE WITNESS:  Thank you.

23          MR. HOGUE:  All right.  I will send the court

24     reporter --

25          VIDEO OPERATOR:  Can I go ahead and -- sorry.

```
1            MR. HOGUE:  I'll send the court reporter these

2    documents that I've marked as exhibits and, Fatima, I

3    will send them to you as well.

4            And I would like to get a rough and an expedited

5    copy of the transcript.

6            THE WITNESS:  Rosemary, do you have any

7    questions for me on spelling or words or anything?

8            VIDEO OPERATOR:  One moment, Doctor.  Let me go

9    ahead and just close out the video portion.

10           This concludes the videotaped deposition of

11   Dr. Dennis Weisenburger in the matter of Roundup, Gerard

12   Cervantes versus Monsanto.

13           We are now going off the video record, and the

14   time is 11:59 a.m.

15           (Whereupon the deposition concluded at 11:59

16   a.m.)

17                      TESTIMONY CLOSED

18

19

20

21

22

23

24

25
```

```
 1   STATE OF CALIFORNIA          )

 2   COUNTY OF LOS ANGELES        )

 3           I, ROSEMARY LOCKLEAR, a Certified Shorthand

 4   Reporter of the State of California, duly authorized to

 5   administer oaths pursuant to Section 2025 of the

 6   California Code of Civil Procedure, do hereby certify

 7   that

 8           DENNIS D. WEISENBURGER, M.D., the witness in

 9   the foregoing deposition, was by me duly remotely sworn

10   to testify the truth, the whole truth and nothing but

11   the truth in the within-entitled cause; that said

12   testimony of said witness was stenographically reported

13   by me, a disinterested person, and was thereafter

14   transcribed under my direction into typewriting and is a

15   true and correct transcription of said proceedings, to

16   the best of my ability.

17           I DO FURTHER CERTIFY that I am neither a

18   relative nor employee nor attorney nor counsel of any of

19   the parties to this action, and that I am neither a

20   relative nor employee of such attorney or counsel, and

21   that I am not financially interested in the action.

22

23   _Rosemary Locklear_

24   ROSEMARY LOCKLEAR, RPR, CRR, CSR 13969

25   Dated:  March 5, 2021
```

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3

 4            Please read your deposition over carefully and

 5    make any necessary corrections.  You should state the

 6    reason in the appropriate space on the Errata Sheet for

 7    any corrections that are made.

 8            After doing so, please sign the Errata Sheet

 9    and date it.

10            You are signing same subject to the changes

11    you have noted on the Errata Sheet, which will be

12    attached to your deposition.

13            It is imperative that you return the original

14    Errata Sheet to the deposing attorney within thirty (30)

15    days of receipt of the deposition transcript by you.  If

16    you fail to do so, the deposition transcript may be

17    deemed to be accurate and may be used in court.

18

19

20

21

22

23

24

25
```

```
 1                    E R R A T A

 2                    - - - - - -

 3

 4   PAGE  LINE  CHANGE

 5   _____  _____  _____

 6   REASON:_____

 7

 8   PAGE  LINE  CHANGE

 9   _____  _____  _____

10   REASON:_____

11

12   PAGE  LINE  CHANGE

13   _____  _____  _____

14   REASON:_____

15

16   PAGE  LINE  CHANGE

17   _____  _____  _____

18   REASON:_____

19

20   PAGE  LINE  CHANGE

21   _____  _____  _____

22   REASON:_____

23

24

25
```

```
 1                  ACKNOWLEDGEMENT OF DEPONENT

 2

 3

 4          I, _____, do hereby certify

 5     that I have read the foregoing pages, and that the same

 6     is a correct transcription of the answers given by me to

 7     the questions therein propounded, except for the

 8     corrections or changes in form or substance, if any,

 9     noted in the attached Errata Sheet.

10

11

12

13     _____

14     DENNIS D. WEISENBURGER, M.D.              DATE

15

16     Subscribed and sworn

       to before me this

17     _____ day of _____, 20_____.

18

       My commission expires:_____

19

20     _____

       Notary Public

21

22

23

24

25
```

```
1                        LAWYER'S NOTES

2    PAGE LINE

3    _____   _____  _____

4    _____   _____  _____

5    _____   _____  _____

6    _____   _____  _____

7    _____   _____  _____

8    _____   _____  _____

9    _____   _____  _____

10   _____   _____  _____

11   _____   _____  _____

12   _____   _____  _____

13   _____   _____  _____

14   _____   _____  _____

15   _____   _____  _____

16   _____   _____  _____

17   _____   _____  _____

18   _____   _____  _____

19   _____   _____  _____

20   _____   _____  _____

21   _____   _____  _____

22   _____   _____  _____

23   _____   _____  _____

24   _____   _____  _____

25   _____   _____  _____
```