# EXHIBIT 3

```
 1          IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2                      STATE OF MISSOURI
 3
 4   NATHANIAL EVANS, et al.,          )
                                       )
 5           Plaintiffs,               )
                                       )
 6      vs.                            )
                                       ) CASE NO.
 7   MONSANTO COMPANY,                 ) 1722-CC01372-01
                                       )
 8           Defendant.                )
     _____ )
 9
10
11                  Tuesday, February 23, 2021
12
13
14           Remote videotaped deposition of DENNIS
15   WEISENBURGER, M.D., conducted at the location of the
16   witness in Duarte, California, commencing at 9:01 a.m.
17   and ending at 11:33 a.m., on the above date, before
18   SHARI BOLTON, CSR 9291.
19
20
21
22
23
24
25
```

Dennis Weisenburger, M.D.

1  know the cause.
2  Q  Do some patients develop cancers, including
3  non-Hodgkin lymphoma, simply as a result of cumulative
4  errors in DNA and cellular replication over time?
5        MR. WOOL:  Objection to form; vague.
6        THE WITNESS:  Sure, there are -- there are
7  cases like that, yes.
8  BY MR. PAINE:
9  Q  Do you agree that random mutations occur
10  essentially each time a cell divides?
11  A  Yes, that's true.  Usually they are repaired,
12  though, or they are nonconsequential.
13  Q  Usually, but not always, correct?
14  A  Correct.
15  Q  Now, Dr. Weisenburger, are you going to tell
16  the jury that Roundup was the sole cause of Mr. Evans'
17  cancer, or are you going to tell the jury that Roundup
18  use was one of the factors that contributed to
19  Mr. Evans' cancer?
20        MR. WOOL:  Objection to form; compound.
21        THE WITNESS:  I'm going -- I'm going to opine
22  that it was the one known risk factor that he had.
23  Whether it was the only risk factor, I don't know, but
24  I -- but I'm sure it was a substantial risk factor.
25

1  BY MR. PAINE:

2  Q  Is there any scientifically validated test or
3  method or procedure that you can identify that allows
4  you to assess the degree to which any risk factor
5  contributed to a given patient's non-Hodgkin lymphoma?

6  MR. WOOL:  Objection to form; compound.

7  THE WITNESS:  Well, you can use epidemiologic
8  data, which is, you know, rather crude in some ways.
9  I mean, you know, if you look at the epidemiology
10  data, he falls far above the studies -- I have looked
11  at those response, like Eriksson, which found that
12  if -- if people in that study had exposure to Roundup
13  more than ten times, or ten days, they had a
14  significantly elevated risk.  There's also the
15  study -- the Canadian study and the NAPP study, which
16  both showed people to have exposure more than two
17  times or two days per year have a significantly
18  elevated risk.

19  So, you know, we know that his risk was
20  greater than two-fold based on that kind of data.
21  My -- my opinion is probably his risk was even much
22  higher because of his much higher exposure, but -- but
23  we don't have data on that.

24  BY MR. PAINE:

25  Q  So other than looking at the epidemiology and

```
 1   the relevant risks or the odds ratios, is there any
 2   other test or method or procedure that you can use to
 3   identify or to assess the degree to which any given
 4   risk factor contributed to a patient's non-Hodgkin
 5   lymphoma?
 6           MR. WOOL:  Objection to form; compound.
 7           THE WITNESS:  Well, not -- not that I could
 8   think of at the moment, no.
 9   BY MR. PAINE:
10       Q   So if we had a patient who had more than one
11   risk factor for non-Hodgkin lymphoma, let's say the
12   patient used Roundup at a level, say, that Mr. --
13   Mr. Evans used, but let's say the patient -- this
14   hypothetical patient was -- was also obese and had a
15   history of autoimmune disease that is associated with
16   non-Hodgkin lymphoma.
17           Is there any test or method or procedure you
18   could identify that would allow you to decide the
19   weight of any of those contributing factors?
20           MR. WOOL:  Objection to form.
21           THE WITNESS:  Well, I would first have to
22   determine whether they were real contributing factors.
23   After that, the only, again, very crude way to do it,
24   would be to look at the odds ratios that -- that are
25   associated with each of the risks.  But, you know,
```

1  there could be more than one contributing factor to a
2  lymphoma, so we don't have to just find one.  A person
3  could have more than one risk factor.  And as long as
4  there's substantial risk factors, one doesn't really
5  need to attach a specific number to each one.
6  BY MR. PAINE:
7      Q   So let me ask you this, Doctor.  How do
8  you -- how do you know or how do you reach an opinion
9  to a reasonable degree of medical certainty that a
10 given risk factor present in a patient is a
11 substantial contributing factor as opposed to just a
12 contributing factor?
13     A   Well, it's -- it would -- in each case, it's
14 case-specific.  So you would look at the specific
15 information for each risk factor and decide how to
16 weigh it.  You would use the -- you know, you would
17 use the various parameters that one uses.  So for
18 Roundup, you would look at frequency of use.  You
19 would look at how safe he was when he used it, his
20 equipment, did he get it on his skin, et cetera, et
21 cetera, you know.  And then you would also
22 probably -- if they were valid risk factors, you would
23 use the odds ratios to help you try to decide which
24 was more important than the other.  But, you know,
25 that -- that would be the methodology that I would

 1                        CERTIFICATE

 2

 3            I, SHARI BOLTON, Certified Shorthand

 4   Reporter, No. 9291, do hereby certify that prior to

 5   the commencement of the examination, the Deponent was

 6   duly remotely sworn by me to testify to the truth, the

 7   whole truth and nothing but the truth.

 8

 9            I DO FURTHER CERTIFY that the foregoing is a

10   verbatim transcript of the testimony as taken

11   stenographically by me at the time, place and on the

12   date hereinbefore set forth, to the best of my

13   ability.

14

15            I DO FURTHER CERTIFY that I am neither a

16   relative nor employee nor attorney nor counsel of any

17   of the parties to this action, and that I am neither a

18   relative nor employee of such attorney or counsel, and

19   that I am not financially interested in the action.

20

21   _____

22       SHARI BOLTON

23       Certified Shorthand Reporter, No. 9291

24

25       Dated: February 23, 2021