# EXHIBIT 10

```
 1              IN THE UNITED STATES DISTRICT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4  IN RE: ROUNDUP PRODUCTS      )
    LIABILITY LITIGATION         )
 5                               )
                                 )  MDL No. 2741
 6                               )
                                 )
 7  This document relates to:  )
                                 )
 8  Mark Pecorelli,             )
    Individually and as          )
 9  Representative of the        )
    Estate of Michael            )
10  Pecorelli deceased v.        )
    Monsanto Co.,                )
11  Case No. 3:19-cv-06936       )
                                 )
12                               )

13

14                  - - - -

15                  REMOTE

16                VIDEOTAPED

17        EXPERT WITNESS TESTIMONY OF

18        LAUREN C. PINTER-BROWN, M.D.

19             (Pages 1 - 136)

20       Monday, March 1, 2021, 8:56 a.m.

21                  - - - -

22

23

24  REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

25
```

```
 1                    APPEARANCES
 2
 3   For the Plaintiff:
 4        BY: JENNIE LEE ANDERSON, ESQ.
          Andrus Anderson LLP
 5        155 Montgomery Street, Suite 900
          San Francisco, California 94104
 6        415.986.1400
          Jennie@andrusanderson.com
 7
          BY: REBECCA FREDONA, ESQ.
 8        BY: KEN MOLL
          Moll Law Group
 9        22 West Washington Street, 15th Floor
          Chicago, Illinois 60602
10        312.462.1700
          RFredona@molllawgroup.com
11        Kmoll@molllawgroup.com
12
13   For the Defendant:
14        BY: MICHAEL W. HOGUE, ESQ.
          Nelson Mullins
15        1320 Main Street, 17th Floor
          Columbia, South Carolina 29201
16        803.255.9514
          Michael.hogue@nelsonmullins.com
17
18
     Also present:
19
          David Kim, videographer
20
21
22
23
24
25
```

Lauren C. Pinter-Brown, M.D.

```
 1                    INDEX OF EXAMINATIONS

 2

 3    EXAMINATIONS                                        PAGE

 4     MR. HOGUE                                           6

 5

 6

 7

 8                     INDEX OF EXHIBITS

 9      NO.              DESCRIPTION            PAGE

10    Exhibit 1     Defendant Monsanto Company's     7
                    Notice of Remote Video
11                  Conference Deposition of
                    Lauren C. Pinter-Brown, M.D.,
12                  F.A.C.P.

13    Exhibit 2     Expert Report of Dr. Lauren      13
                    Pinter-Brown in Support of
14                  Specific-Causation on Behalf
                    of the Estate of Michael
15                  Pecorelli

16    Exhibit 3     Reference List of Dr. Lauren     18
                    Pinter-Brown in Support of
17                  Specific-Causation on Behalf
                    of Michael Pecorelli

18
      Exhibit 4     Certification of Death Record    25
19

      Exhibit 6     Radiology Report, September      35
20                  08, 2010, Arti Lakhani,
                    MPecorelli_EHJVAH-MD-000170
21                  through 000172

22    Exhibit 5     Department of Pathology,         42
                    02/04/11, Rao Gopal,
23                  MPecorelli-AmitaHABMC-MD-
                    000062 through 000063

24

25
```

Lauren C. Pinter-Brown, M.D.

```
 1   Exhibit 7      Malignant Fibrous          50
                    Histiocytoma, An Analysis of
 2                  200 Cases, Sharon W. Weiss,
                    M.D.
 3
     Exhibit 8      Increased Metastasis of     56
 4                  Malignant Fibrous Histiocytoma
                    in Patients with Chronic
 5                  Lymphocytic Leukemia and
                    Non-Hodgkin Lymphoma, Agnieska
 6                  W. Kubic
 7   Exhibit 9      Glyphosate Use and Cancer    80
                    Incidence in the Agricultural
 8                  Health Study, Gabriella
                    Andreotti
 9
     Exhibit 10     Pesticide Exposure as Risk   84
10                  Factor for Non-Hodgkin
                    Lymphoma Including
11                  Histopathological Subgroup
                    Analysis, Mikael Eriksson
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Lauren C. Pinter-Brown, M.D.

```
 1              THE VIDEOGRAPHER:  We are now on the

 2   record.  My name is David Kim.  I'm a videographer

 3   for Golkow Litigation Services.

 4              Today's date is March 1st, 2021, and the

 5   time is 8:56 a.m. Pacific.

 6              This remote video deposition is being held

 7   in the matter of Roundup, Pecorelli V Monsanto

 8   Company, for the U.S. District Court, for the

 9   Northern District of California.

10              The deponent is Lauren C. Pinter-Brown.

11              All parties to this deposition are

12   appearing remotely and have agreed to the witness

13   being sworn in remotely.

14              Due to the nature of remote reporting,

15   please pause briefly before speaking to ensure all

16   parties are heard completely.

17              Will counsel please identify themselves.

18              MR. HOGUE:  Yes.  My name is Michael

19   Hogue, and I'm here on behalf of Monsanto.

20              MS. ANDERSON:  Good morning.  This is

21   Jennie Anderson on behalf of the plaintiff.

22              THE VIDEOGRAPHER:  The court reporter is

23   Elaina Bulda-Jones, and she will now swear in the

24   witness.

25
```

```
 1              LAUREN C. PINTER-BROWN, M.D.,

 2   called as a witness by the Defendants herein, being

 3   first duly sworn by the Certified Shorthand Reporter

 4   was thereupon examined and testified as is

 5   hereinafter set forth.

 6                     EXAMINATION

 7   BY MR. HOGUE:

 8       Q.   Dr. Pinter-Brown, my name is Michael

 9   Hogue.  I'm here on behalf of Monsanto to ask you

10   some questions today.  We've not met before.

11            I think that you've been deposed a few

12   times and understand the procedures.

13            You understand you're under oath today,

14   right?

15       A.   Yes.

16       Q.   Okay.  And that the court reporter is

17   taking down everything you say and everything I say,

18   correct?

19       A.   Yes.

20       Q.   Okay.  If you need to take a break, just

21   let me know.  Otherwise, I think we're -- have three

22   hours on-air time today.  And I will proceed.  We'll

23   probably take a break at an hour, hour and a half,

24   just to make sure the court reporter is okay.  They

25   tend to get upset at you if you don't.  That makes
```

Lauren C. Pinter-Brown, M.D.

```
 1    perfect sense.
 2             When did you get -- when did you first get
 3    involved in Mr. Pecorelli's case?
 4        A.   I'm going to guess.  I'm really bad at
 5    dates.  I'll say six months ago.  It's not exact.
 6        Q.   How did you become involved?
 7        A.   The lawyer representing his case reached
 8    out to me via e-mail.
 9        Q.   Okay.  Did you receive a deposition notice
10    for today's deposition?
11        A.   Yes.
12        Q.   Okay.  And in that deposition notice --
13             MR. HOGUE:  I'm going to mark that as
14    Exhibit 1 and after the deposition, I'll send the
15    deposition exhibits that we identify that we'll mark
16    to the court reporter, if that's okay with
17    everybody.
18             (Whereupon, Exhibit 1 was marked for
19    identification.)
20    BY MR. HOGUE:
21        Q.   There's -- probably most of these you
22    already have.  They're either your report, things of
23    that nature.  If there's additional ones that show
24    up on my screen and -- and send them to parties
25    that -- that need it.
```

Lauren C. Pinter-Brown, M.D.

```
 1              So did you bring any documents with you or
 2   do you have any additional documents responsive to
 3   the deposition notice, the request in that notice?
 4       A.   No.
 5       Q.   Okay.  Do you have any invoices related to
 6   this case?
 7       A.   No.  I haven't written any invoices yet.
 8       Q.   Okay.  How much time have you spent
 9   working on Mr. Pecorelli's case?
10       A.   I really haven't added it up yet.
11       Q.   Do you have any estimation?
12       A.   Maybe six or seven hours.  I really don't
13   know, though.
14       Q.   Okay.
15            MR. HOGUE:  Ms. Anderson, if -- if and
16   when an invoice is sent to you for her time working
17   on this, would you produce that to us?
18            MS. ANDERSON:  Yes, no problem.
19            MR. HOGUE:  Okay.
20       Q.   Dr. Pinter-Brown, so you believe you've
21   worked less than ten hours reviewing medical records
22   and -- and drafting your report in this case?
23       A.   I really don't know.  I'm -- I'm making a
24   wild guess since I haven't done invoices.  I haven't
25   added up the time, you know, as I've logged it.
```

1    Q.   So would you say conservatively it's less

2    than 20 hours so far?

3    A.   I -- I really -- I don't know how else to

4    say it.  I haven't added up the hours.

5    Q.   Okay.

6    A.   So I really don't want to say something,

7    you know, out of turn.  You know, I -- I haven't

8    added up the hours.  I don't know how else to say

9    it.

10   Q.   Okay.  What did you do in reviewing

11   Mr. Pecorelli's case in coming up with your

12   opinions?

13   A.   I read all the information that was

14   provided to me.  And I listed that on the -- on my

15   report.

16   Q.   Okay.  Have you reviewed his medical

17   records?

18   A.   Everything that was provided to me.

19   Q.   Okay.  Do you know whether that was all of

20   his medical records or just some part of it?

21   A.   I really don't know.  I -- I believe it

22   was a part of it.

23   Q.   Okay.

24        MR. HOGUE:  Ms. Anderson, if there's a

25   list of the medical records or something identifies

1    the part of the medical records that she has, I

2    would appreciate that.

3           MS. ANDERSON:  I don't have a specific

4    list today.

5    BY MR. HOGUE:

6       Q.   Okay.  Well, I guess, Dr. Pinter-Brown, do

7    you have the medical records with you that were

8    produced to you?

9       A.   They're in an e-mail.

10      Q.   And can you forward those to plaintiff's

11   counsel, and I would request that plaintiff's

12   counsel send them to us so we can identify what

13   medical records you have and haven't reviewed.

14          Is that fair?

15      A.   Plaintiff's counsel sent them to me.  So

16   me sending them back to plaintiff's counsel, I can

17   do it, but it doesn't make a lot of sense.

18      Q.   Well, if Ms. Anderson has them, then I am

19   fine with her just sending me what their office sent

20   to you.  If not, I would request you send it to

21   them -- to her and have her send it to us.

22      A.   I don't have any additional records other

23   than what counsel sent to me.

24      Q.   Okay.

25          MR. HOGUE:  And, Ms. Anderson, I would

1    request a copy of that so that we could identify

2    what she's relying upon, okay?

3          MS. ANDERSON:  Okay.  I'll have a look for

4    that.

5          MR. HOGUE:  Thank you.

6          MS. ANDERSON:  I mean, both of these

7    requests could have come before the deposition, but

8    I'll take a look on a break.

9          MR. HOGUE:  I believe in our deposition

10   notice we requested the invoices and all the

11   documents that you reviewed and I did see in her

12   reports she reviewed medical records but I didn't

13   know it was a portion of the medical records as

14   opposed to all of them.

15         MS. ANDERSON:  Understood.

16         MR. HOGUE:  Thank you.

17    Q.    Dr. Pinter-Brown, have you had any

18   conversations with Mr. Pecorelli or plaintiff's son,

19   Mark Pecorelli?

20    A.    The patient, as I understand it, is

21   deceased, and I haven't had any conversations with

22   his son.

23    Q.    Okay.  Have you had any conversations with

24   anyone other than plaintiff's counsel related to

25   Mr. Pecorelli's case?

Lauren C. Pinter Brown, M.D.

```
1        A.    I have not.

2        Q.    Are you relying on any of Mr. Pecorelli's

3   other expert witnesses for your testimony and

4   opinions in this case?

5        A.    No.

6        Q.    Okay.  Have you reviewed the report of any

7   of Mr. Pecorelli's other expert witnesses related to

8   this case?

9        A.    I've reviewed your expert witnesses.

10       Q.    Okay.  But -- well, the plaintiff's

11   experts, the ones other than you, have you reviewed

12   any of those?

13       A.    I reviewed one expert witness, but I'm --

14   I can't remember which case it had to do with.  I

15   was looking more at the -- not at the specific case

16   but at the content.

17       Q.    Have you spoken with any of

18   Mr. Pecorelli's treating physicians?

19       A.    No.

20       Q.    You haven't spoken with any of the

21   deceased plaintiff's family members, right?

22       A.    Correct.

23       Q.    And are all of the materials that you've

24   reviewed for your opinions in this case cited in

25   either your report or your reference list?
```

Lauren C. Pinter Brown, M.D.

```
 1         A.   I believe so.

 2         Q.   We're going to mark as Exhibit 2 your

 3    report and Exhibit 3 the reference list that was

 4    produced.  We can go through that.

 5              (Whereupon, Exhibit 2 was marked for

 6    identification.)

 7    BY MR. HOGUE:

 8         Q.   So I just want to make sure, in your

 9    report you -- you also say that you reviewed the

10    deposition of Mark Pecorelli, the plaintiff's son;

11    is that right?

12         A.   Correct.

13         Q.   You reviewed the deposition Dr. Lakhani?

14         A.   Correct.

15              MR. HOGUE:  That's L-A-K-H-A-N-I for the

16    court reporter.

17         Q.   Did you review the deposition of

18    Dr. Leibach?

19         A.   If it is not listed in my report, I did

20    not.  I don't have my report in front of me.  But I

21    made sure that I listed all the things I reviewed in

22    my report.

23         Q.   Okay.  So you don't have a copy of your

24    report with you today?

25         A.   I can open it up.  I'm a little -- you
```

Lauren C. Pinter-Brown, M.D.

1    know, this Zoom thing's a little strange, but if you

2    like I --

3               MS. ANDERSON:  Can you -- excuse me,

4    Dr. Pinter-Brown.  Michael, can you possibly post in

5    the chat the exhibits so that we can all look at the

6    exhibits as you're marking them?

7               MR. HOGUE:  If I knew how I would.

8               MS. ANDERSON:  Typically there's a

9    separate room for that, but I understand that you

10   didn't reserve that.  So that's the other way that

11   you can do it, is post -- is -- is just paste the

12   document into the chat.

13              MR. HOGUE:  Well, if I'm asking about a

14   specific document, I'll be glad to put it on the

15   screen and show the document.  I had thought that

16   using the expert report and -- and reference list

17   are things that the expert has so I was -- that I

18   didn't anticipate doing that.  But I can show --

19              MS. ANDERSON:  Well, I mean, she -- she

20   has it, but typically at a deposition, you know, you

21   don't bring your own documents.  You wait and see

22   what is marked as an exhibit and you review them.

23              MR. HOGUE:  Well --

24              MS. ANDERSON:  Obviously somewhere on her

25   computer she -- or elsewhere, she has a copy of the

Lauren C. Pinter-Brown, M.D.

```
 1    report.  But we weren't asked to bring our own

 2    documents in anticipation of what you might mark as

 3    an exhibit.

 4              MR. HOGUE:  All right.  Let me get -- why

 5    don't we go off the record for a second and I'll get

 6    another copy of her report and put it on her screen.

 7    But I can actually e-mail it to all of you if that's

 8    not something she's got readily available.  Let's go

 9    off a second.

10              THE VIDEOGRAPHER:  Okay.  We are now going

11    off the record.  And the time is 9:07 a.m.

12              (Whereupon, a brief recess was taken.)

13              THE VIDEOGRAPHER:  We are now going back

14    on the record.  And the time is 9:10 a.m.

15    BY MR. HOGUE:

16         Q.   Dr. Pinter-Brown, was there anything in

17    specific from Mark Pecorelli's deposition that you

18    recall that you're relying upon for your opinion?

19         A.   Yes.  He just -- he was the means that I

20    understood what exposure his father had.

21         Q.   Okay.  Other than Mark Pecorelli's

22    discussion of his father's exposure to various

23    conditions, do you recall -- anything else that you

24    believe was important to your opinions that was in

25    his deposition?
```

Lauren C. Pinter Brown, M.D.

1    A.   I read the entire deposition.  And I got

2    whatever information I could out of it.  There may

3    have been some medical information that was of use

4    as well, but the -- the reason I mentioned the

5    exposure is that's the only place where I could

6    learn what kind of exposure he had, since the

7    patient is deceased.

8    Q.   Okay.  Do you have anything specific from

9    Dr. Lakhani's deposition that was important to your

10   opinions?

11   A.   You know, I -- I read all of these

12   depositions, and I took notes.  I still have my

13   notes if you would like me to pull them up.  But I

14   don't remember each deposition, if there was a fact

15   or statement that I found of importance at this

16   moment.  I would have to look at my notes.

17   Q.   Do you have written notes related to your

18   opinions in this case?

19   A.   I have written notes not related to my

20   opinions, but related to information that I got out

21   of the records, be they records or depositions.

22   Q.   All right.

23        MR. HOGUE:  And I would like to request a

24   copy of those notes for -- to be produced.

25        THE WITNESS:  I can give them to you.  I

Lauren C. Pinter-Brown, M.D.

```
 1   wish you luck reading them.  My writing is somewhat

 2   of a challenge, and there may be extreme scribbles

 3   on the notes.

 4          MS. ANDERSON:  On what grounds are you --

 5   are you requesting this?

 6          MR. HOGUE:  As information she's evolved

 7   related to her opinions and things she is relying

 8   upon.

 9          MS. ANDERSON:  She said the notes

10   aren't -- aren't related to her opinions.

11          MR. HOGUE:  Well, they're related to her

12   review of doctor -- Mr. Pecorelli's medical records.

13          MS. ANDERSON:  Okay.  I'll consider your

14   request.

15          MR. HOGUE:  Okay.

16      Q.   And, Dr. Pinter-Brown, you can forward

17   those to plaintiff's counsel, and I can take that up

18   with them.

19      A.   Well, they're folded pieces of paper.  So

20   I'll have to discuss with plaintiff's counsel how I

21   might get those to you.  Since I wrote my report off

22   of them, the real -- the only reason I retained them

23   was because I noted how much time I spent on them.

24      Q.   Okay.

25      A.   Otherwise, everything that is of note to
```

Lauren C. Pinter-Brown, M.D.

1  me is included in my report.

2      Q.   Well, do your -- your notes tell you how

3  much time you spent such that you could tell me?

4      A.   If you would like me to take the time out

5  now, to add up all the hours, yes, that's how I will

6  write my invoice.

7      Q.   Okay.

8      A.   But I have not done it at this time.

9      Q.   Okay.  This is what I suggest is, if you

10  would send -- after the deposition, figure out how

11  to send those notes to plaintiff's counsel, and I'll

12  take it up with them, the production of them, okay?

13      A.   Okay.

14      Q.   All right.  You also produced a -- a

15  reference list in this case, right?

16      A.   Yes.

17      Q.   Is what's on the screen your reference

18  list in this case?

19      A.   Yes.

20          MR. HOGUE:  We'll mark this as Exhibit 3.

21          (Whereupon, Exhibit 3 was marked for

22  identification.)

23  BY MR. HOGUE:

24      Q.   If I scroll down you can see there are

25  about 50, mostly articles.  You get down to 51, it's

1    a plaintiff's fact sheet, the depositions that you

2    have read of -- identified and certain medical

3    records; is that -- is that what you have reviewed

4    and relied upon for your opinions in this case?

5         A.   Yes.

6         Q.   All right.  Are there any other articles

7    or other documents that you are relying upon for

8    your opinions in this case?

9         A.   No.

10        Q.   Okay.  So either in your report or in your

11   reference list, if we look at those, in the

12   documents that are identified, that those are the

13   total of what you're -- of the articles and evidence

14   that you're relying upon for your opinions related

15   to Mr. Pecorelli's development of his cancer, right?

16        A.   Yes.

17        Q.   And now, does your expert report identify

18   all the opinions that you intend to offer in this

19   case?

20        A.   I believe so.

21        Q.   Let me pull up your expert report that

22   we're going to mark as Exhibit 2.

23             Is this your -- the -- the expert report

24   that -- that you prepared in this case?

25        A.   I believe so.  On my screen, I can see the

1    first portion of it.

2         Q.    Okay.  And it's about six pages.  Scroll

3    down.

4              And it's got your signature; is that

5    correct?

6         A.    Correct.

7         Q.    That's what I'm going to mark as

8    Exhibit 2, and I'll say it was what was produced to

9    us as your report in this case.

10             All right, Doctor.  So all of your

11   opinions in this case are set forth in this

12   Exhibit 2, your report; is that correct?

13        A.    Yes.

14        Q.    What type of non-Hodgkin lymphoma did

15   Mr. Pecorelli have?

16        A.    Well, he -- he may have had two different

17   kinds, but the one that was diagnosed first was

18   splenic marginal zone lymphoma.

19        Q.    Is splenic marginal zone lymphoma a

20   specific type of marginal zone lymphoma?

21        A.    Yes.

22        Q.    What are other --

23             (Whereupon, technical difficulties.)

24             THE WITNESS:  You cut -- I'm so sorry, but

25   you cut out on part of it.  I couldn't -- I couldn't

1    hear the whole question.

2              MR. HOGUE:  Sure.

3        Q.   Are there different subtypes of -- of

4    marginal zone lymphoma?

5        A.   Yes, there are.

6        Q.   Are the risk factors different for the

7    different types of marginal zone lymphoma?

8        A.   Yes, they are.

9        Q.   Okay.  Mr. Pecorelli also had

10   undifferentiated pleomorphic sarcoma; is that right?

11       A.   Correct.

12       Q.   Sometimes that's also referred to as a

13   malignant fibrous histiocytoma; is that right?

14       A.   Correct.

15            You're cutting out a little bit.  I

16   don't -- I'm trying to -- I hope I hear everything

17   right.

18            THE VIDEOGRAPHER:  Your audio is lower.

19            (Whereupon, a brief discussion off the

20   record.)

21            MR. HOGUE:  Oh.  I've never had

22   problems -- in the five or six depositions in here.

23   I've not had that problem.  So I apologize.  I'm

24   trying to think what other option I have.

25            Do you want to -- I hate to defer -- go

1   off the record and see if I could have somebody in

2   my technical department here come in and see if they

3   could help with that.

4           THE VIDEOGRAPHER:  Yeah, I can probably --

5   I can probably talk you through some of that if you

6   want to go off the record.

7           MR. HOGUE:  Sure.

8           THE VIDEOGRAPHER:  Okay.  We're now going

9   off the record.  And the time is 9:19 a.m.

10          (Whereupon, a brief recess was taken.)

11          THE VIDEOGRAPHER:  We are now going back

12  on the record.  And the time is 9:23 a.m.

13  BY MR. HOGUE:

14      Q.   So, Doctor, can you hear me a lot better

15  now?

16      A.   I hope so.  As we -- as we keep talking,

17  I'll know for sure.

18      Q.   All right.  Well, if it continues to be a

19  problem, let me know.

20      A.   Okay.

21      Q.   So I think I was talking about

22  Mr. Pecorelli's malignant fibrous histiocytoma.

23          It's the same thing as the pleomorphic

24  sarcoma; is that right?

25      A.   That's what I understand.

Lauren C. Pinter-Brown, M.D.

```
 1        Q.    Okay.  If I refer to this as an MFH, or

 2   the malignant fibrous histiocytoma, will you

 3   understand that to -- to be the same thing as his

 4   sarcoma?

 5        A.    Yes.

 6        Q.    Okay.  I could refer to it as sarcoma, I

 7   just want to refer to it as one thing so that

 8   we're -- we're talking about the same thing.

 9             The MFH would be his sarcoma that he

10   developed and that was identified in his lung; is

11   that -- is that fair?

12        A.    Yes.

13        Q.    Okay.  So Mr. Pecorelli's MFH was located

14   in his lung; is that correct?

15        A.    That was the place that it was biopsied,

16   yes.

17        Q.    Okay.  And was Mr. Pecorelli's MFH the

18   official cause of his death?

19        A.    I don't know what was written on his death

20   certificate.

21        Q.    So you -- you didn't -- you hadn't

22   reviewed his death certificate; is that -- is that

23   correct?

24        A.    Correct.  I don't believe I ever saw it.

25        Q.    Do you have an opinion as to what caused
```

1   Mr. Pecorelli's death?

2       A.   Yes.  I would say most likely it was his

3   sarcoma.  Although at the time of his death, he had

4   several masses.  And as they weren't all biopsied

5   I'm not sure they were all sarcoma.

6       Q.   All right.  And so are you talking about

7   the masses he had in his lungs?

8       A.   No.  He had an abdominal mass and I

9   believe a paraspinous mass.

10      Q.   Okay.  Did he have more than one mass in

11  his lungs?

12      A.   Well, he had a -- an endobronchial lesion

13  that was identified.  And then he had the

14  parenchymal lung lesions that were seen on his

15  radiographs and were quite large.

16      Q.   Okay.  And so his lung -- the cancer in

17  his lung was quite large?

18      A.   Yes, as I remember -- as I remember the

19  radiograph, towards the end of his life it had grown

20  considerably.

21      Q.   Okay.  So is it your opinion that his

22  death was most likely related to the cancer in his

23  lung?

24      A.   I don't know that.  No one describes him

25  being particularly short of breath.  And he passed

Lauren C. Pinter-Brown, M.D.

1    away on home hospice.  And I don't have descriptions

2    of what his death was like.

3            Usually, a death from a pulmonary mass

4    would -- would occur because someone gets short of

5    breath and is unable to breathe.

6        Q.   Let me show you his death certificate,

7    which I will mark as Exhibit 4.

8            (Whereupon, Exhibit 4 was marked for

9    identification.)

10   BY MR. HOGUE:

11       Q.   And can you see that?

12       A.   The top part of it, yes.

13       Q.   Okay.  If you go down I have highlighted

14   the cause of his death.  That's -- it refers to the

15   malignant fibrous histiocytoma.

16           Do you see that?

17       A.   Yes.

18       Q.   Do you have any reason to disagree with

19   his death certificate?

20       A.   Is there a part below this?  I'm sorry, I

21   know this is a challenge.  There's usually a part

22   that says something like other illnesses.  Okay.

23           I -- again, if you ask me if I agree with

24   it, since I don't -- I don't see any records of what

25   it was like when he died, I don't know if there was

1    a significant condition contributing to death.  They

2    mentioned decubitus ulcers and other things.  I -- I

3    don't know if that should have been left blank or

4    not.

5         Q.   Okay.  And this was signed by Dr. Steven

6    Leibach.

7              Do you see that?

8         A.   Yes.

9         Q.   And you're aware that Dr. Steven Leibach

10   was Mr. Pecorelli's oncologist; is that correct?

11        A.   I understand that he was involved in his

12   oncologic care, yes.

13        Q.   Okay.  And I think you said before, you

14   haven't reviewed his deposition, right?

15        A.   I -- I don't believe so.  But, again, we'd

16   have to go back to my report.

17        Q.   Okay.  Well, I didn't see any reference to

18   Mr. Leibach's deposition in your report.  I did see

19   the -- the reference to -- to Mr. Lakahni --

20   Lakhani -- Dr. Lakhani's.

21              So sitting here today, you don't really

22   recall whether you reviewed Mr. -- Dr. Leibach's

23   deposition?

24        A.   Everything that I reviewed is in my

25   report.  Since I don't know these individuals,

Lauren C. Pinter-Brown, M.D.

1    sometimes their names may not be something that I

2    remember.  But everything that I reviewed, I put

3    into my report.

4         Q.   Okay.  And in your report right here, you

5    said you reviewed the deposition of patient's son

6    Mark Pecorelli and the deposition of one of his

7    physicians, Dr. Lakhani, right?

8         A.   Correct.

9         Q.   Okay.  There is no reference to

10   Dr. Leibach, his deposition, right?

11        A.   Correct.

12        Q.   Okay.  Based upon your review, do you

13   think that his death was most likely caused by his

14   MFH?

15             MS. ANDERSON:  Asked and answered.

16             THE WITNESS:  Does that mean I answer or I

17   don't?

18             MS. ANDERSON:  Please go ahead and answer,

19   yes.

20             THE WITNESS:  Yes, most likely.

21   BY MR. HOGUE:

22        Q.   Are you aware that Mr. Pecorelli's

23   treating oncologist, Dr. Leibach, believed his MFH

24   was unrelated to his non-Hodgkin lymphoma?

25        A.   No.

Lauren C. Pinter-Brown, M.D.

```
 1          Q.    Okay.  Do you believe his -- strike that.

 2               Do you believe that Mr. Pecorelli's MFH

 3    was unrelated to his non-Hodgkin lymphoma?

 4          A.    I'm not sure of that.

 5          Q.    Okay.  And go to your report where you

 6    discuss his sarcoma, or his MFH.

 7               You say -- it's number 4.

 8               "This malignant fibrous histiocytoma, MFH,

 9    is a soft tissue sarcoma that usually occurs in the

10    extremities or retroperitoneum."

11               That's what you're referring to, right?

12          A.    I'm sorry.  What do you mean, what's --

13    what I'm referring to?

14          Q.    This is the MFH that Mr. Pecorelli -- that

15    you're referring to in your report, right?

16          A.    This is a discussion in general about

17    malignant fibrous histiocytoma.

18          Q.    Okay.  And the last sentence on this page

19    says, "While it is the most common sarcoma to be

20    found within a radiated area, I do not believe that

21    the left main stem bronchus where the diagnostic

22    material originated would have been within the

23    radiated field or the patient's T10 cord

24    compression."

25               Is that correct?
```

Lauren C. Pinter Brown, M.D.

```
 1        A.    You've read the sentence correctly.

 2        Q.    So is your opinion that the --

 3  Mr. Pecorelli's MFH was not located in an area that

 4  he had radiated?

 5        A.    No.   What that sentence states is that the

 6  area that was biopsied was probably not within an

 7  area that was radiated.

 8              But if you go on to continue to read --

 9        Q.    Okay.

10        A.    -- "as the patient had another mass that

11  was not biopsied, that could have been within the

12  radiated area."

13              We would have to have a radiation

14  therapist go over the ports and comment upon that.

15  And that I did not have nor do I have the ability to

16  do that.

17        Q.    Okay.  So you -- this paraspinous mass is

18  what you're referring to?

19        A.    Yes.

20        Q.    And where is that in his body?

21        A.    Next to his spine.

22        Q.    Okay.  And is that in the area where his

23  MFH was identified?

24        A.    It's a mass that was never biopsied.

25        Q.    Okay.  So it's not in his lung; is that
```

Lauren C. Pinter Brown, M.D.

1    correct?

2         A.   Correct.

3         Q.   All right.  So his MFH that was in his

4    lung was not in an area that was subject to

5    radiation treatment; is that -- is that correct?

6         A.   That's what I believe.  But that doesn't

7    mean that was all of his sarcoma, just the part that

8    was biopsied.

9         Q.   Okay.  So you're saying the paraspinous

10   mass could have also been MFH; is that right?

11        A.   Correct.

12        Q.   But you have any way of knowing whether it

13   was MFH, whether it was non-Hodgkin lymphoma, or

14   anything else?

15             MS. ANDERSON:  Objection.  Form.

16             THE WITNESS:  Does that mean I answer?

17             MS. ANDERSON:  Yes.  I'm just putting

18   objections on the record so you should go ahead and

19   answer unless I specifically instruct otherwise.

20             THE WITNESS:  Okay.  Thank you.

21             Now I don't remember the question.  I'm so

22   sorry.  If you could repeat it once?

23   BY MR. HOGUE:

24        Q.   Okay.

25             So the -- the mass that was seen on 11/11

Lauren C. Pinter-Brown, M.D.

```
 1    imaging that you're referring to in your report
 2    that's in the paraspinous area, you don't know
 3    whether that was MFH or non-Hodgkin lymphoma or some
 4    other mass; is that fair?
 5              MS. ANDERSON:  Same objection.
 6              THE WITNESS:  Without a biopsy, it's
 7    unknown what the other masses represented and -- and
 8    would lead some -- decreased clarity to -- to why
 9    the patient passed away.
10    BY MR. HOGUE:
11         Q.   Okay.  The next sentence you say, "The
12    latency between radiotherapy for the cord
13    compression from development of the MFH is shorter
14    than that usually described, however."
15              Do you see that?
16         A.   Yes.
17         Q.   What are you referring to there?
18         A.   When someone has an area radiated, they
19    have an increased risk of other tumors within the
20    radiated field.  While that risk continues
21    throughout the person's entire lifetime, it -- it
22    usually -- those tumors are usually seen many years
23    after the radiotherapy.
24              And that's what that refers to.
25         Q.   What is the normal latency between
```

Lauren C. Pinter-Brown, M.D.

1    radiotherapy and the development of MFH?

2         A.   I have no idea.

3         Q.   Have you looked at any articles to see

4    what the average or the median time for the

5    development of MFH is after treatment with

6    radiation?

7         A.   There's more information looking at the

8    latency seen between radiotherapy and any tumor.  I

9    didn't look at MFH in specific, but there's a quite

10   a literature well-known about the development of

11   secondary malignancies within radiated fields.  And

12   there is going to be variability depending on how

13   much radiation and what is the field.

14        Q.   Okay.  So what is -- for the different

15   types of cancer, what is the normal period that you

16   would expect between radiation and the development

17   of another cancer?

18        A.   I would object to the word "normal."  But

19   if you ask me what time period I would expect to

20   see, it would be somewhere probably more than five

21   years.

22        Q.   Okay.

23        A.   After the radiotherapy.

24        Q.   And when was Mr. Pecorelli -- when was his

25   radiation?

Lauren C. Pinter-Brown, M.D.

```
 1        A.   We'd have to go back into my report to
 2   look for the details so that I'm not guessing.
 3        Q.   So today you don't --
 4        A.   I don't recall that far back.
 5        Q.   You don't recall, correct?
 6        A.   I don't want to guess.  Especially since
 7   it's all written down.
 8        Q.   All right.  Let's...
 9        A.   You just went past it.
10        Q.   All right.
11        A.   It's somewhere in 2010.
12        Q.   Do you see this?
13        A.   Yes, that's why I said it's somewhere in
14   2010.
15        Q.   So it was between his July -- he went and
16   had this core biopsy, and August of 2010, it's
17   somewhere in that time frame; is that -- is that
18   correct?
19        A.   Somewhere in that time frame in 2010.
20        Q.   All right.  And how long after his
21   radiation was Mr. Pecorelli's MFH diagnosed?
22        A.   Well, some -- it's in -- at least probably
23   within the year.
24        Q.   You say below, so in February 2011, he was
25   diagnosed with MFH, right?
```

1        A.    Correct.

2        Q.    So that would be five months to six months

3    later he was diagnosed with MFH after his radiation,

4    correct?

5        A.    Correct.

6        Q.    And does that indicate to you that his MFH

7    was not related to his radiation therapy?

8        A.    It doesn't indicate to me that it was not

9    related.  But as I stated in my report, this

10   interval is much shorter than one would usually

11   expect.

12       Q.    Since it's much shorter than one would

13   usually expect, wouldn't that indicate to you that

14   his MFH is not likely related to his radiation

15   therapy?

16            MS. ANDERSON:  Objection.  Form.

17            You can answer the question.

18            THE WITNESS:  I like the words "not

19   likely" better than your previous words as I cannot

20   tell you unequivocally that they are unrelated.

21   BY MR. HOGUE:

22       Q.    Okay.  But based upon the timing of his

23   diagnosis in relationship to his radiation therapy,

24   you agree that it is unlikely that his MFH was

25   caused by the radiation therapy; is that fair?

1        A.    Yes, less likely.

2        Q.    Doctor, I'm going to show you a medical

3   record.

4              MR. HOGUE:  I'll mark it as Exhibit 6.

5              (Whereupon, Exhibit 6 was marked for

6   identification.)

7   BY MR. HOGUE:

8        Q.    Do you see my screen?

9        A.    Yes.

10       Q.    This is a radiology report.  And you can

11   see it's dated September 15th, 2020 -- 2010, excuse

12   me.

13       A.    Yes.

14       Q.    This was about a month or two after

15   Mr. Pecorelli had his radiation therapy, correct?

16       A.    It was -- yeah, I hate to -- I hate to say

17   this, but I have to look at the months.  It's

18   probably around the time he's completed his

19   radiation.  And they should have said that.  Usually

20   there's a little descriptor on the top of the report

21   that may list the patient's history as to exactly

22   how long it's been since his radiotherapy -- oh --

23   you just passed it.

24             MS. ANDERSON:  Excuse me.  If --

25   Dr. Pinter-Brown, if you need to review the report

1    before answering questions, please do so.

2            THE WITNESS:  If you scroll down.  Keep

3    going.  This is the limitation of Zoom.

4            It says, "Prior radiation therapy within

5    eight weeks?"  And the answer is yes.

6            So it's important when you're looking at

7    the radiographic reports when the radiotherapy

8    occurred.

9    BY MR. HOGUE:

10       Q.   Okay.

11       A.   I guess that's the correct answer.

12       Q.   Okay.  And so this is a report dated

13   September 15th, 2010.  And so the eight weeks

14   would -- would also be consistent with what we went

15   over before, that sometime between July and August

16   of 2010 he had radiation therapy, right?

17       A.   Yeah.  Yes.

18       Q.   Okay.  And you can see the report is

19   referring to a whole body PET/CT scan; is that

20   correct?

21       A.   That's what it says.

22            And then it goes on to describe it's from

23   the base of the skull through the mid thigh.  Which

24   is really not the whole body.

25       Q.   Okay.  But it's from the skull to the --

1    what, mid thigh?

2         A.   Mid thigh.

3         Q.   Okay.

4              MS. ANDERSON:  Counsel, can you please --

5    yeah, can you please, when you're asking about a

6    section of the report, make sure that the entire

7    paragraph is visible or drop the exhibit in the

8    chat?

9              MR. HOGUE:  Is there something the witness

10   needs to look at here?  I'm trying to show the

11   whole -- the whole part of it.

12             MS. ANDERSON:  Well, I could not read the

13   entire paragraph, and I would like to be able to see

14   what exhibit you're talking about, what portion of

15   the exhibit you're talking about.  That's all.

16             MR. HOGUE:  Okay.  It's this part right

17   here.  It says, "Report."  Can you see my little

18   scroller on the screen?

19             MS. ANDERSON:  Yes.

20   BY MR. HOGUE:

21        Q.   Okay.  So we're talking about a whole body

22   PET scan from the base of the skull through the mid

23   thigh; is that correct?

24             MS. ANDERSON:  Objection.  Form.

25             THE WITNESS:  You're asking me?

1    BY MR. HOGUE:

2         Q.   Yes.

3         A.   Yes, the scan was from the base of the

4    skull through the mid thigh.

5         Q.   Okay.  And if you go down it's got the

6    findings.  I'll let you look at it.

7              And the chest area has got these findings

8    of a focal intense F-18 FDG accumulation maximum SUV

9    of 7 in the left superior perihilar region

10   corresponding to probable perihilar lymphadenopathy

11   or mass.

12             Do you see that?

13        A.   Yes.

14        Q.   And what does that tell you was the

15   finding in September of 2010?

16        A.   That the patient might have had a lung

17   mass.

18        Q.   Okay.  And in what area did Mr. Pecorelli

19   later have identified a lung mass?

20             MS. ANDERSON:  Objection.  Form.

21             THE WITNESS:  I'm not sure what you

22   understand -- what your -- what your question is.

23             His biopsy, as I understand it, was taken

24   from an endobronchial lesion.  That's not a lung

25   mass.  That's within the bronchi.

1    BY MR. HOGUE:

2        Q.    So are you saying that you think that this

3    probable -- what was described as a probable

4    perihilar lymphadenopathy or mass is not the MFH

5    that was later diagnosed in his left lung?

6        A.    No.  What I'm saying is that that was not

7    the area that was biopsied and led to the diagnosis.

8        Q.    Okay.

9        A.    As I understand it.

10       Q.    Do you think Mr. Pecorelli had more than

11   one lung mass between September of 2010 and February

12   of 2011?

13       A.    I think we're talking about anatomic

14   differences.  There are lung masses in the lung, and

15   there are endobronchial lesions that are in the

16   bronchi.  Those are the tubes that go to the lung.

17       Q.    Okay.

18       A.    So I might be -- when you use words, I

19   might be thinking about what the meaning of the

20   words are differently than you because I understand

21   the anatomy.

22       Q.    Okay.  Where was his MFH identified?

23       A.    As I understand it, it was a biopsy from

24   an endobronchial lesion.

25       Q.    Okay.  And does this September 2010 lung

Lauren C. Pinter-Brown, M.D.

1   image tell you anything about whether he had MFH as

2   of September of 2010?

3        A.   Any radiographic image doesn't give you a

4   pathologic diagnosis.  The pathologic diagnosis came

5   from a different place in the body than what you are

6   identifying on this report.  A different place not

7   in a general sense that it was in his chest, but in

8   a different specific anatomic place that one would

9   probably not have seen on a PET scan.

10       Q.   So what do you think this -- this PET scan

11   in September of 2010 is likely showing?

12            MS. ANDERSON:  Objection.  Form.

13            THE WITNESS:  As I said before, it shows

14   that the patient had a probable mass in his

15   perihilar area.  That's all it shows.  That's all

16   you can tell from a PET scan.

17   BY MR. HOGUE:

18       Q.   And how far is the perihilar region of his

19   left superior perihilar region from where his MFH

20   was diagnosed?

21       A.   I don't remember or I don't know if I knew

22   exactly where the endobronchial lesion was so that I

23   could tell you in centimeters.

24       Q.   So you, looking at this medical record,

25   don't know what this mass likely was in his left

1  perihilar region; is that fair?

2      A.  No.  What I'm -- what I'm trying to say to

3  you is, we don't make pathologic diagnoses based on

4  PET scans.  When I look at a PET scan, I look at it

5  in the context of the patient's illness and try and

6  interpret what these things may mean.

7          But at this point in time, when he had

8  this PET scan, all you could say is that the patient

9  likely had a perihilar mass.  And as it was not

10  biopsied, ever, to my knowledge, I couldn't tell you

11  exactly what it was.

12          Sometimes, we are fooled by PET scans in

13  that they light up something and that something does

14  not -- is not equivalent to the -- to the pathology

15  that we have.  So we always interpret them with a

16  grain of salt.

17      Q.  So if this area in his perihilar region

18  was a cancer, if it was part of the MFH, then you

19  would agree that it was not caused by his radiation

20  therapy one to two months previously, correct?

21      A.  That's correct.

22      Q.  And when we're referring to the left

23  hilar, is that the left lung region?

24      A.  What do you mean by "left lung region"?

25      Q.  Okay.  What -- what is the hilar?

Lauren C. Pinter Brown, M.D.

```
1        A.   It's the -- it's an area where the
2   bronchial tubes and the lungs come -- originate from
3   or attach to, I guess.  Kind of like a butterfly,
4   the middle part of the butterfly before the wings
5   come out.
6        Q.   So the hilar region is referring to part
7   of the lung?
8        A.   No.  It refers to a region that
9   encompasses both lung, lymph nodes, bronchi, where
10  they're all kind of branching out into the left --
11  in this case, the left part of the chest.
12       Q.   Okay.
13            MR. HOGUE:  Court Reporter, we've -- I
14  think I did Exhibit 1, 2, 3, 4, which is his death
15  certificate, and I think I referred to that as 6.
16  Just so I don't skip anything else, I'm going to
17  make this next one Exhibit 5.  I'll write these
18  down.
19            THE REPORTER:  You are correct.
20            (Whereupon, Exhibit 5 was marked for
21  identification.)
22  BY MR. HOGUE:
23       Q.   Let me see.  Am I showing my screen or
24  not?  Okay.  Can you see my screen now, Doctor?
25       A.   Yes.
```

Lauren C. Pinter-Brown, M.D.

```
 1        Q.   And this is a February 14th, 2011
 2   pathology report.
 3             Do you see that?
 4        A.   Yes.
 5        Q.   And is this the left main stem
 6   endobronchial biopsy you were referring to?
 7        A.   Yes.
 8        Q.   And this is what -- where he was diagnosed
 9   with the MFH, correct?
10        A.   Yes.
11        Q.   All right.  And so this was also in the
12   left region at least of the -- because it's
13   referring to his left main stem endobronchial
14   biopsy, correct?
15        A.   Correct.
16        Q.   Now, would this endobronchial biopsy be in
17   the region related to or nearby the left hilar
18   region?
19        A.   Yes, it would be nearby, or related to.
20        Q.   Okay.  And do you know how far the left
21   main stem endobronchial biopsy is from the left
22   hilar region?
23        A.   I guess two comments.
24             Just so we understand that endobronchial
25   means that this mass is enclosed in a tube called
```

Lauren C. Pinter-Brown, M.D.

```
1    the bronchus.  And then next to the tube would be

2    the hilar region.  And they're -- you're probably

3    talking about, I'm not a pathologist, but several

4    centimeters, maybe two centimeters difference, but

5    the areas, it's not just kind of one area.  This

6    particular tumor is enclosed by the bronchial tube.

7         Q.   Okay.  Just so I'm clear as to whether you

8    think it is likely that what was seen in September

9    of 2010 is the same MFH that is later identified in

10   his pathology.  Do you have an opinion on that?

11        A.   Yes.  Because as the radiographs evolve,

12   the lung mass comes to encompass the hilar area.

13   And I -- I am assuming that the MFH was responsible

14   for that radiographic appearance.

15        Q.   So you believe that his MFH was actually

16   already in his chest area, whether it's the lung

17   area, hilar area, and the bronchial area, it was

18   somewhere in there in September of 2010?

19        A.   No.  That's not what I said.

20        Q.   Okay.  So let me -- so do you believe that

21   he had MFH in his lungs in September of 2010?

22        A.   I don't know.

23        Q.   Okay.  You would agree, though, that

24   Mr. Pecorelli's radiation treatment where his

25   non-Hodgkin lymphoma was not the cause of his MFH;
```

1    is that correct?

2        A.    No.    What I said what -- that it was not

3    the cause of the MFH in the endobronchial lesion.

4        Q.    Okay.    Is it -- well, so I'm trying to

5    understand that.    Are you saying that you -- it is

6    your opinion that his radiation therapy was not the

7    likely cause of his MFH?

8            MS. ANDERSON:    Objection.    Form.

9            THE WITNESS:    No.    I said -- I said that

10    it is not the likely cause of the MFH that was

11    biopsied in his endobronchial region.

12    BY MR. HOGUE:

13        Q.    Okay.    Did you come to any conclusion of

14    what the likely cause of his MFH was in his

15    endobronchial region?

16        A.    Well, in my report, I referenced a paper

17    that links MFH with lymphomas.    Talking about that

18    some investigators believe that in the setting of

19    lymphoma that MFH may behave more aggressively.

20            And so there is that link which I cannot

21    elucidate on more because there is no further

22    information in the medical literature, what the

23    relationship between lymphomas and MFH might be.

24        Q.    So in your report, you cited two articles

25    in this section related to paragraph 4 of your

1    report; is that correct?

2        A.    I don't have the report.  I don't know if

3    it's paragraph 4.

4            But what I'm trying to say is that in the

5    medical literature lymphoma and MFH are not totally

6    unrelated to some investigators.

7        Q.    Okay.  Is this the part of your report

8    you're referring to?

9        A.    Yes.

10       Q.    You say, "While both NHL and MFH are

11   malignancies, the increased incidence with age" --

12   "that increase in incidence with age, some have

13   suggested that both incidence and ability to

14   metastasize are increased in those with lymphoid

15   malignancies."

16           Is that what you're referring to?

17       A.    Yes.

18       Q.    So you're not saying his non-Hodgkin

19   lymphoma caused his MFH; is that correct?

20       A.    I'm saying I don't know but some

21   investigators believe that there's a relationship

22   between the two.

23       Q.    And -- and what do they believe that the

24   relationship is?

25           MS. ANDERSON:  Objection.  Form.

Lauren C. Pinter Brown, M.D.

1          THE WITNESS:  As it states in the report,

2   that the incidence of MFH may be increased in people

3   with lymphoma and that the MFH may behave in a more

4   aggressive fashion in those patients.

5   BY MR. HOGUE:

6       Q.   Now, patients that have radiation

7   treatment for non-Hodgkin lymphoma have a higher

8   risk of MFH in the region that is radiated, correct?

9       A.   Yes.

10      Q.   So one explanation of a relationship

11  between non-Hodgkin lymphoma and MFH would be

12  radiation treatment causing some patients many years

13  later to develop MFH, right?

14          MS. ANDERSON:  Objection.  Form.

15          THE WITNESS:  That may be true for a small

16  amount of patients.  But radiotherapy is not a

17  mainstay of treatment for non-Hodgkin's lymphoma.

18  So there will be many patients with non-Hodgkin's

19  lymphoma who have never received radiotherapy.

20  BY MR. HOGUE:

21      Q.   And in the papers that you cited, did you

22  look to see how many of the MFHs were associated

23  with radiation therapy?

24      A.   I would have to go back.  However, I would

25  say that the researchers that wrote these papers are

1   well aware of the association of MFH in a radiated

2   area and they would have included that information

3   and that statement in their conclusion if that had

4   been the case.

5        Q.   Okay.  In the papers, did MFH occur before

6   non-Hodgkin lymphoma in -- in some of those

7   patients?

8        A.   I would have to go back and look at the

9   papers to make absolutely sure of that answer.

10       Q.   Okay.  So you don't recall?

11       A.   Not -- not to the degree that I want to

12  make it a statement of fact.

13       Q.   You indicate in your report that some have

14  suggested that both incidence and ability to

15  metastasize are increased in those with lymphoid

16  malignancies.

17            Is that -- is that what your opinion is,

18  that some have suggested that, or do you have an

19  opinion on that?

20            MS. ANDERSON:  Objection.  Form.

21            THE WITNESS:  I don't understand if

22  you're -- if you're asking me -- I don't understand

23  what you're asking me.  I'm sorry.

24  BY MR. HOGUE:

25       Q.   Is it your opinion that patients with

1    non-Hodgkin lymphoma have a higher risk of MFH

2    because they have non-Hodgkin lymphoma?

3         A.    I can -- I can only state what I read in

4    the medical literature.  And that's why I've cited

5    these two papers.  They're not my papers.  And I

6    have not done research in that area specifically.

7         Q.    So you don't know whether patients with

8    non-Hodgkin lymphoma have a higher rate or risk of

9    MFH?

10             MS. ANDERSON:  Objection.  Form.

11             THE WITNESS:  No.  What I said is that

12   there are these two papers.  I am not the author on

13   either one.  And they have suggested that -- that

14   the incidence is increased in those patients.  I

15   have not done primary research in this area myself.

16   So I need to rely on the papers that are published

17   in the medical literature as to --

18   BY MR. HOGUE:

19        Q.    Okay.

20        A.    -- if there is an association between the

21   two illnesses or not.

22        Q.    Okay.  And the -- are these two articles

23   the total of your reliance materials on that topic?

24        A.    Yes.

25        Q.    All right.

1         MR. HOGUE:  All right.  So the next

2  exhibit will be Exhibit 7; is that correct?

3         THE REPORTER:  Yes.

4         (Whereupon, Exhibit 7 was marked for

5  identification.)

6  BY MR. HOGUE:

7     Q.   All right.  Doctor, I'm going to mark as

8  exhibit -- the next exhibit here, Exhibit 7, this is

9  the paper, the two -- the 1978 paper in Cancer.

10        Is this one of the two articles you were

11 referring to?

12    A.   You'd have to show me my reliance list so

13 I can make sure.

14    Q.   You need to go back to your reliance list

15 to look to see if "Malignant fibrous histiocytoma:

16 analysis of 200 cases," by Sharon Weiss, in Cancer

17 in 1978 is the paper you're relying on?

18    A.   Yeah, if you can show me my report, then I

19 can tell you if that's the exact same citation.  I

20 don't exactly remember these.  I read a lot of

21 medical literature.

22    Q.   This is your citation.

23    A.   Okay.  So it's Volume 41(6).  Let's go

24 back to the paper.  Yes, that's correct.

25    Q.   All right.  So what is it about this

1    article that you're relying upon for your opinions?

2         A.   I was looking at their conclusion in the

3    paper.  And hopefully I cited the right article.

4    You're showing us the abstract.

5         Q.   Okay.  What would you like to look at?

6         A.   Maybe go down to the conclusions.

7    Hopefully I cited the right article and I didn't

8    pick the wrong article for my report.  But I'm not

9    perfect so we'll see.  I may have cited the wrong

10   article.  It's possible.

11        Q.   I'm sorry, some of these highlights are --

12        A.   And -- I know, it's -- it's a challenge.

13   It's a challenge.  Keep going up.  Up.  Stop.  Stop.

14            I'm just trying to see, you know, if I can

15   recreate what I saw.

16            Okay.  And then go down just a little bit.

17   Keep going.

18            Okay.  And then go up so we go to the next

19   column.  I know this is like suboptimal here.

20            Okay.  And then if you could go back to

21   the original question.

22        Q.   Yes.

23            What is it about this article that you're

24   citing for your opinions?

25        A.   I'm so sorry.  I -- I really would have to

1    look at the article again and -- and doing it this

2    way I'm -- I'm not able to tell you.  I'm very

3    sorry.  I just can't --

4        Q.   All right.

5        A.   -- read an article like this.

6        Q.   Well, let me ask you some specific

7    questions.

8        A.   Okay.

9        Q.   This is on page 2264.  I have a few things

10   that are highlighted.

11            And it says, "13 percent of the present

12   patients had a second neoplasm."

13            Do you see that?

14       A.   Yes.

15            MS. ANDERSON:  I'm going to object.  State

16   an objection with respect to all the questions for

17   this article given that she has not been able to

18   review it except for scrolling on your shared

19   screen.

20            But you can go ahead.

21            MR. HOGUE:  I'm assuming she read it

22   before she cited to it so I'm going to ask questions

23   about it.

24            MS. ANDERSON:  I'm not instructing her not

25   to answer.  I have a standing objection that I'm

Lauren C. Pinter Brown, M.D.

1  placing on the record with respect to any questions

2  for this exhibit.  Thank you.

3  BY MR. HOGUE:

4      Q.   All right.  Doctor, you did review this

5  article before you cited it in your report, right?

6      A.   I did.

7      Q.   Okay.  And it -- one of the things it

8  says, "In view of the age of the patients it seems

9  unlikely that this is statistically meaningful."

10         Do you see that?

11     A.   I see that sentence.

12     Q.   And -- and why do you -- what did you

13  interpret that to mean?

14     A.   I would have to read that entire

15  paragraph.  I -- because you can't take one sentence

16  out and then ask me to tell you what it means.  I'm

17  sorry, it's really -- it's very hard to review a

18  paper like this.  It's not your fault.  It's just --

19  it's just difficult.

20     Q.   So one of the statements they have here is

21  the sentence that says, "These diseases were

22  preceded or followed by MFH with approximately equal

23  frequency."

24         Do you see that?

25     A.   Yes.

Lauren C. Pinter-Brown, M.D.

1    Q.    So is it your understanding now that some

2    of the cases had MFH before they had any type of

3    lymphoma?

4    A.    Yes.   That's not common when there's a

5    relationship between diseases.

6    Q.    Okay.   So there's 13 percent of this group

7    of patients had two different types of cancer.   Some

8    of them were leukemia.   Some of them were

9    non-Hodgkin lymphomas.   Some of them were myelomas.

10        Do you see that?

11   A.    Yes.

12   Q.    All right.   And so they say that, "In view

13   of these" -- "age of these patients, it seems

14   unlikely that this is statistically meaningful."

15        That's one of their sentences, right?

16   A.    Again, you're taking a sentence out of

17   context and you're asking me to interpret it and I

18   find that really difficult.

19   Q.    Okay.

20        MS. ANDERSON:  Michael, if you have -- if

21   you have questions about this exhibit, can you

22   please either drop it in the chat or e-mail it so we

23   can look at the full exhibit?  Dr. Pinter-Brown has

24   expressed multiple times that it's very difficult

25   for her to answer the question about a highlighted

1    sentence in an -- in an article of this depth.

2           MR. HOGUE:  I'd be glad to e-mail it.  I

3    assume she has a copy of the -- of the article.

4           MS. ANDERSON:  Well, I think I'm also

5    entitled to a copy of the exhibit you're entering in

6    the record.

7           MR. HOGUE:  All right.  Let me -- let me

8    ask a few questions about this article.  I mean, I

9    don't --

10          MS. ANDERSON:  Okay.  Well, I'll just

11   restate my objection that I object to all the

12   questions being asked about this article given that

13   you have not provided a complete copy of this

14   exhibit to myself or the witness to review.

15          MR. HOGUE:  It's one of two articles cited

16   in her report.

17      Q.   Okay.

18          MS. ANDERSON:  Right.  But you -- I it's

19   my understanding that you've entered this as an

20   exhibit to this deposition; is that correct?

21          MR. HOGUE:  I am going to enter it as an

22   exhibit.

23          MS. ANDERSON:  And -- and that you're

24   entering this -- this entire article as an exhibit

25   to this deposition; is that correct?

Lauren C. Pinter-Brown, M.D.

1          MR. HOGUE:  I am so doing it, and I'm

2    showing it on the screen where I'm asking a

3    question.

4          MS. ANDERSON:  That's fine.  But we don't

5    have access to the full exhibit.  Thus my objection.

6    And my objection will be standing.  I can interrupt

7    you after every question if you are rejecting my

8    standing objection.  That's your choice.  Or you can

9    accept my standing objection.

10         I -- I object to this line of questioning

11   because we do not have access to this exhibit.

12         MR. HOGUE:  Would you like me to send it

13   to you, Ms. Anderson?

14         MS. ANDERSON:  Yes.

15         MR. HOGUE:  Why don't we go off the

16   record.

17         THE VIDEOGRAPHER:  We are now going off

18   the record.  And the time is 10:15 a.m.

19         (Whereupon, a brief recess was taken.)

20         (Whereupon, Exhibit 8 was marked for

21   identification.)

22         THE VIDEOGRAPHER:  We are now going back

23   on the record.  And the time is 10:31 a.m.

24   BY MR. HOGUE:

25         Q.   Doctor, I've sent to you these two

1    articles that you have cited.  One was in Cancer.

2    It's the Weiss article.  Can you go back to that

3    with me?

4         A.   Yes.

5         Q.   All right.  And I can pull it up on the

6    screen as well -- via the chat.  All right.

7              This is on page 2264.  This is where we

8    were talking about before.

9         A.   Okay.

10        Q.   Where we said 13 percent of the patients.

11             Do you remember that?

12        A.   Yes.

13        Q.   All right.  And it indicates that some of

14   these patients had the MFH before they actually had

15   non-Hodgkin lymphoma or some other lymph --

16   leukemia, right?

17        A.   Yes.

18        Q.   Okay.  So in that scenario, certainly, the

19   non-Hodgkin lymphoma would not be causing them to

20   develop MFH, right?

21             MS. ANDERSON:  Objection.  Form.

22             THE WITNESS:  I would hate to use lawyer

23   words, but I'll use it in -- just in an English way.

24   I object to the -- to the use of the word "cause."

25             So these are associations and sometimes in

1    associations, at least in lymphomas when I've

2    studied them, sometimes you don't always see the

3    lymphoma being diagnosed first and then the -- the

4    event of interest.  Sometimes when there's an

5    association the event of interest actually happens

6    before or concurrently.

7              So we're not talking about cause -- causes

8    here.  We're talking about what they say is -- and

9    let's -- I can use their words.

10             "An additional finding of interest is the

11   association of MFH with various hematopoietic

12   diseases."

13             And that's all I'm saying, is that there

14   may be an association which interested these

15   researchers when they wrote their papers.

16   BY MR. HOGUE:

17       Q.   Okay.  So it's not your opinion that --

18   that non-Hodgkin lymphoma or these other lymphomas

19   cause patients to develop MFH later in life; is that

20   fair?

21             MS. ANDERSON:  Object to the form.

22             THE WITNESS:  I -- I can't answer the

23   question because it's -- it's complicated.  Can you

24   rephrase it in another way?

25

1    BY MR. HOGUE:

2         Q.   Well, when a person develops non-Hodgkin

3    lymphoma, it's not your opinion that that's going to

4    be a cause of them later developing an MFH, is it?

5              MS. ANDERSON:  Objection.  Form.

6              THE WITNESS:  I think the problem I'm

7    having is the use of the word "cause."  I -- I just

8    don't know how to answer a question when you use

9    that word.

10   BY MR. HOGUE:

11        Q.   Okay.  There is a difference between an

12   association and causation; is that fair?

13        A.   In English there is.  In the English

14   language there is.

15        Q.   Well, in science.

16        A.   In medicine --

17        Q.   Science.

18        A.   In science, the -- the word "cause" -- the

19   word "cause" is -- is a difficult one.  And people

20   have used various postulates to try and figure out

21   what agents are causative and -- and there are

22   criterion that have been set up to determine causes.

23             But often we're not able -- we don't have

24   enough information or are unable to fulfill those

25   postulates, and we look for things that are

1    associations.

2         Q.   Okay.  You're not going to offer an

3    opinion at trial that Mr. Pecorelli's non-Hodgkin

4    lymphoma caused him to later develop MFH; is that

5    correct?

6              MS. ANDERSON:  Objection.  Form.

7              THE WITNESS:  I would offer the same

8    opinion as in my report.  That some researchers have

9    noticed an association.  And I say that so that we

10   are aware that some people have raised the question

11   that these two illnesses are not totally unrelated.

12   BY MR. HOGUE:

13        Q.   But you're not going to offer an opinion

14   that his non-Hodgkin lymphoma caused him to develop

15   MFH, right?

16             MS. ANDERSON:  Objection.  Form.

17             THE WITNESS:  I don't use the word

18   "cause."

19   BY MR. HOGUE:

20        Q.   Okay.  Are you offering an opinion that

21   Roundup caused Mr. Pecorelli's non-Hodgkin lymphoma?

22             MS. ANDERSON:  Objection.  Form.

23             THE WITNESS:  No, I don't use the word

24   "cause."

25

1    BY MR. HOGUE:

2         Q.   What is -- what are the words that you

3    use?

4         A.   Substantial contributing factor.

5         Q.   Okay.  And you're not offering an opinion

6    that Mr. Pecorelli's non-Hodgkin lymphoma was a

7    substantial contributing factor to his development

8    of MFH, are you?

9         A.   I don't know the answer to that.  I merely

10   am raising the question.

11        Q.   So you don't know the answer as to

12   whether -- I'm -- I'm trying to understand.

13             You don't know whether you're offering an

14   opinion or you just don't know whether they're

15   related or not?

16             MS. ANDERSON:  Objection.  Form.

17             THE WITNESS:  Neither.  There is --

18   there's only two papers that discuss this issue.

19   And I'm merely saying that the -- that the two are

20   not in some people's minds totally unrelated

21   malignancies.

22   BY MR. HOGUE:

23        Q.   Okay.  But there's insufficient evidence

24   for you to say that Mr. Pecorelli's non-Hodgkin

25   lymphoma was a substantial contributing factor to

Lauren C. Pinter Brown, M.D.

```
 1    the development -- his development of MFH; is that

 2    fair?

 3              MS. ANDERSON:  Objection.  Form.

 4              THE WITNESS:  I'll say that's fair.

 5    BY MR. HOGUE:

 6        Q.    Okay.  A couple of things that in this

 7    article -- this section here that says "MFH occurred

 8    in site previously irradiated after an interval of 8

 9    to 16 years."

10              Do you see that?

11        A.    Yes.

12        Q.    And so that -- one of the things that we

13    were talking about before is that the potential

14    association between MFH and -- would be the

15    treatment for radiation in some patients when it

16    occurs eight to 16 years later, right?

17        A.    Well, in this -- in this article, they're

18    talking about two specific cases out of -- let's

19    see -- how many cases -- nine cases.

20              And as I said previously, since this

21    association is well-known in the medical community,

22    any paper would have to have stated which patients

23    had received radiotherapy because that's a known

24    association.  And just as I discussed, here they are

25    saying two of the patients out of the nine had had
```

Lauren C. Pinter Brown, M.D.

1  previous radiotherapy.

2      Q.   Okay.  And -- and the eight years and

3  16 years would be an interval that you might expect

4  MFH to occur after somebody is radiated if it occurs

5  in the radiated area, right?

6          MS. ANDERSON:  Objection.  Form.

7          THE WITNESS:  There's substantial periods

8  of time, and as I said, the risk of secondary tumors

9  within a radiotherapy port continues for the

10 patient's entire life.  So however long the person

11 lives.  Could be 25 years later, I suppose.

12 BY MR. HOGUE:

13     Q.   But you would expect it to take at least

14 five years, right?

15     A.   I don't know if it has to be --

16         MS. ANDERSON:  Objection.  Form.

17         THE WITNESS:  Oh.  I'm sorry.

18         MS. ANDERSON:  That's okay.

19         THE WITNESS:  I don't know if it has to be

20 exactly five years.  I'm not a radiotherapist.  I

21 haven't reviewed that literature recently.

22         But I would expect it to be a prolonged

23 period of time in general, in -- on the average.

24 That means there's some people that are going to be

25 very long, like I mentioned, maybe it's 25 years

Lauren C. Pinter Brown, M.D.

```
 1   later, and some people that might be shorter.
 2   BY MR. HOGUE:
 3       Q.   But you would expect it to be at least
 4   five years as you discussed previously, right?
 5           MS. ANDERSON:  Objection.  Form.
 6   Mischaracterizing her prior testimony.
 7           THE WITNESS:  I'd have to look and see the
 8   exact words I used before.
 9           But in my mind, usually when I'm
10   considering an association, it's after several years
11   after the radiotherapy.  That doesn't mean that it
12   couldn't happen a shorter period of time.  But
13   that's usually what I consider when I'm trying to
14   link up the two possibly in a given patient.
15   BY MR. HOGUE:
16       Q.   All right.  Let's go to Exhibit 8.  Am I
17   still sharing or not?  All right.  Exhibit 8.
18           Is this the other article you cite?
19       A.   Yes.
20       Q.   Okay.  And what about this article are you
21   relying upon or citing it for?
22       A.   Well, you're -- you're flipping around so
23   I'm going to look at my own version.
24       Q.   Oh, please.
25       A.   But in the conclusion, if you are just
```

1    looking at the abstract, it says, "In the presence

2    of CLL or NHL, MFH seems to behave more

3    aggressively."

4         And I think that's -- that is an

5    interesting commentary, particularly when we look at

6    this patient's course.

7         Q.   Okay.  If you go to this last part of the

8    conclusion, the last sentence says, "However,

9    overall survival does not appear to be worse in

10   cases of MFH and CLL or non-Hodgkin lymphoma than in

11   MFH alone."

12        Do you see that?

13        A.   Yes.

14        Q.   So that one of the conclusions of this

15   paper was that patients with MFH alone survive about

16   the same time period as patients who have MFH and

17   non-Hodgkin lymphoma, right?

18        A.   That's what it says.  There's several

19   explanations for that.

20        Q.   Is there anything else in -- specifically

21   in this paper you're relying upon for your opinions?

22        A.   I'd have to -- I'm sorry.  But I'd have

23   to, again, read through the entire paper, as I did

24   when I quoted it, to see if there are any other bits

25   of information contained in this paper that I found

1    useful.

2         Q.   Okay.  So, Doctor, it's not -- well, let

3    me strike that.

4              Is it your opinion one way -- well -- so

5    just to be clear, it's not your opinion that

6    Mr. Pecorelli's radiation caused him to develop MFH;

7    is that fair?

8              MS. ANDERSON:  Objection.  Form.

9              THE WITNESS:  No, that's not what I said

10   in my report.

11   BY MR. HOGUE:

12        Q.   What did you say in your report?

13        A.   I said that he had a paraspinous mass that

14   may have, in fact, been the primary and that might

15   have been within the radiated port.  So the area

16   that was biopsied, we don't know if it represents

17   the place that it -- it started or just a place that

18   it went to, but it allowed them to make a diagnosis.

19        Q.   Are you opining that Mr. Pecorelli's

20   radiation therapy caused him to develop MFH?

21             MS. ANDERSON:  Objection.  Form.

22             THE WITNESS:  As I've told you, I don't

23   really know the answer.

24   BY MR. HOGUE:

25        Q.   So you can't say one way or the other to a

```
 1    reasonable degree of medical probability that his

 2    radiation therapy caused him to develop MFH?

 3              MS. ANDERSON:  Objection.  Form.

 4              THE WITNESS:  I'm sorry.  One more time on

 5    the question.

 6    BY MR. HOGUE:

 7        Q.   Yes.

 8              You can't say to a reasonable degree of

 9    medical probability that his treatment -- radiation

10    treatment caused him to develop MFH; is that right?

11              MS. ANDERSON:  Objection.  Form.

12              THE WITNESS:  I -- I think it's unlikely

13    but not impossible.

14    BY MR. HOGUE:

15        Q.   What is your understanding of

16    Mr. Pecorelli's smoking history?

17        A.   He was a longtime smoker.

18        Q.   And he smoked at least 70 pack years of

19    cigarettes, right?

20        A.   He smoked for a long time.  Most of his

21    life.

22        Q.   So 70 or 80 years, right?

23        A.   He lived to 80 years.  I don't think he

24    started smoking right as he came -- came into --

25    into this world, but he started smoking as a -- as a
```

Lauren C. Pinter Brown, M.D.

1    teenager or a young boy.

2        Q.   Okay.  And you've seen his medical records

3    where some say 70 pack years of smoking and I know

4    at least one said a hundred pack years of smoking.

5    That doesn't -- that's not inconsistent with your

6    understanding, right?

7        A.   Right.  It's not inconsistent.

8        Q.   All right.  And smoking causes cancer,

9    correct?

10       A.   No.  It's associated with -- with lung

11   cancer.

12       Q.   Okay.  And he had cancer in his lungs,

13   right?

14       A.   No.  He did not have lung cancer.

15       Q.   Did he have a cancer in his lungs?

16           MS. ANDERSON:  Objection.  Form.

17           THE WITNESS:  He had a cancer in his

18   lungs, yes, but it wasn't lung cancer.

19   BY MR. HOGUE:

20       Q.   Okay.  You said he had -- not all of his

21   areas of his lung were biopsied.

22           Do you recall that?

23       A.   Yes.

24       Q.   And it would not be unusual for an

25   82-year-old who smoked 70 pack years of cigarettes

```
 1   to develop lung cancer, would it?
 2        A.   I don't know what the statistics are.  I'm
 3   not a lung cancer specialist.  But I know that we're
 4   quite worried that smoking causes lung cancer, is a
 5   substantial contributing factor.
 6        Q.   Okay.  And I guess with -- with those
 7   unbiopsied masses you can't say one way or the other
 8   whether they were some type of lung cancer, whether
 9   they were an MFH, or any other type of cancer; is
10   that fair?
11             MS. ANDERSON:  Objection.  Form.
12             THE WITNESS:  Right.  It could have been
13   non-Hodgkin's lymphoma for all I know.
14   BY MR. HOGUE:
15        Q.   Is there any evidence that he had
16   non-Hodgkin lymphoma in his lungs?
17        A.   There's no biopsy to show that, just as
18   there is no biopsy to show that he had lung cancer.
19        Q.   All right.  So you wouldn't -- but he did
20   have a lung -- a biopsy that showed he had MFH,
21   which is a type of cancer, in his lung, right?
22             MS. ANDERSON:  Objection.  Form.
23             THE WITNESS:  MFH is a type of cancer.
24   And the place where they biopsied in the
25   endobronchial area is the tube that goes to the
```

1    lungs.

2    BY MR. HOGUE:

3        Q.   Okay.  Is it your opinion to a reasonable

4    degree of medical probability that the other cancers

5    in his lung were most likely MFH?

6            MS. ANDERSON:  Objection.  Form.

7            THE WITNESS:  Yes, I -- I'd say that most

8    likely they were MFH.  Although they were

9    unbiopsied.

10   BY MR. HOGUE:

11       Q.   You are not offering an opinion that

12   Roundup caused or contributed to his MFH, are you?

13       A.   I am not an MFH expert, by any means.  I

14   wouldn't be able to offer that opinion.

15       Q.   And you haven't seen any evidence that

16   Roundup is associated with MFH; is that fair?

17       A.   I've not looked for any evidence regarding

18   Roundup and MFH.

19       Q.   We talked a little bit about Mr. Pecorelli

20   having a splenic marginal zone lymphoma, right?

21       A.   Yes.

22       Q.   And is that -- is splenic marginal zone

23   lymphoma a different type of cancer than other

24   non-Hodgkin lymphomas?

25       A.   I'm not sure I understand your question.

Lauren C. Pinter Brown, M.D.

```
1        Q.   Yes.  Are there various types of
2   non-Hodgkin lymphoma?
3        A.   Yes.
4        Q.   And marginal zone lymphoma is one type,
5   right?
6        A.   Correct.
7        Q.   And are there different causes of
8   different types of non-Hodgkin lymphoma?
9        A.   Some non-Hodgkin's lymphoma are associated
10   with certain factors.  And then there are
11   contributing factors that are seen in almost all
12   non-Hodgkin's lymphomas.  That would be more
13   general.
14        Q.   Okay.  And is smoking a risk factor for
15   non-Hodgkin lymphoma?
16        A.   I do not consider it such.
17        Q.   Is smoking a risk factor for any type of
18   non-Hodgkin lymphoma?
19        A.   I don't consider it such.
20        Q.   Do you believe smoking is a risk factor
21   for follicular lymphoma?
22        A.   No.
23        Q.   Do you know whether smoking is a risk
24   factor for MFH?
25        A.   As I told you, I'm not an MFH expert, by
```

Lauren C. Pinter-Brown, M.D.

1    any means.

2        Q.    Okay.  Are you aware of any study finding

3    that Roundup is associated with splenic marginal

4    zone lymphoma?

5        A.    Well, splenic marginal zone lymphoma

6    represents probably one percent, or something like

7    that, of non-Hodgkin's lymphomas.  Many of the

8    studies for Roundup don't tell you the subtypes or

9    tell you the subtypes but the pathology was not

10   reviewed.

11             So there may be a paper where somebody

12   mentioned splenic marginal zone lymphoma

13   specifically amongst all the papers, but sometimes

14   the subtyping is a very difficult thing to see in

15   the literature for the reasons I just expressed.

16       Q.    Okay.  Have you looked to see whether

17   there's any evidence of association between

18   glyphosate or Roundup and marginal zone lymphoma?

19       A.    As I told you, looking at the entire

20   literature of the association of pesticides and

21   non-Hodgkin's lymphoma, is extremely difficult to

22   look at the different subtypes.  Sometimes because

23   the subtype is a very small portion and so it's not

24   really able to be something to be examined.

25             And in large part, because most of those

Lauren C. Pinter-Brown, M.D.

1  studies don't have pathology review, and the

2  pathology reading of lymphomas is quite difficult

3  and is often inaccurate.  So I would say looking at

4  the entire literature, looking at specific subtypes

5  of non-Hodgkin's lymphomas is extremely difficult.

6      Q.   Well, have you done so?

7           MS. ANDERSON:  Objection.  Form.

8           THE WITNESS:  I've looked at the papers

9  and how they -- how they ascertained pathology

10  diagnoses or if they -- if they decided to discuss

11  different subtypes.  And as I've previously stated,

12  I find it very, very difficult to look at that

13  literature and interpret it according to subtypes

14  for the reasons I previously stated.

15  BY MR. HOGUE:

16      Q.   Well, have you identified any article or

17  study showing a statistically significant increased

18  risk between glyphosate and marginal zone lymphoma?

19           MS. ANDERSON:  Objection.  Form.

20           THE WITNESS:  As I've previously stated, I

21  don't feel that it is -- it is possible to render an

22  opinion about specific subtypes of non-Hodgkin's

23  lymphoma and glyphosate because the information is

24  not accurate in these reports.  In some -- in some

25  instances, it's not even given.

Lauren C. Pinter Brown, M.D.

```
 1   BY MR. HOGUE:

 2        Q.   So are you saying that you have not looked

 3   at and attempted to analyze glyphosate's

 4   relationship or non-relationship specifically with

 5   marginal zone lymphoma?

 6        A.   No.

 7             MS. ANDERSON:  Objection.  Form.

 8             THE WITNESS:  No.  I'm saying that looking

 9   at the papers I don't feel comfortable assessing

10   them when looking at specific subtypes because of

11   the methodology of the studies.  I don't believe it

12   can be done accurately.

13   BY MR. HOGUE:

14        Q.   And is that for all subtypes of

15   non-Hodgkin lymphoma or just marginal zone lymphoma?

16             MS. ANDERSON:  Objection.  Form.

17             THE WITNESS:  In some ways it's a -- it's

18   a problem with -- with all subtypes.  But it's

19   specifically a problem with the very uncommon

20   subtypes like splenic marginal zone lymphoma where

21   there may not have been very many patients with that

22   diagnosis within a given study.

23   BY MR. HOGUE:

24        Q.   So are you saying that you look at the

25   data between glyphosate and non-Hodgkin lymphoma
```

1  overall and then extrapolate to that specific

2  marginal zone lymphoma as having the same risk?

3            MS. ANDERSON:  Objection.  Form.

4            THE WITNESS:  I think that's the only way

5  I can accurately do it because I can't be confident

6  in the literature looking at the subtypes.  It's

7  just not possible.  And -- and it's unfortunate, but

8  that's the way it is.

9  BY MR. HOGUE:

10     Q.   Okay.  With respect to any risk factor

11  that is identified for non-Hodgkin lymphoma overall,

12  would you therefore also extrapolate specifically to

13  marginal zone lymphoma?

14            MS. ANDERSON:  Objection.  Form.

15            THE WITNESS:  I'm sorry.  Ask me one more

16  time.

17  BY MR. HOGUE:

18     Q.   Yes.

19            If there's a risk factor for non-Hodgkin

20  lymphoma overall, then would you also assume that

21  that is a risk factor specifically for marginal zone

22  lymphoma?

23     A.   Well, as I stated, there's some risk

24  factors that are -- that are kind of general that

25  are -- that are associated with all non-Hodgkin's

1  lymphomas and then there are some risk factors that

2  are associated with certain subtypes.

3         So if you're asking me if the general --

4  the general risk factors for non-Hodgkin's lymphoma

5  would apply to splenic marginal zone lymphoma as a

6  representative of a non-Hodgkin's lymphoma, I would

7  say yes.

8     Q.   How do you determine whether a risk factor

9  is related to all types of non-Hodgkin lymphoma

10  versus one specific subtype of non-Hodgkin lymphoma?

11     A.   Well, in some instances, there are risk

12  factors that -- that really are only described in

13  certain lymphomas.  And so there's a more -- there

14  seems to be a more specific risk with that lymphoma.

15         Then there are risk factors that are --

16  that are general that are associated with all

17  non-Hodgkin's lymphomas and -- and the reason they

18  are is because they represent general or systemic

19  perturbations, like in the immune system as an

20  example, where we -- where we understand that the

21  risk of lymphoma would be increased.

22     Q.   Okay.  Can you give me an example of a

23  risk factor for splenic marginal zone lymphoma that

24  you think is not applicable to other non-Hodgkin

25  lymphomas?

Lauren C. Pinter Brown, M.D.

1        A.    That's a tough one.  But I'll give you a

2   sort of an example.

3             So there has been some papers describing

4   Hepatitis C as a substantial contributing factor or

5   risk factor in splenic marginal zone lymphoma.  But

6   there's also some papers that you can find that in

7   general, when someone has Hepatitis C, their

8   incidence of non-Hodgkin's lymphoma is increased.

9             So there's an example of something that

10  may be both specific and general in a way.

11  Described more in one subtype specifically than it

12  has been in others.

13       Q.    Are there any specific papers you look at

14  to distinguish between risk factors from various

15  subtypes of non-Hodgkin lymphomas?

16             MS. ANDERSON:  Objection.  Form.

17             THE WITNESS:  Ask me one more time.  I'm

18  not sure I understood.

19  BY MR. HOGUE:

20       Q.    Yeah.

21             Is there any one set of papers or articles

22  that you would go to to look at a risk factor to

23  determine if it's related to a specific subtype or

24  overall non-Hodgkin lymphoma?

25             MS. ANDERSON:  Objection.  Form.

Lauren C. Pinter-Brown, M.D.

```
 1            THE WITNESS:  I suppose one resource that

 2   might be looked at in terms of specific risk factors

 3   would be the WHO classification.  But what they

 4   don't discuss in the WHO classification are these

 5   more general risk factors.  They have chapters on

 6   specific kinds of lymphoma and -- and within them,

 7   they might cite articles that look at specific risk

 8   factors for that lymphoma.  But there is no general

 9   article about all non-Hodgkin's lymphoma.  That's

10   not the intention of the volume.

11   BY MR. HOGUE:

12       Q.   Okay.  You're familiar with the Andreotti

13   2018 paper from the Agricultural Health Study; is

14   that right?

15       A.   Yes, I read it at one time, not recently.

16       Q.   All right.  I'm going to -- I'm not going

17   to go through the whole paper, but I want to ask you

18   about Table 3.  I'll show it to you.

19            Table 3 has a discussion of cancer

20   incidence in relation to lagged weighted lifetime

21   days of glyphosate use in the Agricultural Health

22   Study, and it breaks out for different subtypes.

23            Do you see that?

24       A.   Yes.

25            MS. ANDERSON:  Is this being entered as an
```

```
 1   exhibit?

 2           MR. HOGUE:  Yes.  Exhibit 8.

 3           MS. ANDERSON:  Okay.  Thank you.

 4   BY MR. HOGUE:

 5       Q.   I'll go first to Table 2, and then I'll

 6   come to Table 3, but there's two sections where it

 7   discusses marginal zone lymphoma.

 8           Table 2 -- and I'll stop scrolling.

 9           Table 2 deals with cancer incidence in

10   relation to intensity-weighted lifetime days of

11   glyphosate use in Agricultural Health Study.

12           Do you see that?

13       A.   Yep.  Yes.

14       Q.   Okay.  All cancers, right?

15       A.   Yes.

16       Q.   And they found no association in this

17   study for all cancers in Table 2, right?

18       A.   That's this particular study.

19       Q.   Okay.  And then for non-Hodgkin lymphoma,

20   they find no association for all non-Hodgkin

21   lymphomas, correct?

22       A.   In this particular study.

23       Q.   And in marginal zone lymphoma they also

24   find no association between glyphosate and marginal

25   zone lymphoma in this study, right?
```

1          A.    In this particular study.

2          Q.    And that's in both Table 2 and in

3     Table 3 --

4                MS. ANDERSON:  Michael, I'm -- I'm sorry,

5     but which exhibit is this?

6                MR. HOGUE:  Exhibit 8.  I'm going to mark

7     it as Exhibit 8.  It's the Andreotti 2018 study.

8                THE REPORTER:  No.  I believe it's

9     Exhibit 9.

10               MR. HOGUE:  Is it the next exhibit?  I'm

11    sorry, it will be the next exhibit, Exhibit 9, if

12    that's the next exhibit.

13               (Whereupon, Exhibit 9 was marked for

14    identification.)

15               MS. ANDERSON:  Okay.  And are you going to

16    provide a copy of this exhibit?

17               MR. HOGUE:  Do you not have a copy of the

18    exhibit?  I mean, this is the Agricultural Health

19    Study.  I mean, I'm showing it on the screen, the

20    parts that I'm asking questions about, so if you

21    have an objection you can just object.

22               MS. ANDERSON:  I have an objection.  I

23    object that this -- that this exhibit that's being

24    entered on the record is -- looks like, you know,

25    it's -- I don't remember the exact length of the

1   article but it's many hundreds of pages and it has

2   not been provided to the witness or myself.  So I

3   have a standing objection to the questions being

4   asked with respect to this exhibit.

5   BY MR. HOGUE:

6        Q.   Okay.  It's an eight-page article that you

7   have reviewed; is that correct, Doctor?

8        A.   Yes, I reviewed it sometime ago.

9        Q.   All right.  Table 3 has some discussion of

10  five-year lag and 20-year lag period.

11            Do you recall that?

12       A.   I see it there on your table.

13       Q.   Okay.  And for marginal zone lymphoma in

14  the study, it -- there was no association with

15  marginal zone lymphoma and glyphosate use in the

16  five-year lag or in the 20-year lag setting, right?

17       A.   In this particular study.

18       Q.   All right.  And since you're referring to

19  that particular study, are you aware of any study

20  that has found a statistically significant

21  association specifically with marginal zone

22  lymphoma?

23       A.   As I told you, when I look at the

24  literature, I really have made the determination

25  that it is not possible in the smaller groups of

1  lymphoma to make a determination about whether

2  there's a risk for that group or not for the reasons

3  I told you.

4          And we could look at this paper in the

5  same way and -- and look at how they determined the

6  diagnosis because most of the papers don't even have

7  pathology review.  And I believe this one did not

8  but I'm not totally sure.  We could -- we would

9  look -- be able to look at it.

10         But even if they did, in -- in a group of

11 lymphomas it's the smallest, one at marginal zone

12 lymphoma, it's -- it's very hard to see an

13 association and there may not be very many patients

14 with that diagnosis.

15     Q.   One of the articles you rely upon is the

16 Erikkson 2008 paper; is that correct?

17     A.   I would say that the articles that I rely

18 most upon are meta-analysis, like Zhang.

19     Q.   Do you rely upon the Erikkson 2008 paper

20 for your opinions?

21     A.   I looked at -- I looked at the paper.  And

22 my primary opinions are -- are based on

23 meta-analyses because I find them much more useful.

24     Q.   And what -- have you searched for all the

25 meta-analyses related to glyphosate and

1    non-Hodgkin's lymphoma?

2        A.   I believe I looked at most, if not all, of

3    them.  Although there might have been one that

4    escaped me.  I'm not sure.  Whenever you do a

5    search, sometimes you pick up things one time and

6    not others.  But I've made an attempt to look at all

7    the meta-analyses that I could.

8        Q.   Okay.  And your -- let's -- I'm going to

9    go to your reference list, just since -- just to be

10   clear.  This is Exhibit 3.  You go to the top, this

11   is a reference list for you in this case, right?

12       A.   Yes.

13       Q.   And scroll down to Erikkson.

14            Erikkson's one of the articles that you're

15   relying upon, correct?

16       A.   I read it, yes.

17       Q.   All right.  All right.  Is this the

18   Erikkson 2008 article that you relied upon for your

19   opinions?

20       A.   It likely is.  But, again, just to be

21   sure, I would look at the volume and the -- you

22   know, I would look at the whole citation because

23   obviously Dr. Erikkson, or I'm assuming

24   Dr. Erikkson, has not just written one paper.

25       Q.   Okay.  This part of the paper right here?

Lauren C. Pinter-Brown, M.D.

```
1        A.    Yes.
2        Q.    It's part of the discussion right
3   underneath the abstract of the article on the first
4   page.
5              Says, "Non-Hodgkin lymphoma is a
6   heterogeneous group of lymphoid malignancies, where
7   new classification systems based on immunochemistry,
8   cytogenics and evolving knowledge in clinical
9   presentation and course has lead to modern
10  classification systems."
11             Do you see that?
12       A.    Yes.
13             MS. ANDERSON:  I'm going to pose a
14  standing objection to this exhibit, which I assume
15  you're going to be marking and entering?
16             MR. HOGUE:  I can mark it as Exhibit 10 or
17  I don't have to but I'll go ahead and mark it as
18  Exhibit 10.
19             (Whereupon, Exhibit 10 was marked for
20  identification.)
21             MS. ANDERSON:  I'm mean, that's up to you.
22             But my standing objection is that neither
23  I nor Dr. Pinter-Brown are provided with a copy of
24  this to review the entire article.  She's just able
25  to see what you are putting on your screen.  So, you
```

1  know, I'm going to allow the questioning, but I'd

2  like to pose a standing objection on that ground to

3  any questions with respect to this document.

4      MR. HOGUE:  Okay.  I disagree with that.

5  I mean, this is an article that's one of her

6  references for her opinions and I'm asking her about

7  specific portions of it.  That occurs all the time.

8      Q.  So, Doctor --

9      MS. ANDERSON:  Yes, because all the time

10 usually with the -- with the -- with the exhibit

11 being provided to the witness.

12     MR. HOGUE:  Well, this is a deposition

13 taking place over video and I have it available.

14 And we requested that the doctor bring, in her

15 notice, anything she's relying upon.  If she wanted

16 a hard copy, she could bring a hard copy.  I would

17 not oppose that.  But showing -- let me -- let me

18 move forward with my question.  Your objection is

19 noted.

20     Q.  Doctor, do you disagree with these

21 articles in that sentence?

22     A.  Do I disagree with the sentence?

23     Q.  Yes, ma'am.

24     A.  No, I don't disagree with the sentence.

25     Q.  Okay.  Next sentence that's highlighted

Lauren C. Pinter Brown, M.D.

```
1    there says, "Today, it is therefore more adequate to

2    discuss non-Hodgkin lymphoma as many different

3    diseases, which share some features but also differ

4    in several aspects."

5              Do you see that?

6       A.   Yes.

7       Q.   And do you agree with that?

8       A.   I agree with that sentence, yes.

9       Q.   Okay.  And do you also agree that certain

10   causes of one type of -- of non-Hodgkin lymphoma may

11   not cause another type of non-Hodgkin lymphoma?

12             MS. ANDERSON:  Objection.  Form.

13             THE WITNESS:  Yes.  That's possible.

14   BY MR. HOGUE:

15      Q.   All right.  Doctor, are you aware that

16   Mr. Pecorelli was exposed to a number of other

17   chemicals?

18      A.   Yes.

19      Q.   And what other chemicals do you recall him

20   being exposed to?

21      A.   I put them in my report because they don't

22   leave my tongue easily.  I'm not a toxicologist, and

23   I'm certainly not a landscaper.  But I am -- I am

24   aware that he was exposed to other chemicals.

25      Q.   And I am -- I think I'm sharing my screen
```

 1    here.

 2         A.   Yes.

 3         Q.   Is that showing up, what other chemicals

 4    you believe he was exposed to?

 5         A.   I included there the other liquid

 6    chemicals that he was exposed to, yes.

 7         Q.   All right.

 8         A.   In some cases, this comes from his son's

 9    deposition and in some cases his son wasn't clear

10    about -- or at least it wasn't clear to me in the

11    deposition, the full range of chemicals that he

12    might have been exposed to.  But I was able to

13    extract at least these liquid chemicals that I

14    thought were of importance.

15         Q.   Okay.  And the ones that you -- other

16    chemicals you thought were of importance were

17    2,4-RD; Sevin Insect Killer, that's carbaryl;

18    diazinon; and Weed B Gon; is that -- is that right?

19         A.   Yes.

20         Q.   Okay.  And why did you find these

21    chemicals to be of significance?

22         A.   Because there's also been associations

23    with non-Hodgkin's lymphoma with some or all of

24    them.

25         Q.   Okay.  Do you believe that 2,4-RD, or

Lauren C. Pinter-Brown, M.D.

1    2,4-D, increases the risk of non-Hodgkin lymphoma?

2         A.   I haven't studied all of these other

3    chemicals in great detail.  But I know that there

4    are papers that -- that describe that they may also

5    be risk factors in non-Hodgkin's lymphoma.

6         Q.   Okay.  Do you believe that carbaryl, the

7    ingredient in Sevin, is -- increases the risk of

8    non-Hodgkin lymphoma?

9         A.   Again, and if you're going to ask me about

10   each one of these I'll say the same thing, I'm not a

11   toxicologist, I'm not a landscaper, or an

12   agricultural worker.  These -- these names are

13   foreign to me.  However, I was able to locate papers

14   in which there is a concern about associated risk

15   for non-Hodgkin's lymphoma.  And that's why I

16   mentioned them in my report.

17        Q.   Okay.  And I just want to be clear, do you

18   believe that diazinon is a substance that can cause

19   non-Hodgkin lymphoma in some patients?

20             MS. ANDERSON:  Objection.  Form.

21             THE WITNESS:  Again, I won't allow you to

22   use the word "cause" because I don't know what it

23   means.  And I won't answer a question that uses the

24   word "cause."

25             However, as I stated, I totally understand

1    that there are papers that look at other compounds

2    increasing the risk of non-Hodgkin's lymphoma and in

3    general, in people that work in agriculture, I

4    understand that it's very difficult in -- in many

5    cases to say that the person was only exposed to

6    one -- one chemical in their lifetime because of the

7    kind of work that they do.

8    BY MR. HOGUE:

9        Q.   And is that why studies attempt to adjust

10   for other chemicals?

11       A.   Yes.

12       Q.   And is that important that in studies

13   other chemicals are adjusted for when analyzing

14   whether one chemical, like glyphosate, increases the

15   risk of non-Hodgkin lymphoma?

16           MS. ANDERSON:  Objection.  Form.

17           THE WITNESS:  It's certainly important to

18   try and make the adjustment, but inherent in all of

19   these studies, just as we see in this deposition,

20   from -- from this patient's son, it is almost

21   impossible to -- to ascertain what someone has been

22   exposed to in their entire lifetime because they're

23   relying on people's memories, incomplete receipts,

24   and other information that is inaccurate.

25

Lauren C. Pinter Brown, M.D.

1    BY MR. HOGUE:

2        Q.   Since you said that you wouldn't answer a

3    question related to cause, is it your opinion that

4    diazinon can substantially contribute to a patient's

5    non-Hodgkin lymphoma?

6        A.   As I've stated --

7             MS. ANDERSON:  Objection.  Form.

8             THE WITNESS:  Sorry.

9             As I've stated before, I have not spent an

10   extensive time researching diazinon so I will not

11   hazard a personal opinion on -- on that at this

12   time.  But I have seen reports where people have --

13   researchers have that concern.

14   BY MR. HOGUE:

15       Q.   One of the articles -- or -- strike that.

16            One of the documents that you rely upon

17   for your opinions is IARC monograph 112; is that --

18   is that true?

19       A.   Yes.

20       Q.   And in IARC monograph 112, do you recall

21   that there was a -- a discussion of diazinon as well

22   as a discussion of glyphosate?

23       A.    I don't recall it specifically about the

24   monograph, though that might have been contained in

25   the monograph.

Lauren C. Pinter Brown, M.D.

1      Q.   Do you recall whether IARC determined that

2  diazinon was a likely carcinogen?

3      A.   Again, I wasn't focusing on diazinon.  So

4  it's not literature that I reviewed in great detail.

5  But I'm -- I'm quite aware that there are many

6  pesticides that have been associated with the

7  development of non-Hodgkin's lymphoma.

8      Q.   So you have not attempted to rule out

9  diazinon as a cause of or substantial contributing

10  factor to Mr. Pecorelli's non-Hodgkin lymphoma?

11           MS. ANDERSON:  Objection.  Form.

12           THE WITNESS:  Can you ask me the question

13  one more time?

14  BY MR. HOGUE:

15      Q.   Yeah.

16           You have not attempted to rule out

17  diazinon as a substantial contributing factor to

18  Mr. Pecorelli's non-Hodgkin lymphoma; is that

19  correct?

20           MS. ANDERSON:  Objection.  Form.

21           THE WITNESS:  I've not attempted to rule

22  it out.  However, per his son's deposition, he used

23  these other compounds much less than he used

24  Roundup.

25

Lauren C. Pinter Brown, M.D.

1    BY MR. HOGUE:

2        Q.   Do you know what chemicals Mr. Pecorelli,

3    the deceased plaintiff, used in 1953 to 1974?

4        A.   Do I know?  No, and I'm not sure his son

5    knew either, but -- and -- and that is something

6    that is very characteristic, isn't it, of these

7    studies and the literature, that it's very hard to

8    know exactly every single thing that a person has

9    been exposed to.  And we rely on, I suppose, what

10   people recollect they used the most.

11       Q.   So before 1974, are you aware glyphosate

12   was not commercially marketed in the United States?

13       A.   Yes.

14       Q.   Okay.  So are you aware that Mr. Pecorelli

15   was involved in landscaping between 1953 and 1974?

16       A.   I don't remember the exact year -- but if

17   we go up a little higher it's probably in my

18   report -- the exact year that he began, you know,

19   doing landscaping and lawn maintenance and -- but I

20   certainly don't know what he was exposed to at that

21   time.

22       Q.   Okay.  And so you wouldn't be able to

23   determine whether he was exposed to other

24   carcinogenic chemicals between 1953 and 1974, right?

25            MS. ANDERSON:  Objection.  Form.

1          THE WITNESS:  For that matter, not only

2   could I not tell you what he was exposed to in his

3   landscaping work from 1954 on, but we're all exposed

4   to carcinogens every day and I couldn't tell you at

5   all what carcinogens he or any of us might be

6   exposed to on a daily basis.

7   BY MR. HOGUE:

8      Q.   Okay.  So you're not able to do any

9   comparison of the -- Mr. Pecorelli's exposure to

10  Roundup and his potential exposure to these many

11  other chemicals that he would have been exposed to

12  from 1953 until I think 2012, right?

13         MS. ANDERSON:  Objection.  Form.

14         THE WITNESS:  I don't understand what you

15  mean by "comparison."

16  BY MR. HOGUE:

17     Q.   Well, you've -- you're giving opinions

18  here about Roundup, correct?

19     A.   Correct.

20     Q.   And you haven't done -- or haven't been

21  able to assess all of the various chemicals that

22  Mr. Pecorelli was exposed to, right?

23         MS. ANDERSON:  Objection.  Form.

24         THE WITNESS:  Correct.

25

Lauren C. Pinter-Brown, M.D.

1    BY MR. HOGUE:

2        Q.   So you wouldn't be able in your analysis

3    to determine if there was some other chemical

4    exposure that caused or contributed to his

5    non-Hodgkin lymphoma; is that right?

6              MS. ANDERSON:  Objection.  Form.

7              THE WITNESS:  As I previously stated,

8    we're all exposed to carcinogens all the time.  So I

9    can't tell you all the carcinogens or the amounts or

10   the time that he's been exposed to other

11   carcinogens.

12             However, it does appear from reading his

13   son's deposition that he was exposed to a

14   significant amount of Roundup and that -- and that

15   that was one pesticide that he clearly used to a

16   great degree in his work after it became available.

17   BY MR. HOGUE:

18       Q.   Okay.  Do you believe that 2,4-D

19   contributed to his non-Hodgkin lymphoma?

20             MS. ANDERSON:  Objection.  Form.

21             THE WITNESS:  I can't answer the question.

22   BY MR. HOGUE:

23       Q.   Do you know whether carbaryl contributed

24   to his non-Hodgkin lymphoma?

25             MS. ANDERSON:  Objection.  Form.

```
 1              THE WITNESS:  I believe you've asked me
 2    this before, and I'll try and answer in a somewhat
 3    the same way.
 4              He -- I don't know the details of this
 5    exposure as it seems sporadic.  And I also have not
 6    in great depth looked at the literature on carbaryl
 7    and it's associated -- association with
 8    non-Hodgkin's lymphoma.  But I feel in fairness,
 9    that it's important to document in a -- in an
10    opinion such as mine that he was exposed to other
11    chemicals that have been associated with
12    non-Hodgkin's lymphoma.
13    BY MR. HOGUE:
14        Q.   Okay.  And do you believe that his
15    exposure to diazinon contributed to his non-Hodgkin
16    lymphoma?
17              MS. ANDERSON:  Objection.  Form.
18              THE WITNESS:  It would be the same answer
19    that I just gave you with -- with the insertion of
20    diazinon in the sentence instead of carbaryl.
21    BY MR. HOGUE:
22        Q.   Okay.  So is it your testimony that with
23    respect to 2,4-D, carbaryl, and diazinon you're
24    aware that there, in some studies, is an association
25    with them and non-Hodgkin lymphoma, you just have
```

1    not dug in as deep on those to find out as much on

2    those chemicals and their association with

3    non-Hodgkin lymphoma?

4              MS. ANDERSON:  Objection.  Form.

5              THE WITNESS:  No, that's not really true.

6    What I've said to you is, that in many of these

7    studies it's extraordinarily difficult to sort out

8    all the different exposures that people have had and

9    the accuracy of the reports.

10             In this particular individual, it appears

11   that though he was exposed to these other chemicals,

12   it was not to the same degree.  That's really all I

13   can say.

14             MR. HOGUE:  Okay.  Why don't we take one

15   last break and I'll ask how much time we were -- I

16   know it's 2:24.  I think we've had a couple of

17   breaks, but we probably have 45 minutes to an hour

18   left and I just want to figure that out and then

19   we'll finish up.

20             THE VIDEOGRAPHER:  Okay.  One moment.  We

21   are now going off the record.  The time is

22   11:25 a.m.

23             (Whereupon, a brief recess was taken.)

24             THE VIDEOGRAPHER:  We are now going back

25   on the record.  And the time is 11:34 a.m.

Lauren C. Pinter-Brown, M.D.

```
 1   BY MR. HOGUE:
 2        Q.   Dr. Pinter-Brown, are you aware that
 3   farmers have had historically a higher risk of
 4   non-Hodgkin lymphoma even back before 1974?
 5             MS. ANDERSON:  Objection.  Form.
 6             THE WITNESS:  No.  I think the original
 7   papers that I see from the University of Nebraska
 8   are after that date.
 9   BY MR. HOGUE:
10        Q.   Okay.  Do you know whether farmers being
11   exposed to diesel fuel increases their risk of
12   non-Hodgkin lymphoma?
13             MS. ANDERSON:  Objection.  Form.
14             THE WITNESS:  Specifically in farmers?
15   BY MR. HOGUE:
16        Q.   Well, I'll start with that, yes.
17        A.   I'll answer by saying that in general I am
18   unimpressed by the literature looking at diesel fuel
19   and non-Hodgkin's lymphomas.
20        Q.   Okay.  Were you aware that
21   Mr. Pecorelli -- well, do you know whether he --
22   strike that.
23             Do you know whether Mr. Pecorelli was
24   exposed to diesel fuel at his nursery?
25        A.   If I recall his son's deposition, there
```

1    was some question about diesel fuel.  I don't

2    remember the answer.  I don't clearly remember the

3    answer and if reason for that is that, as I stated

4    before, I am unimpressed with any relationship

5    between diesel fuel and non-Hodgkin's lymphoma,

6    though I know there was a question related to that.

7         Q.   Okay.  Do any of Mr. Pecorelli's medical

8    or pathological tests indicate that his marginal

9    zone lymphoma was caused by or substantially

10   contributed to by Roundup?

11        A.   There are no tests that -- that can

12   identify that in anyone, let alone Mr. Pecorelli.

13        Q.   Okay.  Do any of Mr. Pecorelli's medical

14   records indicate that glyphosate or Roundup was a

15   substantial contributing factor to his marginal zone

16   lymphoma?

17        A.   Not that I read.

18        Q.   Did any of Mr. Pecorelli's doctors believe

19   that his marginal zone lymphoma was related to his

20   exposure to Roundup?

21             MS. ANDERSON:  Objection.  Form.

22             THE WITNESS:  I haven't seen all of his

23   doctor's opinions so I can't answer that.

24   BY MR. HOGUE:

25        Q.   Okay.  Have you seen any medical record in

Lauren C. Pinter-Brown, M.D.

1    which any of his doctors attributed Mr. Pecorelli's

2    marginal zone lymphoma to his exposure to Roundup?

3         A.   No, I haven't seen any records such as

4    that.

5         Q.   Is there any genomic test that could be

6    conducted to determine whether glyphosate or Roundup

7    was a substantial contributing factor to the

8    development of a patient's non-Hodgkin lymphoma?

9         A.   Not that exists within the current

10   armamentarium of medical practice.

11        Q.   Okay.  Are there any of the clinical

12   features or presentations or symptoms Mr. Pecorelli

13   had that suggest to you that Roundup was a

14   substantial contributing factor to his non-Hodgkin

15   lymphoma?

16             MS. ANDERSON:  Objection.  Form.

17             THE WITNESS:  Could you give -- give me

18   the question one more time?

19   BY MR. HOGUE:

20        Q.   Yes.

21             Are there any clinical features of

22   Mr. Pecorelli's non-Hodgkin lymphoma that suggest to

23   you that his non-Hodgkin lymphoma, that Roundup was

24   a substantially contributing factor to it?

25        A.   If you mean by clinical features, the way

Lauren C. Pinter-Brown, M.D.

1    the disease presented, I'll say no.

2         Q.   Okay.  So the stage at which it was

3    diagnosed is not something you look at to determine

4    whether Roundup was a substantial contributing

5    factor, right?

6         A.   Correct.

7         Q.   And the subtype of -- of non-Hodgkin

8    lymphoma is not something you look at to see in your

9    opinion whether Roundup contributed; is that right?

10             MS. ANDERSON:  Objection.  Form.

11             THE WITNESS:  Correct.

12   BY MR. HOGUE:

13        Q.   And the grade of the non-Hodgkin lymphoma

14   is not something you look at to determine whether

15   Roundup exposure contributed to his non-Hodgkin

16   lymphoma, right?

17        A.   Splenic lymphoma doesn't have grades.

18        Q.   Okay.  So did you say non-Hodgkin lymphoma

19   doesn't have grade or marginal zone lymphoma?

20        A.   Splenic marginal zone lymphoma.

21        Q.   Okay.  So it doesn't have a grade 1 or

22   grade 2?

23        A.   No.

24        Q.   Okay.  Is splenic marginal zone lymphoma a

25   slow growing or fast growing tumor?

Lauren C. Pinter-Brown, M.D.

1        A.    Slow growing.

2        Q.    And -- and what is the normal prognosis

3   for a patient with splenic marginal zone lymphoma?

4              MS. ANDERSON:  Objection.  Form.

5              THE WITNESS:  It's quite good.

6   BY MR. HOGUE:

7        Q.    And after Mr. Pecorelli underwent

8   treatment for his marginal zone lymphoma in 2004,

9   did he have a good response?

10       A.    He had a response.  It's not clear to me

11  how good it was.

12       Q.    And -- and what do you mean by "he had a

13  response"?

14       A.    I believe there was a CT scan showing

15  reduction in size of his lymphadenopathy in his

16  spleen, but I often rely on -- on PET scanning to

17  determine my responses.

18             As well, the reasons he was treated had to

19  do with weight loss and low counts and that kind of

20  stuff.  And I -- I didn't see a real clear statement

21  in the medical record about the improvement in those

22  aspects of his health, although I assume that his

23  doctors must have been happy with the outcome

24  because they didn't treat him again with something

25  else.

Lauren C. Pinter-Brown, M.D.

```
1        Q.   Are you critical of any of the medical

2   treatment given by Mr. Pecorelli's doctors?

3        A.   No.

4        Q.   Okay.  And Mr. Pecorelli had no evidence

5   of any recurrent non-Hodgkin lymphoma for six years;

6   is that right?

7        A.   Yeah, you mean between the time he was

8   treated for the splenic marginal zone and the cord

9   compression?

10       Q.   Yes, between 2004 and 2010.

11            MS. ANDERSON:  Objection.  Form.

12            THE WITNESS:  Ask me the question one more

13   time.

14   BY MR. HOGUE:

15       Q.   Between the time of his treatment for his

16   marginal zone lymphoma and for a number of years, he

17   didn't have any recurrence, right?

18       A.   No, I'm not sure that's true.

19       Q.   Okay.  So tell me what your opinion is as

20   to his -- his clinical course of his marginal zone

21   lymphoma after it was -- after it was diagnosed and

22   treated.

23            MS. ANDERSON:  Objection.  Form.

24            THE WITNESS:  Well, as I stated before, I

25   tend to use PET scanning to ascertain if somebody's
```

Lauren C. Pinter Brown, M.D.

1   had a complete or partial response.  So when a CT

2   scan shows it's better, I don't know if it's a

3   complete response or a partial response.

4          But having said that, splenic marginal

5   zone lymphoma is not a curable lymphoma.  So the

6   assumption is that there was remaining disease and

7   that at some point, had he lived long enough it

8   would have returned.

9   BY MR. HOGUE:

10     Q.   Did he ever have another diagnosis of

11  non-Hodgkin lymphoma?

12     A.   Yes, in the area of the cord compression.

13     Q.   Was that in 2010?

14     A.   I hate to do this, but if you don't show

15  me my report I'm not going to answer because I'm

16  very bad at remembering dates.  And this isn't my

17  patient.  So it's -- the date, exact dates are less

18  important to me to remember, to commit to memory.

19     Q.   That's fine.  I'm searching for your

20  report for cord and that doesn't help with Pecorelli

21  as part of that.

22          All right.  Can you see my screen?

23     A.   Good.  2010.  Thank you.

24     Q.   All right.  So -- and -- and what is it

25  you understand that Mr. Pecorelli had in 2010?

Lauren C. Pinter-Brown, M.D.

1        A.   Well, it appears to me -- and, sadly, I

2   see a typo.

3            It appears to me that he probably had

4   transformation of his marginal zone lymphoma to a

5   higher grade B-cell lymphoma.

6        Q.   And that was in July of 2010?

7        A.   Correct.

8        Q.   Okay.  Do you believe that this B-cell

9   lymphoma in 2010 transformed from his original

10  marginal zone lymphoma in 2004?

11       A.   Yes, most likely.

12       Q.   Okay.  And did he get treatment for this

13  B-cell lymphoma in 2010?

14       A.   He received radiotherapy.

15       Q.   I think we went over that before.  It was

16  in the July, August of 2010 time frame.

17            And did he have complete remission from --

18  of this B-cell lymphoma in 2010?

19       A.   I believe there's a radiograph that shows

20  that the paraspinous mass disappeared.

21       Q.   So do you believe he -- his non-Hodgkin

22  lymphoma was not put into complete remission?

23       A.   Well, his splenic marginal zone lymphoma,

24  he probably was in complete remission.  I was

25  thinking that you were going to ask me cure.  Yes,

Lauren C. Pinter-Brown, M.D.

```
 1   he -- probably that area that was treated with

 2   radiotherapy was probably treated adequately and the

 3   disease was gone from that area.

 4       Q.   Okay.  After his treatment with radiation,

 5   he had no further evidence that he had non-Hodgkin

 6   lymphoma after that point in time; is that right?

 7       A.   Well, he had no biopsy evidence that he

 8   had a recurrence at that time.  He did have, as we

 9   mentioned before, ultimately had other masses in his

10   body that weren't biopsied prior to his death.  And

11   we don't really know exactly what they were.

12       Q.   Well, he had one biopsy in his -- in his,

13   say, lung area, but you said it's his main stem

14   bronchus area, correct?

15       A.   Correct.

16       Q.   Okay.  And that was an MFH, not

17   non-Hodgkin lymphoma, correct?

18       A.   Correct.

19       Q.   But from 2010, July of 2010 forward, he

20   never had any confirmation of any other non-Hodgkin

21   lymphoma; is that right?

22       A.   There was no biopsy evidence of

23   non-Hodgkin's lymphoma.  As I mentioned, he had

24   masses.  They weren't biopsied.  I don't know what

25   they were.
```

Lauren C. Pinter-Brown, M.D.

1       Q.   So you can't say to a reasonable degree of

2   medical probability that any of the other masses

3   that he had in his body were non-Hodgkin lymphoma as

4   opposed to MFH or some other cancer, right?

5            MS. ANDERSON:  Objection.  Form.

6            THE WITNESS:  I'm sorry, could you ask me

7   that again?

8   BY MR. HOGUE:

9       Q.   Yes.

10           To a reasonable degree of medical

11  probability, you cannot say that any of his other

12  masses were non-Hodgkin lymphoma, right?

13           MS. ANDERSON:  Objection.  Form.

14           THE WITNESS:  No, I don't know what they

15  were.  They weren't biopsied.  I -- I really don't

16  know what they were.

17  BY MR. HOGUE:

18      Q.   Okay.  And is it fair to say they could be

19  the MFH in other areas in his body as well?

20           MS. ANDERSON:  Objection.  Form.

21           THE WITNESS:  Could have been.  Could have

22  been non-Hodgkin's lymphoma, too.

23  BY MR. HOGUE:

24      Q.   Okay.  There is no evidence that he had

25  non-Hodgkin lymphoma in any of his lung regions,

1    right?

2        A.   His only biopsy's from the endobronchial

3    mass and it's not non-Hodgkin's lymphoma.

4        Q.   And Mr. Pecorelli shows, at some point, I

5    think in his 2011 time frame, not to get further

6    biopsies and get further treatment for his cancers

7    that were in his lungs, right?

8            MS. ANDERSON:  Objection.  Form.

9            THE WITNESS:  I'm sorry.

10           Correct.

11   BY MR. HOGUE:

12       Q.   It's all right.

13           And in early 2012, Mr. Pecorelli passed

14   away from what was most likely his MFH; is that

15   correct?

16           MS. ANDERSON:  Objection.  Form.

17           THE WITNESS:  As I mentioned before, his

18   exact cause of death I'm not sure because all I know

19   is that he developed bed sores and he was put on

20   home hospice.  Certainly, his MFH was a very big

21   contributor in his -- in his death.

22   BY MR. HOGUE:

23       Q.   And I think you said before, and just to

24   be clear, that his MFH was the most likely condition

25   that led to his death; is that right?

Lauren C. Pinter-Brown, M.D.

```
1              MS. ANDERSON:  Objection.  Form.
2              THE WITNESS:  I -- I don't know if I used
3     those exact words.
4     BY MR. HOGUE:
5         Q.   You would not -- I'll strike that.
6              Mr. -- at the time of his death, there was
7     no evidence that Mr. Pecorelli had any active
8     non-Hodgkin lymphoma, is there?
9         A.   As I mentioned before, he had several
10    other masses in his body that weren't biopsied.  I
11    have no idea what they were.
12        Q.   Okay.  And you would not be able to say to
13    a reasonable degree of medical certainty that his
14    non-Hodgkin lymphoma led to his death in early 2012,
15    right?
16        A.   Ask me one more time.
17        Q.   You would not be able to say that his
18    non-Hodgkin lymphoma led to his death in early 2012;
19    is that correct?
20        A.   I would not be able to say that.
21        Q.   Have you ever told a patient with marginal
22    zone lymphoma that his or her marginal zone lymphoma
23    was -- strike that.
24             Start over.
25             Have you ever told any patient with
```

1  marginal zone lymphoma that Roundup or glyphosate

2  exposure was a substantial contributing factor to

3  his or her marginal zone lymphoma?

4          MS. ANDERSON:  Objection.  Form.

5          THE WITNESS:  I may have.  I'm not sure.

6  I've treated thousands of patients.

7  BY MR. HOGUE:

8      Q.   Have you ever written in any patient's

9  medical record that his or her marginal zone

10 lymphoma was related to their Roundup exposure?

11         MS. ANDERSON:  Same objection.

12         THE WITNESS:  I can't recall every patient

13 I've ever treated.  I certainly have noted in

14 people's records when they're farmers or

15 agricultural workers to remind myself that there may

16 be exposures in that patient's experience that

17 contributed to their development of lymphoma.

18 BY MR. HOGUE:

19     Q.   And when did you do that?

20     A.   Probably my whole career.

21     Q.   Okay.  And so your whole career you

22 expected that certain chemicals that farmers were

23 exposed to may have contributed to their non-Hodgkin

24 lymphomas; is that -- is that right?

25     A.   There -- literature from the University of

1    Nebraska early on in my training, I don't remember

2    exactly when it was, suggested that people that were

3    living in agricultural areas, that worked as

4    agricultural workers had an increased incidence of

5    non-Hodgkin's lymphoma.  It --

6        Q.   But that --

7        A.   It was -- it was something I was aware of

8    early in my career.

9        Q.   Okay.  But that wasn't specific to Roundup

10   or glyphosate, right?

11       A.   That's correct.

12       Q.   Have you ever published any case report

13   related to glyphosate or Roundup?

14       A.   No.

15       Q.   Have you ever reported any of your

16   patients with marginal zone lymphoma to any

17   regulatory authority describing their exposure to

18   Roundup or glyphosate?

19            MS. ANDERSON:  Objection.  Form.

20            THE WITNESS:  I'm not sure what regulatory

21   authority I would report that to.

22   BY MR. HOGUE:

23       Q.   Okay.  I don't think in this case you

24   submitted a list of your prior depositions.  Am I

25   wrong about that?  Is that in your report somewhere?

```
 1        A.    There's a -- if you scroll up, there's a

 2   very brief discussion of -- of reports of expert

 3   testimony in the matters versus Monsanto.  I didn't

 4   describe every deposition I've ever had in my

 5   career.

 6            You went right past it.  Right there.

 7        Q.    Okay.  So you indicated that in the past

 8   five years you have given expert testimony in court

 9   proceedings in matters of three separate plaintiffs;

10   is that right?

11        A.    Correct.

12        Q.    And was that depositions or trials?

13        A.    Depositions.

14        Q.    So you've given three depositions before;

15   is that correct, related to Monsanto?

16        A.    Yes.

17        Q.    Okay.  Other than those three cases, have

18   you come to the conclusion that Roundup exposure was

19   a substantial contributing factor to any other

20   patient's non-Hodgkin lymphoma?

21            MS. ANDERSON:  Objection.  Form.

22            THE WITNESS:  Ever?  Or in court cases?

23   BY MR. HOGUE:

24        Q.    In court cases.

25        A.    All right.  Ask me the question again.
```

Lauren C. Pinter-Brown, M.D.

```
 1        Q.    Okay.
 2              First, you say that you've given
 3   deposition, three specific plaintiffs, against
 4   Monsanto related to Roundup previously.
 5              Can you -- which plaintiffs were those?
 6        A.    I was afraid you'd ask.
 7              One's Johansing (phonetic).  One's -- I
 8   think his name was Carrier (phonetic).  And I'm
 9   sorry, I don't remember -- because they're not my
10   patients, it's --
11        Q.    Okay.
12        A.    It's so hard for me to remember their
13   names and I -- but those are the two that I can
14   remember.
15        Q.    All right.
16        A.    Wooten.  Maybe the other one's Wooten.
17        Q.    What was the name again?
18        A.    Maybe Wooten.
19        Q.    Wooten.
20        A.    I don't know.  Don't -- don't hold me to
21   it.
22        Q.    Okay.  And this is the Pecorelli case, so
23   in addition to the three prior cases and Pecorelli,
24   are there any others where you've issued reports
25   indicating that you believe Roundup was a
```

 1   substantial contributing factor?

 2           MS. ANDERSON:  Objection.  Form.

 3           THE WITNESS:  I think there might be one

 4   other that I wasn't deposed on.

 5   BY MR. HOGUE:

 6       Q.   And is that something --

 7       A.   And two others that I'm -- two others that

 8   I am not being deposed on.

 9       Q.   Are those current cases?

10           MS. ANDERSON:  Objection.  Form.

11           THE WITNESS:  I think one might be

12   current.  The other one is not.

13   BY MR. HOGUE:

14       Q.   Okay.  And can you tell me what is your --

15   what is your criteria for determining whether

16   Roundup was a substantial contributing factor to

17   their non-Hodgkin lymphoma?

18           MS. ANDERSON:  Objection.  Form.

19           THE WITNESS:  Well, primarily, I used the

20   criterion that was set out in papers.  What

21   substantial exposure was.  So that I could see if

22   the patients in the cases were similar to the

23   patients that were studied in the medical

24   literature.

25

Lauren C. Pinter-Brown, M.D.

1    BY MR. HOGUE:

2        Q.   Okay.  So is there anything else that you

3    do other than looking to see if plaintiff had

4    substantial exposure to Roundup?

5        A.   I look at what other factors that existed

6    that could also have contributed to their

7    development of non-Hodgkin's lymphoma.

8        Q.   Okay.  Anything else?

9        A.   I would say those are the two big things.

10       Q.   Okay.  And --

11       A.   If I think of anything else, I'll let you

12   know.

13       Q.   Okay.  And if a patient like Mr. Pecorelli

14   has other risk factors for non-Hodgkin lymphoma,

15   would you then conclude that you cannot say that

16   Roundup exposure was a substantial contributing

17   factor?

18            MS. ANDERSON:  Objection.  Form.

19            THE WITNESS:  No, because I think that

20   there may be in some patients more than one

21   substantial contributing factor and -- so I -- I

22   couldn't conclude that.

23   BY MR. HOGUE:

24       Q.   Okay.  So if Mr. Pecorelli had Roundup

25   exposure and another substantial contributing

1  factor, is there any way that you go about

2  determining which one of those potential factors

3  actually contributed to his development of his

4  non-Hodgkin's lymphoma?

5      A.   Well --

6           MS. ANDERSON:  Objection.  Form.

7           THE WITNESS:  -- grammatically what you're

8  saying is that there's two contributing factors and

9  you want me to decide if one of those were real and

10  one of them's not?

11          I think if there's contributing factors,

12  then they're contributing factors.  Using those

13  words.  And so the only thing I would be determining

14  is if something was not a contributing factor.

15  BY MR. HOGUE:

16      Q.   Okay.  Let's, for example, you mentioned

17  certain autoimmune diseases are risk factors for

18  non-Hodgkin lymphoma, correct?

19      A.   Correct.

20      Q.   If Mr. Pecorelli had autoimmune disorder

21  and had the same exposure to Roundup, in that

22  scenario, would you opine that his Roundup exposure

23  was likely a substantial contributing factor to his

24  non-Hodgkin lymphoma?

25      A.   I would opine if -- if he had the

Lauren C. Pinter-Brown, M.D.

1   appropriate exposure, as he did, that it was a

2   significant contributing factor to the development

3   of his lymphoma.

4       Q.   Even if he had another statistically

5   significant risk factor for the type of non-Hodgkin

6   lymphoma he had, right?

7           MS. ANDERSON:  Objection.  Form.

8           THE WITNESS:  Yes, I don't -- I don't

9   believe that -- that in life, in people, that there

10  are instances where there is only one -- where there

11  is always only one substantial contributing factor.

12          And, in fact, we could think about it a

13  little bit differently, that if somebody has more

14  than one contributing factor, then perhaps they're

15  an additive or maybe they're synergistic, maybe it's

16  even worse if you have two than just adding the two

17  together.

18  BY MR. HOGUE:

19      Q.   I guess the question I have is, how do you

20  determine whether Roundup played any role simply

21  because of the exposure or do you assume that the

22  exposure played a role even if the patient has a

23  number of different risk factors that could have

24  independently caused his condition?

25          MS. ANDERSON:  Objection.  Form.

Lauren C. Pinter-Brown, M.D.

```
 1              THE WITNESS:  I would say that just --
 2    just as in the other contributing factors, I would
 3    not ignore or exaggerate any one of the contributing
 4    factors.  I wouldn't say because somebody has some
 5    other contributing factor that some other one now is
 6    not important because you found some contributing
 7    factor, you know, that exists.  I think that perhaps
 8    in that patient maybe they're really set up for
 9    getting lymphoma because they have more than one
10    contributing factor.
11    BY MR. HOGUE:
12         Q.   So you do not attempt to rule out any
13    other contributing factors in a patient's
14    development of non-Hodgkin lymphoma; is that
15    correct?
16         A.   No.  I go through all of their history
17    trying to understand what contributed, if anything,
18    to their development of non-Hodgkin's lymphoma.
19         Q.   Okay.  Do you think that Mr. Pecorelli's
20    exposure to 2,4-D; diazinon; and carbaryl
21    contributed to his non-Hodgkin lymphoma?
22              MS. ANDERSON:  Objection.  Form.
23              THE WITNESS:  I -- I put it in my report,
24    to be accurate and fair.  But I don't know enough
25    about his exposure to those agents and I wasn't
```

1    asked to give an opinion about whether those agents

2    were substantial contributing factors.  But I would

3    fully acknowledge that he was exposed to more than

4    one pesticide in his life.

5    BY MR. HOGUE:

6        Q.   And you haven't attempted to compare the

7    risk of his exposure to diazinon or 2,4-D or

8    carbaryl versus his risk that he had from his

9    exposure to Roundup, to the development?

10           MS. ANDERSON:  Object -- I'm sorry.

11           Objection to form.  Mischaracterizing her

12   prior testimony.

13           THE WITNESS:  You're asking me to

14   compare -- compare something where I don't have

15   enough information about -- about the other

16   compound.  And in addition, it -- it appears from

17   reading his son's deposition, that he did not have

18   the same exposure to those pesticides, that it was

19   not as great.

20   BY MR. HOGUE:

21       Q.   Have you ever reviewed a plaintiff's case

22   and determined that their exposure to Roundup was

23   not a substantial contributing factor to their

24   development of non-Hodgkin lymphoma?

25       A.   Yes.

Lauren C. Pinter Brown, M.D.

1        Q.    Okay.  And what criteria do you use to

2   determine that Roundup was not a substantially

3   contributing factor?

4        A.    Insignificant exposure.

5        Q.    So if there is what you determined to be

6   sufficient exposure or significant exposure to

7   Roundup in every case, you will opine that Roundup

8   exposure was a substantial contributing factor?

9              MS. ANDERSON:  Objection.  Form.

10             THE WITNESS:  I think that in patients

11   that are agricultural workers that have had very

12   significant exposure to Roundup and developed

13   non-Hodgkin's lymphoma, that the exposure to Roundup

14   likely represents a significant contributing factor

15   in their case.

16   BY MR. HOGUE:

17        Q.    Do you have a specific relative risk or

18   hazard ratio that you would apply for exposure of --

19   of Roundup to non-Hodgkin lymphoma?

20             MS. ANDERSON:  Objection.  Form.

21             THE WITNESS:  I don't understand your

22   question.

23   BY MR. HOGUE:

24        Q.    Yeah.

25             What -- what study do you rely upon for

1    the size of the risk, the relative risk that you

2    apply in your analysis?

3              MS. ANDERSON:  Objection.  Form.

4              THE WITNESS:  I think that there's a range

5    of relative risks that's been seen in so many papers

6    that are on that reliance list, and there's not a

7    specific relative risk.  But it's probably somewhere

8    between 1 and 2.

9    BY MR. HOGUE:

10        Q.    Okay.  And some of the papers show no

11   increased risk of -- with even high exposure to

12   glyphosate and non-Hodgkin lymphoma, right?

13        A.    Well, specifically, the IHS papers.

14        Q.    The Agricultural Health Study papers?

15        A.    Yes.

16        Q.    Okay.  And then you're saying that the

17   relative risk for significant exposure to Roundup is

18   somewhere between 1.0 and 2.0; is that what you are

19   saying?

20             MS. ANDERSON:  Objection.  Form.

21             THE WITNESS:  That's how I read -- that's

22   how I read the literature in general.

23   BY MR. HOGUE:

24        Q.    Okay.

25        A.    Somewhere in that range.  Plus or minus a

Lauren C. Pinter-Brown, M.D.

1    couple of decimal points.

2         Q.   So the Zhang study that you mentioned is a

3    meta-analysis, it has a relative risk for

4    substantial exposure of about 1.4; is that right?

5         A.   I'd have to go look at the paper.  I don't

6    know the exact number off the top of my head.

7         Q.   Okay.  So for a -- a risk of 1.4, not

8    everybody who was exposed to Roundup was Roundup

9    a -- did they develop non-Hodgkin lymphoma, right?

10        A.   I'm sorry.  Ask me the question again.

11        Q.   So when a -- with -- with a relative risk

12   of 1.4, what does that tell you about whether that

13   exposure was likely a factor in causing a patient to

14   develop a specific condition?

15             MS. ANDERSON:  Objection.  Form.

16             THE WITNESS:  I think you're using a

17   statistical construct to apply to an individual

18   patient, which isn't really appropriate.

19   BY MR. HOGUE:

20        Q.   Okay.  So in your assessment of

21   case-specific causation it does -- does it matter to

22   you whether the relative risk at issue is a 1.4 or

23   the relative risk at issue is a tenfold or a 10.0

24   relative risk?

25             MS. ANDERSON:  Objection.  Form.

Lauren C. Pinter Brown, M.D.

```
1              THE WITNESS:  I'm certainly interested in

2    something that has a relative risk that's very, very

3    high versus moderate.  However, I'm not sure we can

4    compare one relative risk to another because the

5    studies are all done differently.

6    BY MR. HOGUE:

7        Q.   Okay.  But when the relative risk is

8    below 2, would you agree that there are patients in

9    the population that were exposed where the exposure

10   had nothing to do with their development of the

11   disease?

12             MS. ANDERSON:  Objection.  Form.

13             THE WITNESS:  I don't know how to answer

14   that question.

15   BY MR. HOGUE:

16       Q.   All right.

17       A.   Accurately.

18       Q.   Doctor, let me --

19             MR. HOGUE:  How much time do we have left?

20   I don't want to go over.  We agreed to a time

21   period.

22             MS. ANDERSON:  I think you have about

23   20 minutes.

24             THE VIDEOGRAPHER:  Exactly.

25             MR. HOGUE:  Just a few more questions.
```

Lauren C. Pinter Brown, M.D.

1    Q.    If we go to Exhibit 2, which is your
2    report, make sure I'm on the right one.
3          Does that appear to be your report at the
4    top?
5    A.    Yes, the beginning of it.
6    Q.    Go to the end of it, which is kind of
7    your -- your six statements here, analysis of the
8    patient's risk for developing a splenic marginal
9    zone lymphoma.
10   A.    Yes.
11   Q.    Okay.  So the first thing you say is,
12   "Mr. Pecorelli was not exposed to ionizing radiation
13   prior to his diagnosis."
14         And was that the diagnosis of his marginal
15   zone lymphoma?
16   A.    Yes.
17   Q.    And why is that important?
18   A.    Because if we -- as we've discussed in
19   great detail during this deposition, radiation can
20   cause other cancers.
21   Q.    If Mr. Pecorelli had had prior radiation
22   would you still have opined that his exposure to
23   Roundup contributed to his development of
24   non-Hodgkin lymphoma?
25         MS. ANDERSON:  Objection.  Form.

Lauren C. Pinter Brown, M.D.

```
 1              THE WITNESS:  I might have -- yes, said it
 2   was still a substantial contributing factor.  It
 3   depends what his history was, which, you know, we
 4   don't have here.  He didn't have radiation.
 5   BY MR. HOGUE:
 6        Q.   Okay.  Number 2 is, "Mr. Pecorelli is not
 7   known to have any infection known to be associated
 8   with increased risk of lymphoma.  His Hepatitis C
 9   serology was negative."
10              Why is that important?
11        A.   The entire statement or the Hepatitis C
12   part?
13        Q.   Either or both.
14        A.   Because there's some infections that are
15   associated with the development of lymphomas.
16   Hepatitis C is one that's been specifically linked
17   to splenic marginal zone lymphoma.
18        Q.   Okay.
19        A.   Some report.
20        Q.   And if Mr. Pecorelli had tested positive
21   for Hepatitis C would you still have opined that his
22   Roundup exposure was a substantial contributing
23   factor to his splenic marginal zone lymphoma?
24              MS. ANDERSON:  Objection.  Form.
25              THE WITNESS:  Given the amount of exposure
```

Lauren C. Pinter-Brown, M.D.

```
 1    he had, yes.

 2    BY MR. HOGUE:

 3        Q.   Okay.  Number 3 says, "Mr. Pecorelli does

 4    not have a family history of lymphoma or

 5    lymphoproliferative disorder."

 6             Do you see that?

 7        A.   Yes.

 8        Q.   And why is that important?

 9        A.   Because some people have family histories

10    of other lymphoproliferative disorders and it may

11    raise their risk of developing lymphomas or chronic

12    lymphocytic leukemia.

13        Q.   Had Mr. Pecorelli had a family history of

14    lymphoma or lymphoproliferative disorder, would you

15    have opined anyway that his Roundup exposure was a

16    substantial contributing factor to his non-Hodgkin

17    lymphoma?

18             MS. ANDERSON:  Objection.  Form.

19             THE WITNESS:  Maybe I'll help you out

20    here.

21             In any of these instances, I would have

22    clearly mentioned whatever was in the patient's

23    history that is accepted substantial contributing

24    factor to lymphomas.  And if there were many causes,

25    they would all have been mentioned, including their
```

Lauren C. Pinter-Brown, M.D.

1  exposure to Roundup and whatever other ones that

2  existed.

3  BY MR. HOGUE:

4      Q.   So in 1 through 5 you list certain risk

5  factors for non-Hodgkin lymphoma that Mr. Pecorelli

6  did not have, correct?

7      A.   Correct.

8      Q.   But had he -- strike that.

9           If Mr. Pecorelli had had all five of these

10 risk factors, plus his exposure to Roundup, you

11 still would have opined that Roundup exposure was a

12 substantial contributing factor to his splenic

13 marginal zone lymphoma; is that right?

14          MS. ANDERSON:  Objection.  Form.

15          THE WITNESS:  I've never seen a patient

16 like that.  Most patients don't have a lot of

17 contributing factors to their -- significant

18 contributing factors to their lymphoma.  But if that

19 was the case, I would have mentioned all five.

20 BY MR. HOGUE:

21     Q.   Okay.  And, in fact, most patients with

22 splenic marginal zone lymphoma don't have any of

23 these five factors; is that right?

24          MS. ANDERSON:  Objection.  Form.

25          THE WITNESS:  I don't know about splenic

Lauren C. Pinter-Brown, M.D.

1    marginal zone lymphoma itself.  I would say if we

2    look at all non-Hodgkin's lymphomas, many patients

3    have little that you can point to as to a

4    substantial contributing factor.

5    BY MR. HOGUE:

6        Q.   So it's not uncommon that a patient with

7    non-Hodgkin lymphoma does not have something that

8    you would point to as the likely contributing factor

9    in his or her case?

10            MS. ANDERSON:  Objection.  Form.

11            THE WITNESS:  I'm going to have you ask me

12   the question again because I think it's like a

13   triple negative.

14   BY MR. HOGUE:

15       Q.   Okay.

16            Is -- well, is it common when -- when you

17   see a patient with non-Hodgkin lymphoma that you are

18   unable to identify a specific factor that likely

19   contributed?

20            MS. ANDERSON:  Objection.  Form.

21            THE WITNESS:  Yes, I'd say more often than

22   not, after taking a complete history, I -- I have

23   trouble identifying a substantial contributing

24   factor.

25

Lauren C. Pinter-Brown, M.D.

1    BY MR. HOGUE:

2        Q.   So it's not unusual for a patient like

3    Mr. Pecorelli to come in without some identifying

4    factor and be diagnosed with non-Hodgkin lymphoma,

5    is it?

6            MS. ANDERSON:  Objection.  Form.

7            THE WITNESS:  I have trouble with you

8    using Mr. Pecorelli as an example because had

9    somebody taken a history of his occupation or

10   exposure, they may have listed that in the chart, as

11   sometimes people do, and that might have been

12   identified as a substantial contributing factor.

13           So I would say in general, if we're

14   looking at any patient that walks in, I will take a

15   history of the patient and I will try and identify a

16   substantial contributing factor.  And much of the

17   time I cannot.

18   BY MR. HOGUE:

19       Q.   Okay.  Do you know in what percentage of

20   your patients you are unable to identify a

21   contributing factor?

22       A.   It's really a guess.  But I'd say the

23   majority of them.  It's less common for me to have

24   an understanding of why that person might be in my

25   office versus someone else.

1    Q.   Is that true for splenic marginal zone

2    lymphoma?

3         MS. ANDERSON:  Objection.  Form.

4         THE WITNESS:  As I've stated before, it's

5    true across the board.

6    BY MR. HOGUE:

7    Q.   Okay.

8    A.   My clinic only contains -- or largely

9    contains 98 percent people with some kind of

10   lymphoma or lymphoproliferative disorder.

11   Q.   If Mr. Pecorelli, the same -- well --

12   strike that.

13        If the same person like Mr. Pecorelli with

14   his -- his same history except for the lack of

15   exposure to Roundup, in that scenario, a person was

16   male, 82 years old, with similar features, was

17   diagnosed with non-Hodgkin lymphoma, what, under

18   those circumstances, would you say was a likely

19   contributing factor?

20        MS. ANDERSON:  Objection.  Form.

21        THE WITNESS:  Only their age, maybe.

22   BY MR. HOGUE:

23   Q.   Is gender a risk factor for non-Hodgkin

24   lymphoma?

25   A.   Not really.  Males tend to get

Lauren C. Pinter-Brown, M.D.

1  non-Hodgkin's lymphoma in general more than females,

2  but there's some specific types where that's not

3  true.  So I would say not really.

4      Q.   Okay.

5      A.   And I can't do anything about changing

6  somebody's gender.  Well...

7      Q.   Is -- what is the amount of exposure that

8  you deem to be sufficient were you to opine that

9  somebody's exposure was a likely contributing

10 factor?

11          MS. ANDERSON:  Objection.  Form.

12          THE WITNESS:  As I've previously stated, I

13 would use the same criterion the studies used.

14 BY MR. HOGUE:

15     Q.   Okay.  Do you believe there's a higher

16 risk with more exposure or do you believe that there

17 is just a cutoff above which there's an increased

18 risk?

19          MS. ANDERSON:  Objection.  Form.

20          THE WITNESS:  The studies don't clearly

21 address that nor is there a clear cutoff because

22 occasionally studies will use a different cutoff.

23 So I can't answer that question.

24 BY MR. HOGUE:

25     Q.   Okay.  I'm just -- was trying to figure

Lauren C. Pinter-Brown, M.D.

1   out if it mattered to you if somebody was exposed to

2   Roundup one hour, three times a year, or one hour,

3   eight times a year, or some other amount.

4          And can you answer that?

5          MS. ANDERSON:  Objection.  Form.

6          THE WITNESS:  Well, yes, of course if I

7   was taking an exposure history, I would want to know

8   what the true exposure was.  And -- and that

9   includes what the person was wearing during the time

10  that they were using the product, what the

11  conditions were, what happened to them when they got

12  the product, all of those things, to make an

13  assessment of whether I thought their exposure was

14  significant or not.

15  BY MR. HOGUE:

16     Q.   In this case the only thing that you have

17  to rely upon is -- for Mr. Pecorelli's exposure was

18  the testimony of his son; is that right?

19     A.   That's true, since the patient is

20  unfortunately deceased.

21     Q.   Okay.

22          MR. HOGUE:  I appreciate it.  Thank you

23  for answering my questions today.

24          THE WITNESS:  No problem.

25          THE VIDEOGRAPHER:  Shall we conclude?

Lauren C. Pinter-Brown, M.D.

1          MS. ANDERSON:  Michael, are you -- are you

2    taking this afternoon's deposition or is that a

3    different attorney?

4          MR. HOGUE:  Not me.

5          MS. ANDERSON:  Okay.

6          THE VIDEOGRAPHER:  Shall I conclude this

7    depo?

8          MR. HOGUE:  Yes.

9          THE VIDEOGRAPHER:  This concludes the

10   video deposition of Lauren Pinter-Brown.  We are now

11   going off the record.  And the time is 12:20 p.m.

12          (Whereupon, the deposition was concluded

13   at 12:20 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

Lauren C. Pinter Brown, M.D.

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over carefully

 4    and make any necessary corrections.  You should

 5    state the reason in the appropriate space on the

 6    errata sheet for any corrections that are made.

 7              After doing so, please sign the errata

 8    sheet and date it.

 9              You are signing same subject to the

10    changes you have noted on the errata sheet, which

11    will be attached to your deposition.

12              It is imperative that you return the

13    original errata sheet to the deposing attorney

14    within thirty (30) days of receipt of the deposition

15    transcript by you.  If you fail to do so, the

16    deposition transcript may be deemed to be accurate

17    and may be used in court.

18

19

20

21

22

23

24

25
```

Lauren C. Pinter-Brown, M.D.

```
1                    ERRATA SHEET

2

3   PAGE    LINE      CHANGE

4   _____   _____   _____

5                    REASON:_____

6   PAGE    LINE      CHANGE

7   _____   _____   _____

8                    REASON:_____

9   PAGE    LINE      CHANGE

10  _____   _____   _____

11                   REASON:_____

12  PAGE    LINE      CHANGE

13  _____   _____   _____

14                   REASON:_____

15  PAGE    LINE      CHANGE

16  _____   _____   _____

17                   REASON:_____

18  PAGE    LINE      CHANGE

19  _____   _____   _____

20                   REASON:_____

21  PAGE    LINE      CHANGE

22  _____   _____   _____

23                   REASON:_____

24

25
```

Lauren C. Pinter-Brown, M.D.

```
1                  ACKNOWLEDGMENT OF DEPONENT

2

3

4

5          I,_____, do hereby certify

6   that I have read the foregoing pages, and that the

7   same is a correct transcription of the answers given

8   by me to the questions therein propounded, except

9   for the corrections or changes in form or substance,

10  if any, noted in the attached Errata Sheet.

11

12

13      _____    _____

14      LAUREN C. PINTER-BROWN, M.D.    DATE

15

16

17

18

19

20

21

22

23

24

25
```

Lauren C. Pinter-Brown, M.D.

```
 1    STATE OF CALIFORNIA  )

 2    COUNTY OF YOLO       )

 3         I, ELAINA BULDA-JONES, a Certified Shorthand

 4    Reporter of the State of California, duly authorized

 5    to administer oaths pursuant to Section 2025 of the

 6    California Code of Civil Procedure, do hereby

 7    certify that

 8              LAUREN C. PINTER-BROWN, M.D.,

 9    the witness in the foregoing deposition, was by me

10    duly sworn to testify the truth, the whole truth and

11    nothing but the truth in the within-entitled cause;

12    that said testimony of said witness was reported by

13    me, a disinterested person, and was thereafter

14    transcribed under my direction into typewriting and

15    is a true and correct transcription of said

16    proceedings.

17         I further certify that I am not of counsel or

18    attorney for either or any of the parties in the

19    foregoing deposition and caption named, nor in any

20    way interested in the outcome of the cause named in

21    said deposition dated the   1    day of

22    March            , 2021.

23

24

25    ELAINA BULDA-JONES, RPR, CSR 11720
```