# EXHIBIT 11

1           UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

2

    IN RE:  ROUNDUP PRODUCTS      )

3   LIABILITY LITIGATION,         )

    _____   )   MDL NO. 2741

4                                 )

    This document relates        )

5   to:                          )

                                 )

6   John Schafer v. Monsanto     )

    Co., Case No.                )

7   3:19-cv-02169                )

                                 )

8

9

10           REMOTE VIDEO-RECORDED DEPOSITION OF

11                DENNIS WEISENBURGER, M.D.

12                 TUESDAY, MARCH 2, 2021

13

14

15

16

17

18

19

20   REPORTED BY:

21   DEBRA A. DIBBLE, RDR, CRR, CRC, Notary Public

22   JOB NO. 262757

23

24

25

Dennis Weisenburger, M.D.

1          REMOTE VIDEO-RECORDED DEPOSITION OF DENNIS

2     WEISENBURGER, M.D., produced as a witness at the

3     instance of the Defendant and duly sworn, was taken

4     in the above-styled and numbered cause on the

5     above-referenced date, from 9:04 a.m. to 12:12 p.m.

6     PST, before Debra A. Dibble, CSR, CCR, RDR, CRR,

7     CRC, Notary Public, reported by realtime

8     stenographic means at the location of the witness.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   REMOTE APPEARANCES:

 2

 3        MOLL LAW GROUP
          BY:  REBECCA FREDONA, ESQUIRE
 4            rfredona@molllawgroup.com
          22 W. Washington Street
 5        15th Floor
          Chicago, Illinois 60602
 6        (312) 462-1700
          Counsel for Plaintiff

 7

 8        NELSON MULLINS RILEY & SCARBOROUGH
          LLP
 9        BY:  MICHAEL W. HOGUE, ESQUIRE
              michael.hogue@nelsonmullins.com
10        1320 Main Street
          17th Floor
11        Columbia, South Carolina 29201
          (803) 255-9514
12        Counsel for Defendant Monsanto
          Company

13

14

15   VIDEOGRAPHER:

16        DASH ARNOTT,
          Golkow Litigation Services

17

18

19

20

21

22

23

24

25
```

Dennis Weisenburger, M.D.

```
 1                          INDEX

 2

 3     APPEARANCES                               3

 4     PROCEEDINGS                               7

 5

 6   EXAMINATION OF DENNIS WEISENBURGER, M.D.:

 7          BY MR. HOGUE                         8

 8          BY MS. FREDONA                     125

 9          BY MR. HOGUE                       127

10

11     CERTIFICATE                            130

12     ERRATA                                 132

13     ACKNOWLEDGMENT OF DEPONENT             133

14     LAWYER'S NOTES                         134

15

16

17

18

19

20

21

22

23

24

25
```

Dennis Weisenburger, M.D.

```
 1                    DEPOSITION EXHIBITS

 2    NUMBER                  DESCRIPTION            PAGE

 3    Weisenburger-01  Defendant Monsanto Company's    58

 4                     Notice of Remote Video

 5                     Conference Deposition of Dennis

 6                     Weisenburger, M.D.

 7    Weisenburger-02  Specific Causation Report for    14

 8                     Mr. John Schafer

 9    Weisenburger-03  Curriculum Vitae of Dennis D.    14

10                     Weisenburger, MD

11    Weisenburger-04  Testimony History of Dennis      15

12                     Weisenburger, M.D. 2014 to

13                     Present

14    Weisenburger-05  1-16-2018 Surgical Pathology     43

15                     Report, Confidential-Schafer-

16                     JSchafer-DuPageMG-MD-000614-615

17                     and Confidential-Schafer-

18                     JSchafer-ElmhurstMH-PD-000001

19    Weisenburger-06  2-2-2018 Surgical Pathology      44

20                     Report, Confidential-Schafer-

21                     JShafer-ElmhurstMH-PD-000004-7

22

23

24

25
```

Dennis Weisenburger, M.D.

| | | | |
|---|---|---|---|
| 1 | Weisenburger-07 | Pesticide exposure as risk | 62 |
| 2 | | factor for non-Hodgkin lymphoma | |
| 3 | | including histopathological | |
| 4 | | subgroup analysis, Eriksson | |
| 5 | Weisenburger-08 | Glyphosate use and associations | 81 |
| 6 | | with non-Hodgkin lymphoma major | |
| 7 | | histological sub-types: | |
| 8 | | Findings from the North | |
| 9 | | American Pooled Project; Pahwa | |
| 10 | Weisenburger-09 | Mini Review, Autoimmunity and | 96 |
| 11 | | lymphomagenesis; Goldin | |
| 12 | Weisenburger-10 | Autoimmune diseases associated | 101 |
| 13 | | with non-Hodgkin lymphoma:  A | |
| 14 | | nationwide cohort study; Fallah | |
| 15 | Weisenburger-11 | Cancer Risks in Patients with | 102 |
| 16 | | Chronic Lymphocytic | |
| 17 | | Thyroiditis; Holm | |
| 18 | Weisenburger-12 | Chronic thyroiditis as a risk | 108 |
| 19 | | factor of B-cell lymphoma in | |
| 20 | | the thyroid gland; Kato | |
| 21 | Weisenburger-13 | Weisenburger Schafer invoice, | 129 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Dennis Weisenburger, M.D.

```
 1                    ------------

 2                 P R O C E E D I N G S

 3             March 2, 2021, 9:04 a.m. PST

 4                    ------------

 5             THE VIDEOGRAPHER:  We are now on the

 6      record.  My name is Dash Arnott.  I am a

 7      videographer for Golkow Litigation Services.

 8      Today's date is March 2nd, 2021.  The time is

 9      9:05 a.m.

10             This remote video deposition is being

11      held in the matter of Roundup (Schafer versus

12      Monsanto Company), for the United States

13      District Court, Northern District of

14      California.

15             The deponent is Dennis Weisenburger,

16      M.D.

17             All parties to this deposition are

18      appearing remotely and have agreed to the

19      witness being sworn in remotely.

20             Due to the nature of remote

21      reporting, please pause briefly before

22      speaking to ensure all parties are heard

23      completely.

24             Will counsel please identify

25      themselves?
```

Dennis Weisenburger, M.D.

```
 1              MR. HOGUE:  Michael Hogue for

 2       Monsanto.

 3              MS. FREDONA:  Rebecca Fredona on

 4       behalf of Plaintiff.

 5              THE VIDEOGRAPHER:  Thank you.  The

 6       court reporter is Debbie Dibble who will now

 7       swear in the witness.

 8                  ------------

 9            DENNIS WEISENBURGER, M.D.,

10              having been duly sworn,

11              testified as follows:

12                  ------------

13                  EXAMINATION

14                  ------------

15  BY MR. HOGUE:

16       Q.    Dr. Weisenburger, my name is Michael

17  Hogue.  We have not met before.  I understand you've

18  been deposed before; is that correct?

19       A.    Yes.

20       Q.    And you understand that you are under

21  oath today; right?

22       A.    Yes.

23       Q.    And you're familiar with the rules and

24  what's going on with this deposition today, and I'm

25  assuming if you want me to go back through the rules
```

1   with you, I'll be glad to.

2        A.    I don't think there's any need.

3        Q.    Okay.  Well, if you need a break, you

4   just let me know.

5             When was the first time that you got

6   involved in the case related to Mr. Schafer?

7        A.    Probably it was sometime this fall, late

8   fall.

9        Q.    Okay.  And how did you get involved?

10       A.    Well, Mr. Moll had contacted me earlier

11  in the spring about getting involved in cases, and

12  at that time I declined because I was busy with

13  other things.  But in the fall, my workload

14  lightened up a bit, and so I contacted him and I

15  agreed to do some cases for him for this -- for this

16  court -- whatever you call it, MDL.

17       Q.    So you recently issued several reports

18  related to certain cases, one of which with

19  Mr. Schafer; is that right?

20       A.    Yes.

21       Q.    How many other reports have you recently

22  issued?

23       A.    Oh, I did five for Mr. Moll.

24       Q.    And that was a case involving

25  Mr. Picorelli, a case involving Mr. Cervantes; is

Dennis Weisenburger, M.D.

```
 1    that right?

 2         A.    No, Picorelli was the one I did

 3    yesterday.

 4         Q.    Okay.

 5         A.    The other ones are Peterson -- I forget

 6    the names.  Let me get it.  Peterson is the one I'm

 7    doing tomorrow.

 8         Q.    Well --

 9         A.    And --

10         Q.    I think I'm deposing you --

11         A.    Carman and Cervantes.

12         Q.    So, all right.  In all of those cases,

13    did you come to the conclusion that their exposure

14    to Roundup was a cause or substantial contributing

15    factor to their non-Hodgkin's lymphomas?

16         A.    Yes.

17         Q.    All right.  I'll come back to that.

18               Did you receive the deposition notice in

19    this case?

20         A.    Yes.

21         Q.    Do you have that with you?

22         A.    Yes.

23         Q.    Did you bring any additional documents in

24    response to the requests that were attached to the

25    deposition notice?
```

Dennis Weisenburger, M.D.

```
 1        A.     I brought my report, my written report.

 2        Q.     Okay.  Did you bring anything --

 3        A.     And --

 4        Q.     Go ahead.

 5        A.     And then I brought some notes that I have

 6    taken -- you know, that I used in writing my report.

 7        Q.     I would request a copy of the notes.  Is

 8    that something that you can scan and send to your

 9    counsel?

10        A.     Well, I discussed this with Mr. Moll last

11    week.  And I have tended not to supply all my

12    written notes when we do a formal written report, so

13    that's -- you'll have to work that out with him.

14        Q.     Okay.  Well, if you can maintain them, or

15    send a copy to plaintiff's counsel, I can follow up

16    with plaintiff's counsel about whether it's

17    appropriate for them to produce a copy of your

18    notes.  Okay?

19        A.     Okay.

20        Q.     Did you bring any invoices or other

21    documents that would identify how much time you've

22    billed in the Schafer case?

23        A.     Yes.  I billed $15,000 in the Schafer

24    case, and, you know, in preparing for this

25    deposition, I incurred another seven hours.
```

```
 1       Q.    Okay.  So you've billed $15,000

 2  previously?

 3       A.    Yes.

 4       Q.    Was that in a written invoice?

 5       A.    Yes, he should have -- Mr. Moll -- you

 6  know, I requested that he supply those to you.  I

 7  don't know if he did.

 8                  MR. HOGUE:  I don't believe I've

 9        received them.

10                  Rebecca, do you have them?

11                  MS. FREDONA:  I just put a request

12        in.

13                  MR. HOGUE:  Rebecca, if you could

14        send them to me during the deposition, I can

15        mark them as an exhibit.  Will that work?

16                  MS. FREDONA:  Sounds great.

17       Q.    (BY MR. HOGUE)  In addition to the

18  $50,000 invoice, you spent you said seven hours

19  preparing for the deposition?

20       A.    Yes, seven hours.

21       Q.    And what did you do to prepare for the

22  deposition?

23       A.    I read over my reports, I looked at some

24  literature that's referenced in my reports, and I

25  looked over my notes and I reviewed the pathology
```

Dennis Weisenburger, M.D.

```
 1    slides.

 2        Q.    When was the first time you reviewed the

 3    pathology slides?

 4        A.    You know, I got the slides in two

 5    batches.  I saw them, oh, a couple of weeks ago.  I

 6    saw just two slides a couple of weeks ago.  Well,

 7    actually, I saw two sets of slides a couple of weeks

 8    ago, and then I got some duplicates of the obturator

 9    lymph node biopsy yesterday, and I got a bunch of

10    other sort of nonconsequential slides on other

11    various biopsies that he had yesterday as well.

12            So I guess I received those on Friday,

13    but I reviewed them yesterday when I came into the

14    office.

15        Q.    So the --

16        A.    I can't remember exactly when I saw the

17    first set of slides.  It was probably a couple of

18    weeks ago.

19        Q.    Before you prepared your report in this

20    case, had you reviewed the slides?

21        A.    No.

22        Q.    Okay.  Did your review of the pathology

23    slides change your opinions in any way?

24        A.    No, it did not.

25        Q.    Have you dictated any pathology report
```

Dennis Weisenburger, M.D.

```
 1    from your review of the pathology slides?

 2         A.    No.

 3         Q.    Is there any disagreement with the

 4    pathology reports that -- from Mr. Schafer's

 5    pathologist that you would change or disagree with

 6    based upon your personal review of the slides?

 7         A.    No, no substantial -- no disagreement,

 8    no.  No disagreement.

 9                   MR. HOGUE:  Okay.  So you've brought

10         your report.  I've got a copy of your CV.  I'm

11         going to mark your report as Exhibit 2 to this

12         deposition, and your CV as Exhibit 3.

13                   (Whereupon, Deposition Exhibit

14                   Weisenburger-02, Specific Causation

15                   Report for Mr. John Schafer, was

16                   marked for identification.)

17                   (Whereupon, Deposition Exhibit

18                   Weisenburger-03, Curriculum Vitae of

19                   Dennis D. Weisenburger, MD, was

20                   marked for identification.)

21         Q.    (BY MR. HOGUE)  I'm assuming that your CV

22    that was produced with your report back in about a

23    month ago hasn't had any substantial updates, but

24    has there been any update since then?

25         A.    No.
```

Dennis Weisenburger, M.D.

1        Q.    Any articles that would need to be

2   updated that relate to glyphosate or Roundup or

3   non-Hodgkin lymphoma?

4        A.    No.

5        Q.    I also received a list of testimony for

6   the past four years, and I'm going to mark that as

7   Exhibit 4.  And that lists some prior depositions

8   that you've been involved in.

9                  (Whereupon, Deposition Exhibit

10                 Weisenburger-04, Testimony History of

11                 Dennis Weisenburger, M.D. 2014 to

12                 Present, was marked for

13                 identification.)

14       A.    I -- it lists my actual testimony.

15              You know, I don't keep my depositions,

16   and I don't keep track of my depositions, so I'm

17   deposed a number of times in Roundup cases, that,

18   you know, you should have all of those somewhere.

19              I don't keep them.

20       Q.    (BY MR. HOGUE)  Okay.  Well, this is a

21   list that I was provided with your report that you

22   testified in Wendell versus Johnson & Johnson.  And

23   what kind of case was that?

24       A.    That was a medicolegal case.  A young man

25   had been exposed to some drugs that predisposed him

Dennis Weisenburger, M.D.

```
 1    for lymphoma.

 2         Q.    Okay.  So did that case relate to

 3    non-Hodgkin lymphoma?

 4         A.    Yes.

 5         Q.    And what drug did you -- well, could you

 6    represent in that case?

 7              MS. FREDONA:  Objection, form.

 8         Q.    (BY MR. HOGUE)  Okay.  Well, let me

 9    restate it.

10              What was your opinion in that case?

11         A.    My opinion was that the drug exposure

12    predisposed him to getting the lymphoma.

13         Q.    And were you hired by plaintiff's counsel

14    in that case?

15         A.    Yes.

16         Q.    And what was the drug that was involved?

17         A.    There were two drugs.  One was

18    methotrexate, the other was an immunosuppressive

19    drug.  I can't remember the name of it.

20         Q.    Was it your opinion that one or both of

21    them were related to his non-Hodgkin lymphoma?

22         A.    Yes.

23         Q.    Was it one or was it both?

24         A.    It was the methotrexate primarily.

25         Q.    And was that a trial or deposition?
```

```
 1        A.    I don't believe that it was a trial.  I
 2   think that was a deposition.  But I'm having a bit
 3   of trouble remembering.  I don't think I actually
 4   testified at trial in this case.
 5        Q.    Okay.  And the Hardeman versus Monsanto,
 6   that was a Roundup case; right?
 7        A.    Yes.
 8        Q.    Was that -- did you testify at trial?
 9        A.    Yes.
10        Q.    Was there also a deposition?
11        A.    Yes.
12        Q.    So in the Hardeman case, you had two
13   different times you testified, one by deposition and
14   one at trial.  Is there any other testimony in the
15   Hardeman case that you gave?
16        A.    No, I also wrote some reports.
17        Q.    Okay.  And in the Pelliod case, did you
18   testify at deposition and at trial?
19        A.    Yes.
20        Q.    Have you testified in deposition or trial
21   in any other cases?
22        A.    Well, I've given quite a number of
23   depositions in the Roundup litigation, yes.
24        Q.    Okay.  So this list is not complete; is
25   that correct?
```

Dennis Weisenburger, M.D.

```
 1        A.     No, these are cases that actually were
 2   heard in court.
 3        Q.     Can you estimate for me how many times
 4   you've been deposed in the past four years, where
 5   you testified at a deposition like this or in person
 6   by deposition?
 7        A.     Oh, gosh.  I don't know, maybe ten times
 8   or so.
 9               You should have all of them.
10        Q.     Well, I've never deposed you before.
11        A.     You'll have to talk to your friends.
12        Q.     Okay.  So other than cases that are
13   Roundup cases against Monsanto, have you testified
14   any other time other than the Wendell versus Johnson
15   & Johnson case?
16        A.     No.
17        Q.     Okay.  And for your time that you were
18   preparing your report, reviewing Mr. Schafer's
19   medical records and your time preparing for your
20   deposition, how much were you charging for that
21   time?
22        A.     My rate is $750 an hour.
23        Q.     And what are you charging for your
24   deposition today?
25        A.     $5,000.
```

Dennis Weisenburger, M.D.

1       Q.    And you understand the deposition is

2    limited to three hours of questioning today?

3       A.    Yes.

4       Q.    And why is the deposition 5,000 as

5    opposed to 750 an hour?

6       A.    Well, I just thought it was easier.  And

7    I didn't know how long the deposition would go at

8    the time that I decided this, so...

9       Q.    Is that your standard rate for a

10   deposition?

11      A.    Yes.

12      Q.    And has that changed over time?

13      A.    Yes.  I billed by the hour in the past.

14   I've done it both ways.

15      Q.    And so for a three-hour time period,

16   that's about a little over 1600, a little less than

17   $1700 an hour; is that right?

18      A.    I think it's right.  I haven't done the

19   calculation, but I'll accept that.

20      Q.    What do you charge for time at trial?

21      A.    Usually I bill by the hour, but if -- you

22   know, it depends on if it's an all-day thing, I

23   usually bill for eight or ten hours, so...

24      Q.    And at what rate?

25      A.    Well, it would be at the same rate.

Dennis Weisenburger, M.D.

```
 1        Q.    That seven --

 2        A.    I haven't done a trial at this rate.  You

 3   know, my -- I haven't done a trial at this rate, but

 4   it would be at this rate.

 5        Q.    So if you were -- a trial in the Schafer

 6   case, you'd be charging $750 an hour; is that right?

 7        A.    Yep.

 8        Q.    And what was your prior rate when you

 9   were testifying at trial?

10        A.    Well, a year ago it was about $500 an

11   hour.

12        Q.    And why did it go up from 500 to 750 an

13   hour?

14        A.    Well, because I've had a lot of demand

15   for my time.  So it didn't seem -- it seemed like a

16   way to sort of separate people who were serious from

17   those who weren't serious.

18        Q.    Do you do any consulting work other than

19   litigation work?

20        A.    Very little.

21        Q.    Do you charge for your time for other

22   consulting work?

23        A.    I have, yes.

24        Q.    And what have you charged for your other

25   consulting work that's not litigation related?
```

Dennis Weisenburger, M.D.

```
 1      A.    It's usually the maximum that they'll

 2   pay.  Sometimes they won't pay that much.  So, you

 3   know, I -- in the past I've accepted what they paid

 4   as their maximum, so it's been 500 or 450 or

 5   something like that.  I can't remember.  I haven't

 6   done anything for at least a year.

 7      Q.    Okay.  And what's your -- are you

 8   currently employed outside of litigation?

 9      A.    Yes, I'm employed part-time at the City

10   of Hope.

11      Q.    And does the City of Hope pay you 750 an

12   hour for your time?

13      A.    I've never sat down and calculated it.

14      Q.    Okay.  And what did you do to formulate

15   your opinions in this case?

16      A.    Well, I've reviewed the medical records,

17   the pathology slides.  I reviewed the depositions of

18   Mr. Schafer and his wife.  The fact -- I reviewed

19   the fact sheet, and I did a one-hour --

20   approximately one-hour telephone interview with

21   Mr. Schafer and his wife in December.

22      Q.    Do you have any notes from your interview

23   with Mr. Schafer and his wife?

24      A.    Yes.

25      Q.    And are those -- the notes you were
```

Dennis Weisenburger, M.D.

```
 1    referring to, are they part of that or are they

 2    separate notes?

 3         A.    They're part of my notes, yes.

 4         Q.    And so there is an area in your notes

 5    where you list the 12 -- December 9, 2020 telephone

 6    call with the Schafers; is that right?

 7         A.    Yes.

 8         Q.    And do your notes list what the Schafers

 9    told you during that telephone call?

10         A.    Yes.

11         Q.    And are you relying upon what the

12    Schafers told you in that telephone call for your

13    opinions in the case?

14         A.    In part, yes.

15         Q.    Did you find any discrepancies between

16    the -- what the Schafers told you in their -- in the

17    telephone interview with them versus what they had

18    said in their depositions?

19         A.    Well, the main thing was the places that

20    they lived and the dates when they lived there.

21    There was some confusion from the fact sheet from

22    Mr. Schafer's deposition and also Mrs. Schafer's

23    deposition, so, you know, I focused on trying to

24    make sure that I had the correct years when they

25    lived at the various residences.
```

```
 1              And the other discrepancy was when

 2    Mr. Schafer testified, he said that he didn't use

 3    Roundup for a period of time after he had a head

 4    injury, but when I talked to them on the phone, his

 5    wife said that, no, he had actually used Roundup

 6    after he had his head injury.  Although he wasn't

 7    working at the time, he did use Roundup at their

 8    residence.  So, you know, I clarified that issue,

 9    and I clarified the dates when they lived at the

10    various residences.  Those were the main two things

11    that probably resulted in some changes in my report

12    from the other documents.

13        Q.    And if there was a discrepancy between

14    his deposition and the interview, how did you go

15    about determining which of those versions that you

16    would rely upon for your opinions?

17        A.    So I --

18              MS. FREDONA:  Objection, form.

19        A.    -- relied upon the interview that I had.

20    Because Mr. Schafer had some problems with memory

21    after his chemotherapy, and that was the reason that

22    I think that there were a number of discrepancies.

23    His wife, on the other hand, had a very sharp memory

24    of where they lived and when they lived, and when he

25    applied.  And so, you know, I tried to determine
```

```
 1   what the best -- the best truth was, and I relied on

 2   my interview because I queried them about it

 3   carefully and, you know, and tried to make sense of

 4   everything.

 5        Q.   Other than the deposition of

 6   Mr. and Mrs. Schafer, did you review any other

 7   depositions in the case?

 8        A.   No.

 9        Q.   And you said you reviewed medical

10   records; right?

11        A.   Yes.

12        Q.   And did you review all of the medical

13   records in the case?

14        A.   As far as I know.  I reviewed all that I

15   was sent.

16        Q.   Did you receive any summary of the

17   medical records?

18        A.   No.

19        Q.   Other than the invoice that we talked

20   about and your report, did you bring any other

21   documents with you in response -- in response to or

22   because of the deposition notice request for

23   documents?

24        A.   No.

25        Q.   Okay.  So if we include your report,
```

1    your -- and the references that are listed, your

2    medical records and your interview with the --

3    Mr. and Mrs. Schafer and the deposition of

4    Mr. and Mrs. Schafer, is that everything that you're

5    relying upon for your opinions in the case?

6         A.    Well, I also reviewed the fact sheet, and

7    I reviewed the pathology slides.

8         Q.    Okay.  Is there anything else other than

9    those items with your addition of the fact sheets

10   and your personal review of the pathology slides?

11        A.    That's everything.

12        Q.    Okay.  Have you spoken with any other

13   expert, plaintiff or defense expert in this case?

14        A.    No.

15        Q.    Are you relying upon any other experts

16   for your opinions in this case?

17        A.    No.

18        Q.    Have you reviewed any other expert

19   reports other than your report in this case?

20        A.    I reviewed the report of the pathologist,

21   Dr. Slack.

22        Q.    Okay.  So did you have any specific

23   opinions about Dr. Slack's report?

24        A.    Well, I didn't agree with it.

25        Q.    And what parts did you not agree with?

1    A.    Well, I didn't take any notes on it.  I

2  didn't agree with his conclusions.

3    Q.    Okay.  Did you review the expert report

4  of any pathologist -- excuse me, strike that.

5          Did you review the expert report of any

6  oncologist, either for Monsanto or for the

7  plaintiff?

8    A.    No.

9    Q.    I think you've said between the five

10  reports you've issued recently and your prior

11  depositions, you've probably come to the conclusion

12  about 10 or 15 different patients have had Roundup

13  cause or substantially contribute to their

14  non-Hodgkin lymphoma in your opinions; is that

15  right?

16          MS. FREDONA:  Objection, form.

17    A.    Yeah, approximately.  I don't remember

18  the exact number.

19    Q.    (BY MR. HOGUE)  And what is your criteria

20  for determining that Roundup is or is not a

21  substantial contributing factor to a specific

22  plaintiff's case?

23    A.    Well, I look at all of the records, as

24  I've done in this case, and then I use a method

25  called differential etiology or differential

Dennis Weisenburger, M.D.

1    diagnosis, and I go through all the known causes of

2    non-Hodgkin's lymphoma, eliminating them, you know,

3    until there's only one or more left, and then I try

4    to weigh those as best I can.

5        Q.    Random mutations in DNA cause some

6    patients to develop non-Hodgkin lymphoma?

7        A.    Is that a question?

8        Q.    Yes.

9        A.    That's true.

10       Q.    And how often does that occur?

11       A.    Well, it occurs frequently.  It probably

12   occurs every day.

13       Q.    Okay.  In what percentage of patients do

14   you believe that a random mutation caused their

15   non-Hodgkin lymphoma?

16       A.    Well, there's no way to know that.  It's

17   some proportion.

18       Q.    In what proportion of the patients that

19   you've seen medical records for are there no

20   identifiable causes of their non-Hodgkin lymphoma?

21       A.    Do you mean the cases I've reviewed for

22   Roundup?

23       Q.    I mean any -- any of your patients,

24   any -- in your practice, I mean, what percentage of

25   the patients where the patient has non-Hodgkin

1    lymphoma and there is no identifiable significant

2    cause of their non-Hodgkin lymphoma listed in their

3    medical records?

4         A.    You know, so --

5               MS. FREDONA:  Object to form.

6         A.    I'm a pathologist, so I don't investigate

7    the medical records in detail in the cases that I

8    handle in my practice.  Sometimes we do know the

9    predisposing cause for the lymphoma, but often I

10   don't have that information at hand.  So I don't

11   review the medical record in detail on every case

12   that I handle as a part of my practice.

13        Q.    (BY MR. HOGUE)  So outside of your

14   litigation reviews in the Roundup cases, you don't

15   conclude what causes a specific patient's

16   non-Hodgkin lymphoma; is that right?

17        A.    No, unless it's obvious from the

18   pathology slides or some stains that we might do.

19   But in general, no.

20        Q.    So in what scenarios can you look at the

21   pathology and determine what caused a patient's

22   non-Hodgkin lymphoma?

23        A.    Well, sometimes we can identify the

24   organism, usually a virus, in the tissue.  So, we,

25   you know, we can identify Epstein-Barr virus.  We

1    can identify human herpes viruses, that kind of

2    thing.  Where there is a suspicion that it may be

3    related to immunosuppression such as HIV infection

4    or other immunosuppression, we can investigate using

5    some special stains.  But, you know, this is -- but

6    that's pretty limited.  In gastric lymphomas we can

7    do stains for Helicobacter pylori bacterium, but

8    again, that's fairly limited.

9         Q.    Is there anything in the pathology slides

10   that you look at to determine whether Roundup was a

11   substantial contributing factor to a patient's

12   non-Hodgkin lymphoma?

13        A.    No.

14        Q.    What types of non-Hodgkin lymphoma do you

15   believe are caused by or substantially contributed

16   to by exposure to Roundup?

17        A.    Well, I think all types of non-Hodgkin

18   lymphoma are caused by Roundup.

19        Q.    Do you think that T-cell non-Hodgkin

20   lymphomas are caused by exposure to Roundup?

21        A.    They probably are.

22        Q.    Okay.  So what criteria would you use to

23   come to the conclusion that Roundup was not a

24   substantial contributing factor in a plaintiff's

25   development of non-Hodgkin lymphoma?

Dennis Weisenburger, M.D.

```
 1                    MS. FREDONA:  Objection, form.

 2        A.    Well, you know, I would look at the

 3   entire case.  I think important parameters to -- in

 4   this are how frequently did the individual use

 5   Roundup, how much did they use, for how many times

 6   per year did they use it, how many years did they

 7   use it, how many gallons did they use.  I take all

 8   these different parameters into consideration.

 9              There have been Roundup cases where I've

10   advised the lawyers that it wasn't a very good case

11   because of a very, very short latency time or very

12   little exposure.  And I have turned cases down or

13   advised against them pursuing those cases because of

14   that.  So I take -- I take all of those things into

15   consideration.

16        Q.    (BY MR. HOGUE)  So how many cases have

17   you turned down or told the plaintiffs' counsel that

18   you believe the case didn't have significant enough

19   exposure for Roundup to be a substantial

20   contributing factor?

21        A.    Oh, a few.  Not too many.  Because most

22   of these cases are prescreened by the lawyers to

23   have had heavy exposure.  But there have been a few;

24   I don't remember how many.

25        Q.    Is it more than two or -- do you believe
```

Dennis Weisenburger, M.D.

```
 1    it was two?

 2         A.    I don't remember.

 3         Q.    Do you know whether it was more than

 4    three?

 5         A.    It was less than five.

 6         Q.    Okay.  And what period of time of latency

 7    do you think is too short for Roundup exposure to

 8    have caused a patient's non-Hodgkin lymphoma?

 9         A.    Well, that's a difficult question; but

10    one year or two years.  I would feel very

11    uncomfortable relating a lymphoma to Roundup

12    particularly if the exposure wasn't large.  So, you

13    know, very short exposures prior to getting the

14    disease, I think would make the case quite

15    questionable.

16         Q.    Okay.  And what amount of exposure to

17    Roundup do you find to be insufficient for you to

18    give an opinion that Roundup was a substantial

19    contributing factor to a patient's non-Hodgkin

20    lymphoma?

21               MS. FREDONA:  Object to the form.

22         A.    Someone who used it once or twice a year.

23         Q.    (BY MR. HOGUE)  Okay.

24         A.    I would be concerned that they didn't

25    have enough exposure to really be considered.
```

Dennis Weisenburger, M.D.

1    Q.    Okay.  So is it your opinion that if a

2    patient is exposed three or more times a year and

3    the latency is more than two years, that in those

4    cases you would consider Roundup a substantial

5    contributing factor to their non-Hodgkin lymphoma?

6                 MS. FREDONA:  Objection, form,

7          incomplete hypothetical.

8    A.    Well, I -- you know, I'm going to have to

9    examine every case specifically.  I don't have any

10   hard and fast guidelines of rules.  So I would have

11   to examine every case very carefully.

12   Q.    (BY MR. HOGUE)  So are you saying that

13   you don't have a specific criteria of amount of

14   exposure and time period of latency for you to

15   provide an opinion that a plaintiff's non-Hodgkin

16   lymphoma was caused by or substantially contributed

17   to by Roundup exposure?

18                 MS. FREDONA:  Objection, form.

19   A.    I do, but I don't have any minimum -- I

20   don't have any minimum criteria that I rely on.  I

21   look at every case individually and try to make my

22   best judgment.

23   Q.    (BY MR. HOGUE)  If a patient has a

24   significant risk factor other than Roundup exposure,

25   such as an autoimmune disease like rheumatoid

1    arthritis or Sjogren's disease, what do you do in

2    those cases as for your opinion about Roundup and

3    whether it substantially contributed or not?

4            MS. FREDONA:  Objection, form,

5         incomplete hypothetical.

6        A.    Well, I haven't had any cases like that.

7    Usually -- again, I would review the case very

8    carefully.

9            One can have more than one substantial

10   risk factor, but I would be much more cautious in

11   cases where they already have a known, established

12   risk factor.  In some cases similar to that, I would

13   recommend the lawyer settle the case rather than

14   take it to trial.

15       Q.    (BY MR. HOGUE)  And what relative risk of

16   a risk factor would you find sufficient for you to

17   be concerned that the plaintiff's non-Hodgkin

18   lymphoma was caused by the alternative risk factor?

19           MS. FREDONA:  Objection, form.

20       A.    Well, again, I don't have a specific

21   number.  It would have to be consistently an

22   elevated risk factor that was statistically

23   significant.  But I don't have an actual number that

24   I rely on.

25       Q.    (BY MR. HOGUE)  Is there a relative risk

Dennis Weisenburger, M.D.

1   number that you look at to determine whether you

2   determined a contributing factor to be a minor

3   contributing factor versus a substantial

4   contributing factor?

5        A.   Well, in general, risk factors of 2 or

6   greater would be -- in my estimation would be

7   considered major, if they were less than 2.  But

8   statistically significant, you know, I would have to

9   weigh it.  Is it close to 2?  Is it closer to 1?

10  But these would be in general minor contributing

11  factors.

12       Q.   So if a risk factor has a relative risk

13  less than 1.5, would that in your opinion be a minor

14  contributing factor?

15            MS. FREDONA:  Objection, incomplete

16       hypothetical.

17       A.   Yes.

18       Q.   (BY MR. HOGUE)  So Exhibit 2, you have

19  a -- which is your report -- I think you have a copy

20  with you.  I can show you sections as we go from

21  what I'll mark and send to the court reporter.  But

22  for your report, are all your opinions in this case

23  set forth in your report?

24       A.   Yes.

25       Q.   As I believe I said, your review of the

 1    pathology slides does not change any of your

 2    opinions set forth in your report; right?

 3         A.    That's correct.

 4         Q.    And did Mr. Schafer develop non-Hodgkin

 5    lymphoma?

 6         A.    Yes, he did.

 7         Q.    And when did he develop that?

 8         A.    Well, he probably first had it identified

 9    in June of 2017, when he had an abnormal CT scan.

10         Q.    Okay.  And when was it diagnosed?

11         A.    Well, it was officially diagnosed in

12    January of 2018, when he was followed up with an

13    initial CT scan and some biopsies.

14         Q.    Okay.  Was follicular lymphoma the first

15    type of non-Hodgkin lymphoma that Mr. Schafer

16    developed?

17         A.    No, it was a diffuse non-Hodgkin

18    lymphoma.  You know, in looking at the slides and

19    considering the high proliferation rate, you think

20    it would -- should have been called diffuse large

21    B-cell lymphoma, but it was a small needle biopsy,

22    and the local pathologist made a more, I would say

23    descriptive diagnosis.

24         Q.    Okay.  If you go to your report, on the

25    first page --

Dennis Weisenburger, M.D.

1       A.    Yes.

2       Q.    -- where you discuss that needle biopsy

3   on January 9, 2018?

4       A.    Yes.

5       Q.    It says:  A needle biopsy of the left

6   inguinal lymph node on January 9, 2018 revealed

7   diffuse B-cell non-Hodgkin lymphoma of follicular

8   cell origin with a high proliferative rate, Ki-67

9   greater than 50 percent.

10          Is that correct?

11      A.    Yeah.  That's pretty much quoting from

12  the pathologist's report.  Because I hadn't seen the

13  slides at the time I wrote the report, so I was

14  accepting -- I was accepting that diagnosis based on

15  the pathologist's report.

16      Q.    Okay.  What is meant by follicular cell

17  origin?

18      A.    Well, it has a phenotype.  It has certain

19  markers which characterize lymphomas that arise in

20  lymphoid follicles, or germinal centers.  And this

21  one had those features, and so he gave it that

22  diagnosis.

23      Q.    Do you agree or disagree with the

24  treating pathologist that this non-Hodgkin lymphoma

25  had a follicular-cell origin?

Case 3:16-md-02741-VC   Document 12784-12   Filed 03/18/21   Page 38 of 135
Dennis Weisenburger, M.D.

```
 1      A.    Yes, I do.

 2      Q.    You agree or you disagree?

 3      A.    I agree.

 4      Q.    So you agree that Mr. Schafer's lymphoma

 5   had a follicular-cell origin?

 6      A.    Yes.

 7      Q.    Did Mr. Schafer's follicular-cell

 8   lymphoma transform into a diffuse large B-cell

 9   lymphoma at some point?

10      A.    Well, I think he had diffuse large B-cell

11   lymphoma from the start.  When I reviewed the slides

12   a few weeks ago, you know, I thought that the

13   cells -- there were many large cells there and the

14   proliferation was very high.  So, you know, my

15   diagnosis from the first biopsy would have been

16   diffuse large B-cell lymphoma --

17      Q.    Okay.  So --

18      A.    -- of germinal center type.

19      Q.    So do you -- you do not believe that

20   Mr. Schafer's diffuse large B-cell was the -- was a

21   transformation from a follicular lymphoma; is that

22   what you're saying?

23      A.    Well, it have been, but the first biopsy

24   doesn't show that.

25      Q.    Did Mr. Schafer's treating pathologist
```

1    indicate that this was a transformation from a

2    follicular lymphoma Grade 3 to a diffuse large

3    B-cell lymphoma?

4         A.    What he says is he says:  The findings

5    are most compatible with a follicular lymphoma with

6    a diffuse pattern.  And then he says:  Cytologically

7    low grade but with a discordant high proliferation

8    rate.  None of that really makes sense, okay?  If

9    you have a lymphoma that looks like a diffuse

10   follicle center lymphoma with a high proliferation

11   rate, that by definition is diffuse large B-cell

12   lymphoma.

13          So I don't really agree with his

14   interpretation of that slide, but, you know, when I

15   was writing the report, I hadn't seen the slide, so

16   I accepted his diagnosis.  But if I were to -- if I

17   had looked at those slides, I would have called it

18   diffuse large B-cell lymphoma of germinal center

19   type.

20        Q.    So do you disagree with the treating

21   pathologist?

22        A.    Yes.  In the first biopsy, yes.

23        Q.    And that is in the pathology report from

24   January 9, 2018; is that right?

25        A.    Yes.

Dennis Weisenburger, M.D.

```
 1        Q.    All right.  Let me see if I can pull that
 2   up.
 3              Is that showing up, the surgical
 4   pathology report from January 9, 2018?
 5        A.    Yes.
 6        Q.    So is this the report you're referring
 7   to?
 8        A.    Yes.
 9        Q.    And this part that I've highlighted here
10   says:  Overall the findings in this material is most
11   compatible with follicular lymphoma with a diffuse
12   pattern, cytologically low grade, but discordantly
13   higher proliferative rate.
14              Do you see that?
15        A.    Yes.
16        Q.    And is that what you disagree with, that
17   this is a -- that the findings were most compatible
18   with a follicular lymphoma with a diffuse pattern?
19        A.    I wouldn't say follicular lymphoma.  I
20   would say a diffuse follicle center cell lymphoma.
21   If it's low grade, that's the terminology that once
22   you've used -- unfortunately, this one is not low
23   grade; this one is high grade.  So you wouldn't use
24   that terminology.  You would just use the diagnosis
25   diffuse large B-cell lymphoma, germinal center type.
```

Dennis Weisenburger, M.D.

1       Q.     So is it your opinion that Mr. Schafer

2  never had any follicular component of his

3  non-Hodgkin lymphoma?

4              MS. FREDONA:  Objection, form.

5       A.     Well, there's none in this biopsy.

6       Q.     (BY MR. HOGUE)  Okay.  When you talked to

7  Mr. Schafer back in December of 2020, did you ask

8  him about whether he's had any recurrence of his

9  condition?

10      A.     He has not had any recurrence.

11      Q.     And how long has it been since his

12 non-Hodgkin lymphoma was diagnosed?

13      A.     In December it was about two and a half

14 years.

15      Q.     Okay.  And how long is it since he

16 completed treatment?

17      A.     About two and a half years.

18      Q.     Okay.  And is, in your opinion,

19 Mr. Schafer in complete remission for the past two

20 and a half years?

21      A.     Yes, that's what his CT scans and his

22 doctors believe -- show, and that's what his

23 doctors, I think, have told him.

24      Q.     Okay.  And for patients that have not had

25 any recurrence of diffuse large B-cell of the type

1    that you indicate that he had, if there's not been a

2    recurrence in two and a half years, so what does

3    that tell you about his future prognosis?

4         A.   Well, I think it's optimistic that he'll

5    stay in complete remission.  Usually clinicians are

6    very cautious about telling patients they're cured,

7    but if a patient like this goes for five years in

8    complete remission, they are most likely cured.  At

9    this point, I would be optimistic but cautious in

10   telling him that.

11        Q.   Okay.  Do you think there's an 80 percent

12   likelihood that he is cured, given that he's two and

13   a half years past diagnosis without any recurrence?

14             MS. FREDONA:  Objection to form.

15        A.   I don't usually opine on that.  That's a

16   bit out of my area of expertise, so, you know, this

17   is a kind of question to ask an oncologist, someone

18   who treats patients with lymphoma.  I don't treat

19   patients with lymphoma.

20        Q.   (BY MR. HOGUE)  Okay.  Since it's your

21   opinion that Mr. Schafer never had a follicular

22   component to his non-Hodgkin lymphoma, he would not

23   be at continued risk of a recurrence of a follicular

24   lymphoma; right?

25             MS. FREDONA:  Objection, form,

Dennis Weisenburger, M.D.

1          misstates the record.

2          A.    No, not necessarily.  Because sometimes

3    patients with diffuse large B-cell lymphoma of

4    germinal center or follicle center or follicular

5    cell origin do relapse with the low-grade follicular

6    lymphoma.  So I've seen that a number of times.

7               So it's possible he could recur.  He

8    could recur as a diffuse large B-cell lymphoma or he

9    could recur as a follicular lymphoma.

10         Q.    (BY MR. HOGUE)  So do you have an opinion

11   whether his diffuse large B-cell lymphoma started

12   off as a follicular lymphoma or not?

13         A.    Well, there's no way to really know.

14         Q.    Okay.  If Mr. Schafer had a follicular

15   lymphoma that transformed into a diffuse large

16   B-cell, would you agree that the follicular lymphoma

17   in that scenario had to exist before the diffuse

18   large B-cell?

19               MS. FREDONA:  Objection, form,

20          incomplete hypothetical.

21         A.    Repeat that question again.  I'm sorry,

22   I --

23         Q.    (BY MR. HOGUE)  Yes.  If Mr. Schafer had

24   a follicular lymphoma that transformed into a

25   diffuse large B-cell lymphoma, in that scenario, the

Dennis Weisenburger, M.D.

```
 1    follicular lymphoma would have needed to by

 2    necessity precede the diffuse large B-cell; right?

 3                    MS. FREDONA:  Same objection.

 4        A.    Yes.

 5        Q.    (BY MR. HOGUE)  Okay.  Doctor, so we were

 6    looking at that Exhibit 5, is what I'm going to mark

 7    it as, the January 9, 2018 pathology report.

 8                    (Whereupon, Deposition Exhibit

 9                     Weisenburger-05, 1-16-2018 Surgical

10                     Pathology Report,

11                     Confidential-Schafer-JSchafer-

12                     DuPageMG-MD-000614-615 and

13                     Confidential-Schafer-JSchafer-

14                     ElmhurstMH-PD-000001 was marked for

15                     identification.)

16        Q.    (BY MR. HOGUE)  And in that one, did

17    you -- so you reviewed that pathology slide as well;

18    correct?

19        A.    I did.

20        Q.    Okay.  And did you review the pathology

21    slide from the surgical pathology February 2nd,

22    2018?

23        A.    Yes, I did.

24        Q.    Okay.  Let me pull that record up and see

25    if this is the one you're referring to.
```

```
 1                    (Whereupon, Deposition Exhibit

 2                    Weisenburger-06, 2-2-2018 Surgical

 3                    Pathology Report,

 4                    Confidential-Schafer-JShafer-

 5                    ElmhurstMH-PD-000004-7, was marked

 6                    for identification.)

 7                    Do you see on my screen a surgical

 8                    pathology report?

 9         A.    Yes.

10         Q.    And I believe this one is dated

11    February 2nd, 2018.

12                    Do you see that?

13         A.    Yes.

14         Q.    And I've highlighted part of this.  It

15    says:  Overall, the morphologic and immunophenotypic

16    findings are consistent with diffuse large B-cell

17    lymphoma with germinal center immunophenotype, (WHO

18    classification) arising from transformation of a

19    high-grade follicular lymphoma (Grade 3a).

20                    Do you see that?

21         A.    Yes.

22         Q.    And do you agree or disagree with this

23    pathologist that his diffuse large B-cell lymphoma

24    arose from a transformation from a high-grade

25    follicular lymphoma?
```

Dennis Weisenburger, M.D.

```
1        A.    It's most likely yes.  I reviewed these

2   slides.  Also, it's mostly diffuse large B-cell

3   lymphoma but there are some -- small areas where

4   there are follicles involved.  I would call it

5   high-grade follicular lymphoma Grade 3a -- I mean 3b

6   rather than 3a.  And it's a bit hard to know whether

7   the lymphomas are rising in those follicles or

8   whether it's colonizing those follicles.

9              So it's not at all clear cut whether it's

10   really a transformation of a follicular lymphoma.

11   It may be, but it's really un -- I'm really unable

12   to be sure about that, whether these are neoplastic

13   follicles or whether they're follicles that are

14   colonized by the tumor cells.  It's hard to know in

15   such a case.

16              From a clinical point of view, it's not

17   important because these are considered diffuse large

18   B-cell lymphomas and treated as such.

19        Q.    But is it your opinion that it -- that

20   Mr. Schafer's diffuse large B-cell lymphoma likely

21   started as a follicular lymphoma and transformed

22   into a diffuse large B-cell lymphoma?

23        A.    My opinion is that it's possible.

24        Q.    My question is, do you believe that is

25   likely or not likely?
```

Dennis Weisenburger, M.D.

1      A.    I would say it's likely, but I'm unsure

2   about that because the pathology is not clear on

3   that.

4      Q.    Okay.  So to a reasonable degree of

5   medical probability, that being more than

6   50 percent, think that it's likely that

7   Mr. Schafer's follicular lymphoma -- I mean his

8   non-Hodgkin lymphoma started out as a high-grade

9   follicular lymphoma and transformed into a diffuse

10  large B-cell lymphoma; is that fair?

11           MS. FREDONA:  Objection to form.

12     A.    I wouldn't say that.  I would say it's

13  likely, but I'm really uncertain.

14     Q.    (BY MR. HOGUE)  Okay.

15     A.    It's uncertain.

16     Q.    So you're saying the best you could say

17  in your opinion is that either his lymphoma started

18  off as a follicular lymphoma and transformed into a

19  B-cell -- diffuse large B-cell lymphoma, or it was

20  always a diffuse large B-cell lymphoma.

21           Is that what you're saying?

22           MS. FREDONA:  Objection, form.

23     A.    Yes.

24     Q.    (BY MR. HOGUE)  Can you say with any

25  degree of certainty or probability which of those

Dennis Weisenburger, M.D.

```
 1   two occurred?

 2       A.    No.

 3       Q.    Okay.

 4             Later on in the pathology report, it

 5   talks about a non-Hodgkin lymphoma with mixed small-

 6   and large-cell morphology.  Do you know what the

 7   pathologist was referring to?

 8       A.    Can you show that to me?  I don't see it.

 9       Q.    Sure.  Let me -- am I sharing my screen

10   again?  This is -- it's -- the Bates stamp number is

11   showing as 00006 from ELMHURSTMH-PD.

12             And it says at the bottom:  Overall, the

13   current morphologic and immunophenotypic findings

14   are consistent with an involvement by a

15   CD10-positive B-cell lymphoma with mixed small- and

16   large-cell morphology.

17             Do you have any interpretation of what

18   that means?

19       A.    That's the full cytometry report.  I

20   don't know if it's the same pathologist giving that

21   report or a different pathologist.

22       Q.    Okay.

23       A.    It's the same pathologist, so the same

24   pathologist must have interpreted the full cytometry

25   as well.  So I don't know what he's commenting on,
```

1    because in this biopsy, the tumor cells are all

2    large.  Whether they're in the diffuse areas or in

3    the follicles, they're all large.  So I don't

4    understand what he's saying.  Again, that doesn't

5    agree with what I saw when I looked at the slides.

6         Q.    What does germinal cell -- center

7    B-cell-like type mean?  You know, when it says

8    germinal center?

9         A.    It means that the cells in the diffuse

10   large B-cell lymphoma have the phenotype, have the

11   markers, surface markers of cells in follicles, in

12   normal follicles.  So we call it germinal center

13   type, because it has the same markers as we see in

14   follicular -- usually see in follicular lymphoma.

15        Q.    So when a diffuse large B-cell lymphoma

16   results from the transformation from follicular

17   lymphoma, do you expect to see germinal center type

18   in the B-cell lymphoma?

19        A.    Yes.

20        Q.    So the fact that he had a germinal center

21   in his B-cell lymphoma would be consistent with a

22   transformation from a follicular lymphoma; is that

23   right?

24        A.    Yeah.  It would also be consistent with a

25   de novo diffuse large B-cell lymphoma, so it would

1    be consistent with either one.  We see both

2    scenarios in practice.

3        Q.    But if the diffuse large B-cell did not

4    have a germinal center, would that suggest to you

5    that the diffuse large B-cell was not the result of

6    a transformation from follicular lymphoma?

7        A.    Yes, if it had a -- what we call a

8    nongerminal center phenotype, then it's very likely

9    that it arose spontaneously.

10       Q.    Okay.  All right.

11            Dr. Weisenburger, if Mr. Schafer's

12   non-Hodgkin lymphoma started off as a follicular

13   lymphoma, would you have an opinion as to what

14   caused or contributed to his follicular lymphoma?

15            MS. FREDONA:  Objection, incomplete

16        hypothetical.

17       A.    Well, I would still believe it was caused

18   by Roundup in this case.

19       Q.    (BY MR. HOGUE)  Okay.  So whether or not

20   Mr. Schafer's non-Hodgkin lymphoma started off as a

21   follicular lymphoma or not doesn't change your

22   opinion in any way; is that right?

23       A.    Probably not.  That's -- that's a

24   hypothetical in this case, so it's hard for me to be

25   sure, but I would say it probably wouldn't change my

Dennis Weisenburger, M.D.

1    opinion in this case.

2        Q.    Well, would it also be a hypothetical

3    that Mr. Schafer's non-Hodgkin lymphoma started off

4    as a diffuse large B-cell lymphoma?

5        A.    No, I think that's how it did start.

6        Q.    Okay.  Well, I thought you said that you

7    couldn't distinguish with any degree of probability

8    whether his non-Hodgkin lymphoma started off with

9    a -- as a follicular that transformed into a diffuse

10   large B-cell or whether it started off as a diffuse

11   large B-cell that did not transform from a

12   follicular lymphoma.

13             MS. FREDONA:  Objection, form.

14       A.    Well, the first biopsy showed only

15   diffuse large B-cell lymphoma.  The second biopsy a

16   month later showed predominantly a large B-cell

17   lymphoma with a few follicles that showed follicular

18   lymphoma Grade 3.  So it -- so, you know, my

19   diagnosis would be diffuse large B-cell lymphoma of

20   germinal center type in the first biopsy, and the

21   diagnosis would be the same in the second biopsy.

22             And, you know, I would probably have

23   written a comment saying that there are some small

24   number of follicles that appear to be involved by

25   the tumor, and it's unclear whether they represent

Dennis Weisenburger, M.D.

1   true follicular lymphoma or whether they're

2   follicles that are secondary colonized by the tumor

3   cells.  So in either situation, my diagnosis would

4   be diffuse large B-cell lymphoma.

5          Whether he had an underlying follicular

6   lymphoma, we don't know for certain.  It's

7   possible -- it's certainly possible, but we don't

8   know.

9       Q.   (BY MR. HOGUE)  When you talked to

10  Mr. Schafer, did you take any medical history from

11  him at that point in time?

12      A.   No, I really focused on just the

13  follow-up, you know, how -- when he had his

14  recent -- most recent CT scan and, you know, what

15  were his doctors thinking.  That's all I focused on.

16      Q.   And what did he tell you about his

17  doctors and what they told you?  What they told him?

18      A.   He said that his most recent CT scan was

19  in December, December 2nd of 2020, so he had just

20  had it prior to my interviewing him.  And that his

21  doctors thought that he was still in complete

22  remission.

23      Q.   Do you put any of that discussion about

24  his complete remission in your report?

25      A.   Well, I don't know if I used that

Dennis Weisenburger, M.D.

 1    terminology.

 2              I didn't use that terminology.  But, you

 3    know, usually when the CT scan is negative two and a

 4    half years later after the treatment, you know, he

 5    has no evidence of disease, so you could tell him he

 6    has no evidence of disease or you could tell him

 7    he's in remission.  I'm not sure what the medical

 8    record actually said there.

 9              But he has no evidence of disease at two

10    and a half years, so most people would consider him

11    in complete remission.

12        Q.   Do your notes refer to any of his, you

13    know, recent medical findings based upon your

14    conversation with him?

15        A.   Yeah, what I wrote down was no evidence

16    of disease.

17        Q.   Okay.  Anything else?

18        A.   No, that's all.

19        Q.   So other than discussing with him that he

20    currently has no evidence of disease and discussing

21    with Mr. Schafer his exposure to Roundup, did you

22    talk to him about anything else?

23        A.   Well, we talked mainly about his

24    exposure -- his use of Roundup.  We did talk about

25    other things too.  I mean, I asked him about his

1    family history.  I asked him about his height and

2    weight.  I asked him about other possible medical

3    illnesses that might predispose him to lymphoma.  We

4    did talk a bit about -- he's been hypothyroid for

5    about 20 years, and apparently there was a family

6    history in his father and brothers and sisters of

7    also being hypothyroid.  So there's probably some

8    autoimmune disease, Hashimoto thyroiditis, most

9    likely, that --

10            So we talked a little about that.

11   Obviously we talked about other pesticide use, of

12   the use of other chemicals.

13            So, yeah, we talked about other things

14   besides Roundup.  And I had to go through all of the

15   things in my differential diagnosis list.

16        Q.    Okay.  And did you write any of those

17   down in your report?

18        A.    I wrote down just the positive findings.

19        Q.    And what did you write down -- the only

20   thing that I see in your report that relates to a

21   December 2020 time frame is a statement at the end

22   of the first paragraph that says:  A recent CT scan

23   on 12-2-20 was also negative.

24        A.    Right.

25        Q.    Other than that, does your report refer

Dennis Weisenburger, M.D.

1    to any of the medical issues in Mr. Schafer's case?

2        A.    Well, in the last page I make a statement

3    in the first paragraph on the last page where I say:

4    Mr. Schafer had no significant exposures to other

5    pesticides or chemicals, and a careful review of his

6    medical records and personal review by myself --

7    interview by myself revealed no other substantial

8    causes of NHL.

9             So I don't go through and list every

10   exposure, every disease he never had.

11       Q.    Did you talk to Mr. Schafer about his

12   Hashimoto's thyroiditis?

13       A.    Yes, I did.

14       Q.    And do you believe that he had an

15   autoimmune disorder called Hashimoto's thyroiditis?

16       A.    I'm not sure that diagnosis was ever

17   made, but he has been hypothyroid for 20 years, and

18   he has a family history of it, so it's most

19   likely -- it's most likely Hashimoto's thyroiditis.

20   But I don't know that he actually had a workup for

21   that 20 years ago or not, but I'm willing to accept

22   that diagnosis.

23       Q.    (BY MR. HOGUE)  Okay.  Did Mr. Schafer

24   talk to you about any of his other medical

25   conditions?

```
 1        A.    Not really.  He's had -- he's had issues

 2   with atrial fibrillation, and that's what brought

 3   him in in the beginning to be diagnosed.  I didn't

 4   identify any significant other medical illnesses

 5   that would be important in this case.

 6        Q.    Okay.  Was his atrial fibrillation

 7   unrelated to his non-Hodgkin lymphoma?

 8        A.    Yes, I believe it was.

 9        Q.    Was his seizure disorder unrelated to his

10   non-Hodgkin lymphoma?

11        A.    Yes, I believe it was.

12        Q.    And did Mr. Schafer have high blood

13   pressure?

14        A.    I actually don't remember that, but if he

15   did, it's not related to his non-Hodgkin's lymphoma.

16        Q.    Did Mr. Schafer have hyperglycemia?

17        A.    I don't remember that either from his

18   records.

19        Q.    If he had hyperglycemia, would that be

20   unrelated to his non-Hodgkin lymphoma?

21        A.    Yes.

22        Q.    When you reviewed Mr. Schafer's

23   deposition, did you look at the pictures from any of

24   his place -- the residence where he lived?

25        A.    I did not.
```

Dennis Weisenburger, M.D.

```
1        Q.    Did you ask Mr. Schafer about, you know,

2   the types of property that -- where he lived?

3        A.    Yes, I did.

4        Q.    And do you know anything about Antelope

5   Valley, California?

6        A.    I know where it is.  I've driven through

7   it.

8        Q.    Do you know whether Antelope Valley had

9   little vegetation?

10       A.    Well, it's high desert, so it does have

11  vegetation.

12       Q.    So is Antelope Valley in a desert area?

13       A.    I believe so, yes.

14       Q.    So in your report, you reference two

15  studies related to Roundup; is that correct?  The

16  Eriksson and Pahwa studies?

17       A.    Yes.

18       Q.    Okay.  And there are a number of other

19  studies that relate to Roundup exposure or

20  glyphosate exposure and potential risk of

21  non-Hodgkin lymphoma; is that right?

22       A.    Yes.  Those are all covered in my general

23  causation documents.

24       Q.    Okay.  And specifically why did you make

25  reference to Eriksson and Pahwa in your report in
```

Dennis Weisenburger, M.D.

```
 1   Mr. Schafer's case?

 2       A.    Well, because these two papers are

 3   relevant with regard to dose response, where they

 4   can show that people who have more exposure in terms

 5   of days per year of use or days per year of use have

 6   an increased risk.

 7       Q.    Okay.

 8             MR. HOGUE:  Do you mind if we go off

 9         the record about now?  I try about every hour

10         or so to take a break for -- if nothing else,

11         for the court reporter, but I could take a

12         short break myself.

13             THE WITNESS:  That's fine.

14             MS. FREDONA:  That's fine.

15             THE VIDEOGRAPHER:  The time is 10:17,

16         and we're now off the record.

17             (Recess taken, 10:17 a.m. to

18              10:26 a.m. PST)

19             THE VIDEOGRAPHER:  The time is

20         10:27 a.m., and we're back on the record.

21             MR. HOGUE:  Previously I had

22         discussed the notice of deposition.  I didn't

23         say I was going to mark it as Exhibit 1, but

24         I'm going to make reference to that now.  I'll

25         mark that as Exhibit 1.
```

Dennis Weisenburger, M.D.

```
 1                    (Whereupon, Deposition Exhibit

 2                    Weisenburger-01, Defendant Monsanto

 3                    Company's Notice of Remote Video

 4                    Conference Deposition of Dennis

 5                    Weisenburger, M.D., was marked for

 6                    identification.)

 7        Q.    (BY MR. HOGUE)  So we've gone through

 8   Exhibits 1 through 6, and I'll send those to the

 9   court reporter.

10             In your report on pages 2 and carried

11   over to 3, where you discuss the Eriksson and the

12   NAPP study; is that right?

13        A.    Yes.

14        Q.    You say in the study of Eriksson, et al.,

15   the non-Hodgkin lymphoma risk estimate was 2.36 for

16   greater than ten days of use, whereas the NAPP study

17   found a risk estimate of 1.73 for use greater than

18   two days per year; is that right?

19        A.    Yes.

20        Q.    Now, in those studies, there were more

21   data related to glyphosate and the risk of

22   non-Hodgkin lymphoma than just those two specific

23   references or estimates that you identified; right?

24        A.    Yes.

25        Q.    And why is it you chose these two?
```

Dennis Weisenburger, M.D.

```
 1        A.    Well, because they're most relevant to

 2   this case.

 3        Q.    Okay.  And if you had chosen the

 4   Andreotti 2018 study, you would not have found any

 5   increased risk for Mr. Schafer's non-Hodgkin

 6   lymphoma; is that right?

 7               MS. FREDONA:  Objection, incomplete

 8         hypothetical.

 9        A.    That's correct, but, you know, I

10   discussed that paper in detail in my general

11   causation report.  So I don't put a lot of

12   confidence in that paper.

13        Q.    (BY MR. HOGUE)  Okay.  And the NAPP

14   study, I sometimes refer to as Pahwa, which is the

15   first author, but the NAPP study is also a study

16   that you coauthored; right?

17        A.    Yes.

18        Q.    And so you rely upon the NAPP article for

19   your opinions in this specific case with

20   Mr. Schafer; right?

21        A.    Yes.

22        Q.    And is the NAPP -- was that published in

23   2019?

24        A.    Yes.

25        Q.    And do you believe the NAPP 2019 article
```

Dennis Weisenburger, M.D.

1    is a reliable and good article?

2                    MS. FREDONA:  Objection, form.

3        A.    Yes.

4        Q.    (BY MR. HOGUE)  And do you agree with the

5    language in the NAPP article?

6        A.    Well, there's a lot of language in the

7    NAPP article.  In general I agree with the NAPP

8    article.

9        Q.    Okay.  Did you have the ability to

10   provide input into the language in the NAPP article?

11                   MS. FREDONA:  Objection, form.

12       A.    Yes.

13       Q.    (BY MR. HOGUE)  And did your coauthors

14   have the ability to put in language in the NAPP

15   article?

16       A.    Yes.

17       Q.    And if there was any disagreement between

18   you and your coauthors about what language went in

19   the article, how was that -- you know, what final

20   language would be included?  How was that

21   determined?

22                   MS. FREDONA:  Objection, form,

23         incomplete hypothetical.

24       A.    Well, I thought that the article should

25   make a stronger statement about information on

1    greater than two days of use, because there are

2    statistically significant increases.  But the

3    epidemiologists who were writing the paper, the

4    primary authors really took a more conservative

5    approach, which is not uncommon among

6    epidemiologists.  So, you know, there was some

7    disagreement, but overall I think the paper is a

8    good paper.

9               I think the data on greater than two days

10   shows a dose response, and it's really -- it is very

11   important data.

12        Q.    So there were a number of other authors

13   on the study; right?

14        A.    Yes.

15        Q.    Dr. Pahwa, Dr. Freeman, Dr. Spinelli,

16   Dr. Blair, Dr. Mclaughlin, Dr. Zahm, Dr. Cantor,

17   yourself, Dr. Pahwa -- that's Punam Pahwa in

18   addition to Manisha Pahwa, Dr. Dosman, Dr. Demers,

19   and Dr. Harris; right?

20        A.    Yes.

21        Q.    And do you think that that is a

22   well-qualified group of authors?

23        A.    Yes.

24        Q.    Which of those do you say were the

25   primary authors of this article?

Dennis Weisenburger, M.D.

```
 1        A.    The first author and the last author.

 2        Q.    Dr. Manisha Pahwa and Dr. Shelley Harris?

 3        A.    Yes.

 4        Q.    And are both of them epidemiologists?

 5        A.    Yes.

 6        Q.    Okay.

 7              MR. HOGUE:  All right.  And I'm going

 8         to mark this as the next exhibit, so it will

 9         be Exhibit 7.  And I will pull it up on the

10         screen.

11              (Whereupon, Deposition Exhibit

12              Weisenburger-07, Pesticide exposure

13              as risk factor for non-Hodgkin

14              lymphoma including histopathological

15              subgroup analysis, Eriksson, was

16              marked for identification.)

17        Q.    (BY MR. HOGUE)  Do you have the NAPP

18   article you referenced in your report?

19        A.    I do, yes.

20        Q.    And is this the article Glyphosate use

21   and associations with non-Hodgkin lymphoma major

22   histological subtypes: findings from the

23   North American Pooled Project?

24        A.    Yes.

25        Q.    And was -- what was the primary goal of
```

1    this study?

2         A.    Well, the goal was to pool the

3    information -- the data from case control studies in

4    Canada and the United States, all of which had very

5    similar designs, to look at glyphosate use in -- and

6    risks for hematopoietic malignancies.  So we looked

7    at NHL, we looked at Hodgkin lymphoma, we looked at

8    myeloma.

9         Q.    Were you the only author that was

10   involved as an expert in this litigation?

11        A.    I believe so, yes.

12        Q.    And were you attempting to analyze

13   whether the different types of non-Hodgkin lymphoma

14   had an increased risk with the exposure to the

15   glyphosate?

16        A.    Yes.  We looked at the more common

17   subtypes where we had adequate numbers of cases to

18   do the calculations.

19        Q.    And what -- which of the types of

20   non-Hodgkin lymphoma did you have adequate data to

21   look at the various types of non-Hodgkin lymphoma?

22        A.    You know, they're listed in the methods.

23   So diffuse large B-cell lymphoma, follicular

24   lymphoma -- you had it in the abstract too there.

25        Q.    Okay.  I'll go back to the abstract.

1    Right there.

2         A.    So there were 647 diffuse large B-cell

3    lymphomas, 468 follicular lymphomas, small

4    lymphocytic lymphoma, and then all of the rest of

5    the subtypes were lumped together into other.

6         Q.    Okay.  And so did this study include the

7    data that was in the Eriksson study?

8         A.    No.

9         Q.    Okay.  So this was separate than the

10   Eriksson study; right?

11        A.    Correct.

12        Q.    And in this study, there were 1690

13   non-Hodgkin lymphomas; right?

14        A.    Yes.

15        Q.    And 647 diffuse large B-cells and 468

16   follicular lymphoma; correct?

17        A.    Correct.

18        Q.    And is this one of the larger studies

19   looking at non-Hodgkin lymphoma risk and exposure to

20   glyphosate?

21              MS. FREDONA:  Objection, form.

22        A.    Yes, it is, because it's pooling together

23   multiple case control studies.

24        Q.    (BY MR. HOGUE)  Does this study include

25   any of the data from the Agricultural Health Study?

Dennis Weisenburger, M.D.

```
1        A.    No.

2        Q.    And the conclusions are this:  There was

3   some limited evidence of an association between

4   glyphosate use and non-Hodgkin lymphoma in this

5   pooled analysis; right?

6        A.    Yes.

7        Q.    And that was the extent -- well, they go

8   on to say:  Suggestive association, especially for

9   SLL, deserve additional attention.

10             Do you see that?

11       A.    Yes.

12       Q.    And Mr. Schafer did not have SLL; right?

13       A.    Correct.

14       Q.    So your coauthor is not involved in the

15  litigation, but to the extent to which they would

16  say their findings were that there was some limited

17  evidence of an association between glyphosate use

18  and non-Hodgkin lymphoma in this pooled analysis;

19  right?

20             MS. FREDONA:  Objection, form.

21       A.    Yes.  And by that, they mean the greater

22  than two-days-per-year use of NHL overall and for

23  diffuse large B-cell lymphoma, which are both

24  statistically significant, as well as the data for

25  SLL.
```

Dennis Weisenburger, M.D.

```
 1        Q.    (BY MR. HOGUE)  So when you're looking at

 2    this study and applying it to a specific case like

 3    Mr. Schafer's, do you look at the data overall for

 4    non-Hodgkin lymphoma or do you look at the data for

 5    the specific subtype of lymphoma that the patient

 6    has?

 7        A.    I look at all the data.

 8        Q.    Okay.  So is it important to you whether

 9    the subtype of lymphoma at issue in a case had an

10    elevated risk in this NAPP study that you

11    coauthored?

12        A.    Of course.

13        Q.    Now, if you go to Table 2 of this

14    study -- you're very familiar with this study;

15    right?

16        A.    Yes.

17        Q.    Can you tell me what -- before going to

18    Table 2 what your role was with respect to this

19    study?

20        A.    Well, my role was that I was the primary

21    investigator on what's called the Nebraska Lymphoma

22    Study, and it's one of the case-controlled studies

23    that became part of this pooled analysis.

24              So, you know, my study -- the data from

25    my studies was one of the studies that contributed
```

1    to this pooled analysis.  And then my role in this

2    paper was mainly to read the paper and to critique

3    it, to make some corrections.  And, you know, to

4    make -- to make comments in trying to make it a

5    strong paper.

6        Q.    Okay.  And Table 2 lists -- talks about

7    the ever/never use of glyphosate; right?

8        A.    Right.

9        Q.    And it breaks it out by non-Hodgkin

10   lymphoma overall, and then it also discusses

11   follicular lymphoma and diffuse large B-cell

12   lymphoma; right?

13       A.    Correct.

14       Q.    And then it has two different

15   adjustments, one for the -- that doesn't adjust for

16   other chemicals that were analyzed, and then there

17   was an adjustment made in citation b for 2, 4-D

18   dicamba and malathion.

19            Do you see that?

20       A.    Yes.

21       Q.    And do you think it's appropriate for the

22   adjustments to be made for these other chemicals

23   that were compounders in the study?

24       A.    Yes.

25       Q.    So when you're looking at the data in

1    this study, would the most accurate or reliable data

2    be the one that's suggested with the adjustment B

3    over on the far right-hand side?

4        A.    Yes, that's the adjusted data that -- I

5    would say that's the best data to consider, the

6    adjusted.

7        Q.    And for ever/never use of glyphosate in

8    overall non-Hodgkin lymphoma, there was no

9    significant association between glyphosate and

10   non-Hodgkin lymphoma; right?

11       A.    Correct.

12       Q.    And there was, in Table 2, no association

13   between follicular lymphoma and ever use of

14   glyphosate; right?

15       A.    Correct.

16       Q.    And there was no association with diffuse

17   large B-cell and ever use of glyphosate; correct?

18       A.    Well, there's a slightly increased odds

19   ratio, but it wasn't statistically significant.

20       Q.    Well, is it important for you that

21   they're -- whether an odds ratio is statistically

22   significant or not?

23       A.    It is, but we look at all of the data.

24       Q.    And so this is a 1.23 for diffuse large

25   B-cell, with a confidence interval that shows it's

1   not statistically significant; right?

2       A.   Yes.

3       Q.   In looking at all of the evidence related

4   to follicular lymphoma, you would look at this odds

5   ratio that's below 1; right?

6       A.   Yes, it is.

7       Q.   And so if an odds ratio is below 1, does

8   that suggest to you that that type of follicular

9   lymphoma in this chart may have a reduced risk with

10  exposure to glyphosate?

11          MS. FREDONA:  Objection, form.

12      A.   Well, I wouldn't draw that conclusion.  I

13  would conclude that it doesn't have an increased

14  risk.

15      Q.   (BY MR. HOGUE)  Which is about the same

16  as the 1.23 on the opposite side.  So you would also

17  not conclude that diffuse large B-cell would

18  increase based upon this table; right?

19          MS. FREDONA:  Objection, form.

20      A.   Well, there's an increase in the odds

21  ratio.  It's just not statistically significant.

22  So --

23      Q.   (BY MR. HOGUE)  And for follicular

24  lymphoma, there is a decrease in the odds ratio that

25  is not statistically significant; right?

Dennis Weisenburger, M.D.

```
 1        A.      Correct.

 2        Q.      If you go to Table 3 -- and this is the

 3    duration of use table; correct?

 4        A.      Yes.

 5        Q.      And it looks for non-Hodgkin lymphoma

 6    overall.  And when it's adjusted for these other

 7    pesticides, the greater than three and a half years

 8    is -- shows no association with non-Hodgkin lymphoma

 9    overall; right?

10                MS. FREDONA:  Objection, form.

11        A.      That's correct.

12        Q.      (BY MR. HOGUE)  And what are you

13    referring to here in duration of glyphosate use?

14        A.      It's years of use.

15        Q.      So for patients who used more than three

16    and a half years of glyphosate, and you looked at

17    the duration and found no association with

18    non-Hodgkin lymphoma; is that right?

19        A.      That's what the data says, yes.

20        Q.      And there was no trend for a significant

21    association; right?

22        A.      Yes.

23        Q.      A P-trend of 0.9 is not even close to

24    statistically significant, is it?

25                MS. FREDONA:  Objection to form.
```

1    A.    No.

2    Q.    (BY MR. HOGUE)  What does ordinal mean?

3  So you have ordinal five years here.

4    A.    Well, I'm not sure I can explain that

5  really well to you.  It means that if you increase

6  exposure in incremental time periods of five years,

7  that it would go up by .21, each five years.

8    Q.    Well, if you look at the adjusted odds

9  ratio, it's 1.09 that's not statistically

10  significant; right?

11    A.    That's correct.

12    Q.    And the P-value for the trend is also

13  0.3, so that's not significant either; right?

14    A.    That's correct.

15    Q.    So looking at Table 3 for duration of

16  use, there's no evidence of an association between

17  non-Hodgkin lymphoma overall and glyphosate duration

18  of use; right?

19    A.    That's correct.

20    Q.    And there's no association between

21  glyphosate use in Table 3 for follicular lymphoma

22  either, is there?

23    A.    That's correct.

24    Q.    And there's no association in Table 3 for

25  duration of use for diffuse large B-cell lymphoma

Dennis Weisenburger, M.D.

```
1   either, is there?

2        A.    That's correct.

3        Q.    In fact, if you looked at the odds

4   ratios, it's just -- it's kind of the opposite of a

5   trend, that there might be some lower risk of

6   greater than 3.5 years than less than 3.5 years;

7   right?

8              MS. FREDONA:  Objection, form.

9        A.    Yeah, there's no consistency there.

10       Q.    (BY MR. HOGUE)  Okay.  So looking at

11  Table 3, duration of use is not associated with

12  non-Hodgkin lymphoma, follicular lymphoma or diffuse

13  large B-cell lymphoma; right?

14       A.    That's correct.

15       Q.    And in your report you didn't cite to any

16  of the data in Table 3; right?

17       A.    I did not.

18       Q.    All right.  So let's go to Table 4.

19             In Table 4, for non-Hodgkin lymphoma

20  overall, there's a greater than two days.

21             Do you see that?

22       A.    Yes.

23       Q.    And is that one of the data points you

24  cite to your -- in your Schafer report?

25       A.    Yes.  The odds ratio for use greater than
```

Dennis Weisenburger, M.D.

1    two days is 1.73, and it's statistically

2    significant.

3         Q.    Okay.  And then there's a P-trend here

4    for 0.2.

5              Do you see that?

6         A.    Yes.

7         Q.    And that's not a statistically

8    significant trend for increasing risk with

9    increasing number of days, is it?

10        A.    Well, it's kind of borderline, but

11   it's -- you wouldn't consider it statistically

12   significant, that's correct.

13        Q.    You say it's borderline.  .2 is -- isn't

14   the -- what you would consider statistically

15   significant to be 0.05?

16        A.    Yeah, but that's -- that's -- that's an

17   arbitrary number, .05.  So what does .2 mean?  It

18   means you can have an 80 percent confidence that the

19   numbers are correct.  You don't have a 95 percent

20   confidence, but you have an 80 percent confidence,

21   so it's sort of a borderline number.

22        Q.    Okay.  And so in borderline numbers, do

23   you think that is sufficient for you to rely upon?

24        A.    No, it's just when you look at this data,

25   you have to look at all of the numbers and make --

Dennis Weisenburger, M.D.

1    try to make sense of it.

2        Q.    Okay.

3        A.    The confidence intervals are

4    statistically significant at the 95 percent

5    confidence level.

6        Q.    For follicular lymphoma, though, whether

7    it's in zero days or greater than two days, there's

8    no increased risk of follicular lymphoma in Table 4;

9    correct?

10       A.    It's not statistically significant, no.

11   There is an increase in the odds ratio, but it's not

12   statistically significant.

13       Q.    When you say that they're greater than

14   two days has a 1.33, it ranges from 0.55 up to 3.23;

15   right?

16       A.    Right.

17       Q.    And a P-value of 0.9; right?

18       A.    Right.

19       Q.    That's not close to statistically

20   significant, is it?

21       A.    No, but it's because the 0 to 2 is below

22   1.  So there's no trend there, because it's up, it's

23   down, it's up.  So you -- you can understand why the

24   P-trend is what it is.

25       Q.    So, Doctor, you would not say based upon

Dennis Weisenburger, M.D.

1    this that a greater than two days of use of

2    glyphosate increases the risk of follicular

3    lymphoma, would you?

4        A.    I couldn't say that, because it's not

5    statistically significant.  But, you know, the odds

6    ratio is increased slightly.

7        Q.    None of your other coauthors would

8    even -- would suggest that that is an increase in

9    risk of follicular lymphoma based upon this data,

10   would they?

11            MS. FREDONA:  Objection, form.

12       A.    Probably not, no.

13       Q.    (BY MR. HOGUE)  All right.  And, in

14   fact -- let me see if we can get the language here

15   where they talk about follicular.

16            Hang on a second.

17            When they're talking about -- do you see

18   where I'm highlighting, it says:  There was no

19   association apparent with follicular lymphoma?

20            Do you see that?

21       A.    Yes.

22       Q.    Are you aware that in your study you and

23   your coauthors concluded:  There was no association

24   apparent for glyphosate use and follicular lymphoma?

25       A.    Yes.

Dennis Weisenburger, M.D.

1          Q.     And you wouldn't tell a jury that there

2    was data in your study indicating that follicular

3    lymphoma was associated with glyphosate use, would

4    you?

5                    MS. FREDONA:  Objection, incomplete

6          hypothetical.

7          A.     No, I wouldn't.

8          Q.     (BY MR. HOGUE)  All right.  In Table 5,

9    that's another table that you and your coauthors

10   analyzed, and that's for lifetime days of

11   glyphosate.  So that's -- is that a combination of

12   both duration and exposure days?  Or frequency?

13         A.     Yes.

14         Q.     And do you believe that the overall

15   Table 5 that includes both duration and frequency is

16   the most reliable data?

17         A.     No, it's just another piece of data.

18         Q.     So in Mr. Schafer's case, doesn't -- you

19   wouldn't suggest that there was a higher risk

20   because he was using Roundup for 30 years versus if

21   he had been using Roundup for five years?

22         A.     Well, our data doesn't show that.

23         Q.     Okay.  So if you look at non-Hodgkin

24   lymphoma overall, there was no association with more

25   than three and a half overall days of use; right?

Dennis Weisenburger, M.D.

```
 1        A.    Yeah.  Those are actually -- that's
 2   actually an error in this table.  It should be --
 3   the second entry should be greater than 0 and less
 4   than to equal to 7, rather than 3.5 and greater than
 5   7.  That's a mistake in this table.
 6        Q.    Okay.
 7        A.    But the results are not any different.
 8        Q.    So for greater than seven days of
 9   lifetime use, there was no significant increase in
10   non-Hodgkin lymphoma overall; right?
11        A.    That's correct.
12        Q.    And based upon Table 5, there was no
13   association in this study for non-Hodgkin lymphoma;
14   is that correct?
15        A.    Based on this table?
16        Q.    Yes.
17        A.    Lifetime days?  Yeah, there's no --
18   there's really no increase.
19        Q.    And that's for non-Hodgkin lymphoma
20   overall; right?
21        A.    Yes.
22        Q.    And for follicular lymphoma, based upon
23   Table 5, there was no association with glyphosate
24   use for total exposure; right?
25        A.    Correct.
```

1    Q.    And in -- for diffuse large B-cell in

2    Table 5, there was no association between diffuse

3    large B-cell and glyphosate total lifetime days;

4    correct?

5    A.    That's correct.

6    Q.    And in your report you didn't cite to any

7    of the data in Table 5; is that right?

8    A.    I did not, but I did comment on it in my

9    report on general causation.

10    Q.    Okay.  Doctor, do you not think that the

11    total days of exposure are more important than the

12    just frequency data that's in Table 4?

13    A.    No, I don't believe so.  Because the data

14    in Table 4 on frequency of use per year gives you

15    the best index and intensity of the exposure.  And,

16    you know, I think that with regard to pesticides or

17    even other chemicals, the intensity of the exposure

18    is the most important metric.  And, of course, years

19    of use is also an important metric.  But in this

20    case, because of fairly limited data that we had, we

21    didn't -- we didn't find it for lifetime days of

22    use.

23          We had a previous study some years ago,

24    part of the same study in Nebraska, where we looked

25    at 2, 4-D, and we found the same thing.  That if you

Dennis Weisenburger, M.D.

1    look at days per year used, there was an increased

2    risk.  But if you look at the number of years it was

3    used, there wasn't an increased risk.

4            So it's not necessarily how many years

5    you use it.  It's really how often do you use it

6    each year.  This is a better -- this is a surrogate

7    for intensity of exposure, okay?  And so if you used

8    it infrequently but you used it for many years, you

9    probably wouldn't have an increased risk.  But if

10   you used it frequently for many years, you would

11   have an increased risk.  If you used it frequently

12   even for a lesser number of years, you probably

13   would have an increased risk, because I think that

14   what this table says and what our other study on 2,

15   4-D says is it's the intensity of the exposure, not

16   the duration or the length of the exposure.

17       Q.   Great.  Doctor, you mentioned 2, 4-D.  Is

18   it your opinion that 2, 4-D increases the risk of

19   non-Hodgkin lymphoma?

20       A.   There is some data that would support

21   that, but the last IARC review did not come to that

22   conclusion, no.

23       Q.   Is it your conclusion that malathion

24   increases the risk of non-Hodgkin lymphoma?

25       A.   I haven't reviewed that recently.  I

Dennis Weisenburger, M.D.

1    don't have an opinion on that.

2        Q.    And did IARC review that at the same

3    time?  Did they review malathion at the same time

4    they reviewed glyphosate?

5        A.    You may be right.  I don't remember.

6        Q.    Okay.  Well, one other question.  Do you

7    believe that diazinon increases the risk of

8    non-Hodgkin lymphoma?

9        A.    Again, it has in some studies, but again,

10   I don't think there's a consensus on diazinon.  I

11   haven't reviewed it in detail.

12       Q.    Okay.  And you have your report before

13   you, and you indicate -- if you cite to the Eriksson

14   study as well; right?

15       A.    Yes.

16       Q.    And for Eriksson, you say that the risk

17   estimate was about 2.36 for greater than ten days of

18   glyphosate use; right?

19       A.    Yes.

20       Q.    And is that ten days per year or is that

21   lifetime days?

22       A.    I think it's lifetime days.

23       Q.    So in the Eriksson study, you don't look

24   at specifically days per year, you look at lifetime

25   days; is that right?

1      A.    I looked at what limited data was

2   available.

3      Q.    All right.  And so in the Eriksson study,

4   you agree that they had limited numbers of

5   non-Hodgkin lymphoma with exposure to glyphosate?

6      A.    Yes, I think that's correct.

7      Q.    So it's a relatively small study; right?

8      A.    Yes.

9            MS. FREDONA:  Objection, form.

10     Q.    (BY MR. HOGUE)  And since it's a

11  relatively small study, why is it one of the two

12  studies that were cited in your report in this case?

13     A.    Because it's one of the two studies that

14  looked at dose response.  It looked at ever/never

15  and it looked at people with more exposure.

16            MR. HOGUE:  And we'll mark as

17       Exhibit 8, the Eriksson study.

18            (Whereupon, Deposition Exhibit

19            Weisenburger-08, Glyphosate use and

20            associations with non-Hodgkin

21            lymphoma major histological

22            sub-types:  Findings from the North

23            American Pooled Project; Pahwa, was

24            marked for identification.)

25     Q.    (BY MR. HOGUE)  Do you have that one with

1   you?

2       A.    You know, I don't have that one with me.

3   You'll have to show it to me.

4       Q.    I'll be glad to share my screen.

5             Do you see this as the Eriksson study

6   from 2008 that you rely upon?

7       A.    Yes.

8       Q.    Hold on a second.  I can't ever figure

9   out, is my screen -- is this showing our pictures

10  right now or is it just showing my document?

11      A.    You're showing the -- half of the

12  abstract and the title.

13      Q.    Okay.  I see the video feed over here.

14  I'm moving it to my other side so it's not on my

15  screen, but I didn't know whether that was showing

16  or not.

17            But anyway, in this article in about the

18  very first paragraph of this article talks about

19  non-Hodgkin lymphoma.  It says -- strike that.

20            It says:  Non-Hodgkin lymphoma is a

21  heterogenous group of lymphoid malignancies.

22            And do you know what that means?

23      A.    Yes.  It's just what it says.  It's kind

24  of a broad term for a whole variety of different

25  types of lymphoid malignancies; low-grade ones,

Dennis Weisenburger, M.D.

```
 1    high-grade ones, et cetera.

 2         Q.    And do the different types of non-Hodgkin

 3    lymphoma have different causes?

 4         A.    Some of them do, yes.

 5         Q.    Okay.  The last sentence says:  Today it

 6    is therefore more adequate to discuss non-Hodgkin

 7    lymphoma as many different diseases, which share

 8    some features but also differ in several respects

 9    [sic].

10              Do you see that?

11         A.    I would agree with that, yes.

12         Q.    And so you agree with that statement?

13         A.    Yes.  And they attempted to do that in

14    this paper.

15         Q.    So do you agree that there are different

16    types of non-Hodgkin lymphoma that have different

17    risk factors?

18         A.    Yes.

19         Q.    And that different types of non-Hodgkin

20    lymphoma have different causes?

21         A.    Yes.

22         Q.    And are there different DNA mutations

23    that result in the different types of non-Hodgkin

24    lymphoma?

25         A.    Yes.
```

```
 1        Q.     And have you authored a number of
 2   different papers looking at the different subtypes
 3   or types of non-Hodgkin lymphoma?
 4        A.     Yes.
 5        Q.     And one of those was the Eriksson
 6   project; is that right?
 7        A.     Yes.
 8        Q.     If you look at your report, this is where
 9   you're talking about this study.  You cite the
10   study, as I said before, for the 2.36 finding in the
11   Eriksson study; right?
12        A.     Yes.
13        Q.     And that's based upon Table II; is that
14   right?
15        A.     I don't have it.  You'll have to show it
16   to me.
17        Q.     Table II?
18        A.     Yes.  That's the data.  Yes.  Mm-hmm.
19        Q.     Okay.  And Table II is for glyphosate,
20   and is this for non-Hodgkin lymphoma overall?
21        A.     It's for non-Hodgkin lymphoma overall,
22   yes.
23        Q.     And the 2.36 -- well, you look at it,
24   there were a lot of different herbicides and
25   insecticides, and other chemicals that were analyzed
```

1    in this study; right?

2        A.    Yes.  They looked at all of the different

3    pesticides they could, that they had data on.

4        Q.    And they found a number of them elevated

5    the risk of non-Hodgkin lymphoma; is that right?

6        A.    Yes.

7        Q.    In this Table 2, though, they don't

8    adjust for the various other chemicals that these

9    patients were exposed to; right?

10       A.    They do -- they do for NHL over -- for

11   ever/never, they do.  But they don't do it for this

12   less that ten days and greater than ten days.

13       Q.    Right.  They talk about the adjustments

14   that were made.  They say that they were --

15   adjustment was made for age, sex, and year of

16   diagnosis or enrollment; right?

17       A.    Right.

18       Q.    So, for example, the data related for

19   glyphosate wasn't adjusted for the other herbicides

20   or the phenylacetic acids, for the 2, 4-D, or these

21   other herbicides; right?

22       A.    That's correct, this greater than ten

23   days was not adjusted.

24       Q.    So you don't know whether the 2.36 odd

25   ratio that they reported was associated with

Dennis Weisenburger, M.D.

```
1    glyphosate if they had made adjustments for all of

2    these other chemicals to which these patients were

3    exposed; right?

4        A.    It's unadjusted, so it may be influenced

5    by other chemicals, yes.

6        Q.    And you would agree that it's better if

7    you can rely upon data that has adjusted for other

8    confounders, including chemicals; right?

9        A.    Yes.  That's why I think people place

10   more weight in the NAPP study than in this study,

11   because the data that you showed me before was

12   adjusted.

13       Q.    So you would place more weight on the

14   NAPP study than you would on this Eriksson study;

15   right?

16       A.    I would, yes.

17       Q.    And if you look at the numbers of

18   patients in this Table 2, it talks about greater

19   than 10 days is based upon only 17 cases and 9

20   controls; right?

21       A.    Right.

22       Q.    Do you agree that's a small number of

23   cases and controls to make any kind of global

24   assessment of risk, is it not?

25       A.    Yes, it's small --
```

Dennis Weisenburger, M.D.

```
 1                  MS. FREDONA:  Objection to form.

 2        A.    Yes, it's a small number of cases.

 3        Q.    (BY MR. HOGUE)  And there were other data

 4    in this study other than what you cited in your

 5    report; right?

 6        A.    Yes.

 7        Q.    If we go to Table 3, there's a discussion

 8    of diffuse large B-cell lymphoma; right?

 9        A.    There is, yes.

10        Q.    And looking at this, there's no

11    association between diffuse large B-cell lymphoma

12    and glyphosate use in Table 3; right?

13        A.    Yeah, that's for ever/never.

14        Q.    Okay.  But there was no association for

15    ever/never in diffuse large B-cell; right?

16        A.    Well, there's a slightly increased odds

17    ratio, but it's not significant.

18        Q.    It's a 1.22; right?

19        A.    Right.

20        Q.    And it's not significant?

21        A.    Right.

22        Q.    And if a follicular, there's not a

23    significant statistic association with that and

24    glyphosate in Table 3; right?

25        A.    Correct.
```

Dennis Weisenburger, M.D.

```
 1        Q.    All right.  There's one other table

 2   looking at -- in this study, where they -- if you

 3   look at Table VII.

 4              Do you see that?

 5        A.    Right.

 6        Q.    And this is the multivariate analysis;

 7   right?

 8        A.    Right.

 9        Q.    And once they made adjustments in the

10   multivariate analysis, there was no significant risk

11   between glyphosate and non-Hodgkin lymphoma; is that

12   right?

13        A.    That's correct.

14        Q.    Do you know what adjustments were made in

15   Table VII?

16        A.    Well, it says below what the adjustments

17   were, but I think they also adjusted for other

18   pesticides.

19        Q.    Yeah, that was my question.  Do you

20   recall?

21        A.    They adjusted for other herbicides in

22   that paper, in that number.

23        Q.    Okay.

24        A.    It's probably in the methods.  I don't

25   know why they didn't include it -- it should have
```

Dennis Weisenburger, M.D.

```
 1    been included in the footnote too.

 2        Q.    All right.  Great, Doctor.

 3              Is there any reason you didn't cite to

 4    any of the meta-analyses in your report, in this

 5    report for Mr. Schafer?

 6        A.    No, I cited those in the general

 7    causation reports.

 8        Q.    And what's the most recent meta-analysis

 9    that you've reviewed?

10        A.    There's one by Denato that was published,

11    I think last year.

12        Q.    And was there any increased risk of

13    non-Hodgkin lymphoma in Denato?

14        A.    There were no statistically significant

15    increases.  There were some increases, but they

16    weren't statistically significant.  But that's --

17    that's very -- that's -- I don't place much

18    confidence in that meta-analysis.

19        Q.    What about the Leon meta-analysis, do you

20    place confidence in it?

21        A.    Leon is not a meta-analysis.  It's a

22    pooled study of cohort -- it's a pooled analysis of

23    cohort studies.

24        Q.    So, Doctor, let's talk a little bit more

25    about Mr. Schafer's other risk factors.
```

1            You say on page 3 of his report that

2    Mr. Schafer was 210 pounds, six feet tall with a BMI

3    of 28.5; is that right?

4        A.    Yes.

5        Q.    And that would put him in the overweight

6    category; right?

7        A.    Yes.

8                MS. FREDONA:   Objection to form.

9        Q.    (BY MR. HOGUE)   And men with a -- that

10   are in the overweight category with his body mass

11   index, that's the BMI, you indicate have a slightly

12   increased risk of diffuse large B-cell; is that

13   correct?

14       A.    Yes.

15       Q.    And you say that the risk ratio for those

16   patients that are with a BMI similar to Mr. Schafer

17   have a risk of about 1.27 risk, increased risk for

18   diffuse large B-cell; right?

19       A.    Yes.

20       Q.    And so that's about a 27 percent

21   increased risk just due to their body mass index;

22   right?

23       A.    Yes.

24       Q.    And you indicate that that increase was a

25   minor contributing factor in the case.

Dennis Weisenburger, M.D.

1            Do you see that?

2       A.    Yes.

3       Q.    And what do you mean by a minor

4   contributing factor?

5       A.    Well, as the odds ratio is low, it's

6   point -- it's 1.27.  So there's about a 27 percent

7   increased risk.  So it's certainly less than a

8   two-fold increased risk, which is what -- we see at

9   least -- for glyphosate we see at least a two-fold

10  increased risk in a person like this.

11      Q.    Well, we've gone through a number of

12  different findings related to glyphosate and

13  non-Hodgkin lymphoma that were well below a two-fold

14  increased risk; right?

15      A.    Well, as -- yeah, we have, but I've

16  relied primarily on the follow-up paper, which is a

17  paper that looks at specific subtypes and it looks

18  at dose response, and in the Pahwa paper the odds

19  ratio for diffuse large B-cell lymphoma was 2.14 and

20  it was statistically significant for greater than

21  two days of use.  So that's the data I'm referring

22  to.

23      Q.    Well, in the Pahwa study for non-Hodgkin

24  lymphoma overall, the risk even for more than two

25  days' use in Table 4, there was lower than a twofold

Dennis Weisenburger, M.D.

1   increased risk; right?

2       A.    Yeah, it was 1.7, so it was, you know,

3   close to 2, not -- it was below 2, but it was close

4   to 2.

5       Q.    So if Mr. Schafer's lymphoma started off

6   with a follicular lymphoma, in that situation his

7   follicular -- his -- the follicular lymphoma would

8   not have been increased based upon the same Pahwa

9   study, would it?

10              MS. FREDONA:  Objection, form,

11        incomplete hypothetical.

12      A.    So if he had follicular lymphoma, then

13  one would conclude that his risk was not

14  significantly increased based on Pahwa, but he

15  didn't have -- he had a diffuse large B-cell

16  lymphoma.

17      Q.    (BY MR. HOGUE)  Okay.

18      A.    So that's hypothetical.

19      Q.    Well, if his first non-Hodgkin lymphoma

20  was a follicular lymphoma, then you would be looking

21  to whether glyphosate was a substantial contributing

22  factor to that initial follicular lymphoma; right?

23      A.    Hypothetically, yes, but that's not the

24  case in this patient.

25      Q.    So you didn't do any analysis of

Dennis Weisenburger, M.D.

1  whether -- of whether Mr. Schafer's exposure to

2  glyphosate would have increased his risk for

3  follicular lymphoma if, in fact, his follicular

4  lymphoma was his first developed non-Hodgkin

5  lymphoma?

6      A.   Well, I'm aware of that data.  I mean,

7  I'm a coauthor on the Pahwa study, and I've read the

8  Eriksson study.  Those are the only two studies that

9  speak to this point other than the Agricultural

10  Health Study.

11      Q.   And none of those studies find the

12  statistically significant increase of follicular

13  lymphoma; correct?

14      A.   That's true.

15      Q.   Did you look at Mr. Schafer's records to

16  see if he ever had a BMI over 30?

17      A.   It's possible he did.  You know, I don't

18  recall -- I rely -- I always ask them a question

19  about what is their usual weight before they got the

20  lymphoma, because that's -- that would be the most

21  relevant piece of data.  So that's the piece of data

22  that I use.

23          There was a record -- yeah, there was a

24  record from July of 2011.  He was in a car accident,

25  and they gave his height and weight and BMI, and it

Dennis Weisenburger, M.D.

1    was -- at that time he -- the BMI was 27.75.  There

2    may have been other BMIs in the medical record at or

3    around the time he had lymphoma, but I didn't really

4    pay attention to those.

5         Q.    Okay.  And the article you relied upon

6    for your opinions on overweight and increase of risk

7    of diffuse large B-cell lymphoma is the Castillo

8    2014 article; is that right?

9         A.    Yes.

10        Q.    And that's the one that you reference in

11   your report?

12        A.    Yes.

13        Q.    And was that a meta-analysis?

14        A.    Yes.

15        Q.    And I think you referenced the 1.27.  Do

16   you know whether that relative risk actually, when

17   it was adjusted, had a slightly higher risk of 1.34?

18             MS. FREDONA:  Objection, form.

19        A.    I don't know.  I could look.

20        Q.    (BY MR. HOGUE)  Well, let me just ask

21   this question so we don't -- I have, you know, kind

22   of limited time.

23             If there was an adjusted number, would

24   you look more to the adjusted number or the

25   unadjusted number?

```
 1              MS. FREDONA:  Objection, incomplete

 2       hypothetical.

 3       A.    I'm -- you know, I think they're roughly

 4  the same number.  1.27 and 1.34 is roughly the same

 5  number.

 6       Q.    (BY MR. HOGUE)  Okay.

 7       A.    I could have used either number in the

 8  report.

 9       Q.    Okay.

10             All right, Doctor, I want to move on to

11  Mr. Schafer's Hashimoto's disease.

12             You say in his report he had

13  hypothyroidism since 1997; right?

14       A.    Yes.

15       Q.    And Hashimoto's thyroiditis causes

16  hypothyroidism; right?

17       A.    Yes, it does.

18       Q.    And Hashimoto's thyroiditis is an

19  autoimmune disorder; right?

20       A.    Yes.

21       Q.    And you indicate that Hashimoto's

22  thyroiditis as an autoimmune disorder has been

23  associated with increased risk of non-Hodgkin

24  lymphoma; right?

25       A.    Yes, it's one of many autoimmune
```

Dennis Weisenburger, M.D.

1    disorders that have an increased risk for

2    non-Hodgkin lymphoma.

3         Q.    And what is an autoimmune disease?

4         A.    Well, it's a disease in which the body

5    reacts against its own tissues and destroys its own

6    tissues.  So the body reacts against itself.

7              The immune system reacts against the body

8    tissues.  In Hashimoto's it reacts against the

9    thyroid gland tissue.

10        Q.    Okay.  And the first article that you

11   cite to is the Goldin article from 2009; is that

12   right?

13        A.    Yes.

14              MR. HOGUE:  We'll mark that as

15         Exhibit 9.

16              (Whereupon, Deposition Exhibit

17              Weisenburger-09, Mini Review,

18              Autoimmunity and lymphomagenesis;

19              Goldin, was marked for

20              identification.)

21        Q.    (BY MR. HOGUE)  Let me show it to you.  I

22   don't know, do you have it with you?

23        A.    I did, actually.  I brought it, because I

24   thought you might ask me about it.

25        Q.    Okay.  Well, if you go to Table 2.

Dennis Weisenburger, M.D.

```
 1        A.    Yep.

 2        Q.    And that is on page 1498.

 3              Do you see that it has Hashimoto's

 4    thyroiditis and non-Hodgkin lymphoma listed; right?

 5        A.    Yes.

 6        Q.    And the odds ratio for Hashimoto's

 7    thyroiditis is a 3.0 that is statistically

 8    significant; right?

 9        A.    Yes.

10        Q.    So does that mean that Hashimoto's

11    thyroiditis increases the risk of non-Hodgkin

12    lymphoma by threefold?

13        A.    Yes, it does.  But I also included some

14    other articles in my reference list that parse this

15    out.  And what those articles show is that

16    Hashimoto's disease increases the risk for thyroid

17    non-Hodgkin lymphoma, but it does not increase the

18    risk for non-Hodgkin lymphoma of other sites.  So

19    this risk of threefold really represents thyroid

20    non-Hodgkin lymphoma.

21        Q.    In this study, the Goldin study, does it

22    separate out data by location of the thyroid versus

23    other locations?

24        A.    It didn't.

25        Q.    So you don't know how many of these
```

1    non-Hodgkin lymphomas in this study were in the

2    thyroid and how many were outside of the thyroid;

3    right?

4        A.    That's correct.

5        Q.    And do you know, does it say how many

6    non-Hodgkin lymphomas were identified for purposes

7    of Hashimoto's syndrome?

8        A.    They don't say that.  They don't do that

9    data.

10       Q.    But nowhere in this article does it

11   indicate that the risk of Hashimoto's thyroiditis

12   was limited to non-Hodgkin lymphoma in the thyroid;

13   right?

14       A.    No, but I thoroughly investigated that.

15   I've had this same situation in some past cases, so

16   I thoroughly investigated that, because it's a

17   question I wanted to know.  It's well known that

18   Hashimoto's thyroiditis increases the risk of

19   thyroid lymphoma.  And I was interested to know,

20   does it increase the risk for other sites.  And the

21   fact of the matter is that there are two nice

22   studies that have addressed this, which are also

23   cited in my report, Holm et al. and Kato et al.,

24   both of which show that the risk in the thyroid is

25   very high; 60 to 80 times.  Whereas the risk outside

Dennis Weisenburger, M.D.

```
1    the thyroid is not increased at all.

2        Q.    And what --

3        A.    So this seems to be an autoimmune disease

4    that focuses on the thyroid gland, and the cancers,

5    the lymphomas occur in the thyroid gland.

6        Q.    We'll get to those studies in a minute.

7              So my question was, this study, the

8    Goldin study didn't break out the location of the

9    non-Hodgkin lymphomas; is that right?

10       A.    That's correct.

11       Q.    And the next article you cite is the

12   Fallah 2014 article; is that right?

13       A.    Yes.

14       Q.    And I think that if you look at that in

15   Table 1 --

16             Well, before we go on to Fallah, would

17   you agree that a threefold or relative risk or odds

18   ratio of 3.0 is sufficient to be a substantial

19   contributing factor?

20       A.    Not in this case.

21       Q.    And is that because you're saying it's

22   only limited to the thyroid?

23       A.    Yes.

24       Q.    If it wasn't limited to the thyroid, then

25   would a 3.0 relative risk be a significant --
```

Dennis Weisenburger, M.D.

```
 1    sufficient to be a substantial contributing factor?

 2        A.    Yes.

 3        Q.    All right.  Let's go to Fallah.  And that

 4    was another article that found a statistically

 5    significant increased risk of non-Hodgkin lymphoma

 6    with Hashimoto's hypothyroidism; right?

 7        A.    Yeah, they sort of combined those

 8    together.

 9        Q.    Okay.  And Hashimoto's/hypothyroidism,

10    they find an odds ratio of about 1.4; right?

11        A.    Yes.

12        Q.    And in Table 2 they break it out further

13    by under the age of 60 and over the age of 60 and

14    indicate a 1.9 statistically significant risk before

15    age 60 for Hashimoto's and hypothyroidism and 1.3 is

16    statistically significant for greater than 60 years;

17    right?

18              Do you see that?

19        A.    Yeah.  I'm just trying to find it -- 1.9

20    greater than 60 years, yes.

21        Q.    Those kind of overlap between less than

22    60 years old at age of diagnosis versus greater than

23    60 years; right?

24              Those confidence intervals?

25        A.    Yeah.  They overlap, yeah.
```

Dennis Weisenburger, M.D.

```
1        Q.    All right.  So these are the two studies

2    that you've cited.  Let me -- let me ask a separate

3    question.

4              In this article, does -- do the articles

5    anywhere indicate that the Hashimoto's syndrome only

6    increases the risk of non-Hodgkin lymphoma in the

7    thyroid?

8        A.    No, but they don't look at it.  They

9    don't look at it that way.

10       Q.    Let's go to your next citation,

11   which is -- in your report, the last sentence in

12   that paragraph says:  However, this increased risk

13   is only for non-Hodgkin lymphoma involving the

14   thyroid gland, not for other sites.

15             You reference 7 and 8; right?

16       A.    Right.

17             MR. HOGUE:  And so the Holm study --

18        so I'm going to mark Fallah as Exhibit 10, and

19        Holm as Exhibit 11.

20             (Whereupon, Deposition Exhibit

21             Weisenburger-10, Autoimmune diseases

22             associated with non-Hodgkin lymphoma:

23             A nationwide cohort study; Fallah,

24             was marked for identification.)

25             (Whereupon, Deposition Exhibit
```

1              Weisenburger-11, Cancer Risks in

2              Patients with Chronic Lymphocytic

3              Thyroiditis; Holm, was marked for

4              identification.)

5      Q.    (BY MR. HOGUE)  And what about this Holm

6   study suggests to you that -- well, strike that.

7            What in this article supports your

8   opinion that Hashimoto's thyroiditis only increases

9   the risk in the thyroid location?

10     A.    Well, you'd have to read through the

11  results and the discussion, but the data is mainly

12  in the results.

13           In the paper, the risk of NHL overall was

14  6, the relative risk, including thyroid lymphomas.

15  But when they looked at just the thyroid lymphomas,

16  the risk was 67-fold increased risk.

17           And when they -- and there were, I think

18  only two lymphomas that were outside the thyroid

19  gland, and the odds ratio there was not increased.

20     Q.    Okay.  And you're looking at Table 2?

21     A.    Yeah, that shows you a risk overall.

22     Q.    Okay.  So for non-Hodgkin lymphoma

23  overall in the Holm study, the relative risk was 6.0

24  and statistically significant; right?

25     A.    Right.

Dennis Weisenburger, M.D.

1        Q.    And if you -- they identify that there

2    were four non-Hodgkin lymphomas in the thyroid and

3    two that were not in the thyroid; right?

4        A.    Correct.

5        Q.    And so for non-Hodgkin lymphomas not in

6    the thyroid, you -- there would still be a number of

7    neoplasms of 2, with the expected of either 1 or

8    less than 1 if you took out the thyroid, expected as

9    well; right?

10       A.    So they took out the thyroid -- they took

11   out the thyroid lymphomas, and what they say in the

12   discussion is the risk of extrathyroidal

13   non-Hodgkin's lymphoma was not statistically

14   significant.

15       Q.    Great.  It was not statistically

16   significant, but the odds ratio would be if you

17   compare two versus expected of one, you'd have an

18   odds ratio of 2.1; right?

19       A.    Well, I don't know that.  You have to

20   know all of the numbers to calculate that.

21       Q.    So we have 6 versus 1.  You have a 6.0.

22   And you don't think if it was a 2 versus expected of

23   1.0, that the relative risk would be a 2.0?

24              MS. FREDONA:  Objection, form.

25       A.    Well, that's the way they're calculating

1   it, yes.

2       Q.    (BY MR. HOGUE)  Okay.  And with a

3   nonsignificant odds ratio of a 2.0 or a

4   nonsignificant relative risk of 2.0, that also

5   suggests that the risk of non-Hodgkin lymphoma

6   outside the thyroid is also increased, doesn't it?

7       A.    Yeah, but it's hard to draw much of a

8   conclusion based on two cases.

9       Q.    Okay.  Well, this study certainly does

10  not establish that the non-Hodgkin lymphoma outside

11  the thyroid is not increased; right?

12      A.    Well, I would not place any confidence in

13  the -- any calculations based on two cases.  Okay?

14      Q.    So the study doesn't prove one way or the

15  other whether there is an increased risk of

16  non-Hodgkin lymphoma in the rest of the body outside

17  the thyroid; is that right?

18      A.    Well, it -- the data suggests that there

19  isn't.

20      Q.    Well, the data suggests there's a twofold

21  increased risk of non-Hodgkin lymphoma outside of

22  the thyroid, but it's not statistically significant;

23  right?

24      A.    Yes, it's based on two cases.

25      Q.    Okay.  So based upon a relative risk of

1   2.0, you would not conclude that there was no

2   increased risk in this study, would you?

3        A.    Well, I would say there's no

4   statistically increased risk, but the data is so

5   sparse that you couldn't really have any confidence

6   in that calculation.

7        Q.    So the study that you cite for the

8   position that there's no increased risk outside of

9   the thyroid has data so sparse that you can't make

10  any conclusion about whether the non-Hodgkin

11  lymphoma is increased or not increased outside of

12  the thyroid; right?

13            MS. FREDONA:  Objection, form.

14       A.    They state in the results that the

15  results were not statistically significant.

16            The whole point that they're making in

17  this paper is that the risk is increased for thyroid

18  lymphoma, and it doesn't appear to be increased for

19  lymphoma outside of the thyroid.

20       Q.    (BY MR. HOGUE)  Well, you say that's the

21  whole thing that they are looking at.  They do find

22  an elevated risk of non-Hodgkin lymphoma in the

23  thyroid; right?

24       A.    Correct.

25       Q.    And if you'll -- if you go -- I'll show

Dennis Weisenburger, M.D.

1    my screen.  I think you have the document, but are

2    you with me?

3         A.    Yep.

4         Q.    It also says:  Patients with thyroiditis

5    had an increased risk of myeloproliferative and

6    lymphoproliferative neoplasms (12 versus 3

7    expected); right?

8         A.    Well, they lumped all those diseases

9    together.

10        Q.    Well, and non-Hodgkin lymphoma is a

11   lymphoproliferative neoplasm; right?

12        A.    Yes.

13        Q.    Okay.  And with -- when they looked at

14   the -- these lymphoproliferative neoplasms, they

15   also found about a 2.7 increased risk for those even

16   excluding the thyroid; right?

17              MS. FREDONA:  Objection, form.

18        A.    I'm sorry, could you repeat that?

19        Q.    (BY MR. HOGUE)  Okay.  Was there a

20   2.7-fold increased risk -- right here, on the --

21   well, let's see.  Page 603, right-hand column, the

22   paragraph that starts:  Altogether there were

23   12 cases.

24              Do you see that?

25              It says:  The relative risk of the

Dennis Weisenburger, M.D.

1    development of extrathyroidal neoplasms was 2.7,

2    (confidence interval 1.4 to 5.3), in the thyroiditis

3    group; right?

4        A.    That's what they say.

5        Q.    So that's a statistically significant

6    2.7-fold increased risk of these cancers outside of

7    the thyroid; right?

8        A.    Yes, but only six of those were

9    non-Hodgkin lymphomas.

10       Q.    And if you looked at just the --

11       A.    And the four of the six were thyroid

12   lymphomas.

13       Q.    So for all of the lympho -- what do you

14   call them?  All of the lymphoproliferative

15   neoplasms, there was a 2.7-fold increased risk;

16   right?

17       A.    Yeah, but that's looking at apples and

18   oranges and bananas.

19       Q.    Okay.  And looking specifically at

20   non-Hodgkin lymphoma, they find that it's about a

21   twofold increased risk, although not enough to say

22   statistically significant; right?

23       A.    Correct.

24       Q.    All right.  The other article on chronic

25   thyroiditis you cite is the Kato article in 1985;

Dennis Weisenburger, M.D.

```
 1    right?
 2              Doctor, if you go to page -- well, first,
 3    what is it about this article that you cite for your
 4    opinions related to hypothyroiditis and non-Hodgkin
 5    lymphoma?
 6        A.    Well, here, the findings are -- it's the
 7    same -- basically the same results as the previous
 8    paper, where -- actually, all the lymphomas they
 9    found, all six lymphomas they found in these
10    patients were thyroid lymphomas.
11              Actually, eight.  They didn't find any
12    lymphomas outside of the thyroid gland in this
13    study.
14                  MR. HOGUE:  If you go to discussion
15        on page 108 -- it's 1088.  I'll mark this
16        Exhibit 12.
17                  (Whereupon, Deposition Exhibit
18                  Weisenburger-12, Chronic thyroiditis
19                  as a risk factor of B-cell lymphoma
20                  in the thyroid gland; Kato, was
21                  marked for identification.)
22        Q.    (BY MR. HOGUE)  Let me help out -- I can
23    share my screen.  If you look at this part that's
24    highlighted, it says the O/E 1 ratio.
25                  Do you see that?
```

Dennis Weisenburger, M.D.

1      A.    Yes.

2      Q.    The O/E 1 ratio 3.3 in the present study

3   was also close to the relative risk of

4   myeloproliferative and lymphoproliferative neoplasms

5   in the same Swedish study, 4.0.

6           Do you see that?

7      A.    Right.

8      Q.    Do you know whether this study also found

9   an increased risk for these myeloproliferative and

10   lymphoproliferative neoplasms?

11      A.    It didn't.  I mean, I don't think -- I'm

12   not sure I've looked at it.  I think what they did

13   is they took patients with chronic thyroiditis and

14   tried to determine how many of them got lymphoma.

15   And what they found was all the -- all the -- all

16   eight lymphomas were thyroid lymphomas.

17      Q.    So what's your understanding of this

18   highlighted sentence?

19      A.    Well, that's taking the observed

20   lymphomas, which is the eight thyroid lymphomas,

21   divided by the expected rate for all lymphomas.  And

22   so it's 3.  3.3.

23      Q.    And what are you referring to as the

24   lymphomas in this study and their location?

25      A.    Go back to Table 4.

Dennis Weisenburger, M.D.

1      Q.    Okay.

2      A.    Those lymphomas were all in the thyroid.

3      Q.    And where does it say that?

4      A.    Well, in the results, the second sentence

5    in the results, it says the eight cases -- it says

6    that:  During the follow-up period, eight cases of

7    primary thyroid lymphoma were seen in this group.

8    Beginning of the results.

9            Go to the results.

10     Q.    Okay.

11     A.    Right there.  Right there.  Just keep

12   going a little more.  Right there.

13           Above where you've highlighted.

14     Q.    Okay.  And all of those cases were

15   B-cell-type immunological data.

16           Do you see that?

17     A.    Yes.

18     Q.    So all of these thyroid lymphomas were

19   also B-cell lymphomas; is that right?

20     A.    Yes.

21     Q.    And so is it based upon these eight cases

22   of thyroid lymphomas, are you concluding that there

23   is no increased risk outside of the -- outside of

24   the thyroid?

25               MS. FREDONA:  Objection, form.

1        A.    The only lymphomas they found in this

2    study were thyroid lymphomas.

3        Q.    (BY MR. HOGUE)  But do you know whether

4    there was sufficient data for them to look for

5    lymphomas outside the thyroid?

6        A.    I don't know.  There were 5,000,

7    almost -- 5,592 cases.

8        Q.    Is there any statement in this study that

9    there was no increased risk of non-Hodgkin lymphoma

10   outside the thyroid?

11       A.    Well, if you calculate an observed

12   over-expected rate, and you used the general rate

13   for non-Hodgkin's lymphoma, you have to assume that

14   they looked for all of the cases of non-Hodgkin's

15   lymphoma.  It wouldn't be logical to use that rate

16   unless you were looking for all the non-Hodgkin's

17   lymphomas.

18            The findings in this study are the same

19   as the findings in the previous study.  In the

20   previous study they found two outside the thyroid.

21   In this study they didn't find any cases outside the

22   thyroid.

23       Q.    All right.  Anything else about this

24   article?

25       A.    No.

Dennis Weisenburger, M.D.

1                    MR. HOGUE:  Okay.  Almost left the

2          meeting.  I don't want to do that.

3                    THE VIDEOGRAPHER:  The time is 11:39

4          a.m., and we're now off the record.

5                    (Recess taken, 11:38 a.m. to

6                    11:48 a.m. PST)

7                    THE VIDEOGRAPHER:  The time is

8          11:49 a.m. and we're back on the record.

9          Q.    (BY MR. HOGUE)  Dr. Weisenburger, is it

10   your opinion that Roundup was an actual cause of

11   Mr. Schafer's non-Hodgkin lymphoma or was it simply

12   a substantial contributing factor?

13          A.    It was a substantial contributing factor.

14          Q.    Okay.  Did any of Mr. Schafer's medical

15   or pathologic tests or records indicate that Roundup

16   was a substantial contributing factor to his

17   non-Hodgkin lymphoma?

18          A.    You're asking about his medical records?

19          Q.    Yes.

20          A.    No.

21          Q.    I mean, there's not a pathologic test,

22   there's nothing in those pathology reports, nothing

23   you can look at that said this identifies glyphosate

24   or Roundup as a substantial contributing factor;

25   right?

Dennis Weisenburger, M.D.

```
 1        A.    That's correct.

 2        Q.    And did any of Mr. Schafer's treating

 3  doctors conclude that Roundup exposure was a

 4  substantial contributing factor to his non-Hodgkin

 5  lymphoma?

 6              MS. FREDONA:  Objection.

 7        A.    Not to my knowledge.

 8        Q.    (BY MR. HOGUE)  All right.  Is there any

 9  genomic or pathologic test that you are aware of

10  that can be conducted to determine whether

11  glyphosate or Roundup caused or substantially

12  contributed to the development of Mr. Schafer's

13  non-Hodgkin lymphoma?

14        A.    No.

15        Q.    So the type of non-Hodgkin lymphoma,

16  whether that started off as a diffuse large B-cell

17  or a follicular lymphoma, does that in any way

18  suggest to you whether Roundup exposure was a

19  substantial contributing factor?

20        A.    No.

21        Q.    Does the stage at which his non-Hodgkin

22  lymphoma was diagnosed suggest to you one way or the

23  other whether Roundup exposure was a substantial

24  contributing factor?

25        A.    No.
```

Dennis Weisenburger, M.D.

1      Q.    So if I went through this list, the

2  grade, the Ki-67, none of those features suggest one

3  way or the other whether Roundup was a substantial

4  contributing factor to his non-Hodgkin lymphoma; is

5  that right?

6      A.    That's correct.

7      Q.    And, in fact, you've found cases where

8  there was different types, different Ki-67,

9  different stages, different grades, and they

10 concluded that all of those things were caused by or

11 substantially contributed to by Roundup exposure;

12 right?

13     A.    I'm sorry, would you repeat that?

14     Q.    Well, in cases with different Ki-67s and

15 different grades and different types of non-Hodgkin

16 lymphoma, you've concluded that Roundup exposure was

17 a substantial contributing factor in those types of

18 cancers; is that right?

19     A.    Yes.

20     Q.    So there's no specific clinical feature

21 that you refer to in Mr. Schafer's non-Hodgkin

22 lymphoma that suggests Roundup was a substantial

23 contributing factor; right?

24     A.    Correct.

25     Q.    If Mr. Schafer had not had any exposure

Dennis Weisenburger, M.D.

1    to Roundup, what would you have concluded was the

2    likely cause or substantial contributing factors in

3    his non-Hodgkin lymphoma?

4              MS. FREDONA:  Objection, incomplete

5         hypothetical.

6         A.    Well, the only other risk factor would be

7    obesity, so, you know, that would have likely played

8    a role.  But, you know, it's a weak risk factor.  So

9    the only risk factor left, if we don't have Roundup,

10   is obesity.

11        Q.    (BY MR. HOGUE)  Okay.  And could his

12   overweight status or obesity status have caused his

13   non-Hodgkin lymphoma even with the exposure to

14   Roundup?

15        A.    Well, I think it is a contributing

16   factor.  And, you know, I think it is a contributing

17   factor.  It's a minor contributing factor.

18        Q.    How do you distinguish between a minor

19   contributing factor and a substantial contributing

20   factor?

21        A.    Mainly based on the odds ratios.

22        Q.    Would you tell anyone that they can avoid

23   getting non-Hodgkin lymphoma by simply avoiding

24   exposure to Roundup?  -

25        A.    Yes, I think they would decrease their

Dennis Weisenburger, M.D.

1    risk.

2        Q.    But would you say that they would avoid

3    developing non-Hodgkin lymphoma?

4        A.    No, because there are other risk factors

5    for non-Hodgkin lymphoma, and some people get it --

6    get non-Hodgkin lymphoma without any known risk

7    factors.

8        Q.    Okay.  Is age a risk factor for

9    non-Hodgkin lymphoma?

10       A.    Age is a risk factor, yes.  But it's not

11   really a -- it's an associated risk factor.  It's

12   really not a -- what I would call a causal risk

13   factor.

14       Q.    But as we age, do our immune systems also

15   decline?

16       A.    That's true.

17       Q.    And are declining immune systems one of

18   the things that can cause non-Hodgkin lymphoma?

19       A.    Well, that's actually a hypothetical.  I

20   would say most elderly people don't get

21   non-Hodgkin's lymphoma because they have a declining

22   immune system.  It may be associated, but it's not

23   really been proven.

24       Q.    Most people who are exposed to Roundup

25   don't develop non-Hodgkin lymphoma either; right?

Dennis Weisenburger, M.D.

1       A.     I think that's true.

2       Q.     Is smoking a risk factor for non-Hodgkin

3    lymphoma?

4       A.     No.

5       Q.     Are there other chemicals that you

6    believe are risk factors for non-Hodgkin lymphoma?

7       A.     Well, probably there are other pesticides

8    that are increased risk.  There's a whole literature

9    on that.

10             He really wasn't exposed to any other

11   pesticides.  Solvent exposures, particularly in jobs

12   where people are using organic solvents, there is an

13   increased risk of non-Hodgkin lymphoma.

14      Q.     Is there an increased risk of non-Hodgkin

15   lymphoma with exposure to benzene?

16      A.     Well, there are some reports of that,

17   yes.  I haven't looked at that recently, but benzene

18   certainly is one of the organic solvents that's been

19   associated with non-Hodgkin lymphoma.  Whether it's

20   benzene or the combined organic solvents is a big

21   question mark.

22      Q.     Do you have an opinion one way or another

23   whether benzene increases the risk of non-Hodgkin

24   lymphoma?

25      A.     As I said, I haven't looked at it

Dennis Weisenburger, M.D.

1     recently.  My opinion in the past has been that

2     mixed organic solvents increase the risk.  Whether

3     benzene by itself increases the risk, I think is

4     still an open question.

5         Q.    Okay.  Is it a well-known feature of

6     follicular lymphoma that some of them transform into

7     diffuse large B-cell lymphoma?

8                  MS. FREDONA:  Objection, form.

9         A.    Yes, that's well-known complication.  It

10    occurs in a significant percentage of cases.

11        Q.    (BY MR. HOGUE)  And what percentage of

12    follicular lymphomas do they transform to diffuse

13    large B-cell lymphoma?

14        A.    Well, I don't know the precise number;

15    probably somewhere around 20 percent or 30 percent.

16        Q.    Is there any known period of time for how

17    long it takes follicular lymphomas to transform into

18    diffuse large B-cell lymphomas?

19        A.    It takes years.

20        Q.    Okay.

21        A.    In general it takes years.  Sometimes

22    they present simultaneously or coincidentally, but

23    in general it probably takes years.

24        Q.    What causes follicular lymphomas to

25    transform into diffuse large B-cell lymphoma?

Dennis Weisenburger, M.D.

1        A.    Well, usually they develop additional

2   genetic abnormalities, like p53 mutations and other

3   genetic abnormalities.

4        Q.    And you're not aware of any studies

5   indicating that glyphosate or Roundup caused

6   patients with follicular lymphoma to have a

7   transformation to diffuse large B-cell lymphoma, are

8   you?

9        A.    There are no such studies.

10       Q.    And in patients who have follicular

11  lymphoma and they transform to diffuse large B-cell

12  lymphomas, is it in those cases your opinion that

13  the follicular lymphoma was a substantial

14  contributing factor to their development of diffuse

15  large B-cell lymphoma?

16            MS. FREDONA:  Objection, incomplete

17       hypothetical.

18       A.    Can you repeat that question?

19       Q.    (BY MR. HOGUE)  Yeah.  I mean, if a

20  patient already has follicular lymphoma and then it

21  transformed to large B-cell lymphoma, the follicular

22  lymphoma that they already had certainly was a

23  substantial contributing factor for them developing

24  diffuse large B-cell lymphoma; is that right?

25       A.    I would say yes.

Dennis Weisenburger, M.D.

1     Q.     Have you done any analysis of how many

2   studies that have looked at glyphosate and

3   non-Hodgkin lymphoma have not found an increased

4   risk of non-Hodgkin lymphoma?

5     A.     Well, that would be in my general

6   causation report.  Most of the case control studies

7   with the exception of one found an increased risk.

8   Five of the six-case control studies found an

9   increased risk.  Most of the meta-analysis found an

10   increased risk.  The Agricultural Health Study is

11   kind of an outlier, and there are lots of problems

12   with that, as I outlined in my general causation

13   report.

14     Q.     Okay.  I want to make sure I get your --

15   all of your opinions related to his -- and maybe

16   you're not giving an opinion on this, but are you

17   giving -- offering an opinion about what

18   Mr. Schafer's prognosis or life expectancy is?

19     A.     No, I'm not offering an opinion on that.

20     Q.     And even if Mr. Schafer had a follicular

21   lymphoma that transformed to his diffuse large

22   B-cell lymphoma, are patients in that same category,

23   do they have the same likelihood that after two

24   years of treatment, they are not likely to have a

25   recurrence of their non-Hodgkin lymphoma?

Dennis Weisenburger, M.D.

```
1                    MS. FREDONA:  Objection, form,

2        incomplete hypothetical.

3        A.    I would say that if they had a

4   pre-existing diagnosis of low-grade follicular

5   lymphoma, the risk is higher of -- for recurrence

6   than if they just had diffuse large B-cell lymphoma,

7   because we know that the follicular lymphoma recurs

8   sometimes.

9        Q.    (BY MR. HOGUE)  So in this case, though,

10  based upon your evaluation of the pathologic

11  evidence, your opinion would be that Mr. Schafer

12  does not have that higher risk of follicular

13  lymphoma reoccurring because you viewed his

14  pathology as a diffuse large B-cell lymphoma; is

15  that what you're saying?

16       A.    Well, yes, that's what I'm saying.

17       Q.    So if a different doctor came in and

18  said, Well, his follicular lymphoma has a higher

19  rate of recurrence, you would disagree with that; is

20  that correct?

21                   MS. FREDONA:  Objection, incomplete

22        hypothetical.

23       A.    I think his risk of recurrence is that of

24  diffuse large B-cell lymphoma.

25       Q.    (BY MR. HOGUE)  And that's less than
```

Dennis Weisenburger, M.D.

1   20 percent at this stage; right?

2      A.   You know, I haven't looked at that.

3   That's not something I normally do.  I mean, his

4   risk of recurrence is relatively low, but based on

5   his low stage and his complete remission for two and

6   a half years.  So I don't know what the numbers are.

7   You know, that's not something that I usually opine

8   on.

9      Q.   Are you aware of any studies that have

10  been conducted among residential users of glyphosate

11  to analyze whether there is an increased risk of

12  non-Hodgkin lymphoma among residential users?

13     A.   Most of the studies that have been done

14  have mainly looked at farmers.  I don't think there

15  has been any study that looked exclusively at

16  residential users.

17     Q.   And do you know why most of the studies

18  looked at farmers?

19     A.   Well, they were mostly studies that were

20  looking at all kinds of risk factors in farmers.  So

21  they were case-controlled studies of diseases,

22  mainly in farmers.

23     Q.   And you would agree that farmers are also

24  a group of people who have a lot of different

25  exposures to a lot of different pesticides,

Dennis Weisenburger, M.D.

```
1    insecticides, and other chemicals; right?

2                 MS. FREDONA:  Objection, form.

3         A.    That's true.

4         Q.    (BY MR. HOGUE)  And if Mr. -- and it's

5    your opinion, based upon your talking with

6    Mr. Schafer that he was not exposed to a lot of

7    other chemicals; right?

8         A.    He was not.

9         Q.    So one of the differences of Mr. Schafer

10   than most of these studies that you've analyzed is

11   that in most of the studies, there's these

12   confounding exposures to other chemicals; right?

13                MS. FREDONA:  Objection, form.

14        A.    Yeah, usually there is some confounding

15   in -- of the studies.

16        Q.    (BY MR. HOGUE)  Okay.  And you were

17   involved in, as the principal investigator in one of

18   the studies in Nebraska; is that right?

19        A.    Yes.

20        Q.    And why did you do your study in farmers?

21        A.    Well, when I was a young pathologist, I

22   was very interested in what caused lymphoma.  I

23   still am, of course.  But when I moved to Nebraska,

24   I was fascinated by the stories I heard about

25   increased risk for lymphoma in rural areas.  And so
```

```
 1    I -- one of the things -- that was one of the -- one

 2    of the reasons I launched the Nebraska Lymphoma

 3    Study was to see if we could figure out whether that

 4    was true or not, and secondly, to figure out what

 5    was causing the lymphomas in farmers.  So that was

 6    sort of the genesis of the Nebraska Lymphoma Study.

 7         Q.    Okay.  And is it your opinion that

 8    farmers have higher rates of exposure to many

 9    chemicals, more so than residential users of

10    whatever herbicide or insecticide they're using?

11              MS. FREDONA:  Objection, form.

12         A.    In general, I think that's true.

13         Q.    (BY MR. HOGUE)  Did you do any assessment

14    of how much Roundup actually got on the skin of

15    Mr. Schafer?

16         A.    No, but he didn't take any precautions,

17    and he wore shorts, short-sleeved shirts, sandals

18    with no socks.  So, you know, it's likely that he

19    had significant exposure, particularly on the days

20    when he was spraying for multiple hours.

21         Q.    So did you ask Mr. Schafer if he ever

22    wore clothing other than shorts and sandals when he

23    was spraying Roundup?

24         A.    Yes, we talked about that.  Sometimes in

25    cooler weather, he wore jeans.  And, you know, when
```

Dennis Weisenburger, M.D.

1    he was living in Illinois, he would wear tennis

2    shoes with socks.  But in California, he wore almost

3    exclusively shorts and leather sandals without

4    socks.

5        Q.    Okay.

6              MR. HOGUE:  Doctor, I think we've

7        been -- we've gone about three hours, maybe a

8        little less than that, but I will turn the

9        witness over, and I appreciate you answering

10       my questions today.

11             THE WITNESS:  Thank you.

12             MS. FREDONA:  Hi, Doctor.  I only

13       have a couple of questions.

14                  ------------

15                  EXAMINATION

16                  ------------

17   BY MS. FREDONA:

18       Q.    Earlier you were talking about some notes

19   that you had regarding the case.  All of the

20   information in those notes, did you incorporate into

21   your report?

22             MR. HOGUE:  Objection to form.

23       A.    Yes, all of the relevant information.

24       Q.    (BY MS. FREDONA)  You mentioned that

25   Mr. Schafer had some problems with his memory after

Dennis Weisenburger, M.D.

1    chemotherapy.  Is that a common phenomenon?

2              MR. HOGUE:  Objection to form.

3       A.    It is.  It goes by the name of sort of

4    chemo brain, and it can last some months after the

5    chemotherapy.

6       Q.    (BY MS. FREDONA)  Is remission the same

7    thing as cured?

8       A.    No.

9       Q.    What's the difference?

10      A.    Well, remission means that the disease

11   has gone away and you can't find any evidence of the

12   disease.  It could still be there in small amounts,

13   undetectable amounts.  So a cure means that the

14   disease is completely gone, and you don't have to

15   worry about it again.

16             So the two words have different meanings.

17      Q.    At this point in time, would you consider

18   Mr. Schafer cured?

19      A.    No.

20             MR. HOGUE:  Object to the form.

21      A.    No.

22             MS. FREDONA:  I have no more

23       questions.

24                  *   *   *

25                  *   *   *

Dennis Weisenburger, M.D.

```
 1                     ------------

 2                     EXAMINATION

 3                     ------------

 4    BY MR. HOGUE:

 5         Q.    Well, Doctor, following up on that, you

 6    would agree that it's more likely than not that

 7    Mr. Schafer is cured and will not ever have a

 8    relapse of his non-Hodgkin lymphoma; is that right?

 9         A.    As I said, I don't usually opine on these

10    kind of things.  I think -- I think he -- I think

11    his odds of being cured are -- go up each year that

12    he doesn't have a relapse.  And usually after five

13    years, oncologists will tell their patients that

14    they're cured.  But even then there are some late

15    relapses.  So it's -- so I think it's too early to

16    say that he's cured, but I think that his prognosis

17    is really good.

18         Q.    And, Doctor, I understand -- I mean,

19    plaintiff's counsel asked you whether you considered

20    him cured.  And so my question is, to a reasonable

21    degree of medical probability, that being more than

22    50 percent likely, he will -- Mr. Schafer will never

23    have a recurrence from his non-Hodgkin lymphoma; is

24    that true?

25                     MS. FREDONA:  Objection to form.
```

Dennis Weisenburger, M.D.

1    A.    Well, as I said, I don't usually opine on

2    these things.  I think it's unlikely that he'll

3    recur, but it's not impossible.

4    Q.    (BY MR. HOGUE)  And going back to your

5    notes where you say there are other -- there are

6    things in your notes that you didn't put in your

7    report; right?

8    A.    There are some things about -- yeah,

9    there are some things, but I didn't feel that they

10   were relevant to the report in the sense of trying

11   to identify other causative factors.  I didn't

12   identify any other causative factors --

13   Q.    But --

14   A.    -- other than his overweight.

15   Q.    When you were taking notes from your --

16   the conversations with Mr. Schafer, you were relying

17   upon those -- that conversation and your notes were

18   there to help you identify the things he said; is

19   that correct?

20   A.    Yes.

21            MR. HOGUE:  All right.

22            Rebecca, I would again renew my

23      request to get a copy of the notes, and we can

24      take that up.

25            Thank you, Doctor.

Dennis Weisenburger, M.D.

```
 1                    THE WITNESS:  All right.  Thank you.

 2                    THE VIDEOGRAPHER:  This concludes

 3           today's video deposition of Dr. Dennis

 4           Weisenburger.  The time is 12:12 p.m., and

 5           we're now off the record.

 6                    (Time noted: 12:12 p.m. PST)

 7                    (Whereupon, Deposition Exhibit

 8                    Weisenburger-13, Weisenburger Schafer

 9                    invoice, was late-marked for

10                    identification upon agreement with

11                    counsel.)

12                         --o0o--

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Dennis Weisenburger, M.D.

```
 1                      CERTIFICATE
 2          I, DEBRA A. DIBBLE, Registered Diplomate
        Reporter, Certified Realtime Reporter, Certified
 3      Court Reporter and Notary Public, do hereby certify
        that prior to the commencement of the examination,
 4      DENNIS WEISENBURGER, M.D. was duly sworn by me to
        testify to the truth, the whole truth and nothing
 5      but the truth.
 6          I DO FURTHER CERTIFY that the foregoing is a
        verbatim transcript of the testimony as taken
 7      stenographically by and before me at the time, place
        and on the date hereinbefore set forth, to the best
 8      of my ability.
 9          I DO FURTHER CERTIFY that pursuant to FRCP
        Rule 30, signature of the witness was requested by
10      the witness or other party before the conclusion of
        the deposition.
11
            I DO FURTHER CERTIFY that I am neither a
12      relative nor employee nor attorney nor counsel of
        any of the parties to this action, and that I am
13      neither a relative nor employee of such attorney or
        counsel, and that I am not financially interested in
14      the
        action.
15
19      _____
        DEBRA A. DIBBLE, RDR, CRR, CRC
20      NCRA Registered Diplomate Reporter
        NCRA Certified Realtime Reporter
21      Certified Court Reporter
22
        Dated: 3-10-2021
23
24
25
```

Dennis Weisenburger, M.D.

```
 1                 INSTRUCTIONS TO WITNESS

 2

 3         Please read your deposition over carefully and

 4   make any necessary corrections.  You should state

 5   the reason in the appropriate space on the errata

 6   sheet for any corrections that are made.

 7         After doing so, please sign the errata sheet

 8   and date it.

 9         You are signing same subject to the changes

10   you have noted on the errata sheet, which will be

11   attached to your deposition.

12         It is imperative that you return the original

13   errata sheet to the deposing attorney within thirty

14   (30) days of receipt of the deposition transcript by

15   you.  If you fail to do so, the deposition

16   transcript may be deemed to be accurate and may be

17   used in court.

18

19

20

21

22

23

24

25
```

Dennis Weisenburger, M.D.

```
 1                    ERRATA

 2   PAGE  LINE  CHANGE

 3   _____ _____ _____

 4      REASON: _____

 5   _____ _____ _____

 6      REASON: _____

 7   _____ _____ _____

 8      REASON: _____

 9   _____ _____ _____

10      REASON: _____

11   _____ _____ _____

12      REASON: _____

13   _____ _____ _____

14      REASON: _____

15   _____ _____ _____

16      REASON: _____

17   _____ _____ _____

18      REASON: _____

19   _____ _____ _____

20      REASON: _____

21   _____ _____ _____

22      REASON: _____

23   _____ _____ _____

24      REASON: _____

25
```

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3

 4        I, DENNIS WEISENBURGER, M.D., do hereby

     certify that I have read the foregoing pages and

 5   that the same is a correct transcription of the

     answers given by me to the questions therein

 6   propounded, except for the corrections or changes in

     form or substance, if any, noted in the attached

 7   Errata Sheet.

 8

 9

10

11

     _____

12      DENNIS WEISENBURGER, M.D.           DATE

13

14

     Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   _____

19   Notary Public

20

21

22

23

24

25
```

Dennis Weisenburger, M.D.

```
 1                    LAWYER'S NOTES

 2

 3      PAGE    LINE

 4      _____   _____    _____

 5      _____   _____    _____

 6      _____   _____    _____

 7      _____   _____    _____

 8      _____   _____    _____

 9      _____   _____    _____

10      _____   _____    _____

11      _____   _____    _____

12      _____   _____    _____

13      _____   _____    _____

14      _____   _____    _____

15      _____   _____    _____

16      _____   _____    _____

17      _____   _____    _____

18      _____   _____    _____

19      _____   _____    _____

20      _____   _____    _____

21      _____   _____    _____

22      _____   _____    _____

23      _____   _____    _____

24      _____   _____    _____

25
```