# EXHIBIT 12

SPECIFIC CAUSATION REPORT FOR MR. MICHAEL PECORELLI

I have reviewed the medical records concerning the case of Mr. Michael Pecorelli.  I also conducted a telephone interview with his son, Mark Pecorelli, on December 7, 2020.  In June of 2004, at age 75 years, Mr. Pecorelli was evaluated for diffuse pruritis and weight loss of 23 pounds over the past 6 months, and was found to have splenomegaly and a peripheral blood lymphocytosis.  The white blood cell count was 13,600/uL with 9,500 lymphocytes, and he had mild anemia (Hgb 12.5 gm/dl).  He had a history of lymphocytosis going back to July of 1999.  A CT scan done on 6/25/04 demonstrated splenomegaly and enlarged abdominal aortocaval lymph nodes.  A peripheral blood and bone marrow exam on 7/14/04 revealed a diagnosis of splenic marginal zone B-cell non-Hodgkin lymphoma (NHL) with circulating villous lymphocytes, and flow cytometry was positive for clonal B cells (lambda light chain).  The serum lactate dehydrogenase (LDH) level was normal.  Over the next several months, he was treated with 6 courses of R-CVP chemotherapy (11/04-02/05) with a gradual decrease in the lymphocytosis, and decrease in the size of the spleen and aortocaval mass.  In 2005, he was thought to be in complete remission although the spleen continued to be somewhat enlarged.  He did well until July of 2010 when he was found to have a large thoracic paraspinal mass (T9-11; 6 x 2.3 cm) with extension into the spinal canal with spinal cord expression (T10), as well as mild splenomegaly.  A needle biopsy of the paraspinal mass reveal high-grade B-cell NHL (Ki-67 proliferation 70-80%) and he was thought to have recurrent aggressive disease.  A complete blood count was normal with no lymphocytosis, and a bone marrow exam was negative.  A serum LDH level was elevated (257 uL, normal < 190).  He was treated with steroids and given palliative radiation therapy (30 Gy) to the mass, which was completed on 8/4/10.  A PET/CT scan on 9/15/10 showed near resolution of the thoracic paraspinal mass.

On 2/4/11, he presented with a cough and increasing difficulty breathing, as well as weakness over the past month.  A CT scan of the chest showed a lung mass in the left upper lobe and hilum (6.7 x 4.4 cm) with airway obstruction and post-obstructive pneumonia, as well as complete consolidation of the left lower lobe.  Bronchoscopic biopsies of the mass revealed a high-grade undifferentiated pleomorphic sarcoma (malignant fibrous histiocytoma, grade 3).  He was treated with antibiotics and palliative radiation therapy (10 sessions) to the lung mass, and he was discharged with clearing of the pneumonia.  On 10/25/11, he presented again with chest pain, cough with hemoptysis, and a 30 pound weight loss.  CT scans revealed that the left upper lobe lung mass had enlarged (10.4 x 5.5 cm), along with a new left lower lobe lung nodule (1.3 cm), as well as a recurrent left paraspinal mass (5.8 x 3.7 x

2.5 cm), and a new right lower quadrant abdominal mass (7.4 x 5.0 x 4.7 cm) and splenomegaly.  The latter two masses were thought to be due to NHL.  He refused further treatment and continued to decline in health.  He was placed on hospice care and died on 3/28/12.

Mr. Pecorelli began using Roundup in 1976 in his landscaping business and garden center.  In 1978, he closed the garden center and purchased a 30 acre nursery where he grew trees, shrubs, plants and flowers for landscaping.  He used Roundup in his business until he was diagnosed with NHL in 2004.  He mixed concentrated Roundup or Roundup Pro and sprayed for 9 months each year (excluding winter).  From 1976-78, he did approximately 50 landscaping projects per year and sprayed each project twice, once at the start to clear the land of weeds before grading (spraying 1-8 hours) and at the end to touch up the project (spraying up to 2 hours).  He used 5.0 gallons of Roundup concentrate each of these 2 years.  He would spray mist around the buildings and over the entire property initially, and then spot spray during the touch up.  He usually mixed 20 gallons of Roundup at a time and used a 5 gallon backpack sprayer with a squeeze trigger, 3 foot hose and wand.  When mixing and spraying, he usually wore a filter mask with cartridges and safety glasses, but it is unclear whether he wore gloves.  He would also wear a denim bib jumpsuit over his work clothes, consisting of long sleeve shirts, denim pants, and leather workboots and socks.  He would take off the jumpsuit and protective gear after spraying.  For small landscaping jobs and spot spraying, as well as in the garden center, he would wear only his work clothes without the protective gear.  He sometimes got Roundup on his hands and clothes when mixing and spraying.  He would wash his hands after mixing, but was often unable to wash at the worksites.  He would wash up when he got home, change clothes, and shower at the end of the day.  He would wash the denim jumpsuit every 2 weeks.

From 1978-2004, he also sprayed Roundup at the nursery in addition to his landscaping business.  During this time, he did approximately 25 landscaping projects per year and used 2.5 gallons of Roundup concentrate per year, using the same practices as described above.  At the nursery, he would also do a major spray of the planting area (20 acres) in April and August, each time doing about 10 days or 80 hours of spraying.  He would go back and forth between the rows of plants spraying a mist.  Between those times, he would spot spray as needed.  He would also spot spray a large grassy area (10 acres) as needed, but twice used a tractor with a 4 foot spray applicator on this area.  He usually followed the same practices as described above.  At the nursery, he would always wash his hands after spraying, but would wear his work clothes until the end of the workday.

From 1976-2004, he also sprayed his residential property with Roundup.  Between April and August, he would spray 2-3 times per year for 10-20 minutes each time.  He would spot spray around the house and garage, and mist spray the 4 foot gravel area around the swimming pool.  He usually wore his work clothes and washed his hands after spraying.

Mr. Pecorelli used Roundup for 23 years (1976-1999) before developing NHL.  Over this time period, he used Roundup over 2000 times, and over 90 times per year.  He is estimated to have used over 1600 gallons of Roundup during this entire period.  This would place him in the high-risk category for the development of NHL (> 10 days of use, or > 2 days/year) with an approximately two-fold increased risk of NHL (1,2).  In the study of Eriksson et al (1), the NHL risk estimate was 2.36 (95% CI, 1.04-5.37) for > 10 days of use, whereas the NAPP study (2) found a risk estimate of 1.73 (95% CI, 1.02-2.94) for use > 2 days/year.  Mr. Pecorelli had no significant exposure to other pesticides or chemicals, and a careful review of his medical records and a personal interview of his son by myself revealed no other substantial cause of his NHL.  The latency period in this case (23 years) is consistent with a chemical etiology (3).

Therefore, I conclude that the findings in this case meet the criteria for specific causation.  It is my opinion with a reasonable degree of medical certainty that the extensive and significant exposure to Roundup herbicide was a substantial factor contributing to the development of NHL in this case.

Dennis D. Weisenburger, MD

Professor, Department of Pathology

Date: 01/08/21

1.      Eriksson, M., Hardell, L., Carlberg, M., and Akerman, M., *Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis.* Int J Cancer, 2008. 123(7): p. 1657-1663.

2.      Pahwa, M., Beane Freeman, L.E., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Punam Pahwa, P.P., Dosman, J.A., Demers, P.A., and Harris, S.A., *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project.* Scand J Work Environ Health, 2019. 45(6):  p. 600-609.

3.      Weisenburger, D.D., *Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies.* Cancer Res, 1992. 52(19 Suppl): p. 5456s-5462s; discussion 5462s-5464s.