**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS**<br><br>Hearing date: May 28, 2021<br>Time: |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** beginning on May 28, 2021, in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion for Summary Judgment.  Monsanto seeks an order granting summary judgment for Monsanto.

DATED:  March 19, 2021

                                                      Respectfully submitted,

                                                      */s/ Michael X. Imbroscio*

                                                      Michael X. Imbroscio (*pro hac vice*)
                                                      (mimbroscio@cov.com)
                                                      One City Center
                                                      850 10th St. NW
                                                      Washington, DC 20001
                                                      Tel: 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

Monsanto hereby moves for summary judgment on non-causation grounds in the above-captioned cases. Consistent with the Court's repeated instructions not to re-litigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #2419)
- Monsanto's Reply in Support of Motion for Summary Judgment on Non-Causation Grounds (ECF #2634)

Monsanto moves for summary judgment on the following grounds and incorporates the full record raised in those pleadings:

- Plaintiffs' warning-based claims are expressly preempted
- Plaintiffs' claims are preempted under impossibility preemption
- Plaintiffs' warning claims should be dismissed because the alleged cancer risks were not known or knowable by the scientific community at the time of distribution
- Plaintiffs have not demonstrated a right to seek punitive damages in this case.[1]

With respect to Monsanto's motion on the grounds that Plaintiffs' claims are both expressly preempted and preempted under impossibility preemption, Monsanto supplements the record to include further evidence in support of its motion that took place subsequent to the Court's ruling. **First**, in April 2019, the Environmental Protection Agency ("EPA") issued its proposed interim decision on the re-registration of glyphosate. *See* Declaration of Michael Imbroscio (March 18, 2021) ("Imbroscio Decl."), Ex. 1, EPA, Glyphosate: Proposed Interim Registration Review Decision. **Second**, in August 2019, EPA issued the attached letter and

---

[1] Like California law, North Carolina law requires a showing of aggravating factors such as malice or oppression before a plaintiff can recover punitive damages. *See, e.g.*, *Bartlett Milling Co., L.P. v. Walnut Grove Auction and Realty Co., Inc.*, 665 S.E.2d 478, 487, 192 N.C.App. 74, 84 (N.C.App.,2008). Plaintiff Randall Seidl cannot meet this burden in this case for the reasons Monsanto has identified in prior briefing. *See, e.g.*, ECF No. 2419 at 17-21. Illinois law regarding punitive damages is separately addressed in Monsanto's Motion for Summary Judgment on Illinois Law Grounds.

associated materials.  *See* Imbroscio Decl., Ex. 2, Letter from Michael Goodis to Registrant, Aug. 7, 2019; Imbroscio Decl., Ex. 3, EPA, News Release from Headquarters, "EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products," Aug. 8, 2019.  **Third**, in December 2019, the United States government filed an amicus brief urging that claims presented by a different plaintiff in this multidistrict litigation be rejected as preempted by federal law.  *See* Ex. 4, Brief for United States as Amicus Curiae Supporting Appellant, *Monsanto Co. v. Hardeman*, No. 19-16636 (9th Cir. Dec. 20, 2019).  **Fourth,** in January 2020, the Environmental Protection Agency ("EPA") released its interim registration review decision for glyphosate, which is final in terms of human health risk assessment.  *See* Imbroscio Decl., Ex. 5, EPA, Glyphosate: Interim Registration Review Decision Case No. 0178 (Jan. 2020).  In the decision, EPA reaffirmed that "there are no risks to human health from the current registered uses of glyphosate and that glyphosate is not likely to be carcinogenic to humans."  Along with its decision for glyphosate, EPA released responses from EPA's Pesticide Re-evaluation Division (PRD) to public comments on the decision.  *See* Imbroscio Decl., Ex. 6, EPA, Response from PRD to Comments on the Glyphosate Proposed Interim Decision (Jan. 16, 2020).

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

Dated: March 19, 2021

By: */s/ Michael X. Imbroscio*

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001

Tel: 202-662-6000

Attorney for Defendant Monsanto Company

- 6 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Michael X. Imbroscio