| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COVINGTON & BURLING LLP** |
| Brian L. Stekloff (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (bstekloff@wilkinsonstekloff.com) | (mimbroscio@cov.com) |
| Rakesh Kilaru (*pro hac vice*) | One City Center |
| (rkilaru@wilkinsonstekloff.com) | 850 10th St. NW |
| 2001 M St. NW | Washington, DC 20001 |
| 10th Floor | Tel: 202-662-6000 |
| Washington, DC 20036 | |
| Tel:   202-847-4030 | |
| Fax:   202-847-4005 | |

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO'S MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS**<br><br>Hearing date: May 28, 2021<br>Time: |

I, Michael X. Imbroscio, hereby declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion for Summary Judgment on Non-Causation Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the United State Environmental Protection Agency's ("EPA's") April 2019 Glyphosate: Proposed Interim Registration Review Decision.

3. Annexed hereto as Exhibit 2 is a true and correct copy of an August 7, 2019 letter from Michael L. Goodis, Director of EPA's Registration Division, Office of Pesticide Programs, to a pesticide registrant concerning label and labeling requirements for products that contain glyphosate.

4. Annexed hereto as Exhibit 3 is a true and correct copy of EPA's August 8, 2019, News Release from Headquarters, "EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products."

5. Annexed hereto as Exhibit 4 is a true and correct copy of a brief filed by the United States as amicus curiae in support of Monsanto Company in *Monsanto Co. v. Hardeman*, No. 19-16636 (9th Cir. Dec. 20, 2019).

6. Annexed hereto as Exhibit 5 is a true and correct copy of EPA's January 2020 Glyphosate: Interim Registration Review Decision.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the response of EPA's Pesticide Re-evaluation Division to public comments on EPA's Glyphosate Proposed Interim Decision.

- 2 -

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 19th day of March, 2021

*/s/ Michael X. Imbroscio*

Michael X. Imbroscio (pro hac vice)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-60000

Attorney for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                                    */s/ Michael X. Imbroscio*