| | |
|---|---|
| **WILKINSON WALSH LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030<br>Fax: 202-847-4005 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000 |
| **HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br>Fax: 202-682-1639 | **BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel: 415-675-3400<br>Fax: 415-675-3434 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cervantes v. Monsanto Co.,* 3:19-cv-03015 | Case No.: 3:16-cv-05658-VC<br><br>MDL No. 2741<br><br>**DECLARATION OF K. LEE MARSHALL IN SUPPORT OF MONSANTO COMPANY'S SUMMARY JUDGMENT MOTION ON STATUTES OF LIMITATIONS AND REPOSE**<br><br>Hearing Date: May 28, 2021 |

I, K. Lee Marshall, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Summary Judgment Motion on Statutes of Limitations and Repose.

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Gerard Cervantes, taken June 21, 2020, in *Cervantes v. Monsanto Company*, Northern District of California Case No. 3:19-cv-03015.

3. Annexed hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Elizabeth Cervantes, taken July 16, 2020, in *Cervantes v. Monsanto Company*, Northern District of California Case No. 3:19-cv-03015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 19, 2021

Respectfully submitted,
/s/ K. Lee Marshall

K. Lee Marshall
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Tel:   415-675-3400
Fax: 415-675-3434
klmarshall@bclplaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ K. Lee Marshall