# EXHIBIT 1

```
 1               UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS      ) MDL No. 2741

 5   LIABILITY LITIGATION         ) Case No. MDL No.

 6   -------------------------    ) 3:16-md-02741-VC

 7   This document relates to:    )

 8   Gerard Cervantes v.          )

 9   Monsanto Co.,                )

10   Case No. 3:19-cv-03015-VC    )

11

12

13              VIDEOTAPED DEPOSITION OF

14

15                GERARD F. CERVANTES

16                   June 23, 2020

17

18                  Chicago, Illinois

19

20

21

22            GOLKOW LITIGATION SERVICES

          877.370.3377 ph | 917.591.5672 fax

23                 deps@golkow.com

24
```

1

2

3          The videotaped deposition of

4  GERARD F. CERVANTES, called by the Defendant for

5  examination, taken pursuant to the Federal Rules of

6  Civil Procedure of the United States District

7  Courts pertaining to the taking of depositions,

8  taken before CORINNE T. MARUT, C.S.R. No. 84-1968,

9  Registered Professional Reporter and a Certified

10 Shorthand Reporter of the State of Illinois, at the

11 Hyatt Place, 28 North Franklin Street, Chicago,

12 Illinois, on June 23, 2020, commencing at 8:55 a.m.

13

14

15

16

17

18

19

20

21

22

23

24

```
 1   APPEARANCES:
 2   ON BEHALF OF THE PLAINTIFF:
 3        MOLL LAW GROUP
          22 West Washington Street, 15th Floor
 4        Chicago, Illinois  60602
          312-462-1700
 5        BY:  REBECCA FREDONA, ESQ.
               rfredona@molllawgroup.com
 6
 7
 8   ON BEHALF OF THE DEFENDANT:
 9        SHOOK, HARDY & BACON L.L.P.
          JPMorgan Chase Tower
10        600 Travis Street, Suite 3400
          Houston, Texas  77002-2926
11        713-227-8008
          BY:  JAMES SHEPHERD, ESQ.
12             eshepherd@shb.com
13
14
15
16
17   VIDEOTAPED BY:  MILO SAVICH
18
19   REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968
20
21
22
23
24
```

Gerard F. Cervantes

 1   could only work me 40 hours a week.
 2       Q.    Okay.  And I know your initial -- and I
 3   don't have a lot of medical records or any medical
 4   records actually from your initial diagnosis, but
 5   that was in 2004?
 6       A.    Correct.
 7       Q.    How long were you out of work after that
 8   initial diagnosis and treatment?
 9       A.    Approximately two years.
10       Q.    So, you returned to work in
11   approximately 2006?
12       A.    July 24 of 2006.
13       Q.    Okay.  And you stayed working 40 hours a
14   week at that point as a supervisor on the street
15   maintenance crew, right?
16       A.    Not a supervisor.  As a lead person.
17       Q.    Lead person.  Sorry.
18       A.    Correct.
19       Q.    Until you took the 50% leave in 2009
20   when your cancer reoccurred?
21       A.    Correct.
22       Q.    And then from 2009 until 2014 you
23   received the 50% pay but you didn't actually go to
24   work at all?

1     Q.    Okay.  And in 2004 what -- what sort of
2  or what level of work were you doing?  How many
3  properties did you have?
4     A.    The ones that I just stated.
5     Q.    In 2004, but then it dropped.
6     A.    Up to 2004.
7     Q.    And then in 2004 it dropped to what?
8     A.    Because I had cancer for two years, it
9  dropped significantly because of cancer and did
10 some residential and maybe one or two smaller
11 commercial.
12    Q.    And then after you got your cancer in
13 2004, you stopped using Roundup.  Is that true?
14    A.    Correct.
15    Q.    Okay.  We will explore sort of the work
16 and exactly what you did in more detail in a little
17 bit.  But let me get a little bit broader at this
18 point.  We'll narrow down later.
19          What was the average yearly revenue of
20 ASC Lawn?
21    A.    Again, it's going to vary.  My daughter
22 did the books, things like that.  But I believe our
23 largest year, we grossed probably about $100,000.
24    Q.    And is this a business for which you

Gerard F. Cervantes

1    Q.    Prior to 1998, you did not use it in
2  your personal residences?
3    A.    Yes, I did at home for personal
4  reference.  But it was limited.
5    Q.    When you say "limited," what do you mean
6  by that?
7    A.    Cut my grass, maintain my flower beds or
8  whatever, and I do a lot of pulling of weeds.  But
9  I would spray them first, let them die and then we
10 pull them.
11   Q.    And would you use the ready-to-use at
12 your home when you used it back then?
13   A.    Correct.
14   Q.    So, let's step back, then.
15         Outside of your commercial use, your use
16 at ASC Lawn, when did you first start using
17 Roundup, to your knowledge, at your personal
18 residences?
19   A.    When I purchased my first home on Spruce
20 Street.
21   Q.    Okay.  So, that would have been -- my
22 memory is already gone -- 1986, is that right?
23   A.    I believe that's what I said.  I'm not
24 sure.

```
 1       Q.    '82.  1982.
 2       A.    '82 is when I purchased my first home.
 3       Q.    At Spruce Street you started using
 4  Roundup?
 5       A.    Correct.
 6       Q.    And you would have used the
 7  ready-to-use?
 8       A.    At that time, yes.
 9       Q.    So, that would have been generally
10  gallon jug, you think it's white, would have like a
11  hose maybe the diameter of a straw that would
12  connect to a trigger that you could point and use
13  on the weeds, is that right?
14       A.    Correct.
15       Q.    Did you always use the trigger to
16  actually apply the Roundup when you used it at your
17  home prior to 1998?
18       A.    Yes.
19       Q.    And you would use that on a -- on a spot
20  basis?
21       A.    Correct.
22       Q.    It wasn't applied in bulk, let's say?
23       A.    Correct.
24       Q.    If you bought your first gallon jug of
```

```
 1                      from 11:43 a.m. to 12:22 p.m.)
 2         THE VIDEOGRAPHER:  The time is 12:22 p.m., and
 3   we're back on the video record.
 4   BY MR. SHEPHERD:
 5         Q.   Mr. Cervantes, do you have Exhibit 4 in
 6   front of you?
 7         A.   Yes.
 8         Q.   Does this look like, to the best of your
 9   recollection, the label on the Roundup product that
10   you started using in 1982?
11         A.   Yes.
12         Q.   Okay.  And it's your testimony I believe
13   that you looked at this when you first bought the
14   product back then.  Is that correct?
15         A.   Correct.
16         Q.   Did you read the labels of the products
17   after you saw or read this initial label?  In other
18   words, did you revisit the label each and every
19   time you bought a new bottle of Roundup?
20         A.   No, not every time, no.
21         Q.   Was there any times that you can recall
22   in which after that initial time that you read the
23   label that you went back and read the label again?
24         A.   I would estimate from time to time or
```

1   source.  I'd pump in this hand and spray with this
2   one.
3       Q.   And it would get on your spray hand?
4       A.   Yes.
5       Q.   But no other recollection of any time in
6   which, you know, I don't know, you spilled it all
7   over your legs or you dropped the backpack sprayer
8   and it splashed in your face --
9       A.   No.
10      Q.   -- or anything like that?  No?
11      A.   No.
12      Q.   You stopped using Roundup in 2004, is
13  that right?
14      MS. FREDONA:  Objection; asked and answered.
15  Go on.
16  BY THE WITNESS:
17      A.   Approximately, yes, when I got sick.
18  BY MR. SHEPHERD:
19      Q.   Why did you stop using it?
20      A.   Cancer.
21      Q.   Did you believe that it caused your
22  cancer?
23      A.   I'm not a doctor.  I don't know.
24      Q.   Okay.  But because you had gotten cancer

1  when you were using it, you decided to stop using
2  it after you got cancer.  Is that true?
3      A.    Yes.  After I got cancer and so sick, I
4  stopped using anything.
5      Q.    Did you ask any of your doctors whether
6  or not the Roundup that you had used could have
7  caused your cancer?
8      A.    No.
9      Q.    But you did stop it after being
10 diagnosed with cancer?
11     A.    Yes.
12     Q.    Did you stop -- no, you didn't.
13           You did not stop your work at Nicor when
14 you were exposed to chemicals when you got your
15 cancer diagnosis, right?
16     A.    When I -- I was off work for two years
17 and then when I went back to work, being a lead
18 person, I didn't have to -- what we call a tap
19 hole -- get into the tap hole and work it.  The --
20 I had people that were -- had those titles that did
21 the fixing.
22           So, I ran the backhoe.  I was in charge
23 of the safety of the job, completion of the job and
24 their paperwork.  So, I was promoted higher.

1              So, after cancer and I went back to the
2     gas company, I would make sure that I would do the
3     best I could to stay away from the tap hole after
4     digging it up and while people worked on it.
5         Q.    But you were -- you were on the sites,
6     right?
7         A.    I was on the site, yes.
8         Q.    People working there.  And there were
9     times in which there were benzene, PCB and maybe
10    even asbestos at those sites, correct?
11        A.    In the tap hole with them, yes.
12        Q.    Did you do -- and you explained that
13    they were down in there doing it.
14              Did you wear anything special to make
15    sure that you weren't exposed, a mask or a Tyvek
16    suit or anything like that?
17        A.    I walked away from the tap hole because
18    there was normally a welder and another person, a
19    three-person crew at times.  So, after I did what I
20    had to do, I would either go sit in the truck, walk
21    upwind to just try to limit myself as much as I
22    could to do my job.
23        Q.    Did you, your wife or any of your
24    friends or family, to your knowledge, research the

1  causes of NHL at or near the time of your

2  diagnosis?

3      A.   No.

4      Q.   Did anyone at the time of diagnosis ever

5  tell you that your NHL could have been caused by

6  your use of Roundup?

7      A.   Not anyone professionally.  Just talking

8  maybe to a friend.

9      Q.   Okay.  Do you recall what friend that

10 might have been?

11     A.   No.  More of a general talking, I had

12 cancer and they're like, hey, you know, don't know

13 if what we use as far as Roundup or anything out

14 there could cause it.  I've seen commercials for

15 years on it, but...

16     Q.   You have seen commercials for years now

17 but not back then --

18     A.   Correct.

19     Q.   -- in 2004, right?

20     A.   Correct, now.

21     Q.   So, you had general -- I want to talk

22 about the time of diagnosis.

23          At the time of diagnosis did you have

24 general conversations with individuals about the

```
 1      Q.    And you were diagnosed?
 2      A.    October 15 of '04.  You don't forget
 3   that date.
 4      Q.    When Dr. Rao diagnosed you on
 5   October 15, 2004 with NHL, did she tell you the
 6   particular subtype you had?
 7      A.    Particular subtype?
 8      Q.    Subtype of NHL.
 9      A.    All she told me was I had large B-cell
10   non-Hodgkin's lymphoma.
11      Q.    That's what I meant by subtype.
12      A.    Okay.
13      Q.    Large B-cell.
14      A.    Gotcha.
15      Q.    It was diffuse, right?  Is that right?
16   Diffuse large B-cell?  Do you know?
17      A.    I don't know about diffuse.  I just --
18      Q.    Just large B-cell?
19      A.    Yeah.
20      Q.    And Dr. Rao did not tell you the cause
21   of your NHL, right?
22      A.    No.
23      Q.    Did she say that the cause was unknown?
24      A.    I asked where I could have possibly --
```

 1        A.    With my siblings?
 2        Q.    Yes.
 3        A.    My brother was recently diagnosed with
 4   colon cancer.
 5        Q.    Any of your other siblings diagnosed
 6   with a cancer other than the brother with colon
 7   cancer?
 8        A.    No.
 9        Q.    Any aunts or uncles with cancer of any
10   type that you're aware of?
11        A.    No.
12        Q.    How about your grandparents?
13        A.    Never met them.  They died before I was
14   around.
15        Q.    And your children are generally healthy
16   as far as you know?
17        A.    Never had a cavity in their life.
18   They're healthy.
19        Q.    When did you come to believe that your
20   NHL was caused by your use of Roundup?
21        A.    Began to have suspicion more so when I
22   started seeing things on TV that it could have a
23   correlation.
24        Q.    And what year if you could approximate

```
 1   that would be?
 2        A.    Oh, that I don't know.  It's been a
 3   while.  I'm terrible with date time frames for some
 4   reason because even, like I said, with my mom
 5   passing or my dad, I can -- the only reason I
 6   remember my mom roughly 18 years ago is because one
 7   of my other siblings said, hey, it's been this
 8   long.  Other than that, I don't have that.
 9        Q.    So, you don't have a specific
10   recollection of when you saw these things on TV?
11   Was it within year, within five years?
12        A.    Oh.  Within five years.  Yeah, I would
13   say five years.  It would be an estimate.
14        Q.    And, of course, you had some suspicion I
15   guess when you actually had the diagnosis, right?
16   You stopped using Roundup?
17        A.    Stopped using Roundup or anything like
18   that because I just look at the potential side
19   effects and probably just more educated.
20        Q.    What exactly are you claiming in the
21   lawsuit?  What did Monsanto do wrong?
22        A.    I could only use my knowledge through
23   commercials on TV that stated if you have been
24   diagnosed with this and you used Roundup, there can
```

1  be a connection.  I'm not well educated past that.

2       Q.    You understand that those commercials
3  are for attorneys who are looking for clients to
4  bring lawsuits against Monsanto, right?

5       A.    My first indication is to educate
6  myself.  I think if I would have found those --
7  seen those commercials prior to a lot and I may
8  have not used it and said, hey, this is something
9  that I don't want to, you know, take a chance on or
10 could happen to me.

11            So, that's my -- that's my -- my first
12 interpretation of it as well as it can go from
13 there.

14      Q.    What -- what have you -- what, if
15 anything, have you done to educate yourself about
16 Roundup since seeing the lawyer advertisements on
17 television?

18      A.    I quit using it.

19      Q.    Well, you quit using it well before you
20 ever saw those TV ads?

21      A.    Right, after -- after cancer.

22      Q.    So, I guess the question is:  At some
23 point you started seeing these lawyer
24 advertisements saying, "If you've used Roundup and

```
 1
             I, CORINNE T. MARUT, C.S.R. No. 84-1968,
 2    Registered Professional Reporter and Certified
      Shorthand Reporter, do hereby certify:
 3             That previous to the commencement of the
      examination of the witness, the witness was duly
 4    sworn to testify the whole truth concerning the
      matters herein;
 5             That the foregoing deposition transcript
      was reported stenographically by me, was thereafter
 6    reduced to typewriting under my personal direction
      and constitutes a true record of the testimony
 7    given and the proceedings had;
               That the said deposition was taken
 8    before me at the time and place specified;
               That the reading and signing by the
 9    witness of the deposition transcript was waived;
               That I am not a relative or employee or
10    attorney or counsel, nor a relative or employee of
      such attorney or counsel for any of the parties
11    hereto, nor interested directly or indirectly in
      the outcome of this action.
12
                 _____
13               CORINNE T. MARUT, Certified Reporter
14
                 (The foregoing certification of this
15    transcript does not apply to any
      reproduction of the same by any means, unless under
16    the direct control and/or supervision of the
      certifying reporter.)
17
18
19
20
21
22
23
24
```