# EXHIBIT 2

Elizabeth Cervantes

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3    IN RE:                          )  MDL No. 2741
      ROUNDUP PRODUCTS                )  Case No.
 4    LIABILITY LITIGATION            )  3:16-md-02741-VC
      _____  )
 5                                    )
      This document relates to:       )
 6                                    )
      Gerard Cervantes vs.            )
 7    Monsanto Co.                    )
                                      )
 8    Case No. 3:19-cv-03015-VC       )
      _____  )
 9
10
11
12
13
14              VIDEOTAPED DEPOSITION OF
15                 ELIZABETH CERVANTES
16
17                   July 16, 2020
18                  Chicago, Illinois
19
20
21
22
23           GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
```

1

2

3        The videotaped deposition of

4   ELIZABETH CERVANTES, called by the Defendant for

5   examination, taken pursuant to the Federal Rules of

6   Civil Procedure of the United States District

7   Courts pertaining to the taking of depositions,

8   before Pauline M. Vargo, Registered Professional

9   Reporter and Illinois Certified Shorthand Reporter,

10  C.S.R. No. 84-1573, at the Hyatt Place, 28 North

11  Franklin Street, Chicago, Illinois, on

12  July 16, 2020, commencing at 9:56 a.m.

13

14

15

16

17

18

19

20

21

22

23

24

```
 1                A P P E A R A N C E S
 2   Present on Behalf of the Plaintiff:
 3         MOLL LAW GROUP
           22 West Washington Street, 15th Floor
 4         Chicago, Illinois 60602
           312.462.1700
 5         BY:  REBECCA FREDONA, ESQ.
                rfredona@molllawgroup.com
 6
 7   Present on Behalf of the Defendant:
 8         SHOOK HARDY & BACON, LLP
           JPMorgan Chase Tower
 9         600 Travis Street, Suite 3400
           Houston, Texas 77002.2926
10         713.227.8008
           BY:  JAMES SHEPHERD, ESQ.
11              eshepherd@shb.com
12
     Videographer:
13
           BEN STANSON
14         Golkow Litigation Services
15
16
17
18
19
20
21
22
23
24
```

1   Alexis to apply Roundup when they worked together

2   in the lawn care business?

3       A.   I am unaware.

4       Q.   Do you know if Alexis ever applied

5   Roundup?

6       A.   I'm not aware of that.

7       Q.   Now, your husband testified that he

8   stopped using Roundup when he was diagnosed with

9   non-Hodgkin's lymphoma in 2004.  Are you aware of

10  that?

11      A.   Yes.

12      Q.   Did you have a discussion with him about

13  his continued use of Roundup after his cancer

14  diagnosis?

15      A.   I don't recall a detailed discussion.

16  It was like just "I'm not using this any more" type

17  stuff.

18      Q.   Did he tell you why he wasn't going to

19  use it any more?

20      A.   There was -- and I'm not exactly sure at

21  what point or in terms of dates or years or

22  anything like that, but we were becoming aware that

23  Roundup was associated with cancer.

24      Q.   And was it that awareness that Roundup

Elizabeth Cervantes

1   was associated with cancer that led to him stopping

2   using Roundup in 2004?

3           A.    I would tend to believe that.

4           Q.    Do you know for a fact as you sit here

5   today that he hasn't used Roundup since 2004?

6           A.    Yes.

7           Q.    And he has told you that, right?

8           A.    Yes.

9           Q.    Did you ever buy Roundup for

10  Mr. Cervantes?

11          A.    No.

12          Q.    He told us that generally, not always,

13  but generally he purchased it at the Home Depot, I

14  think on Orchard Road in Aurora at an Ace Hardware

15  in Aurora.  Do you know where the Ace Hardware in

16  is Aurora and which street it's on?

17          A.    I would not know.  I know there is one

18  on Galena, but I don't know if that's the one he

19  attended to purchase his items.

20          Q.    Do you know where Mr. Cervantes stored

21  the Roundup that he used?

22          A.    No.

23          Q.    Did Mr. Cervantes ever tell you that

24  there are times that he couldn't use Roundup

Elizabeth Cervantes

1          CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2               I, PAULINE M. VARGO, a Certified Shorthand Reporter of the State of Illinois,
3     C.S.R. No. 84-1573, do hereby certify:
4               That previous to the commencement of the examination of the witness, the witness was duly
5     sworn to testify the whole truth concerning the matters herein;
6
                That the foregoing deposition transcript
7     was reported stenographically by me and thereafter reduced to typewriting under my personal direction;
8
                That the reading and signing of said
9     deposition was waived by counsel for the respective parties and the witness;
10
                That the foregoing constitutes a true
11    record of the testimony given by said witness before this reporter;
12
                That I am not a relative, employee,
13    attorney or counsel, nor a relative or employee of such attorney or counsel, for any of the parties
14    hereto, nor interested directly or indirectly in the outcome of this action.
15
         CERTIFIED TO THIS 30th DAY OF JULY, 2020.
16
17          _____
            Pauline M. Vargo, RPR, CRR
18          Illinois Certified Shorthand
            Reporter No. 84-1573
19
20
21
22
23
24