**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No.: 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS BARRY BOYD, LAUREN PINTER-BROWN, AND RON SCHIFF ON RULE 702 GROUNDS**<br><br>Hearing date: May 28, 2021<br>Time: |

I, Michael X. Imbroscio, hereby declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts Barry Boyd, Laruen Pinter-Brown, and Ron Schiff on Rule 702 Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Dr. Barry Boyd, taken in *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC on March 5, 2021.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dr. Lauren Pinter-Brown, submitted in *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the transcript of the deposition of Dr. Lauren Pinter-Brown, taken in *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC on march 1, 2021.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the transcript of the deposition of Dr. Ron Schiff, taken in *Schafer v. Monsanto Co.*, 3:19-cv-02169 on February 26, 2021.

6. Annexed hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Dr. Ron Schiff, taken in *Harris v. Monsanto Co.*, 3-16-cv-03199 on November 12, 2019.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Dr. Ron Schiff, taken in *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC on March 5, 2021.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Dr. Ron Schiff, taken in *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC on March 5, 2021.

9. Annexed hereto as Exhibit 8 is a true and correct copy of the Plaintiff Fact Sheet submitted in *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC in this MDL.

10. Annexed hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the deposition of Gerard Cervantes, taken in *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC on June 23, 2020.

11. Annexed hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Christine Karman, taken in *Karman v. Monsanto Co.*, 3:19-cv-01183-VC on November 29, 2019.

12. Annexed hereto as Exhibit 11 is a true and correct copy of the transcript of the deposition of Dr. Ron Schiff, taken in *Karman v. Monsanto Co.*, 3:19-cv-01183-VC on February 19, 2021.

13. Annexed hereto as Exhibit 12 is a true and correct copy of excerpts from the transcript of the deposition of Mark Pecorelli, taken in *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC on November 12, 2019.

14. Annexed hereto as Exhibit 13 is a true and correct copy of the Expert Report of Dr. Lauren Pinter-Brown, submitted in *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC.

15. Annexed hereto as Exhibit 14 is a true and correct copy of the deposition of Dr. Lauren Pinter-Brown, taken in *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC on March 1, 2021.

16. Annexed hereto as Exhibit 15 is a true and correct copy of the Seconded Amended Plaintiff Fact Sheet submitted in *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC in this MDL.

17. Annexed hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of the deposition of James Peterson, taken in *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC on November 14, 2019.

18. Annexed hereto as Exhibit 17 is a true and correct copy of the First Amended Plaintiff Fact Sheet submitted in *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC in this MDL.

19. Annexed hereto as Exhibit 18 is a true and correct copy of excerpts from the transcript of the deposition of Lorraine Rehak, taken in *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC on November 22, 2019.

20. Annexed hereto as Exhibit 19 is a true and correct copy of the Third Amended Plaintiff Fact Sheet submitted in *Schafer v. Monsanto Co.*, 3:19-cv-02169 in this MDL.

21. Annexed hereto as Exhibit 20 is a true and correct copy of the Expert Report of Dr. Ron Schiff, submitted in *Schafer v. Monsanto Co.*, 3:19-cv-02169.

22. Annexed hereto as Exhibit 21 is a true and correct copy of excepts from the transcript of the deposition of Randall Seidl, taken in *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC on December 11, 2019.

23. Annexed hereto as Exhibit 22 is a true and correct copy of the transcript of the deposition of Dr. William Sawyer, taken in *Karman v. Monsanto Co.*, 3:19-cv-01183-VC on February 18, 2021.

24. Annexed hereto as Exhibit 23 is a true and correct copy of the Expert Report submitted by Dr. Barry Boyd in *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC.

25. Annexed hereto as Exhibit 24 is a true and correct copy of excerpts from the transcript of the Case Management Conference in this MDL held on January 4, 2019.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 19th day of March, 2021

*/s/ Michael X. Imbroscio*

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
Covington & Burling LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-60000

Attorney for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael X. Imbroscio*