# EXHIBIT 1

1                 UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3

4

5     ----------------------------x

                                 )

6     IN RE: ROUNDUP PRODUCTS          ) MDL No. 2741

      LIABILITY LITIGATION             )

7     _____  )

                                       )

8     This document relates to:        )

                                       )

9     Randall Dean Seidl v.

      Monsanto Co.                     )

10    Case No. 3:17-cv-00519           )

      ----------------------------x )

11

12

13            REMOTE VIDEOTAPED DEPOSITION OF

14                D. BARRY BOYD, M.D.

15               FRIDAY, MARCH 5, 2021

16           3:01 P.M. EASTERN STANDARD TIME

17

18

19

20

21

22

23

24    Pages: 1 - 117

25    Reported by: Leslie A. Todd, CSR No. 5129 and RPR

D. Barry Boyd, M.D

```
 1                 A P P E A R A N C E S

 2

 3   ON BEHALF OF PLAINTIFF:

 4        WILLIAM R. SUTTON, ESQUIRE

          DANIELLE INGRAM, ESQUIRE

 5        BEASLEY ALLEN LAW FIRM

          218 Commerce Street

 6        Montgomery, Alabama 36104

          (334) 269-2343

 7

 8   ON BEHALF OF DEFENDANT:

 9        CALI COPE-KASTEN, ESQUIRE

          CAITLIN CALLAHAN, ESQUIRE

10        WILKINSON STEKLOFF, LLP

          2001 M Street, NW

11        10th Floor

          Washington, DC 20036

12        (202) 847-4000

13

14   ALSO PRESENT:

15        GABRIEL ARROWWOOD, Videographer

16

17

18

19

20

21

22

23

24

25
```

```
 1                 C O N T E N T S

 2    EXAMINATION OF D. BARRY BOYD, M.D.          PAGE

 3        By Ms. Cope-Kasten                        5

 4

 5

 6                 E X H I B I T S

 7               (Attached to transcript)

 8    BOYD DEPOSITION EXHIBITS                    PAGE

 9    No. 1      Defendant Monsanto Company's

10               Notice of Remote Video

11               Conference Deposition of Barry

12               Boyd, M.D.                          7

13    No. 2      Curriculum Vitae of D. Barry Boyd,

14               M.D., M.S.                          9

15    No. 3      Invoice dated 10/21/2020 from

16               Medilex to the Beasley Allen

17               law firm                           11

18    No. 4      Invoice dated 1/12/2021 from

19               Medilex to Beasley Allen law firm  14

20    No. 5      Report of D. Barry Boyd, dated

21               1/19/2020                          23

22    No. 6      Glyphosate Use and Cancer Incidence

23               in the Agricultural Health Study,

24               Oxford article, first published

25               11/9/2017                          59
```

D. Barry Boyd, M.D.

```
 1                P R O C E E D I N G S

 2                --------------------

 3           THE VIDEOGRAPHER:  We are now on the

 4  record.  My name is Gabriel Arrowwood.  I am a

 5  videographer for Golkow Litigation Services.

 6  Today's date is March 5, 2021, and the time is

 7  3:01 p.m.

 8           This remote video deposition is being

 9  held in the matter of Roundup, in re Seidl versus

10  Monsanto Company, for the United States District

11  Court, Northern District of California, MDL No.

12  2741.

13           The deponent is Dr. D. BARRY BOYD, M.D.

14           All parties to this deposition are

15  appearing remotely and have agreed to the witness

16  being sworn in remotely.  Due to the nature of

17  remote reporting, please pause briefly before

18  speaking to ensure all parties are heard

19  completely.

20           Will counsel please identify themselves.

21           MS. COPE-KASTEN:  Cali Cope-Kasten on

22  behalf of Monsanto.

23           MS. CALLAHAN:  Caitlin Callahan, also on

24  behalf of Monsanto.

25           MR. SUTTON:  Will Sutton on behalf of
```

D. Barry Boyd, M.D.

1    the plaintiff.

2              MS. INGRAM:  Danielle Ingram on behalf

3    of the plaintiff.

4              THE VIDEOGRAPHER:  The court reporter is

5    Leslie Todd, and will now swear in the witness.

6                    D. BARRY BOYD, M.D.,

7         and having been first duly sworn,

8          was examined and testified as follows:

9                    EXAMINATION

10   BY MS. COPE-KASTEN:

11        Q    Good morning, Dr. Boyd.

12        A    Good afternoon.

13        Q    I guess, yeah, good afternoon.

14        A    Sorry.

15        Q    That's okay.  That's a good correction.

16        A    It's 3:00 here.

17        Q    Yeah, we'll -- we'll reset.

18        A    Good morning and good afternoon.

19        Q    Good morning and good afternoon wherever

20   you may be.

21             Dr. Boyd, my name is Cali Cope-Kasten.

22   I'm one of the lawyers representing Monsanto in

23   this litigation.

24             We have not met before, right?

25        A    Correct.

```
 1          Q    So I'm just going to go over a couple of
 2   basics for today's deposition, which are things I
 3   think you're familiar with, but just to make sure
 4   that we're on the same page.
 5          A    You bet.
 6          Q    The first is, because this is a remote
 7   deposition happening by Zoom, there are going to
 8   be awkward moments where we inadvertently talk
 9   over each other, but I'm going to do my best to
10   let you complete your answer before I ask my next
11   question, and I would just ask that you try to
12   make sure that I've finished asking my question
13   before you give an answer, to try to minimize the
14   difficulty for the court reporter.  Okay?
15          A    Will do.
16          Q    And even though we're not in the same
17   room, of course, feel free to take a break at any
18   time you need to.  Just let me know you need one.
19   All I ask is if there's a question pending, you
20   answer the question before we take a break.  Is
21   that okay?
22          A    Yes.
23          Q    All right.  Last thing is, if I ask a
24   question at any point today, under the decent
25   chance that this is going to happen, and you don't
```

D. Barry Boyd, M.D

1   understand what I'm asking, please let me know you

2   need clarification, because if you answer, I'm

3   going to assume that you understood it.  All

4   right?

5        A    You bet.

6        Q    Okay.  Let's go ahead and start at the

7   beginning with your notice of deposition that was

8   served in the case.

9             Do you recall receiving that?

10       A    Not -- not exactly the date, but I know

11  I did receive that deposition, right -- that

12  request for the deposition.

13       Q    All right.  So I'm just pulling it up

14  here on the screen, and I've marked this as

15  Exhibit 1 to your deposition so everybody can see

16  it.

17            (Boyd Exhibit No. 1 was marked for

18            identification.)

19  BY MS. COPE-KASTEN:

20       Q    Does this look like the notice and is

21  this in fact the amended notice of deposition that

22  you received?

23       A    Yes.

24       Q    Do you recall seeing a list underneath

25  the attachment that requested that you produce

D. Barry Boyd, M.D

```
 1    some documents for today's case?

 2         A     Yes.

 3         Q     Do you know whether those documents are

 4    the same that Mr. Sutton's office provided to my

 5    office yesterday?

 6         A     I believe so, yes.

 7         Q     In that file that we got from

 8    Mr. Sutton's office, it looks like we have a copy

 9    of your report; is that correct?

10         A     Correct.

11         Q     There's also an updated copy of your CV

12    dated February 25th, 2021.

13         A     Yes.

14         Q     A list of your prior testimony and fees

15    you have charged in those cases.

16         A     Yes.

17         Q     And it looks like a few invoices from

18    you to Mr. Sutton's office.

19         A     Yes.

20         Q     Correct?

21               That's the total of what I have from

22    that file for you.

23               Do you recall providing anything else

24    that I haven't looked at just now?

25         A     I don't believe so.
```

B. Barry Boyd, M.D.

```
 1          Q    Okay.  I'm going to mark your CV that
 2   you provided as Exhibit 2 to this deposition.
 3               (Boyd Exhibit No. 2 was marked for
 4               identification.)
 5   BY MS. COPE-KASTEN:
 6          Q    This is not the first time that you've
 7   provided a CV in connection with the Roundup
 8   litigation.  Am I correct?
 9          A    Correct.
10               Could you -- somebody knocked on my door
11   in my office.
12               MS. COPE-KASTEN:  Let's go ahead and go
13   off the record for just a moment.
14               THE WITNESS:  Yes.
15               THE VIDEOGRAPHER:  The time is 3:06 p.m.
16   Off the record.
17               (Pause in the proceedings.)
18               THE VIDEOGRAPHER:  The time is 3:07 p.m.
19   On the record.
20   BY MS. COPE-KASTEN:
21          Q    Dr. Boyd, what we're looking at on the
22   screen here is the curriculum vitae that you
23   provided from February 25th, and that should
24   probably be 2021.  Is that accurate?
25          A    Yes.
```

B. Barry Boyd, M.D.

```
 1        Q    Is there anything unique in this
 2   curriculum vitae from the last version that you
 3   provided in connection with the Roundup case?
 4        A    Only additional lectures that I might
 5   have provided and some awards that I might have
 6   gotten, but nothing unique.  Nothing that changes
 7   the fundamental background of mine.
 8        Q    Were any of the lectures or awards that
 9   you delivered or received related to Roundup or
10   glyphosate?
11        A    No.
12        Q    Am I correct that you continue to have a
13   clinical practice seeing patients?
14        A    Yes, right up until one minute ago.
15        Q    And as part of that clinical practice,
16   you treat patients who are diagnosed with
17   non-Hodgkin's lymphoma, among other cancers?
18        A    Correct.
19        Q    You are in fact an oncologist.
20        A    I am.
21        Q    You also diagnose patients with
22   non-Hodgkin's lymphoma and other cancers?
23        A    I do.
24        Q    I think the answer to this is "yes,"
25   based on what you've already said, but I just want
```

B. Barry Boyd, M.D

1   to make sure --

2       A    Yes.

3       Q    -- there are no new publications on your

4   curriculum vitae dated February 25th, 2021, that

5   relate to Roundup in any way that we haven't seen

6   before, are there?

7       A    No.

8       Q    Is it still accurate that you have not

9   conducted any original scientific research on

10  Roundup or glyphosate?

11      A    Correct.

12      Q    Is it still true that you have not

13  published any articles in a peer-reviewed journal

14  on Roundup or glyphosate?

15      A    Correct.

16      Q    Are you working on any research right

17  now that pertains to Roundup or glyphosate?

18      A    No.

19      Q    I'm going to mark as Exhibit 3 to your

20  deposition the -- what I think is the first

21  invoice that you provided, which is from

22  October 21st, 2020, and this will be Exhibit 3 to

23  your deposition.

24           (Boyd Exhibit No. 3 was marked for

25           identification.)

D. Barry Boyd, M.D.

```
 1   BY MS. COPE-KASTEN:

 2        Q    Does this look familiar to you?

 3        A    Is my name on that?  Let me go back --

 4   can you bring it down?

 5        Q    Which way do you want me to go, to the

 6   top or down further?

 7        A    Yeah, that's it.  I just want to -- go

 8   down.

 9             Okay.  Yes.

10        Q    This is an invoice that your office

11   submitted to the Beasley Allen firm in connection

12   with your work on Mr. Seidl's case?

13        A    Yes.

14        Q    And this is an invoice dated

15   October 21st, 2020, right?

16        A    Yes.

17        Q    And as of October 21st, 2020, you had

18   worked 56 hours on Mr. Seidl's case?

19        A    Yes.

20        Q    For a total of $32,180?

21        A    Yes.

22        Q    Does this invoice include work by anyone

23   other than you?

24        A    No.

25        Q    It lists here that you reviewed
```

B. Barry Boyd, M.D

1  voluminous medical records, legal documents and

2  deposition transcripts.  Is everything referenced

3  there also referenced in your report or materials

4  considered list?

5      A    Yes.

6      Q    When did you start working on

7  Mr. Seidl's case?

8      A    I need to go back and look.  I'm trying

9  to remember given -- I think it was in the fall.

10 In the fall.

11     Q    Fall of 2020?

12     A    Yeah.

13     Q    Presumably sometime in the fall of 2020

14 prior to October 21st, given that you worked

15 56 hours on the case at that point?

16     A    Yes.

17     Q    Do you recall how you became involved in

18 this case?

19     A    I have been involved in a number of

20 Roundup cases, and he was referred to me as part

21 of that work that I was doing.

22     Q    Do you recall who referred Mr. Seidl's

23 case to you?

24     A    I believe it was through the

25 Tomlinson -- you know, the law firm.  And I worked

B. Barry Boyd, M.D.

1   through a -- additional lawyer who does -- who has

2   been working with me to screen these cases who

3   has -- who I've -- who has worked with me on this.

4        Q    Who is that lawyer?

5        A    His name is Michael Lavinger of Medilex.

6   You saw that on that -- I think on the bill at the

7   top.

8        Q    At the top here?

9        A    Yes, that's correct.

10        Q    I'm going to mark as Exhibit 4 to your

11   deposition an invoice that's dated January 12,

12   2021.

13             (Boyd Exhibit No. 4 was marked for

14             identification.)

15   BY MS. COPE-KASTEN:

16        Q    This is another invoice from your office

17   to the Beasley Allen firm in connection with your

18   work on Mr. Seidl's case, right?

19        A    Yes.

20        Q    And this reflects that between

21   October 21st, 2020, and January 12th, 2021, you

22   worked 35 additional hours on Mr. Seidl's case?

23        A    Correct.

24        Q    Those 35 hours consisted of writing and

25   revising your report, right?

B. Barry Boyd, M.D

```
1          A     Yes.

2          Q     And also it looks like some additional

3    review of materials and research.

4          A     Would it be possible to return to the

5    previous bill so I can just be assured?

6          Q     Sure.  One moment.

7          A     Thank you.

8          Q     All right.  I'm putting back up on the

9    screen what I think is Exhibit 3, which is that

10   October 21st, 2020, bill.

11         A     Okay.  Thank you.

12         Q     Is it accurate to say that in addition

13   to preparing and revising your report, between

14   October 21st, 2020, and January 12th, 2021, you

15   also did some additional research and rereview of

16   materials?

17         A     Correct.

18         Q     The total amount that you billed in

19   connection with that work for those 35 hours was

20   $19,950?

21         A     Correct.

22         Q     Have you performed any work on

23   Mr. Seidl's case subsequent to January 12th, 2021?

24         A     No.  Only in preparation for the

25   deposition, just a brief review of my report.
```

B. Barry Boyd, M.D.

```
 1        Q    Do you have an estimate as to about how
 2   much time you spent in brief review of your
 3   report?
 4        A    I think about three hours.
 5        Q    Is that three hours something that you
 6   will be charging the $570 per hour rate for?
 7        A    I am -- I'm not sure, that may have been
 8   included within the report, but I'll -- I will
 9   speak to the lawyer who works with me from
10   Medilex, who does most of this for me.
11        Q    So you're not sure sitting here today
12   yet exactly how that will be billed or what rate
13   that will be billed at?
14        A    Correct.
15        Q    If I'm doing the math correctly then, it
16   looks like you have spent 91 hours -- or if we add
17   these three additional hours that you've spent
18   reviewing your report for today -- about 94 hours
19   working on Mr. Seidl's case?
20        A    Correct.
21        Q    At any point during your work on
22   Mr. Seidl's case, have you spoken with Mr. Seidl?
23        A    I did.
24        Q    Did you speak with him in person, by
25   phone or by videoconference?
```

B. Barry Boyd, M.D.

```
 1         A      It was by phone.  Not video.

 2         Q      When did you speak with him?

 3         A      It was November 27th, 2020.

 4         Q      For how long did you speak with him on

 5    the phone?

 6         A      Approximately an hour to an hour and a

 7    half.

 8         Q      Have you spoken with any of Mr. Seidl's

 9    treating physicians in connection with this case?

10         A      No, I have not.

11         Q      Have you spoken with any other member of

12    Mr. Seidl's family in connection with this case?

13         A      No, I have not.

14         Q      Was there an attorney present on the

15    phone when you were speaking with Mr. Seidl?

16         A      No.

17         Q      What did you speak with Mr. Seidl about?

18         A      Just his history.  I spoke to him about

19    his exposures, and asked him questions about that.

20    And I also him how he was doing, as a physician.

21    I talked to him a little bit about his lymphoma.

22    I actually talked to him a little bit clinically

23    discussing the subtype he had, and my hope that he

24    would have a good outcome, long term.

25         Q      Would you agree with me that the fact
```

B. Barry Boyer, M.D.

```
 1    that Mr. Seidl has been in remission for over five

 2    years now is a good sign for him?

 3         A    Yes.

 4              I also did discuss -- but we can discuss

 5    this later -- his subtype of follicular lymphoma

 6    and why that was important.

 7         Q    Just so I don't forget to ask you about

 8    it later, why don't you go ahead and tell me now

 9    what you discussed with him about his subtype and

10    why it is important.

11         A    Yeah.  Follicular lymphoma is actually a

12    series of grade -- graded types of lymphoma,

13    everywhere from low grade follicular lymphoma to

14    higher grade lymphomas.  In addition, the

15    follicular low grade lymphomas tend to be

16    widespread, involve multiple nodal areas, often

17    involving the bone marrow, and they're very slow

18    growing.  They may or may not need treatment.

19              He had a subtype which was called

20    follicular grade IIIb.  It's a subtype we used to

21    call follicular large cell lymphoma, which bears a

22    lot of resemblance to more aggressive large cell

23    lymphomas like DBCL, and has a somewhat good

24    prognosis.  It often presents more likely in a

25    localized fashion.  And because it has a lot of
```

D. Barry Boyd, M.D.

1    resemblance to large cell lymphoma, which he did,

2    aggressive therapies can lead to long-term

3    remissions.  Not a guarantee because he probably

4    has an underlying component of a lower grade

5    B-cell lymphoma based on his flow psychometry,

6    which I've reviewed.  But my hope is --

7         Q    Is it your opinion --

8         A    Go ahead.

9         Q    Sorry.  Go ahead.

10        A    My hope is that he will do well.  I'm

11   sorry.

12        Q    I hope so too, Dr. Boyd.

13        A    Not as a representative of, you know,

14   this case, but as a physician talking to a

15   patient.

16        Q    When you say that there is some

17   indication that he may have another type of

18   underlying non-Hodgkin's lymphoma, can you

19   describe that a little bit more for me?

20        A    Yeah.  No, I would not say he has

21   another type.  Actually, what I'm saying is that

22   follicular large cell lymphomas, like this

23   disease, may have an underlying component of lower

24   grade lymphoma.  They are not distinct.  They are

25   actually very closely related, and one -- the low

B. Barry Boyer, M.D.

1    grade evolves into the high grade.

2              And having reviewed his PET imaging, he

3    had low grade SUV uptake.  That's the relative

4    uptake within multiple lymph nodes, and a very

5    high uptake in the cervical node where he

6    presented and had his incisional biopsy, which is

7    where the definitive diagnosis of follicular grade

8    IIIb was made.

9              He also had a less than 0.5 percent

10   circulating monochrome B-cell population within

11   his bone marrow flow psychometry, but negative

12   bone marrow for lymphoma.  Arguing that there may

13   have been a very low grade population of B-cells

14   that could represent this lower grade follicular

15   B-cell population.  That represents the initial or

16   earlier lower grade portion of a follicular

17   lymphoma.  That's pure speculation, but it's not

18   uncommon in follicular lymphomas.

19        Q    When you say that's not uncommon in

20   follicular lymphomas, is it fair to say that

21   Mr. Seidl's pathological presentation of

22   follicular lymphoma was relatively standard?

23        A    Well, it's not unusual.  But standard --

24   there's no such thing as standard because

25   lymphomas -- there's a wide variety of lymphomas,

B. Barry Boyer, M.D

1   and they are interconnected in many ways through

2   both molecular pattern, we think, through

3   causation.  But the point being that he had a not

4   uncommon form of follicular lymphoma, just higher

5   grade.

6       Q    Was there anything about Mr. Seidl's

7   clinical presentation of non-Hodgkin's lymphoma

8   that was unusual to you?

9       A    No, not at all.  Not at all.  He

10   presented with palpable lymph nodes that were not

11   without B-cell symptoms.  He was otherwise well.

12   And those -- the area of lymphoidectomy in the

13   neck increased over time, and then he went on to

14   have surgical evaluation after seeing his

15   internist and having imaging done, and then went

16   on to have a needle biopsy, followed by a more

17   definitive incisional biopsy.

18           Needle biopsies are traditionally

19   difficult for lymphomas because you need what we

20   call histology.  Thereby by definition a

21   follicular IIIb requires slides under the

22   microscope with a large -- you know, with the

23   histology and traditional staining to evaluate the

24   pattern of the lymphocytes within the tissue.

25           So you need that -- lymphomas are

D. Barry Boyd, M.D.

1    pretty -- I wouldn't say unique, but they're --

2    it's very important that lymphomas, we always have

3    to proceed to a biopsy to be able to get adequate

4    tissue.

5              I have several patients just like that

6    now I'm following who we think have a follicular

7    lymphoma.  One is 93 years old, and to do a biopsy

8    to determine the actual histology for her would be

9    too high a risk.  So we are -- we are treating her

10   empirically as though she has a low grade B-cell

11   lymphoma.  We're going to follow her.  But, you

12   know, it's not the standard, but at 93 years old,

13   you know, you can't do a surgical procedure in

14   that patient.

15             So this is an example where he went

16   through the traditional approach to find that

17   these were lymph nodes in his neck, did the CT and

18   the ultrasound which confirmed that, and then go

19   on to do a needle biopsy, which showed atypical

20   lymphocytes but nondiagnostic, and then do an

21   incisional biopsy to actually get tissue that you

22   need for the firm diagnosis.

23             I hope I didn't lose you.

24        Q    No, you're okay.  Just deciding where --

25   where I want to go from there.

B. Barry Boyd, M.D

```
 1          A    I lose my audience all the time when I
 2    lecture.
 3          Q    When did Mr. Seidl first present with
 4    non-Hodgkin's lymphoma?
 5          A    Yes, let me go to my notes so I don't
 6    speculate on that.
 7          Q    When you say go to your notes, are you
 8    going to your report or separate notes --
 9          A    I'm not going to anything that you don't
10    have.  I'm going to my report.
11          Q    All right.  I'm going to go ahead and
12    mark your report as an exhibit to your deposition
13    then.
14               (Boyd Exhibit No. 5 was marked for
15               identification.)
16               THE WITNESS:  Yeah.  So it's my report.
17    I'm not using any other documents but what you
18    have.
19               In mid-September 2014, he noted a
20    ten- -- nontender right neck mass that had been
21    present for a little over two weeks and had
22    increased in size over several weeks thereafter.
23    He noticed -- actually, it felt like it doubled in
24    size.  He said it went from a ping-pong to a
25    tangerine size lump.
```

B. Barry Boyd, M.D.

 1                He saw his internist, that was
 2     Dr. Anderson, on 9/20/24 (sic).  And he was
 3     referred for ultrasound and CT.  The ultrasound
 4     confirmed a fairly large 4x3x3.3x1.7 right
 5     cervical nodal mass in the anterolateral portion
 6     of the submandibular.  He then had the CT scan,
 7     which confirmed the enlarged right neck mass,
 8     posterior and separate from the submandibular
 9     gland.  So this was a nodal mass.
10                Submandibular glands are often actually
11     salivary glands, rather than lymph nodes, and this
12     was clearly a lymph node.  There was no specific
13     enhancement.  There was nothing else in terms of
14     adenopathy.  This appeared to be fairly solitary.
15                He was then referred on 10/7 to Lee
16     Anderson, a surgical specialist in Charlotte, who
17     described the history of a tender -- non-painful,
18     non-tender, swelling with -- over a period of
19     25 days, and then reviewed the CT scan.
20                And then on 10/7, the same day, he then
21     underwent with Dr. Peterson an ultrasound guided
22     fine needle aspiration of the cervical lymph node.
23     Again, as I mentioned earlier, it showed atypical
24     lymphoid cell, suspicious for lymphoma.  And at
25     that point it was recommended that he have a

D. Barry Boyd, M.D.

```
 1   follow-up excisional biopsy, which he did.

 2   BY MS. COPE-KASTEN:

 3       Q    There's a lot there, so I'm just going

 4   to break that down into individual pieces.

 5       A    Okay.

 6       Q    Starting at the beginning, he presented

 7   initially in September 2014 with symptoms of

 8   non-Hodgkin's lymphoma.  Is that right?

 9       A    Correct.

10       Q    Then in --

11       A    Yeah, I was saying as an aside, this is

12   very common in men.  Less common in women, I hope.

13   He noted it when he was shaving.  And it's a very

14   common time where they -- you know, while he's

15   shaving, he notes the lump.  Otherwise, people may

16   not press their neck and feel it.

17       Q    Then in October of 2014 is when he

18   actually had the initial biopsy done for that

19   lymph node?

20       A    Correct.

21       Q    And beginning in November 2019 is when

22   it was first suggested that R-CHOP might be a good

23   therapy for Mr. Seidl?

24       A    Yeah.  Then he went on to have his --

25   hold on.  I have another knock at the door.
```

```
 1              MS. COPE-KASTEN:  We can go off the
 2   record again.
 3              THE VIDEOGRAPHER:  The time is 3:31 p.m.
 4   Off the record.
 5              (Pause in the proceedings.)
 6              THE VIDEOGRAPHER:  The time is 3:31 p.m.
 7   On the record.
 8   BY MS. COPE-KASTEN:
 9       Q    November 2014 is when R-CHOP therapy was
10   first recommended for Mr. Seidl?
11       A    Yeah.  Now -- now, between excisional
12   biopsy, molecular definition of his underlying
13   lymphoma, critical now, because we're much more
14   focused on molecular characterization of different
15   subtypes of this subtype of lymphoma because
16   there's certain molecular changes that connote a
17   much higher risk.  One is called a double-hit,
18   which involves translocations of c-Myc and several
19   other genes, including Bcl-2, Bcl-6.
20              He did not have a double-hit lymphoma.
21   He was cyclin D1-negative, which would connote
22   what we call a mantle cell lymphoma, also high
23   risk.  So all of that was done.
24              He then went on to have a PET scan,
25   which was important, and a bone marrow before he
```

D. Barry Boyd, M.D.

1    even got to CHOP.  The PET scan confirmed this

2    large -- now, here's where I was talking about the

3    possibility of a lower grade lymphoma.  Let me

4    walk you through this.  Okay?  Because they don't

5    normally biopsy this.

6              But he had a large hypermetabolic right

7    nodal mass, which we know that's where the biopsy

8    was done.  And the SUV is an indication -- an SUV

9    is related to the uptake of a radionuclide form of

10   glucose with fluorodeoxyglucose.  Why glucose?

11   Glucose is taken up at higher levels the more

12   rapidly growing a tumor is.  So rapidly

13   proliferating tumors have high SUV.  We use this

14   particularly in lymphomas because it helps us

15   distinguish high grade from low grade lymphomas.

16             Okay.  So if you have low SUV, it's

17   reassuring, it's low grade.  His cervical lymph

18   node showed an SUV of 11.4, which is on the high

19   side.  We've seen it higher, but that's high.  So

20   that indicates he had rapidly proliferating cells

21   in the lymph node.  We already knew that from

22   pathology characterization which showed a high

23   level of a thing called Ki-67.  K-I, dash, 67

24   percent.  60 percent.  That is a marker of how

25   rapidly cells are turning over or multiplying.

```
 1                 So he had a highly proliferative
 2      follicular grade IIIb lymphoma in the neck,
 3      confirmed by cytology which showed the high Ki-67,
 4      and confirmed by the high PET uptake.  Right?
 5      Mostly in the neck.  So that's how he was
 6      originally staged and histologically defined as
 7      follicular IIIb.
 8                 The PET scan showed in addition to
 9      uptake in that node, he had other nodes in the
10      axilla, the paratracheal, or the media sternum, we
11      call it, as well as down in the abdomen, and the
12      SUVs there were between 3.5 to 5.  Now, are you
13      with me?  That's not 11.  Arguing that we don't go
14      biopsying every lymph node, but there's a strong
15      possibility that beneath that very high grade
16      lymphoma in the neck, there might have been lower
17      grade forms of follicular lymphoma that this had
18      evolved from in the neck that were present in the
19      abdomen.  So that's -- and that's the natural
20      history of follicular lymphomas anyway.  But you
21      treat the high risk component.
22                 Are you with me?
23                 He also had the involvement of the bone,
24      which was the left ileum, which is part of the
25      pelvis, and that also showed uptake of 5.9.  Not
```

B. Barry Boyd, M.D.

```
 1    11.  So it was not nearly as high as the neck.  So
 2    one could argue that he -- he had -- by definition
 3    having it in bone indicates stage IV rather than
 4    stage III disease.  So by definition, stage IV
 5    requires aggressive therapy.  He had a follicular
 6    high grade type of lymphoma, that IIIb type of
 7    lymphoma.  And underlying it, he had other areas
 8    of lymph node involvement with low -- much lower
 9    SUVs.
10          So this is why they chose -- because he
11    did not have molecular markers for really high
12    risk, which would have been non- -- poorly
13    responsive to this treatment, it was felt that
14    R-CHOP was the best approach, which I agree with.
15    So he started R-CHOP.  That treatment was started
16    on 12/3/2014 with Dr. Frenette again.
17       Q    Dr. Boyd, I'm going -- I'm going to stop
18    you there because I have quite a few follow-up
19    questions from --
20       A    Sure.
21       Q    -- (inaudible).  So let me make sure I'm
22    with you in each step of this.
23          You named a couple of what are
24    effectively high risk traits or high risk factors
25    such as having double-hit lymphoma or having
```

D. Barry Boyd, M.D

```
 1   mantle cells lymphoma.

 2        A    Correct.

 3        Q    And I just want to make sure that we're

 4   on the same page --

 5        A    He did not have that.

 6        Q    Mr. Seidl did not have any of those?

 7        A    Correct.

 8        Q    You also described the presence of nodes

 9   in the axilla, the media sternum and the abdomen.

10   Right?

11        A    Correct.

12        Q    Despite having some presence of positive

13   nodes in those locations, Mr. Seidl did not have a

14   diagnosis of any lower grade follicular lymphoma

15   or any other type of non-Hodgkin's lymphoma; is

16   that correct?

17        A    Correct.

18        Q    You described for me that he had a

19   Ki 60 percent for his non-Hodgkin's lymphoma.  Do

20   you remember that?

21        A    Yeah.  Oh, yeah.  Absolutely.

22        Q    And you said that --

23        A    Ki-67, it was 60 percent.

24        Q    So that's a high proliferation rate.

25        A    Correct.
```

B. Barry Boyd, M.D

```
 1        Q     Correct?

 2              What percentage of your patients have a

 3   proliferation rate that high for their

 4   non-Hodgkin's lymphoma?

 5        A     Probably 30 percent, and the majority

 6   are large B-cell lymphomas.

 7        Q     You indicated that because -- go ahead.

 8        A     Yeah, and as I said, and probably that's

 9   why your question, because he has a follicular

10   grade IIIb, we had early traditionally -- and I

11   say traditionally -- there are a number of

12   evolving classifications for a lymphoma, but that

13   at one point had been called follicular large cell

14   lymphoma.

15              So it has features like large cell of

16   rapid proliferation, much faster growth rate, and

17   potentially a more rapid progression of disease.

18        Q     Because of that potential for a more

19   rapid progression of the disease, a more

20   aggressive therapy was chosen for him, right?

21        A     Correct.

22        Q     Mr. Seidl underwent six cycles of R-CHOP

23   between December 2014 and March 2015.  Correct?

24        A     Yes.

25        Q     He responded quite well to that
```

D. Barry Boyd, M.D

1    treatment, didn't he?

2        A    He did.

3        Q    You would agree with me that following

4    the sixth cycle of R-CHOP in March 2015, a

5    post-treatment restaging PET scan showed that he

6    did not have any active disease, right?

7        A    Correct.

8        Q    Since completing that R-CHOP therapy,

9    Mr. Seidl has not had a recurrence of his

10   non-Hodgkin's lymphoma.

11       A    That is correct.

12       Q    Are all of the opinions that you have

13   with respect to Mr. Seidl -- that you intend to

14   offer with respect to Mr. Seidl contained in the

15   report that you've been looking at?

16       A    Yes.

17       Q    When you diagnose patients with

18   non-Hodgkin's lymphoma, do you ever talk to them

19   about herbicides and pesticides?

20       A    I do.

21       Q    Do you talk to all of your patients when

22   you diagnose them with non-Hodgkin's lymphoma

23   about herbicides and pesticides or only some of

24   your patients?

25       A    No, I -- I talk to them about a number

B. Barry Boyer, M.D.

1    of things beyond that.  I look at all the risk

2    factors.  You know, I look at their immune status.

3    I look at their history of -- their family

4    history.  I look at everything from obesity -- we

5    know that, you know, significant obesity is linked

6    to two diseases, lymphoma and particularly

7    multiple myeloma.  And I talk to them about the

8    metabolic effect of obesity on many cancers,

9    including lymphoid MOI disease.  I talk to them

10   about autoimmune disease.  I talk to them -- you

11   know, I just do a screen looking at all the

12   possibilities that may be associated.  I talk to

13   them about exposures.

14          There have been a few who've had

15   significant exposure to Roundup, but I do not in

16   any way advocate them -- you know, I don't tell

17   them go see a lawyer.  I just -- you know, I'm

18   doing this as a screening for them.  I do

19   recommend avoiding -- you know, carefully avoiding

20   exposures.

21       Q    When you have that conversation with

22   your patients, do you ever attempt to determine

23   which particular risk factors led to the

24   development of their non-Hodgkin's lymphoma?

25       A    I -- I look at -- you know, I actually

B. Barry Boyd, M.D.

1  do make some assessments of the extent of

2  exposures and the duration of exposures.  So we

3  now have dose and duration in relationship to

4  pesticides, herbicides, et cetera.  Particularly

5  herbicides.

6       But I don't -- I don't put it always in

7  the chart because I don't think it's necessarily

8  something that is clinically part of the record

9  for those patients, but I may speak to them about

10 how that may have contributed and the importance

11 of being careful.

12      Q    What do you mean when you say you don't

13 think that it's clinically part of the record for

14 those patients?

15      A    Well, it's -- you know, I -- you know,

16 you have to recognize now doing what I do with

17 these -- these cases that I have to be very

18 careful about where I step in terms of my clinical

19 work.  Not my judgment about the risks of

20 glyphosate, Roundup and other carcinogens, but how

21 I start to document that in my personal patient

22 charts.  I'm very conscious of that.  I mean, I

23 just have to be careful.

24      Q    I want to make sure that I understand

25 that.  When you say, Doing what I do for these

B. Barry Boyer, M.D.

1    cases, you mean serving as an expert witness --

2         A    Yeah, as an expert witness --

3         Q    -- on the part of the plaintiffs?

4         A    Correct.  Yeah.  And it's -- it's not a

5    judgment about distrusting causality as much as it

6    is a judgment about ethics in how I want to

7    separate the two, to be honest.

8         Q    Can you explain that a little bit

9    further for me?

10        A    Yeah, because I don't -- as a practicing

11   clinician, I don't talk to patients about being an

12   expert witness for patients with lymphoma who've

13   been exposed to glyphosate.  So I don't talk to

14   them in that -- in those terms because that biases

15   how they might see me or what I'm doing.  And

16   it's -- it's human nature to do that.  And I don't

17   want them to spend time looking to find a lawyer.

18             I'm not -- you know, what I'm not trying

19   to do here is promote lawsuits.  I'm doing this --

20   I take care of patients and it's a separate

21   practice, and ethically I don't want to step over

22   that line.

23        Q    Are you concerned that if you told a

24   patient that you thought Roundup caused or

25   contributed to their non-Hodgkin's lymphoma, that

B. Barry Boyer, M.D.

1  they would view that as needing to go find a

2  lawyer?

3         A      Yeah, they might.  I mean, I've had

4  patients who come to me and said that they're

5  getting a lawyer.  I've also had patients with

6  non-lymphomas who use Roundup, and I tried to

7  dissuade them because, I said the evidence is not

8  strong for your cancer.

9             You know, so I've done the other where I

10  -- because I've spent a huge amount of time on

11  causality.  You know, I worked with the

12  epidemiologists a lot.  I've spent a lot of time

13  where I teach at Yale on the origins of cancer,

14  and -- and it's very important to be able to parse

15  the difference, right.  Because diseases have

16  different potential causations.

17             And there are certain ones like -- you

18  know, like cause of breast cancer, that is

19  strongly driven by hormonal factors.  By the way,

20  I don't want to get into the environmental factors

21  of that.  It could make it very complicated.  But

22  earlier -- early exposures to pesticides and --

23  you know, have been correlated in the California

24  Teachers Study with breast cancer.  But I can't go

25  back and say, What was your exposure when you were

B. Barry Boyd, M.D.

1    under ten years of age?  Because we analyzed that

2    data, and it was under one year of age exposures

3    were highly correlated with breast cancer risk in

4    your 50.

5              So there's this very wide spectrum of

6    risk associated with exposures, and it's very

7    complicated.  The epidemiology is complicated.

8    But I don't want to march people into, you know,

9    going in for -- going after a legal thing when I'm

10   trying to take care of them.  I'm trying to take

11   care of them clinically, and that's really

12   important that I separate the two.

13        Q    Because of your focus on the ethics of

14   this, is it accurate to say that you have never

15   told a patient that you believe Roundup caused his

16   or her non-Hodgkin's lymphoma?

17        A    Not directly, but I have said that I

18   can't -- I can't exclude it as a potential cause.

19   But that's only a few people where I know that

20   they had high exposures.

21        Q    What do you consider to be a high

22   exposure?

23        A    Well, Mr. Seidl was pretty high.  I'm

24   very careful, to be honest with you, because I've

25   analyzed a lot of these cases, and many of them

B. Barry Boyd, M.D.

1   don't reach what I would consider adequate levels

2   to explain it.

3          The dilemma with residential use of

4   Roundup compared to professional use is the

5   uniform absence of precautions, which I find

6   really disturbing.  You know, these are chemicals,

7   and people will use it when they're in their

8   shorts, they'll use it wearing their sneakers,

9   they won't wear gloves, they get it all over their

10  skin, they'll delay getting washed.  And so

11  there's an assumption of complete and utter

12  safety.

13          And the people that I've seen who are --

14  like Mr. Seidl in particular, who have extremely

15  high and prolonged exposures over many years are

16  the ones who more likely -- where you can

17  quantitatively say, This is likely to have

18  potentially contributed.  I have patients --

19      Q    Did you make --

20      A    -- who have two years of exposure, and I

21  say I can't say that two years would be enough to

22  adequately explain this.  And then they may have

23  other mitigating, you know, risk factors that I

24  look at to make sure -- and that -- those may

25  supersede their exposure.

B. Barry Boyd, M.D

1    Q    Did you make an independent quantitative

2  assessment of Mr. Seidl's exposure to Roundup?

3    A    I did.  I also have seen the number of

4  days and years of his exposure.  I didn't do a

5  fully mathematical calculation, but I know the

6  toxicology assessment had indicated how much

7  dermal exposure he had.  It was quite striking.

8    Q    When you say the number of days and

9  years that he used Roundup, are you referring to

10  Dr. Sawyer's report in this case?

11    A    Yes.

12    Q    Have you reviewed Dr. Petty's report --

13  Mr. Petty's report in this case?

14    A    Let me just look here.

15         I don't believe so.

16    Q    Are you familiar with Steven Petty?

17    A    Yes.

18    Q    Have you relied on his work in any other

19  Roundup cases?

20    A    I would believe so.  I can't tell you

21  which ones.

22    Q    Is there a particular reason that you

23  did not review his report in Mr. Seidl's case?

24    A    I didn't -- I didn't neglect it.  I

25  didn't see it.

B. Barry Boyd, M.D.

```
 1        Q     You said that in some of your patients
 2   there are mitigating risk factors that you believe
 3   are superseding from a causation standpoint.  Do
 4   you recall that?
 5        A     That's correct.
 6        Q     Can you tell me what some of those
 7   mitigating risk factors would be?
 8        A     Yeah.  Yeah.  So I have patients who
 9   have significant autoimmune disease.  They may
10   have Crohn's disease or other inflammatory bowel
11   diseases.  They may have rheumatoid arthritis.
12   You know, I've had patients who've had both
13   rheumatoid arthritis and obesity where there are
14   defined associations with lymphoma risk, and
15   they've been on medications also that are
16   immunosuppressive that have also been associated
17   with the increased risk of immune-related diseases
18   and lymphomas.
19             I've had patients who have been EBV
20   positive where, you know, that sort of is a
21   potential association.  I've had some patients
22   with lymphomas who had HTLV-1, which is a clear
23   lymphotrophic virus that causes lymphoma.
24             So, you know, you kind of rule those out
25   immediately because they have high risk factors,
```

B. Barry Boyd, M.D

1   or at least you look at it and say unless there's

2   very, very high exposures, it would be difficult

3   to assume that it's in any way related -- and that

4   it's related.  Because with minimal -- limited

5   exposure and high -- high risk factors beyond

6   glyphosate Roundup, I think, you know, it's --

7   it's a harder explanation for risk.

8        Q    If a patient has one of those mitigating

9   risk factors, for example, a patient who is

10  positive for the Epstein-Barr virus, and also has

11  what you would consider to be a high exposure to

12  Roundup, do you attempt to make an assessment as

13  to whether Roundup or the Epstein-Barr virus

14  caused the patient's non-Hodgkin's lymphoma?

15       A    Yeah, and -- and that will go into

16  things like what type of lymphoma.  So we know

17  there are certain lymphomas where EBV is a -- is a

18  causal lymphoma like Burkitt's lymphoma.  And

19  there are subtypes where you can define the

20  incorporation of the EBV into the -- into the

21  lymphoma cells, and that's playing a role.  And in

22  other cases, if you simply rely on the presence of

23  antibodies to EBV, everyone has them.  And that's

24  different.

25            There's a difference between being

D. Barry Boyd, M.D

1    infected with EBV and have active replicating

2    virus that's caused -- known to be linked to a

3    subtype of lymphoma and having antibodies.

4    Because, by the way, you have antibodies to EBV; I

5    have antibodies to EBV; everybody does.  I have to

6    explain to people when they get a positive

7    antibody test that you don't have Epstein-Barr.

8    You have been exposed to it; they remain in your

9    cells for the rest of your life.

10           Certain genetic predispositions are

11   linked -- there's a male defect in

12   immunosurveillance that leads to immune -- that

13   leads to Epstein-Barr related lymphomas because

14   they can't essentially identify EBV infected

15   lymphocytes, and the lymphocytes grow out of

16   control.

17           So there are a lot of different features

18   in which EBV can play a role, but for the most

19   part, just the presence of antibodies or having a

20   history of mononucleosis when you were young,

21   you're going to have those antibodies.  So it's --

22   it's not as simple as that.  So many, many people

23   are not going to have an EBV linked --

24   (interruption).

25           Sorry.  The emergency room is calling.

D. Barry Boyer, M.D

```
1   I'm sorry.  So I'll finish the answer.
2              And are not going to have an EBV linked
3   lymphoma.  But if it's a clearcut EBV lymphoma
4   that we can look at, then the glyphosate may have
5   promoted it.
6              So, remember, tumors are not a one-shot
7   deal.  What glyphosate, and particularly Roundup
8   with the -- with -- the components of Roundup,
9   have the potential to promote the progression of a
10  disease that has another cause or has other
11  causes.  So it doesn't even have to be the -- the
12  Roundup carcinogenesis model or the mutagenesis.
13  It can be the Roundup promotional effect that
14  activates the growth of preexisting cells that
15  grow more quickly and rapidly proliferate at a far
16  more rapid growth in a -- in a more aggressive
17  phenotype we call it.
18             And that's what makes me concerned about
19  Roundup particularly, rather than just the
20  glyphosate, is that potential promotional factor.
21  That's different than simple carcinogenesis.  It's
22  a multistage process.  And lymphoma is just like
23  colon cancer.  Colon cancer starts as a polyp, it
24  slowly grows, you have an invasive tumor that
25  takes 20 years.
```

B. Barry Boyd, M.D.

```
 1              Lymphomas can start as a low grade
 2   monoclonal B-cell population.  They're very low
 3   grade.  They may never go anywhere.  But if you
 4   expose them to those cells to any potential
 5   promotional factors that are known to activate --
 6   and that's where obesity plays a role.  Obesity
 7   doesn't cause lymphoma.  Obesity is a promotional
 8   factor.  The hormonal milieu, the inflammatory
 9   state associated with -- particularly with what we
10   call a metabolic syndrome with visceral obesity is
11   a promotional factor making tumors grow faster.
12              And so trying to say this did it is
13   missing the point.  These agents, if they're
14   capable of promoting the growth of these cells,
15   contribute to the aggressiveness and the rapidity
16   of those evolving into a frank malignancy, and
17   that's understanding the fundamentals of
18   carcinogenesis.
19              Now I've got to answer the ER.  Is that
20   okay?  I take a step back.  Sorry.
21              MS. COPE-KASTEN:  We can go off the
22   record.
23              THE WITNESS:  Thanks.  Sorry.
24              THE VIDEOGRAPHER:  The time is 3:54 p.m.
25   Off the record.
```

B. Barry Boyd, M.D.

1                    (Recess.)

2                    THE VIDEOGRAPHER:  The time is 4:01 p.m.

3        On the record.

4        BY MS. COPE-KASTEN:

5             Q    Dr. Boyd, before the break, you were

6        talking about promotion of tumors from certain

7        risk factors.  Do you recall that?

8             A    Yes.  Yes.

9             Q    And you talked about the fact that you

10       are particularly concerned about the promotion

11       potential of Roundup as compared to glyphosate.

12       Do you recall that?

13            A    Yes.

14            Q    Can you tell me what the basis is for

15       your particular concern about Roundup as opposed

16       to glyphosate technical?

17            A    Well, there -- there is literature

18       that -- that argues that there is -- in addition

19       to the carcinogenesis effect of glyphosate, which

20       has been looked at, there may be promotional

21       factors linked to the Roundup, which is beyond

22       just the glyphosate.  So there are components in

23       there, you know, where they've done skin tests and

24       DMDA with animal models that have enhanced the

25       ability to generate tumors with exposures.

B. Barry Boyd, M.D.

 1              What that means is that when you get a

 2    carcinogen and then you add a promotional factor,

 3    it speeds up the ability of that carcinogen to

 4    induce a tumor.

 5              And so there's some evidence that --

 6    that Roundup itself, some of the components of

 7    Roundup that are not just the glyphosate may have

 8    promotional factors.  And that's true not only of

 9    Roundup but other chemicals, that they have --

10    they have a multifactorial effect on cell -- on

11    cell function.  So they don't just damage DNA, but

12    they actually may enhance cell growth and

13    proliferation through other effects.

14              And so, you know --

15         Q    Do you --

16         A    -- this is true of all malignancies.

17    You know, this is what happens with many cancers

18    that when you expose a carcinogen, you induce a

19    genetic change.  Now, with lymphomas it may be a

20    genetic change that leads to a chromosomal

21    alteration in a very specific part of the genes

22    linked to lymphocyte proliferation.  And then when

23    you expose those cells or that tissue that has a

24    few of those cells that have undergone the

25    initial -- what we call the initiating event, as

B. Barry Boyd, M.D.

```
1   they are induced to proliferate more quickly, you

2   will induce more rapid progression to additional

3   genetic changes leading to a frank malignancy.

4           So to use an example, patients who have

5   severe immune disease, immune -- for instance,

6   immunodeficiency or autoimmune disease, they're

7   not carcinogenic; they're promotional.  They

8   activate the cells to grow more quickly, leading

9   to more rapid acquisition of -- of potential

10  genetic changes that lead to a frank invasive or

11  malignant lymphoma, where they might have a low

12  grade B-cell proliferation that may never grow.

13  Or progress, I should say.  Not grow but progress.

14      Q    Do you view Roundup formulations as

15  promotional or cancerogenic or both?

16      A    Both.

17      Q    Which particular components of a Roundup

18  formulation do you believe are promotional in

19  nature?

20      A    I -- I apologize.  I would have to go

21  back.  I can -- I don't have those notes here, but

22  I can try to find them.  Because I have reviewed

23  that, but I don't have it with me.

24           I'm trying to look through my -- my

25  particular references that would exactly reference
```

B. Barry Boyd, M.D.

1    that.

2         Q    My next question for you is going to be,

3    which articles are you using as the basis for this

4    opinion?  So perfect time to be looking at your

5    records, I would say.

6         A    Yeah.

7              So there is environmental science

8    pollution, and this is Kasuba V., which is my

9    reference 13.  There is reference 36.  And there

10   is reference 37.  And reference 38.  And reference

11   39.

12        Q    I'm going to pull up those references so

13   we can all be looking at them together here.

14        A    Yeah.

15             MS. COPE-KASTEN:  Okay.  Can everybody

16   see this on the screen?

17             THE WITNESS:  Wow.  Let me --

18             THE VIDEOGRAPHER:  No, leave --

19             THE WITNESS:  I'm afraid to touch my

20   screen.  I might -- there we go.

21             I know more about cancer than computers,

22   trust me.

23   BY MS. COPE-KASTEN:

24        Q    All right.  So this is -- you recognize

25   this as your report?

D. Barry Boyd, M.D.

```
 1         A    Yes.

 2         Q    Okay.  So I'm scrolling down to -- these

 3    are your references?

 4         A    Yeah.

 5         Q    Do you recognize this list?

 6         A    Yeah, I'm going to do -- you know,

 7    excuse me for even jumping beyond this, but I -- I

 8    do something -- this is what I do every day.  I am

 9    going to -- excuse my French -- so those are

10    the -- the ones I was referring to.

11              Oh, my gosh.  What is that?  Oh, my God,

12    I'm sorry.  Excuse me.  Excuse me.

13              So rather than simply giving you the

14    references, because I don't have the actual

15    publications here -- sorry.

16         Q    Can you talk me through what you are

17    pulling up right now?

18         A    Yes, absolutely.  Yeah, that's not

19    the -- I'm trying to find the promotional article.

20    Excuse my French.  Sorry.

21              So this is one that is related to

22    Marc J.  This is reference 36.  And it's

23    essentially that glyphosate-based pesticide

24    impinges on transcription.

25         Q    Let me stop you right there for just a
```

D. Barry Boyd, M.D.

```
1    second, because I think that the list that you are

2    looking at must be updated from the list that's in

3    your report because I've got reference 36 as being

4    Clements C.

5         A    Right.  Let me -- yeah.

6         Q    Okay.  I'm going to pull this down then,

7    and I'm going to mark as the next exhibit to your

8    deposition the -- I guess I don't have a separate

9    materials considered list for you.

10            Can you tell me what list you are

11   looking at?

12        A    I may have pulled up an earlier version

13   of my report.  So I apologize.  But you should

14   be -- if you go through that and you look under --

15   go up a little bit.  We might be able to find it.

16            No, it's going to be down then.  I'm

17   sorry.  I think -- yeah, it's going to be down.

18   Down a little more.  Yeah, there we go.  Okay.

19            So it's -- you know, really, to be fair,

20   it's -- it's in here -- it's 47, 48 and 49.  Okay.

21   And what those reflect are the impact of Roundup

22   on cell proliferation independent of specific

23   effects on mutations.

24        Q    Meaning promotion?

25        A    Yes.  Meaning this promotional effect
```

B. Barry Boyd, M.D.

1    that is linked to the Roundup and its -- the

2    Roundup itself.

3        Q    When we were talking earlier about

4    promotional effect, you said that -- I want to

5    make sure that I'm paraphrasing this correctly, so

6    please tell me if I'm not -- you said that if an

7    individual has a risk factor that is capable of

8    tumor promotion, for instance, obesity, that risk

9    factor contributes to their ultimate development

10   of cancer.  Is that correct?

11       A    Yeah.  Yeah, again, because the --

12   there -- it's a -- excuse me while I do this.

13            It's -- you know, even if you have a

14   spontaneous noncarcinogen-induced mutation, when

15   you activate cell proliferation, that enhances the

16   risk of evolving into a malignancy.

17            Now, there's a famous article by two

18   gene -- two cancer geneticists and a -- a

19   researcher he worked with, Tomasetti and Bert

20   Vogelstein.  Bert Vogelstein is at Johns Hopkins.

21   You know, he talks about bad looking cancer and

22   the fact that when cells divide, mutations occur.

23   But when you have a preexisting mutation, it

24   doesn't necessarily evolve into a cancer.  It

25   often gets repaired.

1                But if you have anything that promotes

2      cell division, inflammatory mediators, obesity,

3      you know, exposures that themselves trigger

4      disregulated cell growth, all of those have the

5      capability of enhancing the evolution toward

6      malignancy of a small clone.  It's bad news for

7      all of us, so we all carry around small numbers of

8      clonal cells in many of our tissues.  It's been

9      well known that clonal B cells exist in a large

10     number of people over the age of 50, but don't

11     develop into malignancy.

12                So it isn't simply carcinogens.  And

13     this is what makes me crazy when we focus only on

14     that, is promotional factors that make a preceding

15     monoclonal cell evolve more quickly, grow more

16     quickly, and lead to the development of a frank

17     malignancy.

18          Q    Does the presence of a risk factor or an

19     exposure that can be promotional in nature mean

20     that that risk factor or exposure will always

21     contribute to the development of a patient's

22     cancer?

23          A    No.  And this is what we call

24     stochastic.  Dose and duration of exposure

25     together enhance the probability.  So if you have

B. Barry Boyd, M.D.

1    a low dose for a limited time, the probability of

2    that playing a role is extremely small.  But if

3    you have continuous exposure and long periods of

4    time, that can take something that might be benign

5    with limited exposure and turn it into a frank,

6    high risk factor because of that chronic exposure

7    to tissues.

8        Q    Where do you draw the line for Roundup

9    between something that is a low risk factor and

10   when the exposure becomes a high risk factor?

11       A    Well, there are two things.  One is --

12   and I went through this before -- can I find

13   mitigating reasons in the face of relatively low

14   exposures?  Then I'm reluctant to blame Roundup.

15   You know, because there may be other reasons if

16   it's very limited exposure.

17            But if I see somebody with high levels

18   of exposure and very few other risk factors, then

19   I get really nervous.  Because that is sort of the

20   classic example of, you know, duration and dose

21   over time.  That clearly may play a very big role

22   in somebody where, you know, you don't have other

23   reasons to explain it.

24       Q    Do you always have reasons to explain a

25   patient's cancer?

B. Barry Boyd, M.D

1      A    No.  No.  You know, to be fair, it's

2  probability; it's stochastic.  And so I never say

3  this definitely caused this.  I can only say that

4  I believe this had a substantial contribution to

5  risk.

6      Q    Have you told -- I think the answer is

7  "yes" to this.

8           You have told some patients that you

9  believe that Roundup was a significant factor in

10  causing their non-Hodgkin's lymphoma?

11      A    In fact, I said that only in one patient

12  who used it extensively and repeatedly without

13  protection and had no other real risk factors.

14  But in several, I said, You know, your exposure

15  was very limited, you also have these other

16  reasons, and your particular -- I don't believe

17  your particular lymphoma was related.

18           You know, if it was, and here's again

19  the point you're making, statistically the

20  probability of it contributing to your lymphoma

21  compared to the other known risk factors that you

22  do have means that its contribution is likely to

23  be much smaller based on lower dose and lower

24  exposure time.  Right.  Compared to the other

25  factors that have been there for 30 years.

B. Barry Boyd, M.D

```
 1              You know, rheumatoid arthritis, which is
 2   one, on antirheumatoid arthritis medicine
 3   associated with a high risk for lymphomas and
 4   malignancy clearly, coupled with obesity.  You
 5   know, you add those together, and, you know,
 6   they're -- you know, they're harder to say that,
 7   you know, the -- that glyphosate or Roundup had a
 8   substantial contribution when these other factors
 9   may have been even more important in the face of
10   lower exposures.
11        Q    How do you know when Roundup is
12   promotional versus mutagenic for an individual?
13        A    You can't.  You can't know that.
14   That's -- those are biological features that you
15   know -- there's no test to say, Oh, in your case
16   Roundup promoted this.
17              Now, in a setting where you have a long
18   latency period, right, and that means long
19   duration of exposure with high exposures over that
20   time, there's certain to be a component of
21   promotion because of that long exposure.  Because
22   that's how it works, that's how exposures work in
23   enhancing tumor development.
24              You know, so --
25        Q    What do you consider to be --
```

B. Barry Boyd, M.D

```
 1          A    I'm sorry?

 2               THE REPORTER:  I'm sorry.  I --

 3               MS. COPE-KASTEN:  Sorry, Leslie.

 4   BY MS. COPE-KASTEN:

 5          Q    Dr. Boyd, if you can --

 6          A    I'm going to give you a good example,

 7   okay?

 8          Q    Fine.

 9          A    Let me explain this.  Tobacco causes

10   classic carcinogen-induced changes in DNA.  We

11   actually know -- we call that a tobacco or --

12   tobacco-induced genotoxic signature.  There is a

13   mutation signature that is classic for smoking.

14   People who smoked and then stopped smoking have

15   persistent changes in their lung that are

16   associated with that.

17               I was involved in, and I teach this at

18   Yale and elsewhere, we have two national trials on

19   beta-carotene to reduce lung cancer risk in

20   smokers, because dietary beta-carotene seemed to

21   be associated with low risk, and levels of

22   beta-carotene in the blood seem to be associated

23   with low risk in smokers.

24               So the ATBC trial and the trial we were

25   involved in at Yale, the CARET trial, we used
```

D. Barry Boyd, M.D

```
1    beta-carotene or retinoic acid.  And it turned out
2    that beta-carotene increased lung cancer risk.
3    Beta-carotene was not a carcinogen.  Beta-carotene
4    promoted the growth of latent cells to become
5    malignant.
6              We're now seeing the same effect with
7    B12, and there are a number of studies on the high
8    dose B12 promoting growth of latent cells.  This
9    is what promotion is about.  It activates dormant
10   or subclinical cells that are not growing, and it
11   enhances the rate of them growing.  And we see
12   this all the time.
13             So it's very foolhardy to try to isolate
14   one factor.  Smoking caused their cancer, beta-
15   carotene caused it to evolve quickly, and it came
16   out 28 percent higher risk of lung cancer in
17   beta-carotene at high dose.  So that should be an
18   example of the idea -- that's what I'm interested
19   in, how to make sense of the environment versus
20   genetics versus bad luck.
21        Q    Would you agree with me that unlike
22   smoking, Roundup does not have any mutagenic
23   signature?
24        A    Not a classic one, but all -- you know,
25   the reason tobacco does is because the specific
```

1  carcinogens in tobacco have definitive impact on

2  certain basis within the DNA.  And so that's how

3  they work.

4          But Roundup has been shown to lead to

5  DNA changes.  You know, there are a number of

6  different studies, and those are in the references

7  too.  So it is -- it doesn't have a specific

8  carcinogen signature, but it does have -- have

9  document -- documented mutagenic and carcinogenic

10  effects.

11      Q    It doesn't have any biomarker, for

12  instance?

13      A    No.  No.  It would make --

14      Q    You referenced --

15      A    -- life a lot easier for everybody,

16  wouldn't it?  Or work.

17      Q    You referenced Dr. Tomasetti earlier.

18  Do you remember that?

19      A    What, the reference?

20      Q    Yeah, do you remember -- just do you

21  remember mentioning Dr. Tomasetti's name?

22      A    Yeah, sure, of course.

23      Q    Are you familiar with Dr. Tomasetti

24  personally?

25      A    No.  No.  I've talked --

D. Barry Boyd, M.D

```
 1            Q    And what is your opinion --

 2            A    -- to Dr. Vogelstein, who is the senior

 3     author and is the -- you know, is really the

 4     father of cancer -- cancer genetics, in fact, at

 5     Johns Hopkins.  He is a cancer or geneticist and

 6     very, very well known.

 7            Q    Do you have an opinion of

 8     Dr. Tomasetti's work?

 9            A    Oh, I think it's -- it's good.  It's

10     excellent.

11            Q    Are you familiar with the Agricultural

12     Health Study?

13            A    Yeah.

14            Q    Do you recall reading the publication

15     Andreotti from 2018 -- lead author Andreotti from

16     2018?

17            A    I have.  I have to go back to reference

18     that, but I have looked at those references.  I

19     don't have them with me here.

20            Q    I'm going to mark it as an exhibit to

21     your deposition.  I'll put it up on the screen so

22     you can take a look at it.

23                 And this will be Exhibit 6 to your

24     deposition.

25                 (Boyd Exhibit No. 6 was marked for
```

B. Barry Boyd, M.D.

```
1                identification.)

2                THE WITNESS:  (Peruses document.)  All

3    right.

4    BY MS. COPE-KASTEN:

5         Q    Does this article look familiar to you?

6         A    Yeah.

7         Q    Before I ask you any questions

8    specifically about this article, I have a more

9    general question for you, which is, are you

10   familiar with any article in peer-reviewed

11   literature showing a statistically significant

12   association between either glyphosate or Roundup

13   on follicular lymphoma specifically?

14        A    Not specific.

15        Q    Do you recall looking at the follicular

16   lymphoma findings from the Agricultural Health

17   Study as reported by Andreotti and others?

18        A    Yeah.

19        Q    Do you recall what those findings were?

20        A    I have to go back to that, because I

21   think that there -- the risk was lower.

22        Q    Right.  I'm going to take you to Table 2

23   specifically, and you can see that this is looking

24   at cancer incidence in relation to intensity-

25   weighted lifetime days of glyphosate use.
```

D. Barry Boyd, M.D.

```
1          A      Mm-hmm.

2          Q      And if we go down to follicular

3    lymphoma, you can see here that in each of the

4    tertiles that the Agricultural Health Study looked

5    at, there was not an association between Roundup

6    or glyphosate and follicular lymphoma.

7          A      Mm-hmm.  I see that.

8          Q      Does this change your opinion at all

9    with respect to whether Roundup caused Mr. Seidl's

10   non-Hodgkin's lymphoma, his follicular lymphoma in

11   particular?

12         A      No, you know, because, you know, again

13   the -- this was based on a population whose levels

14   of exposure ironically were significantly less

15   than Mr. Seidl.

16                And I go to the Zhang article from 2019,

17   there are actually quantitative levels of exposure

18   and did show a risk.  Now, I don't see that he did

19   it specifically for follicular lymphoma.  But in

20   his case, he did see a substantial association by

21   looking at those who had higher levels of

22   exposure.

23         Q      Just to clarify, the Zhang article does

24   not include findings that are specific to

25   follicular lymphoma as a subtype of non-Hodgkin's
```

B. Barry Boyd, M.D.

1    lymphoma?

2         A    Right.

3         Q    You said a handful of times that

4    Mr. Seidl's exposure to Roundup was relatively

5    high in your estimation.

6         A    Sorry.

7         Q    What was, in your view, his level of

8    Roundup exposure?

9         A    Well, you know, I can quote what we know

10   from -- he had 24 years, I think, if I'm not

11   mistaken, from 1990 until 2014.  He did have a

12   brief period when he was in -- in South Africa

13   where he did not use it.  But during those

14   24 years, he was using it on a regular basis,

15   particularly in 2005 to 2010, when he was, you

16   know, in San Antonio.  He -- I guess in 2005, he

17   had a very high exposure because he was spraying

18   an adjacent lot that was not -- nobody was living

19   there and it was overgrown.  By his description,

20   he used a significant amount of Roundup to -- to

21   kill all the weeds on that property.  But he had

22   exposures through 2014.

23              Now, again, the exposure days were read

24   as 63 exposure days, you know, eight-hour

25   exposure, which seemed to be relatively high

B. Barry Boyer, M.D

1    compared to other Roundup cases.

2        Q    Do you know how the different tertiles

3    in the Agricultural Health Study for follicular

4    lymphoma corresponds to exposure days?

5        A    No.  No.  Do you know that?

6        Q    I'm going to show you this again.

7        A    I'd like to know where, you know, in

8    terms of exposure days, and particularly because

9    when you have agricultural workers, they tend to

10   wear protective gear and they tend to have less

11   dermal exposure.

12       Q    Do you know what the level of wearing

13   protective gear was for these specific individuals

14   who --

15       A    No.

16       Q    -- for follicular lymphoma in?

17       A    I mean, obviously, no.  I don't know the

18   subgroup and how much they had worn protective

19   clothing, but we know that agricultural pesticide

20   applicators who are professionals tend to be

21   more -- more prone to wearing protective gear as

22   part of their work.

23       Q    Is there a particular page of this study

24   that you want to look at?

25       A    So it's in quartiles rather than

D. Barry Boyd, M.D.

1    tertiles, one.  And I'd like to see what -- yeah,

2    there we go.  I'm sorry.  You may be right,

3    there's tertiles there.

4         Q    And I'm just showing you for a second

5    here that follicular lymphoma is in tertiles.

6         A    Yeah, I see it's in tertiles.  Got it.

7         Q    And if we look underneath Table 2, where

8    it's listing these numbers, you see that they

9    define what the brackets are for each of the

10   tertiles?

11        A    Yeah.  So what I -- I would like -- what

12   is -- what are the references?  What is the -- the

13   reference you're referring to?  Do you know?

14        Q    What is the reference it's referring to?

15        A    All I'm getting is 1 to 866.  866 what?

16        Q    They define it as "intensity-weighted

17   lifetime days."

18        A    I'm sorry.  Let me turn this off a

19   minute.

20             Yeah, so I -- I'm not sure,

21   unfortunately, how to -- how to transition from

22   that to, you know, exposure days -- glyphosate

23   exposure days.  I'd have to say that I can't -- I

24   can't really compare.

25             And again, my goal was not as the --

D. Barry Boyd, M.D.

1    just to look at toxicology, but to say that

2    this -- relative to the other patients, it was a

3    high -- or other individuals, it was a high level

4    of exposure days.

5         Q    When you say "relative to the other

6    individuals," do you mean the other Roundup

7    plaintiffs --

8         A    The cases that I've looked at.

9         Q    -- whose cases you have reviewed?

10        A    Yes.

11        Q    You talked about Mr. Seidl's Roundup

12   exposure, so I just want to go over what you're

13   considering to be his duration of exposure here.

14             Your assessment starts with Mr. Seidl's

15   exposure at what time?

16        A    You want me to just go through this

17   slowly?

18        Q    I want you to give me the years that you

19   believe --

20        A    Yeah.

21        Q    -- Mr. Seidl was spraying Roundup.

22        A    Yeah, that's -- that's what I'm going to

23   do.

24             1990 to 1995, he used it on a lot that

25   he had in Kansas.  He sprayed the property once

D. Barry Boyd, M.D.

1    monthly for 20 minutes for five to six months.  So

2    that's five years, from 1990 through 1995.

3             In 1995 through 1997, on a different

4    property in Oakland Park, also Kansas, again

5    monthly for 20 minutes for five to six months per

6    year.  That's '95 through '97.

7        Q    Okay.  Let me stop you there before you

8    go on.

9             With respect to this time period from

10   1990 to 1997, when he was in Kansas spraying for

11   20 minutes one time monthly for five to six months

12   per year --

13       A    Right.

14       Q    -- do you consider that to be a

15   significant exposure to Roundup?

16       A    Not alone, no.  If that's all he was

17   exposed to, I wouldn't have been talking about

18   this.

19       Q    Okay.  What do you have after 1997?

20       A    So in '97, he moved to Johannesburg with

21   his -- you know, his telephone company, SBC.  He

22   worked there through 2004, and he remained in

23   Johannesburg and he had no exposures.

24             He returned to the U.S. in the fall of

25   2004, where he moved to San Antonio.  In the

B. Barry Boyd, M.D.

```
 1   beginning of 2005, on his property there he began
 2   to use Roundup regularly on his lawn and his
 3   property.  From 2005 to 2010, he used it twice
 4   weekly.  Now, again, he noted that it was
 5   obviously Texas, it was warmer except for, you
 6   know, global warming and freezing we've recently
 7   seen, and so the length and duration during the
 8   year was longer.
 9            In 2005, he mixed and sprayed it
10   himself.  He would spray it on -- on Saturdays two
11   and a half hours.  He sprayed a significant large
12   area.  He had -- he had a lot of poison ivy.  He
13   showered after using the Roundup.
14            Only in 2005 there was a lot nearby next
15   to his that had no owners at the time, and he
16   sprayed that lot using a gallon hand sprayer.  He
17   used that weekly about two, two and a half gallons
18   per week to control the weeds on that -- that
19   property.  They were encroaching on his property.
20   Now, again, the growing season, as he noted, was
21   nine months, a little longer than five to
22   six months in Kansas, so he was using it for
23   longer periods of time yearly.
24            In 2006 through 2010, he applied it for
25   that six years on a half-an-acre property but not
```

B. Barry Boyer, M.D.

1    on the adjacent property.  So he was using that,

2    again mixing it and using it -- I think they say

3    here, one hour spraying on Saturday and an hour on

4    Wednesdays.  So he used it twice a year yearly.

5              He said during that period of time, he

6    would go through about a gallon twice weekly.

7    Again, he would often get exposures to his ankles,

8    legs, shoes.

9              In 2010 to 2014, he moved to Charlotte

10   to a residential property there.  There he used

11   Roundup once weekly, predominantly in the

12   summer -- he had a smaller property -- once weekly

13   around the bricks.  In some areas, you know, he

14   would use it once a month between 30 minutes and

15   one hour from March through November.

16             Post-2014, he -- of course, he stopped

17   using Roundup.  That was, you know, his time of

18   diagnosis, and he actually then used natural

19   products to weed, and he stopped using Roundup.

20        Q    Do you know why he stopped using Roundup

21   at that time?

22        A    Well, I think he had found that there

23   was some association, and he realized that he

24   wanted to stop using it.

25        Q    It's your belief that as of 2014,

B. Barry Boyd, M.D.

1    Mr. Seidl believed that there was an association

2    between Roundup and non-Hodgkin's lymphoma?

3        A    I don't know for sure, but, you know, I

4    think at that time when he was diagnosed, he

5    probably was also, you know, debilitated.  He

6    didn't really know about it until he completed his

7    treatment and he was looking for ways to prevent

8    recurrence.  That's when he came upon the issue of

9    Roundup.

10       Q    So in that case, it would make it early

11   2015?

12       A    Yeah.

13       Q    Do you have an opinion as to what point

14   in time Mr. Seidl's non-Hodgkin's lymphoma likely

15   began developing?

16       A    Based on the biology of lower grade

17   lymphomas, my opinion is it presented as a rapidly

18   growing higher grade lymphoma that probably --

19   that may have been -- and this is speculation.

20   You know, nobody can know this, so I'm not going

21   to -- but he may have had a lower grade lymphoma

22   that had been there and had been present for

23   several years before that, and that it eventually

24   rapidly progressed when he had -- particularly in

25   the neck, because the neck was different than

B. Barry Boyd, M.D.

1    the -- you know, as I said, the SUV in the other

2    areas of nodal development was much lower.

3            And they -- you don't biopsy everything,

4    so you don't prove that there is a low grade

5    lymphoma and a high grade.  Sometimes we do, but

6    not in his case.  And so my guess is he -- he

7    might have had a lower grade lymphoma, and that

8    had evolved into this high grade lymphoma.

9        Q    Would your opinion in that case be that

10   Roundup caused the lower grade lymphoma to begin

11   with?

12       A    I can't say.  It might have, but it

13   might have been a promotional factor in speeding

14   the progression.  And again, you know, we know

15   that there are a number of studies that show

16   associations with myeloma.  Others show it with

17   leukemia, acute leukemia.  Others that have shown

18   associations with diffuse large cell lymphoma.

19   And this is a variant that in fact behaves and

20   acts like large cell lymphoma.

21       Q    Why can't we know whether it was

22   causative -- whether "it," being Roundup, was

23   causative of a lower grade lymphoma or promotional

24   and leading to a higher grade lymphoma for

25   Mr. Seidl?

B. Barry Boyd, M.D.

```
1              MR. SUTTON:  Object to form.

2              THE WITNESS:  Again, we're talking about

3    duration of exposure and dose in the face of an

4    absence of other risk factors.  Now -- anyway, I

5    won't -- I'll leave it at that.

6    BY MS. COPE-KASTEN:

7         Q    When you say that we're talking about

8    duration and dose, is it your opinion that a lower

9    duration and a lower dose could have caused the

10   lower grade lymphoma, whereas a higher dose or a

11   higher duration would have been needed for it to

12   be promotional later on?

13        A    No.  No, I'm talking about you can't use

14   that -- clearly the higher the dose, the greater

15   of impact over -- but it's also dose and time.  So

16   being exposed chronically to those higher doses,

17   particularly -- you know, as I went back and

18   looked at that, I mentioned the timing.  Excuse me

19   while I go back to that.

20              So, you know, in 1990, he had started,

21   but it was a much more limited exposure, as you

22   know, for those years.  But beginning in 2005, he

23   had higher levels of exposure when he was in San

24   Antonio.  How we -- how we quantitate which one

25   contributed is not clear.
```

B. Barry Boyer, M.D.

```
 1              But one would argue that -- that
 2   certainly in 2005 through 2014, he had higher
 3   levels of exposure over time that was enough
 4   potentially to act both possibly in a carcinogenic
 5   manner, but certainly in a potentiating manner to
 6   something that may have been there or was starting
 7   and evolved into this -- what is the equivalent of
 8   a follicular large B-cell lymphoma.
 9        Q    Help me understand how dose and exposure
10   relate to a difference between mutagenesis and
11   promotion.
12        A    Okay.  If you smoke a cigarette a day
13   versus five cigarettes versus a pack a day,
14   quantitatively you're -- you're increasing your
15   risk of a critical mutation.  Right?  That's dose.
16        Q    Meaning mutagenesis in that case?
17        A    Yes, mutagenesis and carcinogenesis.
18   Because carcinogenesis relies initially on a
19   mutagenic event, mutations.  The site of that
20   mutation determines that -- that isn't -- you
21   know, the overwhelming majority of mutations in
22   cells, what we call passenger mutations, they
23   don't play a role in enhancing cell survival and
24   proliferation.  Only a small number, what we call
25   driver mutations.  Those are the kinds that make a
```

B. Barry Boyer, M.D.

1    tumor grow more quickly and evolve into a

2    malignancy, and it takes probably three or four or

3    more driver mutations to develop a true cancer.

4    Okay.  So it's quantitative.

5            And in the meantime, half of all

6    mutations in tumors occur before a critical single

7    driver mutation.  So most cells have mutations.

8    We all do.  Every one of your cells, bad news, has

9    mutations in it.  The body is pretty good at

10   repairing many of them.

11           And the difference between people with

12   hereditary risk factors -- for instance, breast

13   cancer -- and not having hereditary risk factors,

14   not that they have more events, more mutational

15   events.  Genetic factors that predict higher risk

16   are basically loss of repair of those mutations

17   that are common that we all get.

18           If you are exposed to anything that has

19   the potential to enhance a mutation, and you get

20   exposed to higher levels of that -- like in

21   tobacco or other carcinogens that we know play a

22   role, there are other organic carcinogens too --

23   we know that the dose will impact on the speed and

24   the number of mutations you develop.  Small doses,

25   lower risk.  Same as smoking.

B. Barry Boyd, M.D.

1                The second part is in tobacco smoking,

2      duration of tobacco use is highly correlated with

3      risk of getting cancer.  Shorter use, much lower

4      risk than longer use.  That's the duration

5      component.  Dose, how many cigarettes a day, how

6      many packs a day.  And duration, how many years,

7      how many pack years of smoking.  Same thing with

8      exposures to any carcinogen or promotional factor.

9                By the way, smoking not only enhances

10     the risk of mutations, but it creates inflammation

11     within the lung that is a promotional factor to

12     make previously mutated cells grow faster and

13     enhance the speed of developing cancer.  Same as

14     beta-carotene.  We now know B12 -- supplemental

15     B12 increases lung cancer risk in smokers.

16     Believe it or not.  Because B12 is necessary for

17     cell growth.  It's a promotional factor.

18                Sort of what I lecture on, you know,

19     understanding the difference between the two

20     because they're completely interdependent.  You

21     can't isolate one from the other.  The same way

22     you cannot, teasing out each of these studies,

23     isolate one lymphoma from another because many of

24     these lymphomas share pathways that start the

25     lymphoma developing.  They may start as a low

B. Barry Boyd, M.D.

1  grade -- we know this -- B-cell lymphomas, they

2  start as a low grade lymphoma, like in this case,

3  whereas other lymphomas, multiple myelomas starts

4  as a benign monoclonal adenopathy, and you follow

5  people for years, and in some cases it evolves

6  into myeloma.

7           So this is the nature of these diseases.

8  They're not like, bingo, you got cancer.  They are

9  progressive over time, and they follow the same

10 pattern in colon cancer, in breast cancer and

11 pancreatic cancer.  I mean this is one of my major

12 interests is understanding the origins of cancer.

13 When I finish that paper, I'll send it to you.

14     Q    Part of that progression that you talked

15 about is driver mutations?

16     A    Right.

17     Q    Maybe this goes back to the work of

18 Dr. Vogelstein and Dr. Tomasetti, but can

19 individuals have driver mutations without having

20 exposure to any carcinogenic substances?

21     A    Yeah.  Yes.  But one of the things that

22 has been critiqued extensively in his papers is

23 the failure to understand promotional factors that

24 in addition -- and what he was really talking

25 about was stem cell replication rates in tissues

D. Barry Boyd, M.D

1   over a lifetime -- and what he failed to

2   understand, because that is a basis for the

3   evolution of cancer and how fast -- how rapidly

4   stem cells in each tissue replicated a lifetime

5   predicts risks, because you get mutations with

6   replication stem cells.

7           But what he failed to account for was

8   the enormous number of promotional factors that

9   alter stem cell replication.  And that's where

10  promotional factors are really important.

11      Q    How do we know, if someone has exposure

12  to multiple promotional factors, which promotional

13  factors caused their cancer to progress to the

14  point that it was clinically apparent?

15      A    Well, it's -- again, getting back to my

16  original argument, that it's dose and time, and

17  the presence or absence of other potential risk

18  factors.  That's what for me -- specific

19  causation, which is what we're talking about is,

20  are there other potential causes that may actually

21  explain this independent of the glyphosate or the

22  Roundup.  And when you see those, you have to, you

23  know, make a judgment.

24          There's nobody here -- there's no flag

25  that says, Hey, I got this from glyphosate.  No,

B. Barry Boyd, M.D

1  no, no, no, no, I got this because I was obese and

2  I had rheumatoid arthritis.  But what it says is

3  that if you have multiple known risk factors, that

4  then makes you be very careful to judge how

5  important the Roundup glyphosate is relative to

6  those risk factors.

7            If you don't see many of those risk

8  factors, it says, Well, you know, I can't see

9  anything else.  You know, spontaneous maybe, but

10  we know that there's no question that prolonged

11  exposure over time may be an explanation that

12  makes -- you know, makes huge sense when you look

13  at the -- you know, particularly with him, how

14  long he was exposed to it.

15      Q    Does that process of making that

16  judgment and weighing those risk factors have a

17  name?  Is it a procedure or something that you go

18  through that's called something?

19      A    Oh, you're probably talking about the

20  Bradford Hill criteria for causation.  Which is

21  actually much of this, you know, and that's

22  applied to epidemiology studies that are

23  prospective cohort studies as opposed to

24  randomized trials, which we don't have, and it's

25  really meant to try to imply causation versus

D. Barry Boyd, M.D

1   correlation in an event.  And there are Bradford

2   Hill calculations that would be used to try to

3   determine the probability of a causal association.

4        Q    Did you conduct a Bradford Hill

5   assessment in Mr. Seidl's case?

6        A    No.  No.  But, you know, they're --

7   they're basically only semiquantitative, and they

8   are essentially the same thing that we're talking

9   about.  Mechanism, duration of exposure,

10  consistency of exposure, you know, the -- the very

11  things that we're really looking at that make --

12  that, you know, would fit within the Bradford Hill

13  that suggest a high probability based on that.

14            MS. COPE-KASTEN:  Why don't we take a

15  five-minute break here.

16            THE WITNESS:  Oh, there you are.  Sorry.

17  My camera is over here.

18            THE VIDEOGRAPHER:  The time is 4:50 p.m.

19  Off the record.

20            (Recess.)

21            THE VIDEOGRAPHER:  The time is 5:03 p.m.

22  On the record.

23  BY MS. COPE-KASTEN:

24        Q    Dr. Boyd, before the break you told me

25  that you did not conduct a Bradford Hill

D. Barry Boyd, M.D.

```
1    assessment in this case.

2         A    Right.

3         Q    What type of assessment did you conduct

4    in Mr. Seidl's case?

5         A    Well, I essentially was looking -- you

6    know, I didn't do a quantitative assessment other

7    than evaluating the quantitative exposures and

8    evaluating the other mitigating factors that might

9    have played a role in risk to identify and try to

10   quantitate what their potential contribution was

11   to risk.

12             You know, it's -- it's very hard to do

13   strict numbers on this because -- obviously,

14   you've addressed a number of times in your

15   questions about how do you know for sure, and it's

16   really weighing the -- the relative probabilities

17   here, rather than saying this is a 95 -- you can't

18   give a number, but it's -- but if it's a

19   substantial contribution based on level and

20   duration of exposure and the absence of other

21   significant risk factors that makes it more a high

22   risk.

23        Q    So it's effectively a weighing --

24        A    Yes.

25        Q    -- or balancing analysis that's done.
```

B. Barry Boyd, M.D.

```
 1        A     Yes.  That's exactly what Bradford Hill
 2   is, you know.  I mean, putting numbers on this
 3   often gives you a false sense of accuracy.  It's
 4   really a relative effect.  It's not an absolute.
 5        Q     What do you consider to be the risk
 6   factors that Mr. Seidl had aside from exposure to
 7   Roundup?
 8        A     Right.  Well, you know, I think we can
 9   go back to his work.  He -- number one, he did not
10   have family history of hemologic malignancies.
11   His mother was a smoker and died of breast cancer
12   at 60.  He had a half -- an uncle, really half-
13   uncle, his mother's half-brother, who died of
14   colon cancer, also in his 70s.  So the age there
15   is not unusual.  And a maternal grandmother who
16   died of brain tumor.  But those are not in any way
17   genetic factors that can be correlated.  There's
18   no other family history.
19             Now, I'll give you an example because --
20   I won't do that.  This is not family history.  Let
21   me -- let me not stray.
22             He had hypertension.  He was on a
23   medicine, Micardis.  That's not routinely
24   associated with risk.  Interestingly, he was on a
25   gluten-free diet.  Now, this is another part of
```

 1    what I talk about a lot.  He didn't have celiac

 2    disease, sprue or anything even like that.  He

 3    wasn't even gluten-intolerant.  He was just doing

 4    it as a -- you know, a diet that a lot of people

 5    follow.  If he had celiac disease, he is at risk

 6    for lymphoma, but he did not have that.  So, you

 7    know, looking at that, there was no connection

 8    with that.

 9              He had relative -- he was not overweight

10    at all.  He was actually extremely vigorous in his

11    lifestyle.  He was proud of maintaining his

12    weight.  He jogged and ran, you know, marathons,

13    and even ultra marathons.  A little bit less

14    robust after he was ill because he had trouble

15    maintaining the same time when he did, but he

16    still tends to jog.

17              Was not a smoker.  He did enjoy -- and I

18    kind of noted he enjoyed a beer and alcohol, which

19    is not a risk factor for lymphoma.  It is a risk

20    factor for neck cancer.  It may -- of course, may

21    play a role in liver cancer in very heavy alcohol

22    intake.  And there is a 15 percent increase in

23    risk in breast cancer, but not -- and not related

24    to lymphoma.

25              He was a trim carpenter, so he worked,

B. Barry Boyd, M.D.

1    you know, for only three months.  Again, this is

2    quantitative.  And so he really didn't work a lot

3    with -- with organic chemicals, including

4    varnishes or finishes.  He just did trim carpentry

5    work.  So he didn't have anything near the kind of

6    exposures.  Even if they were heavy, if that's all

7    he did in his job, he still did not have any

8    exposure to things that we consider carcinogenic.

9    And that was only for three months.

10           The one area where he did work was in a

11   chemical company called Vulcan, which became

12   OxyChemical, and that was working for a year in

13   1979 to 1980.  So again, that was basically

14   30 years before diagnosis.  And at that time he

15   had a clerical job working in an office that was

16   distant from the -- where the -- some distance

17   from the plant where they generated chlorinated

18   solvents, including perchloroethylene.  It's a --

19   it's a dry cleaning solvent.  There is within that

20   benzene.  We looked -- I think looked at some of

21   the data on -- on the local exposures to benzene,

22   and there was some within the groundwater as well

23   as within the soil, but it was distant from him,

24   and the level of exposure would be very small for

25   him for one year.

D. Barry Boyd, M.D.

1              He also went out -- I think 20 times he

2       was required to wear -- to take with him goggles

3       and -- and a respirator should there be an event

4       that indicated an increased risk of exposure.  He

5       never had to wear that when he went outside.  And

6       generally, he was -- he stayed away from the

7       production area.  He largely spent most of his

8       work within the office.

9              He did use a weed -- he did use a wasp

10      spray once yearly with Raid for about 15 years but

11      once -- once a year.  And I think within his work,

12      he did not -- when he worked with SPTATT, he --

13      SPCATT in his many different positions, he never

14      really had any chem -- chemical exposures.  So

15      again, nothing there that would stand out and say

16      that is an explanation.

17             He might have had some exposure working

18      in -- in the finance world, but I doubt it.  He

19      did that for a brief period in 19- -- 1980.  He

20      took two -- two years off to work for Prudential

21      Bache.

22        Q    I want to talk about each of these

23      different risk factors -- or at least some of the

24      risk factors that you've listed sort of one at a

25      time, okay?

B. Barry Boyd, M.D

1          A     Sure.  Of course.

2          Q     So the first one that you talked about

3    was this idea of a family history or lack thereof

4    of cancer.  Right?

5          A     Mm-hmm.

6          Q     You said that the family history of his

7    mother having breast cancer, his half-uncle having

8    colon cancer, and his grandmother having a brain

9    tumor cannot be considered to be genetically

10   linked to Mr. Seidl having an increased risk for

11   non-Hodgkin's lymphoma.  Is that right?

12         A     Yeah, I think what you're talking about

13   is the Li-Fraumeni syndrome, which is --

14   correlates with multiple different malignancies,

15   but it's a very clearcut distant -- difference.

16   Those tumors are much more early onset.  So one of

17   the reasons we look at hereditary cancers is the

18   timing of the onset.  And timing is critical to be

19   able to apply genetics.  It's very different than

20   age-related malignancy, which, as you know, goes

21   up exponentially with age over the age of 55 and

22   60.

23               And so in each of those cases, if you

24   look at his family history, they largely occurred

25   -- mom at age 69, the -- and the mother -- the

B. Barry Boyd, M.D.

1    uncle in his 70s, and the maternal grandmother,

2    again in -- at 60.

3            So these are not the typical 40 -- 35-

4    to 40-year-old incident cancers that make you

5    think of something like a multi-cancer process

6    like Li-Fraumeni, which is probably what you're

7    thinking of, because there are certain

8    characteristic malignancies with that.

9        Q    For a family history of cancer to be

10   significant in terms of an increased risk for an

11   individual developing non-Hodgkin's lymphoma, does

12   the family history have to be a hemapoietic cancer

13   aside from the Li-Fraumeni syndrome?

14       A    No.  No.  But -- but there are certain

15   features that make you think of familial risk

16   factors, you know, and those --

17       Q    How --

18       A    -- include age -- age at cancer.  You

19   know, from childhood to adult -- early adult

20   onset.

21       Q    Is age of diagnosis the way that you

22   ruled out family history as a risk factor in

23   Mr. Seidl's case?

24       A    Well, in terms of -- you know, number

25   one, most of the data supports the idea that if

B. Barry Boyd, M.D.

1    you have -- there -- there are two ways -- you

2    know, I don't want to get complicated but I will,

3    okay?

4              Twin studies are very useful for teasing

5    out nongenetic -- non-high risk genes.  Okay.

6    Non-high risk genes, and what they do is they tell

7    us that within families twins -- identical twins

8    have higher risk than nonidentical twins.  So in

9    breast cancer, for instance, the risk of having a

10   hereditary risk factor that's high penetrance like

11   BRCA1 or BRCA2 or some of the related genes, in

12   total equals around anywhere from 8 to 12 percent

13   of breast cancers are actually hereditary in that

14   sense.  Okay.  It can be explained.

15             In contrast, twin studies -- identical

16   twins show that 25 percent of risk is hereditary,

17   but the other part of that is non-cancer gene

18   related.  It can be related to estrogen,

19   metabolism or other -- or obesity or diabetes that

20   themselves predispose to those cancers.  So there

21   are family history factors.

22             In lung cancer, fascinatingly, one of

23   the risk factors that's family oriented for lung

24   cancer turns out to be tobacco addiction.  And in

25   families that have a high probability of becoming

B. Barry Boyd, M.D.

```
 1   addicted to tobacco are more probably going to
 2   have higher incidence of multiple family members
 3   with lung cancer.
 4            So that's why it's very complex to sort
 5   of point to a causation related to family rather
 6   than these complex interactions between family and
 7   environment -- between family history and
 8   environment.
 9       Q    If Mr. Seidl didn't have any exposure to
10   Roundup at all, but had the other same risk
11   factors that you've talked about, would you
12   consider his family history, in particular the
13   family history of a first-degree relative having
14   had cancer, to be more significant --
15       A    No.
16       Q    -- than you found it to be in
17   Mr. Seidl's case?
18       A    No, I wouldn't.  I would not have -- I
19   would not have thought that that was a causation.
20   Definitely not.  That wouldn't have weighed me one
21   way or the other.  I would look at that
22   independently.
23       Q    What do you mean when you say you would
24   look at it independently?
25       A    Well, I would look at that risk factor
```

B. Barry Boyd, M.D.

```
1    in relationship to lymphoma independent of other
2    exposures.  You know, we -- we do them together at
3    the end to try to weigh which was causal.  But I
4    wouldn't look at him and look at his hereditary
5    risk only in light of glyphosate.  I look at that
6    in general.
7            Q    Did you rule out hereditary risk as
8    increasing Mr. Seidl's risk of developing
9    non-Hodgkin's lymphoma in any way in this case?
10           A    I -- I felt that it was not a major
11   contributor.
12           Q    Did you feel that it was a minor
13   contributor?
14           A    No.  I mean, I -- again, you know, I'm
15   just saying the cancers within his family, okay,
16   breast, colon, and the maternal grandmother with
17   brain, all at -- all at older ages.  Okay.  All at
18   older ages are -- you know, we have families that
19   have a lot of malignancy, and the malignancy is
20   environmental.
21               As I said, let me remind you, cancers
22   increase exponentially with age in America.  So
23   that once you reach 60 to 70, half of people die
24   of cancer.  It has nothing -- the majority of
25   those patients are not hereditary.  They are
```

B. Barry Boyer, M.D.

```
 1  endemic cancers linked to environment, you know,
 2  as well as aging.  Because aging means -- and I
 3  always -- and I say this -- it's very important to
 4  understand this -- it's time related, not age
 5  related.  Okay.
 6          And I've looked at some of the
 7  epidemiology in South Africa, and interestingly,
 8  people who reach the age of 50 in South Africa,
 9  Caucasians have twice the risk of developing
10  cancer between 50 and 70 than South African
11  blacks.  That was done in 1970 before HIV.  So
12  South African blacks were thin and scrawny, and
13  did not smoke and did not do any of the things
14  that we tend to think of as being highly
15  associated with risk for cancers.  And had no --
16  very few colon cancers, very few breast cancers,
17  whereas the Caucasian population in South Africa
18  had markedly higher levels.
19          And so it isn't just age and time.  It's
20  length of time it takes for these to evolve.  And
21  so when people get a cancer at 60 or 70, the
22  answer to me is not only, God, it must be
23  hereditary, we look carefully at that, but we look
24  at patients in their 30s and 40s, and we do
25  genetic analysis, we can't find anything.
```

B. Barry Boyd, M.D

 1              So it's a stochastic event.  The

 2    probability of it evolving into a malignancy, any

 3    mutation change increases with duration of time.

 4    The probability of having had a -- a genetic

 5    carcinogenic event and that cell becoming

 6    malignant increases with years.

 7              And so when you're older, it is not

 8    because you have some hereditary factor -- I mean,

 9    there may be in some cases -- but when you get it

10    at 69, 70, the overwhelming probability is that's

11    a time-related change that may have related to

12    other -- other aspects, you know, environmental

13    factors that would predictively raise risk at that

14    age.

15       Q    So the risk of developing cancer or

16    non-Hodgkin's --

17       A     Probability -- I don't mean to

18    interrupt, but the probability of blaming genetics

19    for a cancer, and as I said before, many of the

20    genetic factors are either tumor suppresser genes

21    that are lost, in which case your cancers will

22    occur in your 20s or 30s often, medulloblastoma,

23    neuroblastoma, P -- Li-Fraumeni, which is the loss

24    of P53, those are early onset cancers.

25              A cancer like breast cancer is earlier

B. Barry Boyd, M.D

```
 1  onset because the genes in BRCA are repair genes.

 2  They're not suppresser genes.  And so when you

 3  lose a repair gene, you acquire mutations much

 4  more rapidly, and the cancers occur in your 30s,

 5  40s and 50s, and you're going to have family

 6  members who have early onset cancer.

 7            You know, people with the BRCA mutations

 8  don't get cancer in their 60s and 70s.  They often

 9  get them in their 40s and 50s.  You may have one

10  person who manages, fortunately, because of

11  probability to get it at that age, but if you

12  don't have anybody at an early age, it's really

13  tough to blame genetics for that.

14            And I'm very adamant about that because

15  I know this, I know the data, I know -- there's

16  another very interesting feature of this.  Women

17  with a BRCA gene, born in 1920 in Scandinavia, the

18  BRCA2 gene, there's a family mutation in

19  Scandinavia, in Iceland.  In Iceland.  Their

20  probability through age 75 of getting cancer was

21  17 percent.  Women born in 1950 with the same

22  mutation through age 70, their probability was

23  over 75 percent.  They have the same mutation,

24  right?

25            So what does that mean?  It means that
```

B. Barry Boyd, M.D

1  environment plays a role even in hereditary risk.

2       Q    Do you know whether --

3       A    And plays a major role.

4       Q    Do you know whether Mr. Seidl's mother

5  had a BRCA mutation?

6       A    I -- I don't have that data.  I -- I

7  would be surprised.  Age 60, I don't know.

8       Q    Do you know whether Mr. Seidl's mother,

9  grandmother or half-uncle were exposed to Roundup?

10      A    No.

11      Q    Do you consider age 57 to be a typical

12  age for someone to develop non-Hodgkin's lymphoma?

13      A    It's within the spectrum of increasing

14  risk after age 55 to 60.

15      Q    The risk of non-Hodgkin's lymphoma

16  increases after the age of 55?

17      A    Well, it will increase over time, yeah.

18  If you ask me to give you the probabilities, I

19  can't do it per -- per year, but, you know,

20  certainly over the age of 60 it increases.

21      Q    And is 57 an unusual age to see a

22  patient with non-Hodgkin's lymphoma, even if that

23  patient does not have exposure to Roundup?

24      A    No.

25      Q    How did you rule out age as what

B. Barry Boyer, M.D.

1   ultimately led to Mr. Seidl having non-Hodgkin's

2   lymphoma?  That is to say, how did you determine

3   that Mr. Seidl simply did not just accumulate

4   enough driver mutations by the time he turned age

5   57 to have non-Hodgkin's lymphoma?

6        A     Right.  I think when you weigh the

7   combination of what we see as a potential tumor

8   promoter and mutagen at high levels of exposure

9   over time combined with that, it says it may

10  likely have been playing a substantial role in

11  this.

12            I mean, every patient you always look at

13  the other risk factors.  I'm not saying yes,

14  because remember, as I said, it's very important

15  that age and exposure together, it's time-

16  dependent.  So I can't analyze everybody out there

17  who has lymphomas that increase over time.

18            What we can know is if we look at that

19  more carefully, we may find exposures, whatever

20  they may be, that over that duration of time

21  explain the length of time it takes to get that

22  cancer.  So it's very important to understand

23  that.

24            I can't -- I can't look at everybody and

25  say, Why is it that -- it's simply not spontaneous

B. Barry Boyer, M.D.

1   that everybody gets it after age 60.  I told you

2   about the genetics of breast cancer and how people

3   who are -- who have the gene -- a substantially

4   lower number of people who are African American

5   did not get breast cancer.  And the people with

6   the BRCA gene did not get breast cancer when they

7   were -- you know, back in the 1920s.

8           What happened?  Environmental factors

9   are playing a role here.  So you have to look at

10  what potential environmental factors are actually

11  explaining age-related cancer risk.

12      Q    So you can't disentangle --

13      A    No, you can't.  You can't.  Sorry, I

14  didn't mean to interrupt.

15      Q    -- age from -- you can't disentangle age

16  from Roundup exposure when you're talking about

17  what caused Mr. Seidl's non-Hodgkin's lymphoma?

18      A    The other way around.  We know that

19  there are increases in risk for multiple cancers

20  over the last X number of years.  You cannot

21  disentangle the factors, but you can try to

22  quantitate them based on levels of exposure with

23  potentially known risk factors that may explain in

24  some individuals why they got it with increasing

25  time.

B. Barry Boyd, M.D.

```
1        Q    How do you evaluate what exposure is for
2   age?  Is it just number of years?
3        A    Well, sure, it's number of years.  It's
4   quantity of exposure per unit of time over that
5   period of time.  I mean, and that's for the
6   toxicologist and for -- you know, to calculate the
7   dermal exposure, time of -- duration of exposure,
8   you know, all of that.  I mean, that's not my
9   specialty, but I have to rely on them to be able
10  to define how extensive an exposure was over time.
11             And again, you know, a very simple thing
12  to remember is, if you look at some of the data,
13  the latency, which is the length of time between
14  initial exposure and onset of a disease, is a
15  period in which accumulation of mutations or
16  promotional factors or both are playing a role in
17  that duration of time it takes to get a cancer.
18             And it's time.  So --
19        Q    In terms --
20        A    -- you know, you can't believe -- I'll
21  just finish this.  You can't look at somebody and
22  say, you know, Well, he was exposed at the age of
23  35, and he got lymphoma at age of 36.  No, there's
24  not enough time and not enough exposure.  And
25  that's why over time that exposure plays a role in
```

D. Barry Boyd, M.D.

1   that individual explaining the age effect of

2   cancer incidence.

3           And this is true for --

4   Q    I have a follow-up question.

5   A    -- smoking.  This is true for breast

6   cancer.  This is true for colorectal cancer.  You

7   know, there's some -- some fascinating and,

8   unfortunately, more scary incidents recently of

9   young age-related colon cancer, which we think are

10  microbiome related.

11          By the way, exposures like this, I

12  haven't even begun to explore, and that's

13  something that I would like to, what does this do

14  to the microbiome that change the biology of

15  cancer.  But at any rate, that's the, you know,

16  the gut flora.

17          But at any rate, we know that these

18  exposures over time explain age.  Because time is

19  simply age, right?

20  Q    We've been dancing around this, and I

21  just want to make sure that I'm totally clear on

22  your position.

23          You have not ruled out age as a

24  substantial contributing factor for Mr. Seidl's

25  non-Hodgkin's lymphoma because you believe that it

B. Barry Boyd, M.D

1    ties into his exposure duration for Roundup.

2        A    Yes.  You know -- you know, you're

3    actually trying to make age the cause.  And I'm

4    trying to explain that -- and I just went through

5    a number of studies of different cancers that show

6    that it's not age; it's time.

7              You can't -- you get cancer because

8    cancers may take 25 to 30 years to evolve.  You

9    can't get -- very few cancers occur within a year

10   of exposure.  Like smoking, they don't.  They take

11   20 to 30 years or more of time, and that time is

12   called age because over time you age.  And so

13   people who are older have the luxury of living

14   long enough to get those diseases because of the

15   length of exposure that they have had and the

16   duration of time it takes to develop this.

17             I'm not dancing around it.  I'm

18   explaining the relationship to age.  I write about

19   this all the time.  You're asking me to just blame

20   it on age, and I'm telling you that you've got the

21   concept wrong.  It's not age; it's time.  Sorry.

22             MS. COPE-KASTEN:  Move to strike the

23   suggestion that I'm implying that this is based

24   purely on age.

25             THE WITNESS:  Yeah, and I'm saying to

B. Barry Boyd, M.D.

```
 1   you, and we are now learning more and more about
 2   cancer causation, that the -- the effective age --
 3   and I write a lot, I'll be glad to send you some
 4   literature on this -- is mistaking age for a
 5   duration of time, and that in populations years
 6   ago, even people living into their 70s did not get
 7   cancers.
 8             Hunter gatherers -- let me give you an
 9   example.  Hunter gatherers, the median survival
10   was 36 years.  Right?  But the majority of those
11   who made it to age 10, survived to 70 and they
12   didn't get cancer.  They didn't get cancer.  Why
13   was that?  They had plenty of time.  They were
14   old.
15             Same with the studies from South Africa.
16   I mean, the studies I was explaining before --
17   A.R. Walker has done a number of epidemiologic
18   studies in South Africa and showed that African
19   American blacks back in the 1970s did not have
20   high incidences of many of the cancers that we
21   think of as age related.  Why?  Because they
22   needed exposures plus time to get it.  It was only
23   the Caucasians -- the Caucasian populations and
24   the Boer pop- -- the Boer population and the
25   Indian population who lived there who had typical
```

D. Barry Boyd, M.D.

1   western lifestyles who developed those cancers and

2   exposures.  But the blacks didn't.  Why?  Because

3   it wasn't age.  It was -- it was time-dependant

4   plus exposure.

5            So, I mean, the trouble with what you're

6   asking are extremely common misconceptions from

7   even physicians who don't understand this.  Even

8   molecular biologists don't understand the critical

9   understanding of time and duration of exposure and

10  risk.

11  BY MS. COPE-KASTEN:

12      Q    Is Roundup the only exposure that you

13  believe Mr. Seidl had at a sufficient level over

14  time to cause non-Hodgkin's lymphoma?

15      A    Yes.  Yeah.  Compared to the others,

16  there's nothing that actually compares to that

17  level of exposure over time.

18      Q    When we're talking about latency, does

19  the very first exposure of Roundup start the clock

20  for latency or do you have to reach a critical

21  mass of exposure before latency --

22      A    Well, I think --

23      Q    -- the clock would start for latency?

24      A    Yeah, yeah.  And I think it's -- it's

25  the same thing, it's stochastic.  You know, you

D. Barry Boyd, M.D.

```
 1   probably are not aware of this, but taller people

 2   have more cancer.  Did you know that?  The taller

 3   you are, the greater risk --

 4        Q    I did not know that.

 5        A    -- of having cancer.  Yeah.

 6             Well, the reason for that, and even

 7   Vogelstein and Tomasetti acknowledged that that's

 8   a risk factor, is taller people have more stem

 9   cells.  Because of that, they have what we call

10   the lottery ticket effect.  Right.  I call it

11   that, the lottery ticket effect means you have a

12   higher number of cells vulnerable to mutation that

13   are critical for developing malignancy within each

14   tissue compartment.

15             So if you have a larger population of

16   tissue stem cells, because of your height and

17   early growth -- within the first three years is

18   when this occurs -- that puts you at a higher risk

19   for postmenopausal breast cancer, and almost every

20   other cancer is linked to that, by the way,

21   height.  It's small.  It's not carcinogenic.  It

22   simply starts you off with more tickets to the

23   cancer fair.  Right.  You just have more tickets.

24             But then what happens over time is,

25   depending on exposure, you will have a probability
```

D. Barry Boyd, M.D.

1    of developing critical mutations and exposures

2    that raise the risk over 10, 20, 30, 40 or

3    50 years.  So if you ask me, you know, it must

4    have been the last ten years that caused the

5    breast cancer, Well, you know, as I said before,

6    taller women at birth, you can predict higher risk

7    of breast cancer at the age of 50.

8              So these factors are -- are -- you know,

9    are summing many things, but it's important to

10   realize that probability is part of this.  You are

11   not guaranteed to get breast cancer if you're

12   5-foot-11 as opposed to 5-foot-2.  I have women

13   who are short.  It simply is a -- a probability

14   issue.  It raises the probability of risk.

15             The same thing applies to exposures.

16   One exposure may be all you need.  You know, you

17   may have bad luck, and that was enough to change a

18   critical gene that itself will lead to cancer.

19   But the probability goes up over time with

20   continuous and more chronic exposures.

21             And I've explained to you how tobacco

22   carcinogenesis is the exact model for this.  It's

23   a carcinogen and a promoter, and the longer you

24   smoke, you know, the longer duration of smoking,

25   the greater the risk.  So if you start smoking at

D. Barry Boyd, M.D.

1    age 20 -- or at age 15 you start smoking heavily,

2    your probability of getting a malignancy is going

3    to increase after age 50 to 55.  If you start

4    smoking at the age of 20, you push back that

5    probability of peak risk to age 60.

6            And Dahl and Peter have done these

7    elegant studies showing time of exposure and

8    duration versus risk.  It's all about

9    probabilities.  You know, and you can't -- and I

10   know it's frustrating because you want me to say

11   there's no relationship to this, but for him, his

12   probability based on the duration and exposure,

13   like smoking, is much more consistent than many of

14   the people I've looked at with Roundup exposures.

15       Q    One of the things that you said in there

16   is that people can have one exposure and that can

17   be enough, and they can be unlucky and simply have

18   the mutation at a bad spot and develop cancer from

19   it, right?

20       A    I'm saying that one exposure in theory

21   may be all it takes, but it's very rare.  Right?

22   And we know, again going back to the tobacco

23   model, that having a few cigarettes is highly

24   unlikely to cause cancer compared to continuous

25   smoking over time.  There's a quantitative

D. Barry Boyd, M.D.

1  probability based on level and duration of

2  exposure.

3       Q   So it's not about ruling something out.

4  It's about determining that it's less probable to

5  be the cause --

6       A   Yes.

7       Q   -- of something --

8       A   Exactly.  It's all about probability.

9       Q   You would agree with me that being of

10  Northern European decent makes someone at higher

11  risk for developing non-Hodgkin's lymphoma than

12  other --

13      A   Right.

14      Q   -- race backgrounds?

15      A   Yes.

16      Q   I assume that you're going to tell

17  me --

18      A   That's -- that's a small -- that's a

19  small factor.  You know, it's just that they're

20  more common in that population, but there are also

21  probably going to have different lifestyle

22  features that may explain that.  It's not just

23  genetics.  There may be lifestyle differences that

24  explain why Northern Europeans are more likely.

25  There are a lot of studies --

D. Barry Boyd, M.D.

```
 1          Q    You understand --

 2          A    -- that sort that out.

 3          Q    You understand that Mr. Seidl is of

 4   Northern European decent?

 5          A    Yeah, mm-hmm.

 6          Q    But you would consider that to be a very

 7   unlikely contributor to his ultimate development

 8   of non-Hodgkin's lymphoma?

 9          A    Oh, absolutely.  We would call that a

10   very minor --

11          Q    And so I understand --

12          A    -- a very minor contributor.

13          Q    One of the things that you mentioned was

14   that Mr. Seidl has a history of hypertension.

15          A    Right.

16          Q    You said that he's on a medication

17   called Micardis to control that?

18          A    Right, uh-huh.

19          Q    Do you know whether that's the only

20   hypertension medication Mr. Seidl has ever been

21   on?

22          A    I mean, I would have to go back, but I

23   believe that that was the major one he was on for

24   most of his life.

25          Q    How is the hypertension significant to
```

D. Barry Boyd, M.D.

```
 1   the potential for developing non-Hodgkin's

 2   lymphoma?

 3       A    It is a -- I have to go back to the

 4   paper I'm writing on -- on the common origins of

 5   modern chronic disease.  Okay.  Hypertension --

 6   God, I just wrote an article on COVID too, I'm

 7   writing on that.  But the issue is this:

 8   Age-related changes in weight gain, hypertension,

 9   all of these may have shared origins.

10           Now, his hypertension seems to be well

11   controlled, and it's unassociated with diabetes,

12   insulin resistance or obesity.

13           So when you try to isolate the

14   relationship between hypertension and disease,

15   it's -- it's very important to realize that it is

16   a co-factor linked to insulin resistance.  Insulin

17   resistance causes hypertension, by the way, and

18   high insulin.  And it's linked to lymphomas and

19   myelomas.  That's one of the mechanisms.  Because

20   lymphomas will have receptors for insulin and IGF,

21   you know, among other receptors that may play a

22   role in the growth of lymphoma cells.  And that's

23   one of the other things I work on is the role of

24   insulin in cancer, but trying to tease out one

25   from the other is difficult.
```

D. Barry Boyd, M.D.

1            He probably has a form of essential

2    hypertension that is unrelated to metabolic

3    syndrome, insulin resistance, hyperlipidemia, many

4    of the factors, and obesity.  And so his is a

5    different -- probably a different mechanism that

6    is not connected to the type of hypertension

7    that's linked to multiple chronic diseases.

8         Q    When you say that it probably isn't --

9         A    Oh, I didn't say that it --

10        Q    -- that's not something that you

11   conducted a particular assessment of Mr. Seidl to

12   try to determine.  You just don't know one way or

13   the other?

14        A    No.  No, I'm certain it had nothing to

15   do with his lymphoma.  I don't know what you mean

16   by -- you know, these are not things where you

17   look at that and do a -- a Bradford Hill analysis

18   of his hypertension versus lymphoma.  He had

19   isolated essential hypertension, well controlled.

20   He does not have the factors that are commonly

21   connected to hypertension as a syndrome, which is

22   the meta- -- do you know what the metabolic

23   syndrome is?  Ever heard of that?

24        Q    Yes, I do.

25        A    Yeah, it's obesity with a B- -- with an

D. Barry Boyd, M.D.

```
 1   elevated BMI and an elevated waist circumference.

 2   It's blood sugars over 100 to 120, it's

 3   triglycerides over 150, and it's hypertension, an

 4   HCL under -- under 45 for men and under 55 for

 5   women.

 6            It is a syndrome, described by Gerry

 7   Reaven, that is connected to multiple cancers.

 8   And that is the connection.  But isolated

 9   hypertension in the absence of insulin resistance

10   is not the same thing.

11        Q    One thing that I just want to clarify

12   for the record, you and I agree that Mr. Seidl did

13   not have obesity, right?

14        A    Correct.

15        Q    You said earlier that he was not

16   overweight at all.  And I just want to confirm --

17        A    No, I -- go ahead.  His BMI --

18        Q    -- as a matter of the physical record --

19        A    Right.

20        Q    -- his BMI was in fact overweight, just

21   not obese, correct?

22        A    That -- that's correct, and that

23   actually fits in with this syndrome.  Because at

24   his weight and his level of numbers, he was not --

25   he would not fulfill the criteria for -- for
```

D. Barry Boyd, M.D.

1   obesity.  Overweight, or actually right in the

2   middle, in terms of outcome -- they actually

3   have -- there's a U-shaped curve for cancer risk

4   and outcome, and he is actually on the low end of

5   that.

6              So that when you or your weight -- if

7   your BMI is between 23 and 28, you have the best

8   long-term outcome.  It's when your weight is lower

9   or higher that your risk goes up, and the risk

10  clearly goes up if you're over, say, 40 -- 35 to

11  40 when you have morbid obesity.

12             But he was in this ideal -- we would

13  call that the sweet spot because it protects him

14  from risk and protects him from adverse outcome

15  from disease.

16      Q    So fair to say, in your estimation,

17  weight played no role in Mr. Seidl developing

18  non-Hodgkin's lymphoma?

19      A    Correct.  He would need to be morbidly

20  obese for me to even consider that.  Plus, he

21  would need to have evidence for other factors

22  linked to obesity, including the insulin

23  resistance state, dyslipidemia, all the things

24  that we know.  And, you know, more importantly,

25  metabolism is markedly improved with physical

B. Barry Boyd, M.D.

1    activity.

2            So even -- we know -- so an example,

3    physical activity is not good at controlling

4    weight.  It's great at protecting metabolism.  And

5    so his level of physical activity kept him

6    physically fit.  And by the way, there's a very

7    high probability -- I didn't ask him his waist

8    size, but there's a high probability that his BMI

9    was associated with a higher lean muscle mass and

10   lower weight mass, except after treatment.

11   Because treatment causes dyslipidemia and causes

12   -- because of the steroids and the prednisone

13   that he was on, can adversely affect body

14   composition.

15           But my guess is his body composition was

16   ideal, despite the BMI, which is a -- you know,

17   like athletes.  Athletes can have a high BMI and

18   have a high muscle mass and low -- this low

19   obesity.  And my guess is he probably did.

20           But again, I'm speculating, but only

21   because I know the level of his physical activity.

22   And I know that people don't do ultra marathons

23   and jog every day and be extremely physically fit

24   and have symptomatic severe -- significant

25   obesity.  That BMI is likely to be associated with

D. Barry Boyd, M.D.

1   higher muscle mass and less obesity.  Unless

2   visceral obesity, if you will, which is a critical

3   determinant of risk.

4        Q    Are you intending to offer any opinions

5   in this case about symptoms or effects of

6   Mr. Seidl's non-Hodgkin's lymphoma treatment?

7        A    To be honest, only what he said, which

8   was that it just affected his long-term ability to

9   exercise.  But he still actually seemed to have

10  done fairly well.  He just is not able to jog as

11  fast and, you know, his endurance is down, but he

12  seems to be better.  So that's -- you know, I'm

13  just going to, you know, essentially tell you what

14  he has already said in his testimony in his

15  deposition.

16       Q    One of the things that your report

17  mentions is that Mr. Seidl had some shoulder pain

18  in the wake of his biopsy for non-Hodgkin's

19  lymphoma.

20            Do you recall that?

21       A    Yeah, let me go back.

22            Yeah, you know, I think -- you know, I

23  think it's -- it's -- you have to read that

24  differently.  That was a note that indicated he

25  had neck surgery, lymph node biopsy, no swelling,

D. Barry Boyd, M.D.

```
 1    going to clinic -- chiropractor.  He also had
 2    right shoulder imaging, which was negative, but he
 3    had adhesive capsulitis, frozen shoulder.  That
 4    was not a biopsy related event.  Likely, that was
 5    frozen shoulder.  Whether it was related to, you
 6    know, withholding activity after the biopsy, but
 7    I -- in no way does that note indicate that there
 8    was a connection between the frozen shoulder and
 9    adhesive capsulitis, and the lymphoma or the
10    biopsy.
11         Q    So you're not intending to offer an
12    opinion that the frozen shoulder or the
13    adhesive capsulitis is related to the NHL or any
14    part --
15         A    No.
16         Q    -- of the diagnosis or treatment for
17    NHL?
18         A    No, not at all.  It's just that the
19    diagnosis was made during the visit, which was,
20    you know, around the time that he had that.  But
21    not at all.
22              And of course, that was -- you know,
23    that was, you know, after he had completed his
24    treatment.
25              MS. COPE-KASTEN:  Let's go off the
```

D. Barry Boyd, M.D.

1    record for just one moment, please.

2                THE VIDEOGRAPHER:  Okay.  The time is

3    5:45 p.m.  Off the record.

4                (Recess.)

5                THE VIDEOGRAPHER:  The time is 5:46 p.m.

6    On the record.

7                MS. COPE-KASTEN:  Dr. Boyd, I don't have

8    any more questions for you today.  I will turn it

9    over to Mr. Sutton in case he has any.  Thank you

10   for your time.

11               THE WITNESS:  Okay.  Thank you.  And I

12   appreciate your taking the time.

13               MR. SUTTON:  No -- no questions from me,

14   Dr. Boyd.  Thank you.

15               THE WITNESS:  I get to finish at sunset.

16   Can you all enjoy the sunset here?  You see the

17   sunset out my window?  I don't know if -- oh,

18   here.  I'm sorry.

19               THE VIDEOGRAPHER:  Can we go off the

20   record?

21               THE WITNESS:  Yeah, I can't -- I can't

22   turn my computer around to show it to you.

23               MS. COPE-KASTEN:  Yeah.

24               MR. SUTTON:  Yeah, we -- we can go

25   off.

D. Barry Boyd, M.D.

1                    THE VIDEOGRAPHER:   The time is 5:46 p.m.

2    Off the record.

3                    (Whereupon, the deposition of

4                    D. BARRY BOYD, M.D. was concluded

5                    at 5:46 p.m. Eastern Standard Time.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

E. Barry Boyd, M.D.

1          CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2          The undersigned Certified Shorthand Reporter

3     does hereby certify:

4          That the foregoing proceeding was taken before

5     me remotely via Zoom videoconferencing at the time

6     therein set forth, at which time the witness was

7     duly sworn; That the testimony of the witness and

8     all objections made at the time of the examination

9     were recorded stenographically by me and were

10    thereafter transcribed, said transcript being a

11    true and correct copy of my shorthand notes

12    thereof; That the dismantling of the original

13    transcript will void the reporter's certificate.

14          In witness thereof, I have subscribed my name

15    this date:  March 9, 2021.

16

17    _____

18                    LESLIE A. TODD, CSR, RPR

19                    Certificate No. 5129

20

21    (The foregoing certification of

22    this transcript does not apply to any

23    reproduction of the same by any means,

24    unless under the direct control and/or

25    supervision of the certifying reporter.)

D. Barry Boyd, M.D.

```
 1                INSTRUCTIONS TO WITNESS

 2        Please read your deposition over carefully and

 3   make any necessary corrections.  You should state

 4   the reason in the appropriate space on the errata

 5   sheet for any corrections that are made.

 6        After doing so, please sign the errata sheet

 7   and date it.

 8        You are signing same subject to the changes

 9   you have noted on the errata sheet, which will be

10   attached to your deposition.  It is imperative

11   that you return the original errata sheet to the

12   deposing attorney within thirty (30) days of

13   receipt of the deposition transcript by you.  If

14   you fail to do so, the deposition transcript may

15   be deemed to be accurate and may be used in court.

16

17

18

19

20

21

22

23

24

25
```

D. Barry Boyd, M.D.

```
 1                    - - - - - -

 2                   E R R A T A

 3                    - - - - - -

 4    PAGE LINE CHANGE

 5    _____ _____ _____

 6    REASON: _____

 7    _____ _____ _____

 8    REASON: _____

 9    _____ _____ _____

10    REASON: _____

11    _____ _____ _____

12    REASON: _____

13    _____ _____ _____

14    REASON: _____

15    _____ _____ _____

16    REASON: _____

17    _____ _____ _____

18    REASON: _____

19    _____ _____ _____

20    REASON: _____

21    _____ _____ _____

22    REASON: _____

23    _____ _____ _____

24    REASON: _____

25
```

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2      I,_____, do hereby

 3   certify that I have read the foregoing pages, and

 4   that the same is a correct transcription of the

 5   answers given by me to the questions therein

 6   propounded, except for the corrections or changes

 7   in form or substance, if any, noted in the

 8   attached Errata Sheet.

 9

10   _____

11   D. BARRY BOYD, M.D.                    DATE

12

13

14   Subscribed and sworn to

15   before me this

16   _____day of_____,20___.

17   My commission expires:_____

18   _____

19   Notary Public

20

21

22

23

24

25
```