# EXHIBIT 2

**EXPERT REPORT OF DR. LAUREN PINTER-BROWN
IN SUPPORT OF SPECIFIC-CAUSATION
ON BEHALF OF JAMES PETERSON**

I.     **QUALIFICATIONS**

I received my undergraduate degree in Chemistry and Psychology from Brandeis University in 1976. I received my MD from UCLA School of Medicine in 1980 and performed an internship and residency in Internal Medicine at Harbor-UCLA Medical Center from 1980-1983. I completed a fellowship in Hematology and Oncology at LA County-USC Medical Center in 1986 and am Board Certified in Internal Medicine, Hematology and Oncology.

Following completion of my fellowship I practiced in academic medicine until 1990 at the University of Southern California (USC) where I was the Director of the Lymphoma Program, and at the University of California, Los Angeles (UCLA) faculty from 1990-2015 where I was the Director of the Lymphoma Program from 2005-2012.

I am currently a Professor of Medicine and Dermatology at the University of California, Irvine where I have practiced since 2016. In my academic role I have had the opportunity to conduct clinical research evaluating novel and optimal therapies for those with lymphoma, to teach and lecture extensively to medical students, medical residents and fellows and the medical community, and to develop teaching curricula related to lymphoma. In my clinical practice I consult and treat approximately 70 lymphoma patients per week. I have authored over 40 peer reviewed publications on various topics related to lymphoma and have written several book chapters on the same topic. I also served on the National Cancer Institute's Lymphoma Steering Committee. I served or am serving on the board of directors of several scholarly societies such as the International Society of Cutaneous Lymphoma.

II.     **PRIOR EXPERT WORK AND COMPENSATION**

I have previously provided any expert testimony in a court proceeding in the past five (5) years in the matters of three separate plaintiffs v Monsanto. I am being compensated for my expertise and opinion in the current matter at a rate of $750/hour, a rate set by my university.

III.     **BACKGROUND**

I was retained in this case to assess and provide an opinion on whether Mr. James Peterson's long-term exposure to glyphosate-based formulations ("GBFs") was a

substantial contributing factor to Mr. Peterson's developing Non-Hodgkin's Lymphoma ("NHL"), specifically Diffuse large B-cell lymphoma ("DLBCL"). In conducting an evaluation of Mr. Peterson's case for purposes of opining on specific-causation I have had the opportunity to review Mr. Peterson's extensive medical records, including but not limited to medical history, family history, social history, laboratory studies, imaging studies, pathology reports, and other medical providers' assessments. I have also reviewed the plaintiff's deposition and the deposition of one of his physicians, Dr. Shulman.

Prior to reviewing Mr. Peterson's materials, I studied the substantial medical literature assessing the association between exposure to GBFs and NHL and formed an opinion on whether exposure to GBFs is generally capable of causing NHL; so-called "general causation".  I also will rely on the opinions of Plaintiff's general causation experts for their evaluations of the available scientific data for the association between exposure to GBFs and NHL.  In reaching my opinions in the current matter, I employed the same scientific methodology and discipline of interpreting medical literature, evaluating a patient's past medical history – including a consideration other potential risk factors for NHL – that I have applied over the course of 40 years of clinical practice.  This report employs basic scientific principles from the fields of oncology and hematology – with a focus on NHL and its subtype of DLBCL– and I reserve the right to contextualize my opinions by testifying to the basic science in these fields.  I further reserve the right to revise, supplement, or amend this report in the event additional information is made available to me and to respond to the opinions and testimonies of Monsanto's experts.

### IV.     HISTORY OF PATIENT'S ILLNESS

Mr. Peterson presented at age 73 years old after experiencing weight loss, fatigue, and abdominal distention.  A CT abdomen performed on 1/22/17 showed extensive primarily upper abdominal lymphadenopathy involving the mesentery and retroperitoneum with a possible mass in the proximal sigmoid colon.  A representative node in the aortocaval region was 3.5 cm.  An MRI of his neck performed on 1/31/17 showed a left supraclavicular 6.7 cm mass which was new since imaging 10/20/14.  He again presented to the emergency room on 2/1/17 with similar complaints.  He underwent upper GI endoscopy and colonoscopy on 2/7/17 showing benign appearing gastric polyps and at 40 cm from the anus a submucosal swelling.  Biopsy of this swelling returned highly suspicious for B-cell lymphoma.  On the same day, a needle core biopsy of his left supraclavicular mass showed DLBCL, germinal center phenotype, FISH negative for c-myc.  Bone marrow examination on 2/10 showed minimal focal involvement of lymphoma and had normal cytogenetic evaluation.  His stage was IV. His LDH was noted to be elevated.  The International Prognostic Index (IPI)=4-5.  He was again admitted 2/13 for falling and had a port placed and began treatment with RCHOP (Rituximab, cyclophosphamide, vincristine, Adriamycin, prednisone) with a 50% reduction in

vincristine with growth factors.  By 3/22/17 CT scans of the neck, chest , abdomen and pelvis showed improvement and PET scanning on 7/11/17 documented complete remission of his lymphoma after 6 cycles of RCHOP.  For the better part of his treatment he resided ina skilled nursing facility.   Follow up CT scans on 5/11/18 continued to show complete remission of his lymphoma.

### (a) PAST MEDICAL HISTORY
Dyslipidemia
Sleep apnea
H/o diverticulitis
Elevated glycosylated hemoglobin
Right bundle branch block
H/o ataxia with negative MRI brain by report 11/16 and normal neurologic exam 2/17
GERD
Hypertension

### (b) PAST SURGICAL HISTORY
s/p port placement and removal 7/18/17

### (c) ALLERGIES TO MEDICATIONS
Dicloxacillin leading to rash
Sulfa leading to GI distress

### (d) FAMILY HISTORY
Non contributory:  Mother who was a smoker deceased of lung cancer

### (e) SOCIAL HISTORY
Patient is single and never smoked nor drank alcohol.   He was deployed in the Korean War for two years from 5/65 as a radio operator.  He had jobs and a hobby of Photography from approximately the 1970's until 2000, in the earlier years developing his own black and white pictures using Kodak chemicals and tongs to handle the paper. He worked as a letter carrier for the US Post office from 1992-2011, working in the Capacity as production planner for several companies before this.

### V.     EXPOSURE HISTORY

Mr. Peterson had a significant prior exposure to Roundup using the product to control weeds on his property beginning use with a hand held sprayer bottle in 2013.   He then began using mixed concentrate from about 7/15 to 2016 using about a gallon of concentrate in that time period.  He sprayed a trailer pad, back patio and driveway of his residence, spraying in a wide area while standing up even in windy conditions.  He

sprayed about 1-2 times per month for about a one hour period except in the winter when he did not spray.  He wore long sleeve shirts and pants to spray and sometimes wore vinyl or latex gloves.

VI.     GENERAL CHARACTERIZTION OF DIFFUSE LARGE B CELL LYMPHOMA

1.  DLBCL is an aggressive lymphoma of B-lymphocytes.  It represents the most common lymphoma in adults with annual incidence of approximately 5.5 new diagnoses per 100,000 men/women.  The number of patients dying from DLBCL per year is approximately 1.8/100,000 men/women.  The disease is more common in people over the age of 60 years.

2.  The cause of DLBCL is unknown in most patients, however numerous environmental factors such as exposure to industrial, agricultural, household and some medicinal chemical agents, immunodeficiency states, autoimmune conditions, ionizing radiation and some infections are known to increase the individual's risk of developing and potentially causing non Hodgkin lymphomas.

3.  Combination chemotherapy containing Rituximab and an anthracycline is the mainstay of therapy and RCHOP represents such a regimen.  The acute toxic effects of such a treatment include but are not limited to nausea, vomiting, fatigue, anorexia, constipation, low blood counts with risk of bleeding and/or infection, nerve damage, sleeplessness and mood changes, hair loss, immune suppression and/or heart failure.  Toxic effects such as nerve damage, immune suppression and/or heart failure may be persistent.  Using this therapy with a revised IPI=4-5, the estimated overall survival is 55%.

VII.    ANALYSIS OF PATIENT'S RISK FOR DEVELOPING DLBCL

1.  Mr. Peterson was not exposed to ionizing radiation;

2.  Mr. Peterson is not known to have any infection known to be associated with increased risk for lymphoma; his hepatitis B serologies pre treatment were negative.

3.  Mr. Peterson does not have a family history of lymphoma or lymphoproliferative disorder;

4.  Mr. Peterson does not have a history of known immunodeficiency;

5.  Mr. Peterson does not have a history of any autoimmune disease that is associated with the development of lymphoma.

6. Mr. Peterson was over the age of 60 when he was diagnosed with DLBCL

7. Mr. Peterson had a significant exposure to Roundup.  His use of Roundup was intensive (large quantities with less use of an effective barrier to prevent absorption/inhalation). Based on the available evidence (discussed below), exposure to GBFs is associated with an increased risk of developing non-Hodgkin lymphoma.  It is my conclusion that Mr. Peterson's exposure to GBFs is not only sufficient, but exceeds the exposure that is reported to either cause or significantly increase one's risk of developing Non-Hodgkin lymphoma and that his exposure to GBFs is a substantial contributing factor in the development of his non-Hodgkin lymphoma.

### VIII.   DISCUSSION OF MR. PETERSON'S CAUSATION

In arriving at my conclusions regarding the causation of Mr. Peterson's NHL, I have utilized both my extensive personal knowledge and experience in teaching and writing about lymphoma, researching novel treatments for lymphoma and caring for patients diagnosed with lymphoma, but have also had the opportunity to review the substantial literature regarding the relationship between exposure to GBFs and non-Hodgkin lymphoma.  In particular, I have evaluated (but not limited) my research to the following papers that address human epidemiologic associations:  DeRoos (2003), Hardell (2002), Eriksson (2008), McDuffie (2001), Orsi (2009), the North American Pooled Project ("NAPP") (2019), De Roos (2005), Andreotti (2018), and Leon (2019) . All of these studies, with the exception of the Agricultural Health Study ("AHS") (comprised of De Roos (2005) and Andreotti (2018)) consistently report an elevated increase in odds and risk ratios for exposure to GBFs and NHL and its subtypes, and when the data is combined in the most recent, comprehensive meta-analysis (Zhang, 2019), demonstrate a strong association between exposure to GBFs and the development of NHL. Indeed, the meta-analyses conducted to date consistently report an increased risk between exposure to GBFs and NHL (see Schinasi et al. (2014); IARC (2015); Chang & Delzell (2016); and Zhang et al. (2019).

The systematic evaluation of the data performed by the International Agency for Research on Cancer ("IARC") also supports the conclusion that GBFs probably cause NHL. However, it is important to note that following IARC's 2015 classification of glyphosate as a 2A probable human carcinogen, additional data – some negative but most positive – has emerged which confirms the link between exposure to GBFs and NHL (Zhang (2019); NAPP (2019).  And, although the results of the AHS cohort are negative, the AHS data was included in the most recent Zhang (2019) meta-analysis which, nevertheless, characterized the association between GBFs and NHL as "compelling".  I have additionally reviewed the literature on genotoxicity and oxidative stress associated with exposure to GBFs and found that this literature provides a biologically plausible basis for the findings in human epidemiologic studies, as also confirmed by the Zhang (2019) meta-analysis.

I.     CONCLUSIONS

Mr. Peterson has been exposed to GBFs in a manner and magnitude that fits within the published epidemiologic literature where causation and an association between NHL and GBFs has been demonstrated.  In performing the differential diagnosis of causation of Mr. Peterson's NHL, I conclude to a reasonable degree of medical certainty that his exposure to GBFs is a substantial contributing factor to the development of his non-Hodgkin lymphoma.

Dated:  January 21, 2021

Lauren C. Pinter-Brown, MD, FACP

**Signature:**

**Email:**  pinterbrownlauren@gmail.com