# EXHIBIT 4

```
 1               UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

 2

 3   IN RE:  ROUNDUP PRODUCTS     |  MDL No. 2741

                                  |

 4   LIABILITY LITIGATION         |

                                  |

 5   ----------------------------|

                                  |

 6   This document relates to:    |

                                  |

 7   John Schafer v. Monsanto Co. |

                                  |

 8   Case No. 3:19-cv-02169       |

                                  |

 9   ----------------------------|

10

11                      - - -

12               Friday, February 26, 2021

13                      - - -

14

15         This is the Remote Videotaped Deposition of

16   RON D. SCHIFF, M.D., Ph.D., commencing at 10:03 a.m.

17   Eastern Time, on the above date, before Susan D.

18   Wasilewski, Registered Professional Reporter,

19   Certified Realtime Reporter, Certified Manager of

20   Reporting Services, Certified Realtime Captioner,

21   and Florida Professional Reporter.

22                      - - -

23            GOLKOW LITIGATION SERVICES

24        877.370.3377 ph | 917.591.5672 fax

25                  deps@golkow.com
```

1    APPEARANCES VIA REMOTE COUNSEL/ZOOM TECHNOLOGY:

2

3       MOLL LAW GROUP

4       BY:  REBECCA FREDONA, ESQUIRE

5            rfredona@molllawgroup.com

6       22 West Washington Street, 15th Floor

7       Chicago, Illinois 60602

8       Phone:  (312) 462-1700

9       Representing the Plaintiff

10

11

12      NELSON MULLINS RILEY & SCARBOROUGH LLP

13      BY:  MICHAEL W. HOGUE, ESQUIRE

14           michael.hogue@nelsonmullins.com

15      1320 Main Street, 17th Floor

16      Columbia, South Carolina 29201

17      Phone:  (803) 799-2000

18      Representing Defendant Monsanto Company

19

20

21    ALSO PRESENT VIA REMOTE COUNSEL/ZOOM TECHNOLOGY:

22

23      DAVID CAMPBELL, Videographer

24

25

Ron D. Schiff, M.D., Ph.D.

```
 1                    - - -
 2                I N D E X
 3                    - - -
```

```
 4   Testimony of:  RON D. SCHIFF, M.D., Ph.D.      PAGE
 5        DIRECT EXAMINATION BY MR. HOGUE.............   5
 6        CROSS-EXAMINATION BY MS. FREDONA............ 125
 7
 8
 9                E X H I B I T S
10            (Attached to transcript)
11   RON D. SCHIFF DEPOSITION EXHIBITS              PAGE
12   Exhibit 1   Defendant Monsanto Company's Notice    19
                 of Remote Video Conference Deposition
13               of Ron D. Schiff, M.D., Ph.D.
14   Exhibit 2   Expert Report - January 4, 2021        19
                 Schiff Biomedical Consulting
15
     Exhibit 3   Invoice                                20
16               Ron D. Schiff, MD
17   Exhibit 4   Depositions and Trial Testimony        20
                 Updated
18
     Exhibit 5   Curriculum Vitae                       21
19               Ron D. Schiff, M.D., Ph.D.
                 May 26, 2015
20
     Exhibit 6   Depositions and Trial Testimony        24
21
22
23
24
25
```

Ron D, Schiff, M.D., Ph.D.

```
 1                        - - -

 2              THE VIDEOGRAPHER:  We are now on the record.

 3      My name is David Campbell.  I am the videographer

 4      for Golkow Litigation Services.  Today's date is

 5      February 26, 2021, and the time on the video

 6      monitor is approximately 10:03 a.m., Eastern

 7      Standard Time.

 8              This remote video deposition is being held

 9      in the matter of John Schafer vs. Monsanto

10      Company.  This is in the United States District

11      Court, Northern District of California.

12              The deponent is Dr. Ron D. Schiff.

13              The court reporter today is Susan

14      Wasilewski, also with Golkow.

15              All parties to this deposition are appearing

16      remotely and have agreed to the witness being

17      sworn in remotely.  Due to the nature of remote

18      reporting, please pause briefly before speaking

19      to ensure all parties are completely heard.

20              At this time, counsel, will you please

21      identify yourselves for the record after which

22      the court reporter will please swear in the

23      witness and we can proceed.

24              MS. FREDONA:  Rebecca Fredona on behalf of

25      Plaintiff.
```

```
 1              MR. HOGUE:  Michael Hogue on behalf of

 2       Monsanto.

 3              THE COURT REPORTER:  Would you raise your

 4       right hand?

 5              Do you solemnly swear or affirm the

 6       testimony you're about to give will be the truth,

 7       the whole truth, and nothing but the truth?

 8              THE WITNESS:  I do.

 9              THE COURT REPORTER:  Thank you.

10              RON D. SCHIFF, M.D., Ph.D., called as a

11       witness by the Defendant, having been duly sworn,

12       testified as follows:

13                     DIRECT EXAMINATION

14       BY MR. HOGUE:

15       Q.   Dr. Schiff, good morning.  I know you've

16       been deposed before and so I don't think I need to

17       go over the rules with you.  Is that -- is that

18       fair?

19       A.   Yes.

20       Q.   Okay.  You know you're under oath and

21       that -- how this process goes, so I don't think we

22       need to go in -- through all of that.

23              When did you first get involved in this case

24       with Mr. Schafer?

25       A.   I believe it was December.  It was possibly
```

1    November.  I could look that up more precisely if

2    you need that information.

3        Q.    Okay.  November or December of 2020?

4        A.    Correct.

5        Q.    Okay.  Did you get a copy of the deposition

6    notice requesting certain documents?

7        A.    I received a copy of the deposition notice.

8        Q.    Okay.  We requested a number of documents,

9    including things like invoices.  Do you have any

10   invoices?

11       A.    I'm going to explain that similar to what I

12   did in my deposition in the Karman matter last week.

13   I have submitted invoices up through and including

14   the completion of my report already to the Moll Law

15   Group.  I have done limited preparation for this

16   deposition since approximately February 20, that

17   totals three-and-a-half hours so far.  In other

18   words, prior to today, and we will -- my wife and I

19   will submit that invoice early next week or by the

20   middle of next week to the Moll Law Group and I'm

21   sure they will provide you with a copy of it, but

22   the original invoice has been submitted and paid and

23   if you don't already have it, it is available

24   through Plaintiff's counsel.

25            MR. HOGUE:  Is it Ms. Fredona.

1          MS. FREDONA:  You can call me Rebecca.

2          MR. HOGUE:  Hey, Rebecca.  Do you have the

3     invoice?  I don't think we received it.

4          MS. FREDONA:  I could send you the invoice

5     that we have up-to-date.

6          MR. HOGUE:  Please.  Thank you.  Do you have

7     my e-mail?

8          MS. FREDONA:  I believe so because I was in

9     a link to one of --

10          MR. HOGUE:  Yes.  It's

11     Michael.Hogue@NelsonMullins.com.  Thank you.

12  BY MR. HOGUE:

13     Q.   All right.  Dr. Schiff, were there any other

14  documents responsive to the deposition notice other

15  than the invoices?

16     A.   There are not.  I did provide an updated

17  listing of depositions and trial testimony going

18  back to 2014 to the Moll Law Group earlier this

19  week.  It included two new items.  One was a

20  deposition in a benzene case earlier this month, and

21  the second, as I already mentioned, was my

22  deposition in the Karman case one week ago, but they

23  have that now.

24          MR. HOGUE:  And, Rebecca, I would request

25     that as well.

Ron D. Schiff, M.D., Ph.D.

```
 1          MS. FREDONA:  All righty.

 2  BY MR. HOGUE:

 3      Q.   Are there any other documents, Dr. Schiff?

 4      A.   My CV has not changed.

 5      Q.   Okay.

 6      A.   My report includes all -- includes a list of

 7  all of the references cited.

 8      Q.   I believe there are 21 references on the

 9  last two pages of your report; is that right?

10      A.   That is correct.

11      Q.   And have you reviewed any other references

12  for your opinions in this case?

13      A.   Well, I've looked at a lot of glyphosate and

14  Roundup literature over the past two-plus years, but

15  the references on which I'm relying in this case are

16  all listed.

17      Q.   Okay.  So I'm looking at the materials that

18  you are relying upon for your opinions in the

19  Schafer case, it's the 21 articles that are listed

20  on the last two pages of your report?

21      A.   That's correct.  All of those are citations

22  within the body of the report.

23      Q.   Okay.  And you make reference to various --

24  not specific medical records but certain medical

25  conditions.  I'm assuming from that you reviewed
```

```
 1    Mr. Schafer's medical records; is that right?

 2        A.   Yes.  That's in the first sentence of the

 3    factual review section of my report.  I state that I

 4    have reviewed all of the medical records provided to

 5    me concerning Mr. Schafer.

 6        Q.   Do you have a list of those medical records?

 7        A.   I have the medical records sitting next to

 8    me here at the computer.  I would assume that I have

 9    what you have and vice versa, but if you want me to

10    go through them for sources, I am prepared to do

11    that.

12        Q.   I'm assuming you have all of them, so I

13    don't think we need to mark them as an exhibit

14    today, and that would probably be difficult to do.

15             Other than medical records and the

16    references that you have listed as -- as 1 through

17    21 at the end of your report, are there any other

18    materials that you're relying upon for the Schafer

19    case?

20        A.   I also cited in the first paragraph of my

21    factual review section that I looked at the

22    complaint and jury demand.  I paged through that

23    once and I have not rereviewed that.

24        Q.   Anything else?

25        A.   No.  And I would like to say that if you
```

1    make reference to any medical records that I don't

2    have during the course of this deposition, I will

3    acknowledge that and call your attention to it.

4        Q.   Okay.  You haven't reviewed any depositions

5    in the case?

6        A.   Yes.  Mr. Schafer's deposition.  I also

7    refer to that in the factual review section of my

8    report and there are several citations to his

9    deposition in the body of the report.

10       Q.   Okay.  So you've reviewed Mr. Schafer's

11   deposition.  Have you reviewed any other depositions

12   in the case?

13       A.   I have not.

14       Q.   So you haven't reviewed any depositions of

15   any treating doctors; is that right?

16       A.   That is correct.

17       Q.   All right.  Have you talked to any of his

18   treating doctors?

19       A.   I have not.

20       Q.   Have you talked to Mr. Schafer's wife?

21       A.   I have not.

22       Q.   So if I have the complete list of the things

23   that you have reviewed for your opinions in this

24   case, it would be the complaint, Mr. Schafer's

25   deposition, Mr. Schafer's medical records, and the

1    21 references in your report; is that right?

2       A.   That is correct.

3       Q.   And you haven't talked to anyone else other

4    than Plaintiff's counsel about this case; is that

5    fair?

6       A.   Yes, also correct.

7       Q.   You haven't talked to any other plaintiff's

8    expert about your opinions in this case; is that

9    right?

10      A.   That is correct.

11      Q.   And you haven't talked to any of Plaintiff's

12   experts about specifically Mr. Schafer, right?

13      A.   Also correct.

14      Q.   So the last time we spoke you had retired

15   and were no longer seeing patients; is that right?

16      A.   Yes.

17      Q.   I just wanted to confirm that you are no

18   longer seeing or treating patients; is that right?

19      A.   I retired from clinical practice in May

20   2015.  My CV reflects that and there have been no

21   changes to it.

22      Q.   Okay.  Did Mr. Schafer have non-Hodgkin

23   lymphoma?

24      A.   Yes, he did.

25      Q.   And when did he develop it?

1     A.   The answer to that is that probably he

2     developed it in 2017.  That is the first time that

3     there was any evidence associated with it; however,

4     the biopsies were obtained after that.

5          I am referring now to my report for the

6     biopsy dates and I will tell you that the diagnosis

7     was established by biopsies of a left-sided pelvic

8     lymph node mass on January 9, 2018, and February 2,

9     2018, and he also had a bone marrow examination but,

10    as you know, that was negative.

11    Q.   So in January and February he had biopsies

12    that confirmed that he had non-Hodgkin lymphoma,

13    right?

14    A.   Yes.  Those biopsies are how the diagnosis

15    was established.

16    Q.   And when did he have his first symptoms of

17    having non-Hodgkin lymphoma?

18    A.   Well, you know, that is a little bit

19    ambiguous in the records.  When he was in the

20    emergency room in California, because of symptomatic

21    atrial fibrillation one week after undergoing a

22    colonoscopy, he did complain of mild abdominal

23    discomfort and he had a finding of right lower

24    quadrant abdominal tenderness on physical

25    examination.

Ron B, Schiff, M.D., Ph.D.

```
 1              Naturally, you're aware that the lymphoma,
 2    lymph node mass, was on the left side.  So it may
 3    have been that that was fortuitous, but that is what
 4    led to him getting the original diagnostic
 5    examination in the ER, which was a CT scan of the
 6    abdomen and pelvis, and that showed the presence of
 7    the enlarged left external iliac lymph node or lymph
 8    node mass.
 9        Q.   Okay.  So in June of 2017, Mr. Schafer went
10    into the hospital for symptoms related to atrial
11    fibrillation; is that right?
12        A.   That's correct.
13        Q.   Now, Mr. -- well, let me ask it this way.
14              Is it your opinion that his atrial
15    fibrillation was caused by or related to his
16    non-Hodgkin lymphoma?
17        A.   No, separate problem.
18        Q.   Mr. -- how long had Mr. Schafer had atrial
19    fibrillation?
20        A.   Well, when he was in the emergency room at
21    Antelope Valley Hospital in Lancaster, California,
22    he made reference to a history of atrial
23    fibrillation six to 10 years earlier, which at the
24    time he said was associated with a thyroid disorder
25    or a thyroid medication.  There's no further details
```

1    about that earlier incident.

2        Q.   Okay.  Do you know whether in June of 2017,

3    his symptoms, the tenderness, was related to his

4    non-Hodgkin lymphoma or whether that was likely

5    something that was, as you said, fortuitous?

6        A.   Yes.  I don't know that there is a way to

7    clear that up with a reasonable degree of medical

8    certainty.  It could have been or it could have been

9    unrelated, and again, he'd had a colonoscopy just a

10   week earlier.  There may have been some residual

11   discomfort from that, I just don't know.

12       Q.   Okay.  Was follicular lymphoma the first

13   type of non-Hodgkin lymphoma that Mr. Schafer

14   developed?

15       A.   The answer is yes, but here an explanation

16   is required.  That diagnosis on January 9, 2018, was

17   by means of a CT guided core biopsy of the enlarged

18   left-sideed pelvic lymph node; in other words, it

19   was a needle biopsy.

20            The implications of that known to, I would

21   say, every medical oncologist and hematologist is

22   that sampling considerations come into play because

23   there is only a relatively thin core of lymphoid

24   tissue that is sampled.  Therefore, other locations

25   within the lymph node mass may have a different

Ron B. Schiff, M.D., Ph.D.

```
 1    microscopic appearance and even different flow

 2    cytometric, cytogenetic, or molecular

 3    characteristics.

 4         The second diagnose -- or the second

 5    diagnostic procedure on February 2nd, 2018, just,

 6    what is that, three weeks later involved

 7    laparoscopic excision of the left-sided pelvic mass;

 8    in other words, the entire thing was removed and the

 9    pathologist could look at and did look at the entire

10    lymph node sample.

11    Q.   Okay.  And in the February 2018 pathology

12    that was removed, did they also find large --

13    diffuse large B-cell lymphoma?

14    A.   That was 90 percent of the specimen, yes,

15    sir.

16    Q.   Okay.  There is a discussion of this in your

17    report on page 8.  You don't have page numbers but

18    can you find that for me?  It's the February 8, 2008

19    discussion.

20    A.   February 2nd -- oh, February 8th, 2018.

21    That's Dr. Frank's conclusion, yes.

22    Q.   Yes.  Dr. Frank concluded that the diagnosis

23    was high-grade 3A follicular lymphoma with

24    transformation to stage 1 diffuse large B-cell

25    lymphoma.  Do you see that?
```

1     A.   I do.  I would call your attention to the

2   fact that the terminology describing the follicular

3   lymphoma was "grade"; whereas, terminology

4   describing the diffuse large B-cell and, by

5   extension, the overall process, was "stage."  Those

6   are two completely different things.

7     Q.   Okay.  What is transformation from

8   follicular lymphoma to diffuse large B-cell

9   lymphoma, what does that mean?

10    A.   It means that in a certain percentage of

11  cases, and I have discussed this in the diagnosis

12  section of the opinions in my report, is that it is

13  a well-recognized phenomenon that follicular

14  lymphomas or low-grade lymphomas can and often do

15  transform during their clinical course to

16  intermediate grade lymphomas, typically diffuse

17  large B-cell lymphoma.

18         This is not the only situation where there

19  is histologic transformation among

20  lymphoproliferative malignancies.  In the case of

21  chronic lymphocytic leukemia, or small lymphocytic

22  lymphoma, transformation to diffuse large B-cell

23  lymphoma can also occur, which is called Richter's

24  syndrome.  The process is identical.  This is that

25  -- in this case, the follicular lymphoma is what is

1    transforming to diffuse large B-cell.

2        Q.    So for a follicular lymphoma to transform

3    into a diffuse large B-cell lymphoma, the follicular

4    lymphoma has to already exist; is that fair?

5        A.    Yes.  If that's the sequence that appears to

6    have taken place, it means that the follicular

7    lymphoma preexisted; however, there are documented

8    cases of composite lymphomas, where the molecular

9    characteristics of the lymphoma indicate that two

10   types are coexisting within the same tissue, and one

11   did not evolve in a clonal matter from the other.

12        I do not believe that we can make a judgment

13   about that one way or the other in Mr. Schafer's

14   case, but the bottom line is that sometimes you can

15   have a composite lymphoma where both of the

16   lymphomas have arisen de novo.

17       Q.    Do you disagree with Dr. Frank that the

18   follicular lymphoma transformed into the diffuse

19   large B-cell lymphoma?

20       A.    That's exactly what I think.

21       Q.    I said -- you said that's exactly what you

22   think.  So I'm trying to figure out, do you agree or

23   disagree with Dr. Frank?

24       A.    I agree with his formulation on February 8,

25   2018.  I agree with that.

Ron B, Schiff, M.D., Ph.D.

```
 1       Q.   Okay.  So in Mr. Schafer's case, you believe
 2   it's most likely that his follicular lymphoma
 3   transformed into his diffuse large B-cell lymphoma?
 4       A.   Again, I can't be definitive in ruling out
 5   the possibility that those two developed
 6   independently and are simply coexisting in the lymph
 7   node mass, but I believe the more common situation
 8   is histologic transformation, and I agree with
 9   Dr. Frank that that is the sequence here.
10       Q.   Okay.  Just so I'm clear, you believe that
11   it's most likely that his follicular lymphoma
12   preexisting and transformed into his diffuse large
13   B-cell lymphoma?
14       A.   That is correct.
15       Q.   How often with follicular lymphomas does
16   that occur, that being transform to diffuse large
17   B-cell?
18       A.   I do not remember a percentage of time that
19   that occurs.  I'm sure that at some time in the past
20   I have read about that but I did not come across
21   that statistic in working on Mr. Schafer's case, so
22   I cannot give you an answer.  I assume that it's a
23   minority but I cannot be more specific than that.
24   In fact, I'm confident that it's a minority.
25       Q.   But you can't give any percentage of the
```

1    number of follicular lymphomas that ultimately

2    transform into diffuse large B-cells?

3         MS. FREDONA:  Objection; asked and answered.

4    A.   That is correct.  I cannot give a precise

5    estimate at that.

6    Q.   I'm going to, I guess, send to the court

7    reporter after the deposition, as long as we're

8    agreeable, the deposition notice will be Exhibit 1,

9    Dr. Schiff's report will be Exhibit 2.

10        (Schiff Exhibit 1 was marked for

11   identification.)

12        (Schiff Exhibit 2 was marked for

13   identification.)

14   A.   Mr. Hogue, in response to the last question

15   you asked me --

16   Q.   Sure.

17   A.   -- I am looking that up in one of my

18   references and that reference is the Cecil Textbook

19   of Medicine, the chapter on non-Hodgkin lymphoma,

20   authors Bierman and Armitage, which cites a figure

21   of 30 to 50 percent.  It says as many as 30 to 50

22   percent.

23        I will tell you what reference number that

24   is in my listing, and that is Reference Number 3.

25   Q.   Okay.  And so that indicates that as many as

1    30 to 50 percent of follicular lymphomas transform

2    into diffuse large B-cell lymphomas over time?

3       A.   The way the authors phrase it, is they

4    transform to a more aggressive histology, usually

5    diffuse large B-cell lymphoma.

6       Q.   Okay.

7            MR. HOGUE:  Exhibit 3 I'll make the invoices

8       that I'm going to receive.  I haven't checked my

9       e-mail.

10           (Schiff Exhibit 3 was marked for

11    identification.)

12           MR. HOGUE:  Exhibit 4 -- Rebecca, did you

13      have the updated testimony list?

14           MS. FREDONA:  I believe I just sent it to

15      you.

16           MR. HOGUE:  Okay.  I'm going to make that

17      Exhibit 4.

18           (Schiff Exhibit 4 was marked for

19    identification.)

20           MR. HOGUE:  And I think that's everything:

21      The notice of deposition, Dr. Schiff's report,

22      the invoices, and the testimony list, because his

23      report includes his references.

24      A.   Did you want to -- did you want to mark my

25    CV?

Ron B. Schiff, M.D., Ph.D.

1      Q.   And I'll make your CV Exhibit 5.  All right.

2           (Schiff Exhibit 5 was marked for

3      identification.)

4      BY MR. HOGUE:

5      Q.   And so, just so I'm clear, that should be

6      all of the documents that you have related to this

7      case; is that right?

8      A.   Yes, sir.

9      Q.   Okay.

10     A.   Well, no, that's not correct.  The documents

11     related to this case include the medical records,

12     the complaint, and the deposition, as well as the

13     individual references.  All of that is cited in my

14     report.

15     Q.   Yes, sir.  I didn't mean to exclude the

16     medical records.  We're not going to mark them, and

17     we're not going to mark his -- the plaintiff's

18     deposition or the complaint, and there are 21

19     references identified in your report, so those

20     references.  If you include those, along with your

21     report, the notice of deposition, the invoices, the

22     testimony list, and your CV, those are the ones that

23     you have related to this case.  Is that fair?

24     A.   That's accurate, yes, sir.

25     Q.   All right.

Ron B, Schiff, M.D., PH.D.

```
 1          MR. HOGUE:  Let me see if I can pull up my
 2     e-mail.
 3          Rebecca, I got the trial testimony update,
 4     so thank you.  Did you also send his invoices.
 5          MS. FREDONA:  I don't believe we have the
 6     updated invoice yet.
 7          MR. HOGUE:  Can you send me the one you
 8     have?
 9          MS. FREDONA:  Dr. Schiff, did you send us an
10     original invoice?
11          THE WITNESS:  Yes.  I sent and you paid the
12     invoice covering all of the work that I did up to
13     and including my submission of the report which
14     was dated January 4.  You have that.
15          What I have not submitted yet, but will do
16     so next week, will be the work that I've done
17     preparing for this deposition and then giving the
18     deposition, but I've already told you the number
19     of hours that will appear on that deposition --
20     on that invoice prior to today.
21          MR. HOGUE:  Once I get that, I will --
22     Rebecca, if you can e-mail today the invoice, I
23     will add that as Exhibit 3.
24   BY MR. HOGUE:
25     Q.   And, Dr. Schiff, how much are you charging
```

Ron B, Schiff, M.D., Ph.D.

1    for your time in this case?

2        A.    $600 per hour.

3        Q.    Is that for review and for deposition and

4    trial testimony, or is that different?

5        A.    All aspects.

6        Q.    Okay.  What I'm going to mark as Exhibit 4

7    is your updated testimony list, which I just got,

8    that includes -- the last item is Karman, right?

9        A.    That's correct.

10        Q.    Okay.  And in your testimony list you had

11    four prior depositions related to Roundup, and then

12    the Karman one would make five; is that right?

13        A.    That's correct, and today is Number 6.

14        Q.    Okay.  And I think in your other trial --

15    I'm going to make your trial testimony list that I

16    had before as Exhibit 6.  I think you also, in that

17    one, listed other cases in which you've given

18    opinions; is that right?

19        A.    That's correct.

20        Q.    Or it's in your report?

21        A.    Yes, that's correct.  That goes all the way

22    back to mid 2014.

23        Q.    I'm also going to mark this deposition trial

24    testimony list as Exhibit 6.  That one does not

25    include the Karman case but it does include the

1    other four Roundup depositions.

2          (Schiff Exhibit 6 was marked for

3    identification.)

4    BY MR. HOGUE:

5      Q.   In the prior one you also listed a number of

6    other plaintiffs that you have reviewed.  Did you

7    issue reports in all of those cases?

8      A.   No.  I've only issued reports prior to this

9    present group of cases in the two federal cases that

10   I was asked to review, and specifically, those were

11   Harris and Hernandez.

12     Q.   Okay.  Those you were deposed in, right?

13     A.   Correct.

14     Q.   So did you reach opinions about the other --

15   I think it's -- I think there is a total list of 14,

16   13 or 14.  Did you reach opinions in the other ones

17   or did you just never get to the stage of reaching

18   opinions in those cases?

19     A.   Well, I reviewed all of those cases and in

20   each case I discussed it with the attorney who had

21   asked me to review the case, but the only two in

22   which I submitted reports and the only four in which

23   I was deposed are listed accordingly.

24     Q.   Okay.  I don't want to go into cases in

25   which you were a consultant and then -- and never

1    were named as the expert in the case, or issued a

2    report or were deposed.  So I'm trying to find out

3    did you -- the case never got to the stage of

4    issuing a report, or did you for some reason decide

5    not to issue an opinion in the case, do you know?

6        A.    Yes, I do know; however, my recollection of

7    the exact details of how far each case got might be

8    a little blurred by the passage of time, so I will

9    tell you a couple of things about that.

10           There are only two federal jurisdiction

11    cases on that list.  Those are the only two in which

12    I was asked to submit a report.

13           There were two other cases where I was going

14    to be deposed in state court cases without having

15    given a report in advance.  The first one was at the

16    very beginning of 2020, and that was a California

17    case, and right now I can't remember the name of the

18    patient -- the plaintiff.

19           If you want, I can retrieve my copy of that

20    listing, which is in my study.  I do not have that

21    here with me in front of the computer and I can tell

22    you which one that is.

23           In addition, I was prepared to testify -- to

24    give a deposition in the John Hardy case.  That was

25    scheduled and canceled three times, of which the

Ron B, Schiff, M.D., Ph.D.

```
 1    last time was the day before Monsanto announced the
 2    settlement agreement in June 2020.
 3        Q.   Can you identify -- if it's easy for you to
 4    do, can you identify the other one for which you
 5    were prepared and ready to give deposition?
 6        A.   Yeah.  If you want to read names for me, I
 7    can do that, or I can retrieve my copy of my
 8    depositions and trial testimony list.
 9        Q.   Okay.  I'll just go through the list.  There
10    is Joseph Fazio?
11        A.   No.
12        Q.   That was one you never got to the stage of
13    issuing a report or being proposed as an expert; is
14    that right?
15        A.   Well, okay.  You brought that up earlier,
16    and there I must tell you that I do not know the
17    answer.  I do not know in which of these cases where
18    there was no report and no deposition where the
19    attorneys disclosed me as an expert and where they
20    did not.  I would have no knowledge about that.
21        Q.   Okay.  Do you know whether in any of these
22    13 or 14 cases that's listed -- let me count them
23    up.  One, two, three, four, five, six, seven, eight,
24    nine, ten, eleven --
25             There are 13 -- did I lose you?
```

1         There are 13 listed here and other than the

2    current case, Schafer, and the one you were deposed

3    in a week ago, other than those, there are 13 cases.

4    In these 13 cases did you conclude that each of

5    them, their non-Hodgkin lymphoma was caused by

6    Roundup?

7         A.   I believe that I concluded that Roundup

8    exposure was a substantial factor in causing or

9    contributing to cause those cases.  Again, please

10   note that some of these are remote enough in time

11   that I do not remember the details of the case and I

12   cannot be more informative about the content of my

13   opinions.

14        Q.   Okay.

15        A.   So that I can't tell you, but in each case I

16   would have read those and I would have spoken with

17   the attorneys.

18        Q.   Okay.  You said one of them you were about

19   to be deposed in and you weren't.  Is it Yates and

20   Hodai --

21        A.   Is there a Teresa Cotton?

22        Q.   Teresa Cotton, yes.

23        A.   That was it.  That was from the very

24   beginning of 2020.  That deposition was canceled

25   four days before it was scheduled.  I believe it was

1    scheduled for January 6, it was canceled on January

2    2, in both cases to 2020.

3        Q.    So Cotton and Hardy were cases and you were

4    about to give a deposition and did not give

5    depositions in those cases; is that right?

6        A.    That is correct.

7        Q.    Okay.  So there are -- are these the 13, the

8    Karman case you were deposed in last week, the

9    Karman case and the Schafer case, are there any

10   other cases in which you've concluded that Roundup

11   was the cause of a patient's non-Hodgkin lymphoma?

12       A.    I have a -- well, I have additional cases

13   where I have completed a review and am awaiting a

14   deposition, and a couple of cases that I'm currently

15   reviewing but have not completed my review.

16       Q.    Okay.  And in how many other cases have you

17   completed your review and are waiting for your

18   deposition?

19       A.    That would be two cases, also with the Moll

20   Law Group, both scheduled for next Friday.

21       Q.    And which cases are those?

22       A.    The morning case is supposed to be

23   Cervantes.  The afternoon case is supposed to be

24   Rehak.

25       Q.    Okay.  So with those two added, that means

1    there is 17 cases in which you've reviewed the

2    materials -- the medical records and determined that

3    the Roundup was the cause of their non-Hodgkin

4    lymphoma; is that right?

5        A.   No, that is not accurate.   The conclusions

6    in the cases where I reached a conclusion, and I

7    think it was all of them, was that Roundup was a

8    substantial factor in causing or contributing to

9    cause.   I have not alleged that it is the sole cause

10   of non-Hodgkin lymphoma, as I recall, in any of

11   these plaintiffs.

12       Q.   Okay.   So there is 17 cases in which you've

13   reviewed the medical history of those 17 patients

14   and come to the conclusion -- your opinion was that

15   Roundup was a substantial contributing factor to

16   their non-Hodgkin lymphoma; is that right?

17       A.   It is correct, yes.

18       Q.   Okay.   And have you reviewed any plaintiffs'

19   cases and, after finishing the medical review,

20   determined that their non-Hodgkin lymphoma was --

21   that Roundup was not a cause or substantial

22   contributing factor to their non-Hodgkin lymphoma?

23       A.   Do you have a plaintiff named John Novak on

24   that list.

25       Q.   Yes, sir.

Ron B. Schiff, M.D., Ph.D.

1      A.   That would be such a case.

2      Q.   Okay.  So Novak was a case.  And can you

3   tell me what your criteria is for determining that

4   Roundup was not a substantial contributing factor?

5      A.   Well, what we look at is the establishment

6   of the diagnosis and then we look at the exposure

7   information.

8           I was advised by counsel, as I was still

9   going through the case with Mr. Novak, I do not

10  believe I completed my review of that case, although

11  I may have, that was one of the earlier cases that I

12  studied, but I was advised by counsel that there

13  were significant inaccuracies in the exposure

14  history and that case was to be deleted.

15          I responded to them by asking if they had

16  notified defense counsel about that.

17     Q.   Okay.  So when I said 17 before, Novak was

18  included, so I'll drop back to there was 16 cases so

19  far that you've reviewed and come to the conclusion

20  that Roundup was a substantial contributing factor,

21  and in the Novak case, you were in the process of

22  reviewing it when you were told there were

23  significant inaccuracies about the Roundup exposure;

24  is that -- is that fair?

25     A.   Yes.  I had either completed my review of

1    the records or I was nearing completion of my

2    review.  I do not remember any of the clinical

3    details of that case.

4           I will also point out that Hodai and Yates,

5    I received I believe in the -- I can't remember when

6    I got those cases, late 2019 or early 2020, and it

7    is possible that in those cases I had not done my

8    standard complete review but had reviewed only parts

9    of the material and may not have had a final

10    opinion, but that's because those were at the end

11    and I was involved more heavily with other cases at

12    the time.

13    Q.   Okay.  So of the 17 then, Novak, you didn't

14    come to a conclusion about it being a substantial

15    contributing factor because of significant

16    inaccuracies; and Hodai and Yates, you had not yet,

17    to the best of your recollection, you had not yet

18    come to a conclusion whether Roundup was a

19    significant factor at the time the case was

20    concluded; is that right?

21    A.   No.  I'm sorry, both parts of that are

22    incorrect.  The first part is with Novak.  It's not

23    that I didn't conclude that it was involved.  I

24    concluded based on information from counsel that it

25    was not involved.  That's a more definitive negative

Ron B, Schiff, M.D., Ph.D.

1   statement.

2         With regard to Hodai and Yates, I do not

3   remember anything that would have disqualified them

4   from that, I just do not remember how far I had gone

5   in reviewing the submitted materials.  So I believe

6   I probably reached opinions in those case -- in

7   those cases, I'm not sure I had yet discussed them

8   with anybody.

9   Q.   Okay.  So the best of your recollection, in

10  16 of the 17 cases it was your opinion that Roundup

11  was likely a substantial contributing factor to

12  their non-Hodgkin lymphoma; is that right?

13  A.   That's correct.

14  Q.   And in one case, Novak, you determined that

15  Roundup was not likely a significant contributing

16  factor because of the significant inaccuracies that

17  were reported to you about the Roundup exposure?

18  A.   Also correct.

19  Q.   Okay.  Are there any other criteria that you

20  have -- well, let's say it the other way.

21        What are the criteria you have for

22  determining that Roundup is a substantial

23  contributing factor to a patient's non-Hodgkin

24  lymphoma?

25  A.   Well, the principal things are, and this is

1    all outlined in my report, I look to establish the

2    diagnosis, I want to make sure that the diagnosis is

3    accurate and that it was properly established.

4         I then look at the exposure assessment to

5    determine what information can come from that about

6    the nature and extent of the exposure.

7         And then in each case I construct a

8    differential etiology, which is a legal rather than

9    medical term, where I look at and acknowledge other

10   identifiable possible causes and contributing

11   factors for the development of the non-Hodgkin

12   lymphoma.

13        And when that has been completed, I'm able

14   to reach a conclusion about whether I think that

15   Roundup was a substantial factor in causing or

16   contributing to cause a lymphoma in a specific case.

17   Q.   So what types of conditions will -- if a

18   patient has, will you determine that you cannot say

19   that Roundup was a substantial contributing factor

20   if the plaintiff has a certain other risk factor or

21   substantial factor or cause?

22        MS. FREDONA:  Objection; form.

23   A.   Well, that would not exclude the

24   contribution from glyphosate or Roundup exposure.

25   It's only indicative of the process that I go

1    through in evaluating the role that Roundup played

2    in the development of the lymphoma.  I do not

3    believe that risk factors can cancel each other out

4    or can mitigate one another, but I do want to

5    acknowledge when more than one potential causative

6    risk factor is present, and even risk factors that

7    are not causative but are associated with an

8    increased risk of developing non-Hodgkin lymphoma.

9    That's the process that I go through in each case.

10       Q.   So when you say a differential etiology, if

11   a plaintiff has exposure to Roundup but also has a

12   well established risk factor for non-Hodgkin

13   lymphoma, in those cases will you also find that

14   Roundup was a substantial contributing factor?

15       A.   Depending on the other factors, depending on

16   what the diagnosis is and depending on what the

17   exposure assessment is, yes, because again,

18   multifactorial causation is a well-established

19   principle in medicine and in pathology and in

20   epidemiology.

21           Risk factors don't cancel one another out

22   but there certainly are many, many cases where

23   multiple risk factors are evident.  Atherosclerotic

24   cardiovascular disease with its well-known risk

25   factors is the most prominent example where multiple

1    risk factors contribute to the likelihood of

2    developing that particular outcome and its various

3    manifestations.

4        Q.    For example, autoimmune diseases are

5    well-known to be risk factors for non-Hodgkin

6    lymphoma; is that fair?

7        A.    That is correct.

8        Q.    So if Mr. Schafer had a well-known

9    autoimmune disease and Roundup exposure, would you

10   still consider Roundup a substantial contributing

11   factor?

12       A.    That answer --

13           MS. FREDONA:  Objection; form, incomplete

14       hypothetical.

15           THE WITNESS:  Sorry.

16       A.    That answer has three parts.  The basic

17   answer is yes, that I would, but the explanations

18   that are required are that autoimmune disorders are

19   not monolithic.  In other words, different

20   autoimmune disorders have different evidence of

21   association with an increased risk of developing

22   non-Hodgkin lymphoma.

23           The second point is that the only autoimmune

24   condition that I know of for Mr. Schafer is

25   Hashimoto's thyroiditis, which appears to be the

1    leading cause of hypothyroidism, which I believe he

2    was diagnosed with years earlier.

3        But the situation there is, according to a

4    source that I cited, the increased lymphoma risk

5    associated with Hashimoto's is limited to lymphomas

6    of the thyroid, which is not the case with

7    Mr. Schafer.

8        So, again, the main point that I'm trying to

9    make, because you don't want to put too fine a point

10   on this, is that different autoimmune diseases have

11   different degrees and types of association with

12   non-Hodgkin lymphoma risk.

13   Q.   Well, we'll get back to the Hashimoto's a

14   little bit later.  So my question is if Mr. -- well,

15   let me ask this.

16        Is rheumatoid arthritis a well-established

17   risk factor for non-Hodgkin lymphoma?

18   A.   There is data in favor of the association

19   but it is not one of the strongest associations

20   among the autoimmune disorders.

21   Q.   Which one is one of the strongest autoimmune

22   disorders for risk of non-Hodgkin lymphoma?

23   A.   Some that I would mention include lupus,

24   Sjogren's syndrome, and celiac disease, where celiac

25   disease appears to be associated with an increased

1    risk of developing T-cell lymphomas and not B-cell

2    lymphomas.  That, again, speaks to the heterogeneity

3    of the association between autoimmune disorders and

4    an increased risk of developing non-Hodgkin

5    lymphoma.

6        Q.   So if under the same circumstances

7    Mr. Schafer also had Sjogren's syndrome and his

8    current described exposure to Roundup, in that

9    scenario would you, in your methodology for a

10   differential etiology, would you still conclude that

11   Roundup was a substantial contributing factor to his

12   non-Hodgkin lymphoma?

13        MS. FREDONA:  Objection; form, incomplete

14     hypothetical.

15        THE WITNESS:  Sorry.

16     A.   Yes, I was about to point out that this is a

17   hypothetical question.  In actual fact, it is not

18   known that he has any other autoimmune condition,

19   but again, the principle there has to do with

20   multifactorial causation rather than with candidate

21   risk factors canceling each other out.

22        So if he had had one of these other

23   autoimmune disorders, it may have been another

24   contributing factor, but it would not negate or

25   mitigate or eliminate his Roundup exposure as a

1    substantial factor in causing or contributing to

2    cause his non-Hodgkin lymphoma.

3        Q.   So even if a plaintiff has a significant

4    autoimmune disease of the highest risk, like lupus

5    or Sjogren's disease, under those circumstances you

6    would still attribute Roundup exposure as a

7    substantial contributing factor in a plaintiff's

8    development of non-Hodgkin lymphoma; is that right?

9            MS. FREDONA:   Objection; form.

10       A.   That is correct.

11       Q.   So in your criteria to determine whether

12   Roundup is a substantial contributing factor, other

13   than the plaintiff having a diagnosis of non-Hodgkin

14   lymphoma and a identification of a significant

15   exposure to Roundup, is there anything else that you

16   would look at that would allow you to exclude

17   Roundup as a substantial contributing factor?

18       A.   I would imagine that if the lymphoma

19   manifested and was diagnosed before the Roundup

20   exposure, or very early after the onset of Roundup

21   exposure, that would be an argument against a

22   causative association.  That's not exactly what you

23   asked me but your question was relatively broad and

24   for that reason I'm introducing that answer.

25       Q.   Okay.  So you require the Roundup to be --

1    exposure to be before the diagnosis of non-Hodgkin

2    lymphoma, right?

3        A.    Before or soon after the onset of exposure.

4        Q.    Okay.  Anything else?

5        A.    If you can suggest other things that would

6    eliminate Roundup as a causative factor under these

7    circumstances, I would be happy to deal with them

8    one on one, but again, multifactorial causation is a

9    well-established principle of disease and, again, I

10   do not acknowledge that the presence of one factor

11   can negate or even mitigate the role of another.

12       Q.    All right.  Doctor, what types of

13   non-Hodgkin lymphoma do you believe that Roundup

14   either causes or is a substantial contributing

15   factor in causing?

16       A.    The answer to that is that there are data

17   for non-Hodgkin lymphoma in general, there are data

18   for B-cell non-Hodgkin lymphoma, and among the

19   individual subtypes, one can find data for diffuse

20   large B-cell and for follicular.

21            There are two other things that I want to

22   say in this regard addressing the current question

23   and the previous question.

24            There are some subtypes of non-Hodgkin

25   lymphoma that are simply sufficiently rare that you

Ron B, Schiff, M.D., Ph.D.

```
 1    may not have statistically significant epidemiologic

 2    evidence for an association even if an association

 3    exists.  Therefore, and especially in view of the

 4    tendency of the World Health Organization

 5    pathologists to be frequently renaming and

 6    reclassifying non-Hodgkin lymphoma, it's appropriate

 7    to take an inclusive and cumulative approach to

 8    determining the extent and quality of the

 9    epidemiologic evidence.

10        Q.   Okay.  Doctor, you've determined in -- well,

11    strike that.

12             It's your opinion that Roundup exposure can

13    cause LPL, a subtype of non-Hodgkin lymphoma; is

14    that right?

15        A.   That is correct.

16        Q.   It's your opinion that Roundup can cause

17    marginal zone lymphoma; is that right?

18        A.   Also correct.  Those were the two

19    depositions that I did with you previously.

20        Q.   Correct.  You also determined -- strike

21    that.

22             It's also your opinion that Roundup can

23    cause follicular lymphoma; is that right?

24        A.   Yes.

25        Q.   And it's also your opinion that Roundup can
```

1    cause diffuse large B-cell lymphoma; is that right?

2        A.   Also correct.

3        Q.   Are there any other specific subtypes of

4    which you have opined that Roundup causes that

5    subtype of non-Hodgkin lymphoma?

6        A.   For simplicity, I'm going to focus on your

7    question which included the phrase "on which I have

8    opined."  The answer to that is that constitutes the

9    universe of non-Hodgkin lymphoma subtypes on which I

10   have opined.

11        So the answer is no, I believe that there

12   are other non-Hodgkin lymphoma subtypes that are

13   also caused or have Roundup exposures as a

14   substantial factor in causing or contributing to

15   cause, but in terms of written or deposition

16   opinions, that has not yet come up.

17       Q.   Do you believe that Roundup could be a

18   substantial contributing factor -- well, let me

19   strike that.  I said could.

20        Do you believe that non-Hodgkin lymph -- let

21   me strike that and start over.

22        Do you believe that Roundup is a substantial

23   contributing factor to all B-cell non-Hodgkin

24   lymphomas?

25       A.   I believe the answer to that is yes.  I

Ron B, Schiff, M.D., Ph.D.

1    believe IARC recognizes it as such without any

2    exclusions or exceptions, but I am also

3    acknowledging that there are subtypes, the majority

4    of subtypes in fact, that are rare enough that there

5    are insufficient cases to detect a statistically

6    significant causative association even if one

7    exists.

8        Q.   Okay.  And in those subtypes where there is

9    insufficient data to determine whether Roundup

10   increases the risk of that subtype of B-cell

11   non-Hodgkin lymphoma, would you opine that Roundup

12   is a cause or substantial contributing factor, or

13   would you decline to give that opinion because there

14   is insufficient evidence?

15       A.   No, I would give the opinion in support of

16   Roundup being a causative risk factor in those cases

17   because we do have data about non-Hodgkin lymphoma

18   overall, we do have data about B-cell non-Hodgkin

19   lymphomas, and subtypes thereof would be included

20   within the larger category.

21       Q.   Is it your opinion that Roundup causes

22   T-cell non-Hodgkin lymphomas?

23       A.   I believe that there is also evidence that

24   it can do that, yes, and again, IARC does not

25   recognize an exclusion for T-cell

Ron B. Schiff, M.D., Ph.D.

1    lymphoproliferative malignancies.

2        Q.   Doctor, one of the things in your -- well,

3    let me confirm something.

4            Are all of your opinions related to

5    Mr. Schafer's case and his non-Hodgkin lymphoma set

6    forth in your expert report?

7        A.   I believe so.  I even put things in there

8    that I felt didn't need to be in the report, but I

9    did not expect to be deposed in this series of cases

10   and I did not want to leave open some questions that

11   to me were very obvious but that I would presumably

12   not have a chance to defend in a deposition.  So

13   that's why I went into some things that are rather

14   extraneous, like his experience of shoveling coal

15   and his unsubstantiated history of mycosis

16   fungoides.

17       Q.   So your report is comprehensive of your

18   opinions but it also includes some things you don't

19   think are relevant?

20       A.   That's correct, because, again, I did not

21   expect to be deposed.

22       Q.   All right.  In the medical history you point

23   out elevated PSA numbers on many different

24   occasions.  Do you recall that?

25       A.   That's correct.

Ron B. Schiff, M.D., Ph.D.

1       Q.   And what is your opinion about his elevated

2   PSA?

3       A.   Well, I believe that he may have had a

4   premalignant prostatic disorder.  He was never

5   proven to have actual prostate cancer and he

6   certainly may have prostatitis, either localized or

7   generalized.  None of those conditions is associated

8   with the non-Hodgkin lymphoma or with Roundup

9   exposure.

10      Q.   Do you know whether Mr. Schafer has a

11  prostate cancer?

12      A.   I have seen no evidence that he did, and as

13  you know, I've seen a couple of biopsy reports

14  indicating that he did not.

15      Q.   Okay.  So he's had a couple biopsies to

16  determine whether he has prostate cancer given his

17  elevated PSAs?

18      A.   I can give you the dates of those if you

19  want to refer to them in more detail.  These are

20  from a long time ago, Mr. Hogue.  The first one was

21  November 16, 2010, the second one was December 21,

22  2010, and I believe there was a third one -- and

23  perhaps I am mistaken, but he definitely had at

24  least two.

25      Q.   Okay.  That's fine.  I just saw in your

Ron B, Schiff, M.D., Ph.D.

```
 1    report there was this significant discussion of PSA

 2    and I wanted to know if it had any significant, you

 3    know, impact on your opinions in any way.

 4        A.   No.  It's unrelated, but I did -- what I am

 5    demonstrating is that I did a review of all of the

 6    medical records submitted, which is why I included

 7    that.  I originally thought that the attorney was

 8    giving me records back to 2010 in order to document

 9    what was known about Mr. Schafer's prior treatment

10    with phenytoin, brand name Dilantin, but, of course,

11    that's not relative either.  I felt obligated to

12    include it in my report despite its lack of

13    relevance, but again, that's why I thought I was

14    getting, you know, these records from seven-plus

15    years prior to diagnosis.

16        Q.   So Mr. Schafer took a medicine for his

17    seizure disorder; is that right?

18        A.   There appears to have been exactly one

19    seizure and it was post-traumatic, but he remained

20    on the medication, which is a relatively common

21    clinical scenario and is oftentimes unnecessary,

22    that someone has to remain on it for so long.  In

23    this case, that was from 1997 or 1998 and he was

24    certainly still on it as of the date of his most

25    recent medical records and his deposition.
```

1    Q.   So as far as you know, he's still taking

2    Dilantin?

3    A.   Well, certainly through 2019, yes.

4    Q.   Okay.

5    A.   Oh, I'm sorry.  I'm sorry.  That's not

6    correct.  When he had his DVT, a lower extremity

7    deep venous thrombosis, there was concern about a

8    potential drug interaction between phenytoin and his

9    anticoagulant drug, which I believe was rivaroxaban,

10   brand name Xarelto, X-a-r-e-l-t-o.  For that reason,

11   his anticonvulsant was changed from phenytoin to

12   levetiracetam, brand name Keppra.  I can spell that

13   upon request.

14   Q.   Have there been studies reporting an

15   increased risk of non-Hodgkin lymphoma with

16   phenytoin or Dilantin?

17   A.   Again, I alluded to the fact that there has

18   been controversy about this in the past, but at this

19   time, and for a good number of years, there is no

20   recognized association.  Phenytoin administration is

21   not considered a risk factor for the development of

22   non-Hodgkin lymphoma.

23        Is it possible for you to find a purported

24   expert who would argue with that?  Sure, I guess,

25   but the point is that if you look at the most

Ron B, Schiff, M.D., PH.D.

1    reliable sources of literature about risk factors

2    and so forth, it is not.  That was laid to rest a

3    number of years ago and the mechanism by which it

4    was laid to rest is that the lymphoid proliferations

5    that occur in patients on phenytoin are not clonal.

6    You have to have the diagnostic tools to determine

7    if there is clonal lymphocyte proliferation or not,

8    and it appears there is not.

9         Obviously, a person with phenytoin can

10   develop lymphoma like anyone else and, therefore,

11   have clonal lymphoproliferation, but the deal is

12   that in that case, that would be a coincidence

13   because a causative effect has been ruled out.

14        The most common description of enlarged

15   lymph nodes or lymphoproliferation occurring in

16   individuals with a history of phenytoin treatment is

17   called pseudolymphoma and that, you know, that's a

18   slang term, it's not a technical term.  There are

19   technical terms that correspond to it but it simply

20   gives the sense that it's not a real lymphoma, and

21   it's not.

22   Q.   So my question, are there studies showing

23   that phenytoin increases the risk of non-Hodgkin

24   lymphoma?

25   A.    There are no studies that are supported and

1    substantiated at this time indicating a causative

2    association.

3        Q.   Do you know whether the studies on phenytoin

4    and non-Hodgkin lymphoma are mixed, meaning some

5    show increased risk and others don't?

6        A.   I don't know if there were studies that go

7    back 20-plus years that were suggestive of an

8    association, but that has certainly been examined

9    with improved diagnostic capability in the interim

10   and found not to be a legitimate association.

11       Q.   Have you cited any references that indicate

12   that phenytoin is not -- has no -- has been found

13   not to be an increased risk of non-Hodgkin lymphoma?

14       A.   That's a little bit of an unfair question

15   because there usually would not be expected to be

16   literature that was designed to determine that

17   something was not.

18            So I did not research specific articles but

19   I certainly have looked at lists of risk factors,

20   including medications, that have been associated

21   with an increased risk of developing non-Hodgkin

22   lymphoma.  So no, I do not acknowledge that

23   phenytoin administration is such a risk factor.

24       Q.   Well, there can be studies that are

25   conducted to see if something -- if something

Ron B, Schiff, M.D., Ph.D.

1    increases the risk that comes up negative and shows

2    that it does not increase the risk, right?

3         MS. FREDONA:  Objection; form, incomplete

4      hypothetical.

5      A.   Yes, that's absolutely correct, but the

6    point is that studies like that would have to be

7    looked at for their details, and in this case it

8    would have to do with how the diagnosis was

9    established in that case.

10     Q.   Let's go through a few of his medical

11   conditions.  You agree that his seizure disorder was

12   not related to his non-Hodgkin lymphoma; is that

13   right?

14     A.   Correct.  It was post-traumatic and it is

15   unrelated.

16     Q.   And so his need to take phenytoin was not

17   related to his non-Hodgkin lymphoma, right?

18     A.   Again, I want to clarify.  The single

19   seizure that he had was in the late 1990s, and the

20   decision to keep him on anticonvulsive medication,

21   at least through 2019, can be regarded as debatable.

22         There are methods which neurologists use to

23   monitor a patient as the patient is taken off anti

24   -- long-term anticonvulsive medication.  I am not

25   aware of such an attempt in Mr. Schafer's case, but

1    again, there was only one seizure, it was traumatic,

2    it is what led to the administration of what is

3    basically lifelong anticonvulsive therapy, and no

4    aspect of that has anything to do with his lymphoma.

5       Q.   Okay.  Mr. Schafer's hypothyroidism or

6    Hashimoto's syndrome are not related -- well, strike

7    that.

8            His hyper -- well, the non-Hodgkin lymphoma

9    did not cause him to have hypothyroidism or

10   Hashimoto's disease; is that -- is that correct?

11      A.   If I'm understanding your question, here

12   you're asking whether non-Hodgkin lymphoma was a

13   risk factor for hypothyroidism or Hashimoto's.  The

14   answer to that is definitely no, it is not a risk

15   factor.

16      Q.   Okay.  Was his DVT related to his

17   non-Hodgkin lymphoma?

18      A.   In my opinion, I believe that the DVT is a

19   complication of his treatment for non-Hodgkin

20   lymphoma.  I believe that to some extent he may have

21   been immobilized or there may have been things going

22   on with his blood.  If you look at when the time

23   course was, that was June 22, 2018, when he was

24   diagnosed with a DVT of the left lower extremity,

25   and at that particular time he was 11 days into the

Ron B, Schiff, M.D., Ph.D.

```
 1    sixth and final planned cycle, and I regard each

 2    cycle as three weeks long, of his R-CHOP

 3    chemoimmunotherapy.

 4          In other words, he had received all of the

 5    R-CHOP medication.  This was cycle six and he was

 6    recovering from the most recent administration,

 7    which began on the 11th of June and concluded with

 8    the fifth and final day of prednisone administration

 9    on the 15th.

10          So according to that timetable, he was seven

11    days after the end of cycle six, but he was still

12    within what I regard as the three-week cycle.

13    Remember, all of his cycles were spaced at

14    three-week intervals.

15    Q.   Okay.  So his acute deep vein thrombosis --

16    which is a clot in his leg; is that right?

17    A.   That is correct.

18    Q.   It was treated with Xarelto; is that

19    correct?

20    A.   Also correct.

21    Q.   And Mr. Schafer never had any other problems

22    from that one clot in his leg; is that right?

23    A.   That is correct.  It's also worth pointing

24    out, in case you are thinking to ask me about it, he

25    did not have a workup for hematologic causes of
```

1    hypercoagulability, the inherited and acquired blood

2    conditions that predispose to abnormal or excessive

3    blood clotting.  If that was done, I haven't seen

4    it.

5           My records from the Hinsdale Immediate Care

6    do not include that, and if Dr. Frank did that, I

7    have not seen that either.  If you have something

8    that looks for that, then it might have bearing on

9    the rest of this, but in point of fact, I think they

10   saw that -- you know, a guy who was pretty sick,

11   recovering from his sixth and final planned cycle of

12   R-CHOP, he got a DVT, no big surprise, no big

13   mystery.  They treated it as an ordinary garden

14   variety DVT.

15   Q.   Okay.  You note that he had -- was diagnosed

16   with obstructive sleep apnea in June of 2018; is

17   that right?

18   A.   Yes.  There was actually a suspicion about

19   it before because, as I recall, he was referred to

20   the pulmonary physician, Dr. Collander,

21   C-o-l-l-a-n-d-e-r, on January 11th, 2018, seven days

22   before he saw Dr. Frank.  The evaluation that

23   Dr. Collander would have obtained from obstructive

24   sleep apnea, I do not know exactly when that was

25   done.

Ron B. Schiff, M.D., Ph.D.

```
1        Q.   Okay.  Do you believe his obstructive sleep
2    apnea was related to his non-Hodgkin lymphoma?
3        A.   No, I do not.
4        Q.   So other than his non-Hodgkin lymphoma,
5    Mr. Schafer had some other medical conditions that
6    were unrelated, including obstructive sleep apnea,
7    hypothyroidism, atrial fibrillation, and a at least
8    one-time seizure but for which he was later treated
9    for 15 or 20 years, correct?
10            MS. FREDONA:  Objection; form.
11       A.   Yes, 20-plus years, but that's correct.  I
12   mean, you know, there was also a history of high
13   blood pressure.  Later on he went on to have blood
14   sugar problems, but, you know, certainly the blood
15   pressure was unrelated.  That was already chronic by
16   the time of my various -- my very earliest medical
17   records in 2010.
18       Q.   So his -- Mr. Schafer's high blood pressure
19   was not related to his non-Hodgkin lymphoma; is that
20   right?
21       A.   That is correct.
22       Q.   And Mr. Schafer's elevated glucose levels
23   were not related to his non-Hodgkin lymphoma?
24       A.   I can't be sure about that, the reason being
25   that I'm not aware of any hyperglycemia before he
```

Ron B, Schiff, M.D., Ph.D.

1    began R-CHOP chemoimmunotherapy, and one of the

2    drugs that is part of R-CHOP, specifically

3    prednisone, can elevate the blood pressure -- the

4    blood sugar even enough to require treatment for

5    diabetes.

6          On top of that, I am assuming that he

7    received another corticosteroid, dexamethasone, in

8    conjunction with the CHOP chemotherapy, the Rituxan

9    administration, or both.  Dexamethasone is much more

10   powerful than prednisone.  It's only given one time

11   as premedication for each of those treatment cycles,

12   but cumulatively, especially if, you know, he was on

13   prednisone in between, during the first portion of

14   his treatment, it certainly could have contributed

15   to the hyperglycemia.

16         The first high blood sugar that I recorded,

17   and I'm not saying it was the first one he ever had,

18   but the first one that I can find that I recorded

19   that's significantly elevated, not borderline, was

20   178 on June 8, 2018.

21   Q.    Okay.  And if prednisone increases blood

22   glucose when the person stops taking prednisone, the

23   glucose level goes back down; is that right?

24   A.    In most cases, yes, but not in every case.

25   That's especially true for people who take it

1    chronically.  We know that he had six five-day

2    cycles of prednisone.  I cannot tell you whether

3    Mr. Schafer had an underlying tendency to develop

4    type 2.  It's probably safest to say that the

5    corticosteroid administration was likely responsible

6    or, going back to our original language, played a

7    significant role, was a substantial factor in

8    causing or contributing to cause his

9    hyperglycemia/diabetes.

10          I'm looking at an entry from December -- no,

11   November 26, 2018, where his blood sugar was 161.

12          And my point there is that that is well

13   after he completed R-CHOP.

14          Now, November 26th, 2018, was the date of

15   his third of four documented maintenance Rituxan

16   infusions.  Is it possible that he was given

17   Decadron and his blood was drawn after that

18   Decadron -- being the brand name for dexamethasone

19   -- and his blood was drawn after that?  Yeah, I

20   guess anything is possible, but that's not the

21   ordinary sequence when a patient receives cancer

22   treatment.  The blood is drawn first, the drugs are

23   given after.

24      Q.   Do you believe that Mr. Schafer has

25   diabetes?

1      A.   I would have to qualify my answer with that

2    to indicate that my last available medical records

3    on him are from March 4, 2019.  The last

4    significantly elevated glucose that I have was the

5    one I just mentioned from November 26, 2018.

6         From March 4, 2019, two years have elapsed

7    and I do not know what his blood sugar has done in

8    the meantime.  So I might be suspicious that he's

9    had a problem with persistently elevated blood

10   sugars or maybe intermittently elevated blood

11   sugars, but I have no data and, therefore, cannot

12   comment with any degree of certainty.

13     Q.   Okay.  In the medical records you've seen,

14   you haven't seen any diagnosis of diabetes; is that

15   fair?

16     A.   That's correct.

17     Q.   All right.

18     A.   That's me being meticulous about reviewing

19   all of the available information.

20        MR. HOGUE:  Why don't -- can we take a short

21     break?  I'm going to sneeze here, so it's about

22     time for a break anyway.  Is that fair?

23        THE WITNESS:  Yes, sir.

24        THE VIDEOGRAPHER:  Okay.  Going off the

25     record at 11:20.

Ron B, Schiff, M.D., Ph.D.

```
 1          (Recess from 11:20 a.m. until 11:27 a.m.)

 2          THE VIDEOGRAPHER:  We are back on the record

 3      at 11:27.

 4  BY MR. HOGUE:

 5      Q.  Dr. Schiff, can you hear me?

 6      A.  Yes, I can, Mr. Hogue.

 7      Q.  Okay.  I didn't remember whether I was off

 8      mute or not.

 9          I got the copy of your invoice dated January

10      26th -- I assume that's 2020, although that's -- I

11      mean 2021.  All it says is 20.

12          It's got a total of 29.25 hours and -- for

13      an amount due of $17,550.  Is that right?

14      A.  I did not look at that billing information

15      prior to today's deposition.  I have it handy if you

16      want me to look at it and confirm, but again, this

17      is an invoice that was submitted and paid.

18      Q.  I think that's a total of 17,550.  It looks

19      like you had a $1200 retainer that had previously

20      been paid.

21      A.  Yes, a retainer was submitted in this case.

22      Q.  Okay.  So does that sound like about the

23      amount of work and billing that you had?

24      A.  It was approximately.  I mean, if you're

25      looking at my invoice, then it's accurate.  If you
```

Ron B. Schiff, M.D., Ph.D.

```
 1    want me to crosscheck it, I can do it.  I have that
 2    very close to where I'm sitting.  What I gave you
 3    before was the number of hours that I did preparing
 4    for today's deposition between my submission of the
 5    report and yesterday.
 6        Q.   So the descriptions, it looks like it gets
 7    cut off but it says "material review and repo."  I
 8    assume that's material review and report.  Was that
 9    preparation?
10        A.   Yes.
11        Q.   Okay.  All right.  Going back to your
12    report, you mentioned several things that you
13    believe are related to his treatment for R-CHOP,
14    right?
15        A.   Do you mean complications?
16        Q.   Yes, sir.
17        A.   Yes.
18        Q.   And you describe a chemo fog.  Can you tell
19    me what that is?
20        A.   Yes.  Yeah.  There's a discussion of it in
21    there which indicates this is -- this is in my
22    complications section.  The complications section
23    has one page that is full, and in the middle of that
24    there is a big paragraph where I state:  Mr. Schafer
25    also described the development of chemo fog, more
```

Ron B, Schiff, M.D., PH.D.

1    widely known as "chemobrain," by which he was

2    referring to cognitive impairment which persisted

3    after the treatment of R-CHOP, possibly even to the

4    time of Mr. Schafer's deposition.

5         And I cite to the deposition where he

6    discussed it.

7         This is something that was previously not

8    recognized as a standard or conventional side effect

9    of cancer chemotherapy, but over the years patients

10   have repeatedly reported problems with things like

11   memory and especially concentration, and also focus.

12        Chemobrain became a patient originated term

13   that was used to describe that, and it is relatively

14   common and many different types of chemotherapy have

15   been implicated in being caused by it.

16        For my entire career in Tampa, I had an

17   advanced practice nurse who worked with me but was

18   also on the faculty of the local nursing school at

19   University of South Florida, and chemobrain was one

20   of the things that she researched, and every time

21   she found an interesting article, she would make

22   sure that I read it.  So, you know, certainly up

23   until the time I retired I probably read every word

24   in the literature about what chemobrain is.

25        I think that the description I gave is about

Ron B. Schiff, M.D., Ph.D.

1    as complete and as specific as I can make it.

2        Q.   Do you believe that Mr. Schafer has -- does

3    suffer from chemobrain?

4        A.   Well, this is something that, you know, is

5    self-recognized and self-reported, and, you know, he

6    obviously perceived a change in his cognitive

7    capabilities relative to pretreatments and commented

8    on that.

9            I cannot judge that further and I'm

10   certainly not aware that he had any specific

11   neuropsychiatric testing that assessed his cognition

12   formally, but again, this is something that patients

13   recognize in themselves and report about, and in the

14   vast majority of cases, you know, anything short of

15   full-blown dementia, that's all the information that

16   we get.

17       Q.   Okay.  I think you also made reference to

18   some fatigue.  Do you know whether that's continuing

19   or whether that was only shortly after he had the

20   chemo treatment?

21       A.   Well, there again, my limitation is that my

22   medical records end on March 4, 2019.  His

23   deposition was later than that and that was November

24   19, 2019, which is 15 months ago, but at the time of

25   his deposition, fatigue, along with generalized

1    weakness and decreased energy, was among his active

2    and persistent symptoms.

3        Q.    Okay.  On page 17, it's in your discussion

4    of his exposure --

5        A.    Yes.

6        Q.    The third para in that Section 6 says:

7    Mr. Schafer's exposure to Roundup, therefore, has

8    been inhalational with no transdermal exposure cited

9    during his deposition.

10            Is that -- is your opinion based upon

11    Mr. Schafer being exposed to Roundup from inhaling

12    it?

13       A.    Well, yes.  I mean, what he did was he

14    applied it by means of spraying and I wrote that he

15    typically purchased ready-to-use Roundup, otherwise

16    known as premixed.

17            Now, the point is I have learned from

18    reading other depositions of other plaintiffs,

19    plaintiffs in the Roundup deposition, that skin

20    exposure is very common, but in this particular

21    case, I believe Mr. Schafer did not acknowledge

22    recalling any specific skin exposure, and he did not

23    participate in the step that, from what I can gather

24    as an outsider and someone who has never used this

25    product, is the highest risk of skin exposure, which

1    is mixing the concentrate, and then, you know,

2    putting into the -- putting it into the container

3    that's used for application.

4         So he didn't do that.  He only bought

5    premixed and, you know, and he seemed to indicate

6    that he never got it on his skin and I did not want

7    to make any assumptions.  Because why?  I'm not in

8    the habit of making assumptions about things.

9         So that's why I said that the only thing

10   that we can take away from his depo was inhalational

11   exposure while spraying.

12   Q.   Okay.  If you go to page 19 --

13   A.   I'm there.

14   Q.   It's in Section 8 of your report.  You

15   discuss the Zhang article; is that correct?

16   A.   That's correct.

17   Q.   And have you seen the EPA's 2020 review of

18   the Zhang article?

19   A.   No, I don't think I've seen that.

20   Q.   Is that something of interest to you?

21   A.   Well, certainly I would be happy to take a

22   look at it, but I've spoken about the tainted role

23   of the EPA in recent reconsiderations of the

24   carcinogenicity and lymphoma causation of Roundup.

25   In fact, I was questioned about that in depth last

1    week to the extent that I was asked by defense

2    counsel to submit three articles to which I had

3    referred in the past that dealt with that particular

4    issue, specifically the analysis of the EPA

5    involvement and IARC's response to criticism.

6           So I provided all of those earlier this

7    week.

8           If there is an EPA review in 2020, I would

9    hereby request for you or Ms. Fredona to supply that

10   to me so I can read it, but I have not come across

11   it.

12   Q.   All right.  In the paragraph that starts

13   with "Some of the studies," do you see that?

14   A.   I do.

15   Q.   You say:  Some of the studies that have

16   investigated association between glyphosate exposure

17   and the development of non-Hodgkin lymphoma have

18   also searched for more specific associations between

19   glyphosate exposure and various histologic subtypes

20   of non-Hodgkin lymphoma.

21          Is that right?

22   A.   That is correct.

23   Q.   Okay.  And it is your opinion, is it not,

24   that the risk factors for the various different

25   histologic subtypes of non-Hodgkin lymphoma are

1    different, is it not?

2         MS. FREDONA:  Objection; form.

3    A.   This has been formally studied at least

4    during the period between 2008 and 2014 by the

5    so-called InterLymph project, which provide a number

6    of the references that I cited in my report.  They

7    refer to it as etiological heterogeneity, indicating

8    that in some cases, different subtypes may have

9    different patterns or risk factors.

10        The overriding consideration here is one

11   that I've already addressed, and in fact, I

12   addressed explicitly in the last section, the last

13   sentence of the paragraph that you have just read,

14   which is that:  Less common non-Hodgkin lymphoma

15   subtypes may not occur with sufficient frequency to

16   permit detection of a statistically significant

17   association with glyphosate exposure even if such an

18   association exists.

19        I think that's the key takeaway there,

20   because, you know, you can always come back to me

21   and say, well, here's a rare lymphoma, where is the

22   glyphosate data?  And my response to that is going

23   to be there aren't enough cases for there to be

24   glyphosate data, and I think the literature bears

25   that out.

Ron B, Schiff, M.D., Ph.D.

1      Q.    Okay.  So in the next sentence after what I

2   read, you talk about two large studies looking at

3   diffuse large B-cell lymphoma; is that correct?

4      A.    That is correct.

5      Q.    And you cite Reference 12 and Reference 13.

6   Reference 12 is the Leon study, right?

7      A.    That's correct.

8      Q.    Do you have the Leon study with you?

9      A.    Yes.  I'm taking Leon and Pahwa out and they

10   are in front of me right now.

11      Q.    All right.  So the Leon study -- which is a

12   2019 study, right?

13      A.    That is correct.

14      Q.    It comes from a pooled analysis of various

15   studies; is that right?

16      A.    Yes.

17      Q.    And it says it's a pooled analysis of three

18   large agricultural cohort studies; is that -- is

19   that correct?

20      A.    That is also correct.

21      Q.    And in their conclusions they state:  The

22   associations of pesticides with non-Hodgkin lymphoma

23   appear to be subtype- and chemical-specific.

24         Do you see that?

25      A.    Where are you reading, please, Mr. Hogue?

Ron B, Schiff, M.D., Ph.D.

```
 1        Q.   The abstract conclusion.

 2        A.   Got it.  Yes.  I'm right there.

 3        Q.   It says the association of pesticides with

 4   non-Hodgkin lymphoma appear to be subtype- and

 5   chemical-specific.

 6             Do you agree with that?

 7        A.   Yes, I agree with that, to which there are

 8   data that substantiate that conclusion, which we've

 9   now discussed twice.

10        Q.   All right.  If you go to Table 2, which is

11   on page 8 --

12        A.   I have it.

13        Q.   And if you look at -- they list a lot of

14   different chemicals and then they have the overall

15   data for non-Hodgkin lymphoma, and then they break

16   out that data by subtype, correct?

17        A.   That's correct.

18        Q.   For glyphosate you cite the data that

19   relates to diffuse large B-cell lymphoma, that being

20   a 1.36 hazard ratio that ranges from 1.00 to 1.85,

21   right?

22        A.   That's correct.

23        Q.   But for glyphosate for non-Hodgkin lymphoma

24   overall, the hazard ratio is 0.95, right?

25        A.   That is correct, in this study, but yes,
```

1    that's correct.

2        Q.   So in this study, glyphosate use was not

3    associated with non-Hodgkin lymphoma overall,

4    correct?

5        A.   In these three pooled cohorts, that

6    association does not show up, but the association

7    does show up in other analyses, including

8    meta-analyses where data are pooled among a larger

9    number of subjects.

10       Q.   Well, this study that you cite to finds that

11   the 95 percent confidence interval for glyphosate

12   and non-Hodgkin lymphoma is somewhere between 0.77

13   and 1.18, right?

14       A.   That is correct.

15       Q.   So that is a pretty narrow range surrounding

16   1.0, which is no association, right?

17            MS. FREDONA:  Objection.

18       A.   Well --

19            THE WITNESS:  Sorry.

20       A.   Narrow is a value judgment.  The 95 percent

21   confidence interval is what it is, and in

22   this particular analysis, no statistically

23   significant association is shown for non-Hodgkin

24   lymphoma malignancies overall, and that is covered

25   in the text on page 7 of the article as well.

Ron B. Schiff, M.D., Ph.D.

1         Q.   Okay.  And if you go to page 10, still in

2    Table 2, if you look at glyphosate for follicular

3    lymphoma, the hazard ratio is 0.79, right?

4         A.   That is correct.

5         Q.   That's suggestive of a 21 percent reduction

6    in the risk of follicular lymphoma with glyphosate

7    use; is that right?

8         A.   Absolutely not, Mr. Hogue.

9         Q.   And why is that?

10        A.   Because it is not a statistically

11   significant finding.  In this particular case, the

12   95 percent confidence interval crosses the 0.00

13   standard.  Consequently, you cannot say that this is

14   a statistically significant decrease in incidence

15   implying that glyphosate exposure is actually

16   protective against the development of follicular

17   non-Hodgkin lymphoma, which, in my opinion, is

18   ridiculous.

19        Q.   Okay.  So if a odds ratio or hazard ratio is

20   not statistically significant, then you think you

21   cannot use that data to indicate whether a chemical

22   increases or decreases the risk?

23             MS. FREDONA:  Objection; form.

24        A.   I am aware that in the earlier glyphosate

25   litigation, that the issue of statistical

 1    significance was brought up and litigated.  I do not

 2    prefer to go into that and talk about how important

 3    it is to demonstrate statistical significance versus

 4    whether other criteria have superseded it.  I will

 5    use the standard assessments of statistical

 6    significance in offering my opinions here, and that

 7    is exactly what I've done all along.

 8        Q.   So it's important for you to rely upon

 9    statistically significant associations; is that --

10    is that fair?

11        A.   That's one of the things that I look at, but

12    I also am well aware that statistically significant

13    associations are a reflection in every case of

14    sample size.  Please note that in the Leon pooled

15    analysis, there were 2,430 non-Hodgkin lymphoma

16    cases, which was their total number; diffuse large

17    B-cell lymphoma had 434 cases; follicular lymphoma,

18    214 cases, much smaller numbers.

19             Therefore, if you look at statistical

20    significance, you look at the width of the 95

21    percent confidence intervals and you take all of

22    that into account in interpreting the data.

23             Now, I'm not contradicting that this study

24    does not show evidence of an association between

25    follicular lymphoma and glyphosate exposure because

Ron B, Schiff, M.D., Ph.D.

```
1    it does not, but by the same token, it certainly

2    does not show, as you asked me, that glyphosate

3    exposure is protective against the development of

4    follicular lymphoma, because that's obviously not

5    correct.

6        Q.   Well, there's certainly no data in this

7    study indicating that Roundup increases the risk of

8    follicular lymphoma, correct?

9        A.   In this study, that is correct, yes.

10       Q.   Okay.  And when you -- you said that there

11   were more cases of diffuse large B-cell than there

12   were of follicular lymphoma; is that right?

13       A.   That is correct.

14       Q.   And where were you looking at that, what

15   table, what number?

16       A.   I did not attempt to extract that from the

17   table.  Let me see if it's possible to do so.  I am

18   extracting that from page 7, the two subsections of

19   results entitled "Diffuse Large B-cell Lymphoma" and

20   "Follicular Lymphoma" respectively.

21       Q.   Okay.  And if you look at Table 1, it says

22   "Combined Population" and if you look at -- there it

23   also has diffuse large B-cell of 434 and follicular

24   lymphoma of 214, right?

25       A.   Yes.
```

1    Q.   For the overall non-Hodgkin lymphoma, there

2    was 2,430, correct?

3    A.   That's also correct.

4    Q.   So there were four times more -- actually,

5    excuse me.  There was almost six times as many

6    overall non-Hodgkin lymphomas as there was diffuse

7    large B-cell, correct?

8    A.   Also correct.

9    Q.   And in the overall non-Hodgkin lymphoma,

10   there was no association with an odds ratio slightly

11   below 1, correct?

12   A.   Yes, but not statistically significantly

13   below 1, but yes, we've already acknowledged that,

14   to which I say not in this study, not in Leon.

15   Q.   So the only piece of data that you cite to

16   from this study is the one that relates to diffuse

17   large B-cell, correct?

18   A.   That is correct.

19   Q.   All right.  Let's go to Pahwa.

20   A.   I have it.

21   Q.   And you say that the Pahwa study shows an

22   increased risk for diffuse large B-cell lymphoma?

23   A.   According to some of the analyses, yes.

24   Q.   Okay.  In Table 2, for ever use of Roundup

25   or ever exposure to Roundup, there is no increased

1    risk of diffuse large B-cell, correct?

2       A.   No, that's not correct, Mr. Hogue.

3       Q.   So in Table 2 you believe there is an

4    increase?

5       A.   We're talking about diffuse large B-cell,

6    correct?

7       Q.   Yes.

8       A.   There is a statistically significant

9    increase with an odds ratio of 1.60 and 95 percent

10   confidence intervals of 1.12 to 2.29.

11      Q.   And that's before you adjust for other

12   chemicals, including 2,4-D, dicamba, and malathion,

13   right?

14      A.   The situation that I have gleaned from

15   reading other information about this is that

16   exposure assessment has been problematic, including

17   in the Agricultural Health Study, and, therefore,

18   what we might be looking at here is a significant

19   confound.

20           In point of fact, the statistic that I cited

21   is adjusted for age, sex, geographic location,

22   positive family history, whether or not a proxy

23   respondent is used, and I'll get back to that in a

24   minute, and use of any personal protective

25   equipment.

Ron D. Schiff, M.D., Ph.D.

1          The proxy respondent, of course, is

2     associated with decreased accuracy in exposure

3     assessment, and in all of the cases of

4     nondifferential exposure assessment, which this

5     assumes, everything is bias toward the null.

6          So, you know, I mean, you don't need me to

7     tell you that.  In fact, I'm a little surprised that

8     we're relitigating general causation here, but in

9     actual fact, there is such a thing as overcorrecting

10    for the types of adjustments that are possible in

11    statistical analyses, so what I am citing here is an

12    adjustment that is made for a number of potential

13    other risk factors, but does not address the issue

14    of possibly confounded concurrent or sequential

15    exposures to other pesticides.

16    Q.   So is --

17    A.   But there is a lot of different ways to do

18    these analyses, so, you know, I'm focusing on this

19    one particular way of looking at this analysis.  You

20    know, if you want to look at the fully adjusted

21    model, the odds ratio is still elevated and it --

22    the 95 percent confidence interval goes a little way

23    below 1, it goes to .81, but it goes substantially

24    above 1, to 1.88.

25         So yes, it's not statistically significant;

Ron B, Schiff, M.D., Ph.D.

1    no, I am not basing my argument on that, but I am

2    just trying to put the number that I am citing into

3    an appropriate context.

4        Q.   So the 1.23 odds ratio for the fully

5    adjusted model for diffuse large B-cell lymphoma was

6    not statistically significant, right?

7        A.   Would I object to the use of the fully

8    adjusted model because that would say that all

9    possible coexisting prognostic factors are taken

10   into account and that's not correct.

11           The addition in terms of adjustment is

12   limited to three other pesticides:  2,4-D, dicamba,

13   and malathion.

14           And, you know, the point is that there may

15   have been concurrent or sequential exposure in some

16   of these cases subject to the questionnaire

17   recollection of the individuals enrolled in the

18   study, or those who depended on proxy respondents,

19   and in each case those things that contribute, as I

20   said, to nondifferential bias in exposure assessment

21   do bias the results toward the null.

22       Q.   So do you know whether the authors

23   themselves, when citing to their conclusions, use

24   the adjusted model that adjusts for other chemicals

25   that potentially increase the risk of non-Hodgkin

Ron D, Schiff, M.D., Ph.D.

1    lymphoma?

2        A.   Well, the answer is they look at both, but,

3    I mean, I think that instead of taking what the

4    authors say out of their abstract or out of their --

5    out of the body of the article, you just look at the

6    data and say that.  So, you know, in the model

7    adjusted for the various things excluding exposure

8    to additional pesticides, NHL overall has an

9    elevated odds ratio and is statistically

10   significant, and the same for diffuse large B-cell

11   lymphoma in this study.

12       I would also point out that for NHL overall,

13   the pooled analysis is comparable to what Zhang

14   found and what IARC found.  It's, you know, it's in

15   the same general area, and as I also pointed out in

16   my report, it's very similar to what was found for

17   polychlorinated biphenyls, which are also Monsanto

18   products, which IARC has classified as a group 1

19   carcinogen and lists limited evidence for

20   non-Hodgkin lymphoma without making exclusions for

21   particular lymphoma subtypes.

22       Q.   So, Doctor, when you're examining Table 2,

23   and you're relying upon this study, is it -- is it

24   your statement that you believe that the model that

25   is not adjusting for other chemicals is more

1    reliable than the model that is adjusted for other

2    chemicals?

3            MS. FREDONA:  Objection; form, vague.

4            THE WITNESS:  Sorry.  Is the objection on

5      the record?

6            THE COURT REPORTER:  (Indicating.)

7            THE WITNESS:  Okay.

8      A.   So the answer to that is no.  I'm looking at

9    both of those parameters, I was specifically citing

10   one, but I looked at both of those as you might

11   expect that I would, and -- you know, and, I mean,

12   there are other data points in this table reflecting

13   other analyses that also bear on these exact issues.

14     Q.   Okay.  But for follicular lymphoma, neither

15   model, the one that does not adjust for other

16   chemicals, and the one -- well, strike that.

17           For follicular lymphoma, there is no

18   increased risk with Roundup exposure under either

19   model; is that correct?

20     A.   That is correct.

21     Q.   And on this same page, right up underneath

22   this table, there is a statement that says:  There

23   was no association apparent with follicular

24   lymphoma.

25           Do you see that?

 1      A.   Right underneath the table?

 2      Q.   Yes, sir.  About the fourth line down, the

 3   last sentence of that carryover paragraph.

 4      A.   Okay.  Yes, I see that now.  I didn't know

 5   where you were looking, but yes, that's correct.

 6      Q.   There was no association apparent with

 7   follicular lymphoma.  Do you agree with that?

 8      A.   Yes, in this study -- well, in this table,

 9   that is correct.  There is other evidence elsewhere

10   in the study suggestive of an association for a

11   subgroup, but the other point is that the authors

12   cite in the same paragraph that you just read from

13   the associations with NHL overall and diffuse large

14   B-cell lymphoma.  I mean, it's just a recap of what

15   we discussed in the table, but I'm objecting to

16   taking out of context just the data about follicular

17   lymphoma which is not the operative diagnosis in

18   Mr. Schafer's case, but, you know, it certainly may

19   be relevant in other plaintiffs in the Roundup

20   litigation.

21          But, you know, remember that among cases of

22   diffuse -- among causes of non-Hodgkin lymphoma, by

23   some measures, which I have cited in my report,

24   diffuse large B-cell is 31 percent and follicular is

25   21 percent, and any discrepancies in percentage,

Ron D. Schiff, M.D., Ph.D.

```
 1    Mr. Hogue, may reflect the fact that there are

 2    different inclusions in the list of what World

 3    Health Organization pathologists consider

 4    non-Hodgkin lymphoma; whereas, what ordinary

 5    clinical guys like me consider, and that may have

 6    something to do with it, why the percentages might

 7    be diluted somewhat in the World Health Organization

 8    classification.

 9    Q.   Can you go to page 7 of your report, where

10    you discuss "On January 25th," do you see that?

11    A.   I'm there.

12    Q.   All right.  You discuss hypermetabolic

13    activity throughout the thyroid, gallstones, and

14    left external iliac lymph --

15    A.   Lymphadenopathy.

16    Q.   Okay.  All right.  Can you -- can you tell

17    me what hyperbolic -- hypermetabolic activity there

18    is referring to?

19    A.   Yes.  That's the main thing that a PET scan

20    gives you by itself or when fused with a CT scan,

21    that a CT scan by itself does not, and that is

22    radioactive material is taken up by tissues with

23    certain types of malignancy.  This reflects

24    something known since the -- since about 1940 as the

25    Warburg effect, which has to do with increased
```

1    glucose metabolism in cancer cells.

2         The bottom line is that there is increased

3    uptake of a radioactively labeled glucose molecule

4    in the most common types of PET scans that closely

5    correlates with malignancy.  Now, the point is it's

6    not perfect.  There are some cancer types that are

7    not inclined to do that.  For example, follicular

8    lymphoma doesn't do it so well, possibly because it

9    is a more slowly growing neoplasm than diffuse large

10   B-cell.

11        Prostate cancer typically doesn't do it,

12   which is why different types of imaging studies are

13   used for prostate cancer, but the bottom line is

14   that if you have a clinical suspicion or a biopsy

15   diagnosis of malignancy, the hypermetabolic activity

16   that may be displayed on a PET CT scan will

17   correlate with the diagnosis, or it will give you

18   some semi-quantitative information so that you can

19   see that SUV, standardized uptake value, decrease

20   with treatment, with successful treatment, even

21   before, in some cases, even before you get

22   significant shrinkage or disappearance of the tumor

23   mass itself as shown by the CT component of the

24   exam.

25        But we've talked a little bit now about the

1    sensitivity of the radioactive material uptake, now

2    let's talk about the specificity.  Inflammatory

3    conditions can also cause abnormal or excessive

4    uptake of the radioactive material on a PET scan,

5    and in this particular case the thyroid and the

6    prostate seemed to be manifesting exactly that.

7         I don't think that the thyroid functions

8    were consistent, and we know that -- actually, yeah,

9    we did know that on April 20th, 2018, the lymphoma

10   lymph nodes looked better on a restaging PET CT scan

11   after just two cycles of R-CHOP chemoimmunotherapy,

12   but the thyroid gland was still hot, meaning it took

13   up the radioactivity, and the prostate was looking

14   better as well, which really is neither here nor

15   there because, as we said, the prostate was biopsied

16   twice.  Not only was there no lymphoma in it, there

17   was also no prostate cancer identified in it.

18        So there are other conditions that can do

19   it, which is why earlier I said that I thought

20   Mr. Schafer had a premalignant prostate disorder as

21   well as prostatitis, which is an inflammatory

22   condition.

23   Q.   Okay.  What was causing the hypermetabolic

24   activity in his thyroid?

25   A.   Well, in theory, that could be the

Ron B. Schiff, M.D., Ph.D.

1     Hashimoto's thyroiditis but we don't know that for a

2     fact.  You know, I don't have correlating antibody

3     studies to look to see how much antibody his immune

4     system was making against the glandular cells of the

5     thyroid, so I don't know that, but certainly active

6     Hashimoto's would raise the possibility of increased

7     uptake of radioactive material on the PET scan.

8         By the same token, it's again worth noting

9     that on the first restaging PET CT, the

10    pelvic lymphadenopathy was better but there was no

11    indication that there was a comparable improvement

12    or any kind of improvement in the appearance of the

13    thyroid suggesting a different cause.

14    Q.   Do you know whether there was any cancer in

15    the thyroid?

16    A.   I'm not aware that it was biopsied at any

17    point but, you know, I mean, enough time has gone by

18    that this individual was known to have

19    hyperthyroidism and Hashimoto's that if there was a

20    concern about a nodule, which was not shown by any

21    of the imaging studies, one would assume, more

22    likely than not, that it could have come to

23    ultrasound evaluation and aspiration or biopsy.

24    Q.   Okay.  And you were aware that Mr. Schafer

25    had Hashimoto's thyroiditis, right?

Ron B, Schiff, M.D., Ph.D.

```
 1      A.   Yes.  We've discussed that already on a few
 2   occasions, but correct, that's part of his medical
 3   history.
 4      Q.   And hypo -- excuse me.  Hashimoto's
 5   thyroiditis is an autoimmune disorder, right?
 6      A.   Yes, it is.
 7      Q.   And it increases the risk of non-Hodgkin
 8   lymphoma; is that correct?
 9      A.   Not in general.  According to the source
10   that I cited, it increases the risk of non-Hodgkin
11   lymphoma of the thyroid, but again, hypothyroidism
12   and Hashimoto's are actually very common disorders.
13   In an endocrinology practice, that's second only to
14   diabetes, and that is a general endocrinology
15   practice.
16           However, primary lymphoma of the thyroid is
17   very rare.  I'm wracking my brain to think if I've
18   ever seen one of those.  I may have seen thyroid
19   involvement in association with lymphoma throughout
20   the body, but I can't remember ever seeing a case of
21   non-Hodgkin lymphoma of the thyroid confined to the
22   thyroid.  Again, I could be wrong, I haven't thought
23   about that until this moment, but I can't bring a
24   case like that immediately to mind.
25      Q.   Okay.  You, for your discussion of
```

1    Hashimoto's thyroiditis as a risk for non-Hodgkin

2    lymphoma, you refer to Reference 3, the Bierman

3    chapter; is that right?

4        A.   That's correct.

5        Q.   And can you tell me what part of the Bierman

6    article you are citing for your opinion?

7        A.   Okay.  I'm going to have to look for that

8    and I'm seeing it here.  Yes, in the subsection

9    entitled "Immune System Abnormalities," on page

10   1230 -- 1,230 -- there is a sentence that said:

11   Increases in the incidence of thyroid lymphoma are

12   seen in patients with Hashimoto's thyroiditis.

13        There is a citation to the chapter on

14   thyroid disease in the endocrinology section of

15   Cecil, but I cross-reference that and there is no

16   additional information about this point in there, so

17   I'm taking this from the lymphoma chapter.

18        Q.   Okay.  And it says there is increases in

19   incidence of thyroid lymphoma are seen in patients

20   with Hashimoto's thyroiditis, right?

21        A.   That's correct.

22        Q.   And in Table 176 it discusses factors

23   associated with development of non-Hodgkin lymphoma

24   and one of those is Hashimoto's thyroiditis, right?

25        A.   That's correct.

1      Q.    This article does not say that Hashimoto's

2    thyroiditis does not -- doesn't increase the risk of

3    non-Hodgkin lymphoma outside the thyroid, does it?

4      A.    The table does not talk about that, but the

5    point is the table is augmented by discussions

6    having to do with, as you can see, genetic factors,

7    immune system abnormalities, infectious agents, and

8    environmental and occupational exposures.

9           So the table just lists the risk factor.

10   The subsection entitled "Immune System

11   Abnormalities" provides the little bit of additional

12   information that the risk is confined to lymphomas

13   of the thyroid.

14          I will tell you I also cross-checked this in

15   the 2010 book called "Non-Hodgkin Lymphoma," and I

16   did not see any additional information in there,

17   including nothing that contradicted or expanded upon

18   this.

19     Q.    It doesn't say that -- it says increases of

20   incidence of thyroid lymphoma are seen, but it

21   doesn't say that the autoimmune disorder of

22   Hashimoto's risk of non-Hodgkin lymphoma is limited

23   only to the thyroid, does it?

24     A.    Well, it doesn't make a negative statement

25   like that.  If there was an association with other

1    types of lymphoma, the entire context of this

2    section discussing risk factors indicated that they

3    would have included it.

4            I myself have not seen anything that

5    indicates that Hashimoto's is associated with

6    increased risk of other types of lymphomas, and

7    again, I do a -- I did a little bit of extra

8    checking in part of my preparation of the report.

9        Q.   Okay.  In your report you say that

10   Hashimoto's is associated with an increased risk of

11   non-Hodgkin lymphoma, although the associated

12   lymphomas are confined to the thyroid, right?

13       A.   Yes.  That was how I was trying to make that

14   point, but that's correct.

15       Q.   Okay.  But the citation did not say that the

16   association -- associated lymphomas were confined to

17   the thyroid, that is not a statement that's in the

18   other article?

19       A.   That's certainly my interpretation and

20   anyone's reasonable interpretation of the statement.

21       Q.   Okay.  It's your opinion that obesity

22   increases the risk of diffuse large B-cell lymphoma,

23   right?

24       A.   Well, please give me one second to reread

25   that sentence.

1          Yes, I stand by the fact that if there were

2     other types of non-Hodgkin lymphoma whose risks were

3     increased by a preexisting diagnosis of Hashimoto's,

4     then the authors of this chapter would have

5     acknowledged it explicitly.

6          In terms of obesity, you know, this is

7     another thing where there are data on both sides of

8     it and I put what I believe is a relatively complete

9     discussion of that in my report immediately after

10    the paragraph dealing with Hashimoto's.

11    Q.   Okay.  Is obesity an increased risk of

12    follicular lymphoma?

13    A.   Well, my understanding of this is that the

14    strongest association is with diffuse large B-cell,

15    and in fact, pretty much all of the data that I

16    looked at were focused on diffuse large B-cell or

17    non-Hodgkin lymphomas overall.  I do not remember

18    anything specific about follicular but I do have

19    handy the InterLymph article on follicular lymphoma

20    and I can certainly right now, without delay, look

21    to see what they specifically said about obesity.

22    Q.   Well, what is your opinion as to whether

23    obesity increases the risk of follicular lymphoma?

24    A.   I don't think that there is data in support

25    of that, but, you know, because you're asking me for

Ron B, Schiff, M.D., Ph.D.

1    my opinion, I am going to pull that out and I'm

2    going to look specifically at that part of the

3    InterLymph study.

4        Q.   Is that the Linet article?

5        A.   That is an article first -- first author

6    Linet, and I believe I cited the follicular one with

7    respect to the smoking issue.  I know I've cited it

8    in the past.  I can't remember if that wound up in

9    this report because smoking is a moot point in

10   Mr. Schafer.

11            Okay.  I am seeing that there is an

12   association, although it's inconsistent and it is

13   not quantitative -- not quantitatively related by

14   the quintiles in which this has been broken down.

15            It does appear that under young adult, that

16   there is an association with BMI 22.5 to 25

17   kilograms per square meter, but that's not their

18   obesity category.  Their obesity category of 30 to

19   50 has an odds ratio of 1.46 with a 95 percent

20   confidence interval of 0.98 to 2.17.  So that

21   approaches statistical significance, and they did do

22   a continuous variation analysis which is also

23   statistically significant.  For every five kilograms

24   per square meter that the BMI goes up, there is a

25   statistically significant increased odds ratio of

1    1.21, 95 percent confidence interval 1.09 to 1.35.

2         However -- and you knew that I'd be coming

3    up with this qualification -- if you look at the

4    usual adult BMI, whereas I have just discussed with

5    you BMI as a young adult, which InterLymph defines

6    as age 18 to age 30, for which we have no data on

7    Mr. Schafer, per usual adult BMI, which certainly

8    could include BMI at the time of diagnosis, there is

9    no statistically significant reported association or

10   trend with increasing BMI in five kilogram per

11   square meter increments.

12        So I guess that's your answer, that there is

13   inconsistent evidence for -- for BMI as a young

14   adult, both the exposure -- the metric trend and for

15   a 22.5 to 25 BMI, which, frankly, in 21st century

16   America, most people would kill for.

17   Q.   Okay.  What was Mr. Schafer's age when he

18   was diagnosed with follicular lymphoma that

19   transformed to diffuse large B-cell?

20   A.   Okay.  You're asking me was he diagnosed

21   separately with follicular lymphoma and I will

22   answer that question as no, he was not.

23        There was one period of diagnosis

24   whatsoever, which was at the beginning of 2018 at

25   which time he was 63 years old, but, you know, there

1    was no separate diagnosis of a period of time where

2    he had pure follicular.  That is not known, you

3    know, and we can assume that that may have occurred

4    but we do not have specific evidence of that.

5        Q.   Dr. Schiff, you can't talk and face the

6    other direction.  We can't hear you.

7        A.   I'm back.  Sorry about that.

8             My point is that there was no antecedent

9    diagnosis of pure follicular lymphoma.  The lymphoma

10   was diagnosed in that period of January and February

11   2018, and at that time it was already what I call

12   follicular going diffuse.  In other words, there was

13   a majority component, a strong majority component of

14   diffuse large B-cell and a 10 percent component of

15   follicular, but that was all from the same time

16   frame.

17       Q.   Okay.  And Mr. Schafer, at age 63, that

18   would be about the average or median age for a

19   diagnosis of either diffuse large B-cell or

20   follicular lymphoma; is that -- is that correct?

21       A.   I agree with that.  That's correct.

22       Q.   So somewhere around 60 or thereabouts is

23   about the average age for the diagnosis of

24   non-Hodgkin lymphomas of the type diffuse large

25   B-cell and/or follicular lymphoma?

Ron B. Schiff, M.D., Ph.D.

1     A.   Median age, yes, that's the type of average,

2   but yes, median.

3     Q.   What do you mean by median?

4     A.   The median is the age at which the largest

5   number of cases occur, 50 percent occur at a greater

6   age, 50 percent occur at a younger age.  That's

7   median.

8          The mean can be perturbed by a few extreme

9   outliers.  So for a lot of these public health

10   statistics, such as having to do with analysis of

11   demographics, median is the preferred statistic.

12     Q.   So Mr. Schafer was diagnosed with

13   non-Hodgkin lymphoma at the most common age for his

14   diagnosis; is that fair?

15          MS. FREDONA:  Objection; form.

16     A.   That's correct.

17     Q.   So there's nothing unusual about a

18   63-year-old being diagnosed with follicular lymphoma

19   that's transformed to diffuse large B-cell; is that

20   -- is that fair?

21     A.   The only --

22          MS. FREDONA:  Objection.

23          THE WITNESS:  Sorry.  Is the objection on

24   the record?

25          THE COURT REPORTER:  (Indicating.)

1      A.   The only thing that stands out is his

2   extensive Roundup exposure.

3      Q.   But if he was -- if he had no exposure to

4   Roundup, you wouldn't be surprised in a patient who

5   was diagnosed with non-Hodgkin lymphoma to be 63

6   years old, would you?

7      A.   That's correct.

8           MS. FREDONA:   Form.

9      Q.   There is nothing uncommon among patients

10   with diffuse -- with diffuse large B-cell or

11   follicular lymphoma, them being 63 when they are

12   diagnosed?

13           MS. FREDONA:   Objection; form.

14      A.   Yeah.   That question was a little convoluted

15   but if I understand it correctly, no, there is

16   nothing unusual about the diagnosis of an

17   intermediate grade non-Hodgkin lymphoma being made

18   at age 63.

19      Q.   Is there anything specific about

20   Mr. Schafer's non-Hodgkin lymphoma that is specific

21   to Roundup?

22           MS. FREDONA:   Objection; form.

23      A.   I'm going to answer this in a way that you

24   won't like, and the fact is that, yes, the

25   distinguishing feature is that he did have extensive

Ron B. Schiff, M.D., Ph.D.

1    Roundup exposure.  The fact that there is no

2    specific diagnostic feature which distinguishes

3    non-Hodgkin lymphoma caused by glyphosate exposure

4    from other cases of non-Hodgkin lymphoma certainly

5    does not preclude or even logically argue against

6    the existence of a causal association, so I'm trying

7    to head that off by looking beyond the issue of age.

8         Q.   Okay.  Patients who have never had exposure

9    to Roundup have been diagnosed with the exact same

10   type of non-Hodgkin lymphoma as Mr. Schafer; is that

11   true?

12        MS. FREDONA:  Objection; form.

13        A.   If I understand the question correctly, yes,

14   and this is just like with age.  There are other

15   patients without Roundup exposure who are diagnosed

16   with the same type of lymphoma that Mr. Schafer has.

17        Q.   I mean, there's nothing about the Ki67 or

18   about the specific subtype or about the specific

19   genomic modifications found in his pathology, none

20   of that indicates specifically that Roundup was the

21   cause or contributing factor to his non-Hodgkin

22   lymphoma?

23        A.   Well, I mean, I just dealt with that and

24   would regard that as being asked and answered, so

25   the point is that, no, there is no specific

Ron B. Schiff, M.D., Ph.D.

1    diagnostic feature, nor does there need to be one.

2          However, I'm going to ask you what -- and I

3    can't remember if you used the term molecular, but

4    some other diagnostic feature that you referred to

5    in his case, I need to ask you what you mean by

6    that.

7    Q.   Okay.  The fact that he had an intermediate

8    grade -- well, let me strike that.

9          The fact that he had -- let me see what you

10   say he had.

11         The fact that he had a follicular lymphoma

12   3A that had transformed to diffuse large B-cell

13   lymphoma does not by itself indicate that Roundup

14   was a cause or contributing factor to that type of

15   non-Hodgkin lymphoma, right?

16   A.   That's correct.

17         MS. FREDONA:  Objection.

18         THE WITNESS:  Sorry.

19   A.   That's not a Roundup-specific finding but

20   there does not need to be a Roundup-specific

21   finding, or, stated another way, to date no such

22   distinguishing finding has been recognized.

23   Q.   His grade of his lymphoma doesn't tell you

24   whether -- whether his non-Hodgkin lymphoma was

25   caused by Roundup; is that fair?

1        A.    Neither --

2              MS. FREDONA:   Objection; form.

3        A.    Neither grade nor any other specific

4    diagnostic feature is unique to Roundup.

5        Q.   Is there any pathologic feature of

6    Mr. Schafer's non-Hodgkin lymphoma that tells you it

7    was caused by Roundup?

8        A.    It's the same answer but there doesn't need

9    to be one.  None has been recognized to date among

10   any of the diagnostic features, nor does there need

11   to be one, because there is the human epidemiology

12   evidence, there is the animal data evidence, and

13   there is the mechanistic evidence.

14             Now, again, if you are talking about a

15   specific pattern of molecular abnormality in either

16   of his biopsy specimens, I would like to know to

17   what you're referring so that I can address it.

18       Q.   Well, you're not pointing to any specific

19   molecular feature of his pathology to indicate to

20   you that that means it was -- his non-Hodgkin

21   lymphoma was caused by Roundup, right?

22       A.    I've repeatedly said that.  I've repeatedly

23   said that there is no absolutely distinguishing

24   diagnostic feature.  You can't tell from looking

25   under the microscope, studying the cell surface

1    proteins, studying the chromosomes inside the cells,

2    or studying the molecular abnormalities that may or

3    may not be present, and say this is definitely due

4    to causation by Roundup.

5         If any features like that exist, we don't

6    have them.  We rely at this time, in 2021, on human

7    epidemiology, animal studies, and mechanism, and in

8    terms of epidemiology, I really need to call your

9    attention to the very selective reference to Table 2

10   in Pahwa with no attention being paid to Tables 3, 4

11   or 5, which also deal directly on some of the

12   general causation issues having to do with

13   glyphosate and non-Hodgkin lymphoma and its subtypes

14   and which are applicable in Mr. Schafer's case.

15        So, you know, I want to get it on the record

16   that there are things there that could be discussed

17   but you have chosen to focus just on Table 2.

18   Q.   So my question was there was no molecular

19   feature of Mr. Schafer's, in his pathology, that

20   indicates that Roundup was a cause or substantial

21   contributing factor to his non-Hodgkin lymphoma,

22   right?

23   A.   I get --

24        MS. FREDONA:  Objection; form.

25   A.    I get that you don't want to go back to

1    Pahwa and Tables 2 -- Tables 3, 4 and 5, but the

2    point is I've already said that there is no specific

3    diagnostic feature which distinguishes non-Hodgkin

4    lymphoma caused by glyphosate exposure from other

5    cases of non-Hodgkin lymphoma, but also that that

6    does not preclude or, as I said before, even

7    logically argue against the existence of a causal

8    association.

9        Q.   And there's no medical test that can be

10   conducted to determine whether Roundup was a cause

11   or contributing factor to Mr. Schafer's non-Hodgkin

12   lymphoma; is that right?

13       A.    In contrast to the PCB litigation, we do not

14   have biospecimen data available, at least not in any

15   of the Roundup cases with which I have be -- in

16   which I have been involved.

17       Q.   If Mr. Schafer had not been exposed to

18   Roundup, what would you have said was the cause or

19   contributing factors to his non-Hodgkin lymphoma?

20           MS. FREDONA:  Objection; form, incomplete

21       hypothetical.

22       A.    Okay.  Yes, that is hypothetical, but if you

23   want to look at what -- if you want to look at how I

24   formulated that, it's just necessary to turn to my

25   differential etiology section, where we talk about

Ron B. Schiff, M.D., Ph.D.

1   his -- the fact that he's a male, he was 63 at the

2   time of diagnosis, his medical records indicate that

3   he is white, he had limited exposure to fumes from

4   aviation fuel during service as a US Army helicopter

5   mechanic between 1974 and 1977.

6          But then I listed that there are no risk

7   factors to the development of lymphoma, such as

8   predisposing medical conditions, including

9   immunodeficiency states, autoimmune disorders and

10  specific infections, a family history of

11  malignancies of the bone marrow or other candidate

12  carcinogenic exposures.

13         But then beyond that I talked about aviation

14  fuel exposure, I talked about coal-burning fume

15  exposure, I talked about negligible tobacco use

16  history, I talked about his exposure to weed killers

17  other than Roundup, I talked about the

18  unsubstantiated history of mycosis fungoides, I

19  talked, as we did extensively, about hypothyroidism

20  and Hashimoto's thyroiditis, and we talked about

21  obesity.  We even talked about phenytoin, and, you

22  know, some of those things don't even belong in the

23  listing but I went ahead and put them in my

24  differential etiology section in case any questions

25  would be raised, but I discussed each of those

Ron B, Schiff, M.D., Ph.D.

```
 1    pretty systematically and comprehensively.
 2         Q.   Okay.  So if Mr. Schafer had not been
 3    exposed to Roundup and still developed non-Hodgkin
 4    lymphoma, which of those other factors would you
 5    have said was a substantial contributing factor to
 6    his non-Hodgkin lymphoma?
 7              MS. FREDONA:  Objection; form, incomplete
 8         hypothetical.
 9         A.   Well, it would not be possible to know
10    because the point is that I also distinguished in my
11    report between causative risk factors and risk
12    factors for which there was no plausible mechanism
13    and, you know -- and, I mean, again, I think this is
14    an extremely important distinction and I put that in
15    my etiology risk factors for the development of
16    non-Hodgkin lymphomas section, where I wrote:
17    Specifically, some of the recognized risk factors,
18    such as immunosuppressive drugs, infection with
19    human T-lymphotropic virus type 1, or occupational
20    and environmental exposures, are true causative
21    factors or etiologic agents.
22              Other risk factors, such as advanced age and
23    male gender, are associated with an increased
24    likelihood of developing non-Hodgkin lymphoma but
25    are not directly causative.
```

1          For example, the increased risk of

2   developing non-Hodgkin lymphoma with advancing age

3   may, at least in some cases, reflect the acquisition

4   and accumulation of predisposing mutations in

5   hematopoietic stem cells or other cells in the bone

6   marrow, or the natural decline in immune system

7   function which accompanies aging.

8          So if we're looking for risk factors and if

9   we're looking for causes, one can certainly say that

10  Mr. Schafer's other risk factors include age,

11  gender, and ethnicity, but in actual fact, none of

12  those is a causative risk factor.  So we would have

13  to say that more likely than not, the cause of his

14  non-Hodgkin lymphoma, but for his extensive Roundup

15  exposure, was unknown, but we have the extensive

16  Roundup exposure and so attention certainly falls on

17  that, at least to the point of having to include it.

18    Q.   So is it your -- well, let me try it this

19  way.

20         So I think you answered the question

21  somewhere in there, but -- so are you saying in the

22  absence of Roundup, if this same person,

23  Mr. Schafer, had the same diagnosis with no exposure

24  to Roundup, you would say that the things that

25  contributed to his non-Hodgkin lymphoma would be

Ron B. Schiff, M.D., Ph.D.

1     unknown?

2          MS. FREDONA:  Objection; form, incomplete

3      hypothetical.

4      A.   Again, I could identify those risk factors

5      but the three that I mentioned are not causative

6      risk factors and, therefore, I would have to say

7      that in terms of causation, in the absence of

8      extensive Roundup exposure, I would not have a

9      particular cause to identify.

10     Q.   Is obesity a causative risk factor?

11     A.   Well, we've discussed that and in point of

12     fact, while there is some relatively inconsistent

13     evidence about it that may or may not apply directly

14     to Mr. Schafer, and, you know, we've been -- we've

15     been through all that, and we've been through that

16     in my report as well, the point is that I still

17     don't know what the mechanism would be.

18          So it could be that it's a noncausal

19     association and a risk factor on that basis, but in

20     terms of a cause, how exactly does obesity cause

21     non-Hodgkin lymphoma.  I don't know the answer to

22     that.  IARC publication does not put forth a

23     plausible biological explanation for it, nor do the

24     other obesity references that I've cited.  So it

25     might be a risk factor but, A, causality is still

1    not clear; and B, you know, it -- there is no

2    evidence that it applies in Mr. Schafer's case.

3        Q.   For your methodology in determining that

4    Roundup is a substantial contributing factor to a

5    person's non-Hodgkin lymphoma, how much Roundup is

6    required for your determination?

7            MS. FREDONA:  Objection; form.

8        A.   Well, finally we're getting back to Tables

9    3, 4, and 5 in Pahwa.  The literature has looked at

10   different cut points, those are set forth in the

11   tail, and the cut points that delineate

12   statistically significant increased risk,

13   Mr. Schafer certainly exceeds.

14           So if we look at Pahwa Table 3, we can see

15   that the ordinal which looks at five years of

16   exposure is statistically significant in the

17   original partially adjusted -- they're all

18   partially -- but in the original adjusted model.

19           If we look at Table 4, under diffuse large

20   cell lymphoma we find that more than two days per

21   year of glyphosate use has a statistically

22   significant increased risk of developing diffuse

23   large B-cell lymphoma under both adjusted models,

24   along with five days per year being the cut-off

25   trend for the simpler of the two adjusted models.

Ron L, Schiff, M.D., Ph.D.

1           And last but not least, going to Table 5,

2    what we see here is that with 10 lifetime days of

3    exposure, there is borderline statistical

4    significance for a slight increase in risk, and, you

5    know, in my opinion, we don't even have to count

6    that because the odds ratios are just 1.04 and 1.03,

7    and the lower bound of the 95 percent confidence

8    interval is .99 and .98 respectively, with an upper

9    bound of 1.09 and 1.07 respectively.

10          So there are many different ways to do these

11   analyses, but all we have is the data that's in

12   front of us and some of these do seem to show

13   statistically significant associations having to do

14   with the amount of exposure, and in each case,

15   whether we're talking about five years of exposure

16   or whether we're talking about two or more versus --

17   I'm sorry, more than two versus up to two days per

18   year of exposure, or number of years used, days per

19   year handled, regardless of whether we're talking

20   about, his exposure has been a lot more extensive as

21   I set forth in the exposure section of my report.

22          MR. HOGUE:  Can you read back my question,

23      Court Reporter?

24          THE COURT REPORTER:  One second:  For your

25      methodology in determining that Roundup is a

Ron L. Schiff, M.D., Ph.D.

1        substantial contributing factor to a person's

2        non-Hodgkin lymphoma, how much Roundup is

3        required for your determination?

4        A.   Well, I believe I answered that, although

5    perhaps in more detail than you were expecting to

6    hear.  In point of fact, you know, I just got done

7    citing the cut points in the statistical analyses.

8    None of them include a continuous variation of the

9    time of exposure, but in Mr. Schafer's case, he has

10   a total of 25 to 27 years of residential use, up to

11   once per month in spring, summer, and fall.

12        So I would regard that as eight or nine

13   exposures per year for 25 to 27 years, which would

14   be 200 to 256 -- no, I'm sorry, 200 to 216

15   individual exposures, and he also stated that each

16   application, depending on the property, required one

17   and one-half to four years.  By any metric,

18   including the published cut points for determining

19   the exposure-response relationship, his exposure was

20   extensive.

21        Q.   Okay.  So my question is what amount of

22   exposure do you require for you to opine that a

23   person's non-Hodgkin lymphoma was caused or was

24   substantially contributed to by Roundup?

25        MS. FREDONA:  Objection; asked and answered.

1     A.   I mean, I can't give you any more of an

2     answer than I already have.  If you focus on Table 4

3     alone, it would be more than two days per year of

4     glyphosate use, and Table 4 does not even take into

5     account someone who has done it for 25 to 27 years,

6     eight or nine months of the year, in other words,

7     eight or nine applications per year, an hour and a

8     half to four hours per application.

9          The data aren't broken down like that and

10    there is no exposure metric that is based on

11    continuous rather than ordinal or discontinuous

12    variables.

13         So, you know, the best that I can do with

14    that, but the point is he had a heck of a lot more

15    exposure than the cut points above which you saw

16    statistically significant positive associations.

17    That's the point that I've been trying to make.

18    It's a little hard to do but that's how I came up

19    with the description that his exposure to Roundup

20    has been extensive.

21    Q.   So my question is if a person only had two

22    exposures a year, is that sufficient, in your

23    opinion, to say that Roundup was a substantial

24    contributing factor for his non-Hodgkin lymphoma?

25         MS. FREDONA:  Objection; form, incomplete

1     hypothetical.

2     A.   It certainly would be possible to bracket

3   that, but if you're looking at the number of days

4   per use, the answer is zero up to two, more than

5   zero up to two, versus more than two.  Zero to up to

6   two is not statistically significant.  More than two

7   is statistically significant under both models.

8          So you could use, say, two-plus as the cut

9   point for answering your question, but in his

10   particular case, it's eight or nine per year, an

11   hour and a half to four hours per application for 25

12   to 27 years, which well exceeds any reasonable

13   interpretation of the published cut points in the

14   Pahwa article.

15     Q.   Okay.  For your opinion that -- for your

16   opinion that Roundup is a substantial contributing

17   factor to a person's non-Hodgkin lymphoma, do they

18   need to get the Roundup on their skin?

19     A.   No; inhalational or transdermal or both.

20     Q.   Are you aware of any studies looking at

21   residential users of non-Hodgkin lymphoma that

22   report an increased risk of non-Hodgkin lymphoma?

23     A.   I suspect there are residential data

24   subsumed within some of the data that are published,

25   particularly case-control studies, but the emphasis

Ron L. Schiff, M.D. / Ph.D.

1    of the cohorts, of course, is occupational.

2           In point of fact, though, Roundup

3    application is Roundup application and it shouldn't

4    make a whole lot of difference for a particular

5    extent of exposure, whether you did it for an

6    employer or whether you did it on your property.

7    Q.   Okay.  Is it your opinion that farmers who

8    spray Roundup have the same types of exposures as

9    people who spray Roundup in their backyard?

10   A.   Well, there is no possible way to give a

11   blanket answer to that.  I do think that from

12   reading what appears like enumerable depositions in

13   this case, it appears like there is a big

14   distinction between those who use, on at least some

15   occasions, Roundup concentrate versus those who only

16   use the premixed or ready-to-use in that the latter

17   may be less likely associated with transdermal

18   exposure.

19          But beyond that, other things might have to

20   do with what kind of application device is used,

21   whether there is a sprayer with a nozzle or a wand

22   and so on.  I do not claim expertise in how each of

23   those application or delivery systems correlates

24   with the application setting, occupational versus

25   home, or for that matter, agricultural versus rural

1     in general, versus urban, versus forestry.  I have

2     no idea about that.

3         Q.   So you cannot cite to any study of

4     residential Roundup users that shows a statistically

5     significant increased risk of non-Hodgkin lymphoma;

6     is that correct?

7              MS. FREDONA:  Objection; form.

8         A.   I would have to look at my references for

9     that.

10        Q.   Okay.

11        A.   I do not believe that that is a relevant

12    distinction, occupational versus nonoccupational.

13             I believe that in Pahwa, Pahwa does include

14    nonoccupational exposure as well as occupational,

15    but I'm not certain of that.

16             Excuse me.  Hello?  Sorry.

17        Q.   None of your references are studies only of

18    residential users of Roundup, correct?

19        A.   I believe that's correct, but again, I do

20    not accept that there is a qualitative difference

21    between occupational and residential exposure.  I

22    think you're either exposed to Roundup or you're

23    not, and for any given amount of exposure, the

24    setting does not matter.  There may be some

25    differences having to do with which specific product

1    you use, what your personal protective equipment is,

2    and we discussed that point with Mr. Schafer as

3    well, that he did not use personal protective

4    equipment until 2015 or 2016, when he began to wear

5    rubber groves, and, of course, he only continued use

6    until October 2017, so that was just at the end of

7    the period when he applied Roundup.

8        Q.   Is it your opinion that a person who uses

9    Roundup three times a year has the same or less risk

10   of non-Hodgkin lymphoma as somebody who uses it

11   eight to nine times a year?

12       A.   There's nothing in the literature that

13   addresses a comparison like that.  I wish there were

14   and I wish even that there were continuous

15   variables, in other words, where the amount of

16   Roundup exposure was estimated on a continuous basis

17   from none up until extremely extensive, but in order

18   to be able to make statistically significant

19   conclusions from that, I am certain you would need a

20   lot more subjects than are available even in the

21   pooled analyses and meta-analyses.

22            Having said that, I am aware that Judge

23   Chhabria investigated the issue of proportionality

24   and I believe that, in his opinion, he agrees with

25   me that the existing literature does not support an

1    assessment of proportionality in a specific case,

2    that what we have are the cut points that are

3    reported, most conveniently in Pahwa but also in

4    some of the individual studies, and our opinions

5    have to be limited to what those cut points are.

6          So, far be it for me to say that someone who

7    has exposure eight days a year has exactly four

8    times the risk of an individual with two days a

9    year.  There's nothing in the literature that

10   supports that.  I don't know whether that is or

11   isn't the case, and I know that Judge Chhabria does

12   not want to hear it in his courtroom, and with good

13   reason.

14   Q.   Okay.  I'm going to, I guess, strike what

15   you believe Judge Chhabria -- I'm not saying you are

16   right or wrong, I'm just saying I am asking you for

17   your opinions.

18   A.   I've given them to you.

19   Q.   Okay.  Well, let me -- so is it your opinion

20   that a person who has eight days of exposure has the

21   same or different risk than somebody who has three

22   days of exposure per year of Roundup?

23         MS. FREDONA:  Objection; form.

24   A.   It is my opinion that we have to use the cut

25   points that are in the published literature.  Again,

Ron L. Schiff, M.D., Ph.D.

1    they are summarized most conveniently in Pahwa,

2    where in Table 3 the difference is up to 3.5 years

3    of use versus greater than 3.5, with an alternative

4    ordinal statistic where the cut point is five years.

5    That's regardless of whether it's all NHL or a

6    specific subtypes.

7          In Table 4, which looks at the number of

8    days per year of glyphosate use, the cut point is

9    two.  It goes from more than zero to two, versus

10   greater than two, with the ordinal being five days

11   per year.

12         In Table 5, which is lifetime days of

13   glyphosate use, there the ordinal -- I'm sorry, the

14   main cut point is up to 3.5, which is the same as in

15   Table 3, versus more than 3.5, with an ordinal of 10

16   lifetime days.

17         The most that you can make out of this and

18   take away from that is that when you have an ordinal

19   that is higher than the cut point, the ordinal might

20   give you information about a more extensive exposure

21   than those that are anchored to the cut point.  For

22   example, in Table 3, under diffuse large B-cell

23   lymphoma, using the five-year ordinal, there is a

24   statistically significant elevated odds ratio

25   with -- again, with the five-year ordinal; whereas,

1    with the cut point of 3.5, there is not an

2    exposure-response relationship like you would

3    expect.

4         In other words, with nearly twice the number

5    of patients, the people with less exposure have a

6    statistically significant increased risk relative to

7    the people with more than 3.5 days, but again, if

8    you go to the five-year ordinal, it's different.

9         If you look at the number of days per year

10   of glyphosate use both greater than two, and ordinal

11   of five days per year, have a statistically

12   significant increased risk in Table 4.

13        And if you go to Table 5 -- and again, I'm

14   continuing to focus --

15   Q.   You keep saying statistically significant

16   association.  For what?  Because there's --

17   A.   Increased risk of developing non-Hodgkin

18   lymphoma.

19   Q.   Okay.

20   A.   Okay.  And so in Table 5, where, again, the

21   metric is lifetime days, the cut point is 3.5 and

22   the ordinal of 10 lifetime days at least approaches

23   statistical significance.  We discussed that table

24   in detail earlier.

25        So the only way that you can do that is if

Ron L. Schiff, M.D., Ph.D.

1    you have a specific cut point and then you have an

2    ordinal point that is different than the cut point.

3            So, you know, I mean, that's the only way

4    that you can address that issue, and in my opinion,

5    that's not really enough to give a quantitative

6    answer to your question about the -- you know, what

7    is the increased risk if you proportionally increase

8    the quantity of exposure.  I'm not prepared to take

9    it that far.  I've given you the reasons for that,

10   and yes, whether you strike it or not, one of the

11   reasons is that Dr. -- that Judge Chhabria doesn't

12   allow it, where I also said I happen to agree with

13   that.

14       Q.   Okay.  So you're saying based upon the data

15   we have, you cannot say that a person who has eight

16   to nine exposures to Roundup a year has any higher

17   risk than somebody who has three exposures to

18   Roundup a year; is that right?

19           MS. FREDONA:  Objection; form.

20       A.   If we take this to Table 4, where the

21   parameter is number of days per year of glyphosate

22   use, again, with the cut point of two, both models

23   yield a statistically significantly increased odds

24   ratio and the ordinal, which is five days per year,

25   two-and-a-half times the cut point, yields a

 1   statistically significantly increased risk under the

 2   simpler model and a borderline statistically

 3   significantly increased risk with a lower bound at

 4   the 95 percent confidence interval of 0.96 for the

 5   most complex adjusted model.

 6        So, you know, there you don't need to go to

 7   five days per year versus two to see, you know, to

 8   see anything about proportionality.

 9        So, once again, I say that the existing data

10   and data analyses do not permit us to address the

11   exposure-response relationship on the basis of

12   proportionality, and I've given all the reasons for

13   my conclusion and, you know, I've got nothing more

14   to say on that subject.

15        MR. HOGUE:  Why don't we take a five-minute

16     break.  I'm not sure how much time we have but I

17     don't think we're going to go more than another

18     10 or 15 minutes.

19        THE VIDEOGRAPHER:  Okay.  Going off the

20     record at 12:53.

21      (Recess from 12:53 p.m. until 12:59 p.m.)

22        THE VIDEOGRAPHER:  We are back on the record

23     at 12:59.

24   BY MR. HOGUE:

25     Q.   Doctor, is Mr. Schafer in complete

1    remission?

2    A.    He appears to be, yes, but once again, I

3    have no information beyond March 4, 2019, which is

4    two years ago, with the exception of his deposition

5    later that year.  So all that I can say is as far as

6    I know, he is in complete remission, but that is a

7    pretty important qualification, that, you know, he

8    was diagnosed three years ago and my information

9    only goes up until two years ago.  So, you know, so

10   that's a limitation but I don't have anything that

11   contradicts it.

12   Q.    Okay.  There's no evidence of recurrence of

13   the cancer in Mr. Schafer that you're aware of,

14   right?

15   A.    Well, again, the answer is yes, but, you

16   know, he was still on maintenance rituximab

17   immunotherapy, having received only, what, four of

18   eight of the planned treatments by the time my

19   medical records come to an end on him.

20         Actually, I -- yes, he had had four of the

21   planned eight.  So the last thing that I have by way

22   of medical records is two years ago.  It was March

23   4, 2018.

24   Q.    Well, Plaintiff's counsel have not provided

25   you with any updates suggesting that he has had any

1    recurrence of any non-Hodgkin lymphoma; is that

2    correct?

3        A.   They have not provided me with any updates

4    one way or the other, continued complete remission

5    or recurrence.

6        Q.   Okay.  And do you believe if Mr. Schafer has

7    not had any recurrence of his non-Hodgkin lymphoma

8    as of today, February 26, 2021, that his diffuse

9    large B-cell lymphoma is likely cured?

10       A.    Well, the answer to that is that I actually

11   put some survival data into my report in the disease

12   status and prognosis section, where if you look at

13   patients with diffuse large B-cell lymphoma and

14   favorable prognostic -- favorable prognostic

15   factors, which Mr. Schafer had, his four-year

16   progression free survival and four-year overall

17   survival are at least 80 percent.  I think that's

18   very reasonable.  I think that is the case.  Four

19   years, of course, from diagnosis and the initiation

20   of treatment pushes us into 2022, and as I keep

21   pointing out, we're not even there yet.

22            We also talked about some of the limitations

23   in interpreting population data for individuals.  If

24   you want to hear about that, we can, but that's also

25   explicitly in my report in the same paragraph.

Ron E. Schiff, M.D., Ph.D.

```
 1          I think that with every passing day, week,
 2   month and year, the likelihood of a recurrence of
 3   the diffuse large B-cell lymphoma component goes
 4   down, but I would also say that the three-year mark,
 5   especially when you have only one year of follow-up
 6   data, is too early to commence a celebration.
 7   Q.   Well, my question is after about -- let me
 8   strike that.
 9          After some period of time of a diffuse non
10   -- a diffuse large B-cell lymphoma treatment with no
11   recurrence, is there a time period of which doctors
12   generally opine that the person is cured from their
13   diffuse large B-cell lymphoma?
14   A.   Okay.  This is -- this is actually a more
15   complex question than perhaps it appears on the
16   surface.  I'll try to give a simple and
17   straightforward answer.
18          When treatment options were relatively
19   limited, we were taught that if you were clinically
20   disease free two years after the initiation of
21   treatment for diffuse large B-cell lymphoma, the
22   likelihood of a recurrence was very small, 20
23   percent, maybe 10 percent.  However, as treatment
24   has become more aggressive and more sophisticated,
25   we are able to achieve a higher proportion of
```

1    complete responses with the limitation that some of

2    those responses are not durable.

3         So the old thing about you make it to two

4    years and you're more than likely cured, I don't

5    think that can be supported anymore.  Two years is

6    very nice; three years are better; four years better

7    still; five years, now we're talking, let's break

8    out the cupcakes.

9    Q.   Okay.  So after five years, you believe that

10   it's not likely that Mr. Schafer's diffuse large

11   B-cell lymphoma would return?

12        MS. FREDONA:  Objection; form.

13   A.   The answer is I would certainly feel pretty

14   good about it by the time we reached five years, and

15   as I indicated, maybe even somewhat sooner, but the

16   point is his diffuse large B-cell seems to have

17   arisen from a follicular lymphoma where the relapse

18   risk is greater.

19        There are plenty of cases, and I have seen

20   many such cases, where you are able to eradicate the

21   diffuse large B-cell lymphoma, the diffuse large

22   B-cell component of a composite lymphoma, or what

23   you might call a transformed lymphoma, or what I

24   call a follicular going diffuse lymphoma, only to

25   have the follicular lymphoma relapse either in the

Ron L, Schiff, M.D., Ph.D.

1    lymph nodes or, as is so often the case, in the bone

2    marrow, and in his case, his bone marrow has not

3    been restaged, at least through the one year of

4    follow-up for which I have records.

5        Q.   So based upon the information you have, what

6    do you think is the likelihood of Mr. Schafer having

7    a recurrence of the diffuse large B-cell lymphoma?

8        A.   Well, if we could get out to four years with

9    data, I would cite the greater than 80 percent

10   statistic that I specifically mentioned earlier, but

11   we're not.  We're at three years by the calendar but

12   only one year by the medical records.  So it's a

13   little bit hard to say.

14       I'm hopeful that his diffuse large B-cell

15   does not recur, and if it is true that medical

16   records for the last two years indicate that there

17   has been no recurrence of any aspect of his

18   lymphoma, I would be feeling progressively better

19   about it, but the problem is I only had one year of

20   records following diagnosis, and when you get right

21   down to it, Mr. Hogue, in terms of treatment --

22   yeah, yeah, that's also correct.  I only had one

23   year of follow-up from the initiation of treatment,

24   and that's not enough data to begin to speak about

25   an individualized prognosis.  You can always talk

1    about populations and groups, but that doesn't

2    necessarily apply to individuals.

3           And in his case, of course, there is this

4    separate concern that the follicular component could

5    relapse even in the diffuse large B-cell component

6    remains controlled.

7    Q.   Okay.  So he -- you believe Mr. Schafer

8    still has some -- well, strike that.

9           You think Mr. Schafer has a risk of

10   recurrence of his follicular lymphoma even if his

11   diffuse large B-cell has been cured; is that right?

12   A.   The answer to that is yes, because in this

13   case the two aspects of his lymphoma have to be

14   analyzed separately for prognosis.  Now, what's in

15   his favor, of course, is that this was stage 1 for

16   the entire disease, not just for one component of

17   it, and that he did have a complete response, most

18   recently documented with the CT scan of the chest,

19   abdomen and pelvis on the last date for which I have

20   medical records, which again is March 4, 2019.

21          So through the period of time where I have

22   records, there is no evidence that any component of

23   his lymphoma has reoccurred, but that's only one

24   year from diagnosis and initiation of treatment and

25   that is an inadequate observation period with regard

1    to individual prognosis.

2        Q.    Okay.   What is the likelihood you think that

3    Mr. Schafer would have a recurrence of his

4    follicular lymphoma?

5        A.    Well, I would hope that it being stage 1 at

6    the beginning and have been treat -- and having been

7    treated aggressively, that that likelihood would

8    also be low, but I am concerned, and even though it

9    was only a minority component of the lymphoma, that

10   risk is not zero.   If the four-year recurrence rate

11   for favorable prognosis diffuse large B-cell

12   approaches 20 percent, I would suspect that you

13   would have a similar consideration for follicular.

14        What I'm going to do is I'm going to

15   actually check a couple of quick sources that would

16   deal with the issue of what if Mr. Schafer had

17   follicular lymphoma only, but it is absolutely true

18   that he would have been in the favorable prognosis

19   group for follicular as well as for diffuse large

20   B-cell.

21        And -- and I would have to say that the

22   statistic I'm looking at in one source is that more

23   than two-thirds of low risk patients survive 10

24   years.

25        I'm going to look at the other source that I

1    have handy specifically about follicular and I will

2    see if they have any complementary prognostic data.

3         What I am reading now from the Cecil chapter

4    is that approximately 5 to 15 percent of patients

5    have localized disease, stage one or minimal stage

6    two disease at diagnosis.  These lymphomas are often

7    treated with involved-field radiation, and most

8    series report 10-year disease free survival rates of

9    approximately 50 percent and overall survival rates

10   of 60 to 70 percent.

11        Two qualifications are required here:  This

12   is not a pure follicular lymphoma and it would not

13   have been appropriate to treat him with radiation,

14   no chemo.  So those statistics are for a specific

15   situation which overlaps with Mr. Schafer's

16   diagnosis but is not identical to it.

17   Q.   Okay.  Last other couple questions here,

18   Doctor.  Do you have an opinion on what causes

19   follicular lymphoma to transform to diffuse large

20   B-cell lymphoma?

21   A.   One can really only give a post hoc

22   evaluation of that having to do with whether you can

23   find specific cytogenetic or molecular abnormalities

24   that carry over.  So the short answer to that is

25   that you can't really predict it prospectively for

1    an individual.

2         In follicular lymphoma, the classic

3    cytogenetic abnormality is a gene rearrangement

4    between chromosomes 14 and 18, and you certainly see

5    that in a couple of different forms in some patients

6    with diffuse large B-cell.  So you might think that

7    that is a predisposing mutation or a histologic

8    transformation, but the point is that whether it's

9    the cause, the result, or just an observation, is

10   not really 100 percent clear.

11        You can certainly make a case that the

12   presence of one of those gene rearrangements

13   involving those two chromosomes are indeed part of

14   the pathogenesis of transformation, but I don't know

15   that I have ever seen that that was looked at on the

16   mechanistic side, and, of course, complicating

17   matters here are that we don't have cytogenetic or,

18   for that matter, molecular data on any of

19   Mr. Schafer's tissue specimens, the two on the lymph

20   node or the one on the bone marrow.

21   Q.   Okay.  Doctor, there -- well, there is no

22   data or -- strike that.  Let me just ask about your

23   opinion.

24        Doctor, you don't have an opinion that

25   Roundup played any role in the transformation of his

Ron L, Schiff, M.D., Ph.D.

```
1    follicular lymphoma to diffuse large B-cell; is that
2    correct?
3        A.   I'm going to answer that question and I'm
4    going to provide a little bit more info about the
5    previous question.  The bottom line is that nothing
6    is known insofar as I am aware of the role that
7    Roundup or glyphosate plays in histologic
8    transformation of non-Hodgkin lymphoma.  I don't
9    know about that.  Typically -- in other words, I've
10   never seen any data on that one way or the other.
11        But I will say this, that when there is
12   histologic transformation, you typically see new
13   systemic symptoms, rapidly progressive
14   lymphadenopathy and an aggressive clinical course,
15   as well as a decreased prognosis.
16        So in this case, we think that diffuse large
17   B-cell is, in many cases, curable, which is great,
18   except that the fact of histologic transformation
19   compromises the prognosis stage by stage.  The
20   difference here with that, though, is that he was a
21   stage 1 at the time of final diagnosis and the time
22   of initiation of treatment, and that's obviously
23   relatively favorable, but even with the type of
24   aggressive treatment that he got, all of which was
25   appropriate, warranted and entirely justified, it
```

Ron L. Schiff, M.D., Ph.D.

1    certainly does not prevent the possibility of

2    recurrence in the future.

3        Q.   Okay.  Doctor, final thing:  Did the --

4    you've said, in the last time I deposed you in the

5    Javier case, that you had drafted an article related

6    to your case-specific methodology, and have you done

7    any further work on that?

8        A.   Zero.

9        Q.   Are you intending to complete that article?

10       A.   Maybe one day when I'm sitting in the

11   rocking chair on the porch smoking a carton of

12   Marlboros, but not in the meantime and not while I'm

13   actively involved in toxic torts litigation.

14                   (Telephone ringing.)

15       A.   Sorry.

16       Q.   And would -- that is -- well, I would

17   request that you provide us with a copy of your

18   draft article on your case-specific methodology.

19       A.   I, again, as in December of 2019, I would

20   strongly prefer not to do it on the grounds that

21   it's proprietary.  It has never seen the light of

22   day and there are no plans for me to do that.

23            In addition, as currently drafted, it only

24   deals with observations from the PCB litigation and

25   from situations of causation that I have not been

1    involved in as an expert witness or a consultant.

2    There is nothing in it about Roundup and I don't

3    intend to rework it until all of this is in the

4    rearview mirror, if then.

5        Q.   I understand that you don't want to produce

6    it.  My -- I just have a continuing request for it

7    and I guess I can take that up with counsel.  Okay?

8        A.    Please.  Hopefully, Ms. Fredona, counsel,

9    will continue to protect my request for proprietary

10   privacy on my draft manuscript never published and

11   never even revised.

12        MR. HOGUE:  All right.  That's all my

13        questions today.  I appreciate it, Doctor.

14        THE WITNESS:  Thank you.

15        Again, Ms. Fredona, please provide defense

16        counsel with the invoice for this most recent

17        portion of my work, and Mr. Hogue or Ms. Fredona,

18        please provide me with the 2020 EPA review.  If

19        it's just a few pages, e-mail is fine.  If it's

20        longer than that, I would appreciate a hard copy.

21        MS. FREDONA:  Okay.  I just still have a

22        couple of questions, because you're very

23        thorough, Dr. Schiff.

24                    CROSS-EXAMINATION

25   BY MS. FREDONA:

1    Q.   You mentioned -- and I know you talked about

2    this in your other cases, but today you mentioned

3    the tainted role of the EPA.  Could you elaborate on

4    that?

5    A.   Yes.  I actually provided last week's

6    defense counsel with supplementary material that I

7    did not review or rely on in last week's -- in

8    preparing for last week's deposition, or, for that

9    matter, in preparing for this week's deposition, and

10   what we are talking about there are two responses

11   that the World Health Organization communicated

12   following criticism of its general methodology and

13   glyphosate findings, and then an article from

14   Bloomberg Business Week in July 2017 about the

15   process by which the EPA wanted to come back after

16   the release of the IARC report that included

17   glyphosate and reinforce the fact that they think

18   that glyphosate is not carcinogenic.

19        THE WITNESS:  So, again, Mr. Hogue, you

20        asked me in December 2019, you know, whether I

21        was relying on Bloomberg for my scientific

22        information, and what I believe I answered or

23        tried to answer, because I don't think I was able

24        to actually get it on the record, was that I rely

25        on the published literature, the published

Ron L. Schiff, M.D., Ph.D.

1      research and the peer-reviewed literature for my

2      scientific information, but that Bloomberg is a

3      reasonable source for business news and news

4      about regulatory matters.

5           That's the point that applied when I was

6      asked about this in December 2019, and it is

7      employed in the same manner now.

8           So, you know, the deal is that this business

9      publication took a look at the fact that in 2016

10     the EPA convened a panel of outside scientists to

11     peer review the agency's long-standing conclusion

12     that glyphosate is unlikely to cause cancer.

13     They talked a little bit about the composition of

14     the peer review group, but then they also talked

15     about the disagreement and dissension within the

16     group and the fact that the EPA, headed at that

17     time by Scott Pruitt, who had been Attorney

18     General in Oklahoma and whose politics can only

19     be described as anti-environmental, having sued

20     the EPA more than a dozen times in his Attorney

21     General capacity, that there appeared to have

22     been some collusion, remember that term, between

23     Monsanto and the EPA in developing and

24     formulating the EPA's conclusions.

25          So, yes, according to what I know about that

1      situation, the EPA's conclusion in that

2      particular situation were tainted by political

3      considerations.  Please remember, I do not hold

4      myself out as an expert in business politics or

5      regulatory affairs, but I was asked by Mr. Hogue

6      in 2019 and by you now just what I thought about

7      it and I'm making my response in very general

8      terms in both cases.

9      Q.   All right.  So when we say tainted, do we

10   mean biased?

11         MR. HOGUE:   Objection; form.

12   A.   Sorry.  Yes.

13         MS. FREDONA:  All right.  I have no more

14   questions.

15         THE VIDEOGRAPHER:  Anyone else?  No?  Okay.

16   If that is everything, we are going off the

17   record on February 26, 2021, at 1:22 p.m. Eastern

18   Standard Time.

19         (Whereupon, the deposition concluded at

20   1:22 p.m.)

21

22

23

24

25

Ron D. Schiff, M.D., Ph.D.

```
 1              C E R T I F I C A T E

 2         I, Susan D. Wasilewski, Registered

 3  Professional Reporter, Certified Realtime Reporter,

 4  Certified Manager of Reporting Services, Certified

 5  Realtime Captioner, and Florida Professional

 6  Reporter, hereby certify that the witness named

 7  herein appeared via Remote Counsel/Zoom technology

 8  on Friday, February 26, 2021, and was duly sworn.

 9         I FURTHER CERTIFY that I was authorized to

10  and did stenographically report the examination of

11  the witness named herein; that a review of the

12  transcript was not requested; and that the foregoing

13  transcript is a true record of my stenographic

14  notes.

15         I FURTHER CERTIFY that I am not related to

16  or an employee of any of the parties, nor am I

17  related to or an employee of any of the parties'

18  attorneys or counsel connected with this action, nor

19  am I financially interested in the outcome of this

20  action.

21         WITNESS my hand this 5th of March, 2021.

22

23  _____

24  Susan D. Wasilewski, RPR, CRR, CMRS, CRC, FPR

25
```

```
 1                        LAWYER'S NOTES

 2     PAGE    LINE

 3     _____   _____   _____

 4     _____   _____   _____

 5     _____   _____   _____

 6     _____   _____   _____

 7     _____   _____   _____

 8     _____   _____   _____

 9     _____   _____   _____

10     _____   _____   _____

11     _____   _____   _____

12     _____   _____   _____

13     _____   _____   _____

14     _____   _____   _____

15     _____   _____   _____

16     _____   _____   _____

17     _____   _____   _____

18     _____   _____   _____

19     _____   _____   _____

20     _____   _____   _____

21     _____   _____   _____

22     _____   _____   _____

23     _____   _____   _____

24     _____   _____   _____

25
```