# EXHIBIT 13

**EXPERT REPORT OF DR. LAUREN PINTER-BROWN
IN SUPPORT OF SPECIFIC-CAUSATION
ON BEHALF OF THE ESTATE OF MICHAEL PECORELLI**

I.     **QUALIFICATIONS**

I received my undergraduate degree in Chemistry and Psychology from Brandeis University in 1976. I received my MD from UCLA School of Medicine in 1980 and performed an internship and residency in Internal Medicine at Harbor-UCLA Medical Center from 1980-1983. I completed a fellowship in Hematology and Oncology at LA County-USC Medical Center in 1986 and am Board Certified in Internal Medicine, Hematology and Oncology.

Following completion of my fellowship I practiced in academic medicine until 1990 at the University of Southern California (USC) where I was the Director of the Lymphoma Program, and at the University of California, Los Angeles (UCLA) faculty from 1990-2015 where I was the Director of the Lymphoma Program from 2005-2012.

I am currently a Professor of Medicine and Dermatology at the University of California, Irvine where I have practiced since 2016. In my academic role I have had the opportunity to conduct clinical research evaluating novel and optimal therapies for those with lymphoma, to teach and lecture extensively to medical students, medical residents and fellows and the medical community, and to develop teaching curricula related to lymphoma. In my clinical practice I consult and treat approximately 70 lymphoma patients per week. I have authored over 40 peer reviewed publications on various topics related to lymphoma and have written several book chapters on the same topic. I also served on the National Cancer Institute's Lymphoma Steering Committee. I served or am serving on the board of directors of several scholarly societies such as the International Society of Cutaneous Lymphoma.

II.     **PRIOR EXPERT WORK AND COMPENSATION**

I have previously provided any expert testimony in a court proceeding in the past five (5) years in the matters of three separate plaintiffs v Monsanto. I am being compensated for my expertise and opinion in the current matter at a rate of $750/hour, a rate set by my university.

III.     **BACKGROUND**

I was retained in this case to assess and provide an opinion on whether Mr. Michael Pecorelli's long-term exposure to glyphosate-based formulations ("GBFs") was a

substantial contributing factor to Mr. Pecorelli's developing Non-Hodgkin's Lymphoma ("NHL"), specifically Splenic Marginal Zone lymphoma (SMZL). In conducting an evaluation of Mr. Pecorelli's case for purposes of opining on specific-causation I have had the opportunity to review Mr. Pecorelli's extensive medical records, including but not limited to medical history, family history, social history, laboratory studies, imaging studies, pathology reports, and other medical providers' assessments.  I have also reviewed the deposition of the patient's son, Mark Pecorelli and the deposition of one of his physicians, Dr. Lakhani.

Prior to reviewing Mr. Pecorelli's materials, I studied the substantial medical literature assessing the association between exposure to GBFs and NHL and formed an opinion on whether exposure to GBFs is generally capable of causing NHL; so-called "general causation".  I also will rely on the opinions of Plaintiff's general causation experts for their evaluations of the available scientific data for the association between exposure to GBFs and NHL.  In reaching my opinions in the current matter, I employed the same scientific methodology and discipline of interpreting medical literature, evaluating a patient's past medical history – including a consideration other potential risk factors for NHL – that I have applied over the course of 40 years of clinical practice.  This report employs basic scientific principles from the fields of oncology and hematology – with a focus on NHL and its subtype of SMZL– and I reserve the right to contextualize my opinions by testifying to the basic science in these fields.  I further reserve the right to revise, supplement, or amend this report in the event additional information is made available to me and to respond to the opinions and testimonies of Monsanto's experts.

## IV.     HISTORY OF PATIENT'S ILLNESS

Mr. Pecorelli presented at age 75 years old after experiencing weight loss of 23 pounds and was found to have anemia, mild decreased platelets and circulating abnormal lymphocytes in July, 2004.  A bone marrow performed 7/14/04 rendered a diagnosis of splenic marginal zone lymphoma.   CT scanning 10/13/04 was found to have hepatosplenomegaly with upper retroperitoneal lymphadenopathy.  He received treatment with RCVP (Rituximab, cyclophosphamide, vincristine, prednisone) for 6 cycles.  CT scanning chest/ abdomen/pelvis 12/21/04 showed improvement in splenomegaly and abdominal adenopathy.  On 9/27/06 hepatitis C antibody was negative.

A CT scan chest/abdomen/pelvis on 6/29/10 however demonstrated a left paraspinous mass 6 cm at T10 and hepatosplenomegaly.  He was admitted for evaluation of this mass, loss of weight and falling but signed out against medical advice to take care of some business and was readmitted 7/10 for new back pain. On 7/19/10 he underwent core biopsy of this paraspinous mass with findings of B cell lymphoma with an increased proliferative rate (Ki-67 8-0-90%) likely representing a higher grade B cell lymphoma. Scanning noted cord compression by

this anterior epidural soft tissue mass with encasement of the left 10th rib.  He continued to have anemia and mild decreased platelets but bone marrow examination on 8/5/10 was negative for lymphoma.   The patient received radiation therapy for this mass requiring readmission 8/18/10 for falling due to continued right lower extremity numbness and weakness.  A PET scan 9/15/20 showed resolution of the mass, a 5 mm left medial parotid nodule likely a pleomorphic adenoma and uptake in the left superior perihilar area that was deemed likely due to a left endobronchial plug

In February, 2011 the patient was diagnosed with a highly undifferentiated pleomorphic sarcoma (malignant fibrous histiocytoma grade 3) from a biopsy taken from his left mainstem bronchus, after presenting with a post obstructive pneumonia.  He underwent stent placement and radiation.  On 11/25/11 during an admission for hemoptysis, a thirty pound weight loss, and left shoulder pain a right lower quadrant abdominal mass was found.  CT scanning documents a 10.4 cm left upper lobe mass with extension to the left hilum, a 5.8 cm left paraspinous mass, a 7 cm anterior right lower quadrant extraperitoneal mass and splenomegaly.  With continued deterioration and the development of bed sores, the patient was placed on home hospice 1/14/12 and he expired.

**(a)  PAST MEDICAL HISTORY**
Bullous emphysema seen on CT scan


**(b) PAST SURGICAL HISTORY**
As above

**(c)  ALLERGIES TO MEDICATIONS**
Not documented

**(d) FAMILY HISTORY**
Patient was orphaned at young age; no history of lymphoproliferative disorders known

**(e)  SOCIAL HISTORY**
Patient was a long term smoker since childhood.  He was married.  He worked primarily as a landscaper since 1953 and also performed lawn maintenance for a time prior to 1978 He sold plants and plant supplies both wholesale and retail at a Garden Center for a period of about 3 years around 1974.

**V.     EXPOSURE HISTORY**

Mr. Pecorelli had a significant prior exposure to Roundup both in intensity and for a

prolonged period of time.  Per his son Mark's deposition, his father performed landscaping jobs from 1953-2012 first performing landscaping projects and lawn maintenance, and then purchasing land and creating and operating a nursery from 1978-2012 which encompassed approximately 29.5 acres of land.  Upon the creation of his nursery, Windy City Nursery on 47 Charles Road,
he continued to do landscaping projects but discontinued lawn maintenance work.  Michael Pecorelli used Round Up concentrate which he mixed, from approximately 1976-2000 in his work and around his residence at ▇▇▇▇▇▇▇▇▇▇ to kill weeds. He sprayed twice a year at his residence and about twice a year at the Nursery for a total of about 80 hours each time the nursery was sprayed.  He generally sprayed from April to July.   He also sprayed at his landscaping projects in
preparation for planting and to maintain his design.  At times he used a trailer sprayer at the nursery to spray large areas but the majority of the time he used a 5 gallon backpack sprayer to enable him to spray smaller areas with more precision.  He generally wore a denim one piece jump suit, work boots, and a mask and goggles.  He additionally used other pesticides that were liquid including 2,4 RD, Sevin insect killer (carbaryl), diazinon, and Weed B Gon.

## VI.     GENERAL CHARACTERIZTION OF SPLENIC MARGINAL ZONE LYMPHOMA

1.  SMZL, a type of NHL is a slow growing lymphoma of B-lymphocytes.  It usually involves the spleen, causing enlargement, the lymph nodes around the spleen, and involves the bone marrow and blood.  It can also involve the liver.  It is a rare disorder accounting for less than 2% of lymphoid neoplasms.  Most patients are over the age of 50 years, with the median of 67-68 years old.  The incidence among males and females are equal.

2. The cause of SMZL is unknown in most patients, however numerous environmental factors such as exposure to industrial, agricultural, household and some medicinal chemical agents, immunodeficiency states, autoimmune conditions, ionizing radiation and some infections are known to increase the individual's risk of developing and potentially causing non Hodgkin lymphomas.  An association of hepatitis C and SMZL has been described.

3.   The clinical course is indolent with a 10 year survival probability from 67-95%.  Patients generally respond with improvement in their clinical status with removal of the spleen or treatment with Rituximab.  However, transformation to large B-cell lymphoma, as occurred in this case may occur in 10-15% of cases and is usually associated with a shorter time to progression and decreased survival.

4. Malignant fibrous histiocytoma (MFH) is a soft tissue sarcoma that usually occurs in the extremities or retroperitoneum.  The incidence increases with age and 2/3 of the patients are male.  While it is the most common sarcoma to be found within a radiated

area, I do not believe that the left mainstem bronchus where the diagnostic material originated would have been within the radiated field for the patients T10 cord compression.  The left
paraspinous mass seen in the 11/11 imaging however could have been the primary; induced by prior radiation with metastasis to the lung.  The latency between radiotherapy for the cord compression and development of the MFH is shorter than that usually described, however.   While both NHL and MFH are malignancies that increase in incidence with age, some have suggested that both incidence and ability to metastasize are increased in those with lymphoid malignancies (Cancer 1978, 41(6): 2250-2266 and Mayo Clin Proceedings 2011, 86(8):  738-43.)

VII.    ANALYSIS OF PATIENT'S RISK FOR DEVELOPING SMZL

1.   Mr. Pecorelli was not exposed to ionizing radiation prior to his diagnosis;

2.   Mr. Pecorelli is not known to have any infection known to be associated with increased risk for lymphoma; his hepatitis C serology was negative.

3.   Mr. Pecorelli does not have a family history of lymphoma or lymphoproliferative disorder;

4.   Mr. Pecorelli does not have a history of known immunodeficiency;

5.   Mr. Pecorelli does not have a history of any autoimmune disease that is associated with the development of lymphoma.

6.  Mr. Pecorelli had a significant exposure to Roundup.  His use of Roundup was intensive and prolonged (large quantities with less use of an effective barrier to prevent absorption/inhalation).  Based on the available evidence (discussed below), exposure to GBFs is associated with an increased risk of developing non-Hodgkin lymphoma.  It is my conclusion that Mr. Pecorelli's exposure to GBFs is not only sufficient, but exceeds the exposure that is reported to either cause or significantly increase one's risk of developing Non-Hodgkin lymphoma and that his exposure to GBFs is a substantial contributing factor in the development of his non-Hodgkin lymphoma.  While Mr. Pecorelli did use other liquid pesticides in the course of his work as a landscaper, or nursery and home owner he did not use these with the consistency with which he used Round Up and he utilized the same dress for all applications.

VIII.   DISCUSSION OF MR. PECORELLI's CAUSATION

In arriving at my conclusions regarding the causation of Mr. Pecorelli's NHL, I have utilized both my extensive personal knowledge and experience in teaching and writing about

lymphoma, researching novel treatments for lymphoma and caring for patients diagnosed with lymphoma, but have also had the opportunity to review the substantial literature regarding the relationship between exposure to GBFs and non-Hodgkin lymphoma.  In particular, I have evaluated (but not limited) my research to the following papers that address human epidemiologic associations:  DeRoos (2003), Hardell (2002), Eriksson (2008), McDuffie (2001), Orsi (2009), the North American Pooled Project ("NAPP") (2019), De Roos (2005), Andreotti (2018), and Leon (2019) . All of these studies, with the exception of the Agricultural Health Study ("AHS") (comprised of De Roos (2005) and Andreotti (2018)) consistently report an elevated increase in odds and risk ratios for exposure to GBFs and NHL and its subtypes, and when the data is combined in the most recent, comprehensive meta-analysis (Zhang, 2019), demonstrate a strong association between exposure to GBFs and the development of NHL. Indeed, the meta-analyses conducted to date consistently report an increased risk between exposure to GBFs and NHL (see Schinasi et al. (2014); IARC (2015); Chang & Delzell (2016); and Zhang et al. (2019).

The systematic evaluation of the data performed by the International Agency for Research on Cancer ("IARC") also supports the conclusion that GBFs probably cause NHL. However, it is important to note that following IARC's 2015 classification of glyphosate as a 2A probable human carcinogen, additional data – some negative but most positive – has emerged which confirms the link between exposure to GBFs and NHL (Zhang (2019); NAPP (2019).  And, although the results of the AHS cohort are negative, the AHS data was included in the most recent Zhang (2019) meta-analysis which, nevertheless, characterized the association between GBFs and NHL as "compelling".  I have additionally reviewed the literature on genotoxicity and oxidative stress associated with exposure to GBFs and found that this literature provides a biologically plausible basis for the findings in human epidemiologic studies, as also confirmed by the Zhang (2019) meta-analysis.

## I.     CONCLUSIONS

Mr. Michael Pecorelli has been exposed to GBFs in a manner and magnitude that fits within the published epidemiologic literature where causation and an association between NHL and GBFs has been demonstrated.  In performing the differential diagnosis of causation of Mr. Pecorelli's NHL, I conclude to a reasonable degree of medical certainty that his exposure to GBFs is a substantial contributing factor to the development of his non-Hodgkin lymphoma.

Dated: January 21, 2021

_Lauren C. Pinter-Brown_
Lauren C. Pinter-Brown, MD, FACP

**Signature:**

**Email:**  pinterbrownlauren@gmail.com