# EXHIBIT 18

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  ROUNDUP PRODUCTS      ) MDL No. 2741

 5   LIABILITY LITIGATION          ) Case No. MDL

 6   ------------------------------) No. 3:16-md-02741-VC

 7   This document relates to:     )

 8   Lorraine Rehak v. Monsanto Co.)

 9   Case No. 3:19-cv-01719-VC     )

10   ------------------------------)

11

12            The videotaped deposition of LORRAINE

13   REHAK, called for examination, taken before JULIANA F.

14   ZAJICEK, a Registered Professional Reporter and a

15   Certified Shorthand Reporter, at the offices of Shook,

16   Hardy & Bacon L.L.P., Suite 4700, 111 South Wacker

17   Drive, Chicago, Illinois, on November 22, 2019, at

18   10:20 a.m.

19

20

21

22

23

24
```

```
 1   PRESENT:

 2   ON BEHALF OF THE PLAINTIFF:

 3        MOLL LAW GROUP

 4        22 West Washington Street, 15th Floor

 5        Chicago, Illinois 60602

 6        312-462-1700

 7        BY:  STEPHEN CADY, ESQ.

 8             scady@molllawgroup.com

 9

10   ON BEHALF OF THE DEFENDANT:

11        SHOOK, HARDY & BACON L.L.P.

12        One Montgomery Street, Suite 2600

13        San Francisco, California 94104-4505

14        415-544-1900

15        BY:  H. GRANT LAW, ESQ.

16             hlaw@shb.com

17

18   THE VIDEOGRAPHER:

19        MR. MILO SAVICH,

20        Golkow Litigation Services.

21

22

23

24
```

1        THE VIDEOGRAPHER:  We are now on the record.  My
2   name is Milo Savich and I am a videographer for Golkow
3   Litigation Services.
4            Today's date is November 22nd, 2019, and
5   the time is 10:20 a.m.
6            This video deposition is being held in
7   Chicago, Illinois, in the matter of Roundup, Lorraine
8   Rehak versus Monsanto Company.  This case is being
9   heard in the United States District Court, Northern
10  District of California.
11           The deponent is Lorraine Rehak.
12           Will counsel please identify themselves
13  for the record.
14       MR. CADY:  Stephen Cady from Moll Law Group for
15  the Plaintiff.
16       MR. LAW:  Grant Law, Shook, Hardy & Bacon, for
17  Monsanto Company.
18       THE VIDEOGRAPHER:  The court reporter is Juliana
19  Zajicek who will now swear in the witness and we may
20  then proceed.
21               (WHEREUPON, the witness was duly
22                sworn.)
23               LORRAINE REHAK,
24  called as a witness herein, having been first duly

```
 1    sworn, was examined and testified as follows:

 2                       EXAMINATION

 3    BY MR. LAW:

 4         Q.    Good morning, Ms. Rehak.

 5         A.    Good morning.

 6         Q.    Do you go by Ms. Rehak, is that okay?

 7         A.    Lorrie --

 8         Q.    Lorrie?

 9         A.    -- Lorraine.

10         Q.    Okay.  Well, I'll prob- -- I'll probably
11    have to stick to Ms. Rehak.

12         A.    Okay.

13         Q.    All right.

14               So my name is Grant Law.  I am an attorney
15    for Monsanto Company, the Defendant in this lawsuit.
16    I'll be taking your deposition today, and this is in
17    Case No. MDL 2741, and the specific case number is
18    3-19 01719-VC, Lorraine Rehak versus Monsanto.

19               So I'm going to go over some ground rules,
20    and -- well, first ask, have you ever given a
21    deposition before?

22         A.    No.

23         Q.    Okay.  So we'll spend a little time on the
24    ground rules.
```

```
 1      Q.    Can you take Tylenol?
 2      A.    Tylenol does not work for me, so that is
 3  not even an issue.  Acetaminophen does not work for me
 4  at all.
 5      Q.    What doesn't?
 6      A.    Acetaminophen --
 7      Q.    Okay.
 8      A.    -- which is Tylenol, anything, those.
 9      Q.    Have you had any stronger pain medications
10  prescribed for headaches?
11      A.    No.
12      Q.    You have had some of the narcotic type of
13  medications, like Norco done in relation to your
14  cancer, correct?
15      A.    No.
16      Q.    Been prescribed?
17      A.    No.
18      Q.    Okay.
19      A.    I do not take pain meds.  Simply because I
20  have a sister that's ten years younger than me that
21  has had six knee surgeries, six knee replacements and
22  they had her on fentanyl and that scares me.  I will
23  not even go towards pain meds.  I'd rather be in pain.
24      Q.    While you were at ChemLawn, do you recall
```

```
 1   any of these herbicides being either used or even

 2   discussed?  And I'm going to go down a list, okay?

 3         A.    Okay.

 4         Q.    So the first one is Eraser?

 5         A.    No.

 6         Q.    Buccaneer?

 7         A.    No.

 8         Q.    Envy?

 9         A.    No.

10         Q.    Halex GT?

11         A.    No.

12         Q.    Flexstar GT?

13         A.    No.

14         Q.    Credit 41 Extra?

15         A.    No.

16         Q.    You never heard of them before?

17         A.    None of them.

18         Q.    Okay.  Have you done -- done any of your

19   own automotive repair or maintenance?

20         A.    No.

21         Q.    Have you ever done any of your own

22   interior house painting?

23         A.    No.

24         Q.    Have you ever done exterior house
```

```
 1   painting?
 2        A.   No.
 3        Q.   Have you ever done furniture restoration?
 4        A.   No.
 5        Q.   Have you ever worked with lacquers or
 6   thinners?
 7        A.   No.
 8        Q.   Ev -- have you ever done any kind of
 9   woodworking?
10        A.   No.
11        Q.   Have you ever had any of your properties
12   sprayed by a -- an outside vendor for insects?
13        A.   Not to my knowledge, no.
14        Q.   You know what fumigating is, right, where
15   a whole house is tented?
16        A.   Yes.
17        Q.   Have you ever been in a house --
18        A.   No.
19        Q.   -- that that's happened?
20        A.   No.
21        Q.   Have you been a smoker in the past?
22        A.   Yes.
23        Q.   Are you currently a smoker?
24        A.   Yes.
```

```
 1      Q.    When did you first start smoking?
 2      A.    Approximately right out of high school.
 3  So I would have been 18.
 4      Q.    And have you been a -- a steady smoker
 5  since then?
 6      A.    Yes.
 7      Q.    Have there been any periods where you've
 8  quit for more than a week?
 9      A.    I may have quit for about three weeks one
10  time.  That's it.
11      Q.    Okay.  And is there a typical amount of
12  cigarettes you smoke in a day?
13      A.    Anywhere between ten and a pack.  Never
14  more than a pack.
15      Q.    What brand do you smoke?
16      A.    I smoke -- I -- I roll my own cigarettes.
17      Q.    What brand of tobacco?
18      A.    The Good Stuff.
19      Q.    Which is?
20      A.    It's -- that's what it's called, the Good
21  Stuff.
22      Q.    Oh, okay.
23      A.    It is actually -- that's pipe tobacco, but
24  it's much more reasonable and it's a lot less harsh.
```

Lorraine Rehak

```
 1   I can't -- if I have to absolutely buy a pack of
 2   cigarettes, I --
 3        Q.   So it is a pipe tobacco but you roll it in
 4   a rolling -- cigarette rolling paper?
 5        A.   That's the way they market it as pipe
 6   tobacco but I have a machine and I buy the tubes with
 7   filters on them.
 8        Q.   Oh, so you don't hand roll them?
 9        A.   No.  I'm sorry.
10        Q.   Okay.  So I guess I'm trying to -- I'm not
11   familiar with that.
12             You say you buy a tube?
13        A.   You buy a box of tubes and it actually
14   looks like a cigarette with the filter and an empty
15   tube and you load it on your little machine and you
16   put the tobacco in there and pull the lever and it
17   fills the tube.
18        Q.   It sounds like loading a shotgun?
19        A.   I don't know.  I don't like guns.  I
20   couldn't tell you.
21        Q.   So it -- it packs it, it loads some
22   tobacco and then what's the tube made out of?
23        A.   Paper.
24        Q.   Oh, so the tube burns down?
```

1     A.    Yes.

2     Q.    Oh, okay.

3     A.    It is just like a regular cigarette.

4     Q.    Got it.

5     A.    But it's a lot less harsh and I think it's
6  more organic, let's put it that way.

7     Q.    Have you had any diagnosed health problems
8  related to smoking?

9     A.    None.  When I was diagnosed with my cancer
10 they did a test on all of my vital organs.  All of my
11 vital organs were rated grossly normal.

12    Q.    Before you started smoking the Good Stuff,
13 what brands did you smoke?

14    A.    Marlboro Menthol Lights, Marlboro Menthol
15 Ultralights.

16    Q.    Is that going back to 18?

17    A.    No.  Back then it was Virginia Slims
18 Menthol.

19    Q.    Any other brands you've smoked?

20    A.    Pall Mall Ultralight Menthol.

21    Q.    Has any doctor advised you to quit
22 smoking?

23    A.    Yes.

24    Q.    Any of the doctors connected with your

1      Q.   Did you make any -- did you do any
2   investigation or research to see -- to see if there
3   was an explanation for why they stopped using Roundup?
4      A.   No.
5      Q.   Okay.  Thank you for clarifying that.
6           MR. LAW:  All right?
7           MR. CADY:  All right.
8           THE VIDEOGRAPHER:  Okay.  The time is 5:58 p.m.
9   This is the end of Tape 4.  It is also the end of the
10  deposition of Lorraine Rehak and we are going off the
11  video record.
12                 (Time Noted:  5:58 p.m.)
13           FURTHER DEPONENT SAITH NAUGHT.
14
15
16
17
18
19
20
21
22
23
24

Lorraine Rehak

```
 1                  REPORTER'S CERTIFICATE

 2            I, JULIANA F. ZAJICEK, a Registered

 3   Professional Reporter and Certified Shorthand

 4   Reporter, do hereby certify:

 5            That previous to the commencement of the

 6   examination of the witness herein, the witness was

 7   duly sworn to testify the whole truth concerning the

 8   matters herein;

 9            That the foregoing deposition transcript

10   was reported stenographically by me, was thereafter

11   reduced to typewriting under my personal direction and

12   constitutes a true record of the testimony given and

13   the proceedings had;

14            That the said deposition was taken before

15   me at the time and place specified;

16            That I am not a relative or employee or

17   attorney or counsel, nor a relative or employee of

18   such attorney or counsel for any of the parties

19   hereto, nor interested directly or indirectly in the

20   outcome of this action.

21            IN WITNESS WHEREOF, I do hereunto set my

22   hand on this 9th day of December, 2019.

23            [signature: Juliana F. Zajicek]

24            JULIANA F. ZAJICEK, Certified Reporter
```