# EXHIBIT 20

RON D. SCHIFF, M.D., Ph.D.

Schiff Biomedical Consulting
███████████████
Tampa, Florida 33647

███████████████

Florida Medical License ██████████

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

January 4, 2021

Ken Moll, Esq.
Moll Law Group
22 West Washington Street, 15th Floor
Chicago, IL   60602

Re: John Schafer *v.* Monsanto

Dear Mr. Moll,

The following summarizes my background, qualifications to serve as an expert witness, methodology, factual review, and opinions in the above-referenced case:

BIOGRAPHICAL

I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology. I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980. During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology. I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983. I also completed a subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

EXPERT QUALIFICATIONS

Based on my background, training, and experience, I present myself as an expert in medical oncology and hematology, and in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Medical oncology and hematology, which are subspecialties of internal medicine, encompass the causes, disease mechanisms, diagnosis, staging, treatment, and prognosis of the various forms of cancer and of the disorders of the blood and bone marrow, respectively. Expertise in the causes and disease mechanisms of cancer and hematologic disorders applies not only to knowledge of the relevant biology, but also to the concept of causation in legal settings.

Medical oncologists and hematologists are trained in the biological (for example, genetic mutations), chemical (carcinogens), and physical (radiation) causes of cancer involving solid organs, the bone marrow, the blood, and the lymphatic system. Epidemiology, which is the study of the distribution and determinants of diseases in populations, is an important component of training in cancer causation. Medical oncologists and hematologists must also have a detailed understanding of the molecular and cellular pathways by which a cancer develops, progresses, invades nearby tissues, and spreads via the lymphatic system to nearby lymph nodes and through the blood circulation to distant metastatic sites.

With respect to the present legal matter, my 29 years of clinical practice included the diagnosis and treatment of the full range of hematopoietic and lymphoid neoplasms, including non-Hodgkin lymphoma. I am being compensated in this matter, although my compensation is not dependent upon the outcome. In reaching my conclusions, I have reviewed and relied upon a number of sources of information, including textbooks and published research articles, as well as upon my background, training, and experience in medical oncology, hematology, and molecular and cellular biology. My biographical information and professional qualifications are summarized in the first section of the present report as well as in my curriculum vitae. As an

adult medical oncologist and hematologist with an additional doctoral degree in molecular and cellular biology, I submit that my educational background, training, experience in the management of patients with non-Hodgkin lymphoma, and familiarity with the medical literature substantiate my ability to serve as an expert witness in the John Schafer legal matter.

## METHODOLOGY

The procedures that I utilize in determining whether a causal relationship exists between exposure to an environmental agent and a disease, condition, or illness are the generally accepted scientific methods utilized by regulatory agencies and reported in peer-reviewed medical and scientific journals. This methodology is based upon established and accepted rules of scientific evidence, including assessment of the Hill criteria (1) as they apply to evaluation of causation, and the weight-of-evidence approach recommended by the National Research Counsel of the National Academy of Sciences and by the International Agency for Research on Cancer. I have also employed these methods when assessing disease causation in the clinical practice of medical oncology and hematology.

In reaching my opinions about general causation between exposure to a chemical agent and the development of a disease, I apply the generally accepted Hill criteria (1) for analyzing causation, including strength and consistency of association, dose (or exposure)-response, temporality, biological plausibility, specificity, coherence, availability of animal or other experimental models, and analogy to previously unexplained exposure-outcome findings in different clinical and experimental systems. In reaching my opinions about specific causation, I consider the relevant exposure, or "dose," of the chemical agent, and whether or not that dose has been associated with the disease in the medical and scientific literature. As part of this process I perform a differential etiological analysis, considering evidence for alternative or competing causes.

## FACTUAL REVIEW

At your request, I have reviewed all of the medical records provided to me concerning Mr. John Schafer, ██████████████ and the diagnosis and treatment of his lymphoma, along with the Complaint and Jury Demand and his deposition. All of these documents were sent to me by your office. I have formed opinions regarding the information disclosed therein.

Mr. Schafer was 56 years old, a veteran of the U.S. Merchant Marine and the U.S. Army and a retired FBI Special Agent, and already had a history of hypertension, hypothyroidism, and a seizure disorder at the time his earliest available laboratory studies were obtained on June 18, 2010. On that date, a CBC, urinalysis, comprehensive metabolic panel (CMP), lipid panel, hemoglobin A1c, and TSH revealed no significant abnormalities. However, the PSA was mildly elevated at 4.8 (normal range up to 4.0).

On August 11, 2010, a repeat PSA was 3.7, with the free PSA 0.5 (14%). The serum phenytoin level was therapeutic.

On November 16, 2010, needle biopsies of the prostate demonstrated a minute focus of atypical small acinar proliferation representing less than 5% of a biopsy specimen obtained from the central portion of the right prostate lobe. The focus exhibited weak immunoreactivity for AMACR and focal immunoreactivity for CK-903 and P-63.

Needle biopsies of the prostate were repeated on December 21, 2010, this time revealing no evidence of either malignancy or premalignant lesions.

On June 20, 2011, reference was made on Mr. Schafer's laboratory orders to a history of gastroesophageal reflux disease.

On June 25, 2011, a CBC revealed a borderline-low platelet count of 133, decreased from 174 on June 18, 2010. A CMP demonstrated mild hypocalcemia (7.9; normal range 8.5 to 10.5) with a normal albumin. The hemoglobin A1c, free T4, and TSH were normal. The 25-hydroxyvitamin D was low at 17.4 (normal range 32.0 to 100.0). The PSA was again elevated, this time more significantly, to 6.0.

On July 11, 2011, a CBC and a CMP revealed no significant abnormalities; the platelet count had increased to 150 and the calcium had normalized to 8.5. A lipid panel showed a borderline-low HDL cholesterol and borderline-elevated triglycerides. The hemoglobin A1c and thyroid function tests were normal. The 25-hydroxyvitamin D was 15.9. The PSA was 5.4.

On July 15, 2011, Mr. Schafer was evaluated at the Adventist Hinsdale Hospital Emergency Room in Hinsdale, Illinois immediately after being involved in a rear-end motor vehicle accident in which he sustained trauma to the back of the head. Symptoms at the time of the evaluation included transient dizziness, blurred vision, and slurred speech. The medical history recorded in the ER made reference to a prior stroke and major motor seizure. Physical examination, including neurologic examination, was normal. A CBC, PT, and PTT revealed no significant abnormalities. A basic metabolic panel (BMP) was normal except for hyperglycemia, with glucose 180. The serum phenytoin level was subtherapeutic. A serum EtOH level and urine drug screen were negative. Eight copies of Mr. Schafer's EKG were provided. The tracing showed sinus rhythm with minimal voltage criteria for left ventricular hypertrophy and a non-specific repolarization abnormality. A CT scan of the head revealed mucosal thickening involving the left frontal recess and the sphenoid sinuses and ethmoid air cells bilaterally, consistent with paranasal sinus disease.

On December 27, 2011, thyroid function tests were again normal.

On May 18, 2012, the PSA was 3.9, with the free PSA 0.6 (15%).

On December 28, 2012, a CBC revealed no significant abnormalities; the platelet count was 147. A urinalysis was normal except for trace protein. A CMP demonstrated no significant abnormalities except for glucose 161. A lipid panel revealed borderline elevations of the cholesterol and triglycerides and mild elevation of the LDL cholesterol. The hemoglobin A1c and thyroid function tests were normal. The 25-hydroxyvitamin D was 30.0. The serum

phenytoin level was therapeutic.  The PSA was 5.8.

On June 4, 2013, the serum phenytoin level was subtherapeutic.  The PSA was 4.5.

On June 18, 2014, the PSA was 5.0, with the free PSA 1.09 (21.8%).

On June 24, 2014, a CBC revealed no significant abnormalities; the platelet count was 148.  A urinalysis and CMP were normal.  A lipid panel was normal except for a mildly elevated LDL cholesterol.  Thyroid function tests and the 25-hydroxyvitamin D were normal.  The serum phenytoin level was therapeutic.

On June 1, 2015, the PSA was 4.5.

On August 8, 2015, a CBC revealed no significant abnormalities; the platelet count was 166.  A CMP also revealed no specific abnormalities.  A lipid panel again demonstrated mild elevation of the LDL cholesterol.  Thyroid function tests and the 25-hydroxyvitamin D were again normal.  The serum phenytoin level was subtherapeutic.

On May 16, 2016, a urinalysis was normal.  The PSA was 7.0.

On August 6, 2016, a CBC was normal; the platelet count was 154.  A CMP was also normal.  A lipid panel again showed mild elevation of the LDL cholesterol.  Thyroid function tests and the 25-hydroxyvitamin D were again normal.

On August 13, 2016, the PSA was 5.7.

On December 30, 2016, the PSA was 10, with a free PSA of 1 (11%).

Mr. Schafer was admitted to Antelope Valley Hospital in Lancaster, California through the Emergency Room from June 3 until June 4, 2017 for evaluation and management of generalized weakness, chest heaviness, and palpitations.  One week earlier, he had undergone a colonoscopy with the reported removal of seven benign polyps, and subsequently developed malaise, "low-grade temperature," night sweats, mild abdominal discomfort, and a decreased appetite.  In the Emergency Room, he related a history of atrial fibrillation six to ten years earlier, associated with a thyroid disorder or thyroid medication.  He also related a history of mycosis fungoides in approximately 1997, with no details of diagnosis or treatment reported.  Current medications at the time of admission were esomeprazole (Nexium), levothyroxine (Synthroid), and phenytoin (Dilantin).  Physical examination was significant for findings of mild distress, anxiety, and irregularly irregular tachycardia.  Right lower quadrant abdominal tenderness was noted on a subsequent physical examination.  Admission CBC was normal, although the platelet count was borderline-low at 134.  A BMP was normal.  A lipid panel was normal except for a low HDL cholesterol.  Thyroid function tests and serial troponin levels were normal.  The serum phenytoin level was subtherapeutic.  Admission EKG showed atrial fibrillation with a rapid ventricular response and non-specific repolarization abnormalities.  A CT scan of the abdomen and pelvis revealed a non-enhancing cyst within the left lobe of the liver, gallstones, mild

pancreatic atrophy, trace atherosclerotic calcification of the aorta, a 3.9 x 2.5 x 5.7-cm left external iliac lymph node, and mild to moderate prostatic enlargement.  On June 4, 2017, an echocardiogram showed preserved left ventricular contractility with a left ventricular ejection fraction of 65%, mild left atrial enlargement (4.1 cm), minimal mitral regurgitation, and trace tricuspid insufficiency.  Mr. Schafer was treated with intravenous hydration fluids and intravenous diltiazem (Cardizem) with conversion to sinus rhythm, and was discharged on metoprolol and aspirin.

On June 5, 2017, the PSA was 6.6.

On October 7, 2017, a CBC was normal, with a platelet count of 154.  A CMP revealed no significant abnormalities.

On December 20, 2017, Mr. Schafer was evaluated by Dr. Michael O'Toole, a cardiologist in Elmhurst, Illinois, for follow-up of atrial fibrillation.  It was noted that Mr. Schafer had never smoked.  It was concluded that Mr. Schafer was experiencing ongoing paroxysmal atrial fibrillation, with increasingly frequent episodes.  Dr. O'Toole referred Mr. Schafer on the same day to Dr. Christopher Bogan, an internist in Elmhurst, for further evaluation of the left-sided pelvic lymphadenopathy detected by the CT scan of the abdomen and pelvis on June 3, 2017.  The physical examinations recorded by Dr. O'Toole and Dr. Bogan were normal.  The PSA was 6.23.

On December 22, 2017, a CT scan of the abdomen and pelvis revealed interval enlargement since the previous CT scan from June 3, 2017 of the enlarged left obturator lymph node from 3.4 x 2.2 cm (according to the new reading) to 5.0 x 2.6 cm and the development of mild left inguinal lymphadenopathy measuring 1.2 x 1.0 cm.  Multiple low-density liver lesions measuring up to 3.1 cm in diameter, gallstones, pancreatic steatosis (fatty infiltration), and a small fat-containing umbilical hernia were also noted.

On December 27, 2017, Mr. Schafer underwent ultrasound-guided needle aspiration and core biopsies of the enlarged, although not palpable, left inguinal lymph node.  There was no cytologic, histologic, or flow cytometric (on the biopsy specimen) evidence of malignancy.

On December 28, 2017, Mr. Schafer was treated with amoxicillin-clavulanate (Augmentin) and fluticasone (Flonase) for an episode of nasal congestion, post-nasal drip, and a mild sore throat.

On January 9, 2018, Mr. Schafer underwent a CT-guided core biopsy of the enlarged left-sided pelvic lymph node, yielding a diagnosis of a follicular lymphoma with a diffuse pattern, cytologically low-grade but with a discordantly higher proliferative rate.  Immunohistochemical staining was positive for CD20 on 70% of the cells, indicative of B-lymphocytes, and for CD3 on 30% of cells, signifying T-lymphocytes.  Most of the B-lymphocytes expressed CD10 and BCL-6.  Just over half of the neoplastic cells expressed MIB-1.  Flow cytometric analysis revealed no evidence of a clonal B-lymphocyte population.  The biopsy was reviewed at Rush University Medical Center.

Mr. Schafer was admitted to Adventist Hinsdale Hospital through the Emergency Room from January 10 until January 11, 2018 for evaluation and management of recurrent tachycardia and palpitations, this time with associated pallor. It was noted that he appeared to have a past medical history of a single seizure occurring after a head injury. His family history indicated that his sister had breast cancer. Admission physical examination was normal. Admission CBC revealed no significant abnormalities other than a borderline-low platelet count of 148. Coagulation studies were normal. A BMP was normal except for glucose 147. The magnesium and troponin were normal. The serum phenytoin level was therapeutic. A chest x-ray demonstrated advanced degenerative changes involving the right shoulder, but was otherwise normal. An EKG showed atrial fibrillation with a rapid ventricular response and repolarization abnormalities. Intravenous diltiazem was again administered, with conversion back to sinus rhythm. His outpatient medications, which included flecainide for his arrhythmia, were not changed. The platelet count was 140 at the time of discharge on January 11, 2018.

On January 11, 2018, Mr. Schafer was referred to Dr. Brett Collander, a pulmonary physician in Elmhurst, for evaluation and management of snoring as a suspected manifestation of obstructive sleep apnea. At that time, reference was made to a history of latent tuberculosis.

On January 12, 2018, Mr. Schafer received another prescription for amoxicillin-clavulanate for persistent symptoms of acute sinusitis. Bilateral submandibular lymphadenopathy was noted on physical examination.

On January 18, 2018, Mr. Schafer was referred to Dr. Daniel Frank, a medical oncologist in Lisle, Illinois, for evaluation and management of newly diagnosed follicular lymphoma. It was noted that the episode of head trauma had occurred in approximately 1998 and resulted in a cerebral hemorrhage as well as a seizure. At approximately the same time, a skin biopsy for suspected mycosis fungoides had reportedly been inconclusive. The physical examination recorded by Dr. Frank was normal, with no evidence of cervical or supraclavicular lymphadenopathy. A CBC was normal, with a platelet count of 168. The erythrocyte sedimentation rate was normal at 4. A CMP was also normal. The LDH was normal at 208 (normal range 84 to 249). Serum protein electrophoresis revealed total protein 7.3, albumin 4.86, beta-globulin 0.61, and gamma-globulin 0.95, with no evidence of a paraprotein. Serum immunofixation electrophoresis demonstrated IgG 1130, IgA 194.00, IgM 55.3, kappa free light chains 1.797, lambda free light chains 1.145, and kappa:lambda free light chain ratio 1.57, also with no evidence of a monoclonal protein. Hepatitis B surface antigen, hepatitis B core antibody, hepatitis B surface antibody, hepatitis C virus antibodies, and "HIV antigen antibody combo" were negative.

On January 25, 2018, a PET-CT scan revealed diffuse hypermetabolic activity throughout the thyroid, gallstones, hypermetabolic left external iliac lymphadenopathy with a maximum SUV of 21, and a hypermetabolic focus at the apex of the left lobe of the prostate posteromedially with a maximum SUV of 24.8.

On January 31, 2018, CBC values included hemoglobin 14.7, hematocrit 41.1, MCV 84.7, WBC 5.68 with 74.6% neutrophils, and platelets 139. A CMP demonstrated no significant

abnormalities other than glucose 136.  Another serum protein electrophoresis revealed total protein 7.4, albumin 4.92, beta-globulin 0.63, and gamma-globulin 0.93, again with no evidence of a paraprotein.  Serum immunofixation electrophoresis revealed kappa free light chains 1.698, lambda free light chains 1.079, and kappa:lambda free light chain ratio 1.57, with no evidence of a monoclonal protein.  A bone marrow aspirate and biopsy were normocellular (50%), with trilineage hematopoiesis and no significant dysplastic changes, increase in blasts, ringed sideroblasts, or abnormal lymphoid aggregates.  Iron stores were present.  Immunohistochemical staining of the biopsy specimen and flow cytometric analysis of the aspirate revealed no evidence of an abnormal cell population.  Cytogenetic analysis of the bone marrow aspirate showed a normal male karyotype.

On February 2, 2018, Mr. Schafer underwent laparoscopic excision of the left-sided pelvic mass and a separate peritoneal nodule at Elmhurst Hospital.  Histologic examination of the lymph node mass yielded a diagnosis of a diffuse large B-cell lymphoma with a germinal center immunophenotype.  Approximately 90% of the specimen demonstrated a diffuse pattern, with only 10% exhibiting architecture characterized by coalescing nodules.  Histologic examination of the resected peritoneal nodule showed infarcted fibroadipose tissue with fibrosis and mild chronic inflammation, but no evidence of malignancy.  Immunohistochemical staining of the lymph node mass revealed strong immunoreactivity for CD20, CD10, BCL-6, and MUM-1, as well as expression of c-myc and a high Ki-67 proliferation index of approximately 70%.  Flow cytometric analysis of the lymph node mass demonstrated a monoclonal kappa B-lymphocyte population expressing CD10, CD19, CD20, CD22, CD23, CD45, FMC7, and kappa immunoglobulin light chain restriction.  The final pathologic diagnosis was a diffuse large B-cell lymphoma with a germinal center immunophenotype arising from transformation of a high-grade (IIIA) follicular lymphoma.

On February 8, 2018, a CBC revealed no significant abnormalities; the platelet count was 167.  A CMP was normal except for glucose 128.  Hepatitis B surface antigen, hepatitis B core antibody, and hepatitis B surface antibody were again negative.  An EKG showed normal sinus rhythm.  Dr. Frank concluded that the diagnosis was high-grade (IIIA) follicular lymphoma with transformation to stage I diffuse large B-cell lymphoma.

On February 20, 2018, Mr. Schafer underwent insertion of a right internal jugular central venous access port.  A post-procedure portable chest x-ray confirmed proper placement of the port.

On February 23, 2018, a CBC and CMP revealed no significant abnormalities; the platelet count was 167.

Mr. Schafer was treated with six cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, at intervals of three weeks from February 26 until June 15, 2018 (with cycles 2-6 beginning on March 19, April 9, April 30, May 21, and June 11, 2018).  Pegfilgrastim (Neulasta) was administered with each cycle to

reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia. Treatment was complicated by further episodes of atrial fibrillation, by at least two episodes of neutropenic fever requiring an Emergency Room visit during the first cycle of treatment and hospitalization in late March 2018 during the second treatment cycle, fatigue and generalized weakness during the first two weeks of every three-week cycle, decreased sense of taste, loss of muscle mass, and intermittent numbness in the feet. On April 6, 2018, it was noted that Mr. Schafer was taking cefadroxil (Duricef), apparently for streptococcal pharyngitis, and he complained of a mild pruritic rash for two days; no rash was evident on physical examination. On April 27, 2018, it was noted that Mr. Schafer had been hospitalized again, this time for pneumonia, during the third treatment cycle. On May 30, 2018, Mr. Schafer complained of severe constipation and pain with bowel movements, progressing to an episode of fecal impaction with an associated apparent anorectal tear and the subsequent development of rectal bleeding. It was noted that he had been evaluated at the Emergency Room again on May 27, 2018 for fever, with nightly temperatures of approximately 100.0°. By June 8, 2018, the rectal bleeding and intermittent numbness in the feet had resolved. However, Mr. Schafer complained of the development of neuropathy in his fingertips. Because of the recurrent febrile episodes, prophylactic amoxicillin-clavulanate was administered during Mr. Schafer's sixth treatment cycle.

On April 20, 2018, a PET-CT scan revealed interval regression since the previous PET-CT scan from January 25, 2018 of the left external iliac lymph node mass from 5.63 x 2.47 cm to 1.93 x 0.74 cm, with an accompanying marked decrease in the maximum SUV from 21 to 3.7, as well as a marked decrease in the maximum SUV of a small focus of hypermetabolic activity in the prostate gland, now reported to be localized inferiorly, from 24.8 to 9.1; diffuse hypermetabolic activity throughout the thyroid, consistent with hyperthyroidism and/or thyroiditis, was again noted.

On May 27, 2018, a CBC revealed severe neutropenia and leukopenia and moderately severe normocytic anemia and thrombocytopenia, with CBC 9.0, hematocrit 26.1, MCV 92.9, WBC 0.9, and platelets 35. The WBC differential was 13 bands, 58 segmented neutrophils, 19 lymphocytes, 5 monocytes, 2 eosinophils, 2 basophils, and 1 metamyelocyte.

On May 30, 2018, moderately severe pancytopenia was evident, with hemoglobin 8.9, hematocrit 26.1, MCV 92.2, WBC 2.16 with 69.0% neutrophils, and platelets 43.

On May 31, 2018, Gastroenterology consultation was obtained for further evaluation and management of severe constipation, fecal impaction, anorectal tear, and rectal bleeding. An anal fissure was identified on physical examination. Conservative measures were recommended for management of Mr. Schafer's anorectal symptoms.

On June 8, 2018, CBC values included hemoglobin 10.0, hematocrit 30.3, MCV 96.2, WBC 5.57 with 86.5% neutrophils, and platelets 178. A CMP revealed no specific abnormalities other than glucose 175. Iron studies included serum iron 66, TIBC 226, transferrin saturation 29%, and ferritin 219.0.

On June 19, 2018, pulmonary medicine follow-up with Dr. Collander confirmed that a diagnosis of obstructive sleep apnea had been established, which was being managed with CPAP.

On June 22, 2018, Mr. Schafer was evaluated at Hinsdale Immediate Care for the insidious and gradual onset of swelling of the left leg, followed by the acute and sudden onset of associated sharp pain.  It was noted that he had been evaluated at the Emergency Room during the previous night for recurrent fever.  Physical examination revealed mild non-pitting edema of the left leg and tenderness over the mid-calf.  An ultrasound examination of the left leg confirmed the presence of an acute deep venous thrombosis of the mid- and distal portions of the posterior tibial vein.  Mr. Schafer was treated with rivaroxaban (Xarelto).

On June 25, 2018, Mr. Schafer complained of occasional night sweats.  A PET-CT scan revealed interval resolution since the most recent prior PET-CT scan from April 20, 2018 of the residual 1.93 x 0.74-cm left external iliac lymph node mass and associated hypermetabolic activity, as well as resolution of the previously noted small focus of hypermetabolic activity in the mildly to moderately enlarged prostate gland; diffuse hypermetabolic activity throughout the thyroid and gallstones were again noted.

On June 27, 2018, Neurology consultation was obtained for evaluation of the advisability of administering rivaroxaban concurrently with phenytoin.  At that time, Mr. Schafer confirmed that the post-traumatic major motor seizure that he had experienced was his only seizure episode.  Neurologic examination was normal except for mildly diminished vibratory sensation bilaterally and absent deep tendon reflexes at the knee and ankle bilaterally.  Serum vitamin levels were B1 (thiamine) 111, methylmalonic acid 0.31, and folate 27.7; all of these values were normal.  The serum phenytoin level was therapeutic.  A recommendation was made to substitute levetiracetam (Keppra) for phenytoin as Mr. Schafer's anticonvulsant medication.

On July 24, 2018, an EEG was normal, with no evidence of seizure activity.

By July 25, 2018, Mr. Schafer's anemia and thrombocytopenia still had not recovered from his chemoimmunotherapy.  CBC values included hemoglobin 11.2, hematocrit 32.0, MCV 89.6, WBC 6.22 with 82.1% neutrophils, and platelets 91.  A CMP was normal except for glucose 130.  A thyroid function panel revealed a normal free T4 with a low TSH (0.101; normal range 0.350 to 5.500).  The PSA was 4.45.

On August 6, 2018, CBC values included hemoglobin 11.2, hematocrit 33.9, MCV 89.0, WBC 4.97 with 78.7% neutrophils, and platelets 134.  A CMP was normal except for glucose 161.  Thyroid function tests revealed an elevated total T4 (15.9; normal range 4.5 to 10.9), a normal total T3, and an even lower TSH (0.023).

Subsequently, Mr. Schafer was recommended to receive eight infusions of maintenance rituximab immunotherapy at intervals of three months for two years, beginning on August 6, 2018.  Documentation has been provided for rituximab infusions administered on August 6, October 1, and November 26, 2018 and January 21, 2019.  Documentation of rituximab infusions administered thereafter has been unavailable, as the most recent medical records available for

Mr. Schafer are dated March 4, 2019 (see below).

On August 9, 2018, Mr. Schafer returned to the Emergency Room for evaluation and management of a low-grade fever and palpitations, with the latter due to a recurrence of atrial fibrillation. Mr. Schafer's levothyroxine dose was reduced because of the recurrence of atrial fibrillation in the setting of a low and decreasing TSH. Apixaban (Eliquis) was substituted for rivaroxaban as Mr. Schafer's anticoagulant.

On August 25, 2018, a CT scan of the chest, abdomen, and pelvis revealed interval resolution since the previous dedicated CT scan from December 22, 2017 of the left-sided pelvic lymph node mass; a right-sided central venous access port, several cysts in the left lobe of the liver, gallstones, and mild prominence of the prostate were unchanged since the CT scan of the chest, abdomen, and pelvis on December 22, 2017 or the PET-CT scan on June 25, 2018.

On August 28, 2018, Mr. Schafer reported that his night sweats began only after the completion of the initial R-CHOP chemoimmunotherapy and increased in frequency to nightly before improving and perhaps resolving by August 23, 2018. He also related a recent episode of a fever of 102.1°. An MRI scan of the brain, ordered at the time of the Neurology consultation on June 27, 2018, demonstrated minimal patchy mucosal thickening involving the anterior ethmoid air cells bilaterally.

By October 1, 2018, Mr. Schafer's night sweats had resolved. CBC values included hemoglobin 12.9, hematocrit 38.1, MCV 81.9, WBC 7.50 with 82.6% neutrophils, and platelets 140. A CMP revealed no significant abnormalities other than glucose 137. Thyroid function tests included a normal free T4 and total T3; normalization of the TSH to 0.704; normal thyroid-stimulating immunoglobulin; and negative thyroid peroxidase, antithyroglobulin, and TSH receptor antibody assays.

Plain films of the knees were obtained on October 30, 2018 as part of an evaluation for bilateral knee pain and revealed a 1.3 x 0.8 x 0.9-cm ovoid radiolucent lesion in the distal right femoral metadiaphysis anteriorly with a somewhat sclerotic margin and adjacent periosteal reaction suggestive of a cortical erosion.

On November 19, 2018, the serum levetiracetam level was therapeutic.

On November 20, 2018, an MRI scan of the right thigh confirmed the presence of a partially exophytic 1.1-cm T1-isointense/T2-hyperintense lesion in the distal femoral cortex anteriorly, corresponding to the lesion identified on the plain films from October 30, 2018. The appearance was not typical of a benign intracortical hemangioma.

Orthopedic Surgery consultation was obtained on November 23, 2018 for further evaluation and management of right knee pain and the right femoral lesion identified on plain films and MRI scan. Orthopedic examination of the right lower extremity was normal except for right knee crepitance.

By November 26, 2018, questionable night sweats had recurred. Mr. Schafer's anemia had finally resolved, although mild thrombocytopenia persisted. CBC values included hemoglobin 14.0, hematocrit 40.5, MCV 81.5, WBC 5.80 with 78.1% neutrophils, and platelets 130. A CMP was normal except for glucose 161 and ALT increased from 51 on October 1, 2018 to 83 (normal range 17 to 63).

A CT-guided biopsy of the right femoral lesion was performed on November 27, 2018, demonstrating an intracortical chondroma but no evidence of malignancy.

On December 28, 2018, Mr. Schafer was treated with clindamycin lotion for folliculitis of the neck, manifested by pain, itching, bleeding after shaving, and drainage of pus.

By January 21, 2019, the thrombocytopenia had finally resolved. CBC values included hemoglobin 14.3, hematocrit 42.6, MCV 85.9, WBC 7.06 with 78.8% neutrophils, and platelets 172. A CMP was normal except for glucose 128, borderline elevation of the creatinine (1.31; normal range 0.70 to 1.30), and ALT 76.

The most recent progress note available for Mr. Schafer is from Dr. O'Toole's office on March 4, 2019. Mr. Schafer was asymptomatic at that time. The most recent imaging study for which a report is available is a CT scan of the chest, abdomen, and pelvis on the same date. The images demonstrated a right-sided central venous access port, a 0.3-cm semisolid nodule in the right upper lobe reported for the first time but described as stable since January 25, 2018, low-density liver parenchyma consistent with fatty infiltration and also reported for the first time, 3.4 x 1.8-cm and 1.6 x 2.0-cm low-density foci within the left liver lobe consistent with cysts, and gallstones, all of which were stable compared with the most recent prior CT scan of the chest, abdomen, and pelvis from August 25, 2018.

According to Mr. Schafer's deposition testimony on November 19, 2019, R-CHOP chemoimmunotherapy was also complicated by the development of nausea and decreased appetite (247:18-248:8). Mr. Schafer stated that he spent a total of 54 days in the hospital for neutropenic episodes while he was undergoing R-CHOP treatment (247:18-248:13). Another complication of chemoimmunotherapy with R-CHOP was the development of "chemo fog," characterized by an inability to think properly, which persisted after the completion of R-CHOP, possibly even to the time of Mr. Schafer's deposition (249:18-250:4). Mr. Schafer also developed eczema in association with rituximab administration (254:22-24). Active and persistent symptoms at the time of Mr. Schafer's deposition included fatigue, generalized weakness, and decreased energy (129:24-130:2, 250:5-17, 254:14-24); eczema associated with ongoing maintenance rituximab administration (254:22-24); anxiety, depression, and stress resulting from uncertainty about the prognosis of his non-Hodgkin lymphoma, psychological symptoms which affect his wife at least as profoundly (255:4-256:1, 258:14-260:13, 268:5-16); and adverse effects on their marital relationship (258:14-260:13).

## OPINIONS

1. <u>Diagnosis and staging</u>. Mr. Schafer's diagnosis is diffuse large B-cell lymphoma with

a germinal center immunophenotype arising from transformation of a grade IIIA follicular lymphoma. The stage of his lymphoma is stage I. The diagnosis was established by a CT-guided core biopsy of an enlarged left-sided pelvic lymph node on January 9, 2018 and by laparoscopic excision of the left-sided pelvic mass on February 2, 2018. Approximately 90% of the laparoscopically excised specimen demonstrated a diffuse pattern, with only 10% exhibiting architecture characterized by coalescing nodules (i.e., a follicular pattern). The high Ki-67 proliferation index documented in the laparoscopically excised specimen is indicative of an aggressive, rapidly growing malignancy. The stage was established by CT scans of the abdomen and pelvis on June 3 and December 22, 2017, a PET-CT scan on January 25, 2018, and bone marrow aspiration and biopsy on January 31, 2018, with the bone marrow examination demonstrating no evidence of bone marrow involvement at that time. Additionally, the stage of Mr. Schafer's lymphoma has been continuously reevaluated by serial PET-CT scans and plain CT scans, although bone marrow examinations have not been repeated.

Diffuse large B-cell lymphoma is an intermediate-grade non-Hodgkin lymphoma arising in the B-lymphocytes of the immune system, while the grade IIIA follicular lymphoma from which it transformed is a low-grade non-Hodgkin lymphoma also arising in the B-lymphocytes. The terminology designating these subtypes of non-Hodgkin lymphoma, and their diagnostic criteria, reflect the 2016 World Health Organization (WHO) classification of hematopoietic and lymphoid neoplasms (2, 3). Diffuse large B-cell lymphoma is the most common type of non-Hodgkin lymphoma, representing 31% of all cases, while follicular lymphoma is the second most common type of non-Hodgkin lymphoma, comprising 22% of all cases (3, 4). It is well-known that some cases of non-Hodgkin lymphoma are characterized by a composite of follicular lymphoma and diffuse large B-cell lymphoma within the same lymph node specimen, as in Mr. Schafer's case; under these circumstances, the diagnosis should be considered diffuse large B-cell lymphoma (4), although I have often acknowledged the role of histologic transformation by referring to such lymphomas as "follicular-going-diffuse." Regardless of the terminology invoked for these composite lymphomas, it is clear that their clinical behavior, treatment, and prognosis are typical of diffuse large B-cell lymphoma (3, 4). The designation "intermediate-grade" distinguishes diffuse large B-cell lymphoma and grade IIIB follicular lymphoma from "low-grade" lymphomas, such as grade I, grade II, and grade IIIA follicular lymphomas, which tend to be characterized by a slower growth rate and a less aggressive clinical course than the intermediate-grade lymphomas, and from "high-grade" non-Hodgkin lymphomas, such as lymphoblastic lymphoma and Burkitt lymphoma, which tend to exhibit a more rapid growth rate and a more aggressive clinical course. It should be noted that the pathologist interpreting the laparoscopically excised specimen and Mr. Schafer's medical oncologist and hematologist referred to the grade IIIA follicular component of Mr. Schafer's lymphoma as "high-grade." This discrepant terminology simply reflects the distinction between grade I or II follicular lymphoma, each of which is low-grade, and grade III follicular lymphoma, which is high-grade only within the category of follicular lymphoma.

The stage of any malignancy provides important information about the extent of disease within the body and thus helps to determine optimal treatment, estimate prognosis, and correlate results among treatment groups in different clinical trials. Stage I refers to the presence of lymphoma in a single lymph node region (3, 4), while stages II through IV reflect a progressively

greater anatomic distribution of lymphoma.

2. <u>Treatment</u>. Unless contraindicated by coexisting serious medical illness or, in some cases, advanced age, it is recommended that patients with intermediate-grade lymphomas begin treatment as soon as their diagnostic evaluation is complete. Therefore, following the insertion of a right internal jugular central venous access port on February 20, 2018, Mr. Schafer was treated with six cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, at intervals of three weeks from February 26 until June 15, 2018 (with cycles 2-6 beginning on March 19, April 9, April 30, May 21, and June 11, 2018). Pegfilgrastim (Neulasta) was administered with each cycle to reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia. This treatment produced resolution of the hypermetabolic left-sided pelvic lymph node mass, as documented by a PET-CT scan on June 25, 2018 and CT scans of the chest, abdomen, and pelvis on August 25, 2018 and March 4, 2019.

In an effort to prevent or delay recurrence of the lymphoma after the achievement of a complete response to the R-CHOP chemoimmunotherapy, Mr. Schafer was recommended to receive eight intravenous infusions of maintenance rituximab immunotherapy at intervals of three months for two years, beginning on August 6, 2018. Documentation has been provided for rituximab infusions administered on August 6, October 1, and November 26, 2018 and January 21, 2019. Documentation of rituximab infusions administered thereafter has been unavailable, as the most recent medical records available for Mr. Schafer are dated March 4, 2019.

First-line treatment with R-CHOP chemoimmunotherapy, followed by maintenance immunotherapy with single-agent rituximab, constitutes a standard, and relatively intensive, therapeutic approach for patients with diffuse large B-cell lymphoma (3, 4).

This treatment approach and the supportive care and close clinical, laboratory, and radiographic monitoring which Mr. Schafer has been undergoing have been appropriate, entirely justified, and medically necessary.

3. <u>Disease status and prognosis</u>. Serial imaging studies, enumerated above, have demonstrated resolution of Mr. Schafer's left-sided pelvic lymph node mass and resolution (on PET-CT scan) of the associated hypermetabolic activity. While these findings meet the criteria for achievement of a complete response, it must be noted that the most recent restaging study for which a report is available (the CT scan of the chest, abdomen, and pelvis on March 4, 2019), was obtained only one year after the initiation of R-CHOP chemoimmunotherapy on February 26, 2018, and while Mr. Schafer was still receiving maintenance rituximab infusions. Therefore, long-term follow-up to determine the ultimate outcome of treatment is not yet available.

A number of prognostic factor indices have been developed to estimate the disease-free and overall survival for patients with non-Hodgkin lymphoma (3, 4). The International Prognostic Index, a model developed primarily from data for patients with diffuse large B-cell

lymphoma, has identified age over 60 years, stage III or IV, presence of two or more sites of extralymphatic involvement, elevated LDH, and Eastern Cooperative Oncology Group (ECOG) performance status 2-4 as unfavorable prognostic factors (3, 4). According to such models, Mr. Schafer's lymphoma would be classified as having a favorable prognosis. It is again worth noting that considerable prognostic uncertainty remains, as Mr. Schafer has until now survived for less than three years since the initiation of his treatment on February 26, 2018.

With respect to response and survival data, the prognosis for patients with diffuse large B-cell lymphoma has several dimensions (3, 4). Only about 25% of patients have stage I disease at the time of diagnosis (3). The four-year progression-free survival and four-year overall survival for patients with diffuse large B-cell lymphoma and favorable prognostic factors have been reported to be at least 80% (4). Caution in interpreting such data is warranted, however, as consensus estimates from the published literature of median progression-free and overall survival, ten-year progression-free and overall survival, and cure for patients with diffuse large B-cell lymphoma who are representative of a particular patient are elusive because of non-uniformity in the relevant clinical trials as to patients' stage, other prognostic factors, treatment regimen, and statistical parameters analyzed. Conservatively, the majority of patients with stage I diffuse large B-cell lymphoma and favorable prognostic factors should be alive and disease-free ten years after the initiation of treatment. However, optimism concerning Mr. Schafer's long-term prognosis must be tempered by the elapsed time of only one year between the initiation of his treatment and the most recent restaging study for which a report is available, as noted above. More ominously, the follicular component of Mr. Schafer's composite lymphoma carries a greater risk of relapse than its diffuse large B-cell component, as the clinical course of follicular lymphoma is characterized by repeated relapses, for which the response durations tend to become progressively shorter with successive courses of treatment (3, 4). The potential for relapse is perhaps of greatest concern in the bone marrow, which, as previously discussed, has not been reevaluated in Mr. Schafer's case after the original staging examination.

It is a matter of common sense that a projected median survival in the range of 10 years does not represent a desirable outcome for a patient diagnosed with stage I diffuse large B-cell lymphoma at age 63, as was the case for Mr. Schafer.

4. <u>Complications of Mr. Schafer's lymphoma and its treatment</u>. Both diffuse large B-cell lymphoma and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family. In lieu of a general catalog of such complications, only those specifically experienced by Mr. Schafer, all of which have been discussed above, will be listed.

A complaint of mild abdominal discomfort and a finding of right lower quadrant abdominal tenderness on physical examination on June 3, 2017, during an Emergency Room evaluation for symptomatic atrial fibrillation with a rapid ventricular response one week after colonoscopy, were the presenting manifestations which led to the identification of an enlarged left external iliac lymph node on a CT scan of the abdomen and pelvis on that date and ultimately to the diagnosis of Mr. Schafer's lymphoma in January 2018.

Mr. Schafer required the insertion of a right internal jugular central venous access port on February 20, 2018, in anticipation of intravenous treatment for his lymphoma. Mr. Schafer's medical records provide no indication that the port was ever removed subsequently; in fact, the port has remained in place at least through the date of Mr. Schafer's deposition. Central venous access devices require continuous maintenance. They must be flushed to prevent blood clotting, and the overlying dressing must be changed regularly. Besides local pain with insertion, the insertion and maintenance of a central venous access port or catheter are associated with risks of infection and bleeding as long as the device remains present, particularly in patients with low white blood cell and neutrophil counts or a low platelet count, respectively, whether due to disease or chemotherapy. Conversely, central venous access devices are also susceptible to clotting, which may progress to deep venous thrombosis of an upper extremity. Most important, the risk of infection of a central venous access device should be regarded as elevated in anyone who is immunocompromised, a condition which may be due to lymphoma itself, chemotherapy, or even non-chemotherapeutic treatment for lymphoma.

Complications during the period of time that Mr. Schafer was undergoing R-CHOP chemoimmunotherapy (February 26 until June 15, 2018) included severe neutropenia and leukopenia and moderately severe normocytic anemia and thrombocytopenia, with their attendant risks of infection, bleeding, and requirement for transfusions; at least two episodes of neutropenic fever requiring an Emergency Room visit during the first cycle of treatment and hospitalization in late March 2018 during the second treatment cycle; streptococcal pharyngitis and a pruritic rash in early April 2018; hospitalization for pneumonia in late April 2018 during the third treatment cycle; severe constipation and pain with bowel movements, progressing to an episode of fecal impaction with the associated development of an anal fissure and rectal bleeding in late May 2018; a deep venous thrombosis of the left lower extremity requiring prolonged therapeutic anticoagulation in late June 2018; fatigue; generalized weakness; decreased sense of taste; loss of muscle mass; peripheral neuropathy involving the fingertips; intermittent numbness in the feet; and further episodes of pre-existing paroxysmal atrial fibrillation. As discussed earlier, Mr. Schafer's deposition testimony on November 19, 2019 indicated that R-CHOP chemoimmunotherapy was also complicated by the development of nausea and decreased appetite (247:18-248:8), and that he spent a total of 54 days in the hospital for neutropenic episodes while he was undergoing R-CHOP treatment (247:18-248:13). Mr. Schafer also described the development of "chemo fog," more widely known as "chemo brain," by which he was referring to cognitive impairment, which persisted after the completion of R-CHOP, possibly even to the time of Mr. Schafer's deposition (249:18-250:4).

According to Mr. Schafer's deposition testimony, he developed eczema in association with rituximab administration (254:22-24).

On August 28, 2018, Mr. Schafer reported having experienced frequent night sweats after the completion of the R-CHOP chemoimmunotherapy, as well as a recent recurrence of fever.

Mild elevation of the liver function test known as ALT was first documented on November 26, 2018.

On December 28, 2018, Mr. Schafer required treatment with a topical antibiotic for folliculitis of the neck, manifested by pain, itching, bleeding after shaving, and drainage of pus.

Active and persistent symptoms at the time of Mr. Schafer's deposition included fatigue, generalized weakness, and decreased energy (129:24-130:2, 250:5-17, 254:14-24); eczema associated with ongoing maintenance rituximab administration (254:22-24); anxiety, depression, and stress resulting from uncertainty about the prognosis of his non-Hodgkin lymphoma, psychological symptoms which affect his wife at least as severely (255:4-256:1, 258:14-260:13, 268:5-16); and adverse effects on their marital relationship (258:14-260:13)..

5. <u>Psychological effects</u>. It is another matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications of cancer and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime. As just discussed, Mr. Schafer acknowledged during his deposition testimony the development and ongoing experience of anxiety, depression, and stress resulting from uncertainty about the prognosis of his non-Hodgkin lymphoma, psychological symptoms which affect his wife at least as profoundly, along with associated adverse effects on their marital relationship (255:4-256:1, 258:14-260:13, 268:5-16). Whether the prognosis is good, poor, or somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality--and every new medical encounter related to the cancer--are lifelong sources of fear and anxiety in virtually every person who has had cancer.

6. <u>Exposure</u>. I have reviewed Mr. Schafer's deposition testimony regarding the frequency, duration, and circumstances of his Roundup exposure and his use of personal protective equipment while spraying Roundup.

Mr. Schafer personally applied Roundup from 1984 or 1985 until 2005 or 2006 and again from 2012 until October 2017 to kill weeds at residential properties he owns or owned (135:6-11, 153:12-14, 155:5-13, 188:22-189:4). He typically purchased ready-to-use Roundup for application up to once per month in spring, summer, and fall (156:15-157:16, 164:20-23, 165:6-9, 171:18-172:3, 188:4-10), with each application requiring one and one-half to four hours (174:11-15, 186:6-10, 188:1-3, 194:4-12). Mr. Schafer did not use personal protective equipment when applying Roundup until 2015 or 2016, when he began to wear rubber gloves (174:19-175:5, 183:18-20, 195:22-196:23, 198:3-199:21, 202:6-9, 203:13-204:6).

Mr. Schafer's exposure to Roundup therefore has been inhalational, with no transdermal exposure cited during his deposition. With a total of 25 to 27 years of residential use up to once per month in spring, summer, and fall, it is therefore my opinion that Mr. Schafer's exposure to Roundup has been extensive.

7. <u>Etiology: risk factors for the development of non-Hodgkin lymphomas</u>. Recognized risk factors for the development of non-Hodgkin lymphomas include aging, male gender, white

ethnicity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific types of infection, previous treatment for Hodgkin lymphoma, a rather short list of drugs, occupational and environmental exposures, and a family history of malignancies of the blood or bone marrow. Implicated occupational and environmental exposures include herbicides, organic solvents, other organic chemicals, hair dyes, and smoking (3, 4). It is worth noting that the only individuals for whom smoking has been shown to be a risk factor for the development of follicular non-Hodgkin lymphoma are women, not males (5). Some of the recognized risk factors, such as immunosuppressive drugs, infection with human T-lymphotrophic virus type I, or occupational and environmental exposures, are true causative factors or etiologic agents. Other risk factors, such as advanced age and male gender, are associated with an increased likelihood of developing non-Hodgkin lymphoma but are not directly causative. For example, the increased risk of developing non-Hodgkin lymphoma with advancing age may, at least in some cases, reflect the acquisition and accumulation of predisposing mutations in hematopoietic stem cells or other cells in the bone marrow, or the natural decline in immune system function which accompanies aging.

   8. Lymphoma caused by Roundup. I have reviewed all of the reliance materials provided to me by attorneys who have retained me in Roundup litigation or independently identified by me regarding the reported association between Roundup exposure and the development of non-Hodgkin lymphoma. I am deferring a detailed discussion of general causation regarding the association between Roundup and non-Hodgkin lymphoma to Plaintiffs' present or past general causation experts. I will highlight only those aspects which would be of interest to clinicians, especially medical oncologists and hematologists, caring for patients with non-Hodgkin lymphoma.

   The carcinogenicity of glyphosate, the active herbicidal ingredient in Roundup, has been comprehensively evaluated by the International Agency for Research on Cancer (IARC) (6, 7). In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate is a broad-spectrum herbicide, currently with the highest production volumes of all herbicides. It is used in more than 750 different products for agriculture, forestry, urban, and home applications. Its use has increased sharply with the development of genetically modified glyphosate-resistant crop varieties. Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating absorption." At that time, IARC classified glyphosate as "probably carcinogenic to humans"--a Group 2A carcinogen, according to the IARC classification. The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate. "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the-evidence analyses of known or suspected carcinogens.

   In 2019, Zhang et al. published an independent analysis of the risk of developing non-Hodgkin lymphoma in individuals exposed to glyphosate-based herbicides (8). The analysis included a meta-analysis of the available human epidemiologic data as well as an evaluation of

available animal and mechanistic studies. The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing non-Hodgkin lymphoma for individuals with high cumulative exposures to glyphosate-based herbicides. The magnitude of this increase is closely comparable to that reported for the development of non-Hodgkin lymphoma in individuals with high serum levels of polychlorinated biphenyls (PCBs) (9), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group I (strongest evidence) human carcinogen (10, 11). Similar to IARC, Zhang *et al*. (8) concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

Some of the studies which have investigated the association between glyphosate exposure and the development of non-Hodgkin lymphoma have also searched for more specific associations between glyphosate exposure and various histologic subtypes of non-Hodgkin lymphoma. The two such studies which included the largest numbers of patients with diffuse large B-cell lymphoma have in fact identified a statistically significant association between glyphosate exposure and diffuse large B-cell lymphoma, the specific non-Hodgkin lymphoma subtype in Mr. Schafer's case (12, 13). Parenthetically, less common non-Hodgkin lymphoma subtypes may not occur with sufficient frequency to permit detection of a statistically significant association with glyphosate exposure even if such an association exists.

9. <u>Differential etiology: other risk factors</u>. It has often been said that most cases of non-Hodgkin lymphoma are idiopathic--that is, the cause is unknown (3). However, diseases don't just happen. Every disease has one or more causes, even if not yet discovered by scientific research. This applies to the causes of disease in individuals as well as populations. Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Mr. Schafer is, of course, a male, and he was 63 years old at the time of diagnosis of his non-Hodgkin lymphoma. His medical records indicate white ethnicity. Other than Roundup exposure and limited exposure to fumes from aviation fuel during service as a U.S. Army helicopter mechanic between 1974 and 1977, no risk factors for the development of lymphoma, such as predisposing medical conditions (including immunodeficiency states, autoimmune disorders, and specific infections), a family history of malignancies of the blood or bone marrow, or other candidate carcinogenic exposures, are identified in Mr. Schafer's medical records or deposition testimony.

Mr. Schafer's deposition testimony indicates that his pertinent environmental exposures are limited to Roundup and limited exposure to fumes from aviation fuel during service as a U.S. Army helicopter mechanic between 1974 and 1977 (111:20-112:4, 112:23-113:6, 115:7-116:20).

Concerning other possible chemical exposures predisposing to the development of non-Hodgkin lymphoma, Mr. Schafer was questioned at length during his deposition about his intensive exposure to coal and coal-burning fumes during his service as a seaman coal passer in the U.S. Merchant Marine in 1973 and 1974, at which time his responsibility was shoveling coal (101:15-105:1, 242:19-24). Fumes from burning coal are known to contain at least three types of

carcinogens--benzene, formaldehyde, and polycyclic aromatic hydrocarbons--although the malignancy associated with exposure to coal-burning fumes is lung cancer, not lymphoma (National Cancer Institute: Indoor emissions from the household combustion of coal. https://www.cancer.gov/about-cancer/causes-prevention/risk/substances.  Accessed December 31, 2020.).

According to Mr. Schafer's deposition testimony, his tobacco use history is negligible, limited to an occasional cigar (110:20-111:14, 230:10-232:17).

During his deposition, Mr. Schafer stated that he has applied Ortho and Crossbow weedkillers one time each (207:20-208:17, 209:13-16).  While there is some evidence implicating the active ingredients in the Ortho weedkiller (2,4-dichlorophenoxyacetic acid or 2,4-D, mecoprop, and dicamba) and the 2,4-D in the Crossbow weedkiller in the causation of lymphoma (14), other studies have failed to confirm these reported associations (12, 15).  Of note, all three of these studies were among those that found statistically significant associations between glyphosate exposure and the development of diffuse large B-cell lymphoma and/or non-Hodgkin lymphomas in general (12, 14, 15).

During his deposition, Mr. Schafer was questioned extensively about a possible diagnosis of mycosis fungoides during the late 1990s, immediately after his head injury (212:15-221:6, 222:11-224:20).  As discussed previously, at the time of his admission to Antelope Valley Hospital in Lancaster, California through the Emergency Room on June 3, 2017 with a symptomatic recurrence of atrial fibrillation with a rapid ventricular response, Mr. Schafer related a history of mycosis fungoides in approximately 1997, with no details of diagnosis or treatment reported.  Subsequently, at the time of his referral to Dr. Frank on January 18, 2018 for evaluation and management of newly diagnosed diffuse large B-cell lymphoma, Mr. Schafer stated that a skin biopsy for suspected mycosis fungoides in approximately 1998 had been inconclusive.  During his deposition, Mr. Schafer indicated that two skin biopsies were actually performed after his head injury, without establishing a diagnosis of mycosis fungoides (214:4-15).  Regardless of Mr. Schafer's recollection of the clinical details of his evaluation for suspected mycosis fungoides, it is clear that no such diagnosis has been established during the ensuing period of more than twenty years, nor has treatment for mycosis fungoides ever been administered.  In this context, it is important to note that mycosis fungoides, which is one of the cutaneous T-cell lymphomas, is in fact a T-cell lymphoma arising in the T-lymphocytes of the immune system, while diffuse large B-cell lymphoma, which is Mr. Schafer's diagnosis, is of course a B-cell lymphoma arising in the B-lymphocytes (2-4).  Further, while histologic transformation from a low-grade B-cell lymphoma such as follicular lymphoma to diffuse large B-cell lymphoma is well-documented, as discussed previously, a T-cell lymphoma cannot transform into a B-cell lymphoma, nor can a B-cell lymphoma transform into a T-cell lymphoma.  Finally, Mr. Schafer was asked during his deposition whether he was familiar with the term *Borrelia burgdorferi* bacteria (221:2-6).  Infection with *B. burgdorferi*, which is known to cause Lyme disease, is associated with marginal zone B-cell lymphoma of the skin, but not with diffuse large B-cell lymphoma, nor with any T-cell lymphoma (3).

Mr. Schafer's deposition testimony refers to a history of hypothyroidism and Hashimoto's

thyroiditis (10:19-12:1, 224:24-225:16, 228:1-3 ), while his medical records, as previously noted, refer to a history of hypothyroidism.  Hashimoto's thyroiditis is an autoimmune disorder which manifests primarily as hypothyroidism, as in Mr. Schafer's case, but is also associated with an increased risk of non-Hodgkin lymphoma, although the associated lymphomas are confined to the thyroid (3).

Obesity may be another risk factor for the development of diffuse large B-cell lymphoma, with obesity defined as a body mass index (BMI) of at least 30 kg/sq m (16).  Alternatively, a large multicenter analysis in the U.S. of risk factors for the development of non-Hodgkin lymphoma and its subtypes identified 35 kg/sq m as the threshold for an association with the development of diffuse large B-cell lymphoma (17).  IARC, which uses the term "excess body fatness" to encompass overweight and obesity, has concluded that there is limited evidence for an association with the development of diffuse large B-cell lymphoma (18).  Most of Mr. Schafer's BMI calculations during the period for which medical records are available prior to the diagnosis of his diffuse large B-cell lymphoma were between 28 and 30.  However, there were two occasions on which Mr. Schafer's BMI was slightly over 30.  On December 20, 2017, the BMI recorded was 30.81, while his BMI was 30.24 on January 12, 2018.  The caveat here is that the International Lymphoma Epidemiology Consortium (InterLymph) analysis of risk factors for the development of non-Hodgkin lymphoma and its subtypes found that BMI as a young adult (ages 18 to 30), rather than "usual BMI," which would include BMI at the time the lymphoma was diagnosed, was a statistically significant risk factor for the development of diffuse large B-cell lymphoma and non-Hodgkin lymphomas overall (19-21).  BMI determinations from when Mr. Schafer was a young adult have not been available.

Mr. Schafer was treated with the anticonvulsant phenytoin from the time of the major motor seizure associated with his head injury during the late 1990s until mid-2018, when levetiracetam was substituted for phenytoin because of its lower potential for interactions with other drugs, specifically the anticoagulant rivaroxaban.  Despite previous controversy, there remains no evidence that phenytoin causes lymphoma.

Although not a risk factor for the development of lymphoma, Mr. Schafer was also questioned extensively during his deposition about the six-month delay, from June until December 2017, between the detection of the left-sided pelvic lymph node mass and his pursuit of medical care for further diagnostic evaluation, with the clear implication that the delay affected or could have affected the outcome of his lymphoma treatment (233:23-238:22, 253:10-254:7).  Mr. Schafer attributed the delay to his relocation from California to Illinois (236:22-237:9, 237:10-238:18).  The relevant observations here are that, despite interval enlargement of the left-sided pelvic lymph node mass, his lymphoma was still stage I at the time of diagnosis, and that Mr. Schafer was rendered clinically disease-free by R-CHOP chemoimmunotherapy and maintenance rituximab immunotherapy.

10.  <u>Conclusion</u>.  Mr. Schafer is now 66 years old.  He was diagnosed between December 22, 2017 and February 2, 2018 with stage I diffuse large B-cell lymphoma with a germinal center immunophenotype arising from transformation of a grade IIIA follicular lymphoma.  Mr. Schafer was initially treated for the lymphoma with six cycles of R-CHOP chemoimmunotherapy

consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, at intervals of three weeks from February 26 until June 15, 2018. Based on radiographic criteria, this treatment produced a complete response.

In an effort to prevent or delay recurrence of the lymphoma after the achievement of a complete response to the R-CHOP chemoimmunotherapy, Mr. Schafer was recommended to receive eight intravenous infusions of maintenance rituximab immunotherapy at intervals of three months for two years, beginning on August 6, 2018. Documentation has been provided for rituximab infusions administered on August 6, October 1, and November 26, 2018 and January 21, 2019. Documentation of rituximab infusions administered thereafter has been unavailable, as the most recent medical records available for Mr. Schafer are dated March 4, 2019.

Mr. Schafer has experienced a number of complications of his lymphoma and its treatment, among which the repeated neutropenic episodes and associated fevers and infections were severe and even life-threatening. The deep venous thrombosis of the left lower extremity, which occurred as Mr. Schafer was recovering from the sixth and final cycle of R-CHOP chemoimmunotherapy and required prolonged therapeutic anticoagulation, also constitutes a dangerous and potentially life-threatening complication. Mr. Schafer remains at risk for recurrence of his lymphoma, which would require additional treatment if he is medically able to tolerate it. Recurrence of the lymphoma would be expected to compromise his survival. Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are near-universal experiences in patients who have been treated for cancer. Mr. Schafer has reported extensive exposure to Roundup, which has been implicated in the causation of non-Hodgkin lymphoma on the basis of human epidemiologic data and animal and mechanistic studies.

It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup was a substantial factor in causing or contributing to cause Mr. Schafer's non-Hodgkin lymphoma.

All of these opinions are expressed to a reasonable degree of scientific and medical certainty. Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should new information become available to me about Mr. Schafer's case.

Thank you for allowing me the opportunity to review this interesting case. Please let me know if I may be of further assistance.

Sincerely,

Ron D. Schiff, M.D., Ph.D.

REFERENCES:

1. Hill, A.B., 1965.  The environment and disease: association or causation?  Proc Royal Soc Med 58:295-300.

2. Swerdlow, S.H., E. Campo, N.L. Harris, *et al*., 2017.  *WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues*.  International Agency for Research on Cancer, Lyon, France.

3. Bierman, P.J. and J.O. Armitage, 2020.  Non-Hodgkin lymphomas.  In Goldman, L. and A.I. Schafer, 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders, Philadelphia, pp 1229-40.

4. Evens, A.M., J. N. Winter, L.I. Gordon, *et al*., 2010.  Non-Hodgkin lymphoma.  In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010.  *Cancer Management*: *A Multidisciplinary Approach*, 13th edition.  UBM Medica, London, pp 739-94.

5. Linet, M.S., C.M. Vajdic, L.M. Morton, *et al*., 2014.  Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph non-Hodgkin lymphoma subtypes project.  J Natl Cancer Inst Monogr 48:26-40.

6. Guyton, K.Z., D. Loomis, Y. Grosse, *et al*., 2015.  Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate.  Lancet Oncology 16:490-1.

7. International Agency for Research on Cancer, 2015.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112. Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate*.  IARC Working Group, Lyon, France.

8. Zhang, L., I. Rana, R.M. Shaffer, *et al*., 2019.  Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.  Mutat Res/Rev Mutat Res 781:186-206.

9. Freeman, M.D. and S.S. Kohles, 2012.  Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation.  J Environ Public Health 2012, Volume 2012,Article ID 258981, 15 pages, doi:10.1155/2012/258981.

10. Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al*., 2013.  Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls.  Lancet Oncology 14:287-8.

11. International Agency for Research on Cancer, 2016.  *IARC Monogr Eval Carcinog Risk*

*Chem Hum Volume 107. Polychlorinated biphenyls and polybrominated biphenyls.* IARC Working Group, Lyon, France.

12. Leon, M.E., L.H. Schinasi, P. Lebailly, *et al.*, 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol 0:1-17 (doi: 10.1093/ije/dyz017).

13. Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, *et al.*, 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health doi:10.5271/sjweh.3830.

14. McDuffie, H.H., P. Pahwa, J.R. McLaughlin, *et al.*, 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 10:1155-63.

15. De Roos, A.J., S.H. Zahm, K.P. Cantor *et al.*, 2003. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 60:e11(http://www.occenvmed.com/cgi/content/full/60/9/e11).

16. Patel, A.V., W.R. Diver, L.R. Teras, *et al.*, 2013. Body mass index, height and risk of lymphoid neoplasms in a large United States cohort. Leuk Lymphoma 54:1221-7.

17. Morton, L.M., S.S. Wang, W. Cozen, *et al.*, 2008. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes. Blood 112:5150-60.

18. Lauby-Secretan, B., C. Scoccianti, D. Loomis, *et al.*, 2016. Body fatness and cancer--viewpoint of the IARC Working Group. N Engl J Med 375:794-8.

19. Morton, L.M., J.N. Sampson, J.R. Cerhan, *et al.*, 2014. Rationale and design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:1-14.

20. Morton, L.M., S.L. Slager, J.R. Cerhan, *et al.*, 2014. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:130-44.

21. Cerhan, J.R., A. Kricker, O. Paltiel, *et al.*, 2014. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:15-25.