# EXHIBIT 21

Randall Dean Seidl

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3     _____

                                      )  MDL No. 2741

 4     IN RE:  ROUNDUP PRODUCTS      )

       LIABILITY LITIGATION          )  Case No. MDL

 5     _____  No. 3:16-md-02741-VC

       This document relates to:

 6

       Randall Dean Seidl v.

 7     Monsanto Co.

       Case No. 3:17-cv-00519

 8

 9

10

11       VIDEOTAPED DEPOSITION OF RANDALL DEAN SEIDL

12            Wednesday, December 11, 2019

13             Charlotte, North Carolina

14                   8:53 a.m.

15

16

17

18

19

20

21    Reported by:  Karen Kidwell, RMR, CRR,

22

23

24            GOLKOW LITIGATION SERVICES

          877.370.3377 ph | 917.591.5672 fax

25               deps@golkow.com
```

```
 1          VIDEOTAPED DEPOSITION of RANDALL DEAN SEIDL, a
 2   witness in the above-entitled action, taken pursuant
 3   to notice, pursuant to the Federal Rules of Civil
 4   Procedures before KAREN K. KIDWELL, RMR, CRR, a
 5   Certified Shorthand Reporter, at Hampton Inn & Suites
 6   Charlotte-Airport, 2731 Little Rock Road, Charlotte,
 7   North Carolina, the 11th day of December, 2019, at
 8   8:53 a.m.
 9
10
11   APPEARANCES:
12   On Behalf of the Plaintiffs:
13          BEASLEY, ALLEN, CROW, METHVIN, PORTIS
                & MILES, PC
14          BY:  JOHN E. TOMLINSON, ESQ.
                  MICHAEL L. DUNPHY, ESQ.
15          218 Commerce Street
            Montgomery, AL  36103
16          334.495.1380
            john.tomlinson@beasleyallen.com
17          michael.dunphy@beasleyallen.com
18   On Behalf of the Defendant:
19          SHOOK, HARDY & BACON L.L.P.
            BY:  HOLLY PAULING SMITH, ESQ.
20          2555 Grand Boulevard
            Kansas City, MO  64108
21          816.474.6550
            hpsmith@shb.com
22
23   Also Present:
24   Laurinda Kay Seidl
25   Len Harris, Videographer
```

Randall Dean Seidl

```
 1              WEDNESDAY, DECEMBER 11, 2019

 2               CHARLOTTE, NORTH CAROLINA

 3                P R O C E E D I N G S

 4                        -oOo-

 5          VIDEOGRAPHER:  We are now on the record.

 6     My name is Len Harris.  I'm a videographer for

 7     Golkow Litigation Services.  Today's date is

 8     December 11th, 2019.  Time is approximately

 9     8:53 a.m.

10          This video deposition is being held in

11     Charlotte, North Carolina, in regards to Roundup

12     Products Liability Litigation, MDL Number 2741,

13     MDL Number 3:16-md-02741, Randall Dean Seidl

14     versus Monsanto Corporation, Case

15     Number 3:17-cv-00519, in the United States

16     District Court, Northern District of California.

17          The deponent is Randall Seidl.

18          Will counsel please identify themselves?

19          MR. TOMLINSON:  Go ahead.

20          MS. SMITH:  Holly Smith on behalf of

21     Defendant Monsanto.

22          MR. TOMLINSON:  John Tomlinson on behalf

23     of the Plaintiff.

24          MR. DUNPHY:  Michael Dunphy on behalf of

25     the Plaintiff.
```

Randall Dean Seidl

```
 1              VIDEOGRAPHER:  The court reporter is Karen

 2        Kidwell, and will now swear in the witness.

 3                    RANDALL DEAN SEIDL

 4    being first duly sworn, testified as follows:

 5                    EXAMINATION

 6    BY MS. SMITH:

 7        Q.   Good morning, Mr. Seidl.

 8        A.   Good morning.

 9        Q.   How are you feeling today?

10        A.   Good.

11        Q.   All right.  If you could please state your

12    full name and your current address for the record.

13        A.   Randall Dean Seidl.  ███████████████

14    ████████████████████████████████████

15        Q.   Okay.  And how long have you lived at that

16    address?

17        A.   Approximately -- gaw, I've got to think

18    about it.  About eight and a half years.  Almost nine

19    years.

20        Q.   Have you ever lived at any other addresses

21    in Charlotte?

22        A.   Temporarily, in an apartment.  I don't

23    even remember what that address is.  We lived there

24    for a while, while we were waiting for -- to get into

25    the house, yes.
```

Randall Dean Seidl

1  I'd wear the gloves, and I would -- then I could lift

2  those rocks up and I could spray, or I'd have to lift

3  them and move them to spray underneath, and -- and

4  then would move the rock back.

5           But outside of that, clothingwise, no.

6      Q.   And the gloves, did you ever wear them

7  while you were mixing the product, or only --

8      A.   No.

9      Q.   -- when you were applying it sometimes?

10     A.   And the -- the applying was -- yeah.  It

11  was very infrequent when I wore gloves.  Normally it

12  was just barehanded.

13     Q.   Ever wear goggles or anything?

14     A.   I wore safety glasses, but it wasn't for

15  protection of -- from Roundup.  That was just

16  something that I do, that I wear safety glasses when

17  I'm out there.  Because a lot of trees, a lot of

18  limbs, that kind of thing.  Just don't want something

19  hitting my eye so . . .

20     Q.   And is that the whole time you're out

21  there doing your yard work --

22     A.   Yeah, pretty much, yeah.  And they were

23  glasses kind of like this (Indicating).  They weren't

24  like goggles.  They were open-air glasses.

25     Q.   Okay.  And did you wear those as well in

Randall Dean Seidl

1    North Carolina?

2          A.    No, not as -- not as much, no.

3          Q.    The gloves that you described, were they

4    cloth or leather?

5          A.    Cloth.

6          Q.    Did you ever wash those, or were they just

7    something that were left out in the garage?

8          A.    Left in the garage.

9          Q.    Anybody besides yourself mix the Roundup

10   for you?

11         A.    No.

12         Q.    Did you ever use Roundup Gel?

13         A.    Never heard of it.

14         Q.    Ever use a backpack sprayer to apply --

15         A.    No.

16         Q.    Ever use a large tank, like an industrial

17   size?

18         A.    No.

19         Q.    And the pictures that you provided were

20   Internet copies.  Do you have any -- I just want to

21   confirm that you don't have any photos of the actual

22   products that -- well, I take that back.  You

23   produced --

24         A.    That's correct.  That one (Indicating).

25         Q.    The first one on Exhibit 3 --

Randall Dean Seidl

1     A.   But the other --

2     Q.   -- is your owner personal --

3     A.   Correct.

4     Q.   -- bottle that you still have --

5     A.   Yes.

6     Q.   And are maintaining, correct?

7     A.   Yes.

8     Q.   Do you have -- but besides that picture

9  and that particular bottle, do you have any other

10 pictures or bottles of any other products that you

11 personally used?

12    A.   No.

13    Q.   Do you have an estimate of how much you

14 paid to purchase Roundup over the years?

15    A.   No.

16    Q.   The pump sprayer that you used in Texas --

17    A.   Uh-huh.

18    Q.   -- did you ever clean that between usings?

19    A.   No.

20    Q.   Sounds like you -- your use of Roundup was

21 always on residential property; is that correct?

22    A.   Correct.

23         MS. SMITH:  Mark this as Exhibit 6.

24    (Exhibit 6 was marked for identification.)

25

Randall Dean Seidl

```
1    BY MS. SMITH:

2         Q.    Handing you Exhibit 6.  I just want to

3    confirm that this is the same receipt that is part of

4    Exhibit 3 as well.  Looks like the same date.

5         A.    I'm looking here.  Sorry.  Yes.

6         Q.    And this one is Bates-stamped

7    Seidl-RSeidl-PPR-00001.

8         (Exhibit 7 was marked for identification.)

9    BY MS. SMITH:

10        Q.    I'm handing you what's marked Exhibit 7.

11        A.    Uh-huh.

12        Q.    Is this your current address, at

13    ███████████████████████████████

14        A.    It is, yes.

15        Q.    Okay.  And if you look at this, these are

16   just images that I pulled from Google maps.  These

17   are dated March of 2019.  And I believe I have a

18   front view, a side view, and a back view of your

19   house.  That's correct?

20        A.    Hang on -- yes.

21        Q.    Actually two side views and a back view.

22   Correct?

23        A.    Uh-huh.  Yes.

24        Q.    Let me ask you to use a pen --

25        A.    Uh-huh.
```

Randall Dean Seidl

1       Q.   -- and do, you know, similar, kind of mark

2   with Xs or dash lines where you use Roundup on this

3   property.

4       A.   It's -- it's hard to see if it -- if it

5   was an aerial --

6       Q.   Yeah, I don't have an aerial.

7       A.   So -- yeah, understood.  So I'm going to

8   kind of draw it here.

9       Q.   Okay.

10      A.   (Drawing)  There are steps coming down.

11  You can't see them, but they're --

12      Q.   Where is the house in this picture?

13      A.   Oh, the house is -- (Drawing).

14           Oh, yeah, this is the house.  As I come

15  out -- nah, close enough.  So here's the house

16  (Indicating).  You come out the back door, you go

17  down the steps, and you're into the back courtyard,

18  which is back here.

19      Q.   Okay.

20      A.   And this is where I used it.

21      Q.   Okay.  So --

22      A.   On these bricks.

23      Q.   Within your fence line?

24      A.   Correct.

25      Q.   Did you ever use it -- this picture also

Randall Dean Seidl

1        A.   When I had a -- for non-Hodgkin's lymphoma

2   diagnosis, they took a lump out of my neck.

3        Q.   Any other surgeries, like getting your

4   tonsils out, or anything like that?

5        A.   Oh, yeah, I did.  I was -- yes, three

6   years old.

7        Q.   Any memory of that, since you were three?

8        A.   Coming home and not -- and my throat

9   hurting.

10            MR. TOMLINSON:  You got some ice cream, I

11       hope.

12            THE WITNESS:  I think I did.

13   BY MS. SMITH:

14       Q.   Do you know if it was just your tonsils,

15   or if it was your tonsils and adenoids?

16       A.   I don't remember.

17       Q.   And then the other surgical procedure was

18   in connection with your cancer, correct?

19       A.   Correct.

20       Q.   Any serious medical conditions that I

21   haven't listed that you experience or have

22   experienced?

23       A.   No.

24            Oh, I -- I'm sorry.  I'm on medication for

25   high blood pressure.

Randall Dean Seidl

```
 1          Q.    How long have you been on medication for
 2    your blood pressure?
 3          A.    20 years, probably.
 4          Q.    And what medications do you take for that?
 5          A.    The regular term is Micardis,
 6    40 milligram, but there's a generic that I'm on.
 7    It's tetra something or other.  I'd have to -- I'd
 8    have to look at that.
 9          Q.    Was there a period prior to going on
10    medication for your high blood pressure where you
11    were trying to address the issue without medication?
12          A.    Yes.
13          Q.    How long did you go before -- between
14    being told that you had high blood pressure and going
15    on medication for it?  What was that period of time?
16          A.    I think it was about four months.
17          Q.    Any other serious medical conditions?
18          A.    No.
19          Q.    Any other medical conditions that you take
20    routine medication for?
21          A.    No.
22          Q.    Has your blood pressure stayed pretty
23    consistent or --
24          A.    Yes.
25          Q.    -- has it -- okay.  During that full
```

Randall Dean Seidl

```
 1   20-year period?

 2        A.   Yeah.

 3        Q.   Earlier we talked about your athletic

 4   activities --

 5        A.   Uh-huh.

 6        Q.   -- both before and after having cancer.

 7   When did you first start running?

 8        A.   Ran my first marathon at age 20.

 9        Q.   And even as a kid, were you a pretty

10   athletic kid?

11        A.   Yes.

12        Q.   What type of non-Hodgkin's lymphoma were

13   you diagnosed with?

14        A.   Follicular Grade 3, Stage IV.

15        Q.   And do you have an understanding of

16   whether it was large cell or small cell?

17        A.   I don't, no.

18        Q.   Do you know if it was a T-cell or B-cell?

19        A.   I don't know that.  Alls I know is that --

20   what I said.  That's what they told me, "That's what

21   you got, and here's the treatment."

22        Q.   Have you ever had any bacterial-type

23   infections that you've needed to be treated for?

24        A.   Not that I know of, no.

25        Q.   Do you recall where you had your tonsils
```

Randall Dean Seidl

1    removed?

2         A.    I believe it was Wesley Hospital, Wichita,

3    Kansas.

4         Q.    Do you recall like who your pediatrician

5    was?

6         A.    Oh, no.

7         Q.    Okay.  Again, focusing before your

8    non-Hodgkin's lymphoma diagnosis, I want to ask about

9    particular doctors that you have seen over the course

10   of your life.  And I don't know if it's easier for

11   you to start far back --

12        A.    Uh-huh.

13        Q.    -- and work toward the present, or if it's

14   easier for you to start at the present and work back.

15   Do you have a preference?

16        A.    Present and work back because I -- I'll be

17   honest with you.  There's going to be gaps.

18        Q.    Okay.

19        A.    Yeah.

20        Q.    Let's start with a primary care physician.

21        A.    Yeah.  Keith Anderson.

22        Q.    And he's here in North Carolina?

23        A.    Yes, he is.

24        Q.    And when did you first start seeing him?

25        A.    Probably 2011.

Randall Dean Seidl

1      Q.   And he's -- is he still your --

2      A.   Yes.

3      Q.   -- primary care physician?

4      A.   Uh-huh.

5      Q.   Did you have a primary care physician here

6  in North Carolina prior to him?

7      A.   No.

8      Q.   And in San Antonio, who was -- that your

9  most recent --

10      A.   I'm going to be honest.  I do not remember

11  the man's name.  I do not.  I'm -- I don't have

12  any -- I look for that type of thing.  I cannot

13  remember the guy's name.

14      Q.   Do you recall where you would go see him?

15      A.   At his office.

16      Q.   You don't know where his office was?

17      A.   It was on Highway 281, kind of north.  I

18  don't remember the -- if there was an address.  I

19  could drive you there, but I -- yeah.  I do not

20  remember the man's name.

21      Q.   Do you recall if it was in a medical

22  building --

23      A.   No.

24      Q.   -- of any type?

25      A.   No.  Believe it or not, it was in a -- it

Randall Dean Seidl

```
 1          A.   Yes.  For the what treatment?  I'm sorry.

 2          Q.   For some of the early diagnosis, like --

 3          A.   Diagnosis.

 4          Q.   -- the MRI, and --

 5          A.   Yes, yes.

 6          Q.   And is this Dr. Anderson that you were

 7   seeing at this point initially?

 8          A.   Yes.

 9          Q.   And then at what point did he involve

10   other doctors?

11          A.   When I went to have the needle biopsy.

12          Q.   And do you recall what month that would

13   have been?

14          A.   That was I think October 2014.

15          Q.   And would that have been Dr. Friend?

16          A.   No.

17          Q.   No?  Dr. Frenette?

18          A.   No.  They're --

19          Q.   Anderson?

20          A.   They're the oncologist.

21          Q.   Pederson?

22          A.   What was the -- surgeon.  Pederson, the

23   surgeon.

24          Q.   So the first doctor you saw was Anderson.

25   The second, Dr. Pederson.  Is that accurate?
```

Randall Dean Seidl

```
1         A.    He -- he's the -- yes.

2         Q.    And then after that point -- and then --

3         A.    Frenette.  Then I went to Frenette.

4         Q.    Then you went to Frenette?

5         A.    Yeah.

6         Q.    And then at some point it changed from

7    Frenette to Friend, correct?

8         A.    Yes.

9         Q.    Why did it switch from Frenette to Friend?

10        A.    He retired from practice and became a -- I

11   guess a teaching doctor.  She took over his practice.

12        Q.    And when you first felt the lump when you

13   were shaving, was it painful?

14        A.    No.

15        Q.    Did it at any point become painful?

16        A.    No.

17        Q.    And how about the other two lumps, were

18   they ever painful?

19        A.    The one in the back of my neck was.  A

20   little bit more sore to the touch.  I don't know if

21   it was sitting on a nerve or something, but a little

22   bit sore to the touch.  But the other two were not.

23        Q.    And was that the third one to appear?

24        A.    Yes.

25        Q.    And how large did it get?
```

Randall Dean Seidl

```
1          A.    Pea-sized.

2          Q.    And how about the middle one, the second

3    lump, how big was it?

4          A.    It was probably getting close to that

5    ping pong size, I think.  That's the one they took

6    out, so they could probably -- it's probably in the

7    records how big it was.

8          Q.    And the -- the first one, the larger one,

9    they never took out?

10         A.    Right.

11         Q.    They treated that with chemotherapy?

12         A.    Correct.

13         Q.    And do you recall when you were formally

14   diagnosed with non-Hodgkin's lymphoma?

15         A.    I think it was first part of November we

16   got the report back from Dr. Pederson that the --

17   they had done the pathology on it, and that's what it

18   came back as.

19         Q.    And at that point, had you missed any work

20   related to having these doctors' visits?

21         A.    Other than -- oh, yeah, I mean, any time I

22   go to a doctor, I'm missing work.

23         Q.    So were you taking vacation days at this

24   point already?

25         A.    Or just taking time off.  Not necessarily
```

Randall Dean Seidl

```
 1    a vacation day, but . . .

 2         Q.   Were you able to take some time off --

 3         A.   Yes.

 4         Q.   -- without having it affect your paycheck?

 5         A.   Yes.

 6         Q.   And earlier you mentioned that you were

 7    diagnosed with follicular lymphoma, Grade 3,

 8    Stage IV?

 9         A.   Yes.

10         Q.   And what was your -- or is your

11    understanding of what "Grade 3" means?

12         A.   I don't know.  I -- I know what Stage IV

13    is, but --

14         Q.   And what is your understanding of

15    Stage IV?

16         A.   That it -- above and below the diaphragm,

17    and tied in to an organ.

18         Q.   And what organ was yours tied in to?

19         A.   I don't remember.

20         Q.   And we've talked about above diaphragm,

21    three --

22         A.   Uh-huh.

23         Q.   -- nodules or lumps?

24         A.   Yeah.

25         Q.   Below the diaphragm, do you know where it
```

Randall Dean Seidl

```
1    was located?

2           A.    I think it was kind of everywhere.  Yeah.

3           Q.    Just throughout your lymphatic system?

4           A.    Yes.  According to him, it -- it lit up --

5    when you had a PET scan, it lit up red.

6           Q.    You mentioned earlier that one of your

7    daughters had gone to one your chemotherapy

8    appointments --

9           A.    Uh-huh.

10          Q.    -- with you, correct?

11          A.    Uh-huh.

12          Q.    In terms of your other cancer-related

13   appointments, whether before or after or during

14   chemo --

15          A.    Uh-huh.

16          Q.    Did anybody else attend those with you?

17          A.    My wife did.

18          Q.    Okay.  And how often, or how many of those

19   did she attend with you?

20          A.    She attended the meeting with the surgeon,

21   as to when we got the -- did the needle biopsy.  And

22   then when we got the readout for the -- the actual

23   where he took it out.  Attended that one.  And then

24   attended the initial meetings with the oncologists

25   regarding treatment and that type of thing.
```

Randall Dean Seidl

1        just need a little time.

2              MR. TOMLINSON:  All right.

3              VIDEOGRAPHER:  The time is 2:38 p.m.

4        We're off the record.

5              (A recess transpired from 2:38 p.m. until

6              2:44 p.m.)

7              VIDEOGRAPHER:  We are back on the record.

8        The time is 2:44 p.m.

9              MS. SMITH:  Thank you for entertaining

10       that break.  I actually have no more questions

11       for you.  Thank you for your time today.

12             THE WITNESS:  Okay.

13             MR. TOMLINSON:  And I have no questions,

14       either.  Thank you.

15             THE WITNESS:  Okay.

16             VIDEOGRAPHER:  This concludes the video

17       deposition of Randall Seidl.  The time is

18       2:44 p.m.  We are off the record.

19             (The deposition was concluded

20              at 2:44 p.m.)

21             (Signature reserved.)

22

23

24

25

Randall Dean Seidl

1    STATE OF NORTH CAROLINA

     COUNTY OF MECKLENBURG

2

3            I, Karen K. Kidwell, RMR, CRR, in and for

4    the State of North Carolina, do hereby certify that

5    there came before me on the date listed the person

6    hereinbefore named, who was by me duly sworn to

7    testify to the truth and nothing but the truth of

8    their knowledge concerning the matters in

9    controversy in this cause; that the witness was

10   thereupon examined under oath, the examination

11   reduced to typewriting under my direction, and the

12   deposition is a true record of the testimony given

13   by the witness.

14           I further certify that I am neither

15   attorney or counsel for, nor related to or employed

16   by, any attorney or counsel employed by the parties

17   hereto or financially interested in the action.

18

19

20                          *Karen K. Kidwell*

21                   _____

                     Karen K. Kidwell, RMR, CRR

22                   Notary Public #19971050142

23

24

25