**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

*Attorneys for Defendant*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC | **MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT 1 FILED IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER** |
| *Karman v. Monsanto Co.*, 3:19-cv-01183-VC | |
| *Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC | |
| *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC | |
| *Schafer v. Monsanto Co.*, 3:19-cv-02169-VC | |
| *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | |

Pursuant to Local Rule 79-5 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 at ¶ 18 (ECF No. 519), Defendant Monsanto Company ("Monsanto") hereby submits this Administrative Motion to File under Seal ("Motion").

## INTRODUCTION

In connection with its Motion to Exclude Testimony of Dr. William Sawyer, Monsanto filed a version of Exhibit 1 that redacted discrete portions of the exhibit. The proposed redactions relate to confidential information based on European privacy law, specifically limited to protect the identities of individuals who on information and belief are from the European Union.

Therefore, pursuant to Local Rule 79-5(d), Monsanto seeks to file under seal discrete portions of Dr. William Sawyer's expert report that contain the personal identifying information of European individuals. There are compelling reasons for the Court to redact this information. *See Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.,* 307 F. 3d 1206, 1211 (9th Cir. 2002) ("The law . . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials for many types of information").

First, none of the very limited information Monsanto seeks to file under seal is relevant to the substantive motion to which the exhibit relates, and Monsanto does not rely on any of the redacted information in its arguments. Second, as described herein, Monsanto's proposed redactions are narrowly tailored to comply with European privacy law. This Court has previously permitted the redaction of identifying information of European individuals in this litigation. *See* ECF No. 3085.

In support of its request, Monsanto submits herewith the declaration of K. Lee Marshall, which identifies the selected portions of the exhibit that Monsanto seeks to file under seal. Monsanto also submits a redacted version of the exhibit at issue, an un-redacted version of the exhibit with the proposed redactions marked, and a proposed order.

## COMPELLING REASONS EXIST TO PERMIT REDACTION OF THE PERSONAL IDENTIFYING INFORMATION OF EUROPEAN INDIVIDUALS.

Where a document discloses the names or other identifying information of individuals whom are believed to be European, Monsanto has a duty to protect such information under European and Belgian data privacy law. *See* Marshall Decl. ¶ 4; Dehareng Decl. (Ex. A to Marshall Decl.). As co-

lead Plaintiffs' counsel in this MDL previously agreed, "European law provides heightened protection for privacy rights and personal data" and thus, "[s]hould a future need arise, European citizens' names and personal information will be subject to redaction, as proposed by Monsanto." *See* Jt. Ltr. Br., ECF No. 237, at 5.

Because the key principles of Belgian data protection law are proportionality and data minimization, Dehareng Decl. ¶ 12, any additional disclosure of a European individual's name – even if that person already has been identified in connection with the Roundup® litigation (or with a particular communication) – is an affront to the law and its purpose. Such exposure would harm the protected privacy interests of non-party individuals, frustrate the purpose of the European Union Data Protection Directive and the Belgian Data Protection Law, and expose Monsanto Company and other persons or entities to potential sanctions, including substantial fines. *Id.* ¶¶ 5-7, 28.

Monsanto therefore requests that the Court permit the redaction of direct identifiers of European individuals (name, email address, job title, job position, phone number, etc.) so as not to violate European privacy laws. Monsanto does not rely on any of these direct identifiers in its Motion to Exclude Testimony of Dr. William Sawyer, and Monsanto requests these redactions solely to ensure compliance with European privacy laws.

## **CONCLUSION**

Monsanto respectfully requests that the Court grant its Administrative Motion to File Under Seal Discrete Portions of Exhibit 1 Filed in Support of Motion to Exclude Testimony of Dr. William Sawyer.

DATED:  March 19, 2021

Respectfully submitted,

/s/ *K. Lee Marshall*

K. Lee Marshall
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Tel:     415-675-3400
Fax: 415-675-3434
klmarshall@bclplaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2021 a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                          */s/ K. Lee Marshall*