| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel:   202-847-4030<br>Fax:   202-847-4005 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000 |
| **HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br>Fax: 202-682-1639 | **BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel: 415-675-3400<br>Fax: 415-675-3434 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF K. LEE MARSHALL IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DISCRETE PORTIONS OF EXHIBIT 1 FILED IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER** |

I, K. Lee Marshall, hereby declare as follows:

1. I am a Partner in the law firm of Bryan Cave Leighton Paisner LLP. My firm is counsel of record for Defendant Monsanto Company ("Monsanto") in the above-captioned actions.

2. Monsanto's Administrative Motion to File Under Seal Discrete Portions of Exhibit 1 Filed in Support of Motion to Exclude Testimony of Dr. William Sawyer seeks to maintain the confidentiality of certain information, specifically limited to protect the identities of individuals from the European Union based on European privacy law.

3. Monsanto seeks to maintain the confidentiality of certain limited portions of Exhibit 1 that contain the identifying information of individuals who, on information and belief, are European.

4. Redaction of the identifying information of European individuals is necessary to comply with European data privacy law. Attached as Exhibit A to this Declaration is the declaration of Elisabeth Dehareng, an attorney knowledgeable in European Union data privacy law, that explains why such identifying information must be anonymized or redacted under European privacy laws. Monsanto values its important business relationship with its European affiliates and has been advised by its European counterparts of the need for these redactions. Monsanto shares the same interest in ensuring that the redactions, in full compliance with European Union data privacy law, are made.

5. Accordingly, Monsanto has prepared proposed redactions of the personal identifying information of European individuals, including names, that are located on the following pages in the following document:

- Pages 43, 44 (fn. 80), 83 (fn. 181), 84 (fns. 184, 186, & 188), 109 (fn. 231), 111 (fn. 240), 144, 145, 146, 147, 148, 149, 160, 161, 182, 185, 195 – Expert Report of Dr. William Sawyer, dated January 22, 2021, for *Cervantes v. Monsanto Company*, Northern District of California Case No. 3:19-cv-03015-VC, attached as Exhibit 1 to Monsanto's Motion to Exclude Testimony of Dr. William Sawyer.

\\\

\\\

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 19th day of March, 2021.

Respectfully submitted,

/s/ *K. Lee Marshall*

K. Lee Marshall
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Tel:    415-675-3400
Fax: 415-675-3434
klmarshall@bclplaw.com