# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: | ) **[PROPOSED] ORDER GRANTING** ) **MONSANTO COMPANY'S** |
| *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC | ) **ADMINISTRATIVE MOTION TO FILE** |
| *Karman v. Monsanto Co.*, 3:19-cv-01183-VC | ) **UNDER SEAL DISCRETE PORTIONS** |
| *Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC | ) **OF EXHIBIT 1 FILED IN SUPPORT OF** ) **MOTION TO EXCLUDE TESTIMONY** |
| *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC | ) **OF DR. WILLIAM SAWYER** |
| *Schafer v. Monsanto Co.*, 3:19-cv-02169-VC | ) |
| *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | ) |

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT 1 FILED IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER

Before the Court is the administrative motion of Defendant Monsanto Company to file under seal portions of Exhibit 1 filed in support of Monsanto's Motion to Exclude Testimony of Dr. William Sawyer in MDL No. 2741, and also filed in the related cases of *Cervantes v. Monsanto Co.* (3:19-cv-03015-CV), *Karman v. Monsanto Co.* (3:19-cv-01183-VC), *Pecorelli v. Monsanto Co.* (3:16-cv-06936), *Peterson v. Monsanto Co.* (3:18-cv-07271-VC), *Schafer v. Monsanto Co.* (3:19-cv-02169-VC), and *Seidl v. Monsanto Co.* (3:17-cv-00519-VC).

Monsanto seeks to redact the personal identifying information of European individuals pursuant to European privacy laws. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following document shall be maintained under seal until further order of the Court, with the publicly filed version redacted as follows:

| **Document** | **Portion Sought to be Sealed** | **Sealing Granted (Y/N)** (to be completed by the Court) |
|---|---|---|
| Expert Report of Dr. William Sawyer, attached as Exhibit 1 to Monsanto's Motion to Exclude Testimony of Dr. William Sawyer | Pages 43, 44 (fn. 80), 83 (fn. 181), 84 (fns. 184, 186, & 188), 109 (fn. 231), 111 (fn. 240), 144, 145, 146, 147, 148, 149, 160, 161, 182, 185, 195 | |

Date: _____, 2021

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT