
**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **DECLARATION OF K. LEE MARSHALL IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER**<br><br>Hearing date: May 28, 2021<br>Time: 10:00 a.m. |

I, K. Lee Marshall, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Dr. William Sawyer.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. William Sawyer, dated January 22, 2021, for *Cervantes v. Monsanto Company*, Northern District of California Case No. 3:19-cv-03015-VC.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the transcript of the Deposition of Dr. Sawyer, taken February 18, 2021, in *Karman v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-01183-VC.

4. Annexed hereto as Exhibit 3 is a true and correct copy of excerpts of the Expert Report of Dr. William Sawyer, dated January 22, 2021, for *Karman v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-01183-VC.

5. Annexed hereto as Exhibit 4 is a true and correct copy of excerpts of the Expert Report of Dr. William Sawyer, dated January 22, 2021, for *Pecorelli v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06936-VC.

6. Annexed hereto as Exhibit 5 is a true and correct copy of excerpts of the Expert Report of Dr. William Sawyer, dated January 22, 2021, for *Peterson v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-07271-VC.

7. Annexed hereto as Exhibit 6 is a true and correct copy of excerpts of the Expert Report of Dr. William Sawyer, dated January 22, 2021, for *Schafer v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-02169.

8. Annexed hereto as Exhibit 7 is a true and correct copy of excerpts of the Expert Report of Dr. William Sawyer, dated August 13, 2020, for *Seidl v. Monsanto Co.*, Northern District of California Case No. 3:17-cv-00519-VC.

9. Annexed hereto as Exhibit 8 is a true and correct copy of Plaintiff's Rule 26 Specific Causation Expert Disclosures, dated January 22, 2021, in *Cervantes v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-03015-VC.

10. Annexed hereto as Exhibit 9 is a true and correct copy of Plaintiff's Specific Causation Expert Disclosures, dated January 22, 2021, in *Seidl v. Monsanto Co.*, Northern District of California Case No. 3:17-cv-00519-VC.

11. Annexed hereto as Exhibit 10 is a true and correct copy of the transcript of the Deposition of Dr. Sawyer, taken February 16, 2021, in *Schafer v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-02169.

12. Annexed hereto as Exhibit 11 is a true and correct copy of the transcript of the Deposition of Dr. Sawyer, taken February 16, 2021, in *Cervantes v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-03015-VC.

13. Annexed hereto as Exhibit 12 is a true and correct copy of the transcript of the Deposition of Dr. Sawyer, taken February 15, 2021, in *Peterson v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-07271-VC.

14. Annexed hereto as Exhibit 13 is a true and correct copy of the transcript of the Deposition of Dr. Sawyer, taken February 18, 2021, in *Pecorelli v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-06936-VC.

15. Annexed hereto as Exhibit 14 is a true and correct copy of the transcript of the Deposition of Dr. Sawyer, taken March 8, 2021, in *Seidl v. Monsanto Co.*, Northern District of California Case No. 3:17-cv-00519-VC.

16. Annexed hereto as Exhibit 15 is a true and correct copy of George, J., et al., *Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach*, 73 Journal of Proteomics 951 (2010).

17. Annexed hereto as Exhibit 16 is a true and correct copy of EPA Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

18. Annexed hereto as Exhibit 17 is a true and correct copy of IARC, *Glyphosate in Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans* (2015).

19. Annexed hereto as Exhibit 18 is a true and correct copy of excerpts of the Reference Manual on Scientific Evidence.

20. Annexed hereto as Exhibit 19 is a true and correct copy of A. Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 Proc. R. Soc. Med. 295, 295 (1965).

21. Annexed hereto as Exhibit 20 is a true and correct copy of excerpts of the April 3, 2019, trial transcript from *Pilliod, et al. v. Monsanto Company, et al*. Alameda Superior Court Case No.: RG17862702.

22. Annexed hereto as Exhibit 21 is a true and correct copy of excerpts of the transcript of the Deposition of Dr. William Sawyer, taken September 15, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC.

23. Annexed hereto as Exhibit 22 is a true and correct copy of EPA, *Memorandum: Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision* (Jan. 6, 2020).

24. Annexed hereto as Exhibit 23 is a true and correct copy of BAuA, Proposal for Harmonized Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate (2016).

25. Annexed hereto as Exhibit 24 is a true and correct copy of EPA, Proposed Interim Registration Review Decision Case No. 0178 (April 2019).

26. Annexed hereto as Exhibit 25 is a true and correct copy of excerpts of the transcript of the Deposition of Dr. William Sawyer, taken July 22, 2019, for *Lamb v. Monsanto Company*, St. Louis County Case No. 17SL-CC03681.

27. Annexed hereto as Exhibit 26 is a true and correct copy of excerpts of the April 11, 2019, trial transcript from *Pilliod, et al. v. Monsanto Company,* Alameda Superior Court Case No.: RG17862702.

28. Annexed hereto as Exhibit 27 is a true and correct copy of excerpts of the transcript of the Deposition of Dr. Charles Benbrook, taken May 23, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC01071.

29. Annexed hereto as Exhibit 28 is a true and correct copy of excerpts of the transcript of the Deposition of Dr. William Sawyer, taken February 6, 2019, for *Pilliod, et al. v. Monsanto Company*, Superior Court of California, County of Alameda Case No. RG17862702.

30. Annexed hereto as Exhibit 29 is a true and correct copy of excerpts of the transcript of the Deposition of Dr. Christopher J. Portier, taken February 21, 2019, for *In re: Roundup Products Liability Litigation*, Northern District of California Case No. 16-md-02741-VC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 19, 2021

Respectfully submitted,

/s/ K. Lee Marshall

K. Lee Marshall
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Tel:    415-675-3400
klmarshall@bclplaw.com

Attorneys for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

<p style="text-align:center"><i>/s/ K. Lee Marshall</i></p>