# EXHIBIT 9

Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
John E. Tomlinson (TOM014)
john.tomlinson@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone:  (334) 269-2343
Fax:  (334) 954-7555

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Randall Dean Seidl v Monsanto Co.,*<br>Case No.  3:17-cv-00519-vc | **PLAINTIFF'S SPECIFIC CAUSATION EXPERT DISCLOSURES** |

Comes now the Plaintiff, Randall Dean Seidl "Plaintiff", through undersigned counsel, and hereby submits this list of specific causation expert witnesses who may be called to offer opinion testimony on behalf of Plaintiff at the trial of the above-captioned matter, subject to the following reservation of rights:

(1)     The right to supplement or amend this witness list based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial;

(2)     The right to withdraw the designation of any expert prior to testimony, and positively aver that such previously designated expert will not be called as a witness at trial;

1

(3) The right to amend or supplement expert opinions based on additional discovery including updated medical records, deposition testimony, medical literature, or scientific studies;

(4) The right to supplement the references considered and/or relied upon by Plaintiff's designated experts in order to address newly available information or literature;

(5) The right to elicit expert testimony at trial from any qualified person, including Plaintiff's treating health care providers, as permitted under the applicable rules of evidence and procedure;

(6) Plaintiff's expert witnesses, as identified below, may testify about their skill, knowledge, experience, training and education in their respective fields, the relevant medical and scientific literature; the techniques and methods in their field of practice; and the description and nature of their practice. They may testify about their publications, presentations, research and all matters detailed in their respective curriculum vitae. They may testify based on facts or data perceived by or made known to them at or before trial that have been properly disclosed under the applicable rules of evidence and procedure. They may employ demonstrative and visual aids.

(7) Plaintiff reserves the right to offer supplemental expert opinions based on updated or new information relative to the litigation. Plaintiff reserves the right for his expert witnesses to update the literature upon which the witnesses rely in support of their opinions.

(8) Plaintiff incorporates all prior reports, if any, the experts have issued in MDL 2741 or any other state or federal litigation.

(9) By identifying the expert witnesses named below, Plaintiff does not intend

to waive any objections to deposition testimony, exhibits, or other evidence or argument. Plaintiff reserves the right to call and elicit testimony from any and all of Defendant's current or former employees who have been disclosed as a witness and/or offered testimony and/or have been identified in discovery.

(10)    Plaintiff reserves the right to call and elicit testimony at trial from any and all of Defendant's retained or non-retained expert witnesses.

## PLAINTIFF'S EXPERT DESIGNATIONS – SPECIFIC CAUSATION

**D. BARRY BOYD, M.D., M.S.**
Medilex
69 East 130th Street,
New York, NY 10037

Dr. Boyd is a board-certified internal medicine and medical oncologist. He is designated and will provide testimony as an expert on specific causation, specifically that Plaintiff's NHL was caused by his Roundup/glyphosate exposure, also in the areas of human cancers, causes of cancer, including exposure to glyphosate and Roundup®, cancer diagnosis, cancer effects, cancer treatments, the clinical practice of medicine generally, Plaintiff's clinical courses and pain and suffering, the reasonableness and necessity of his medical treatment and expenses, and issues relating to his surviving with the consequences of cancer treatment. The substance of the facts and opinions to which Dr. Boyd is expected to testify may be found in more detail in the report being produced herewith. Dr. Boyd's CV with all qualifications, previous testimony, compensation, and a listing of his publications are found in, or attached, to his report. SEE Exhibit 1.

Dr. Boyd charges $8,600 per day for testimony.

**WILLIAM R. SAWYER, Ph.D., D-ABFM**
Toxicology Consultants & Assessment Specialists, LLC
29 Fennell Street
Skaneateles, New York 13152

Dr. Sawyer is a toxicologist specializing in occupational and environmental exposures to carcinogens. He is designated and will provide testimony as an expert on specific causation, specifically that Plaintiff's exposure to Roundup® is a substantial contributing factor to his development and subsequent diagnosis of follicular lymphoma, also regarding how glyphosate-based herbicides (GBHs) cause non-Hodgkin Lymphoma, including the mechanism and rate at which GBHs are absorbed into the body and organs, assessment of Plaintiff's historical exposures, the effects of the Plaintiff's failure to wear protective gear based on Monsanto's representations, that the Plaintiff was exposed to a sufficient amount of GBHs to cause his NHL, and how the Roundup® label fails to adequately instruct users of Roundup® in a manner which would minimize exposure and to explain how the spraying equipment used by Plaintiff failed to protect him against Roundup® exposure. The substance of the facts and opinions to which Dr. Sawyer is expected to testify may be found in more detail in the report being produced herewith. Dr. Sawyer's CV with all qualifications, previous testimony, compensation, and a listing of his publications are found in, or attached, to his report. SEE Exhibit 2.

Dr. Sawyer charges $6,500 per day for testimony.

**STEPHEN E. PETTY, P.E., C.I.H.**
1701 E. Atlantic Blvd., Suite 5
Pompano Beach, FL  33060

Mr. Stephen Petty is a Certified Industrial Hygienist, Certified Safety Professional, and Professional Engineer (FL, KY, OH, PA, TX, and WV). He has extensive experience in the area(s) of industrial hygiene, safety, warnings and warning adequacy, professional engineering, worker training, exposure and risk assessment, and environmental health and safety procedures. Mr. Petty is designated and will provide testimony as an expert in the areas of risk and exposure assessment, professional engineering (chemical, environmental, mechanical, civil, and structural), industrial

4

health and safety, industrial hygiene, human factor and product warnings, standard of care, advertising, labeling, marketing research, and safety and regulatory compliance, including the Plaintiff's exposure to Roundup®. The substance of the facts and opinions to which Mr. Petty is expected to testify may be found in more detail in the report being produced herewith. Mr. Petty's CV with all qualifications, previous testimony, compensation, and a listing of his publications are found in, or attached, to his report. SEE Exhibit 3.

For testimony at deposition or trial, Mr. Petty charges a flat rate of $3,000 per half day and $5,000 per day.

**CHARLES M. BENBROOK, PH.D.**
10526 SE Vashon Vista Drive,
Port Orchard, WA 98367

Dr. Benbrook earned a bachelor's degree in economics from Harvard University and an M.A. and a Ph.D. in agricultural economics from the University of Wisconsin – Madison. Dr. Benbrook has worked extensively on pesticide use and risk assessment. He is a research professor at the Center for Sustaining Agriculture and Natural Resources, Washington State University and the program leader of "Measure to Manage: Farm and Food Diagnostics for Sustainability and Health." Dr. Benbrook worked in Washington, D.C. on agricultural policy and regulation for approximately 18 years, during that time serving for two years as the director of the Subcommittee on Department Operations, Research and Foreign Agriculture of the U.S. House of Representatives. From 1984 to 1990, he also directed the National Academy of Sciences' Board on Agriculture. Dr. Benbrook has been designated and will provide testimony in the areas relating to the composition, use, testing, stewardship, risk assessment, applicator exposures, volume of Roundup®-applied, and regulation of glyphosate, Roundup®-brand herbicides (Roundup), and other glyphosate-based herbicides (GBHs). The substance of the facts and opinions to which Dr.

Benbrook is expected to testify may be found in more detail in the report being produced herewith. Dr. Benbrook's CV with all qualifications, previous testimony, compensation, and a listing of his publications are found in, or attached, to his report. SEE Exhibit 4l Dean Seidl.

    Dr. Benbrook charges $300 per hour for testimony.

DATED: January 22, 2021

                                          Respectfully submitted,

                                          /s/John E. Tomlinson
                                          John E. Tomlinson (TOM014)
                                          Rhon E. Jones (JON093)
                                          BEASLEY, ALLEN, CROW,
                                          METHVIN, PORTIS & MILES, P.C.
                                          218 Commerce Street
                                          Montgomery, AL 36104
                                          Telephone: (334) 269-2343
                                          Fax: (334) 954-7555
                                          rhon.jones@beasleyallen.com
                                          john.tomlinson@beasleyallen.com

                                          *Attorneys for Plaintiff*