# EXHIBIT 20

```
 1                  SUPERIOR COURT OF CALIFORNIA
 2                      COUNTY OF ALAMEDA
 3      BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING
 4                      DEPARTMENT NUMBER 21
 5                           ---oOo---
 6   COORDINATION PROCEEDING          )
     SPECIAL TITLE (RULE 3.550)       )
 7                                    )
     ROUNDUP PRODUCTS CASE            )   JCCP No. 4953
 8                                    )
     _____  )
 9                                    )
     THIS TRANSCRIPT RELATES TO:      )
10                                    )
     Pilliod, et al.                  )   Case No.  RG17862702
11           vs.                      )
     Monsanto Company, et al.         )   Pages 1834 - 2073
12   _____  )   Volume 13
13
14
15              Reporter's Transcript of Proceedings
16                    Wednesday, April 3, 2019
17
18
     Reported by: Lori Stokes, CSR No. 12732, RPR
19                Court Reporter
20
21
22
23
24
25
```

BARS
BAY AREA REPORTING
SOLUTIONS
888.526.8243
www.BayAreaReportingSolutions.com

1834

```
 1     APPEARANCES OF COUNSEL:

 2

 3     For Plaintiffs:

 4          THE MILLER FIRM, LLC
            108 Railroad Avenue
 5          Orange, Virginia  22960
            (540)672-4224
 6          BY:  MICHAEL J. MILLER, ATTORNEY AT LAW
                 mmiller@millerfirmllc.com
 7               SHAYNE HODGE, ATTORNEY AT LAW
                 shodge@millerfirmllc.com
 8

 9          BAUM HEDLUND ARISTEI & GOLDMAN PC
            10940 Wilshire Boulevard, 17th Floor
10          Los Angeles, California 90024
            (310) 207-3233
11          BY:  R. BRENT WISNER, ATTORNEY AT LAW
                 rbwisner@baumhedlundlaw.com
12               PEDRAM ESFANDIARY, ATTORNEY AT LAW
                 pesfandiary@baumhedlundlaw.com
13

14          AUDET & PARTNERS, LLP
            221 Main Street, Suite 1460
15          San Francisco, California  94105
            (415)568-2555
16          BY:  MARK BURTON, ATTORNEY AT LAW
                 mburton@audetlaw.com
17

18

19          (APPEARANCES CONTINUED ON FOLLOWING PAGE)

20

21

22

23

24

25

                                                          1835
```

```
 1     APPEARANCES:  (CONTINUED)

 2     For Defendants:

 3          EVANS FEARS & SCHUTTERT LLP
            2300 W. Sahara Ave, Suite 950
 4          Las Vegas, Nevada  89102
            (702) 805-0290
 5          BY:  KELLY A. EVANS, ATTORNEY AT LAW
                 kevans@efstriallaw.com
 6
            HINSHAW
 7          One California Street, 18th Floor
            San Francisco, California  94111
 8          (415) 362-6000
            BY:  EUGENE BROWN JR., ATTORNEY AT LAW
 9               ebrown@hinshawlaw.com

10          GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
            564 West Randolph Street, Suite 400
11          Chicago, Illinois 60661
            (312) 681-6000
12          BY:  TAREK ISMAIL, ATTORNEY AT LAW
                 tismail@goldmanismail.com
13

14

15     (Multiple other counsel present as reflected in the
       minutes.)
16

17

18

19

20

21

22

23

24

25

                                                              1836
```

```
 1                         I N D E X

 2
      Wednesday, April 3, 2019
 3
      PLAINTIFFS' WITNESSES                          PAGE VOL.
 4

 5    Portier, Christopher (Resumed)

 6    Direct Examination resumed by Mr. Wisner      1854  13
      Cross-Examination by Mr. Ismail               1882  13
 7    Redirect Examination by Mr. Wisner            2064  13

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                          1837
```

1         But that's not what you always have.  You
2    always have human data.
3         Q.   And so in terms of the human data we have in
4    this case, you agree that you cannot make a firm
5    statement that Roundup causes NHL from the epidemiology
6    data alone, true?
7         A.   Correct.  I can't do it from the epidemiology
8    data alone.
9         Q.   Now, you went through with Mr. Wisner -- you
10   had a long discussion of -- let me back up.
11             You agree, sir, that there are scientists who
12   disagree with the views you've offered to the jury in
13   this case?
14        A.   Yes.
15        Q.   And you talked with Mr. Wisner about one group
16   of scientists at the EPA who have concluded differently
17   than what you've given opinions about to this jury,
18   true?
19        A.   That's true.
20        Q.   And you would recognize that there are
21   scientists at regulatory bodies around the world who
22   have assessed the data and have come to conclusions
23   different than yours, true?
24        A.   Well, I would first question the statement
25   "have assessed the data."  But certainly they have