# EXHIBIT 21



**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS**

# Transcript of William Sawyer, Ph.D.

**Date:** September 15, 2019
**Case:** Roundup Products Liability Litigation, In Re

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS
Transcript of William Sawyer, Ph.D.
Conducted on September 15, 2019

1 (1 to 4)

---

**Page 1**

```
              UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

                    MDL No. 2741
                 Case No. 3:16-md-02741-VC

  IN RE:  ROUNDUP PRODUCTS LIABILITY
  LITIGATION
  ----------------------------------
  This document relates to:
  Giglio v. Monsanto Co., et al.
  Case No. 3:16-cv-05658-VC
  ----------------------------------/


     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS

          VIDEOTAPED DEPOSITION OF:

            WILLIAM SAWYER, Ph.D.

               Pages 1 to 177

            Sunday, September 15, 2019

             7:39 a.m. - 11:55 a.m.


       Sanibel Harbour Marriott Resort and Spa
            17260 Harbour Pointe Drive
             Jasmine Conference Room
             Fort Myers, Florida 33908



          STENOGRAPHICALLY REPORTED BY:
      NANCY E. PAULSEN, CRR, CRC, RPR, FPR, RSA
```

---

**Page 2**

```
              APPEARANCES:


  On Behalf of the Plaintiff

       JESSICA T. SIZEMORE-WETZEL, ESQUIRE
       Gomez Trial Attorneys
       655 West Broadway
       Suite 1700
       San Diego, California  92101
       619-237-3490
       Jessica@thegomezfirm.com


  On Behalf of the Defendants

       JOHN M. KALAS, ESQUIRE
       GRANT W. HOLLINGSWORTH, ESQUIRE
       Hollingsworth, LLP
       1350 I Street, NW
       Washington, DC  20005
       202-898-5800
       Jkalas@hollingsworthllp.com
       Ghollingsworth@hollingsworthllp.com


  Also Present:

       Dolores Sherman, Videographer
```

---

**Page 3**

```
                    I N D E X

  Deponent                                    Page

  William Sawyer, Ph.D.

  DIRECT EXAMINATION BY MR. KALAS                6

  CROSS-EXAMINATION BY MS. SIZEMORE-WETZEL     163

  REDIRECT EXAMINATION BY MR. KALAS            168


  CERTIFICATE OF REPORTER                      176

  CERTIFICATE OF OATH                          177


                  E X H I B I T S

  No.    Description                          Page

  Exhibit 1    Notice of Deposition.............   7

  Exhibit 2    Opposition in Response to the      7

               Notice............................

  Exhibit 3    Updated CV........................   7

  Exhibit 4    Sawyer's file.....................   8

  Exhibit 5    Report from August 20.............   8

  Exhibit 6    Study.............................  66

  Exhibit 7    Hand drawn table.................  69

  Exhibit 8    Eriksson study...................  78

  Exhibit 9    McDuffie study....................  85

  Exhibit 10   Transcript of Giglio from August  91

               29................................

  Exhibit 11   Giglio's deposition from March 22...  98
```

---

**Page 4**

```
  Exhibit 12   Giglio deposition of March 21........  103

  Exhibit 13   Roundup label.......................  106

  Exhibit 14   Roundup label.......................  110

  Exhibit 15   Global Syn-Turf website image........  123

  Exhibit 16   Letter from EPA to Registrant........  128

  Exhibit 17   Press release.......................  136

  Exhibit 18   Label recommendations...............  148

  Exhibit 19   Study...............................  157

  Exhibit 20   Cancer Risk Assessment from.........  159

               June 20, 1990
```

---

Case 3:16-md-02741-VC  Document 12793-22  Filed 03/19/21  Page 4 of 5
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS
Transcript of William Sawyer, Ph.D.                    17 (65 to 68)
Conducted on September 15, 2019

---

65

1  Eriksson, and Andreotti. Are you looking at those in
2  the table?
3     **A. Okay.**
4     Q. Those are the only three studies that you're
5  aware of that look at dose metrics in the
6  epidemiological literature; right?
7     **A. Well, I can't toss out the ever/never use**
8  **studies. That still is of some significance.**
9     Q. Okay. But you haven't looked at all the
10  ever/never use studies; right?
11     **A. I'm sorry?**
12     Q. You haven't looked at all of the ever/never
13  use studies; correct?
14     **A. Well, I have looked at another one, which**
15  **looking here in my document list, it's another newer**
16  **study that came out.**
17     Q. Pahwa?
18     **A. I'm sorry.**
19     Q. Pahwa?
20     **A. Hmm.**
21     Q. P-A-H-W-A?
22     **A. Not the one that I was thinking of, but --**
23     Q. Okay. So what's the one you're thinking of,
24  sir?
25     **A. Well, it's the newest pooled study.**

66

1     Q. Okay. So it's, again, a study of studies;
2  right?
3     **A. Yeah, but it had one other group that was**
4  **different.**
5     Q. But am I correct that the three primary
6  studies that you're relying on to talk about
7  Mr. Giglio's dose and compare his dose to the
8  epidemiological studies are McDuffie, Eriksson, and
9  Andreotti?
10     **A. Yes.**
11     Q. Okay. So let's look at Andreotti first.
12     MS. SIZEMORE-WETZEL: Thank you.
13     MR. KALAS: Um-hum (affirmative).
14     (Marked Deposition Exhibit 6.)
15  BY MR. KALAS:
16     Q. We've marked it as Exhibit 6.
17     And we've looked at this study before; right,
18  sir?
19     **A. Oh, yes.**
20     Q. Okay. And you state on page 46 of your
21  report -- let's find the quote -- that Mr. Giglio fits
22  into the second quartile of the Andreotti study; right?
23  That's Table 8?
24     **A. Yeah.**
25     Q. Okay. That's lifetime days of glyphosate use,

67

1  and for him 13.75 to 38.74; right?
2     **A. Yes.**
3     Q. Okay. And that's from all of his residential
4  and occupational use from 1990 through 2015; right?
5     **A. Yes.**
6     Q. Okay. So let's go to supplemental Table 1,
7  and let's -- this is the second page of the supplemental
8  tables. And let's look at the figure for NHL in the
9  second quartile of days of use. Let me know when you're
10  there.
11     NHL is on the second page of that table, sir.
12     **A. Okay.**
13     Q. Do you see that second entry?
14     **A. Yes.**
15     Q. Okay. And for quartile two, it says there is
16  117 cases, and it has an odds ratio -- or excuse me,
17  relative risk, since this is a cohort study. It has a
18  relative risk of .87 with a confidence interval of .66
19  to 1.14; right?
20     **A. Yes.**
21     Q. Okay. And Mr. Giglio fits into that
22  population as far as exposure days go; right?
23     **A. Yes.**
24     Q. Okay. And that number .87 is lower than 1;
25  right?

68

1     **A. Yes.**
2     Q. That means that they found more NHL in people
3  who didn't use glyphosate as opposed to people with the
4  similar number of exposure days to Mr. Giglio in this
5  study; right?
6     **A. No. It means that statistically, the**
7  **confidence interval ranged from .66 to 1.14.**
8     Q. Okay. But the actual point estimate, the
9  actual data that they had showed that there was 87
10  percent -- well, excuse me. There was .87 cases of NHL
11  in people who used glyphosate for as many days as
12  Mr. Giglio as for every one case in people who did not
13  use it, glyphosate; correct?
14     **A. No.**
15     Q. That's not what the actual data showed here?
16     **A. No. It shows that there was no significant**
17  **change from the expected value of 1.**
18     Q. Okay. So what does that mean to have no
19  significant change?
20     **A. That, in this case, in this particular study,**
21  **there was no indication of increased NHL above that**
22  **expected as seen in the control population.**
23     Q. Okay. So I'm going to mark as Exhibit 7 --
24  I'm going to just put this on a piece of paper here so
25  we can follow it.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDERS

Transcript of William Sawyer, Ph.D.    20  (77 to 80)

Conducted on September 15, 2019

---

**77**

1 figures here, okay? And then maybe we'll clean it up in
2 time for trial. I'm going to mark -- leave Exhibit 7
3 right here.
4      It's true, isn't it, that for non-Hodgkin's
5 lymphoma B-cell figure, the group that Mr. Giglio would
6 fall in here, he would be between .76 and .88 for his
7 point estimate with a confidence interval range of .55
8 to 1.21; right?
9      **A. Correct, but it would be inappropriate to show**
10 **that to the jury when we have the actual, more**
11 **descriptive large -- diffuse large B-cell lymphoma data**
12 **available.**
13      Q. Okay. And we're getting there next. It's
14 true that for diffuse large B-cell lymphoma, his figure
15 that he fits into would be somewhere between .94 and
16 1.13 with a confidence interval range of .49 to 2.17;
17 right?
18      **A. That's right.**
19      Q. Okay. Now, were any of the figures we just
20 talked about in the Andreotti study statistically
21 significant?
22      **A. No. But I would make the point if you are**
23 **going to show this to the jury, I think you need to**
24 **include the DLBCL on your chart.**
25      Q. Sure.

---

**78**

1      And you stated in your report that the
2 Agricultural Health Study did not find a statistically
3 elevated risk of NHL; right?
4      **A. That's correct.**
5      Q. Okay. And you agree with that, that this
6 study does not show a significantly elevated risk for
7 people with the same exposure characteristics as
8 Mr. Giglio?
9      MS. SIZEMORE-WETZEL: Object to form.
10      THE WITNESS: As I've testified in the past 11
11 deposition sessions and two trials, yes.
12 BY MR. KALAS:
13      Q. Okay. Let's move to the Eriksson study. Now,
14 we've gone over this many times. Mark it as Exhibit 8.
15      (Marked Deposition Exhibit 8.)
16 BY MR. KALAS:
17      Q. But you believe Mr. Giglio also fits within
18 the exposure or dose profile in this study; right?
19      MS. SIZEMORE-WETZEL: Thank you.
20      THE WITNESS: Yes.
21 BY MR. KALAS:
22      Q. Okay. And this study, which we've marked as
23 Exhibit 8, you agree again with me this study in its
24 dose evaluation does not control for exposures to other
25 pesticides; right?

---

**79**

1      **A. Correct.**
2      Q. Okay. But the Andreotti study does in its
3 dose evaluations; correct?
4      **A. Yes.**
5      Q. Okay. Now, there is only one figure regarding
6 dose that Mr. Giglio fits in here; right? And that's
7 the greater than ten days of use?
8      MS. SIZEMORE-WETZEL: I'll object to the form
9 of the question.
10 BY MR. KALAS:
11      Q. And I'm -- if you want to see what you wrote
12 about it, sir, it's on page 45 of your report.
13      **A. Well, to answer your question, he fits into**
14 **two different dose schemes. He's -- obviously fits into**
15 **the ten days of exposure or less, and also, greater than**
16 **ten days. Two different criterias.**
17      Q. Okay. But you wouldn't -- you wouldn't, when
18 you're designing an epidemiology study, put somebody in
19 both? You're separating them between people who are
20 exposed to ten days or less or greater than ten days;
21 right?
22      **A. Correct. But he reaches -- exceeds the**
23 **threshold of both of those parameters.**
24      Q. I understand what you're saying. I understand
25 why you're trying to be very precise here.

---

**80**

1      It's true that if Mr. Giglio were somebody who
2 was included in the Eriksson study as a case, he would
3 fall into the greater than ten days group? Right?
4      **A. Yes. And you would have to mark that as -- on**
5 **your little chart thingy that his odds ratio was 2.36,**
6 **with the correct confidence interval.**
7      Q. Right. And we're going -- I'm going there.
8 Okay?
9      So he would fall into the group that's 2.36
10 with the 1.04 to 5.37 confidence interval; right?
11      That's in Table 2.
12      **A. Yes.**
13      Q. Okay. And that's statistically significant;
14 right?
15      **A. Yes.**
16      Q. Okay. Not controlled for other pesticides,
17 but statistically significant; true?
18      **A. Yes.**
19      Q. Okay. And I know you pointed out that where
20 we have subtype data, we should look at it, so let's
21 look at Table 3 real quick. This is not dose data, this
22 is just ever/never data; right?
23      **A. Yes.**
24      Q. But for B-cell generally, the odds ratio is
25 1.87; right?