# EXHIBIT 23

# CLH report

## Proposal for Harmonised Classification and Labelling

Based on Regulation (EC) No 1272/2008 (CLP Regulation),
Annex VI, Part 2

## Substance Name: N-(phosphonomethyl)glycine; Glyphosate (ISO)

**EC Number:** 213-997-4

**CAS Number:** 1071-83-6

**Index Number:** 607-315-00-8

**Contact details for dossier submitter:**

> BAuA
> Federal Institute for Occupational Safety and Health
> Federal Office for Chemicals
> Friedrich-Henkel-Weg 1-25
> 44149 Dortmund, Germany

**Version:** 2.0 (Post Accordance Check)

**Date:** May 2016

# CONTENTS

# Part A.

1   PROPOSAL FOR HARMONISED CLASSIFICATION AND LABELLING .................................................. 4
    1.1   SUBSTANCE .................................................................................................................................... 4
    1.2   HARMONISED CLASSIFICATION AND LABELLING PROPOSAL ............................................................ 5
    1.3   PROPOSED HARMONISED CLASSIFICATION AND LABELLING BASED ON CLP REGULATION ................. 6
2   BACKGROUND TO THE CLH PROPOSAL .......................................................................................... 8
    2.1   HISTORY OF THE PREVIOUS CLASSIFICATION AND LABELLING ......................................................... 8
    2.2   SHORT SUMMARY OF THE SCIENTIFIC JUSTIFICATION FOR THE CLH PROPOSAL .................................. 8
    2.3   CURRENT HARMONISED CLASSIFICATION AND LABELLING ............................................................. 8
3   JUSTIFICATION THAT ACTION IS NEEDED AT COMMUNITY LEVEL ....................................... 8

# Part B.

SCIENTIFIC EVALUATION OF THE DATA ................................................................................................ 10
1   IDENTITY OF THE SUBSTANCE ........................................................................................................ 10
    1.1   NAME AND OTHER IDENTIFIERS OF THE SUBSTANCE ...................................................................... 10
    1.2   COMPOSITION OF THE SUBSTANCE ................................................................................................ 11
        1.2.1   Composition of test material ................................................................................................ 12
    1.3   PHYSICO-CHEMICAL PROPERTIES .................................................................................................. 12
2   MANUFACTURE AND USES ................................................................................................................ 13
3   SUBSTANCECLASSIFICATION FOR PHYSICO-CHEMICAL PROPERTIES ................................ 13
4   HUMAN HEALTH HAZARD ASSESSMENT ...................................................................................... 13
    4.1   TOXICOKINETICS (ABSORPTION, METABOLISM, DISTRIBUTION AND ELIMINATION) ........................... 14
        4.1.1   Non-human data ................................................................................................................. 14
        4.1.2   Human data ........................................................................................................................ 18
    4.2   ACUTE TOXICITY .......................................................................................................................... 18
        4.2.1   Non-human information ....................................................................................................... 18
        4.2.2   Human data ........................................................................................................................ 25
    4.3   SPECIFIC TARGET ORGAN TOXICITY – SINGLE EXPOSURE (STOT SE) ............................................ 26
        4.3.1   Non-human information ....................................................................................................... 26
        4.3.2   Human data ........................................................................................................................ 26
    4.4   IRRITATION ................................................................................................................................... 26
        4.4.1   Skin irritation ..................................................................................................................... 26
        4.4.2   Eye irritation ...................................................................................................................... 27
        4.4.3   Respiratory tract irritation .................................................................................................. 30
    4.5   CORROSIVITY ............................................................................................................................... 30
    4.6   SENSITISATION ............................................................................................................................. 30
        4.6.1   Skin sensitisation ................................................................................................................ 30
        4.6.2   Respiratory sensitisation ..................................................................................................... 32
    4.7   SPECIFIC TARGET ORGAN TOXICITY (CLP REGULATION) – REPEATED EXPOSURE (STOT RE) .......... 32
        4.7.1   Non-human information ....................................................................................................... 32
        4.7.2   Human information ............................................................................................................. 41
        4.7.3   Other relevant information .................................................................................................. 41
        4.7.4   Summary and discussion ..................................................................................................... 41
        4.7.5   Summary and discussion of repeated dose toxicity findings relevant for classification as STOT RE
                according to CLP Regulation ............................................................................................... 41
        4.7.6   Comparison with criteria of repeated dose toxicity findings relevant for classification as STOT RE ...... 41
        4.7.7   Conclusions on classification and labelling of repeated dose toxicity findings relevant for classification
                as STOT RE ....................................................................................................................... 42
    4.8   GERM CELL MUTAGENICITY (MUTAGENICITY) ............................................................................. 43
        4.8.1   Non-human information ....................................................................................................... 43

Case 3:16-md-02741-VC   Document 12793-24   Filed 03/19/21   Page 4 of 18

CLH REPORT FOR GLYPHOSATE

    4.8.1.1 *In vitro* data ..................................................................................................... 45
    4.8.1.2 *In vivo* data ..................................................................................................... 49
  *4.8.2* *Human information* ............................................................................................. 57
  *4.8.3* *Other relevant information* ................................................................................. 57
  *4.8.4* *Summary and discussion of mutagenicity* ......................................................... 58
  *4.8.5* *Comparison with criteria* .................................................................................... 58
  *4.8.6* *Conclusions on classification and labelling* ...................................................... 59
 4.9 CARCINOGENICITY .......................................................................................................... 59
  *4.9.1* *Non-human information* ..................................................................................... 59
  *4.9.2* *Human information* ............................................................................................. 80
  *4.9.3* *Other relevant information* ................................................................................. 93
  *4.9.4* *Summary and discussion of carcinogenicity* ..................................................... 93
  *4.9.5* *Comparison with criteria* .................................................................................... 94
  *4.9.6* *Conclusions on classification and labelling* ...................................................... 98
 4.10 TOXICITY FOR REPRODUCTION ...................................................................................... 98
  *4.10.1* *Effects on fertility* ............................................................................................... 98
    4.10.1.1 Non-human information .................................................................................... 98
    4.10.1.2 Human information ......................................................................................... 100
  *4.10.2* *Developmental toxicity* .................................................................................... 101
    4.10.2.1 Non-human information .................................................................................. 101
    4.10.2.2 Human information ......................................................................................... 109
  *4.10.3* *Other relevant information* ............................................................................... 110
  *4.10.4* *Summary and discussion of reproductive toxicity* ............................................ 111
  *4.10.5* *Comparison with criteria* .................................................................................. 112
    4.10.5.1 Effects on fertility ............................................................................................ 112
    4.10.5.2 Developmental toxicity ................................................................................... 112
  *4.10.6* *Conclusions on classification and labelling* .................................................... 114
**5** **ENVIRONMENTAL HAZARD ASSESSMENT** ............................................................. 115
 5.1 DEGRADATION ............................................................................................................... 115
  *5.1.1* *Stability* ............................................................................................................ 115
  *5.1.2* *Biodegradation* ................................................................................................ 116
    5.1.2.1 Biodegradation estimation ............................................................................... 116
    5.1.2.2 Screening tests ................................................................................................. 116
    5.1.2.3 Simulation tests ............................................................................................... 116
  *5.1.3* *Summary and discussion of degradation* ......................................................... 116
 5.2 ENVIRONMENTAL DISTRIBUTION .................................................................................. 117
 5.3 AQUATIC BIOACCUMULATION ...................................................................................... 117
  *5.3.1* *Aquatic bioaccumulation* ................................................................................. 117
    5.3.1.1 Bioaccumulation estimation ............................................................................ 117
    5.3.1.2 Measured bioaccumulation data ...................................................................... 117
 5.4 AQUATIC TOXICITY ....................................................................................................... 118
  *5.4.1* *Fish* ................................................................................................................... 119
    5.4.1.1 Short-term toxicity to fish ................................................................................ 119
    5.4.1.2 Long-term toxicity to fish ................................................................................ 121
  *5.4.2* *Aquatic invertebrates* ....................................................................................... 123
    5.4.2.1 Short-term toxicity to aquatic invertebrates .................................................... 123
    5.4.2.2 Long-term toxicity to aquatic invertebrates .................................................... 125
  *5.4.3* *Algae and aquatic plants* ................................................................................. 127
  *5.4.4* *Other aquatic organisms (including sediment)* ................................................ 133
 5.5 COMPARISON WITH CRITERIA FOR ENVIRONMENTAL HAZARDS (SECTIONS 5.1 – 5.4) ......................................... 134
 5.6 CONCLUSIONS ON CLASSIFICATION AND LABELLING FOR ENVIRONMENTAL HAZARDS (SECTIONS 5.1 – 5.4) ..... 134
**6** **OTHER INFORMATION** ................................................................................................ 135
**7** **REFERENCES** ................................................................................................................. 135
**8** **ANNEXES** ....................................................................................................................... 169

was only marginally above the historical control range. Reliability of this information could not be verified and, even if correct, this explanation would not be convincing. However, and more important, no increase in testicular tumours was observed in any other long-term study with glyphosate in rats even though much higher doses were administered.

**Studies in mice**

In total, five long-term studies are available that may be considered valid according to current standards and were performed in compliance with OECD TG 451. They are summarised in Table 30. As in rats, chronic toxicity was confined to high dose levels in all the studies but some differences became apparent in what was actually observed. For more information, the reader is referred to the attached RAR (Volume 1, 2.6.6.2, Volume 3, B.6.5.2).

The DS is aware of two further long-term studies in mice which have been very briefly reported in an older EU evaluation report (Germany, 1998, ASB2010-10302). These studies by Vereczkey and Csanyi (1982, TOX9650154) and by Bhide (1988, TOX9551831) did not comply with current standards. In both of them, the top dose level was 300 ppm and, thus, much too low for meaningful evaluation. No increase in any tumour type had been reported but these studies are not suitable for the purpose of classification and labelling. The same holds true for a published study on skin tumour promotion (George et al., 2010, ASB2012-11829). This experiment was performed with a commercial product that most likely contains irritating co-formulants. It cannot contribute to a decision on the classification of glyphosate. Furthermore, the up- and down-regulation of protein expression is not sufficient to prove a carcinogenic effect. Apart from that, there are no published studies on carcinogenicity in mice.

Thus, evaluation of a carcinogenic potential of glyphosate in mice is based on the five available, guideline-compliant studies. In line with the approach taken for the rat studies, the main effects as summarised in this table were statistically significant and either dose-related or observed at the top dose level only. This approach implies that these findings were not necessarily all noted at the LOAEL.

Table 30: Long-term feeding studies with glyphosate in mice

| Reference; Study identifi-cation; purity; Owner | Study type, strain, duration, route | Dietary dose levels and corresponding mean daily intake | NOAEL | LOAEL | Targets / Main effects |
|---|---|---|---|---|---|
| Wood et al., 2009, ASB2012-11492; 95.7%; Nufarm | Carcinogenicity (OECD TG 451); 18 mo; CD-1 (ICR), feeding | 0, 500, 1500, 5000 ppm (71/98; 234/299; 810/1081 mg/kg bw/d in m/f) | 810 mg/kg bw/d | Not established | No effects observed |
| Kumar, 2001, ASB2012-11491; >95.14%; ADAMA | Carcinogenicity (OECD TG 451); 18 mo, Swiss albino | 0, 100, 1000, 10000 ppm (15; 151; 1460 mg/kg bw/d, sexes combined since values were similar) | 151 mg/kg bw/d | 1460 mg/kg bw/d | Higher incidence of malignant lymphoma at top dose level (outside historical control range for males); cystic glands in stomach in m↑ (equivocal toxicological relevance) |
| Sugimoto, 1997, ASB2012-11493; 97.56% or 94.61% (2 lots | Carcinogenicity (OECD TG 451); 18 mo; CD-1 (ICR) | 0, 1600, 8000, 40000 ppm (165/153; 838/787; 4348/4116 mg/kg bw/d in m/f) | 153 mg/kg bw/d | 787 mg/kg bw/d | Bw gain, food consumption and efficiency↓, loose stool, caecum distended and |

| Reference; Study identifi-cation; purity; Owner | Study type, strain, duration, route | Dietary dose levels and corresponding mean daily intake | NOAEL | LOAEL | Targets / Main effects |
|---|---|---|---|---|---|
| used); Arysta | | | | | organ wt↑, prolapse and ulceration of anus in m |
| Atkinson et al., 1993; TOX9552382; 98.6%; Cheminova | Carcinogenicity (OECD TG 451); 2 yr, CD-1 | 0, 100, 300, 1000 mg/kg bw/d (dietary levels regularly adjusted) | 1000 mg/kg bw/d | Not established | Equivocal evidence of enlarged/firm thymus and increase in mineral deposition in the brain, not regarded as adverse |
| Knezevich and Hogan, 1983; TOX9552381; 99.7%; Monsanto | Carcinogenicity with chronic toxicity elements (OECD TG 451/453); 2 yr, CD-1 | 0, 1000, 5000, 30000 ppm 157/190; 814/955; 4841/5874 mg/kg bw/d in m/f) | 157 mg/kg bw/d | 814 mg/kg bw/d | Bw (gain) ↓ in high dose males, histological findings in liver (centrolobular hypertrophy), kidney (histological changes) and bladder (epithelial hyperplasia) in males |

In these studies, there was evidence of increases in three types of tumours, all in males: malignant lymphoma, renal tumours, and haemangiosarcoma, however, there was no consistency between the studies. In the following, all these three types are addressed in detail. That means also that the statistical calculations were repeated. In the original study reports, mostly pairwise comparisons had been made. In the 2015 IARC evaluation, in contrast, trend tests were the preferred statistical tool. The DS re-calculated the statistical significance of the observed tumour incidences by taking both approaches.

Malignant lymphoma

The total numbers of affected animals in the various mouse studies are given in Table 31.

Table 31:   Total incidence of malignant lymphoma in long-term studies with glyphosate in different mouse strains and appropriate historical control (HC) data from the performing laboratory if available

| Study, Strain | | Males | | | | Females | | | |
|---|---|---|---|---|---|---|---|---|---|
| Wood et al, 2009, ASB2012-11492 Crl:CD-1 (ICR) BR | Dose (ppm) | 0 | 500 | 1500 | 5000 | 0 | 500 | 1500 | 5000 |
| | Affected | 0/51 | 1/51 | 2/51 | 5/51 | 11/51 | 8/51 | 10/51 | 11/51 |
| Kumar, 2001, ASB2012-11491 HsdOLA:MF1 (Swiss albino) | Dose (ppm) | 0 | 100 | 1000 | 10000 | 0 | 100 | 1000 | 10000 |
| | Affected | 10/50 | 15/50 | 16/50 | 19/50* | 18/50 | 20/50 | 19/50 | 25/50* |
| | HC | Study range: 6–30% Study mean: 18.4% Basis: 250 male mice in 5 studies (1996-1999 covering the in-life phase of the actual study) | | | | Study range: 14–58% Study mean: 41.6% Basis: 250 female mice in 5 studies (1996-1999) | | | |

| Study, Strain | | Males | | | | Females | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sugimoto, 1997, ASB2012-11493 Crj:CD-1 (ICR) | Dose (ppm) | 0 | 1600 | 8000 | 40000 | 0 | 1600 | 8000 | 40000 |
| | Affected | 2/50 | 2/50 | 0/50 | 6/50 | 6/50 | 4/50 | 8/50 | 7/50 |
| | HC | Study range: 3.85–19.23% Study mean: 6.33% Basis: 458 male mice in 12 studies (1993-1998) | | | | Study range: 7.84–26.92% Study mean: 15.03% Basis: 459 female mice in 12 studies (1993-1998) | | | |
| Atkinson et al., 1993, TOX9552382, CD-1 (not further specified) | Dose (mg/kg bw/d) | 0 | 100 | 300 | 1000 | 0 | 100 | 300 | 1000 |
| | Affected[#] | 4/50 | 2/50 | 1/50 | 6/50 | 14/50 | 12/50 | 9/50 | 13/50 |

\* increase statistically significant according to original study report, for females based on percentage and not on total number of affected mice
[#] based on histological examination of lymph nodes with macroscopic changes

Obviously, the carcinogenicity study in Swiss albino mice by Kumar (2001, ASB2012-11491) revealed an increase in malignant lymphoma incidence over the control at the top dose level of around 1460 mg/kg bw/day in both sexes but the background (control) incidence was also quite high. In fact, at least in males, the number of affected animals in the control groups was markedly higher in this strain than in three studies in CD-1 mice. It must be emphasised that this tumour is quite common in ageing mice and that Swiss mice are frequently affected (for details, see below). In this study, malignant lymphoma accounted for 54.6% of the total number of tumours when all groups are considered together.

In the most recent study in CD-1 mice by Wood et al. (2009, ASB2012-11490), there was a higher incidence of the same tumour type in high dose males (5/51 vs. 0/51 in the control group). Likewise, in the study by Sugimoto (1997, ASB2012-11493), there were a higher number of male mice affected at the exaggerated dose level of 40000 ppm (approx. 4350 mg/kg bw/day) than in the control group (6/50 vs. 2/50). In the study by Atkinson et al. (1993, TOX9552382), in contrast, there was no dose response and the incidence in the control group was similar to that at the top dose level.

In the earliest study in CD-1 mice by Knezevich and Hogan (1983, TOX9552381), malignant lymphoma was not mentioned as a separate entity but malignant lymphoblastic tumours of the lymphoreticular system in male mice did not show an increase with dose (Table 33) even though the maximum mean daily dose of 4841 mg/kg bw/day was higher than in any other study.

Table 32:   Lymphoreticular neoplasia in male CD-1 mice in the study by Knezevich and Hogan (1983, TOX9552381)

| Tumour type / dose (ppm | Males | | | |
|---|---|---|---|---|
| | **0** | **1000** | **5000** | **30000** |
| Lymphoblastic lymphosarcoma with leukaemia | 1 | 4 | 3 | 2 |
| Lymphoblastic lymphosarcoma without leukaemia | 0 | 1 | 0 | 0 |
| Composite lymphosarcoma | 1 | 0 | 1 | 0 |

| Tumour type / dose (ppm | Males | | | |
|---|---|---|---|---|
| Lymphoreticular neoplasms (total) | 2 / 48 | 5 / 59 | 4 / 50 | 2 / 49 |

If a more recent histopathological nomenclature would have been used, malignant lymphoma was covered by this data.

The data on malignant lymphoma became subject to statistical re-evaluation by means of different methods. It must be emphasised that in the first evaluation by the DS in 2013 only the statistical evaluation by the study authors according to the original study plans had been taken into account resulting in a weak but significant increase in this tumour type in high dose males and females in the study in Swiss mice but not in CD-1 mice as given in Table 31.

- For the study by Kumar (2001, ASB2012-11491), a significantly increased incidence of malignant lymphoma in males and females of the high dose group was mentioned in the study report. For analysis, the Z-test had been employed revealing a significance level of 0.002. Interestingly, when the more usual Fisher's exact test had been used, p-values of 0.077 or even 0.225 would have been obtained and the significance lost in both sexes. The trend test also provided a p-value above the significance level of 0.05, most probably because of the high control incidence (see Table 33).

Table 33: Malignant lymphoma in Swiss albino mice (Kumar, 2001, ASB2012-11491). Fisher's exact test was used to pairwise compare each treatment group to the respective control group, with p-values reported in brackets. For each sex, a Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | Males on study | Males with malignant lymphoma | Females on study | Females with malignant lymphoma |
|---|---|---|---|---|
| 0 | 50 | 10 | 50 | 18 |
| 15 | 50 | 15 (0.356) | 50 | 20 (0.837) |
| 151 | 50 | 16 (0.254) | 50 | 19 (1.000) |
| 1460 | 50 | 19 (0.077)* | 50 | 25 (0.225)* |
| Trend test (p-value) | | 0.0655 | | 0.068 |

\* The original study report indicated a statistically significant increase (p<0.05), using the Z-test.

- In contrast, re-analysis of the studies by Wood et al. (2009, ASB2012-11490) and Sugimoto (1997, ASB2012-11493) showed statistically significant increases with dose for male CD-1 mice in the trend test (Table 34 and Table 35) but a rather low or even "zero" incidence in the control groups might be behind this finding. For the data from the Wood et al. (2009, ASB2012-11490) study, a first pairwise comparison by Fisher's exact test suggested a borderline increase at the top dose level but statistical significance was not achieved (p = 0.056). This result was confirmed by the chi-square test. Also for this comparison, the very low control incidence (0/51) should be taken into consideration. No evidence of an increase in malignant lymphoma was found in females.

Table 34:  Malignant lymphoma in CD-1 mice (Wood et al., 2009, ASB2012-11490). Chi square test was used to compare each treatment group to the respective control group, with p-values reported in brackets. For each sex, a Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | Males on study | Males with malignant lymphoma | Females on study | Females with malignant lymphoma |
|---|---|---|---|---|
| 0 | 51 | 0 | 51 | 11 |
| 71 | 51 | 1 (1.000) | 51 | 8 (0.611) |
| 234 | 51 | 2 (0.475) | 51 | 10 (1.000) |
| 810 | 51 | 5 (0.067)[#] | 51 | 11 (1.000) |
| Trend test (p-value) | | 0.0037 | | 0.3590 |

[#] Chi–square test was chosen in accordance to the recommendations of the statistics package used. Using Fisher's exact test, a p-value of 0.056 (two-sided) was calculated. Depending on the tool used for calculation, the two-tailed Z-test produced p-values of 0.0220, 0.0219 and 0.067.

Table 35:  Malignant lymphoma in CD-1 mice (Sugimoto, 1997, ASB2012-11493). Fisher's exact test was used to compare each treatment group to the respective control group, with p-values reported in brackets. For each sex, a Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | Males on study | Males with malignant lymphoma | Females on study | Females with malignant lymphoma |
|---|---|---|---|---|
| 0 | 50 | 2 | 50 | 6 |
| 165 | 50 | 2 (1.000) | 50 | 4 (0.741) |
| 838 | 50 | 0 (0.495) | 50 | 8 (0.774) |
| 4348 | 50 | 6 (0.269) | 50 | 7 (1.000) |
| Trend test (p-value) | | 0.0085 | | 0.2971 |

No evidence of an increase in malignant lymphoma was obtained upon statistical re-evaluation for the study by Atkinson et al. (1993, TOX9552382) confirming the prior assumption (Table 36).

Table 36:  Malignant lymphoma in CD-1 mice (Atkinson et al., 1993, TOX9552382). Fisher's exact test was used to compare each treatment group to the respective control group, with p-values reported in brackets. For each sex, a Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | Males on study | Males with malignant lymphoma | Females on study | Females with malignant lymphoma |
|---|---|---|---|---|
| 0 | 50 | 4 | 50 | 14 |
| 100 | 50 | 2 (0.678) | 50 | 12 (0.657) |
| 300 | 50 | 1 (0.362) | 50 | 9 (0.342) |
| 1000 | 50 | 6 (0.741) | 50 | 13 (1.000) |
| Trend test (p-value) | | 0.0760 | | 0.4831 |

It may be concluded that the statistical significance of the suspected increase in malignant lymphoma in the various studies depends very much on the statistical method that is used for data analysis. When the trend test is applied, the studies by Wood et al. (2009, ASB2012-11490) and Sugimoto (1997, ASB2012-11493) provide evidence of an effect which was not the case when pairwise comparison was performed. In contrast, the increase in the study of Kumar (2001, ASB2012-11491) was not confirmed neither by the trend test nor by a different pairwise test than the Z-test that had been used first.

According to OECD criteria (OECD 116), significance in either kind of test (i.e., trend test or pairwise comparison) was sufficient to reject the hypothesis of a chance event. However, statistical significance is not the only criteria to decide whether or not an increase in a certain tumour type should be assumed as treatment-related. For a firm conclusion on the likeliness of an increase in malignant lymphoma in mice due to glyphosate exposure, the biological significance of a numerically higher tumour rate, the whole database in the species and the respective strains (i.e., historical control data on the background incidence of a given tumour type) and more aspects such as dose selection and dose response must be taken into consideration.

At first, dose selection and dose response in the individual studies might be of importance. In the studies by Wood et al. (2009, ASB2012-11490) and by Atkinson et al. (1993, TOX9552382) in CD-1 mice, comparable top doses of 810 or 1000 mg/kg bw/day were administered and a similar incidence of malignant lymphoma was noted in high dose males (5/51 or 6/50, respectively). However, the control group incidences were clearly different (0/51 vs. 4/50) resulting in a positive trend test in the study by Wood et al. (2009, ASB2012-11490) only. A dose of 4348 mg/kg bw/day was actually applied in the study by Sugimoto (1997, ASB2012-11493) as a maximum. The study was also performed in CD-1 mice and the malignant lymphoma incidence of 6/50 at the top dose level was similar to what was seen in the two studies mentioned before even though the applied dose was by four to five times higher. This is surprising since a further increase would be expected if it was a treatment-related effect. These doubts are further supported by the long-term study by Knezevich and Hogan (1983, TOX9552381) in which an even still higher dose of 4841 mg/kg bw/day was fed without an increase in lymphoreticular tumours in general. Unfortunately, malignant lymphoma was not mentioned as a particular pathological entity but it can be reasonably assumed that such tumours have been reported as "lymphoreticular neoplasia".Thus, if all four studies in CD-1 mice are taken together, there is no consistent dose response.

Then, the huge variability of spontaneous incidences of malignant lymphoma in mice as suggested by historical control data must be taken into consideration. This holds true for both Swiss and CD-1 mice as well as for other strains (Wogan and Pattengale, 1984, ASB2016-889). Unfortunately, reliable historical control data on malignant lymphoma incidence from the performing laboratories are available only for two of the glyphosate studies (Sugimoto, 1997, ASB2012-11493, and Kumar, 2001, ASB2012-11491). Therefore, it is necessary to use also data from the open literature or from industry databases even though such information is usually considered less relevant.

In the study in Swiss mice by Kumar (2001, ASB2012-11491), the historical control incidence from the performing laboratory was in a very wide range from 6 to 30% in male mice (study mean 18.4%) and from 14 to 58% in females (study mean 41.6%). Thus, the actual malignant lymphoma incidence in this study of 38% in males and 50% in females was above the mean values of the (relatively small) historical control and, for males, outside the historical control range. Of course, the relevance of this data is questionable since it was based on observations in only five studies employing in total 250 untreated control animals per sex. Nonetheless, it seems well in line with information that was found in the literature providing confirmation that Swiss mice are prone to developing lymphoreticular tumours. According to older articles, control incidences in male mice of

Swiss or Swiss-derived strains may reach 18–27.5% and exceed 36% in females (Sher, 1974, Z22020; Roe and Tucker, 1974, ASB2015-2534; Tucker, 1979, Z83266). In a more recent publication, Tadesse-Heath et al. (2000, ASB2015-2535) even mentioned a nearly 50% lymphoma (mostly of B cell origin) incidence in a colony of CFW Swiss mice but also emphasised the contribution of widespread infections with murine oncogenic viruses to the high but remarkably variable incidence of tumours of the lymphoreticular system in this species. This problem is known for long and was often addressed in the past in textbooks of virology or mouse pathology. Already more than 30 years ago, Wogan and Pattengale (1984, ASB2016-889) described the contradictory situation as follows: "The role of oncogenic viruses in many hematopoietic tumours in mice is well established. Virtually all spontaneous or induced lymphomas which have been studied in mice contain oncogenic viruses. It is also recognized that oncogenic viruses and chemicals can act synergistically on cells in vitro and in vivo to cause tumour formation. This can be manifested by either increased incidence, decreased latency, or both. This raises the important issue as to whether a chemical which induces lymphoma in mice requires the presence of a murine oncogenic virus. If so, perhaps the induction of this tumour in mice would not be relevant to human carcinogenic risk. However, since it is possible that many other species, including man, carry undetected oncogenic virus which may act with chemicals to increase tumour burdens, considerations of viral carcinogenesis do not totally resolve the questions concerning the significance of mouse lymphoma in safety testing, except to point out that the prevalence of oncogenic viruses in mice may make them highly susceptible to the induction of lymphoma, leukaemia, and perhaps other neoplasms." No information is available on possible abundance of oncogenic viruses in the mouse colonies from which the animals used in the glyphosate studies were obtained. During a teleconference (TC 117) on carcinogenicity of glyphosate hold by EFSA (EFSA, 2015, ASB2015-12200), it was mentioned by an U.S. EPA observer that the Kumar (2001, ASB2012-11491) study had been excluded from U.S. EPA evaluation due to the occurrence of viral infection that could influence survival as well as tumour incidences, especially those of lymphomas. However, in the study report itself, there was no evidence of health deterioration due to suspected viral infection and, thus, the actual basis of EPA's decision is not known.

On request of the DS, reliable historical control data was provided by the Japanese laboratory in which the study by Sugimoto (1997, ASB2012-11493) had been run. In male Crj:CD-1 (ICR) mice, incidence of malignant lymphoma in this laboratory varied very much. It ranged from 3.85% to 19.23% in the control groups from 12 studies that had been performed between 1992 and 1998 (Kitazawa, 2013, ASB2014-9146). Thus, the 12% incidence at the top dose level in the study with glyphosate was well covered by the range even though it was above the mean value of 6.33%. (In females, control incidences in the comparison studies ranged from 7.84 to 26.92% with a mean of 15.03%.)

Unfortunately, for the study of Wood et al. (2009, ASB2012-11492), the submitted historical control data was not particularly useful for the assessment. In fact, control data from a total of nine studies were submitted (Wood, 2015, ASB2015-2531) but were of not much use because incidences in male and female mice were not reported separately and since the data were apparently from the same contract research organisation but not from the same test facility. However, the mentioned study incidences ranging from 0% up to 32% (both sexes combined) show the large variability of malignant lymphoma frequency and would, theoretically, cover all male and female groups in the studies in CD-1 mice. This assumption is supported by further historical control data for CD-1 mice collected from industry databases (Giknis and Clifford, 2005, ASB2007-5200; Anonym, 2015, ASB2015-2532) or open literature (Son and Gopinath, 2004, ASB2015-2533). According to these data collections, malignant lymphoma is quite common in CD-1 mice but the reported incidences in different CD-1 strains and among the laboratories were extremely variable. Mostly, they were higher in females than in males but even in males may reach rates between 10% and 20%. The

Charles River database (Giknis and Clifford, 2005, ASB2007-5200) includes data obtained in a total of 59 studies (duration 78 to 104 weeks) in CD-1 mice. The animals were bred in four different Charles River facilities in the United States and the studies were performed in 11 laboratories in North America and Europe between 1987 and 2000. The diagnosis "malignant lymphoma" was used in 42 studies revealing study incidences ranging from a minimum of 1.45 up to a maximum of 21.67% with a total mean in all untreated animals of 4.5%. The malignant lymphoma incidences in male mice receiving the highest doses in the studies by Atkinson et al. (1993, TOX9552382), Sugimoto (1997, ASB2012-11493), and Wood et al. (2009, ASB2012-11490) accounted for not more than 12% and would fit into this range even though the mean was exceeded.

On balance, based on uncertainties with regard to partly contradictory study outcomes depending on the statistical method applied, inconsistent dose response in the individual studies, and a highly variable tumour incidence as suggested by historical control data, it is not likely that glyphosate has induced malignant lymphoma in mice. A possible role of oncogenic viruses should not be ignored. Moreover, human relevance of such an effect, if occurring only as a high-dose phenomenon as it was the case here, is considered equivocal.

Renal tumours in male mice

In the IARC evaluation (IARC, 2015, ASB2015-8421), a positive trend for renal (tubular) adenoma and carcinoma in males in the study by Knezevich & Hogan (1983, TOX9552381) was highlighted. This increase had been subject to discussion already in the 1980s when this study was evaluated for the first time by U.S. EPA. At that time, re-evaluation of the histopathological findings by a "Pathology working group (PWG)" had been requested and was performed. By the DS, the positive trend can be confirmed (Table 37) even though a pairwise comparison did not indicate a statistically significant difference to the control, neither for the adenoma nor for the carcinoma or both combined.

Table 37: Renal adenoma and carcinoma in male CD-1 mice (Knezevich and Hogan 1983, TOX9552381), based on originally reported data and re-evaluation by PWG. Fisher's exact test was used to compare each treatment group to the respective control group, with p-values reported in brackets. For each endpoint a Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | N | Original report | Re-evaluation by PWG | | |
|---|---|---|---|---|---|
| | | Adenoma | Adenoma | Carcinoma | Combined |
| 0 | 49 | 0 | 1 | 0 | 1 |
| 157 | 49 | 0 (1.000) | 0 (1.000) | 0 (1.000) | 0 (1.000) |
| 814 | 50 | 1 (1.000) | 0 (0.495) | 1 (1.000) | 1 (1.000) |
| 4841 | 50 | 3 (0.242) | 1 (1.000) | 2 (0.495) | 3 (0.617) |
| Trend test (p-value) | | 0.0080 | 0.2473 | 0.0370 | 0.0339 |

For a more comprehensive assessment and to provide a broader view, the incidence of renal tumours in all long-term studies in male CD-1 mice was considered (Table 38). From this overview, it becomes clear that such tumours are rare but still may also occur in untreated animals. A numerically higher incidence in adenoma was seen in the study by Sugimoto (1997, ASB2012-11493) and, again, this increase was confined to male mice receiving the highest dose. Thus, there

was an increase in renal tumour incidence over the overall control level in the two studies in which extremely high dose levels of 4841 or 4348 mg/kg bw/day) had been administered. The top dose levels in the studies by Wood et al. (2009, ASB2012-11490) and by Atkinson et al. (1993, TOX9552382) were much lower and no increase in renal tumours was seen. However, it must be emphasised that the same number of animals was affected in the study by Atkinson et al. (1993, TOX9552382) in the control and low dose groups as in the study by Sugimoto (1997, ASB2012-11493) at the top dose level and that the difference to 3/50 affected mice in the study by Knezevich and Hogan (1983, TOX9552381) was only marginal. Even though no historical control data from the performing laboratories was provided, a simple comparison of the control groups in the individual studies with glyphosate suggests that renal tumours may occur in untreated control males at a similar incidence than in the groups receiving very high doses.

Table 38:   Incidences of renal tubule tumours in the four available glyphosate studies in male CD-1 mice

| Study | Knezevich and Hogan, 1983, TOX9552381 | Atkinson et al., 1993, TOX9552382 | Sugimoto, 1997, ASB2012-11493 | Wood et al., 2009, ASB2012-11490 |
|---|---|---|---|---|
| Dose levels | 0, 1000, 5000, 30000 ppm | 0, 100, 300, 1000 mg/kg bw/d | 0, 1600, 8000, 40000 ppm | 0, 500, 1500, 5000 ppm |
| Control | 1 / 49 | $2^{\#}$ / 50 | 0 / 50 | 0 / 51 |
| Low dose | 0 / 49 | $2^{\#}$ / 50 | 0 / 50 | 0 / 51 |
| Mid dose | $1^{\#}$ / 50 | 0 / 50 | 0 / 50 | 0 / 51 |
| High dose | $3^{\#\#}$ / 50 | 0 / 50 | 2 / 50 | 0 / 51 |

$^{\#}$ including one carcinoma; $^{\#\#}$ including two carcinomas

With regard to malignancy, carcinoma were reported by the PWG when re-evaluating the study by Knezevich and Hogan (1983, TOX9552381) and also by Atkinson et al. (1993, TOX9552382). In contrast, both renal tumours found by Sugimoto (1997, ASB2012-11493) were benign. It should be kept in mind that it is difficult to discriminate between benign and malignant renal tubule tumours and, thus, combined incidence might provide the most appropriate figure.

No renal tubule tumours were seen in female mice in any of these studies.

In order to provide a complete picture, renal tumour incidences in male mice in the study by Kumar (2001, ASB2012-11491) in Swiss mice are given in Table 39 even though this study is not being considered further since another strain was employed. In total, 3 renal tumours (described as adenoma) were observed, affecting both the mid and high dose groups. According to the original study report, all neoplasia were assessed for statistical significance by means of the Z-test which was apparently negative. A Cochran-Armitage test for trend and a Peto test were also mentioned by the study author, however, it is not clear if trend analysis has been actually performed. When the renal tumours were re-analysed by the DS, there was a positive linear trend whereas Fisher's exact test failed to indicate a significant difference. No renal tumours were seen in female Swiss albino mice and there was no evidence of concomitant kidney pathology neither in males nor in females.

Table 39:   Renal tubular tumours adenoma in male Swiss mice (Kumar 2001, ASB2012-11491). Fisher's exact test was used to compare each treatment group to the

respective control group, with p-values reported in brackets. A Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | Males on study | Adenoma |
|---|---|---|
| 0 | 50 | 0 |
| 15 | 50 | 0 (1.000) |
| 151 | 50 | 1 (1.000) |
| 1460 | 50 | 2 (0.495) |
| Trend test (p-value) |  | 0.0390 |

Even if not fully comparable because of the strain differences, it should be remembered that the top dose incidence of 2/50 in this study was the same as seen in CD-1 mice in the study by Atkinson et al. (1993, TOX9552382) in the control and low dose groups.

With respect to CD-1 mice, the finding in the study by Sugimoto (1997, ASB2012-11493) was also subject to statistical re-evaluation for trend by the DS revealing a positive result (Table 40), most probably due to the "zero" incidence in the control group. As to be expected because of the low number of affected mice at the top dose level, the pairwise comparison (as performed also according to the original report) did not indicate a statistically significant difference.

Table 40: Renal tubular tumours adenoma in CD-1 mice (Sugimoto, 1997, ASB2012-11493). Fisher's exact test was used to compare each treatment group to the respective control group, with p-values reported in brackets. A Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | Males on study | Adenoma |
|---|---|---|
| 0 | 50 | 0 |
| 165 | 50 | 0 (1.000) |
| 838 | 50 | 0 (1.000) |
| 4348 | 50 | 2 (0.495) |
| Trend test (p-value) |  | 0.0078 |

On the basis of this data, it cannot be clearly distinguished whether the small increase in a rare renal tumour in mice at exaggerated dose levels that have been applied for 2 years or at least 18 months could be attributed to glyphosate itself and its toxicity, was due to long-lasting renal excretion of large amounts of an otherwise more or less inert substance or rather a chance event. The whole database, quantitative (dose) and mechanistic considerations as well as historical control data should be taken into account.

It must be emphasised that a higher number of male CD-1 mice bearing renal tumours as compared to the concurrent controls were only seen in the studies by Sugimoto et al. (1997, ASB2012-11493) and by Knezevich and Hogan (1983, TOX9552381) at the maximum doses of 4348 or even 4841 mg/kg bw/day and, therefore, cannot be either supported or contravened by the other studies in which lower maximum doses of up to 1000 mg/kg bw/day had been applied, i.e., those of Atkinson et al. (1993, TOX9552382) and Wood et al. (2009, ASB2012-11490). For the study in Swiss mice, there is no other study to match it. If increased tumour incidences are found only at the highest dose levels in a lifetime study, the occurrence of a confounding effect of excessive toxicity

should be regarded very critically. Dose levels of >4000 mg/kg bw per day were well in excess of the limit dose for carcinogenicity testing (1000 mg/kg bw per day) as recommended by OECD guidance document 116. The OECD test guideline 451 for carcinogenicity studies does not give a precise recommendation but states that the highest dose level should elicit signs of minimal toxicity, with depression of body weight gain of less than 10%. However, in the studies by Sugimoto et al. (1997, ASB2012-11493) and by Knezevich and Hogan (1983, TOX9552381), however, the body weight gain in high dose males was decreased by more than 15% compared to controls. Mean terminal body weight of top dose males in the Knezevich and Hogan (1983, TOX9552381) study was by 11% lower than in the controls. In addition, there were gastrointestinal signs and lesions in the first and a significant increase in central lobular hepatocyte hypertrophy and central lobular hepatocyte necrosis suggesting some liver toxicity in the second study (see Table 30). Of particular interest was the observation of some kidney pathology in the study by Knezevich and Hogan (1983, TOX9552381). There was a positive trend for chronic interstitial necrosis in males with 12/50 affected in the high dose group versus 5/49 in the control. In females, there was a dose-related increase in proximal tubule epithelial basophilia and hypertrophy which were not seen among untreated control animals at all. Another finding in the urogenital tract in the same study was slight to mild urothelial hyperplasia in the bladder in mid and high dose males. The percentage of affected animals accounted for 6% in both the control and low dose groups but for 20% in the mid dose and for 16% in the high dose group. Even though there was no clear dose response, it may be assumed that glyphosate (acid) when administered at high doses might produce mucosal irritation. To conclude, there is some evidence that the MTD was exceeded in both studies at the highest dose level at which the number of tumour-bearing mice was slightly increased.

As outlined above in the section on mutagenicity, a genotoxic mode of action is unlikely. Occurrence of non-neoplastic lesions in the kidney was confined to an exaggerated dose level in the study by Knezevich and Hogan (1983, TOX9552381) in mice (see paragraph above) and papillary necrosis in a long-term study in male Wistar rats receiving more than 1200 mg/kg bw/day (Brammer, 2001, ASB2012-11488). On the other hand, the orally absorbed amount of ingested glyphosate is virtually completely and chemically unchanged eliminated in the urine (see section on toxicokinetics and metabolism above) and glyphosate acid is a known irritant to the eyes (see section above). However, it is questionable if irritation would sufficiently explain tumour formation in the kidney.

Historical control data from the Charles River Laboratories is available for Crl:CD1 (ICR) mice, based on 52 studies of at least 78 weeks duration that were performed between 1987 und 2000. From this data, it becomes clear that renal tumours are quite rare since adenoma were seen in five and carcinoma in four studies only. The maximum incidence for adenoma was 4% and for carcinoma 2% (Giknis and Clifford, 2005, ASB2007-5200). The top dose finding of 2/50 in the study by Sugimoto (1997, ASB2012-11493) is at the upper edge of adenoma frequency. In the study by Knezevich and Hogan (1983, TOX9552381) which is not actually covered by the timeframe of the historical database, the adenoma incidence (2%) at the top dose level would be inside the historical range whereas a carcinoma incidence of 4% was above. However, it is very difficult to distinguish between malign and benign kidney tumours and progression is frequent.

To conclude, it is not likely that the renal tumours in male mice are treatment-related for the following considerations:

- Even the incidences of affected animals at exaggerated doses exceeding the OECD-recommended limit of 1000 mg/kg bw/day and also the MTD were not statistically significantly increased when compared with the concurrent controls.
- If the whole database is taken into account, it becomes apparent that the top dose incidences in the studies by Sugimoto (1997, ASB2012-11493) and by Kumar (2001, ASB2012-11491) are the same as in the study by Atkinson et al. (1993, TOX9552382) in both the control and low dose groups and the number of affected males in the study by Knezevich and Hogan (1983, TOX9552381) was only slightly higher (3 vs. 2).
- Even the incidences at exaggerated doses are covered by the historical control range.
- No pre-neoplastic kidney lesions have been observed in treated animals.
- There is no plausible mechanism.

Haemangiosarcoma in male mice

Another tumour type was observed by Atkinson et al. (1993, TOX9552382) and highlighted by IARC. Again, the trend test was positive even though a pairwise comparison failed to indicate statistical significance. This holds true also for the study by Sugimoto (1997, ASB2012-11493) when re-evaluated by the DS (Table 41).

Table 41: Haemangiosarcoma in male CD-1 mice (Atkinson et al., 1993, TOX9552382; Sugimoto, 1997, ASB2012-11493). Fisher's exact test was used to compare each treatment group to the respective control group, with p-values reported in brackets. A Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | N | Haemangiosarcoma | Dose (mg/kg bw/day) | N | Haemangiosarcoma |
|---|---|---|---|---|---|
| Atkinson et al. (1993, TOX9552382) | | | Sugimoto (1997, ASB2012-11493) | | |
| 0 | 50 | 0 | 0 | 50 | 0 |
| 100 | 50 | 0 (1.000) | 165 | 50 | 0 (1.000) |
| 300 | 50 | 0 (1.000) | 838 | 50 | 0 (1.000) |
| 1000 | 50 | 4 (0.059) | 4348 | 50 | 2 (0.495) |
| Trend test (p-value) | | 0.0004 | | | 0.0078 |

With regard to the other studies in CD1 mice, there were no haemangiosarcoma in the study by Wood et al. (2009, ASB2012-11490) in the vascular system up to the highest dose level of approx. 810 mg/kg bw/day. However, if also tumours of this type in the liver and/or kidney were taken into account, the incidence was 2/51 (control), 1/51 (71 mg/kg bw/day), 2/51 (234 mg/kg bw/day), and, again, 1/51 at the top dose level of 810 mg/kg bw/day. In the earliest study by Knezevich and Hogan (1983, TOX9552381), haemangiosarcoma was not listed as a particular histopathological entity but was observed in the spleen of one mid-dose male animal (1/50). Incidence in females, in all studies in CD-1 mice, varied between 0 and 2 but there was no dose response and the tumour occurred also in the controls (1/51 in the study by Wood et al., 2009, ASB2012-11490).

In the study by Kumar (2001, ASB2012-11491) in Swiss mice, there was no evidence of a treatment-related increase in haemangiosarcoma. This tumour type was found in one mid dose male and one control female only. Thus, this study in another strain does not need to be considered in this context.

Despite the positive trend test in two studies in CD-1 mice, this finding is not considered treatment related. According to Atkinson et al. (1993, TOX9552382), the historical control incidence in the performing laboratory ranged from 0/50 to 4/50 and, thus, would cover the incidence at the top dose level. This historical data was based on a total of six 2-year studies in CD-1 mice from the same laboratory and had been accepted by the JMPR in its 2004 evaluation of glyphosate although it was not mentioned in the study report when these studies had been performed. For the other studies with glyphosate, no historical data on haemangiosarcoma incidence in the performing laboratories is available.

Historical control data provided by Charles River indicate a very variable incidence of haemangiosarcoma. On different sites of the body, tumours of this type were seen in untreated control animals in 8 of 52 studies. The incidence varied between 1.67 and 12% (Giknis and Clifford, 2005, ASB2007-5200) covering the top dose findings in the glyphosate studies. .in mice

Furthermore, since Sugimoto (1997, ASB2012-11493) employed a more than four times higher top dose than Atkinson et al. (1993, TOX9552382), a markedly higher haemangiosarcoma incidence would have been expected if this tumour was in fact treatment-related.

Thus, there is not sufficient and convincing evidence to consider haemangiosarcoma in male mice treatment-related and sufficient for classification.

In Table 42, incidences of the three tumour types under discussion in male CD-1 mice in the four glyphosate studies are summarised with regard to dose response. This compilation allows a comparative view on all four studies in male CD-1 mice. It becomes apparent that all these tumours were present over the whole dose spectrum and in were observed in the control groups as well. No consistent increase was seen. If historical control data from the Charles River Laboratories is taken into account, all tumour incidences in all control and treated groups were below the maxima of the historical control data even though the mean values were always exceeded and, with regard to renal tumours, the top dose incidence in the study by Knezevich and Hogan (1983, TOX9552381) was at the upper boundary of the range when adenoma and carcinoma were combined.

The highest incidences were observed in groups receiving very high doses of glyphosate, i.e., 4841 mg/kg bw/day in case of renal tumours, 1000 and 4348 mg/kg bw/day in case of malignant lymphoma and 1000 mg/kg bw/day with regard to haemangiosarcoma. These dose levels were at or far above the recommended limit for testing of 1000 mg/kg bw/day. It is noteworthy that no similar or stronger increase of the latter two tumour types was seen in concurrent studies in which similar or even higher doses were administered. Concerning renal tumours, it should be acknowledged that in fact 3/50 animals were affected at a dose level of 4841 mg/kg bw/day but the number of cases in untreated controls or at a dose level of ca 100 mg/kg bw was 2/50 in another study suggesting that this tumour, even if rare, is not uncommon in male CD-1 mice. To conclude, over a wide dose range, there is no evidence of a consistent increase in any tumour type in male CD-1 mice.

CLH REPORT FOR GLYPHOSATE

Table 42:   Summary of selected tumour incidences in male CD-1 mice from four studies with glyphosate and historical control data.

| Dose (mg/kg bw per day) | HC, Maximum % found | 0 | 0 | 0 | 0 | 71 | 100 | 157 | 165 | 234 | 300 | 810 | 814 | 838 | 1000 | 4348 | 4841 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Study | | A | B | C | D | D | B | A | C | D | B | D | A | C | B | C | A |
| Study duration (months) | | 24 | 24 | 18 | 18 | 18 | 24 | 24 | 18 | 18 | 24 | 18 | 24 | 18 | 24 | 18 | 24 |
| Survival | | 20/50 | 26/50 | 26/50 | 39/51 | 41/51 | 25/50 | 16/50 | 34/50 | 39/51 | 29/50 | 35/51 | 17/50 | 27/50 | 25/50 | 29/50 | 26/50 |
| Renal tumours[#] | 4 (adenoma) 2 (carcinoma) | 1/49 | 2/50 | 0/50 | 0/51 | 0/51 | 2/50 | 0/49 | 0/50 | 0/51 | 0/50 | 0/51 | 1/50 | 0/50 | 0/50 | 2/50 | 3/50 |
| Malignant lymphoma[*] | 21.7 | 2/48 | 4/50 | 2/50 | 0/51 | 1/51 | 2/50 | 5/49 | 2/50 | 2/51 | 1/50 | 5/51 | 4/50 | 0/50 | 6/50 | 6/50 | 2/49 |
| Haemangiosarcoma[**] | 12.0 | 0/48 | 0/50 | 0/50 | 2/51 | 1/51 | 0/50 | 0/49 | 0/50 | 2/51 | 0/50 | 1/51 | 1/50 | 0/50 | 4/50 | 2/50 | 0/49 |

Study: A = Knezevich and Hogan (1983, TOX9552381), PWG re-evaluation; B = Atkinson et al. (1993, TOX9552382); C = Sugimoto (1997, ASB2012-11493); D = Wood et al. (2009, ASB2012-11492).

[#] Renal tumours: combined incidence of adenoma and carcinoma given for individual studies.

[*] Study A: Malign lymphoblastic tumours (3 categories) instead of malignant lymphoma which was not mentioned as a pathological entity.

[**] Whole body/multiple organ.

Highlighted in grey – dosage exceeded the OECD-recommended limit dose of 1000 mg/kg bw/day and the MTD.
HC: Historical control data for Crl:CD-1 (ICR) mice from Charles River Laboratories (Giknis and Clifford, 2005, ASB2007-5200)