# EXHIBIT 24

Docket Number EPA-HQ-OPP-2009-0361
www.regulations.gov



# Glyphosate

# Proposed Interim Registration Review Decision
# Case Number 0178

# April 2019

Approved by: _____

Charles "Billy" Smith
Acting Director
Pesticide Re-evaluation Division

Date: ____4/23/19____

Docket Number EPA-HQ-OPP-2009-0361
www.regulations.gov

**Table of Contents**

I.     INTRODUCTION ....................................................................................................................3
   A.   Summary of Glyphosate's Registration Review ..........................................................4
   B.   Updates Since the Issuance of the Glyphosate Risk Assessments ...............................6
   C.   Summary of Public Comments on the Draft Risk Assessments and Agency Responses..............6
II.    USE AND USAGE ..............................................................................................................18
III.    SCIENTIFIC ASSESSMENTS........................................................................................19
   A.   Human Health Risks...................................................................................................19
      1.   Risk Summary ......................................................................................................19
      2.   Human Incidents and Epidemiological Analysis .................................................23
      3.   Tolerances ............................................................................................................24
      4.   Human Health Data Needs ...................................................................................25
   B.   Ecological Risks..........................................................................................................25
      1.   Risk Summary ......................................................................................................25
      2.   Ecological Incidents .............................................................................................30
      3.   Ecological and Environmental Fate Data Needs ..................................................32
   C.   Risk Characterization .................................................................................................32
   D.   Benefits Assessment...................................................................................................34
IV.    PROPOSED INTERIM REGISTRATION REVIEW DECISION...................................35
   A.   Proposed Risk Mitigation and Regulatory Rationale .................................................35
      1.   Spray Drift Management.......................................................................................35
      2.   Herbicide Resistance Management .......................................................................37
      3.   Non-target Organism Advisory Statement ...........................................................37
      4.   Label Consistency Measures.................................................................................38
   B.   Tolerance Actions .......................................................................................................40
   C.   Proposed Interim Registration Review Decision .......................................................40
   D.   Data Requirements......................................................................................................40
V.    NEXT STEPS AND TIMELINE ......................................................................................40
   A.   Proposed Interim Registration Review Decision .......................................................40
   B.   Implementation of Mitigation Measures ....................................................................41
   Appendix A:  Summary of Proposed Actions for Glyphosate....................................................42
   Appendix B:  Proposed Labeling Changes for Glyphosate Products .........................................43
   Appendix C.  Proposed Maximum Application Rates for Glyphosate Ground and Aerial Application 48
   Appendix D:  Endangered Species Assessment...........................................................................53
   Appendix E:  Endocrine Disruptor Screening Program...............................................................54

Docket Number EPA-HQ-OPP-2009-0361
www.regulations.gov

concentration, a 10 kg child would have to consumer approximately 385 liters of orange juice
every day to reach the chronic reference dose of 1 mg/kg/day (the maximum acceptable oral dose
that is the threshold of concern).

EPA evaluated dietary exposure to all population subgroups, including children, infants, and
women of child-bearing age. There were no dietary risks of concern for glyphosate using an
unrefined analysis, which (1) assumes that all food commodities contain maximum legal residues
(*i.e.*, tolerance-level residues) and all registered food crops have been treated with glyphosate,
and (2) uses high-end estimates of glyphosate in drinking water.

Commenters point to the use of glyphosate as a pre-harvest desiccant for wheat as a source of
glyphosate residues in cereal products. The wheat desiccant use was considered in the agency's
dietary risk assessment; EPA assumed maximum legal residues in wheat and other cereal grains.
Taking exposures from those residues into consideration in its most recent human health risk
assessment, EPA's estimation of risk from aggregate exposure to glyphosate, even including
residues from pre-harvest desiccant use on wheat, is below the agency's level of concern.
However, the agency has received a petition from the Environmental Working Group concerning
the tolerance for oats and pre-harvest use on oats for which the agency is taking public comment.
Additional information is described in section I.B of this document.

## Comments on Formulations Toxicity:

Many commenters expressed concerns that glyphosate formulations are more toxic than
glyphosate alone and questioned the toxicity of inert ingredients and the lack of transparency for
inert ingredients and other contaminants in pesticide products.

**The EPA Response:** Most pesticide products contain substances in addition to the active
ingredient (known as inert ingredients) which aid in the performance and effectiveness of the
pesticide product. All active and inert ingredients must be approved by the agency when a
pesticide product is first registered, including for glyphosate products. Since there are over 500
glyphosate products registered at different times in the US, the agency has assessed new inert
ingredients at multiple points over the years for different formulations of glyphosate. The EPA
evaluates the active and inert ingredients' hazard potential (*i.e.,* toxicity) with a battery of
toxicity data. Any contaminants or impurities associated with formulation components must be
reported to the agency and evaluated on a case-by-case basis. The agency reviews the amount in
the formulation, the manufacturing information, and information on what steps are taken to limit
or remove impurities. EPA can require that any inert ingredients of toxicological concern be
listed in the ingredients statement of the label if determined to pose a hazard to humans or the
environment (CFR § 156.10(g)(7)).

Glyphosate has been studied in a multitude of studies, including on multiple formulations that
contain glyphosate. All studies of adequate scientific caliber that the Agency was aware of were
incorporated into the risk assessment. For the glyphosate ecological risk assessment, ecotoxicity
data on glyphosate formulations were reviewed in addition to data on glyphosate alone and
relevant studies were summarized in the *Registration Review – Preliminary Ecological Risk
Assessment for Glyphosate and its Salts*.

10

Docket Number EPA-HQ-OPP-2009-0361
www.regulations.gov

For human health risk assessment, the EPA searched the open literature to find glyphosate
formulations toxicity data but there are few research projects that have attempted to directly
compare technical grade glyphosate to the formulations under the same experimental design.
Furthermore, there are even fewer instances of studies comparing toxicity across formulations.
Most studies using commercial formulations identified as part of EPA's review were *in vitro*
studies, which are difficult to translate into *in vivo* effects where metabolism and clearance
would play a large role in potential toxicity. EPA gave *in vivo* studies greater weight, however
none of the *in vivo* studies with commercial formulations were found to be of adequate quality
for use in human risk assessment. Common limitations observed in *in vivo* formulations studies
include: lack of test material information, exposure conditions not adequately
described/documented, data were presented only as graphs and measures of variability were not
included, samples sizes were too small or not reported, only one dose was tested, age/health of
study animals were not reported, and a mode of action/adverse outcome pathway was not
established.

The EPA has been collaborating with the National Toxicology Program (NTP) of the National
Institute of Environmental Health Sciences to develop research intended to evaluate the role of
glyphosate in product formulations and the differences in formulation toxicity. The results of this
research will be considered when available. Additional information on the NTP research plan for
glyphosate is available online: https://ntp.niehs.nih.gov/results/areas/glyphosate/index.html.

If at any time, information becomes available that indicates adverse human health effects of
concern for exposure to glyphosate or its formulations, the EPA intends to review it and
determine the appropriate regulatory action.

**Comments About the Monarch Butterfly:**

Many commenters such as the Center for Food Safety, Center for Biological Diversity, Natural
Resource Defense Council, and Beyond Pesticides expressed concerns that the EPA's risk
assessment is not protective of monarch butterflies and plant resources for monarchs, such as
milkweed. In general, commenters asserted that the EPA has not done enough to protect monarch
butterflies when monarch populations have been in decline in recent decades. Commenters urged
the EPA to restrict or ban glyphosate on the grounds that it is killing milkweed, a key resource
for monarch butterfly larvae.

**The EPA Response:** Monarch butterfly conservation is an important issue for the agency. While
herbicides like glyphosate have been implicated in the decline of the monarch butterfly
population, it is not known to what extent pesticides in general may play a role. It is important to
note that threats to the monarch butterfly population are multi-pronged and include loss of
breeding habitat, loss of overwintering habitat in Mexico,[2] changes in weather patterns
(including winter storms), disease, and other factors.[3]

[2] Vidal, O., Lopez-Garcia, J., and Rendon-Salinas, E. (2014), Trends in Deforestation and Forest Degradation after a
Decade of Monitoring in the Monarch Butterfly Biosphere Reserve in Mexico. *Conservation Biology*, 28: 177-186.
[3] Agrawal, A. and Inamine, H. (2018), Mechanisms behind the monarch's decline. *Science*, 22: vol. 360, Issue 6395,
pp.1294-1296.