# EXHIBIT 26

```
 1                SUPERIOR COURT OF CALIFORNIA

 2                     COUNTY OF ALAMEDA

 3      BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING

 4                     DEPARTMENT NUMBER 21

 5                          ---oOo---

 6   COORDINATION PROCEEDING        )
     SPECIAL TITLE (RULE 3.550)     )
 7                                  )
     ROUNDUP PRODUCTS CASE          )   JCCP No. 4953
 8                                  )
     _____)
 9                                  )
     THIS TRANSCRIPT RELATES TO:    )
10                                  )
     Pilliod, et al.                )   Case No.  RG17862702
11          vs.                     )
     Monsanto Company, et al.       )   Pages 3075 - 3301
12   _____)   Volume 19

13

14

15            Reporter's Transcript of Proceedings

16               Thursday, April 11, 2019

17

18
     Reported by: Kelly L. Shainline, CSR No. 13476, RPR, CRR
19                Lori Stokes, CSR No. 12732, RPR
                  Stenographic Court Reporters
20

21

22

23

24

25
```

BARS
BAY AREA REPORTING
SOLUTIONS
888.526.8243
www.BayAreaReportingSolutions.com

3075

```
 1      APPEARANCES OF COUNSEL:

 2

 3      For Plaintiffs:

 4          THE MILLER FIRM, LLC
            108 Railroad Avenue
 5          Orange, Virginia  22960
            (540)672-4224
 6          BY:  MICHAEL J. MILLER, ATTORNEY AT LAW
                 mmiller@millerfirmllc.com
 7

 8          BAUM HEDLUND ARISTEI & GOLDMAN PC
            10940 Wilshire Boulevard, 17th Floor
 9          Los Angeles, California 90024
            (310) 207-3233
10          BY:  R. BRENT WISNER, ATTORNEY AT LAW
                 rbwisner@baumhedlundlaw.com
11               PEDRAM ESFANDIARY, ATTORNEY AT LAW
                 pesfandiary@baumhedlundlaw.com
12

13

14         (APPEARANCES CONTINUED ON FOLLOWING PAGE)

15

16

17

18

19

20

21

22

23

24

25
                                                              3076
```

```
1                   Is the actual stuff that's in this bottle,
2       does that actually contain formaldehyde?
3              A.    Yes.
4              Q.    Okay.  All right.  So what's the other
5       contaminant?
6              A.    The next one in terms of significance is
7       ethylene oxide.
8              Q.    How do you spell that out?
9              A.    E-T-H-Y-L-E-N-E oxide.
10             Q.    What is ethylene oxide, sir?
11             A.    It's a sterilization gas.  It kills every type
12      of biological life on earth.  It is an extremely
13      powerful sterilizing gas.  But it's also extremely
14      mutagenic and a class A human carcinogen.
15                   It's also very volatile.  It boils at a
16      subzero boiling point.  So when it's in a solution, it
17      has a tremendous tendency to come out of that solution
18      into what we call the head space of a container.
19                   So if I had this zero head space bottle of
20      water, it wouldn't be a problem.  But if I had a little
21      air in the bottle, as one of our jurors has sitting
22      there, that over time that air in the bottle, the
23      ethylene oxide would accumulate in that air space.
24             Q.    So this bottle here has been sealed for a
25      couple of years.  In your opinion -- well, let me back
```

1   up.
2           Is this stuff in the Roundup?
3       **A.**   Yes.
4       **Q.**   And you said it accumulates in the head space.
5   So this actually has Roundup that's been sitting in here
6   for a while.  If I were to open up this cap, what would
7   happen?
8       **A.**   There would be ethylene oxide escaping from
9   that head space.
10          Now I want to point out the ethylene oxide in
11  Roundup presents no harm, no problem when you're out
12  spraying.  It's too dilute.  The only problem is what
13  can accumulate in that head space in the bottle.
14      **Q.**   So if it's been stored for a while, that's
15  when it becomes dangerous?
16      **A.**   Yes.
17      **Q.**   Okay.  All right.  What's the other
18  contaminant?
19      **A.**   Well, probably in terms of significance,
20  1,4-dioxane.  It's "1 comma 4 hyphen dioxane,"
21  D-I-O-X-A-N-E.
22          And, again, all of these are reactants.
23  They're not in any way deliberately put into the
24  product.  They form when the product is made, in crude
25  form, so it's part of the production process.

3132