# EXHIBIT 27



** CONFIDENTIAL **

Deposition of
**Charles Benbrook, Ph.D.**

**Date:** May 23, 2018

**Case:** Ronald Peterson and Jeff Hall v. Monsanto Company, et al.

**No.** 1622-CC01071

**Court Reporter:** Patsy D. Jacoy, CCR

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513
Email:  sarah@spreporting.com

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

STATE OF MISSOURI

_____

RONALD PETERSON and JEFF HALL,        )
                                      )
              Plaintiff(s),           )
                                      )
        vs.                           )    1622-CC01071
                                      )
MONSANTO COMPANY; OSBORN &            )
BARR COMMUNICATIONS, INC.;            )
OSBORN & BARR HOLDINGS, INC.,         )
                                      )
              Defendant(s).           )

_____

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

CHARLES BENBROOK, Ph.D.

**CONFIDENTIAL**

_____


8:30 A.M.

MAY 23, 2018

QUALITY INN & SUITES CONFERENCE CENTER

700 PORT DRIVE

CLARKSTON, WASHINGTON




REPORTED BY:  PATSY D. JACOY, CCR 2348

Page 2

1
2        A P P E A R A N C E S
3
4    FOR THE PLAINTIFFS:
     TIMOTHY LITZENBURG
5    The Miller Firm LLC
     The Sherman Building
6    108 Railroad Avenue
     Orange, VA 22960
7    540.672.4224
     tlitzenburg@millerfirmllc.com
8

9    FOR THE DEFENDANT MONSANTO:

10   GRANT W. HOLLINGSWORTH
     Hollingsworth LLP
11   1350 I Street N.W.
     Washington, DC 20005
12   202.898.5800
     ghollingsworth@hollingsworthllp.com
13   SARAH A. KRAJEWSKI
     Winston & Strawn
14   35 W. Wacker Drive
     Chicago, IL 60601
15   312.558.8132
     skrajewski@winston.com
16
17   FOR THE DEFENDANTS OSBORN & BARR:
18   JENNIFER E. HOEKEL
     Armstrong Teasdale LLP
19   7700 Forsyth Blvd., Suite 1800
     St. Louis, MO 63105
20   314.621.5070
     jhoekel@armstrongteasdale.com
21
22   ALSO PRESENT:  STEPHAN ANDREYCHUK, Video Operator
23
24
25

Page 3

1            I N D E X
2
3    EXAMINATION BY:            PAGE(S)
4      BY MR. HOLLINGSWORTH        11
5      BY MS. HOEKEL:            325
6      BY MR. HOLLINGSWORTH:        338
7      BY MR. LITZENBURG        417
8
9
10   EXHIBITS FOR IDENTIFICATION        PAGE
11   Exhibit 1   12/12/17 EPA Memorandum,    93
12   Exhibit 2   Code of Federal        95
13        Regulations, Subpart F -
14        Tocology
15   Exhibit 3   158.400 Product performance    112
16        data requirements table
17   Exhibit 4   EFSA Statement regarding    141
18        the EU assessment of
19        glyphosate and the
20        so-called "Monsanto papers"
21   Exhibit 5   EPA Risk Assessment    173
22        Guidelines of 1986
23   Exhibit 6   April 1996 Proposed    174
24        Guidelines For Carcinogen
25        Risk Assessment

Page 4

1    Exhibit 7   March 2005 Guidelines For    175
2        Carcinogen Risk Assessment
3    Exhibit 8   1996 Food Quality Protection    188
4        Act Implementation Plan
5    Exhibit 9   Pesticide residue tolerance    194
6        decision with respect to
7        alkyl amine polyalkoxylates
8    Exhibit 10   PRN 97-1: Agency Actions    198
9        under the Requirements of
10        the Food Quality Protection
11        Act
12   Exhibit 11   EPA 40 CFR Part 180    201
13   Exhibit 12   Article entitled Is it time    217
14        to reassess current safety
15        standards for
16        glyphosate-based herbicides?
17   Exhibit 13   July 22, 1996 EPA memo    233
18        regarding good laboratory
19        practice standards
20        inspection on
21        September 14 through 17,
22        1993, MONGLY00158466-158508
23   Exhibit 14   Parry report from August 18,    237
24        1999
25

Page 5

1    Exhibit 15   Study titled, Genotoxic    243
2        Potential of Glyphosate
3        Formulations:
4        Mode-of-Action
5        Investigations,
6        MONGLY02413658-2413664
7    Exhibit 16   Evaluation of the potential    249
8        genotoxicity of Glyphosate,
9        Glyphosate mixtures and
10        component surfactants by
11        James Parry,
12        MONGLY01314233-1314267
13   Exhibit 17   A Study of the Short-Term    258
14        Effects of MON 35050 in Male
15        CD-1 Mice,
16        MONGLY00204822-00204868
17   Exhibit 18   The Salmonella typhimurium    265
18        reverse mutation by MON
19        77280,
20        MONGLY02638195-2638235
21   Exhibit 19   Revised Glyphosate Issue    268
22        Paper: Evaluation of
23        Carcinogenic Potential,
24        EPA's Office of Pesticide
25        Programs, December 12, 2017

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

HIGHLY                 Charles Benbrook, Ph.D.              HIGHLY
CONFIDENTIAL                  May 23, 2018                CONFIDENTIAL

Page 274

1    Q. (BY MR. HOLLINGSWORTH) Sir, you mentioned
2  impurities in your report, the impurities that results
3  from the glyphosate manufacturing process. Do you
4  recall that?
5    A. Uh-huh.
6    Q. Okay.
7    A. A short, very short section.
8    Q. Sure. And you specifically mention NNG and
9  formaldehyde, correct?
10   A. Correct.
11   Q. Every aspect of the -- first of all,
12  impurities are monitored by EPA and for the -- for
13  formaldehyde and NNG they're modified -- they're
14  monitored to make sure that they are below specified
15  limits, correct?
16   A. Well, yeah, when the agency is aware of their
17  presence and especially if they have a toxicological
18  concern about them, impurities can get a lot of
19  attention in the regulatory process. For example,
20  dioxin in some of the phenoxy herbicides was the
21  primary basis of concern about the toxicity of those
22  products.
23   Q. EPA's position, the detection -- is -- let me
24  restate that.
25     To be clear, it is EPA's position that the

Page 275

1  detections of impurities below regulatory limits are
2  not carcinogenic concerns, correct?
3    A. Well, yes, in general, they would -- they
4  would assess the levels and risk associated with the
5  impurities in essentially the same way they would the
6  active ingredient. They would apply kind of the same
7  standards, yeah.
8    Q. And when testing the active ingredient, they
9  can, in fact, test the impurities in the active
10  ingredient, correct?
11   A. Well, EPA doesn't -- doesn't do those tests
12  really. It's the -- they require the companies to do,
13  you know, environmental fate studies and residue
14  metabolism studies. That's where they would pick up
15  the impurities is in the residue database as part of
16  the tolerance-setting process.
17   Q. EPA monitors the company's data on
18  glyphosate-based herbicides and determines whether the
19  impurities are below specified limits, correct?
20   A. When -- yes, when they become aware that
21  there's a -- a potential for impurities in one of the
22  manufacturing processes, they'll take that into account
23  in making a decision on the tolerances.
24   Q. Do you claim that Monsanto's glyphosate-based
25  herbicides ever had impurities that existed in amounts

Page 276

1  above the EPA certified limits?
2     MR. LITZENBURG: Object to form.
3    A. You know, I -- EPA became aware of the -- the
4  NNG impurity and formaldehyde, and then there was an
5  impurity in one of the surfactants quite early in the
6  regulatory history, and they required Monsanto to
7  submit data to them that established the levels, and
8  they -- in fact, many batches of -- of -- of
9  manufactured and formulated product from different
10  plants I remember there was actually quite extensive
11  data collected by Monsanto and submitted to the agency,
12  and they did a toxicological evaluation and they did
13  reach a judgment that the levels of the impurities
14  were -- did not exceed their level of concern. And --
15  and they -- there really was -- has been relatively
16  little focus for the last 30 years of -- of regulation
17  of glyphosate-based herbicides on those impurities.
18   Q. (BY MR. HOLLINGSWORTH) Right. So it's
19  certainly not your opinion that Monsanto's
20  glyphosate-based herbicides ever had impurities that
21  existed in amounts above the EPA's certified limits,
22  correct?
23   A. Correct.
24   Q. Do you claim that Monsanto's glyphosate-based
25  herbicides ever specifically had formaldehyde at levels

Page 277

1  above EPA certified limits?
2    A. I -- I wouldn't be surprised if I went back
3  and carefully reviewed this part of the record, which
4  is -- again, it's very old. There probably wasn't an
5  EPA certified limit. I mean, for one thing, don't
6  forget, the EPA had only been in existence a couple of
7  years when these first actions were -- on glyphosate
8  were being done. They became aware of the NNG and the
9  formaldehyde and later on this dioxane contaminant and,
10  you know, they -- they asked questions about the levels
11  and I -- I think -- I vaguely remember that some other
12  part of EPA had a regulatory level, and they assessed
13  that, or maybe it was an international level, I don't
14  really recall the details, but there -- you know, I
15  think the -- the record shows that there was a -- a --
16  an assessment of these impurities and a judgment was
17  reached that they were -- they did not trigger EPA's
18  level of concern, so yeah, that's my understanding of
19  the record.
20   Q. Whether it's formaldehyde, NNG, dioxane or any
21  other glyphosate-based herbicides, EPA has always
22  determined that those impurities are below specified
23  limits as far as you know, correct?
24   A. As far as I know, correct.
25   Q. Is it your opinion that impurities found in

70 (Pages 274 to 277)

HIGHLY                    Charles Benbrook, Ph.D.                  HIGHLY
CONFIDENTIAL                    May 23, 2018                   CONFIDENTIAL

---

Page 278

1   glyphosate-based herbicides at levels below EPA
2   certified limits can cause non-Hodgkin's lymphoma?
3       A.  I -- I have no -- no reason to believe that,
4   and I would -- would find that unlikely, but, you know,
5   it's -- it's possible I suppose.
6       Q.  You don't have the expertise to determine
7   whether impurities found in glyphosate-based herbicides
8   at levels below EPA certified limits can cause NHL,
9   correct?
10      A.  I'm -- I certainly don't have a crystal ball
11  that could make that determination, and I -- I doubt
12  that anybody has -- has done the kind of in-depth work
13  that would be required to definitively judge that, and
14  I know that Monsanto actually did commission a two-year
15  feeding study on NNG in the early days, but it -- the
16  study was terminated because of excessive mortality in
17  one of the treatment groups and it wasn't repeated
18  and -- but, you know, the levels are -- the levels that
19  have been consistently reported were very low and it
20  was a -- it has been the judgment of EPA all along that
21  they didn't -- they didn't feel that the level of risk
22  was high enough to warrant any further assessment.
23      Q.  Right.  And you don't hold the opinion that
24  impurities in glyphosate-based herbicides at the level
25  in which they actually exist are causing NHL, correct?

---

Page 279

1       A.  Correct.
2       Q.  I want to move on to some other parts of the
3   globe, Dr. Benbrook.  Sir, you testified in April of
4   2015 right after the IARC classification of glyphosate
5   that the currently standing judgment of the EPA is that
6   glyphosate is not a carcinogen.  Do you recall that?
7       A.  Yes.
8       Q.  You testified that glyphosate-based herbicides
9   are under active review by the US -- in the US by EPA
10  and also in Europe by the European community, correct?
11      A.  At that time, yes.
12      Q.  You testified that with the IARC judgment
13  being published there's going to be intense scrutiny on
14  the oncogenicity of both glyphosate technical material
15  and formulated Roundup herbicides, correct?
16      A.  Correct.
17      Q.  That intense scrutiny of glyphosate-based
18  herbicides post IARC classification of glyphosate
19  referred, in part, to intense scrutiny by worldwide
20  regulators, correct?
21      A.  Of course, that was part of it.
22      Q.  Sir, IARC itself does not regulate the
23  substance it -- substances it classifies, correct?
24      A.  Correct.
25      Q.  IARC leaves the regulation of those substances

---

Page 280

1   to national governments, correct?
2       A.  Yes.
3       Q.  And when we say IARC leaves that to national
4   governments, what that means -- or one thing that means
5   is that the applicable -- it leaves it to the
6   applicable regulatory agencies, correct?
7       A.  Yeah, operating under the statutes and laws of
8   the countries in which they operate.
9       Q.  Such as --
10      A.  Which differ.
11      Q.  And such as EPA, Health Canada, EFSA, you're
12  familiar with all of those, correct?
13      A.  Correct.
14      Q.  And Australia, New Zealand, every country for
15  the most part has a regulatory agency that is
16  regulating the use of pesticides in that country,
17  correct?
18      A.  Correct.
19      Q.  In major countries the health regulators have
20  scientific staffs with expert toxicologists,
21  epidemiologists, pathologists and other specialists,
22  correct?
23      A.  Yes.
24      Q.  They're qualified to evaluate and spend a lot
25  of time evaluating the safety of various substances

---

Page 281

1   including herbicides, correct?
2       A.  Well, it -- it varies, but certainly several
3   countries conduct the same -- same sort of evaluation
4   that the US EPA does, but certainly some other
5   countries sort of follow the lead of the US or EFSA or
6   other developed countries that have the scientific
7   expertise and the resources to do the detailed kind of
8   work that's required to render these kinds of
9   judgments.
10      Q.  You've commented in your expert report and
11  deposition about the ongoing scientific discussion
12  about the standards that should be used in assessing
13  carcinogenicity including that of Roundup, correct?
14      A.  Yes, I did testify to that.
15      Q.  And, of course, the scientific evaluations
16  made by EPA and other worldwide regulators are part of
17  that ongoing discussion, correct?
18      A.  Yes.
19      Q.  There are articles and letters to the editor
20  and discussions at conferences and so on debating about
21  the decisions made by regulators, the standards they
22  employ and the evidence they consider, correct?
23      A.  Yes.
24      Q.  In reaching your opinions, you certainly
25  considered the evaluations of EPA, EFSA and other

---

71  (Pages 278 to 281)