# EXHIBIT 28

Confidential - Subject to Further Confidentiality Review

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
                     FOR THE COUNTY OF ALAMEDA
 2
      --------------------------------?
 3   COORDINATION PROCEEDING           ? JCCP NO. 4953
     SPECIAL TITLE (Rule 3.550)        ?
 4                                      ?
                                        ?
 5   ROUNDUP PRODUCTS CASES            ? Case No. RG17862702
     _____   ?
 6                                      ?
                                        ?
 7   THIS DOCUMENT RELATES TO:         ?
                                        ?
 8   Alva Pilliod, et al. v. Monsanto ?
     Company, Case No. RG17862702      ?
 9                                      ?
     ------------------------------- ?
10     - - -
11
12                        - - -
13           WEDNESDAY, FEBRUARY 6, 2019
14                        - - -
15          CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
16
                          - - -
17
18
          Videotaped deposition of WILLIAM R. SAWYER,
19      PhD, held at Sanibel Island Beach Resort,
        1231 Middle Gulf Drive, Sanibel, Florida,
20      commencing at 8:09 a.m., on the above date,
        before Kelly J. Lawton, Registered Professional
21      Reporter, Licensed Court Reporter, and Certified
        Court Reporter.
22
                          - - -
23
             GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
25
```

Confidential - Subject to Further Confidentiality Review

1    to consumers?

2        A.   Not an herbicide, but the principles are all

3    outlined in the registry to follow.  And as a

4    toxicologist, I am intimately familiar with the

5    chemical properties and toxicological effects of

6    glyphosate.

7        Q.   When is the last time you wrote a product

8    label for an herbicide?

9        A.   I've never written a product label for an

10   herbicide, but I have for other chemical products for

11   our industry.

12       Q.   When is last time you drew pictures or

13   approved pictures that appeared on an herbicide

14   label?

15       A.   I didn't catch a few of your words.

16       Q.   When was the last time you drew pictures or

17   approved pictures that appeared on an herbicide label

18   for how to apply the herbicide?

19       A.   I already said I have not worked on herbicide

20   labels or material safety data sheets specific to

21   herbicides.

22       Q.   Has the EPA asked you to review herbicide

23   labels?

24       A.   Have I worked specifically for EPA?

25       Q.   Yeah.  Has EPA asked you to review herbicide

Confidential - Subject to Further Confidentiality Review

 1    labels?

 2        A.   No.  I have done work for corporations.

 3        Q.   Has the EPA asked you to review herbicide

 4    MSDSs?

 5        A.   Again, I have never worked on any work for

 6    EPA.

 7        Q.   Have you ever been -- well, strike that.

 8             If you go to Image 2 on this label, first

 9    bullet point -- do you see the first bullet point?

10        A.   I do.

11        Q.   Okay.  Can you read that into the record,

12    please.

13        A.   Paint sprayer away from body.

14        Q.   It says point sprayer away from body,

15    correct?

16        A.   Okay.  It looked like paint, but you're

17    right; it's point.  There's a --

18        Q.   And that --

19        A.   -- white line under the letter.  Okay.

20        Q.   And that statement's on this label that the

21    Pilliods produced in this litigation, correct?

22        A.   Yes.

23        Q.   Okay.  And you mentioned that the individuals

24    who used this were told to adjust the nozzle after

25    spraying.