UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No:  3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **REQUEST BY ATTORNEY TO WITHDRAW FROM NOTIFICATIONS OF ELECTRONIC FILINGS** |
| *Grillo, et al. v. Monsanto Co.*, Case No. 3:20-cv-06501 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Request is hereby made by Kevin P. Roddy, Esq. of the law firm of Wilentz, Goldman & Spitzer, P.A., counsel for Plaintiff, Angelo Grillo, and the Proposed Class, to withdraw from Notifications of Electronic Filings in the within case(s), and it is represented that I have ceased the active practice of this litigation.  Other attorneys in my Firm are representing the Client and the Proposed Class.

Dated:  March 23, 2021           WILENTZ, GOLDMAN & SPITZER, P.A.

By:/s/ Kevin P. Roddy

Kevin P. Roddy, Esq. (SBN 128283)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
732.636.8000
kroddy@wilentz.com
*Attorneys for Plaintiff Angelo Grillo,
And the Proposed Class*

#12157324.1