UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *ALL CASES* | **PRETRIAL ORDER NO. 229: DENYING REQUESTS FOR EXTENSION OF TIME FOR DEPOSITION AND FOR DAUBERT MOTION** |
| | Re: Dkt. Nos. 12641, 12777 |

In February, the parties submitted a joint motion requesting an extension of the close of expert discovery for Dr. Portier. The plaintiffs filed the document, but they filed it incorrectly, which has been common in this litigation. Because they filed the request as a "statement," it did not catch the Court's attention. Now, the parties have filed a stipulation extending Monsanto's deadline to file its Daubert motion regarding Dr. Portier as it relates to Wave 2. Both of these motions are denied. The Court is confident that the parties are fully prepared to proceed to trial without yet another deposition of Dr. Portier. In the event there is an aspect of Dr. Portier's report that is truly novel and truly needs to be explored in a deposition, one will be allowed before the Court issues a ruling on summary judgment and on the Daubert motions. Absent that, however, the parties must proceed with Wave 2 without yet another deposition of Dr. Portier. If Monsanto wishes, it can have until March 29 to file any Daubert motion relating to Dr. Portier based on his report and his prior testimony.

**IT IS SO ORDERED.**

Dated: March 23, 2021

_____
VINCE CHHABRIA
United States District Judge