Chris Moore
Richardson, Thomas, Haltiwanger,
Moore & Lewis, LLC
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
Telephone: (803) 281-8147
Facsimile:  (803) 632-8263
Email:      chris@richardsonthomas.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | SUGGESTION OF DEATH |
| *Isaac W. Goble, Jr. v. Monsanto Co.*, Case No. 3:20-cv-04648-VC | |

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff Isaac W. Goble, Jr.  Mr. Goble passed away on December 24, 2020.

In accordance with Federal Rule of Civil Procedure 25(a)(2), Tammy Martin will be substituted in this action so that Mr. Goble's claims survive and the action on his behalf may proceed.

Dated this 24th day of March 2021.

**RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS, LLC**

*s/Chris Moore*
Chris Moore
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8147
chris@richardsonthomas.com

*Attorney for Plaintiff*

SUGGESTION OF DEATH - 2

## CERTIFICATE OF SERVICE

      I, Chris Moore, hereby certify that on March 24, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                              *s/Chris Moore*
                                              Chris Moore