UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: *Alvarez et al v. Monsanto Company* Case No. 3:19-cv-01630 | **ORDER RE PETITION TO APPROVE MINOR'S COMPROMISE** Re: Dkt. No. 12661, 12761 |

Alvarez is directed to submit a letter brief to the Court explaining the following:

- How has Alvarez calculated the number on page 4 of the unredacted petition (Dkt. No. 12661-3) for the amount placed in the annuity fund? How does it square with the total listed on page 2 and the amount to be placed in a blocked account on page 3?

- Unredacted Exhibit 3 (Dkt. No. 12661-3) suggests that far less is being put in the annuity fund than the amount stated on page 4 of the unredacted petition (Dkt. No. 12661-4). What accounts for this discrepancy?

The letter brief is due no later than March 26. Given the confidential nature of the settlement, the brief should be submitted by email to VCCRD@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: March 24, 2021

VINCE CHHABRIA
United States District Judge