**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>---<br><br>*Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO'S  MOTION TO EXCLUDE THE TESTIMONY OF DR. CHRISTOPHER PORTIER UNDER RULE 702 AND REQUEST TO TAKE DISCOVERY DEPOSITION**<br><br>Hearing date: May 28, 2021<br>Time: |

1    I, Michael X. Imbroscio, hereby declare as follows:

2    1.    I am a partner at the law firm of Covington & Burling LLP, counsel for defendant

3    Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's Motion to

4    Exclude the Testimony of Dr. Christopher Portier Under Rule 702 and Request to Take Discovery

5    Deposition.  I make this declaration based on my personal knowledge and, if called as a witness, I

6    would and could testify competently to these matters.

7    2.    Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report submitted

8    by Dr. Christopher Portier in the Wave 2 cases in this MDL on January 22, 2021.

9    3.    Annexed hereto as Exhibit 2 is a true and correct copy of an article by Dr. Christopher

10   Portier titled *A Comprehensive Analysis of the Animal Carcinogenicity Data from Chronic Exposure*

11   *Rodent Carcinogenicity Studies*, published in Environmental Health in 2020.

12   4.    Annexed hereto as Exhibit 3 is a true and correct copy of an article by Dr. Kenny

13   Crump et al. titled *Accounting for Multiple Comparisons in Statistical Analyses of the Extensive*

14   *Bioassay Data on Glyphosate*, published in Toxicological Sciences in 2020.

15   5.    Annexed hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript

16   of the deposition of Dr. Christopher Portier, taken in *Winston v. Monsanto Co.,* No. 1822-CC00515

17   (Mo. Cir. Ct. St. Louis City) on June 5, 2019.

18   6.    Annexed hereto as Exhibit 5 is a true and correct copy of an article by Dr. Maria Leon

19   et al. titled *Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts*

20   *from France, Norway, and the USA: A Pooled Analysis from the AGRICOH Consortium*, published

21   in the International Journal of Epidemiology in 2019.

22   7.    Annexed hereto as Exhibit 6 is a true and correct copy of an article by Dr. Manisha

23   Pahwa et al. titled *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major*

24   *Histological Sub-Types: Findings from the North American Pooled Project*, published in the

25   Scandinavian Journal of Work, Environment, and Health in 2019.

26   8.    Annexed hereto as Exhibit 7 is a true and correct copy of an article by Dr. Geoffrey

27   Kabat et al. titled *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's*

28   *Lymphoma in Humans*, published in Cancer Causes and Control in December, 2020.

- 1 -

1    9.    Annexed hereto as Exhibit 8 is a true and correct copy of an article by Dr. Francesca

2  Donato et al. titled *Exposure to Glyphosate and Risk of Non-Hodgkin Lymphoma and Multiple*

3  *Myeloma: An Updated Meta-Analysis*, published in Medicina del Lavoro in 2020.

4

5    I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

6

7  Executed this 29th day of March, 2021

8                                        */s/ Michael X. Imbroscio*

9                                        Michael X. Imbroscio (*pro hac vice*)
                                         (mimbroscio@cov.com)
10                                       Covington & Burling LLP
                                         One City Center
11                                       850 10th St. NW
                                         Washington, DC 20001
12                                       Tel: 202-662-60000

13                                       Attorney for Defendant Monsanto Company

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL X. IMBROSCIO
3:16-MD-02741-VC

1

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on this 29th day of March, 2021, a copy of the foregoing was filed

3

with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing

4

parties of record.

5

6

                                                            /s/ Michael X. Imbroscio

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL X. IMBROSCIO
3:16-MD-02741-VC