UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Alvarez et al v. Monsanto Company*<br>Case No. 3:19-cv-01630 | **ORDER GRANTING PETITION TO APPROVE MINOR'S COMPROMISE**<br><br>Re: Dkt. Nos. 12456, 12661, 12663, 12761, 12760, 12818 |

Alvarez's amended petition to approve the minor's compromise (Dkt. Nos. 12761), as modified by the documents submitted in response to the Court's order (Dkt. No. 12818), is granted. The Court will file those supplemental documents on the docket under seal. Alvarez's related motions to file under seal are granted (Dkt. Nos. 12456, 12661). And the motion for a hearing on the amended petition is denied as moot (Dkt. No. 12663).

Any motions previously filed by Alvarez pertaining to the Wave 1 proceedings will be terminated as moot.

**IT IS SO ORDERED.**

Dated: March 29, 2021

VINCE CHHABRIA
United States District Judge