IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Master Case No. 3:16-md-02741-VC |
|---|---|
| This Document Relates to:<br><br>   Cary J. Spencer<br><br>Case No.    3:21-cv-01510-VC | |

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record.

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 1, Rand P. Nolen, of the law firm Fleming, Nolen & Jez, hereby enters his appearance in the above-referenced action as counsel for Plaintiff Cary J. Spencer.

Dated:  March 4, 2021.

                                                Respectfully submitted,

                                                By:   /s/ Rand P. Nolen
                                                     Rand P. Nolen
                                                     **FLEMING, NOLEN & JEZ, L.L.P.**
                                                     2800 Post Oak Blvd., Suite 4000
                                                     Houston, Texas 77056-3109
                                                     Telephone:  (713) 621-7944
                                                     Facsimile:  (713) 621-9638
                                                     Email:  rand_nolen@fleming-law.com

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ Rand P. Nolen
Rand P. Nolen
