IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Case No. 3:16-md-02741-VC |

This Document Relates to:

   Cary J. Spencer

Case No.    3:21-cv-01510-VC

**MOTION TO WITHDRAW OF DANIEL W. BOWER AS ATTORNEY OF RECORD FOR PLAINTIFF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Cary J. Spencer, through counsel, and respectfully moves the Court to allow Daniel W. Bower of the law firm Morris, Bower & Haws, PLLC, to withdraw as an attorney of record for Plaintiff in the above-styled and numbered cause, and in support thereof would state as follows:

INTRODUCTION

I.

Plaintiff Cary J. Spencer sued Defendant Monsanto Company for personal injuries in the District Court of Idaho. This cause was subsequently transferred to this Court.

ARGUMENT

II.

There is good cause for this Court to grant this Motion to Withdraw as Plaintiff will continue to be represented herein by Rand P. Nolen of Fleming, Nolen & Jez, L.L.P. Plaintiff no

longer requires the services of Daniel W. Bower as counsel in Idaho as this matter has been transferred to this Court.

III.

Plaintiff approves the withdrawal of Daniel W. Bower, which will not delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Cary J. Spencer respectfully moves the Court to grant this Motion and enter an Order allowing Daniel W. Bower to withdraw as attorney of record for Plaintiff herein, and for any and all relief to which Plaintiff may be entitled.

Dated:  March 5, 2021.

Respectfully submitted,

By:   /s/ Rand P. Nolen
Rand P. Nolen
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3109
Telephone:  (713) 621-7944
Facsimile:   (713) 621-9638
Email:  rand_nolen@fleming-law.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

   /s/ Rand P. Nolen
Rand P. Nolen