# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Case No. 3:16-md-02741-VC |
| This Document Relates to:<br><br>   Cary J. Spencer<br><br>Case No.    3:21-cv-01510-VC | ORDER GRANTING MOTION TO WITHDRAW |

**ORDER**

Before the Court is the Motion to Withdraw of Daniel W. Bower as Attorney of Record for Plaintiff filed herein.  Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Withdraw of Daniel W. Bower as Attorney of Record for Plaintiff is hereby **GRANTED**, and that Daniel W. Bower is withdrawn as counsel of record herein for Plaintiff.


Date: _____                                     _____
                                                                                     Honorable Vince Chhabria
                                                                                     United States District Court