# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ELIZABETH J. CABRASER IN SUPPORT OF ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

     I, Elizabeth J. Cabraser, declare as follows:

     1.     I am a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and among proposed Class Counsel in the above-captioned matter. I am a member in good standing of the bars of California and the Northern District of California. I submit this declaration in support of the Plaintiffs' Administrative Motion for Extension of Time to File Reply in Support of Motion for Preliminary Approval of Proposed Class Settlement.

     2.     Under the current schedule, the consolidated reply in support of preliminary approval is due on March 31.

     3.     On March 4 and 5, nine separate objections to the motion for preliminary approval were filed, along with four amicus briefs opposing the proposed class settlement. Docs. 12657, 12664, 12673, 12676, 12677, 12678, 12679, 12681-1, 12682, 12683, 12687-1, 12693-1, 12700-1. These filings totaled more than 300 pages, in addition to more than 400 pages of attached declarations and exhibits.

     4.     On March 9, 2021, the Court granted Plaintiffs' motion to extend the deadline for filing the reply by 20 days, to March 31, 2021. The justification for the extension was not only the need to respond to the voluminous objections, but also the opportunity to clarify or resolve areas of disagreement where possible.

5. An additional seven days will permit the parties to document amendments to the settlement already agreed to and to reflect those amendments in the reply. There is also the possibility of further progress in resolving objections. Permitting more time for engagement with objectors and amici, and potentially narrowing the issues in dispute, is in the interest of the parties, the Court, and the proposed class.

6. This is Plaintiffs' second request for an extension of time in this matter.

7. Due to the press of time and the large number of opposing filers, it was not feasible to obtain a stipulation to the relief requested.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 30th day of March, 2021, in Sebastopol, California.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser