# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT** |

The Administrative Motion for Extension of Time to File Reply in Support of Motion for Preliminary Approval of Proposed Class Settlement is GRANTED.  The Court orders:

1. The consolidated reply in support of the motion for preliminary approval is due no later than April 7, 2021.

**IT IS SO ORDERED.**

Dated: _____  _____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE