UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*ALL CASES* | **PRETRIAL ORDER NO. 330: REQUESTING ADDITIONAL INFORMATION ON PENDING MDL MOTIONS** |

Co-lead counsel is directed to submit by email an updated list of pending MDL motions in Excel format. Like the previous version, the list should indicate whether the relevant case has settled. Co-lead counsel must submit the list within 7 days of this order.

**IT IS SO ORDERED.**

Dated: March 30, 2021

VINCE CHHABRIA
United States District Judge