## UNITED STATES DISCTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:20-cv-03822-VC |
| This document relates to:<br>MCELRATH v. MONSANTO COMPANY | |

### NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

**COMES NOW**, James L. Ferraro, Jr., Esq., of The Ferraro Law Firm, P.A., 600 Brickell Avenue, Suite 3800, Miami, FL 33131, who is admitted to practice and in good standing in the United States District Court, Southern District of Florida, and pursuant to the Pretrial order No. 1 hereby enters his appearance as counsel for Plaintiff, LUUANA MCELRATH, Individually and as Personal Representative of the Estate of JOHN STANLEY MCELRATH, and requests that copies of all pleadings, notices and other papers served in this matter be issued to him via the CM/ECF System or the addresses listed below.

Dated: this 31st day of March, 2021.

    Respectfully submitted,

    */s/ James L. Ferraro, Jr., Esq.*
    James L. Ferraro, Jr., Esq.
    Florida Bar No. 107494
    THE FERRARO LAW FIRM, P.A.
    600 Brickell Avenue, Suite 3800
    Miami, Florida 33131
    Email: JJR@ferrarolaw.com
    Email: MXT@ferrarolaw.com
    Tel: (305) 375-0111
    Fax: (305) 379-6222

    ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2021, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

<u>/s/James L. Ferraro, Jr., Esq.</u>
James L. Ferraro, Jr., Esq.
Florida Bar No. 107494
THE FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Email: JJR@ferrarolaw.com
Email: MXT@ferrarolaw.com
Tel: (305) 375-0111
Fax: (305) 379-6222

***Attorneys for Plaintiff***