John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Blair, et al. v. Monsanto Company* <br> Case No.  3:19-cv-07984-VC | |

## MONSANTO'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO APPEAR AT DEPOSITIONS

On March 10, 2021, Defendant ("Monsanto") filed a Motion to Dismiss Plaintiffs Joseph and Tiara Blair for their failure to appear at their depositions ("Motion to Dismiss").  On March 29, 2021, counsel for Plaintiffs and Monsanto agreed to re-schedule the depositions.  Therefore, Monsanto now files this Notice to inform the Court that it is withdrawing its Motion to Dismiss.

Dated: March 31, 2021

        Respectfully submitted,

        SHOOK, HARDY & BACON L.L.P.

        By: */s/ John L. Ackley*
            John L. Ackley
            Texas Bar No. 24108036
            E-mail: jackley@shb.com
            600 Travis, Suite 3400
            Houston, Texas 77002-2926
            Telephone: 713-227-8008
            Fax: 713-227-9508

        ***Attorney for Defendant,***
        ***MONSANTO COMPANY***

**CERTIFICATE OF SERVICE**

I, John Ackley, hereby certify that on March 31, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                              */s/ John L. Ackley*
                                              John L. Ackley

Defendant's Notice of Withdrawal of Motion to Dismiss for Failure to Appear at Deposition
MDL No. 2741