Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND PROXIMATE CAUSATION GROUNDS** |

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND PROXIMATE CAUSATION GROUNDS**

I, Rebecca Fredona, declare and state as follows:

1. I am an attorney at the law firm of Moll Law Group, counsel for Plaintiff Mark Pecorelli. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion o Summary Judgment on Statute of Limitations and Proximate Causation Grounds.

- 1 –

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Deposition of Mark Pecorelli, taken March 1, 2021, in Pecorelli v. Monsanto Company, Northern District of California, Case No. 3:16-cv-06936.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Deposition of Dr. Weisenburger, taken November 12, 2019, in Pecorelli v. Monsanto Company, Northern District of California, Case No. 3:16-cv-06936.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Expert Report of Dr. Weisenburger, dated January 8, 2021, in Pecorelli v. Monsanto Company, Northern District of California, Case No. 3:16-cv-06936.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 2, 2021

Respectfully Submitted,

*/s/Rebecca Fredona*
Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

- 2 –

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND PROXIMATE CAUSATION GROUNDS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Rebecca Fredona*

- 3 –

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND PROXIMATE CAUSATION GROUNDS**