# Exhibit 1

Mark A. Pecorelli

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4  IN RE: ROUNDUP PRODUCTS       ) MDL No. 2741

 5  LIABILITY LITIGATION          )

 6  ------------------------      ) Case No. MDL No.

 7  This document relates to:     ) 3:16-md-02741-VC

 8  Pecorelli v. Monsanto,        )

 9  Case No. 3:16-cv-06936-VC     )

10

11

12              VIDEOTAPED DEPOSITION OF

13

14                 MARK A. PECORELLI

15                 November 12, 2019

16

17                 Chicago, Illinois

18

19

20

21           GOLKOW LITIGATION SERVICES

          877.370.3377 ph| 917.591.5672 fax

22              deps@golkow.com

23

24
```

Mark A. Pecorelli

1

2

3      The videotaped deposition of MARK A. PECORELLI,

4   called by the Defendant for examination, taken

5   pursuant to the Federal Rules of Civil Procedure of

6   the United States District Courts pertaining to the

7   taking of depositions, taken before CORINNE T.

8   MARUT, C.S.R. No. 84-1968, Registered Professional

9   Reporter and a Certified Shorthand Reporter of the

10   State of Illinois, at the offices of Shook, Hardy &

11   Bacon L.L.P., Suite 4700, 111 West Wacker Drive,

12   Chicago, Illinois, on November 12, 2019, commencing

13   at 9:04 a.m.

14

15

16

17

18

19

20

21

22

23

24

Mark A. Pecorelli

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFF:

 3          MOLL LAW GROUP

              22 West Washington Street, 15th Floor

 4          Chicago, Illinois  60602

              312-448-9945

 5          BY:  STEPHEN CADY, ESQ.

                  scady@molllawgroup.com

 6

 7

 8    ON BEHALF OF THE DEFENDANT:

 9          SHOOK, HARDY & BACON L.L.P.

              2555 Grand Boulevard

10          Kansas City, Missouri  64108-2613

              816-474-6550

11          BY:  JANE J. BARTLEY, ESQ.

                  jbartley@shb.com

12

13

14

15    VIDEOTAPED BY:  MILO SAVICH

16

17    REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968

18

19

20

21

22

23

24
```

Mark A. Pecorelli

```
 1                    I N D E X
 2   MARK A. PECORELLI                EXAMINATION
 3        BY MS. BARTLEY................    7
          BY MR. CADY...................  330
 4
 5
 6                  E X H I B I T S
 7   PECORELLI DEPOSITION EXHIBIT        MARKED FOR ID
 8   No. 1     Defendant Monsanto Company's       14
              Notice to Take Oral and
 9             Videotaped Deposition of
              Plaintiff Mark Pecorelli
10
     No. 2     Label of Roundup Pro Herbicide     17
11
     No. 3     1973 Pesticide Applicator          23
12             License certificate to Michael
              Pecorelli, Windy City
13             Landscaping
14   No. 4     1974 Pesticide Applicator          24
              License certificate to Michael
15             Pecorelli, Windy City
              Landscaping
16
     No. 5     Plat of Survey, Charles Road       27
17             and Route 47
18   No. 6     Aerial photograph of Windy         28
              City Nursery
19
     No. 7     Plaintiff Fact Sheet               34
20
     No. 8     Google Earth image, \, Elk Grove  180
21        Village, IL
22
23
24
```

Mark A. Pecorelli

```
 1              E X H I B I T S

 2   PECORELLI DEPOSITION EXHIBIT        MARKED FOR ID

 3    No. 9    Google Earth image, side view,

              181, Elk Grove

 4            Village, IL

 5    No. 10   4/1/11 medical records;          299

              Confidential-Pecorelli-

 6            MPecorelli-NO&H-000030 through

              000043

 7

      No. 11   Complaint, Mark Pecorelli v.      304

 8            Monsanto Company

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Mark A. Pecorelli

1        THE VIDEOGRAPHER:  We are now on the record.

2              My name is Milo Savich, and I am a

3     videographer for Golkow Litigation Services.

4              Today's date is November 12, 2019, and

5     the time is 9:04 a.m.

6              This video deposition is being held in

7     Chicago, Illinois, in the matter of Roundup,

8     Pecorelli vs. Monsanto Company.  This case is being

9     heard in the United States District Court, Northern

10    District of California.

11             The deponent is Mark Pecorelli.

12             Will counsel please identify themselves

13    for the record.

14       MR. CADY:  Stephen Cady for the Plaintiff from

15    Moll Law Group.

16       MS. BARTLEY:  Jane Bartley for Monsanto

17    Company.

18       THE VIDEOGRAPHER:  The Court Reporter is Corey

19    Marut who will now swear in the witness and we may

20    then proceed.

21                 (WHEREUPON, the witness was duly

22                  sworn.)

23

24

Mark A. Pecorelli

```
 1              MARK A. PECORELLI,
 2   called as a witness herein, having been first duly
 3   sworn, was examined and testified as follows:
 4                    EXAMINATION
 5   BY MS. BARTLEY:
 6        Q.   Good morning.
 7        A.   Good morning.
 8        Q.   My name is Jane Bartley, and I'm an
 9   attorney for Monsanto Company.
10             Can you please introduce yourself, and
11   please state your full name.
12        A.   My name is Mark A. Pecorelli.
13        Q.   Have you ever been deposed before?  Have
14   you ever had your deposition taken before?
15        A.   Yes.
16        Q.   Okay.  How many times have you been
17   deposed?
18        A.   Once.
19        Q.   Just once.  And what was the nature of
20   that -- that legal action?
21        A.   It was inheritance.  I was trustee in --
22   of my parents' trust.
23        Q.   And, so, did that result in a dispute in
24   which you had to be deposed?
```

Mark A. Pecorelli

```
 1        A.    Correct.

 2        Q.    Okay.  Who was the dispute between?

 3        A.    My brothers.

 4        Q.    Between you --

 5        A.    Family.

 6        Q.    Between the -- you and your brothers?

 7        A.    Two -- yeah, I have two brothers.

 8        Q.    Okay.  And, so, was that a dispute over

 9   the estate of your parents?

10        A.    Of the estate -- of the trust and the

11   estate.  The will and the trust.

12        Q.    And what was the resolution of that

13   lawsuit?

14        A.    Still going through it.

15        Q.    Still.  Has not been resolved yet?

16        A.    Not yet.  Mediation I believe is going.

17        Q.    Has that been scheduled, that mediation?

18        A.    Yes.

19        Q.    When's that scheduled?

20        A.    We did the mediation, but there is real

21   estate that has to be divided yet.

22        Q.    And does that action include the

23   landscaping business?

24        A.    No.
```

Mark A. Pecorelli

1      Q.    Your father's landscaping business?

2      A.    No.  But it includes the nursery.

3      Q.    It includes the nursery?

4      A.    Right.

5      Q.    Does it include some of the equipment

6   that was part of the landscaping business?

7      A.    No.  None.

8      Q.    And, so, have you ever testified at a

9   trial?

10     A.    No.

11     Q.    How long ago were you deposed?

12     A.    When it started?

13     Q.    How long ago did you take a deposition

14  much like you're doing today?

15     A.    Oh.  A year ago.

16     Q.    And who represents you, your interest in

17  that lawsuit?

18     A.    A lawyer.

19     Q.    What's your --

20     A.    Cary Lind, Cary A. Lind.

21     Q.    How do you spell -- is it Cary?

22     A.    Cary, yes, C-a-r-y, A. Lind, L-i-n-e I

23  believe maybe.

24     Q.    L-i-n-e?

Mark A. Pecorelli

```
 1        A.    Yeah, I believe.

 2        Q.    Okay.  And is that pending in State

 3   Court here in Chicago?

 4        A.    Yes.

 5        Q.    Okay.  So, you've been through this once

 6   before.  I'll be asking a number of questions

 7   throughout the day today.  If you don't hear or

 8   understand any of my questions, will you please let

 9   me know so that I can have the opportunity to

10   repeat it or rephrase it?

11        A.    Okay.  When you say "post," what does

12   that mean, "post"?

13        Q.    When I say "post"?

14        A.    Yeah.  You said "post" three times,

15   "Have you been post?"  That means --

16        Q.    Deposed.

17        A.    Oh, deposed.

18        Q.    Deposed.

19        A.    Okay, okay.

20        Q.    For a deposition.

21        A.    Okay.  I got you.  Okay.

22        Q.    Okay.

23        A.    Misunderstood you.  That's all.

24        Q.    Okay.  So, if at any point today if you
```

1    don't hear or you don't understand my question,

2    will you please let me know?

3          A.    Yes, I will.

4          Q.    Okay.  If you respond to my question,

5    I'm going to assume that you understood my

6    question.  Is that fair?

7          A.    Correct.

8          Q.    Okay.  Our Court Reporter here today is

9    trying to take down all of your words and all of my

10   words, and so I'm going to do my best to let you

11   finish your answer before I move on to the next

12   question.  Can you do your best to let me finish my

13   question before you begin speaking?

14         A.    Yes.

15         Q.    Okay.  So, we'll do our best today,

16   then, to try not to talk over each other, to make

17   her job a little bit easier today.  Can you do

18   that?

19         A.    Correct.  Yes.

20         Q.    Okay.  And in the same vein, I'm going

21   to ask you to try to give verbal answers.  In other

22   words, I'm going to ask you not to nod your head or

23   shake your head so that she can get down verbal

24   yes's or no's into the record.  Can you do that?

Mark A. Pecorelli

```
 1        A.    Yes, I can.

 2        Q.    Okay.  Today we're going to be going

 3   back in time some, and so there's going to be a

 4   number of times that I'm going to be asking you to

 5   try to remember things.

 6              So, today, although I don't want you to

 7   guess, I am going to be asking you at times for

 8   your best recollection and your best estimate.  Do

 9   you understand the difference?

10        A.    Yes.

11        Q.    Okay.  If you need to take a break,

12   please let me know and we'll be happy to

13   accommodate you.  The only thing that I ask is that

14   if there is a question pending, I do want you to go

15   ahead and provide the answer to that question

16   before we take a break.  Do you understand?

17        A.    Yes.

18        Q.    Okay.  And do you understand that you're

19   testifying under oath?  So, even though there is no

20   judge or a jury in the room, you should testify

21   with the same seriousness as if there were.

22        A.    Yes.

23        Q.    Okay.  Have you taken any medications

24   within the last 48 hours that might affect your
```

```
 1   ability to testify completely and accurately today?

 2        A.    No.

 3        Q.    And did you consume any alcohol within

 4   the last 24 hours?

 5        A.    No.

 6        Q.    Okay.  Is there any reason why you're

 7   not able to testify completely and accurately

 8   today?

 9        A.    No.

10        MS. BARTLEY:  I note for the record that

11   Monsanto continues to receive records from medical

12   providers who have treated Michael Pecorelli as

13   well as other types of records from Mr. Pecorelli.

14             Monsanto, therefore, reserves its rights

15   to continue the deposition of Mark Pecorelli past

16   today's date based on additional records being made

17   available.

18        MR. CADY:  Yeah, and we'll reserve the right

19   to object to that if and when it comes to that.

20        MS. BARTLEY:  And just as a housekeeping

21   matter, I'm going to go ahead and mark as

22   Exhibit No. 1 the Notice of today's Deposition

23   Notice.

24             (WHEREUPON, Pecorelli Deposition
```

Mark A. Pecorelli

```
 1                    Exhibit No. 1 was marked for
 2                    identification:  Defendant Monsanto
 3                    Company's Notice to Take Oral and
 4                    Videotaped Deposition of Plaintiff
 5                    Mark Pecorelli.)
 6    BY MS. BARTLEY:
 7         Q.    And, Mr. Pecorelli, the exhibits for
 8    today's deposition we're going to keep in front of
 9    you today, and you can refer to them at any time
10    you need them.  And then after the deposition, if
11    you'll just leave them there, our Court Reporter is
12    going to take them with her at the end of the day.
13    Okay?
14              So, this is the Deposition Notice for
15    today's deposition.  It does contain all of the
16    logistical arrangements for today's deposition such
17    as the time and place.
18              But if you will turn to the second page,
19    there begins a list of document requests that we
20    asked you to bring any and all documents on that
21    list that you had possession of or access to.
22         MR. CADY:  And I'll just stipulate for the
23    record that Plaintiff's counsel has already turned
24    over medical records.  So, to the extent that these
```

Mark A. Pecorelli

1    are asking for medical records, we have already

2    provided those ahead of today's deposition.

3    BY MS. BARTLEY:

4         Q.    Mr. Pecorelli, have you seen this

5    document before?

6         A.    Briefly, yes.

7         Q.    Okay.  When did you receive this Notice?

8         A.    Yesterday.

9         Q.    So, yesterday was the first day that you

10   were provided with the Deposition Notice?

11        A.    Correct.

12        Q.    Okay.  Did you examine the list of

13   documents that we asked you to bring to the

14   deposition today?

15        A.    What I've provided, yes.

16        Q.    Okay.

17        A.    That I know of.

18        Q.    So, do I understand correctly that

19   between yesterday and today was the first

20   opportunity you had to search for the documents on

21   this list?

22        A.    Correct.

23        Q.    Okay.  Did you search for any of the

24   documents on this list?

Mark A. Pecorelli

```
 1        A.    Yes.

 2        Q.    Okay.  And did you bring with you any

 3   documents or materials to the deposition in

 4   response to this Notice?

 5        A.    Yes.

 6        Q.    Okay.  And your counsel informed me

 7   prior to the start of today's deposition that you

 8   have brought with you some materials today in

 9   response to this list.  And, so, I understand that

10   these are all originals.

11              And, so, I think what we'll do is

12   describe them into the record, reserve some exhibit

13   numbers so that we're not putting stickers on the

14   originals, and then on a break today we're going to

15   make photocopies of these so that we can put

16   stickers on the photocopies, and then at the

17   conclusion of today's deposition, we'll give these

18   originals back to you.

19              So, what I'm going to do is describe

20   them and ask you some questions and make sure I

21   understand what these are, and we'll assign each of

22   them an exhibit number and then go from there.

23        MS. BARTLEY:  So, what we'll mark after we

24   have copies as Exhibit No. 2 is a Ziploc bag
```

Mark A. Pecorelli

1    containing what appears to be a plastic circular

2    band which reads -- which says, "Roundup Pro

3    Herbicide.  No surfactant needed.  Net 2.5

4    gallons."  And it does have a UPC scan code on it,

5    and I do see a date on this of 2003.  And it is in

6    the shape of a circle.

7              I don't know if -- hopefully if I hold

8    that up, that the camera can get a view of that in

9    terms of the size and shape of that.

10         THE VIDEOGRAPHER:  Do you want a close-up?  I

11   can --

12         MS. BARTLEY:  You got that?

13         THE VIDEOGRAPHER:  Yeah.

14         MS. BARTLEY:  Okay.

15         THE VIDEOGRAPHER:  Got it.

16              (WHEREUPON, Pecorelli Deposition

17               Exhibit No. 2 was marked for

18               identification:  Label of Roundup

19               Pro Herbicide.)

20   BY MS. BARTLEY:

21         Q.    And, so, this Exhibit 2, Mr. Pecorelli,

22   can you tell me what this is?

23         A.    That's the band that went around the

24   container that contained the Roundup Pro.

Mark A. Pecorelli

```
1          Q.    Okay.  Where was this container that
2     you're referring to?
3          A.    What do you mean?
4          Q.    Well, I understand that --
5          A.    The container was disposed.
6          Q.    A container of Roundup was disposed?
7          A.    Right.  The Roundup was used already.
8          Q.    Okay.  So, you received a Deposition
9     Notice yesterday, right?  And you went in search of
10    materials that were responsive.  Where did you find
11    this?
12         A.    In our storage area.  I took it off a
13    while back.
14         Q.    How long ago did you take it off?
15         A.    A year maybe, a year ago.
16         Q.    Okay.
17         A.    Take it off the container?  It's been
18    off the container, but it was in one -- in the
19    shed.
20         Q.    Okay.  So, a year ago you took it off a
21    container?
22         A.    No, no.  I took it off the shelf where
23    we have the containers.
24         Q.    Okay.
```

Mark A. Pecorelli

1      A.     The container was disposed.  Once it's

2  gone, we -- I'm not sure what my father did with

3  it, you know.  It goes into a certain -- you just

4  don't throw it away, the container, because it's

5  hazardous.

6      Q.     Okay.  So, this -- this wrap --

7      A.     He took the band off, I mean, because it

8  has instructions on there and phone numbers, you

9  know.  Probably took it off and took it put it on

10 the shelf in the -- we have a trailer where we keep

11 our supplies in the nursery.

12     Q.     Okay.

13     A.     And I found it on the shelf.

14     Q.     Okay.  So, you found this band on a

15 shelf in a trailer?

16     A.     Correct.

17     Q.     Okay.  And how long ago did you find

18 this band?

19     A.     About a year ago.

20     Q.     Okay.  Was this the only band on the

21 shelf in the trailer?

22     A.     I really didn't look that well because I

23 just walked in there and I just happened to see it.

24 It caught my eye.  And I knew I was already going

Mark A. Pecorelli

1  through litigation with the Roundup, and so I

2  grabbed it and took it home.

3            There's no living at the -- there is no

4  housing at the nursery at all, you know.  There is

5  no buildings.  Just a trailer and equipment.

6        Q.    Okay.  So, to your knowledge, do you

7  know one way or the other whether there are any

8  other bands or containers of Roundup at the

9  trailer?

10       A.    There might be other bands or literature

11  about it.  I doubt containers unless, I mean -- I

12  doubt containers because usually once we finish a

13  container, my dad disposes of that, brings it

14  somewhere where it gets disposed.

15       Q.    Okay.

16       A.    That I don't know.

17       Q.    So, you may have other materials that

18  are responsive to the depo notice.  You only

19  grabbed one of them.  Do I understand that?

20       A.    Well, not that I just grabbed.  Yes,

21  yes, what you're saying, yes, there are probably

22  more.

23       Q.    There are probably more?

24       A.    Yes.

Mark A. Pecorelli

```
1        Q.    You just grabbed one of them?

2        A.    Well, the one that -- just -- because

3   the door opened.  There is no lights and there is

4   no electric there.

5        Q.    Okay.

6        A.    Okay.  And it was -- I had a flashlight,

7   and I just happened to see it while I was walking

8   out the door.

9        Q.    Okay.

10       A.    On the shelf, you know.  But if I look

11  deeply, I'm sure I can find some of the labels,

12  because I know before the Pro, we used regular

13  Roundup where it says you don't need the sticker

14  with it, you know, not meaning sticker, to stick

15  the chemical on the plant.

16       Q.    Surfactant?

17       A.    That's the -- that's the exact word.  We

18  used it and also used that with it.

19             Now, when the Pro came out, it didn't

20  need -- you don't need the -- what did you?

21       Q.    Surfactant?

22       A.    Surfactant.

23       Q.    So, you're saying you used a different

24  type of Roundup before the Pro?
```

Mark A. Pecorelli

1          A.    Oh, yes.

2          Q.    Okay.  And just -- okay.  So, I just

3     want to be clear.

4                There may be other labels or bands like

5     this, but you didn't bring them with you to the

6     deposition?

7          A.    No, I didn't.

8          Q.    Okay.  All right.  And this one came --

9     about a year ago you grabbed it from a trailer at

10    the nursery?

11         A.    Correct.

12         MS. BARTLEY:  Okay.  All right.  And for

13    Exhibit No. 3, we are going to mark a 19 -- it has

14    a date of 1973.  It is a Pesticide Applicator

15    License for Michael Pecorelli at Windy City

16    Landscaping Company, in Elk Grove

17    Village, Illinois.

18                It has a -- appear to be a License

19    No. A1558.  It appears that it reflects a fee of

20    $25.  And the boxes that are checked are, in terms

21    of the classification or types of license,

22    landscape and turf, industrial weed control,

23    industrial insect control and mosquito control.

24                     (WHEREUPON, Pecorelli Deposition

Mark A. Pecorelli

 1                    Exhibit No. 3 was marked for

 2                    identification:  1973 Pesticide

 3                    Applicator License certificate to

 4                    Michael Pecorelli, Windy City

 5                    Landscaping.)

 6   BY MS. BARTLEY:

 7        Q.    And, Mr. Pecorelli, where did you locate

 8   this?

 9        A.    At my house.

10        Q.    At the house?

11        A.    At the house. , yeah.Q.    Okay.

12        A.    My -- yes.

13        Q.    All right.

14        MS. BARTLEY:  And I'm going to go ahead and

15

16   ask you about the next one, which I'm going to mark

17   as Exhibit No. 4, which is a 1974 Pesticide

18   Applicator License in the name of Michael

19   Pecorelli, also from Windy City Landscaping Company

20 SOP, in Elk Grove Village.

21                 And this has a License No. A1558, also

22   reflecting what appears to be a $25 fee.  This one

23   also has a control number of 231.  And the boxes

24   that are checked in terms of classification or

Mark A. Pecorelli

1    types of license are landscape and turf, industrial

2    weed control, industrial insect control and

3    mosquito control.

4                    (WHEREUPON, Pecorelli Deposition

5                     Exhibit No. 4 was marked for

6                     identification:  1974 Pesticide

7                     Applicator License certificate to

8                     Michael Pecorelli, Windy City

9                     Landscaping.)

10   BY MS. BARTLEY:

11        Q.    And where did you locate Exhibit No. 4,

12   the 1974 Pesticide Applicator License?

13        A.    In an envelope that I dug through

14   yesterday.

15        Q.    At what location?

16        A.        .

17        Q.    Okay.  And where did you find these at

18   the house?

19        A.    In file.

20        Q.    In a file cabinet?

21        A.    Uh-huh.  With this -- there was

22   agriculture for being, you know, plants being

23   certified.

24        Q.    Okay.  Were these the only two licenses

Mark A. Pecorelli

```
1    that you were able to locate?

2         A.    At this time.  There are more.

3         Q.    There are more?

4         A.    But yeah.  There were cards.  I couldn't

5    come up with them today.  Cards, you know, that you

6    carry in your wallet.  Almost like a driver's

7    license.

8         Q.    Okay.

9         A.    And they go from way back, you know.

10        Q.    Okay.  So, you believe there are more --

11        A.    Oh, I know there are.  I just couldn't

12   find them.

13        MR. CADY:  Let her finish the question --

14        THE WITNESS:  I'm sorry.

15        MR. CADY:  -- before you answer.

16        MS. BARTLEY:  That's all right.

17   BY MS. BARTLEY:

18        Q.    You believe that there are more licenses

19   that your father had, but you just weren't able to

20   bring them with you to the deposition today, is

21   that right?

22        A.    Correct.  Now, they wouldn't be like

23   that there, because I've seen them before.  I

24   just didn't know -- I mean, there is -- where to
```

Mark A. Pecorelli

 1   dig them up in a few hours.  Well, you know,

 2   overnight.

 3        Q.   Do you -- do you recall generally what

 4   years he would have had some type of applicator

 5   license for?

 6        A.   I believe like '60s, in the '60s maybe

 7   and up I'm guessing.

 8        Q.   Okay.

 9        A.   So, let's not guess.  But there are more

10   applications of him being an applicator for

11   pesticide.

12        Q.   Did he generally obtain a license for

13   every year that you recall after approximately the

14   '60s?

15        A.   I don't know if it's the '60s, but yes.

16   Yes, he -- I know from when he purchased the

17   nursery and that, yes, he had one.  And that was in

18   '78 maybe.

19        Q.   Okay.

20        A.   Okay.

21        MS. BARTLEY:  And I'm going to go ahead and

22   mark as Exhibit No. 5.  This appears to be a plat

23   survey.  It looks like the two cross streets are

24   Charles Road and Illinois Road -- excuse me --

Mark A. Pecorelli

```
 1    Route 47.

 2                    (WHEREUPON, Pecorelli Deposition

 3                     Exhibit No. 5 was marked for

 4                     identification:  Plat of Survey,

 5                     Charles Road and Route 47.)

 6    BY MS. BARTLEY:

 7         Q.    Can you tell me what this is, sir?

 8         A.    That's the nursery, the property of the

 9    nursery.

10         Q.    Okay.  And, so, tell me why you brought

11    this today.

12         A.    Well, that's -- that's where we did a

13    lot of the spraying with the Roundup for the

14    plants.

15         Q.    And do you know off the top of your head

16    how many acres this property is?

17         A.    Yes, I do.  It's 29.955.  So, 29-1/2

18    acres -- point -- well, a little over half.

19         Q.    29-1/2 acres?

20         A.    2955, .55.  So, it's actually

21    five-tenths of an acre over a half acre.

22         Q.    Okay.  And that's the plot of land?

23         A.    That's -- correct.

24         Q.    And is there like a greenhouse on the
```

Mark A. Pecorelli

```
 1   land?

 2        A.    No.

 3        Q.    Okay.  It's just outdoor land.  The

 4   plants were -- were raised on the land?

 5        A.    Correct.

 6        Q.    Okay.  Thank you.

 7        MS. BARTLEY:  And then I'm going to mark as

 8   Exhibit No. 6, we have two copies here, but I

 9   understand from your counsel that it's two copies

10   of the same photograph.

11                   (WHEREUPON, Pecorelli Deposition

12                    Exhibit No. 6 was marked for

13                    identification:  Aerial photograph

14                    of Windy City Nursery.)

15   BY MS. BARTLEY:

16        Q.    This is a -- Exhibit No. 6 is a

17   photograph of the -- an aerial view I believe of

18   the Windy City Nursery?

19        A.    Correct.

20        Q.    And that is, as I understand it, a

21   nursery that your father purchased?

22        A.    Yes.

23        MS. BARTLEY:  Okay.  And I think I can go

24   ahead and put an exhibit sticker on this since this
```

Mark A. Pecorelli

```
 1   is not an original.

 2        MR. CADY:  Yeah, we have no objection to that.

 3        MS. BARTLEY:  Okay.

 4   BY MS. BARTLEY:

 5        Q.    And I understand your father purchased a

 6   nursery, is that correct?

 7        A.    The land, right, and then we -- he made

 8   it as a nursery.  We lined down stock.

 9        Q.    What year did you -- did he purchase the

10   nursery?

11        A.    '78, '79.

12        Q.    Okay.

13        A.    In that area.

14        Q.    And, so, did he purchase the land and

15   turn it into a nursery?

16        A.    Yes.  It was -- it was -- nothing on it.

17        Q.    Okay.  And is this a photo that is

18   hanging in your home?

19        A.    Correct.

20        Q.    And did you take this photo for the

21   purpose of today's deposition?

22        A.    Correct.

23        Q.    Okay.  Thank you.  All right.

24              Other than the nursery, do you have any
```

Mark A. Pecorelli

```
1    other documents in your possession in terms of the

2    landscaping business and addresses where a

3    herbicide would have been used by your father?

4         A.    There are some, yes.  Yes.

5         Q.    Okay.  So, you have those in your

6    possession at home?

7         A.    They're around somewhere I'm sure.

8         Q.    Okay.  And you just weren't able to

9    bring them with you to the deposition today?

10        A.    Correct.

11        Q.    Okay.  And do you have -- strike that.

12              Do you have work orders with regard to

13   the dates that he would have used?

14        A.    That's -- that's what that there.  My

15   father also had -- he didn't own, but he had a

16   garden center in Elk Grove Village where the

17   residence is.

18              This is in Wood- -- the nursery is in

19   Woodstock, Illinois.  That's 47 and Charles Road.

20   We said that already.  And he had a garden center

21   where we sold wholesale -- retail, a little bit of

22   wholesale, in Elk Grove Village on Arlington

23   Heights Road, 1250 South Arlington Heights Road.

24   It's no -- now it's homes there now.  That was
```

Mark A. Pecorelli

1    before '78, '79.

2        Q.    The garden center was at 1250 South

3    Arlington Heights Road?

4        A.    Correct.

5        Q.    And that's in?

6        A.    Elk Grove Village.

7        Q.    Elk Grove Village.  Okay.

8        A.    60007, if you need the address or zip

9    code.

10        Q.    And the nursery was in Woodstock at

11    47 Charles Road?

12        A.    47 and Charles Road.

13        Q.    Okay.  But in terms of other landscape

14    work, did he maintain -- did he do lawn maintenance

15    and do landscape projects --

16        A.    Yes.

17        Q.    -- for other individuals?

18            So, do you have documentation of that

19    work, if herbicides were used at those locations?

20        A.    Yes.  I could probably come up with

21    some, yes.

22        Q.    Okay.  But you don't have -- you weren't

23    able to bring them with you today?

24        A.    Right.  I wasn't able to bring them with

Mark A. Pecorelli

1    me today.

2          Q.    Okay.  So, for example --

3          A.    But there are records.

4          Q.    You have invoices of --

5          A.    Invoices, exactly.

6          Q.    Okay.  Would you have calendars

7    reflecting those --

8          A.    Well, it's dated on the invoice, you

9    know.  So, yes, I guess that would be a calendar

10   too, right?

11         Q.    In later years would there be e-mails

12   related to those work projects?

13         A.    No, no e-mails.  Back then we -- my

14   father wasn't too much.  He was pencil and paper.

15         Q.    Would there be photographs of, for

16   example, landscape projects that he did?

17         A.    Yes.  Yes, definitely.

18         Q.    Okay.  So, with regard to some of the

19   projects and work that he did for his landscaping

20   company in which he used herbicide, there's a

21   number of responsive materials to the Deposition

22   Notice that are still at home that you weren't able

23   to bring today?

24         A.    Yes.

1      Q.    Okay.

2      MR. CADY:  Objection.  That mischaracterizes

3  what he's saying.  I believe he was saying he

4  looked for those things and couldn't find them.

5  BY THE WITNESS:

6      A.    Well, no, there are -- on that kind of

7  document, on jobs that we did before and after and

8  shows that we used the herbicide, the Roundup,

9  because when we went in, you know, it was a new

10  house, you know, and with all the weeds and grass

11  and stuff there and it shows before and after.

12  There are pictures, I mean.

13  BY MS. BARTLEY:

14      Q.    And a list of addresses where he used --

15  where his clients --

16      A.    Yes.

17      Q.    -- where he used it, right?

18            And you have those at home, right?

19      A.    Yes.

20      Q.    And you just weren't able to bring those

21  today?

22      A.    Correct.

23      Q.    Thank you.

24      MS. BARTLEY:  I'm going to go ahead and mark

Mark A. Pecorelli

```
 1   those as Exhibit -- I'm going to go ahead and mark

 2   as Exhibit No. 2 -- I'm sorry -- Exhibit No. 7 your

 3   Fact Sheet, your Plaintiff's Fact Sheet that you

 4   filled out for this litigation.

 5        MR. CADY:  Is it 7 or 6?

 6        MS. BARTLEY:  I think 6 was the photograph --

 7        MR. CADY:  Okay.

 8        MS. BARTLEY:  -- of the nursery.

 9        MR. CADY:  I think you're right.

10        MS. BARTLEY:  This is No. 7.

11        MR. CADY:  Thank you.

12                  (WHEREUPON, Pecorelli Deposition

13                  Exhibit No. 7 was marked for

14                  identification:  Plaintiff Fact

15                  Sheet.)

16   BY MS. BARTLEY:

17        Q.   Do you recognize this document,

18   Mr. Pecorelli?

19        A.   Yes.

20        Q.   You do recognize this?  Okay.

21        A.   As far as I see here.

22        Q.   Okay.  I'm going to -- I'm going to --

23   if you'll look at the very bottom of the page, the

24   very bottom, right near the edge of the page.
```

1          A.    (Indicating.)

2          Q.    Yeah.  See the word "Confidential"

3    there?

4          A.    Um-hmm.

5          Q.    Okay.  I'm going to -- we're going to

6    use this Fact Sheet throughout the day today.  I'm

7    going to ask you some questions about it, and I'm

8    going to use what we call the Bates stamp

9    page number.

10              So, at the end of that line that says

11   "Confidential" do you see a number?  Like on the

12   very first -- like if you'll turn to the -- if

13   you'll turn it over to the back, the last page has

14   a page number of 39.  Do you see a 39 in the lower

15   right-hand corner?

16         A.    Oh, yeah.  Well, it says 1 of 1.  But on

17   the bottom print, 39, yes.

18         Q.    Yeah.  So, that will be -- I'm going to

19   be referring to the Bates page number, which is

20   page 39, in an effort to -- so we can always make

21   sure we're on the same page.

22         A.    Okay.

23         Q.    Okay.  If I start you out on page 38,

24   can you turn to page 38 of that document?

Mark A. Pecorelli

```
 1        A.      That would be on the back off of --

 2        Q.      It's on the back, yeah.

 3                Okay.  So, on page 38 of the Plaintiff's

 4   Fact Sheet, under the word -- under the heading of

 5   "Declaration," there's an "/s/ Mark Pecorelli."

 6                Do you see that there?

 7        A.      Yes, I do.

 8        Q.      Did you give your counsel permission to

 9   sign your name attesting to the responses in the

10   Plaintiff's Fact Sheet?

11        A.      Yes, I did.

12        Q.      Okay.  When you gave your permission to

13   sign your name attesting to these responses on the

14   Plaintiff's Fact Sheet, did you understand that you

15   were signing these under -- the declaration under

16   penalty of perjury?

17        A.      Yes.

18        Q.      Okay.  And when you signed the

19   Plaintiff's Fact Sheet or give permission for your

20   signature, did you understand that the information

21   provided inside this Fact Sheet was true and

22   correct to the best of your knowledge, information

23   and belief?

24        A.      As far as I know.
```

Mark A. Pecorelli

 1        Q.    Okay.

 2        MR. CADY:  And I'll just stipulate for the

 3   record, I believe this is an original Plaintiff

 4   Fact Sheet.  However, I believe an amended one was

 5   also submitted at a later time.

 6        MS. BARTLEY:  I believe this is the amended

 7   one.

 8        MR. CADY:  Oh, okay.  It just says -- it does

 9   not say "Amended" on the front.  I don't know if

10   they --

11        MS. BARTLEY:  Yeah, this is the second one.

12        MR. CADY:  Oh, it is?  Okay.

13        MS. BARTLEY:  Yeah.

14        MR. CADY:  Thank you.

15        MS. BARTLEY:  I think the first one was in

16   February and this is June.

17        MR. CADY:  June is the -- okay.

18        MS. BARTLEY:  Yeah.

19        MR. CADY:  Great.  Thank you.

20        MS. BARTLEY:  I can show -- I've got the

21   original with me if you want to take a look at it.

22        MR. CADY:  That's okay.

23        MS. BARTLEY:  Okay.

24        MR. CADY:  Just to make sure we're on the same

Mark A. Pecorelli

1    page.

2        MS. BARTLEY:   Okay.

3    BY MS. BARTLEY:

4        Q.    Mr. Pecorelli, did you read and confirm

5    that everything being stated in the Fact Sheet was

6    true before you gave your permission to sign your

7    name?

8        A.    Excuse me.  Say that again.  I'm sorry.

9        Q.    Did you read and confirm that everything

10   being stated in the Fact Sheet was true before you

11   gave your permission to sign your name?

12       A.    Yes.

13       Q.    Okay.  And how was the Plaintiff's Fact

14   Sheet prepared?  So, for example, did you prepare

15   this by yourself or did you have some help?

16       A.    I had some help on filling it out.  I'm

17   not the best in reading myself.

18       Q.    I'm sorry?

19       A.    I'm not the best reader there is, you

20   know.  Words confuse me.  So...

21       Q.    Okay.

22       A.    You know, I had help read it and filled

23   it out the best I can.

24       Q.    Okay.

Mark A. Pecorelli

1      A.    To my knowledge.

2      Q.    Who helped you?

3      A.    A girl that -- I'm not married to her,

4   but I've been with her 38 years now.  I better get

5   that right.  38.

6      Q.    And what's her name?

7      A.    Donna Haubner.

8      Q.    How do you spell Donna's last name?

9      A.    H-a-u-b-n-e-r.  In the State of Illinois

10   I guess we would be married.

11      Q.    And did she just help you by reading the

12   questions to you?

13      A.    Yes.

14      Q.    Any other way that she helped you?

15      A.    No.

16      Q.    Okay.  Did anyone besides Donna help you

17   complete the Fact Sheet?

18      A.    No.

19            This -- this whole thing is the Fact

20   Sheet.

21      Q.    Yes.

22      A.    My attorney helped me out a little bit,

23   I mean.  Not advise me, but help me understand it.

24      Q.    Helped you understand the questions?

Mark A. Pecorelli

```
 1        A.    Right.

 2        Q.    Okay.  All right.  So, you can keep the

 3   Fact Sheet in front of you; and if I ever ask you

 4   any questions that it would be helpful to look at

 5   the Fact Sheet, feel free to go ahead and pick it

 6   up --

 7        A.    Yeah.

 8        Q.    -- and search the Fact Sheet --

 9        A.    Because it's been a while.

10        Q.    -- if it's helpful.  Yeah.

11              What did you do to prepare for the

12   deposition today other than -- we've already talked

13   about looking, looking for the documents.  Did you

14   do anything else to prepare for the deposition?

15        A.    I tried looking for other documents like

16   you said.  You know, I read through that I got on

17   my knowledge sheet of what you were looking for.

18              I didn't know the deposition was today.

19   I was confused on that.  So, that's what I was

20   doing.

21        Q.    Okay.  Anything else?

22        A.    No.  Looking for documents.

23        Q.    Okay.  And I don't ever want you to tell

24   me anything you discuss with your attorney.  Okay?
```

Mark A. Pecorelli

```
1    But did you meet with your attorneys prior to the

2    deposition?

3         A.    Yes.

4         Q.    Okay.  Who did you meet with?

5         A.    Steve.

6         Q.    Okay.  Anyone else?

7         A.    And Moll.  I can't think of his first

8    name right now.

9         Q.    Anyone else present?

10        A.    No.

11        Q.    When did you meet?

12        A.    Yesterday.

13        Q.    And where did you meet?

14        A.    At their office.

15        Q.    How long did you meet?

16        A.    I don't know.  40, 45 minutes, an hour

17   maybe.

18        Q.    And you said no one else was present?

19        A.    What do you mean?

20        Q.    No one else was present for that

21   meeting?

22        A.    Donna was there with me.

23        Q.    Donna was there too?

24        A.    Yeah.
```

Mark A. Pecorelli

```
 1          Q.    And did you review any documents?

 2          A.    No.

 3          Q.    Did you review any other materials?

 4          A.    Yes, what -- what he gave me was the

 5   sheet, this sheet here.

 6          Q.    The Deposition Notice?

 7          A.    The Deposition Notice, and there was one

 8   other notice on what to come up with on the

 9   documents.

10          Q.    A list of things to look for?

11          A.    Yeah, that you were asking, right.  Yes.

12          Q.    Any videos to look at or Internet

13   research, anything like that?

14          A.    No.

15          Q.    Did you prepare any notes for today's

16   deposition?

17          A.    No.

18          Q.    Have you attended any other depositions

19   in this litigation?

20          A.    No.

21          Q.    Have you read any other deposition

22   testimony or transcripts in this litigation?

23          A.    No.

24          Q.    Have you met with any doctors or experts
```

Mark A. Pecorelli

```
1    that were hired by your lawyers?

2         A.    No.

3         Q.    What is your date of birth?

4         A.

5         Q.    And where were you born?

6         A.    Illinois, Chicago.

7         Q.    Chicago?

8         A.    Um-hmm.

9         Q.    And did you grow up there?

10        A.    No.  I grew up in Elk Grove Village.

11   The day I got -- I don't remember, but from what my

12   parents told me that they brought me from the

13 hospital right to the house,    ,

14   Elk Grove Village.

15        Q.    And where did you attend high school?

16        A.    Elk Grove Village Junior High.

17        Q.    Did you graduate from high school?

18        A.    Yes.

19        Q.    And did you attend college or any kind

20   of technical school after high school?

21        A.    None.

22        Q.    Do you hold any kind of degrees or

23   certifications, licenses?

24        A.    Hunting license.
```

Mark A. Pecorelli

```
1          Q.    Anything else?

2          A.    (Shaking head.)

3          Q.    Do you have any kind of medical

4     training?

5          A.    No.

6          Q.    Do you have any kind of legal training?

7          A.    No.

8          Q.    Okay.  Now, what is your father's date

9     of birth?

10         A.    I do have a question with that.

11    Yesterday I read over, and there's a wrong date on

12    there but it's --

13         Q.    On the Fact Sheet?

14         A.    Is that what it was?

15         Q.    On the Fact Sheet, yeah.

16         A.    Oh, okay, yeah.  It was the wrong year.

17

18         Q.    Okay.

19         A.    Was his date of birth.  I made a note of

20    that, and I forgot to tell --

21         Q.    Thank you for --

22         A.    -- him this morning.

23         Q.    No problem.

24         A.    Thank you for bringing that up because
```

Mark A. Pecorelli

1    that's --

2        Q.    Thank you for correcting that.

3        A.    What is on the Fact Sheet?

4        Q.    I think it says --

5        A.    '50 --

6        Q.    It says '49 on the Fact Sheet.

7        A.    '49, okay, yeah.

8        Q.    But it was June 22, 1929, correct?

9        A.    Correct.

10       Q.    Okay.  And where was your father born?

11       A.    Chicago.

12       Q.    Okay.  And did he grow up in Chicago?

13       A.    Yes.

14       Q.    And where did your father attend high

15   school?

16       A.    Taft High School.

17       Q.    How do you spell it?

18       A.    Taft.  I don't know how to spell it.

19   Taft.

20       Q.    C-a?

21       A.    No, Taft, Taft, T-a-f-f maybe.

22       Q.    Taft?

23       A.    Taft.

24       Q.    T-a-f-f?

Mark A. Pecorelli

```
 1        A.    Yeah.  I'm guessing on the spelling.
 2   I'm not --
 3        Q.    Okay.  Did your father graduate from
 4   high school?
 5        A.    Yes.
 6        Q.    Okay.  Do you know what year he
 7   graduated?
 8        A.    No.
 9        Q.    Okay.  Did your father attend any
10   college or technical schools after high school?
11        A.    Don't know.
12        Q.    Don't know?
13        A.    No.
14        Q.    Okay.  And we've talked about the
15   licenses that you brought here today.
16        A.    Right.
17        Q.    And your understanding that there are
18   more of those.
19        A.    Right.
20        Q.    Other than those, did he hold any --
21   your father -- hold any other degrees or
22   certifications?
23        A.    I know he had a hunting license.
24        Q.    Okay.
```

Mark A. Pecorelli

1        A.    Taxicab or able to drive a -- I don't

2    know.  Big license.

3        Q.    He had a --

4        A.    A CDL or whatever license.  I recall him

5    saying he can drive, you know, just about anything.

6        Q.    Did you say taxicab?

7        A.    Yeah, from taxicab to a bus or semi or

8    whatever.  CDL I guess.  I'm not sure what it's

9    called.  I don't know.  I'm not guessing, but I

10   just remember him saying he was able to drive

11   anything but an airplane.

12       Q.    Okay.

13       A.    Okay.

14       Q.    So, he had some kind of special driving

15   license that would allow him to drive like taxicabs

16   and buses?

17       A.    If -- possibly.  I'm not sure.

18       Q.    Okay.

19       A.    Let's strike that because I'm -- is

20   all's I remember him saying.

21       Q.    Did he ever do that for employment

22   purposes, drive special vehicles?

23       A.    No, but he drove CDL, you know, heavy

24   trucks for landscaping and that.

Mark A. Pecorelli

```
 1        Q.    Okay.

 2        A.    Hauling I guess you would call it, you

 3   know.

 4        Q.    Did your father have any medical

 5   training?

 6        A.    Not that I know -- not to my knowledge.

 7        Q.    Did your father have any legal training?

 8        A.    Meaning a lawyer?

 9        Q.    Paralegal or any type of legal training?

10        A.    No, not that I know of.  No.

11        Q.    You already mentioned the dispute about

12   the estate.  Have you ever been involved in any

13   prior lawsuits other than that one?

14        A.    No.

15        Q.    Okay.  Has your father ever been

16   involved in any civil lawsuits?

17        A.    No.

18        Q.    Have you ever filed for bankruptcy?

19        A.    No.

20        Q.    Had your father ever filed for

21   bankruptcy?

22        A.    No.

23        Q.    Have you ever been arrested?

24        A.    Yes.
```

Mark A. Pecorelli

```
1        Q.    How many times have you been arrested?

2        A.    Four maybe.

3        Q.    What were -- what were the occasions on

4   which you were arrested?

5        A.    Driving on a suspended license, revoked

6   license.

7        Q.    What was it revoked for?

8        A.    DUI.

9        Q.    All alcohol-related?

10       A.    Um-hmm.

11       Q.    Anything else?

12       A.    Marijuana I believe maybe.

13       Q.    Were you ever incarcerated?

14       A.    Yes.

15       Q.    How long were you incarcerated?

16       A.    It was a year's sentence, but they gave

17   me 61 days for good behavior.

18       Q.    And where were you incarcerated at?

19       A.    Vandalia, Illinois.

20       Q.    And that sentence, was that alcohol or

21   marijuana-related or both?

22       A.    I believe it was both.

23       Q.    Any other arrests beyond alcohol and

24   marijuana?  Sorry.  And driving?
```

Mark A. Pecorelli

1       A.     Not to -- not that I -- to my knowledge

2   that I know of right now.

3       Q.     And how long ago was that that you were

4   incarcerated?

5       A.     Don't -- don't recall.

6       Q.     More than -- more than ten years ago?

7       A.     Oh, yeah.  '91.  Guessing.  '91.  I

8   think '91, '92.

9       Q.     Has your father ever been arrested?

10      A.     No, never.

11      Q.     So, your father's never been convicted

12  of a crime?

13      A.     Never.

14      Q.     Okay.  What is your current address?

15      A.      where -- same as where

16  my father lived.

17      Q.     Okay.  So, have you always lived at that

18  address?

19      A.     Yes.

20      Q.     Your entire life?

21      A.     Yes.  I had -- I had a place that I had

22  a small garden center myself in    for a

23  couple years, but I was mainly just -- it was a

24  house there.  I did stay there, but it wasn't -- I

Mark A. Pecorelli

 1  was renting it for the space of the garden center.

 2      Q.    And what years was -- what years were

 3  that that you lived there?

 4      A.    Don't recall.  2004 maybe.  2004.

 5      Q.    Okay.  So, other than that couple of

 6  years that you lived at the house at the garden

 7 center in    --

 8      A.    Right.

 9      Q.    -- have you always lived at the ?

10      A.    .

11      Q.

12      A.    Yes.

13      Q.    And that's your father's house?

14      A.    I inherited it.

15      Q.    You inherited it now, but it was your

16  father's house when you were born?

17      A.    Father and mother, yes.

18      Q.    Your father and mother.

19           And what year did your father purchase

20  that house or -- did -- I should --

21      A.    1961.

22      Q.    Okay.

23      A.    That's the year I was born.  I think he

24  got it in February and I was born in March.  End of

Mark A. Pecorelli

1  February and I was born March 9.  So, as soon as I

2  came out of the hospital, they brought me directly

3  to that home.

4      Q.    And did he -- did he own the house?  He

5  purchased the house in 1961?

6      A.    Yes.  I'm sure there was a mortgage at

7  that time.  I mean, he didn't buy it, pay for it

8  all.

9      Q.    Sure.

10     A.    There was a mortgage.

11     Q.    So, he purchased the house in 1961, the

12  year that you were born?

13     A.    Correct.

14     Q.    And then when he passed away, did you

15  inherit the house?

16     A.    Yes.

17     Q.    Okay.  And you lived there the entire

18  time other than when you -- for that short time

19  that you lived near your own garden center in

20    , right?

21     A.    Yes.

22     Q.    Okay.  And are you currently living at

23  the    address?

24     A.    Yes.

Mark A. Pecorelli

```
 1         Q.    Okay.  Who else lived at that address at
 2    over the years?
 3         A.    My two brothers and my mom and dad.
 4         Q.    Okay.
 5         A.    And Donna.  Donna's living there now.
 6         Q.    Okay.  And so I'm going to ask you --
 7         A.    Okay.
 8         Q.    I'm going to ask more questions about
 9    them in a minute.  But what was your mother's name?
10         A.    Joyce.
11         Q.    And what was her maiden name?
12         A.    Earhardt.
13         Q.    E-a-r-h-a-r-d-t?
14         A.    Earhardt.  Is there a D in there?
15         Q.    I don't know.  Okay.
16         A.    You know more than I do.
17         Q.    And your two brothers' names?
18         A.    Michael, Jr.
19         Q.    And your other brother's name?
20         A.    James.
21         Q.    Okay.  So, in terms of other folks who
22    lived at the house, you mentioned your -- your
23    girlfriend.  And what was -- and Donna -- that was
24    Donna?
```

Mark A. Pecorelli

```
 1        A.    Donna, Donna.

 2        Q.    Okay.  So, what year was Michael born?

 3        A.    Junior?

 4        Q.    Michael, Jr.  Sorry.

 5        A.    '57.  I'm guessing.

 6        Q.    Okay.  So, Michael obviously moved into

 7   that house in 1961?

 8        A.    Right.

 9        Q.    When it was purchased?

10        A.    Yeah.  My two -- James and Michael were

11   older than -- I'm the baby.

12        Q.    Okay.  And then when did Michael move

13   out of the house, or did he?

14        A.    Oh, yes.  He moved out at an early age.

15        Q.    Do you remember how old he was when he

16   moved out?

17        A.    Underage.

18        Q.    Underage?

19        A.    Yeah, I believe so, if I'm not mistaken.

20        Q.    16, 17, do you know?

21        A.    Yeah, 16, 17.

22        Q.    And then did -- so, he moved out when he

23   was maybe 16, 17.  Did he ever move back?

24        A.    No.
```

Mark A. Pecorelli

```
1        Q.    Okay.  And then James is older than you,
2   right?  So, James moved into the house in '61 when
3   it was purchased, right?
4        A.    Yes.
5        Q.    Okay.  So, what year was James born?
6        A.    '58.  He was one year and a couple days
7   after Michael.
8        Q.    Okay.  So, he would have moved into the
9   house in '61 and when -- did James move out of the
10  house at some point?
11       A.    Yes.
12       Q.    When would James have moved out of the
13  house?
14       A.    Maybe 18 he got married.  He got married
15  and moved out.  Been out ever since.
16       Q.    Never moved back?
17       A.    He stayed back, came back years later.
18  A lot.  How many years?  He got a divorce.  He had
19  two divorces.  One he had a divorce and they got
20  remarried, and that divorce he came back for maybe
21  a couple months.
22       Q.    Okay.  After the first divorce he came
23  back for a couple months?
24       A.    No, no, second divorce.
```

Mark A. Pecorelli

```
 1        Q.    Second divorce.  Do you remember about
 2  what year that was?
 3        A.    Don't know.
 4        Q.    Approximately?
 5        A.    I don't want to guess.
 6        Q.    Okay.  And what year did Donna move into
 7  the house?
 8        A.    Well, after I inherited it, she moved
 9  totally in, but she was staying there maybe 2010,
10  '11 maybe.  It's somewhat of a guess, but in that
11  area.
12        Q.    So, she was pretty much staying there
13  full time starting in around 2010, 2011?
14        A.    2000 -- no, that was like part time.
15        Q.    Part time?
16        A.    Yeah.  I mean, you know, we were -- I
17  mean, I'd be at her place.  She'd be at my place.
18        Q.    Okay.  She would stay over quite a bit
19  in the years 2010, 2011, and then moved in full
20  time after you inherited it?
21        A.    Yes.
22        Q.    And -- I guess I don't know when your
23  mother passed away in terms of when you --
24        A.    2014.
```

Mark A. Pecorelli

```
 1        Q.    Okay.  So, did you inherit it in 2014?

 2        A.    After -- after my mom passed, yes.

 3        Q.    Around --

 4        A.    2014, late 2014.  She died in April, and

 5   I believe I inherited it in September.

 6        Q.    And, so, around September of 2014 was

 7   when Donna moved all of her things over.  Is that

 8   around that time?

 9        A.    A little bit -- after my dad passed.

10        Q.    Okay.

11        A.    She was pretty much full time there

12   after '12.

13        Q.    Okay.

14        A.    But she was there pretty much a little

15   bit before my dad passed.

16        Q.    So, Donna pretty much lived there full

17   time closer to March of 2012, then?  Is that -- I

18   don't want to put words in your mouth.

19        A.    Yeah, you're close, but that's -- yeah.

20        Q.    Okay.

21        A.    I mean, she was there.  I mean, as a

22   matter of fact, Donna was actually my mom and dad's

23   daughter that they didn't have actually.

24        Q.    Okay.  What's Donna's occupation?
```

Mark A. Pecorelli

```
 1        A.     She was a -- worked at -- right now
 2   she's -- okay.  Do you want to go what she did, you
 3   mean?
 4        Q.     Yeah.  What does she do for a living?
 5        A.     At today?
 6        Q.     Sure.
 7        A.     She's on disability.  She had a brain
 8   aneurysm.
 9        Q.     When did she have that aneurysm?
10        A.     2015-1/2, close to '16 maybe.  Right in
11   that area.
12        Q.     Okay.
13        A.     It's guessing but close, real close.
14        Q.     Okay.  Before that, what did she do for
15   a living before her aneurysm?
16        A.     She worked for CubeSmart.
17        Q.     CubeSmart?
18        A.     CubeSmart.
19        Q.     What does -- what is CubeSmart?
20        A.     It's storage where -- self-storage.
21        Q.     And what did she do for them?
22        A.     Manager.
23        Q.     And is Donna someone that would have
24   information about your -- knowledge about your
```

Mark A. Pecorelli

1    father's health?

2          A.    Oh, yes.

3          Q.    And did Donna attend medical

4    appointments with your father at times?

5          A.    At times, yes, and she was there when my

6    father was in hospice and that.  My dad passed away

7    at the house.

8          Q.    Okay.  Does Donna have any medical

9    training?

10         A.    Don't know.

11         Q.    You don't know?

12         A.    She has some kind of knowledge on human

13   biology or whatever.  Something like that.  I

14   don't -- I can't answer your question that you're

15   asking.

16         Q.    Does -- did Donna go to college?

17         A.    No.

18         Q.    Do you know if she obtained --

19         A.    She went to a junior college, I mean

20   like Harper, for some courses, dental.

21         Q.    She obtained some kind of a dental

22   certificate or license or something like that?

23         A.    I think so.  I don't know if she

24   graduated or not at that.

Mark A. Pecorelli

```
 1        Q.    Okay.  Did Donna -- does Donna have any
 2   kind of legal training?
 3        A.    Not sure, no.  Not sure.
 4        Q.    And is Donna living with you currently?
 5        A.    Yes.  And before that she worked for
 6   Jewel for -- Jewel Food Store for 20 something
 7   years.
 8        Q.    When did Donna make the change from
 9   Jewel Food Store to the CubeSmart?
10        A.    I'm not sure.
11        Q.    I'm going to shift gears here to kind of
12   employment and income for your father.
13              At the time he was diagnosed in 2004,
14   what were his sources of income?
15        A.    Money.  No.  You mean an amount?
16        Q.    No.  Where -- where was his income
17   coming from?
18        A.    From the nursery.
19        Q.    The nursery?
20        A.    And landscaping.  That's what -- that's
21   what he did, planting and designing and then --
22        Q.    Okay.
23        A.    -- plants.
24        Q.    He would have been 75 at the time he was
```

Mark A. Pecorelli

```
 1    diagnosed.  Did he have -- was he collecting any
 2    kind of Social Security?
 3          A.    I think so.
 4          Q.    Okay.  Any other sources of income at
 5    the time he was diagnosed?
 6          A.    Not to my knowledge.  I don't know the
 7    finances --
 8          Q.    Okay.
 9          A.    -- of my father.
10          Q.    At the time of his death in 2012, what
11    were his sources of income?
12                At the time of his death he would have
13    been 82?
14          A.    Correct.
15          Q.    Okay.
16          A.    There -- wasn't getting income.  He
17    might have had some stock maybe, you know, some
18    dividends.  I don't know his financial business.  I
19    mean, I was the executor and the trustee of the
20    estate.  There was some stock.  So, he was getting
21    dividends in --
22          Q.    He was getting what?
23          A.    Dividends.
24          Q.    Okay.
```

Mark A. Pecorelli

```
 1        A.     I don't know.  And he had a small IRA.

 2        Q.     A small IRA?

 3        A.     Uh-huh.  And my mom was working.  So,

 4   you know, I mean, it was the both of them.  So, I

 5   don't know.

 6        Q.     Was your mom working at the time of his

 7   death?

 8        A.     She was a freelancer.  She was an

 9   artist, painted, did perfume, stuff like that.

10        Q.     She was a freelance artist?

11        A.     Um-hmm.

12        Q.     And what do you mean by she did perfume?

13        A.     Well, she worked for the perfume

14   companies and promoted them with paintings and, you

15   know, on their bottles and all that, in Marshall

16   Field's.  All them high-end stores.  Macy's.  Well,

17   that is.  Macy's is, Marshall Field's,

18   Bloomingdale's.

19        Q.     And you said your mom passed away in

20   April of 2004?

21        A.     '14.

22        Q.     2014.  I apologize.

23        A.     Yeah.

24        Q.     2014.
```

```
1          A.    He had a condo.  Might have had some

2    income.  He had one that they had and one that he

3    rented.  But it just -- I don't know, you know,

4    made money.  But he did rent one.  You know, he

5    rented them during just the winter months

6    practically.  But it helped take -- that was just

7    money, turning money.

8          Q.    You said he owned a condo?  He owned --

9          A.    Two of them.

10         Q.    -- two condos?

11         A.    Mom and dad did, yes.

12         Q.    And where were those condos at?

13         A.    Florida, Marco Island.

14         Q.    Okay.  If you'll look at your

15   Plaintiff's Fact Sheet, on page 13, you were asked

16   to kind of list his employment history there.  And

17   you were only asked to go back 25 years on this

18   particular page.

19               And you identified him as being

20   self-employed from 1953 to 2012 as a landscaper

21   with his job duties being landscaping and land

22   maintenance and then --

23         A.    Wait, wait.  Say that again.  From --

24         Q.    19 --
```

Mark A. Pecorelli

 1      A.    '53 to 2012?

 2      Q.    Uh-huh.  On the first line.

 3      A.    Yeah.  But he had the nursery in between

 4   that.

 5      Q.    Okay.

 6      A.    So, what you're saying, you're just

 7   saying landscaping.

 8      Q.    Well, I was just reading the line.

 9      A.    Oh, I got you.  Okay.

10      Q.    Okay.  You indicated from 1953 to 2012

11   his job title was landscaper and the job duties

12   were listed as landscaping and land maintenance on

13   this line, right?  Is that not correct?

14      A.    Well, underneath it says to '12.  Are

15   you just going straight across?

16      Q.    I'm just going straight across.

17      A.    Okay.  I got you.

18      Q.    Okay.

19      A.    Well, landscaping and he did landscaping

20   and maintenance, yes.

21      Q.    Landscaping and maintenance.  Okay.

22            And then on the second line you indicate

23   he was self-employed at Windy City Landscaping and

24   Nursery from 1978 to 2012, also a landscaper but

Mark A. Pecorelli

```
1    you added plant propagator with jobs --

2         A.    In '78 is when he bought the nursery,

3    right.

4         Q.    Okay, okay.

5         A.    So, '78, '79, right in that area.

6         Q.    So, here are my questions.

7         A.    Okay.

8         Q.    So, in 1953 is when he started off as a

9    landscaper, right, at age 24?

10        A.    I wouldn't -- if that's his -- if you

11   figured out that's what it comes to, yes.  I never

12   figured it out.  But I know he went -- I'm almost

13   positive he went into business in 1953 --

14        Q.    Okay.

15        A.    -- as Windy City Landscaping.

16        Q.    Okay.  So, do you know what he did for a

17   living before age 24?

18        A.    He was -- no, I -- no, I don't.  Worked

19   for Canfield Can Company.  I don't -- you know,

20   jobs.  Just jobs.

21        Q.    Okay.

22        A.    Fruit market.

23        Q.    Okay.  And then I want to make sure I

24   understand the distinction in terms of what
```

Mark A. Pecorelli

```
1    happened in 1978.  On the Plaintiff's Fact Sheet

2    you make that distinction.

3            So, it appears as if that's when he

4    started up the company Windy City Landscaping in

5    1978?

6        A.    No, no.  Windy City Landscaping was in

7    '53.

8        Q.    Okay.  So, help me understand, then,

9    what's the difference between the two lines on the

10   Plaintiff Fact Sheet.  What happened in 1978?

11       A.    That's when he went into the nursery

12   business, propagating, growing plants.

13       Q.    Okay.  So, there was a business starting

14   all the way back to 1953 called Windy City

15   Landscaping?

16       A.    And Company, right.

17       Q.    And Company.  Okay.

18       A.    And then I believe he got incorp- --

19   when you say Landscaping and Nursery, Incorporated.

20       Q.    Okay.

21       A.    When he did that, I don't know.

22       Q.    All right.

23       A.    But I do know the nursery started --

24   well, he had the garden center.  So that was
```

```
 1    another business, too, before '78.
 2         Q.    Okay.  So, just so -- just so I'm clear,
 3    I want to just understand why there is two lines
 4    here.  Is the only difference in 1978 that he added
 5    the nursery?
 6         A.    Added the nursery, yes, and then in '78
 7    he wasn't doing much maintenance.  Just taking care
 8    of jobs after he did landscape jobs, landscaping,
 9    planting and designing.  Through then till whenever
10    we, you know, took care of the place after, you
11    know, the next year, trimming or stuff like that.
12         Q.    Okay.  So, in 1978 when he added the
13    nursery, he wasn't doing as much --
14         A.    We did no lawn cutting or anything.
15    That was all eliminated.
16         Q.    Okay.  The lawn maintenance was
17    eliminated in '78?
18         A.    Yes.
19         Q.    Okay.
20         A.    Right in that area.
21         Q.    Gotcha.
22         A.    Okay.
23         Q.    Lawn maintenance was basically
24    eliminated around 1978?
```

Mark A. Pecorelli

```
 1        A.    Close.  I mean, it might have been a
 2   little bit before that because he was doing
 3   planting and designing, but we still maintained the
 4   jobs we did, you know, that he installed.
 5        Q.    Okay.
 6        A.    You know.  You know what I'm saying?
 7        Q.    Okay.  So, in terms of landscaping jobs,
 8   he wasn't doing new ones, but he would maintain the
 9   landscaping jobs he --
10        A.    Designed.
11        Q.    -- designed.
12        A.    And planted, right.
13        Q.    Okay.
14        A.    He wasn't taking on weekly maintenance
15   or snowplowing --
16        Q.    Okay.
17        A.    -- or anything like that.
18        Q.    Gotcha.  So, in '78 he added the
19   nursery.  He stopped doing routine lawn
20   maintenance?
21        A.    Weekly.
22        Q.    Weekly lawn maintenance.  And stopped
23   doing new landscaping jobs, but --
24        A.    No, no, no.  He didn't stop doing those.
```

Mark A. Pecorelli

```
 1   Still did new landscape jobs.

 2        Q.    Okay.

 3        A.    Planting and designing.

 4        Q.    Okay.

 5        A.    New homes.  A home that you tear out

 6   everything and whole new --

 7        Q.    Gotcha.

 8        A.    -- yardwork.

 9        Q.    Okay.  It was mostly no more weekly lawn

10   maintenance, but it was all just new landscaping

11   jobs?

12        A.    Cutting grass was eliminated, yes.

13        Q.    Gotcha.  Okay.  I'm following you.

14        A.    Right to the point.

15        Q.    Okay.  Gotcha.  Thank you.

16              And by "plant propagation," he -- the

17   purpose of the nursery was so he could breed his

18   own -- was it mostly flowers and bushes?

19        A.    No, it was evergreens and shade trees,

20   yeah.

21        Q.    Trees?

22        A.    Evergreens, shade trees, shrubs, all

23   landscape plants.  Now -- annual flowers.

24        Q.    Annual flowers and trees?
```

Mark A. Pecorelli

 1        A.    There was no flowers, annual flowers --

 2    perennials, you know.  Annual.

 3        Q.    No perennials.

 4        A.    No annuals.  He did lilies and stuff

 5    like that, which come back every year.

 6        Q.    I'm sorry.  Okay.  So, there were

 7    flowers and trees and?

 8        A.    Shade trees, evergreens.

 9        Q.    Okay.

10        A.    And shrubs.

11        Q.    And shrubs.  Okay.  And there was no

12    greenhouse.  It was all exposed?

13        A.    All outdoor.

14        Q.    All outdoor.  And the address of the

15    nursery you gave us and the address of the garden

16    center you gave us?

17        A.    The garden center.  The address of the

18 nursery is    Road.  There was nothing

19    there.  So, it was never established post, you

20    know, for an address.

21        Q.    Okay.  And the nursery was purchased in

22    1978?

23        A.    Correct.

24        Q.    The garden center was started up when?

Mark A. Pecorelli

```
 1        A.    I don't know.  Before that.  '75 maybe,
 2     '76.
 3        Q.    What --
 4        A.    '74.
 5        Q.    What did you do in the garden center
 6     before -- what did he do in the garden center
 7     before he had a nursery?
 8        A.    Landscaping.  Landscape planting and
 9     designing.
10        Q.    Okay.  So, it served -- just served as
11     an office facility?  What -- what did he sell
12     there?
13        A.    Plants.
14        Q.    Okay.  But he just didn't grow them
15     there?
16        A.    Flowers, everything.
17        Q.    Okay.
18        A.    He bought them wholesale and sold them
19     retail.
20        Q.    Okay.
21        A.    He didn't grow them himself.
22        Q.    I see.
23        A.    And then that's when he decided, well,
24     hell -- excuse me.  The money that he's spending on
```

Mark A. Pecorelli

1    purchasing his plants, to grow them himself, then

2    he is getting -- making off the plants and the

3    landscaping and the installment.  You understand?

4        Q.    I understand, yeah.  And I apologize.

5    I'm not sure I let you finish your answer.

6            Can you give me your best estimate of

7    when the garden center opened?

8        A.    Let's see.  I graduated in '79 and I

9    know I was running it -- I was -- my freshman year

10   or so, I'd be 18.  So, '61.  I'm trying to figure

11   this out.  Out loud.  '61.  And how old would I be?

12   15, 14, 15?  15.  Put it on 15 on '61.  '76.

13       Q.    1976?

14       A.    Yeah.  That sounds about right.

15       Q.    And then the garden center is no longer

16   there I think you said?

17       A.    Correct.

18       Q.    When did the garden center close?

19       A.    He rented -- it was a garden center

20   before he went into it in '78 I believe.  '79, '78,

21   '79, right there.

22       Q.    So, he only -- he rented the garden

23   center only for a few years?

24       A.    Four years I believe, yeah.  Three to

Mark A. Pecorelli

1    four years.  He sold flowers and lilies at

2    Eastertime and mums and stuff like that.

3    Everything, black dirt, sod, you know, a garden

4    center.  Fertilizer.

5         Q.    So, he rented it and it was only for

6    about three years?

7         A.    Right.

8         Q.    Okay.  All right.

9         A.    Because then he bought -- bought the

10   nursery property.

11        Q.    Okay.  So, lawn maintenance, I want

12   to -- lawn maintenance was from about 1953 to

13   around 1978.  Is that -- do I understand that

14   right?

15        A.    In -- yeah.  I'm not -- lawn

16   maintenance -- yeah, I think so.  Yes.

17        Q.    Okay.  And then the landscaping

18   business --

19        A.    Well, there was -- the lawn maintenance

20   or doing maintenance was also with landscaping.  He

21   did landscaping from '53 on.  I mean, he put in

22   shrubs.

23        Q.    Right.

24        A.    All of that.

Mark A. Pecorelli

```
 1        Q.    And the landscaping was from 1953 until
 2   the end of the business?
 3        A.    Until the end of the business, yeah.
 4        Q.    Until -- until he retired?
 5        A.    When he retired -- well, he retired --
 6   wasn't making no money, but he was so -- wouldn't
 7   leave.  You know what I mean?  I don't know.
 8   Right.
 9        Q.    Until he stopped working.  Is that a
10   fair way to put it?
11        A.    Thought he worked.
12        Q.    What's that?
13        A.    Thought he worked.  You know, he'd just
14   be there.  You know what I'm saying?
15        Q.    Okay.
16        A.    Wasn't drawing no money, that's for
17   sure.
18        Q.    But during the -- he started the
19   landscaping work in 1953 and continued landscaping
20   through the course of his career.  Is that a good
21   way to put it?
22        A.    Correct, right, right, but strictly
23   week-by-week maintenance.  And that was eliminated
24   around '78.
```

Mark A. Pecorelli

```
 1        Q.     The week-by-week, you're referring to
 2   the lawn maintenance?
 3        A.     Maintenance.  You know, coming in and
 4   doing, cutting your lawn, trimming your bushes and,
 5   you know, he did some jobs like McDonald's
 6   University, stuff like that.
 7        Q.     Okay.  And then the plant propagation
 8   started in 1978?
 9        A.     Right.  '78, '79.
10        Q.     And he did that until he --
11        A.     Right.
12        Q.     -- quit working?
13        A.     Um-hmm.
14        Q.     Okay.  Gotcha.  All right.
15        A.     And during that time of '79, '78, '79,
16   right.
17        Q.     Okay.  All right.  Did he always work
18   full time?
19        A.     Weather permitting, yes.
20        Q.     Okay.  Weather permitting.  And weather
21   permitting, how many hours a week would he work?
22        A.     It depends.  I mean, it wasn't like
23   three.  Eight or more, you know, hours a day he was
24   running.
```

Mark A. Pecorelli

```
1        Q.    Eight or more?

2        A.    Um-hmm.

3        Q.    Did he ever work at night?

4        A.    Landscaping?  No.

5        Q.    Sometimes he did work at night?

6        A.    No.  I mean, not at night night, no.

7   There's times he'd been out I'm sure on estimates.

8   Not guessing.  But, I mean, he picked up the jobs,

9   you know.  He went and did the estimates, stuff

10  like that, and I'm sure that was in the evening

11  hours because I also had my own landscaping myself

12  and we were like combined.

13       Q.    And, so, over the years I imagine he had

14  employees?

15       A.    Yes.

16       Q.    Okay.  So, what's the maximum number of

17  employees he ever had?

18       A.    Three maybe.  Three, four.  And at times

19  when the big job came up, he got help, you know.

20  But it wasn't strictly on the payroll every, you

21  know, all -- the whole season.

22       Q.    So, are you --

23       A.    You know.

24       Q.    Are you able to give me the list of
```

Mark A. Pecorelli

```
 1   employees that worked with him over the years?  Can

 2   you just give me those names?  Are those people

 3   that you know of or are they all family members,

 4   for example?

 5        A.    No.  I don't know offhand.

 6        Q.    Okay.  So, do you have at home a list of

 7   the employees that you could provide to us of

 8   people who worked with him?

 9        A.    Yes.

10        Q.    Okay.

11        A.    See, I also had my own landscape company

12   too, which was Sun-Tree Landscaping and Nursery.

13        Q.    What was the name of it again?

14        A.    Sun, S-u-n, hyphen, Tree Landscaping and

15   Nursery.  And I had two guys working for me.  Okay.

16   And then -- when I -- all I did was planting and

17   designing.  I didn't do no maintenance, lawn

18   maintenance that is.  We kept up the jobs.

19              And then my dad -- we combined it

20   together.  I had two guys and we'd have some guys

21   at the farm, hoeing, weeding, stuff like that.

22        Q.    Okay.  All right.  So, your father,

23   though, had three to four employees, right, most

24   years?
```

Mark A. Pecorelli

```
 1        A.    Being combined, yes.  Two with me and he
 2   had two, you know, because the nursery -- I think
 3   you're getting confused here.
 4             The nursery and the landscaping was
 5   like -- I mean, there was some workers there that
 6   just worked the nursery.
 7        Q.    Okay.
 8        A.    Okay.  All right.  And then there is
 9   some that can work when they weren't doing jobs,
10   would come to the nursery and work, trimming, you
11   know, keeping up on the shrubs and planting.
12        Q.    Well, let's -- let's separate them,
13   then.
14             How many employees did he have working
15   at the nursery?
16        A.    Two I believe, sometimes three.  It
17   depends.  See, we line out the plants from liners,
18   from transplants.  So, early spring there would be
19   maybe three, four guys, until you get, you know,
20   before -- because they got to get in the ground or
21   otherwise they're bare root.
22        Q.    Okay.  And then how many employees did
23   he have helping him in the landscaping aspect of
24   the work?
```

Mark A. Pecorelli

```
 1          A.     Two.

 2          Q.     Okay.

 3          A.     And then my crew with two, if he needed

 4     it.

 5          Q.     Up to four people helping him with

 6     landscaping?

 7          A.     And myself and him.  So, that would be

 8     four, five, six.

 9          Q.     Six people total to do the landscaping

10     work?

11          A.     And nursery.  It was combined.  You

12     understand what I'm saying?

13          Q.     Well, I'm wondering how many people did

14     he have to help him with the landscaping work?

15          A.     Him, myself.

16          Q.     How many people did he have to share the

17     responsibilities of the landscaping work?  Is it

18     six?

19          A.     Four.  Four to five.

20          Q.     Four to five.

21          A.     Him and I and two guys usually and

22     sometimes if we were laying sod, you know, we'd put

23     in the sod or something like that, we'd take the

24     guys off the farm and bring them on the job.
```

Mark A. Pecorelli

```
 1        Q.    And then at the nursery -- so, we're
 2   settled on he would have four to five guys to share
 3   responsibilities in the landscaping work?
 4        A.    And, and the nursery.
 5        Q.    Okay.  And then at the nursery the
 6   responsibilities would be divided up between three
 7   to four employees or four to five total?
 8        A.    Four to five total when we needed it
 9   there, you know.
10        Q.    Okay.  All right.  And some of them you
11   know, but obviously over time there would be
12   employees whose names you can't recall today, is
13   that fair, if I understand?
14        A.    Yes.
15        Q.    Okay.  But those are names of
16   individuals that you would have at home?
17        A.    Yes.
18        Q.    Okay.
19        A.    I'm sure, yes.  I mean, they were on the
20   payroll.  I'm sure I can find some of them.
21        Q.    Okay.  So, those are names that you
22   could get, but you just weren't able to bring those
23   here today?
24        A.    Yes.
```

Mark A. Pecorelli

1        Q.    Okay.  Going forward in the deposition

2    today, if I use the word "landscaping business,"

3    can we have an understanding that I'm talking about

4    all aspects of the landscaping business?

5             So, for example, if I ask you a question

6    like can you give me a list of the different

7    chemicals that your father may have been exposed to

8    in the landscaping business, I'm referring to all

9    aspects of it.  Do you understand that?

10       A.    Okay.  Nursery included?

11       Q.    Yes.

12       A.    Okay.

13       Q.    So, can you list any chemicals that your

14    father may have been exposed to in the landscaping

15    business?

16       A.    Well, the Roundup of course and the

17    Roundup Pro.  I mean, he did fertilizing.  That's a

18    chemical.  Weed and Feed.  2,4-RD maybe.

19       Q.    2,4-RD?

20       A.    RD, yeah, that's a weed killer for

21    lawns.

22       Q.    2,4-RD?

23       A.    Yeah.

24       Q.    What did you say after that?

Mark A. Pecorelli

1        A.    For lawns.

2        Q.    For lunch?

3        A.    For lawns.

4        Q.    For lawns?

5        A.    Yeah.  Grass.

6        Q.    Grass.  Any others?

7        A.    And pesticide for the plants, sprayed

8    plants.  We used a -- we used a technique for,

9    instead of the chemical on the plants, ladybugs at

10   the nursery and -- what are them things they call?

11   Praying mantis.  Praying mantis.  Am I saying that

12   right?

13       Q.    The actual animal?

14       A.    Yeah, bug.

15       Q.    Okay.

16       A.    Right.

17       Q.    Do you recall which brand of fertilizer

18   you used or which brands?

19       A.    Not at this -- no.

20       Q.    Okay.  And when you say "pesticides," do

21   you recall which brands of pesticides he used?

22       A.    No.  I don't.  No.  Not -- no.

23       Q.    Did you apply any other herbicides other

24   than the ones you've mentioned?  Sorry.  Your

Mark A. Pecorelli

```
 1   father.

 2       A.   Yeah.  There was a granule that would --

 3   Surflan, Surflan.  You know, after we dig a plant,

 4   we're disturbing the ground, you know, so the weeds

 5   will pop up where the plant came out.  And it's a

 6   pellet form.  You just toss it over the hole.

 7   Treflan, Treflan, Surflan, Treflan.  I don't know.

 8       Q.   Surflan?

 9       A.   Surflan?  Yeah.

10       Q.   Or Treflan?

11       A.   Yeah, um-hmm.  It was granule or

12   powdered or what.  Granule form.  It wasn't in a

13   liquid.

14       Q.   Okay.  Any other herbicides that you

15   recall using?

16       A.   Not that I recall.  He used some for

17   grubs, Diazinon, pellet form.  It comes out of a

18   spreader.

19       Q.   Okay.

20       A.   That's all I can remember or recall.

21       Q.   Okay.  This Surflan or Treflan, did you

22   use that as part of the lawn maintenance program?

23       A.   No.  That was just nursery, strictly

24   nursery.  And didn't use too much.  It was just
```

Mark A. Pecorelli

1    after we dig a plant.  We put it.  What it does, it

2    puts a crust over the ground so the weed can't come

3    through.  But we didn't use it that much because,

4    well, where the plant came out, there is no plant

5    there.  So, that spot really didn't need water.  We

6    liked to have the ground where the water can be --

7    can be penetrated.

8            Q.   Okay.

9            MR. CADY:  Hold on, Counsel.  Are you asking

10   about his use or his father's use?

11           MS. BARTLEY:  His father's use.

12           MR. CADY:  Okay.  I think you said --

13           MS. BARTLEY:  I apologize.

14           MR. CADY:  That's okay.  I know it's

15   confusing.  I just wanted to clarify.  She is

16   talking about your father's use.

17           THE WITNESS:  Yes.

18           MR. CADY:  Okay.

19           THE WITNESS:  Okay.

20           MS. BARTLEY:  Okay.

21           THE WITNESS:  Thank you for correcting that.

22   BY MS. BARTLEY:

23           Q.   And then the Diazinon, was that used by

24   your father for the landscaping business?

Mark A. Pecorelli

 1         A.    I believe so, yeah.  I mean, I've used

 2    it, you know, myself in my business.

 3         Q.    Okay.  And the Di- --

 4         A.    Well, the Diazinon was for -- I believe

 5    it was -- I'm not sure anymore.  Might be for

 6    grubs.

 7         Q.    Right.  Okay.

 8         A.    Little worms.

 9         Q.    So, the Surflan and Treflan was used

10    only at the nursery?

11         A.    That's a post -- pre-emerge grass killer

12    or weed killer.

13         Q.    Okay.

14         A.    Pre-emerge.

15         Q.    I'm sorry.

16         A.    That was just at the nursery.

17         Q.    Okay.  So, your father used the Surflan

18    or Treflan only at the nursery, not for landscaping

19    use, is that right?

20         A.    Yes.

21         Q.    And not for lawn maintenance use?

22         A.    No.

23         Q.    Okay.  The Diazinon, you do believe your

24    father used that for landscaping use or only at the

Mark A. Pecorelli

1    nursery?

2        A.    I believe that's for -- I don't want

3    to -- I don't know.

4        Q.    Okay.

5        A.    I believe that's for -- for plants.  The

6    Diazinon.  I don't know.  I don't want to guess,

7    you know.

8        Q.    Okay.  All right.  I'm going to come

9    back to those in just a little bit.

10       A.    Okay.

11       Q.    Do you recall your father using any

12   other pesticides that you haven't already mentioned

13   in his landscaping business?  And by that I'm using

14   it to refer to all aspects of the landscaping.

15       A.    Oh, all aspects.  Not that I can recall.

16       Q.    And on the Plaintiff's Fact Sheet on

17   page 34 you referred to his use of Sevin Insect

18   Killer.  Does that ring a bell?

19       A.    Oh, yeah, yeah.  That's I think the

20   Diazinon.  Is that the same?  I think that's

21   Diazinon Sevin.

22       Q.    Is that what you're -- when you're using

23   Diazinon, is that what you're referring to?

24       A.    I'm not sure.  Say that again, your

Mark A. Pecorelli

1    question.

2         Q.    Well, you -- on your Plaintiff's Fact

3    Sheet on page 34.

4         A.    Right.

5         Q.    You refer to Sevin Insect Killer.

6               I'll let you get to that page first.

7         A.    Okay.  I believe you if it's on there.

8    It rings a bell.  I'm not sure.

9         MR. CADY:  Turn to the page, Mark, and look

10   at --

11        THE WITNESS:  Okay.

12        MR. CADY:  -- what she's asking you about.

13   BY THE WITNESS:

14        A.    37?  So, it's going to be going --

15   BY MS. BARTLEY:

16        Q.    34.

17        A.    34.  34.

18        Q.    Okay.  Do you see the reference to Sevin

19   Insect Killer on page 34?

20        A.    No, I don't.

21        MR. CADY:  Here.  You got it.

22   BY THE WITNESS:

23        A.    Oh, okay.  I was looking for a number 7.

24   Okay.  I'm sorry.

Mark A. Pecorelli

```
 1   BY MS. BARTLEY:

 2       Q.    Okay.

 3       A.    Yeah.

 4       Q.    So, do you have a memory of your

 5   father --

 6       A.    Yes.

 7       Q.    -- using Sevin Insect Killer?

 8       A.    Yeah.

 9       Q.    Okay.  And here's there's a reference

10   to, on that same line, "Used as pesticide to

11   maintain plants"?

12       A.    If there was a disease on the plants,

13   yes.  Not maintain them, you know.  It was to -- it

14   was an insect killer.

15       Q.    Okay.  So, was Sevin Insect Killer used

16   at the nursery?

17       A.    Not sure.

18       Q.    Okay.

19       A.    Something is confusing about the Sevin.

20   I think it's Diazinon Sevin.  I don't know.  I

21   don't recall.

22       Q.    Well, I just want to make sure.  When

23   you referenced Diazinon earlier, were you thinking

24   of two separate things, Diazinon and Sevin Insect
```

Mark A. Pecorelli

 1   Killer, or were you --

 2        A.    I think they're together.  This was

 3   called Diazinon Sevin.  I'm not sure.

 4        Q.    Okay.  What did you mean on the

 5   Plaintiff's Fact Sheet when you said, "Used as

 6   pesticide to maintain plants"?

 7        MR. CADY:  Objection; asked and answered.  You

 8   can answer.

 9   BY THE WITNESS:

10        A.    If it had mites or any kind of a bug

11   like that.  It's to kill the bug so it doesn't kill

12   the plant.

13   BY MS. BARTLEY:

14        Q.    So, when you listed it on the

15   Plaintiff's Fact Sheet in terms of identifying it

16   as something your father used, where did he use it

17   at?  In what aspect of the landscaping business?

18        A.    The nursery.

19        Q.    At the nursery?

20        A.    The nursery and on plants, if we

21   installed them, as maintenance, all the way as

22   maintenance.  So, if we installed a plant or

23   something and you spray for that so it doesn't

24   have -- they're mites.  There's -- I can't recall

Mark A. Pecorelli

```
1   the name of the bugs.  But that's what -- that
2   takes care of it.
3       Q.   Okay.  So, again, I'm just thinking of
4   the different aspects of your father's landscaping
5   business.  It was applied at the nursery?
6       A.   Yes.
7       Q.   Okay.  Was it applied on landscaping
8   jobs?
9       A.   Some.
10      Q.   Okay.  Was it applied for weekly routine
11  lawn work?
12      A.   No, no, no, it wasn't a weekly deal.
13      Q.   Okay.
14      A.   No.
15      Q.   Okay.
16      A.   There's like a spider mite that's on the
17  elder spruce that comes in.  That takes care of
18  that.
19      Q.   Did your father ever apply any
20  insecticides or bug spray in the context of his --
21  totality of his landscaping business, in any aspect
22  of his landscaping business?
23      A.   For bugs?
24      Q.   Yes.  Separate and apart from
```

Mark A. Pecorelli

```
1    pesticides.  I'm talking about insecticides, bug

2    spray.

3         A.    No, just -- no, no.

4         Q.    Nothing like that?

5         A.    No.

6         Q.    Okay.  Did your father ever utilize or

7    apply any rodenticides, rodents?

8         A.    No.

9         Q.    At the landscaping business?

10        A.    No.

11        Q.    Okay.

12        A.    Cats out there for the rodents.

13        Q.    You indicated on the Plaintiff's Fact

14   Sheet that your father would have been exposed to

15   solvents in the landscaping business.  Right?  What

16   solvents would he have been exposed to?

17        A.    I'm not sure.  Give me the -- solvents

18   meaning what?

19        MR. CADY:  What page are you on, Counsel?

20   That might help.

21        MS. BARTLEY:  Let's see.  It's page 13.

22        MR. CADY:  Okay.

23   BY THE WITNESS:

24        A.    13.  Okay.
```

Mark A. Pecorelli

1  BY MS. BARTLEY:

2      Q.    I might have that page wrong.

3      MR. CADY:  Yeah, I don't think that's it.

4  BY MS. BARTLEY:

5      Q.    Page 15.

6      A.    Okay.

7      MR. CADY:  Okay.

8  BY THE WITNESS:

9      A.    Okay.  Let's see.

10 BY MS. BARTLEY:

11     Q.    So, on page 15, the question was -- that

12 you were asked to answer was have you -- excuse

13 me -- your father ever worked in any of the

14 occupations or workplaces listed below.  If so,

15 please check yes.

16          And one of the questions was in an

17 industry in which he would have handled solvents,

18 about halfway, less than halfway down the page.

19          And you indicated 1 and 2, meaning the

20 two references to the landscaping business.  So, my

21 question --

22     A.    The only thing I can think of is

23 solvents was for cleaning our hands as a solvent.

24 A hand cleaner.  Only thing I can think of that I

Mark A. Pecorelli

1    recall.

2        Q.    So, when you checked that box, you were

3    referring to hand cleaner?

4        A.    Yeah.

5        Q.    No other solvents you were thinking of

6    when you checked that box?

7        A.    Not that I can recall, no.

8        Q.    What brand of hand cleaner were you

9    thinking of in terms of a solvent?

10       A.    Goop.

11       Q.    Okay.  Anything else?

12       A.    Not at this -- not that I can remember.

13       Q.    Would your father have been exposed to

14   gasoline or diesel fuel within the context of all

15   aspects of his landscaping business?

16       A.    Well, we had diesel tractors and

17   equipment ran on gasoline, truck.

18       Q.    And did he -- did he fill those up

19   himself?

20       A.    No.  Usually -- worker probably -- most

21   likely.  I mean, we had a fuel tank out there,

22   diesel, in -- on -- on the farm, the nursery.

23       Q.    There was a gas tank -- a fuel tank at

24   the nursery?

Mark A. Pecorelli

1      A.    Yeah.  We -- it would be supplied from

2   the Farm Service.

3      Q.    And that was starting in 1978, '79, when

4   that nursery opened up?

5      A.    Right.  I'm sure he filled up gas cans

6   for the lawnmowers and that, but there was no

7   diesel there, no.

8      Q.    Okay.  And, so, he would have been

9   exposed to either gasoline or diesel fuel for the

10  tractors and for the lawnmowers?

11     A.    Yeah, but he usually didn't fill them

12  up.  They were filled up by an employee usually.

13     Q.    Okay.

14     A.    Before -- before we started.  He would

15  be having his coffee and they'd get the equipment

16  ready.  If I can remember right.

17     Q.    Did he, your father, work around any

18  other hazardous materials in the context of the

19  landscaping business?

20     A.    Not that I can recall.

21     Q.    Okay.  Did your father ever have any

22  workplace injuries while working in the landscaping

23  business?

24     A.    None.  Thank God.

Mark A. Pecorelli

1      Q.     Did he ever take any kind of medical

2  leave while working in the landscaping business?

3      A.     No.

4      Q.     Were there any periods during his work

5  at the landscaping business that he otherwise took

6  a break for any reason from that work?

7      A.     I remember him pulling his back out, and

8  he was off like for two days, three days.

9      Q.     How often did that happen?

10     A.     Once that I know of.

11     Q.     What year was that?

12     A.     Oh, I have no idea.  No recollection.

13     Q.     And did there come a time that he

14  retired from the landscaping business?

15     A.     He was always involved, but yeah.  Not

16  sure.  I mean, he was always -- he was always --

17  always had to be there.  But, yes, he was retired

18  for a while.

19     Q.     Approximately when did he retire?

20     A.     I'm not sure.  I'm not sure of the year.

21  I can find out.  I'm not sure.

22     Q.     How would you find that out?

23     A.     Through records I guess.

24     Q.     What records?

Mark A. Pecorelli

```
 1        A.    From him -- I don't know.  From records.

 2    I know he went on -- retire -- he was -- whenever

 3    he retired.  He wasn't drawing no pay, no nothing.

 4        Q.    Okay.  So, those are records that you

 5    would have at home?

 6        A.    I believe so.

 7        Q.    Okay.  But you weren't able --

 8        A.    Or bookkeeper might have them.  I don't

 9    know.

10        Q.    There was --

11        A.    His accountant.

12        Q.    He has an accountant?  He had an

13    accountant?

14        A.    Well, he did his own accounting.  But

15    tax man or whatever you call him, he always had the

16    same guy.

17        Q.    Okay.  So, in other words, if I

18    understand, and I don't want to put words in your

19    mouth again.

20        A.    Right.

21        Q.    You're saying there was a point at which

22    he stopped drawing a check for himself for the

23    landscaping business?  Is that what you're equating

24    with his retirement?
```

Mark A. Pecorelli

```
1       A.    Right.  No money went to him, right.

2       Q.    But you're not sure when that was?

3       A.    No.

4       Q.    But he had a bookkeeper or an accountant

5   that would be able to answer that question?

6       A.    Going by his taxes.  I mean, look up his

7   tax record.

8       Q.    Okay.  Do you have access to his tax

9   records at home?

10      A.    I can get them, yeah, yes.

11      Q.    Okay.  So, you have his tax returns at

12  home?

13      A.    Yes.

14      Q.    And you weren't able to bring those with

15  you today?

16      A.    Wasn't asked to.

17      Q.    Okay.  All right.  We're going to ask

18  following the conclusion of today's deposition that

19  the tax records for your father, Mr. Pecorelli, be

20  produced for the years 1976 through his death in

21  1912 (sic) after --

22      A.    I don't know if I have them that far.

23      Q.    Okay.  How far do you think you would

24  have his tax returns?
```

Mark A. Pecorelli

1      A.     However -- I'm not sure.

2      Q.     Okay.

3      A.     I'd have to look.  I don't know.

4      Q.     Given the nature of the damages that are

5  claimed in the lawsuit, we would ask for any tax

6  returns that are in your possession to be produced

7  following the deposition.

8      MR. CADY:  Understood.

9      MS. BARTLEY:  Thank you.

10     THE WITNESS:  Okay.

11 BY MS. BARTLEY:

12     Q.     Even prior to his retirement, as he got

13 older, did he begin to leave more and more of the

14 responsibilities of the landscaping business to

15 other people?

16     A.     Myself, me.

17     Q.     Okay.  And when did that start?

18     A.     Like I said, he was always -- he was

19 always there but working or...

20            I couldn't give you.  I'd be guessing on

21 a year.  Before 2000 and -- 2000 maybe.  Let's see.

22 2010.  2007 maybe, something like that.  I'm not

23 sure.

24            But, I mean, he always had -- he always

Mark A. Pecorelli

1   had to come out to the nursery.  "What are you

2   doing?"  When he was retired.  "What are you doing

3   there?"  I mean, he just -- that was his life,

4   work.

5              I mean, going to -- when he died in '12

6   in January, it was nice weather I believe and he

7   was like, "Let's go to work."

8              I mean, forget it.  Strike that.  Strike

9   that.  I don't.

10        MR. CADY:  Whenever you get to a good stopping

11   point, Counselor, it might be good to take a break.

12   We have been going for about an hour and maybe 40

13   minutes, 30 minutes.

14        MS. BARTLEY:  Absolutely.

15        MR. CADY:  Okay.

16        MS. BARTLEY:  That's fine.  Do you want to go

17   ahead and go off the record?

18        MR. CADY:  Yeah, if you're at a good point.

19        MS. BARTLEY:  Okay.

20        THE VIDEOGRAPHER:  Okay.  The time is 10:40

21   a.m.  This is the end of Tape 1, and we're going

22   off the video record.

23                   (WHEREUPON, a recess was had

24                    from 10:40 to 10:53 a.m.)

Mark A. Pecorelli

```
 1        THE VIDEOGRAPHER:  The time is 10:53 a.m.

 2   This is the beginning of Tape 2, and we're back on

 3   video record.

 4   BY MS. BARTLEY:

 5        Q.    I think before we took a break we were

 6   talking about your father's employment history and

 7   his retirement.

 8             Let me switch gears here a little bit

 9   and ask you about yourself.

10             Where are you currently working?

11        A.    I'm disabled.

12        Q.    You're disabled.  Okay.  What year --

13        A.    I'm on disability.

14        Q.    You're on disability.  What year did you

15   go on disability?

16        A.    2010.

17        Q.    Okay.  And why did you go on disability?

18   What's the nature of the disability?

19        A.    Lung cancer.

20        Q.    And I'm going to follow up and ask you a

21   couple questions about that here in a little bit.

22             Before you went on disability, what did

23   you do to earn a living?

24        A.    Worked --
```

Mark A. Pecorelli

```
 1        Q.    Landscaping?

 2        A.    Worked for landscaping.

 3        Q.    Okay.

 4        A.    Nursery, actually.

 5        Q.    Worked at the nursery?

 6        A.    Nursery, um-hmm, planting and designing.

 7   Didn't do no lawn maintenance, no nothing.

 8        Q.    How old were you when you started that

 9   type of work?

10        A.    14 maybe.

11        Q.    And, so, since the age of 14 have you

12   always been in the landscaping and nursery work?

13        A.    Yes.  And garden center, retail.

14        Q.    And other than that short period of time

15   that you had your own nursery I believe it was --

16        A.    Well, it was my --

17        Q.    -- have you always worked for your

18   father?

19        A.    Yes.

20        Q.    Okay.  And, so, did you yourself apply

21   herbicides in the context of your own business

22   landscaping work as well as working for your

23   father?

24        A.    And the nursery, yes.
```

1      Q.    Okay.  And the nursery.  And, so, did

2  you apply Roundup?

3      A.    Yes.

4      Q.    Did you apply pesticides?

5      A.    Yes.

6      Q.    Did you apply Sevin Insect Killer?

7      A.    No, I didn't do anything for lawns.

8      Q.    When you say you didn't do anything for

9  lawns, you didn't do any of the weekly lawn work?

10     A.    Right.

11     Q.    Okay.

12     A.    But, yes, I have applied pesticides, you

13  know, at the nursery.

14     Q.    Okay.  And, so, did you -- did you apply

15  the Surflan and Treflan or Treflan that you

16  referred to earlier in the deposition?

17     A.    Yes, but it was small amount.  I mean,

18  it was like coffee cans full.  We just have a

19  coffee can after we dug a hole.

20     Q.    Okay.  And did you apply the Diazinon?

21     A.    That was for grubs.  No.

22     Q.    And --

23     A.    Now, the Diazinon, that was -- you're

24  confusing me.  That was for bugs?  I don't recall.

Mark A. Pecorelli

```
 1    The Diazinon was for insect killer?

 2        Q.    Well, I'm asking you.

 3        A.    I don't recall.  I might have.  I don't

 4    recall.

 5        Q.    Okay.  Has your father ever filed a

 6    workers' compensation claim for injuries or

 7    accidents on the job?

 8        A.    No.

 9        Q.    And had your father ever applied for any

10    Social Security disability income?

11        A.    Not -- no.

12        Q.    And had your father ever been denied

13    life insurance coverage?

14        A.    No.

15        Q.    Did your father ever serve in the

16    military or in the Reserves?

17        A.    Air Force.

18        Q.    Air Force?

19        A.    Yeah.

20        Q.    Okay.  And what dates or years was he in

21    the Air Force?

22        A.    Two years.  I know that he served two

23    years in the Air Force.

24        Q.    And do you know what years those were?
```

```
 1        A.    I don't recall offhand.

 2        Q.    Do you know where he was stationed?

 3        A.    No.

 4        Q.    Do you know what his military

 5   occupational specialty was?

 6        A.    Cook.

 7        Q.    Do you know if he had any exposure to

 8   chemicals or hazardous materials as part of his job

 9   responsibilities in the military?

10        A.    No.

11        Q.    You don't know --

12        A.    No, no, he didn't.

13        Q.    -- or he did not?

14        A.    He did not.

15        Q.    He did not.  Okay.

16              Did he ever serve in combat or in a

17   combat zone?

18        A.    No.

19        Q.    I should say that differently.

20              Do you know or do you not know one way

21   or the other?

22        A.    No.  I know that he didn't.

23        Q.    He was never --

24        A.    He was never in no contact or war.
```

1      Q.    Okay.  Did your father ever receive any

2   citations or medals in the military?

3      A.    Don't know.

4      Q.    You don't know?

5      A.    Don't know.

6      Q.    Okay.  Did your father ever sustain any

7   injuries while he was in the military?

8      A.    No.

9      Q.    Do you know if your father ever received

10   a medical discharge in the military?

11      A.    No.

12      Q.    Okay.

13      A.    I don't.

14      Q.    Do you know what type of discharge he

15   had?

16      A.    Time served.  I...

17      Q.    What hobbies or activities did your

18   father like to do on a regular basis?

19      A.    He liked the market, stock market.  He

20   was a guru in that.  That's -- and work.  All I

21   know.

22      Q.    Did he do a lot of investing?

23      A.    Sure, yeah.

24      Q.    And when you say he liked to do that,

Mark A. Pecorelli

1    just monitoring the stock market?

2        A.    Monitoring, right.

3        Q.    Okay.  Did he have a stock agent that he

4    would go visit?

5        A.    No, no.  He was -- he was himself.

6        Q.    Okay.  What else did he like to do,

7    enjoy on a regular basis?

8        A.    He'd hunt, you know, in the wintertime.

9    He worked in the summertime, took off in the

10   winter, go down to his condo.

11       Q.    He went to his condo in Florida?

12       A.    He'd take a vacation.  Not the whole

13   summer.  Two weeks.

14       Q.    Two weeks in his condo?

15       A.    Usually, yeah.  He'd go two weeks.

16       Q.    And when would he usually visit his

17   condo in Florida?

18       A.    After January.

19       Q.    So, usually the month of February or --

20       A.    End of January.

21       Q.    End of January?

22       A.    Middle of January to February.

23       Q.    And you said he liked to hunt?

24       A.    He hunted.

Mark A. Pecorelli

```
1        Q.    What did he hunt?

2        A.    Rabbit, pheasant, deer in his younger

3   age.

4        Q.    And, so, he hunted deer when he was

5   younger but as he got older did he continue to

6   hunt --

7        A.    No.

8        Q.    -- rabbit and pheasant?

9        A.    Not -- rabbit he did.

10       Q.    He hunted rabbit as he got older?

11       A.    Yeah.  Pheasant was there, that too, at

12   the nursery.

13       Q.    And he continued to hunt those even as

14   he got older, the rabbit and pheasant?

15       A.    Yeah.  I mean, he quit after -- I don't

16   know.  What are you talking older?

17       Q.    You tell me.  How long did he --

18       A.    I don't know.  Well, I mean, 50 or so.

19   I'm not sure.  55.  I don't know.  I'm not sure.

20   60.  60.  I mean, he'd go out -- I'd go in the bush

21   and get rabbits out because they do a lot of

22   damage --

23       Q.    Okay.

24       A.    -- to plants.
```

Mark A. Pecorelli

```
1        Q.    So, he would hunt --
2        A.    He'd stand on the road.  "There comes
3    one, Dad."  You know, I mean, it wasn't -- I don't
4    call that hunting anymore.  I was the birddog.
5        Q.    All right.  So, as I understand it, he
6    used to hunt deer when he was younger?
7        A.    A lot younger, yeah.  He never hunted
8    with me.  So...
9        Q.    There was a reference in his medical
10   records that he used to go to Canada for 30 days to
11   hunt deer.  Is that -- is that accurate?
12       A.    He used to -- right.  He used to go with
13   a friend of his.  I don't know.  Where did you get
14   30 days?  I don't even know that.
15       Q.    Okay.  All right.
16       A.    Maybe.
17       Q.    How old was he the last time he went
18   hunting deer?
19       A.    I guess you'd call it 20s, teenager.  I
20   don't know.
21       Q.    Just teenager or 20s for hunting deer?
22       A.    Yeah, yeah.
23       Q.    How old was he the last time he would
24   hunt like rabbit and pheasant?
```

Mark A. Pecorelli

```
1          A.    All I know is hunted at the nursery.
2    So, when he had the nursery in '78.  Just thinking.
3                1990 maybe.
4          Q.    And why did he stop hunting in 1990?
5          A.    Nothing to hunt.  I mean, the rabbits
6    were diminished.
7          Q.    Okay.
8          A.    The rabbits -- there wasn't no game to
9    hunt, you know.
10         Q.    Okay.
11         A.    No necessary for him to hunt.  He
12   hunted.  He ate them.  But it was to keep them from
13   harming plants, because they need to eat, too, over
14   the winter.
15         Q.    Okay.  So, he -- so, he stopped hunting
16   just because there wasn't game around?
17         A.    Well, no.  The grandkids came out and
18   they got rid of the rabbits I guess.  You know what
19   I'm saying?  He didn't go hunting anymore, no.
20         Q.    All right.  He stopped hunting around
21   1990 because there wasn't game around?
22         A.    Well, no, there was game.  The kids took
23   over.  He was getting old.
24         Q.    The kids took over?
```

Mark A. Pecorelli

```
 1       A.    Yeah.  He was sick.

 2       Q.    The kids took over the hunting then?

 3       A.    I guess, yeah.  I don't know.

 4       Q.    Okay.  All right.  Anything else he

 5  liked to do in terms of hobbies or activities on a

 6  regular basis?

 7       A.    Not that I can recall.

 8       Q.    Did he like to fish?

 9       A.    Not really.

10       Q.    He didn't really enjoy that?

11       A.    He didn't like the water too much.  I

12  mean, you know, fishing.

13       Q.    Okay.

14       A.    But he'd go fishing when he'd go down to

15  Florida, you know, off the pier like.

16       Q.    There was a reference in his medical

17  records that he used to like -- that he liked

18  playing billiards?

19       A.    Billiards is what?

20       Q.    I don't know.  Did he like playing pool,

21  billiards?

22       A.    Oh, pool.  That's -- okay.  Okay.  Pool.

23  Yeah, he shot pool.

24       Q.    Did he like to play pool?
```

Mark A. Pecorelli

1    A.    Yeah.

2    Q.    Okay.  Did he play it frequently?

3    A.    No, he -- he had a pool table.  We had a

4    pool table when we were younger and he wasn't too

5    bad.  But his friends, you know, might have a pool

6    table.  He knew how to shoot pool.  That's all I

7    know.

8    Q.    Did you -- you say you had a pool table

9    when you were younger.  Did you get rid of the pool

10   table at some point?

11   A.    Oh, yeah, yeah.

12   Q.    How long ago did you get rid of the pool

13   table?

14   A.    Oh, it was in, I don't know, '70s maybe.

15   Q.    Okay.

16   A.    I don't know.  Not too long.  It was in

17   the garage.  But he knew how to play pool.

18   Q.    He knew how to play pool?

19   A.    Um-hmm.

20   Q.    Okay.  What types of activities did he

21   like to do with his family and friends?

22   A.    Like to go out to dinner, stuff like

23   that.

24   Q.    Okay.  Did he belong to a church?

```
 1         A.    He was an altar boy when he was -- when

 2    he was a youngster.  He was in an orphanage home.

 3    Came out of an orphanage home.

 4         Q.    A what?

 5         A.    An orphanage home.

 6         Q.    Okay.

 7         A.    And he was a pallbearer.  Not

 8    pallbearer.  I -- I don't know.

 9         Q.    What about when he --

10         A.    He was involved in the church when he

11    was young, in his --

12         Q.    What about when he was older.  Did he

13    belong and attend a church?

14         A.    No.

15         Q.    No?  Okay.

16               In his older years did he get exercise?

17         A.    Yes.

18         Q.    Okay.  What did he do for exercise?

19         A.    When he got older older, when he got

20    sick, had therapy, you know, they gave him therapy.

21         Q.    Did he do anything for exercise before

22    he got sick?

23         A.    He worked.  That was his -- that's hard

24    work.  That's enough exercise.  And it was free.  I
```

Mark A. Pecorelli

1    mean, didn't pay for it to go work out.

2        Q.    Anything else for exercise that he did?

3        A.    Not that I know.

4        Q.    Did he ever play any sports?

5        A.    No.

6        Q.    Golf or anything like that?

7        A.    He shot a game here and there, you know.

8        Q.    When's the last time you remember him

9    playing a game of golf?

10       A.    Oh.  Early '90s maybe I'm guessing.  But

11   no later.  He wasn't too much.  He didn't like golf

12   too much.

13       Q.    It wasn't his --

14       A.    But when you're in Florida, that's all

15   there is is golf.  He'd go out there, you know, I

16   don't know, once in a great while otherwise.

17       Q.    Just wasn't his favorite game?

18       A.    No, no.  Never owned a pair of clubs,

19   no, that I recall.

20       Q.    Did he belong to any local organizations

21   like the Kiwanis Club or Elks Club or anything like

22   that?

23       A.    The Lions Club.

24       Q.    Okay.  Did he attend their meetings or

1    fundraisers or anything like that?

2         A.    Yes.

3         Q.    How often did he --

4         A.    Oh, I don't know.  I mean, I was young.

5    I don't know.

6         Q.    Did you say you were young?

7         A.    Yeah.  I was young.  I mean, I just

8    remember going to Christmas parties, you know,

9    seeing pictures and stuff like that, the Lions

10   Club.

11        Q.    When you say you were young, did he stop

12   going, attending Lions Club functions at some point

13   or --

14        A.    Yes.  When, I don't know.

15        Q.    Huh?

16        A.    When, I don't know.  Yes.

17        Q.    Okay.  Can you give me your best

18   recollection for when he stopped participating in

19   like Lions Club activities?

20        A.    No, I can't.  I don't.  I don't.

21        Q.    20 years ago?  10 years ago?  You just

22   made reference to the fact that you were young.

23   Has it been quite a --

24        A.    Quite a while, yes.

Mark A. Pecorelli

1      Q.     Quite a while.  Do you know why he

2  stopped going to the Lions Club activities?

3      A.     It phased out and people -- I don't

4  know.  I couldn't tell you.  I just know seeing

5  plaques, he was a Lions member, Lions Club member.

6      Q.     Did your dad do any volunteer work?

7      A.     No.

8      Q.     Okay.  Did your dad like to travel?

9      A.     Yeah.  Yes.  He traveled.

10     Q.     You mentioned the condo in Florida?

11     A.     Right.

12     Q.     How often did he go down there?

13     A.     He did go down there, something, at

14  least once a year to the condo for, you know,

15  wintertime.  Mom would go down there and she would

16  stay -- she would go there and then he'd come back,

17  tend the house.

18     Q.     When's the last time that he went to

19  Florida to the condo?

20     A.     Before he got sick, and then while he

21  was sick he went there because my mom got sick.

22  But eliminated him from traveling when he got sick.

23     Q.     Well, so he was diagnosed in 2004?

24     A.     Right.

Mark A. Pecorelli

1    Q.    Are you saying after his diagnosis he

2    never went?

3    A.    I'm not saying he never, no.  He went

4    there maybe one or two times, and then we had to go

5    down there, him and I, because my mom got sick down

6    there and they put her in therapy.

7    Q.    Okay.

8    A.    And all's we did was just go and attend

9    with her, keep her company until she was

10   rehabilitated to come home.

11   Q.    Okay.  So, you -- he definitely went

12   down there several times since his diagnosis?

13   A.    No.  I didn't say several.  After his

14   diagnosis, not too many times, no.

15   Q.    Okay.  I may have misunderstood.  I

16   thought you said that he did go down.

17   A.    He went down -- after he was diagnosed,

18   he was ill himself, I mean.  I brought him down

19   there in a wheelchair.

20   Q.    Okay.

21   A.    You know, because to go to the hospital,

22   it was a long walk, you know.  I was his caregiver,

23   take care of our mother.

24   Q.    Okay.

Mark A. Pecorelli

```
 1        A.    His wife.

 2        Q.    So, even after the chemotherapy was

 3   over, right, he was -- he didn't ever go back down

 4   to the condo in Florida?

 5        A.    He went one time to -- where it was just

 6   a weekend we went to -- down there to his unit that

 7   was being rented.  The man passed away, and had to

 8   go down there.  He had to go down there for some

 9   kind of business.  I don't know.

10        Q.    He did go down there for some kind of

11   business?

12        A.    For -- well, the people that were

13   renting -- the man that was renting it passed away

14   in the condo.

15        Q.    Okay.

16        A.    Okay.  So, he went down there and he had

17   to, you know -- because he was renting it on a

18   yearly basis I guess.

19        Q.    Okay.  Did you go there down with him

20   for that?

21        A.    Yes.

22        Q.    Okay.

23        A.    Yeah.  I took him down there, yeah.

24        Q.    All right.  So, he went down there for
```

Mark A. Pecorelli

```
 1   that.  He went down there when your mother needed

 2   rehab therapy?

 3        A.    Right.

 4        Q.    Okay.  Any other trips down there after

 5   his diagnosis?

 6        A.    No.

 7        Q.    Just the two?

 8        A.    The two that I can recall, yeah.

 9        Q.    Don't recall any?

10        A.    Maybe one, one time he went for -- one

11   time maybe.  But it was only -- before he would be

12   there, you know, the month of January, a little bit

13   of February, a couple weeks in there.  But then he

14   was just down there for a week maybe, if that, came

15   home.

16        Q.    Okay.  Any other traveling that you

17   recall in the last 10 or 15 years before he passed

18   away?

19        A.    No.

20        Q.    Okay.  Did your father handle any of the

21   household chores in your household?

22        A.    Orders.

23        Q.    He did?

24        A.    Orders.  Gave orders.
```

Mark A. Pecorelli

```
 1        Q.    He gave orders.  Okay.

 2              Did your -- did your dad do the cooking?

 3        A.    He cooked once in a while.  Mom -- mom

 4  mainly did the cooking.

 5        Q.    Okay.  He cooked every now and then?

 6        A.    Yeah, he did -- oh, yeah.

 7        Q.    Okay.  Did he help with the cleaning?

 8        A.    No.

 9        Q.    No.  Did your dad help with the laundry?

10        A.    No.

11        Q.    Did he run the errands?

12        A.    He would fill mom's car, maybe put gas

13  in it once in a while for her.  But that's it, you

14  know.  Didn't do no errands.

15        Q.    Did dad pay the bills?

16        A.    Yes.

17        Q.    Did dad do the yardwork around the

18  house?

19        A.    No.  I did.

20        Q.    So he didn't mow the lawn.  He didn't --

21        A.    He'd be out there, you know, "Get this,

22  get that," you know.

23        Q.    Okay.  You maintained the yard at the --

24  at the house?
```

Mark A. Pecorelli

```
 1        A.    That was kind of part of my staying

 2   there.

 3        Q.    Okay.  And in addition to the yard,

 4   maintaining any flowers or anything around the

 5   residence of the house, you did that?

 6        A.    Yeah.  He maybe cut a rose for mom, but

 7   that's about it, yeah.

 8        Q.    Okay.

 9        A.    He was good in giving orders.

10        Q.    Did your dad have any animals?

11        A.    Himself?  No.

12        Q.    Nothing that he took care of on a

13   regular basis, pets or --

14        A.    No.

15        Q.    Okay.  Did your dad enjoy watching TV or

16   streaming services?

17        A.    No.  He didn't stream.

18        Q.    Okay.

19        A.    And news and the market, and everything

20   else was "the idiot box."

21        Q.    Did he like watching sports?

22        A.    Yes.

23        Q.    What sports did he watch?

24        A.    Football.
```

Mark A. Pecorelli

```
 1        Q.    Hockey?

 2        A.    Hockey, definitely hockey.

 3        Q.    Baseball?

 4        A.    A little bit of baseball.  That's about

 5   it.

 6        Q.    He mentioned in a medical record that he

 7   liked to read magazines.  Do you know which

 8   magazines he liked?

 9        A.    Yeah, Money Magazine, Business Daily,

10   them magazines.

11        Q.    Okay.  Now, how many times was your

12   father married?

13        A.    Once.

14        Q.    And what was your mother's date of

15   birth?

16        A.    I hope I got that right.  I

17   know it's  Yes.

18        Q.    So, she would have been 79 --

19        A.    She was 79 when she passed.

20        Q.    -- when she passed away?

21        A.    Yes.  Just turned 79.

22        Q.    And what year were they married?

23        A.    Oh.  My brother was born in '57.  So, a

24   little bit before that.  I'm not sure.  Sorry to
```

Mark A. Pecorelli

1    say.

2         Q.    It would have been shortly before your

3    oldest brother was married?

4         A.    Like a year before my brother.  So, '56.

5    I'm guessing.  But they were -- if I recall, I

6    remember like '53.  I don't -- I don't -- I can't

7    answer that exact number on that, but...

8         Q.    '53 was the year your father started the

9    landscaping business.

10        A.    Okay.

11        Q.    Would it have been around the time he

12   started the landscaping business?

13        A.    No.  It wasn't -- no, because that's

14   when he met my mom, after that, after he started I

15   believe.  I'm not sure.

16        Q.    Okay.

17        A.    I can't answer.

18        Q.    Did your father and your mother live

19   together throughout their entire marriage?

20        A.    Yes.

21        Q.    Okay.  And I apologize if you said this.

22   What was your mother's cause of death?

23        A.    Kidney.  She was on dialysis.  Heart

24   failure.

Mark A. Pecorelli

```
 1          Q.    Kidney.

 2          A.    My mom had a lot of medical problems.

 3   She had a defibrillator, pacemaker.  But it was her

 4   kidneys.  She had a heart attack at a young age.

 5          Q.    And your impression was that it was

 6   basically kidney failure was her cause of death?

 7          A.    Yes.

 8          Q.    Okay.  All right.  How many siblings did

 9   your father have?

10          A.    Three.

11          Q.    Three -- three others?

12          A.    No.  Two and myself.

13          Q.    No.  Your father.  How many siblings did

14   your father have?

15          A.    Oh.  He had some sisters.  Three I

16   think.  I'm not sure.

17          Q.    Three sisters?

18          A.    Yeah.  I believe so.  I'm not sure.  He

19   came from an orphanage home.  I don't -- you know,

20   he didn't talk about his.

21          Q.    So, his --

22          A.    I know that -- I know that he had three

23   sisters.

24          Q.    Okay.  So, I take it his -- did his
```

```
 1    parents pass away?

 2         A.    Yes.  I'm not -- yeah, his mother died

 3    when he was very young.  Went into the orphanage

 4    home.  He never really spoke about it.  Don't know.

 5         Q.    So, were -- when you're referring to --

 6         A.    Don't know.

 7         Q.    -- his sisters, were they biological

 8    sisters or adopted sisters?

 9         A.    They were his sisters I believe.

10         Q.    Biological sisters?

11         A.    Biological.

12         Q.    Okay.  What are the names of his

13    sisters?

14         A.    Therese.

15         Q.    Therese?

16         A.    Therese, yeah.  And Dottie I believe.

17         Q.    Dottie?

18         A.    Dottie, yeah.  How to spell it, I don't

19    know.  Dottie.

20         Q.    Okay.

21         A.    And -- tough question.  Haven't seen

22    them in a while.

23               Can't think of the other one.

24         Q.    Okay.
```

Mark A. Pecorelli

1      A.     But there was another sister.  Don't

2  know.  Don't know.

3      Q.     I'm going to ask you some questions a

4  little bit later about their health history in

5  terms of his family health history.

6             And you mentioned that your siblings,

7  you have two brothers.  Are you and your two

8  brothers all the biological children of your father

9  and your mother?

10     A.     And mother, yes.

11     Q.     Okay.  Did your father and your mother

12 have any children who are now deceased?

13     A.     No.

14     Q.     Do any of your family members have legal

15 training?

16     A.     Legal training?

17     Q.     Yeah.

18     A.     Meaning what?

19     Q.     Did anybody go to law school?

20     A.     Oh, no, no.

21     Q.     Did anybody go to paralegal school?

22     A.     No.

23     Q.     Okay.  Do any of your family members

24 have medical training?

Mark A. Pecorelli

```
1       A.    No.

2       Q.    Did any of your father's neighbors or

3   close friends, do any of them have knowledge of

4   facts relevant to this lawsuit?  For example, your

5   father's use of Roundup or his health history.  Did

6   he have any good friends that would know about the

7   facts relevant to this lawsuit or neighbors?

8       A.    I'm sure he does.  Neighbor at the

9   nursery, you know, and the other people passed away

10  that did know.

11      Q.    You said the neighbor at the nursery?

12      A.    Neighbor at the nursery, yeah.

13      Q.    What's his or her name?

14      A.    His name's Jim.

15      Q.    Jim?

16      A.    James.

17      Q.    James what?

18      A.    Schaefer.

19      Q.    How does James spell his last name?

20      A.    I have no idea.  I'm not...

21      Q.    And James is still living?

22      A.    Still living, yeah.

23      Q.    And what do you mean by he's the

24  neighbor at the nursery?
```

Mark A. Pecorelli

```
 1        A.    He has a house.  If you look on here.

 2        Q.    You're looking at Exhibit No. 6 --

 3        A.    Um-hmm.

 4        Q.    -- the aerial view of the nursery?

 5        A.    This is his house.  This is the nursery

 6   goes like that, okay, where the yellow line is and

 7   that's the road.  So, right here.

 8        Q.    Okay.  So, you're pointing to the -- if

 9   we hold Exhibit 6, there appears to be a road that

10   runs along the bottom border of the nursery --

11        A.         Road.

12        Q.    -- in this --   ?

13        A.    He's on     , which would be the

14   northeast corner.

15        Q.    And there appears to be a structure in

16   the center of the photo along the bottom just above

17   Charles Road, and that would be -- that would be

18   Jim, James Schaefer's house?

19        A.    Um-hmm.

20        Q.    And, so, as a neighbor to the nursery,

21   your father was a -- do I understand your father

22   was a good friend of James Schaefer's?

23        A.    Sure.

24        Q.    And does he go by Jim?
```

Mark A. Pecorelli

1      A.    Yes.

2      Q.    And, so, Jim would have knowledge of

3   your father's use of Roundup --

4      A.    Oh, yes.

5      Q.    -- at the nursery?

6      A.    Um-hmm.

7      Q.    Okay.  Does Jim also have knowledge of

8   your father's health history or just his use of

9   Roundup?

10      A.    Use of Roundup and know that he had

11   health issues because he wasn't working towards the

12   end, you know.  But he -- they'd see each other.

13      Q.    Okay.  Any other neighbors or close

14   friends who would have knowledge of facts relevant

15   to this lawsuit?  And I'm referring to neighbors or

16   close friends of your father's.

17      A.    Repeat that again.  Close.  Well,

18   everybody's passed away so far.  It's going on

19   eight years that he's gone.  But before that, yes,

20   there were people that knew that he had health

21   problems.

22      Q.    Anybody that isn't passed away that

23   is --

24      A.    Next-door neighbor.

Mark A. Pecorelli

```
 1        Q.    The next-door neighbor at your
 2   residence?
 3        A.    Yes.
 4        Q.    Okay.  And that next-door neighbor would
 5   have knowledge of your father's health history?
 6        A.    Yes, both neighbors on each side of him,
 7   yes.
 8        Q.    Okay.  What's your next-door neighbor's
 9   name?
10        A.    Charlie Mitchell.  Charles I believe
11   it's.
12        Q.    And you mentioned that he would have
13   knowledge of your father's health history.  So, did
14   your father talk to him about --
15        A.    Yeah.
16        Q.    -- and share information?
17        A.    Sure.
18        Q.    Okay.
19        A.    He's up there.  He's 90 something.
20        Q.    Would Charlie Mitchell have knowledge of
21   your father's use of Roundup?
22        A.    He knows -- he knows we're in the
23   nursery business.  Yeah, he -- probably, yeah,
24   sure.
```

 1      Q.    Okay.  And was there another neighbor?

 2      A.    Leslie Best.  I know how that's spelled,

 3   B-e-s-t.  B-e-s-t.

 4      Q.    B-e-s-t.  And she lives on the other

 5   side of your residence?

 6      A.    On the left side, yeah.

 7      Q.    Okay.  And does she have knowledge with

 8   regard to your father's health history?

 9      A.    Yes.

10      Q.    Okay.  And does she have knowledge of

11   your father's use of Roundup?

12      A.    She knows he used Roundup, yes.  Oh,

13   yes.

14      Q.    And they still live as neighbors to your

15   address on Walnut?

16      A.    Yes.

17      Q.    Okay.  Any other neighbors or friends

18   that would have information relevant to the facts

19   of the lawsuit besides James Schaefer, Charles

20   Mitchell and Leslie Best?

21      A.    I'm sure there's other people, yeah.

22   Some of his customers that he had.

23      Q.    Okay.  And do you have any of their

24   names?

```
 1        A.    Rob Doran.

 2        Q.    Rob?

 3        A.    Rob Doran.

 4        Q.    D-o-r-n?

 5        A.    D-o -- Doran.  Maybe a-n.  D-o-r-a-n

 6   maybe.  I'm not a speller.

 7        Q.    Okay.  And Rob was a customer?

 8        A.    Time out.

 9        Q.    And Rob was a customer of which part of

10   the business, the landscaping or the -- was he a

11   customer at the nursery or --

12        A.    Well, he -- both.  I mean --

13        Q.    Both?

14        A.    Yeah, right.  He bought plants from the

15   nursery and they went to his house.  He has a lot

16   of work there.

17        Q.    Okay.  Do you know Rob's address?

18        A.          Court.

19        Q.    That's the street?

20        A.    Yes.  Town, I'm not sure.  It's an

21   unincorporated area.  I'm not sure.

22        Q.    You don't know the town?  Okay.

23              Would Rob have information about his

24   Roundup use, your father's Roundup use?
```

Mark A. Pecorelli

```
 1        A.    Oh, yes.

 2        Q.    Would Rob have information about his

 3   health history?

 4        A.    What do you mean "information," from a

 5   doctor or from my father?

 6        Q.    Did your father share information with

 7   him about his health?  Did they talk?

 8        A.    When he -- when he became ill, yes, he

 9   talked with me or, you know, family, my mom, you

10   know.  "How's Mike doing?"  You know.

11        Q.    Okay.  Would James, Charles -- James

12   Schaefer, Charles Mitchell, Leslie Best or Rob

13   Doran ever have attended any medical appointments

14   with your father?

15        A.    What do you mean?  Going to the doctor?

16        Q.    Right.

17        A.    No.

18        Q.    Okay.  And when -- for all of these I

19   asked if they had information about his health

20   history.  Would any of these four talk to your

21   father about his health or talk to other people

22   about his health?

23        A.    Them -- them would be my father, would

24   be my father.
```

Mark A. Pecorelli

```
 1        Q.    Okay.

 2        A.    My sister-in-law knew about my dad's

 3   health.  She took him to doctors.

 4        Q.    Okay.

 5        A.    Also.

 6        Q.    Your sister-in-law is married to who?

 7        A.    My brother.

 8        Q.    Which brother?

 9        A.    Mike, Jr.

10        Q.    And what is Mike, Jr.'s wife's name,

11   your sister-in-law?

12        A.    Well, Mike would know too.

13        Q.    Sure.

14        A.    Melinda.

15        Q.    And are they still married?

16        A.    Yes.

17        Q.    Okay.  What does -- what does Melinda do

18   for a living?

19        A.    Right now?

20        Q.    Yeah.

21        A.    Retired.

22        Q.    What did she do before she retired?

23        A.    Bakery.

24        Q.    She bakes?
```

Mark A. Pecorelli

```
1        A.    Worked in a bakery of her -- her

2    sister's.  So, it would be worked for her

3    brother-in-law as a baker.

4        Q.    Okay.

5        A.    Worked in the bakery.

6        Q.    She worked for her brother-in-law?

7        A.    Her sister's brother-in-law.

8        Q.    Her sister's husband?

9        A.    Husband, right.

10       Q.    Okay.

11       A.    So, it would be her brother-in-law.

12       Q.    Okay.  And she sometimes attended

13   medical appointments with your father?

14       A.    She took my father to the medical.

15       Q.    And then of the individuals we've talked

16   about, James Schaefer, Charles Mitchell, Leslie

17   Best, Rob Doran and --

18       A.    Doran.

19       Q.    Rob Doran.  Excuse me.

20       A.    That's okay.

21       Q.    And Melinda Pecorelli.

22       A.    Right.

23       Q.    Do any of those individuals have medical

24   training?
```

Mark A. Pecorelli

 1      A.    I'm not sure if Rob does.  I couldn't

 2 tell you that.  I couldn't tell you.  I -- I don't

 3 know.

 4      Q.    Do you know what Rob does for a living?

 5      A.    Consultant.

 6      Q.    What type of consulting does he do?

 7      A.    Puts companies back in line.  He used to

 8 work for McDonald's.

 9      Q.    Okay.

10      A.    University.

11      Q.    Okay.

12      A.    He was a professor I believe.  Years

13 ago.  And he did consulting for McDonald's.  Now

14 he's on his own I believe.

15      Q.    Okay.

16      A.    It's been a while.  I don't know.

17      Q.    And of this group, James Schaefer,

18 Charles Mitchell, Leslie Best, Rob Doran and

19 Melinda Pecorelli, and you've already mentioned

20 your girlfriend also.

21      A.    Donna.

22      Q.    Donna and -- but you've already answered

23 these questions as to her.

24            But of this group, do any of them have

Mark A. Pecorelli

1    legal training that you know of?

2        A.    No.

3        Q.    Okay.  And of this group of neighbors

4    and friends, and we'll go ahead and include Melinda

5    in here in this list, but for James Schaefer,

6    Charles Mitchell, Leslie Best, Rob Doran and

7    Melinda, do any of this group use Roundup or

8    glyphosate-containing products?

9        A.    Do they?  No.

10       Q.    None of them do?

11       A.    Not that I -- I couldn't answer that.

12   No.  I mean, they might have used it at home

13   nowadays.  Who knows?  You know.

14       Q.    Well, let me make sure I know your

15   answer.

16             Do you know one way or another whether

17   any of them used Roundup?

18       A.    No, I don't.

19       Q.    You don't know.  Okay.

20             Okay.  On page 31 of your Plaintiff's

21   Fact Sheet.

22       A.    31.  Okay.  Yeah.

23       Q.    You were asked to provide detail about

24   your father's exposure to Roundup and other

Mark A. Pecorelli

 1   glyphosate-based products.

 2        A.    Hang on.  Let me get there.  31?

 3        Q.    31.  Okay.

 4              Okay.  So, you filled out two different

 5   lines here.  And, again, I'm just trying to make

 6   sure I understand why there's two different

 7   distinctions here.  Okay?

 8        A.    Okay.

 9        Q.    The first line, in the "Reason for

10   Usage" column, you filled it out for "Landscaping

11   and plant propagation"; and then in the second

12   line, there's a distinction for "Yard maintenance."

13   Right?

14              Now, if I understand correctly your

15   earlier testimony, the yard maintenance ended in

16   around 1978?

17        A.    That was lawn maintenance.

18        Q.    Okay.

19        A.    But we still did maintenance, you know,

20   around plants and that.

21        Q.    For the landscaping?

22        A.    For the landscaping after we did the

23   nursery -- you know, from growing the plants.

24        Q.    Okay.  So, help me understand why

1    there's a distinction between these two lines,

2    then, because the -- the second line says, "Sprayed

3    yard."  Right?

4        A.    It should be "Around yard," you know,

5    around the house itself, you know, the Roundup.

6    Planting area, some of these houses when they did

7    the landscaping.  Okay?

8        Q.    Okay.  Is the first line intended to be

9    when the landscaping project is new?

10       A.    Yes.

11       Q.    Okay.

12       A.    When it first come in, like I -- I

13   mentioned that already.  I have mentioned all that.

14       Q.    Okay.

15       A.    You know, there would be weeds.  We'd

16   use Roundup, knock out the weeds, get it leveled

17   out and go from there.

18              I mean, you got the house all

19   structured, driveway's in, all that's in, but they

20   leave you with weeds, you know, dirt.  In time they

21   get a landscaper that moved -- they get moved into

22   the house first.  Them are not new homes.

23       Q.    Okay.  So, the first line was intended

24   to refer to when you have a new landscaping job and

Mark A. Pecorelli

1    the plant propagation business, and the second line

2    was -- the distinction for the second line, that

3    was broken out because you're referring to only

4    when you go back to a job you had previously

5    landscaped and you're just kind of maintaining that

6    work.  Do I understand that?

7          A.    Trimming and maintaining, yes.

8          Q.    Okay.

9          A.    Maintaining the whole place, yeah.

10   There were a few of them.

11         Q.    Okay.  And in the second line, that work

12   is only being performed for any projects that are

13   in

14         A.    No, no.

15         Q.    So, why does it say "Elk Grove Village"

16   here?

17         A.    Because we used it around -- I mean, we

18   also used it around the house in Elk Grove Village,

19   and we did jobs in Elk Grove Village too.  I can't

20   explain why it just says Elk Grove Village.  I

21   don't...

22         Q.    Okay.

23         A.    You know what I'm saying?

24         Q.    So, the first line is for the

Mark A. Pecorelli

```
 1   landscaping business and the plant propagation

 2   business, and the second line was around -- was for

 3   around your house?

 4        A.    Around the house and maintenance on jobs

 5   we've done.

 6        Q.    Okay.

 7        A.    That my father's done.

 8        Q.    Okay.  Gotcha.  I'm following you.

 9        A.    Okay.

10        Q.    Okay.

11        A.    Yeah, you know.  Let's see.  Locations.

12   Okay.  I put down here in Elk Grove.  We've done

13   plenty of houses in Elk Grove too, you know.

14        Q.    Okay.  And in the first line when you're

15   referring to landscaping and plant propagation, do

16   I --

17        A.    That's -- the first line?

18        Q.    Yeah.

19        A.    Well, that was nursery.

20        Q.    Yeah.

21        A.    Part of it.  And then residential and

22   jobs that he did do that didn't come from there.

23   Maybe came from the garden center.  I don't know.

24        Q.    Okay.  So, I'm going to ask you some
```

Mark A. Pecorelli

1    questions here, and I'll start with the landscaping

2    business, the total landscaping business, but if

3    the answer is the same for work at your residence,

4    let me know so that I don't have to --

5         A.    I gotcha.

6         Q.    So I don't have to come back and ask the

7    whole set of questions again.

8         A.    Gotcha.

9         Q.    Okay.  So, in terms of the herbicide

10   that you used, what are the specific names, the

11   brand names?

12        A.    Monsanto Roundup.

13        Q.    Okay.  Any others?

14        A.    That's all I can think of at this time.

15        Q.    Just Roundup?

16        A.    Right.  We also used a Weed and Feed,

17   but, you know, it wasn't just spray form.

18        Q.    There wasn't a spray form of Weed and

19   Feed?

20        A.    Not that -- not -- no.  For lawn areas,

21   we -- to kill weeds, we used, you know, Weed and

22   Feed, granule.

23        Q.    I'm sorry.  Say that again.

24        A.    Granule.

Mark A. Pecorelli

```
 1              Where are we at?  What year?

 2     Q.    Well, I'm asking you what are the

 3   specific names of the products that you recall

 4   using.

 5     MR. CADY:  Object to the form of the question.

 6   You can answer if you know, Mark.

 7   BY MS. BARTLEY:

 8     Q.    Of the herbicides that you recall using.

 9     A.    Roundup and the Treflan we've used,

10   Surflan, one or the other.

11     Q.    Okay.

12     A.    And there was weed killer, 2,4-RD at one

13   time.  Not one time.  I mean, at times where it's

14   just strictly like at the hedge line at the

15   nursery, anything like that, where there is no

16   plants, I believe there was added in maybe.

17     Q.    Okay.

18     A.    I'm not sure.

19     Q.    And on your --

20     A.    I don't understand the question.  I

21   mean, that's what we used.  How we used them, when

22   we used them, I don't know.

23     MR. CADY:  This might get a little confusing,

24   Counselor, if we're doing the residential use and
```

Mark A. Pecorelli

1  the --

2      MS. BARTLEY:  Yeah.

3      MR. CADY:  So, I think we need to mete those

4  out perhaps.

5  BY MS. BARTLEY:

6      Q.   At the residence.

7      A.   Okay.  Weed and Feed granule we used for

8  weeds.

9      Q.   All right.  Let me ask you this.  When

10  you filled out the Fact Sheet and you say

11  "residential use," are you talking -- were you

12  talking about your home on Walnut Lane?

13      A.   No, because he used -- it was there too,

14  you know, residential.

15      MR. CADY:  She is asking if your father also

16  used it at his home as well as for his businesses.

17      THE WITNESS:  Yeah, yes.

18  BY MS. BARTLEY:

19      Q.   Okay.  So --

20      MR. CADY:  Not to interject on your

21  questioning.  I apologize.

22      MS. BARTLEY:  No.  I appreciate it.

23  BY MS. BARTLEY:

24      Q.   So, what are -- so, I appreciate you've

Mark A. Pecorelli

1  gone through and you mentioned Weed and Feed and

2  2,4-RD and Treflan and --

3       A.    Surflan.

4       Q.    And Surflan?

5       A.    I think they might be the same, yeah.

6       Q.    Okay.  And you mentioned Roundup?

7       A.    Roundup.

8       Q.    Are there any other names of products

9  that you recall using in terms of herbicides at the

10  landscaping business?  Whether it be at the nursery

11  or whether it be at a -- at an individual's home,

12  are there any other names of products that you

13  recall using?

14       A.    I don't recall, no.

15       Q.    Okay.  Now, I'm going to ask you at your

16  home residence, are there any -- do you use

17  herbicides at your home?  Sorry.  Did your father

18  use herbicides at your home residence?

19       A.    Roundup, yes, and Weed and Feed.  Weed

20  and Feed maybe came from Scotts, you know, Weed and

21  Feed's granule for the lawn.  But the bedding

22  plants and we had a swimming pool, which was all

23  stone.  You get weeds come up in there, grass.  And

24  used Roundup around that, yes.

Mark A. Pecorelli

```
 1          Q.    Okay.  So, at your home residence your

 2    father used just Roundup.  That's the totality of

 3    that brand name, Roundup?

 4          A.    Monsanto, um-hmm.

 5          Q.    Okay.  And Scotts Weed and Feed?

 6          A.    Turf Builder Weed and Feed, yes.

 7          Q.    Okay.  And that was at your home

 8    residence, that's what your father used?

 9          A.    Right.

10          Q.    Okay.  Those are the products.  We have

11    the full list of all the products in terms of

12    herbicides?

13          A.    That I could think of, yes.

14          Q.    That were used at the business and at

15    the home residence?

16          A.    Right.

17          Q.    Okay.  Very good.  Okay.

18                I'm -- for now my questions are going to

19    be limited to the Roundup product --

20          A.    Okay.

21          Q.    -- that you used.  Okay.

22                At the landscaping business, and, again,

23    whether it's at the nursery or for use at the -- in

24    the landscaping context at work, and let me know if
```

Mark A. Pecorelli

1    there's a distinction that needs to be made, but

2    did your father use a ready-to-use product or a

3    concentrate product that had to be mixed?

4         A.    A concentrated.

5         Q.    Was it always concentrate?

6         A.    Always concentrate.

7         Q.    Okay.

8         A.    Never ready-to-use.

9         Q.    Okay.  And was that true at the nursery,

10   always at the nursery was concentrate?

11        A.    Both.

12        Q.    Okay.  What do you mean "both"?

13        A.    Also on jobs.

14        Q.    Okay.  So, for the -- at the nursery, it

15   was always concentrate and out at landscaping jobs

16   it was always concentrate?

17        A.    Well, we're talking Monsanto Roundup.

18   The only time he --

19        Q.    Correct.

20        A.    The only Roundup that my father handled

21   was concentrate where you had to add water to it.

22        Q.    So, let me go ahead and ask the question

23   then.

24              At your home residence was it also a

Mark A. Pecorelli

```
 1    concentrate versus a ready-to-use?

 2         A.    Yes, yes.

 3         Q.    It was concentrate at home as well?

 4         A.    No, not -- you had to mix -- you had to

 5    mix water for it.

 6         Q.    At home -- at your home?

 7         A.    At home also, yes.

 8         Q.    Okay.  So, 100 percent across the board

 9    your father never used a ready-to-use product?

10         A.    No.

11         Q.    He always used a concentrate?

12         A.    No, no.  Exactly.

13         Q.    Okay.  Got it.

14               For that concentrate Roundup product

15    that he used, can you describe what the package,

16    what the product looked like?

17         A.    Yes.  There were white -- it looks

18    like -- I'll tell you exactly what it looks like.

19    A container but bigger size, because they only come

20    in one gallon, like a bottle of antifreeze.  You

21    know what a bottle of antifreeze looks like?

22         Q.    Okay.

23         A.    Just like that but only they were

24    heftier because they were 2.5 gallons that we
```

1    purchased.  But the same kind of handle and then

2    that round label that went around it with the

3    booklet on directions and what it can harm, what

4    kind of plants.

5        Q.    Did I -- did I hear you say it was a

6    white bottle?  Or maybe I didn't.

7        A.    Yes.

8        Q.    I thought you used the word "white"?

9        A.    White.  Then the bottle was -- I recall

10   always being white.

11       Q.    Okay.

12       A.    But the lettering was another color.  I

13   mean.

14       Q.    Okay.

15       A.    Black and white or blue or whatever.

16   But it was a white container.

17       Q.    And do I understand your testimony that

18   it was kind of shaped like an antifreeze container?

19       A.    Yes.

20       Q.    Okay.

21       A.    But heftier, wider.

22       Q.    And I heard you mention 2.5 gallons.

23   Did your father always purchase 2.5 gallon

24   containers?

Mark A. Pecorelli

```
 1        A.    That I recall, yes.

 2        Q.    Okay.  Where was the opening located?

 3        A.    On the top.

 4        Q.    Okay.

 5        A.    Next to the handle.

 6        Q.    Was -- do you know if the Roundup

 7   product was recommended to your father by anyone?

 8        A.    Don't know.

 9        Q.    Okay.  Had your father tried other

10   methods for handling his weed killing needs before

11   Roundup?

12        A.    Don't know.  Not that I know.

13        Q.    Well, because he started in the business

14   in 1953, right?

15        A.    Um-hmm, um-hmm.

16        Q.    Okay.  And according to the Fact Sheet,

17   he started using Roundup in 1976.  So, do you know

18   what he did to handle weeds before Roundup?

19        A.    I don't know.  I don't know.

20        Q.    Do you believe that he always purchased

21   the brand name Roundup?

22        A.    Oh.  Yes.

23        Q.    What makes you think so?

24        A.    Because Monsanto was the only one that
```

1    made it.  It was always from Monsanto.

2         Q.    As your father was the owner of the

3    Windy City Landscaping, right?

4         A.    Yes.

5         Q.    Did he have any safety postings

6    displayed at either the nursery or the garden

7    center for while he -- while he rented that?

8         MR. CADY:  Objection to the form of the

9    question.  You can answer if you know, Mark.

10   BY THE WITNESS:

11        A.    Don't know.  Meaning if there's posted

12   that he sprayed?

13   BY MS. BARTLEY:

14        Q.    Did he ever post any kind of safety

15   postings, for example, about exposure to Roundup or

16   other chemicals?

17        A.    Not that I know.  I don't know.  I don't

18   know.  I don't know.

19        Q.    Do you recall one way or another?

20        A.    Don't know.  I don't know.

21        Q.    Do you remember any?

22        A.    Not to my knowledge.

23        Q.    Okay.  I also wanted to ask you.  Did

24   your -- you mentioned the garden center and the

Mark A. Pecorelli

```
 1    nursery.  Did your father have an office somewhere?
 2         A.    The garden center -- the nursery didn't
 3    have no office.  It was right out of his truck.
 4         Q.    Yeah.
 5         A.    Okay.  But a building in the garden
 6    center, which was the office building.
 7         Q.    But the garden center you only had for
 8    about three years, right?
 9         A.    Right.  And the rest was at home.  His
10    office was out of his house.
11         Q.    Okay.  Okay.
12         A.    At .
13         Q.    Where did your father purchase Roundup?
14         A.    Purchased from -- oh, my God.  Farm
15    Service, called Farm Service in Woodstock.  Also
16    purchased it from Shemin's Supplies, Nursery
17    Supplies.  Shemin's.
18         Q.    Can you spell that for me?
19         A.    I couldn't tell you.  I'm not a speller.
20    Shemin, Shemin.
21         Q.    S-h --
22         A.    S-h-e-m-e-a-n.  Shemin's Landscape
23    Supplies.
24         Q.    Landscape Supplies.
```

```
 1        A.    They sold plants, chemicals.  They had

 2   everything.

 3        Q.    All right.  So --

 4        A.    All the products.

 5        Q.    What city -- what town is that?

 6        A.    That's in Addison.

 7        Q.    Addison?

 8        A.    Um-hmm.

 9        Q.    All right.  So, the Farm Service --

10        A.    And the Farm Service is in Woodstock.

11        Q.    Okay.  What -- what street is that on or

12   what cross section, cross intersection is that at?

13        A.    On -- which one, the Farm Service?

14        Q.    Farm Service.

15        A.    Farm Service is on Route -- off of

16   Route 47 and I believe 14, Route 14.

17        Q.    Okay.  What about Shemin Landscape

18   Supplies?

19        A.    Shemin?  They're on -- they're in

20   Addison on Lake Street.

21        Q.    Lake Street?

22        A.    Um-hmm.  And the cross street I don't

23   know.

24        Q.    And, so, would he -- what would dictate
```

Mark A. Pecorelli

1   which store he would buy Roundup at?

2       A.    The price.

3       Q.    Okay.  So, he would just look and see

4   who had it less expensive?

5       A.    Yes.  But mainly when we first started

6   using it, it was from the Farm Service and if --

7   and you go by price.  And if we need it, that's

8   close to Elk Grove, Shemin's.

9       Q.    Shemin's is closer?

10      A.    Closer.  Oh, yeah.  To the house.  From

11  the house to the nursery is 50 miles.  Shemin's, it

12  might be 10, 5, 10.  They're not far from the

13  house.

14      Q.    Okay.  So, why would -- why would you

15  use Farm Service when you first started using it?

16      A.    Because actually they're the only people

17  that you were able to handle it when it first came

18  out for industrial.  I believe.

19      Q.    Say that again.

20      A.    They were the only people that you can

21  purchase it from when it first was on -- came on

22  the market for industrial use.

23      Q.    Okay.

24      A.    You know, because it was...

Mark A. Pecorelli

1      Q.    And so then later Shemin's --

2      A.    And my dad also had an account there

3   too.

4      Q.    Okay.  So, your dad had an account at

5   Farm Service?

6      A.    I believe so, or dealt with them.

7      Q.    Okay.

8      A.    Okay.

9      Q.    And then later Shemin's started carrying

10  it, and Shemin's is a lot closer to the house?

11     A.    Closer to the house, right.

12     Q.    So, why did they still use Farm Service

13  if Shemin was closer to the house?

14     A.    I didn't say they used.  I said they

15  used two different times.  I mean, it's how I -- I

16  mean -- Farm Service was -- my recollection that I

17  can remember, they were the only people you were

18  able to be purchase it from.  You couldn't just go

19  and buy it off the street.

20          Nowadays they got it all over.  You can

21  get.  You know, it's already concentrated and

22  everybody's got it in their shed or garage, you

23  know, homeowners.

24     Q.    Right.  I thought one of your answers to

Mark A. Pecorelli

1    the questions were that they would -- how they

2    decided who they would buy it from was price?

3         A.    Price too.  Exactly.

4         Q.    Okay.  All right.  So, early years they

5    would go to Farm Service because it was the only

6    place they could get it?

7         A.    I believe so, yes.

8         Q.    But in later years --

9         A.    There was competition around.  Sometimes

10   they would throw a -- Shemin would throw a wow,

11   they call it a wow sale.  You know what I mean?

12        Q.    Okay.

13        A.    Just to get you in there to buy

14   everything else.  And, so, at times he picked it up

15   from there too.

16        Q.    Okay.  Did they have an account at

17   Shemin --

18        A.    Yes.

19        Q.    -- Landscapes?

20        A.    And Supply.

21        MR. CADY:  Let her ask the questions, Mark,

22   before you answer.

23        THE WITNESS:  Okay.

24        MR. CADY:  So we get a clean record.

```
 1          THE WITNESS:  Thank you.
 2    BY MS. BARTLEY:
 3          Q.    And, so, how did the account at Farm
 4    Service work?
 5          A.    I don't know.
 6          Q.    How did you know that he had an account
 7    there?
 8          A.    He had an account there.  You went and
 9    sign -- you sign your name.
10          Q.    And then they --
11          A.    And they bill him.
12          Q.    They would bill him?
13          A.    I would believe so, yeah.
14          Q.    And so I take it, then, that he didn't
15    have to pay cash or write a check every time he
16    purchased it?
17          A.    I believe so, yeah.
18          Q.    Okay.
19          A.    I mean, I know for Shemin's, no, because
20    I'm on the account there, in Shemin's.
21          Q.    Were you on the account at Farm Service?
22          A.    I picked it up there.  Whether I brought
23    a check there, I'm not sure.
24          Q.    So, you've picked it up for your father
```

Mark A. Pecorelli

```
1    at Farm Service before?

2         A.    I've done it I can recall back in the

3    day, yeah.

4         Q.    And you've also picked it up for him at

5    Shemin Landscape Supply?

6         A.    Well, we both went -- we both were there

7    at Shemin's.

8         Q.    Okay.  And you're on the account at

9    Shemin, but you're not sure if you're on the

10   account at Farm Service?

11        A.    It's been so long, I don't recall.

12        Q.    Are both of those supply stores still

13   operating and open that you know of?

14        A.    Shemin's might have sold out to another

15   company.  What it is nowadays, I don't know.

16              Farm Service is -- they're around.  They

17   sell all supplies for farmers.

18        Q.    Okay.

19        A.    For agriculture.

20        Q.    How often would your father or someone

21   in his employ make a run to go purchase or pick up

22   Roundup?

23        A.    At least once a year.

24        Q.    Okay.  And when they made that run once
```

Mark A. Pecorelli

```
 1    a year, how much would they pick up?

 2         A.    2-1/2, the 2-1/2 gallon.

 3         Q.    One 2-1/2 gallon container?

 4         A.    Correct.  Which makes an awful lot of

 5    gallons.

 6         Q.    Do you remember, do you have any memory

 7    of how much Roundup cost for a 2-1/2 gallon

 8    container?

 9         MR. CADY:  Object to the form of the question.

10    You can answer if you know.

11    BY THE WITNESS:

12         A.    A lot of money.  That's all.  I know it

13    was expensive, very expensive.

14    BY MS. BARTLEY:

15         Q.    At home or -- do you have any access to

16    any receipts or statements from either Farm Service

17    or Shemin Landscape Supply?

18         A.    Not that I know of.

19         Q.    You don't think those are at your home?

20         A.    Not that I know.

21         Q.    Did you used to have those around the --

22    around the house in terms of receipts or invoices

23    from either Farm Service and Shemin Landscape

24    Supply for the purchase of Roundup?
```

Mark A. Pecorelli

```
 1        A.    I didn't do any of the billing.  I have
 2    no idea.
 3        Q.    Would anybody else have --
 4        A.    No.
 5        Q.    -- have -- have thrown away the receipts
 6    or invoices for the purchase of Roundup?
 7        A.    No.  Not that I know.  No.  I mean,
 8    nobody else would have thrown them away.
 9        Q.    Do you know what would have happened to
10    them?
11        A.    I have no idea.
12        Q.    Do you know when you would have started
13    buying at Farm Service Woodstock -- started
14    buying -- do you know when your father would have
15    started buying at Woodstock, Farm Service
16    Woodstock?
17        A.    Right.  I believe when it first was
18    introduced, '74, whatever I have down.  Whenever.
19        Q.    Well, on your Fact Sheet you indicated
20    1976.
21        A.    '6, okay.  '6.
22        Q.    Well, you put 1976 on your Fact Sheet.
23    Where did that year come from?
24        A.    I don't recall.  I don't recall.  But
```

Mark A. Pecorelli

1   there was -- don't recall.  Don't recall.

2        Q.   Okay.  I'm just asking you.  You filled

3   out the Plaintiff's Fact Sheet --

4        A.   Right.

5        Q.   -- a couple of months ago.

6             Do you know why you put the year 1976 on

7   your Plaintiff's Fact Sheet in terms of your

8   father's use of Roundup?

9        A.   Because that's when it -- I recall him,

10   that's when he purchased it back then.

11        Q.   Okay.  How do you remember the year

12   1976?

13        A.   Well, it was Bicentennial Year, number

14   one, and there were -- I don't recall.  I don't

15   recall.  But it's -- I know we were using it then.

16        Q.   Okay.  Is there some Bicentennial memory

17   that you have connected to Roundup?

18        A.   Yeah, the nursery looked pretty good,

19   and our places that we handled, McDonald's

20   University and stuff like that, you know.  I mean,

21   it was a big -- people were coming to see these

22   places in '76.  That's what I recall.

23        Q.   Okay.

24        A.   Something like that.

Mark A. Pecorelli

1    Q.    All right.  And, so, you have a

2    definitive memory that your father was using

3    Roundup in 1976?

4    A.    Um-hmm.

5    Q.    And that's somehow associated with the

6    Bicentennial?

7    A.    The Bicentennial.

8    Q.    Okay.

9    A.    I believe.  Something like that, yes.

10   Q.    When you say you believe, could it have

11   been a year or two off?

12   A.    No, '76, because -- it could have even

13   been before even, maybe '75.  But I remember '76

14   that it was like, you know, clean up.  McDonald's

15   University, they had a big picnic area with patio

16   blocks, you know, you get the little tiny weeds

17   just coming up in there and I remember at that

18   time.

19   Q.    Okay.  At either Farm Service, the Farm

20   Service store or the Shemin Landscape Supply store,

21   do you know if anyone in particular at those stores

22   assisted your father with the purchase of Roundup?

23   A.    No.

24   Q.    When you went to pick it up for him, did

Mark A. Pecorelli

```
 1   anyone in particular assist you with picking --

 2   picking up the Roundup?

 3       A.   Well, it was a man working there.  I

 4   don't know.

 5       Q.   Nobody in particular.  That was kind of

 6   a customer service person for your father's

 7   account?

 8       A.   No, but in Shemin's there was also --

 9   no.  I mean, just -- there was a girl.  They always

10   rang you up.  But Farm Service, I have no idea.

11   Going too far back.

12       Q.   Okay.

13       A.   You know.  No, I don't know them

14   personally or anything like that and neither did my

15   father.

16       Q.   After -- after the purchase of Roundup

17   for the landscaping business, where was it stored?

18       A.   In my father's barn.

19       Q.   In a barn?

20       A.   In a barn, yeah.

21       Q.   Where is the barn?

22       A.   Now, this is from the Farm Service?

23       Q.   The -- I'm sorry.  The farm?

24       A.   Say it -- when are you asking me?
```

Mark A. Pecorelli

```
 1          Q.    For the purposes of the business, the
 2    landscaping business, after the Roundup was
 3    purchased, where was it stored?
 4          A.    At his house.
 5          Q.    It was stored at the house?
 6          A.    At the house, yeah.
 7          Q.    Okay.  So, let me go ahead and ask so I
 8    don't have to duplicate.
 9                When Roundup was purchased for the home
10    residential use around your house on Walnut Lane,
11    where was that stored?
12          A.    At the house.
13          Q.    In the same location?
14          A.    Well, it was the same chemical.
15          Q.    Okay.  So, it was all stored in one
16    place?
17          A.    Right.
18          Q.    Okay.  So, the same Roundup, are we
19    talking about the same product would be stored in
20    the same location and you would come and get it to
21    use it for the business as well as the home
22    residence?
23          A.    Correct.
24          Q.    Is that fair?
```

Mark A. Pecorelli

```
 1         A.     Correct.

 2         Q.     Okay.  All right.

 3         A.     Wouldn't take the whole jug out.

 4         Q.     You would not take the whole jug out?

 5         A.     I mean, we wouldn't carry the whole jug

 6    with us.  I mean, it was concentrated.

 7         Q.     Right.  You take what you need for

 8    whether it's for the landscaping business --

 9         A.     Right.

10         Q.     -- or for the home residence?

11         A.     From the house.

12         Q.     Okay.  Fair enough.

13                And, so, it was stored did you say in a

14    barn?

15         A.     A garage.

16         Q.     In a garage.  Okay.  And it was -- this

17    was in a garage on Walnut Lane?

18         A.     Um-hmm.

19         Q.     Okay.  And is this an attached garage to

20    the house?

21         A.     Yes.  So, it's the house I guess.

22         Q.     And is it a two-car, three-car garage?

23         A.     Two-and-a-half.

24         Q.     Two-and-a-half.  What else was stored in
```

Mark A. Pecorelli

1   the -- in that garage?  Any other chemicals?

2        A.    Tools, you know, Roundup, fertilizer.

3        Q.    Any other chemicals?

4        A.    No.

5        Q.    Any other insecticides or pesticides

6   stored in the garage?

7        A.    I believe that's where it was all kept,

8   you know, whatever he used.  We had a back section

9   in the garage there, like a -- yes.

10       Q.    So, is that a yes, there would be --

11       A.    Yes.

12       Q.    -- other insecticides and pesticides

13  stored next to the Roundup?

14       A.    I don't know if it was right next to it.

15  They were in different departments in shelving.

16       Q.    Okay.  So, would that include the Sevin

17  Insect Killer?

18       A.    Yes.

19       Q.    The Surflan or Treflan would be stored

20  in the same location?

21       A.    At one time, yes.  The Roundup was

22  expensive.  Pa kept that at the house.  Okay.  We'd

23  try not to carry it over the winter.  We buy the

24  amount that we usually use.

Mark A. Pecorelli

1                    He knew all that.  The other stuff was

2    kept out at the nursery, the fertilizer, stuff like

3    that, because it had a strong odor, you know.  It

4    was granule.

5         Q.   Okay.  Was the 2,4-RD kept at home in

6    the garage?

7         A.   I don't -- I'm not -- I don't know.

8         Q.   Was the Weed and Feed kept at home in

9    the garage?

10        A.   The Weed and Feed was -- that would go

11   in, he had a shed in the back of the house.  We use

12   it for the season.

13        Q.   Okay.

14        A.   And fertilizer, that was stored at the

15   nursery.

16        Q.   Okay.  So, fertilizer was not stored in

17   the garage.  Earlier you said the fertilizer was in

18   the garage.

19        A.   No, no.  I said Weed and Feed in the

20   barn, shed.  The chemicals were in the garage

21   because they can freeze.

22        Q.   Okay.  You said tools and fertilizer

23   were stored where the Roundup was in the garage.

24   Fertilizer -- so, do I understand right --

Mark A. Pecorelli

```
 1       A.    No, fertilizer wasn't in the garage.

 2       Q.    Okay.  Where was fertilizer?

 3       A.    In the barn.

 4       Q.    In the barn or --

 5       A.    Barn.  My dad had a shed.

 6       Q.    Are you using the term "barn" and "shed"

 7   interchangeably?

 8       A.    Yes.  Garage is attached to the house.

 9   I'm sorry if we got confused there.

10       Q.    Okay.  So, the Weed and Feed and

11   fertilizer are in the shed?

12       A.    In the shed.

13       Q.    Okay.  All right.  Okay.

14             Did your father ever read the label of

15   the Roundup product that he used?

16       A.    Yes.

17       Q.    Did you ever see him read the label?

18       A.    Yes.

19       Q.    When did you see him read the label?

20       A.    When -- when we first -- I mean, it

21   worked for him.  He taught me about it, read it to

22   me, all that stuff, all of that.

23       Q.    When he first what?

24       A.    When it was first -- when we first
```

Mark A. Pecorelli

 1  purchased it, it came out with a booklet with a lot

 2  of pages and see him read it all the time.  He'd

 3  read it in and out.  Read it thoroughly, you know.

 4  It would be under his chair, you know, the

 5  pamphlet.  Not that thing.  That's just the

 6  caution, you know, label over it.  But there was a

 7  pamphlet that they gave you.

 8       Q.    Okay.

 9       A.    What plants are tolerable, what it does,

10  how it leaches or runs or leaches, however you want

11  to call it.

12       Q.    Okay.  So, don't want to put any words

13  in your mouth.  I just want to make sure I'm

14  hearing your testimony.

15            You saw him read the label when he first

16  purchased it.  Is that what I heard you say?

17       A.    Well, no, there was some kind of

18  advertisement that I've seen laying around in his

19  magazines that showed Roundup and tell you what it

20  did.

21            But the actual directions, yes.  I've

22  seen him read them in and out.  Read them to me,

23  showed me, make sure this, this plant here, you

24  know, I mean.

Mark A. Pecorelli

```
 1          Q.     Okay.  But my question was when.  When
 2    did you see him read it?  When he first purchased
 3    it?
 4          A.     When we first -- right, exactly, from
 5    Farm Service.
 6          Q.     From what?
 7          A.     When he first purchased it.  When he
 8    first -- first one he ever bought.
 9          Q.     Okay.  So, around 1976 or so?
10          A.     Around that, yes.
11          Q.     Okay.  And when I understood you to
12    describe what the label looked like, you described
13    it as a booklet?
14          A.     I didn't say -- say that again.
15          Q.     Okay.
16          A.     No, you asked me earlier what the
17    container looked like.
18          Q.     Well, I'm just -- okay.
19          A.     I'm confused.
20          Q.     I heard you just now give a little bit
21    of indication of what the label looked like.  Okay.
22    And --
23          A.     Wasn't a label.  It was a booklet.
24          Q.     Booklet.  Okay, yeah.
```

Mark A. Pecorelli

```
 1        A.    Booklet.

 2        Q.    So, you described it as a booklet.

 3        A.    Um-hmm.

 4        Q.    Okay.  And I think I heard you say that

 5   there were multiple pages to it?

 6        A.    Oh, yeah.

 7        Q.    Okay.  About how many pages?

 8        A.    I'm guessing maybe 50, 30, 50.  A good.

 9   They were thick, yeah.

10        Q.    So, it was -- you recall it being a

11   50-page booklet?

12        A.    A lot of pages.  You open it up.  It

13   kind of looks -- a little smaller than this, and

14   you flipped it this way.  Thin paper.  It would --

15   went in on the side of the label, on the canister,

16   was attached right to it when it first came out.

17   Tell you what it did, what it was resistant to,

18   what didn't like it, what -- I mean, you had maybe

19   more than 50.

20        Q.    Okay.  And did you -- did you -- did I

21   just see you gesture that it went into a pocket on

22   the side of the --

23        A.    That band that goes around it.

24        Q.    Yeah.
```

Mark A. Pecorelli

1      A.    That I showed you.  It either was stuck

2   to the side.  Well, you put the glue.  I don't

3   recall, but it was on the side of the container.

4      Q.    It was on the side of the container.

5   What shape was it?

6      A.    The booklet?

7      Q.    Yeah.

8      A.    I just showed you.  It was, oh, maybe

9   3 inches by 4, 4-1/2 inches.  Yeah.  I'm guessing

10  there, but in that -- in that area.  Don't take me

11  right to the 3-inch.  Might be 3-1/2.

12     Q.    Okay.  And you --

13     A.    It was about this long and that wide.

14     Q.    Okay.  And when you opened it -- when

15  you opened it up --

16     A.    You flipped it.

17     Q.    You flipped it?

18     A.    Uh-huh.

19     Q.    Page -- one page at a time --

20     A.    Um-hmm.

21     Q.    -- you flipped it.

22     A.    Uh-huh.

23     Q.    Okay.

24     A.    It didn't open like a book.  It opened

Mark A. Pecorelli

1    from like a pamphlet.  You know what I'm saying?

2    And that's what it was.  It was a pamphlet.

3         Q.    Okay.  And, so, do you know if your

4    father would have read it cover to cover?

5         A.    In and out, yes.  Cover to cover, yes.

6         Q.    And do you -- would he have read the

7    label every time he purchased a new -- a new

8    container of Roundup?

9         A.    They changed -- the book was pretty much

10   the same, the pamphlet.  But if there was a

11   different pamphlet like when they turned to Pro,

12   yes, yes, he did.  But it was only like two

13   different changes on it that I could recall, but

14   yes.  I don't know.  Yes, he read -- every time he

15   purchased it, definitely read it.

16        Q.    Every time he purchased a new -- again,

17   I just want to make sure I understand you.

18        A.    Yeah, once a year.

19        Q.    Are you saying every time he purchased a

20   new container or every time they changed it?

21        A.    They changed it.

22        Q.    Every time they changed he would read

23   the label?

24        A.    No, the pamphlet.  They always had a

Mark A. Pecorelli

```
 1    pamphlet and then they just -- when they came with

 2    the Pro, they -- it was a lot thinner.  It was --

 3    they didn't give you all the technology about how

 4    it possibly could speckle plants, what plants was

 5    tolerable.  They didn't have all of that.  They

 6    just put down conifers, evergreens.

 7         Q.    I understand.  But I just need to make

 8    sure I have a clear answer.

 9         A.    Okay.

10         Q.    Are you saying he read the label cover

11    to cover every single time he bought a new

12    container of Roundup or --

13         A.    No, because a lot of times it was the

14    same.

15         Q.    -- or only every time that they changed

16    the product?

17         A.    Changed -- I don't know about the

18    product, but changed the pamphlet.

19         Q.    Changed the pamphlet?

20         A.    Pamphlet, yeah.

21         Q.    Okay.  So, your answer is he read the

22    label every time they changed the pamphlet?

23         A.    The directions, yeah.  It wasn't the

24    same book, yes.
```

1        Q.    Okay.

2        A.    Or pamphlet.

3        Q.    Okay.

4        A.    It wasn't the same, yes.

5        Q.    Thank you for clarifying that.  Okay.

6              And when they changed the pamphlet, is

7    it your testimony that he would then read it cover

8    to cover or just certain parts of the label?

9        A.    No, cover to cover.  I mean, because if

10   the pamphlet changes.  Not only that, it was for

11   knowledge too, you know, because there -- there is

12   so many kind of plants, you know.  "Oh, wait a

13   minute.  We're spraying around crabs.  Let me look

14   in the pamphlet."  It was like his bible, you know,

15   when he's using the chemical.

16       Q.    Okay.  In terms of --

17       A.    He just didn't read it, put it away and

18   go and use it.  You know what I mean?  Because

19   there was a lot of information in there that you

20   can't remember it all.  I mean, all of it, you

21   know.

22       Q.    Did he talk about the information that

23   was in the label?

24       A.    Oh, yes.  To me, yes.

Mark A. Pecorelli

1     Q.    What do you remember him telling you?

2     A.    Oh, all what this product can do, damage

3  it can do on the plants, speckle the plants, kill

4  the plants.  You get any on the foliage, cut the

5  foliage off otherwise it goes into the plant, takes

6  it into the root system, could harm the plants.

7          Some plants it said you could go over

8  it.  Then when they changed it, you couldn't go

9  over it.  Stay away from it.  Some leached more,

10  crawled, creeped we called it or leached, you know.

11  Stuff like that.  I mean, you had it.

12          When you used the chemical, you had to

13  have the booklet.  Not every time.  You know what

14  I'm saying?  When it was changed.  That's all I can

15  say.

16     Q.    Okay.  I want to make sure I have as

17  much information as you have with you here today or

18  available today in terms of the addresses where

19  your father used Roundup.

20          So, let's start with your home

21  residence.

22     A.    Okay.

23     Q.    Just to confirm.

24          The street address in which your father

Mark A. Pecorelli

```
 1   used it for residential or home use would have been

 2 ?

 3          A.        .

 4          Q.        ?

 5          A.

 6          Q.     In Elk Grove Village?

 7          A.     Yeah.

 8          Q.     Okay.

 9          A.     And there's all kinds of jobs.  That I

10   don't have in the nursery.

11          Q.     Let me get to that.  Okay.

12                 And for his home residential use of the

13   Roundup product?

14          A.     That's.

15          Q.     , right, yeah.  My questions are

16   limited to that right now, just the home

17   residential use.  Okay.

18                 Would it be fair to say that at home,

19   for the use around the house, he wouldn't have used

20   it during the cold months like when the ground

21   is --

22          A.     Oh, no.

23          Q.     -- frozen or when there is snow on the

24   ground, right?
```

Mark A. Pecorelli

```
 1        A.      Nowhere.

 2        Q.      Okay.  So, when approximately during the

 3   year, in what month would the season start that he

 4   might first use that product?

 5        A.      Depending --

 6        Q.      Roundup.

 7        A.      -- on the temperature and how productive

 8   the weed is.

 9        Q.      Well, you know, we're covering a lot of

10   years here.

11               So, in general, on average, what month

12   are we usually talking about that he might start

13   using Roundup?  Your best -- your best recollection

14   for what month he usually started using Roundup.

15        A.      In the month I couldn't tell you.  I

16   know we went by temperature, temperature.  And when

17   it first came out, it was, to my remembrance, you

18   had to have a window of like a 24-hour no moisture

19   or anything on it and the best results.

20               I mean, it was all in the pamphlet.  I

21   believe it was 72 or 70 degrees, warmer, warmer

22   temperatures.  The weed not to be in stress or not

23   just cut and then sprayed on because it's in

24   stressed, actively growing.
```

Mark A. Pecorelli

1      Q.   Right.  And usually in Chicago,

2  Illinois --

3      A.   I'd say --

4      Q.   -- what month does that usually happen?

5      A.   April.

6      Q.   April?

7      A.   Yeah, you know.

8      Q.   All right.

9      A.   I don't know.  We've seen some -- the

10  weather has changed through the years, as you know.

11      Q.   And the Chicago, Illinois area, usually

12  what month do you have to stop using -- would you

13  not have used that product because of the cold

14  weather?  What's the season for the landscaping

15  business?  Do you see what I'm saying?

16      A.   Yes, I see what you're saying.

17      Q.   Yeah.

18      A.   I don't -- early spring and not late

19  fall.  Like end of July, beginning of August.

20      Q.   Okay.

21      A.   We didn't go any further than that.

22  Unless there was a job that we were going on to,

23  like I said, if there was weeds there and it might

24  be in late August.  Okay.  The weeds are

Mark A. Pecorelli

1  established.  Okay.  Sprayed.  Let them rot out or

2  turn to hay, till it up, hoe it off, whatever.

3       Q.   Okay.

4       A.   But for the nursery work, yes.

5       Q.   So, on page 31 of the Plaintiff's Fact

6  Sheet.

7       A.   31.  Okay.

8       Q.   For your -- for your father's

9  residential use, the second line that you've

10 completed there.

11      A.   Second line.  Okay.  Hang on.  Yes.

12      Q.   For use around the house, around the

13 house on Walnut Lane?

14      A.   Right.

15      Q.   You indicated here that he would have

16 used it once every two months.  This is around the

17 house, right?

18      A.   That was -- I believe so.

19      Q.   Okay.

20      A.   Yeah.  Which would be April.  Okay.  All

21 right.  And then -- or middle of April.  It --

22 around the house, the pool area --

23      Q.   So --

24      A.   We always --

Mark A. Pecorelli

1     Q.    So, is it fair to say if you used it

2  once every two months at his house, probably twice

3  a year?

4     A.    Twice a year.

5     Q.    Twice a year.  Is that fair?

6     A.    Um-hmm.

7     Q.    Okay.

8     A.    Same with the farm too.  Or, like I

9  said, we cut -- we used to write up a job or

10  somebody comes in, there's been jobs that I recall

11  that we've done where the people wanted a new lawn,

12  where they had maybe from the summer months grubs

13  that kill part of the lawn and there's just green

14  spots and they want a new lawn.

15     Q.    Okay.

16     A.    Okay.

17     MS. BARTLEY:  I'm going to mark as

18  Exhibit No. 8.

19               (WHEREUPON, Pecorelli Deposition

20                Exhibit No. 8 was marked for

21                identification:  Google Earth

22                image,    , Elk Grove Village,

23                IL.)

24  BY MS. BARTLEY:

Mark A. Pecorelli

1          Q.     This is a Google Earth image I believe,

2     and I'll have you verify that for me, of the home

3 at

4                 Does that appear to be the home address

5 at   ?

6          A.     Yes, it is.

7          MS. BARTLEY:  Okay.  And then I'm going to

8     mark as Exhibit No. 9 a second Google Earth image.

9                     (WHEREUPON, Pecorelli Deposition

10                     Exhibit No. 9 was marked for

11                     identification:  Google Earth

12                     image, side view, ,Elk Grove

13                     Village, IL.)

14     BY MS. BARTLEY:

15          Q.     This one is from the side.  And so we

16     get a little bit of a view from the side and the

17 rear of the house on .

18          A.     Okay.

19          Q.     It's two different views there.  Okay?

20          A.     Um-hmm.

21          Q.     Now --

22          A.     Wait, wait, wait.  Hang on.  This is --

23     it's actually a side, but --

24          Q.     Yeah.  The second view is the side and

Mark A. Pecorelli

1    you can see a little bit into the back.

2         A.    Right.

3         Q.    Right?  Okay.

4               Now, earlier in the deposition I was

5    asking about the extent to which your father

6    contributed to household chores, and I asked if he

7    cooked and did the laundry and did the yardwork at

8    home and I think your answer was that you did the

9    yardwork at home.

10        A.    That's right.

11        Q.    Do you remember that question?

12        A.    Yes, I do remember that question.

13        Q.    Okay.  So, when we're talking about

14   using Roundup at the home address.

15        A.    Yes.

16        Q.    Did you apply the Roundup at the home

17   address?

18        A.    I applied it, but not in these years,

19   no.

20        Q.    Not in what years?

21        A.    Where you got -- well, it says 2019.

22   Okay.  In that year -- I quit using Roundup at the

23   house in 2010.

24        Q.    Okay.

Mark A. Pecorelli

1      A.    I wasn't using no more Roundup.

2      Q.    Okay.

3      A.    Neither was my father.

4      Q.    Right.  So, my question --

5      A.    But the maintenance, yes.  What I did

6   around the house, if there was a weed, I'd pull out

7   the hoe or my little fork.

8      Q.    But you -- you applied Roundup at your

9   home address, you did the yardwork and applied

10  Roundup at your home address until 2010?

11     A.    No.  I still do it now even, the

12  yardwork.  I live there.

13     Q.    Right.  But did you do the yardwork at

14  your home address until 2010?

15     A.    Until?  No.  I said I haven't used

16  Roundup.

17     Q.    Until 2010?

18     A.    Even before that.  We quit using

19  Roundup.  But I still did work at the house, you

20  know, the yardwork, cutting the lawn, hand

21  trimming, trimming the bushes.

22     Q.    And did the work that you do at this --

23  at your home address include applying Roundup at

24  your home?

Mark A. Pecorelli

1        A.    Years ago, yeah.

2        Q.    Until 2010, isn't that your testimony?

3        A.    No, no, no, that's not my testimony.

4        Q.    Okay.  Did you apply Roundup at your

5   home address along with the yardwork that you did

6   that you testified to earlier in the deposition?

7        A.    Yes, back in the -- back in the day.  I

8   mean, yes.  I mean, not -- I don't have a year when

9   I stopped.  I don't even use any kind of chemical

10  anymore.

11       Q.    Okay.

12       A.    Back -- I'm going -- let me think of a

13  year.  Hang on.  Let me think.

14             Got to be 15 years maybe I haven't

15  touched the Roundup at the house.  I couldn't tell

16  you.

17       Q.    Okay.

18       A.    I don't remember.  It's been that long.

19       Q.    It's been 15 years since you applied

20  Roundup at your home residence?

21       A.    At least.

22       Q.    Okay.  But before then you were caring

23  for the yard and applying Roundup at this property?

24       A.    There's no -- you know, I don't know

Mark A. Pecorelli

1   when the pool left.  Around the pool we had pea

2   gravel.  We didn't have plastic under it.  A weed

3   or two, yeah.

4        Q.    Okay.

5        A.    Okay?

6        Q.    All right.

7        A.    And come back.  Nursery, I leave a

8   little in the tank, a little bit, and just spot

9   spray.  It was a spot spray.

10       Q.    And it was kind of your responsibility

11  to care for the yard at the house since you were

12  how old?

13       A.    No.  No.  I mean -- yes, I took care of

14  the yard.  Dad helped.  I mean, like I said, he's

15  out there giving orders of, you know, trim a branch

16  or two, you know.

17       Q.    So, dad helped but he was kind of --

18       A.    Not -- not in this time, though.  There

19  was --

20       Q.    Well, disregard the year of the photo.

21       A.    Okay.

22       Q.    Disregard the year of the photo.

23       A.    He hasn't -- no, he hasn't helped in a

24  long time.

Mark A. Pecorelli

1      Q.     Since when?

2      A.     Since he -- since he probably got ill.

3   Even a little bit before that.

4      Q.     Okay.  Yeah.  So, I'm not talking about

5   his -- the years of his illness.  Right?

6      A.     All right.

7      Q.     I'm talking about since you've lived in

8   this house, and you got to -- I think you told me

9   you started taking care of the lawn like when you

10  were 14 or so?

11     A.     Well, no, no, no.  No, no, no.  No, I

12  said -- I said I started working for him at 15 or

13  so.

14            But no, he would cut the lawn and -- the

15  house was -- even the guys would come to the house

16  and we'd go out to the nursery.  They might even

17  cut the lawn.

18     Q.     Okay.

19     A.     You know what I'm saying?  The

20  maintenance was done.  You know what I'm saying?

21     Q.     Did your brothers cut the lawn too?

22     A.     No, my brothers -- my brothers didn't

23  live there and my brothers didn't work for the

24  company.

Mark A. Pecorelli

```
 1         Q.    All right.  So, not only you, but others
 2   who worked for the company would help out around
 3   the home as well in terms of cutting the lawn at
 4   the house?
 5         A.    Maintenance, yeah.
 6         Q.    Okay.  In addition to you, did others
 7   who worked for the company also apply Roundup at
 8   the house?
 9         A.    No, no.
10         Q.    Okay.  You applied Roundup at the house?
11         A.    Or my father in the younger days, you
12   know, in his younger days.
13         Q.    What do you mean by his younger days?
14         A.    Before he got -- way before he got ill.
15   I mean, when we had a swimming pool.  I don't
16   recall when, you know, when that was.  It was a
17   stone area.  Otherwise if there is a weed you get
18   the hoe and just pop, you know.
19         Q.    What years did you have a swimming pool
20   at the house?
21         A.    That I don't recall.
22         Q.    Could you give me your best estimate.
23         A.    '92, '95 maybe.  '95.  I'm not.  I
24   can't.  I can't answer something that I don't
```

Mark A. Pecorelli

1    remember, that I don't recall.

2        Q.    Are you talking about a couple of years

3    from '92 to 1995 or --

4        A.    Wait, wait.  What do you mean "talking

5    about a couple years"?  No, I'm saying when I -- I

6    didn't use Roundup at the house.

7        Q.    I'm sorry?  When did you -- my question

8    was when did you have a pool at the house?

9        A.    Oh.

10   MR. CADY:  Objection.  He's asked and

11   answered.  I don't think he recalls the years.

12   BY THE WITNESS:

13       A.    I don't.

14   BY MS. BARTLEY:

15       Q.    Well, I -- you were --

16       A.    We always had -- since -- I mean,

17   I'm going -- I've lived here 58 years.

18       Q.    Yeah.

19       A.    Okay.  All right.  I don't recall when

20   the pool was left, but that's when we used Roundup

21   at this particular area was -- it hasn't been for a

22   long time, for that area there.  But in Elk Grove,

23   I mean, if we -- what are you shaking your head

24   for?

Mark A. Pecorelli

```
1         Q.    For what area?  I don't know what area
2    you're referring to.
3         A.    That's what you're talking about, the
4    house, the maintenance.
5         Q.    Okay.
6         A.    Who applied it.  Okay.  All right.
7    Okay.
8         Q.    Okay.  Let's backtrack a minute.  Okay?
9         A.    I'm sorry.
10        Q.    All right.  You indicated earlier in the
11   deposition --
12        A.    Okay.
13        Q.    -- I asked you did your father help do
14   the yardwork at your house, and your response was,
15   "I did the yardwork."  Do you remember that?
16        A.    Yeah, right.
17        Q.    Okay.
18        A.    He thought he did.  I mean, he gave
19   orders.  Remember that?
20        Q.    Yeah.
21        A.    Okay.  All right.
22        Q.    And you said, "I did the yardwork,"
23   right?
24        A.    Right.
```

1     Q.     Okay.  So, at this house on

2  --

3     A.          .

4     Q.     -- you've indicated on your Plaintiff's

5  Fact Sheet that from 1976 to 2012 that your father

6  applied Roundup in a residential capacity, and so

7  that's what I'm trying to get to the heart of.

8     A.     Okay.  Yeah.  Not our residential.  In

9  residential Elk Grove Village or in the area,

10  residential.  That's what -- meaning residential is

11  residential a house, not a business or a nursery or

12  something like that.  That's where we're getting

13  confused.

14     Q.     Whose houses are you referring to?

15     A.     Jobs that we've done or do.

16     Q.     Okay.  Jobs that you're doing

17  landscaping work for?

18     A.     Yes.  Like putting in a new lawn,

19  whatever.  We've used Roundup.

20     Q.     Okay.

21     A.     Where are we at on the year again?

22     Q.     But --

23     A.     From '76 to '12.

24     Q.     Yeah.

Mark A. Pecorelli

1        A.    Okay.

2        Q.    But earlier in the deposition, this is

3    why I was trying to clarify the difference between

4    the two lines.

5              If that second line is meant to refer to

6    landscaping, why is it limited only to

7    Elk Grove Village?

8        A.    That I don't know why.  We went through

9    that already.

10       Q.    Right.  And that's why --

11       A.    I explained it.

12       Q.    That's why you explained that you meant

13   it to refer to your home, and that's why it was

14   residential.

15             So, I apologize.  I don't mean to be

16   confused here.

17       A.    Well, I'm confused.

18       Q.    Okay.  So, let's just disregard this

19   line in the Plaintiff's Fact Sheet for now.

20       A.    Okay.

21       Q.    Did your father apply Roundup at your

22 home address on   ?

23       A.    Yes, but not up to 2012.

24       Q.    Okay.  What years did he apply Roundup

Mark A. Pecorelli

1  at your home address on   ?

2        A.     At the home address on      ,

3  had to be 15 years, ten years behind '12.  So,

4  you're looking at -- what would be that?  Ten off

5  of '12.  2002, 2000, maybe 1999, right around

6  there, 2000.

7        Q.     Okay.  So, give me the start year and

8  the end year, to the best of your ability.  What

9  years did he apply it at his home address?

10        A.     I can't answer that right now.  All's I

11  recall is when the pool wasn't there.

12        Q.     It was when the pool was not there?

13        A.     We didn't -- we didn't apply it anymore.

14  We put a lawn in there.  See, with the pool we had

15  gravel around it.

16        Q.     Okay.

17        A.     Or pea gravel.  Okay.  And that's the

18  only -- you know, it was spot spray.

19              You're acting like we come and use it

20  around the house.  You know what I'm saying?

21        Q.     No.  I'm not -- I'm just trying to get

22  to the bottom of it.

23        A.     Oh, okay.

24        Q.     You -- Roundup was only applied in the

1   years that the pool was not there?

2        A.    No.  That the pool was there.

3        Q.    Okay.  And when the pool was there for

4   how many years roughly, two, three, four?

5        A.    Oh, since -- oh, no.  It's been there

6   longer than that.  We had a pool since, I don't

7   know, maybe I was 8.  So, maybe 20, 25.  I don't

8   know.  I don't.

9        Q.    Okay.  So, the pool -- is the pool -- is

10  the pool there now?

11       A.    No.  Hasn't been there for 15 years or

12  20, at least.

13       Q.    Okay.

14       A.    Okay.  But I got -- I got down here '76

15  to 2012.  Okay.  I don't know why -- then it puts

16  Elk Grove Village meaning -- you're putting that as

17  strictly for my house.

18       Q.    Well, because -- okay.

19       A.    You understand?  And in '12 --

20       Q.    You're using this to refer to the

21  landscaping business, residential use?

22       A.    Yeah, still on the '12 --

23       Q.    So, in other words --

24       A.    2012.

Mark A. Pecorelli

```
 1          Q.    So, in other words --

 2          A.    That's a wrong date.  That's all I got

 3     to say.

 4          Q.    Okay.  What's the right date?

 5          A.    It was before 2010 because I quit using

 6     it in 2000 -- I -- 2010 I quit.

 7          Q.    When did your father quit?

 8          A.    Before that.

 9                We're talking the house now in

10     Elk Grove, right, just the house, or are we talking

11     residential in Elk Grove or whatever?

12          Q.    When did your father stop using it for

13     the purposes of his landscaping business?

14          A.    2008 maybe.

15          Q.    Okay.

16          A.    2008.  I'd have to say.  Maybe before

17     that.  Maybe a year before that even.

18          Q.    Okay.  When did your father stop using

19     Roundup for the purposes of his home residence?

20          A.    That would be about the same time.  For

21     his home residence.

22          Q.    On Walnut Lane?

23          A.    On Walnut Lane.

24          Q.    He stopped using it --
```

1      A.    Right.

2      Q.    -- in 2008, both -- for all intents and

3   purposes, whether it's his business or home, he

4   stopped using Roundup in 2008, is that right?

5      A.    Maybe '7, '7 and '8, yes.

6      Q.    2007 to 2008?

7      A.    2008, we weren't -- all's we were doing

8   for the nursery was cutting weeds.  But, I mean, we

9   still used Roundup on jobs.  Not him personally,

10  but the company.

11     Q.    I'm only asking about your dad.

12     A.    Okay.  All right.  So, I would say --

13     Q.    When did he stop applying Roundup for

14  the purposes of his landscaping business?

15     MR. CADY:  Objection.  I think he's asked and

16  answered that.

17     MS. BARTLEY:  He just -- he just said not him

18  personally.  So, I'm asking the question again.

19  BY THE WITNESS:

20     A.    What I answered before was 2000 -- I'm

21  sorry.  2000 --

22     MR. CADY:  She is asking for your best

23  estimate, Mark, within a few years.

24  BY MS. BARTLEY:

Mark A. Pecorelli

1      Q.    I'm going to --

2      A.    2004 maybe, maybe '5, '4.

3      Q.    So, I'm --

4      A.    2004.

5      Q.    Okay.  Your -- so, again, just to make

6   sure we're on the same page.  When did your father

7   personally stop applying Roundup for the purpose of

8   his landscaping business?  In the context of his

9   business, when did he personally --

10     A.    2004, '5 maybe.  2004 or '5, yeah.

11     Q.    2004 or '5?

12     A.    Yes.

13     Q.    Okay.  Now, in what year, to the best of

14  your ability, did he personally stop applying or,

15  you know, last time he applied Roundup himself for

16  the purpose of his residence or home address on

17  Walnut Lane?

18     A.    Maybe a year before that, whenever the

19  pool was gone.  I don't -- I can't give you an

20  exact year.  Maybe 2000.  2000.

21     Q.    2000?

22     A.    I would say, yeah.

23     Q.    2000 at home.  Okay.

24     A.    Maybe even -- at the home we're talking

Mark A. Pecorelli

```
 1   now.

 2        Q.    At the home --

 3        A.    At the residential.

 4        Q.    -- on Walnut Lane.

 5        A.    Maybe even a little bit before that

 6   because, see -- even, you know, even ten years.

 7              He's got an oak tree in the backyard

 8   there, okay, which provides shade.

 9        Q.    Right.

10        A.    And where shade, weeds don't grow.  So,

11   I'm -- this is -- I'm just trying -- not guessing,

12   but I'm trying to go back to give you a date.

13        Q.    Okay.

14        A.    And to my recognization.

15        Q.    And -- and you're confident that his use

16   started in 1976 or so and that he stopped using, he

17   personally stopped using it in the landscaping

18   business around 2004, 2005?

19        A.    Maybe even 2000.

20        Q.    It could have been 2000 when he stopped

21   using it in the landscaping business?

22        A.    2002, yeah, right, what you got there.

23   It's a guess.  I can't answer that.

24        Q.    Okay.  I understand.
```

Mark A. Pecorelli

1        A.    I mean, we're going back.

2        Q.    I know.

3        A.    2000.  That's 20 years.

4        Q.    Exactly.  It's hard to say when he might

5    have --

6        A.    I don't know what I did yesterday.  No,

7    I'm just kidding.

8        Q.    I understand.  It's hard to say when he

9    might have --

10       A.    Right.

11       Q.    -- personally stopped using it, right?

12       A.    Right.

13       Q.    It could have been 2000, right?

14       A.    Could have been.

15       Q.    And it could have been 2000 when he

16   stopped using it around your -- your home address,

17   right?

18       A.    A little bit before.  The home address,

19   before 2000.

20       Q.    And it was before 2000?

21       A.    Yeah, yes.

22       Q.    Okay.  And even before 2000 I think your

23   testimony was you were doing most of the work

24   around the home address in terms of the yardwork

Mark A. Pecorelli

```
 1    before 2000, isn't that fair?
 2         A.    Oh, yes, yeah.
 3         Q.    Including applying Roundup?
 4         A.    Yes, but we didn't use Roundup at the
 5    house.
 6         Q.    You didn't use Roundup at the house?
 7         A.    2000, 2002, no.
 8         Q.    You didn't use Roundup at the house on
 9    Walnut Lane?
10         A.    You're confusing me.
11         Q.    I don't mean to.
12         A.    We used -- okay.  Well, I'm sorry.
13    Maybe we're confusing each other.
14               Yes, we used it at the house, but 20
15    years ago at least I haven't put Roundup in the
16    yard at the residence of Elk Grove.
17         Q.    On Walnut Lane you --
18         A.    On Walnut Lane.  From there, if
19    anything, if anything, in the bedding area where we
20    had flowers in the front, which you can't see the
21    circle here, I put Preem down.  You buy it at
22    Home Depot.
23         Q.    Preem?
24         A.    Preem.
```

Mark A. Pecorelli

1      Q.     How do you --

2      A.     P-r-e-e-m, Preem Weed Killer, and you

3    throw it on top of the ground and it lays a crust

4    down there where the weeds don't come up.  Comes

5    out of a shaker can.

6      Q.     Okay.  So, is it possible that you never

7    used Roundup around the home address at -- on

8    Walnut Lane?

9      A.     Before that, yes, we did, yes.  I told

10   you that.  20 years ago, yes.

11     Q.     Okay.  So, you for sure used Roundup on

12   Walnut Lane, but the ending date is what you're not

13   sure about, it could be before 2000?

14     A.     Yes.

15     Q.     Okay.  All right.  So, we're not sure

16   how many years, can't tell how -- can't be certain

17   how many years Roundup was used at the home address

18   on Walnut Lane.  Is that where we're at?

19     A.     No.  That's not where we're at.  We're

20   '76 to 2000.  We're roughly.

21     Q.     Okay.

22     A.     We're estimating.

23     Q.     Okay.

24     A.     Yes.

Mark A. Pecorelli

1      Q.    And --

2      A.    It stopped.  I mean, maybe even a bit

3   before that.

4      Q.    It might be before that?

5      A.    A couple years, yeah.

6      Q.    Okay.

7      A.    I'm not sure.

8      Q.    Okay.

9      A.    I mean, before -- I mean, the trees were

10   smaller, 20 years ago, had a lot of sunlight coming

11   in.  This oak tree fills the whole backyard.

12      Q.    Okay.

13      A.    Been doing that for years.

14      Q.    All right.  On that property, using

15   those two exhibits, 8 and 9, where on the

16   property --

17      A.    8 to 9.  Wait.

18      Q.    Just these two photos.

19      A.    Oh.

20      Q.    Those two Google Earth images.

21      A.    Okay.

22      Q.    Just to use as kind of -- I mean, you

23   live there every day.

24      A.    Yeah, yeah.

1       Q.      But back 20 years ago when Roundup was

2    used at the property, where -- where was it used?

3       A.      Around -- around the swimming pool.

4       Q.      Okay.  Just around the swimming pool?

5    Is that the only place it was used?

6       A.      Along the side of the house there was

7    some -- and you can't see it.  There was one --

8    another area, a walkway where there was pea gravel

9    that we had there.  It was pea gravel and a weed or

10   two.  It would have been used there too.

11      Q.      Okay.

12      A.      The only place that we sprayed.

13      Q.      Okay.  Just those two places, around the

14   pool and a walkway along the side of the house?

15      A.      On the side of the garage, yes.

16      Q.      Side of the garage.  Okay.

17              Tell me about the pool.  Was it an

18   aboveground pool?

19      A.      Aboveground pool.

20      Q.      Okay.  What was the size of the pool

21   like the -- are pools measured by diameter?

22      A.      Well, this was an oval pool.  It was --

23      Q.      Okay.

24      A.      -- basically one they made aboveground.

Mark A. Pecorelli

1   As a matter of fact, half the yard.  I mean, there

2   was -- I think it was -- and then we went to a

3   round 18, 18 round.

4        Q.   18 feet?

5        A.   Yeah.

6        Q.   Okay.

7        A.   Round.  Circumference.

8        Q.   Okay.  And then how far beyond the

9   perimeter of the pool did the pea gravel extend

10  roughly?

11       A.   4 feet around the pool.

12       Q.   4 feet around the pool?

13       A.   On the back side a little longer, the

14  other side, 4 to 5 feet.

15       Q.   And, so, you would just, if a weed

16  popped up between the pea gravel, the Roundup would

17  be sprayed on the weed?

18       A.   Yeah, but it wouldn't -- like early

19  spring, back then when there was sunlight coming

20  in, the weeds come up and it took care of it for a

21  couple months.

22       Q.   Okay.

23       A.   You know what I mean?  You might get one

24  straggler here and there and you knock it out with

Mark A. Pecorelli

1    a hoe.  You know what I'm saying?

2         Q.    Okay.

3         A.    So, it would be twice a year then.  Or

4    hit it again.  Depends -- depends on the weather

5    and the rain, how much, you know.

6         Q.    Okay.  And the majority of the time were

7    you the one who sprayed the Roundup?

8         A.    Back then?

9         Q.    Well, whenever --

10        A.    20 years ago?

11        Q.    Whenever the pool was there?

12        A.    My dad -- my dad took care of the pool.

13   You know, I didn't see him.  But a lot of the

14   times, there are no weeds.  He sprayed them.  Then

15   I did, yes.

16        Q.    Your -- then you did what?

17        A.    What do you mean then I did what?

18        Q.    You just said, "Then I did."

19        A.    Hoed them out.  Took care, you know, of

20   the yardwork.

21        Q.    You took care of the yardwork?

22        A.    Yes.

23        Q.    What do you mean by that?

24        A.    Around the house, bring out the garbage

Mark A. Pecorelli

1    cans, whatever -- whatever maintenance had to be

2    done around the house.

3         Q.    Okay.

4         A.    Plow out the driveway.  Sweep.  Well,

5    back then we swept the driveway, you know.

6         Q.    Okay.  So, what was the percentage of

7    time, during the years that the pool was there and

8    Roundup was sprayed, what was the percentage of

9    time roughly between when you sprayed Roundup

10   versus your dad spraying Roundup at the address on

11   Walnut Lane?

12        A.    I gave you the years.  We came up with

13   20 -- or 2000 --

14        Q.    No, I'm asking --

15        A.    My dad.

16        Q.    Your dad sprayed it 100 percent of the

17   time or did you spray it sometimes?

18        A.    I did once, once in a while.

19        Q.    Okay.  So, what was the breakdown

20   between the roughly percentage between when you

21   sprayed it versus your dad?

22        A.    He might have did it for that first set

23   of weeds and the next generation I might have done

24   it, you know.

Mark A. Pecorelli

 1      Q.    Okay.

 2      A.    I can't recall that.

 3      Q.    Okay.

 4      A.    But I know he sprayed Roundup at the

 5   homestead, so have I.

 6      Q.    Okay.  And then the sidewalk --

 7      A.    On the side of the garage.

 8      Q.    Not sidewalk.  I apologize.

 9      A.    Side of the garage.

10      Q.    Down the side of the garage, you said

11   there was some pea gravel?

12      A.    Yeah, it was -- it's the length --

13   length of the house.

14      Q.    And about -- can you just give me a

15   rough estimate what would be the length of the

16   house?  Do you know how many feet that would be?

17      A.    20, 25, estimate.

18      Q.    Okay.  20 to 25 feet?

19      A.    Right.  And 4 feet wide.

20      Q.    4 feet wide.  The pea gravel would

21   extend?

22      A.    Um-hmm.

23      Q.    And, again, would -- same -- same

24   scenario.  Maybe the first time your dad would

Mark A. Pecorelli

1  spray that area and then the second time you might?

2      A.    Or he might have.  Because that's an

3  easy job.  I mean, instead of pushing a mower or

4  whatever had to be done, bringing out the garbage

5  cans or cutting the grass, emptying the grass

6  because we kept the clippings, you know.

7      Q.    But is it fair to say that sometimes

8  your father would do it and sometimes you would do

9  it?

10      A.    Yeah, but he did it mostly up to when we

11  quit using it around the house.  We didn't need it.

12      THE VIDEOGRAPHER:  Excuse me, Counselor, I

13  have to end this tape.

14      MS. BARTLEY:  Go ahead.

15      THE VIDEOGRAPHER:  Okay.  The time is -- the

16  time is 12:47 p.m.  This is the end of Tape 2, and

17  we're going off the video record.

18              (WHEREUPON, a recess was had

19              from 12:47 to 1:30 p.m.)

20      THE VIDEOGRAPHER:  The time is 1:30 p.m.  This

21  is the beginning of Tape 3, and we're back on the

22  video record.

23  BY MS. BARTLEY:

24      Q.    Mr. Pecorelli, right before we took our

Mark A. Pecorelli

```
 1    lunch break we were talking about your father's use

 2    of Roundup at his home residence, and you were --

 3    you had described to me where he used it, around

 4    the pool and alongside of the garage.

 5              Do you remember that?

 6    A.    Correct.

 7    Q.    And you had provided some dimensions to

 8    me of the area where he applied Roundup.  Okay?

 9              If you could, just your best estimate to

10    me, during those occasions where your father

11    applied Roundup at his home residence on Walnut

12    Lane, around the pool and along the length of the

13    garage, roughly how long would it take him to apply

14    Roundup on those days?

15    A.    Ten minutes.

16    Q.    Ten minutes?  Okay.

17              Okay.  So, I want to shift our focus now

18    to when he applied Roundup in the context of his

19    landscaping business.  Okay?

20              Now, he applied Roundup, as I understand

21    from your earlier testimony, at the nursery.  Is

22    that right?

23    A.    Yes.

24    Q.    Okay.  And then he also applied it on
```

Mark A. Pecorelli

```
 1   landscaping projects, is that correct?
 2        A.    Yes.
 3        Q.    Okay.  So, did he use Roundup in the
 4   context of I think what you're referring to as kind
 5   of weekly mowing clients, those -- did he apply
 6   Roundup in the context for those clients?
 7        A.    No.
 8        Q.    No.  Okay.  So we're really only talking
 9   about the landscaping projects and some of the
10   maintenance that occurred in that context and then
11   at the nursery?
12        A.    Correct.
13        Q.    Okay.  Great.  So, let's -- let's go
14   ahead and let me ask you about his use of Roundup
15   on the landscaping projects and some of the
16   maintenance that would occur there.  Okay?
17             Can you just give me a sense of the
18   types of landscaping that he performed?  In other
19   words, were there kind of limits on what he did
20   like did he build retaining walls and that kind of
21   stuff or what type of landscaping did your father
22   do?
23        A.    Planting and designing.
24        Q.    Plants and designing?
```

Mark A. Pecorelli

```
 1        A.    Right.  And lawn area.  And that's it.
 2   We didn't do no pavers.
 3        Q.    No pavers?
 4        A.    No pavers.
 5        Q.    No structure --
 6        A.    We've done patio stones but not what
 7   they do now, the Unilock and all that, no.
 8        Q.    Okay.  So, structural builds like
 9   retaining walls --
10        A.    No.
11        Q.    -- and that kind of stuff.  Just maybe
12   putting some paving stones down?
13        A.    Right.
14        Q.    Okay.  All right.  And the initial
15   landscaping projects, were they primarily kind of
16   short-term discrete projects maybe lasting one or
17   two weeks?
18        A.    Correct.
19        Q.    Okay.
20        A.    Sometimes longer depending on the job.
21        Q.    Okay.  And can you describe for me for
22   what purpose would a herbicide be needed for those
23   landscaping, those initial landscaping projects?
24        A.    Little use but some use.  Like I said,
```

Mark A. Pecorelli

1    putting it in a new, a new total construction area

2    where it needed grading and then around the

3    foundation for planting.

4         Q.   So, when you're grading, you're

5    turning --

6         A.   Before we grade, before we grade, there

7    will be weeds there that pop up.  Come in and spray

8    them.  We come back a week, 14 days later,

9    somewhere around there, when we start seeing them

10   diminish, wilting.

11                   (Clarification requested by the

12                    reporter.)

13        THE WITNESS:  Diminish, wilting, dying.

14   BY MS. BARTLEY:

15        Q.   So, you would spray the herbicide before

16   you would do the grading?

17        A.   Yeah.

18        Q.   Okay.  Would there be some landscape

19   projects in which a herbicide was not needed?

20        A.   Yes.

21        Q.   Okay.  Can you give me a rough

22   percentage of the landscape projects that your

23   father performed in which herbicides were not

24   applied?

Mark A. Pecorelli

1      A.    60, 70, 40.  70 no herbicide.

2   40% herbicide.

3      Q.    Like 70/30, 70% --

4      A.    70.  Yes.  70/30.  I'm sorry.

5      Q.    70% there was no herbicide or herbicide?

6      A.    No herbicide.

7      Q.    70% of the landscape projects no

8   herbicide was needed?

9      A.    Correct.

10      Q.    And, so, on 30% of his landscape

11   projects herbicides were needed?

12      A.    Yes, roughly.

13      Q.    And you mentioned earlier that there

14   were roughly four to five employees that he

15   employed, right, for the landscaping side,

16   available to him?

17      A.    Available to him, yes.

18      Q.    Okay.  And would the responsibility for

19   applying herbicides on the 30% of the landscaping

20   jobs that needed it, would the responsibility for

21   that work to apply the herbicides be divided up and

22   applied?

23      A.    No.  My father mainly or me.  My father

24   mainly, sometimes me.

Mark A. Pecorelli

```
 1        Q.    Okay.  So, it would be divided between

 2   the two of you?

 3        A.    No.  Mainly my father.  A little bit me.

 4        Q.    Okay.  Is there some reason as the owner

 5   of the company that he didn't delegate the

 6   responsibility for applying a herbicide to his

 7   employees?

 8        A.    Yes, because there's other factor there.

 9   It could do damage to other parts of the property.

10        Q.    Okay.  So, it was more than 50% of the

11   time he would apply the herbicide and otherwise you

12   would do it?

13        A.    More than -- more than 50.  Mainly he

14   did it.

15        Q.    Okay.  Any other tasks on those

16   landscaping projects that he would insist as the

17   owner of the company that he do himself?

18        A.    Billing.

19        Q.    Billing?

20        A.    Yeah.

21        Q.    And that was it.  He insisted on doing

22   billing and applying herbicides and --

23        A.    And the designing, you know.

24        Q.    Okay.
```

Mark A. Pecorelli

1     A.    He placed that out.  Make sure it's done

2   right.

3     Q.    Okay.  And otherwise he just took a

4   particular interest in making sure that the

5   herbicides were primarily applied by him?

6     A.    Correct.

7     Q.    That's your testimony?

8     A.    Um-hmm.

9     Q.    Okay.

10    A.    Yes, it is.

11    Q.    Okay.  And, so, would it be fair to say

12  that in the initial build, if I can use that word,

13  of a landscaping project and since they would tend

14  to last one or two weeks, occasionally sometimes

15  longer, that herbicide would only apply typically

16  one time?

17    A.    Yes.

18    Q.    Okay.  And I think we talked about

19  earlier in the deposition, you would at home, you

20  would have a list of those -- you would have

21  records of those landscaping projects in terms of

22  their addresses?

23    A.    I believe so.

24    Q.    Okay.

Mark A. Pecorelli

```
1        A.    I can't promise you anything.

2        Q.    Are some of those commercial or are they

3   all residential?

4        A.    Probably be commercial -- residential.

5   I'm sorry.  Residential probably they would be.

6        Q.    The landscaping projects that your

7   father did were --

8        A.    Residential.

9        Q.    -- were all residential?

10       A.    Not all residents, but residents.

11       Q.    Okay.  What percentage would be the

12  division between how many were commercial versus

13  residential projects?

14       A.    70/30.  70% commercial.  30% industrial.

15       Q.    Okay.  How many were for private

16  homeowners?

17       A.    70.

18       Q.    Residential?

19       A.    70.

20       Q.    70% were for private homeowners,

21  residential?

22       A.    Um-hmm.

23       Q.    Okay.  And then 30% were for companies,

24  commercial?
```

Mark A. Pecorelli

1        A.      Companies, correct.  Commercial.

2        Q.      Okay.  And then I'm at a little bit of a

3   disadvantage because we don't have the addresses

4   for you to reflect upon, but I'm just trying to

5   streamline this.

6              When your father would apply Roundup at

7   these sites at the landscape builds, are we talking

8   about installing kind of flower beds, shrubbery?

9   What are we talking about here?  A variety?

10       A.      A variety.  Both of them.  Shrubs, lawn,

11   the whole shebang.

12       Q.      Okay.  What -- what would be the longest

13   amount of time it would take him to apply Roundup

14   on one of these landscape builds?  Your best

15   estimate.

16       A.      Four hours.

17       Q.      Four hours?

18       A.      Yeah.  A little longer drive.  He would

19   go and do -- he would spray it first because

20   nothing could be done until that was gone, until

21   the weeds were killed off.

22       Q.      Okay.

23       A.      Before any landscaping can be done.

24       Q.      Okay.  So, let me -- with an estimate of

1   four hours, let me ask you what's the biggest

2   square footage that you recall him having to spray?

3        A.    Acre maybe.

4        Q.    Okay.  One acre?

5        A.    Two.  I'm guessing.

6        Q.    And he would have to spray the entire

7   acre?

8        A.    Yeah.

9        Q.    Okay.  And what would be the smallest

10  area that he would spray for a particular

11  landscaping job?

12       A.    Small.  An hour.

13       Q.    The smallest landscaping job would take

14  him an hour to spray?

15       A.    By the time he gets going, yeah, gets

16  there and that.

17       Q.    Okay.  So, he didn't have any small

18  discrete jobs where it would just be a small flower

19  bed?  They would all take -- the smallest one would

20  take him an hour?

21       A.    Or longer.  There were flower beds once

22  the weeds came up.  We didn't do maintenance at

23  that part.

24       Q.    What do you mean "at that part"?

Mark A. Pecorelli

```
 1        A.    We did planting and designing.

 2        Q.    Right.

 3        A.    Okay.

 4        Q.    But I'm asking about the length of time

 5   it would take him to spray the area to prepare for

 6   grading.

 7        A.    Depends on the size of the project.

 8        Q.    Well, I'm asking you for the shortest

 9   one.

10        A.    Shortest one?

11        Q.    Smallest one.

12        A.    An hour.

13        Q.    One hour?

14        A.    Um-hmm.

15        Q.    Okay.  So, what was the smallest in

16   terms of square footage landscaping job you can

17   recall?

18        A.    A couple berms that were an hour.

19        Q.    A couple of what?

20        A.    Berms.  Hills.

21        Q.    A couple of hills?  That's the smallest

22   landscaping job your father ever took on?

23        A.    With Roundup, yeah.

24        Q.    With Roundup?
```

Mark A. Pecorelli

1      A.    Using the herbicide, yeah.

2      Q.    Okay.  All right.

3            Okay.  Now, I want to move on to -- I'll

4   kind of reserve the rest of the questions until we

5   have some information about the specific addresses.

6            I want to talk to you about your --

7   the -- your father's application of Roundup in the

8   context of the nursery, the propagating plants.

9   Okay?

10            How -- you've described the nursery,

11   which is -- we have an aerial photograph of it in

12   Exhibit No. 6 -- as I think it was 29-1/2 acres was

13   the perimeter of the property?

14      A.    Correct.

15      Q.    Okay.  And at least from the photograph,

16   not all of it was covered in --

17      A.    Planted.

18      Q.    Was planted?

19      A.    Right.

20      Q.    Thank you.  Some of it was covered in

21   grass.  Is that fair?

22      A.    Correct.

23      Q.    Okay.  And Roundup wouldn't be sprayed

24   on the grass, right?

Mark A. Pecorelli

```
 1        A.    In the open area, no.  That would be

 2   cut.

 3        Q.    Okay.  So, in what context or in what

 4   areas would Roundup be sprayed in the context of

 5   the nursery or for what use?

 6        A.    For all the planting area, which was

 7   about 20 acres.

 8        Q.    Okay.  But you wouldn't want to spray it

 9   on the trees or the shrubs because it would kill

10   them, right?

11        A.    Correct.

12        Q.    Okay.  So --

13        A.    I couldn't tell you that.  There is 20

14   acres and it depends on the size of the plants, the

15   Roundup plants.

16        Q.    Okay.  In between the plants you

17   would --

18        A.    In between the plants in the rows.

19        Q.    Your father would spray the Roundup?

20        A.    Yes.

21        Q.    And what?

22        A.    Between the rows, both ways.

23        Q.    Okay.

24        A.    Some were set on 4 by 4, 4 by 6.
```

Mark A. Pecorelli

1        Q.    Okay.

2        A.    So, a plant when they are starting off

3    are young.

4        Q.    Okay.  And for what reason did you have

5    a need to control weeds in the context of the

6    nursery?

7        A.    The weeds would take over the seedlings

8    or transplants, kill the plant, choke them out.

9        Q.    Okay.  And would your father's other

10   employees also assist in applying Roundup in the

11   context of the nursery?

12       A.    No.

13       Q.    Your father was the only one who ever

14   applied Roundup at the nursery?

15       A.    And myself.

16       Q.    And yourself.  And you split up that

17   responsibility?

18       A.    Not evenly, but he did most of it.

19       Q.    Okay.  What percentage of the time did

20   your father apply Roundup there versus yourself?

21       A.    80/20.  80% my dad, 20% me.

22       Q.    And at the nursery, in the context of

23   the landscaping business, both in landscaping and

24   at the nursery, we talked about at your -- in the

Mark A. Pecorelli

```
 1    context of your home residence, that the kind of

 2    warm months, so to speak, started around often --

 3    it depended -- but April-ish, right, and the last

 4    time you would apply it would be end of July,

 5    beginning of August?  Was that right?

 6         A.    Correct.

 7         Q.    Okay.  Is the same true in terms of the

 8    warm months in the Chicago area for the landscaping

 9    and the nursery business?

10         A.    Yes, more truer for the nursery business

11    and the landscaping than the homes.

12         Q.    Okay.  So, how many times a year would

13    you apply Roundup at the nursery?

14         A.    Twice.

15         Q.    Twice a year.  Okay.  And, so, how long

16    would it take your father to apply Roundup at the

17    nursery?

18         A.    He did them in sections.  It wasn't that

19    he went out and sprayed for a week straight.  We'd

20    do them in sections because we're also doing

21    digging and the other part of the business,

22    landscaping.

23         Q.    Okay.  And if you put those sections

24    together, can you give me a rough estimate of how
```

Mark A. Pecorelli

```
 1    long it would take to spray?

 2         A.    Two weeks.  80 -- it would be like 80

 3    hours each time.  Estimate.

 4         Q.    Okay.  Now I want to ask you some

 5    questions, and if there's -- and I understand that

 6    the Roundup product was stored at the home

 7    residence out on Walnut Lane and then you would go

 8    there to retrieve it both for your home use, home

 9    residence use and the landscaping business.

10               So, if there's a distinction here,

11    please let me know.  But I'm going to ask questions

12    about how it was prepared and what your father

13    wore.  And, so, if there is any distinction between

14    the home use and the business use, will you speak

15    up and let me know?

16         A.    Uh-huh.

17         Q.    Okay.  So, when your father -- well,

18    first of all, did you ever observe your father

19    diluting or mixing the product?

20         A.    Yes.

21         Q.    Okay.  Do you know what percentage of

22    glyphosate was used in the original product?

23         A.    The Roundup itself I think had 40 in it,

24    40%.  45 maybe, 40.
```

Mark A. Pecorelli

1      Q.    And do you know what percentage of the

2  product your father diluted before applying it?

3      A.    What percentage?  It was I believe

4  6 ounces to every -- 6 ounces for 5 gallons.  An

5  ounce -- 1 ounce per gallon I believe it is, the

6  industrial strength.

7      Q.    Okay.  And how did he dilute the

8  product?

9      A.    With water.

10      Q.    Where did he dilute the product?

11      A.    In a plastic container, a 55-gallon

12  drum, maybe do it in half, you know, 20 gallons.

13  Only fill it up.

14           It was a 55-gallon plastic drum.

15      Q.    Okay.

16      A.    And put the chemical in with the water.

17      Q.    And you said he would maybe divide it up

18  into two containers first?  I want --

19      A.    No, I didn't say two containers.

20      Q.    Okay.  He would mix it in a 55-gallon

21  drum?

22      A.    He would fill up half of it with 10

23  gallons, okay, and put in whatever, whatever the

24  measurement calls for.

Mark A. Pecorelli

1      Q.     Okay.

2      A.     He did all the measurements for that,

3   and I believe that it's 1 ounce per gallon.

4      Q.     Okay.

5      A.     Okay.  And then it would go into a

6   5 gallon backpack, a sprayer.

7      Q.     Okay.  All right.  So, he would mix it

8   in a 55-gallon drum?

9      A.     Right.  But it wouldn't be all 55

10  gallons.

11     Q.     Understood.

12     A.     Do half of it.

13     Q.     Okay.  And then within the 55-gallon

14  drum, how did he mix it?  What did he mix it with?

15     A.     There was an agitator, like a pump that

16  was in there.  First they would put in half water,

17  10 gallons of water, put in half the ingredients,

18  whatever it calls for, and then the other half of

19  water and the rest of that, stir it, and then it

20  would be agitated.

21     Q.     And, again, this is all -- the same true

22  for when he was using it for his home use at the

23  house and for work, for the landscaping business?

24     A.     Yes.

Mark A. Pecorelli

```
 1        Q.     Do it the same way.

 2        A.     On the home use, on the home use, we'd

 3   leave a little in the container and bring the

 4   container come back with us when he did it at the

 5   house.

 6        Q.     Okay.  Do you still have the 55-gallon

 7   drum?

 8        A.     I don't think so.

 9        Q.     You don't know one way or another?

10        A.     I don't know one way or another.

11        Q.     Do you have any photographs of the

12   55-gallon drum?

13        A.     No.

14        Q.     How often did he dilute the concentrate?

15        A.     Every time it was used because it was

16   straight.

17        Q.     And how often was that?

18        A.     Whenever he used it.

19        Q.     And how often was that?

20        A.     Like I said, twice a year, at least

21   twice a year.  Sometimes an area would get away on

22   him, you know, because it's different sections for

23   different plants.

24        Q.     Okay.  What did he --
```

Mark A. Pecorelli

1        A.    Twice a year.

2        Q.    What did he year -- excuse me.

3              When did he wear when he was mixing the

4    product?

5        A.    It was like a -- he always wears -- he

6    called them trousers, one-piece uniform.  Like a --

7    what do you call it?  A bib but a full piece.  A

8    jumpsuit.

9        Q.    A jumpsuit?

10       A.    Yeah.

11       Q.    What was it made out of?

12       A.    Cotton, like Levi's, you know.

13       Q.    A jumpsuit made out of like cotton?

14       A.    Jeans material.

15       Q.    Denim?

16       A.    Denim.  Thank you.

17       Q.    So, he wore a denim jumpsuit?

18       A.    Um-hmm.

19       Q.    Okay.  Did it have long-legged pants?

20       A.    Yes.

21       Q.    Okay.

22       A.    Full piece.

23       Q.    And did it have long sleeves?

24       A.    Yes.

1        Q.    What -- did he wear shoes?

2        A.    Boots.

3        Q.    Okay.  What kind of boots?

4        A.    Work boots.

5        Q.    Okay.  Canvass, leather, what material

6    were they made out of?

7        A.    I believe they were leather.  Waterproof

8    I believe.

9        Q.    Steel-toed?

10       A.    Yes.

11       Q.    Did he wear gloves?

12       A.    Not all the time.

13       Q.    Okay.  Sometimes?

14       A.    I'm not sure.  I'm not sure.

15       Q.    When he -- do you believe he sometimes

16   wore gloves?

17       A.    I'm not sure.

18       Q.    Okay.  Did he have work gloves that

19   he -- that he sometimes wore for the landscaping

20   business?

21       A.    No.

22       Q.    You don't remember gloves?

23       A.    I mean, we have gloves there but, you

24   know, a sticker bush or something like that, maybe

Mark A. Pecorelli

```
 1    you'd put on a pair of gloves.  Anybody would, you

 2    know.

 3         Q.    Did he -- again, these are questions for

 4    when he was mixing the product.

 5              Did he wear goggles or safety glasses?

 6         A.    Glasses were safety.  Regular

 7    eyeglasses.

 8         Q.    Were they safety glasses or eyeglasses?

 9         A.    Both.

10         Q.    He wore both of those?

11         A.    Yeah.

12         Q.    Okay.

13         A.    Not wearing two pair.  Don't get me

14    wrong.  His eyeglasses were safety work glasses.

15         Q.    So, he had prescription safety goggles?

16         A.    Yeah, um-hmm.

17         Q.    He had prescription safety goggles?

18         A.    Yeah.  I believe they're prescription.

19         Q.    Okay.

20         A.    He was able to see out of them.

21         Q.    Okay.  Did he wear any other clothing or

22    protective equipment when he was mixing the

23    product?

24         A.    Mask.
```

Mark A. Pecorelli

1    Q.    He wore a mask?

2    A.    Um-hmm.

3    Q.    Can you describe the mask to me?

4    A.    There were through the years different

5    masks.  There was a filter mask.  Then there -- or

6    I don't know which came first.  But the regular

7    mask, like a dust-free mask.

8    Q.    A dust-free mask?

9    A.    I believe so.  Material.  Material.  I

10    couldn't, you know.  What the nurses, so you don't

11    breathe on anybody or inhale.

12    Q.    And when you say a filter mask, what do

13    you mean by that?

14    A.    Well, he also had a filter mask, but I

15    don't think -- you know, where he has the filters

16    on it.  It has the same thing as what goes over

17    your face, but it's not a filter.

18    Q.    Did he always wear a mask of some sort

19    when he was mixing the product?

20    A.    Yes.

21    Q.    And sometimes it was a filter mask,

22    sometimes it was a dust-free mask?

23    A.    Well, they're both -- they're filter

24    masks.  One was a strap-on.  Different make.

Mark A. Pecorelli

1    Same -- same thing.

2        Q.    Okay.  Did it always have a filter?

3        A.    The thing -- yeah, it's a filter mask.

4        Q.    Okay.  But did they sometimes have

5    cartridges on them?

6        A.    Yeah, cartridges.  Not sometimes.

7    That's what they had, cartridges on the filter.

8        Q.    They always had cartridges on them?

9        A.    Yeah.

10       Q.    And he always wore those when he was

11   mixing the product?

12       A.    Correct.

13       Q.    Okay.  But they were sometimes made of

14   different materials?

15       A.    They were shaped differently, filters.

16       Q.    Do you know who manufactured them?

17       A.    No, I don't.

18       Q.    Okay.  Did your father wash his hands

19   with soap and water after mixing the product?

20       A.    Yes.

21       Q.    Every time?

22       A.    Every time.

23       Q.    Okay.  Did your father ever spill the

24   product on himself while mixing it?

Mark A. Pecorelli

```
 1        A.     Not to my knowledge.

 2        Q.     Did anyone else ever mix the product for

 3   your father?

 4        A.     No.

 5        Q.     Did you ever mix the product for him?

 6        A.     No.

 7        Q.     All right.  Now, you mentioned a

 8   backpack sprayer?

 9        A.     Correct.

10        Q.     Did you say a 5-gallon backpack sprayer?

11        A.     Um-hmm.

12        Q.     Okay.  And did he use that backpack

13   sprayer both in all aspects of the landscaping

14   business and for the residential home use at the

15   house?

16        A.     Yes.

17        Q.     Okay.

18        A.     We had four or five of them he had, the

19   backpacks.

20        Q.     Okay.  And is that true, he always used

21   a backpack sprayer from the beginning of his use of

22   Roundup until he stopped using Roundup altogether?

23   Was it always a backpack sprayer?

24        A.     Yes.  There was one time that he used --
```

Mark A. Pecorelli

1   pull behind a tractor to do the big field of grass.

2   No plants.  Where it sprays out on the back.

3   Running a four-wheeler or whatever.  I've seen him

4   do that a couple times.

5       Q.   Okay.

6       A.   Not too often and not every year.

7       Q.   Did he own that tractor sprayer or did

8   he borrow that from someone or?

9       A.   He owned it.

10      Q.   He owned it?

11      A.   Yeah.

12      Q.   Okay.

13      A.   You pull it.  We have tractors.

14      Q.   Okay.  On the backpack sprayer, do you

15  know who manufactured the backpack sprayer?

16      A.   Silo.  Silo.  S-o-l.  Don't ask me how

17  to spell it.

18      Q.   S-o-l?

19      A.   Silo.

20      Q.   Silo.  How many -- you said 5-gallon?

21      A.   Um-hmm.

22      Q.   Okay.  Was there just one particular

23  project that he used the tractor sprayer for, did

24  you say or --

Mark A. Pecorelli

```
 1        A.    The nursery.  That was it.  Nursery is

 2   the only place I've seen.

 3        Q.    He used the tractor sprayer at the

 4   nursery?

 5        A.    And on the open ground a couple times

 6   that I recall.

 7        Q.    Okay.  Otherwise the backpack sprayer

 8   was utilized?

 9        A.    Yes.

10        Q.    Okay.  Did the -- did you say you had

11   several backpack sprayers to utilize at the

12   landscaping company?

13        A.    Yes.

14        Q.    How many did you have?

15        A.    Four, five.

16        Q.    And were they ever replaced?

17        A.    Yes.

18        Q.    How often were they replaced?

19        A.    Whenever they wouldn't pump up.  You can

20   re -- repack them.  You still used the same tank,

21   but there -- what do you call them?  Seals, the

22   rings in there.

23        Q.    Okay.  And were they all from the same

24   manufacturer?
```

Mark A. Pecorelli

```
1          A.     Yes.

2          Q.     Okay.  Did they all have a wand?

3          A.     Yes.

4          Q.     Did they all have the same wand?

5          A.     Yes.

6          Q.     Can you describe the wand to me, what it

7     looked like?

8          A.     A rubber hose to the wand, maybe 3 feet

9     long --

10         Q.     The wand was 3 --

11         A.     With a handle, you know.  Extension

12    3 feet from where the handle.

13         Q.     Okay.

14         A.     Squeeze it.

15         Q.     Did your father ever receive any

16    training on how to use Roundup with a backpack

17    sprayer?

18         A.     Receive training?

19         Q.     Yes.

20         A.     No, but we knew how to -- he knew how to

21    use it.  I don't know if he received training, but

22    he laid it out nice.

23         Q.     So, the answer is no or you don't know?

24         A.     I don't know.
```

Mark A. Pecorelli

1      Q.    Okay.  With the backpack sprayer, were

2  they all the same model?

3      A.    Yes.

4      Q.    Okay.  How do you turn the sprayer on

5  and off on this backpack sprayer?

6      A.    A trigger, squeezing.

7      Q.    Okay.  Do you know what type of pump you

8  had with this backpack sprayer?

9      A.    Hand.

10      Q.    A hand pump?

11      A.    Um-hmm.

12      Q.    Do you know if your dad calibrated the

13  5-gallon sprayer?

14      A.    On how far -- on how it comes out?

15      Q.    Um-hmm.

16      A.    With a gauge?  I never seen him use a

17  gauge.  But the finest, real fine mist, the way

18  it's supposed to be.

19      Q.    It came out in a fine mist?

20      A.    Real fine.  Not a mist.  Real fine spray

21  where it wasn't -- it was just -- it was a mist

22  on -- you know, it wasn't running.  It wasn't -- it

23  was a mist.  5 pounds maybe.  There's a -- it's

24  what the backpack calls for.

Mark A. Pecorelli

```
 1        Q.     How often did your dad calibrate the
 2   sprayer?
 3        A.     I don't know.
 4        Q.     Did you ever observe him calibrating the
 5   sprayer?
 6        A.     Yes.  By screwing the tip in.  I don't
 7   know what he was doing actually, but he'd have it
 8   all set up.
 9        Q.     Do you know the rate at which it was
10   calibrated to spray?
11        A.     I don't know.
12        Q.     Did he operate the sprayer pressure
13   toward the lower end of the range for the nozzle?
14        A.     Yes.
15        Q.     Did he use a pressure regulator to help
16   with the calibration?
17        A.     Not sure.
18        Q.     What type of nozzle did he use with the
19   sprayer?
20        A.     What it calls for.  A fine -- wasn't a
21   round tip.  A flat -- a flat where it comes out in
22   a -- not a direct spray to make the mist.  I'm not
23   sure.  But what it called for.
24        Q.     Did the pump have a measuring gauge?
```

Mark A. Pecorelli

1          A.     No.

2          Q.     Do you know the rate --

3          A.     Wait.  Measuring gauge for the liquid or

4     the pressure?

5          Q.     Pressure.

6          A.     I'm not sure.

7          Q.     Okay.  Do you know the rate at which it

8     sprayed 1,000 square feet?

9          A.     Don't know.

10         Q.     How many ounces of Roundup were mixed in

11    the volume put in this backpack sprayer?

12         A.     I believe 5.  One ounce -- 5-1/2 ounces

13    per -- I don't recall.  One ounce per gallon I

14    believe it was.  It did change when the chemical

15    changed.

16         Q.     Before your father started mixing

17    Roundup, did he clean the nozzle with water?

18         A.     Say that again.  Before he started.

19         Q.     Before he started -- let me do it this

20    way.

21                Before he started using the backpack

22    sprayer, did he clean the nozzle with water?

23         A.     He checked it, yes.

24         Q.     He checked it or he cleaned it?

Mark A. Pecorelli

1    A.    With water.  Clean it, yep.

2    Q.    Okay.

3    A.    And he had some kind of pin tip thing.

4  He cleans the tips.  Tip screws off.

5    Q.    Did he rinse the spray tank thoroughly?

6    A.    Yes.

7    Q.    And did he pressurize the sprayer?

8    A.    Yes.  Yes.  That's how the sprayer

9  operated.

10    Q.    What did he do with the backpack when he

11  was done applying Roundup?

12    A.    Wash it out.

13    Q.    How soon after he was done would he

14  clean the backpack?

15    A.    When he was done using it.

16    Q.    How much time would transpire?

17    A.    Not that long.  15 minutes, 5 minutes.

18  Time to get back up to the well.

19    Q.    In terms of the tank sprayer, if I

20  understand right, it was pulled behind a tractor?

21    A.    Right.

22    Q.    Okay.  And you indicated that your

23  father owned that, he purchased it?

24    A.    Yes.

Mark A. Pecorelli

1      Q.    Okay.

2      A.    I don't know how he got it, but it was

3   his, yes.

4      Q.    Okay.  Do you know who manufactured

5   that?

6      A.    Hudson maybe.

7      Q.    Hudson?

8      A.    I'm not sure.  I'm not sure, but I

9   believe it was a Hudson.  I know the nozzle was a

10  Hudson.  That's all I know.  The tank, I'm not

11  sure.

12     Q.    How many gallons did that tank hold?

13     A.    Don't know.  15.  Estimate.

14     Q.    And, again, just to make clear, that was

15  only used at the nursery?

16     A.    Correct.  Yes.

17     Q.    When did you buy that?  Or I'm sorry.

18  When did your father buy that?

19     A.    Don't know.

20     Q.    How often -- strike that.

21           That wouldn't have been -- your prior

22  testimony was that Roundup would -- would have been

23  sprayed at the nursery no more than twice a --

24  twice a year total although I understand he broke

Mark A. Pecorelli

```
1    it into sections.

2         A.    Right.

3         Q.    Is that fair?

4         A.    Yes, yes.

5         Q.    Okay.

6         A.    That's fair.

7         Q.    Okay.

8         A.    That's correct.

9         Q.    Okay.  Where at the nursery did he have

10   room to bring a tractor through?  In other words,

11   was there that --

12        A.    Where the -- where he used that was up

13   here in the corner.  See all this here.

14              Let me make sure I'm looking at it

15   right.

16              This here is all grass fields.

17   Sometimes the grass got too tall on us for the

18   mower to cut.  Thick.  He would spray it with

19   Roundup, knock it out.

20        Q.    So --

21        A.    And then we'd cut it.

22        Q.    So, sometimes you would spray Roundup on

23   the grass to kill the grass?

24        A.    Yeah, that's what it's for.
```

Mark A. Pecorelli

```
 1        Q.    To kill the grass?

 2        A.    Well, that's grass, weeds.  It's what it

 3   is.  It's not -- it wasn't a lawn.  It's weeds.

 4        Q.    Okay.  Okay.  And you're gesturing to on

 5   Exhibit 6 --

 6        A.    Where there is no plants.

 7        Q.    On Exhibit 6 you're referring to the

 8   green space in the upper right-hand corner at the

 9   perimeter of the property?

10        A.    Correct.

11        Q.    Okay.  All right.  And, so, did you --

12   how many years did you use the tank sprayer?

13        MR. CADY:  You mean his father.

14        MS. BARTLEY:  I'm sorry.

15        MR. CADY:  It's okay.

16        MS. BARTLEY:  Your father.

17   BY MS. BARTLEY:

18        Q.    How many years did your father use the

19   tank sprayer?

20        A.    I don't know how many years.  I don't

21   know.

22        Q.    Less than five?

23        A.    We've only done it a few times.  Usually

24   kept on it -- up on it on cutting.  But if it got
```

Mark A. Pecorelli

```
1    away on us, the mower, the mower couldn't cut it.

2    So, I couldn't tell you.

3         Q.    So, it was probably less than five,

4    then?

5         A.    I can't give you a number.

6         Q.    Okay.  Did your father receive any

7    training on how to use Roundup with a tank sprayer?

8         A.    Directions.  It was in the directions.

9    I mean, nobody came out and teached him or he

10   didn't go to school for it.

11        Q.    What directions are you referring to?

12        A.    From the manufacturer of Roundup.  They

13   tell you out of a backpack or out of a sprayer.

14        Q.    Where are those instructions about how

15   to use it with a tank sprayer?  What are you

16   referring to specifically?

17        A.    In that pamphlet.

18        Q.    In that booklet that you referred to

19   earlier?

20        A.    Yes.

21        Q.    That was on the side of the --

22        A.    Yes.

23        Q.    -- the 2 --

24        A.    I believe so, yes.
```

Mark A. Pecorelli

```
 1        Q.    Okay.  That's where he learned -- his
 2   knowledge of how to use it with a tank sprayer
 3   would be limited to what was --
 4        A.    Or he knew how to use the tank sprayer.
 5   I don't know.  I couldn't tell you how -- what his
 6   knowledge.  Because I never done it with the tank
 7   sprayer.
 8        Q.    Okay.  Other than what --
 9        A.    But I know it worked, though, because we
10   come back.  Okay.
11        Q.    But other than what would be on the
12   label of the product itself, the 2.5-gallon
13   container, do you know if your dad had any other
14   training about how to use Roundup with a tank
15   sprayer?
16        A.    I'm sure he did, yes.  Where, I don't
17   know.  But yes.  The results show it.
18        Q.    Okay.  But other than he got good
19   results with using Roundup --
20        A.    I don't know.
21        Q.    -- do you have any other --
22        A.    I can't answer if I don't know.  But I
23   know he knew what he was doing.
24        Q.    So, the answer is you don't know if he
```

Mark A. Pecorelli

1   had any other training?  I'm just -- I understand

2   he got good results with Roundup.  I understand

3   that.  I hear you.

4        A.    That's what I seen.  I can't tell you

5   anything else that I don't know.

6        Q.    Okay.  So --

7        A.    I didn't -- had nothing to do with it.

8        Q.    All right.  So, you're not aware of any

9   other training?

10       A.    Not to my knowledge.

11       Q.    Okay.  Did you apply it by -- did you

12  apply Roundup by attaching a hose to the tank that

13  was behind the tractor?

14       A.    No.  It was a tank that laid out behind

15  the tank.

16       Q.    Right.

17       A.    The nozzle.

18       Q.    Right.  So, some individuals walk next

19  to the tank and spray it?

20       A.    No, no.  It's behind him.

21       Q.    Right.

22       A.    You're driving.

23       Q.    Right.  I understand.  The tank is

24  being --

Mark A. Pecorelli

```
 1        A.    Pulled.

 2        Q.    -- propelled by a tractor?

 3        A.    Right.

 4        Q.    But is there -- do you have -- did you

 5   have a hose coming from the tank with someone

 6   walking and spraying?

 7        A.    No.

 8        Q.    No.

 9        A.    No.

10        Q.    So, how is -- how did you guys have your

11   tank applying Roundup?

12        A.    On a three point hitch.

13        Q.    A three point hitch?

14        A.    Yeah.

15        Q.    Okay.  Understood.  Okay.

16              And, so, was your father driving the

17   tractor?

18        A.    Yes.

19        Q.    Okay.  How fast was your father driving

20   while applying Roundup?

21        A.    Very low speed.  It's -- I don't think

22   he could clock it.  It would be less than a mile, a

23   mile an hour, 2 miles an hour might be.  I'm not

24   sure.  Very slow.  That's what the tractor does,
```

Mark A. Pecorelli

```
1    low gear.

2         Q.   Do you know if your father calibrated

3    that sprayer, that --

4         A.   Yes.

5         Q.   -- three point hitch?

6         A.   Yes.

7         Q.   Okay.

8         A.   I believe so.

9         Q.   All right.

10        A.   Yes.

11        Q.   Do you know what kind of training your

12   father had to go through to obtain the licenses

13   that he did to apply a herbicide?

14        A.   I don't know.  No, I don't know.  I know

15   it was a lot of knowledge.

16        Q.   Okay.  Generally when he was using the

17   backpack sprayer -- I'm going to set aside the tank

18   with the three point hitch.

19        A.   Okay.

20        Q.   Was your father generally careful to

21   only apply -- to only spray Roundup where he needed

22   to kill the weeds?

23        A.   Yes.

24        Q.   Did your father ever have any occasions
```

Mark A. Pecorelli

1    where unintended plants died as a result of his

2    application of Roundup?

3         A.    State that again.

4         Q.    Did he ever have the occasion where as a

5    result of him spraying Roundup unintended plants

6    died?

7         A.    There have been a few.

8         Q.    What do you mean by "a few"?

9         A.    One here, a branch, you know.  I mean,

10   it didn't kill the plant completely, but a branch,

11   you cut it off.

12        Q.    Just one -- one example you can think

13   of?  Just one or two?

14        A.    Yes.

15        Q.    Okay.

16        A.    That's it.

17        Q.    And setting aside the tank sprayer, I'm

18   referring to the backpack sprayer, when your father

19   was targeting weeds, did it depend on the project

20   in terms of whether he was applying it non-stop?

21        A.    It was always consistent, the same.

22   What do you mean?

23        Q.    Yeah.  On the trigger.

24        A.    Okay.  On the trigger.

Mark A. Pecorelli

```
1        Q.    Right.  Would he specifically target the
2   weeds, right, so as to not waste the product?
3        A.    Yes.  Definitely.  He wouldn't want it
4   to run off.
5        Q.    Right.
6        A.    Right.
7        Q.    Okay.  And that was so that he wouldn't
8   waste the product but also so that he wouldn't
9   unnecessarily kill things that he didn't want to
10  kill, right?
11       A.    Correct.
12       Q.    So, he would apply it, start and stop,
13  and target only the things he wanted to kill?
14       A.    Exactly.
15       Q.    Is that fair?  Okay.
16       A.    That's true.
17       Q.    Generally what type of weather did your
18  father want to apply Roundup in?
19       A.    The calmest there can be.  No wind.  No
20  wind at all.  There's a lot of times we went out to
21  spray and couldn't spray because just a little
22  wind.  "No, we're not doing it today."  There is
23  always something else to do.
24       Q.    Was there a particular time of day that
```

Mark A. Pecorelli

1    your father --

2         A.    Morning, it was good.

3         Q.    -- always wanted to spray Roundup?

4         A.    Well, not always wanted to spray.  The

5    temperature and also in the morning was the calmest

6    we found, early morning.

7         Q.    Did your father ever express to you or

8    find that the product worked well for his purposes?

9         A.    Yes.  I agree.

10        Q.    After the weeds died, generally did --

11   were they removed or were they left on the ground?

12        A.    Depends -- sometimes they just died --

13   on the height of the weeds.  Sometimes they were

14   small and they just diminished to like a straw and

15   then so often, depending on the weather and if

16   there's moisture in the ground, we will cultivate.

17        Q.    Earlier I asked you a series of

18   questions about what your father wore when he was

19   mixing the product?

20        A.    Um-hmm.

21        Q.    So now --

22        A.    Yes.

23        Q.    -- I want to ask you about what he wore

24   when he applied the product.

Mark A. Pecorelli

```
 1              Are your answers any different?

 2      A.    The same.

 3      Q.    The same?

 4      A.    The same.

 5      Q.    Okay.  And that's true both for the

 6  landscaping business and the home use when he

 7  applied the product at his home address?

 8      A.    Yes.

 9      Q.    Same clothing?

10      A.    Right.

11      Q.    Okay.

12      MR. CADY:  Object to the form.

13      MS. BARTLEY:  Can you help me out with that so

14  I have an opportunity to fix it.

15      MR. CADY:  Yeah.  We didn't -- you know, you

16  were asking about his testimony I think 15 or 20

17  minutes ago.  I'm not sure if he specifically

18  recalls the exact clothing that you were talking

19  about.

20      MS. BARTLEY:  Okay.  All right.

21      MR. CADY:  So I just wanted to lay the

22  objection to the form of the question on the

23  record.

24  BY MS. BARTLEY:
```

Mark A. Pecorelli

```
 1        Q.     So, do you recall when we went through
 2   the set of questions and you were describing the
 3   denim jumpsuit?
 4        A.     Right.
 5        Q.     And leather, steel-toed boots?
 6        A.     Right.
 7        Q.     And the masks?
 8        A.     Right.
 9        Q.     And eyeglasses, prescription safety
10   goggles.  Do you remember that set of questions?
11        A.     Yes.
12        Q.     And I just want to -- and we -- those
13   questions were in the context of mixing the
14   product?
15        A.     Right.
16        Q.     And I wanted to make sure there weren't
17   any distinctions.  Those were the same -- that's
18   the same clothing he wore when he applied the
19   product as well?
20        A.     He had -- he had it also at the house,
21   too, because he took off -- he took off his
22   clothing when we left the nursery.  But when he got
23   home, like I said, we brought -- there was only a
24   little bit at the house --
```

Mark A. Pecorelli

1        Q.    Yeah, and he --

2        A.    -- that needed to be done.

3        Q.    Would he wear the same clothes to

4    apply at the house?

5        A.    Not the same ones.  He wouldn't put them

6    ones back on.  He also had a set at the house that

7    were clean.  They were washed every time.  Them

8    ones went right in the washing machine when we got

9    home and if we had -- he put on another jumpsuit or

10   the denim deal.

11       Q.    So, not necessarily --

12       A.    Same mask and his goggles, yes.  That's

13   the same.

14       Q.    I gotcha.  So, but he would wear the

15   same type of -- at home he would wear a denim

16   jumpsuit?

17       A.    Correct.

18       Q.    And steel-toed leather boots?

19       A.    His boots.

20       Q.    Okay.

21       A.    He put his boots back on.

22       Q.    And he would wear his eye --

23   prescription eye goggles to apply Roundup when he

24   applied it at the home?

Mark A. Pecorelli

1      A.     Yes.

2      Q.     And he would -- I'm sorry if I asked you

3   this.  He would wear the mask?

4      A.     Yes.  Yes, I think -- I don't recall.

5      Q.     Okay.

6      A.     I know there is something over his face,

7   but I don't know if it was the -- yes, yes, he did,

8   because there was a mask hanging in the shed, too,

9   all the time.  He always wore --

10     Q.     I'm not sure --

11     A.     But it wasn't -- it's not the same mask

12  that he uses at the nursery.

13     Q.     Okay.

14     A.     Because that's left in the shed, but

15  there's duplicates at the house.

16     Q.     I appreciate that.  I'm not sure if I

17  asked you.  Did he wear socks with his boots?

18     A.     Yes.

19     Q.     And that's true at the landscaping

20  business and at home as well?

21     A.     Yes.

22     Q.     And while he was applying Roundup he

23  always had socks on?

24     A.     He always had socks on any time he had

Mark A. Pecorelli

```
 1    his boots on.

 2         Q.    Okay.  Do you know who manufactured the

 3    denim jumpsuits that he wore both at work and at

 4    home while applying Roundup?

 5         A.    I don't know if they're always the same,

 6    but I believe Wrangler.

 7         Q.    Okay.

 8         A.    Wrangler.

 9         Q.    And did he wear gloves at home when he

10    applied Roundup?

11         A.    I don't recall.

12         Q.    Do you still have any of the clothes

13    that your father wore while applying Roundup?

14         A.    No.

15         Q.    And after he was done spraying Roundup,

16    what would he do with the clothing?

17         A.    Go in the washing machine.

18         Q.    How long after he was done spraying

19    Roundup would he continue to wear the clothing

20    before it went in the washing machine?

21         A.    Well, he took the clothing off from the

22    nursery, went in the back of the truck and then

23    them throw in the washing machine.  Then he'd go

24    back out, brings them out the next time we go out
```

Mark A. Pecorelli

1  there, and there was always -- right in the wash

2  when he was done.  Took him time to come home with

3  them, but he didn't drive home with them.

4      Q.    Okay.  So, he took them --

5      A.    Removed them.

6      Q.    When he was at work, he took them off

7  before he drove home?

8      A.    When he was done spraying.

9      Q.    Okay.  And at home how long would he

10 have them on before he would take them off and put

11 them in the washing machine?

12     A.    Right away because, like I said, he's

13 bringing the container home and he just throws them

14 in there and wash them both, all of it.

15     Q.    Did your father ever spray or spill

16 Roundup on his skin while he was applying it?

17     A.    I can't answer that.  I don't know.

18     Q.    Okay.  Have you ever spoken with anyone

19 about -- strike that.

20         Has your father ever spoken to anyone at

21 Monsanto about how to use Roundup?

22     A.    No, but I do recall him making a phone

23 call to -- off a label to Monsanto.  What about, I

24 don't know.  It wasn't on applying.  So I can't

Mark A. Pecorelli

```
 1    answer that, no.

 2              But I do know that he has talked to the

 3    company themselves.  800 number or some kind of

 4    question number or something.

 5         Q.    Okay.

 6         A.    That I do know.  But what the

 7    conversation was, I don't know.

 8         Q.    Okay.  No idea what the conversation was

 9    about?

10         A.    Something to do with the product.  What,

11    I don't know.  I can't specifically tell you, no.

12         Q.    Do you have any idea what year that was?

13         A.    No.  No.

14         Q.    Your best estimate?

15         A.    No estimate.  I can't give you.  I don't

16    know what year it was.

17         Q.    Was it after his diagnosis of lymphoma?

18         A.    Oh, before.  It would be before that.

19         Q.    Way before the diagnosis?

20         A.    Yes.

21         Q.    Okay.  Did you hear the conversation?

22         A.    No.  But I knew -- I knew he was calling

23    them.

24         Q.    Okay.  Have you ever communicated with
```

Mark A. Pecorelli

```
 1    anyone at Monsanto about anything?

 2         A.    No.

 3         Q.    Do you recall if your father ever

 4    used -- I'm going to list, give you a list of some

 5    herbicides.

 6               Do you recall if your father ever used

 7    Eraser?

 8         A.    No.

 9         Q.    Buccaneer?

10         A.    No.

11         Q.    Envy?

12         A.    No.

13         Q.    Halex GT?

14         A.    No.

15         Q.    Flexstar GT?

16         A.    No.

17         Q.    Credit 41 Extra?

18         A.    No.

19         Q.    Tomahawk?

20         A.    No.

21         Q.    Would your father ever have tried

22    generic glyphosate products to save some money?

23         A.    No.

24         Q.    How do you know he wouldn't have ever
```

Mark A. Pecorelli

```
 1    bought a generic?

 2         A.    Because I know.  It's always by

 3    Monsanto.  I mean, because -- I know because of

 4    where it's stored, it loaded up, whatever.

 5         Q.    Because of what?

 6         A.    Putting it on the truck, loading it up

 7    when we go out to the farm.  It's always been

 8    Monsanto.

 9         Q.    It's always been Monsanto?

10         A.    Roundup.

11         Q.    Okay.  You noted -- we mentioned before

12    you noted on your Fact Sheet that your father used

13    a pesticide called Sevin Insect Killer.  I think

14    it's on page 34.  Right?

15               And then over the course of today's

16    deposition you also mentioned a couple of other

17    products, Diazinon?

18         A.    I think that's the same as Sevin.

19         Q.    Okay.

20         A.    I'm not sure.  I'm not sure.

21         Q.    All right.  If in your mind you're

22    viewing them as the same thing, we'll keep those

23    together, Diazinon --

24         A.    That's --
```

Mark A. Pecorelli

```
 1        Q.    -- Sevin Insect Killer.  Okay.

 2        A.    That's what I believe.

 3        Q.    And you also mentioned Weed and Feed?

 4        A.    Weed and Feed wasn't -- it was a

 5   herbicide, but that was granule.  That wasn't a

 6   spray.

 7        Q.    Okay.  That's a granule.

 8              And 24-RD?

 9        A.    2,4.

10        Q.    2,4-RD?

11        A.    Yeah, okay, 2,4-RD.

12        Q.    Okay.  And then something called either

13   Surflan or Treflan?

14        A.    Right.

15        Q.    Okay.

16        A.    That was granule too.

17        Q.    I'm going to try to streamline this and

18   kind of -- to the best that I can.

19              For each of those other products,

20   herbicides or pesticides, would you have purchased

21   those products at the same two stores that you

22   mentioned for Roundup, the farm supply and --

23        A.    No.

24        Q.    No?
```

```
 1          MR. CADY:  Him or his father?

 2          MS. BARTLEY:  I apologize.

 3   BY THE WITNESS:

 4          A.    My father.

 5   BY MS. BARTLEY:

 6          Q.    Your father.

 7          A.    No.  As a matter of fact, I don't think

 8   so because that you can get just about anywhere

 9   in -- no, I don't -- no.

10          Q.    Okay.

11          A.    I don't think they came from either one

12   of them places.

13          Q.    So, as to each of these products that we

14   just listed, those would not have been purchased at

15   the same stores?

16          A.    I don't think so, no.

17          Q.    Where would these products have been

18   purchased?

19          A.    That would have been like a hardware, a

20   hardware store.  I mean, anybody, an Ace maybe.

21          Q.    Okay.  Was there --

22          A.    Ace Hardware.

23          Q.    Was there a particular Ace Hardware

24   store that your father shopped at?
```

Mark A. Pecorelli

 1        A.    No.  There was no particular.  There was

 2   always different hardwares, Ace Hardwares through

 3   wherever we were going.  You know what I'm saying?

 4        Q.    Okay.

 5        A.    They haven't -- they throw sales on

 6   them, leaders, you know, lead you in there to get

 7   your -- Weed-B-Gon I guess they call it.  2,4-RD is

 8   what it is.  Weed-B-Gon.  I'm almost sure that's

 9   what it's called.  It's 2,4-RD.

10        Q.    Okay.  Was there an Ace Hardware store

11   close to your house that you used most frequently?

12        A.    No.

13        Q.    And other than Weed and Feed being a

14   granule, the others, the Diazinon, Sevin Insect

15   Killer, the 2,4-RD, Weed-B-Gon and the Surflan or

16   Treflan, these were all liquids that --

17        A.    No.  The Treflan and Surflan was

18   granule.

19        Q.    That was granule as well?

20        A.    Yes.  And I believe the -- and the other

21   two I believe were -- say them again.

22              The 2,4-RD is a liquid, which was I'm

23   almost sure recommended from Roundup that it can be

24   added to their product.  Not the Pro, but

```
1    beforehand, the 2,4-RD.  That was a liquid form.
2         Q.    2,4-RD was not a granule, then.  It was
3    a liquid?
4         A.    Correct.
5         Q.    Okay.  All right.  So, the only one that
6    was granule was the Weed and Feed.
7         A.    No, and the Surflan, Treflan.
8         Q.    Oh, okay.
9         A.    Yeah.  Granule.
10        Q.    Okay.  When your father applied these
11   products, what did he wear when he utilized these
12   products?  Would it be similar clothing to what he
13   wore applying Roundup or something?
14        A.    It wouldn't be the full jump --
15   jumpsuit.  It would be just regular denims and his
16   regular work boots, steel toe.
17        Q.    When you say "regular denims," what do
18   you mean?
19        A.    Jeans.
20        Q.    Just jeans?
21        A.    You know, yeah.  That's what that was.
22        Q.    Okay.  So, when he applied these
23   products -- and, again, I'm just referring to the
24   same list of products that I just mentioned a
```

Mark A. Pecorelli

1    minute ago.

2         A.    Right.

3         Q.    Right?  He wouldn't wear the type of

4    protective -- like a jumpsuit or a mask?

5         A.    It was all long sleeve.  Yes, he wore

6    for his -- there was a mask worn.  I don't know.

7    Mask worn, yes.

8         Q.    Okay.  So, he would wear a mask when he

9    applied this list of products?

10        A.    Yes.

11        Q.    Okay.  He would wear a mask, but he

12   wouldn't wear the jumpsuit?

13        A.    It wasn't -- no, but it was the same

14   thing but it wasn't all one piece.

15        Q.    Okay.

16        A.    Long sleeve, long shirt, you know, and

17   denim.  The other one was a zip-up.  You know what

18   I'm saying?

19        Q.    Okay.  Any particular reason why he

20   wouldn't just wear the same -- the same one-piece?

21   He would wear a two-piece for these and a one-piece

22   for Roundup?

23        A.    Because that's a granule and comes out

24   of a spreader and it's a cyclone.  I don't know.  I

Mark A. Pecorelli

1   don't know why he did that that way.

2       Q.    Okay.  But like Sevin Insect Killer

3   isn't a granule, right?

4       A.    Right.  Well, when Sevin was sprayed,

5   that would be the jump.  He would have the same

6   gear that he would wear.

7       Q.    Okay.  So, for that one he would wear

8   the jumpsuit?

9       A.    Right.  We were talking about the

10  granule.

11      Q.    Well, I'm -- no, I'm talking about this

12  list of other herbicides and pesticides.  Okay?

13            So, the list is Diazinon --

14      A.    For the list --

15      Q.    Diazinon/Sevin Insect Killer?

16      A.    Right.  Which is a liquid.

17      Q.    Yeah.  And 2,4-RD/Weed-B-Gon?

18      A.    Right.

19      Q.    Right?  And the Weed and Feed and the

20  Surflan or Treflan?

21      A.    Surflan and Treflan was pellet form.

22      Q.    Okay.

23      A.    Okay.

24      Q.    Yeah, I'm talking about these other

Mark A. Pecorelli

```
1   products.  And my questions to you are:  Would he

2   have worn the same --

3        A.    Yes.

4        Q.    -- protective clothing?

5        A.    Yes, yes, as he does with Roundup.

6        Q.    With Roundup?

7        A.    Yes.

8        Q.    But your answer, you started off with

9   no, he would just wear denim jeans.

10       A.    That's when it was granule.  With

11  granule.

12       Q.    Okay.  With the granule products, he

13  would not wear the jumpsuit?

14       A.    No.  Not that I recall.  He might have a

15  time here or there, but no.

16       Q.    But if it was a spray product, he would

17  wear the jumpsuit?  Is that the distinction?

18       A.    One-piece.

19       Q.    The one-piece jumpsuit?

20       A.    Yes.

21       Q.    Okay.  If it was a granule product, he

22  would wear denim jeans?  Is that -- do I understand

23  that?

24       A.    Two-piece, same thing, denim, two-piece.
```

Mark A. Pecorelli

1        Q.    A denim shirt?

2        A.    Yes, long sleeve.

3        Q.    And denim --

4        A.    Pants.

5        Q.    -- jeans?

6        A.    Jeans.

7        Q.    Okay.

8        A.    And that's what the jumpsuit was, denim.

9        Q.    Right.  The jumpsuit was denim as well?

10       A.    Right.

11       Q.    Okay.  But as long as -- so, if he was

12   applying Sevin Insect Killer, he would put on the

13   jumpsuit?

14       A.    Correct.

15       Q.    Okay.  Now, for this entire list of

16   other products, other herbicides or pesticides,

17   would he wear a mask?

18       A.    Yes.

19       Q.    For all of them?

20       A.    Yes.

21       Q.    Okay.  Would he wear his safety goggles?

22       A.    Yes.  He always wore his glasses.

23       Q.    Okay.  He just wore that for his

24   landscaping job, those safety goggles?

Mark A. Pecorelli

1        A.    Yes.

2        Q.    Those prescription safety goggles?

3        A.    Yes.

4        Q.    And he always wore the same steel-toed,

5   leather boots to work?

6        A.    Yes.

7        Q.    Okay.  Any of these other products we

8   have listed, do you know if your father ever

9   spilled them on himself?

10       A.    I don't know.

11       Q.    The granules or the pellets, are they

12   just applied by hand or how are those applied?

13       A.    Out of a spreader.

14       Q.    A spreader?

15       A.    Cyclone, yeah.

16       Q.    Okay.  And how often -- let me go one at

17   a time.

18             How often would he apply the

19   Diazinon/Sevin Insect Killer?

20       A.    How often?

21       Q.    Yeah.

22       A.    When it -- if it was needed.  Pretty

23   much plants were clean if they were planted from

24   us.

Mark A. Pecorelli

1      Q.    And, so, on average how often would that

2  happen that he would notice he needed to apply

3  that?

4      A.    Now, what are you asking, how many times

5  a year or how many jobs?

6      Q.    Yeah.  Let's say how many times a year

7  would he apply that?

8      A.    Once or twice.

9      Q.    Once or --

10      A.    Once.  Once depending on what kind of

11  bug it was.

12      Q.    Okay.  And then --

13      A.    Or pest.

14      Q.    And then how many jobs do you remember

15  him applying that on?

16      A.    I don't know.

17      Q.    More than 20 jobs a season?

18      A.    No, not that many, no.

19      Q.    Okay.  Less than 10?

20      A.    I'd say around there.

21      Q.    Okay.  And Weed and Feed, how many times

22  would he apply that a season?

23      A.    Two, maybe three.

24      Q.    Okay.  And how many jobs did he apply

Mark A. Pecorelli

1    that on?

2         A.    Not too many.  Well, when he was in the

3    maintenance business, more than he did when he was

4    just doing strictly planting and designing and the

5    nursery.

6         Q.    Okay.  But -- and so that really came --

7    did he -- that really came -- that really

8    diminished after he stopped the weekly?

9         A.    Oh, yeah.  When we -- lawn maintenance,

10   we didn't do the Weed and Feed or anything like

11   that.

12        Q.    Okay.  And then the Surflan and Treflan

13   granules, how often did he apply that?  That was at

14   the nursery?

15        A.    Right.  Not too often.  It was just if

16   we dug a -- a truck came and dug a big shade tree

17   out.  There would be a big area.  Okay?  And then

18   weeds would be just growing out of there, you know.

19   Two coffee cans a year.

20        Q.    Two coffee cans a year?

21        A.    Yeah.

22        Q.    Okay.  All right.

23        A.    Say maybe -- what's in a coffee can?

24   Four pounds a year.

Mark A. Pecorelli

 1        Q.    Okay.  I want to ask you some questions

 2    about your father's medical history.

 3        A.    Okay.

 4        Q.    Okay.  I'm just going to list some

 5    medical conditions and ask you if you recall if

 6    he's ever been diagnosed with any of these.

 7        A.    Okay.

 8        Q.    Okay.  Do you know -- well, first of

 9    all, did he have any serious health conditions as a

10    young man or as a child or as a young man?

11        A.    No.

12        Q.    Did he have any prior cancers prior to

13    his non-Hodgkin's lymphoma?

14        A.    After or?

15        Q.    Prior, before.

16        A.    Before, no.

17        Q.    Okay.  Has he ever had any immune

18    deficiency disorders?  So I'll give you some

19    examples.  Like Crohn's disease?

20        A.    No.

21        Q.    Lupus?

22        A.    No.

23        Q.    HIV?

24        A.    No.

Mark A. Pecorelli

1       Q.    Ulcerative colitis?

2       A.    No.

3       Q.    Okay.  Did he ever -- did he have

4   rheumatoid arthritis?

5       A.    No.

6       Q.    Celiac disease?

7       A.    No.

8       Q.    Ulcers?

9       A.    Maybe.  I'm not sure.  That could be a

10  possibility.

11      Q.    Eczema?

12      A.    I'm not -- what's that?

13      Q.    Okay.  Don't know what that is?

14      A.    No.

15      Q.    Okay.  Psoriasis?

16      A.    No.

17      Q.    Ever have an organ transplant?

18      A.    No.

19      Q.    A stem cell transplant?

20      A.    No.

21      Q.    Do you know if he ever took

22  immunosuppressive medications?

23      A.    No.

24      Q.    Did he -- was he ever diagnosed with

Mark A. Pecorelli

```
 1    diabetes?

 2         A.    No.

 3         Q.    Epstein-Barr virus?  It's mononucleosis,

 4    mono.

 5         A.    No.

 6         Q.    Did he ever have hepatitis A, B or C?

 7         A.    None of them, no.

 8         Q.    Did he ever struggle with obesity during

 9    his lifetime?

10         A.    No.

11         Q.    Do you know if, other than -- other than

12    an occasional x-ray, did he ever have any kind of

13    exposure to radiation?

14         A.    Prior?  Are we still in the prior?

15         Q.    Right.

16         A.    No.

17         Q.    Okay.  Did he have any medication

18    allergies?

19         A.    No.  He didn't take medications, so I

20    don't -- I don't know.  No.

21         Q.    Did he ever have any adverse reactions

22    to a vaccine?

23         A.    No.

24         Q.    Okay.  Did -- do you recall any
```

Mark A. Pecorelli

```
 1    hospitalizations prior to his non-Hodgkin's

 2    lymphoma diagnosis?

 3         A.    Not that I recall, no.

 4         Q.    Any other serious medical conditions

 5    prior to his lymphoma diagnosis?

 6         A.    No.

 7         Q.    Okay.  Who was your dad's -- your

 8    father's primary care physician, family practice

 9    doctor, internal medicine, whoever, you know, was

10    kind of his primary doctor prior to his

11    non-Hodgkin's lymphoma?

12         A.    I don't know.  Nobody.

13         Q.    He never went -- he didn't go to the

14    doctor for routine care?

15         A.    Not that I know of.

16         Q.    Okay.  Did he ever have any kind of a

17    special diet prior to his lymphoma diagnosis?

18         A.    No.

19         Q.    Okay.  How would you describe his diet

20    prior to his lymphoma diagnosis?  Did he have a

21    healthy diet?

22         A.    He ate good, I mean, yes.

23         Q.    Did he eat red meat?

24         A.    Yes.
```

Mark A. Pecorelli

1       Q.    Like steaks?

2       A.    Yeah.  Yes.

3       Q.    Okay.  Did he eat fruits and vegetables?

4       A.    Yes.

5       Q.    In his household, in your household,

6    since you lived with him, did you usually make

7    homemade meals or go out to eat?

8       A.    Homemade.

9       Q.    Okay.

10      A.    Mom's good cooking.

11      Q.    Do you recall any doctors ever

12   encouraging your father to adopt a particular type

13   of diet?

14      A.    No.

15      Q.    Okay.  Did your father drink alcohol?

16      A.    He has, but no.

17      Q.    Now, did your father smoke tobacco?

18      A.    Yes.

19      Q.    When did he start smoking tobacco?

20      A.    I don't.  A young age maybe.  I don't

21   know when he started.  I couldn't tell you that.

22      Q.    And how much did he smoke?

23      A.    Couldn't tell you that either.  No more

24   than a pack, if that.

Mark A. Pecorelli

```
 1        Q.     No more than a pack a day?

 2        A.     Yeah.  No more.  Half.  I'd say half a

 3   pack.

 4        Q.     From your conversations with your

 5   father, did he ever say anything to you to voice an

 6   understanding that there were health risks

 7   associated with smoking?

 8        A.     It's on the cigarette packs.  I mean,

 9   he's never mentioned it to me.  I mean, you know.

10   I don't know.  No.

11        Q.     Did your father use chewing tobacco or

12   any other forms of tobacco products like vaping,

13   e-cigarettes?

14        A.     No, no.

15        Q.     Or pipes?

16        A.     No.

17        Q.     Cigars?

18        A.     No.

19        Q.     Did your father ever smoke marijuana?

20        A.     No.

21        Q.     Did your father ever use illegal drugs?

22        A.     No.

23        Q.     Did your father ever use a prescription

24   drug in excess of what his doctor recommended?
```

Mark A. Pecorelli

```
 1       A.    No.

 2       Q.    Did your father seem to get frequent

 3   infections?

 4       A.    No.

 5       Q.    Did he ever have -- strike that.

 6             Okay.  Is your father's mother and

 7   father, are they still living?

 8       A.    No.

 9       Q.    What was your father's father's cause of

10   death?

11       A.    I have no idea.  I don't think he did

12   either.

13       Q.    What was your father's mother's cause of

14   death?

15       A.    Don't know.

16       Q.    Okay.  Do you know if your father's

17   parents ever had any type of cancer?

18       A.    No.

19       Q.    Do you know if they ever had any type of

20   immune disorder?

21       A.    No.

22       Q.    Okay.  Would his parents have ever used

23   Roundup?

24       A.    Don't know.
```

```
 1          Q.    Do you know how long ago his parents,

 2   your father's parents, passed away?

 3          A.    How long ago?  He was a young boy.  Five

 4   years old, I guess, when he lost his parents.

 5   Maybe even younger.

 6          Q.    Okay.

 7          A.    I'm not sure.

 8          Q.    All right.  Now, your father's siblings.

 9          A.    Yes.

10          Q.    How many siblings did your father have?

11   I think you said he had three sisters?

12          A.    Three, yeah.  The other one was Rose.  I

13   couldn't think of her name, but I thought of it in

14   the break.

15          Q.    Okay.  So, would -- you've given me

16   their names.  Would any of his sisters have

17   attended medical appointments or have otherwise

18   have knowledge about his health?

19          A.    Therese knew about his health.  She's

20   passed.  She's gone.  She left us.

21          Q.    She's passed?

22          A.    Yes, she's passed.

23          Q.    So, she would be the only one of his

24   siblings that would have knowledge of your dad's
```

Mark A. Pecorelli

```
 1   health and would have attended -- maybe attended

 2   appointments with him?

 3        A.    Yes, I believe so, yes.

 4        Q.    And she's now passed away?

 5        A.    Yes.

 6        Q.    Okay.  What was her cause of death?

 7        A.    Old age.

 8        Q.    Did any of his siblings -- his three

 9   sisters were the only siblings he had, your father?

10        A.    Yes.

11        Q.    Okay.  Did any of his siblings have

12   cancer at any time or an immune deficiency?

13        A.    I don't think so, no.

14        Q.    Okay.  Now, your father's children, you

15   and your two brothers?

16        A.    Right.

17        Q.    Okay.  Where is your brother Mike

18   living?

19        A.    In Illinois, Mount Prospect.

20        Q.    Mount Prospect.  Okay.  And Mike is

21   married to?

22        A.    Melinda.

23        Q.    Melinda.  Okay.  And what is Mike's

24   occupation?
```

Mark A. Pecorelli

```
1        A.    He does crating, packaging.

2        Q.    Packaging?

3        A.    Manager.

4        Q.    And neither one of your brothers have

5   ever had any type of cancer?

6        A.    None.

7        Q.    And have either one of your brothers

8   ever had any type of immune disorder?

9        A.    No.

10        Q.    Okay.

11        A.    No.

12        Q.    And is Mike currently in good health?

13        A.    Yes.

14        Q.    Okay.  How -- is Mike knowledgeable

15   about your father's health or did he attend medical

16   appointments with your father?

17        A.    He had knowledge, you know, family

18   member.

19        Q.    Okay.  Did he attend medical

20   appointments with your father?

21        A.    We've had some consultations with the

22   doctors where the family went there, yes.

23        Q.    The whole family?

24        A.    Yes.
```

Mark A. Pecorelli

```
 1        Q.    Meaning all of -- all three of you went?
 2        A.    It was just me and my brother Mike at
 3   the time.
 4        Q.    Just Mike -- just you and Mike?
 5        A.    Um-hmm.
 6        Q.    Okay.  Any reason why James didn't go?
 7        A.    I don't have no idea.
 8        Q.    Okay.  Has Mike ever used Roundup?
 9        A.    Yes.
10        Q.    Has Mike currently used Roundup?
11        A.    I couldn't tell you right now.
12        Q.    Did Mike ever work at the landscaping
13   business?
14        A.    Here and there, yes.  In the earlier
15   days, yes.
16        Q.    By "earlier days," what do you mean by
17   that?
18        A.    Before -- before the nursery.  A little
19   bit in the nursery.  He worked for me at times, but
20   he didn't get along with my father as a working
21   partner when he was doing maintenance.
22        Q.    He didn't get along with your father?
23        A.    He worked with my dad, but they were
24   always arguing, just butt heads.  So...
```

Mark A. Pecorelli

```
 1        Q.    All right.  Now, James.  Is James
 2   married?
 3        A.    Divorced.
 4        Q.    Okay.  And where does James live right
 5   now?
 6        A.    Elk Grove.
 7        Q.    And what is James' occupation?
 8        A.    He does snowplowing.
 9        Q.    And has James ever had any type of
10   cancer?
11        A.    No.
12        Q.    Has James ever had any type of immune
13   deficiency or illness?
14        A.    Not that I know of, no.
15        Q.    And, so, both your brothers are
16   currently in good health?
17        A.    As far as I know, yes.
18        Q.    And is James particularly knowledgeable
19   about your father's health?
20        A.    Not as much as Mike, but he knows about
21   his father.
22        Q.    Did James ever attend medical
23   appointments with your father?
24        A.    Not appointments.  He might have picked
```

Mark A. Pecorelli

1    him up.

2         Q.    But never went in?

3         A.    No, no.

4         Q.    In terms of the exam room?

5         A.    Talking with the doctor, no, not that I

6    know of, no.

7         Q.    Did James ever use Roundup?

8         A.    Oh, yes.

9         Q.    Okay.  Did James work at the landscaping

10   business?

11        A.    He -- he worked for the airlines and

12   then he -- for my father, no.  He had his own

13   little side business, cutting grass and doing a few

14   plants here and there.  And then went into the

15   airlines.

16        Q.    Went into the airlines?

17        A.    Airline business, right, when he was a

18   young age.  He was there 30 years or whatever.

19        Q.    What did he do for the airlines?

20        A.    Baggage.

21        Q.    Okay.

22        A.    Or ramp.  Whatever.

23        Q.    Okay.  And then just in terms of how

24   many grandchildren does your -- did your father

Mark A. Pecorelli

1   have?

2        A.    Five.

3        Q.    Have any of the grandkids worked at the

4   landscaping business?

5        A.    No.

6        Q.    Have any of the grandkids attended

7   medical appointments --

8        A.    No.

9        Q.    -- with -- okay.

10             What's the age range currently of the

11  grandchildren?

12       A.    25 and maybe 32, 33, in that area.

13       Q.    So, the grandkids are around 25 to 32,

14  33?

15       A.    Correct.

16       Q.    Are any of the grandkids your children?

17       A.    No.

18       Q.    Are -- they're split between James and

19  Mike's kids?

20       A.    Correct.

21       Q.    Okay.  So, do any of the grandchildren

22  have any particular knowledge or an awareness of

23  your father's health history?

24       A.    They know that he passed on from cancer,

Mark A. Pecorelli

```
 1   but no.

 2        Q.    Have any of the grandkids ever had any

 3   kind of cancer or health conditions related to

 4   their immune system?

 5        A.    No.

 6        Q.    Okay.  I do want to ask if you have any

 7   knowledge about your father's grandparents.

 8              Do you know if your father's

 9   grandparents had any --

10        A.    No.

11        Q.    -- cancer?

12        A.    No, I have no idea and I don't think he

13   does either.  I don't know, no.

14        Q.    Do you know if any of your father's

15   grandkids use Roundup?

16        A.    No.

17        Q.    You don't know?

18        A.    No.  I don't know.

19        Q.    Don't know one way or another?

20        A.    I'm almost positive no, but no.

21        Q.    Okay.  Did your father have any other

22   medical conditions that we haven't discussed?  I

23   mean, we're going to talk about his non-Hodgkin's

24   lymphoma right now.  But any other medical
```

Mark A. Pecorelli

```
 1    conditions that your father had that we haven't

 2    talked about?

 3         A.    He had a chipped bone in his thumb.

 4         Q.    Okay.

 5         A.    Which got a bone infection.

 6         Q.    What year was that?

 7         A.    I'm not -- I'm not -- I don't -- I don't

 8    recall.

 9         Q.    Okay.  In terms of your father's

10    diagnosis with non-Hodgkin's lymphoma, I might

11    sometimes refer to that as NHL --

12         A.    Okay.

13         Q.    -- or lymphoma, if that's okay.

14         A.    Okay.

15         Q.    And you'll know what I'm talking about?

16         A.    Okay.

17         Q.    Okay.  You noted on your Fact Sheet that

18    he first started experiencing symptoms around

19    January of 2004.  Does that sound about right?

20         A.    Yes.

21         Q.    Okay.  Do you remember what his first

22    symptoms were?

23         A.    His legs were getting red spots on them

24    from his ankle up.
```

Mark A. Pecorelli

```
 1        Q.    Okay.  Okay.  Red spots on his legs?

 2        A.    Um-hmm.

 3        Q.    Okay.  And do you remember when he

 4   decided to go to the doctor about those symptoms?

 5        A.    At that time.

 6        Q.    He went in January?

 7        A.    I believe so, yes.  But the spots

 8   started maybe a year before that, and I don't know

 9   if that related with the lymphoma.  It was

10   something with the spots that it was a blood

11   deficiency, which was the lymphoma.

12        Q.    Okay.  So --

13        A.    But he didn't go -- I mean, they came

14   and went.

15        Q.    Came and went?

16        A.    Yeah.

17        Q.    Okay.  So, in January of 2004, is that

18   when the spots started or are you saying --

19        A.    I'm not sure.  That's when he was

20   diagnosed.

21        Q.    Okay.  Okay.  So, you think he was

22   diagnosed in January of 2004 or -- I think on your

23   Plaintiff's Fact Sheet you thought the symptoms

24   started in January of 2004 and he was diagnosed in
```

Mark A. Pecorelli

1    July of 2004.

2              Does that sound about right?

3        A.    Sounds about right.

4        Q.    Okay.

5        A.    To my --

6        Q.    All right.

7        MR. CADY:  Mark, we're on page 26 of this, by

8    the way.

9        THE WITNESS:  Oh, okay, yes.  Follow along

10   with that?  Okay.

11   BY MS. BARTLEY:

12       Q.    Do you recall which doctor made the

13   diagnosis?

14       A.    I don't recall --

15       Q.    Okay.

16       A.    -- today.

17       Q.    Do you recall any doctor telling you

18   what subtype of non-Hodgkin's lymphoma your father

19   had?

20       A.    No.

21       Q.    Okay.  Do you recall any doctor telling

22   you what stage of illness your father was at when

23   he was diagnosed?

24       A.    No.

Mark A. Pecorelli

```
 1        Q.    Okay.  Do you recall any doctor or
 2   healthcare provider making any statements to you
 3   about your father's prognosis at the time he was
 4   diagnosed?
 5        A.    No.
 6        Q.    Okay.  Did any of your father's
 7   physicians ever tell you or your father that the
 8   cause of his non-Hodgkin's lymphoma was unknown?
 9        A.    No.  Nobody's told me that.
10        Q.    Okay.  Did any physicians ever tell you
11   or your father a cause of his non-Hodgkin's
12   lymphoma?
13        A.    Not -- not that I can remember.
14        Q.    Okay.  Did your father or any members of
15   his family ever ask a physician what the cause of
16   his non-Hodgkin's lymphoma was?
17        A.    They -- they asked what his profession
18   was, what he did for a living, and he mentioned
19   that.  What was said, I don't -- I don't recall.
20        Q.    You don't recall physicians saying any
21   response?
22        A.    Well, nobody could predict exactly.  I
23   don't know.  I don't know.
24        Q.    Okay.  So, just to make sure I
```

Mark A. Pecorelli

```
 1   understand your testimony.  You don't recall any
 2   physician ever telling you a cause of your father's
 3   non-Hodgkin's lymphoma?
 4        A.    Just said there was possibilities of
 5   chemical use of Roundup.
 6        Q.    So, a doctor said there was a
 7   possibility of what?
 8        A.    Could be possibility with the lymphoma.
 9        Q.    I'm sorry?
10        A.    From his profession.
11        Q.    From his profession?
12        A.    Um-hmm.
13        Q.    Okay.  What specifically were they
14   referring to?
15        A.    Chemical use.
16        Q.    Okay.  Did they -- okay.  First of all,
17   what doctor are we referring to?
18        A.    I'm -- I'm not sure.  I'm not sure.  The
19   one that diagnosed.  They don't know.  I don't
20   know.  I don't know.
21        Q.    Okay.  Do you remember anything
22   specifically or --
23        A.    No.
24        Q.    Okay.  So, do you recall any doctor
```

Mark A. Pecorelli

```
 1    referring to any specific chemical?

 2         A.    No.

 3         Q.    Okay.  Did your father ever come to

 4    believe that his non-Hodgkin's lymphoma was caused

 5    by glyphosate or Roundup?

 6         A.    Repeat that.

 7         Q.    Did your father before he passed away,

 8    did he ever have the belief that his non-Hodgkin's

 9    lymphoma was caused by glyphosate or Roundup?

10         A.    I think so, yes.

11         Q.    You think so?

12         A.    Yes.

13         Q.    Did he express that to you?

14         A.    Yes, yes.  For me to stop using it.

15         Q.    He asked you to stop using it?

16         A.    Yeah.  He said -- yes.

17         Q.    Okay.  What did he say?

18         A.    Just what he said.  "Don't be using any

19    more chemicals."

20         Q.    Did he say why?

21         A.    They're bad.

22         Q.    So, did he say "Don't be using any more

23    chemicals" or did he refer to Roundup?

24         A.    Specifically the Roundup.
```

Mark A. Pecorelli

```
 1        Q.    Okay.  So, he asked you not to use
 2   Roundup before he died in 2012?
 3        A.    No.  Even before he even -- after he was
 4   diagnosed I believe.
 5        Q.    In 2004?
 6        A.    Yes.
 7        Q.    Okay.  And, so, he had expressed concern
 8   about a connection between his Roundup and his
 9   cancer back in around 2004?
10        A.    Yes.
11        Q.    Okay.  And you discussed that with him
12   in 2004?
13        A.    Meaning discussing what?  He mentioned
14   to me -- he wasn't sure himself.
15        Q.    Okay.
16        A.    Mentioned to me, "The chemical's no
17   good."
18        Q.    Okay.
19        A.    I mean, not -- "Stay away from it."
20        Q.    And you had that -- you had that
21   conversation with him about that time of his
22   diagnosis?
23        A.    Correct.
24        Q.    Okay.  All right.
```

Mark A. Pecorelli

1        A.     Might not have been at '4.  Might have

2    been a year later.  Yes.

3        Q.     All right.

4        A.     In that ballpark.

5        Q.     But he was concerned about you?

6        A.     Yes.

7        Q.     Okay.  What are you claiming in this

8    lawsuit in terms of what you believe Monsanto did

9    wrong?

10        A.     Made my father go through a lot of

11    suffering and took -- shortened his life and

12    business.

13        Q.     And business?  It took his?

14        A.     Business.

15        Q.     Okay.

16        A.     That simple.

17        Q.     Do you understand that all pesticides

18    and herbicides have risks?

19        A.     Everything's got a risk.  But that

20    there, yes.

21        Q.     Is there anyone that we haven't already

22    discussed that went to any medical appointments

23    with your father, anyone that we haven't discussed

24    yet?

Mark A. Pecorelli

```
 1        A.    I don't know if we put down Donna.  I

 2   mean, we have her name.  We've mentioned her name,

 3   but --

 4        Q.    We talked about that, yeah.

 5        A.    She's been to appointments.

 6        Q.    Yeah.  Okay.  Anybody else?

 7        A.    Not that I can think of.

 8        Q.    Okay.

 9        A.    My mom, but she's gone, you know.

10        Q.    Um-hmm.  Those individuals that we

11   talked about that would have attended medical

12   appointments with your father, you, Donna, for

13   example, would anyone have sent, to your knowledge,

14   anyone have sent e-mails or text messages --

15        A.    No.

16        Q.    -- to the doctors, to your father's

17   doctors?  Do you have any knowledge of e-mails or

18   text messages to your father's doctors?

19        A.    No.

20        Q.    Okay.  Okay.  Do you know what treatment

21   your father underwent with regard to his

22   non-Hodgkin's lymphoma, what treatment was

23   recommended?

24        A.    Chemo.
```

Mark A. Pecorelli

1          Q.    Okay.

2          A.    There was also -- chemo that I know of,

3    and then there was other treatments after that from

4    the chemo brought on other -- it brought on -- they

5    say from the lymphoma causes masses, like a cyst,

6    you know, not actually cancer but a growth, which

7    occurred.  And he was treated for that with

8    radiation.

9          Q.    Okay.  Where was that growth or cyst

10   that you're referring to that was treated with

11   radiation?

12         A.    In his back.

13         Q.    On his spine?

14         A.    Spine.

15         Q.    Okay.

16         A.    And that's one of the side effects from

17   the chemo.

18         Q.    Your understanding that the mass on his

19   spine was from the chemotherapy?  That was -- that

20   was your understanding?

21         A.    From the lymphoma.

22         Q.    Okay.

23         A.    Yeah.

24         Q.    Okay.  How did your -- how did the

Mark A. Pecorelli

```
 1   chemotherapy go in terms of your father's course?

 2        A.    Meaning what?

 3        Q.    How did he tolerate the chemotherapy?

 4        A.    Pretty good I believe.

 5        Q.    Okay.

 6        A.    I mean, he felt better after he got it.

 7   He just didn't want to believe he had it.

 8              Good.  I mean...

 9        Q.    How did he tolerate the radiation

10   therapy?

11        A.    Same I believe.

12        Q.    Okay.  Do you recall times when your

13   father declined or refused either medical tests or

14   treatment recommendations that his physicians had

15   indicated were needed?

16        A.    Not that I know of.

17        Q.    Do you recall any times when your father

18   was instructed to take medications that were an

19   important part of his chemotherapy regimen?  Were

20   you ever made aware of him refusing to do so?

21        A.    Not that I know of, but I do know on

22   some of the stuff that he got, he felt that it did

23   worse than what was happening.  I don't know.

24        Q.    Okay.  Were you ever made aware of times
```

Mark A. Pecorelli

1  when or a time when your father refused to continue

2  with further chemotherapy as recommended by his

3  physicians?

4      A.    Not that I know of.

5      Q.    Okay.  Were you ever made aware of when

6  your -- of a time when your father was reluctant to

7  come in for follow-up visits at intervals as

8  recommended by his physicians?

9      A.    I don't know.

10     Q.    You don't recall that?

11     A.    I recall a time when my father saying

12  that the treatment that he was getting was making

13  him worse.  That I do know.

14     Q.    Which treatment was that, do you recall?

15     A.    I don't recall.

16     Q.    Do you recall in later years your father

17  being diagnosed with lung cancer?

18     A.    Yes.

19     Q.    Do you recall any physician having a

20  conversation with you about the fact that whether

21  that lung cancer could be a new and different

22  cancer than his lymphoma?

23     A.    Not sure.

24     Q.    Okay.

Mark A. Pecorelli

```
 1        A.    No.

 2        Q.    Is it accurate that after your father

 3   was diagnosed with lung cancer, that he declined

 4   diagnostic tests and he declined treatment for his

 5   lung cancer?

 6        A.    My father didn't agree with doctors, to

 7   begin with.  That, I don't know.

 8        Q.    Would it surprise you if your father

 9   reported to his physicians that he had been smoking

10   since the age of 12?

11        A.    Like I said, I didn't -- you asked me

12   that question.  I don't know when he begun smoking.

13        Q.    If he had started smoking at the age of

14   12, that would mean that by the time of his death

15   he would have had about a 70-year smoking history.

16   Does that sound about right?

17        A.    It doesn't sound right, but I don't -- I

18   don't know.

19        Q.    Did your father smoke up until the time

20   of his death?

21        A.    No.  He stopped here and there

22   towards -- towards the end and then when -- at the

23   end he stopped.

24        Q.    How long before his death --
```

Mark A. Pecorelli

 1        A.    I don't --

 2        Q.    -- did he stop smoking?

 3        A.    I don't recall.

 4        Q.    So, do you remember any conversations

 5   with doctors where you discussed the fact that your

 6   father was refusing treatment for his lung cancer?

 7   Does that ring a bell at all?

 8        A.    He didn't refuse treatment that I know

 9   of, no.  For the lung cancer, the only thing they

10   could -- there was no -- the only thing that I know

11   about, the doctors, that they mentioned radiation

12   and I took him to the radiation.

13                    (WHEREUPON, Pecorelli Deposition

14                     Exhibit No. 10 was marked for

15                     identification:  4/1/11 medical

16                     records;

17                     Confidential-Pecorelli-MPecorelli-

18                     NO&H-000030 through 000043.)

19   BY MS. BARTLEY:

20        Q.    I'm going to show you some records that

21   I'm marking as Exhibit No. 10.  These are some

22   records that were provided to us from the office of

23   Northwest Oncology & Hematology in

24   Elk Grove Village.

Mark A. Pecorelli

```
 1              If you will turn to -- again, I'm
 2    looking at the Bates stamp pages.
 3         A.    Um-hmm.
 4         Q.    If you'll turn to page 30.  I guess it's
 5    the front page.
 6         A.    Okay.
 7         Q.    And up at the top left corner, about
 8    maybe two inches down from the page, do you see a
 9    date here of April 1st of 2011?
10         A.    Yes, I do.
11         Q.    For this office visit.  Do you remember
12    a doctor by the name of Sara Ray Greenhill, MD?  Do
13    you remember that doctor at all?
14         A.    No.
15         Q.    Okay.  Do you remember if you would have
16    gone to any medical appointments with
17    Dr. Greenhill?
18         A.    Not that I recall.
19         Q.    Okay.
20         A.    But I've been to appointments.
21         Q.    At this office?
22         A.    At this office.  At the hospital.
23         Q.    Okay.  And if you will look under --
24    about halfway down this first page under "Past
```

Mark A. Pecorelli

```
 1    Medical History," do you see the diagnosis of "Lung

 2    cancer - sarcoma"?

 3         A.    I see that.

 4         Q.    As well as COPD.  Okay.

 5         A.    Um-hmm.

 6         Q.    And then under "Social History" it says,

 7    "Patient is a current smoker," right?

 8         A.    That's what it says.

 9         Q.    Okay.  And then under "Risk Factors,"

10    does it appear there that your father reported to

11    Dr. Greenhill that he started smoking at the age of

12    12?

13         A.    I have no idea.

14         Q.    Is that what's recorded in the records?

15         A.    That's what it says.  That's what it

16    says.

17         Q.    All right.  And does it indicate a

18    history of smoking one pack per day?

19         A.    That's what it says.

20         Q.    Okay.  If you'll turn the page to

21    page 31, under at the bottom of the page under

22    "Impression & Recommendations, Problem No. 1.

23    Lung cancer."

24         A.    Um-hmm.
```

Mark A. Pecorelli

1      Q.    About four lines down, it says, "Patient

2   is very reluctant to proceed with any testing or

3   take any medications."

4           And then drop two more lines down,

5   "Patient is refusing CT chest and bronchoscopy.  He

6   is an agreeable to antibiotics and nebs."  I think

7   that refers to nebulizers.  Okay?

8      A.    Okay.

9      Q.    All right.  Does that record appear to

10  reflect that at first he wouldn't undergo tests or

11  medications, but then he did eventually agree to

12  take some medications, some antibiotics?

13     A.    I believe so.  My dad definitely didn't

14  believe in medicine.  But go ahead.

15     Q.    Okay.

16     A.    That's what it's showing here.

17     Q.    And then if you'll just look up at the

18  last page of this record, page 32.  The very first

19  paragraph on this page, it reads, "Patient is

20  somewhat delusioned (sic) as to his diagnosis.  He

21  feels that since his ten radiation treatments he no

22  longer has cancer.  In fact, his son states the

23  patient denies he has cancer."

24     A.    His son?  Okay.  All right.  I'm on the

Mark A. Pecorelli

1    top paragraph here.

2        Q.    Yeah.  Do you think that might have been

3    you at this appointment?

4        A.    Denying that he has lung cancer?

5        Q.    No, not you denying.  That "In fact, his

6    son states that the patient" --

7        A.    My father.

8        Q.    -- meaning your father denied that he

9    had cancer.

10             Do you remember your father being in a

11   state where he was in denial that he had lung

12   cancer?

13       A.    He was in denial with cancer, period,

14   with lymphoma, even when it was with lymphoma, you

15   know.

16       Q.    Okay.

17       A.    That -- I'm not sure.

18       Q.    So, do you remember going with him to

19   medical appointments after the lung cancer

20   diagnosis where he was refusing to have diagnostic

21   tests and treatment for his lung cancer?

22       A.    They -- no, because they took him --

23   they -- now that's at a clinic.  He went to

24   Northwest Community where he's from, Leibach,

Mark A. Pecorelli

1    Dr. Leibach, and took every test.  He said Hines

2    took every test possible imaginable that he could

3    do.  That he couldn't do anything for my father.

4         Q.    Okay.

5         A.    That I recall.

6         Q.    All right.  So, you don't recall your

7    father refusing to undergo the treatment options

8    that were recommended for his lung cancer?

9         A.    He -- no, no.

10        Q.    Okay.  All right.  You can go ahead and

11   set that aside.

12        A.    Okay.

13        Q.    I'm just going to mark as Exhibit No. 11

14   the Complaint that was filed in this case and just

15   ask you a couple of background questions about the

16   lawsuit.

17                   (WHEREUPON, Pecorelli Deposition

18                    Exhibit No. 11 was marked for

19                    identification:  Complaint, Mark

20                    Pecorelli v. Monsanto Company.)

21   BY MS. BARTLEY:

22        Q.    How did you first become involved in

23   this lawsuit, in this particular lawsuit?

24        A.    Knowing that my dad used Roundup and

Mark A. Pecorelli

1   that it produced non-Hodgkin.

2       Q.   Did you respond to an ad you saw on

3   television, for example?

4       A.   I heard it through somebody and also

5   heard it through an ad also.

6       Q.   You heard it through someone and you

7   heard it through an ad?

8       A.   Might have been a doctor possibly saying

9   it could be some of his chemical use.  I don't -- I

10  don't recall.

11      Q.   It might have been a doctor?

12      A.   It might have been a doctor, but then

13  also -- as a matter of fact, it was a doctor --

14      Q.   Okay.

15      A.   -- that said for his profession, what he

16  did, and using Roundup, that it would be what could

17  have caused it.  Could be numerous things.  I don't

18  know.  He didn't know either.

19      Q.   Earlier I asked you if there was a

20  doctor who ever said what might have caused his

21  cancer and you said --

22      A.   He said -- and same thing I just said

23  now, that it could have been.  From his profession

24  using chemicals.  Okay?

Mark A. Pecorelli

1      Q.    Okay.

2      A.    And knowing that, finding out facts

3    later after he passed that they have with the

4    lymphoma.

5      Q.    Okay.  So, again, I'm just trying to

6    confirm.

7            There was a doctor who referred to the

8    possibility of chemicals as the cause of his

9    lymphoma?  Do I have --

10     A.    Oh, yeah.  On his lymphoma, yes.

11     Q.    Okay.  But you don't know which doctor

12   it is, is that right?

13     A.    No.  I think it might have been

14   Dr. Leibach.

15     Q.    Might have been Dr. Leibach?

16     A.    Yes.

17     Q.    Okay.  And Dr. Leibach is your doctor as

18   well?

19     A.    Yes.

20     Q.    Okay.  And while we're on that subject,

21   I understand that you have -- you indicate on the

22   Plaintiff's Fact Sheet that you have history of

23   cancer, is that correct?

24     A.    Yes.

Mark A. Pecorelli

```
 1        Q.    Okay.  And your -- you have lung cancer,
 2   correct?
 3        A.    Yes.
 4        Q.    Okay.  And are you currently a smoker?
 5        A.    Yes.
 6        Q.    Okay.  And at what age did you start
 7   smoking?
 8        A.    When did I start?
 9        Q.    Yeah.
10        A.    18, 19.
11        Q.    Okay.
12        A.    Maybe.  I don't recall.
13        Q.    And how old were you when you were
14   diagnosed with lung cancer?
15        A.    48.
16        Q.    And what's the state of your current
17   health?
18        A.    Excellent.
19        Q.    Excellent.  Are you cancer-free?
20        A.    Right now, yes.
21        Q.    Congratulations.
22        A.    Thank you.
23        Q.    So, again, just to confirm, when
24   Dr. Leibach, you believe it might have been, was
```

Mark A. Pecorelli

```
1   referring to chemicals, did he refer to any

2   specific chemicals?

3       A.   Well, what's in Roundup, he said that's

4   very possible, yes, with the lymphoma.

5       Q.   So, Dr. Leibach specifically referred to

6   Roundup?

7       A.   Yes.  How do you pronounce it?  Glys- --

8       Q.   Glyphosate?

9       A.   Yes.

10      Q.   So, he specifically referred to

11  glyphosate?

12      A.   He said it's very possible.

13      Q.   Okay.  Did you ask him that question or

14  did he offer that information?

15      A.   He stated that information.  Not for me.

16  For my father.  Because I didn't -- for his

17  lymphoma.

18      Q.   All right.  So, were you present during

19  this conversation between Dr. Leibach and your

20  father?

21      A.   Spoke to my father first, told my father

22  I believe, and yes.  He spoke to me.  My dad was --

23      Q.   Okay.  You understand -- so, your

24  testimony is there was a conversation between your
```

Mark A. Pecorelli

1   father and Dr. Leibach?

2        A.   That -- he -- I think he mentioned it to

3   me, that it's possible.

4        Q.   Who?

5        A.   Dr. Leibach.

6        Q.   He mentioned it to you, not your father?

7        A.   Yes.  I didn't hear it mention it to my

8   father, but you're saying that he did.

9        Q.   No, I'm not saying anything.  I'm asking

10  you --

11       A.   Oh.

12       Q.   -- if any doctor has ever told you about

13  any possible causes --

14       A.   Yes.

15       Q.   -- for your father's lymphoma or told

16  your father about --

17       A.   Told me, yes.  My father, I don't know

18  if he told him too.

19       Q.   Okay.

20       A.   Okay.

21       Q.   So, now -- you don't know if anybody

22  told your father anything, but you're saying --

23       A.   I can't answer that.  I can't answer

24  that.  I didn't hear that -- I didn't hear him tell

1    him directly, but he told me what was going on and

2    what the progress, because he -- he was a second

3    opinion.

4        Q.    Right.

5        A.    For my father.

6        Q.    Okay.

7        A.    Maybe even a third.  I don't -- I'm not

8    sure.

9        Q.    All right.  So, if I understand your

10   testimony now, you don't know of anybody that told

11   anything to your father, is that right?

12       A.    That I heard of, right.

13       Q.    Okay.  So, now what I understand is that

14   Dr. Leibach said something to you?

15       A.    Correct.

16       Q.    Correct.  And Dr. Leibach said what to

17   you?

18       A.    It's possible from the chemical use that

19   he's been handling.

20       Q.    Did he mention a specific chemical?

21       A.    The glyph- -- I can't pronounce it.

22       Q.    Glyphosate.

23       A.    Glyphosate.

24       Q.    Okay.  And that was said to you, not --

```
 1    not to your father?

 2        A.    I -- my dad has a hard time hearing.

 3        Q.    Yeah.

 4        A.    I'm almost sure he told him, too.  I

 5    mean, it wasn't --

 6        Q.    You think --

 7        A.    So, he turned around and said, "I'll

 8    tell you.  He's not listening."

 9        Q.    Okay.

10        A.    Something like that in that form.  That

11    was a while ago.

12        Q.    And so if this was said to you, when

13    did -- when was that said?

14        A.    I couldn't tell you.  Whenever he

15    checked him out.  You got the medical records.

16    When he went over it.

17        Q.    The first appointment with Dr. Leibach?

18        A.    No.  It wasn't -- it wasn't -- because

19    he diagnosed him -- he's the one that also did

20    the -- filed for -- through the radiation.

21        Q.    Okay.

22        A.    So, somewhere in that line there.

23        Q.    Okay.  So, at some point you had a

24    conversation with Dr. Leibach at some point before
```

Mark A. Pecorelli

```
 1   your father's death in 2012 about a possible

 2   correlation between glyphosate and your father's

 3   lymphoma?

 4        A.   Correct.

 5        Q.   Okay.  And Dr. Leibach suggested that

 6   there could be a --

 7        A.   A connection there, yes.

 8        Q.   A possible connection.  Okay.  Very

 9   good.

10             Had you heard of Monsanto before your

11   involvement in this lawsuit?

12        A.   Yeah, I heard of Monsanto years ago.

13        Q.   How did you find your attorneys?

14        A.   Through another attorney.

15        Q.   And what firm was that attorney from?

16        A.   Arlington Heights.  Cary Lind I think it

17   was.  Cary Lind.

18        Q.   Cary Lind?

19        A.   A couple -- a couple --

20        Q.   Cary Lind who is handling your estate

21   dispute?

22        A.   Yes.

23        Q.   Okay.

24        A.   He mentioned, and also I think maybe
```

 1    Barts gave me the Moll Group.  I'm not sure who

 2    directed me over here.  It was with the -- spoke

 3    with somebody else about it, another law firm, and

 4    they're out of California; and I just didn't see

 5    that being right with the -- having the firm out of

 6    the state, the state that I'm in, and recommended

 7    me to...

 8        Q.    Did you read the Complaint before it was

 9    filed?

10        A.    Did I read the Complaint?

11        Q.    Yeah, before it was filed.

12        A.    No.

13        Q.    Okay.  Have you had any discussions with

14    any other Roundup Plaintiffs?

15        A.    No.

16        Q.    Okay.  On your Plaintiff's Fact Sheet

17    there was a question of are you seeking

18    compensation for any medical bills and your answer

19    was "Unsure."

20              Have you made up your mind about whether

21    you're seeking any compensation for any medical

22    bills?

23        A.    I don't know at this time.

24        Q.    You don't know.  Okay.

```
 1              Do you know if your father sustained any

 2   out-of-pocket or unreimbursed medical expenses

 3   related to his lymphoma?

 4        A.    Not sure.

 5        Q.    Okay.  Also on the Plaintiff's Fact

 6   Sheet, it asked if you're making any claims for any

 7   non-medical out-of-pocket expenses, and you

 8   indicated "N/A" or not applicable.  I just want to

 9   confirm.

10        A.    What do you mean "not applicable"?

11        Q.    Well, you -- the question was posed to

12   you and you said, "Not applicable."

13              So I just want to confirm that you're

14   not making that type -- that claim for

15   out-of-pocket non-medical expenses.

16        A.    Well --

17        MR. CADY:  I'm just going to object that we're

18   asking about legal theories here that he might

19   not --

20        MS. BARTLEY:  It's his -- it's a Plaintiff's

21   Fact Sheet, not an attorney's Fact Sheet.

22        MR. CADY:  It is a Plaintiff's Fact Sheet.

23        MS. BARTLEY:  And it's his answer on the

24   Plaintiff's Fact Sheet.  So, I'm just confirming --
```

Mark A. Pecorelli

```
 1          THE WITNESS:  Okay.  Well, no --

 2          MS. BARTLEY:  -- that that answer --

 3          MR. CADY:  Hold on.

 4          MS. BARTLEY:  -- is still valid.

 5          MR. CADY:  No, no, of course.  But, of course,

 6     these are legal -- they are terms of art, some of

 7     them.  So, of course whatever his answer is.

 8     BY MS. BARTLEY:

 9          Q.   Let's go ahead and turn to page 37.

10          MR. CADY:  Bates stamp page 37?

11          MS. BARTLEY:  Yes, please.

12          MR. CADY:  But, yeah, if you know, Mark, you

13     can certainly answer the question.

14     BY MS. BARTLEY:

15          Q.   So, the question is:  Are you making any

16     claims for any of your father's out-of-pocket

17     expenses that are not medical?

18          A.   Loss of the business would be

19     feasonable.

20          Q.   Okay.  Had your father retired before

21     his death?

22          A.   The company didn't, but the company

23     suffered.  It was his company.

24          Q.   Okay.  So, why did you indicate "N/A" in
```

Mark A. Pecorelli

```
 1    response to question D?

 2         A.    I'm -- I'm not sure.  I'm not sure.

 3         Q.    Okay.

 4         A.    I don't know.  Don't know.

 5         Q.    All right.  Let's go on and talk about

 6    your answer to the question of lost wages.

 7         MR. CADY:  Same objection.  You can answer if

 8    you know, Mark.

 9    BY MS. BARTLEY:

10         Q.    Okay.  On page 37, the Fact Sheet asks

11    you the total number of days that your father lost

12    from work due to his medical condition, and you

13    indicate that you don't know the number of days he

14    missed over an eight-year period.

15         A.    I don't.

16         Q.    What eight-year period are you referring

17    to?

18         A.    Eight years through his suffering.  I'm

19    not sure.

20               Where are we at, 37?

21         Q.    37.

22         A.    38, 37.  And what question is it?

23         Q.    Question B-2.

24         A.    B-2?
```

Mark A. Pecorelli

1      Q.     Yeah.  On page 37.

2      MR. CADY:  You've got the wrong sheet there,

3  Mark.  We're on the Plaintiff Fact Sheet.

4      THE WITNESS:   Oh.  No wonder why I couldn't

5  find this.

6      MR. CADY:  It's this one.  If you don't mind

7  me helping out.  37.

8      THE WITNESS:  37.

9  BY THE WITNESS:

10     A.     Where are we at here?  20, 36.

11            Okay.  Repeat that, please.

12     Q.     Okay.

13     A.     37, B.

14     Q.     37, B-2.

15     A.     Okay.  B-2.

16     Q.     You had indicated on the Fact Sheet that

17  you are making a claim for what we call lost wages

18  or days that your father was away from work.

19  Right?

20     A.     Same thing as loss of business.  Yes.

21     Q.     Okay.  Question B-2 says, "Total number

22  of days lost from work due to above medical

23  condition."  Okay.

24            And your answer was, "Plaintiff does not

Mark A. Pecorelli

```
 1   recall total number of days missed over more than

 2   eight-year period."  Okay.

 3            What eight-year period are you referring

 4   to?

 5       A.   Since he's diagnosed with the lymphoma.

 6       Q.   So, you're referring --

 7       THE VIDEOGRAPHER:  Excuse me, Counselor.  I

 8   have to end this.

 9       MS. BARTLEY:  All right.

10       THE VIDEOGRAPHER:  The time is 3:24 p.m.  This

11   is the end of Tape 3, and we're going off the video

12   record.

13                 (WHEREUPON, a recess was had

14                  from 3:24 to 3:32 p.m.)

15       THE VIDEOGRAPHER:  The time is 3:32 p.m.  This

16   is the beginning of Tape 4, and we are back on the

17   video record.

18   BY MS. BARTLEY:

19       Q.   Mr. Pecorelli, right before we took our

20   break we were talking about your claim to seek

21   compensation for what we call a lost wages claim.

22            Now, when your father was diagnosed with

23   lymphoma in 2004, he would have been age 75 at that

24   time.
```

Mark A. Pecorelli

```
 1              In 2004, at age 75, was your father
 2   working full time at that point?
 3        A.   No.
 4        Q.   Okay.  And was he working part time at
 5   that time, in 2004?
 6        A.   He was involved.  The company was still
 7   going.  But he was involved but wasn't getting
 8   paid.
 9        Q.   Okay.  So, when -- so, in 2004 when he
10   was diagnosed he was no longer getting paid?
11        A.   Not sure.  I have no idea if he was or
12   not.
13        Q.   Okay.  All right.  And then on your
14   Plaintiff's Fact Sheet on page 36, you indicated
15   that he was self-employed, and you said
16   approximately $1,500.  And this -- the question
17   that was asked of you was how much was he making
18   per week.
19        A.   I couldn't tell you.  He brought in the
20   jobs.
21        Q.   Okay.  So, that statement --
22        A.   That was 36?
23        Q.   Page 36, yeah.  The bottom half of the
24   page, page 36, that chart.
```

Mark A. Pecorelli

```
 1        A.    34, 35, 36.  Last page.  Yeah, okay.
 2        Q.    Okay.  The chart on the bottom half of
 3   the page, the far right column.
 4        A.    I see it.
 5        Q.    You were asked, "How much money did
 6   you," your father, "make in this job per week?"
 7   And you said 1,500.
 8        A.    "Approximately," it says, right.
 9        Q.    All right.  Now, would that be gross or
10   net that your father made 1,500 per week?
11        A.    That's what he would bring in.  That
12   would be gross.
13        Q.    That would be gross?
14        A.    Yeah.
15        Q.    Okay. And what year or years are you
16   referring to that his salary would have been
17   approximately 1,500 per week?
18        A.    Well, it wasn't -- it was the company's
19   salary would have been that.
20        Q.    Oh, that's for the whole company?
21        A.    Yeah.  But I think it might be more than
22   that.  This was here 1,500.
23        Q.    So, that's what the company made that he
24   would then have to pay not only himself but his
```

Mark A. Pecorelli

```
 1   employees?

 2        A.    He didn't pay himself.

 3        Q.    Okay.

 4        A.    I don't believe.  He wasn't drawing pay.

 5   We're going -- what -- we're going back since he is

 6   diagnosed, correct?

 7        Q.    Okay.  So, you're talking about when he

 8   was diagnosed when he was no longer working.

 9        A.    Right.

10        Q.    All right.  So, you're interpreting the

11   answers to this section about lost wages as loss of

12   the company when he was no longer working?

13        A.    Because of his illness, right.

14        Q.    Okay.  And, so, this 1,500 is how much

15   the company was bringing in?

16        A.    Approximately.

17        Q.    Okay.  And where did that number come

18   from?

19        A.    I'm not sure.

20        Q.    You filled this out, right?  Did you

21   just write down a number?

22        A.    No.

23        Q.    Where did you get it?

24        A.    By looking back.  I don't recall at this
```

Mark A. Pecorelli

1    time.

2         Q.    Okay.  You also -- and on page 37 you

3    indicated -- the question is --

4         A.    37.

5         Q.    On page 37.

6         A.    Yes.

7         Q.    Question B-3 asks for "Estimated total

8    income lost (to date) from missed work, including

9    explanation as to a method used to calculate the

10   number."

11             And you said, "Plaintiff made

12   approximately 75,000."  Is that -- and it got cut

13   off.  Is that supposed to say "annually"?

14        A.    A year, yeah, that would be annually,

15   yes.

16        Q.    Okay.  And, so, was your father making

17   75,000 a year when you used the word "Plaintiff"?

18   Who are you referring to as the Plaintiff?

19        A.    The company.

20        Q.    The company.  Not your father?

21        A.    Right.

22        Q.    Okay.  And what year are you referring

23   to, year or years, that the company was bringing in

24   75,000 a year?

Mark A. Pecorelli

```
 1       A.    I believe it was from 2002 or '4 and on.

 2       Q.    2002 to about 2004?

 3       A.    No, 2004 and on.

 4       Q.    And, so, where did you get that number

 5  of 75,000?

 6       A.    I went back a couple years what the

 7  company might have brought in.  I don't recall at

 8  this time.

 9       Q.    Okay.  So, did the company file company

10  tax returns?

11       A.    I don't -- I didn't do the bookkeeping.

12  Yeah.  That would be -- yes.

13       Q.    Was the company incorporated?

14       A.    Yes.

15       Q.    Okay.  And, so, if I understand

16  correctly, rather than claiming damages from your

17  father's lost income, you're claiming loss --

18  because he was retired, you're claiming loss of --

19       A.    What the company was losing for him not

20  participating in it, but what he's bringing --

21       Q.    But he wasn't working there anymore?

22       A.    Physical work, no.  But bringing in the

23  work and the selling and stuff.

24       Q.    Okay.  All right.
```

Mark A. Pecorelli

1        A.    Yes.  Which brought a dollar amount into

2    the company.

3        Q.    And so do you currently have --

4        A.    Which was --

5        Q.    -- possession of the company's tax

6    returns for these years, the eight years that

7    you're referring to?

8              Actually, I could take that back.

9              Do you have -- what years' tax returns

10   do you have for the company in your possession?

11       A.    I don't -- I don't know.

12       Q.    Okay.  So, to the extent that the

13   damages claimed relate to loss of company income

14   for the incorporated Windy City Landscaping --

15       A.    What was lost --

16       Q.    -- we will -- let me finish.

17       A.    I'm sorry.

18       Q.    We'll ask that they be produced after

19   the deposition.

20       MR. CADY:  Understood.

21       MS. BARTLEY:  Okay.

22   BY MS. BARTLEY:

23       Q.    And then you indicate you're estimating

24   37,500 annually for eight years.  Is that the loss

Mark A. Pecorelli

1    that you're estimating?

2         A.    Yes.

3         Q.    Okay.  Where did that number come from,

4    37-5?

5         A.    I don't recall.  Roughly that's what he

6    was bringing into the company.  I don't -- I don't

7    recall.

8         Q.    Well, where did you come up with the

9    number 37-5 when you filled out this answer?

10        A.    That's what the nursery was losing from

11   wholesale.

12        Q.    So, that's just for the nursery?

13        A.    Correct.

14        Q.    Okay.  So, if I understand, are you

15   suggesting that following your father's diagnosis,

16   that the company, Windy City Landscaping,

17   immediately started bringing in 50% of the income

18   that it was before, half of its income?  Because it

19   went from 75,000 to 37-5.

20              I just want to make sure I understand

21   where these numbers are coming from.

22        A.    I'm not sure.  I'm not sure.

23        Q.    Okay.  So, do I understand your

24   testimony, then, that you don't know how much the

Mark A. Pecorelli

1    company lost during those eight years?

2        A.    Well, I know lost -- it lost product in

3    the nursery.

4        Q.    Okay.  But do you know the value of

5    that?

6        A.    Yeah, each year it went up more, for the

7    growth of the plant.

8        Q.    Each year what went up more?

9        A.    The price of the plants.

10       Q.    Do you know --

11       A.    Per size.

12       Q.    Do you know the value of the loss?

13       A.    Not at this time, no.

14       Q.    What is the status of Windy City

15   Landscaping today?

16       A.    Nothing.  Bringing in nothing.  We're

17   doing -- no longer -- hadn't brought in a penny

18   since --

19       Q.    Since?

20       A.    -- '12, since 2012, since my dad passed.

21       Q.    Okay.  And was that company left to

22   anyone?

23       A.    Company was just -- just the land

24   itself.  Wasn't --

Mark A. Pecorelli

1     Q.     The land?

2     A.     The company's demolished or extinct, no

3   longer.

4     Q.     Was the corporation dissolved?

5     A.     Yeah, dissolved.

6     Q.     Okay.  Did your father ever experience

7   any depression or anxiety or any other mental

8   health issues in his history that you know of?

9     A.     No.

10    Q.     Are you claiming that your father's

11  lymphoma impacted his marital relationship in any

12  way?

13    A.     No.

14    Q.     Have you or your father ever spoken or

15  corresponded with anyone at the Environmental

16  Protection Agency?

17    A.     No.

18    Q.     Have you or your father ever spoken or

19  corresponded with any other government agency about

20  herbicides or pesticides?

21    A.     No.

22    Q.     Did you have -- have you ever had any

23  discussions with your father's doctors regarding

24  this lawsuit?

Mark A. Pecorelli

```
 1        A.    No.

 2        Q.    Other than your lawyers, which I don't

 3   want to have you speak to me about your

 4   conversations with your lawyers, did you talk to

 5   anyone else regarding this deposition?

 6        A.    No.

 7        Q.    Okay.  Did your father ever have any

 8   social media use?

 9        A.    No.

10        Q.    And what social media do you use?  Do

11   you have a Facebook account?

12        A.    No.  I'm using nothing right now.  I

13   mean, I'm on Facebook.

14        Q.    You have a Facebook account?

15        A.    Meaning an account?

16        Q.    Do you have your own Facebook account?

17        A.    No.

18        Q.    No Facebook account?

19        A.    No.

20        Q.    Okay.  Do you have an Instagram account?

21        A.    No.  Is that where you buy things?

22        Q.    No.  You post --

23        A.    I'm not too much on the computer.

24        Q.    It's all right.
```

Mark A. Pecorelli

```
 1        A.    Sales.

 2        Q.    So, you don't believe you have an

 3   Instagram account?

 4        A.    No.

 5        Q.    Do you have a Twitter account?

 6        A.    No.

 7        Q.    Do you have a Tumblr account?

 8        A.    No.

 9        Q.    Snapchat?

10        A.    No.

11        Q.    Okay.  So, to your knowledge, have you

12   ever posted anything on any social media platform

13   with regard to your father's use of Roundup?

14        A.    No.

15        Q.    Have you ever posted anything to any

16   social media platform with regard to your father's

17   health?

18        A.    No.

19        Q.    Have you ever posted anything to any

20   social media platform with regard to this lawsuit?

21        A.    No.

22        Q.    Does your -- does Donna, your

23   girlfriend, has she ever posted anything with

24   regard --
```

```
 1        A.    No.

 2        Q.    -- to any of those topics I just listed?

 3        A.    No.

 4        Q.    Okay.  Would any members of your family

 5   ever have posted anything on social media --

 6        A.    No.

 7        Q.    -- with regard to the topics I just

 8   listed?

 9        A.    No.

10        MS. BARTLEY:  Okay.   I'll pass the witness.

11        MR. CADY:  Okay.

12                      EXAMINATION

13   BY MR. CADY:

14        Q.    Mr. Pecorelli, I just have a few things

15   here.  I'm going to bounce around a little bit.

16   So, if you need a clarification on what we're

17   talking about, please go ahead and ask.

18             I'll start just with some testimony you

19   just gave a few minutes ago regarding Windy City

20   Landscaping, and I believe you testified it

21   dissolved in 2012, is that correct?

22        A.    Correct.

23        Q.    Okay.  Could you explain to us why that

24   corporation dissolved in 2012.
```

Mark A. Pecorelli

```
 1        A.    Nothing can be done.  Through the eight
 2   years there, nothing went on actually and that was
 3   loss of merchandise that we had been growing for
 4   all them years and investing all the money that we
 5   invested into it to get back, due to his illness,
 6   it's a loss.
 7        Q.    When you say "due to his illness,"
 8   you're talking about your father's cancer diagnosis
 9   and his passing in 2012, is that correct?
10        A.    Correct.
11        Q.    Okay.  So, you believe that the
12   dissolution of that corporation in 2012 is somehow
13   tied to your father passing and no longer being
14   able to work there, is that correct?
15        A.    From 2000 -- from when he was diagnosed
16   to his passing, yes.
17        Q.    Okay.  And I think we labeled that
18   Roundup label you brought in as Exhibit 1, is that
19   correct?  That was in the bag?
20        MS. BARTLEY:  That's 2.
21        MR. CADY:  It's 2.  Okay.  Do we have a copy
22   of that?
23        MS. BARTLEY:  Yeah, there you go.
24        MR. CADY:  Thank you.
```

Mark A. Pecorelli

```
 1   BY MR. CADY:

 2        Q.    So, I'm just going to hand this to you,

 3   Mr. Pecorelli.  This was what was marked as

 4   Exhibit 2.  You brought this in with you today, is

 5   that correct?

 6        A.    Correct.

 7        Q.    Okay.  And could you tell us what that

 8   is.

 9        A.    This is the seal that goes around the

10   container and states the caution and the product

11   itself and what it contains and the year of it.

12        Q.    Okay.  Do you have -- do you have any

13   personal recollection of reading that label

14   specifically before today?

15        A.    Yes.

16        Q.    Okay.  Do you recall if your father's

17   ever read that label specifically?

18        A.    Yes.

19        Q.    Okay.  Do you recall if your father

20   would always read chemical labels before using the

21   products?

22        A.    Oh, yes, without a fact.

23        MS. BARTLEY:  Objection; asked and answered.

24                    (Clarification requested by the
```

Mark A. Pecorelli

```
 1                    reporter.)

 2   BY THE WITNESS:

 3       A.    Yes.

 4   BY MR. CADY:

 5       Q.    And after your father read that label,

 6   whenever that may have been, do you recall, did he

 7   ever mention anything about cancer being mentioned

 8   on that label?

 9       A.    Not to my knowledge.

10       Q.    Okay.  And between your -- or between

11   the period of your father's use of Roundup, which I

12   think you testified earlier started in 1976, and

13   there's some discrepancy about the years that it

14   stopped, sometime in the 2000s, early 2000s, do you

15   know if your father ever knew that Roundup could

16   cause cancer?

17       A.    No, he didn't -- not that I know of.

18       MS. BARTLEY:  Objection; calls for

19   speculation.

20   BY MR. CADY:

21       Q.    And do you believe that if that Roundup

22   label, that one or any other label of any of the

23   Roundup products your father would have used, do

24   you believe if that label would have included a
```

Mark A. Pecorelli

1  warning that the product could have caused cancer,

2  do you think your father still would have used

3  Roundup?

4       A.   No way.

5       MS. BARTLEY:  Objection.

6  BY THE WITNESS:

7       A.   No.

8  BY MR. CADY:

9       Q.   If your father had been aware that

10  Roundup could cause cancer, not only from the label

11  but just from anywhere else, do you think he would

12  have still used that product?

13       MS. BARTLEY:  Objection.

14  BY MR. CADY:

15       Q.   You can answer.

16       A.   I -- no.

17       Q.   I believe you testified earlier, but

18  correct me if I'm wrong, that as far as your use of

19  Roundup in connection with the nursery, you would

20  use that about twice a year, maybe more, but just

21  right around twice a year?

22       A.   Correct, yes.

23       Q.   And when you would use that twice a

24  year, you would use it over the course of a few

Mark A. Pecorelli

1   days or weeks?

2       A.    Each time would be, like I said, 80

3   hours I believe I said.

4       Q.    Okay.

5       A.    So, it would be a couple weeks.

6       Q.    Okay.  80 hours twice a year, is that --

7       A.    Twice a year, yes.

8       Q.    Okay.  And do you -- and you

9   specifically recall that your father would have

10  been using Roundup in connection with his nursery

11  employment at that time, is that correct?

12      A.    Yes.

13      Q.    And just to clarify, did your father

14  ever spray Roundup on his home and property for his

15  own personal residential use?

16      A.    Yes.

17      Q.    Okay.  And do you know -- I think you

18  testified earlier so I don't want to try to have

19  you say a different set of years.

20           But do you remember what period of years

21  he would have used that Roundup for residential use

22  on his personal home and property?

23      MS. BARTLEY:  Objection; asked and answered.

24  BY THE WITNESS:

1        A.    2003 might have been when he stopped

2   using it.

3   BY MR. CADY:

4        Q.    Do you recall when he would have started

5   using it?

6        A.    When the product -- '76 probably back

7   then.

8        Q.    Okay.

9        A.    Yes.  At the time he was using it.

10       MR. CADY:  Okay.  I think that is all I have.

11       MS. BARTLEY:  Thank you.

12       MR. CADY:  Off the record.

13       THE VIDEOGRAPHER:  Okay.  The time is 3:51

14   p.m.  This is the end of Tape 4, and it's also the

15   end of the deposition of Mark Pecorelli.  And we're

16   going off the video record.

17                 (WHEREUPON, the following

18                  proceedings were had off the video

19                  record:)

20       THE REPORTER:  Signature?  Read and sign?

21       MR. CADY:  No, we will waive it.

22            (Time Noted:  3:51 p.m.)

23            FURTHER DEPONENT SAITH NAUGHT.

24