Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone:  (334) 269-2343
Fax:  (334) 954-7555

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 <br><br> Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Randall Dean Seidl v Monsanto Co.,* <br> Case No.  3:17-cv-00519-vc | **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS** |

In response to Monsanto's motion for summary judgment on non-causation grounds (USDC Doc #21), and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the appellate record, Plaintiff hereby incorporate the following pleadings, and the pleadings referenced therein, that were filed on the MDL docket:

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (MDL Doc# 8328)

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (MDL Doc# 2479)

Plaintiff further incorporates the following pleadings that were filed in *Hardeman v. Monsanto Co.*, Case No. 3:16-cv-00525:

- Plaintiff's Response to Monsanto's Motion to Dismiss (USDC Doc #27)

By incorporating by reference prior filings and attaching them to this pleading, Plaintiff is in no way waiving any arguments raised therein.

DATED: April 1, 2021

        Respectfully submitted,

        /s/William R. Sutton
        Rhon E. Jones (JON093)
        William R. Sutton (SUT013)
        BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C.
        218 Commerce Street
        Montgomery, AL 36104
        Telephone: (334) 269-2343
        Fax: (334) 954-7555
        rhon.jones@beasleyallen.com
        william.sutton@beasleyallen.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

/s/ William R. Sutton
William R. Sutton