# EXHIBIT 4

Message

| From: | Redacted |
|-------|----------|
| Sent: | 1/16/2011 6:00:31 PM |
| To: | Redacted |
| CC: | |
| Subject: | RE: Glyphosate Repeat Dose ADME |

Redacted

Yes we need to raise it with BVR, positioned more or less as you suggest. They will almost certainly recommend further discussion which will be well above my head, and therefore require tox experts involvement.

However, I don't think the EU guideline requirements have been updated to this version of OECD 417, since I can only find reference to the fact that it will become required. If we need to repeat according to this version then we will add it to the list of new studies in the updating statement noting that it may be submitted after the main dossier, if there are difficulties booking labs etc.

Regards

Redacted

**From:** Redacted
**Sent:** 14 January 2011 19:22
**To:** Redacted
**Cc:** Redacted
**Subject:** FW: Glyphosate Repeat Dose ADME
**Importance:** High

Redacted

Recently in the GTF Toxicology TWG, discussion has arisen over whether we may have a repeat dose ADME data gap, based on the recently updated (July 22, 2010) OECD Test Guideline 417.

Confidential - Produced Subject to Protective Order

Three repeat dose ADME studies (Syngenta, Monsanto & Cheminova) dosed in compliance with previous guidelines – cold glyphosate repeat dosing, with $^{14}$C labeled glyphosate on the final day of dosing.  According to ADME folk at Monsanto (see [Redacted] note below) and Syngenta, this approach does not adequately evaluate possible glyphosate accumulation in bone.  The new OECD 417 suggests repeat dosing with $^{14}$C test material to evaluate specific tissue accumulation and persistence.

This topic appears to require additional consultation with BfR after the initial January 18th meeting with BVL.  [Redacted] [Redacted] – Should you mention to BVL on Tuesday's meeting that we need a technical meeting with BfR in light of the new OECD 417 Test Guideline and our previously compliant and very extensive GTF ADME data set?

For a technical meeting with BfR our opening position (I have discussed with [Redacted]) should be that we believe our data set is sufficient and that we have shown reversibility of glyphosate residues in bone (t$_{1/2}$ = 7.6 hours in bone).  However, to be transparent we need to discuss whether BfR sees any issues with the current ADME data set and whether further ADME investigation will contribute to the human health risk assessment, given there are extensive repeat dose studies showing no toxicological endpoints for bone tissue.

For more detail, see paragraphs 26 and 57 of the attached new OECD 417 test guideline.  Note that in several places, the test guideline mentions "[as] required by the competent authority".  I think this possible new data deficiency/gap needs to be discussed with BfR experts so that, if required, we can complete this additional study and meet by our submission deadline in May 2012.

Thanks,


[Redacted] *Ph.D., D.A.B.T.*
Toxicology Manager
Regulatory Product Safety Center
Monsanto
ph [Redacted]


**From:** [Redacted]
**Sent:** Thursday, January 13, 2011 6:49 PM
**To:** [Redacted]
**Cc:** [Redacted]
**Subject:** RE: Glyphosate Repeat Dose ADME



Our glyphosate rat ADME study also shows that levels in bone are significantly higher than those in any other tissue/organ.  In that study, the repeat dose followed the typical EPA 85-1 procedure (14-day pre-dosing with cold material followed by a single 14C dose).  This repeat-dose procedure is designed primarily to determine if there are changes in metabolism (e.g., due to enzyme induction) with repeated dosing.  It doesn't really address the accumulation issue – for this, repeated dosing with 14C material would be required.  We have a very old study (circa 1972) in which rats were dosed repeatedly with 14C-glyphosate but only for four days and bone was not collected.

The new OECD 417 (Toxicokinetics) guideline (adopted July 2010) is considerably more extensive than the old OECD 417 guideline and mentions accumulation in tissues several times.  For example, the guideline states that '…repeated dose administration may be needed to address more fully the potential for accumulation and/or persistence…' and '…Repeated dosing with radiolabeled test substance may also provide information on bioaccumulation…'.  However, it is not clear under exactly what circumstances a repeat dose study would be required (or expected).  Because bone stands out from the rest of the tissues there may be an expectation by the regulators of additional work to investigate the potential for accumulation.  We need to carefully consider whether or not a repeat dose study is really necessary.

**Redacted** – are any of you aware of any concerns that have been raised by the regulators about the relatively high levels in bone and, if so, how they were addressed?

Redacted

**From:** **Redacted**
**Sent:** Thursday, January 13, 2011 1:43 PM
**To:** **Redacted**
**Subject:** Glyphosate Repeat Dose ADME

Redacted

I received the following opinion from Syngenta on a potential glyphosate ADME data gap.  Apparently the repeat dose ADME studies (Syngenta and Cheminova studies) were dosed cold, with a final 14-C labeled dose.  Apparently, someone at Syngenta believes we now need a repeat dose ADME with daily 14-C doses, rather than just the final 14-C dose.

Could you please look at the discussion below and comment?

ADME

The Syngenta glyphosate ADME studies were reviewed by an expert (Syngenta is reviewing all ADME packages for the compounds involved in the A1R process).   The glyphosate package of studies looked to be in line with modern regulations with the following exception as mentioned on Tuesday's telecon:

'Other than the now redundant repeat dose study (CTL/P/4944) done in compliance with EPA 85-1, no repeated radiolabelled dose study has been done.  Evidence from other studies shows that there is just one primary tissue of concern, that being bone, which showed the highest tissue residues in all excretion and tissue distribution studies and in a whole body autoradiography study.  The relative concentrations in bone at different intervals after dosing from 10 to 1000 mg/kg show that there is potential for bioaccumulation.  A repeat dose study is required in a single sex at a low dose level (e.g. 10 mg glyphosate acid/kg).  As there appears to be no sex difference, the defaults sex should be male. Comparison of the metabolic profile after repeat dosing should be included.'

Do we have a repeat radiolabelled dose study within the taskforce database? Could we argue that there is no need for one?

Thanks,

Redacted *Ph.D., D.A.B.T.*
Toxicology Manager
Regulatory Product Safety Center
Monsanto
ph Redacted

Confidential - Produced Subject to Protective Order