# EXHIBIT 12

| | |
|---|---|
| **From:** | David Dickens |
| **To:** | Jeffrey Travers |
| **Subject:** | FW: Johnson v Monsanto: Dr. Sawyer |
| **Date:** | Sunday, July 29, 2018 9:03:12 PM |

**From:** Department 504
**Sent:** Wednesday, July 25, 2018 12:30 PM
**To:** 'Sandra Edwards'
**Cc:** David Dickens
**Subject:** FW: Johnson v Monsanto: Dr. Sawyer

Good morning Ms. Edwards,

Your message is forwarded to Judge Bolanos.

Regards,
Linda

Linda Fong  |  Deputy Court Clerk
Superior Court of California | County of San Francisco
400 McAllister Street  |  Dept. 504
San Francisco  |  CA  94102
T:  415.551.3772

**From:** Sandra Edwards
                    2018 10:41 PM
**To:** Department 504;
**Subject:** Johnson v Monsanto: Dr. Sawyer

Ms. Fong,

Would you please pass along the following message to the Court?

The parties have reached the following stipulation regarding Dr. Sawyer's testimony, which eliminates the need for us to discuss this with the Court tomorrow afternoon:

    1.    Dr. Sawyer will not reference the California No Significant Risk Level or utilize the cancer slope factor in support of his opinions;

    2.    Neither party will reference argue, or offer testimony about reference doses derived from or used by domestic or foreign regulatory agencies;

    3.    Neither party will reference, argue or offer testimony that Mr. Johnson's dose/exposure is below or above any threshold reference dose derived from animal studies or regulatory agencies;

    4.    Plaintiff may question Dr. Sawyer regarding the meaning of the U.S. EPA's

reference dose of 2 mg/kg/day as referenced in Dr. Farmer's testimony to explain it addresses toxicity and not carcinogenicity. To the extent Dr. Sawyer goes beyond that answer, Monsanto reserves its right to raise this with the Court; and

5. Dr. Sawyer will not be offering new opinions during trial.

Thank you,

Sandra A Edwards
Sent from my iPhone

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com