Ken Moll
Rebecca Fredona
Fatima Abuzerr
MOLL LAW GROUP
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND REPOSE** |

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND REPOSE**

I, Rebecca Fredona, declare and state as follows:

1. I am an attorney at the law firm of Moll Law Group, counsel for Plaintiff Gerard Cervantes. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment on Statutes of Limitations and Repose.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Deposition of Gerard Cervantes, taken June 21, 2020, in Cervantes v. Monsanto Company, Northern District of California, Case No. 3:19-cv-03015.

- 1 –

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 2, 2021

                         Respectfully Submitted,

By:   */s/Rebecca Fredona*
       Ken Moll
       Rebecca Fredona
       Fatima Abuzerr
       MOLL LAW GROUP
       22 W Washington St
       15th Floor
       Chicago, IL 60602
       T: 312.462.1700
       F: 312.756.0045
       rfredona@molllawgroup.com

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND REPOSE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Rebecca Fredona*

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND REPOSE**