# Exhibit 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE: ROUNDUP PRODUCTS        ) MDL No. 2741

5    LIABILITY LITIGATION           ) Case No. MDL No.

6    ------------------------       ) 3:16-md-02741-VC

7    This document relates to:      )

8    Gerard Cervantes v.            )

9    Monsanto Co.,                  )

10   Case No. 3:19-cv-03015-VC      )

11

12

13              VIDEOTAPED DEPOSITION OF

14

15                 GERARD F. CERVANTES

16                   June 23, 2020

17

18                  Chicago, Illinois

19

20

21

22          GOLKOW LITIGATION SERVICES

         877.370.3377 ph | 917.591.5672 fax

23                 deps@golkow.com

24

Gerard F. Cervantes

```
 1

 2

 3            The videotaped deposition of

 4   GERARD F. CERVANTES, called by the Defendant for

 5   examination, taken pursuant to the Federal Rules of

 6   Civil Procedure of the United States District

 7   Courts pertaining to the taking of depositions,

 8   taken before CORINNE T. MARUT, C.S.R. No. 84-1968,

 9   Registered Professional Reporter and a Certified

10   Shorthand Reporter of the State of Illinois, at the

11   Hyatt Place, 28 North Franklin Street, Chicago,

12   Illinois, on June 23, 2020, commencing at 8:55 a.m.

13

14

15

16

17

18

19

20

21

22

23

24
```

Gerard F. Cervantes

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFF:

 3          MOLL LAW GROUP

              22 West Washington Street, 15th Floor

 4          Chicago, Illinois  60602

              312-462-1700

 5          BY:  REBECCA FREDONA, ESQ.

                   rfredona@molllawgroup.com

 6

 7

 8    ON BEHALF OF THE DEFENDANT:

 9          SHOOK, HARDY & BACON L.L.P.

              JPMorgan Chase Tower

10          600 Travis Street, Suite 3400

              Houston, Texas  77002-2926

11          713-227-8008

              BY:  JAMES SHEPHERD, ESQ.

12                 eshepherd@shb.com

13

14

15

16

17    VIDEOTAPED BY:  MILO SAVICH

18

19    REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968

20

21

22

23

24
```

Gerard F. Cervantes

1                      I N D E X

2   GERARD F. CERVANTES                    EXAMINATION

3         BY MR. SHEPHERD................   6

          BY MS. FREDONA................  234

4         BY MR. SHEPHERD...............  247

          BY MS. FREDONA................  255

5

6

7

8                    E X H I B I T S

9   G. CERVANTES DEPOSITION EXHIBIT    MARKED FOR ID

10   No. 1    Defendant Monsanto Company's      16

                 Fifth Amended Notice to Take

11                Oral and Videotaped Deposition

                 of Plaintiff Gerard Cervantes

12

     No. 2    4/22/16 medical record;           39

13                Confidential-Cervantes-

                 GCervantes-DreyerMC-MD-000105

14                through 000107

15   No. 3    5/25/16 medical record;           42

                 Confidential-Cervantes-

16                GCervantes-DreyerMC-MD-000108

17   No. 4    Roundup ready-to-use label      123

18   No. 5    Roundup Pro label              125

19   No. 6    8/7/19 letter from US EPA      201

20   No. 7    Plaintiff Fact Sheet          214

21

22

23

24

Gerard F. Cervantes

```
 1        THE VIDEOGRAPHER:  We are now on the record.

 2   My name is Milo Savich, and I am a videographer for

 3   Golkow Litigation Services.

 4             Today's date is June 23, 2020, and the

 5   time is 8:55 a.m.

 6             This video deposition is being held in

 7   Chicago, Illinois, in the matter of Roundup, Gerard

 8   Cervantes vs. Monsanto.  This case is being heard

 9   in the United States District Court, Northern

10   District of California.

11             The deponent is Gerard Cervantes.

12             Will counsel please identify themselves

13   for the record.

14        MS. FREDONA:  Rebecca Fredona on behalf of

15   Plaintiff.

16        MR. SHEPHERD:  James Shepherd on behalf of

17   Defendant, Monsanto Company.

18        THE VIDEOGRAPHER:  The Court Reporter is Corey

19   Marut who will now swear in the witness and we may

20   then proceed.

21             (WHEREUPON, the witness was duly

22              sworn.)

23        MR. SHEPHERD:  I just note for the record that

24   Monsanto continues to receive records from medical
```

Gerard F. Cervantes

 1   providers who have treated Mr. Cervantes as well as

 2   other types of records.  Monsanto, therefore,

 3   reserves its rights to continue the deposition past

 4   today's date based on additional records being

 5   available.

 6        MS. FREDONA:  We'd like to put an objection to

 7   that on the record as well.

 8                    GERARD F. CERVANTES,

 9   called as a witness herein, having been first duly

10   sworn, was examined and testified as follows:

11                    EXAMINATION

12   BY MR. SHEPHERD:

13        Q.    Good morning, Mr. Cervantes.

14        A.    Good morning.

15        Q.    How are you today?

16        A.    Real good.

17        Q.    Could you please state your full name

18   for the record.

19        A.    Gerard F. Cervantes.

20        Q.    What's the "F" stand for?

21        A.    Francis.

22        Q.    What's your home address?

23        A.            ,

24   Illinois,    .

Gerard F. Cervantes

```
 1        Q.    And is Sugar Grove a suburb of Chicago?

 2        A.    Yes.

 3        Q.    Have you ever had a deposition taken

 4   before?

 5        A.    No.

 6        Q.    So, let me just go over quickly some

 7   ground rules that will make everything a little bit

 8   easier for everyone.

 9              I'm just going to ask you questions

10   today.  And this is really my opportunity to get

11   information from you and, therefore, I've got some

12   questions that I'd ask that you give me the best

13   answer you can.  I don't want you to guess, but if

14   you can make an estimate on something you're not

15   sure about, I'd ask for your best estimate.  Okay?

16        A.    Okay.

17        Q.    The Court Reporter is taking down

18   everything that we say.  It's very difficult for

19   her to take down when we are both speaking at the

20   same time.

21              So, if you would, try to let me finish

22   my question before you answer and I will try to

23   finish -- let you finish your answer before I ask

24   my next question.  Okay?
```

Gerard F. Cervantes

1        A.    Perfect.

2        Q.    Doesn't always work, but she'll correct

3    us when we get out of line.

4        A.    Okay.

5        Q.    She's also looking down when she types

6    and it's hard for her to see head nods.  Yes's and

7    no's are necessary.  So, if you would give verbal

8    answers instead of gestures.  Okay?

9        A.    Perfect.

10        Q.    If you need a break at any time, just

11    let me know.  The only thing I ask is if there is a

12    question pending that you answer that question and

13    then we can take a break for whatever reason you

14    need.  Okay?

15        A.    Sounds good.

16        Q.    And you understand there is no judge or

17    jury sitting here today, but this videotape or this

18    testimony could be read to a judge and jury in a

19    trial.  So you're testifying as though you're in a

20    courtroom under oath.  Do you understand that?

21        A.    Correct, yes.

22        Q.    Did you take any medications within the

23    last 48 hours that might affect your ability to

24    testify completely and truthfully today?

Gerard F. Cervantes

```
1        A.    None.

2        Q.    Did you consume any alcohol within the

3   last 24 hours?

4        A.    No.

5        Q.    Is there any reason why you're not able

6   to testify truthfully and accurately today?

7        A.    No.

8        Q.    Your date of birth is      .  Is

9   that correct?

10       A.    Correct.

11       Q.    How old does that make you currently?

12       A.    I'm 60 years old.  I'll be 61 next

13  month.

14       Q.    Where were you born?

15       A.    Aurora, Illinois.

16       Q.    I'm sorry.  What was it?

17       A.    Aurora.

18       Q.    Aurora.

19       A.    Illinois.

20       Q.    Did you grow up there?

21       A.    Yes.

22       Q.    Where did you attend elementary school?

23       A.    Johnson Elementary School.

24       Q.    And how about middle school?
```

Gerard F. Cervantes

```
 1       A.     Simmons Middle School.

 2       Q.     Where did you attend high school?

 3       A.     East Aurora High School.

 4       Q.     And did you graduate from there?

 5       A.     Yes.

 6       Q.     What year?

 7       A.     1977.

 8       Q.     Did you attend college or technical

 9   school after high school?

10       A.     No.

11       Q.     Do you hold any other -- any degrees or

12   certifications?

13       A.     No.

14       Q.     Do you have any medical training?

15       A.     No.

16       Q.     Any legal training?

17       A.     No.

18       Q.     Have you ever testified at trial before?

19       A.     No.

20       Q.     Have you ever been involved in a civil

21   lawsuit prior to this one, either as a Plaintiff or

22   as a Defendant?

23       A.     Yes.

24       Q.     Okay.  When was that?
```

Gerard F. Cervantes

```
 1              Let me ask you this.  How many?  Is it
 2    just one?
 3         A.    One.
 4         Q.    Okay.  And when was that?
 5         A.    Let me think of the date.  I'm thinking
 6    around 2006.
 7         Q.    And what was the nature of that lawsuit?
 8         A.    Water was the nature of the lawsuit, and
 9    it was a class action suit.
10         Q.    Okay.  What were the allegations that
11    you recall?
12         A.    That there was not a backflow system in
13    the boiler area of the water.
14         Q.    Is this in your home?
15         A.    No.  At Nicor Gas Company.
16         Q.    You were a Plaintiff I'm assuming?
17         A.    Yes.  My name was in there on the class
18    action.
19         Q.    Do you know where the case was filed?
20    Was it in State Court, Federal Court?
21         A.    I do not know because I was not the
22    person that I guess spearheaded it, but it never
23    went anywhere.
24         Q.    It was -- this case was ultimately
```

Gerard F. Cervantes

1    dismissed?

2         A.    Yes.   To my knowledge.

3         Q.    And you didn't give a deposition or any

4    trial testimony in that case?

5         A.    No.

6         Q.    Did you give a statement of any kind, a

7    written statement or a statement to attorneys?

8         A.    When I had talked to an attorney, it was

9    class action; and they just asked how I -- how long

10   I worked there and --

11        Q.    But you didn't make a sworn statement,

12   either written in or verbally, that was submitted

13   to the Court about circumstances or anything like

14   that?

15        A.    No.   It was just my name was added to

16   it.

17        Q.    Okay.

18        A.    And there were other people that I guess

19   spearheaded it and did all -- took it to the --

20        Q.    And what was the -- what was the injury,

21   I guess, as a result of there not being a backup on

22   the flow system at Nicor?

23        A.    That people were getting sick.

24        Q.    Do you know any specific type of

Gerard F. Cervantes

1  sickness that they were alleging they got?

2       A.    It was a range.

3       Q.    Okay.  What was the sickness that you

4  alleged that you had?

5       A.    Cancer.

6       Q.    And that was your NHL cancer?

7       A.    Yes.

8       Q.    And as a result of there not being a --

9  did you say it was a backflow?

10      A.    That's what -- yes, it was --

11      Q.    Not -- so, there was no backflow system

12 and as a result of that, I'm assuming that there

13 were chemicals that were coming into the

14 environment that workers were breathing.  Is that

15 the gist of the allegations?

16      A.    Yes.

17      Q.    And do you know which chemicals it was

18 that you were exposed to?

19      A.    I do not.

20      Q.    But it was your allegation at least in

21 that lawsuit that there were chemicals that you

22 were exposed to as a result of your employment at

23 Nicor that caused your non-Hodgkin's lymphoma?

24      A.    Yes.  That -- other people had gotten

Gerard F. Cervantes

```
 1   sick, and just -- maybe not cancer, but illnesses.

 2   So, that's the only illness that I had.

 3       Q.   Do you know if other people that were

 4   part of that lawsuit developed or had non-Hodgkin's

 5   lymphoma?

 6       A.   I don't know about non-Hodgkin's

 7   lymphoma.  Some had cancer, but I don't know their

 8   specific.

 9       Q.   Do you know why the case was ultimately

10   dismissed?

11       A.   I do not know.  I just know it didn't go

12   anywhere.

13       Q.   Okay.  It never got to trial?

14       A.   No.

15       Q.   Do you remember the name of your

16   attorney?

17       A.   I do not know because, like I said, it

18   was a class action.  The other person who

19   spearheaded it used an attorney.

20       Q.   Okay.  Do you remember the name of the

21   person that spearheaded it?

22       A.   Let me think.  Bruce Brummel.

23       Q.   Brummel?

24       A.   Um-hmm.
```

Gerard F. Cervantes

```
 1          Q.    B-r-u-m-e?

 2          A.    M-m-e-l.

 3          Q.    Okay.

 4          A.    And he is deceased.

 5          Q.    Do you know if the case would have been

 6    entitled Brummel vs. Nicor?

 7          A.    I really don't remember.  Can't recall.

 8    But I do know that he has passed away.

 9          Q.    He's passed away.  Okay.

10                All right.  Have you ever filed for

11    bankruptcy?

12          A.    No.

13          Q.    Have you ever been arrested?

14          A.    No.

15          Q.    Ever been charged with committing a

16    crime?

17          A.    No.

18          Q.    Ever been convicted of committing a

19    crime?

20          A.    No.

21          Q.    All right.

22          MR. SHEPHERD:  Let's go ahead and mark this as

23    Exhibit 1.

24                      (WHEREUPON, G. Cervantes Deposition
```

Gerard F. Cervantes

```
 1                    Exhibit No. 1 was marked for
 2                    identification:  Defendant Monsanto
 3                    Company's Fifth Amended Notice to
 4                    Take Oral and Videotaped Deposition
 5                    of Plaintiff Gerard Cervantes.)
 6   BY MR. SHEPHERD:
 7       Q.    Mr. Cervantes, the Court Reporter has
 8   handed you what we've marked as Exhibit 1 to your
 9   deposition.
10             Have you seen this document before or
11   one similar to it?  This is the fourth version I
12   believe.  Fifth version.  Sorry.
13       A.    Yes.
14       Q.    Okay.  When did you see it?
15       A.    Been a while.
16       Q.    I'm sorry?
17       A.    It's been a while.
18       Q.    Okay.  But you have -- you did receive
19   it at some point it's your belief?
20       A.    Yes.
21       Q.    It's the Notice of your deposition.
22   It's really just a simple legal document that tells
23   us that there's going to be a deposition, where to
24   go, those sort of things.
```

Gerard F. Cervantes

```
 1              But attached to the -- to it is
 2   Exhibit A, and there are some document requests.
 3   And did you bring any documents with you to the
 4   deposition today?
 5        A.    I did not.
 6        Q.    Okay.  Did you get a chance to review
 7   this list of requested documents that are on
 8   Exhibit A prior to coming to the deposition today?
 9        A.    I did not.
10        Q.    Did you search for any documents as a
11   result of the request in this Notice?
12        A.    No.
13        Q.    So, what I'd like to do is just quickly,
14   as quickly as we can, go through the list.  And I
15   know you didn't search or bring any of these
16   documents with you today, but I'd like to see if
17   you have any or at least if you believe you have
18   any; and, if so, I'll make a request through your
19   attorney to get copies of those at a later time.
20   Okay?
21        A.    Okay.
22        Q.    So, the first one -- and I'm going to
23   try to avoid reading it but jumping to the gist of
24   what the request is because there's a lot of
```

Gerard F. Cervantes

1  legalese in these things.

2      A.    Okay.

3      Q.    But the first one asks for any documents

4  that refer to your handling, application or

5  purchase of any pesticide.

6            Do you have any documents like that?

7      A.    No.

8      Q.    Okay.  That would include diaries,

9  journals, calendars, receipts, anything.

10            Nothing like that?

11      A.    No.

12      Q.    No. 2 asks for all documents that relate

13  to any training or guidelines that you receive

14  regarding the handling of any pesticide.

15            Do you have anything like that?

16      A.    No.

17      Q.    No. 3 asks for documents that constitute

18  or relate to any license that you've held related

19  to pesticides or herbicides.

20            Do you have anything like that?

21      A.    No.

22      Q.    Do you have any training materials or

23  any other sort of such documents related to a

24  pesticide?

Gerard F. Cervantes

1      A.    No.

2      Q.    No. 5 asks for documents including

3   diaries, journals, calendars, notes, schedules,

4   chronologies or other writings which relate to your

5   cancer diagnosis, treatment or condition.

6            Outside of your medical records, which

7   we've got some of those, do you have any such

8   documents?

9      A.    No.

10      Q.    No. 6 asks for documents and

11   communications between you and any of your

12   healthcare providers relating to your -- to your

13   cancer.

14            Do you have anything like that?

15      A.    No.

16      Q.    No. 7 requests documents or

17   communications between you and your healthcare

18   providers related to the subject matter of your

19   lawsuit.

20            Do you have anything like that?

21      A.    No.

22      Q.    No. 8 requests documents that constitute

23   or relate to any medical bills which you contend

24   are related to injuries caused by your exposure to

Gerard F. Cervantes

```
 1    Roundup.

 2              Do you have anything like that?

 3         A.   No.

 4         Q.   No. 9 is documents that refer or relate

 5    to properties you listed in subsection 7, subpart C

 6    in your Plaintiff Fact Sheet.  So, that would be

 7    properties in which you actually applied Roundup.

 8              Do you have any documents that refer or

 9    relate to properties in which you've applied

10    Roundup?

11         A.   No.

12         Q.   No. 10 asks for documents that relate to

13    any communication you've had with any manufacturer

14    or supplier of any pesticide or herbicide.  Do you

15    have anything like that?

16         A.   No, sir.

17         Q.   11 asks for documents that relate to any

18    communication you've had with Monsanto or any of

19    its subsidiaries or vendors.

20              Do you have anything like that?

21         A.   No, sir.

22         Q.   And No. 12 asks for documents that

23    relate to any communication that you've had with

24    the United States Environmental Protection Agency.
```

Gerard F. Cervantes

1   Do you have any such documents?

2        A.    No.

3        Q.    All right.  You can put that to the

4   side.

5              Do you have any documents concerning any

6   lawn or yard care work that you did for customers

7   that you might have had in your lawn care business?

8        A.    I do not.

9        Q.    So, you don't keep those sort of records

10  of what properties you've worked on over time?

11       A.    I know what properties I've worked on.

12       Q.    Okay.  All right.  We'll cover those.

13             But you don't have any written receipts

14  or invoices or anything like that that would help

15  us determine what properties you've worked at?

16       A.    No.

17       Q.    What did you do to prepare for your

18  deposition today?

19       A.    I met with my attorney.

20       Q.    Okay.

21       A.    This morning.

22       Q.    And I don't want you to tell me what you

23  discussed or anything like that.

24       A.    Correct.

Gerard F. Cervantes

1      Q.    I can ask you some basic questions about

2  who, where, when's, but not the what's.  Okay?

3      A.    Okay.

4      Q.    So, when I ask these questions that are

5  about coming, just make sure that you don't tell me

6  what you discussed.

7      A.    Okay.

8      Q.    So, you went -- when did you meet --

9  when is the first time you met with your attorney?

10     A.    This morning.

11     Q.    And how long did you meet?

12     A.    20, 30 minutes.

13     Q.    Had you spoken to your -- your attorney

14  that's here today or any other attorney prior to

15  the meeting this morning for 20 or 30 minutes about

16  this lawsuit?

17     A.    On the phone we spoke.

18     Q.    Okay.  And how many times have you

19  spoken on the phone?

20     A.    Really just a couple of times for

21  directions and the deposition.

22     Q.    Okay.  Was anyone else present when you

23  spoke with your attorney this morning?

24     A.    No.

Gerard F. Cervantes

```
 1        Q.    Have you met with anyone else to prepare

 2   for your deposition who wasn't your attorney?

 3        A.    No.

 4        Q.    Did you review any documents to prepare

 5   for your deposition today?

 6        A.    Just the one that you handed me here.

 7        Q.    The Notice.  Did you do any -- did

 8   you -- well, outside of documents, did you review

 9   any other materials, videos, do Internet

10   research --

11        A.    No.

12        Q.    -- regarding the lawsuit?

13        A.    No.

14        Q.    You've not attended any other

15   depositions related to Roundup of other

16   individuals, have you?

17        A.    No.

18        Q.    Have you read the deposition testimony

19   or trial transcripts of any other Plaintiffs or

20   trials in Roundup?

21        A.    No.

22        Q.    Did you meet with any doctors or experts

23   hired by your attorneys?

24        A.    No.
```

Gerard F. Cervantes

```
 1        Q.    Now, you told me your address and I
 2 wrote it down.   ?
 3        A.    New Road.
 4        Q.    New Road.  How long have you lived
 5 there?
 6        A.    October of 1996.
 7        Q.    Does anyone currently live with you at
 8 that address?
 9        A.    My wife.
10        Q.    How long has she lived there, since
11 October of 1996?
12        A.    Yes.
13        Q.    Prior to moving to
14 in October of 1996, where did you live?
15        A.    Aurora, Illinois.
16        Q.    And what address?
17        A.    I believe it's
18        .Q.    And how long did you live at
19           ?
20              This is one of those examples of if you
21 don't have an exact number, your best guesstimate
22 would be appreciated.
23        A.    Okay.  Let me think about that.
24        Q.    Sure.  Take your time.
```

Gerard F. Cervantes

```
 1        A.    1982.

 2        Q.    So, you lived at      in

 3   Aurora from approximately 1982 to 1996?

 4        A.    Yes.

 5        Q.    And that was not with your parents,

 6   right?  This is after you graduated from high

 7   school?

 8        A.    Correct.

 9        Q.    Did anyone live with you at

10 ?

11        A.    My wife and eventually started having

12   children.

13        Q.    Anyone other than your wife and children

14 live with you at    Street?

15        A.    We took care of her parents at the time.

16        Q.    Was it your wife's parents' house?

17        A.    Yes.

18        Q.    Okay.  Prior to      in

19   Aurora, where did you live?

20        A.    I rented an upstairs apartment on

21   Street in Aurora.  I'm not sure of the address.

22        Q.    As a renter, were you responsible for

23   any yardwork at that apartment?

24        A.    No.
```

Gerard F. Cervantes

1       Q.    And prior to the upstairs apartment in

2   Aurora on Rural Street, where did you live?

3       A.    At home with my parents.

4       Q.    And what was their address?

5       A.        in Aurora.

6       Q.    Is that the house that you grew up in?

7       A.    Yes.  Since I was 5 years old.

8       Q.    And you lived there with your parents

9   and any siblings that you had?

10      A.    Yes, and siblings.

11      Q.    Anyone other than your parents and

12  siblings lived with you there?

13      A.    No.

14      Q.    So, if we go back to you were 5 years

15  old, those are all the places that you've lived

16  we've just covered?

17      A.    Yes.  Solfisburg.  Got married on Rural

18  Street.  I did rent a house for one year on the

19  west side of Aurora.  Can't remember the street.  I

20  just know it was like Foxboro subdivision.  Not

21  sure of the street.  We rented a house for one

22 year, and then purchased the house on      Street

23  after that.

24      Q.    Okay.  So, you moved in the upstairs

Gerard F. Cervantes

1  apartment on Rural Street, then into this Foxboro

2  subdivision for a year?

3      A.    Yes.

4      Q.    Then        , I thought was your

5  parents' house.  You bought it from them?

6      A.    No, no.  I lived at 1         .

7  The upstairs apartment was just that.  It was -- I

8  rented from the owner who lived downstairs, and she

9  had an upstairs apartment, so we rented from there.

10     Q.    Okay.  But       in Aurora,

11 which is where you lived with your wife's parents?

12     A.    Right.  That was --

13     Q.    You purchased that house?

14     A.    Yes.

15     Q.    Or is that their house?

16     A.    No, that was my wife and our house.

17 They were elderly and we took care of them.  They

18 lived with us.

19     Q.    And of the residences that we just

20 described, which -- in which were you responsible

21 for and did yardwork?

22     A.    As a young person, my dad had us cut the

23 grass and do work, chores.

24     Q.    Okay.  And that was at Solfisburg,

Gerard F. Cervantes

```
1   right?

2       A.    Yes.

3       Q.    And then I assume you did yardwork at

4       ?

5       A.    Yes.  My own home.

6       Q.    And then at      Road you've

7   done yardwork?

8       A.          Road.

9       Q.     .  Sorry.

10      A.    Yes.

11      Q.    The house in Foxboro subdivision, did

12  you do yardwork there?

13      A.    Cut the grass there.

14      Q.    And we've talked about the apartment,

15  you didn't do yardwork there, right?

16      A.    Correct.

17      Q.    Currently what are your sources of

18  income?

19      A.    Lawn care work.  I receive a pension

20  from the gas company.

21      Q.    And that's Nicor?

22      A.    Yes.

23      Q.    Okay.

24      A.    And then it's called USANA Health
```

Gerard F. Cervantes

1   Science.  It's a home-based business.

2        Q.    What sort of business is it?  What do

3   you do?

4        A.    Nutritional supplements, sales.

5        Q.    Do you get any sort of disability

6   income?

7        A.    No.

8        Q.    Did you rely on any other person to help

9   you in meeting your financial needs?

10        A.    My wife has a pension.  She has always

11   worked.

12        Q.    Let's talk a little bit about the work

13   that you did at the gas company for -- it was

14   called Nicor, N-i-c-o-r, right?

15        A.    Originally it was Northern Illinois Gas

16   when I started and is currently Nicor Gas Company.

17        Q.    When did you start with Northern

18   Illinois Gas?

19        A.    I believe January of 1979.

20        Q.    And when did you retire or leave the

21   company?

22        A.    In 2009 I left the company on a

23   disability because cancer came back a second time

24   in 2009, and then retired there in 2014.

Gerard F. Cervantes

```
 1         Q.    Okay.  So, in 2009 you went on sort of a
 2    long-term disability?
 3         A.    What happened was in the union contract,
 4    there was a stipulation that said if you're
 5    disabled per company guidelines, then they would
 6    pay me 50% of my base pay until age 55 and then I
 7    would retire.
 8         Q.    So, from 2009 when your cancer returned,
 9    you went on this sort of program where they paid
10    you 50% of your base pay?
11         A.    Yes.
12         Q.    And that was until you were 55, which
13    was in 2014?
14         A.    Correct.
15         Q.    And at that point you retired?
16         A.    Correct.
17         Q.    Did you start receiving your pension
18    from them immediately upon retirement?
19         A.    Yes.
20         Q.    And is that based upon a percentage of
21    your salary?
22         A.    Yes, I believe that's how it works.
23         Q.    And what -- do you know what percentage
24    of your salary your pension is?
```

Gerard F. Cervantes

1        A.    Oh.  Because it was early retirement, I

2   was penalized I'm sure.  Best guess would be 50%.

3        Q.    And will you receive that 50% of your

4   pay as pension until you're deceased?

5        A.    Yes.

6        Q.    Do you know if your wife will continue

7   to get the pension after you die?

8        A.    Yes.  We set it up that she will get a

9   portion if I pass away first.

10       Q.    What was your position at -- at the gas

11  company?

12       A.    Started out as a meter reader, promoted

13  into what they call the street department,

14  maintaining gas lines, street department laborer

15  first, then a certified welder on the pipeline and

16  then lead person, which was responsible for the

17  crew, the work, and machine operator.

18       Q.    The -- how long were you a meter reader,

19  approximately?

20       A.    Three years.

21       Q.    Okay.  And then after that you moved to

22  the street department.  You said you started as a

23  laborer.  How long were you a laborer?

24       A.    Short time, a few months probably.

Gerard F. Cervantes

```
 1        Q.    Okay.  And then a certified welder for

 2   how long?

 3        A.    Till I retired.  Did not weld much.

 4   After three or four years I was promoted into a

 5   lead person.  So, I was qualified to weld but

 6   always had a welder on the job because I was

 7   promoted.  So, I was qualified but welded slim to

 8   none after that.

 9        Q.    So, you welded, would you say, daily for

10   those three or four years?

11        A.    No, not daily.

12        Q.    How often -- how many times a week would

13   you say you welded?

14        A.    Three.

15        Q.    Okay.  And how --

16        A.    Three.

17        Q.    How long on each occasion?

18        A.    Anywhere from 5 minutes to 25 minutes.

19        Q.    And were you welding -- you were

20   welding -- what type of metal?

21        A.    It was steel.  I was what they call

22   oxygen acetylene welding.  So, they were small

23   fittings that I would weld, let's say, to connect

24   to a new house or repair.  So, they were small
```

Gerard F. Cervantes

```
 1    fittings, not anything in a long duration.

 2         Q.    And you used a torch for that?

 3         A.    Correct.

 4         Q.    Do you know what was powering the torch?

 5         A.    Oxygen and acetylene.

 6         Q.    Acetylene.  What was the welding rod

 7    material, do you know?

 8         A.    Metal.

 9         Q.    Did you have to go to any sort of trade

10    school or anything to become a certified welder?

11         A.    Within the company, yes.  All

12    company-trained.

13         Q.    And could you explain to me or describe

14    to me what that training was like?

15         A.    Went to their weld school facility and

16    there was an instructor there, and we had three

17    weeks of schooling to pass their required test.

18         Q.    And you took and passed the test?

19         A.    Correct.

20         Q.    Where you'd do a weld and they'd x-ray

21    it to make sure that everything was done correctly?

22         A.    At that time they didn't x-ray it.  They

23    strength tested it.

24         Q.    Now, when you were part of the class
```

Gerard F. Cervantes

1    action lawsuit against Nicor seeking compensation

2    for your NHL, what was the -- what was your belief

3    as to the part of your job that caused the exposure

4    that led to your cancer?

5        A.    The belief was no backflow valve in the

6    boiler system, which was thought to have whatever

7    chemicals they put into the boiler system may have

8    gotten into the water.

9        Q.    Okay.  So, would that have been mostly

10   related to your work as a meter reader?

11       A.    No.  They're saying whether it was the

12   water that we drank or took a shower afterwards

13   and, you know, the water that was used at the

14   facility.

15       Q.    Okay.  The work that you did at Nicor,

16   was that during the day or at night?

17       A.    Both.

18       Q.    Was it -- did it change over time or is

19   it always sort of a day and night job?

20       A.    Because we're safety sensitive and we're

21   on callout 24 hours a day, if there is an emergency

22   or called up to go to work, as well as a lot of

23   overtime was -- was available because of the --

24   maybe a contractor hit a line and it -- we have to

Gerard F. Cervantes

1  go fix a gas main or service, things like that.

2      Q.    The gas passing through these lines was

3  natural gas?

4      A.    Yes.

5      Q.    Was there a particular part of the city

6  that you were responsible for or was it just

7  whatever came up within the city limits?

8      A.    Our area was DuPage County.  I worked in

9  that area.  So, the location that I was hired in

10  was there.

11      Q.    DuPage County, that was also -- is that

12  where you were working when you retired?

13      A.    Yes.

14      Q.    So, your entire time was there in DuPage

15  County?

16      A.    Yes, except for three years within the

17  company that I was in management for a short period

18  of time.

19      Q.    And you were in management at -- what

20  time period was that?

21      A.    Let me think.  I'm going to estimate

22  1992.

23      Q.    So, that was between when -- so, you

24  were working in the street department, right?

Gerard F. Cervantes

```
 1         A.    Correct.

 2         Q.    And then you were asked or given the

 3    opportunity to go into the company or into the

 4    headquarters of the building and work in a

 5    management role in 1992?

 6         A.    Correct.

 7         Q.    And how long did you do that?

 8         A.    Three years roughly.

 9         Q.    What was your responsibilities in the

10    management role?

11         A.    Safety and training department.

12         Q.    And what was your title?

13         A.    Safety and training supervisor I guess.

14         Q.    And were you -- tell me, what were your

15    job responsibilities?

16         A.    I looked into CDL training courses for

17    the employees.  It was all within the company.

18    Excavation safety, defensive driving, and vehicle

19    and personal injury accident reviews.

20         Q.    In your safety and training department

21    role, did you have the opportunity to learn of

22    particular chemicals that the workers that you were

23    responsible for their training were exposed to as

24    part of their job?
```

Gerard F. Cervantes

```
 1        MS. FREDONA:  Objection; form.  Go ahead.

 2   BY THE WITNESS:

 3        A.    No.

 4   BY MR. SHEPHERD:

 5        Q.    And then -- so, you did that for three

 6   years.  Why did you leave the management role?

 7        A.    There were other managers that wanted me

 8   to work in their department and be a supervisor in

 9   what we call the street department, and I didn't

10   want to do that.  I enjoyed safety and training and

11   wanted to stay there.  But because of my background

12   in the street department as a worker, they wanted

13   me to go there.  And I didn't want to do that.

14        Q.    So, you went back into the street

15   department?

16        A.    Yes.

17        Q.    And worked as -- that's when you began

18   working as a welder?

19        A.    No.  I was -- I went back to my previous

20   position as a lead person.

21        Q.    Okay.  Who was your supervisor at Nicor

22   when you left the company?

23        A.    When I left the company, it was Paul

24   Adam.
```

Gerard F. Cervantes

```
 1        Q.    And what was his title, if you recall?

 2        A.    Maintenance supervisor.

 3        Q.    Are there any co-workers with whom you

 4   worked with most frequently when you were at Nicor?

 5        A.    I'm sorry.  What was that?

 6        Q.    Were there any co-workers who you worked

 7   with most frequently while you were at Nicor?

 8        A.    Yes.

 9        Q.    Who -- what were their names?

10        A.    Norm Tatum, Rich Discianno, and Barbara

11   Draper.

12        Q.    And were Norm, Rich and Barbara on your

13   team?

14        A.    Yes.

15        Q.    Did they work under you or with you?

16        A.    Under me.

17        Q.    Do you know whether or not Norm, Rich

18   and Barbara, any of them were part of the class

19   action lawsuit?

20        A.    They were not.

21        Q.    And do you know why they were not?

22        A.    To my knowledge, never got sick.

23        Q.    Okay.  Now, I've seen or I saw in your

24   medical records that while you worked at Nicor you
```

Gerard F. Cervantes

1    were exposed to extensive amounts of asbestos.  Is

2    that right?

3         A.    No.

4         Q.    No.

5         A.    Not extensive.

6         Q.    Okay.  How much asbestos would you say

7    you were exposed to?

8         A.    I don't know how much.

9         Q.    How were you exposed to asbestos while

10   working at Nicor?

11        A.    Management had informed us that some of

12   the old gas pipe was protected by a coating that

13   had some asbestos in it.

14        Q.    Okay.  And how often would you have been

15   exposed to that particular coating on that pipe?

16        A.    Not sure how often because there's

17   different material that we work with.  Some of the

18   gas mains are plastic and some are steel.

19        Q.    Okay.  Let me show you this.  I'm going

20   to mark it as Exhibit 2.

21               (WHEREUPON, G. Cervantes Deposition

22               Exhibit No. 2 was marked for

23               identification:  4/22/16 medical

24               record;

Gerard F. Cervantes

```
 1              Confidential-Cervantes-GCervantes-
 2              DreyerMC-MD-000105 through 000107.)
 3   BY MR. SHEPHERD:
 4        Q.    Okay.  The Court Reporter has handed you
 5   Exhibit 2, Mr. Cervantes, which is just four pages
 6   of medical records.  Maybe not even four.  Three
 7   pages of medical records that we've received.  For
 8   the record they're Bates Nos. DreyerMC-MD-105
 9   through 107.
10              This is where I got the information
11   about the asbestos exposure.  But before we go
12   through those, let me ask you this.
13              When you go to your physician, they ask
14   you for information regarding your history and your
15   current complaints.  Would you agree with that?
16        A.    Yes.
17        Q.    And it's important that you give them
18   accurate information so they can provide the
19   healthcare that you are seeking, right?
20        A.    Yes.
21        Q.    All right.  So, this is a record from
22   Dreyer Clinic, Inc.  Have you ever been a patient
23   there?
24        A.    Yes.
```

Gerard F. Cervantes

```
 1        Q.    All right.  And if you look at the first

 2  page of Exhibit 2, you'll see up at the top

 3  right-hand corner your name there,

 4  Gerard F. Cervantes, correct?

 5        A.    Correct.

 6        Q.    And the date of birth on the -- just

 7 below that is    .  That's your date of birth,

 8  correct?

 9        A.    Correct.

10        Q.    All right.  And then the visit date is

11  April 22, 2016.

12              Do you see that?

13        A.    Correct.

14        Q.    All right.  Now, if you look on the last

15  page of Exhibit 2, down three-quarters of the way

16  down, there's a section that says "PMH."

17              Do you see that?

18        A.    Yes.

19        Q.    And I'll tell you I believe that stands

20  for Past Medical History.

21              It says, "Large B-cell lymphoma,

22  primarily liver involvement, stage IIB/E, stage 4."

23              Did I read that correctly?

24        A.    Correct.
```

Gerard F. Cervantes

1      Q.    And is that consistent with your

2    recollection of your non-Hodgkin's lymphoma?

3      A.    Correct.

4      Q.    Below that it says, "Occ med."

5            Do you see that?

6      A.    Yes.

7      Q.    And it says, "Hazardous exposures -

8    benzene/PCB/asbestos by 30 years."

9            Did I read that correctly?

10     A.    Correct.

11     Q.    Did you report to your doctor at the

12   Dreyer Clinic that you had been exposed to benzene,

13   PCB and asbestos for 30 years?

14     A.    That is what they asked me as far as

15   what we use at work and what I've used.

16     Q.    Now, let me give you.

17     MR. SHEPHERD:  Mark that as Exhibit 3 if you

18   would, please.

19                  (WHEREUPON, G. Cervantes Deposition

20                   Exhibit No. 3 was marked for

21                   identification:  5/25/16 medical

22                   record;

23                   Confidential-Cervantes-GCervantes-

24                   DreyerMC-MD-000108.)

Gerard F. Cervantes

```
1    BY MR. SHEPHERD:
2         Q.    Mr. Cervantes, the Court Reporter has
3    now handed you Exhibit 3, and this is another
4    medical record from Dreyer Clinic.  You're the
5    patient, right?  Gerard F. Cervantes is there on
6    the first --
7         A.    Correct.
8         Q.    Top of the first page?
9         A.    Correct.
10        Q.    And here the visit date is May 25 of
11   2016.
12             Do you see that?
13        A.    Where do I see that at?
14        Q.    Just one line below your name.
15        A.    Oh.  Yes.
16        Q.    And then the note starts -- it's a
17   progress note signed by Karen M. Burgner.  Do you
18   remember Dr. Burgner?
19        A.    Yes.
20        Q.    Is she somebody you saw at the Dreyer
21   Clinic?
22        A.    Correct.
23        Q.    How many times would you say you have
24   seen Dr. Burgner?  Is she your primary?
```

Gerard F. Cervantes

1      A.    She's my primary.  Once a year.

2      Q.    All right.  So, below that it says,

3  "Married."  Social history is "Married," correct?

4  You were married?

5      A.    Correct.

6      Q.    "Retired from Nicor"?

7      A.    Correct.

8      Q.    "Running own lawn care business"?

9      A.    Correct.

10     Q.    And then it says, "Extensive asbestos

11  exposure.  Also benzene exposures, PCB exposure

12  times 30 years."

13          Did I read that correctly?

14     A.    That is correct.

15     Q.    Do you --

16     A.    And the 30 --

17     Q.    Go ahead.  I'm sorry.

18     A.    The 30 years would be minus three years

19  as a meter reader and three years as -- in

20  management.

21     Q.    Do you recall telling Dr. Burgner that

22  you had extensive asbestos exposure?

23     A.    Not extensive.  But as I stated to you,

24  the -- what they said was small traces of asbestos

Gerard F. Cervantes

1    that coated the pipe.  But I do not recall

2    extensive.

3        Q.    In your dealings with Dr. Burgner over

4    the years, do you find that she's an accurate

5    person?

6        A.    To my knowledge, yes.

7        Q.    Generally what you've told her over your

8    time being her patient, she's reflected that back

9    to you when you've talked about it.  Is that true?

10       A.    Yes.

11       Q.    Okay.  And you'll agree with me, at

12   least here, she wrote that you had extensive

13   asbestos exposure, correct?

14       A.    That's what she wrote.

15       Q.    And there is no way she would have known

16   that other than with -- other than having a

17   conversation with you.  Is that true?

18       A.    Yes.

19       Q.    Did you -- anyone go with you to your

20   doctor's appointments generally?

21       A.    Oncologist, yes.  Dr. Burgner, myself.

22       Q.    And who would have gone with you to your

23   oncologist?  Would that have been your wife?

24       A.    My wife.

Gerard F. Cervantes

```
1        Q.     Anyone other than your wife?

2        A.     No.

3        Q.     How were you exposed to PCB?  And you

4   told me it was 30 years minus 6.  So, for 24 years,

5   what was your exposure to asbestos while at Nicor?

6        A.     Working on the main, the gas mains.

7        Q.     And PCB stands for polychlorobiphenyl,

8   right?

9        A.     I believe so.

10        Q.     Do you know if polychlorobiphenyl is a

11   known human carcinogen?

12        A.     I do not.  Or don't recall.

13        Q.     Did you become aware of the dangers of

14   asbestos at some point?

15        A.     No training on it.  Just hearsay and

16   know that it's not anything that's good.

17        Q.     Do you know that asbestos has been known

18   to cause certain types of cancers?

19        A.     I've heard.

20        Q.     You have heard those TV commercials I'm

21   sure, right?

22        A.     Yes.

23        Q.     I don't think anybody has escaped those

24   TV commercials.
```

Gerard F. Cervantes

1             When you worked around asbestos at the

2     time that you were dealing with it, did you wear

3     any sort of personal protective equipment?

4         A.    No, because it was not brought to our

5     attention for many years that there were traces of

6     it in the coating.  So, we were not even

7     knowledgeable of it.

8         Q.    You also had told Dr. Burgner that you

9     were exposed to benzene in your job, is that right?

10        A.    Correct.

11        Q.    How were you exposed to benzene?

12        A.    That's a product that was used to help

13    keep corrosion on the gas pipe once you disturb the

14    coating of it and then try to put it back into a

15    non-corrosive state.

16        Q.    How often would you say that you were

17    exposed to benzene on your job at Nicor?  Was it

18    every time you touched a pipe?

19        A.    No.  Three times a week as when I was a

20    welder, but once I promoted out of that position

21    and I was a lead person, I didn't have to deal with

22    it much because I had a welder on the team and that

23    was -- on the crew and that was his job.

24        Q.    Did you become aware of the dangers of

Gerard F. Cervantes

1    benzene at some point?

2         A.    Later as I worked there.

3         Q.    At the time that you worked there and

4    were being exposed to benzene three times a week

5    for however many years, did you wear personal

6    protective equipment to protect you from benzene

7    exposures?

8         A.    No because the company informed us that

9    OSHA guidelines stated that it was not required

10   because of the short period of time that it was

11   used as well as outside where we work, the

12   ventilation was adequate and didn't need any of

13   that.

14        Q.    And who at the company would have

15   informed you of that information, that PPE wasn't

16   needed for benzene exposure because of the duration

17   and the places in which you were exposed?

18        A.    Training supervisors as well as

19   supervisors themselves I guess.

20        Q.    So, at least it was your understanding

21   from the training supervisors and the supervisors

22   itself that there was safe levels of benzene that

23   you could be exposed to and you were -- the benzene

24   you were exposed to was safe?

Gerard F. Cervantes

1          MS. FREDONA:  Objection; form.

2     BY MR. SHEPHERD:

3          Q.    Or at least safe enough that you didn't

4     need to wear personal protective equipment.  Is

5     that correct?

6          A.    Correct.

7          Q.    All right.  And then PCBs, how were you

8     exposed to PCBs in your work at Nicor?

9          A.    Not really sure PCB.  Give me that

10    definition again.

11         Q.    I think it's polychlorobiphenyl.

12         A.    Not knowledgeable on that.

13         Q.    Okay.  Did you wear any PPE when you

14    were working as a welder or on the street

15    maintenance team at any point?

16         A.    While welding, other than welding

17    gloves, welding goggles, you know, cotton clothing.

18         Q.    But no respirator?

19         A.    No.

20         Q.    Do you work with -- did you work with

21    any other chemicals in the workplace at Nicor that

22    you're aware of?

23         A.    No.

24         Q.    Have you considered a lawsuit against

Gerard F. Cervantes

```
 1   the -- either Nicor or the manufacturers of
 2   asbestos, benzene or PCBs that you used at Nicor
 3   for your cancer?
 4        A.    What was that again?
 5        MS. FREDONA:  Objection; form.
 6   BY MR. SHEPHERD:
 7        Q.    Have you considered a lawsuit against
 8   Nicor or any of the manufacturers of the benzene,
 9   PCB and asbestos used at Nicor?
10        MS. FREDONA:  Objection; form.
11   BY MR. SHEPHERD:
12        Q.    You can answer if you understand the
13   question.
14        A.    To my knowledge, that class action suit
15   was the water, but I don't know if anything else
16   was included in there.  I was a name that was added
17   to it.  I was not the person that spearheaded it.
18        Q.    Did you apply any pesticides when you
19   worked at Nicor?
20        A.    No.
21        Q.    Did you apply any insecticides or bug
22   spray when you worked at Nicor?
23        A.    No.
24        Q.    Did you apply any rodenticides when you
```

Gerard F. Cervantes

1    worked at Nicor?

2         A.    I don't know what that is.

3         Q.    Like rat poison?

4         A.    No.

5         Q.    Were you exposed to gasoline or diesel

6    fuel while you worked at Nicor?

7         A.    To fill up the equipment.

8         Q.    How often would you say that you were

9    exposed to gasoline fumes when you worked at Nicor?

10   Was it a daily basis?

11        A.    No.  As needed to fill up the machine or

12   the truck, but also the night garage, that was one

13   of their main requirements so that when we went out

14   to work in the morning for, let me say, to be

15   efficient, that was a basic thing that they didn't

16   want us to do.  The night garage fueled everything.

17        Q.    What -- help me understand the machine.

18   What machine would --

19        A.    A digging, a backhoe.  We used a backhoe

20   to dig in the ground to get to the underground

21   facility and pipes.

22        Q.    And were those fueled by gasoline or

23   diesel, do you know?

24        A.    The backhoe was diesel and the trucks,

Gerard F. Cervantes

```
 1   to my knowledge, were gasoline.
 2        Q.   And whenever you were out on a job and
 3   you needed access to the pipeline for whatever
 4   reason, you'd use the backhoe?
 5        A.   Correct.
 6        Q.   There was a backhoe operator, though,
 7   you didn't actually operate it?
 8        A.   I was an operator.
 9        Q.   You were an operator?
10        A.   Yes.
11        Q.   Did you ever have any workplace injuries
12   while at Nicor?
13        A.   No.
14        Q.   Did you ever take medical leave outside
15   of the medical leave you took for non-Hodgkin's
16   lymphoma while you were at Nicor?
17        A.   Other than a cold or called in sick,
18   basic like that, no.
19        Q.   Were you ever disciplined or suspended
20   while at Nicor?
21        A.   No.
22        MR. SHEPHERD:  We have been going about an
23   hour.  Let's take a quick break, if that's okay
24   with you.
```

Gerard F. Cervantes

```
1          THE WITNESS:  Sure.

2          MR. SHEPHERD:  All right.  Let's say --

3          THE VIDEOGRAPHER:  The time is 9:56 a.m., and

4     we're going off the video record.

5                    (WHEREUPON, a recess was had

6                     from 9:56 to 10:06 a.m.)

7          THE VIDEOGRAPHER:  The time is 10:06 a.m., and

8     we're back on the video record.

9     BY MR. SHEPHERD:

10         Q.   Mr. Cervantes, if you would, could you

11    pull out Exhibit 3 again out of the stack there.

12    It's the single-page record there, the one dated

13    5/25/16.

14         A.   Got it.

15         Q.   So, we were reading here earlier.  It

16    said, "Extensive asbestos exposure.  Also benzene

17    exposures, PCB exposure by 30 years."

18              I want to focus on the next few lines.

19              It says, "Co-worker also has history of

20    non-Hodgkin's lymphoma."

21              Do you know which -- what's the name of

22    that co-worker, do you recall?

23         A.   Yes.  Gary Cichy.

24         Q.   How do you spell his last name?
```

Gerard F. Cervantes

```
 1        A.    C-i-c-h-y.

 2        Q.    And Mr. Cichy still alive, to your

 3   knowledge?

 4        A.    He's deceased.

 5        Q.    Did he die of his non-Hodgkin's

 6   lymphoma?

 7        A.    No.  An injury.

 8        Q.    Did you ever discuss non-Hodgkin's

 9   lymphoma with Mr. Cichy?

10        A.    Yeah.  We talked.

11        Q.    Does he know or did he know what the

12   cause of his non-Hodgkin's lymphoma was?

13        A.    He did not.

14        Q.    Was he part of the lawsuit against

15   Nicor?

16        A.    I don't recall.

17        Q.    Did you and Mr. Cichy discuss whether or

18   not your non-Hodgkin's lymphoma may have been

19   caused by your work at Nicor?

20        A.    Yes.

21        Q.    Did you come to the -- to the conclusion

22   that it possibly could have been?

23        A.    No conclusion.  Just we both had

24   non-Hodgkin's lymphoma.
```

Gerard F. Cervantes

```
1        Q.    Do you know if he had the same subtype
2  as you?
3        A.    Do not know.  He was also a taxidermist.
4  So, he worked with other products.  So, did not
5  know.
6        Q.    The next line in here says, "Severe
7  harassment at work."
8              Do you know what that refers to?
9        A.    To my knowledge, I felt that because of
10  the water dispute and I was -- my name was on
11  there, I felt that there was some repercussion.
12        Q.    And who was the source of the harassment
13  or repercussion?
14        A.    I felt the supervisor at that time.
15        Q.    And what was his name?
16        A.    Paul Adam.
17        Q.    Okay.  Anyone else?
18        A.    No.
19        Q.    And how did -- how did the harassment
20  manifest?  What did he do?
21        A.    I just felt like it was nitpicking any
22  little thing that maybe he felt that he could look
23  at, did.  And it was a personal feeling.
24        Q.    And that class action was in 2006,
```

Gerard F. Cervantes

1   right?  This note is from 2016.  So, did that

2   harassment happen or go forward for ten years?

3       A.    No, not ten years.  He wasn't my

4   supervisor all of that time.

5       Q.    Okay.

6       A.    I had previous supervisors before him.

7       Q.    When did he become your supervisor?

8       A.    I would have to give you an estimate.

9       Q.    Okay.

10      A.    The last two or three -- two or three

11  years that I worked there.

12      Q.    And help me understand.  So, I thought,

13  and I could be wrong, but I thought I noted that

14  you stopped working in 2014, right?

15      A.    2009.

16      Q.    Stopped working in 2009?

17      A.    I retired --

18      Q.    And retired in --

19      A.    I retired in 2014.  But if you recall,

20  they gave me that not -- let me say disabled per

21  company guidelines.

22      Q.    Right.  For that five --

23      A.    And that was in 2009.

24      Q.    Okay.  So, how -- this is in 2016.  She

Gerard F. Cervantes

1    says, "Working 50 hours a week."  Are you working

2    50 hours a week somewhere other than Nicor?

3         A.    Oh, no.  That was -- the 50 hours a week

4    was because there's so much overtime involved.

5         Q.    Okay.  But you retired in 2014 I

6    thought?

7         A.    Retired from 2014, but remember those

8    five years I was not at the company.  I was being

9    paid 50% of my base pay.

10        Q.    That was from 2009 to 2014?

11        A.    '14, correct.  I was not at the company

12   at all.

13        Q.    Okay.  But this medical record that we

14   are looking at is dated 2016.

15        A.    Okay.

16        Q.    And it's talking about harassment at

17   work from Mr. Adam, is your supposition, and you're

18   working 50 hours a week.

19              And I guess my question is if you

20   retired from Nicor in 2014, why in 2016 are -- is

21   she noting that you are working 50 hours a week and

22   that you are being harassed by Mr. Adam?

23        A.    Well, I don't -- maybe she -- the only

24   thing I can think of is her dates are wrong.

Gerard F. Cervantes

1      Q.    Okay.

2      A.    Everything there is correct until I left

3   there in 2009.

4      Q.    Okay.  So, you think that you took --

5   Mr. Adam became your supervisor approximately 2007,

6   2006, 2007?

7      A.    Correct.

8      Q.    And continued in that --

9      A.    Until 2009.  I'm sorry.

10      Q.    And continued in that role until 2009?

11      A.    Um-hmm.

12      Q.    And at that point you were working 50

13   hours a week?

14      A.    40 hours a week.

15      Q.    Plus overtime?

16      A.    Plus overtime.  But when I came back to

17   the gas company after my initial first time of

18   cancer, my doctor gave me a written note that I

19   could only work 40 hours a week full time because

20   there was so much, I say, overtime because of

21   emergency situations that came up and I was too

22   weak to work all those extra hours.

23           So, prior to that, yes, 50 hours a week,

24   60 hours a week; but once I came back to work, they

Gerard F. Cervantes

1    could only work me 40 hours a week.

2        Q.    Okay.  And I know your initial -- and I

3    don't have a lot of medical records or any medical

4    records actually from your initial diagnosis, but

5    that was in 2004?

6        A.    Correct.

7        Q.    How long were you out of work after that

8    initial diagnosis and treatment?

9        A.    Approximately two years.

10       Q.    So, you returned to work in

11   approximately 2006?

12       A.    July 24 of 2006.

13       Q.    Okay.  And you stayed working 40 hours a

14   week at that point as a supervisor on the street

15   maintenance crew, right?

16       A.    Not a supervisor.  As a lead person.

17       Q.    Lead person.  Sorry.

18       A.    Correct.

19       Q.    Until you took the 50% leave in 2009

20   when your cancer reoccurred?

21       A.    Correct.

22       Q.    And then from 2009 until 2014 you

23   received the 50% pay but you didn't actually go to

24   work at all?

Gerard F. Cervantes

```
1        A.    That is correct.

2        Q.    When you retired in 2014, if you had

3   been going to work or if you had gone back to work,

4   would Mr. Adam have been your supervisor?

5        A.    I would guess yes.  Supervisors get

6   promoted, get repositioned all the time.  So, I

7   don't know when he was relocated, so to speak.

8        Q.    All right.  Let's talk a little bit

9   about other work other than Nicor.

10             Best I can tell from looking at your

11   Plaintiff Fact Sheet and the records that I have,

12   including your Complaint, before working for Nicor

13   you worked for something called ASC Lawn Care.  Is

14   that right?

15       A.    Correct.

16       Q.    Was that also known as Dr. J Lawn Care?

17       A.    Correct.

18       Q.    So, that was the same company, ASC and

19   Dr. J?

20       A.    Correct.

21       Q.    And you owned those -- that company?

22       A.    Correct.

23       Q.    When did you start that company?

24       A.    In 1998.
```

Gerard F. Cervantes

 1     Q.    And it was a lawn care company?

 2     A.    Correct.

 3     Q.    What sort of things did the company do?

 4     A.    Maintenance work.  Not new lawn care.

 5           So, the basic scope would be cutting

 6   grass, trimming bushes, putting down mulch, what we

 7   call bed edging, and at that initial time,

 8   maintaining weeds, weed control.

 9     Q.    And did this happen at residences or at

10   commercial properties?

11     A.    As we started out as residential and as

12   we grew, incorporated commercial properties also.

13     Q.    How much time did you spend in that job

14   over the years at ASC or Dr. J?

15     A.    From 1998 until present.  I still do

16   lawn care.

17     Q.    How many hours a week would you say you

18   work in lawn care?

19     A.    It varied from 20 hours a week to 40

20   hours a week.

21     Q.    And how -- what was the factor that

22   caused the variance in the number of hours that you

23   were working?

24     A.    As the company grew, more customers,

Gerard F. Cervantes

1    more clients.

2        Q.    So, it started at 20 hours a week and

3    now it's up to 40?

4        A.    I work 30 to 40 hours a week now.

5        Q.    And as the owner, are you the one that's

6    actually doing the work or do you have crews that

7    do that for you?

8        A.    Very small company.  Myself, my

9    daughter, my son-in-law, and if I have, say, a big

10   mulch job or something, I'll hire a high school

11   person.

12       Q.    Your -- when the company first started

13   back in 1998, was it just you?

14       A.    Myself.  We got started because my

15   daughter at the time was 14 years old and she

16   wanted to get a job.  And, so, I told her, "I'll

17   show you how to run your own company, your own

18   business, so that you don't ever have to work for

19   nobody."  So, it was her and I initially.

20       Q.    And when we were speaking earlier, you

21   indicated that you knew the properties at which you

22   worked over time.

23             Do you have a recollection of all the

24   properties that you've worked at over time from '98

Gerard F. Cervantes

```
 1    to present?

 2         A.    Most of them, yes.

 3         Q.    How many are there approximately?

 4         A.    Now or then?

 5         Q.    Let's talk about in total.

 6         A.    In total?

 7         Q.    Um-hmm.

 8         A.    Initially just small residential yards

 9    to get started and then going forward and growing.

10    I'd say at my busiest we had three nursing homes,

11    two large churches, and two good size subdivisions

12    that we would maintain their common area, and about

13    20 residential.

14         Q.    And where -- what time period was that

15    peak where you had that -- that level of business

16    going?

17         A.    That level of business?  '98 I started.

18    Let me think.  Probably '99.

19         Q.    And would you say that you maintained

20    that level of business from '99 to the present?

21         A.    No.  We've -- not that big anymore.

22         Q.    How long were you that big?  '99 to

23    when?

24         A.    Until I got sick in 2004.
```

Gerard F. Cervantes

1    Q.    Okay.  And in 2004 what -- what sort of

2    or what level of work were you doing?  How many

3    properties did you have?

4    A.    The ones that I just stated.

5    Q.    In 2004, but then it dropped.

6    A.    Up to 2004.

7    Q.    And then in 2004 it dropped to what?

8    A.    Because I had cancer for two years, it

9    dropped significantly because of cancer and did

10   some residential and maybe one or two smaller

11   commercial.

12   Q.    And then after you got your cancer in

13   2004, you stopped using Roundup.  Is that true?

14   A.    Correct.

15   Q.    Okay.  We will explore sort of the work

16   and exactly what you did in more detail in a little

17   bit.  But let me get a little bit broader at this

18   point.  We'll narrow down later.

19        What was the average yearly revenue of

20   ASC Lawn?

21   A.    Again, it's going to vary.  My daughter

22   did the books, things like that.  But I believe our

23   largest year, we grossed probably about $100,000.

24   Q.    And is this a business for which you

Gerard F. Cervantes

1   paid taxes?

2        A.    Yes.  We are an LLC corporation.

3        Q.    And your daughter did the books?

4        A.    Yes.

5        Q.    Did you have an accountant also?

6        A.    My daughter did the books and then we

7   went to a tax person, you know, to file every year,

8   as we still do.

9        Q.    Do you recall whether or not you

10  itemized your expenses for the business on your

11  taxes?

12       A.    As much as we can, yes.

13       Q.    And you would have claimed business

14  expenses on your taxes, right?

15       A.    Yes.

16       Q.    Would your purchase of Roundup to be

17  used in the business been something that you would

18  have claimed as a business expense?

19       A.    I don't believe they're specific.  To my

20  knowledge, it's business expenses.

21       Q.    Okay.  You didn't -- your tax preparer

22  didn't ask you for receipts or proof of your

23  business expenses that you were claiming as

24  deductions on your taxes, to your recollection?

Gerard F. Cervantes

```
 1        A.     No.  Not to my recollection.

 2        Q.     Would your daughter be in a better

 3   position to answer that question?

 4        A.     No because in -- when she was younger,

 5   at 14, 15, 16 years old, she didn't do the books.

 6   Okay.  She did them after she graduated college and

 7   she showed me a diploma.  She's now the president

 8   of the company.

 9        Q.     So, back -- back -- and let's talk about

10   from '98 to 2004.

11        A.     Um-hmm.

12        Q.     You would have been the person

13   responsible for the -- doing the books, the

14   bookkeeping for the company?

15        A.     I had a friend that was a business

16   partner during that time, and his wife did the

17   books.

18        Q.     What was the friend's name?

19        A.     Jim Cozcher.

20        Q.     C-h-o-k-e-r?

21        A.     C-o-z-c-h-e-r.

22        Q.     C-o-z-c-h-e-r?

23        A.     E-r.  Jim Cozcher.

24        Q.     And is Jim still alive?
```

Gerard F. Cervantes

```
 1        A.    Yes.

 2        Q.    Where does he live, do you know?

 3        A.    Not sure what town, but he lives in

 4   Florida.

 5        Q.    Do you still -- are you still in contact

 6   with him?

 7        A.    We speak twice a year.

 8        Q.    And it was Jim's wife that did the books

 9   in '98 to 2004?

10        A.    I would say somewhere between '99 and

11   2000.

12        Q.    Okay.  What was her name?

13        A.    Joyce.

14        Q.    Same last name?

15        A.    Correct.

16        Q.    From 2000 to 2004 or let's say 2001 to

17   2004, who would have done the books?

18        A.    My recollection would have been Joyce

19   Cozcher.

20        Q.    Oh, she did it from '99 to 2004?

21        A.    Whenever we -- he came on as a business

22   partner.  So, I'm estimating -- I started in '98,

23   '99.  So, I'm going to estimate somewhere between

24   2000, 2001 she did the books.  Prior to that we
```

Gerard F. Cervantes

1    were so small, I did the basics.

2         Q.    Okay.

3         A.    And took that to my tax person.

4         Q.    And then she did them from 2000, 2001 up

5    through 2004?

6         A.    Yes.

7         Q.    Or up until your daughter took over?

8         A.    Well, that was 2004 when I got sick.

9         Q.    Okay.

10        A.    And then they moved to Florida at that

11   time and then was no longer a part of the business,

12   the company.

13        Q.    Have you used the same tax person for

14   the business since the beginning?

15        A.    Correct.

16        Q.    What's that person's name?

17        A.    Last name is Reed, R-e-e-d.  I'm trying

18   to think of her first name.  I can't remember the

19   first name right now.  Last name is Reed.

20        Q.    Where does Ms. Reed work?

21        A.    She has her business in Sugar Grove,

22   Illinois.

23        Q.    As a tax preparer?

24        A.    Yes.

Gerard F. Cervantes

1        Q.    Not for any particular company, just her

2   own?

3        A.    It's her own business.

4        Q.    Do you have copies of the tax returns

5   for ASC Lawn Care going back to 1998?

6        A.    I don't know if I have them going back

7   that far.

8        Q.    You do have some of the tax returns for

9   the company, though, in your possession?

10        A.    Either myself or my daughter does.

11        Q.    Is that anything that you've produced to

12   your counsel --

13        A.    No.

14        Q.    -- for the lawsuit?  No.

15              Do you have any sort of -- going to kind

16   of sound weird -- but a document retention policy

17   for ASC Lawn?  In other words, do you keep your

18   documents for a certain amount of time and then

19   clear them out or is it kind of throw them in a

20   drawer and they stay there?

21        A.    Maybe five years going back.

22        Q.    So, other than you, your daughter, your

23   son-in-law, maybe some high school kids that you

24   hire from time to time, have there been any other

Gerard F. Cervantes

1   employees of ASC Lawn Care, to your recollection?

2        A.    Yes.  In the busy time that I had told

3   you, we had two employees probably, maybe, maybe

4   three at the most.

5        Q.    Do you recall any of their names?

6        A.    I'm trying to think because it was such

7   a long time ago.

8        Q.    I understand.

9        A.    Not at this time.  Hopefully they'll pop

10  up in my head.

11       Q.    If they do, just let us know and you can

12  put their names on the record.  Okay?

13       A.    Okay.

14       Q.    The employees that you did have at ASC,

15  including these two folks that you didn't know and

16  yourself and your daughter, were they W-2 employees

17  or did you give them 1099 miscellaneous, do you

18  recall?

19       A.    To my recall, treated them as an

20  independent contractor.

21       Q.    Okay.

22       A.    And, again, I didn't do the books at

23  that time.

24       Q.    If we want to see those books, the best

Gerard F. Cervantes

1    person for us to talk to would be Joyce.  Is that

2    right?

3         A.    Yes, but I don't believe we have

4    anything going back to 1998.

5         Q.    Is Joyce still alive?

6         A.    Yes.

7         Q.    And she lives in Florida with Jim?

8         A.    Yes.

9         Q.    How did you and Jim get together to sort

10   of become partners in this business?

11        A.    When I moved into my house in '96, he

12   was a neighbor kitty-corner across the street and

13   we became friends.

14        Q.    It was in this job at ASC Lawn Care that

15   you allege you were exposed to Roundup, is that

16   right?

17        A.    We used the product, yes.

18        Q.    Did you work with any other chemicals

19   during your time at ASC Lawn Care?

20        A.    No.

21        Q.    No fertilizers, anything like that?

22        A.    No.

23        Q.    Do you use any other weed control

24   products?

Gerard F. Cervantes

1    A.    No.

2    Q.    You said that you did a lot or you did

3    mulching, is that right?

4    A.    Correct.

5    Q.    Where did you get your mulch?

6    A.    Primarily from Montgomery Landscape.

7    Q.    Do you know if that mulch was treated in

8    any way with either pesticides or herbicides?

9    A.    Not to my knowledge.  I just purchase

10   it.

11   Q.    Was it in bags or did you buy it in

12   bulk?

13   A.    Bulk.

14   Q.    Was it a particular type of mulch that

15   you normally use, black, cedar, red?

16   A.    Dark brown in color.

17   Q.    Okay.  I think you've answered these

18   questions sort of around and about, but I'm going

19   to ask them just so it's clear on the record.

20         Did you apply any pesticides when you

21   worked at ASC Lawn Care?

22   A.    The only thing that we used for weed

23   control was Roundup.  I didn't use any fertilizer

24   myself or work with that at all.

Gerard F. Cervantes

 1       Q.    Did you apply any insecticides or bug

 2  spray in your job at ASC?

 3       A.    No.

 4       Q.    How about any rodenticide, some rat

 5  poisoning or anything like that?

 6       A.    No.

 7       Q.    Did you actually push the mowers, use

 8  the weed eaters, those sort of things --

 9       A.    Correct.

10       Q.    -- on that job?

11             Were those gas-powered or electric?

12       A.    Gas-powered.

13       Q.    So, to some degree you were exposed to

14  gasoline fumes in that job at ASC Lawn, would you

15  agree?

16       A.    Yes.  The equipment requires gasoline to

17  be used.

18       Q.    Did you ever have any workplace injuries

19  while you were at ASC Lawn Care?

20       A.    None.

21       Q.    Did you ever take medical leave while

22  you were at ASC Lawn Care?

23       A.    None.

24       Q.    Other than the non-Hodgkin's lymphoma

Gerard F. Cervantes

1    time?

2         A.    Correct.

3         Q.    And during that time for those two

4    years, I think you said it was two years before you

5    returned to Nicor, did you take the same two years

6    off at ASC?

7         A.    Yes.  I did not -- I wasn't working.

8         Q.    Right now you're working 30 to 40 hours

9    a week at ASC?

10        A.    It just started this year, yes.

11        Q.    So, take me through, if you would, your

12   work at ASC.  It started in '98, right?

13        A.    Yes.

14        Q.    How many hours a week did you work back

15   then?

16        A.    20 hours a week because I was still a

17   full-time employee at Nicor Gas.

18        Q.    And then from '98 to 2004, that was sort

19   of the busier time at ASC, right?

20        A.    Yes.

21        Q.    And then you told me you were working

22   maybe 40 hours a week, is that right?

23        A.    Myself, during that time, because I was

24   a full-time employee at the gas company, was

Gerard F. Cervantes

 1   probably still 20 hours a week.

 2        Q.    Oh, still 20 hours a week.  Okay.

 3              Then you took off from 2004 to 2006 for

 4   cancer?

 5        A.    Correct.

 6        Q.    Then you returned in 2006.  How many

 7   hours?  Was it still 20 hours a week then?

 8        A.    Again, varied because it was small, and

 9   really this year is where we started to grow it

10   again.

11        Q.    Okay.  So, from 2006 all the way up to

12   2020, it was a relatively small amount of work for

13   you, 20 hours a week?

14        A.    Again, that's going to vary because in

15   this industry, spring and fall, you have spring

16   cleanups.  So, after the spring cleanups are done,

17   then maybe we slow down because it's weekly

18   cutting, and then fall it picks up again because

19   whether we're trimming bushes and then fall cleanup

20   and then it picks up.  So, it's going to roller

21   coaster, so to speak, a little bit.

22        Q.    Okay.  But then in the last year or so

23   you've sort of started working more hours per week?

24        A.    Just this season.

Gerard F. Cervantes

1      Q.    Just this season?

2      A.    Starting this year.

3      Q.    And help me understand.  Prior to just

4  this season where you sort of increased, was the

5  amount of work you did with the fluctuations you

6  just described consistent all the way back to 2006?

7      A.    Well, 2006 is when I -- '04 to '06.  I

8  mean, 2006 is when I started up again.

9      Q.    Right.

10     A.    Yeah.

11     Q.    And from 2006 up until this year, was

12 your work -- the amount of hours that you worked at

13 ASC Lawn consistent, taking into account the sort

14 of fluctuations in time, but it was -- it was sort

15 of steady from 2006 until this last season in which

16 it's gone up?

17     A.    Correct.

18     MS. FREDONA:  Objection; form.

19 BY THE WITNESS:

20     A.    It will go from initially, like I said,

21 30, 40 hours.  We get all the spring cleanups done,

22 the bushes trimmed, things like that.  And then,

23 even like now, if it dries up and you get a little

24 bit of a drought, it will slow down.  And then the

Gerard F. Cervantes

1   fall picks back up again and bed edging, mulching,

2   trimming bushes.  So, it's going to go from 20 to

3   30 plus back to 20, things like that.

4        Q.    With the commercial businesses that you

5   work with at ASC, do you have written contracts or

6   is it just handshake sort of agreement?

7        A.    On the commercial, there would be a

8   contract.

9        Q.    Okay.  And would your daughter have

10  those contracts if we wanted to see them?

11       A.    No, because she was a teenager at the

12  time.  She did not do those.

13       Q.    What about now?

14       A.    I have one contract with a church.

15  Everything else is residential and it's just a

16  verbal, handshake.  You want me to cut your grass,

17  I cut it and I trust you.

18       Q.    Have you ever filed a claim for medical

19  disability outside of your non-Hodgkin's lymphoma?

20       A.    No.

21       Q.    Have you ever filed a workers'

22  compensation claim?

23       A.    I have not other than I fell into the

24  short- and long-term leave from the company.

Gerard F. Cervantes

1      Q.    But outside of that, you've never filed

2  a workers' compensation, "I was injured on the job,

3  I can't work," and you filed either a claim or a

4  lawsuit as a result of that?

5      A.    No.

6      Q.    Have you ever been denied life

7  insurance?

8      A.    Never.

9            Yes, after cancer you can't get life

10 insurance.

11     Q.    What company denied you life insurance?

12     A.    I don't recall the company, but here's

13 how it played out.  My wife has life insurance and

14 when the representative came, of course, he's like,

15 "Hey, Mr. Cervantes, what about you?  Can we talk

16 to you about life insurance?

17           And I said, "Well, I'm a cancer

18 survivor.  Here are the dates.  Here's what it

19 was."

20           And they're like, "Ah."  Verbally said

21 no, I don't think so.

22     Q.    Okay.

23     A.    Nothing to state that I tried and it was

24 on paperwork.  It was I believe him trying to get

Gerard F. Cervantes

```
1   another customer and I said, "Here's my cancer
2   history."  And it was pretty much like, "Ah,
3   let's," you know, "We're not going to go -- go
4   there."
5           So, not anything that I officially tried
6   to get because I just felt like it was not going to
7   be accepted.
8       Q.    Have you ever served in the military?
9       A.    Yes.
10      Q.    What branch?
11      A.    United States Marine Corps.
12      Q.    When was that?
13      A.    1977 right after I got out of high
14  school.
15      Q.    '77 to '81?
16      A.    '77, I was in the delayed entry program.
17  I was too young to go in.  So, my parents had to
18  sign a form for me to enlist.  And '77, '78 --
19  well, went in late in '77, '78, '79, and got out
20  just before I started at the gas company.
21      Q.    In -- remind me what year was that that
22  you started at the gas company.
23      A.    1980.
24      Q.    1980.  Where were you stationed?
```

Gerard F. Cervantes

1      A.    San Diego, California, Camp Pendleton,

2   and then Adak, Alaska, and then back to -- trying

3   to think of it -- Treasure Island in San Francisco,

4   California.

5      Q.    What was your military occupational

6   specialty?

7      A.    Infantry.

8      Q.    Did you have any exposures to chemicals

9   or hazardous materials as part of your job in the

10  infantry?

11     A.    None.

12     Q.    Did you ever serve in combat?

13     A.    No.

14     Q.    Did you receive any citations or medals?

15     A.    No.

16     Q.    Did you receive any or were you injured

17  while you were in the Marine Corps?

18     A.    No.

19     Q.    And you were discharged in 1980?

20     A.    Correct.

21     Q.    What type of discharge?

22     A.    Honorable.

23     Q.    Did you serve in the Reserves after

24  you -- your honorable discharge?

Gerard F. Cervantes

```
1      A.    No.  I was what they call -- I'm trying
2   to think.  They had up to three years if war broke
3   out that they could call me back.  So, there was a
4   three-year window, but I did not enlist and serve
5   as a reservist, no.
6      Q.    As an infantryman in the Marine Corps
7   between '77 and '80, what did you do on a daily
8   basis?
9      A.    We trained, as far as in the infantry,
10  prepared for combat.  But it was to me short
11  because my year in Adak, Alaska was what they call
12  Marine barracks, and it was really us guarding what
13  they called the compound.  But we were not
14  privileged to know what was in there.  So, I don't
15  even know what was in there that we were guarding.
16  Here's my orders.  Here's what I do.
17     Q.    Did you shoot a rifle will as part of
18  your training?
19     A.    M16.
20     Q.    How often did that happen?
21     A.    Not very often, to tell you the truth.
22     Q.    Were you required to clean and service
23  your M16?
24     A.    Yes, but it was minimal because of the
```

Gerard F. Cervantes

```
1   times we actually went out and fired it and used

2   it.

3       Q.    Were you required to clean it every --

4   after every time you fired it?

5       A.    Yes.

6       Q.    Do you know what you cleaned it with?

7       A.    Don't know.  I mean, we wiped it down.

8   And as far as cleaning the barrel, it was a cloth

9   that you used and you pulled it through the barrel

10  to make sure you wiped it down clean.  And anything

11  else was wiping down and pretty much cleaning it

12  and not much of any solvents --

13      Q.    Okay.

14      A.    -- used.

15      Q.    When you say "not much of any solvents,"

16  did you use solvents at all?

17      A.    I would say WD-40.

18      Q.    Okay.  Any other solvents that you can

19  think of?

20      A.    No.

21      Q.    Do you have any hobbies or activities

22  you do on a regular basis?

23      A.    I'm a workaholic, and I enjoy lifting

24  and doing a boxer's workout.  Too old to get
```

Gerard F. Cervantes

1    punched anymore.

2        Q.    I saw somewhere, I don't know if it

3    was -- it was somebody's Facebook post, that for

4    your 60th birthday, you were able to run a mile and

5    a half I believe in 17 minutes.  Do you still run

6    like that?

7        A.    No.  That was at that time a one-time.

8        Q.    One-time thing?

9        A.    Yeah.

10       Q.    Okay.

11       A.    Just to see if --

12       Q.    Still pretty good to see if you can do

13   it that fast this one time.

14       A.    It was 18-1/2 minutes, a mile and a

15   half, 18-1/2 minutes.  My knees and joints don't

16   allow me to run.  So, I do bicycle and I enjoy a

17   cardio boxer's workout.

18       Q.    All right.  How often do you do the

19   boxer workout?

20       A.    Twice a week.

21       Q.    And how long when you do it?

22       A.    18 minutes, six rounds.

23       Q.    How about lifting, how often do you

24   lift?

Gerard F. Cervantes

```
 1        A.    Once or twice a week.  Very

 2   light weight.  My shoulders don't allow me to lift

 3   heavy.  For example, when I bench press, I only use

 4   the bar, 45 pounds.

 5        Q.    When you -- when you lift, how much time

 6   do you spend lifting?

 7        A.    Again, I keep it -- how do you say --

 8   circuit?

 9        Q.    Do a circuit?

10        A.    So, probably another six rounds, 18

11   minutes.

12        Q.    And how about biking, how often do you

13   bike?

14        A.    I just started biking within the last

15   month.

16        Q.    How long do you bike?

17        A.    Five to eight miles.

18        Q.    And how often do you do that?

19        A.    Starting last month, twice a week.

20        Q.    Any other hobbies or activities other

21   than lifting, boxer's workout, now biking?

22        A.    None.

23        Q.    No.  Okay.  Just working?

24        A.    Yeah, I'm a workaholic.
```

Gerard F. Cervantes

```
 1              It's probably the military or whatever.
 2   I don't watch much TV.  I don't eat junk food
 3   anymore.  And I'm always -- I just like to stay
 4   busy.  I don't -- I don't -- I don't do Facebook
 5   and all that other stuff.
 6        Q.    Are you a member in any local
 7   organizations, clubs?
 8        A.    No.
 9        Q.    Those sort of things.
10              Do you do any volunteer work?
11        A.    I am a board member for Jesse "The Law"
12   Torres Boxing Club.
13        Q.    What does that entail you having to do?
14        A.    Just a board member to maybe oversee --
15   not oversee.  I don't oversee anything.
16              But a board member, they'll say, "Hey,
17   we have a fund-raiser coming on," or they
18   incorporated something called Rock Steady, which is
19   a boxing program for people with Parkinson's
20   disease, and they're like, "Should we incorporate
21   it?  Should we bring that on?  What do you guys
22   think?"
23              So, just -- first time being on a board.
24   So...
```

Gerard F. Cervantes

```
 1        Q.     How much time would you say per month
 2   you spend in your board duties?
 3        A.     Almost none.
 4        Q.     And how long have you been on the board?
 5        A.     A year.
 6        Q.     When's the last time you took vacation?
 7        A.     Last July.
 8        Q.     Okay.  Where did you go?
 9        A.     Silver Lake, Michigan.
10        Q.     What did you do there or what does one
11   do there?
12        A.     R and R.
13        Q.     Okay.
14        A.     That's the only place I can go that I
15   can't work, and so I can actually sleep past 6:30
16   or 7:00 a.m.
17        Q.     Do you regularly take a vacation?  Is it
18   a yearly event?
19        A.     We've been doing Silver Lake, Michigan,
20   this is our 27th year in a row, and primarily
21   that's the only one that I do.
22        Q.     Okay.  I saw I think in your medical
23   records at one point you were planning to go to
24   Punta Cana, Mexico.  Did you do that?
```

Gerard F. Cervantes

```
 1        A.    Yes.  I'm trying to think.  Did I go on

 2   that one?  Yes.

 3        Q.    And you said you have a vacation planned

 4   for later this year?

 5        A.    Silver Lake, Michigan next month.

 6        Q.    That's going to be tight.

 7        A.    What do you mean?

 8        Q.    Well, isn't Michigan pretty much shut

 9   down at this point?

10        A.    Where we go, it's shut down anyway.

11        Q.    Okay.

12        A.    It's a cottage that we rent across the

13   street from the lake and my day is sleep in, get

14   up, go across to the dunes, R and R, come back, eat

15   dinner, bonfire and start over the next day.

16        Q.    That sounds nice.

17              How long do you normally do it?  Is it a

18   week?

19        A.    One week.  And I probably put 12 to 15

20   miles on my car the whole week.  There is no night

21   life.  There is no -- none of that.  That's why I

22   go there.

23        Q.    What regular activities do you do with

24   your family and friends, if any?  Got Silver Lake
```

Gerard F. Cervantes

1    vacation one week every year.  Anything else?

2        A.    Partner, I'm a workaholic.  And my wife,

3    I get in trouble because of that.  Got a couple

4    friends that will lift with me or bike starting up,

5    and that's about it.

6        Q.    Do you handle any household chores

7    around the house?

8        A.    I better.

9        Q.    Is that what gets you in trouble?

10        A.    No.  I have no problem vacuuming,

11    washing dishes, doing my yardwork.  I do whatever

12    it takes to maintain my home.

13        Q.    Do you currently take care or provide

14    assistance to anyone else?

15        A.    No.

16        Q.    Do you have any animals?

17        A.    A Rottweiler.

18        Q.    Do you care for him?

19        A.    Currently not now.  He's really my son's

20    dog and since they work from home, I send him with

21    him.

22        Q.    Okay.

23        A.    He'll be back next month I believe.

24        Q.    And I know you said you don't do a lot

Gerard F. Cervantes

1    of it, but if you had to tell me how many hours a

2    week you watch TV.

3        A.    I get in trouble for that because I

4    don't watch much TV and I have to give my wife two

5    hours an evening.

6        Q.    Two hours a night?

7        A.    Is what I would estimate.

8        Q.    Okay.  What shows do you normally watch?

9        A.    Oh, my goodness.  They are my wife's

10   shows.  The Voice, America's Got Talent.  One of my

11   requirements is, because I don't like to watch TV,

12   is that it's something with talent so that it's

13   not, you know, Chicago PD, things like that.

14       Q.    Understand.  Okay.  And you don't do any

15   social media?

16       A.    None, other than once in a while I guess

17   my daughter will put me on something that she does.

18   I can text and I can barely e-mail.  I don't

19   believe in social media.

20       Q.    Do you have any subscriptions to

21   magazines, newspapers, those sort of things?

22       A.    None.

23       MR. SHEPHERD:  All right.  We are about to run

24   out of tape.  So, let's go ahead and take a break.

Gerard F. Cervantes

```
 1          THE VIDEOGRAPHER:  Okay.  The time is 10:57

 2   a.m.  This is the end of Tape 1, and we're going

 3   off the video record.

 4                    (WHEREUPON, a recess was had

 5                     from 10:57 to 11:03 a.m.)

 6          THE VIDEOGRAPHER:  The time is 11:03 a.m.

 7   This is the beginning of Tape 2, and we're back on

 8   the video record.

 9   BY MR. SHEPHERD:

10          Q.    Mr. Cervantes, what's your wife's full

11   name?

12          A.    Elizabeth Cervantes.

13          Q.    What's her maiden name?

14          A.    Algarin.

15          Q.    How do you spell that?

16          A.    A-l-g-a-r-i-n.

17          Q.    And what's her date of birth?

18          A.        .

19          Q.    When were you married?

20          A.    A year after high school, 1978, 42 years

21   next month.

22          Q.    Congratulations.

23          A.    Thank you.

24          Q.    I'm at 25 years, and I know that's not
```

Gerard F. Cervantes

1    easy.

2              Have you and your spouse lived together

3    throughout your entire marriage?

4         A.   Correct, with the exception of the

5    Marine Corps.

6         Q.   When you were in the Marines.  Gotcha.

7              What's your -- what's your wife's

8    occupation?

9         A.   Currently retired a year ago.

10        Q.   What did she do before she retired?

11        A.   High school social worker for the past

12   24 years.

13        Q.   All at one school?

14        A.   Yes.

15        Q.   What school?

16        A.   East Aurora District 131.

17        Q.   And you told me earlier that your wife

18   did go with you to your oncology appointments.  Is

19   that true?

20        A.   Correct.

21        Q.   Did she make it to all of them or?

22        A.   I was so weak, at the beginning

23   especially, they had to help me just to walk.

24        Q.   Other than your oncology appointments,

Gerard F. Cervantes

```
 1   has your wife generally gone with you to doctor's

 2   appointments?

 3        A.    No.  I go by myself.

 4        Q.    Do you have any prior marriages?

 5        A.    None.

 6        Q.    You have three children, right?

 7        A.    Correct.

 8        Q.    What are their names?

 9              Well, let me ask you.  If you would,

10   tell me oldest and then go down and names and birth

11   dates.

12        A.    Alexis, now married, Koslovsky.  Date of

13   birth is     .

14              Next one is Stephen Cervantes, p-h-e-n,

15   no V.  He was born     .

16              And Cristian, no H, Cristian Cervantes,

17   and he's born     .

18        Q.    That's good spacing between your

19   children.

20        A.    I have a child in each decade.

21        Q.    All right.  Alexis is married.  Are

22   Stephen or Cristian married?

23        A.    No.

24        Q.    Do either -- any of your children live
```

Gerard F. Cervantes

```
1    with you currently?

2        A.    No.   Youngest one is in college.

3        Q.    Your daughter works for ASC Lawn?

4        A.    Yes.

5        Q.    Does she have any other employment or is

6    that her only employment?

7        A.    She also does USANA Health Science,

8    home-based business.

9        Q.    How about Stephen, what's he do for a

10   living?

11       A.    He works for a staffing firm.

12       Q.    Does he find jobs for people or is he

13   part of the staffing that --

14       A.    I believe he's on the side that finds

15   employment.

16       Q.    And Cristian you said is in college?

17       A.    Currently going to start his junior year

18   at Iowa State.

19       Q.    He's a wrestler, right?

20       A.    No, he doesn't play sports anymore.

21       Q.    No.

22       A.    Played sports in high school.

23       Q.    Do you know what his major is?

24       A.    Psychology.
```

Gerard F. Cervantes

```
 1        Q.     Have any of your children ever gone with

 2    you to medical appointments?

 3        A.     To my chemotherapy sessions, yes.

 4        Q.     Who went with you to your chemotherapy

 5    sessions?

 6        A.     All of them.  We made it a chemo party.

 7        Q.     Okay.  Lemonade out of lemons there.

 8        A.     Yes.

 9        Q.     I know you have at least one grandchild,

10    right?

11        A.     Correct.

12        Q.     And is it just one?

13        A.     Just one.  She --

14        Q.     Alexis' daughter?

15        A.     Correct.

16        Q.     What's her name?

17        A.     Mila Sophia Koslovsky.

18        Q.     And how old is Mila now?

19        A.     Just turned 1 a month or so ago.

20        Q.     Does anyone in your family have a job in

21    the legal profession?

22        A.     I have a brother-in-law that retired a

23    couple years ago now I'm going to guess.  He was an

24    attorney.
```

Gerard F. Cervantes

1      Q.     Did you ever discuss your lawsuit with

2  him?

3      A.     No.

4      Q.     Anyone in your family have any medical

5  training that you're aware of?

6      A.     None.

7      Q.     Do you know if anyone in your family

8  uses Roundup currently?

9      A.     No.  They do not.

10      Q.     Has anyone in your family at any time

11  ever used Roundup other than you --

12      A.     No.

13      Q.     -- that you're aware of?

14      A.     No.

15      Q.     Do you have any neighbors or close

16  friends with knowledge of the facts relevant to

17  your lawsuit?

18      A.     No.

19      Q.     Have you ever had any discussion with

20  any of your neighbors about your non-Hodgkin's

21  lymphoma?

22      A.     As far as the cancer itself?

23      Q.     What caused it.

24      A.     Not what caused it, no.

Gerard F. Cervantes

1      Q.    Have you ever had any discussion with

2  any neighbors or close friends about your lawsuit

3  at all?

4      A.    No.  Pretty private person.

5      Q.    Are you aware of any of your neighbors

6  that use Roundup?

7      A.    No.  I just assume they use something, a

8  product, you know, for weeds.  I don't ask.

9      Q.    Have you had any discussion with any

10  neighbors or friends regarding your use of Roundup?

11      A.    No.  At the time when I used it, it was

12  just something that I thought was the best product

13  out there and purchased.

14      Q.    Where do you typically shop for

15  household goods?

16      A.    Household goods.  Groceries you mean?

17      Q.    Groceries, cleaning supplies, that sort

18  of stuff.

19      A.    Truth is I don't.  I don't like going to

20  the grocery store.  So, I'd probably say I go with

21  my wife three or four times a year to the grocery

22  store.

23      Q.    What grocery store do you all frequent?

24      A.    She likes anything between Aldi,

Gerard F. Cervantes

```
 1   Woodman's and Jewel that's close by.
 2        Q.    Do you know if you're part or she's part
 3   of a rewards program with any of the stores at
 4   which she shops at?
 5        A.    Not that I'm aware of.
 6        Q.    When you go to the grocery store with
 7   your wife, on those instances how does she normally
 8   pay, credit card, cash?
 9        A.    Debit card or cash.
10        Q.    Do you know what the name of the
11   product, the Roundup product, that you used is?
12              So, Roundup is a sort of a broad title.
13   There are specific types of Roundup or specific
14   Roundup products.  Do you know which specific
15   Roundup product you used?
16        A.    Yes.  It was the one that said "Weed &
17   Grass Killer."
18        Q.    Can you describe what the package looked
19   like?
20        A.    Some of them were gallon sized with the
21   picture of a weed, and others were the concentrated
22   that we would mix ourself in a 3-gallon I want to
23   say backpack, went on your back and used it to
24   spray.
```

Gerard F. Cervantes

1    Q.    Let's talk about the gallon with the

2  picture of the weed.  What color was the container,

3  if you recall?

4    A.    Couldn't tell you.  It was a while ago.

5  I'm going to estimate that it was white.

6    Q.    Did it have a pour spout, a trigger?

7  How did you -- how did you access the product?

8    A.    Some of them were the trigger and as

9  well as some of them was the concentrated that we

10  mixed with water in our 3-gallon backpack.

11    Q.    Okay.  Take the concentrate, put that to

12  the side for now.

13    A.    Okay.

14    Q.    The ready-to-use is the other type is

15  what you're talking about, right?

16    A.    Correct.

17    Q.    You didn't have to mix it, right?

18    A.    Correct.

19    Q.    Okay.  That generally came in a white or

20  at least, to the best of your recollection, a white

21  gallon jug?

22    A.    The color, to my recollection, yes.

23    Q.    Okay.  And on it there was a picture of

24  a weed?

Gerard F. Cervantes

1         A.    Correct.

2         Q.    For that particular ready-to-use

3    product, was it connected -- was there a hose with

4    a trigger?

5         A.    Correct.

6         Q.    Okay.  And then for the concentrate,

7    what size was that container?

8         A.    I would have to estimate.  Half gallon.

9         Q.    And do you remember anything about the

10   packaging, color of it, labeling?

11        A.    No.  Mainly it was just, in my simple

12   purchasing, it was Roundup and I always got the

13   weed and grass killer.

14        Q.    Do you remember the -- and now I'm

15   talking specifically about the concentrate.  Do you

16   remember the color of the container?

17        A.    I'm not 100% sure.

18        Q.    And you think it was a half gallon

19   container, estimating?

20        A.    Yes.

21        Q.    Where was the opening of the container,

22   do you recall?

23        A.    On top.

24        Q.    Do you remember what color the top was?

Gerard F. Cervantes

```
 1        A.    I do not.

 2        Q.    Is it possible that you bought a

 3   different product than Roundup, some other type of

 4   glyphosate weed killer?

 5        A.    No, because we thought Roundup was the

 6   best and we see it on the commercials.  So, it's so

 7   heavily marketed that in this case that was the

 8   product of choice.

 9        Q.    Why did you think Roundup was the best?

10        A.    Commercials.

11        Q.    Do you have a recollection of any

12   specific commercials that you saw?

13        A.    No.  Just -- just Roundup, weed killing,

14   things like that.  I mean.

15        Q.    And these were TV commercials?

16        A.    Correct.

17        Q.    That you would have seen sometime

18   between 1998 and 2004, right?

19        A.    Correct.

20        Q.    And that would have been in Aurora?

21        A.    Correct.

22        Q.    Illinois.  At that point in time, '98 to

23   2004, were you still giving your wife two hours a

24   night on TV?
```

Gerard F. Cervantes

```
 1        A.    Yes.  Partner, I can't stand TV.

 2        Q.    Was your TV watching always at night,

 3   back then, '98 to 2004?

 4        A.    Yeah, most of the time, in the, you

 5   know, early evening and weekends.  You know what I

 6   mean.

 7        Q.    You don't recall a specific Roundup

 8   advertisement, though.  Is that correct?

 9        A.    No, I couldn't give you one now other

10   than I know that they're on TV still.  And once we

11   determined that that's what we are going to use, I

12   don't -- I don't vary.  I don't go and get

13   different multiple products to use.

14              Military keeps me or has trained me to

15   be very specific, very, how you say, my wife says

16   I'm so predictable.  Routine.

17        Q.    There is a way to do it and a way to do

18   it right and that's the way you do it, right?

19        A.    Correct.

20        Q.    Other than TV ads, did you see any other

21   type of advertisements, print, newspaper, anything

22   like that, that you can recall?

23        A.    No.  When you go into Home Depot, I

24   mean, I go -- if I'm going to get something for
```

Gerard F. Cervantes

1  weeding, I go to that section and they have their

2  different products and go from there.

3      Q.   Do you remember, and I know this was 22

4  years ago, but do you remember any specifics about

5  the advertisements that you saw that made you

6  decide that Roundup was the way to go?

7      A.   No.

8      Q.   Other than the TV advertisements that

9  you saw, was there anything else that influenced

10 your decision to use or go with Roundup back in

11 1998?

12     A.   No.

13     Q.   Now, I know we talked about your use of

14 Roundup in your lawn care business.  Did you also

15 use Roundup at your personal residences?

16     A.   Yes.  Roundup was our choice of product

17 for anything pertaining to killing weeds or killing

18 grass, whatever we needed to use.

19     Q.   I noticed on your Plaintiff Fact Sheet

20 and I think also in your Complaint, but don't hold

21 me on the Complaint, definitely on the Plaintiff

22 Fact Sheet, that you indicated you used Roundup

23 between 1998 and 2004.  Is that right?

24     A.   Correct.

Gerard F. Cervantes

 1        Q.    Prior to 1998, you did not use it in

 2    your personal residences?

 3        A.    Yes, I did at home for personal

 4    reference.  But it was limited.

 5        Q.    When you say "limited," what do you mean

 6    by that?

 7        A.    Cut my grass, maintain my flower beds or

 8    whatever, and I do a lot of pulling of weeds.  But

 9    I would spray them first, let them die and then we

10    pull them.

11        Q.    And would you use the ready-to-use at

12    your home when you used it back then?

13        A.    Correct.

14        Q.    So, let's step back, then.

15              Outside of your commercial use, your use

16    at ASC Lawn, when did you first start using

17    Roundup, to your knowledge, at your personal

18    residences?

19        A.    When I purchased my first home on

20    Street.

21        Q.    Okay.  So, that would have been -- my

22    memory is already gone -- 1986, is that right?

23        A.    I believe that's what I said.  I'm not

24    sure.

Gerard F. Cervantes

1       Q.    '82.  1982.

2       A.    '82 is when I purchased my first home.

3       Q.    At    Street you started using

4    Roundup?

5       A.    Correct.

6       Q.    And you would have used the

7    ready-to-use?

8       A.    At that time, yes.

9       Q.    So, that would have been generally

10   gallon jug, you think it's white, would have like a

11   hose maybe the diameter of a straw that would

12   connect to a trigger that you could point and use

13   on the weeds, is that right?

14      A.    Correct.

15      Q.    Did you always use the trigger to

16   actually apply the Roundup when you used it at your

17   home prior to 1998?

18      A.    Yes.

19      Q.    And you would use that on a -- on a spot

20   basis?

21      A.    Correct.

22      Q.    It wasn't applied in bulk, let's say?

23      A.    Correct.

24      Q.    If you bought your first gallon jug of

Gerard F. Cervantes

```
 1    Roundup in 1982, can you give me an estimate of how
 2    many gallons you would have used up until 1998 when
 3    you started your lawn care business?
 4              I mean did you use a gallon a season, a
 5    gallon a year, a gallon every five years?  Just
 6    your best guess.
 7         A.   A couple gallons a season.
 8         Q.   And how many season -- so, does that
 9    mean you'd use eight a year or a spraying season
10    would be once a year?  I don't know what spraying
11    season is in Illinois.
12         A.   Season is from April till November.
13         Q.   Okay.  So, you'd use a couple gallons a
14    year basically?
15         A.   I would estimate that.
16         Q.   Estimate.
17              I want to break down personal property
18    use, your houses, and then your work.  Okay?
19         A.   Okay.
20         Q.   For personal, you used herbicides like
21    Roundup to kill weeds around the house?
22         A.   Correct.
23         Q.   Did it work?
24         A.   Yes.  I would have went to another
```

Gerard F. Cervantes

1    product if it didn't.

2        Q.    What were the benefits of using Roundup

3    as compared to other methods of removing weeds that

4    you had available to you?

5        A.    It worked.

6        Q.    It was easier than pulling them by hand,

7    right?

8        A.    Well, I did both.  I would spray them.

9    After they died, I'm kind of picky, I didn't like

10   to see a dead weed there.  So, I would -- I'd pull

11   them later.

12       Q.    What would have happened if you had not

13   used Roundup at your house?

14       A.    The weeds would have overtaken the beds

15   or wherever else I used it at.

16       Q.    And when you're using it -- when you

17   were using it at your personal residences, if you

18   could, sort of explain to me -- I know you said it

19   was spot treatment.  Was it around beds?  Was it on

20   the driveways?  I mean, what sort of areas would

21   you have used Roundup on in your personal

22   residences?

23       A.    Always had flower beds, you know, to add

24   to the value and the looks of the house.  So,

Gerard F. Cervantes

1    wherever I had flower beds at.  And I tell everyone

2    weeds will grow through anything.  Grass will go

3    dormant, but weeds will grow through cracks of the

4    concrete.  So, the cracks of the driveway and the

5    flower beds, things like that.

6         Q.   So, if there were weeds in the flower

7    beds, you would spray the Roundup directly on the

8    weed?

9         A.   Correct.

10        Q.   Any times that you can recall in which

11   you sprayed Roundup in a bed and actually killed

12   the beds instead of the weeds?

13        A.   No.

14        Q.   So, you were able to apply it

15   specifically to spots?

16        A.   Correct.  I'm sure there were times that

17   it got on a plant here or there.  You know what I

18   mean, but I...

19        Q.   And I don't know your properties.  But,

20   I mean, were there long fence lines in which you

21   would use the Roundup all the way around the fence

22   lines, the perimeters, or was it really just the

23   cracks in the driveways and the sidewalks and the

24   flower beds?

Gerard F. Cervantes

1    A.    For my personal use at the houses?

2    Q.    Yes.

3    A.    No fences.

4    Q.    Okay.  Now, stepping back or stepping

5    towards ASC Lawn and your use of Roundup there.

6    Did you personally use the Roundup or was that

7    something that was done by employees?

8    A.    I personally used it.

9    Q.    Did other employees also use it?

10   A.    No.

11   Q.    Or was it just you?

12   A.    Myself or in this case possibly my

13   partner, Jim Cozcher.  But mainly me.  Not the

14   employees, because I didn't want them to

15   accidentally spray on a commercial property and

16   kill flowers or something like that.

17   Q.    Did you and Jim ever talk about any

18   safety postings or warnings that might be necessary

19   as a result of your use of Roundup?

20   MS. FREDONA:  Objection; form.

21   BY MR. SHEPHERD:

22   Q.    Do you understand that question?

23   A.    No.

24   Q.    I mean, when you sprayed Roundup in a

Gerard F. Cervantes

1   particular area on a commercial property where you

2   were working, did you feel the need to post

3   anything saying that you had sprayed Roundup?

4       A.   No.

5       Q.   Did you discuss with Jim or think to

6   yourself that that might be a good thing to do or

7   something that was required?

8       A.   No, because I would always talk to the

9   person that I signed the contract with and said,

10  you know, it's not going to go in the lawn, in the

11  grass, and we didn't use it like on a rain day

12  where it's not going to be effective to blow off

13  and we didn't use it on very windy days just for

14  safety reasons.

15      Q.   Let's talk about residential use at your

16  properties.  Where did you purchase that product,

17  that ready-to-use product?

18      A.   Local, whether it's a -- Home Depot I'd

19  probably want to say.

20      Q.   What Home Depot?  Do you know the

21  address or the location of the Home Depot?

22      A.   Yes.  I don't know the address.  It's in

23  Aurora, Illinois on Orchard.  Orchard Road would be

24  one of them.

Gerard F. Cervantes

1      Q.    Okay.

2      A.    As well as Ace Hardware.  There were

3   times that he bought it.  You know what I mean.  I

4   didn't buy it all the time.

5      Q.    Ace Hardware also in Aurora?

6      A.    Correct.

7      Q.    Now, when -- when you say "he bought

8   it," you're talking about Jim?

9      A.    Correct.

10     Q.    So, I want to divide up -- we'll get to

11   the business, but let's talk about personal.

12           When you personally bought it, was that

13   always going to be either at the Home Depot in

14   Aurora or at Ace Hardware for use in your

15   properties?

16     A.    Yeah, pretty much.

17     Q.    When you go to Home Depot now, and I'm

18   not sure back when you bought it at Home Depot, but

19   you could give them your e-mail, your phone number

20   to get a receipt electronically.

21           Did you ever do that or did you always

22   get paper receipts?

23     A.    Paper receipts.

24     Q.    Did you have sort of a rewards program

Gerard F. Cervantes

```
 1    membership with Home Depot?

 2        A.    I do not.

 3        Q.    Do you have an e-mail address currently?

 4        A.    Yes.

 5        Q.    What is that?

 6        A.    JCinhouse@gmail.com.

 7        Q.    JCinhouse?

 8        A.    Jesus Christ in-house.

 9        Q.    At gmail?

10        A.    Correct.

11        Q.    How long have you had that e-mail

12    address?

13        A.    That's the only one I've ever had, and

14    I'm going to guess, I don't know, 15, 17 years.

15        Q.    You didn't have an e-mail address

16    associated with ASC Lawn?

17        A.    No.

18        Q.    What is your cellphone number?

19        A.    630-327-9943.

20        Q.    How long have you had that number?

21        A.    Since, estimating, 2009 or '10.

22        Q.    And what about home?  What's your home

23    phone number?

24        A.    I don't know.
```

Gerard F. Cervantes

```
 1          Q.    Okay.

 2          A.    To tell you the truth, because it's all

 3    tied through the Internet and everything like that.

 4    So, I know that there is a home phone number, but I

 5    don't ever call it.  When we changed over to a

 6    different carrier, that number changed and I

 7    couldn't -- my wife has it written down somewhere,

 8    but it's only used for the Internet because it had

 9    to have a number linked to it.

10          Q.    Do you recall what your home phone

11  number was when you lived on      or before you

12    went to this Internet company?

13          A.    No, I don't recall that number.  To tell

14    you the truth, I can recall about three or four

15    numbers ever since crazy phones come in because if

16    I have you in there, I just look your name up.  I

17    don't even memorize phone numbers.

18          Q.    Yeah.  I think that's the way we all

19    are, unfortunately.

20                On your personal use, when you were

21    buying Roundup at Home Depot or Ace Hardware in

22    Aurora for use at your personal properties, how

23    often would you say you bought Roundup?

24          A.    I don't know how often.  I would just
```

Gerard F. Cervantes

1    say as needed, that we used -- you know, that we

2    ran out.

3        Q.    Did you usually purchase Roundup along

4    with other items when you purchased it at

5    Home Depot or Ace Hardware?

6        A.    No.  That's pretty much what I would go

7    there for --

8        Q.    Okay.

9        A.    -- pertaining to lawn care equipment

10   because everything else is gasoline.

11       Q.    Do you know how much or could you give

12   me an estimate of how much a gallon of the

13   ready-to-use Roundup costs?

14       A.    I don't even remember because it's been

15   so long since I purchased it.  I have seen -- I'm

16   going to guess that it's $30.

17       Q.    And talking about your personal use now.

18   How do you typically pay for the Roundup?

19       A.    I don't buy Roundup anymore.

20       Q.    No, back when you used it for your

21   personal use.  Back when you -- between '82 and I

22   guess 2004.

23       A.    Cash.

24       Q.    Why did you pay cash?

Gerard F. Cervantes

```
1        A.    Because I don't believe in credit cards.
2   I don't use credit cards.  I have one in my wallet,
3   as my wife says, for emergency uses.
4        Q.    Okay.
5        A.    But I don't -- I don't believe in credit
6   cards.  I'm old-school.  If I don't have it in my
7   account, then I don't need to get it.
8        Q.    So, you typically pay for everything
9   with cash?
10       A.    Cash or my debit card, which is the
11  money that's in my bank.  I don't use a credit
12  card, slim to none.
13       Q.    And as you sit here today, do you know
14  whether or not you have any receipts for Roundup
15  that you would have purchased for use at your
16  homes, your personal homes?
17       A.    I do not.
18       Q.    You're not one of those people that
19  saves receipts for tax purposes or anything like
20  that?
21       A.    I don't.
22       Q.    You make a good point there.
23             Anyone in your house or did anyone other
24  than you purchase Roundup to be used at your
```

Gerard F. Cervantes

1    personal residences?

2         A.    No.

3         Q.    Now, let's go back to the business use.

4               So, you started using Roundup for

5    business use in 1998?

6         A.    When I started the company, yes.

7         Q.    When you used Roundup for business use

8    purposes, was it always a concentrate or did you

9    use the ready-to-use for that, too?

10        A.    More concentrate for when we had a --

11   commercial properties and stuff like that.  More

12   convenient for the concentrate to put on my back

13   than to walk around with a gallon sprayer.

14        Q.    And did you buy the concentrate at the

15   same Home Depot and Ace Hardware or was there some

16   other places that you would have bought the

17   concentrate?

18        A.    I would say pretty much there, but

19   whenever I ran out, it wasn't specific.  I would go

20   to -- if I ran out on the job site, I would go to a

21   local Ace Hardware, whatever, some store that would

22   carry -- carry products.

23        Q.    Do you have any specific recollection of

24   any stores that you purchased Roundup at other than

Gerard F. Cervantes

1   the normal Home Depot and Ace Hardware that you'd

2   purchase at?

3      A.   No.  It was such a long time ago.

4      Q.   And when you purchased Roundup for

5   business purposes, did you use cash to pay for that

6   Roundup too?

7      A.   It was either cash or a debit card, yes.

8      Q.   So, you didn't have a corporate account

9   or anything like that that you'd use to make

10  business purchases?

11     A.   No.  I didn't feel we were that big.

12     Q.   And you didn't have a separate credit

13  card or debit card for the business?

14     A.   No.

15     Q.   When you made purchases of Roundup for

16  the business, did you save those receipts for tax

17  purposes and give them to whoever is doing the

18  books?

19     A.   At that time, yes.

20     Q.   How much -- how often would you say you

21  bought Roundup for commercial purposes?  And that's

22  just -- we're talking between '98 and 2004, right?

23     A.   I used it on a weekly basis.

24     Q.   Okay.

Gerard F. Cervantes

1      A.     When we would cut on a weekly basis.

2   But I don't know how often I went to buy it.

3   Sometimes you go and buy two or three at a time,

4   and then you use that until it gets low and you go

5   buy two or three at a time.  So, it wasn't just one

6   half gallon or whatever.  I buy two or three, use

7   it up and then go buy some more.

8      Q.     Did you find that the concentrate worked

9   just as well as the ready-to-use?

10     A.     Yes.

11     Q.     Do you have an idea as you sit here

12  today how much money ASC Lawn spent on Roundup

13  between 1998 and 2004?

14     A.     I do not.

15     Q.     Is there -- is there any sort of

16  business record, tax record or person who would be

17  best or most knowledgeable about that question, how

18  much money ASC spent between '98 and 2004 on

19  Roundup?

20     A.     No, because after five years I try to

21  get rid of things.

22     Q.     So, as you sit today you don't think

23  there is any way for us to determine today how much

24  money ASC Lawn spent on Roundup between 1998 and

Gerard F. Cervantes

```
 1    2004?

 2         A.    No, because I have no idea myself.

 3         Q.    And you don't believe there is anyone

 4    that could give me that estimate?

 5         A.    No, because I don't -- like I said, I

 6    purge after five years and I just feel like if not,

 7    all you have is files down in your basement of

 8    things that I don't need to have.

 9         Q.    Do you know if your tax preparer saved

10    your tax returns?  I mean, generally I think you're

11    subject to audit for seven years.  So, do you know

12    if the tax preparer saved your returns for longer

13    than five years?

14         A.    She could have if it's -- I guess

15    everything is electronic now and it's in the

16    system.

17         Q.    Do you recall whether or not you -- did

18    you provide us an authorization to get your tax

19    returns from the IRS, do you know?

20         A.    I don't believe I did or it was asked of

21    me.

22         Q.    Okay.  Where did you -- and let's divide

23    it up.  Well, we'll divide it up if you tell me we

24    need to.
```

Gerard F. Cervantes

```
 1              Where did you store the Roundup that you
 2   purchased either for home or for commercial use?
 3        A.    If it was home, it was in the garage on
 4   a shelf.
 5        Q.    Okay.
 6        A.    And we rent a metal barn from a local
 7   farmer, and that's where my lawn equipment is at;
 8   and could have been stored there because that's
 9   where I have my gasoline and oil mix and wherever,
10   anything else.
11        Q.    Do you know the name of that farmer?
12        A.    Ed Dunteman, D-u-n-t-e-m-a-n.
13        Q.    And is there an address associated with
14   the barn or his farm?
15        A.    I know where he lives, but I don't know
16   his address.
17        Q.    Okay.  Where does he live?
18        A.    He lives on Bliss Road in I believe it's
19   Batavia.  It's five miles from me down the road in
20   Sugar Grove, but Batavia is the next town over.
21        Q.    And that's where you store all your
22   equipment and supplies for the lawn care business?
23        A.    I store mine in Sugar Grove.  You asked
24   where he lives.
```

Gerard F. Cervantes

1      Q.    No, but I thought you -- so, does he

2    have a barn in Sugar Grove?

3      A.    Yes.

4      Q.    And you rent out his barn in Sugar

5    Grove?

6      A.    Correct.

7      Q.    Where is the -- do you know what the

8    address of the barn in Sugar Grove is?

9      A.    There is -- to my knowledge, there is no

10   address on it.  There might be a farm post out

11   there with a county address on it.  It's a --

12     Q.    How would you describe --

13     A.    -- four-minute walk from my house.

14     Q.    How would you describe to someone trying

15   to get there how to get there?

16     A.    It's on the corner of  Road and

17         Road.  It's a T intersection.  There is

18   only one set of barns there.

19     Q.    In the barn with the -- for the -- where

20   you store the commercial stuff, are there any other

21   chemicals that are stored with Roundup?

22     A.    No.

23     Q.    Or would have been stored with Roundup?

24     A.    No.  I have my gasoline separate, and I

Gerard F. Cervantes

1   only have two 3-gallon tanks or gas cans.

2       Q.    Did you rent this barn and store the

3   Roundup between '98 and 2004 also?

4       A.    I don't think initially in '98.  Might

5   have, you know -- estimating, let's say 2000, 2001

6   would be an estimate.

7       Q.    Before that you would store it in your

8   garage at home?

9       A.    Correct.

10      Q.    And at your garage at home do you store

11  any other chemicals, insecticides, pesticides in

12  there?

13      A.    That's the only product I use as far as,

14  you know, lawn care to do.

15      Q.    Did you regularly kind of go back and

16  forth between the ready-to-use and the concentrate

17  during the times that you used it?

18      A.    Initially the ready-to-use and then more

19  easily to carry and have and put it on your back --

20      Q.    Okay.

21      A.    -- than the commercial and the ready-mix

22  or the mix with the backpack.

23      Q.    So, from, let's say, '82 to '98, you

24  pretty much used the ready-to-use and then

Gerard F. Cervantes

1   when you --

2        A.    Yeah.

3        Q.    When you got to the commercial use and

4   it was more efficient and economical, you'd use the

5   concentrate?

6        A.    Correct.

7        Q.    And once you started using the

8   concentrate, did you regularly use the concentrate

9   or did you go back and forth and use the

10  ready-to-use sometimes?

11       A.    More regular use with the mix, you know,

12  the concentrate but did use some of the

13  ready-to-use.  But I would say we probably

14  transitioned more into the backpack mix

15  concentrate.

16       Q.    And was that the same for your house?

17  Did you use the backpack at your houses too?

18       A.    Yeah, because it's just easier to put on

19  my back and not bend over and, you know, use it.

20       Q.    Right.  And the backpack had a -- it was

21  a plastic --

22       A.    Correct.

23       Q.    -- jug that sat on your back.  Straps

24  that went over your shoulders.  It had a hose with

Gerard F. Cervantes

1    a long wand that you could use to direct the spray?

2         A.    Correct.

3         Q.    Did you read the label of the

4    ready-to-use product that you first started using?

5         A.    I probably did initially many years ago.

6         Q.    Okay.  Do you remember what the label

7    looked like in any way?

8         A.    No.  It was -- to me it was just you

9    read the directions on the back of the -- any

10   container you get.

11        Q.    Let me ask you.

12        MR. SHEPHERD:  I'm going to go ahead and mark

13   this as Exhibit No. 4.

14                    (WHEREUPON, G. Cervantes Deposition

15                     Exhibit No. 4 was marked for

16                     identification:  Roundup

17                     ready-to-use label.)

18        THE WITNESS:  Could I use the washroom real

19   quick before we --

20        MR. SHEPHERD:  Oh, sure.  Let's go off the

21   record.

22        THE VIDEOGRAPHER:  The time is 11:43 a.m., and

23   we are going off the video record.

24                    (WHEREUPON, a recess was had

Gerard F. Cervantes

1                   from 11:43 a.m. to 12:22 p.m.)

2         THE VIDEOGRAPHER:  The time is 12:22 p.m., and

3    we're back on the video record.

4    BY MR. SHEPHERD:

5         Q.    Mr. Cervantes, do you have Exhibit 4 in

6    front of you?

7         A.    Yes.

8         Q.    Does this look like, to the best of your

9    recollection, the label on the Roundup product that

10   you started using in 1982?

11        A.    Yes.

12        Q.    Okay.  And it's your testimony I believe

13   that you looked at this when you first bought the

14   product back then.  Is that correct?

15        A.    Correct.

16        Q.    Did you read the labels of the products

17   after you saw or read this initial label?  In other

18   words, did you revisit the label each and every

19   time you bought a new bottle of Roundup?

20        A.    No, not every time, no.

21        Q.    Was there any times that you can recall

22   in which after that initial time that you read the

23   label that you went back and read the label again?

24        A.    I would estimate from time to time or

Gerard F. Cervantes

1  when I initially started from a ready-mix to a

2  concentrate, I made sure that I was -- had read it

3  at least once and was familiar with the basics.

4      Q.    Okay.  So, when you started purchasing

5  the concentrate, you think you may have gone back

6  and read the label on the concentrate?

7      A.    For that one, yes.

8      Q.    Do you remember what that label would

9  have looked like?

10     A.    I do not.

11     Q.    Do you recall whether or not that label

12  for the concentrate had mixing instructions to tell

13  you how much to mix of the product, that sort of

14  thing?

15     A.    I remember that they did have how much

16  to mix.  I just don't recall what the mix is at

17  this time.

18         MR. SHEPHERD:  Go ahead and mark that as 5.

19             (WHEREUPON, G. Cervantes Deposition

20              Exhibit No. 5 was marked for

21              identification:  Roundup Pro

22              label.)

23  BY MR. SHEPHERD:

24     Q.    Mr. Cervantes, is Exhibit 5 that I just

Gerard F. Cervantes

```
 1   handed you familiar in any way?  Does this look

 2   like the label you read or looked at for the

 3   concentrate?

 4        A.   As far as the directions?

 5        Q.   Yes, sir.

 6        A.   I don't recall.

 7        Q.   Okay.

 8        A.   Other than I would -- I read what was on

 9   the back of the container.

10        Q.   If you would turn to the -- to the third

11   page.

12        A.   Uh-huh.

13        Q.   And there is mixing instructions there.

14   Are those mixing instructions consistent with the

15   way that you mixed the concentrate product?

16             I think it's the -- it's the top of the

17   right-hand column is the mixing instructions.

18        A.   These are, yes, mixing instructions; and

19   I used whatever was appropriate to my container.

20        Q.   Okay.

21        A.   Off of --

22        Q.   So, if you look -- there's a chart up at

23   the top of the right-hand corner.

24             Do you see that?
```

Gerard F. Cervantes

```
 1        A.      Correct.

 2        Q.      And below that chart it says, "For use

 3    in backpack, knapsack or pump-up sprayers, it's

 4    recommended that the appropriate amount of this

 5    product be mixed with water in a large container

 6    and then filling the sprayer with the mix

 7    solution."

 8                And you said your backpack sprayer was

 9    3 gallons, right?

10        A.      Correct.

11        Q.      So, for this, you would have put

12    somewhere between -- do you know what percentage of

13    glyphosate your concentrate is?

14        A.      Well, I would just use this chart if

15    I -- pretty much same way I thought back then.  I

16    would use this chart and add it up to whatever a

17    3-gallon mix was.

18        Q.      So, do you recall how many ounces you

19    would mix in your 3-gallon backpack sprayer?

20        A.      I do not.

21        Q.      If you would, flip back to the first

22    page of this document, and on the right-hand column

23    there's a large "Caution."

24                Do you see that?
```

Gerard F. Cervantes

```
1              It says, "Keep out of reach of children.

2    Caution."

3         A.    "Precautionary Statements"?

4         Q.    Yes.

5         A.    Oh, yes.  "Keep out of reach of

6    children," yes.

7         Q.    "Caution."  Do you see that?

8         A.    Yes.

9         Q.    And below that there is a chart.

10             Do you see that chart?

11        A.    Yes.

12        Q.    Below that it says "Domestic Animals,"

13   and then there is a line below the domestic animal

14   paragraph and then it starts "Personal Protective

15   Equipment."

16             Do you see where I am?

17        A.    Yes.

18        Q.    Okay.  It says, "Applicators and other

19   handlers must wear long-sleeved shirt and long

20   pants, shoes plus socks.  Follow manufacturer's

21   instructions for cleaning/maintaining personal

22   protective equipment.  If there is no such

23   instruction for washables, use detergent in hot

24   water.  Keep and wash PPE separately from other
```

Gerard F. Cervantes

```
 1    laundry.

 2              "Discard clothing and other absorbent

 3    materials that have been drenched or heavily

 4    contaminated with this product's concentration.  Do

 5    not reuse them.

 6              "When handlers use closed systems,

 7    enclosed cabs or aircraft in a manner that meets

 8    the requirements."

 9              You didn't use any of those things, did

10    you, closed systems?

11        A.    No.

12        Q.    Below that in the blue box it says,

13    "Users should:  Wash hands before eating, drinking,

14    chewing gum, using tobacco or using the toilet.

15    Remove clothing immediately if pesticide gets

16    inside.  Then wash thoroughly and put on clean

17    clothing."

18              Did I read all of those things

19    correctly?

20        A.    Yes.

21        Q.    Did you follow those instructions for

22    personal protective equipment when you used

23    Roundup?

24        A.    Yes.
```

Gerard F. Cervantes

```
1        Q.    So, you wore a long-sleeved shirt and
2   long pants?
3        A.    Long pants, all the time.  I can't
4   recall a long-sleeve shirt all the time.
5        Q.    Did you wash your clothes separately or
6   did your wife wash your clothes separately?
7        A.    My wife did.
8        Q.    Did you ever get material, Roundup
9   concentrate, on you or your clothes?
10       A.    On my clothes?  Not that I'm aware of.
11       Q.    How about on yourself, on your person?
12       A.    Yes.  Sometimes on my hands, whether
13  it's the trigger, using the sprayer or the nozzle
14  or something, if there might be a -- I don't know
15  if there would be a slight leak or something like
16  that.  I didn't -- sometimes we wear gloves in the
17  spring and fall, but when it's hot out like now, I
18  didn't wear any gloves.
19       Q.    Do you recall reading PPE precautions
20  like that on the label that you reviewed?
21       A.    I don't recall, but probably at one time
22  or another.
23       Q.    You just don't recall it as you sit
24  there today?
```

Gerard F. Cervantes

```
 1        A.    Correct.

 2        Q.    We talked a little bit about your use of

 3   Roundup in your personal properties.  You would use

 4   it in the sidewalks and the cracks in the driveway

 5   and around the -- in the garden beds, right?

 6        A.    Correct.

 7        Q.    How big were your garden beds?

 8        A.    On residential, my personal use?

 9        Q.    Yes, your personal ones.

10        A.    First house, not a big house, we were

11   young.  Visually in the front of the house and had

12   a long one from the front of the house to the back

13   going along the side, and some in the back.

14        Q.    How many -- if you had -- and I

15   understand I'm asking for an estimate, but if you

16   have to estimate, how many square feet would you

17   say you had of gardens, of planted areas, at that

18   first house?

19        A.    Front and side of the house, 3 to 4 feet

20   out.  If you -- I didn't take -- take away the

21   driveway side.  So, you have the front and all the

22   way around down the side.  So, front would be

23   4 feet out by 30 feet across.

24        Q.    Okay.
```

Gerard F. Cervantes

```
 1        A.    And then going down the side, 4 feet out
 2   by 40 feet.
 3        Q.    And how about your second house?  That
 4   was the house on     that you were talking
 5   about, right?
 6        A.    Correct.
 7        Q.    And then on the       house,
 8   what does your garden look like there?
 9        A.    Oh.  That's a lot bigger home.
10        Q.    Okay.
11        A.    Luckily as I got older and I was a
12   little bit smarter with my money, I could afford
13   more.
14              Currently it's -- the front would be
15   3 feet out by 40 feet.
16        Q.    Let's talk about back when you were
17   using Roundup.  So, that would have been prior to
18   2004, right?
19        A.    I moved in -- I moved into that house in
20   '96.
21        Q.    Okay.  So, from '96 to 2004 what did the
22   garden look like at       Road?
23        A.    That's what I was just doing.
24        Q.    So, it's the same now as it was back
```

Gerard F. Cervantes

```
1    then?

2         A.    Yeah, I have the front, the side.  But I

3    do have a large berm in the back.  I back up to a

4    busy road.  So, there's a berm, trees and stuff

5    like that.  So, that's bigger --

6         Q.    Okay.

7         A.    -- than just around the house.  But I

8    have flower beds and patio with flower beds all the

9    way around from front, side and to the back of the

10   home and then the berm in the back.

11        Q.    So, how many square feet total would you

12   say?

13        A.    The back berm is probably 40 by 15, the

14   back berm.

15        Q.    Okay.

16        A.    And then all the way around the house,

17   30 feet in the front, all the way down the side

18   another 40, and then 40 along the back and then I

19   have a brick paver patio.  So, that's all flowered

20   all the way around the patio and doing that.  It

21   is -- it is a decent size.

22        Q.    And in all those areas you spot treat?

23        A.    Correct.

24        Q.    How about the berm, do you spot treat
```

Gerard F. Cervantes

1   the berm or do you spray the whole berm?

2       A.   That I mean -- I have plants and trees

3   back there.  So, I have to be careful.

4       Q.   Okay.  Understand.  Spot treatment too?

5       A.   Yes.

6       Q.   Now, let's talk about your commercial

7   use of Roundup.  You told me you had a couple

8   subdivision common areas, a couple churches?

9       A.   Some nursing homes.

10      Q.   And three nursing homes I believe and

11  then 20 residential properties.

12           On the 20 residential properties, I

13  assume you're doing the same sort of spot treatment

14  you would do at your house, correct?

15      A.   Correct.

16      Q.   How about at the nursing homes, the

17  churches and the subdivisions, tell me how you

18  would have used Roundup in those -- at those

19  places.

20      A.   A much larger capacity because of the

21  beds and everything.  I would use my 3-gallon

22  backpack and use the sprayer.

23      Q.   And would you use the entire 3 gallons

24  when you sprayed those particular properties?

Gerard F. Cervantes

1        A.      In a day, yes, because I would make, you

2    know, two or three nursing homes in one day.

3        Q.      Okay.  And you would use the entire

4    sprayer on that day?

5        A.      Sometimes.  To me, if you take care of

6    it earlier and keep it under control, you don't

7    have to do it as much all the time as you go down,

8    you know, go throughout the season.

9        Q.      During the times in which you were

10   spraying Roundup for commercial purposes, in a week

11   how many times would you estimate that you sprayed

12   Roundup?

13       A.      We sprayed weekly.

14       Q.      Once a week you would spray Roundup?

15       A.      Yeah, we would mow weekly and when we

16   went to visit and mow, then we'd also --

17       Q.      Spray?

18       A.      -- spray.

19       Q.      So, it happened one day a week and that

20   would happen during the growing season between

21   April and November?

22       A.      Yes, lawn season is April through

23   November.

24       Q.      And would you spray each and every time

Gerard F. Cervantes

```
 1    you went?

 2          A.    Commercial.

 3          Q.    Yes.

 4          A.    Most of the time, yes.

 5          Q.    Okay.

 6          A.    To keep the -- keep it looking good.

 7          Q.    All right.  So, I mean, I'm just trying

 8    to get a handle on how much you were spraying.

 9                It's once a week, 3 gallons at a time,

10    maybe 35 weeks a year for approximately six years?

11          A.    Yes.  During -- yeah.

12          Q.    Right?

13          A.    Yes.

14          Q.    So, April to November, we're taking out

15    five months.  5 times 30 is 150.  365 minus 150

16    would be whatever that is.

17          A.    You're better than I am.

18          Q.    215 divided by -- 215 days divided by 7,

19    that's about 30, 30 weeks, 31 weeks a year.

20                So, for 30 to 31 weeks a year you would

21    spray 3 gallons of Roundup once a week for six

22    years?

23          MS. FREDONA:  I'm going to instruct my client

24    to only answer if he knows.
```

Gerard F. Cervantes

1    BY MR. SHEPHERD:

2        Q.   If you know, right.  I'm using your

3    numbers to try to --

4        A.   Yes.

5        Q.   -- to help guesstimate.

6        A.   Yes.  And, again, sometimes as we'd

7    work, you know, if we lose a contract here or

8    there, it's going to roller.

9        Q.   Right.  So, it would go up and down?

10       A.   Go up and down because beginning of the

11   season you use more and it gets going.  So, there's

12   times that I'd have to mix on the job site --

13       Q.   Understand.

14       A.   -- and make more.

15       Q.   Could you estimate, on the times in

16   which you were spraying the Roundup commercially,

17   how many hours a day would you actually spray.  One

18   hour handle it all or was it four or eight?  Or

19   just give me your best estimate.

20       A.   If we did the three nursing homes, say,

21   on that day, hour and a half, two hours.

22       Q.   Okay.

23       A.   The bigger subdivision ones that they

24   had big entrances, things like that, we'd mix, you

Gerard F. Cervantes

```
1   know, two containers to take care of entrances.
2   And we took care of common areas.  You know what I
3   mean.
4        Q.   Understand.
5        A.   So, then they had different entrances
6   and different flower beds all over.  So...
7        Q.   Okay.  What -- how tall are you?
8        A.   5'11".
9        Q.   Do you know, talking about the
10  concentrate now, do you know what percentage of
11  glyphosate was in the concentrate that you used?
12       A.   I do not.
13       Q.   How about the ready-to-use, do you know
14  what percentage of glyphosate was in the
15  ready-to-use?
16       A.   I do not.  I trusted that the
17  manufacturer is going to mix -- put in what they're
18  supposed to.  I trusted that.
19       Q.   Right.  So, you don't doubt it was
20  whatever it said on the container.  You just don't
21  know what it said on the container?
22       A.   Right.  I didn't memorize what the
23  chemical mixture is of it.
24       Q.   Tell me, when you actually mixed the
```

Gerard F. Cervantes

1   concentrate, take me through that step.  How did

2   that process work?  What did you do?

3        A.    Would fill up probably a third of my

4   container and then mix the concentrate, pour it

5   inside and then fill it up the rest of the way.

6        Q.    So, you'd fill it up with water, then

7   you'd add concentrate.  What did you use to add

8   concentrate?  Did you have a cup, a measuring cup?

9   How did you do that, eyeball it?

10       A.    Some of them at that time had a

11  measuring cup that came on top of it, and so I

12  would keep one of those so that I would measure to

13  the best of my ability what it said.

14       Q.    And then you'd add it in, then you'd

15  fill it back up with water?

16       A.    Correct.

17       Q.    Did you wear any gloves when you mixed?

18       A.    Usually I wore gloves in the beginning

19  in April when it was colder and wet and then at the

20  end in the fall.  When it's heated, even like now,

21  I would say no.

22       Q.    Were the gloves that you wore, were they

23  chemically resistant gloves, do you know, or were

24  they just like winter gloves?

Gerard F. Cervantes

1      A.    Cotton glove.

2      Q.    Cotton glove.  Okay.

3            When you mixed it and you put the

4   concentrate in, did you -- did you shake it or stir

5   it or do anything to actually mix the glyphosate

6   within the water?

7      A.    Yes.  When I would pour it in with

8   the -- let's say a third in water, I'd put the top

9   on, just kind of mix it up a little bit so that it

10  would --

11     Q.    Just kind of shake it?

12     A.    Shake it, yeah.  Nothing crazy, but

13  shake it, and then I would add the rest.

14     Q.    And you made the dilution in the

15  solution directly into the backpack sprayer?

16     A.    Correct.

17     Q.    Do you still have that backpack sprayer?

18     A.    No.

19     Q.    Do you have any pictures of it?

20     A.    I don't.  I don't have it anymore.

21     Q.    When you mixed it, we talked about

22  sometimes you wore long pants and long-sleeved

23  shirts but not all the time, right?

24     A.    On the shirts.  When I work commercial

Gerard F. Cervantes

```
 1    or even work, I also have to weed-whack.  So it
 2    tears your legs up if you have the shorts.  So...
 3         Q.    Always long pants then?
 4         A.    Always long pants and work boots.
 5         Q.    That was my next question.  So, like
 6    what kind of boots?  When you say work boots, what
 7    do you mean?
 8         A.    6 inch, you know, a work boot that goes
 9    up about 6 inches.
10         Q.    Leather?
11         A.    Yes.
12         Q.    Steel toe?
13         A.    Not steel toe.
14         Q.    Rubber bottoms on them?
15         A.    Yes.
16         Q.    Did you wear goggles or safety glasses
17    when you diluted?
18         A.    Not all the time, but I usually wore
19    sunglasses when I'm out there working, you know.  I
20    couldn't tell you that I did it all the time, no.
21         Q.    Did you wear -- could you say that you
22    always had something covering your eyes, whether it
23    was sunglasses, reading glasses, vision glasses or
24    goggles?  Is that -- would that be a correct
```

Gerard F. Cervantes

1    statement?

2         A.    I could not say that I wore them all the

3    time.  Don't recall if I wore them all the time.

4         Q.    Did you wear any other specialized

5    protective clothing or equipment when you mixed

6    and/or applied Roundup?

7         A.    No.

8         Q.    Did you wash your hands with soap and

9    water after mixing?

10        A.    When I could, yes.  I'd rinse them off,

11   washed my hands when I could.

12        Q.    Why would you do that?

13        A.    Sometimes I might get a little bit on my

14   hands.  So, especially if I noticed, I would try

15   to.  But when you're out in a subdivision, water

16   and a washroom, toilet isn't always available.

17        Q.    Did you ever spill the product on

18   yourself while mixing?

19        A.    I'm trying to envision pouring it in.

20   May have.  I try to be careful, but I'm not going

21   to say that I was perfect in pouring it in and not

22   having a little bit of spillage or some.  I don't

23   know.

24        Q.    Is it fair to say that you don't have

Gerard F. Cervantes

1    any specific recollection as you sit there now of

2    an instance in which you spilled Roundup on your

3    hands while you were mixing it?

4         A.    I do have a recollection that I have in

5    the past because I'm not perfect.

6         Q.    Right.  Okay.  So, you have had times in

7    which you spilled some on yourself?

8         A.    I would say yes.

9         Q.    And in those instances, when you could,

10   you would go and wash your hands.  Is that right?

11        A.    Yes.

12        Q.    Do you have any recollection of a time

13   in which you spilled it on a part of your body that

14   wasn't your hands?

15        A.    No.

16        Q.    Did anyone else ever mix the product for

17   you?

18        A.    No.  It was mainly me.

19        Q.    And --

20        A.    Or in the case, Jim Cozcher, the other

21   older gentleman.  But it was mainly me because in a

22   work environment, when I worked full time at the

23   gas company, you know, if he took care of some

24   things in cutting, then I would go by myself

Gerard F. Cervantes

1   separate and go do the spraying.

2       Q.    Your backpack sprayer, do you know what

3   brand that was?

4       A.    I don't remember.

5       Q.    Was it a Roundup-specific sprayer?

6       A.    No.  It was a -- I usually buy my

7   equipment, something like that, from a commercial

8   grade, something commercial and not, you know.

9       Q.    Okay.

10      A.    Company or something.

11      Q.    So, you wouldn't have bought the

12  backpack sprayer at Home Depot or Ace?

13      A.    You know, I don't know.  I don't recall

14  that.

15      Q.    Okay.

16      A.    I just know they were quality equipment

17  that I try to buy.

18      Q.    On the backpack sprayer that you used,

19  it had a wand, right?

20      A.    Correct.

21      Q.    Which hand did you use to hold the wand

22  generally?

23      A.    Right hand.

24      Q.    Right hand.  Where was the wand held in

Gerard F. Cervantes

1   relation to your body?  I mean, something you did

2   outside?

3        A.   I mean, as I walked, it was right here

4   on my hip.

5        Q.   So, it was on your hip?

6        A.   Yeah.

7        Q.   How long a wand was it, 2, 3 feet?

8        A.   2 feet.  18 inches, 2 feet.

9        Q.   Did you ever use a pump-and-go sprayer

10   to apply Roundup?

11        A.   That's what this is.  You pump it on the

12   left side and then you pump up the pressure and

13   then you can spray it.

14        Q.   Okay.  But not the -- this is the one

15   that went on your backpack?

16        A.   Correct.

17        Q.   The one that you sort -- have you seen

18   the ones that are about yea tall and you carry it

19   on the side --

20        A.   I've seen that.

21        Q.   -- with the handle?

22             Did you ever use one of those to apply

23   Roundup?

24        A.   Minimal.

Gerard F. Cervantes

1        Q.     Did you ever use a boom sprayer to apply

2    Roundup?

3        A.     Don't even know what that is.

4        Q.     Did you ever use Roundup gel?

5        A.     No.

6        Q.     Do you have any specialized training for

7    applying Roundup?

8        A.     Other than reading the label, no.

9        Q.     And I think I asked you this before, but

10   you don't have a license to apply herbicides or

11   pesticides, right?

12       A.     I don't do any fertilizer.  The only

13   thing I've used is Roundup.  I don't -- in the

14   past.  I don't have enough knowledge to do

15   fertilizing or the granular, I guess you want to

16   say.

17       Q.     Do you have a license to apply Roundup?

18       A.     No, I don't.  I don't think you're

19   required to have one.

20       Q.     No -- yeah, you're right.  I'm just

21   asking whether or not.  There are some that you can

22   get.

23       A.     I thought -- I know when you asked, I

24   thought I missed something --

Gerard F. Cervantes

```
 1        Q.    No, no, no.

 2        A.    -- that would require me to.

 3        Q.    I'm just making sure you didn't have

 4   one.

 5        A.    Okay.

 6        Q.    Any of the properties that you apply

 7   Roundup on considered agricultural properties?

 8        A.    No.  Churches, subdivisions.

 9        Q.    You never applied it at a farm or

10   anything like that?

11        A.    No.

12        Q.    Can you tell -- can you tell me the

13   church, the name of the churches that you've

14   applied Roundup?

15        A.    They were Latter Day Saint churches.

16        Q.    Okay.

17        A.    One in Sugar Grove and one in

18   Naperville, Illinois.

19        Q.    And how about the three nursing homes,

20   what three nursing homes?

21        A.    There's one at the time, Elmwood Nursing

22   Home.

23        Q.    Okay.

24        A.    And that's in Aurora.
```

Gerard F. Cervantes

```
 1              And then there was one in -- it's a -- I
 2     don't know the name of it, but it's a sister
 3     nursing home, a chain, and that one was in
 4     Plainfield.  And then a third one in Hinsdale,
 5     Illinois.
 6         Q.    Do you know the name of the one in
 7     Hinsdale?
 8         A.    I don't recall it.
 9         Q.    And other than the Church of Latter Day
10     Saints in Sugar Grove and Naperville, any other
11     churches that you've applied Roundup?
12         A.    In churches?  Ginger Creek.  No, no, no.
13     That would be not one.  That's one that I have now.
14              The Latter Day Saints ones.
15         Q.    All right.  And then what subdivisions
16     did you apply Roundup in the common areas?
17         A.    It's in Downers Grove off of Highland
18     Avenue.  I don't recall the name of it because it
19     was a friend of mine that lived in the subdivision
20     that got it.  I know where it's at.  But it is
21     across the street from Good Samaritan Hospital in
22     Downers Grove, and I believe that's on Highland
23     Avenue.
24         Q.    Okay.  That's one.  What about the
```

Gerard F. Cervantes

1    other?

2         A.    The other one would be Windstone

3    subdivision in Sugar Grove.

4         Q.    And in those places you would apply

5    Roundup in any of the beds or flower areas in the

6    common areas, is that right?

7         A.    Correct.

8         Q.    Same thing for the churches?

9         A.    In the common areas, yes.

10        Q.    Common areas in the beds and spot

11   treatment?

12        A.    Correct.

13        Q.    Any of these churches, the nursing homes

14   or the subdivisions where you would put it along or

15   use it in a non-spot application situation?

16        A.    No.

17        Q.    It was always spot treatment?

18        A.    In your beds, things like that, because

19   I didn't do fertilizing or spot dandelions in their

20   property.  That was just too much.

21        Q.    Right.  So, it was just in the beds

22   you'd do spot treatment?

23        A.    Yes, for the most part.

24        Q.    How about like along fence lines,

Gerard F. Cervantes

1  anything like that, in any of the nursing homes,

2  churches or subdivisions?

3      A.   Trying to think.

4           Some of the subdivisions, around tree

5  rings, if you wanted to cut in tree rings, a fence

6  area, that just put it down so that -- because it's

7  harder to weed-whack and stuff like that.

8      Q.   Understand.

9      A.   But --

10     Q.   But nowhere where there was, you know,

11 1,000 foot of fence line --

12     A.   Yes.

13     Q.   -- and you were applying Roundup.  It

14 was all spot treatment?

15     A.   Yes, mostly.

16     Q.   Okay.  You were always careful to spray

17 Roundup only in the areas where you needed to kill

18 the weeds, right?

19     A.   Tried my best.

20     Q.   And you tried to apply in a targeted

21 manner because you didn't want to kill or damage

22 other things around it, right?

23     A.   Yes.

24     Q.   When you applied Roundup, you didn't

Gerard F. Cervantes

1    apply it non-stop like you were just walking and

2    applying.  It was always spot treatment areas.

3    Correct?

4         A.    Spot treatments, but there were some

5    areas that you would -- I could openly spray

6    because it was back of a bed area where there is

7    nothing there.  So, it was a bigger, easier

8    application like that.

9         Q.    Understand.  You considered what the

10   weather was like when you sprayed Roundup, right?

11        A.    Yes.

12        Q.    Because it doesn't make sense to spray

13   Roundup when the weather conditions are not going

14   to allow it to do its job, right?

15        A.    Correct.

16        Q.    What was it -- what were the conditions

17   you were generally looking for when you were going

18   to spray Roundup?

19        A.    The time frame of rain so that it's dry

20   and, you know, if it was very windy, I wouldn't do

21   it then.  You can't eliminate no wind, but use good

22   common sense.

23        Q.    Was there a particular time of day that

24   you would apply the Roundup?

Gerard F. Cervantes

```
 1        A.    No, because it's a start time, when you

 2   start and you get there.  If I'm in the morning at

 3   one and by the time I go all the way 20 miles later

 4   and I get all the cutting done, it might be 4:00 in

 5   the afternoon.  So, no specific time frame.

 6        Q.    Were you aware from your reading of the

 7   label of the ready-to-use or the concentrate that

 8   the label recommends that you spray in warm, sunny

 9   weather above 60 degrees Fahrenheit?

10        A.    That's what I tried to do.  And I would

11   look at the plants and try to make sure that

12   they're not wet because you want it to work

13   properly.

14        Q.    And did you find the product, the

15   concentrate product, worked well in your commercial

16   application?

17        A.    Yes.

18        Q.    It killed the weeds that you were hoping

19   for?

20        A.    Yes.

21        Q.    Did it kill any other vegetation that

22   you didn't intend to kill?

23        A.    If it did, it was accidental, if it

24   went -- whether windy or whatever and got
```

Gerard F. Cervantes

```
 1   somewhere.  But I tried to be very careful.
 2        Q.    Do you know what types of weeds you were
 3   spraying?
 4        A.    I do not know the weeds by name, no.
 5        Q.    When you sprayed Roundup in an area that
 6   you had previously sprayed, were you spraying the
 7   same weeds or new weeds?
 8        A.    Both.  It didn't always kill everything
 9   the first time.  Then you go back a second time and
10   you spray it.  But weeds will always come back,
11   whether it's that old one or new ones.  They're
12   always coming back.  If not, it would be a one- --
13   one-step process.
14        Q.    So, when we talked about your spraying
15   at your homes, you said that you'd spray and then
16   you'd go and pick the weeds.  Is that what you did
17   commercially or commercially did you just go back
18   and spray again if the weeds remained?
19        A.    Both.  I call it a red zone.  If it's a
20   front entrance where people, heavy traffic and you
21   want it to look especially nice, then you spray.
22   And I might tell you, "Hey, I'll be back next week,
23   we'll pull the weeds and spray anything additional
24   as we keep going."
```

Gerard F. Cervantes

```
1              And then I -- other areas that are not
2    red zones, and let's say they're way off to the
3    side or whatever, then it was up to them, if it was
4    okay I could spray it and they died, could I leave
5    it like that or pull them.  So, it was up to the
6    building person that I talked to what they wanted
7    done.
8         Q.   When you sprayed Roundup in an area that
9    you had previously sprayed, were there fewer weeds
10   than the time that you had previously sprayed?
11        A.   Not always because new weeds are going
12   to come back all the time.  That's why I sprayed on
13   a weekly basis.
14        Q.   Besides spraying Roundup, were you doing
15   other lawn work as well?  You were, right?
16        A.   Cutting grass, trimming bushes if I
17   needed to, whatever, you know, to do.
18        Q.   How much time would you -- if you had to
19   estimate percentage of time you spent doing other
20   things, cutting grass, weed-whacking, those sort of
21   things and applying Roundup, what would be the
22   percentage of times?
23        A.   That's going to vary because if my
24   partner is cutting the grass, I'm going to be
```

Gerard F. Cervantes

```
 1    spraying for weeds for, say, an hour, an hour and a

 2    half, and once I'm done, then either I'll jump on a

 3    mower or I'll start bed edging the beds.

 4              So, there's times that I didn't always

 5    mow.  I would take care of, hey, spray the weeds,

 6    freshen up the bed edging, fluff up the mulch.

 7    So...

 8         Q.   We talked about the clothes that you

 9    were wearing and the PPE that you were wearing when

10    you were mixing.  Was that the same clothes and PPE

11    that you would wear when you were actually applying

12    Roundup?

13         A.   Yes.

14         Q.   You didn't wear a Tyvek suit on top of

15    your clothes at any time when you were applying

16    Roundup, did you?

17         A.   No.

18         Q.   Did you regularly inspect the PPE that

19    you were wearing, the gloves and the clothes to

20    make sure that they were in good shape?

21         A.   Yes.

22         Q.   And you said you didn't wear a mask

23    while spraying, right?

24         A.   No.
```

Gerard F. Cervantes

```
1        Q.    You wore cotton gloves?

2        A.    Yes.

3        Q.    At times?

4        A.    Yes.

5        Q.    And we talked about your eye protection,

6   your shoes.

7              How long did you wear your clothes after

8   spraying Roundup, generally?

9        A.    Until the end of the day because I would

10  keep on working and go to the next job site and

11  potentially have to spray again.

12       Q.    And do you know for a fact that your

13  wife would wash your Roundup clothes separately

14  from other clothes?

15       A.    I don't know if she always did it

16  because I'm not there when she does laundry.

17       Q.    But that's something that you had asked

18  her to do?

19       A.    I would put my work clothes separate

20  when I could, you know.  But, again, I didn't do

21  the laundry.  So, I couldn't tell you specifically

22  every time or whatever.

23       Q.    We talked about getting Roundup on your

24  hands at times when you were mixing it.
```

Gerard F. Cervantes

```
 1            Did you ever feel Roundup spray or spill

 2   on your exposed skin when you applied it?

 3       A.    There were times when I'm using the

 4   sprayer that it felt, my hand, wet and stuff.  So,

 5   I don't know if the trigger was leaking or

 6   something was leaking there.

 7       Q.    And that's when you were using the

 8   ready-to-use you mean?

 9       A.    Ready-to-use.  If my sprayer was, and I

10   would notice it, I would fix it.  But can't say

11   always that it, you know, it was foolproof.

12       Q.    Do you have a specific recollection of

13   an event like that or just sort of a general "I can

14   kind of recall it happening"?

15       A.    In general that I can recall it

16   happening.

17       Q.    Do you ever recall a time in which you

18   got drift, spray drift, on you while you were

19   applying?

20       A.    Can't recall.

21       Q.    Other than your hand, do you recall any

22   other parts of your body that were ever exposed to

23   Roundup when you were actually applying it?

24       A.    No, can't recall.  That was my main
```

Gerard F. Cervantes

1  source.  I'd pump in this hand and spray with this

2  one.

3        Q.    And it would get on your spray hand?

4        A.    Yes.

5        Q.    But no other recollection of any time in

6  which, you know, I don't know, you spilled it all

7  over your legs or you dropped the backpack sprayer

8  and it splashed in your face --

9        A.    No.

10        Q.    -- or anything like that?  No?

11        A.    No.

12        Q.    You stopped using Roundup in 2004, is

13  that right?

14        MS. FREDONA:  Objection; asked and answered.

15  Go on.

16  BY THE WITNESS:

17        A.    Approximately, yes, when I got sick.

18  BY MR. SHEPHERD:

19        Q.    Why did you stop using it?

20        A.    Cancer.

21        Q.    Did you believe that it caused your

22  cancer?

23        A.    I'm not a doctor.  I don't know.

24        Q.    Okay.  But because you had gotten cancer

Gerard F. Cervantes

1    when you were using it, you decided to stop using

2    it after you got cancer.  Is that true?

3         A.    Yes.  After I got cancer and so sick, I

4    stopped using anything.

5         Q.    Did you ask any of your doctors whether

6    or not the Roundup that you had used could have

7    caused your cancer?

8         A.    No.

9         Q.    But you did stop it after being

10   diagnosed with cancer?

11        A.    Yes.

12        Q.    Did you stop -- no, you didn't.

13              You did not stop your work at Nicor when

14   you were exposed to chemicals when you got your

15   cancer diagnosis, right?

16        A.    When I -- I was off work for two years

17   and then when I went back to work, being a lead

18   person, I didn't have to -- what we call a tap

19   hole -- get into the tap hole and work it.  The --

20   I had people that were -- had those titles that did

21   the fixing.

22              So, I ran the backhoe.  I was in charge

23   of the safety of the job, completion of the job and

24   their paperwork.  So, I was promoted higher.

Gerard F. Cervantes

1               So, after cancer and I went back to the

2     gas company, I would make sure that I would do the

3     best I could to stay away from the tap hole after

4     digging it up and while people worked on it.

5          Q.    But you were -- you were on the sites,

6     right?

7          A.    I was on the site, yes.

8          Q.    People working there.  And there were

9     times in which there were benzene, PCB and maybe

10    even asbestos at those sites, correct?

11         A.    In the tap hole with them, yes.

12         Q.    Did you do -- and you explained that

13    they were down in there doing it.

14              Did you wear anything special to make

15    sure that you weren't exposed, a mask or a Tyvek

16    suit or anything like that?

17         A.    I walked away from the tap hole because

18    there was normally a welder and another person, a

19    three-person crew at times.  So, after I did what I

20    had to do, I would either go sit in the truck, walk

21    upwind to just try to limit myself as much as I

22    could to do my job.

23         Q.    Did you, your wife or any of your

24    friends or family, to your knowledge, research the

Gerard F. Cervantes

1   causes of NHL at or near the time of your

2   diagnosis?

3        A.    No.

4        Q.    Did anyone at the time of diagnosis ever

5   tell you that your NHL could have been caused by

6   your use of Roundup?

7        A.    Not anyone professionally.  Just talking

8   maybe to a friend.

9        Q.    Okay.  Do you recall what friend that

10  might have been?

11       A.    No.  More of a general talking, I had

12  cancer and they're like, hey, you know, don't know

13  if what we use as far as Roundup or anything out

14  there could cause it.  I've seen commercials for

15  years on it, but...

16       Q.    You have seen commercials for years now

17  but not back then --

18       A.    Correct.

19       Q.    -- in 2004, right?

20       A.    Correct, now.

21       Q.    So, you had general -- I want to talk

22  about the time of diagnosis.

23            At the time of diagnosis did you have

24  general conversations with individuals about the

Gerard F. Cervantes

```
1    fact that Roundup might have caused your cancer?

2        A.    No.

3        Q.    Since you may have had -- since then

4    you've had such conversations, though?

5        A.    Correct.

6        Q.    Do you recall --

7        A.    Afterwards.

8        Q.    Afterwards?

9        A.    Of being diagnosed down the road.

10       Q.    Could you give me an estimate of time of

11   when you might have had these general

12   conversations?

13       A.    Oh.  It was after 2006 when I went back

14   to work.

15       Q.    Okay.

16       A.    I also, when I did go back to work, I

17   requested a -- what they call a respirator with the

18   cartridges in there so that if I had to go in the

19   hole, I could wear it.

20       Q.    And did you ever wear it?

21       A.    Yes.

22       Q.    So --

23       A.    That was post when I went back to work.

24   Not prior to.
```

Gerard F. Cervantes

```
1        Q.    After you went back to work at Nicor,

2   there were times in which you had to go into the

3   hole and you would wear a protective equipment, a

4   respirator?

5        A.    Correct.

6        Q.    And that respirator would have organic

7   vapor cartridges on it or cartridges on it?

8        A.    Cartridges on it.

9        Q.    Were you fit tested for the respirator?

10       A.    Correct.

11       Q.    You were?

12       A.    Correct, yes.

13       Q.    Somebody at Nicor fit tested you for it?

14       A.    Yes.

15       Q.    And you were trained on how to properly

16  put it on?

17       A.    Yes.

18       Q.    Did you ever wear a dosimeter when you

19  worked at Nicor?

20       A.    I don't know what that is.

21       Q.    Like a little badge that would

22  monitor how much --

23       A.    No.

24       Q.    -- exposure you have to certain
```

Gerard F. Cervantes

 1    chemicals.

 2         A.    No.

 3         Q.    You continued to do lawn care work after

 4    your NHL diagnosis, correct?

 5         A.    Correct.

 6         Q.    But you never used Roundup again.  Is

 7    that correct?

 8         A.    Don't use it.

 9         Q.    When did you first learn that your

10    co-worker -- I forget his name -- Gary --

11         A.    Cichy.

12         Q.    -- Cichy had NHL?

13         A.    I believe he got sick within a year

14    before I did I think.

15         Q.    And when you got NHL, did you and

16    Mr. Cichy at that time discuss the possibility that

17    maybe it was the chemicals at your work that had

18    led to your non-Hodgkin's lymphoma?

19         A.    No, not the chemicals at work.

20         Q.    What did you all discuss might have been

21    the cause of your non-Hodgkin's lymphoma?

22         A.    The water.  And he was a taxidermist.

23    So, he dealt with a lot of things there.  So,

24    didn't know where it came from.

Gerard F. Cervantes

1       Q.    There is -- in your medical records,

2   there are a number of instances in which it's

3   indicated that your mother had non-Hodgkin's

4   lymphoma and eventually died from it.  Is that

5   correct?

6       A.    Correct.

7       Q.    I also saw, I believe in your Plaintiff

8   Fact Sheet, that your mother had stomach cancer?

9       A.    Well, we just called it stomach cancer.

10  It was non-Hodgkin's lymphoma located in her

11  stomach.

12      Q.    Okay.

13      A.    Example with me, I had non-Hodgkin's

14  lymphoma but it was all located in my liver.  So,

15  sometimes you say liver cancer.

16      Q.    Gotcha.

17      A.    Easier than saying the long word.

18      Q.    You had what subtype of non-Hodgkin's

19  lymphoma?

20      A.    Large B-cell non-Hodgkin's lymphoma.

21      Q.    Do you know what type your mother had?

22      A.    I do not know.

23      Q.    Is there anyone that would know what

24  type of subtype your mother had?

Gerard F. Cervantes

```
 1        A.    I could ask an older sister.

 2        Q.    Okay.

 3        A.    All I know is non-Hodgkin's lymphoma

 4   located in her stomach.

 5        Q.    One of your sisters may know; you're

 6   just not sure?

 7        A.    Correct.  I never went to any doctors

 8   visits with her.

 9        Q.    Is your father still alive?

10        A.    No, deceased.

11        Q.    Did you use any pesticides after your

12   NHL diagnosis?

13        A.    No, I don't use anything.

14        Q.    So, since being diagnosed with NHL, you

15   don't use anything to control weeds, chemical-wise,

16   is that right?

17        A.    I don't use anything.

18        Q.    How do you -- how do you deal with the

19   weeds that you used to deal with using Roundup

20   nowadays?

21        A.    At my home I use -- you know what a

22   weed-whacker is of course.  I use that and I just

23   trim it down to the ground.

24        Q.    And how about commercially?
```

Gerard F. Cervantes

1       A.    I don't -- if I were to take care of

2   your property, I'd tell you right up front, "I'm a

3   cancer survivor.  I don't use any granular or

4   Roundup, weed killer.  So, that's not anything I

5   can offer to you."

6       Q.    When did you start making that statement

7   to commercial customers?  Right when you went back

8   in 2006?

9       MS. FREDONA:  Objection; misstates the record.

10  BY MR. SHEPHERD:

11      Q.    Go ahead.

12      A.    When I went back afterwards, I'm trying

13  to think, 2006, yes, I just told them I don't offer

14  that service.

15      Q.    Okay.  So, starting in approximately

16  2006 when you finished your treatment for your

17  initial onset of non-Hodgkin's lymphoma, when you

18  were doing commercial jobs, you would specifically

19  tell the owners of the properties on which you were

20  doing those commercial jobs that you could not use

21  granular or Roundup or anything like that?

22      A.    Yes.  I did not use it.

23      Q.    Okay.  And that was because of you were

24  a cancer survivor?

Gerard F. Cervantes

```
 1        A.    Correct.

 2        Q.    Have you ever spoken with anyone at

 3   Monsanto about how to use Roundup?

 4        A.    No.  Wouldn't even know how to get ahold

 5   of them.

 6        Q.    Have you ever communicated with any

 7   salesman or sales representatives from Monsanto?

 8        A.    No.

 9        Q.    Have you ever communicated with any

10   salesman or sales representatives at Home Depot or

11   Ace Hardware or any other place where you bought

12   Roundup about how to use it?

13        A.    No.

14        Q.    Have you ever communicated with anyone

15   at Monsanto about anything?

16        A.    No.

17        Q.    Did anyone or -- well, did anyone other

18   than you ever spray Roundup at your personal

19   properties?

20        A.    My house, I take care of the outside.

21        Q.    No one else ever did spray Roundup at

22   your house other than you?

23        A.    No.  They cut the grass, but not with

24   any Roundup.
```

Gerard F. Cervantes

```
 1        Q.     Have you ever used a product called

 2    Eraser, to your knowledge?

 3        A.     Don't know what that is.

 4        Q.     Ever used a product called Buccaneer?

 5        A.     No.

 6        Q.     Ever used a product named Envy?

 7        A.     No.

 8        Q.     Ever used a product called Halex,

 9    H-a-l-e-x, GT?

10        A.     Never heard of that product in my life.

11        Q.     How about Flexstar GT?

12        A.     No.

13        Q.     Have you ever used a product called

14    Credit 41 Extra?

15        A.     No.

16        Q.     Do you change your own oil on your car?

17        A.     On my car?  Jiffy Lube.  No.  I'm sorry.

18        Q.     Do you do your own pest control at the

19    house or do you hire somebody to do that?

20        A.     It's hired help.

21        Q.     Do you have any sort of craftsman

22    hobbies, woodworking, painting, anything like that

23    that you do?

24        A.     None.  I exercise for fun, boxing,
```

Gerard F. Cervantes

```
 1   skipping rope, working out.

 2        Q.    Do you do your own home repairs?

 3        A.    I'm not the most handy person.  As far

 4   as like electrical, no.  Can I paint?  Yes.  Can

 5   I -- but --

 6        Q.    How about plumbing?

 7        A.    No.

 8        Q.    Ever use primer solvent or glue for PVC

 9   pipe?

10        A.    No, I don't do any of that.

11        Q.    Do you build any furniture?

12        A.    No.

13        Q.    How about sawing, do you saw wood?

14        A.    No.  Not a carpenter at all.

15        Q.    Is it fair to say that in your lifetime

16   you've been exposed to welding torch fumes?

17        A.    I was a welder for three years at the

18   gas company, yes.

19        Q.    So, at least based upon what we've

20   talked about today, in addition to Roundup, you

21   have been exposed to, in some degree or another,

22   benzene, correct?

23        A.    Correct.

24        Q.    PCBs, correct?
```

Gerard F. Cervantes

 1        A.    Correct.

 2        Q.    Gasoline exhaust, correct, or fumes,

 3   gasoline fumes?

 4        A.    From equipment.

 5        Q.    Diesel fuel, correct?

 6        A.    Correct.  It's there when I'm running

 7   the machine.

 8        Q.    Welding torch fumes, right?

 9        A.    For three years as a welder.

10        Q.    PCBs?

11        A.    It's -- yes.

12        Q.    Moving quick.

13              Now, I told you this a little before.  I

14   don't have a lot of medical records from you prior

15   to maybe the last five or six years.  I'm not sure

16   exactly why.  I've asked my folks to follow up on

17   that and they are.  But I need to get a little bit

18   of background from you about your early medical

19   history because I just don't know it.  Okay?

20        A.    Okay.  Yes.

21        Q.    Did you have any serious health

22   conditions as a child or as a young adult?

23        A.    None.

24        Q.    Have you ever been diagnosed with any

Gerard F. Cervantes

```
 1   cancer besides your NHL?

 2        A.    None.  2004 was the first time.

 3        Q.    No skin cancer, nothing like that?

 4        A.    None.

 5        Q.    Do you have any -- have you ever

 6   suffered from any immune deficiency?

 7        A.    None.

 8        Q.    Do you have or have you been diagnosed

 9   with lupus?

10        A.    None.

11        Q.    Have you ever been diagnosed with

12   Crohn's disease?

13        A.    None.

14        Q.    Have you ever been diagnosed with

15   ulcerative colitis?

16        A.    None.

17        Q.    Do you have rheumatoid arthritis, to

18   your knowledge?

19        A.    I have arthritis to my knowledge.

20        Q.    But not rheumatoid.  So you have

21   arthritis that goes with getting old, not arthritis

22   from your body's immuno system attacking itself,

23   right?  Do you know?

24        A.    Not sure what type it is.
```

Gerard F. Cervantes

1      Q.    Okay.  But you have arthritis?

2      A.    Yes.

3      Q.    Do you take any medications for your

4  arthritis?

5      A.    I take a nutritional supplement for

6  anti-inflammatory, BiOmega fish oil.

7      Q.    What is that called, do you know, the

8  supplement that you take?

9      A.    The product name is USANA.  That's the

10  company.

11     Q.    Okay.

12     A.    And then within that I take fish oil.  I

13  take a -- what they call Procosa for your joints

14  and Proflavanol is an anti-inflammatory.

15     Q.    And when did you start taking the USANA

16  products?

17     A.    In 2004, three months before I was

18  diagnosed because it took them three months to find

19  my cancer.  So, I was in search of anything to try

20  and get me healthy.

21     Q.    Have you ever been diagnosed with celiac

22  disease?

23     A.    No.

24     Q.    Do you have any ulcers or have you had

Gerard F. Cervantes

```
 1   any ulcers, to your knowledge?
 2        A.    None.
 3        Q.    Have you ever had eczema?
 4        A.    None.
 5        Q.    Have you ever had psoriasis?
 6        A.    None.
 7        Q.    Some of these are a little ridiculous
 8   but I have to ask anyway.
 9              Have you ever had an organ transplant?
10        A.    Stem cell transplant.
11        Q.    You did have a stem cell transplant as
12   part of your diagnosis -- your treatment?
13        A.    From cancer, yes.
14        Q.    Is that the only transplant that you've
15   had is the stem cell?
16        A.    Stem cell, yes.
17        Q.    To your knowledge, have you taken any --
18   have you taken any immunosuppressive medications?
19        A.    None.  I'm not sure -- I mean,
20   immunosuppressants.  I take a nutritional
21   supplement and that's the only medication or not
22   even medication.  That's the only product I take.
23        Q.    Back when you were getting the cell --
24   the stem cell transplant, did you take something
```

Gerard F. Cervantes

1    called Imuran?  Does that sound familiar?

2         A.    I don't recall.  I was so sick that I

3    knew that I got cancer.  The acronym for it was

4    CHOPs, but I couldn't tell you what they.

5         Q.    The chemo was CHOP?

6         A.    The chemo, yeah, the chemo was CHOP.

7         Q.    Okay.

8         A.    But to this day I couldn't tell you what

9    the -- what the long name is, correct name is.  I

10   was so sick that I could barely walk.

11        Q.    Have you ever been diagnosed with

12   diabetes?

13        A.    No.

14        Q.    Have you ever been diagnosed with

15   Epstein-Barr virus?

16        A.    No.

17        Q.    Have you ever been diagnosed with any

18   subtype of hepatitis?

19        A.    No.

20        Q.    Have you ever experienced inflammatory

21   bowel disease?

22        A.    No.

23        Q.    Have you had any exposure to radiation

24   in your lifetime?

Gerard F. Cervantes

```
 1      A.    No.

 2      Q.    Do you have any medication allergies?

 3      A.    None.

 4      Q.    Have you had any adverse reactions to

 5   vaccines?

 6      A.    None.

 7      Q.    Prior to your NHL diagnoses, did you

 8   have any hospitalizations in your life?

 9      A.    Tonsils when I was about, I'm going to

10   guess, 8 or 9 years old.

11      Q.    Okay.

12      A.    That's it.

13      Q.    That's it.

14      A.    No broken bones ever in my life or

15   anything.

16      Q.    All right.  Since -- or at least in my

17   review of your medical records I have identified a

18   few things that you have been diagnosed with.

19   Let's just see if we can agree on them without

20   having to go through the records.

21            Shingles, have you had shingles?

22      A.    Yes, I had a bout with that.

23      Q.    You've had a recurring episode of atrial

24   fibrillation, right?
```

Gerard F. Cervantes

1      A.    A-fibrillation, correct.

2      Q.    What is your understanding of how you

3   were treated for A-fib?

4      A.    They -- how can I put this?  They

5   stopped my heart and then started it again.

6      Q.    Cardioversion?

7      A.    I call it reboot like your computer.

8      Q.    Reboot.

9      A.    That's all.  They wanted to give me

10   medication, but I didn't -- I don't like taking

11   medication.  So, I asked them what do you do for

12   someone who won't take it, and then that's when

13   they -- I call it the reboot.  They stopped it and

14   started it again.

15            And then I went back in for a follow-up,

16   and I was back in A-fib and they wanted medication

17   and I said I'm not taking it and what do you do in

18   this case?

19            So, then they went through the groin

20   area, went up into the heart and I guess they went

21   to each chamber -- and, again, I do layman's terms.

22   They recalibrated each chamber, and I don't know if

23   it's correct terminology where they froze it.  And

24   I've been great ever since.

Gerard F. Cervantes

```
1       Q.    I think that procedure is called
2   ablation.  Does that sound right to you?
3       A.    Sounds right.
4       Q.    Has anyone, any doctor told you that
5   your atrial fibrillation was in any way associated
6   with your non-Hodgkin's lymphoma?
7       A.    No.
8       Q.    How about your shingles.  Anybody told
9   you that was related to non-Hodgkin's lymphoma?
10      A.    No.
11      Q.    You've been diagnosed with severe sleep
12  apnea?
13      A.    Yes.
14      Q.    And I know you struggle with that CPAP
15  machine?
16      A.    Yes.
17      Q.    Do you still struggle with it?
18      A.    No.  I've dropped since then -- I was
19  230, 228 at the time.  I weigh 197 now.  And I have
20  not been back to the doctor to clear that, but my
21  wife says I don't snore anymore.  So, that's great
22  news.  Dropping the weight and...
23      Q.    That did it?
24      A.    Did it.
```

Gerard F. Cervantes

1      Q.    Seborrhea keratitis?

2      A.    Don't even know what it was.

3      Q.    You don't know that you were diagnosed

4   with that.

5            Did anyone ever tell you that your sleep

6   apnea was in any way associated with NHL?

7      A.    No.

8      Q.    Sounds like it was associated with

9   weight?

10     A.    Yes.

11     Q.    Do you have a condition called

12  hyperlipidemia, do you know?

13     A.    Never heard of it before.

14     Q.    Elevated cholesterol?  Do you know if

15  your cholesterol runs high?

16     A.    It's not high.

17     Q.    Okay.

18     A.    My doctor will sometimes say, "Hey, can

19  we bring it down?"  Since I've dropped weight and

20  everything, I'm on no medication.

21     Q.    Did you ever take medication for your

22  cholesterol?

23     A.    None.

24     Q.    And you say that you normally avoid

Gerard F. Cervantes

1  medication.  You'd rather avoid medication,

2  correct?

3      A.    Correct.

4      Q.    Why is that?

5      A.    The side effects are sometimes worse

6  than what you have.  And, so, my doctor would be,

7  say, "Can you talk to my nutritionist?"  And I

8  said, "I know what to eat and if she tells me what

9  to eat, I already know.  It's I'm being

10 undisciplined.  So, therefore, I would rather get

11 disciplined and do the hard work to fix it versus a

12 pill a day to control it."

13     Q.    How would you describe your health prior

14 to your NHL diagnosis?

15     A.    Very good.  Prior to getting sick, other

16 than you get a common cold there once in a while,

17 you catch a flu because I worked outside all year

18 around.  I've never had a broken bone.  Other than

19 my tonsils, been good.  And at one time I went ten

20 years without missing a day's work calling in sick.

21     Q.    And other than the tonsillectomy, have

22 you had any other -- and the ablation procedure,

23 have you had any other surgeries?

24     A.    No.  Tonsils.  I think at the time they

Gerard F. Cervantes

1   called it tonsils and adenoids.  That and the A-fib

2   and I did -- with my shingles, she said it was one

3   of the most mild cases she ever saw.

4        Q.    Outside of your NHL treatment, have you

5   had any extended hospital stays?

6        A.    I've never been hospitalized prior to

7   that in my life.

8        Q.    Who was your main healthcare provider

9   prior to your NHL diagnosis?

10        A.    I always had Dreyer HMO through work.

11        Q.    And was there one specific doctor that

12   you saw prior to your diagnosis?  We saw Bruger

13   since, but --

14        A.    Burgner.  I'm trying to think what his

15   name was.  I can't remember what his name was

16   because he was a pulmonary specialist.  I had him

17   for a while, but then he went to just pulmonary and

18   then I went to Dr. Burgner.

19        Q.    And did you see a pulmonary specialist

20   for any specific reason?

21        A.    No, that was just -- that was just what

22   he found out.  I thought he was just a general

23   doctor, but that was his specialty.  So, he went

24   back to his specialty.

Gerard F. Cervantes

```
 1        Q.    If you would, tell me a little bit about
 2   your NHL.  What were your presenting symptoms?
 3        A.    Non-Hodgkin's lymphoma.  I was tired,
 4   but I just figured because I'm a workaholic, on the
 5   tired side.  But then sometime in July we were at a
 6   parade, and I told my wife, I said, "I am just so
 7   tired.  I'm going to take a nap in the car."  And,
 8   so, that was not normal for me.  That was in July.
 9   And then fatigue and sweats.  Night sweats came
10   prior to being diagnosed.
11             It took three months for them to
12   diagnose me.  So, a very severe cough came out
13   about.  And that would be my symptoms that I could
14   recall.
15        Q.    When you say it took three months to
16   diagnose you, what sort of -- what doctors were you
17   seeing during those three months that were trying
18   to figure out what was going on?
19        A.    Oh, my goodness.  I'm trying to think.
20   Heart, pulmonary, I had HIV test, tuberculosis
21   test.
22        Q.    Who was your -- who was the doctor I
23   guess that was sending you to all of these people
24   to get checked out, do you recall?  Was it the same
```

Gerard F. Cervantes

```
 1    doctor --

 2         A.    No.

 3         Q.    -- who is the pulmonary doctor?

 4         A.    Yes, but I don't recall his name.

 5         Q.    Do you remember the cardiologist or the

 6    pulmonologist or the infection disease doctors that

 7    you saw?

 8         A.    No, because they were -- it was just a

 9    one-stop-shop.  I was so sick at that time that it

10    would be August and I would walk in with a -- all

11    the gloves, a winter coat, because I was so -- so

12    sick.

13               So, my wife would take me to whatever

14    appointment that doctor set me up with and they'd

15    do the test and then I'd go home.

16         Q.    And who is it that finally diagnosed you

17    with non-Hodgkin's lymphoma?

18         A.    Her name is Dr. Leela Rao.

19         Q.    R-a-o?

20         A.    Yes.  And she was my cardiologist and

21    she was -- oncologist.  She was the one at Dreyer

22    HMO that was in the network I guess you want to

23    say.

24         Q.    Was she associated with a particular
```

Gerard F. Cervantes

```
 1    hospital?

 2        A.    Well, at that time it was Mercy Center

 3    Hospital in Aurora.  But I'm guessing you're

 4    familiar with Dreyer HMO is my company, the medical

 5    group that I use.

 6        Q.    Okay.

 7        A.    So, I had to see somebody within that

 8    group.  So, there was an oncologist right there in

 9    Aurora where I grew up at.  So, that's where I

10    went.  And there were three to choose from, and I

11    just chose one by (indicating).

12        Q.    And was that Dr. Rao?

13        A.    Yes.

14        Q.    And the treatment that you received for

15    your non-Hodgkin's lymphoma, that happened at Mercy

16    Center Hospital in Aurora?

17        A.    I say Mercy Center, but it's -- all I

18    know it's Dreyer HMO Oncology Department, because I

19    know they used to be affiliated together but I

20    don't know if they're separate, you know.

21        Q.    Okay.  So, you started experiencing

22    symptoms.  That would have been in July of 2014

23    (sic), right?

24        A.    Yes.
```

Gerard F. Cervantes

1    Q.    And you were diagnosed?

2    A.    October 15 of '04.  You don't forget

3    that date.

4    Q.    When Dr. Rao diagnosed you on

5    October 15, 2004 with NHL, did she tell you the

6    particular subtype you had?

7    A.    Particular subtype?

8    Q.    Subtype of NHL.

9    A.    All she told me was I had large B-cell

10   non-Hodgkin's lymphoma.

11   Q.    That's what I meant by subtype.

12   A.    Okay.

13   Q.    Large B-cell.

14   A.    Gotcha.

15   Q.    It was diffuse, right?  Is that right?

16   Diffuse large B-cell?  Do you know?

17   A.    I don't know about diffuse.  I just --

18   Q.    Just large B-cell?

19   A.    Yeah.

20   Q.    And Dr. Rao did not tell you the cause

21   of your NHL, right?

22   A.    No.

23   Q.    Did she say that the cause was unknown?

24   A.    I asked where I could have possibly --

Gerard F. Cervantes

1   possibly gotten it from, and her answer was, "My

2   job is to get you healthy, not to investigate.  I

3   don't know where you got it from."

4       Q.    Did you ever have a discussion with any

5   healthcare provider about potential causes for NHL

6   or your NHL?

7       A.    No.  She was my initial one and when I

8   asked, her answer was, "I'm here to get you healthy

9   and save your life."

10      Q.    Did you ask anyone else what the cause

11  might have been?

12      A.    No.  She was my primary.  That's

13  really -- other than my stem cell transplant,

14  that's the only oncologist I saw.

15      Q.    Where did you have your stem cell

16  transplant?

17      A.    Northwestern here in Chicago,

18  Northwestern Hospital.

19      Q.    Do you know who the doctor was that did

20  that?

21      A.    Yes, Dr. Jayesh Mehta.  I think it's

22  M-e-t-t-a.

23      Q.    And tell me the circumstances of that.

24  Dr. Rao did chemo, CHOP therapy, right?

Gerard F. Cervantes

1       A.    Yes.

2       Q.    That we have discussed.  How was the

3   decision made for you to have a stem cell

4   transplant?

5       A.    She highly recommended it and said the

6   type of cancer that I have and how aggressive it

7   was, she recommended that I have a stem cell

8   transplant to try and keep it from reoccurring and

9   coming back.

10      MR. SHEPHERD:  All right.  We are about to run

11  out of tape.  Let's take a quick break.  This

12  should be the last one and then we'll finish up in

13  the next hour.

14      THE VIDEOGRAPHER:  Okay.  The time is 1:30

15  p.m.  This is the end of Tape 2, and we are going

16  off the video record.

17                  (WHEREUPON, a recess was had

18                   from 1:30 to 1:38 p.m.)

19      THE VIDEOGRAPHER:  The time is 1:38 p.m.  This

20  is the beginning of Tape 3, and we're back on the

21  video record.

22  BY MR. SHEPHERD:

23      Q.    We talked, Mr. Cervantes, about your

24  exercise, biking, lifting, boxing workout.  How

Gerard F. Cervantes

1  long have you been -- biking is new I know.  The

2  other things, how long have you been doing those?

3       A.    I've been working out my whole life

4  since the Marine Corps.  I was an athlete before

5  that.

6       Q.    Do you belong to a gym?

7       A.    I have a -- my own professional gym in

8  my garage.  So, no, I do not.

9       Q.    When did you build your professional gym

10  in your garage?

11       A.    Let me think for a second.

12       Q.    Sure.

13       A.    My son is 20 and we started building it

14  for him, playing sports and he was overweight.  So,

15  I want to say when he was about 9 years old.  So,

16  11 years ago, 12 years ago.

17       Q.    Would you say that you have consistently

18  exercised throughout your life?

19       A.    Yes.

20       Q.    And I know you were telling us about

21  your diet.  Is there anything you can't eat?

22       A.    No.

23       Q.    But you have decided to live a more

24  healthy life-style?

Gerard F. Cervantes

1      A.      Correct.

2      Q.      Diet-wise.  If you would, describe your

3  typical diet.  What do you eat on a typical day?

4      A.      A nutritional shake, protein shake in

5  the morning.  During lawn care season, no lunch, I

6  just keep working.  And then dinnertime, whatever

7  my wife cooks, you know.  She knows that I like to

8  eat healthy.  So, we try to eat healthy, but we

9  still have -- we had pizza last night.

10      Q.      But healthy means lean meats?

11      A.      Yes.  Mostly chicken, fish, a steak when

12  we do.  I'm not a big meat person that I have to

13  have it.

14      Q.      Do you tend to eat at home or do you go

15  out to eat often?

16      A.      Majority at home.

17      Q.      And would you say that your diet has

18  changed in the last ten years at all?

19      A.      Post-cancer is when I try to stay a lot

20  more regimented.

21      Q.      Do you drink alcohol?

22      A.      Slim.  A case of beer would last me, if

23  I drank it myself, probably five or six months.

24      Q.      So, not a consistent drinker.

Gerard F. Cervantes

```
1               You told us you don't drink coffee?

2       A.    Never drank coffee in my life.

3       Q.    Do you drink caffeine, soda, tea, that

4  sort of thing?

5       A.    I drink tea, like Arizona Tea or iced

6  tea.  I don't drink soda, and the slim times I do

7  would be a light colored 7-Up.

8       Q.    Have you ever smoked?

9       A.    Never.

10      Q.    Ever used any tobacco product, cigars,

11 pipes, vapes, anything like that?

12      A.    No.

13      Q.    Chewing tobacco?

14      A.    No.

15      Q.    Have you used any illegal or illicit

16 drugs?

17      A.    No.

18      Q.    Current prescription medications, do you

19 have any?

20      A.    None.

21      Q.    Just take the supplements from USANA,

22 right?

23      A.    Correct.

24      Q.    I have seen throughout your medical
```

Gerard F. Cervantes

1  records you get a sinus infection or so maybe once

2  a year?

3       A.    Yeah.  I'm pretty healthy.

4       Q.    Any other sort of infections that you've

5  had in your life that you're aware of?  Strep?  I

6  don't know.

7       A.    Strep I would -- if I had to recall,

8  once or twice in my life.

9       Q.    Have you had chicken pox?

10      A.    As a child, yes.

11      Q.    Measles?

12      A.    I had one or the other as a child.

13      Q.    Okay.  How often now currently do you

14  see your doctors?

15      A.    I see my oncologist every six months and

16  my primary annually once a year.

17      Q.    And when you see the oncologist, what's

18  the purpose of that visit and what happens during

19  it?

20      A.    It's just -- it ends up being a very

21  short visit, how are you, how are you feeling, how

22  are you doing, and they'll ask me to go to labs and

23  draw -- have blood drawn for their -- their test

24  that they want to keep an eye on, and they check my

Gerard F. Cervantes

1   lymph nodes.  And I'm usually out of there, from

2   the time he sees me, in 15 minutes.

3        Q.    And do you still see Dr. Rao as an

4   oncologist?

5        A.    No.  She left to a different oncology, I

6   want to say company or wherever.  So my current

7   doctor is Dr. Raheem.

8        Q.    Do you -- does Dr. Raheem send you for

9   PET scans or CT scans or anything like that on a

10  regular basis?

11       A.    No.  As long as I just -- he will ask me

12  the questions.  And as long as I feel good as I am,

13  they do the blood work and it's always come back

14  good.  So, no need I guess for any of that.

15       Q.    What was your father's name?

16       A.    Epifanio, E-p-i-f-a-n-i-o, Cervantes.

17       Q.    And you told me he's deceased?

18       A.    Yes.

19       Q.    When did he die?

20       A.    I'm terrible about that, but he lived to

21  be 89 or 90 years old.  So, I want to say 10 years

22  ago, 12, somewhere in there.

23       Q.    What did he die of?

24       A.    Old age.

Gerard F. Cervantes

1      Q.    Did he have any conditions that you're

2   aware of related to his immune system?

3      A.    My goodness.  That old-timer was healthy

4   as could be.

5      Q.    Did he ever have any type of cancer --

6      A.    No.

7      Q.    -- to your knowledge?

8      A.    No.  He did not.

9      Q.    And your mother, she died of

10   non-Hodgkin's lymphoma?

11      A.    Correct.

12      MS. FREDONA:  Objection; asked and answered.

13   BY MR. SHEPHERD:

14      Q.    When did she die?

15      A.    Estimate, 18 years ago.

16      Q.    How long did she battle with NHL?

17      A.    Estimate, three years.

18      Q.    Did you ever discuss with your mother

19   her NHL?

20      A.    No.

21      Q.    And was she alive when you got your NHL?

22      A.    No.  She passed before me.

23      Q.    And you're not -- did you ever hear

24   anyone discuss what the cause of your mother's NHL

Gerard F. Cervantes

1    might have been?

2         A.    No.  It was a surprise to us when she

3    was diagnosed.  And after a few treatments of

4    chemo, she didn't like how she felt.  So, she opted

5    not to receive any more chemo after a few

6    treatments, and she lived another two or three

7    years.

8         Q.    Other than your mother, anyone in your

9    family that you're aware of diagnosed with

10   non-Hodgkin's lymphoma?

11        A.    No, just my mother.

12        Q.    How many siblings did you have?

13        A.    You ready for this?  Ten boys and four

14   girls.

15        Q.    14 -- so, you had 13 siblings?

16        A.    Yes.

17        Q.    Any of them that you're aware of have

18   non-Hodgkin's lymphoma?

19        A.    None.

20        Q.    Any of them that you're aware of have

21   any sort of immune diseases?  I know that you had a

22   brother that died of HIV.

23        A.    Yes.

24        Q.    But any other sort of immune diseases?

Gerard F. Cervantes

```
 1        A.    With my siblings?

 2        Q.    Yes.

 3        A.    My brother was recently diagnosed with

 4   colon cancer.

 5        Q.    Any of your other siblings diagnosed

 6   with a cancer other than the brother with colon

 7   cancer?

 8        A.    No.

 9        Q.    Any aunts or uncles with cancer of any

10   type that you're aware of?

11        A.    No.

12        Q.    How about your grandparents?

13        A.    Never met them.  They died before I was

14   around.

15        Q.    And your children are generally healthy

16   as far as you know?

17        A.    Never had a cavity in their life.

18   They're healthy.

19        Q.    When did you come to believe that your

20   NHL was caused by your use of Roundup?

21        A.    Began to have suspicion more so when I

22   started seeing things on TV that it could have a

23   correlation.

24        Q.    And what year if you could approximate
```

Gerard F. Cervantes

```
1    that would be?
2        A.   Oh, that I don't know.  It's been a
3    while.  I'm terrible with date time frames for some
4    reason because even, like I said, with my mom
5    passing or my dad, I can -- the only reason I
6    remember my mom roughly 18 years ago is because one
7    of my other siblings said, hey, it's been this
8    long.  Other than that, I don't have that.
9        Q.   So, you don't have a specific
10   recollection of when you saw these things on TV?
11   Was it within year, within five years?
12       A.   Oh.  Within five years.  Yeah, I would
13   say five years.  It would be an estimate.
14       Q.   And, of course, you had some suspicion I
15   guess when you actually had the diagnosis, right?
16   You stopped using Roundup?
17       A.   Stopped using Roundup or anything like
18   that because I just look at the potential side
19   effects and probably just more educated.
20       Q.   What exactly are you claiming in the
21   lawsuit?  What did Monsanto do wrong?
22       A.   I could only use my knowledge through
23   commercials on TV that stated if you have been
24   diagnosed with this and you used Roundup, there can
```

Gerard F. Cervantes

1    be a connection.  I'm not well educated past that.

2         Q.    You understand that those commercials

3    are for attorneys who are looking for clients to

4    bring lawsuits against Monsanto, right?

5         A.    My first indication is to educate

6    myself.  I think if I would have found those --

7    seen those commercials prior to a lot and I may

8    have not used it and said, hey, this is something

9    that I don't want to, you know, take a chance on or

10   could happen to me.

11        So, that's my -- that's my -- my first

12   interpretation of it as well as it can go from

13   there.

14        Q.    What -- what have you -- what, if

15   anything, have you done to educate yourself about

16   Roundup since seeing the lawyer advertisements on

17   television?

18        A.    I quit using it.

19        Q.    Well, you quit using it well before you

20   ever saw those TV ads?

21        A.    Right, after -- after cancer.

22        Q.    So, I guess the question is:  At some

23   point you started seeing these lawyer

24   advertisements saying, "If you've used Roundup and

Gerard F. Cervantes

```
 1    have cancer, you might have a lawsuit."
 2              Since seeing those, have you done
 3    anything, any sort of research or anything to
 4    educate yourself about whether or not your NHL
 5    really was associated with Roundup?
 6         A.    No, I have done no research.
 7         Q.    And you haven't asked any of your
 8    doctors about it, have you?
 9         A.    No.
10         Q.    Dr. Raheem has not told you that Roundup
11    caused your non-Hodgkin's lymphoma, did he?
12         A.    I'm sorry.  What was that again?
13         Q.    Dr. Raheem, your current oncologist, he
14    has not told you that Roundup caused your
15    non-Hodgkin's lymphoma, has he?
16         A.    No.  Never asked him.
17         Q.    Right.  And we already established that
18    Dr. Rao didn't?
19         A.    Correct.
20         Q.    What do you think Monsanto should have
21    done differently?
22         A.    When you look at -- when I look at TV
23    commercials and a pharmaceutical company says, hey,
24    try this product for diabetes, high blood pressure,
```

Gerard F. Cervantes

1   this, this and this, they also give you all of the

2   side effects that may come with it and says may

3   cause this, this and this.

4           Maybe if that same type of education and

5   commercial, Monsanto would put out there, hey,

6   Roundup is this and the side effects could be this,

7   just like a pharmaceutical drug company does, that

8   would be of great help.

9       Q.    So, you think that Monsanto should have

10  put a warning on Roundup saying, "Hey, if you use

11  this product, it could cause non-Hodgkin's

12  lymphoma"?

13      A.    If it's one of the side effects of it.

14      Q.    And if it isn't a side effect, you'd

15  agree with me that there is no reason to put it on

16  the label, right?

17      A.    If it's not a side effect, that would be

18  false information.

19      Q.    Right.  Now, since you filed a lawsuit

20  against Monsanto for your Roundup use, have you

21  followed the news at all about the litigation?

22      A.    No.  I do not.  I don't do Facebook.  I

23  don't Google.  I don't -- I don't do any of that.

24  So, no, I do not.

Gerard F. Cervantes

```
 1        Q.    Are you aware that the United States

 2   Environmental Protection Agency has determined that

 3   Monsanto cannot put a cancer warning on its label

 4   because there is not enough reliable scientific

 5   evidence for that to be a true statement?

 6        MS. FREDONA:  Objection.

 7   BY THE WITNESS:

 8        A.    I'm not aware --

 9   BY MR. SHEPHERD:

10        Q.    Are you aware of that?

11        THE WITNESS:  Answer it?

12        MS. FREDONA:  Go ahead, answer.

13   BY THE WITNESS:

14        A.    I'm not aware of that.

15   BY MR. SHEPHERD:

16        Q.    Did you see the news last night?

17        A.    Only, to tell you the truth, I try to

18   watch just the weather because I'm a landscaper.

19   There is so much -- news is to me is negative.

20        Q.    Okay.

21        A.    And can be depressive.  So, I try not to

22   focus in on it.  With everything going on in the

23   world, it's too depressive.

24        Q.    There was a news story last night that
```

Gerard F. Cervantes

```
 1    an Appellate -- U.S. Appellate Court upheld the

 2    EPA's decision about a cancer warning on Roundup.

 3    I just wondered if you had seen that.

 4         A.    I have -- did not see it at all.

 5         MR. SHEPHERD:  Let's mark this as 6.

 6                    (WHEREUPON, G. Cervantes Deposition

 7                     Exhibit No. 6 was marked for

 8                     identification:  8/7/19 letter from

 9                     US EPA.)

10    BY MR. SHEPHERD:

11         Q.    Do you understand, Mr. Cervantes, that

12    the United States Environmental Protection Agency

13    is the part of the Government that regulates

14    chemical manufacturers like Monsanto, right?

15         MS. FREDONA:  I will object to this document.

16    Go on.

17    BY THE WITNESS:

18         A.    EPA, I assume, yes.

19    BY MR. SHEPHERD:

20         Q.    This is a letter, Exhibit 6 I just

21    showed you, is a letter on the United States

22    Environmental Protection Agency letterhead.  Do you

23    agree with that?

24         A.    Yes.
```

Gerard F. Cervantes

1        Q.    And if you turn to the second page, it's

2   signed by someone named Michael L. Goodis,

3   Director, Registration Division, Office of

4   Pesticide Programs.

5              Do you see that?

6        A.    Is that his signature?

7        Q.    Well...

8        A.    Yes, I see it.

9        Q.    That's at least the name that's

10  underneath the salutation, correct?

11       A.    Yes, yes, I see it.

12       Q.    All right.  I want to read a couple of

13  portions of this letter to you and see whether or

14  not you are aware of these sort of things, and then

15  I'm going to ask you a couple of questions.

16             First, the letter is dated August 7,

17  2019, right?

18       A.    Yes.

19       Q.    It says, "On July 7, 2017, California

20  listed glyphosate."

21             And you understand that glyphosate is

22  the chemical in Roundup, right?

23       A.    Yes.

24             MS. FREDONA:  Objection.

Gerard F. Cervantes

1    BY MR. SHEPHERD:

2        Q.    "As a substance under Proposition 65,

3    based on the International Agency for Research on

4    Cancer's (IARC's) classification of the pesticide

5    as a probable carcinogen to humans."

6             Were you aware that IARC had made a

7    determination that glyphosate was a probable

8    carcinogen to humans?

9        A.    I was not aware of that.

10       Q.    You weren't aware that it was that

11   finding that brought about many of the

12   advertisements from the lawyers that you've seen?

13       A.    I was not aware of any of this.

14       Q.    This letter goes on, it says, "EPA

15   disagrees with IARC's assessment of glyphosate.

16   EPA scientists have performed an independent

17   evaluation of available data since the IARC

18   classification to reexamine the carcinogenic

19   potential of glyphosate and concluded that

20   glyphosate is 'not likely to be carcinogenic to

21   humans.'  EPA considered a more extensive dataset

22   than IARC, including studies submitted to support

23   registration of glyphosate and studies identified

24   by EPA in the open literature as part of a

1   systemic" (sic) "review.  For more detailed

2   information on this evaluation, please see the 2017

3   Revised Glyphosate Issue Paper; Evaluation of

4   Carcinogenic Potential."

5            Now, there was a lot there, but would

6   you agree that I read that correctly?

7       A.   Yes.

8       Q.   It goes on, it says, "Further, EPA's

9   cancer classification is consistent with other

10  international expert panels and regulatory

11  authorities, including the Canadian Pest Management

12  Regulatory Agency, the Australian Pesticide and

13  Veterinary Medicines Authority, the European Food

14  Safety Authority, the European Chemicals Agency,

15  the German Federal Institute for Occupational

16  Safety and Health, the New Zealand Environmental

17  Protection Authority and the Food Safety Commission

18  of Japan."

19           Were you aware that all of those

20  regulatory bodies and the United States EPA have

21  all determined that glyphosate is not likely to be

22  a human carcinogen?

23      A.   Other than you showing me this, I have

24  no knowledge of any of this.

Gerard F. Cervantes

```
1          Q.    Do you have -- in light of this, and I
2   understand you'd want to do your own research, talk
3   to your own people, but in light of this, does this
4   give you any cause -- or pause about bringing a
5   lawsuit against Monsanto alleging that its product
6   caused your cancer?
7          A.    Does it bring about any pause?
8          Q.    Yes.
9          A.    No.
10         Q.    So, in spite of every one of those
11   regulatory agencies that we just there read and EPA
12   finding that glyphosate doesn't cause cancer, you
13   still want to pursue a lawsuit saying that
14   glyphosate caused your cancer and you're okay with
15   that?
16         A.    Yes, I'm okay with that.
17         Q.    Okay.  Yesterday a U.S. Court of Appeals
18   upheld this decision.  If you're interested, you
19   can look that up.  If not, that's -- that's okay,
20   too.
21               You received chemotherapy and a cell
22   stem (sic) transplant as result of your diagnosis
23   of NHL, right?
24         A.    Correct.
```

Gerard F. Cervantes

```
1        Q.    And then at some point your -- you
2   learned that there was some reuptake in a PET scan
3   as a -- for your NHL, is that right?
4              Is that consistent with what you
5   understand?
6        A.    Tell me that again.
7        Q.    Strike that.  That was a bad question.
8   It was a horrible question.
9              Tell me what your understanding of how
10  it was determined that you had -- your cancer had
11  come back.  Take me through kind of how that all
12  went down.
13       A.    After being in remission, how it came
14  back?
15       Q.    Yes.
16       A.    Okay.  As I go see my doctor every six
17  months, he asks me the same basic questions, no
18  night sweats, how are you feeling, any swelling,
19  because I check myself when I take showers just
20  under the armpits and the neck.  And so I always do
21  that.
22             And once I started getting night sweats
23  again, it was a quick reminder.  And then my bones
24  hurt, not in just a normal way that I worked out
```

Gerard F. Cervantes

1    too hard today for like a muscle fatigue.

2              So, when I went back and told him that

3    my night sweats had returned, I was feeling

4    fatigued and the -- my bones, joints hurt a lot, he

5    started to run a battery of tests and then told me

6    that I had stage I cancer again.

7         Q.   When you were first diagnosed what stage

8    were you, do you know?

9         A.   Stage IV.

10        Q.   And you went through the treatment and

11   the doctors told you you were in remission, right?

12        A.   Yeah, after my stem cell transplant.

13        Q.   And when was that?

14        A.   Let me think here.  I had '04 first time

15   diagnosed with it, went through five months of

16   chemotherapy, had a short time off and then a stem

17   cell transplant.  So, that was of 2005.  Five

18   months of chemo, November, December, January,

19   February, March.  And then I had a stem cell

20   transplant done in May.

21        Q.   And is it at that point that the doctors

22   told you you were in remission?

23        A.   It was -- I think it was still a little

24   time after that because I was discharged, went home

Gerard F. Cervantes

1    to recover because even though I was discharged

2    from the hospital, I was still so sick in my immune

3    system ways that if that was you, they'd put you in

4    the hospital.  So, but they let me out because I

5    had the smallest of recovery going on.

6              I want to say sometime then or when I

7    went back to my regular oncologist, and I'd still

8    come back here to see Dr. Mehta at Northwestern

9    probably for a year.

10             Later is when they, I recollect, is when

11   they told me that I'm in remission.  See no traces

12   I guess of it.

13        Q.    So, let me understand better.

14             You stopped chemo in March.  You have

15   stem cell in May of 2005?

16        A.    2005.

17        Q.    And then how long after that did they

18   tell you you were in remission?

19        A.    Let me back up, too, with you.

20        Q.    Sure.

21        A.    I had chemotherapy for the first five

22   months.  But during that stem cell transplant,

23   people don't understand, they gave me more

24   chemotherapy, more harsh chemotherapy, in six days

Gerard F. Cervantes

1  consecutive than I received in the whole five

2  months altogether.

3        Q.    Okay.

4        A.    So, that was very rough with those six

5  days of chemo giving me more than, stronger than I

6  had in five months prior to.

7        Q.    Okay.  So, you had five months of chemo,

8  stem cell.  And when you had stem cell, you had

9  more chemo in that six days than you did in the

10  five months prior?

11       A.    Correct.

12       Q.    And then at some point after that you're

13  sent home and you're told you're in remission?

14       A.    Yes.

15       Q.    I'm trying to figure out when is it that

16  you were told you were in remission.  Was it by the

17  end of 2005?

18       A.    No.  I would estimate sometime in 2006

19  before I went back to work.

20       Q.    Okay.  And I understand that's when you

21  went back to work.  But did you not go back to work

22  until you were told you were in remission?

23       A.    I went back -- I was told I was in

24  remission before I went back to work, but the

Gerard F. Cervantes

1    doctors still didn't release me because I wasn't

2    physically strong enough to do the work.

3         Q.    And, so, you were in remission from this

4    point, whenever that is, in this 2005 --

5         A.    Sometime in 2005, yeah.

6         Q.    -- 2006 time frame?

7         A.    2006 remission sometime.

8         Q.    Until you had the reoccurrence.  And

9    when was that that you started getting night sweats

10   and went back?

11        A.    I want to say I think I was rediagnosed

12   in May of 2009.

13        Q.    Okay.

14        A.    Because it was four years later and five

15   years you throw a party that five years remission.

16   Hopefully it doesn't come back.

17        Q.    And you were at four years?

18        A.    Four.

19        Q.    And, so, you were diagnosed in stage I?

20        A.    Yes.

21        Q.    And what happened then?  What sort of

22   treatment did you go through?

23        A.    I had two years of chemotherapy till

24   May of 2011.

Gerard F. Cervantes

1       Q.    And what type of chemo, do you know?

2    Was that also the CHOP?

3       A.    I would only have to estimate that

4    that's what it was, because I was so used to

5    getting -- once you're getting poked that many

6    times, hey, it's back, I'm getting chemo again.

7    It -- and, again, my wife was crying.  I'm like,

8    "What are you crying for?  I whooped stage IV.

9    Stage I we can do."

10      Q.    Tell me, because I just want to make

11   sure that we're under the same impression, but when

12   you're having this chemo, not the stem cell type,

13   but when you're having the two-year chemo, you go

14   in, they put an IV drip in?

15      A.    Yes.

16      Q.    How long does that last?

17      A.    Eight hours.

18      Q.    So, you sit and they drip for eight

19   hours and then what, you go home?

20      A.    Yes.

21      Q.    And how often do you do that?

22      A.    The second time, I think it was every

23   three or four months.  The second time.

24      Q.    And what about the first time?

Gerard F. Cervantes

1       A.    Oh, my goodness.  It was eight to ten

2   hours a day every 20 days.

3       Q.    And after you completed this second set

4   of chemo in 2011?

5       A.    Yes.

6       Q.    You were in remission, right?

7       A.    Yes.  In 2011 when I went back for the

8   final visit, the test, they said I was back in

9   remission.

10       Q.    And you've been in remission up until

11   and including today?

12       A.    Yes.

13       Q.    Okay.  So, we're now past the five-year

14   point?

15       A.    Oh, yes.

16       Q.    Did the doctor tell you that the

17   prognosis for you is good now that you've made it

18   five years cancer-free?

19       A.    He hasn't said those words.  But I just

20   feel and, you know, the little bit you hear, hey,

21   after five years you should be good.  I tell my

22   doctor, "Hey, I hit five years."  He's like, "Let's

23   keep it going."

24       Q.    Are there any symptoms that you

Gerard F. Cervantes

1    currently have or any problems, medical problems,

2    that you currently have that you attribute to the

3    treatment that you received for your non-Hodgkin's

4    lymphoma?

5         A.    I don't know if arthritis is a

6    correlation of it.  I don't know.

7         Q.    Okay.

8         A.    But, thank goodness, I try to stay

9    healthy.  I stay active.  I know that, you know, a

10   body in motion stays in motion.

11              So, even when I'm hurting, I get up and

12   I go because I know if I sit there for hours or all

13   day and I let that pity party come into my life,

14   then it really only gets worse.

15        Q.    But as you sit here today you're not

16   aware of any liver problems associated with your

17   cancer treatments, right?

18        A.    I'm healthy.

19        Q.    Okay.

20        A.    Nothing in the liver.

21        Q.    I don't want to mark your Plaintiff Fact

22   Sheet.  I just had one question about it.  I notice

23   in it that you did not complete it.  Someone named

24   Daniel Alholm completed it.  Do you know who Daniel

Gerard F. Cervantes

```
 1    Alholm is?
 2         A.    I don't remember that name.
 3         Q.    Okay.
 4         A.    Recall it.
 5         Q.    Do you recall completing a Plaintiff
 6    Fact Sheet?
 7         A.    I'd have to see it.
 8         Q.    Sure.  And I will go ahead and mark it.
 9         MR. SHEPHERD:  We will mark it as Exhibit 7.
10               (WHEREUPON, G. Cervantes Deposition
11                Exhibit No. 7 was marked for
12                identification:  Plaintiff Fact
13                Sheet.)
14    BY MR. SHEPHERD:
15         Q.    All right, Mr. Cervantes.  If you would,
16    do you recognize this document?
17         A.    Yes, I do.
18         Q.    Okay.  When's the first time that you
19    saw the document?
20         A.    I believe it was sent to me in the mail.
21         Q.    And did you complete it?
22         A.    Yes, I believe my wife and I looked at
23    it and gave the information and complete it.
24         Q.    And did you give that information in
```

Gerard F. Cervantes

1   writing or over the phone or how did that happen?

2       A.    Over the phone.

3       Q.    And Daniel Alholm, you're not sure who

4   that is?

5       A.    I don't remember the person that called.

6       Q.    Okay.

7       A.    You know what I mean.

8       Q.    On the last page, page 10, that's your

9   electronic signature, at least that's your name,

10  right?

11      A.    Correct.

12      Q.    Did you get an opportunity to look at

13  the document that Mr. Alholm completed before your

14  electronic signature was placed on it on whatever

15  day that was, August 30 of 2019?

16      A.    This was given -- this was sent to me

17  prior to so I could review it and go over it and

18  then go from there.

19      Q.    And when you did, you didn't see any

20  errors or problems on it, did you?

21      A.    Not that I recall.

22      Q.    Okay.  Did you ever see the Complaint,

23  the document that was filed on your behalf to start

24  the lawsuit?

Gerard F. Cervantes

1          A.    I don't recall.  I remember talking to

2    the firm and stating questions that they asked me

3    about cancer and then went from there.

4          Q.    On paragraph 120 of the Complaint that

5    was filed on your behalf it says, "Mr. Cervantes

6    first learned that exposure to Roundup can cause

7    NHL and other serious illnesses sometime after

8    July 29, 2015, when IARC first published its

9    evaluation of glyphosate."

10               It's your testimony that you're not

11   aware that IARC at all, right, you're not aware of

12   IARC?

13         A.    No.  No.

14         Q.    If you would turn on your Fact Sheet to

15   page 9.

16         A.    Yes.

17         Q.    Under B-2, it says, "Total number of

18   days lost from work due to above medical condition

19   or if forced retirement, date of retirement."  And

20   it says there, "Days:  730."  That's two years.

21   "Date of Retirement:  January 2014."

22               What's the basis for your statement that

23   you lost 730 days of work due to your medical

24   condition?

Gerard F. Cervantes

```
1        A.    I was off work for two years.  I
2   couldn't work.
3        Q.    When were you off of work for two years?
4        A.    When I was first diagnosed from
5   August of 2004, I didn't return to work until
6   July 24 of 2006.
7        Q.    Okay.  And did you, during that time,
8   did you receive the 50% payment of your salary from
9   the -- from Nicor?
10        A.    No.  It was by far less.
11        Q.    Okay.  Did you receive some sort of
12   disability payment as a result?
13        A.    Called short-term and long-term
14   disability.  I believe the second year, it was a
15   total of $11,000 they paid me.
16        Q.    And do you have any documentation as to
17   what you received back then?
18        A.    As far as how much money I made?
19        Q.    Yes.
20        A.    With overtime, 70, 68 to $70,000 a year.
21        Q.    No.  But I mean, once -- once you
22   stopped working and you got the short- and
23   long-term disability, do you have any documentation
24   that would show us exactly how much you received
```

Gerard F. Cervantes

```
 1    of -- how much money you received from the short-
 2    and long-term disability over that period of time?
 3         A.    Yes.  For those two years?
 4         Q.    Yes.
 5         A.    Yes.
 6         Q.    Okay.  And if I make a request through
 7    your lawyer, you could provide those documents to
 8    us?
 9         A.    Yes.
10         Q.    All right.  I think that's all I've got
11    on the Fact Sheet.  You can put that one to the
12    side.
13               How did you first become involved with
14    the lawsuit?  Did you see a TV ad and call a
15    number?
16         A.    Yes.
17         Q.    Do you remember what -- who answered the
18    phone when you called that number?
19         A.    I don't remember who it was, no.
20         Q.    Do you remember what law firm it was?
21         A.    Yes.
22         Q.    What firm was it?
23         A.    Vrdolyak Law Firm.
24         Q.    And do you know how you got from the
```

Gerard F. Cervantes

1  Vrdolyak Law Firm to the Moll firm that you're here

2  with today?

3      A.    How did I get referred to them?  Yes.

4      Q.    How did that happen?

5      A.    Vrdolyak called me and simply stated

6  that I was going to be transferred over to this

7  firm.  I believe it was something like "They're

8  more knowledgeable in this area than we are."

9      Q.    Do you recall -- the advertisement you

10  saw was on TV?

11     A.    Correct.

12     Q.    Do you recall what it said or any

13  specifics about it?

14     A.    Just merely stuck out that if you've

15  been diagnosed with non-Hodgkin's lymphoma and

16  you've used Roundup, there may be a correlation to

17  your illness.

18     Q.    And did anyone or has anyone since

19  you've seen that told you what the correlation is

20  between Roundup and your illness?

21     A.    I did not even know what the word --

22  what is the word, gly?

23     Q.    Glyphosate?

24     A.    Yeah.  I did not even know what it was

Gerard F. Cervantes

1    prior to this.

2         Q.    Okay.  But did anybody tell you that --

3    you said that the ad said that there could be a

4    correlation between your use of Roundup and

5    non-Hodgkin's lymphoma.

6              Has anyone told you what that

7    correlation may or may not be?

8         A.    No.  My correlation was finding -- you

9    know, hearing what that was on the commercial and

10   could correlate and then speaking initially to

11   Vrdolyak, I stated here --

12        Q.    I don't want you to tell me what you

13   talked about between your attorney.

14        A.    Perfect.

15        Q.    Did you seek advice from anyone other

16   than a lawyer about whether or not you should file

17   a lawsuit?

18        A.    After seeing the commercial, just with

19   my wife speaking, saying, "Hey, what should I do

20   here?"

21        Q.    And did your wife agree that you should

22   file a lawsuit?

23        A.    She agreed after I said, "This is

24   something I want to look into."

Gerard F. Cervantes

1     Q.    Had you heard of Monsanto before your

2   involvement with the lawsuit?

3     A.    Never.

4     Q.    Have you spoken or talked to anyone else

5   who's actually filed a Roundup lawsuit?

6     A.    I don't know anyone else that has.

7     Q.    Did you get an opportunity to read the

8   Complaint, do you recall, the document that started

9   the lawsuit?  It's a long one.

10    A.    I don't know if it was sent to me or

11  not.  I have some stuff in a folder at home.

12    Q.    In the Complaint it says, "Plaintiff

13  Gerard Cervantes used Roundup regularly from

14  approximately 1998 through 2004 in the course of

15  his working for Dr. J Lawn Care."

16          That's true, right?

17    A.    Yes.  It was for a short period Dr. J

18  and ASC Lawn Care.

19    Q.    And you used it regularly from '98 to

20  2004 in the course of your working with Dr. J.

21          We've learned earlier today or at least

22  I learned earlier today that you actually had used

23  it on your own personal properties from '82 to '98.

24  True?

Gerard F. Cervantes

```
 1        A.    Correct.  I didn't have a law -- I
 2   didn't have a landscape company prior to that.
 3        Q.    Right.
 4        A.    So, I was not knowledgeable of any
 5   potential side effects.  I just heard and looked
 6   for something and Roundup is -- was the choice of
 7   product.
 8        Q.    Have you had discussions with anyone
 9   else about this lawsuit other than your attorneys
10   and your wife when you talked to her about first
11   bringing it?
12        A.    No.
13        MS. FREDONA:  Objection; asked and answered.
14   BY MR. SHEPHERD:
15        Q.    Are there any particular things you
16   claim that you were able to do prior to your
17   diagnosis that you are now no longer able to do?
18        A.    What do you mean?  Ask me that again.
19        Q.    Sure.  Are there particular things that
20   you claim that you were able to do before your NHL
21   diagnosis that you now say you're no longer able to
22   do?
23        A.    I can't run without pain.  So, I try to
24   start bicycling more now.  But I used to be a
```

Gerard F. Cervantes

 1    runner.  So, I can't run because of joint pain.

 2         Q.    And do you believe that is because of

 3    your NHL or is that because you're getting older?

 4         A.    I don't know.  I guess I don't know

 5    enough if the arthritis that I have has any

 6    correlation.

 7         Q.    Have you asked your doctors if there's

 8    any correlation?

 9         A.    I stopped asking them that because every

10    time that I tried to ask prior to, their statement

11    is, "I'm here to get you healthy, not to figure out

12    where it came from."  So, I stopped asking because

13    I don't think they're going to say anything.

14         Q.    With your primary care physician now who

15    you go to on a yearly basis, have you informed --

16    is it a him or a her?

17         A.    A woman.

18         Q.    Have you informed her that you're having

19    problems with the arthritis and it's affecting your

20    ability to run?

21         A.    Yes.

22         Q.    Okay.  Has she made any comments about

23    what the potential cause of that pain and arthritis

24    might be?

Gerard F. Cervantes

```
1         A.    She will -- when I've asked other

2    questions, one of the things is in the wintertime,

3    I get a harsh cough.  And she has stated that my

4    immune system has been compromised due to cancer

5    and will always be compromised.  So, sometimes,

6    maybe in that case, you know, I can't do some of

7    the things.

8              So, when I ask some of those questions,

9    she's like, "Do you understand you're a two-time

10   cancer survivor and your immune system will be

11   compromised forever," you know.

12        Q.    And when you say you can't do some of

13   those things, what sort of things can't you do as a

14   result of the compromised immune system?

15        A.    Outside in the winter -- outside during

16   the wintertime I'm not outside for a long period of

17   time.

18        Q.    Okay.  Anything else?

19        A.    Other than that would be the, you know,

20   the running, the pounding that I can't do because

21   my joints hurt.  Even now when I go to get up, if

22   I've been sitting a while like I am now, it will

23   give me a few steps before I get going again.

24        Q.    Anything else?
```

Gerard F. Cervantes

```
 1        A.    I think that's it.

 2        Q.    Are you seeking compensation for your

 3   medical bills associated with your NHL diagnosis

 4   and treatment?

 5        A.    No.

 6        Q.    Are you seeking compensation for any

 7   out-of-pocket expenses that were caused by your

 8   NHL?

 9        A.    No.

10        Q.    You are seeking compensation for lost

11   wages, and that's for the two years in which you

12   were unable to work in 2004 and '5, correct?

13        A.    Yes.

14        Q.    Any other lost wages that you seek to

15   have -- to be compensated for as a result of your

16   NHL?

17        A.    I believe that it forced me into an

18   early retirement, that I couldn't work and, you

19   know, 50% of my base pay.  So, I lost five years of

20   a full pay as well as overtime if that's what I

21   chose or I could do.

22             But two years of non-work, five years of

23   early retirement, which also I don't know if you

24   can put a number on it, because of early retirement
```

Gerard F. Cervantes

1    for the rest of my life I receive less than I would

2    have.  I planned on working until I was 62 years

3    old.

4         Q.    So, help me understand because I'm a

5    little -- I don't know if confused is the right

6    word.  Maybe I missed something.

7              But once you went back to work following

8    your first diagnosis and treatment, you were the

9    leader of the street management?

10        A.    Lead person on that crew.

11        Q.    Lead person, right.

12             Then you told me you didn't get down

13   into the hole.  You would basically just run the

14   backhoe and supervise and then when they did the

15   work, you went into the truck or you went downwind?

16        A.    As much as I could limited because I

17   still can't -- you know, if I have to work and do

18   it.  But I tried to limit it.

19        Q.    Okay.  So, there were some instances in

20   which you were -- you had to get down and do the

21   work?

22        A.    Yes.

23        Q.    And it's because that you are unable to

24   do it the way that you needed to that you believe

Gerard F. Cervantes

```
 1   that you were forced into an early retirement?

 2       A.    Not because of the work, you know,

 3   limited work.  I think because early retirement, my

 4   doctor didn't want me working in that environment

 5   anymore.

 6       Q.    And which doctor was that?  Was that

 7   Dr. Raheem?

 8       A.    Let me think because it was either

 9   Dr. Raheem or Dr. Rao.  I believe it would still be

10   Dr. Rao at that time.

11       Q.    Okay.

12       A.    Somewhere in there she went to a

13   different location and it was Dr. Raheem.

14       Q.    Okay.  So, Dr. Rao didn't want you

15   working in that anymore and that's what brought

16   about your early retirement?

17       A.    Correct.

18       Q.    Anything else bring about the early

19   retirement other than the advice and counsel of the

20   doctor?

21       A.    I mean, because of the especially

22   working at the company, I worked outside all year

23   round.  So, the harsh cough that I would develop, I

24   would miss a lot of work during the wintertime.
```

Gerard F. Cervantes

1      Q.    Have you had a discussion with any of

2   your physicians about the harsh cough?

3      A.    I have.

4      Q.    I didn't see that in the records that I

5   had, but that might just be I missed it or I don't

6   have those records.  But I'll look for those.

7            Which doctors would you have described

8   that to?

9      A.    Dr. Raheem and my current doctor,

10  Dr. Burgner, when it does come up, I go for a

11  physical or checkup, it's like, "Hey, how it's

12  going?"  I said, "Well, it's wintertime.  I'm

13  coughing like crazy."  And she's like, "Your immune

14  system has been compromised."

15     Q.    Are you currently experiencing any

16  depression or anxiety or any other mental health

17  issues as a result of your non-Hodgkin's lymphoma?

18     A.    No, I don't let it in.

19     Q.    Are you claiming that your NHL has

20  impacted your marital relationship in any way?

21     A.    I'm not claiming that, no.  It is hard,

22  and especially during the time, a caretaker, your

23  kids seeing you dying.  Those were not easy times.

24  It's not -- you can't have one and go through

Gerard F. Cervantes

1    everything I've gone through without your wife and

2    children seeing those harsh times.  You know what I

3    mean.

4         Q.    I understand.  But that's not something

5    that you're claiming as part of your lawsuit?

6         A.    No.

7         Q.    I don't think that your wife has brought

8    a loss of consortium claim.  But are you bringing a

9    loss of consortium claim or is that part of your

10   lawsuit?

11            In other words, are you claiming that

12   your development and treatment of non-Hodgkin's

13   lymphoma impacted your ability to perform as a

14   husband in any way?

15        MS. FREDONA:  Objection; form.  Go ahead.

16   BY THE WITNESS:

17        A.    As far as -- I'm sorry.  Just repeat it

18   one more time.

19   BY MR. SHEPHERD:

20        Q.    Sure.  Let me restate it and see if we

21   can get to the same place in an easier way.

22            Is your relationship with your spouse as

23   strong today as it's ever been?

24        A.    Yes, we're in a good place.

Gerard F. Cervantes

```
1        Q.    And are you claiming that your diagnosis

2   impacted your relationship with your spouse in any

3   way?

4        A.    At the time definitely.

5        Q.    Okay.  And at the time definitely

6   because she had to take care of you?

7        A.    That, taking care of me, the loss of

8   income coming in, the stress on the finances,

9   things like that at the time, yes, was.

10       Q.    Have you ever had any type of marriage

11  counseling?

12       A.    No.

13       Q.    Did you go through any counseling at

14  that time?

15       A.    No.

16       Q.    Have you ever been separated for any

17  extended period of time from your life -- from your

18  wife?

19       A.    Never.

20       Q.    And you've never lived apart since

21  you've started living together?

22       MS. FREDONA:  Objection; asked and answered.

23  Go ahead.

24  BY THE WITNESS:
```

Gerard F. Cervantes

1      A.    Never.

2   BY MR. SHEPHERD:

3      Q.    Any restraining orders or injunctions

4   sought against you or your spouse at any time?

5      A.    Never.

6      Q.    Has there been any change in the

7   activities you and your spouse have done for fun

8   since you were diagnosed?

9      A.    Now, no, because I -- I try to stay as

10  physically fit as I could.

11           But going through cancer and even

12  recovery time -- I have 14 stairs in my house.

13  When I was going through cancer, I had to crawl up

14  seven, sit on the step and rest for ten minutes,

15  and then have my son hold me from the side as I --

16  behind as I crawled up the other seven just to go

17  to bed at night.

18           So, gone through very hard times.

19     Q.    At that time, yep.  I understand.

20           Have you ever spoken or corresponded

21  with the Environmental Protection Agency?

22     A.    No.

23     Q.    Have you ever had any discussions with

24  your doctors regarding this lawsuit?

Gerard F. Cervantes

1      A.    No.

2      Q.    Other than your treating physicians,

3   have you ever been examined by a doctor recommended

4   by your attorneys?

5      A.    No.

6      Q.    Who else has knowledge about your use of

7   Roundup?

8      A.    Be my immediate circle of my family at

9   that time, one time during, you know, where -- my

10   business partner, Jim Cozcher.  And that would be

11   it in a nutshell.  We are very small.

12      Q.    Is there anyone that can describe your

13   mixing an application of Roundup other than you in

14   any detail?  I mean, obviously there are people

15   that say, "I saw him spray something."

16          How much you did it, where you did it,

17   how you mixed it, anybody else that could give us

18   information about that other than you?

19      A.    No.

20      Q.    These are going to be easy because

21   you've already told me.

22          You do not use any social media,

23   correct?

24      A.    I do not.

Gerard F. Cervantes

```
 1        Q.    You personally.

 2        A.    I can text and I might be able to get

 3  through e-mail.  But can't find me because I've

 4  never had an account and I don't believe in it.

 5        Q.    Have you ever texted or posted a

 6  statement or put in an e-mail that you've been

 7  diagnosed with cancer anywhere?

 8        A.    No.

 9        Q.    Have you ever gone on Monsanto's

10  website?

11        A.    No.

12        Q.    Have you ever read or been to -- read on

13  a forum or in a chat room about Roundup?

14        A.    No, and I wouldn't know how.  I don't

15  Google.  I don't do anything.  They had to show me

16  today how to use the My Maps to get here on my app.

17        MR. SHEPHERD:  All right.  That's all the

18  questions I have for now.  Your counsel probably is

19  going to have some, and then I might have a

20  follow-up or two but I'm pretty much done.

21        MS. FREDONA:  We're almost done.

22        THE WITNESS:  Kind of boring, guys, I hate to

23  say it.

24        MS. FREDONA:  Sometimes boring is good.
```

Gerard F. Cervantes

```
 1                        EXAMINATION
 2    BY MS. FREDONA:
 3         Q.    All right.  I'm going to go back, back,
 4    way, way back to the beginning of the deposition,
 5    and then go from there hopefully.
 6              So, we were talking about a class action
 7    lawsuit that you joined and nothing came of it and
 8    you said that the allegations concerning that
 9    lawsuit was that there was no backflow.
10              Did it -- were those allegations ever
11    proven?
12         A.    To my knowledge, the company ran tests
13    and said that the water was safe.
14         Q.    So, was there a backflow?
15         MR. SHEPHERD:  Objection; form.
16    BY THE WITNESS:
17         A.    To my knowledge, I don't know because I
18    wasn't the one that initiated that or saw it.  I
19    don't know.
20    BY MS. FREDONA:
21         Q.    Okay.  All right.  So, after Nicor
22    tested the water and came back and said it was
23    safe, is that when the lawsuit got or went away?
24         A.    It took a while.
```

Gerard F. Cervantes

```
1        Q.    And is it your understanding that the

2   lawsuit went away because the water was proven

3   safe?

4        MR. SHEPHERD:  Objection; form.

5   BY THE WITNESS:

6        A.    Yes.

7   BY MS. FREDONA:

8        Q.    All right.  You have an Exhibit 3

9   hanging around in your package.  I believe it's one

10  of your medical records.

11       MR. SHEPHERD:  It's the single page.  Should

12  be the single page.

13       MS. FREDONA:  Right.

14  BY MS. FREDONA:

15       Q.    I just wanted to confirm a couple of

16  things.  Kind of looks like that.

17       A.    Yes.

18       Q.    Okay.  So, for Exhibit 3, your visit

19  date is May 2016, according to this?

20       A.    Where do you see that at?

21       Q.    At your top right.

22       A.    May, visit date 5/25/16, is that the

23  right one?

24       Q.    Yes.
```

Gerard F. Cervantes

1          A.     Okay.  Yes.

2          Q.     All right.  So, this is a visit you had

3     in 2016.  Sound about right?

4          A.     Yes.

5          Q.     You were not actually working after

6     2019.  Does that sound about right?

7          MR. SHEPHERD:  Objection; form.

8     BY MS. FREDONA:

9          Q.     Let me rephrase that.

10          You stated that you were getting 50% pay

11     from 2009 on.  During that period from 2009 to

12     2014, did you go to work?

13          A.     No.

14          Q.     Okay.  So, these doctor notes where it

15     says, "Extensive asbestos exposure, benzene

16     exposure, works 50 hours a week," can that possibly

17     be correct for 2016?

18          MR. SHEPHERD:  Objection; form.

19     BY THE WITNESS:

20          A.     2016 I was no longer at the gas company.

21     BY MS. FREDONA:

22          Q.     And you had not been physically at the

23     gas company since 2009.  Is that correct?

24          A.     That is correct.

Gerard F. Cervantes

```
 1        Q.    So, at least this first paragraph of
 2   this medical record, it's not accurate, is it?
 3        MR. SHEPHERD:  Objection; form.
 4   BY THE WITNESS:
 5        A.    Not accurate because I left there in
 6   2009.
 7   BY MS. FREDONA:
 8        Q.    All right.  Okay.  So, if we can move on
 9   to Exhibit 4.  And it's a -- let's see here.  It's
10   the picture of this Roundup.
11        A.    Okay.  Got it.
12        Q.    And I believe this is the label from one
13   of the Roundup products from 1991 I believe is
14   what --
15        A.    Written up here.
16        Q.    Yeah, what's written up there.
17              So, if you could just look at like the
18   caution statements, anywhere on that does it
19   mention a carcinogen?
20        A.    No.
21        Q.    Is there anything in that caution
22   statement that says, "This product can cause
23   cancer"?
24        A.    No.
```

Gerard F. Cervantes

```
 1        Q.    Is there anything in the "Directions for
 2   Use" area that says you should be wearing goggles
 3   or eyewear?
 4        A.    None.
 5        Q.    Okay.  And anywhere in the caution
 6   statement or actually anywhere on that back label
 7   do you see a warning stating that this product can
 8   cause non-Hodgkin's lymphoma?
 9        A.    No.  I read this after it was given to
10   me.  No.
11        Q.    Okay.  All right.  And if we could turn
12   to Exhibit 5.  I'm pretty much going to ask you the
13   same questions.
14              Page 1 of Exhibit 5, your right-hand
15   side has all of your warnings?
16        A.    Um-hmm.
17        Q.    Okay.  Do you see anywhere on that
18   right-hand side any warnings, "This product can
19   cause cancer"?
20        A.    No.
21        Q.    On that right-hand side do you see any
22   warnings mentioning the word "carcinogen"?
23        A.    No.
24        Q.    Anywhere on that right-hand side do you
```

Gerard F. Cervantes

1    see any warnings, "This product can cause

2    non-Hodgkin's lymphoma"?

3         A.    No.

4         Q.    Anywhere on that right-hand side with

5    all of the cautions does it state you should be

6    wearing goggles or eyewear while using this

7    product?

8         A.    No.

9         Q.    All right.  I am done with that exhibit.

10             And if we could look at Exhibit No. 6.

11   This is the EPA, August 7, 2019 letter.  And we

12   went over that letter before, and it's concerning

13   the label and labeling requirements for products

14   that contain glyphosate.

15             Anywhere in this letter do they mention

16   the specific product Roundup?

17        A.    No.

18        Q.    Okay.  So, is it your understanding that

19   this letter would concern glyphosate rather than

20   Roundup the product?

21        MR. SHEPHERD:  Objection; form.

22   BY THE WITNESS:

23        A.    What -- ask me again.

24   BY MS. FREDONA:

Gerard F. Cervantes

```
 1        Q.    Strike that.  I don't even need that

 2   question answered.

 3               I'm done with the exhibits.

 4               Earlier you stated you had arthritis.

 5   Were you diagnosed before or after -- I'm sorry.

 6   Strike that.

 7               Were you diagnosed with arthritis before

 8   or after you were diagnosed with non-Hodgkin's

 9   lymphoma?

10        A.    After.

11        Q.    Were you diagnosed with shingles before

12   or after non-Hodgkin's lymphoma?

13        A.    Shingles was after I had cancer.

14        Q.    I'm sorry.  I can't get it out of my

15   mind.

16               For those warnings that we just looked

17   at, had the cautions on the bottles of Roundup that

18   you used stated that this product could cause

19   non-Hodgkin's lymphoma, would you have used

20   Roundup?

21        MR. SHEPHERD:  Objection; form, calls for

22   speculation.

23   BY THE WITNESS:

24        A.    No.
```

Gerard F. Cervantes

```
 1    BY MS. FREDONA:

 2         Q.    Okay.  Do you use products that have

 3    warning labels that say, "This product can cause

 4    cancer"?

 5         MR. SHEPHERD:  Objection; form.

 6    BY THE WITNESS:

 7         A.    No.

 8    BY MS. FREDONA:

 9         Q.    Okay.  All right.

10              All right.  So, you were diagnosed with

11    non-Hodgkin's lymphoma in 2004.  Does that sound

12    about right?

13         A.    Yes.

14         Q.    Okay.  And then after that, you went

15    into remission and then the cancer came back in

16    2009.  Does that sound about right?

17         A.    Correct.

18         Q.    Okay.  So, you went into remission --

19    I'm sorry.  Strike that.

20              So, generally speaking, you've had

21    cancer twice?

22         A.    Correct.

23         Q.    All right.  So, the first time you were

24    diagnosed with non-Hodgkin's lymphoma, you said
```

Gerard F. Cervantes

1    that you were off work for two years.  Does that

2    sound about right?

3         A.    Correct.

4         Q.    Were you able to exercise during those

5    two years?

6         A.    I was so sick, I went from 215 pounds to

7    150 pounds in 65 days.  I could barely walk.

8         Q.    Okay.  When you said you could barely

9    walk, were you ever in a wheelchair?

10        A.    When I had to go to any type of a visit

11   that required walking for even a short period, I

12   could walk from the car to the building and if they

13   had a wheelchair, I used it, just because my liver

14   had shut down 75% the first time.

15             I was so skinny, and I have some

16   pictures, but I was so skinny at 150 with no

17   muscle, the only thing big was my stomach because

18   my liver had inflamed three times its normal size.

19   So, my energy level was so fatigued that if I tried

20   to sign my name, my hand would start shaking

21   because I just didn't have the energy.

22        Q.    And five months of that two years you

23   were off work you spent receiving chemo?

24        A.    I'm sorry?

Gerard F. Cervantes

1           MR. SHEPHERD:  Objection; form.

2    BY THE WITNESS:

3           A.     Run that again.

4    BY MS. FREDONA:

5           Q.     Yeah, that was a bad question.

6                  The first time you were diagnosed with

7    non-Hodgkin's lymphoma, how many months did you

8    spend getting chemo?

9           A.     Five months initially and then the stem

10   cell transplant was six days, but it was more chemo

11   and stronger than I had received in the previous

12   five months.

13          Q.     Okay.  And were there any side effects

14   from that chemo?

15          A.     Oh, my goodness.  Total hair loss,

16   severe pain, toenails falling off, the Neupogen

17   shots that you have to get because my immune system

18   was so low that they'd give me immuno -- Neupogen

19   shots in my stomach, and those burn all the way in.

20                 And then your white blood cells are

21   mainly made in your large bones, which would be

22   your hips and your thighs.  So, after -- when they

23   were -- when you're deficient, then you get the

24   Neupogen shots and then it helps to produce it

Gerard F. Cervantes

```
1   tenfold and that is painful in that -- during that
2   time, very painful.
3        Q.    Okay.  And during those two years, were
4   you depressed?
5        A.    Yes.
6        Q.    Did you suffer from anxiety?
7        A.    Yes, because of everything that it
8   takes.  When you don't know if you're going to wake
9   up and see your children the next day --
10       Q.    Okay.
11       A.    -- and you don't know how you're going
12  to pay your bills, it brings on a little bit of
13  everything.
14       Q.    So, to wrap it up, so to speak, were you
15  scared you were going to die?
16       A.    Oh, absolutely.
17       Q.    Okay.
18       A.    I tried to hide it from my family but --
19  didn't want them to be afraid.
20       Q.    Okay.  And you stated that you needed
21  help walking and what have you.  Did you and your
22  wife have to go out and get outside help?
23       A.    Fortunately I'm from a big family.  My
24  sister came for months Monday through Friday eight
```

Gerard F. Cervantes

1    hours a day, and my wife tried to make sure that I

2    wasn't left alone for any long periods of time.

3    So, it might be 30 minutes by the time she went to

4    work and my sister would show up.

5              And then after those, that time frame

6    and she needed a break, then my sister-in-law from

7    Florida flew in and she lived with us and then she

8    would help take care of me during the daytime when

9    my wife was at work.

10             And other brothers would come in.  I

11   have a brother that is a barber.  So, he's off

12   every Monday.  So, every Monday he would come and

13   sit with me.

14             And other friends that would come every

15   Sunday.  Unfortunately, we'd watch the Bears lose,

16   but my friend would tell my wife, "Hey, I don't

17   care what you do, you just have to leave the house.

18   Go have fun.  I'll watch him."

19             So, yes, in that format.

20       Q.    Okay.  You have an interesting e-mail.

21   What is it again?

22       A.    JCinhouse stands for Jesus Christ

23   in-house.

24       Q.    So, I'm going to maybe make the

Gerard F. Cervantes

1    assumption you're a little religious?

2         A.    I am a believer.

3         Q.    Okay.  And going to church, is that

4    important to you?

5         A.    Yes, going to church is important to me.

6         Q.    Okay.  During that two years, were you

7    able to go to church?

8         A.    Slim and none.

9         Q.    Okay.  And I'm sure you missed it?

10        A.    Oh, I missed it a lot.

11        Q.    All right.  Now, the second time when

12   you found out you had cancer again, you mentioned

13   that you had to go for a follow-up every six

14   months.

15             Is that for the rest of your life?

16        A.    Right now currently it still stands to

17   that.

18        Q.    Okay.  All right.  And I know we danced

19   around it, but I don't know if this got asked dead

20   on.

21             Did you retire early because your cancer

22   came back?

23        A.    Absolutely.

24        Q.    Okay.  All right.  And as you understand

Gerard F. Cervantes

```
 1   it, if you're in remission, does that mean you're
 2   cured?
 3        A.    Remission --
 4        MR. SHEPHERD:  Objection; form.
 5   BY THE WITNESS:
 6        A.    Remission to my understanding is we
 7   don't find any cancer in you at the present time.
 8   My understanding is that's why they call it
 9   remission and not cured.
10              And, so, I just call it a sleeping dog
11   and I try to stay healthy so that I can keep that
12   dog asleep as long as I can.
13        MS. FREDONA:  Okay.  I have no more
14   questions.
15                  FURTHER EXAMINATION
16   BY MR. SHEPHERD:
17        Q.    Mr. Cervantes, how often do you go to
18   church?
19        A.    Before the COVID, three times -- two to
20   three times a month.  There were times before that
21   where I didn't miss.
22        Q.    Since COVID you haven't been able to go?
23        A.    The church is -- church is closed.
24        Q.    Has any doctor associated your arthritis
```

Gerard F. Cervantes

1    and shingles with your non-Hodgkin's lymphoma

2    diagnosis?

3         A.    No.

4         Q.    Any doctor told you that your second

5    cancer, your second onset of non-Hodgkin's lymphoma

6    was in any way related to your first diagnosis?

7         A.    When I asked that question, they said

8    their job was to get me healthy, not determine

9    where it came from.

10        Q.    So, did that mean that no doctor has

11   told you that your second cancer was related to

12   your first cancer?

13        A.    Correct.

14        Q.    If you would go back to Exhibit 3, and

15   counsel had asked you whether or not the document

16   was accurate or not.  Do you recall that?

17        A.    Where is 3 at?

18        Q.    3 is the single-page medical record.

19        A.    Got it here.  No, I don't.  I don't have

20   it yet.

21              Maybe it's here.  I'm not sure what I

22   did with it.

23              Here it is here.

24        Q.    Got it?  Up on the line below where it

Gerard F. Cervantes

1   says "Progress Notes signed by Karen M. Burgner."

2   Do you see where I am up at the top there?

3        A.    I'm looking for her name.

4        Q.    It's inside the two lines.

5        A.    Oh, "Progress notes signed by Karen

6   Burgner," yes.

7        Q.    Below that it says, "SH," which I think

8   means Social History, "Married."  And then what's

9   it say after that in all caps?

10       A.    "Retired from Nicor."

11       Q.    Does it say anywhere in there that

12  Dr. Burgner was talking about what your exposures

13  were in 2016?

14       A.    No.

15       Q.    It just says that you've had extensive

16  asbestos exposure, benzene exposure and PCB

17  exposure for 30 years is what it says, right?

18       A.    Correct.

19       Q.    And what she says is accurate, isn't it?

20       A.    The extensive asbestos is not accurate.

21       Q.    All right.  We'll agree that -- is it

22  accurate that you've had asbestos exposure, benzene

23  exposure and PCB exposure?

24       A.    Yes.

Gerard F. Cervantes

1    Q.    And is it also accurate that you had a

2    co-worker that was also diagnosed with

3    non-Hodgkin's lymphoma?

4    A.    Yes.

5    Q.    And was it accurate that you were

6    harassed at work?  We talked about that, right?

7    A.    Yes.

8    Q.    All right.  And it says, "Working 50

9    hours per week."  It's not clear from this whether

10   or not she is talking about back when you were

11   working at Nicor or back at the time that she took

12   the note in 2016, is it?

13   A.    "Severe harassment at work.  Working 50

14   hours a week.  Construction worker."

15         Ask me that question again.

16   Q.    Sure.  That statement that you just

17   read, "Working 50 hours a week.  Construction

18   worker," is it clear to you from reading that note

19   whether or not she is talking about your time at

20   Nicor or whether or not she's talking about 2016

21   when you were doing lawn care?

22   A.    It's not clear here.

23   Q.    If you would go to Exhibit 5, which is

24   the longer label.

Gerard F. Cervantes

 1       A.    Okay.

 2             Got it.

 3       Q.    You're not sure if you actually saw this

 4  particular label, are you?

 5       A.    No.

 6       Q.    You followed the dilution standards that

 7  we talked about on page 3, right?

 8       A.    Yes.

 9       Q.    Counsel took you through a number of

10  things about what the caution said, all those sorts

11  of stuff.  Do you recall that?

12       A.    Yes.

13       Q.    If you'd turn to the last page of this

14  label, there is a section called "Limit of Warranty

15  and Liability."

16             Do you see that?

17       A.    Yes.

18       Q.    And if you go down to the -- 1, 2, 3,

19  4 -- fifth paragraph, it's in all caps.  Do you see

20  where I am?

21       A.    Yes.

22       Q.    It says, "To the extent consistent with

23  applicable law, the exclusive remedy of the user or

24  buyer and the limit of the liability of this

Gerard F. Cervantes

1   company or any other seller for any and all losses,

2   injuries or damages resulting from the use or

3   handling of this product shall be the purchase

4   price paid by the user or buyer for the quantity of

5   this product involved or, at the election of this

6   company or any other seller, the replacement of

7   such quantity or, if not acquired by purchase,

8   replacement of such quantity to the fullest extent

9   permitted by law.  In no event shall this company

10  or any other seller be liable for any incidental,

11  consequential or special damages."

12          Did I read that correctly?

13      A.    Yes.

14      Q.    Were you aware that you, at least

15  pursuant to this label, your recovery was limited

16  to the purchase price of your product?

17      A.    Ask me that again.

18      Q.    Sure.  Pursuant to this label and the

19  paragraph we just read --

20      A.    Before.  Okay.

21      Q.    -- were you aware that the label

22  indicated that your recovery for any injuries

23  associated with your use of the product was equal

24  to the purchase price of the product?

Gerard F. Cervantes

```
 1        A.    I'm not sure your question.  I was not
 2   aware of this because when I buy something, I read
 3   the directions how to use it and the basic safety
 4   that you see up front.  So, I don't --
 5        Q.    Not the rest?
 6        A.    -- go into the fine print of that.
 7        Q.    How -- I'm sorry.
 8        A.    How to use it and like we talked about
 9   here, you know, to be safe as I can, that.  But I
10   don't -- I didn't read this if it was there.
11        Q.    We talked about the class action
12   lawsuit, and your counsel asked you some questions
13   about it; and she said that the company ran tests
14   and said the water was safe and then the lawsuit
15   went away because the water was proven safe, and
16   you agreed to that.  Do you recall that?
17        A.    Yes.
18        Q.    It's your understanding that the company
19   ran the tests?
20        A.    My understanding, yes, brought to their
21   attention and ran the tests, yes.
22        Q.    And do you know if Monsanto has run
23   tests on glyphosate to determine whether or not it
24   causes cancer?
```

Gerard F. Cervantes

```
 1        A.    I am not aware of that.

 2        Q.    If glyphosate had such tests, would that

 3   end the lawsuit?

 4        A.    Would it end it today?

 5        Q.    Um-hmm.

 6        A.    No.

 7        Q.    Right.  Do you know any particulars or

 8   details at all as to what type of tests Nicor ran

 9   on the water?

10        A.    No.

11        Q.    Do you have any idea whatsoever what the

12   results of those tests were?

13        A.    No.

14        Q.    Do you have any idea whatsoever whether

15   or not it was actually the results of whatever

16   tests Nicor ran that caused the lawsuit to go away?

17        MS. FREDONA:  Objection; form.

18   BY THE WITNESS:

19        A.    No.

20        MR. SHEPHERD:  All right.  That's all I've

21   got.

22        MS. FREDONA:  I got another redirect.

23

24
```

Gerard F. Cervantes

```
1                    FURTHER EXAMINATION

2    BY MS. FREDONA:

3        Q.    If you can turn the page -- or

4    Exhibit 3.  It's your visit date of May 25, 2016.

5        A.    May 25, 2016, yes.

6        Q.    You may not even need to look at this.

7              But in 2016 were you working 50 hours at

8    your landscaping business?

9        A.    No.

10        Q.    Okay.  And Exhibit 5, I believe the last

11    page.  Counsel read you this "Limit of Warranty and

12    Liability."

13              Mr. Cervantes, are you a lawyer?

14        A.    No.

15        Q.    Did you understand half of what counsel

16    just read to you?

17        MR. SHEPHERD:  Objection; form.

18    BY THE WITNESS:

19        A.    No.

20        MS. FREDONA:  Okay.  I'll rephrase.

21    BY MS. FREDONA:

22        Q.    Did you fully comprehend what counsel

23    was reading to you on the last page of Exhibit 5?

24    Did you fully understand it?
```