Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone: (334) 269-2343
Fax: (334) 954-7555

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| *Randall Dean Seidl v Monsanto Co.,* Case No.  3:17-cv-00519-vc | |

In response to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds, and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve

the appellate record, Plaintiff hereby incorporates the following pleadings, and the pleadings referenced therein, that were filed on the MDL docket:

- Plaintiffs' Response in Opposition to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and For Summary Judgement on Causation Grounds (MDL Doc# 8345)

- Plaintiffs' Response in Opposition to Monsanto's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (MDL Doc# 647)

- Plaintiffs' Supplemental Brief Pursuant to PTO 34 (MDL Doc #1135)

- Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts (MDL Doc #1461)

- Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company' Expert Witnesses (MDL Doc #2478)

- Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (MDL Doc #2529)

Plaintiffs also incorporate the developing science on glyphosate. Among other more recent science, Plaintiffs incorporate and reference two articles that have been published since the above-referenced pleadings were submitted to the Court. *See* Exs. 1 and 2 to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds (ECF #8001). Plaintiffs incorporate and attach here the following articles that have been published since the above-referenced pleadings were submitted to the Court. See. Ex. 1, Zhang, et al., *Exposure to Glyphosate-Based Herbicides and Risk/or Non-Hodgkin lymphoma: A Meta-Analysis and Supporting Evidence,* Mutation Research (2019); Ex. 2, Wang, *et al.*, *Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice*, Journal of Hematology and Oncology (2019).

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waving any arguments raised therein.

DATED: April 1, 2021

Respectfully submitted,

/s/Rhon E. Jones
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

                                                  /s/ William R. Sutton
                                                  William R. Sutton