Rhon E. Jones (JON093)
William R. Sutton (SUT013)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF DR. CHARLES BENBROOK, DR. CHARLES JAMESON, AND MR. STEPHEN PETTY** |
| *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC | |
| *Karman v. Monsanto Co.*, 3:19-cv-01183-VC | |
| *Pecorelli v. Monsanto Co.*, 3:19-cv-06936-VC | |
| *Peterson v. Monsanto Co.*, 3:19-cv-07271-VC | |
| *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC | |
| *Schafer v. Monsanto Co.*, 3:19-cv-02169 | |
| *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | |

In response to Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Steven Petty,[1] and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon and applying the principles in Pre-Trial Order 202, but in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response to Motion to Exclude Testimony of Dr. Charles Jameson on *Daubert* Grounds (ECF #8332)

---

[1] This responds to Document 19.

- Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Charles Benbrook (ECF #8344)
- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Mr. Stephen Petty (ECF #8357)
- Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Mr. Stephen Petty (ECF #8359-3)

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waving any arguments raised therein.

DATED: April 1, 2021

Respectfully submitted,

/s/ *Rhon Jones*
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *William R. Sutton*

- 3 -