# EXHIBIT 14



# Toxicological Profile for Glyphosate

**Draft for Public Comment**

**April 2019**



ATSDR
U.S. Department of Health and Human Services
Agency for Toxic Substances and Disease Registry

CS274127-A

**Table 2-12. Incidences of Tumors in Male and Female CD-1 Mice Administered Glyphosate (≥97.5% Purity) in the Diet for up to 104 Weeks**

|  | Dose (mg/kg/day) | | | |
| --- | --- | --- | --- | --- |
|  | 0 | 100 | 300 | 1,000 |
| Males | | | | |
| Hemangiosarcoma | 0/50[a] (0%) | 0/50 (0%) | 0/50 (0%) | 4/50 (8%) |
| Histiocytic sarcoma | 0/50 (0%) | 2/50 (4%) | 0/50 (0%) | 2/50 (4%) |
| Females | | | | |
| Hemangiosarcoma | 0/50 (0%) | 2/50 (4%) | 0/50 (0%) | 1/50 (2%) |
| Histiocytic sarcoma | 0/50 (0%) | 3/50 (6%) | 3/50 (6%) | 1/50 (2%) |

[a]Significant trend (p=0.00296) for increasing incidence of hemangiosarcoma

Source:  EPA 2015c

George et al. (2010) evaluated the potential carcinogenicity of Roundup Original® using the 2-stage mouse skin carcinogenesis model.  The study included groups of male Swiss albino mice (20/group) receiving the glyphosate formulation topically 3 days/week for 32 weeks, single topical application of dimethylbenz[a]anthracene (DMBA; a tumor initiator) followed by repeated dermal applications of 12-*O*-tetradecanoyl-phorbol-13-acetate (TPA; a tumor promoter), single or multiple topical application of the glyphosate formulation followed by dermal applications of TPA (test for initiation potential of the glyphosate formulation), single application of DMBA followed by repeated dermal application of the glyphosate formulation (test for promotion potential of the glyphosate formulation), single DMBA application, repeated TPA application, and untreated controls.  Skin tumors were observed in 100% of the DMBA + TPA treatment group; the first tumor appeared at 52 days.  Tumors were noted in 40% of the DMBA + glyphosate formulation treatment group; the first tumor appeared at 130 days.  No tumors were observed in other groups.  The results indicate that the glyphosate formulation functioned as a tumor promoter, but not a tumor initiator or complete carcinogen.

*Assessment of Carcinogenicity.*   Several national and international agencies and organizations have assessed the carcinogenicity of glyphosate (Table 2-13).  These evaluations provide different types of determinations—some focused on hazard identification, or whether there is evidence that a chemical can cause an effect, and others focused on carcinogenic risk, or the likelihood of cancer effects at levels of exposure typically experienced by humans.  In addition, there are large numbers of unpublished guideline studies on glyphosate and the inclusion or exclusion of these may account for the differences in the conclusions reached by these various agencies.  For additional discussion regarding the carcinogenicity of