Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Karman v. Monsanto Co.*, 3:19-cv-01183-VC | **DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND PROXIMATE CAUSATION GROUNDS** |

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND PROXIMATE CAUSATION GROUNDS**

I, Rebecca Fredona, declare and state as follows:

1. I am an attorney at the law firm of Moll Law Group, counsel for Plaintiff Christine Karman. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion o Summary Judgment on Statute of Limitations and Proximate Causation Grounds.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Deposition of Christine Karman, taken November 13, 2019, in Karman v. Monsanto Company, Northern District of California, Case No. 3:19-cv-01183.

- 1 –

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true

2  and correct.

3

4  DATED: April 2, 2021

5

6                                                                Respectfully Submitted,

7                                                 By:    */s/Rebecca Fredona*
                                                         Ken Moll
8                                                        Rebecca Fredona
                                                         Fatima Abuzerr
9                                                        **MOLL LAW GROUP**
                                                         22 W Washington St
10                                                       15th Floor
                                                         Chicago, IL 60602
11                                                       T: 312.462.1700
                                                         F: 312.756.0045
12                                                       rfredona@molllawgroup.com

13

14                                               *Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT ON STATUTES OF LIMITATIONS AND PROXIMATE CAUSATION GROUNDS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Rebecca Fredona*

- 3 –