# Exhibit 6

Pecorelli v. Monsanto
January 22, 2021
Page 13

**Family Medical History**

Mr. Pecorelli's family history is negative for blood disorders and lymphoma. His son, Mark Pecorelli, has a history of resected non-small cell lung carcinoma.[36]

According to Mark, Mr. Pecorelli had three sisters, but little is known of their medical history because his mother died of uncertain causes when he was very young. He then lived in an orphanage home.[37] According to medical records, Mr. Pecorelli's father died of complications with alcoholism[38] while one sister was diagnosed with breast cancer in her 80s.[39] Significant family medical history of coronary artery disease is also noted.[40]

**History of Tobacco, Alcohol and Drug Use**

Mr. Pecorelli reported his current smoking as one pack per day at his initial oncology consultation on July 6, 2004. Another medical record notes that Mr. Pecorelli began smoking cigarettes at age 16[41] and estimated that he smoked ¾ to 1 pack of cigarettes a day for 50 years.[42] Other records indicate that he has a 70-pack-year history.[43] A June 30, 2010, medical record noted a history of half a pack per day for 60 years.[44] A November 28, 2011, encounter noted 0.5-1 pack per day for the last 68-70 years (34 to 70 pack-years).[45] His available medical records noted that he did not consume alcohol (hard liquor) but that he previously consumed 1-2 beers every few days.[46] He never used illicit drugs.[47]

**Deposition of Mark Pecorelli (son of Michael Pecorelli), November 12, 2019**

Mark Pecorelli                    ) is the youngest of three sons of Michael Pecorelli and Joyce Pecorelli. Since the age of 14, Mark has worked in landscaping, nursery and garden center retail. For a short time, Mark Pecorelli had his own landscape company, Sun-Tree

---

[36] Northwest Oncology and Hematology, p. 43 of 54.

[37] Deposition of Mark Pecorelli, November 12, 2019, p. 124.

[38] Mark Pecorelli reported in his telephone interview that his paternal grandfather did not suffer from alcoholism, but his maternal grandfather did.

[39] Northwest Oncology and Hematology, p. 8 of 751.

[40] Northwest Oncology and Hematology_001_0053, pp. 36-37 of 54.

[41] Edward Hines VA medical records, p. 995 of 3358.

[42] Id., page 731 of 3358.

[43] Alexian Brothers Medical Center, p. 46 of 410. Northwest Oncology and Hematology, p. 31 of 54.

[44] Pathology.pdf, p. 6.

[45] Edward Hines VA medical records, p. 731 of 3358.

[46] Id., p. 731 of 3358.

[47] Id., pp. 1009-1010 of 3358.

Pecorelli v. Monsanto
January 22, 2021
Page 18

stopped spraying Roundup sometime between 2000 and 2005 for the landscaping business.[91]

Mark testified that his father used Roundup at his home at                    , Elk Grove Village from 1975/1976 until approximately 2000.[92] He sprayed Roundup around their above-ground pool and along the side of the garage on the pea-gravel walkway.[93] There was pea gravel about 4 feet wide around the 18' round pool and about four feet wide and 20 to 25 feet long for the walkway.[94] It took his father about 10 minutes to spray these areas[95] and he sprayed once every two months or approximately twice per year.[96] Mark had taken over most of the yardwork at their home before 2000, and his father's use of Roundup had declined by then as well.[97] As their back yard oak tree matured, there was more shade and less weed growth.

Mark Pecorelli testified that his father always wore a one-piece long, sleeved and zippered denim jumpsuit while mixing Roundup at the nursery.[98]  He wore leather steel-toed boots. He wore eyeglasses that were safety work glasses and a mask with filter cartridges.[99] He always washed his hands with soap and water after mixing the product.[100]

He wore jeans and a denim, long-sleeved shirt or the jumpsuit when spraying Roundup at home. He always wore the jumpsuit, mask and eyeglasses when spraying Roundup for his business. He removed his clothing before leaving the nursery and brought them home for laundering. The work clothes were washed after each use, and he would put on clean work clothes to spray at home rather than wear the same ones from work. [101]

Mark testified that his father may have worn gloves when handling "a sticker bush or something like that" but he did not always wear gloves when using Roundup.[102]

---

[91] Id., pp. 196-197.

[92] Id., p. 198, p. 200.

[93] Id., p. 202.

[94] Id., pp. 203-206.

[95] Id., p. 208.

[96] Id., p. 204.

[97] Id., pp. 198-199.

[98] Id., p. 227.

[99] Id., pp. 227-231.

[100] Id., p. 231.

[101] Id., pp. 250-254.

[102] Id., p. 229.

Pecorelli v. Monsanto
January 22, 2021
Page 20

that his father used Diazinon in pellet form for grubs; he thought it might be the same thing as Sevin. "It's to kill the bug so it doesn't kill the plant."[116] His father used Goop hand cleaner and this is what he referred to as a solvent on the Plaintiff Fact Sheet.[117]

His father wore the jumpsuit whenever he sprayed a liquid and the two piece denims when applying the granules with a cyclone spreader.[118] The Sevin was applied once per year for about 10 jobs.[119] The Weed and Feed was applied two or maybe three times in a season on "not too many jobs;" it was more often when he had the maintenance business before 1978.[120]

Mark testified that his father believed that Roundup caused his NHL. In around 2005 after his cancer diagnosis, his father told him to stop using Roundup, that it was no good and to "stay away from it."[121]

**Summary of Telephone Interview with Mark Pecorelli, January 12, 2021**

In this telephone interview, Mr. Mark Pecorelli provided an overview of his father's businesses and confirmed specific details from his deposition testimony regarding his father's Roundup use and exposure to other chemicals.

According to Mark, Michael Pecorelli started his landscaping business in 1953 wherein he performed weekly lawn maintenance (such as mowing and trimming) for his residential clients. In approximately 1975, Michael Pecorelli opened a three to four acre retail garden center where he sold gardening supplies, sod and plants that he purchased wholesale. He continued operating both the retail center and weekly lawn maintenance until about 1978 when he purchased a large parcel of land and developed about 20 acres into the Windy City Nursery for growing mature landscaping plants. From 1978 until the mid-2000s, Mr. Michael Pecorelli actively operated the nursery and a landscape design and installation business under the name of Windy City Landscaping and Nursery. Mark worked with his father in all of the aforementioned businesses.

Mark reported that Michael Pecorelli used Roundup at his home residence, the retail garden center, the nursery and at the properties of his clients in the landscape design

[116] Id., p. 89.
[117] Id., p. 93.
[118] Id., pp. 263-268.
[119] Id.
[120] Id., pp. 269-270.
[121] Id., pp. 291-292.

Pecorelli v. Monsanto
January 22, 2021
Page 24





**Figure 2. Roundup Pro label per deposition of Mark Pecorelli, Exhibit 2**

## Personal Protective Equipment (PPE)

Mark Pecorelli testified that his father always wore a one-piece denim jumpsuit while mixing and applying Roundup at the nursery and in his landscaping business.[128]  He wore

---

[128] Id., pp. 227, 251.

Pecorelli v. Monsanto
January 22, 2021
Page 25

the long-sleeved, zippered suit with leather steel-toed boots. He wore eyeglasses that were safety work glasses and a mask with filter cartridges.[129] He always washed his hands with soap and water after mixing the product.[130]

Mr. Pecorelli wore jeans and a denim, long-sleeved shirt or the jumpsuit when spraying Roundup at home.

## Potential Confounding Exposures

**Table 2** summarizes toxicological findings pertaining to potential confounding exposures as revealed in deposition and in telephone interview with Mark Pecorelli.

**Table 2**

**Additional Interview Questions Presented to Mark Pecorelli**

| Potential Causative Factors | Comments |
|---|---|
| Family medical history | Yes |
| Alcohol consumption history | Only beer occasionally |
| Smoking history and pack-year calculations | Yes (34-70 pack-years) |
| Drugs-of-abuse | No |
| Any history of obesity? | No |
| Prior pharmacological regimens | No |
| Any history of prior hematopoietic malignancies or other cancers? | No |
| Ever been prescribed long-term immunosuppressive pharmaceuticals such as prednisone? | No |
| Ever prescribed cyclophosphamide or any other drugs to treat cancer prior to NHL treatment? | No |
| History of organ transplant? | No |
| Ever been diagnosed with HIV, AIDS? | No |
| Ever been diagnosed with Hepatitis B or C? | No |
| Ever been diagnosed with Crohn's disease? | No |
| Ever been diagnosed with rheumatoid arthritis? | No |
| Ever been diagnosed with ulcerative colitis? | No |
| Significant radiological exposures or CT scans prior to NHL treatment? | No |

---

[129] Id., pp. 227-231.

[130] Id., p. 231.

Pecorelli v. Monsanto
January 22, 2021
Page 26

**Table 2**

**Additional Interview Questions Presented to Mark Pecorelli**

| Potential Causative Factors | Comments |
|---|---|
| Ever lived near or adjacent to a Superfund site? | No |
| Paint and/or paint solvent exposure? | No |
| Exposure to benzene? | No |
| Exposure to petroleum products? | No |
| Any unusual or chronic gasoline exposures? | No |
| Use of solder for pipe welding? | No |
| Ever welded pipes? | No |
| Ever used plumbing PVC glue? | No |
| Use of a wasp killer or other insecticide/pesticide? | Possibly some limited use |
| Use of Ortho Weed B Gon or herbicide other than Roundup? | No |
| Ever used 2,4-D? | Yes |
| Ever used Weed & Feed? | Yes |
| Ever used Snake-A-Way? | No |
| Ever used Sevin? | Yes |
| Use of any other home gardening/landscape chemicals not previously mentioned | Yes<br>See Table 3 |
| Ever farmed or been exposed to livestock? | No |
| Other underlying chemical exposures? | No |

**Summary of Mr. Pecorelli's Use of Diazinon and Sevin**

**Table 3** summarizes Mr. Pecorelli's use of Diazinon (and other chemicals), a chemical known to "possibly" cause NHL in humans. However, based on Mark Pecorelli's testimony, it was used in pellet form rather than an aerosol spray. Per Mr. Pecorelli's deposition:

Pecorelli v. Monsanto
January 22, 2021
Page 27

> "Q. Okay. Any other herbicides that you recall using?
>
> A. Not that I recall. He used some for grubs, Diazinon, pellet form. It comes out of a spreader."[131]

Based upon deposition of Mr. Pecorelli, he seems to have conflated diazinon with Sevin.

> "Q. Well, I just want to make sure. When you referenced Diazinon earlier, were you thinking of two separate things, Diazinon and Sevin Insect Killer, or were you --
>
> A. I think they're together. This was called Diazinon Sevin."[132]

Mark Pecorelli reported personally using Diazinon, which was used for bagworms, and he stated that he was the primary user of it as opposed to his father. He also used it infrequently.[133] More importantly, the use of pellets in a spreader minimizes potential inhalation and dermal exposures compared to an aerosol spray.

---

[131] Id., p. 83.

[132] Id., pp. 88-89.

[133] Telephone interview with Mark Pecorelli, January 12, 2021.

Pecorelli v. Monsanto
January 22, 2021
Page 28

**Table 3**
**Carcinogenicity of Substances to Which Mr. Pecorelli Reported Potential Exposure**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|---|---|---|---|---|
| 2,4-D | Dimethylamine salt of 2,4-D Acid 46.5% | No | No | IARC classified 2,4-D as possibly carcinogenic to humans (Group 2B) based on inadequate evidence in humans and limited evidence in experimental animals. MSDS reports 2,4-D is classified as Group 2B: *Possible human carcinogen*[134] |
| Diazinon | Diazinon 100% | **YES** | **YES** | Limited evidence of carcinogenicity in humans for non-Hodgkin lymphoma and lung cancer. Evidence in humans is from studies of agricultural exposures in the USA and Canada published since 2001. Classification of diazinon in Group 2A was also based on strong evidence that diazinon induced DNA or chromosomal damage. IARC and the MSDS reports diazinon is classified as an IARC Group 2A: Probable human carcinogen[135] |
| Goop Hand Cleaner | Petroleum distillates, Hydrotreated (light), 33.25%, Water, c9-11-Pareth-8, Oleic acid, triethanolamine, glycerin, DMDM Hydantoin, fragrance | No | No | "This product , when used in accordance with instructions, presents no immediate or long-term health hazard.[136] |
| Scott's Turf Builder | Ingredients are withheld | No | No | MSDS indicates no carcinogens[137] |
| Sevin-5 | Carbaryl [63-25-2] 5% | No | **YES** | MSDS indicates product contains a carcinogen[138]. Carbaryl is an EPA "likely human" carcinogen due to kidney and liver cancer risk in animals. Human studies revealed no consistent associated risk.[139,140,141.] Carcinogenicity of quartz is limited to lung cancer via inhalation. |
| Surflan | Oryzalin, 40.4%, glycerin <30%. Oryzalin: 3,5-dinitro-$N^4$,$N^4$-dipropyl sulfanilamide | No | YES | Oryzalin is carcinogenic in rats, based on an increase in mammary gland tumors in females and skin and thyroid tumors in both sexes. It has been classified as a Group C carcinogen. SDS reports that oryzalin is a carcinogen under Cal. Prop. 65.[142] |
| Treflan | Alpha, alpha, alpta-Trifluoro-2,6-dinitro-N,N-dipropyl-p-toluidine {Trifluralin} and other proprietary ingredients | No | No | Contains naphthalene which has caused causer in some lab animals but not anticipated to be a carcinogenic risk to humans.[143] |

Pecorelli v. Monsanto
January 22, 2021
Page 29

**Scope of Exposures and Exposure-Day Calculations**

Since Mr. Pecorelli's occupational exposure was much greater than his residential exposure, only his occupational use of Roundup has been included in the following quantitative exposure calculations. Also his Roundup exposures at the retail garden center, while significant, are difficult to calculate with the information provided. Hence, the garden center exposures have not been included within the calculations for occupational 8-hour time-weighted exposure. Thus, his total exposure is *significantly underestimated* herein.

**Table 4** summarizes the calculation of Mr. Pecorelli's occupational Roundup® exposures. The descriptions of the Roundup® products used, frequency of applications and exposure intervals were obtained from the available records which include the Plaintiff  Fact Sheet, Mark Pecorelli's deposition testimony and a telephone interview of Mark Pecorelli conducted on January 12, 2021.

Pecorelli v. Monsanto
January 22, 2021
Page 185

- **Mechanism of Carcinogenicity:** Mr. Pecorelli's exposures are to Roundup® product, not to glyphosate alone. Roundup® and glyphosate have been demonstrated in several studies to repeatedly cause DNA damage with promotion by Roundup® being more damaging than glyphosate alone. Genotoxicity is the <u>first stage</u> in cancer formation. Wozniak, et al.,[466] and other studies as referenced in this report further demonstrated that Roundup®, at a higher dose, was even able to impede the natural repair of damaged DNA.

  The George, et al., study[467] documented cancer promotion at relatively low dermal exposure doses in mice. The dose levels, when converted to human doses, are reasonably similar to that sustained by applicators (when applying the HED factor and dermal absorption rate of 3%). More importantly, the test model employed DMBA (as found in cigarette smoke/tar). This primary carcinogen was dermally applied at low doses on the shaved skin of mice with no tumors produced unless glyphosate was also applied to the skin in which case 40% of the animals developed tumors (2.8 tumors per animal). The mechanism of glyphosate carcinogenesis is important with respect to tumor promotion among smokers prior to the onset of NHL. The George study reveals substantial promotion (40% of the mice with tumors) with realistic concentrations of glyphosate as compared to that of applicators using HED methodology.

- **Latency of non-Hodgkin's Lymphoma**: The compilation of peer-reviewed latency estimates presented herein (see **Table 21**) demonstrates latency intervals within a typical range of 2 to 25 years. Based upon the study findings, the weight of available evidence indicates that a minimum latency interval of 2 to 25 years is required and is scientifically reliable.

  Mr. Pecorelli's clinical NHL diagnosis and latency of **28 years** was sufficient to exceed the minimal latency requirement. It is noteworthy that studies by Eriksson, et al., (2008) found an increased effect estimate for subjects with more than 10 years of glyphosate exposure prior to diagnosis of NHL; thus <u>favoring a longer NHL latency interval</u>.

---

[466] Wozniak, E., et al., "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment," 2018, Food and Chemical Toxicology, doi: 10.1016/j.fct.2018.07.035

[467] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics, Vol. 73, pp. 951 – 964.