Rebecca Fredona,
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
Telephone: 312.462.1700
Facsimile: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:19-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:19-cv-07271-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER ON DAUBERT GROUNDS** |

### DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER ON *DAUBERT GROUND*

I.  I, Rebecca Fedona, hereby declare as follows:

1.  I am an attorney at the law firm of Moll Law Group, counsel for Plaintiffs Gerard Cervantes, John Schafer, James Peterson, Mark Pecorelli, individually and as Representative of the Estate of Michael Pecorelli, deceased and Christine Karman, Individually and as Representative of the Estate of Robert Karman, deceased. I make this declaration in support of Plaintiffs' Opposition to Motion to Exclude Testimony Dr. William Sawyer on *Daubert* Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

**FREDONA DECL. IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. SAWYER**

2. Annexed hereto as Exhibit 1 is a true and correct copy of the CV of Dr. William Sawyer.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Excerpts of the trial transcript from *Johnson v. Monsanto* trial.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Excerpts of the trial transcript from *Pilliod v. Monsanto* Trial.

5. Annexed hereto as Exhibit 4 is a true and correct copy of a January 13, 2011 Monsanto email produced by Monsanto in discovery.

6. Annexed hereto as Exhibit 5 is a true and correct copy of Excerpts from Dr.Sawyer's Report for *Karman v. Monsanto* Case No. 3:19-cv-01183-VC.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Excerpts from Dr.Sawyer's Report for *Pecorelli v. Monsanto* Case No. 3:16-cv-06936-VC.

8. Annexed hereto as Exhibit 7 is a true and correct copy of Excerpts Dr. Sawyer's Report for *Schafer v. Monsanto* Case No. 3:19-cv-02169.

9. Annexed hereto as Exhibit 8 is a true and correct copy of Excerpts from Dr.Sawyer's Report for *Peterson v. Monsanto* Case No. 3:18-cv-07271-VC.

10. Annexed hereto as Exhibit 9 is a true and correct copy of Dr. William Sawyer's Affidavit and CV dated 12/10/2019, from Plaintiffs' Response to Motion to Exclude Testimony of Dr. William Sawyer, ECF 8342 Exh. 1.

11. Annexed hereto as Exhibit 10 is a true and correct copy of Dr. William Sawyer's Deposition from *Stevick v. Monsanto Co.*, Case No. 3:16-cv-02341-VC.

12. Annexed hereto as Exhibit 11 is a true and correct copy of Dr. William Sawyer's Deposition from *Pilliod v. Monsanto*.

13. Annexed hereto as Exhibit 12 is a true and correct copy of a July 26, 2018

**FREDONA DECL. IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. SAWYER**

stipulation entered in the *Johnson v. Monsanto* trial.

14. Annexed hereto as Exhibit 13 is a true and correct copy of a March 20, 2015 article in Lancet detailing IARC's finding with respect to glyphosate.

15. Annexed hereto as Exhibit 14 is a true and correct copy of the ATSDR's draft review of glyphosate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 2, 2021

        Respectfully Submitted,

        Rebecca Fredona,
        **MOLL LAW GROUP**
        22 W Washington St
        15th Floor
        Chicago, IL 60602
        Telephone:   312.462.1700
        Facsimile: 312.756.0045
        rfredona@molllawgroup.com

        *Attorneys for Plaintiffs*

**FREDONA DECL. IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. SAWYER**

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Rebecca Fredona

**FREDONA DECL. IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. SAWYER**