Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cervantes v. Monsanto Co. 3:19-cv-3015-VC*<br>*Karman v. Monsanto Co., 3:19-cv-01183-VC*<br>*Pecorelli v. Monsanto Co., 3:16-cv-06936-VC*<br>*Peterson v. Monsanto Co., 3:18-cv-07271-VC*<br>*Rehak v. Monsanto Co., 3:19-cv-01719-VC*<br>*Schafer v. Monsanto Co., 3:19-cv-02169-VC* | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT RE: ILLINOIS WAVE 2 PLAINTIFFS ON ILLINOIS LAW GROUNDS** |

**<u>DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT RE: ILLINOIS WAVE 2 PLAINTIFFS ON ILLINOIS LAW GROUNDS</u>**

I, Rebecca Fredona, declare and state as follows:

1. I am an attorney at the law firm of Moll Law Group, counsel for Wave 2 Plaintiffs Gerard Cervantes, Christine Karman, Mark Pecorelli, James Peterson, Lorraine Rehak, and John Schafer (collectively the "Plaintiffs")

2. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion of Summary Judgment re: Illinois Wave 2 Plaintiffs on Illinois Law Grounds.

- 1 –

3. Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Dr. Schiff, dated January 21, 2021, in Cervantes v. Monsanto Company, Northern District of California, Case No. 3:19-cv-3015.

4. Annexed hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dr. Dr. Schiff, dated January 10, 2021, in Karman v. Monsanto Company, Northern District of California, Case No. 3:19-cv-1183.

5. Annexed hereto as Exhibit 3 is a true and correct copy of the Deposition of Gerard Cervantes, (excerpt of pg. 100), dated June 23, 2020, in Cervantes v. Monsanto Company, Northern District of California, Case No. 3:19-cv-3015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 2, 2021

                                          Respectfully Submitted,

By: */s/Rebecca Fredona*
Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT RE: ILLINOIS WAVE 2 PLAINTIFFS ON ILLINOIS LAW GROUNDS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Rebecca Fredona

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION OF SUMMARY JUDGMENT RE: ILLINOIS WAVE 2 PLAINTIFFS ON ILLINOIS LAW GROUNDS**