# Exhibit 1

RON D. SCHIFF, M.D., Ph.D.

Florida Medical License

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

January 21, 2021

Ken Moll, Esq.
Moll Law Group
22 West Washington Street, 15th Floor
Chicago, IL   60602

Re: Gerard Cervantes *v*. Monsanto

Dear Mr. Moll,

The following summarizes my background, qualifications to serve as an expert witness, methodology, factual review, and opinions in the above-referenced case:

BIOGRAPHICAL

I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology.  I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980.  During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology.  I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983.  I also completed a subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

## EXPERT QUALIFICATIONS

Based on my background, training, and experience, I present myself as an expert in medical oncology and hematology, and in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Medical oncology and hematology, which are subspecialties of internal medicine, encompass the causes, disease mechanisms, diagnosis, staging, treatment, and prognosis of the various forms of cancer and of the disorders of the blood and bone marrow, respectively. Expertise in the causes and disease mechanisms of cancer and hematologic disorders applies not only to knowledge of the relevant biology, but also to the concept of causation in legal settings.

Medical oncologists and hematologists are trained in the biological (for example, genetic mutations), chemical (carcinogens), and physical (radiation) causes of cancer involving solid organs, the bone marrow, the blood, and the lymphatic system. Epidemiology, which is the study of the distribution and determinants of diseases in populations, is an important component of training in cancer causation. Medical oncologists and hematologists must also have a detailed understanding of the molecular and cellular pathways by which a cancer develops, progresses, invades nearby tissues, and spreads via the lymphatic system to nearby lymph nodes and through the blood circulation to distant metastatic sites.

With respect to the present legal matter, my 29 years of clinical practice included the diagnosis and treatment of the full range of hematopoietic and lymphoid neoplasms, including non-Hodgkin lymphoma. I am being compensated in this matter, although my compensation is not dependent upon the outcome. In reaching my conclusions, I have reviewed and relied upon a number of sources of information, including textbooks and published research articles, as well as upon my background, training, and experience in medical oncology, hematology, and molecular and cellular biology. My biographical information and professional qualifications are summarized in the first section of the present report as well as in my curriculum vitae. As an

adult medical oncologist and hematologist with an additional doctoral degree in molecular and cellular biology, I submit that my educational background, training, experience in the management of patients with non-Hodgkin lymphoma, and familiarity with the medical literature substantiate my ability to serve as an expert witness in the Gerard Cervantes legal matter.

## METHODOLOGY

The procedures that I utilize in determining whether a causal relationship exists between exposure to an environmental agent and a disease, condition, or illness are the generally accepted scientific methods utilized by regulatory agencies and reported in peer-reviewed medical and scientific journals. This methodology is based upon established and accepted rules of scientific evidence, including assessment of the Hill criteria (1) as they apply to evaluation of causation, and the weight-of-evidence approach recommended by the National Research Counsel of the National Academy of Sciences and by the International Agency for Research on Cancer. I have also employed these methods when assessing disease causation in the clinical practice of medical oncology and hematology.

In reaching my opinions about general causation between exposure to a chemical agent and the development of a disease, I apply the generally accepted Hill criteria (1) for analyzing causation, including strength and consistency of association, dose (or exposure)-response, temporality, biological plausibility, specificity, coherence, availability of animal or other experimental models, and analogy to previously unexplained exposure-outcome findings in different clinical and experimental systems. In reaching my opinions about specific causation, I consider the relevant exposure, or "dose," of the chemical agent, and whether or not that dose has been associated with the disease in the medical and scientific literature. As part of this process I perform a differential etiological analysis, considering evidence for alternative or competing causes.

## FACTUAL SYNOPSIS

At your request, I have reviewed all of the medical records provided to me concerning Ms. Gerard Cervantes, date of birth        , and the diagnosis and treatment of his lymphoma, along with his Plaintiff Fact Sheet and deposition. All of these documents were sent to me by your office. I have formed opinions regarding the information disclosed therein. It should be noted that medical records predating Mr. Cervantes' pre-transplant workup in April 2005, as well as documentation of the transplant itself and the immediately preceding high-dose chemotherapy, have not been provided to me and, according to Mr. Cervantes' deposition on June 23, 2020, may not have been available at all.

Mr. Cervantes was 45 years old when he was diagnosed with diffuse large B-cell lymphoma by a liver biopsy on October 22, 2004, after developing fatigue and night sweats in July 2004, followed by the onset of fever, chills, cough, flank pain, decreased appetite, and weight loss. Abnormal laboratory tests prior to the liver biopsy reportedly included an elevated LDH, while imaging studies on September 20, 2004 were described as demonstrating enlargement of the liver and spleen and a retroperitoneal mass. A bone marrow examination at

approximately the time of diagnosis reportedly revealed no evidence of lymphoma.  Stage IVB disease was established by virtue of liver involvement and the occurrence of fever, night sweats, and weight loss.

Mr. Cervantes was initially treated for the lymphoma with six cycles of R-CHOP chemoimmunotherapy, consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, from November 2004 until late March 2005.

On April 14, 2005, a PET-CT scan revealed no evidence of persistent lymphoma.  A bone marrow aspirate and biopsy obtained on the same date were negative for lymphoma.

However, on April 20, 2005, a CT scan of the chest, abdomen, and pelvis demonstrated 1.7 x 1.8-cm anterior mediastinal and 1.2 x 1.5-cm right common iliac lymph nodes.

Mr. Cervantes subsequently underwent consolidative high-dose BEAM chemotherapy, consisting of a combination of carmustine (BCNU, BiCNU), etoposide (VP-16, VePesid), cytarabine (ara-C, Cytosar-U), and melphalan (Alkeran), followed by an autologous stem cell transplant on May 10, 2005 at Northwestern Memorial Hospital in Chicago.

According to Mr. Cervantes' deposition, the treatment for his lymphoma in 2004 and 2005 was complicated by fatigue, severe weakness, decreased energy, bone pain after the administration of filgrastim (Neupogen) to reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia, depression, anxiety, and severe weight loss.

In 2008, a relapse of Mr. Cervantes' lymphoma was heralded by recurrent fatigue and night sweats and the development of bone and joint pain.  On December 5, 2008, a CT scan revealed recurrence or progression of the lymphoma in abdominal and pelvic lymph nodes.  A PET scan later in December 2008 demonstrated hypermetabolic generalized lymphadenopathy.  A bone marrow aspirate and biopsy in January 2009 again revealed no evidence of lymphoma.

Mr. Cervantes subsequently received four cycles of rituximab immunotherapy at intervals of six months, completing treatment in February 2011.

A restaging PET-CT scan on July 27, 2009 demonstrated an apparent complete response, with resolution of all hypermetabolic lymphadenopathy.

A CT scan of the chest, abdomen, and pelvis on February 17, 2011 revealed a punctate nodule at the left lung base posteriorly, which was described as unchanged compared with a previous CT scan from July 18, 2008.

Subsequent complications of Mr. Cervantes' lymphoma and its treatment included persistent mild normocytic (that is, characterized by normal-sized red blood cells) anemia; recurrent episodes of sinusitis and/or bronchitis requiring antibiotic administration; and an

episode of zoster diagnosed on April 14, 2016 and requiring the administration of valacyclovir (Valtrex), but resulting in the development of post-herpetic neuralgia.

## OPINIONS

1. <u>Diagnosis and staging</u>. Mr. Cervantes' diagnosis is diffuse large B-cell lymphoma. The stage of his lymphoma is stage IVB. The diagnosis was established by a liver biopsy on October 22, 2004. The stage was established by virtue of liver involvement and Mr. Cervantes' presentation with fever, night sweats, and weight loss. Additionally, the stage of Mr. Cervantes' lymphoma was subsequently reevaluated by CT and/or PET scans and bone marrow examinations.

Diffuse large B-cell lymphoma is an intermediate-grade non-Hodgkin lymphoma arising in the B-lymphocytes of the immune system. The terminology designating this subtype of non-Hodgkin lymphoma, and its diagnostic criteria, reflect the 2016 World Health Organization (WHO) classification of hematopoietic and lymphoid neoplasms (2, 3). Diffuse large B-cell lymphoma is the most common type of non-Hodgkin lymphoma, representing 31% of all cases (3, 4). The designation "intermediate-grade" distinguishes diffuse large B-cell lymphoma and grade IIIB follicular lymphoma from "low-grade" non-Hodgkin lymphomas, such as grade I, grade II, and grade IIIA follicular lymphomas, which tend to be characterized by a slower growth rate and a less aggressive clinical course than the intermediate-grade lymphomas, and from "high-grade" non-Hodgkin lymphomas, such as lymphoblastic lymphoma and Burkitt lymphoma, which tend to exhibit a more rapid growth rate and a more aggressive clinical course.

The stage of any malignancy provides important information about the extent of disease within the body and thus helps to determine optimal treatment, estimate prognosis, and correlate results among treatment groups in different clinical trials. Stage IV refers to diffuse or disseminated involvement of at least one extralymphatic site with or without associated lymph node enlargement (3, 4). In stage IV, the lymphoma is more extensive than in stages I or II, in which the disease is confined to just one side of the diaphragm, and also more extensive than in stage III, which is defined as the presence of lymphoma in individual lymph nodes or lymph node groups both above and below the diaphragm, with or without the additional involvement of the spleen or a localized site outside the lymphatic system (3, 4). Substages "A" and "B" denote the absence or presence, respectively, of the prognostically adverse symptoms of otherwise unexplained fever in excess of 38.0° C (100.4° F), night sweats, or unintentional loss of more than 10% of body weight during the previous six months (3, 4). By the time of his liver biopsy on October 22, 2004, Mr. Cervantes had already developed fever, night sweats, and weight loss. The occurrence of these "B" symptoms thus subclassifies Mr. Cervantes'stage IV lymphoma as stage IVB.

2. <u>Treatment</u>. Unless contraindicated by coexisting serious medical illness or, in some cases, advanced age, it is recommended that patients with intermediate-grade non-Hodgkin lymphomas begin treatment as soon as their diagnostic evaluation is complete. Therefore, Mr. Cervantes was initially treated with six cycles of R-CHOP chemoimmunotherapy, consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the

combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, from November 2004 until late March 2005.

While a restaging PET-CT scan on April 14, 2005 and CT scan of the chest, abdomen, and pelvis on April 20, 2005 demonstrated apparent resolution of liver involvement as a result of treatment, the latter study revealed 1.7 x 1.8-cm anterior mediastinal and 1.2 x 1.5-cm right common iliac lymph nodes, which had been non-hypermetabolic on the PET-CT scan.

Mr. Cervantes subsequently underwent consolidative high-dose BEAM chemotherapy, consisting of a combination of carmustine (BCNU, BiCNU), etoposide (VP-16, VePesid), cytarabine (ara-C, Cytosar-U), and melphalan (Alkeran), followed by an autologous stem cell transplant on May 10, 2005.

Unfortunately, a relapse of Mr. Cervantes' lymphoma characterized by recurrent or progressive hypermetabolic generalized lymphadenopathy was documented by CT and PET scans in December 2008.

Accordingly, Mr. Cervantes was then treated with four cycles of rituximab immunotherapy at intervals of six months, concluding in February 2011.

A restaging PET-CT scan on July 27, 2009 demonstrated an apparent complete response, with resolution of all hypermetabolic lymphadenopathy.

First-line treatment with R-CHOP chemoimmunotherapy constitutes a standard, and relatively intensive, therapeutic approach for patients with diffuse large B-cell lymphoma (3, 4). Given Mr. Cervantes' presentation with liver involvement and the presence of persistent or recurrent anterior mediastinal and right common iliac lymphadenopathy on restaging in April 2005 after the initial treatment with R-CHOP, the administration of high-dose BEAM chemotherapy followed by autologous stem cell transplantation was certainly warranted. Similarly, the administration of rituximab to treat a relapse of Mr. Cervantes' lymphoma manifested by hypermetabolic generalized lymphadenopathy was very reasonable.

This treatment approach and the supportive care and close clinical, laboratory, and radiographic monitoring which Mr. Cervantes underwent were appropriate, entirely justified, and medically necessary.

3. Disease status and prognosis. As noted above, a restaging PET-CT scan on April 14, 2005 and CT scan of the chest, abdomen, and pelvis on April 20, 2005 showed apparent resolution of liver involvement, but persistent or recurrent non-hypermetabolic anterior mediastinal and right common iliac lymphadenopathy. These findings meet the criteria for a mixed response to R-CHOP chemoimmunotherapy, an unsatisfactory outcome compared with the achievement of a complete response, and one which justified further treatment with high-dose chemotherapy and autologous stem cell transplantation.

Also as discussed, a relapse of Mr. Cervantes' lymphoma characterized by recurrent or progressive hypermetabolic generalized lymphadenopathy was documented by CT and PET scans in December 2008 and treated with four cycles of rituximab immunotherapy at intervals of six months over a period of two years.

A restaging PET-CT scan on July 27, 2009 demonstrated an apparent complete response to rituximab immunotherapy, with resolution of all hypermetabolic lymphadenopathy. The complete response was sustained as of a follow-up CT scan of the chest, abdomen, and pelvis on February 17, 2011. Mr. Cervantes has subsequently remained clinically disease-free.

A number of prognostic factor indices have been developed to estimate the disease-free and overall survival for patients with non-Hodgkin lymphoma (3, 4). The International Prognostic Index, a model developed primarily from data for patients with diffuse large B-cell lymphoma, has identified age over 60 years, stage III or IV, presence of two or more sites of extralymphatic involvement, elevated LDH, and Eastern Cooperative Oncology Group (ECOG) performance status 2-4 as unfavorable prognostic factors (3, 4). According to such models, Mr. Cervantes' lymphoma would have been classified at the time of diagnosis as having had an intermediate prognosis.

With respect to response and survival data, the prognosis for patients with diffuse large B-cell lymphoma has several dimensions (3, 4). About 70% of patients have advanced disease at the time of diagnosis, meaning stage II disease with more than minimal lymphadenopathy, stage III disease, or stage IV disease (3). A complete response to R-CHOP chemoimmunotherapy can be expected in approximately 75% of such patients who are older than 60 years, with ten-year progression-free and overall survival rates of 36.5% and 43.5%, respectively (3). More specifically, for patients with diffuse large B-cell lymphoma and prognostic factors comparable to Mr. Cervantes, treatment with R-CHOP produces a four-year progression-free survival and four-year overall survival of approximately 55% (4). Caution in interpreting such data is warranted, however, as consensus estimates from the published literature of median progression-free and overall survival, ten-year progression-free and overall survival, and cure for patients with diffuse large B-cell lymphoma who are representative of a particular patient are elusive because of non-uniformity in the relevant clinical trials as to patients' stage, other prognostic factors, treatment regimen, and statistical parameters analyzed. In any event, the published survival milestones are only of theoretical interest in Mr. Cervantes' case, since it is known that his lymphoma relapsed four years after the initiation of first-line treatment with R-CHOP and three and one-half years after he underwent autologous stem cell transplantation.

A clearly favorable aspect of Mr. Cervantes' prognosis is that he has now survived with a complete response for approximately twelve years since the initiation of rituximab immunotherapy in early 2009 for his relapse. However, continued remission is not assured. While 20 to 50% of patients achieve long-term disease-free survival after high-dose chemotherapy and autologous stem cell transplantation for relapsed diffuse large B-cell lymphoma (3), Mr. Cervantes' situation is different, in that he relapsed *after* undergoing the autologous transplant, signifying a lower probability of a true cure. The prognosis in the event of a post-transplant relapse is much less favorable, as effective therapeutic options would be

limited.

Superimposed on the ongoing risk of relapse of Mr. Cervantes' non-Hodgkin lymphoma is the additional risk, estimated at 10%, of developing acute myeloid leukemia or a myelodysplastic syndrome (a bone marrow failure disorder that in about 25% of patients develops into frank acute myeloid leukemia) after autologous stem cell transplantation for non-Hodgkin lymphoma (4).

It is a matter of common sense that a projected median survival in the range of 10 years or actual survival now in excess of 16 years since the initiation of R-CHOP chemoimmunotherapy does not represent a desirable outcome for a patient diagnosed with diffuse large B-cell lymphoma at age 45, as was the case for Mr. Cervantes.

4. Complications of Mr. Cervantes' lymphoma and its treatment. Both diffuse large B-cell lymphoma and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family. In lieu of a general catalog of such complications, only those specifically experienced by Mr. Cervantes and documented in the available reports, all of which have been discussed above, will be listed.

The presenting symptoms of Mr. Cervantes' lymphoma were fatigue and night sweats beginning in July 2004, followed by the development of fever, chills, cough, flank pain, decreased appetite, and weight loss.

Most patients, including Mr. Cervantes, require the insertion of a central venous access port or catheter in anticipation of intravenous treatment for lymphoma. Central venous access devices require continuous maintenance. They must be flushed to prevent blood clotting, and the overlying dressing must be changed regularly. Besides local pain with insertion, the insertion and maintenance of a central venous access port or catheter are associated with risks of infection and bleeding as long as the device remains present, particularly in patients with low white blood cell and neutrophil counts or a low platelet count, respectively, whether due to disease or chemotherapy. Conversely, central venous access devices are also susceptible to clotting, which may progress to deep venous thrombosis of an upper extremity. Most importantly, the risk of infection of a central venous access device should be regarded as elevated in anyone who is immunocompromised, a condition which may be due to lymphoma itself, chemotherapy, or even non-chemotherapeutic treatment for lymphoma.

According to Mr. Cervantes' deposition, complications during the period of time that he was undergoing R-CHOP chemoimmunotherapy, high-dose BEAM chemotherapy, and autologous stem cell transplantation in 2004 and 2005 included fatigue, severe weakness, decreased energy, bone pain after the administration of filgrastim (Neupogen) to reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia, depression, anxiety, and severe weight loss.

In addition, complications of intravenous chemotherapy for non-Hodgkin lymphoma

include anemia, leukopenia, neutropenia, and thrombocytopenia, with their attendant risks of infection, bleeding, and requirement for transfusions. These low blood counts are near-universal and at least moderately severe in patients treated with R-CHOP chemoimmunotherapy, and universal, universally severe, and even life-threatening in patients undergoing high-dose chemotherapy and autologous stem cell transplantation. Documentation of any infectious or hemorrhagic complications or transfusion requirements during Mr. Cervantes' lymphoma treatment in 2004 in 2005, all of which are especially common after high-dose chemotherapy, is unavailable due to the paucity of medical records provided from this time period.

Subsequent complications of Mr. Cervantes' lymphoma and its treatment have included persistent mild normocytic anemia (that is, anemia characterized by normal-sized red blood cells); recurrent episodes of sinusitis and/or bronchitis requiring antibiotic administration; and an episode of zoster diagnosed on April 14, 2016 and itself complicated by the development of post-herpetic neuralgia (nerve pain). The recurring respiratory infections and the episode of zoster more likely than not result from the permanent impairment of Mr. Cervantes' immune system by his lymphoma and lymphoma treatment.

5. Psychological effects. It is a matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications of cancer and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime. As previously discussed, Mr. Cervantes indicated during his deposition that he experienced depression and anxiety during his treatment for lymphoma. Whether the prognosis is good, poor, or somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality--and every new medical encounter related to the cancer--are lifelong sources of fear and anxiety in virtually every person who has had cancer.

6. Exposure. I have reviewed Ms. Cervantes' Plaintiff Fact Sheet and deposition testimony regarding the frequency, duration, and circumstances of his Roundup exposure and his use of personal protective equipment while spraying Roundup.

According to the Plaintiff Fact Sheet and his deposition on June 23, 2020, Mr. Cervantes personally applied and often mixed Roundup Weed and Grass Killer to kill weeds at residential and commercial properties on a regular basis during the operation of his lawn care business in Aurora, Illinois. He has owned and operated a lawn care business since 1998, but discontinued using Roundup when he was diagnosed with non-Hodgkin lymphoma in 2004. Therefore, his occupational use of Roundup was confined to the period from 1998 until 2004. Mr. Cervantes described his schedule of Roundup use while operating his lawn service business as spot-spraying each property weekly during eight months of the year, between April and November, which represent the growing season in Northern Illinois. He continued this practice for approximately 35 weeks per year during the six years that he used Roundup in his lawn care business. The process of spraying multiple properties required one and one-half to two hours during each workday. In addition, Mr. Cervantes applied Roundup to kill weeds at both of his

personal residences between 1982 and 2004, when he discontinued using that product. Similar to his occupational use, Mr. Cervantes spot-sprayed Roundup weekly between April and November during each of those years at the residential properties he owned. Mr. Cervantes typically wore long pants, socks, and work boots when applying Roundup. He also wore cotton gloves when the weather was not hot. However, he wore no other protective equipment, and reported that he occasionally got Roundup on his hands while spraying.

Mr. Cervantes' exposure to Roundup therefore has been both inhalational and transdermal. With a total of six years of occupational use and 22 years of use at his residences, in both settings weekly during the eight months of the year when the weather was not too cold, it is therefore my opinion that Mr. Cervantes' exposure to Roundup was extensive.

7. <u>Etiology: risk factors for the development of non-Hodgkin lymphomas</u>. Recognized risk factors for the development of non-Hodgkin lymphomas include aging, male gender, white ethnicity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific types of infection, previous treatment for Hodgkin lymphoma, a rather short list of drugs, occupational and environmental exposures, and a family history of malignancies of the blood or bone marrow. Implicated occupational and environmental exposures include herbicides, organic solvents, other organic chemicals, hair dyes, and smoking (3, 4). Some of the recognized risk factors, such as immunosuppressive drugs, infection with human T-lymphotrophic virus type I, or occupational and environmental exposures, are true causative factors or etiologic agents. Other risk factors, such as advanced age and male gender, are associated with an increased likelihood of developing non-Hodgkin lymphoma but are not directly causative. For example, the increased risk of developing non-Hodgkin lymphoma with advancing age may, at least in some cases, reflect the acquisition and accumulation of predisposing mutations in hematopoietic stem cells or other cells in the bone marrow, or the natural decline in immune system function which accompanies aging.

8. <u>Lymphoma caused by Roundup</u>. I have reviewed all of the reliance materials provided to me by attorneys who have retained me in Roundup litigation or independently identified by me regarding the reported association between Roundup exposure and the development of non-Hodgkin lymphoma. I am deferring a detailed discussion of general causation regarding the association between Roundup and non-Hodgkin lymphoma to Plaintiffs' present or past general causation experts. I will highlight only those aspects which would be of interest to clinicians, especially medical oncologists and hematologists, caring for patients with non-Hodgkin lymphoma.

The carcinogenicity of glyphosate, the active herbicidal ingredient in Roundup, has been comprehensively evaluated by the International Agency for Research on Cancer (IARC) (5, 6). In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate is a broad-spectrum herbicide, currently with the highest production volumes of all herbicides. It is used in more than 750 different products for agriculture, forestry, urban, and home applications. Its use has increased sharply with the development of genetically modified glyphosate-resistant crop varieties. Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating

absorption." At that time, IARC classified glyphosate as "probably carcinogenic to humans"--a Group 2A carcinogen, according to the IARC classification. The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate. "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the-evidence analyses of known or suspected carcinogens.

In 2019, Zhang *et al.* published an independent analysis of the risk of developing non-Hodgkin lymphoma in individuals exposed to glyphosate-based herbicides (7). The analysis included a meta-analysis of the available human epidemiologic data as well as an evaluation of available animal and mechanistic studies. The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing non-Hodgkin lymphoma for individuals with high cumulative exposures to glyphosate-based herbicides. The magnitude of this increase is closely comparable to that reported for the development of non-Hodgkin lymphoma in individuals with high serum levels of polychlorinated biphenyls (PCBs) (8), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group I (strongest evidence) human carcinogen (9, 10). Similar to IARC, Zhang *et al.* (7) concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

Some of the studies which have investigated the association between glyphosate exposure and the development of non-Hodgkin lymphoma have also searched for more specific associations between glyphosate exposure and various histologic subtypes of non-Hodgkin lymphoma. The two such studies which included the largest numbers of patients with diffuse large B-cell lymphoma have in fact identified a statistically significant association between glyphosate exposure and diffuse large B-cell lymphoma, the specific non-Hodgkin lymphoma subtype in Mr. Cervantes' case (11, 12). Parenthetically, less common non-Hodgkin lymphoma subtypes may not occur with sufficient frequency to permit detection of a statistically significant association with glyphosate exposure even if such an association exists.

9. <u>Differential etiology: other risk factors</u>. It has often been said that most cases of non-Hodgkin lymphoma are idiopathic--that is, the cause is unknown (3). However, diseases don't just happen. Every disease has one or more causes, even if not yet discovered by scientific research. This applies to the causes of disease in individuals as well as populations. Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Mr. Cervantes is, of course, a male. He has had a high body mass index (BMI) other than during periods of severe weight loss. He has a positive family history in that his mother died at age 67 of gastric non-Hodgkin lymphoma. However, Mr. Cervantes was only 45 years old at the time of diagnosis of his non-Hodgkin lymphoma, and he never smoked. Other than exposure to Roundup and certain other chemicals, no additional risk factors for the development of lymphoma, such as predisposing medical conditions (including immunodeficiency states,

autoimmune disorders, and specific infections) or other family history of malignancies of the blood or bone marrow are identified in Mr. Cervantes' medical records or deposition testimony.

In addition to the Roundup exposure detailed above, Mr. Cervantes has reported occupational exposure to benzene three times weekly, occasionally to polychlorinated biphenyls (another Monsanto product, although no longer manufactured), and occasionally to asbestos for periods of 24 to 30 years, depending on his work responsibilities at the time, during his employment at Nicor Gas Company. He has also described occasional occupational exposure to gasoline and diesel fumes, as well as to natural gas and associated fumes during his employment at Nicor. During the operation of his lawn care business, Mr. Cervantes was exposed to gasoline fumes from his lawnmower and other equipment. Finally, he used an oxyacetylene torch to weld steel three times weekly for five to 25 minutes per occasion for three or four years at Nicor. During his deposition, Mr. Cervantes reported that he occasionally wore a respirator during his employment at Nicor, but only after his recovery from the stem cell transplant permitted him to return to work in 2006.

As previously discussed, IARC has recognized that individuals with high serum levels of PCBs are at increased risk of developing non-Hodgkin lymphoma (9, 10). IARC has also found a positive epidemiologic association between benzene exposure and the development of non-Hodgkin lymphoma, although the data are less consistent then for the associations between benzene and the myeloid malignancies acute myeloid leukemia and myelodysplastic syndromes, or between PCBs and non-Hodgkin lymphoma (13, 14). In contrast, the carcinogenic effects of asbestos are limited to malignant mesothelioma and carcinomas of the lung, larynx, and ovary, and do not include non-Hodgkin lymphoma (15).

Obesity may be another risk factor for the development of diffuse large B-cell lymphoma, with obesity defined as a BMI of at least 30 kg/sq m (16). Alternatively, a large multicenter analysis in the U.S. of risk factors for the development of non-Hodgkin lymphoma and its subtypes identified 35 kg/sq m as the threshold for an association with the development of diffuse large B-cell lymphoma (17). IARC, which uses the term "excess body fatness" to encompass overweight and obesity, has concluded that there is limited evidence for an association with the development of diffuse large B-cell lymphoma (18). The caveat here is that the International Lymphoma Epidemiology Consortium (InterLymph) analysis of risk factors for the development of non-Hodgkin lymphoma and its subtypes found that BMI as a young adult (ages 18 to 30), rather than "usual BMI," which would include BMI at the time the lymphoma was diagnosed, was a statistically significant risk factor for the development of diffuse large B-cell lymphoma and non-Hodgkin lymphomas overall (19-21). BMI determinations from when Mr. Cervantes was a young adult have not been available.

10. Conclusion. Mr. Cervantes was 45 years old at the time of diagnosis of his non-Hodgkin lymphoma. He was diagnosed in October 2004 with stage IVB diffuse large B-cell lymphoma. Mr. Cervantes was initially treated for the lymphoma with six cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP

chemotherapy regimen, between November 2004 and late March 2015.

While a restaging PET-CT scan on April 14, 2005 and CT scan of the chest, abdomen, and pelvis on April 20, 2005 demonstrated apparent resolution of liver involvement as a result of treatment, the latter study revealed persistent or recurrent anterior mediastinal and right common iliac lymphadenopathy, which had been non-hypermetabolic on the PET-CT scan.

Mr. Cervantes subsequently underwent consolidative high-dose BEAM chemotherapy, consisting of a combination of carmustine (BCNU, BiCNU), etoposide (VP-16, VePesid), cytarabine (ara-C, Cytosar-U), and melphalan (Alkeran), followed by an autologous stem cell transplant on May 10, 2005.

Unfortunately, a relapse of Mr. Cervantes' lymphoma characterized by recurrent or progressive hypermetabolic generalized lymphadenopathy was documented by CT and PET scans in December 2008.

Accordingly, Mr. Cervantes was then treated with four cycles of rituximab immunotherapy at intervals of six months, concluding in February 2011.

A restaging PET-CT scan on July 27, 2009 demonstrated an apparent complete response to rituximab immunotherapy, with resolution of all hypermetabolic lymphadenopathy.  The complete response was sustained as of a follow-up CT scan of the chest, abdomen, and pelvis on February 17, 2011.  Mr. Cervantes has subsequently remained clinically disease-free.

Mr. Cervantes experienced a number of complications of his lymphoma and its treatment, presumably including severe chemotherapy-induced anemia, leukopenia, neutropenia, and thrombocytopenia, with their attendant risks of infection, bleeding, and requirement for transfusions.  Low blood counts are near-universal and at least moderately severe in patients treated with R-CHOP chemoimmunotherapy, and universal, universally severe, and even life-threatening in patients undergoing high-dose chemotherapy and autologous stem cell transplantation.  Subsequent serious complications of Mr. Cervantes' lymphoma and its treatment have included recurrent episodes of sinusitis and/or bronchitis requiring antibiotic administration; and an episode of zoster in April 2016, which was itself complicated by the development of post-herpetic neuralgia (nerve pain).  The recurring respiratory infections and the episode of zoster more likely than not result from the permanent impairment of Mr. Cervantes' immune system by his lymphoma and lymphoma treatment.  Mr. Cervantes remains at risk for another relapse of his lymphoma, which would require additional treatment if he is medically able to tolerate it.  A further recurrence of the lymphoma would be expected to compromise his survival.  Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are also near-universal experiences in patients who have been treated for cancer.  In Mr. Cervantes' case, psychological symptoms included depression and anxiety during his treatment for lymphoma.

Mr. Cervantes testified during his deposition that he has had extensive exposure to Roundup, which has been implicated in the causation of non-Hodgkin lymphoma on the basis of

human epidemiologic data and animal and mechanistic studies.

It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup was a substantial factor in causing or contributing to cause Mr. Cervantes' non-Hodgkin lymphoma.

All of these opinions are expressed to a reasonable degree of scientific and medical certainty. Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should additional medical records or other information become available to me about Mr. Cervantes' case.

Thank you for allowing me the opportunity to review this interesting case. Please let me know if I may be of further assistance.

Sincerely,

Ron D. Schiff, M.D., Ph.D.

Ron D. Schiff, M.D., Ph.D.

REFERENCES:

1.  Hill, A.B., 1965.  The environment and disease: association or causation?  Proc Royal Soc Med 58:295-300.

2.  Swerdlow, S.H., E. Campo, N.L. Harris, *et al*., 2017.  *WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues*.  International Agency for Research on Cancer, Lyon, France.

3.  Bierman, P.J. and J.O. Armitage, 2020.  Non-Hodgkin lymphomas.  In Goldman, L. and A.I. Schafer, 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders, Philadelphia, pp 1229-40.

4.  Evens, A.M., J. N. Winter, L.I. Gordon, *et al*., 2010.  Non-Hodgkin lymphoma.  In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010.  *Cancer Management: A Multidisciplinary Approach*, 13th edition.  UBM Medica, London, pp 739-94.

5.  Guyton, K.Z., D. Loomis, Y. Grosse, *et al*., 2015.  Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate.  Lancet Oncology 16:490-1.

6.  International Agency for Research on Cancer, 2015.  *IARC Monogr Eval Carcinog Risk Chem*

*Hum Volume 112. Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate.* IARC Working Group, Lyon, France.

7. Zhang, L., I. Rana, R.M. Shaffer, *et al.*, 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res/Rev Mutat Res 781:186-206.

8. Freeman, M.D. and S.S. Kohles, 2012. Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation. J Environ Public Health 2012, Volume 2012, Article ID 258981, 15 pages, doi:10.1155/2012/258981.

9. Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al.*, 2013. Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls. Lancet Oncology 14:287-8.

10. International Agency for Research on Cancer, 2016. *IARC Monogr Eval Carcinog Risk Chem Hum Volume 107. Polychlorinated biphenyls and polybrominated biphenyls.* IARC Working Group, Lyon, France.

11. Leon, M.E., L.H. Schinasi, P. Lebailly, *et al.*, 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol 0:1-17 (doi: 10.1093/ije/dyz017).

12. Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, *et al.*, 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health doi:10.5271/sjweh.3830.

13. International Agency for Research on Cancer, 2012. Benzene, in *IARC Monogr Chemical Agents and Related Occupations. A Review of Human Carcinog*ens, *Volume 100F.* IARC Working Group, Lyon, France, pp 249-94.

14. Loomis, D., K.Z. Guyton, Y. Grosse, *et al.*, 2017. Carcinogenicity of benzene. Lancet Oncology 18:1574-5.

15. Loomis, D., N. Guha, A.L. Hall, and K. Straif, 2018. Identifying occupational carcinogens: an update from the IARC Monographs. Occup Environ Med 75:593-603.

16. Patel, A.V., W.R. Diver, L.R. Teras, *et al.*, 2013. Body mass index, height and risk of lymphoid neoplasms in a large United States cohort. Leuk Lymphoma 54:1221-7.

17. Morton, L.M., S.S,. Wang, W. Cozen, *et al.*, 2008. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes. Blood 112:5150-60.

18. Lauby-Secretan, B., C. Scoccianti, D. Loomis, *et al.*, 2016. Body fatness and cancer--

viewpoint of the IARC Working Group.  N Engl J Med 375:794-8.

19. Morton, L.M., J.N. Sampson, J.R. Cerhan, *et al.*, 2014.  Rationale and design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:1-14.

20. Morton, L.M., S.L. Slager, J.R. Cerhan, *et al.*, 2014.  Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:130-44.

21. Cerhan, J.R., A. Kricker, O. Paltiel, *et al.*, 2014.  Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:15-25.