# Exhibit 3

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS      ) MDL No. 2741

 5   LIABILITY LITIGATION         ) Case No. MDL No.

 6   ------------------------     ) 3:16-md-02741-VC

 7   This document relates to:    )

 8   Gerard Cervantes v.          )

 9   Monsanto Co.,                )

10   Case No. 3:19-cv-03015-VC    )

11

12

13              VIDEOTAPED DEPOSITION OF

14

15               GERARD F. CERVANTES

16                  June 23, 2020

17

18                 Chicago, Illinois

19

20

21

22            GOLKOW LITIGATION SERVICES

          877.370.3377 ph | 917.591.5672 fax

23               deps@golkow.com

24
```

Golkow Litigation Services                                Page 1

```
 1        A.    I do not.

 2        Q.    Is it possible that you bought a

 3   different product than Roundup, some other type of

 4   glyphosate weed killer?

 5        A.    No, because we thought Roundup was the

 6   best and we see it on the commercials.  So, it's so

 7   heavily marketed that in this case that was the

 8   product of choice.

 9        Q.    Why did you think Roundup was the best?

10        A.    Commercials.

11        Q.    Do you have a recollection of any

12   specific commercials that you saw?

13        A.    No.  Just -- just Roundup, weed killing,

14   things like that.  I mean.

15        Q.    And these were TV commercials?

16        A.    Correct.

17        Q.    That you would have seen sometime

18   between 1998 and 2004, right?

19        A.    Correct.

20        Q.    And that would have been in Aurora?

21        A.    Correct.

22        Q.    Illinois.  At that point in time, '98 to

23   2004, were you still giving your wife two hours a

24   night on TV?
```