# EXHIBIT 2

RON D. SCHIFF, M.D., Ph.D.

Schiff Biomedical Consulting
6625 Stonington Drive
Tampa, Florida 33647

813-978-8327

Florida Medical License ME0066534

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

January 10, 2021

Ken Moll, Esq.
Moll Law Group
22 West Washington Street, 15th Floor
Chicago, IL   60602

Re: Robert Karman *v.* Monsanto

Dear Mr. Moll,

The following summarizes my background, qualifications to serve as an expert witness, methodology, factual review, and opinions in the above-referenced case:

## BIOGRAPHICAL

I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology. I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980. During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology. I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983. I also completed a subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

EXPERT QUALIFICATIONS

Based on my background, training, and experience, I present myself as an expert in medical oncology and hematology, and in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Medical oncology and hematology, which are subspecialties of internal medicine, encompass the causes, disease mechanisms, diagnosis, staging, treatment, and prognosis of the various forms of cancer and of the disorders of the blood and bone marrow, respectively. Expertise in the causes and disease mechanisms of cancer and hematologic disorders applies not only to knowledge of the relevant biology, but also to the concept of causation in legal settings.

Medical oncologists and hematologists are trained in the biological (for example, genetic mutations), chemical (carcinogens), and physical (radiation) causes of cancer involving solid organs, the bone marrow, the blood, and the lymphatic system. Epidemiology, which is the study of the distribution and determinants of diseases in populations, is an important component of training in cancer causation. Medical oncologists and hematologists must also have a detailed understanding of the molecular and cellular pathways by which a cancer develops, progresses, invades nearby tissues, and spreads via the lymphatic system to nearby lymph nodes and through the blood circulation to distant metastatic sites.

With respect to the present legal matter, my 29 years of clinical practice included the diagnosis and treatment of the full range of hematopoietic and lymphoid neoplasms, including non-Hodgkin lymphoma. I am being compensated in this matter, although my compensation is not dependent upon the outcome. In reaching my conclusions, I have reviewed and relied upon a number of sources of information, including textbooks and published research articles, as well as upon my background, training, and experience in medical oncology, hematology, and molecular and cellular biology. My biographical information and professional qualifications are summarized in the first section of the present report as well as in my curriculum vitae. As an

adult medical oncologist and hematologist with an additional doctoral degree in molecular and cellular biology, I submit that my educational background, training, experience in the management of patients with non-Hodgkin lymphoma, and familiarity with the medical literature substantiate my ability to serve as an expert witness in the Robert Karman legal matter.

## METHODOLOGY

The procedures that I utilize in determining whether a causal relationship exists between exposure to an environmental agent and a disease, condition, or illness are the generally accepted scientific methods utilized by regulatory agencies and reported in peer-reviewed medical and scientific journals. This methodology is based upon established and accepted rules of scientific evidence, including assessment of the Hill criteria (1) as they apply to evaluation of causation, and the weight-of-evidence approach recommended by the National Research Counsel of the National Academy of Sciences and by the International Agency for Research on Cancer. I have also employed these methods when assessing disease causation in the clinical practice of medical oncology and hematology.

In reaching my opinions about general causation between exposure to a chemical agent and the development of a disease, I apply the generally accepted Hill criteria (1) for analyzing causation, including strength and consistency of association, dose (or exposure)-response, temporality, biological plausibility, specificity, coherence, availability of animal or other experimental models, and analogy to previously unexplained exposure-outcome findings in different clinical and experimental systems. In reaching my opinions about specific causation, I consider the relevant exposure, or "dose," of the chemical agent, and whether or not that dose has been associated with the disease in the medical and scientific literature. As part of this process I perform a differential etiological analysis, considering evidence for alternative or competing causes.

## FACTUAL REVIEW

At your request, I have reviewed all of the medical records provided to me concerning Ms. Robert Karman, date of birth          and the diagnosis and treatment of his lymphoma, along with his death certificate and the deposition of his wife Christine. All of these documents were sent to me by your office. I have formed opinions regarding the information disclosed therein.

Mr. Karman was 64 years old when he was evaluated for hypertension at Winters Family Practice in Elgin, Illinois on May 8, 2003. The report of that office visit is his earliest available medical record. On that date, he reported smoking one and one-half packs of cigarettes daily and drinking three beers per week. A limited physical examination was normal. Lisinopril was added to Mr. Karman's antihypertensive regimen.

On May 30, 2003, a comprehensive metabolic panel (CMP), lipid panel, and PSA were normal.

On October 10, 2003, physical examination was normal except for a finding of a ventral hernia. A urine dipstick revealed large ketones. Stool occult blood testing was negative.

On April 9, 2004, Mr. Karman complained of fatigue. Physical examination revealed no evidence of a hernia. However, an incision and drainage were performed for a fluctuant erythematous nodule on the right lower quadrant, for which Mr. Karman was also treated with cefadroxil (Duricef).

On November 17, 2004, a chest x-ray revealed mild degenerative changes of the thoracic spine, but was otherwise unremarkable.

On November 22, 2004, Mr. Karman complained of nocturia, which was not recorded until December 8, 2004. It was noted that Mr. Karman's weight had decreased from 219 pounds at the time of his initial visit to Winters Family Practice on May 8, 2003 to 185 pounds.

By March 17, 2006, Mr. Karman had regained 14 pounds.

On April 6, 2006, a CMP was normal. A lipid panel was normal except for borderline elevations of the total cholesterol and LDL cholesterol. The PSA was normal.

On May 11, 2006, a nuclear myocardial perfusion stress test was normal, with a left ventricular ejection fraction of 63% and no regional wall motion abnormalities. EKG monitoring showed occasional supraventricular ectopic activity with exercise.

On June 15, 2006, a suspicious skin lesion was noted on the forehead.

On October 25, 2006, Mr. Karman complained of a productive cough for more than one month, and reported that he had also experienced a productive cough for six months in 2005. He complained of nocturia once nightly. Physical examination revealed wheezes and rhonchi over the right upper lung field. Stool occult blood testing was negative. He was treated with the antibiotic azithromycin (Z-Pak) for the productive cough.

On November 15, 2006, Mr. Karman complained of heartburn, but reported improvement in his cough after treatment with azithromycin. His lungs were clear on physical examination.

On March 1, 2007, a CMP revealed no significant abnormalities. A lipid panel demonstrated mild elevation of the total cholesterol and borderline elevation of the LDL cholesterol.

By March 9, 2007, Mr. Karman had gained four more pounds since March 17, 2006, to a current weight of 203 pounds.

On July 13, 2007, Mr. Karman reported having been treated with amoxicillin-clavulanate (Augmentin) in the Emergency Room on the previous day for a cat bite on the right foot, which

had caused pain, redness, and swelling.  Those symptoms were already improving.

On August 27, 2007, a CMP, lipid panel, and PSA were normal.

On September 7, 2007, Mr. Karman complained of an acute recurrence of chronic lower back pain.

On March 4, 2008, a basic metabolic panel (BMP) and PSA were normal.

On March 12, 2008, Mr. Karman noted that his nocturia had increased to twice nightly.

On September 8, 2008, a CBC was normal, with hemoglobin 16.6, hematocrit 49.9, MCV 91.5, WBC 4.5 with 57.7% neutrophils, and platelets 163.  A CMP was normal except for borderline elevation of the creatinine at 1.32 (normal range 0.50 to 1.30).  A lipid panel and TSH were normal.

On March 9, 2009, a CMP was normal, with the creatinine having normalized to 1.20.  The PSA was also normal.

On March 16, 2009, Mr. Karman complained of a hacking cough for two months twice a year for two years.  It was also noted that he had been hospitalized, evidently since his previous office visit, but the date and details were not reported.  Physical examination was normal.  A urinalysis was normal.  Stool occult blood testing was again negative.  Mr. Karman was advised to discontinue taking lisinopril because of the possibility that it was responsible for his cough.

On September 15, 2009, a CMP was normal.  A lipid panel was normal except for recurrent mild elevation of the LDL cholesterol.

On September 21, 2009, Mr. Karman complained of myalgias (muscle aches) and a persistent cough.

On February 1, 2010, Mr. Karman complained of stress.

On May 5, 2010, a CMP was normal except for creatinine 1.4.  A lipid panel was normal except for mild elevation of the LDL cholesterol. The PSA was normal.

On May 12, 2010, Mr. Karman complained of activity-related right shoulder pain for four weeks.  It was noted that Mr. Karman had gained eleven pounds since September 21, 2009, to a current weight of 214 pounds.  Physical examination revealed right shoulder weakness and pain with flexion.  He was treated with naproxen for the right shoulder pain.

On November 12, 2010, a CMP was normal except for creatinine 1.4.  A lipid panel was normal.

On November 15, 2010, Mr. Karman complained of intermittent right knee pain.

Physical examination was normal.

On May 13, 2011, a CBC was normal, with hemoglobin 15.8, hematocrit 46.2, MCV 90, WBC 4.8, and platelets 165.  The WBC differential was 69 neutrophils, 20 lymphocytes, 7 monocytes, and 4 eosinophils.  A CMP was normal except for creatinine 1.4.  The PSA was normal.

On May 20, 2011, Mr. Karman complained of left hip pain.  However, his right shoulder pain had resolved and his right knee pain improved.  A smoking history of 16 pack-years was recorded.  Mr. Karman was consuming four alcoholic beverages per day.  It was noted that Mr. Karman had lost twelve pounds since May 12, 2010, to a current weight of 202 pounds.  His body mass index (BMI) was 32.48 kg/sq m.  Physical examination was normal.  A dipstick urinalysis was also normal.

On November 14, 2011, a CMP revealed no significant abnormality; the creatinine was 1.3.  A lipid panel was normal except for mild elevation of the LDL cholesterol.

On November 21, 2011, Mr. Karman again complained of a persistent cough, and had developed arthritis-type complaints in his hands and wrists and occasional shooting pain down his right arm.  His BMI was 32.07.  Physical examination remained normal.

On May 14, 2012, a CMP was normal.  A lipid panel was normal except for a borderline-low HDL cholesterol and borderline elevation of the LDL cholesterol.

On May 21, 2012, Mr. Karman reported that his cough had improved with discontinuation of lisinopril, and was now only mild.  However, he complained of neck stiffness, weakness in the hands for six months, and paresthesias in the fingers.  His BMI was 32.31.  Physical examination revealed thenar wasting in the left hand and weakness of the grip bilaterally.

On May 22, 2012, a chest x-ray revealed linear subsegmental atelectasis or fibrosis within the left lower lung field and a prominent left nipple shadow.  Plain films of the cervical spine demonstrated multilevel mild to moderate facet arthropathy, moderate to severe degenerative disc disease at C5-6 with associated mild posterior osteophyte formation, moderate degenerative disc disease at C6-7 with associated mild posterior osteophyte formation, and mild right and at least moderate left neural foraminal narrowing at C5-7.

On November 20, 2012, a CMP revealed no significant abnormality.  A lipid panel was normal except for a decreased HDL cholesterol and borderline elevation of the LDL cholesterol.  The TSH and PSA were again normal.

On November 26, 2012, Mr. Karman complained of aching discomfort in the neck and shoulders and persistent numbness and tingling in the hands.  His BMI was 32.48.  Physical examination was normal.

On May 22, 2013, a CMP revealed no significant abnormality. A lipid panel was normal.

On May 29, 2013, Mr. Karman complained of persistence of the cough as well as of the numbness and tingling in the hands. His BMI was 32.17. Physical examination was normal.

On July 5, 2013, Mr. Karman complained of acute swelling of the left elbow one day after extensive yardwork. He had lost nine more pounds since May 20, 2011, to a current weight of 193 pounds. His BMI was 31.03. Limited physical examination revealed evidence of left-sided olecranon bursitis. Conservative treatment measures were recommended.

On November 21, 2013, CBC values included hemoglobin 13.3, hematocrit 41.2, MCV 86, WBC 6.3, and platelets 242. The WBC differential was 68 neutrophils, 17 lymphocytes, 12 monocytes, and 3 eosinophils. Although all of these values are normal, it is noteworthy that the , hemoglobin and hematocrit had decreased progressively and markedly from 16.6 and 49.9, respectively, on September 8, 2008. Another CMP revealed no significant abnormality. A lipid panel and PSA were again normal.

On November 27, 2013, Mr. Karman's BMI was 31.20.

On September 3, 2014, Mr. Karman complained of recurring episodes of chest discomfort, shortness of breath, and a dry cough over a period of several weeks. His BMI was 30.57. Physical examination revealed dullness of the tympanic membranes, bilaterally decreased and coarse breath sounds, and a few rhonchi and wheezes over the left lung fields. A chest x-ray revealed an interval mild increase since the most recent prior films from May 22, 2012 in the previously noted linear subsegmental atelectasis at the left lung base and the development of mild blunting of the left costophrenic angle. Mr. Karman was treated with azithromycin and a bronchodilator for the respiratory symptoms.

On September 18, 2014, Mr. Karman reported improvement in his chest symptoms. His BMI was 31.52. Physical examination was normal, with resolution of the abnormal findings documented on September 3, 2014. Pulmonary function tests were obtained, but the results are uninterpretable because of the lack of normal ranges, predicted values, and pre- and post-bronchodilator comparisons applicable to Mr. Karman.

On December 1, 2014, a BMP revealed no significant abnormalities other than borderline elevation of the creatinine at 1.3. A lipid panel and PSA were again normal.

On December 15, 2014, Mr. Karman complained of fatigue, fever, chills, throat irritation, and a cough for five or six days. His BMI was 30.57. Physical examination was normal. A CT scan of the chest was recommended.

On February 2, 2015, a CT scan of the chest without intravenous contrast administration revealed a faint patchy ground-glass infiltrate in the right upper lobe posteriorly and minimally in the adjacent superior segment of the right lower lobe; a few mildly enlarged mediastinal lymph nodes, one of which was located in the aortopulmonary window and measured 1.2 cm in

maximum diameter; a 1.9 x 1.7-cm anterior left hilar lymph node; a 1.5 x 1.5-cm retrocrural lymph node; some borderline-enlarged anterior cardiophrenic lymph nodes; moderate atherosclerotic calcification of the aorta and coronary arteries; several low-density liver lesions, the largest located in the right lobe and measuring 1.4 cm in diameter; and diverticulosis.

On June 15, 2015, a CBC revealed the clear interval development since November 21, 2013 of normocytic anemia (anemia with normal-sized red blood cells), with hemoglobin 12.0, hematocrit 38.7, MCV 86, WBC 5.4, and platelets 238. The WBC differential was 58 neutrophils, 20 lymphocytes, 19 monocytes, and 3 eosinophils. A CMP revealed borderline elevation of the creatinine at 1.3, but no other significant abnormalities. A lipid panel was normal.

On June 22, 2015, Mr. Karman complained of a left inguinal mass measuring approximately 2 1/2 cm in diameter, which had been present for several months but seems to have been unchanged in the interim. His BMI was 31.42. Physical examination was normal, although examination of the inguinal regions was not reported.

On July 1, 2015, a CT scan of the chest, abdomen, and pelvis with contrast administration demonstrated multiple enlarged axillary lymph nodes bilaterally, the largest of which was located in the left axilla and measured 2.0 cm in diameter; multiple scattered ill-defined ground-glass densities in the lungs bilaterally; multiple prominent mediastinal lymph nodes, the largest of which was located in the pretracheal region posterior to the aortic root and superior vena cava and measured 3.0 x 3.0 cm in diameter; multiple prominent hilar lymph nodes bilaterally; atherosclerotic calcification of the coronary arteries; multiple low-density liver lesions, stable compared to those noted on the CT scan of the chest on February 2, 2015; a simple cyst in the inferior pole of the left kidney; mild stranding of the perinephric adipose tissue, possibly representing fibrosis; a large number of para-aortic lymph nodes measuring up to 2.3 cm in diameter; diverticulosis; multiple pelvic masses, larger and more numerous on the left side with the largest measuring 6.0 cm in diameter; and multiple prominent inguinal lymph nodes bilaterally, mostly concentrated on the left side.

On July 9, 2015, Mr. Karman's BMI was 31.20. Limited physical examination revealed swelling of the left lower extremity.

On July 23, 2015, Mr. Karman's BMI was recorded as 42.8.

On July 27, 2015, Mr. Karman underwent an excisional biopsy of a 3-cm deep left axillary lymph node at Advocate Sherman Hospital in Elgin, yielding a diagnosis of diffuse large B-cell lymphoma. Immunohistochemical staining was positive for leukocyte common antigen and CD20, while approximately 50% of the lymphocytes expressed Ki-67. Flow cytometric analysis revealed no evidence of an abnormal cell population. Mr. Karman's BMI was recorded as 30.5. A post-procedure EKG showed sinus rhythm with possible right ventricular conduction delay.

On August 3, 2015, Mr. Karman was referred to Dr. Stan Nabrinsky, a medical oncologist

and hematologist in Elgin, for evaluation and management of newly diagnosed lymphoma. At that time, Mr. Karman reported that the enlarged left inguinal lymph nodes had been progressing rather rapidly. Active complaints included fatigue; chills; night sweats; shortness of breath; cough; wheezing; pain and or stiffness in the neck; back pain; pain, stiffness, and swelling in the joints; itching; urinary frequency; nocturia; swelling of the feet; and a five-pound weight loss. Mr. Karman's past medical history was significant for hypertension, bronchitis, and arthritis. His family history was negative for cancer. He related a smoking history of 45 pack-years. Mr. Karman's BMI was 30.5. Physical examination revealed a chronically ill appearance and axillary and inguinal lymphadenopathy, but was otherwise normal.

On August 8, 2015, hepatitis A virus antibody-IgM, hepatitis B surface antigen, hepatitis B core antibody-IgM, and hepatitis C virus antibodies were all negative. An echocardiogram was reported on September 25, 2015 to have shown preserved left ventricular systolic function.

On August 10, 2015, physical examination revealed axillary and inguinal lymph nodes measuring 1 to 3 cm in diameter, but was otherwise normal. A CMP revealed no specific abnormalities. The LDH was 288 (normal range 121 to 224). The beta-2-microglobulin was 8.1 (normal range 0.6 to 2.4). A PET-CT scan demonstrated multiple foci of hypermetabolic activity in the neck, with hypermetabolic left level IIA, intraparotid, and low cervical lymph nodes; hypermetabolic bilateral axillary lymphadenopathy; several foci of extralymphatic hypermetabolic activity in the chest wall, thought to reflect extralymphatic lymphoma; hypermetabolic mediastinal and hilar lymphadenopathy; multiple foci of hypermetabolic lymphadenopathy in the peripancreatic area and the retroperitoneum; hypermetabolic iliac lymphadenopathy, especially on the left side; and hypermetabolic left inguinal lymphadenopathy. A bone marrow aspirate and biopsy were slightly hypercellular (40 to 50%) with trilineage hematopoiesis, no significant dyspoiesis, 1% blasts, no lymphoid aggregates, no evidence of involvement by non-Hodgkin lymphoma, and no evidence of increased reticulin deposition. Iron stores were absent in the core biopsy and clot section, but adequate without ringed sideroblasts in the touch imprints. Immunohistochemical staining of the core biopsy revealed no evidence of an abnormal cell population. Flow cytometric analysis was performed on the peripheral blood, as insufficient aspirate could be obtained, and also revealed no evidence of an abnormal cell population.

On August 11, 2015, CBC values included hemoglobin 13.4, hematocrit 38.4, MCV 84.4, WBC 6.8 with 54.4% neutrophils, and platelets 282. There was no evidence of lymphocytosis. Mr. Karman underwent insertion of a right-sided central venous access port. A post-operative portable chest x-ray revealed interval insertion since the most recent prior films from September 3, 2014 of the right-sided central venous access port, along with the development of an infiltrate in the right lung apex.

On August 13, 2015, physical examination revealed cervical, axillary, and inguinal lymphadenopathy measuring 1 to 3 cm in diameter. Dr. Nabrinsky concluded that the stage of Mr. Karman's lymphoma was IIIB.

On August 20, 2015, Mr. Karman complained of worsening night sweats and

lymphadenopathy. He had lost 6.6 more pounds since July 5, 2015, to a current weight of 186.4 pounds. CBC values included hemoglobin 13.9, hematocrit 40.7, MCV 83.9, WBC 6.0 with 60.7% neutrophils, and platelets 292. A CMP revealed borderline elevation of the creatinine at 1.31 but no other significant abnormalities.

Mr. Karman was initially treated with four cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, at intervals of three weeks for the second cycle and four weeks for the third and fourth cycles from August 20 until November 9, 2015 (with cycles 2-4 beginning on September 10, October 8, and November 5, 2015). Pegfilgrastim (Neulasta) was administered with each cycle to reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia. Treatment was initially complicated by the development of slight agitation while taking prednisone, mild fatigue, occasional headaches, slight constipation, and decreased appetite. Doxorubicin was withheld from treatment as of the third cycle because of a persistent cardiac arrhythmia after an episode of pneumonia in late September 2015 (see below).

By August 27, 2015, just one week after the initiation of R-CHOP chemoimmunotherapy, the white blood cell count had decreased to 1.1 with 36.4% neutrophils, corresponding to an absolute neutrophil count of 0.4.

By September 3, 2015, Mr. Karman's palpable cervical, axillary, and inguinal lymphadenopathy had resolved. However, the creatinine had increased from 0.90 on August 27, 2015 to 1.44.

By September 10, 2015, Mr. Karman had lost 10.4 more pounds since August 20, 2015, to a current weight of 176 pounds. The LDH had normalized to 218.

On September 17, 2015, Mr. Karman complained of a cough with the associated production of white sputum. Physical examination revealed decreased breath sounds, but was otherwise normal. The creatinine was noted to have returned to normal at 0.99.

On September 24, 2015, Mr. Karman developed chills. He had been experiencing severe generalized weakness, drowsiness, a cough with the associated production of yellow sputum, and inadequate oral intake for four or five days. Physical examination revealed very dry skin, diminished skin turgor, bilateral rhonchi, and some rales. CBC values included hemoglobin 12.4, hematocrit 37.2, MCV 83.1, WBC 16.4 with 80.0% neutrophils, and platelets 376. Abnormal CMP values included BUN 40, creatinine 1.86, and ALT (a liver function test) 49 (normal range up to 44). Mr. Karman was admitted to Provena Saint Joseph Hospital in Elgin from September 24 until September 27, 2015 for further evaluation and management of suspected pneumonia. Admission chest x-ray revealed a questionable faint interstitial infiltrate in the left lower lobe as well as the right-sided central venous access port. An EKG showed sinus rhythm with supraventricular ectopic activity. Mr. Karman was treated with intravenous hydration fluids and broad-spectrum antibiotics, and his antihypertensive regimen was adjusted.

His early hospital course was complicated by several brief episodes of non-sustained ventricular tachycardia. On September 25, 2015, Mr. Karman's BMI was 25.54. An echocardiogram demonstrated preserved left ventricular systolic contractility, mild left ventricular diastolic dysfunction, mild aortic valvular sclerosis, trace aortic insufficiency, and mild mitral and tricuspid regurgitation. On September 26, 2015, a nuclear myocardial perfusion scan with pharmacologic stress testing and SPECT imaging revealed sinus arrhythmia, rare ventricular ectopic activity, no ischemic EKG changes at rest or with stress, and no fixed or reversible perfusion defects.

On October 1, 2015, Mr. Karman reported feeling better. He was still taking an antibiotic. His lungs were clear on physical examination. CBC values included hemoglobin 10.9, hematocrit 32.9, MCV 83.9, WBC 10.2 with 56.5% neutrophils, and platelets 407. A CMP revealed a low total protein at 5.4 (normal range 6.0 to 8.5) with a borderline-low albumin of 3.5 (normal range 3.5 to 4.8), but was otherwise normal; the BUN had normalized to 17, the creatinine to 0.90, and the ALT to 36. A decision was made to postpone Mr. Karman's third cycle of R-CHOP chemoimmunotherapy to allow him more time to recover from pneumonia.

On October 8, 2015, Mr. Karman had only a minimal residual dry cough. Antibiotic treatment had been completed. Physical examination was normal. CBC values included hemoglobin 11.4, hematocrit 34.2, MCV 84.6, WBC 12.8 with 58.9% neutrophils, and platelets 260. A BMP was normal except for glucose 150. The magnesium was 1.6. The LDH had increased back to 264. An EKG showed sinus tachycardia at a rate of 112/min with supraventricular ectopic activity. Because of the arrhythmia, the administration of doxorubicin was withheld from the third cycle of R-CHOP chemoimmunotherapy.

On October 15, 2015, Mr. Karman reported that he still had mild fatigue, but the residual cough had resolved. He had lost ten more pounds since September 10, 2015, to a current weight of 166 pounds. Physical examination remained normal. CBC values included hemoglobin 9.8, hematocrit 29.0, MCV 82.2, WBC 2.0 with 18.2% neutrophils corresponding to an absolute neutrophil count of 0.4, and platelets 155. A CMP revealed no significant abnormalities.

At the time of Cardiology follow-up on October 22, 2015, Mr. Karman's BMI was 25.09. CBC values included hemoglobin 11.0, hematocrit 32.8, MCV 85.6, WBC 30.3 with 87.2% neutrophils, and platelets 252. A CMP revealed recurrent borderline elevation of the ALT to 46, but no other significant abnormalities. Further evaluation at the Emergency Room for tachycardia and worsening exertional dyspnea was recommended by Cardiology, but declined by Mr. Karman. Instead, a CT pulmonary angiogram was ordered by Dr. Nabrinsky.

On October 26, 2015, Mr. Karman complained of increased exertional dyspnea. Rales and rhonchi were heard on physical examination, which was otherwise normal. The oxygen saturation by pulse oximetry was 90% on room air. CBC values included hemoglobin 10.6, hematocrit 32.5, MCV 86.2, WBC 24.2 with 75.3% neutrophils, and platelets 329. Mr. Karman was admitted to Advocate Sherman Hospital through the Emergency Room from October 26 until October 30, 2015 for further evaluation and management of progressive shortness of breath for four or five days. Mr. Karman's history of a chronic cough was noted, now productive of

white sputum and associated with the development of wheezing. In the Emergency Room, his heart rate was 139/min and his oxygen saturation by pulse oximetry 89% on room air. Approximately an hour after arrival, his blood pressure was 77/52. Physical examination was significant for findings of moderate distress, tachypnea, cough, retractions, bilaterally diminished breath sounds, bilateral rhonchi and wheezes, and regular tachycardia. Repeat CBC values included hemoglobin 10.0, hematocrit 31, MCV 84, WBC 26.4, and platelets 275. The WBC differential was 7 bands, 77 segmented neutrophils, 9 lymphocytes, 4 reactive lymphocytes, and 3 monocytes. The PT and PTT were normal. A CMP revealed a low total protein at 6.1 and albumin at 2.9, but no other significant abnormalities. The troponin-I was negative. The beta-natruretic peptide and lactic acid were normal. Blood cultures were negative. A portable chest x-ray demonstrated a mild infiltrate in the left lower lung field and the previously noted right-sided central venous access port. An EKG showed sinus tachycardia at a rate of 134/min with occasional supraventricular ectopic activity and possible right ventricular conduction delay. A CT pulmonary angiogram revealed emphysematous changes throughout the lungs; probable fibrosis in the right upper lobe; patchy, somewhat nodular infiltrates in the left upper lobe and in both lower lobes and an additional infiltrate in the right middle lobe, with the infiltrates more extensive on the left side; confluent subcarinal lymphadenopathy measuring 4.8 x 1.6 cm in the aggregate; multiple additional small lymph nodes throughout the mediastinum and in the hilar regions bilaterally; a right-sided central venous access port; and diverticulosis, but no evidence of a pulmonary embolus. A diagnosis of an acute exacerbation of chronic obstructive airways disease was established. Mr. Karman was treated with supplemental oxygen, with correction of his hypoxemia; intravenous hydration fluids, with improvement in his tachycardia and resolution of his hypotension; and broad-spectrum antibiotics. Bronchodilators and systemic corticosteroids were subsequently added to his treatment regimen. On October 27, 2015, CBC values included hemoglobin 8.8, hematocrit 27, MCV 85, WBC 11.2 with 73% neutrophils, and platelets 232. A BMP revealed no significant abnormality. Discharge medications included a prednisone taper, a decongestant, and the antibiotic levofloxacin (Levaquin).

By November 5, 2015, Mr. Karman had lost six more pounds since October 15, 2015, to a current weight of 160 pounds. Physical examination was normal. CBC values included hemoglobin 9.5, hematocrit 28.4, MCV 88.3, WBC 9.1 with 55.7% neutrophils, and platelets 212. CMP values included glucose 129, total protein 5.1, and albumin 3.2; there were no other significant abnormalities. The LDH had normalized again to 122. The fourth cycle of R-CHOP chemoimmunotherapy was initiated, again with a one-week delay because of the recent acute respiratory illness which had required another hospitalization.

By November 12, 2015, CBC values included hemoglobin 8.2, hematocrit 25.0, MCV 87.8, WBC 1.7 with 16.1% neutrophils corresponding to an absolute neutrophil count of 0.3, and platelets 167. A CMP revealed an increase in the total protein to 5.6 and normalization of the albumin to 3.6; there were no other significant abnormalities.

Mr. Karman was readmitted to Provena Saint Joseph Hospital from November 16 until November 20, 2015 for evaluation and management of recurrent aspiration. While detailed records of this hospitalization have been unavailable, it is recorded that he underwent an echocardiogram with normal results, he underwent a bronchoscopy with aspiration of copious

secretions, his diet was modified (thickened liquids) to reduce the risk of a further recurrence of aspiration, his hospital course was complicated by severe anxiety, and he was discharged on amoxicillin-clavulanate and a prednisone taper.

On November 23, 2015, Mr. Karman reported symptomatic improvement, although he complained of moderate fatigue. CBC values included hemoglobin 10.0, hematocrit 31.0, MCV 90.5, WBC 19.1 with 73.9% neutrophils, and platelets 337. A CMP revealed total protein 5.9 and increases in the AST to 60 (normal range up to 40) and ALT to 95; there were no other significant abnormalities.

On November 25, 2015, Mr. Karman complained of congestion, increased generalized weakness, and a poor appetite. Physical examination revealed a chronically ill appearance, decreased breath sounds over the right lung fields, and a few rhonchi in the left lung fields. CBC values included hemoglobin 10.0, hematocrit 31.0, MCV 89.8, WBC 16.1 with 68.9% neutrophils, and platelets 339. A CMP revealed total protein 5.9, normalization of the AST to 34, and a decrease in the ALT to 71; there were no other significant abnormalities. A chest x-ray revealed interval improvement since the previous portable chest x-ray and CT pulmonary angiogram on October 26, 2015 in the bibasilar pulmonary infiltrates, now demonstrating only faint hazy opacification, but development of hyperdense nodules in the upper abdomen, possibly representing contrast-opacified diverticula; atherosclerotic calcification of the aorta and a right-sided central venous access port were also present. A PET-CT scan revealed interval development since the CT pulmonary angiogram on October 26, 2015 of a hypermetabolic 2.5 x 3.0 x 2.5-cm right paratracheal mass with a maximum SUV of 10.6 and a mildly hypermetabolic 1.0 x 0.5-cm right suprahilar lymph node or other mass with a maximum SUV of 3.8. Fluid levels and mildly increased metabolic activity in the maxillary sinuses bilaterally, consistent with maxillary sinusitis; patchy, mildly hypermetabolic ground-glass pulmonary opacities, especially in the upper lobes with poorly defined centrilobular nodules and interstitial septal thickening, suspicious for pulmonary parenchymal involvement related to the lymphoma or, alternatively, opportunistic infection or lymphocytic interstitial pneumonitis; and diverticulosis were also noted. Mr. Karman was treated with intravenous hydration fluids.

On November 27, 2015, Mr. Karman complained of pedal edema as well as persistent generalized weakness. His weight in the family practice office was recorded as 197 pounds, corresponding to a BMI of 31.20 and reflecting an improbable 37-pound weight gain since November 5, 2015. Physical examination revealed bilateral wheezes and bilateral 1+ pedal edema. His antihypertensive diuretic regimen was intensified by the addition of furosemide. Mr. Karman was referred for speech therapy evaluation and management of dysphagia, as well as for home physical therapy.

On November 30, 2015, Mr. Karman complained of difficulty sleeping, an increased cough with the associated production of yellow sputum, and a decreased appetite. He had lost nine more pounds since November 5, 2015, to a current weight of 151 pounds, corresponding to a BMI of 23.6. Physical examination was normal except for dry skin and diminished skin turgor. CBC values included hemoglobin 9.4, hematocrit 28.6, MCV 89.4, WBC 12.6 with 73.6% neutrophils, and platelets 305. Abnormal CMP values included glucose 138, BUN 28 with a

normal creatinine of 0.92, total protein 5.1, albumin 3.3, AST 60, and ALT 77. Iron studies included serum iron 13, TIBC 159, transferrin saturation 8%, and ferritin 1210 (normal range 30 to 400); given the markedly elevated ferritin, the iron studies were most consistent with "anemia of chronic disease." The serum erythropoietin level was 48.7. Mr. Karman was treated with intravenous hydration fluids and was evidently already receiving an intravenous antibiotic, ceftriaxone (Rocephin).

On December 3, 2015, Mr. Karman reported only mild fatigue, and improvement in his sleep and appetite. Physical examination was unchanged since November 30, 2015. CBC values included hemoglobin 8.8, hematocrit 26.6, MCV 88.0, WBC 11.9 with 71.8% neutrophils, and platelets 274. Because of the PET-CT evidence of intrathoracic lymphoma progression, chemoimmunotherapy with R-CHOP was formally discontinued, and second-line treatment for the lymphoma with the combination of bendamustine (Treanda) and rituximab initiated.

Mr. Karman was admitted to Presence Saint Joseph Hospital in Elgin through the Emergency Room from December 6 until December 12, 2015 for evaluation and management of shortness of breath with a component of orthopnea, and confusion. While detailed records of this hospitalization, too, have been unavailable, a chest x-ray reportedly revealed an infiltrate and an EKG obtained in the Emergency Room was reported to show atrial fibrillation with a rapid ventricular response. The presenting symptoms and chest x-ray findings were attributed to recurrent aspiration and consequent bronchitis and/or pneumonia. Treatment included an intravenous amiodarone infusion for the arrhythmia and the empiric administration of levofloxacin. On December 12, 2015, Mr. Karman was discharged to hospice care at home. He expired                           According to the death certificate, Mr. Karman's death was attributed to lymphoma.

## OPINIONS

1. <u>Diagnosis and staging</u>. Mr. Karman's diagnosis was diffuse large B-cell lymphoma. The stage of his lymphoma was stage IIIB. The diagnosis was established by an excisional biopsy of an enlarged deep left axillary lymph node on July 27, 2015. The Ki-67 proliferation index of approximately 50% documented in the biopsy specimen was indicative of a relatively aggressive and rapidly growing malignancy. The stage was established by physical examinations on August 3, August 10, and August 13, 2015; a CT scan of the chest on February 2, 2015; a CT scan of the chest, abdomen, and pelvis on July 1, 2015; and a PET-CT scan and bone marrow aspiration and biopsy on August 10, 2015, with the bone marrow examination demonstrating no evidence of bone marrow involvement. Additionally, the stage of Mr. Karman's lymphoma was reevaluated by a CT pulmonary angiogram on October 26, 2015 and a PET-CT scan on November 25, 2015, although the bone marrow examination was not repeated.

Diffuse large B-cell lymphoma is an intermediate-grade non-Hodgkin lymphoma arising in the B-lymphocytes of the immune system. The terminology designating this subtype of non-Hodgkin lymphoma, and its diagnostic criteria, reflect the 2016 World Health Organization (WHO) classification of hematopoietic and lymphoid neoplasms (2, 3). Diffuse large B-cell lymphoma is the most common type of non-Hodgkin lymphoma, representing 31% of all cases

(3, 4). The designation "intermediate-grade" distinguishes diffuse large B-cell lymphoma and grade IIIB follicular lymphoma from "low-grade" non-Hodgkin lymphomas, such as grade I, grade II, and grade IIIA follicular lymphomas, which tend to be characterized by a slower growth rate and a less aggressive clinical course than the intermediate-grade lymphomas, and from "high-grade" non-Hodgkin lymphomas, such as lymphoblastic lymphoma and Burkitt lymphoma, which tend to exhibit a more rapid growth rate and a more aggressive clinical course.

The stage of any malignancy provides important information about the extent of disease within the body and thus helps to determine optimal treatment, estimate prognosis, and correlate results among treatment groups in different clinical trials. Stage III refers to the presence of lymphoma in individual lymph nodes or lymph node groups both above and below the diaphragm, with or without the additional involvement of the spleen or a localized site outside the lymphatic system (3, 4). In stage III, the lymphoma is more extensive than in stages I or II, in which the disease is confined to just one side of the diaphragm, while stage IV is defined as diffuse or disseminated involvement of at least one extralymphatic site with or without associated lymph node enlargement. Substages "A" and "B" denote the absence or presence, respectively, of the prognostically adverse symptoms of otherwise unexplained fever in excess of 38.0° C (100.4° F), night sweats, or unintentional loss of more than 10% of body weight during the previous six months (3, 4). By the time of his referral to Dr. Nabrinsky on August 3, 2015, Mr. Karman had already reported at least one episode of fever, that being in December 2014, and had developed night sweats and weight loss. In total, he had lost 27.6 pounds between May 12, 2010 and August 20, 2015, although it is not clear how much of that weight loss took place during the six months immediately prior to diagnosis. The occurrence of these "B" symptoms, even if limited to night sweats, correctly led Dr. Nabrinsky to subclassify Mr. Karman's stage III lymphoma as stage IIIB.

2. Treatment. Unless contraindicated by coexisting serious medical illness or, in some cases, advanced age, it is recommended that patients with intermediate-grade non-Hodgkin lymphomas begin treatment as soon as their diagnostic evaluation is complete. Therefore, following the insertion of a right-sided central venous access port on August 11, 2015, Mr. Karman was treated with four cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, at intervals of three weeks for the second cycle and four weeks for the third and fourth cycles from August 20 until November 9, 2015 (with cycles 2-4 beginning on September 10, October 8, and November 5, 2015). Pegfilgrastim (Neulasta) was administered with each cycle to reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia.

Unfortunately, a restaging PET-CT scan on November 25, 2015 demonstrated only a mixed response to this treatment, with resolution of hypermetabolic lymphadenopathy in most sites, but interval progression of the lymphoma in at least two sites within the chest since the pretreatment PET-CT scan on August 10, 2015 and a previous CT pulmonary angiogram on October 26, 2015. Accordingly, chemoimmunotherapy with R-CHOP was formally discontinued on December 3, 2015, and second-line treatment for the lymphoma with the combination of

bendamustine (Treanda) and rituximab initiated.

First-line treatment with R-CHOP chemoimmunotherapy constitutes a standard, and relatively intensive, therapeutic approach for patients with diffuse large B-cell lymphoma (3, 4). Given Mr. Karman's advanced age, comorbid medical conditions, and complications from his initial treatment with R-CHOP (see below), the selection of bendamustine and rituximab for second-line treatment was very reasonable.

This treatment approach and the supportive care and close clinical, laboratory, and radiographic monitoring which Mr. Karman underwent were appropriate, entirely justified, and medically necessary.

3. <u>Disease status and prognosis</u>. As noted above, a restaging PET-CT scan on November 25, 2015 showed resolution of hypermetabolic lymphadenopathy in most sites, but interval progression of the lymphoma in at least two sites within the chest since the pretreatment PET-CT scan on August 10, 2015 and a CT pulmonary angiogram on October 26, 2015. These findings meet the criteria for a mixed response to R-CHOP chemoimmunotherapy, a decidedly unsatisfactory outcome compared with the achievement of a complete response, in which there is no identifiable residual disease, or even a partial response, in which a minority portion of the malignancy persists but there are no sites of disease progression and no new sites of disease. Mr. Karman expired just twelve days after the initiation of treatment with bendamustine and rituximab, precluding assessment of the response of his lymphoma to second-line treatment.

A number of prognostic factor indices have been developed to estimate the disease-free and overall survival for patients with non-Hodgkin lymphoma (3, 4). The International Prognostic Index, a model developed primarily from data for patients with diffuse large B-cell lymphoma, has identified age over 60 years, stage III or IV, presence of two or more sites of extralymphatic involvement, elevated LDH, and Eastern Cooperative Oncology Group (ECOG) performance status 2-4 as unfavorable prognostic factors (3, 4). According to such models, Mr. Karman's lymphoma would be classified as having had an intermediate prognosis. Of course, Mr. Karman actually survived for less than four months after the initiation of his treatment with R-CHOP chemoimmunotherapy on August 20, 2015.

With respect to response and survival data, the prognosis for patients with diffuse large B-cell lymphoma has several dimensions (3, 4). About 70% of patients have advanced disease at the time of diagnosis, meaning stage II disease with more than minimal lymphadenopathy, stage III disease, or stage IV disease (3). A complete response to R-CHOP chemoimmunotherapy can be expected in approximately 75% of such patients who are older than 60 years, with ten-year progression-free and overall survival rates of 36.5% and 43.5%, respectively (3). More specifically, for patients with diffuse large B-cell lymphoma and prognostic factors comparable to Mr. Karman, treatment with R-CHOP produces a four-year progression-free survival and four-year overall survival of approximately 55% (4). Caution in interpreting such data is warranted, however, as consensus estimates from the published literature of median progression-free and overall survival, ten-year progression-free and overall survival, and cure for patients with diffuse large B-cell lymphoma who are representative of a particular patient are elusive because of non-

uniformity in the relevant clinical trials as to patients' stage, other prognostic factors, treatment regimen, and statistical parameters analyzed.  In any event, the published survival milestones are of scarce relevance in Mr. Karman's case, given his demise less than four months after the initiation of first-line treatment and just twelve days after second-line treatment began.

    4.  <u>Complications of Mr. Karman's lymphoma and its treatment</u>.  Both diffuse large B-cell lymphoma and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family.  In lieu of a general catalog of such complications, only those specifically experienced by Mr. Karman, all of which have been discussed above, will be listed.

    On December 15, 2014, Mr. Karman complained of fatigue, fever, chills, throat irritation, and a cough.  To evaluate these symptoms, he underwent a CT scan of the chest on February 2, 2015, which demonstrated mild intrathoracic lymphadenopathy.  Because the CT scan also showed an infiltrate in the right lung, the lymphadenopathy could simply have been reactive to an infectious or other inflammatory pulmonary process.  In retrospect, the enlarged lymph nodes were almost certainly the first manifestation of Mr. Karman's lymphoma.

    A complaint during an office visit on June 22, 2015 of a left inguinal mass which had been present for several months was the presenting symptom which led to the identification of generalized lymphadenopathy on a CT scan of the chest, abdomen, and pelvis on July 1, 2015 and ultimately to the biopsy diagnosis of Mr. Karman's lymphoma on July 27, 2015.  Swelling of the left lower extremity was documented on physical examination July 9, 2015, undoubtedly due to compression of veins and/or lymphatic vessels by the extensive left-sided pelvic lymphadenopathy demonstrated on the CT scan eight days earlier.  Mr. Karman complained of night sweats on August 3, 2015, the date of his referral to Dr. Nabrinsky, the medical oncologist and hematologist.  The night sweats had worsened by August 20, 2015, the date that Mr. Karman began to receive treatment for his lymphoma.

    Mr. Karman required the insertion of a right-sided central venous access port on August 11, 2015, in anticipation of intravenous treatment for his lymphoma.  Mr. Karman's medical records provide no indication that the port was ever removed subsequently.  Central venous access devices require continuous maintenance.  They must be flushed to prevent blood clotting, and the overlying dressing must be changed regularly.  Besides local pain with insertion, the insertion and maintenance of a central venous access port or catheter are associated with risks of infection and bleeding as long as the device remains present, particularly in patients with low white blood cell and neutrophil counts or a low platelet count, respectively, whether due to disease or chemotherapy.  Conversely, central venous access devices are also susceptible to clotting, which may progress to deep venous thrombosis of an upper extremity.  Most importantly, the risk of infection of a central venous access device should be regarded as elevated in anyone who is immunocompromised, a condition which may be due to lymphoma itself, chemotherapy, or even non-chemotherapeutic treatment for lymphoma.

    Complications during the period of time that Mr. Karman was undergoing R-CHOP

chemoimmunotherapy (August 20 until November 9, 2015) included severe neutropenia and leukopenia and progressive, moderately severe normocytic anemia, with their attendant risks of infection and requirement for transfusions; an episode of suspected pneumonia manifested by severe generalized weakness, drowsiness, chills, a prolonged cough with the eventual associated production of purulent sputum, inadequate oral intake, mild elevation of the ALT liver function test, an apparent pulmonary infiltrate on chest x-ray, and several runs of non-sustained ventricular tachycardia, and requiring hospitalization from September 24 until September 27, 2015 and the administration of intravenous and subsequently oral antibiotics; an episode of increased shortness of breath associated with a recurrent productive cough, the development of wheezing, respiratory distress, recurrent tachycardia, hypotension, hypoxemia (decreased oxygen saturation), and pulmonary infiltrates on chest x-ray, all attributed to an acute exacerbation of chronic obstructive airways disease and requiring hospitalization from October 26 until October 30, 2015 for the administration of supplemental oxygen, broad-spectrum antibiotics, bronchodilators, and systemic corticosteroids; recurrent impairment of kidney function, indicated by elevations in the serum creatinine; slight agitation while taking prednisone; mild fatigue; occasional headaches; slight constipation; decreased appetite; and accelerated weight loss.

The third and fourth cycles of R-CHOP chemoimmunotherapy were each delayed by one week because of the respiratory complications that necessitated hospitalization in late September and late October 2015, respectively. As previously noted, doxorubicin was withheld from the third and fourth treatment cycles because of a persistent cardiac arrhythmia after the episode of pneumonia in late September 2015. The withdrawal of this important drug from the treatment regimen and the postponements of the third and fourth treatment cycles more likely than not compromised the efficacy of R-CHOP chemoimmunotherapy

Mr. Karman was hospitalized again from November 16, 2015, just one week after the completion of his fourth and final cycle of R-CHOP chemoimmunotherapy, until November 20, 2015, this time for evaluation and management of recurrent aspiration. Antibiotic and corticosteroid administration were again required.

A complaint of moderate fatigue and mild elevation of the liver function test known as AST, as well as recurrent elevation of the ALT, were documented on November 23, 2015.

Two days later, on November 25, 2015, Mr. Karman complained of congestion, increased generalized weakness, and a poor appetite, and appeared chronically ill on physical examination. He was treated with intravenous hydration fluids.

On November 27, 2015, Mr. Karman complained of pedal edema as well as persistent generalized weakness. His antihypertensive diuretic regimen was intensified and he was referred for speech therapy evaluation and management of dysphagia, which appeared to underlie his recurrent aspiration, as well as for home physical therapy.

On November 30, 2015, Mr. Karman complained of difficulty sleeping, an increased cough with the associated production of yellow sputum, and a decreased appetite. Continued rapid weight loss was documented. Mr. Karman was treated with intravenous hydration fluids

and was evidently already receiving an intravenous antibiotic.

Complications that ensued after second-line treatment with the combination of bendamustine and rituximab was initiated on December 3, 2015 included shortness of breath with a component of orthopnea, and confusion, requiring hospitalization once again from December 6 until December 12, 2015.  A pulmonary infiltrate and EKG evidence of atrial fibrillation with a rapid ventricular response were reportedly documented on admission.  The presenting symptoms and chest x-ray findings were attributed to recurrent aspiration and consequent bronchitis and/or pneumonia.  Treatment included an intravenous amiodarone infusion for the arrhythmia and empiric antibiotic administration.

On December 12, 2015, Mr. Karman was discharged to hospice care at home.  He expired                      As previously noted, Mr. Karman's death certificate indicated lymphoma as the cause of his death.

The deposition testimony of Mr. Karman's widow Christine on November 13, 2019 indicated that Mr. Karman became "not cognizant" and "not a happy person" as a result of R-CHOP chemoimmunotherapy (245:18-246:1).  These descriptions are most consistent with decreased alertness or some other form of cognitive impairment, and with depression, respectively.  According to Ms. Karman, he also became forgetful and angry during his illness (270:2-21).  Ms. Karman related further that her husband's condition deteriorated rapidly and he became very weak during the short course of his illness with lymphoma (267:4-269:3).  As would be expected, Mr. Karman's illness and death had adverse psychological effects on Ms. Karman as well, including anxiety and blood pressure elevation, which resulted in a trip to the hospital in January 2016, as recounted in her deposition testimony (255:24-256:17).

5. Psychological effects.  It is a matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications of cancer and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime.  As just discussed, Ms. Karman indicated during her deposition that her husband exhibited cognitive impairment, depression, and anger during his treatment for lymphoma (245:18-246:1, 270:2-21).  Whether the prognosis is good, poor, or somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy.  The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality--and every new medical encounter related to the cancer--are lifelong sources of fear and anxiety in virtually every person who has had cancer.

6. Exposure.  I have reviewed Ms. Karman's deposition testimony regarding the frequency, duration, and circumstances of her husband's Roundup exposure and his use of personal protective equipment while spraying Roundup.

Mr. Karman personally applied Roundup approximately sixteen times per year from 1991 or 1992 until 2013 to kill weeds on his residential property in Elgin (67:17-74:11, 87:7-88:8,

92:15-96:13, 134:2-137:15, 138:7-17, 139:21-140:23, 150:18-151:3, 184:13-190:5, 196:10-
197:3, 197:13-24, 198:1-200:11, 205:21-206:18, 263:3-264:18).  He typically applied ready-to-
use (premixed) Roundup to areas where weeds were growing twice monthly during the eight
months of the year when the weather was not too cold, with each application requiring three or
four minutes (94:21–96:13, 144:14-19, 144:23-145:9, 191:3-192:6, 206:19-207:15, 211:10-15).
Mr. Karman did not use personal protective equipment when applying Roundup, other than
gloves when the weather was cold or a mask when he had a respiratory infection (89:9-91:7,
96:14-18, 141:14-142:14, 144:20-22, 201:11-22).

Mr. Karman's exposure to Roundup was inhalational, with no transdermal exposure cited
during Ms. Karman's deposition. With a total of 21 or 22 years of residential use twice monthly
during the eight months of the year when the weather was not too cold, it is therefore my opinion
that Mr. Karman's exposure to Roundup was extensive.

7.  Etiology: risk factors for the development of non-Hodgkin lymphomas.  Recognized
risk factors for the development of non-Hodgkin lymphomas include aging, male gender, white
ethnicity, geographic location, inherited or acquired immunodeficiency, certain autoimmune
disorders, specific types of infection, previous treatment for Hodgkin lymphoma, a rather short
list of drugs, occupational and environmental exposures, and a family history of malignancies of
the blood or bone marrow.  Implicated occupational and environmental exposures include
herbicides, organic solvents, other organic chemicals, hair dyes, and smoking (3, 4).  Some of the
recognized risk factors, such as immunosuppressive drugs, infection with human T-
lymphotrophic virus type I, or occupational and environmental exposures, are true causative
factors or etiologic agents.  Other risk factors, such as advanced age and male gender, are
associated with an increased likelihood of developing non-Hodgkin lymphoma but are not
directly causative.  For example, the increased risk of developing non-Hodgkin lymphoma with
advancing age may, at least in some cases, reflect the acquisition and accumulation of
predisposing mutations in hematopoietic stem cells or other cells in the bone marrow, or the
natural decline in immune system function which accompanies aging.

8.  Lymphoma caused by Roundup.  I have reviewed all of the reliance materials provided
to me by attorneys who have retained me in Roundup litigation or independently identified by me
regarding the reported association between Roundup exposure and the development of non-
Hodgkin lymphoma.  I am deferring a detailed discussion of general causation regarding the
association between Roundup and non-Hodgkin lymphoma to Plaintiffs' present or past general
causation experts.  I will highlight only those aspects which would be of interest to clinicians,
especially medical oncologists and hematologists, caring for patients with non-Hodgkin
lymphoma.

The carcinogenicity of glyphosate, the active herbicidal ingredient in Roundup, has been
comprehensively evaluated by the International Agency for Research on Cancer (IARC) (5, 6).
In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate is a
broad-spectrum herbicide, currently with the highest production volumes of all herbicides.  It is
used in more than 750 different products for agriculture, forestry, urban, and home applications.
Its use has increased sharply with the development of genetically modified glyphosate-resistant

crop varieties.  Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating absorption."  At that time, IARC classified glyphosate as "probably carcinogenic to humans"--a Group 2A carcinogen, according to the IARC classification.  The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate.  "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the-evidence analyses of known or suspected carcinogens.

In 2019, Zhang et al. published an independent analysis of the risk of developing non-Hodgkin lymphoma in individuals exposed to glyphosate-based herbicides (7).  The analysis included a meta-analysis of the available human epidemiologic data as well as an evaluation of available animal and mechanistic studies.  The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing non-Hodgkin lymphoma for individuals with high cumulative exposures to glyphosate-based herbicides.  The magnitude of this increase is closely comparable to that reported for the development of non-Hodgkin lymphoma in individuals with high serum levels of polychlorinated biphenyls (PCBs) (8), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group I (strongest evidence) human carcinogen (9, 10).  Similar to IARC, Zhang et al. (7) concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

Some of the studies which have investigated the association between glyphosate exposure and the development of non-Hodgkin lymphoma have also searched for more specific associations between glyphosate exposure and various histologic subtypes of non-Hodgkin lymphoma.  The two such studies which included the largest numbers of patients with diffuse large B-cell lymphoma have in fact identified a statistically significant association between glyphosate exposure and diffuse large B-cell lymphoma, the specific non-Hodgkin lymphoma subtype in Mr. Karman's case (11, 12).  Parenthetically, less common non-Hodgkin lymphoma subtypes may not occur with sufficient frequency to permit detection of a statistically significant association with glyphosate exposure even if such an association exists.

9.  Differential etiology: other risk factors.  It has often been said that most cases of non-Hodgkin lymphoma are idiopathic--that is, the cause is unknown (3).  In fact, this view was asserted by Defense counsel during Ms. Karman's deposition (52:8-23).  However, diseases don't just happen.  Every disease has one or more causes, even if not yet discovered by scientific research.  This applies to the causes of disease in individuals as well as populations.  Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Mr. Karman was, of course, a male, and he was 77 years old at the time of diagnosis of his non-Hodgkin lymphoma.  His medical records indicate white ethnicity.  Other than Roundup exposure and smoking, no risk factors for the development of lymphoma, such as predisposing

medical conditions (including immunodeficiency states, autoimmune disorders, and specific infections), a family history of malignancies of the blood or bone marrow, or other candidate carcinogenic exposures, are identified in Mr. Karman's medical records or Ms. Karman's deposition testimony.

Ms. Karman's deposition testimony indicates that her husband's pertinent environmental exposures were limited to Roundup and smoking.

During Ms. Karman's deposition, Defense counsel attempted to establish equivalence between individual acceptance of the carcinogenic risks of Roundup and those of smoking. When Ms. Karman was asked what she thought the manufacturer of Roundup should have done differently, she replied that a prominent warning (Ms. Karman called it a "skeleton") about the serious potential health risks of Roundup should have been included on the product label (221:22-223:5). Ms. Karman was then questioned about her husband's continued smoking despite the decades-long presence of warning labels on cigarette packages (223:6-225:13), implying that Mr. Karman would have disregarded stronger, more appropriate warning labels on the bottles of Roundup that he or his wife purchased. The salient fact ignored by this particularly disingenuous argument is that smoking/tobacco/nicotine is physiologically addicting; Roundup, of course, is not (259:4-261:11). Ms. Karman was, in fact, quite clear that she believed her husband would not have used Roundup if the product label had included a warning about the risk of developing cancer (273:1-23).

Concerning other possible chemical exposures predisposing to the development of non-Hodgkin lymphoma, Ms. Karman was questioned during her deposition about her husband's possible exposure to asbestos while overseeing and participating in the construction of their home in 1989 and a room addition in approximately 2004 (43:23-44:2, 44:9-52:7, 53:7-54:7). Joint compound, spackle, tile, grout, sheetrock, insulation, paint, roofing shingles, and tar were the possible sources of construction-related asbestos exposure proposed by Defense counsel (47:13-51:4). Possible exposure while Mr. Karman worked on the brakes on his personal vehicles was also suggested by Defense counsel (213:16-214:11). However, asbestos exposure was not actually confirmed in Mr. Karman's case. Further, the carcinogenic effects of asbestos are limited to malignant mesothelioma and carcinomas of the lung, larynx, and ovary, and do not include non-Hodgkin lymphoma (13).

During her deposition, Ms. Karman discussed the occasional use of Spectracide by her husband as an alternative to Roundup, although it was clear that Mr. Karman preferred the Roundup product (59:2-10, 74:16-18, 77:9-78:1, 85:17-87:6, 91:13-92:14, 190:10-191:2, 196:19-120:3, 208:18-20, 209:13-15). Ms. Karman was also questioned about Mr. Karman's exposure to Scott's and other fertilizers (43:23-44:2, 52:24-53:13, 54:8-60:1, 180:23-181:9, 208:24-209:9). While there is some evidence implicating weedkiller ingredients (such as 2,4-dichlorophenoxyacetic acid or 2,4-D, mecoprop, and dicamba) in some Spectracide products and in certain fertilizers in the causation of lymphoma (14), other studies have failed to confirm these reported associations (11, 15). Of note, all three of these studies were among those that found statistically significant associations between glyphosate exposure and the development of diffuse large B-cell lymphoma and/or non-Hodgkin lymphomas in general (11, 14, 15).

Obesity may be another risk factor for the development of diffuse large B-cell lymphoma, with obesity defined as a body mass index (BMI) of at least 30 kg/sq m (16). Alternatively, a large multicenter analysis in the U.S. of risk factors for the development of non-Hodgkin lymphoma and its subtypes identified 35 kg/sq m as the threshold for an association with the development of diffuse large B-cell lymphoma (17). IARC, which uses the term "excess body fatness" to encompass overweight and obesity, has concluded that there is limited evidence for an association with the development of diffuse large B-cell lymphoma (18). Between May 20, 2011, the first date for which BMI data are available, and August 3, 2015, when he was referred to Dr. Nabrinsky after the diagnosis of his lymphoma, Mr. Karman's BMI reproducibly ranged between 30.5 and 32.48 kg/sq m., even as he continued to lose weight. (As previously noted, his weight loss accelerated after the initiation of R-CHOP chemoimmunotherapy). The caveat here is that the International Lymphoma Epidemiology Consortium (InterLymph) analysis of risk factors for the development of non-Hodgkin lymphoma and its subtypes found that BMI as a young adult (ages 18 to 30), rather than "usual BMI," which would include BMI at the time the lymphoma was diagnosed, was a statistically significant risk factor for the development of diffuse large B-cell lymphoma and non-Hodgkin lymphomas overall (19-21). BMI determinations from when Mr. Karman was a young adult have not been available.

While unrelated to the causation of Mr. Karman's lymphoma, it can certainly be argued that his chronic obstructive airways disease, commonly known as chronic obstructive pulmonary disease or COPD, played a significant role in the acute respiratory illnesses that resulted in hospitalizations in September and October 2015, and in Mr. Karman's progressive generalized weakness and overall deterioration between the diagnosis of his lymphoma on July 27, 2015 and his death on December 15, 2015 (282:2-19, 284:3-21). However, Mr. Karman's diffuse large B-cell lymphoma, the treatment he received for the lymphoma, and the immunosuppression attributable to both the lymphoma and its treatment more likely than not were major contributing factors as well.

10. <u>Conclusion</u>. Mr. Karman was 77 years old at the time of diagnosis of his non-Hodgkin lymphoma. He was diagnosed between July 1 and August 10, 2015 with stage IIIB diffuse large B-cell lymphoma. Mr. Karman was initially treated for the lymphoma with four cycles of R-CHOP chemoimmunotherapy consisting of rituximab (Rituxan), which is a monoclonal antibody active in B-cell lymphoma, along with the combination of cyclophosphamide (Cytoxan), doxorubicin (Adriamycin), vincristine (Oncovin), and prednisone, which is known as the CHOP chemotherapy regimen, at intervals of three weeks for the second cycle and four weeks for the third and fourth cycles from August 20 until November 9, 2015.

Unfortunately, a restaging PET-CT scan on November 25, 2015 demonstrated only a mixed response to this treatment, with resolution of hypermetabolic lymphadenopathy in most sites, but interval progression of the lymphoma in at least two sites within the chest since the pretreatment PET-CT scan on August 10, 2015 and a CT pulmonary angiogram on October 26, 2015. Accordingly, chemoimmunotherapy with R-CHOP was formally discontinued on December 3, 2015, and second-line treatment for the lymphoma with the combination of bendamustine (Treanda) and rituximab initiated.

Mr. Karman experienced a number of complications of his lymphoma and its treatment, among which severe neutropenia, an episode of suspected pneumonia requiring hospitalization in late September 2015 and a one-week postponement of the third cycle of R-CHOP chemoimmunotherapy, an acute exacerbation of chronic obstructive airways disease requiring hospitalization in late October 2015 and a one-week postponement of the fourth cycle of R-CHOP chemoimmunotherapy, recurrent aspiration requiring hospitalization once again in mid-November 2015, and a further recurrece of aspiration with consequent bronchitis and/or pneumonia requiring hospitalization in early December 2015 after the initiation of second-line treatment with the combination of bendamustine (Treanda) and rituximab on December 3, 2015 were severe and even life-threatening. Additionally, doxorubicin was withheld from the third and fourth cycles of treatment with R-CHOP because of a persistent cardiac arrhythmia after the episode of pneumonia in late September 2015; the withdrawal of this important drug from the treatment regimen and the postponements of the third and fourth treatment cycles more than likely compromised the efficacy of R-CHOP chemoimmunotherapy. Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are near-universal experiences in patients who have been treated for cancer. In Mr. Karman's case, psychological symptoms included cognitive impairment, depression, and anger during his treatment for lymphoma, according to Ms. Karman's deposition testimony.

Mr. Karman did not recover during or after his December 2015 hospitalization. He was discharged from the hospital to hospice care at home and ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Ms. Karman testified during her deposition that Mr. Karman had extensive exposure to Roundup, which has been implicated in the causation of non-Hodgkin lymphoma on the basis of human epidemiologic data and animal and mechanistic studies.

It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup was a substantial factor in causing or contributing to cause Mr. Karman's non-Hodgkin lymphoma and death.

All of these opinions are expressed to a reasonable degree of scientific and medical certainty. Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should new information become available to me about Mr. Karman's case.

Thank you for allowing me the opportunity to review this interesting and unfortunate case. Please let me know if I may be of further assistance.

Sincerely,

*Ron D. Schiff*, M.D., Ph.D.
Ron D. Schiff, M.D., Ph.D.

REFERENCES:

1. Hill, A.B., 1965.  The environment and disease: association or causation?  Proc Royal Soc Med 58:295-300.

2. Swerdlow, S.H., E. Campo, N.L. Harris, *et al*., 2017.  *WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues*.  International Agency for Research on Cancer, Lyon, France.

3. Bierman, P.J. and J.O. Armitage, 2020.  Non-Hodgkin lymphomas.  In Goldman, L. and A.I. Schafer, 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders, Philadelphia, pp 1229-40.

4. Evens, A.M., J. N. Winter, L.I. Gordon, *et al*., 2010.  Non-Hodgkin lymphoma.  In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010.  *Cancer Management*: *A Multidisciplinary Approach*, 13th edition.  UBM Medica, London, pp 739-94.

5. Guyton, K.Z., D. Loomis, Y. Grosse, *et al*., 2015.  Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate.  Lancet Oncology 16:490-1.

6. International Agency for Research on Cancer, 2015.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112*.  *Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate*.  IARC Working Group, Lyon, France.

7. Zhang, L., I. Rana, R.M. Shaffer, *et al*., 2019.  Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.  Mutat Res/Rev Mutat Res 781:186-206.

8. Freeman, M.D. and S.S. Kohles, 2012.  Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation.  J Environ Public Health 2012, Volume 2012,Article ID 258981, 15 pages, doi:10.1155/2012/258981.

9. Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al*., 2013.  Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls.  Lancet Oncology 14:287-8.

10. International Agency for Research on Cancer, 2016.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 107*.  *Polychlorinated biphenyls and polybrominated biphenyls*.  IARC Working Group, Lyon, France.

11. Leon, M.E., L.H. Schinasi, P. Lebailly, *et al*., 2019.  Pesticide use and risk of non-Hodgkin

lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol 0:1-17 (doi: 10.1093/ije/dyz017).

12. Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, *et al.*, 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health doi:10.5271/sjweh.3830.

13. Loomis, D., N. Guha, A.L. Hall, and K. Straif, 2018. Identifying occupational carcinogens: an update from the IARC Monographs. Occup Environ Med 75:593-603.

14. McDuffie, H.H., P. Pahwa, J.R. McLaughlin, *et al.*, 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 10:1155-63.

15. De Roos, A.J., S.H. Zahm, K.P. Cantor *et al.*, 2003. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 60:e11(http://www.occenvmed.com/cgi/content/full/60/9/e11).

16. Patel, A.V., W.R. Diver, L.R. Teras, *et al.*, 2013. Body mass index, height and risk of lymphoid neoplasms in a large United States cohort. Leuk Lymphoma 54:1221-7.

17. Morton, L.M., S.S,. Wang, W. Cozen, *et al.*, 2008. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes. Blood 112:5150-60.

18. Lauby-Secretan, B., C. Scoccianti, D. Loomis, *et al.*, 2016. Body fatness and cancer–viewpoint of the IARC Working Group. N Engl J Med 375:794-8.

19. Morton, L.M., J.N. Sampson, J.R. Cerhan, *et al.*, 2014. Rationale and design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:1-14.

20. Morton, L.M., S.L. Slager, J.R. Cerhan, *et al.*, 2014. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:130-44.

21. Cerhan, J.R., A. Kricker, O. Paltiel, *et al.*, 2014. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:15-25.