Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC
*Karman v. Monsanto Co.*, 3:19-cv-01183-VC
*Pecorelli v. Monsanto Co.*, 3:19-cv-06936-VC
*Peterson v. Monsanto Co.*, 3:19-cv-07271-VC
*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC
*Schafer v. Monsanto Co.*, 3:19-cv-02169

MDL No. 2741

Case No. 3:16-md-02741-VC

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. LAUREN PINTER-BROWN AND DR. RON SCHIFF ON *DAUBERT* GROUNDS**

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. PINTER-BROWN AND DR. SCHIFF ON *DAUBERT GROUND***

I.  I, Rebecca Fedona, hereby declare as follows:

1.  I am an attorney at the law firm of Moll Law Group, counsel for Plaintiffs Gerard Cervantes, John Schafer, James Peterson, Lorraine Rehak, Mark Pecorelli, individually and as Representative of the Estate of Michael Pecorelli, deceased and Christine Karman, Individually and as Representative of the Estate of Robert Karman, deceased. I make this declaration in support of Plaintiffs' Opposition to Motion to Exclude Testimony Dr. Pinter-Brown and Dr. Schiff on *Daubert* Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

- 1 -

**FREDONA DECL. IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. PINTER-BROWN AND DR. SCHIFF**

2. Annexed hereto as Exhibit 1 is a true and correct copy of Dr. Schiff's report for *Cervantes v. Monsanto* Case No. 3:19-cv-03015-VC.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Dr. Schiff's report for *Karman v. Monsanto* Case No. 3:19-cv-01183-VC.

4. Annexed hereto as Exhibit 7 is a true and correct copy of Dr. Sawyer's Report for *Rehak v. Monsanto* Case No. 3:19-cv-01719-VC

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 2, 2021

                    Respectfully Submitted,

                    */s/Rebecca Fredona*
                    Ken Moll
                    Rebecca Fredona
                    Fatima Abuzerr
                    **MOLL LAW GROUP**
                    22 W Washington St
                    15th Floor
                    Chicago, IL 60602
                    T: 312.462.1700
                    F: 312.756.0045
                    rfredona@molllawgroup.com

                    *Attorneys for Plaintiffs*

**FREDONA DECL. IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. PINTER-BROWN AND DR. SCHIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Rebecca Fredona

**FREDONA DECL. IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. PINTER-BROWN AND DR. SCHIFF**