# EXHIBIT 1

**CURRICULUM VITAE**

DENNIS D. WEISENBURGER, MD

Professor, Department of Pathology
City of Hope National Medical Center
1500 E. Duarte Road
Duarte, CA 91010
626-218-3584; dweisenburger@coh.org
Date Prepared: July 2020

## I. EDUCATION

**University** University of North Dakota, Grand Forks, ND, BA (General), Honors, 1970

**University** University of North Dakota, Grand Forks, ND, BS (Medicine), Honors, 1972

**Medical School** University of Minnesota, Minneapolis, MN, MD, 1974

## II. POST GRADUATE EDUCATION AND TRAINING

**Internship** Ohio State University Hospitals (Internal Medicine), Columbus, OH, 07/74-06/75

**Residency** University of Iowa Hospitals (Anatomic and Clinical Pathology), Iowa City, IA, 07/75-12/78

**Fellowship** City of Hope National Medical Center (Hematopathology), Duarte, CA, 01/79-12/80

### CERTIFICATIONS

- National Board of Medical Examiners, 1977
- Anatomic and Clinical Pathology, American Board of Pathology, 1979

### MEDICAL LICENSURES

- MD-20612, Iowa, 1977, Active
- 16584, Nebraska, 1984, Active
- G38421, California, 2012, Active

## III. PROFESSIONAL EXPERIENCE, POSITIONS & EMPLOYMENT

### Hospital Appointments

Assistant Pathologist, City of Hope National Medical Center, Duarte, CA, 1981
Staff Pathologist, Mercy San Juan and American River Hospitals, Carmichael, CA, 1981-1984

### Academic Appointments

Assistant Clinical Professor of Pathology, University of California at Davis Medical Center, 1981-1984
Associate Professor of Pathology & Microbiology, University of Nebraska Medical Center, 1984-1988

Director of Hematopathology
Chief Pathologist, Nebraska Lymphoma Study Group
Director of Hematopathology Fellowship Program, 1984-1988
Director of University Hospital Clinical Laboratories, 1986-1988
Director of Bone Marrow Culture Laboratory, 1984-1989
Director of University Hospital Regional Reference Laboratory, 1984-1987

Professor of Pathology & Microbiology, University of Nebraska Medical Center, 1988-2012

Director of Hematopathology
Chief Pathologist, Nebraska Lymphoma Study Group
Director of Hematopathology Fellowship Program, 1988-2011
Director of University Hospital Clinical Laboratories, 1988-1996

Professor, Department of Pathology, City of Hope National Medical Center, 2012-present

Program Member, Hematologic Malignancies, City of Hope Comprehensive Cancer Center
Chairman, Department of Pathology, 2012-2018

**Clinical Administrative Appointments**

- See above

**Other Professional Activities**

Associate Professor Courtesy, Eppley Institute for Research in Cancer and Allied Diseases, 1985-1988
Graduate College Faculty Fellow, University of Nebraska Medical Center, 1985-2012
Consulting Pathologist, Omaha Veterans Administration Hospital, 1985-1993, 1997-2000
Consulting Pathologist, Nebraska Department of Health Laboratory, 1987-1989
Professor Courtesy, Eppley Institute for Research in Cancer and Allied Diseases, 1988-2012
Consulting Pathologist, North American Autologous Blood and Bone Marrow Transplant Registry, 1994-2012
Consulting Pathologist, Cancer and Leukemia Study Group B, 1996-1999
Member, Lymphoma and Pathology Core Committees, 1996-1999
Co-chair, Correlative Sciences Core Committee for Leukemia/Lymphoma, 1997-1998
Member, Center for Environmental Health and Toxicology, University of Nebraska, 1998-2012
NCI Leukemia, Lymphoma, and Myeloma Progress Review Group, 2000
NCI AIDS-related Malignancy Tissue Bank Review Group, 2000-2010
Lymphoma Foundation of America Scientific Review Panel, 2000-present
Leukemia and Lymphoma Molecular Profiling Project (LLMPP), 2000-present
International Consortium of Investigators Working on Lymphoma Epidemiologic Studies, 2001-present (InterLymph); Chair, Pathology Working Group, 2001-2014
Member, Center for Research in Leukemia and Lymphoma, University of Nebraska, 2004-2012
Member, Center for Molecular Genetics and Genomics, University of Nebraska, 2007-2012
Advisory Board, Lugano International Conference on Malignant Lymphoma, 2009-2013
External Advisory Board, Lymphoma Epidemiology and Outcome (LEO) Cohort, 2015-2018

## IV. National Honors, Scholarships and Awards Honors and Awards

| | |
|---|---|
| 1970 | Phi Beta Kappa, University of North Dakota |
| 1970 | Grey Gown Award, University of North Dakota |
| 1972 | Pathology Award, University of North Dakota Medical School |
| 1985 | Alexander von Humbolt Fellowship |
| 1994 | Groundwater Foundation Special Recognition Award for Research |
| 1996-1998 | Best Doctors in America, Central Region |
| 2000-present | America's Top Doctors/Medical Specialists |

| | |
|---|---|
| 2001-present | Best Doctors in America |
| 2004 | Alpha Omega Alpha, University of Nebraska |
| 2005-2008 | Visiting Professor, China Three Gorges University |
| 2005-2008 | Visiting Professor, Hubei Province Cancer Hospital |
| 2006 | Milton R. Hales Lecture in Pathology, West Virginia University School of Medicine |
| 2006-present | Who's Who in Science and Engineering |
| 2006-present | American Men and Women of Science |
| 2008 | UNeMED Research Innovation Award |
| 2008 | UNMC Distinguished Scientist |
| 2011 | John J. Kepes Lectures in Pathology, Kansas City Society of Pathologists |
| 2012, 2016 | UNMC Innovation Award for Patent |
| 2016 | Distinguished Lecturer, Sylvester Comprehensive Cancer Center, University of Miami |
| 2018 | Dr. Kevin Salhany Memorial Lecture in Pathology, University of Pennsylvania |
| 2019 | Visiting Professor, University of Toronto Faculty of Medicine |

## V. CLINICAL ACTIVITIES

- See above

## VI. SERVICE TO INSTITUTION

**Administrative Service**

**Committee Assignments at University of Nebraska Medical Center:**

| | |
|---|---|
| 1984-1985 | Departmental Education Committee |
| 1985-1987 | Departmental Laboratory Computer Committee |
| 1985-1987 | University Hospital Computer Committee |
| 1985-1998 | Departmental Administrative Committee |
| 1986-1996 | Chairman, Clinical Laboratory Quality Assurance Committee |
| 1985-1989 | Deans Scholastic Evaluation Committee |
| 1986 | Deans Ad Hoc Committee on Tenure |
| 1986-1987 | Deans Ad Hoc Committee for selection of Obstetrics/Gynecology Chairman |
| 1988-1989 | Deans Ad Hoc Committee for selection of Biostatistics/Epidemiology Chairman |
| 1988-1990 | Intercampus Water Quality Advisory Committee for Governor's Research Initiatives |
| 1988-1992 | Chairman (1989), Departmental Promotion and Tenure Committee |
| 1988-1989 | Chancellors Ad Hoc Committee for selection of Director of Eppley Institute |
| 1989-1990 | Nursing Staffing Patterns Task Force |
| 1988-1996 | University Medical Associates (UMA) Ambulatory Affairs Committee |
| 1988-1992 | Chairman, UMA Ancillary Diagnostic Standards Committee |
| 1989-1991 | UMA Clinic Policies and Procedures Committee |
| 1989-1992 | Board of Directors, Professional Fees Office, Nebraska Clinicians Group |
| 1990-1993 | Chairman, Clinical Laboratory Service Excellence Committee |
| 1991 | Chancellor's Ad Hoc Subcommittee on Total Quality Management |
| 1991 | Chairman, Deans Ad Hoc Committee for selection of Water Center Toxicologist |
| 1991-1992 | American Board of Pathology, Hematology Committee |
| 1991-1999 | A. Ross McIntyre Awards Selection Committee |
| 1992-1996 | Chairman, Hospital Quality Assurance Committee for Ancillary Laboratory Testing |
| 1993-1996 | Hospital Quality Assurance and Improvement Committee |

1993-1994 Clinical Laboratory Quality Monitoring Team
1994 University of Nebraska Medical Center Leadership Institute
1994-1995 University Hospital Consortium Laboratory Strategic Benchmarking Committee
1996-1997 Chairman, Departmental Promotion and Tenure Committee
1996-1997 Campus Committee for Selection of Director of Molecular Genetics
1997-2003 Cancer Center Membership Committee
1997-2012 Associate Director, Cancer Center Tissue Procurement Core Facility Committee
2002-2003 Campus Comprehensive Space Planning and Analysis Group
2002-2003 Campus Research Development Board
2002-2004 Departmental Promotion and Tenure Committee, Chairman 2002-2003,
2003-2011 College of Medicine Graduate Medical Education Committee
2004-2007 Chairman, Departmental Grand Rounds Committee
2004-2012 Executive Committee, Center for Research in Leukemia and Lymphoma
2008 Chairman, Departmental Workload Committee

**Committee Assignments at City of Hope Medical Center:**
2012-2018 Committee of Chairs
2012-2018 Medical Group Board of Directors
2012-2018 Cancer Center Leadership Council
2012-2013 Chairman, Tissue Biorepository Initiative
2013-2018 Chairman, City of Hope Biorepository Advisory Committee
2014-2018 Director, Cancer Center Pathology Core Cluster Shared Resource
2015 Committee for Selection of Chair of Medical Oncology
2015-2016 Laboratory Information System Steering Committee
2015-2017 Lymphoma Clinical Database Committee
2015-2018 ORIEN Steering Committee
2015-present Lymphoma Center Investigator Committee
2016-2018 Clinical Laboratory Test Utilization Committee
2016-2018 Precision Medicine Oversight Committee
2017-2018 TGen CLIA Genomics Oversight Committee
2018 Genomics CLIA Lab Steering Committee

**Teaching Service**

- Director of Hematopathology Fellowship Program, University of Nebraska Medical Center, 1984-2011
- Hematopathology and general pathology for medical students, residents, and fellows, University of Nebraska Medical Center, 1984-2011
- Hematopathology fellows, City of Hope, 2012-present

**Other Research Mentoring Activities/Committees**
N/A

## VII. SERVICE TO PROFESSION

**Professional Organizations**
National/International American Association for Cancer Research, 1984-present

American Society of Clinical Pathologists, 1984-present
Member, Council on Hematology, 1994-2000
American Society for Hematology, 1984-present
College of American Pathologists, 1984-present
European Association for Haematopathology, 1984-present
Society for Hematopathology, 1984-present
Member, Executive Committee, 1995-1999
United States and Canadian Academy of Pathology, 1984-present

Regional/Local — Los Angeles Society of Pathologists, 2012-present

**Government Activities** N/A

**NIH Study Section** N/A

**Editorships** N/A

**Editorial Boards**
Modern Pathology, 1990-2007
Clinical Lymphoma, Myeloma, and Leukemia, 2000-present
Journal of Oncology 2008-2009
The European Journal of Clinical and Medical Oncology, 2009-2018
World Journal of Clinical Oncology, 2010-2018
Blood and Lymphatic Cancer: Targets and Therapy, 2010-2018
Journal of Epidemiology and Public Health, 2016-2018
Clinics in Oncology, 2016-2018
Cancer Biology and Medicine, 2018-present

**Journal Reviews**
American Journal of Clinical Pathology; American Journal of Gastroenterology; American Journal of Hematology; American Journal of Pathology; Annals of Hematology; Annals of Internal Medicine; Annals of Oncology; Blood; Bone Marrow Transplantation; Cancer; Cancer Causes and Control; Digestive Diseases; Environmental Health Perspectives; European Journal of Cancer; Human Pathology; International Journal of Cancer; Journal of Clinical Oncology; Laboratory Investigation; Leukemia; Leukemia and Lymphoma; Leukemia Research; New England Journal of Medicine.

**Grant Reviews** N/A

**Community Service**
Nebraska Environmental Control Council (Governor's appointment), 1987-1989
Professional Education Committee, American Cancer Society, Nebraska Division, 1986-1989
Advisory Committee on Cancer Prevention and Control, Nebraska Department of Health, 1987-1995
Nebraska Cancer Registry Advisory Committee, Nebraska Department of Health, 1989-2011
Board of Directors, American Cancer Society, Nebraska Division, 1990-1992
Board of Directors, AAA Center for Pregnancy Counseling, 2004-2012

**Other:**

**Symposia** See below

**Sessions Chaired** N/A

**Consultantships** N/A

## VIII. Grants/Research Support

**ACTIVE GRANTS**
N/A

**PENDING GRANTS/RESEARCH SUPPORT**
N/A

**COMPLETED GRANTS/RESEARCH SUPPORT**
N/A

## IX. Publications

**Publications (peer-reviewed), 452 Total**

1. Weisenburger, D.D., O'Conner, M.L., and Hart, M.N., Thrombotic Thrombocytopenic Purpura with C'3 Vascular Deposits: Report of a Case. Am J Clin Pathol, 1977. 67(1): p. 61-63.

2. Rankin, W.E., Hart, M.N., and Weisenburger, D.D., Thrombotic Thrombocytopenic Purpura in a Child with Alexander's Disease. Arch Pathol Lab Med, 1977. 101(12): p. 655-657.

3. Weisenburger, D., Armitage, J., and Dick, F., Immunoblastic Lymphadenopathy with Pulmonary Infiltrates, Hypocomplementemia and Vasculitis. A Hyperimmune Syndrome. Am J Med, 1977. 63(6): p. 849-854.

4. Weisenburger, D.D., Interstitial Pneumonitis Associated with Azathioprine Therapy. Am J Clin Pathol, 1978. 69(2): p. 181-185.

5. Weisenburger, D.D., Immunoblastic Lymphadenopathy Associated with Methyldopa Therapy: A Case Report. Cancer, 1978. 42(5): p. 2322-2327.

6. Seibert JJ, Seibert RW, Weisenburger DD, Alsbrook W. Multiple Congenital Hemangiopericytomas of the Head and Neck. Laryngoscope 88:1006-1011, 1978.

7. Helms, C.M., Sturm, R.H., Viner, J.P., Weisenburger, D., Renner, E., and Rose, E., Legionnaires' Disease: A Case from Iowa. J Iowa Med Soc, 1978. 68(9): p. 311-317.

8. Weisenburger, D.D., DeGowin, R.L., Gibson, P., and Armitage, J.O., Remission of Giant Lymph Node Hyperplasia with Anemia after Radiotherapy. Cancer, 1979. 44(2): p. 457-462.

9. Weisenburger, D.D., Membranous Nephropathy. Its Association with Multicentric Angiofollicular Lymph Node Hyperplasia. Arch Pathol Lab Med, 1979. 103(11): p. 591-594.

10. Hunsicker, L.G., Shearer, T.P., Plattner, S.B., and Weisenburger, D., The Role of Monocytes in Serum Sickness Nephritis. J Exp Med, 1979. 150(3): p. 413-425.

11. Weisenburger, D.D., Acute Myelofibrosis Terminating as Acute Myeloblastic Leukemia. Am J Clin Pathol, 1980. 73(1): p. 128-132.

12. Weisenburger, D.D., Rappaport, H., Ahluwalia, M.S., Melvani, R., and Renner, E.D., Legionnaires' Disease. Am J Med, 1980. 69(3): p. 476-482.

13. Diamond, L.W., Bearman, R.M., Berry, P.K., Mills, B.J., Nathwani, B.N., Weisenburger, D.D., Winberg, C.D., Teplitz, R.L., and Rappaport, H., Prolymphocytic Leukemia: Flow Microfluorometric, Immunologic, and Cytogenetic Observations. Am J Hematol, 1980. 9(3): p. 319-330.

14. Helms, C.M., Viner, J.P., Renner, E.D., Chiu, L.C., and Weisenburger, D.D., Legionnaires' Disease among Pneumonias in Iowa (Fy 1972-1978). Epidemiologic and Clinical Features of 30 Sporadic Cases of L. Pneumophila Infection. Am J Med Sci, 1981. 281(1): p. 2-13.

15. Weisenburger, D.D., Helms, C.M., and Renner, E.D., Sporadic Legionnaires' Disease. A Pathologic Study of 23 Fatal Cases. Arch Pathol Lab Med, 1981. 105(3): p. 130-137.

16. Weisenburger, D.D., Nathwani, B.N., Diamond, L.W., Winberg, C.D., and Rappaport, H., Malignant Lymphoma, Intermediate Lymphocytic Type: A Clinicopathologic Study of 42 Cases. Cancer, 1981. 48(6): p. 1415-1425.

17. Diamond, L.W., Weisenburger, D.D., and Rappaport, H., The Relationship between Lymphocyte Nuclear Morphology and Cell Cycle Stage in Lymphoid Neoplasia. Am J Hematol, 1981. 11(2): p. 165-173.

18. Weisenburger, D.D., Kim, H., and Rappaport, H., Mantle-Zone Lymphoma: A Follicular Variant of Intermediate Lymphocytic Lymphoma. Cancer, 1982. 49(7): p. 1429-1438.

19. Weisenburger, D.D., Nathwani, B.N., Forman, S.J., and Rappaport, H., Noncutaneous Peripheral T-Cell Lymphoma Histologically Resembling Mycosis Fungoides. Cancer, 1982. 49(9): p. 1839-1847.

20. Weisenburger, D.D., Mantle-Zone Lymphoma. An Immunohistologic Study. Cancer, 1984. 53(5): p. 1073-1080.

21. Helms, C.M., Viner, J.P., Weisenburger, D.D., Chiu, L.C., Renner, E.D., and Johnson, W., Sporadic Legionnaires' Disease: Clinical Observations on 87 Nosocomial and Community-Acquired Cases. Am J Med Sci, 1984. 288(1): p. 2-12.

22. Weisenburger, D.D., Nathwani, B.N., Winberg, C.D., and Rappaport, H., Multicentric Angiofollicular Lymph Node Hyperplasia: A Clinicopathologic Study of 16 Cases. Hum Pathol, 1985. 16(2): p. 162-172.

23. Weisenburger, D.D., Astorino, R.N., Glassy, F.J., Miller, C.H., MacKenzie, M.R., and Caggiano, V., Peripheral T-Cell Lymphoma. A Clinicopathologic Study of a Morphologically Diverse Entity. Cancer, 1985. 56(8): p. 2061-2068.

24. Weisenburger, D.D., Vinh, T.N., and Levinson, B., Malakoplakia of Bone. An Unusual Cause of Pathologic Fracture in an Immunosuppressed Patient. Clin Orthop Relat Res, 1985(201): p. 106-110.

25. Weisenburger, D.D., Lymphoid Malignancies in Nebraska: A Hypothesis. Nebr Med J, 1985. 70(8): p. 300-305.

26. Armitage, J.O., Weisenburger, D.D., Hutchins, M., Moravec, D.F., Dowling, M., Sorensen, S., Mailliard, J., Okerbloom, J., Johnson, P.S., Howe, D., and et al., Chemotherapy for Diffuse Large-Cell Lymphoma--Rapidly Responding Patients Have More Durable Remissions. J Clin Oncol, 1986. 4(2): p. 160-164.

27. Berg, A.R., Weisenburger, D.D., Linder, J., and Armitage, J.O., Lymphoplasmacytic Lymphoma. Report of a Case with Three Monoclonal Proteins Derived from a Single Neoplastic Clone. Cancer, 1986. 57(9): p. 1794-1797.

28. Homler, H.J., Goetz, C.S., and Weisenburger, D.D., Lymphangitic Cutaneous Metastases from Lung Cancer Mimicking Cellulitis. Carcinoma Erysipeloides. West J Med, 1986. 144(5): p. 610-612.

29. Armitage, J.O., Gingrich, R.D., Klassen, L.W., Bierman, P.J., Kumar, P.P., Weisenburger, D.D., and Smith, D.M., Trial of High-Dose Cytarabine, Cyclophosphamide, Total-Body Irradiation, and Autologous Marrow Transplantation for Refractory Lymphoma. Cancer Treat Rep, 1986. 70(7): p. 871-875.

30. Kessinger, A., Armitage, J.O., Landmark, J.D., and Weisenburger, D.D., Reconstitution of Human Hematopoietic Function with Autologous Cryopreserved Circulating Stem Cells. Exp Hematol, 1986. 14(3): p. 192-196.

31. Sanger, W.G., Weisenburger, D.D., Armitage, J.O., and Purtilo, D.T., Cytogenetic Abnormalities in Noncutaneous Peripheral T-Cell Lymphoma. Cancer Genet Cytogenet, 1986. 23(1): p. 53-59.

32. Mirvish, S.S., Weisenburger, D.D., Salmasi, S., and Kaplan, P.A., Carcinogenicity of 1-(2-Hydroxyethyl)-1-Nitrosourea and 3-Nitroso-2-Oxazolidinone Administered in Drinking Water to Male Mrc-Wistar Rats: Induction of Bone, Hematopoietic, Intestinal, and Liver Tumors. J Natl Cancer Inst, 1987. 78(2): p. 387-393.

33. Joshi, S.S., Kessinger, A., Mann, S.L., Stevenson, M., Weisenburger, D.D., Vaughan, W.P., Armitage, J.O., and Sharp, J.G., Detection of Malignant Cells in Histologically Normal Bone Marrow Using Culture Techniques. Bone Marrow Transplant, 1987. 1(3): p. 303-310.

34. Harrington, D.S., Weisenburger, D.D., and Purtilo, D.T., Malignant Lymphoma in the X-Linked Lymphoproliferative Syndrome. Cancer, 1987. 59(8): p. 1419-1429.

35. Weisenburger, D.D., Linder, J., Daley, D.T., and Armitage, J.O., Intermediate Lymphocytic Lymphoma: An Immunohistologic Study with Comparison to Other Lymphocytic Lymphomas. Hum Pathol, 1987. 18(8): p. 781-790.

36. Mroczek, E.C., Weisenburger, D.D., Grierson, H.L., Markin, R., and Purtilo, D.T., Fatal Infectious Mononucleosis and Virus-Associated Hemophagocytic Syndrome. Arch Pathol Lab Med, 1987. 111(6): p. 530-535.

37. Weisenburger, D.D., Sanger, W.G., Armitage, J.O., and Purtilo, D.T., Intermediate Lymphocytic Lymphoma: Immunophenotypic and Cytogenetic Findings. Blood, 1987. 69(6): p. 1617-1621.

38. Smith, D.M., Weisenburger, D.D., Bierman, P., Kessinger, A., Vaughan, W.P., and Armitage, J.O., Acute Renal Failure Associated with Autologous Bone Marrow Transplantation. Bone Marrow Transplant, 1987. 2(2): p. 195-201.

39. Linder, J., Ye, Y.L., Harrington, D.S., Armitage, J.O., and Weisenburger, D.D., Monoclonal Antibodies Marking T Lymphocytes in Paraffin-Embedded Tissue. Am J Pathol, 1987. 127(1): p. 1-8.

40. Vaughan, W.P., Weisenburger, D.D., Sanger, W., Gale, R.P., and Armitage, J.O., Early Leukemic Recurrence of Non-Hodgkin Lymphoma after High-Dose Anti-Neoplastic Therapy with Autologous Marrow Rescue. Bone Marrow Transplant, 1987. 1(4): p. 373-378.

41. Harrington, D.S., Ye, Y.L., Weisenburger, D.D., Armitage, J.O., Pierson, J., Bast, M., and Purtilo, D.T., Malignant Lymphoma in Nebraska and Guangzhou, China: A Comparative Study. Hum Pathol, 1987. 18(9): p. 924-928.

42. Speaks, S.L., Sanger, W.G., Linder, J., Johnson, D.R., Armitage, J.O., Weisenburger, D., and Purtilo, D., Chromosomal Abnormalities in Indolent Lymphoma. Cancer Genet Cytogenet, 1987. 27(2): p. 335-344.

43. Weisenburger, D.D., Linder, J., and Armitage, J.O., Peripheral T-Cell Lymphoma: A Clinicopathologic Study of 42 Cases. Hematol Oncol, 1987. 5(3): p. 175-187.

44. Vago, J.F. and Weisenburger, D.D., Acute Megakaryocytic Leukemia with Myeloid/Monocytic Differentiation. Am J Surg Pathol, 1987. 11(11): p. 883-889.

45. Sanger, W.G., Armitage, J.O., Bridge, J., Weisenburger, D.D., Fordyce, R., and Purtilo, D.T., Initial and Subsequent Cytogenetic Studies in Malignant Lymphoma. Cancer, 1987. 60(12): p. 3014-3019.

46. Vago, J.F., Weisenburger, D.D., and Armitage, J.O., Do Pathologic Features Predict Prognosis in Diffuse Large B-Cell Lymphoma? Hematol Pathol, 1987. 1(4): p. 217-225.

47. Linder, J., Ye, Y., Armitage, J.O., and Weisenburger, D.D., Monoclonal Antibodies Marking B-Cell Non-Hodgkin's Lymphoma in Paraffin-Embedded Tissue. Mod Pathol, 1988. 1(1): p. 29-34.

48. Weisenburger, D.D., Multicentric Angiofollicular Lymph Node Hyperplasia. Pathology of the Spleen. Am J Surg Pathol, 1988. 12(3): p. 176-181.

49. Kessinger, A., Armitage, J.O., Landmark, J.D., Smith, D.M., and Weisenburger, D.D., Autologous Peripheral Hematopoietic Stem Cell Transplantation Restores Hematopoietic Function Following Marrow Ablative Therapy. Blood, 1988. 71(3): p. 723-727.

50. Harrington, D.S., Patil, K., Lai, P.K., Yasuda, N.N., Armitage, J.O., Ip, S.H., Weisenburger, D.D., Linder, J., and Purtilo, D.T., Soluble Interleukin 2 Receptors in Patients with Malignant Lymphoma. Arch Pathol Lab Med, 1988. 112(6): p. 597-601.

51. Glenn L, Armitage JO, Goldsmith JC, Sorenson S, Howe D, Weisenburger DD. Pulmonary Emboli in Patient's Receiving Chemotherapy for Non-Hodgkin's Lymphoma. Chest 94:589-594, 1988.

52. Joshi, S.S., Glenn, L.D., Vaughan, W.P., Stevenson, M., Sanger, W.G., Sharp, J.G., and Weisenburger, D.D., Preferential in-Vitro Growth and Expansion of Leukemic T Lymphoblasts. Leuk Res, 1988. 12(2): p. 103-108.

53. Severson, G.S., Harrington, D.S., Weisenburger, D.D., McComb, R.D., Casey, J.H., Gelber, B.R., Varet, B., Abelanet, R., and Rappaport, H.H., Castleman's Disease of the Leptomeninges. Report of Three Cases. J Neurosurg, 1988. 69(2): p. 283-286.

54. Armitage, J.O., Sanger, W.G., Weisenburger, D.D., Harrington, D.S., Linder, J., Bierman, P.J., Vose, J.M., and Purtilo, D.T., Correlation of Secondary Cytogenetic Abnormalities with Histologic Appearance in Non-Hodgkin's Lymphomas Bearing t(14;18)(q32;q21). J Natl Cancer Inst, 1988. 80(8): p. 576-580.

55. Vose, J.M., Armitage, J.O., Weisenburger, D.D., Bierman, P.J., Sorensen, S., Hutchins, M., Moravec, D.F., Howe, D., Dowling, M.D., Mailliard, J., and et al., The Importance of Age in Survival of Patients Treated with Chemotherapy for Aggressive Non-Hodgkin's Lymphoma. J Clin Oncol, 1988. 6(12): p. 1838-1844.

56. Wooldridge, T.N., Grierson, H.L., Weisenburger, D.D., Armitage, J.O., Sanger, W.G., Collins, M.M., Pierson, J.L., Pauza, M.E., Fordyce, R., and Purtilo, D.T., Association of DNA Content and Proliferative Activity with Clinical Outcome in Patients with Diffuse Mixed Cell and Large Cell Non-Hodgkin's Lymphoma. Cancer Res, 1988. 48(22): p. 6608-6613.

57. Vose, J., Armitage, J., Weisenburger, D., Moravec, D., Hutchins, M., Howe, D., Sorensen, S., Dowling, M., Okerbloom, J., Pevnick, W., and et al., CHLVPP--an Effective and Well-Tolerated Alternative to MOPP Therapy for Hodgkin's Disease. Am J Clin Oncol, 1988. 11(4): p. 423-426.

58. Vaughan, W.P., Civin, C.I., Weisenburger, D.D., Karp, J.E., Graham, M.L., Sanger, W.G., Grierson, H.L., Joshi, S.S., and Burke, P.J., Acute Leukemia Expressing the Normal Human Hematopoietic Stem Cell Membrane Glycoprotein CD34 (My10). Leukemia, 1988. 2(10): p. 661-666.

59. Armitage, J.O., Greer, J.P., Levine, A.M., Weisenburger, D.D., Formenti, S.C., Bast, M., Conley, S., Pierson, J., Linder, J., Cousar, J.B., and et al., Peripheral T-Cell Lymphoma. Cancer, 1989. 63(1): p. 158-163.

60. Schouten, H.C., Armitage, J.O., Klassen, L.W., Vaughan, W.P., Bierman, P.J., Weisenburger, D., and Kessinger, A., Allogeneic Bone Marrow Transplantation in Patients with Lymphoma Relapsing after Autologous Marrow Transplantation. Bone Marrow Transplant, 1989. 4(1): p. 119-121.

61. Lynch, H.T., Marcus, J.N., Weisenburger, D.D., Watson, P., Fitzsimmons, M.L., Grierson, H., Smith, D.M., Lynch, J., and Purtilo, D., Genetic and Immunopathological Findings in a Lymphoma Family. Br J Cancer, 1989. 59(4): p. 622-626.

62. Harrington, D.S., Braddock, S.W., Blocher, K.S., Weisenburger, D.D., Sanger, W., and Armitage, J.O., Lymphomatoid Papulosis and Progression to T Cell Lymphoma: An Immunophenotypic and Genotypic Analysis. J Am Acad Dermatol, 1989. 21(5 Pt 1): p. 951-957.

63. Schouten, H.C., Sanger, W.G., Duggan, M., Weisenburger, D.D., MacLennan, K.A., and Armitage, J.O., Chromosomal Abnormalities in Hodgkin's Disease. Blood, 1989. 73(8): p. 2149-2154.

64. Kessinger, A., Armitage, J.O., Smith, D.M., Landmark, J.D., Bierman, P.J., and Weisenburger, D.D., High-Dose Therapy and Autologous Peripheral Blood Stem Cell Transplantation for Patients with Lymphoma. Blood, 1989. 74(4): p. 1260-1265.

65. Schouten, H.C., Bierman, P.J., Vaughan, W.P., Kessinger, A., Vose, J.M., Weisenburger, D.D., and Armitage, J.O., Autologous Bone Marrow Transplantation in Follicular Non-Hodgkin's Lymphoma before and after Histologic Transformation. Blood, 1989. 74(7): p. 2579-2584.

66. Armitage, J.O., Vose, J.M., Linder, J., Weisenburger, D., Harrington, D., Casey, J., Bierman, P., Sorensen, S., Hutchins, M., Moravec, D.F., and et al., Clinical Significance of Immunophenotype in Diffuse Aggressive Non-Hodgkin's Lymphoma. J Clin Oncol, 1989. 7(12): p. 1783-1790.

67. Vose, J.M., Armitage, J.O., Bierman, P.J., Weisenburger, D.D., Hutchins, M., Dowling, M.D., Moravec, D.F., Sorensen, S., Okerbloom, J., Bascom, G., and et al., Salvage Therapy for Relapsed or Refractory Non-Hodgkin's Lymphoma Utilizing Autologous Bone Marrow Transplantation. Am J Med, 1989. 87(3): p. 285-288.

68. Kessinger, A., Smith, D.M., Strandjord, S.E., Landmark, J.D., Dooley, D.C., Law, P., Coccia, P.F., Warkentin, P.I., Weisenburger, D.D., and Armitage, J.O., Allogeneic Transplantation of Blood-Derived, T Cell-Depleted Hemopoietic Stem Cells after Myeloablative Treatment in a Patient with Acute Lymphoblastic Leukemia. Bone Marrow Transplant, 1989. 4(6): p. 643-646.

69. Vose, J.M., Peterson, C., Bierman, P.J., Weisenburger, D.D., Linder, J., Harrington, D., Vaughan, W.P., Kessinger, A., and Armitage, J.O., Comparison of High-Dose Therapy and Autologous Bone Marrow Transplantation for T-Cell and B-Cell Non-Hodgkin's Lymphomas. Blood, 1990. 76(2): p. 424-431.

70. Conlan, M.G., Bast, M., Armitage, J.O., and Weisenburger, D.D., Bone Marrow Involvement by Non-Hodgkin's Lymphoma: The Clinical Significance of Morphologic Discordance between the Lymph Node and Bone Marrow. Nebraska Lymphoma Study Group. J Clin Oncol, 1990. 8(7): p. 1163-1172.

71. Alter, R., Joshi, S.S., Verdirame, J.D., and Weisenburger, D.D., Pure Red Cell Aplasia Associated with B Cell Lymphoma: Demonstration of Bone Marrow Colony Inhibition by Serum Immunoglobulin. Leuk Res, 1990. 14(3): p. 279-286.

72. Duggan, M.J., Weisenburger, D.D., Ye, Y.L., Bast, M.A., Pierson, J.L., Linder, J., and Armitage, J.O., Mantle Zone Lymphoma. A Clinicopathologic Study of 22 Cases. Cancer, 1990. 66(3): p. 522-529.

73. Schouten, H.C., Sanger, W.G., Weisenburger, D.D., Anderson, J., and Armitage, J.O., Chromosomal Abnormalities in Untreated Patients with Non-Hodgkin's Lymphoma: Associations with Histology, Clinical Characteristics, and Treatment Outcome. The Nebraska Lymphoma Study Group. Blood, 1990. 75(9): p. 1841-1847.

74. Zahm, S.H., Weisenburger, D.D., Babbitt, P.A., Saal, R.C., Vaught, J.B., Cantor, K.P., and Blair, A., A Case-Control Study of Non-Hodgkin's Lymphoma and the Herbicide 2,4-Dichlorophenoxyacetic Acid (2,4-D) in Eastern Nebraska. Epidemiology, 1990. 1(5): p. 349-356.

75. Joshi, S.S., Novak, D.J., Messbarger, L., Maitreyan, V., Weisenburger, D.D., and Sharp, J.G., Levels of Detection of Tumor Cells in Human Bone Marrow with or without Prior Culture. Bone Marrow Transplant, 1990. 6(3): p. 179-183.

76. Schouten, H.C., Sanger, W.G., Weisenburger, D.D., and Armitage, J.O., Abnormalities Involving Chromosome 6 in Newly Diagnosed Patients with Non-Hodgkin's Lymphoma. Nebraska Lymphoma Study Group. Cancer Genet Cytogenet, 1990. 47(1): p. 73-82.

77. Schouten, H.C., Sanger, W.G., Weisenburger, D.D., and Armitage, J.O., Chromosomal Abnormalities in Patients with Non-Cutaneous T-Cell Non-Hodgkin's Lymphoma. The Nebraska Lymphoma Study Group. Eur J Cancer, 1990. 26(5): p. 618-622.

78. Grierson, H.L., Wooldridge, T.N., Purtilo, D.T., Pierson, J., Bast, M., Wooldridge, L., Armitage, J.O., and Weisenburger, D.D., Low Proliferative Activity Is Associated with a Favorable Prognosis in Peripheral T-Cell Lymphoma. Cancer Res, 1990. 50(16): p. 4845-4848.

79. Weisenburger, D.D., Environmental Epidemiology of Non-Hodgkin's Lymphoma in Eastern Nebraska. Am J Ind Med, 1990. 18(3): p. 303-305.

80. Schouten, H.C., Kessinger, A., Smith, D.M., Landmark, J.D., Wigton, R.S., Weisenburger, D.D., and Armitage, J.O., Counterflow Centrifugation Apheresis for the Collection of Autologous Peripheral Blood Stem Cells from Patients with Malignancies: A Comparison with a Standard Centrifugation Apheresis Procedure. J Clin Apher, 1990. 5(3): p. 140-144.

81. Perry, D.A., Bast, M.A., Armitage, J.O., and Weisenburger, D.D., Diffuse Intermediate Lymphocytic Lymphoma. A Clinicopathologic Study and Comparison with Small Lymphocytic Lymphoma and Diffuse Small Cleaved Cell Lymphoma. Cancer, 1990. 66(9): p. 1995-2000.

82. Mirvish, S.S., Weisenburger, D.D., Joshi, S.S., and Nickols, J., 2-Hydroxyethylnitrosourea Induction of B Cell Lymphoma in Female Swiss Mice. Cancer Lett, 1990. 54(1-2): p. 101-106.

83. Mirvish, S.S., Nickols, J., Weisenburger, D.D., Johnson, D., Joshi, S.S., Kaplan, P., Gross, M., and Tong, H.Y., Effects of 2,4,5-Trichlorophenoxyacetic Acid, Pentachlorophenol, Methylprednisolone, and Freund's Adjuvant on 2-Hydroxyethylnitrosourea Carcinogenesis in Mrc-Wistar Rats. J Toxicol Environ Health, 1991. 32(1): p. 59-74.

84. Conlan, M.G., Armitage, J.O., Bast, M., and Weisenburger, D.D., Clinical Significance of Hematologic Parameters in Non-Hodgkin's Lymphoma at Diagnosis. Cancer, 1991. 67(5): p. 1389-1395.

85. Maennle, D.L., Grierson, H.L., Gnarra, D.G., and Weisenburger, D.D., Sinus Histiocytosis with Massive Lymphadenopathy: A Spectrum of Disease Associated with Immune Dysfunction. Pediatr Pathol, 1991. 11(3): p. 399-412.

86. Philip, T., Chauvin, F., Armitage, J., Bron, D., Hagenbeek, A., Biron, P., Spitzer, G., Velasquez, W., Weisenburger, D.D., Fernandez-Ranada, J., and et al., Parma International Protocol: Pilot Study of DHAP Followed by Involved-Field Radiotherapy and BEAC with Autologous Bone Marrow Transplantation. Blood, 1991. 77(7): p. 1587-1592.

87. Joshi, S.S., DeBoer, J.M., Strandjord, S.J., Pirruccello, S.J., Sanger, W.G., Weisenburger, D.D., and Sharp, J.G., Characterization of a Newly Established Human Burkitt's Lymphoma Cell Line, Oma-Bl-1. Int J Cancer, 1991. 47(5): p. 643-648.

88. Strobach, R.S., Nakamine, H., Masih, A.S., Linder, J., and Weisenburger, D.D., Nerve Growth Factor Receptor Expression on Dendritic Reticulum Cells in Follicular Lymphoid Proliferations. Hum Pathol, 1991. 22(5): p. 481-485.

89. Joshi, S.S., O'Connor, S.J., Weisenburger, D.D., Sharp, J.G., Gharpure, H.M., and Brunson, K.W., Enhanced Antiproliferative Activity by Metastatic Raw117 Lymphoma Cells. Clin Exp Metastasis, 1991. 9(1): p. 27-37.

90. Mirvish SS, Gannett P, Babcook DM, Williamson D, Chen SC, Weisenburger DD, N-Nitrosoatrazine: Synthesis, Kinetics of Formation, and Nuclear Magnetic Resonance Spectra and Other Properties. J Agric Food Chem, 1991. 39:1205-1210.

91. Nakamine, H., Masih, A.S., Strobach, R.S., Duggan, M.J., Bast, M.A., Armitage, J.O., and Weisenburger, D.D., Immunoblastic Lymphoma with Abundant Clear Cytoplasm. A Comparative Study of B- and T-Cell Types. Am J Clin Pathol, 1991. 96(2): p. 177-183.

92. Vose, J.M., Bierman, P.J., Anderson, J.R., Weisenburger, D., Moravec, D.F., Sorensen, S., Hutchins, M., Dowling, M.D., Howe, D., Okerbloom, J., and et al., CHLVPP Chemotherapy with Involved-Field Irradiation for Hodgkin's Disease: Favorable Results with Acceptable Toxicity. J Clin Oncol, 1991. 9(8): p. 1421-1425.

93. Masih, A., Weisenburger, D., Duggan, M., Armitage, J., Bashir, R., Mitchell, D., Wickert, R., and Purtilo, D.T., Epstein-Barr Viral Genome in Lymph Nodes from Patients with Hodgkin's Disease May Not Be Specific to Reed-Sternberg Cells. Am J Pathol, 1991. 139(1): p. 37-43.

94. Bashir, R.M., Bierman, P.J., Vose, J.M., Weisenburger, D.D., and Armitage, J.O., Central Nervous System Involvement in Patients with Diffuse Aggressive Non-Hodgkin's Lymphoma. Am J Clin Oncol, 1991. 14(6): p. 478-482.

95. Armitage, J.O., Bierman, P.J., Vose, J.M., Anderson, J.R., Weisenburger, D.D., Kessinger, A., Reed, E.C., Vaughan, W.P., Coccia, P.F., and Purtilo, D.T., Autologous Bone Marrow Transplantation for Patients with Relapsed Hodgkin's Disease. Am J Med, 1991. 91(6): p. 605-611.

96. Lobo, F., Kessinger, A., Landmark, J.D., Smith, D.M., Weisenburger, D.D., Wigton, R.S., and Armitage, J.O., Addition of Peripheral Blood Stem Cells Collected without Mobilization Techniques to Transplanted Autologous Bone Marrow Did Not Hasten Marrow Recovery Following Myeloablative Therapy. Bone Marrow Transplant, 1991. 8(5): p. 389-392.

97. Masih, A.S., Weisenburger, D.D., Vose, J.M., Bast, M.A., and Armitage, J.O., Histologic Grade Does Not Predict Prognosis in Optimally Treated, Advanced-Stage Nodular Sclerosing Hodgkin's Disease. Cancer, 1992. 69(1): p. 228-232.

98. Sharp, J.G., Joshi, S.S., Armitage, J.O., Bierman, P., Coccia, P.F., Harrington, D.S., Kessinger, A., Crouse, D.A., Mann, S.L., and Weisenburger, D.D., Significance of Detection of Occult Non-Hodgkin's Lymphoma in Histologically Uninvolved Bone Marrow by a Culture Technique. Blood, 1992. 79(4): p. 1074-1080.

99. Sharp JG, Kessinger A, Vaughan WP, Mann S, Crouse DA, Dicke K, Masih A, Weisenburger DD. Detection and Clinical Significance of Minimal Tumor Cell Contamination of Peripheral Stem Cell Harvests. Int J Cell Cloning (Suppl. 1) 10:92-94, 1992.

100. Zahm, S.H., Weisenburger, D.D., Babbitt, P.A., Saal, R.C., Vaught, J.B., and Blair, A., Use of Hair Coloring Products and the Risk of Lymphoma, Multiple Myeloma, and Chronic Lymphocytic Leukemia. Am J Public Health, 1992. 82(7): p. 990-997.

101. Parks, J.D., Synovec, M.S., Masih, A.S., Braddock, S.W., Nakamine, H., Sanger, W.G., Harrington, D.S., and Weisenburger, D.D., Immunophenotypic and Genotypic Characterization of Lymphomatoid Papulosis. J Am Acad Dermatol, 1992. 26(6): p. 968-975.

102. Nakamine, H., Masih, A.S., Sanger, W.G., Wickert, R.S., Mitchell, D.W., Armitage, J.O., and Weisenburger, D.D., Richter's Syndrome with Different Immunoglobulin Light Chain Types. Molecular and Cytogenetic Features Indicate a Common Clonal Origin. Am J Clin Pathol, 1992. 97(5): p. 656-663.

103. Poje, E.J., Soori, G.S., and Weisenburger, D.D., Systemic Polyclonal B-Immunoblastic Proliferation with Marked Peripheral Blood and Bone Marrow Plasmacytosis. Am J Clin Pathol, 1992. 98(2): p. 222-226.

104. Vose, J.M., Bierman, P.J., Anderson, J.R., Kessinger, A., Pierson, J., Nelson, J., Frappier, B., Schmit-Pokorny, K., Weisenburger, D.D., and Armitage, J.O., Progressive Disease after High-Dose Therapy and Autologous Transplantation for Lymphoid Malignancy: Clinical Course and Patient Follow-Up. Blood, 1992. 80(8): p. 2142-2148.

105. Gordon, B.G., Warkentin, P.I., Weisenburger, D.D., Vose, J.M., Sanger, W.G., Strandjord, S.E., Anderson, J.R., Verdirame, J.D., Bierman, P.J., Armitage, J.O., and et al., Bone Marrow Transplantation for Peripheral T-Cell Lymphoma in Children and Adolescents. Blood, 1992. 80(11): p. 2938-2942.

106. Gordon, B.G., Weisenburger, D.D., Warkentin, P.I., Anderson, J., Sanger, W.G., Bast, M., Gnarra, D., Vose, J.M., Bierman, P.J., Armitage, J.O., and et al., Peripheral T-Cell Lymphoma in Childhood and Adolescence. A Clinicopathologic Study of 22 Patients. Cancer, 1993. 71(1): p. 257-263.

107. Hoar Zahm, S., Weisenburger, D.D., Cantor, K.P., Holmes, F.F., and Blair, A., Role of the Herbicide Atrazine in the Development of Non-Hodgkin's Lymphoma. Scand J Work Environ Health, 1993. 19(2): p. 108-114.

108. Anderson, J.R., Vose, J.M., Bierman, P.J., Weisenberger, D.D., Sanger, W.G., Pierson, J., Bast, M., and Armitage, J.O., Clinical Features and Prognosis of Follicular Large-Cell Lymphoma: A Report from the Nebraska Lymphoma Study Group. J Clin Oncol, 1993. 11(2): p. 218-224.

109. Nakamine, H., Bagin, R.G., Vose, J.M., Bast, M.A., Bierman, P.J., Armitage, J.O., and Weisenburger, D.D., Prognostic Significance of Clinical and Pathologic Features in Diffuse Large B-Cell Lymphoma. Cancer, 1993. 71(10): p. 3130-3137.

110. Nakamine, H., Masih, A.S., Chan, W.C., Sanger, W.G., Armitage, J.O., and Weisenburger, D.D., Oncogene Rearrangement in Non-Hodgkin's Lymphoma with a 14q+ Chromosome of Unknown Origin. Leuk Lymphoma, 1993. 10(1-2): p. 79-88.

111. Zahm, S.H., Weisenburger, D.D., Saal, R.C., Vaught, J.B., Babbitt, P.A., and Blair, A., The Role of Agricultural Pesticide Use in the Development of Non-Hodgkin's Lymphoma in Women. Arch Environ Health, 1993. 48(5): p. 353-358.

112. Chan, W.C., Hooper, C., Wickert, R., Benson, J.M., Vardiman, J., Hinrichs, S., and Weisenburger, D., HTLV-I Sequence in Lymphoproliferative Disorders. Diagn Mol Pathol, 1993. 2(3): p. 192-199.

113. O'Reilly, P.E., Jr., Joshi, V.V., Holbrook, C.T., and Weisenburger, D.D., Multicentric Castleman's Disease in a Child with Prominent Thymic Involvement: A Case Report and Brief Review of the Literature. Mod Pathol, 1993. 6(6): p. 776-780.

114. Seemayer, T.A., Grierson, H., Pirruccello, S.J., Gross, T.G., Weisenburger, D.D., Davis, J., Spiegel, K., Brichacek, B., and Sumegi, J., X-Linked Lymphoproliferative Disease. Am J Dis Child, 1993. 147(11): p. 1242-1245.

115. Mirvish, S.S., Weisenburger, D.D., Hinrichs, S.H., Nickols, J., and Hinman, C., Effect of Catechol and Ethanol with and without Methylamylnitrosamine on Esophageal Carcinogenesis in the Rat. Carcinogenesis, 1994. 15(5): p. 883-887.

116. Gordon, B.G., Weisenburger, D.D., Sanger, W.G., Armitage, J.O., and Coccia, P.F., Peripheral T-Cell Lymphoma in Children and Adolescents: Role of Bone Marrow Transplantation. Leuk Lymphoma, 1994. 14(1-2): p. 1-10.

117. Bashir, R., McManus, B., Cunningham, C., Weisenburger, D., and Hochberg, F., Detection of EBER-1 RNA in Primary Brain Lymphomas in Immunocompetent and Immunocompromised Patients. J Neurooncol, 1994. 20(1): p. 47-53.

118. Nashelsky, M.B., Hess, M.M., Weisenburger, D.D., Pierson, J.L., Bast, M.A., Armitage, J.O., and Sanger, W.G., Cytogenetic Abnormalities in B-Immunoblastic Lymphoma. Leuk Lymphoma, 1994. 14(5-6): p. 415-420.

119. Ward, M.H., Zahm, S.H., Weisenburger, D.D., Gridley, G., Cantor, K.P., Saal, R.C., and Blair, A., Dietary Factors and Non-Hodgkin's Lymphoma in Nebraska (United States). Cancer Causes Control, 1994. 5(5): p. 422-432.

120. Delabie, J., Tierens, A., Wu, G., Weisenburger, D.D., and Chan, W.C., Lymphocyte Predominance Hodgkin's Disease: Lineage and Clonality Determination Using a Single-Cell Assay. Blood, 1994. 84(10): p. 3291-3298.

121. Darrington, D.L., Vose, J.M., Anderson, J.R., Bierman, P.J., Bishop, M.R., Chan, W.C., Morris, M.E., Reed, E.C., Sanger, W.G., Tarantolo, S.R., and et al., Incidence and Characterization of Secondary Myelodysplastic Syndrome and Acute Myelogenous Leukemia Following High-Dose Chemoradiotherapy and Autologous Stem-Cell Transplantation for Lymphoid Malignancies. J Clin Oncol, 1994. 12(12): p. 2527-2534.

122. Baddoura, F.K., Chan, W.C., Masih, A.S., Mitchell, D., Sun, N.C., and Weisenburger, D.D., T-Cell-Rich B-Cell Lymphoma. A Clinicopathologic Study of Eight Cases. Am J Clin Pathol, 1995. 103(1): p. 65-75.

123. Cabanillas, F., Armitage, J., Pugh, W.C., Weisenburger, D., and Duvic, M., Lymphomatoid Papulosis: A T-Cell Dyscrasia with a Propensity to Transform into Malignant Lymphoma. Ann Intern Med, 1995. 122(3): p. 210-217.

124. Stewart, D.A., Vose, J.M., Weisenburger, D.D., Anderson, J.R., Ruby, E.I., Bast, M.A., Bierman, P.J., Kessinger, A., and Armitage, J.O., The Role of High-Dose Therapy and Autologous Hematopoietic Stem Cell Transplantation for Mantle Cell Lymphoma. Ann Oncol, 1995. 6(3): p. 263-266.

125. Downing, J.R., Shurtleff, S.A., Zielenska, M., Curcio-Brint, A.M., Behm, F.G., Head, D.R., Sandlund, J.T., Weisenburger, D.D., Kossakowska, A.E., Thorner, P., and et al., Molecular Detection of the (2;5) Translocation of Non-Hodgkin's Lymphoma by Reverse Transcriptase-Polymerase Chain Reaction. Blood, 1995. 85(12): p. 3416-3422.

126. Grierson, H.L., Wooldridge, T.N., Hess, M., Wooldridge, L., Ratashak, A., Bast, M., Armitage, J.O., Weisenburger, D.D., and Sanger, W.G., Comparison of DNA Content in Non-Hodgkin's Lymphoma as Measured by Flow Cytometry and Cytogenetics. Cancer Genet Cytogenet, 1995. 80(2): p. 124-128.

127. Martin, A.R., Chan, W.C., Perry, D.A., Greiner, T.C., and Weisenburger, D.D., Aggressive Natural Killer Cell Lymphoma of the Small Intestine. Mod Pathol, 1995. 8(5): p. 467-472.

128. Martin, A.R., Weisenburger, D.D., Chan, W.C., Ruby, E.I., Anderson, J.R., Vose, J.M., Bierman, P.J., Bast, M.A., Daley, D.T., and Armitage, J.O., Prognostic Value of Cellular Proliferation and Histologic Grade in Follicular Lymphoma. Blood, 1995. 85(12): p. 3671-3678.

129. Yan, Y., Chan, W.C., Weisenburger, D.D., Anderson, J.R., Bast, M.A., Vose, J.M., Bierman, P.J., and Armitage, J.O., Clinical and Prognostic Significance of Bone Marrow Involvement in Patients with Diffuse Aggressive B-Cell Lymphoma. J Clin Oncol, 1995. 13(6): p. 1336-1342.

130. Wickert, R.S., Weisenburger, D.D., Tierens, A., Greiner, T.C., and Chan, W.C., Clonal Relationship between Lymphocytic Predominance Hodgkin's Disease and Concurrent or Subsequent Large-Cell Lymphoma of B Lineage. Blood, 1995. 86(6): p. 2312-2320.

131. Elmberger, P.G., Lozano, M.D., Weisenburger, D.D., Sanger, W., and Chan, W.C., Transcripts of the NPM-ALK Fusion Gene in Anaplastic Large Cell Lymphoma, Hodgkin's Disease, and Reactive Lymphoid Lesions. Blood, 1995. 86(9): p. 3517-3521.

132. Grierson, H.L., Wooldridge, T.N., Hess, M., Ratashak, A., Wooldridge, L., Fordyce-Boyer, R., Bast, M., Armitage, J.O., Weisenburger, D.D., and Sanger, W.G., Proliferative Fraction and DNA Content Are Lower in B-Cell Non-Hodgkin's Lymphomas with the t(14;18). Leuk Lymphoma, 1995. 19(3-4): p. 253-257.

133. d'Amore, F., Johansen, P., Houmand, A., Weisenburger, D.D., and Mortensen, L.S., Epstein-Barr Virus Genome in Non-Hodgkin's Lymphomas Occurring in Immunocompetent Patients: Highest Prevalence in Nonlymphoblastic T-Cell Lymphoma and Correlation with a Poor Prognosis. Danish Lymphoma Study Group, Lyfo. Blood, 1996. 87(3): p. 1045-1055.

134. Sharp, J.G., Kessinger, A., Mann, S., Crouse, D.A., Armitage, J.O., Bierman, P., and Weisenburger, D.D., Outcome of High-Dose Therapy and Autologous Transplantation in Non-Hodgkin's Lymphoma Based on the Presence of Tumor in the Marrow or Infused Hematopoietic Harvest. J Clin Oncol, 1996. 14(1): p. 214-219.

135. Delabie, J., Greiner, T.C., Chan, W.C., and Weisenburger, D.D., Concurrent Lymphocyte Predominance Hodgkin's Disease and T-Cell Lymphoma. A Report of Three Cases. Am J Surg Pathol, 1996. 20(3): p. 355-362.

136. Lozano, M.D., Tierens, A., Greiner, T.C., Wickert, R.S., Weisenburger, D.D., and Chan, W.C., Clonality Analysis of B-Lymphoid Proliferations Using the Polymerase Chain Reaction. Cancer, 1996. 77(7): p. 1349-1355.

137. Moynihan, M.J., Bast, M.A., Chan, W.C., Delabie, J., Wickert, R.S., Wu, G., and Weisenburger, D.D., Lymphomatous Polyposis. A Neoplasm of Either Follicular Mantle or Germinal Center Cell Origin. Am J Surg Pathol, 1996. 20(4): p. 442-452.

138. Weisenburger, D.D., Gordon, B.G., Vose, J.M., Bast, M.A., Chan, W.C., Greiner, T.C., Anderson, J.R., and Sanger, W.G., Occurrence of the t(2;5)(p23;q35) in Non-Hodgkin's Lymphoma. Blood, 1996. 87(9): p. 3860-3868.

139. Greiner, T.C., Moynihan, M.J., Chan, W.C., Lytle, D.M., Pedersen, A., Anderson, J.R., and Weisenburger, D.D., P53 Mutations in Mantle Cell Lymphoma Are Associated with Variant Cytology and Predict a Poor Prognosis. Blood, 1996. 87(10): p. 4302-4310.

140. Delabie, J., Tierens, A., Gavriil, T., Wu, G., Weisenburger, D.D., and Chan, W.C., Phenotype, Genotype and Clonality of Reed-Sternberg Cells in Nodular Sclerosis Hodgkin's Disease: Results of a Single-Cell Study. Br J Haematol, 1996. 94(1): p. 198-205.

141. Ward, M.H., Mark, S.D., Cantor, K.P., Weisenburger, D.D., Correa-Villasenor, A., and Zahm, S.H., Drinking Water Nitrate and the Risk of Non-Hodgkin's Lymphoma. Epidemiology, 1996. 7(5): p. 465-471.

142. Smir, B.N., Greiner, T.C., and Weisenburger, D.D., Multicentric Angiofollicular Lymph Node Hyperplasia in Children: A Clinicopathologic Study of Eight Patients. Mod Pathol, 1996. 9(12): p. 1135-1142.

143. Mirvish, S.S., Nickols, J., Weisenburger, D.D., and Smyrk, T., Carcinogenicity Tests of Methyl-N-Amylnitrosamine (MNAN) Administered to Newborn and Adult Rats and Hamsters and Adult Mice and of 2-Oxo-MNAN Administered to Adult Rats. Cancer Lett, 1996. 107(2): p. 171-177.

144. Mathew, P., Sanger, W.G., Weisenburger, D.D., Valentine, M., Valentine, V., Pickering, D., Higgins, C., Hess, M., Cui, X., Srivastava, D.K., and Morris, S.W., Detection of the t(2;5)(p23;q35) and NPM-ALK Fusion in Non-Hodgkin's Lymphoma by Two-Color Fluorescence in Situ Hybridization. Blood, 1997. 89(5): p. 1678-1685.

145. Ward, M.H., Sinha, R., Heineman, E.F., Rothman, N., Markin, R., Weisenburger, D.D., Correa, P., and Zahm, S.H., Risk of Adenocarcinoma of the Stomach and Esophagus with Meat Cooking Method and Doneness Preference. Int J Cancer, 1997. 71(1): p. 14-19.

146. Mann, S.L., Joshi, S.S., Crouse, D.A., Armitage, J.O., Kessinger, A., Weisenburger, D.D., Vaughan, W.P., and Sharp, J.G., Increased Hematopoietic Progenitor Cell Maintenance in Long-Term Bone Marrow Cultures Containing Minimal Numbers of Contaminating Breast Cancer Cells. Breast Cancer Res Treat, 1997. 44(2): p. 115-121.

147. Zahm, S.H., Weisenburger, D.D., Holmes, F.F., Cantor, K.P., and Blair, A., Tobacco and Non-Hodgkin's Lymphoma: Combined Analysis of Three Case-Control Studies (United States). Cancer Causes Control, 1997. 8(2): p. 159-166.

148. Armitage JO, Anderson JR, Weisenburger DD, for the Non-Hodgkin's Lymphoma Classification Project. A Clinical Evaluation of the International Lymphoma Study Group Classification of Non-Hodgkin's Lymphoma. The Non-Hodgkin's Lymphoma Classification Project. Blood, 1997. 89(11): p. 3909-3918.

149. Ohno, T., Stribley, J.A., Wu, G., Hinrichs, S.H., Weisenburger, D.D., and Chan, W.C., Clonality in Nodular Lymphocyte-Predominant Hodgkin's Disease. N Engl J Med, 1997. 337(7): p. 459-465.

150. Coiffier B, Armitage JO, Weisenburger DD, for the Non-Hodgkin's Lymphoma Classification Project. Effect of Age on the Characteristics and Clinical Behavior of Non-Hodgkin's Lymphoma Patients. The Non-Hodgkin's Lymphoma Classification Project. Ann Oncol, 1997. 8(10): p. 973-978.

151. Ohno, T., Smir, B.N., Weisenburger, D.D., Gascoyne, R.D., Hinrichs, S.D., and Chan, W.C., Origin of the Hodgkin/Reed-Sternberg Cells in Chronic Lymphocytic Leukemia with "Hodgkin's Transformation". Blood, 1998. 91(5): p. 1757-1761.

152. Vose, J.M., Bierman, P.J., Lynch, J.C., Weisenburger, D.D., Kessinger, A., Chan, W.C., Greiner, T.C., and Armitage, J.O., Effect of Follicularity on Autologous Transplantation for Large-Cell Non-Hodgkin's Lymphoma. J Clin Oncol, 1998. 16(3): p. 844-849.

153. Anderson, J.R., Armitage, J.O., and Weisenburger, D.D., Epidemiology of the Non-Hodgkin's Lymphomas: Distributions of the Major Subtypes Differ by Geographic Locations. Non-Hodgkin's Lymphoma Classification Project. Ann Oncol, 1998. 9(7): p. 717-720.

154. Armitage, J.O. and Weisenburger, D.D., New Approach to Classifying Non-Hodgkin's Lymphomas: Clinical Features of the Major Histologic Subtypes. Non-Hodgkin's Lymphoma Classification Project. J Clin Oncol, 1998. 16(8): p. 2780-2795.

155. Pavletic, Z.S., Bierman, P.J., Vose, J.M., Bishop, M.R., Wu, C.D., Pierson, J.L., Kollath, J.P., Weisenburger, D.D., Kessinger, A., and Armitage, J.O., High Incidence of Relapse after Autologous Stem-Cell Transplantation for B-Cell Chronic Lymphocytic Leukemia or Small Lymphocytic Lymphoma. Ann Oncol, 1998. 9(9): p. 1023-1026.

156. Diebold, J., Weisenburger, D., MacLennan, K.A., Müller-Hermelink, H.K., Nathwani, B.N., Harris, N.L., Anderson, J.R., Roy, P., and Armitage, J.O., Reproducibility and Prognostic Value of Histopathological Classifications of Malignant Lymphomas. Prolegomena for the 1st International Classification Proposed by WHO. Group of the Non-Hodgkin's Malignant Lymphoma Classification Project. Bull Acad Natl Med, 1998. 182(7): p. 1537-1548; discussion 1548-1539.

157. Dave, B.J., Pickering, D.L., Hess, M.M., Weisenburger, D.D., Armitage, J.O., and Sanger, W.G., Deletion of Cell Division Cycle 2-Like 1 Gene Locus on 1p36 in Non-Hodgkin Lymphoma. Cancer Genet Cytogenet, 1999. 108(2): p. 120-126.

158. Nathwani, B.N., Anderson, J.R., Armitage, J.O., Cavalli, F., Diebold, J., Drachenberg, M.R., Harris, N.L., MacLennan, K.A., Müller-Hermelink, H.K., Ullrich, F.A., and Weisenburger, D.D., Clinical Significance of Follicular Lymphoma with Monocytoid B Cells. Non-Hodgkin's Lymphoma Classification Project. Hum Pathol, 1999. 30(3): p. 263-268.

159. Abou-Elella, A.A., Weisenburger, D.D., Vose, J.M., Kollath, J.P., Lynch, J.C., Bast, M.A., Bierman, P.J., Greiner, T.C., Chan, W.C., and Armitage, J.O., Primary Mediastinal Large B-Cell Lymphoma: A Clinicopathologic Study of 43 Patients from the Nebraska Lymphoma Study Group. J Clin Oncol, 1999. 17(3): p. 784-790.

160. Dave, B.J., Hess, M.M., Pickering, D.L., Zaleski, D.H., Pfeifer, A.L., Weisenburger, D.D., Armitage, J.O., and Sanger, W.G., Rearrangements of Chromosome Band 1p36 in Non-Hodgkin's Lymphoma. Clin Cancer Res, 1999. 5(6): p. 1401-1409.

161. Gascoyne, R.D., Aoun, P., Wu, D., Chhanabhai, M., Skinnider, B.F., Greiner, T.C., Morris, S.W., Connors, J.M., Vose, J.M., Viswanatha, D.S., Coldman, A., and Weisenburger, D.D., Prognostic Significance of Anaplastic Lymphoma Kinase (ALK) Protein Expression in Adults with Anaplastic Large Cell Lymphoma. Blood, 1999. 93(11): p. 3913-3921.

162. Zhang, Q., Siebert, R., Yan, M., Hinzmann, B., Cui, X., Xue, L., Rakestraw, K.M., Naeve, C.W., Beckmann, G., Weisenburger, D.D., Sanger, W.G., Nowotny, H., Vesely, M., Callet-Bauchu, E., Salles, G., Dixit, V.M., Rosenthal, A., Schlegelberger, B., and Morris, S.W., Inactivating Mutations and Overexpression of BCL10, a Caspase Recruitment Domain-Containing Gene, in MALT Lymphoma with t(1;14)(p22;q32). Nat Genet, 1999. 22(1): p. 63-68.

163. Nathwani, B.N., Anderson, J.R., Armitage, J.O., Cavalli, F., Diebold, J., Drachenberg, M.R., Harris, N.L., MacLennan, K.A., Müller-Hermelink, H.K., Ullrich, F.A., and Weisenburger, D.D., Marginal Zone B-Cell Lymphoma: A Clinical Comparison of Nodal and Mucosa-Associated Lymphoid Tissue Types. Non-Hodgkin's Lymphoma Classification Project. J Clin Oncol, 1999. 17(8): p. 2486-2492.

164. Arcaroli, J.J., Dave, B.J., Pickering, D.L., Hess, M.M., Armitage, J.O., Weisenburger, D.D., and Sanger, W.G., Is a Duplication of 14q32 a New Recurrent Chromosomal Alteration in B-Cell Non-Hodgkin Lymphoma? Cancer Genet Cytogenet, 1999. 113(1): p. 19-24.

165. Morgan, J.A., Yin, Y., Borowsky, A.D., Kuo, F., Nourmand, N., Koontz, J.I., Reynolds, C., Soreng, L., Griffin, C.A., Graeme-Cook, F., Harris, N.L., Weisenburger, D., Pinkus, G.S., Fletcher, J.A., and Sklar, J., Breakpoints of the t(11;18)(q21;q21) in Mucosa-Associated Lymphoid Tissue (MALT) Lymphoma Lie within or near the Previously Undescribed Gene MALT1 in Chromosome 18. Cancer Res, 1999. 59(24): p. 6205-6213.

166. Weisenburger, D.D., Gascoyne, R.D., Bierman, P.J., Shenkier, T., Horsman, D.E., Lynch, J.C., Chan, W.C., Greiner, T.C., Connors, J.M., Vose, J.M., Armitage, J.O., and Sanger, W.G., Clinical Significance of the t(14;18) and BCL2 Overexpression in Follicular Large Cell Lymphoma. Leuk Lymphoma, 2000. 36(5-6): p. 513-523.

167. Alizadeh, A.A., Eisen, M.B., Davis, R.E., Ma, C., Lossos, I.S., Rosenwald, A., Boldrick, J.C., Sabet, H., Tran, T., Yu, X., Powell, J.I., Yang, L., Marti, G.E., Moore, T., Hudson, J., Jr., Lu, L., Lewis, D.B., Tibshirani, R., Sherlock, G., Chan, W.C., Greiner, T.C., Weisenburger, D.D., Armitage, J.O., Warnke, R., Levy, R., Wilson, W., Grever, M.R., Byrd, J.C., Botstein, D., Brown, P.O., and Staudt, L.M., Distinct Types of Diffuse Large B-Cell Lymphoma Identified by Gene Expression Profiling. Nature, 2000. 403(6769): p. 503-511.

168. Pavletic, Z.S., Arrowsmith, E.R., Bierman, P.J., Goodman, S.A., Vose, J.M., Tarantolo, S.R., Stein, R.S., Bociek, G., Greer, J.P., Wu, C.D., Kollath, J.P., Weisenburger, D.D., Kessinger, A., Wolff, S.N., Armitage, J.O., and Bishop, M.R., Outcome of Allogeneic Stem Cell Transplantation for B Cell Chronic Lymphocytic Leukemia. Bone Marrow Transplant, 2000. 25(7): p. 717-722.

169. Abou-Elella, A., Shafer, M.T., Wan, X.Y., Velanker, M., Weisenburger, D.D., Nathwani, B.N., Gascoyne, R.D., Greiner, T.C., and Chan, W.C., Lymphomas with Follicular and Monocytoid B-Cell Components. Evidence for a Common Clonal Origin from Follicle Center Cells. Am J Clin Pathol, 2000. 114(4): p. 516-522.

170. Weisenburger, D.D., Vose, J.M., Greiner, T.C., Lynch, J.C., Chan, W.C., Bierman, P.J., Dave, B.J., Sanger, W.G., and Armitage, J.O., Mantle Cell Lymphoma. A Clinicopathologic Study of 68 Cases from the Nebraska Lymphoma Study Group. Am J Hematol, 2000. 64(3): p. 190-196.

171. Vose, J.M., Bierman, P.J., Weisenburger, D.D., Lynch, J.C., Bociek, Y., Chan, W.C., Greiner, T.C., and Armitage, J.O., Autologous Hematopoietic Stem Cell Transplantation for Mantle Cell Lymphoma. Biol Blood Marrow Transplant, 2000. 6(6): p. 640-645.

172. Waddell, B.L., Zahm, S.H., Baris, D., Weisenburger, D.D., Holmes, F., Burmeister, L.F., Cantor, K.P., and Blair, A., Agricultural Use of Organophosphate Pesticides and the Risk of Non-Hodgkin's Lymphoma among Male Farmers (United States). Cancer Causes Control, 2001. 12(6): p. 509-517.

173. Zheng, T., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Zhang, Y., and Blair, A., Agricultural Exposure to Carbamate Pesticides and Risk of Non-Hodgkin Lymphoma. J Occup Environ Med, 2001. 43(7): p. 641-649.

174. Weisenburger, D.D., Anderson, J.R., Diebold, J., Gascoyne, R.D., MacLennan, K.A., Müller-Hermelink, H.K., Nathwani, B.N., Ullrich, F., and Armitage, J.O., Systemic Anaplastic Large-Cell Lymphoma: Results from the Non-Hodgkin's Lymphoma Classification Project. Am J Hematol, 2001. 67(3): p. 172-178.

175. Hunt, J.P., Chan, J.A., Samoszuk, M., Brynes, R.K., Hernandez, A.M., Bass, R., Weisenburger, D.D., Müller-Hermelink, K., and Nathwani, B.N., Hyperplasia of Mantle/Marginal Zone B Cells with Clear Cytoplasm in Peripheral Lymph Nodes. A Clinicopathologic Study of 35 Cases. Am J Clin Pathol, 2001. 116(4): p. 550-559.

176. Ohno, T., Huang, J.Z., Wu, G., Park, K.H., Weisenburger, D.D., and Chan, W.C., The Tumor Cells in Nodular Lymphocyte-Predominant Hodgkin Disease Are Clonally Related to the Large Cell Lymphoma Occurring in the Same Individual. Direct Demonstration by Single Cell Analysis. Am J Clin Pathol, 2001. 116(4): p. 506-511.

177. Lynch, H.T., Sanger, W.G., Pirruccello, S., Quinn-Laquer, B., and Weisenburger, D.D., Familial Multiple Myeloma: A Family Study and Review of the Literature. J Natl Cancer Inst, 2001. 93(19): p. 1479-1483.

178. Diebold, J., Anderson, J.R., Armitage, J.O., Connors, J.M., Maclennan, K.A., Müller-Hermelink, H.K., Nathwani, B.N., Ullrich, F., and Weisenburger, D.D., Diffuse Large B-Cell Lymphoma: A Clinicopathologic Analysis of 444 Cases Classified According to the Updated Kiel Classification. Leuk Lymphoma, 2002. 43(1): p. 97-104.

179. Rudiger, T., Weisenburger, D.D., Anderson, J.R., Armitage, J.O., Diebold, J., MacLennan, K.A., Nathwani, B.N., Ullrich, F., Müller-Hermelink, H.K., and Non-Hodgkin's Lymphoma Classification, P., Peripheral T-Cell Lymphoma (Excluding Anaplastic Large-Cell Lymphoma): Results from the Non-Hodgkin's Lymphoma Classification Project. Ann Oncol, 2002. 13(1): p. 140-149.

180. Chen, H., Ward, M.H., Graubard, B.I., Heineman, E.F., Markin, R.M., Potischman, N.A., Russell, R.M., Weisenburger, D.D., and Tucker, K.L., Dietary Patterns and Adenocarcinoma of the Esophagus and Distal Stomach. Am J Clin Nutr, 2002. 75(1): p. 137-144.

181. Palanisamy, N., Abou-Elella, A.A., Chaganti, S.R., Houldsworth, J., Offit, K., Louie, D.C., Terayu-Feldstein, J., Cigudosa, J.C., Rao, P.H., Sanger, W.G., Weisenburger, D.D., and Chaganti, R.S., Similar Patterns of Genomic Alterations Characterize Primary Mediastinal Large-B-Cell Lymphoma and Diffuse Large-B-Cell Lymphoma. Genes Chromosomes Cancer, 2002. 33(2): p. 114-122.

182. Dave, B.J., Nelson, M., Pickering, D.L., Chan, W.C., Greiner, T.C., Weisenburger, D.D., Armitage, J.O., and Sanger, W.G., Cytogenetic Characterization of Diffuse Large Cell Lymphoma Using Multi-Color Fluorescence in Situ Hybridization. Cancer Genet Cytogenet, 2002. 132(2): p. 125-132.

183. Weekes, C.D., Vose, J.M., Lynch, J.C., Weisenburger, D.D., Bierman, P.J., Greiner, T., Bociek, G., Enke, C., Bast, M., Chan, W.C., Armitage, J.O., and Nebraska Lymphoma Study, G., Hodgkin's Disease in the Elderly: Improved Treatment Outcome with a Doxorubicin-Containing Regimen. J Clin Oncol, 2002. 20(4): p. 1087-1093.

184. Vose, J.M., Weisenburger, D.D., Lynch, J.C., Bierman, P.J., Chan, J.C., Bast, M., Aoun, P., Bociek, G., Greiner, T., Armitage, J.O., and Nebraska Lymphomas Study, G., CNOP for Diffuse Aggressive Non-Hodgkin's Lymphoma: The Nebraska Lymphoma Study Group Experience. Leuk Lymphoma, 2002. 43(4): p. 799-804.

185. Chiu, B.C., Weisenburger, D.D., Cantor, K.P., Zahm, S.H., Holmes, F., Burmeister, L.F., and Blair, A., Alcohol Consumption, Family History of Hematolymphoproliferative Cancer, and the Risk of Non-Hodgkin's Lymphoma in Men. Ann Epidemiol, 2002. 12(5): p. 309-315.

186. Huang, J.Z., Sanger, W.G., Greiner, T.C., Staudt, L.M., Weisenburger, D.D., Pickering, D.L., Lynch, J.C., Armitage, J.O., Warnke, R.A., Alizadeh, A.A., Lossos, I.S., Levy, R., and Chan, W.C., The t(14;18) Defines a Unique Subset of Diffuse Large B-Cell Lymphoma with a Germinal Center B-Cell Gene Expression Profile. Blood, 2002. 99(7): p. 2285-2290.

187. Vose, J.M., Sharp, G., Chan, W.C., Nichols, C., Loh, K., Inwards, D., Rifkin, R., Bierman, P.J., Lynch, J.C., Weisenburger, D.D., Kessinger, A., and Armitage, J.O., Autologous Transplantation for Aggressive Non-Hodgkin's Lymphoma: Results of a Randomized Trial Evaluating Graft Source and Minimal Residual Disease. J Clin Oncol, 2002. 20(9): p. 2344-2352.

188. Chen, H., Ward, M.H., Tucker, K.L., Graubard, B.I., McComb, R.D., Potischman, N.A., Weisenburger, D.D., and Heineman, E.F., Diet and Risk of Adult Glioma in Eastern Nebraska, United States. Cancer Causes Control, 2002. 13(7): p. 647-655.

189. Rosenwald, A., Wright, G., Chan, W.C., Connors, J.M., Campo, E., Fisher, R.I., Gascoyne, R.D., Müller-Hermelink, H.K., Smeland, E.B., Giltnane, J.M., Hurt, E.M., Zhao, H., Averett, L., Yang, L., Wilson, W.H., Jaffe, E.S., Simon, R., Klausner, R.D., Powell, J., Duffey, P.L., Longo, D.L., Greiner, T.C., Weisenburger, D.D., Sanger, W.G., Dave, B.J., Lynch, J.C., Vose, J., Armitage, J.O., Montserrat, E., Lopez-Guillermo, A., Grogan, T.M., Miller, T.P., LeBlanc, M., Ott, G., Kvaloy, S., Delabie, J., Holte, H., Krajci, P., Stokke, T., Staudt, L.M., and Lymphoma/Leukemia Molecular Profiling, P., The Use of Molecular Profiling to Predict Survival after Chemotherapy for Diffuse Large-B-Cell Lymphoma. N Engl J Med, 2002. 346(25): p. 1937-1947.

190. Zheng, T., Blair, A., Zhang, Y., Weisenburger, D.D., and Zahm, S.H., Occupation and Risk of Non-Hodgkin's Lymphoma and Chronic Lymphocytic Leukemia. J Occup Environ Med, 2002. 44(5): p. 469-474.

191. Weisenburger, D.D. and Chiu, B.C., Does Asbestos Exposure Cause Non-Hodgkin's Lymphoma or Related Hematolymphoid Cancers? A Review of the Epidemiologic Literature. Clin Lymphoma, 2002. 3(1): p. 36-40.

192. Lynch, H.T., Weisenburger, D.D., Quinn-Laquer, B., Snyder, C.L., Lynch, J.F., Lipkin, S.M., and Sanger, W.G., Family with Acute Myelocytic Leukemia, Breast, Ovarian, and Gastrointestinal Cancer. Cancer Genet Cytogenet, 2002. 137(1): p. 8-14.

193. Chen, H., Tucker, K.L., Graubard, B.I., Heineman, E.F., Markin, R.S., Potischman, N.A., Russell, R.M., Weisenburger, D.D., and Ward, M.H., Nutrient Intakes and Adenocarcinoma of the Esophagus and Distal Stomach. Nutr Cancer, 2002. 42(1): p. 33-40.

194. Lawnicki, L.C., Weisenburger, D.D., Aoun, P., Chan, W.C., Wickert, R.S., and Greiner, T.C., The t(14;18) and BCL-2 Expression Are Present in a Subset of Primary Cutaneous Follicular Lymphoma: Association with Lower Grade. Am J Clin Pathol, 2002. 118(5): p. 765-772.

195. Lynch, H.T., Weisenburger, D.D., Quinn-Laquer, B., Watson, P., Lynch, J.F., and Sanger, W.G., Hereditary Chronic Lymphocytic Leukemia: An Extended Family Study and Literature Review. Am J Med Genet, 2002. 115(3): p. 113-117.

196. Rosenwald, A., Wright, G., Wiestner, A., Chan, W.C., Connors, J.M., Campo, E., Gascoyne, R.D., Grogan, T.M., Müller-Hermelink, H.K., Smeland, E.B., Chiorazzi, M., Giltnane, J.M., Hurt, E.M., Zhao, H., Averett, L., Henrickson, S., Yang, L., Powell, J., Wilson, W.H., Jaffe, E.S., Simon, R., Klausner, R.D., Montserrat, E., Bosch, F., Greiner, T.C., Weisenburger, D.D., Sanger, W.G., Dave, B.J., Lynch, J.C., Vose, J., Armitage, J.O., Fisher, R.I., Miller, T.P., LeBlanc, M., Ott, G., Kvaloy, S., Holte, H., Delabie, J., and Staudt, L.M., The Proliferation Gene Expression Signature Is a Quantitative Integrator of Oncogenic Events That Predicts Survival in Mantle Cell Lymphoma. Cancer Cell, 2003. 3(2): p. 185-197.

197. Hans, C.P., Weisenburger, D.D., Vose, J.M., Hock, L.M., Lynch, J.C., Aoun, P., Greiner, T.C., Chan, W.C., Bociek, R.G., Bierman, P.J., and Armitage, J.O., A Significant Diffuse Component Predicts for Inferior Survival in Grade 3 Follicular Lymphoma, but Cytologic Subtypes Do Not Predict Survival. Blood, 2003. 101(6): p. 2363-2367.

198. Vandenberghe, E., Ruiz de Elvira, C., Loberiza, F.R., Conde, E., Lopez-Guillermo, A., Gisselbrecht, C., Guilhot, F., Vose, J.M., van Biesen, K., Rizzo, J.D., Weisenburger, D.D., Isaacson, P., Horowitz, M.M., Goldstone, A.H., Lazarus, H.M., and Schmitz, N., Outcome of Autologous Transplantation for Mantle Cell Lymphoma: A Study by the European Blood and Bone Marrow Transplant and Autologous Blood and Marrow Transplant Registries. Br J Haematol, 2003. 120(5): p. 793-800.

199. Fang, N.Y., Greiner, T.C., Weisenburger, D.D., Chan, W.C., Vose, J.M., Smith, L.M., Armitage, J.O., Mayer, R.A., Pike, B.L., Collins, F.S., and Hacia, J.G., Oligonucleotide Microarrays Demonstrate the Highest Frequency of ATM Mutations in the Mantle Cell Subtype of Lymphoma. Proc Natl Acad Sci U S A, 2003. 100(9): p. 5372-5377.

200. De Roos, A.J., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Holmes, F.F., Burmeister, L.F., and Blair, A., Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma among Men. Occup Environ Med, 2003. 60(9): p. E11.

201. Huang, J.Z., Weisenburger, D.D., Vose, J.M., Greiner, T.C., Aoun, P., Chan, W.C., Lynch, J.C., Bierman, P.J., Armitage, J.O., and Nebraska Lymphoma Study, G., Diffuse Large B-Cell Lymphoma Arising in Nodular Lymphocyte Predominant Hodgkin Lymphoma. A Report of 21 Cases from the Nebraska Lymphoma Study Group. Leuk Lymphoma, 2003. 44(11): p. 1903-1910.

202. Chiu, B.C. and Weisenburger, D.D., An Update of the Epidemiology of Non-Hodgkin's Lymphoma. Clin Lymphoma, 2003. 4(3): p. 161-168.

203. Rosenwald, A., Wright, G., Leroy, K., Yu, X., Gaulard, P., Gascoyne, R.D., Chan, W.C., Zhao, T., Haioun, C., Greiner, T.C., Weisenburger, D.D., Lynch, J.C., Vose, J., Armitage, J.O., Smeland, E.B., Kvaloy, S., Holte, H., Delabie, J., Campo, E., Montserrat, E., Lopez-Guillermo, A., Ott, G., Müller-Hermelink, H.K., Connors, J.M., Braziel, R., Grogan, T.M., Fisher, R.I., Miller, T.P., LeBlanc, M., Chiorazzi, M., Zhao, H., Yang, L., Powell, J., Wilson, W.H., Jaffe, E.S., Simon, R., Klausner, R.D., and Staudt, L.M., Molecular Diagnosis of Primary Mediastinal B Cell Lymphoma Identifies a Clinically Favorable Subgroup of Diffuse Large B Cell Lymphoma Related to Hodgkin Lymphoma. J Exp Med, 2003. 198(6): p. 851-862.

204. Hans, C.P., Weisenburger, D.D., Greiner, T.C., Gascoyne, R.D., Delabie, J., Ott, G., Müller-Hermelink, H.K., Campo, E., Braziel, R.M., Jaffe, E.S., Pan, Z., Farinha, P., Smith, L.M., Falini, B., Banham, A.H., Rosenwald, A., Staudt, L.M., Connors, J.M., Armitage, J.O., and Chan, W.C., Confirmation of the Molecular Classification of Diffuse Large B-Cell Lymphoma by Immunohistochemistry Using a Tissue Microarray. Blood, 2004. 103(1): p. 275-282.

205. Aoun, P., Blair, H.E., Smith, L.M., Dave, B.J., Lynch, J., Weisenburger, D.D., Pavletic, S.Z., and Sanger, W.G., Fluorescence in Situ Hybridization Detection of Cytogenetic Abnormalities in B-Cell Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma. Leuk Lymphoma, 2004. 45(8): p. 1595-1603.

206. Chiu, B.C., Weisenburger, D.D., Zahm, S.H., Cantor, K.P., Gapstur, S.M., Holmes, F., Burmeister, L.F., and Blair, A., Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma. Cancer Epidemiol Biomarkers Prev, 2004. 13(4): p. 525-531.

207. Nola, M., Pavletic, S.Z., Weisenburger, D.D., Smith, L.M., Bast, M.A., Vose, J.M., and Armitage, J.O., Prognostic Factors Influencing Survival in Patients with B-Cell Small Lymphocytic Lymphoma. Am J Hematol, 2004. 77(1): p. 31-35.

208. Rimsza, L.M., Roberts, R.A., Miller, T.P., Unger, J.M., LeBlanc, M., Braziel, R.M., Weisenberger, D.D., Chan, W.C., Müller-Hermelink, H.K., Jaffe, E.S., Gascoyne, R.D., Campo, E., Fuchs, D.A., Spier, C.M., Fisher, R.I., Delabie, J., Rosenwald, A., Staudt, L.M., and Grogan, T.M., Loss of MHC Class Ii Gene and Protein Expression in Diffuse Large B-Cell Lymphoma Is Related to Decreased Tumor Immunosurveillance and Poor Patient Survival Regardless of Other Prognostic Factors: A Follow-up Study from the Leukemia and Lymphoma Molecular Profiling Project. Blood, 2004. 103(11): p. 4251-4258.

209. Dave, B.J., Weisenburger, D.D., Higgins, C.M., Pickering, D.L., Hess, M.M., Chan, W.C., and Sanger, W.G., Cytogenetics and Fluorescence in Situ Hybridization Studies of Diffuse Large B-Cell Lymphoma in Children and Young Adults. Cancer Genet Cytogenet, 2004. 153(2): p. 115-121.

210. Naresh, K.N., Agarwal, B., Nathwani, B.N., Diebold, J., McLennan, K.A., Müller-Hermelink, K.H., Armitage, J.O., and Weisenburger, D.D., Use of the World Health Organization (WHO) Classification of Non-Hodgkin's Lymphoma in Mumbai, India: A Review of 200 Consecutive Cases by a Panel of Five Expert Hematopathologists. Leuk Lymphoma, 2004. 45(8): p. 1569-1577.

211. Iqbal, J., Sanger, W.G., Horsman, D.E., Rosenwald, A., Pickering, D.L., Dave, B., Dave, S., Xiao, L., Cao, K., Zhu, Q., Sherman, S., Hans, C.P., Weisenburger, D.D., Greiner, T.C., Gascoyne, R.D., Ott, G., Müller-Hermelink, H.K., Delabie, J., Braziel, R.M., Jaffe, E.S., Campo, E., Lynch, J.C., Connors, J.M., Vose, J.M., Armitage, J.O., Grogan, T.M., Staudt, L.M., and Chan, W.C., BCL2 Translocation Defines a Unique Tumor Subset within the Germinal Center B-Cell-Like Diffuse Large B-Cell Lymphoma. Am J Pathol, 2004. 165(1): p. 159-166.

212. Lee, W.J., Lijinsky, W., Heineman, E.F., Markin, R.S., Weisenburger, D.D., and Ward, M.H., Agricultural Pesticide Use and Adenocarcinomas of the Stomach and Oesophagus. Occup Environ Med, 2004. 61(9): p. 743-749.

213. Dave, S.S., Wright, G., Tan, B., Rosenwald, A., Gascoyne, R.D., Chan, W.C., Fisher, R.I., Braziel, R.M., Rimsza, L.M., Grogan, T.M., Miller, T.P., LeBlanc, M., Greiner, T.C., Weisenburger, D.D., Lynch, J.C., Vose, J., Armitage, J.O., Smeland, E.B., Kvaloy, S., Holte, H., Delabie, J., Connors, J.M., Lansdorp, P.M., Ouyang, Q., Lister, T.A., Davies, A.J., Norton, A.J., Müller-Hermelink, H.K., Ott, G., Campo, E., Montserrat, E., Wilson, W.H., Jaffe, E.S., Simon, R., Yang, L., Powell, J., Zhao, H., Goldschmidt, N., Chiorazzi, M., and Staudt, L.M., Prediction of Survival in Follicular Lymphoma Based on Molecular Features of Tumor-Infiltrating Immune Cells. N Engl J Med, 2004. 351(21): p. 2159-2169.

214. Lynch, H.T., Watson, P., Tarantolo, S., Wiernik, P.H., Quinn-Laquer, B., Isgur Bergsagel, K., Huiart, L., Olopade, O.I., Sobol, H., Sanger, W., Hogg, D., and Weisenburger, D., Phenotypic Heterogeneity in Multiple Myeloma Families. J Clin Oncol, 2005. 23(4): p. 685-693.

215. Chiu, B.C., Kolar, C., Gapstur, S.M., Lawson, T., Anderson, J.R., and Weisenburger, D.D., Association of NAT and GST Polymorphisms with Non-Hodgkin's Lymphoma: A Population-Based Case-Control Study. Br J Haematol, 2005. 128(5): p. 610-615.

216. Zu, Y., Steinberg, S.M., Campo, E., Hans, C.P., Weisenburger, D.D., Braziel, R.M., Delabie, J., Gascoyne, R.D., Müller-Hermlink, K., Pittaluga, S., Raffeld, M., Chan, W.C., Jaffe, E.S., and Pathology Panel of the Lymphoma/Leukemia Molecular Profiling, P., Validation of Tissue Microarray Immunohistochemistry Staining and Interpretation in Diffuse Large B-Cell Lymphoma. Leuk Lymphoma, 2005. 46(5): p. 693-701.

217. Heineman, E.F., Ward, M.H., McComb, R.D., Weisenburger, D.D., and Zahm, S.H., Hair Dyes and Risk of Glioma among Nebraska Women. Cancer Causes Control, 2005. 16(7): p. 857-864.

218. Hans, C.P., Weisenburger, D.D., Greiner, T.C., Chan, W.C., Aoun, P., Cochran, G.T., Pan, Z., Smith, L.M., Lynch, J.C., Bociek, R.G., Bierman, P.J., Vose, J.M., and Armitage, J.O., Expression of PKC-Beta or Cyclin D2 Predicts for Inferior Survival in Diffuse Large B-Cell Lymphoma. Mod Pathol, 2005. 18(10): p. 1377-1384.

219. Ward, M.H., Heineman, E.F., McComb, R.D., and Weisenburger, D.D., Drinking Water and Dietary Sources of Nitrate and Nitrite and Risk of Glioma. J Occup Environ Med, 2005. 47(12): p. 1260-1267.

220. Lee, W.J., Colt, J.S., Heineman, E.F., McComb, R., Weisenburger, D.D., Lijinsky, W., and Ward, M.H., Agricultural Pesticide Use and Risk of Glioma in Nebraska, United States. Occup Environ Med, 2005. 62(11): p. 786-792.

221. Fu, K., Weisenburger, D.D., Greiner, T.C., Dave, S., Wright, G., Rosenwald, A., Chiorazzi, M., Iqbal, J., Gesk, S., Siebert, R., De Jong, D., Jaffe, E.S., Wilson, W.H., Delabie, J., Ott, G., Dave, B.J., Sanger, W.G., Smith, L.M., Rimsza, L., Braziel, R.M., Müller-Hermelink, H.K., Campo, E., Gascoyne, R.D., Staudt, L.M., Chan, W.C., and Lymphoma/Leukemia Molecular Profiling, P., Cyclin D1-Negative Mantle Cell Lymphoma: A Clinicopathologic Study Based on Gene Expression Profiling. Blood, 2005. 106(13): p. 4315-4321.

222. Bea, S., Zettl, A., Wright, G., Salaverria, I., Jehn, P., Moreno, V., Burek, C., Ott, G., Puig, X., Yang, L., Lopez-Guillermo, A., Chan, W.C., Greiner, T.C., Weisenburger, D.D., Armitage, J.O., Gascoyne, R.D., Connors, J.M., Grogan, T.M., Braziel, R., Fisher, R.I., Smeland, E.B., Kvaloy, S., Holte, H., Delabie, J., Simon, R., Powell, J., Wilson, W.H., Jaffe, E.S., Montserrat, E., Müller-Hermelink, H.K., Staudt, L.M., Campo, E., Rosenwald, A., and Lymphoma/Leukemia Molecular Profiling, P., Diffuse Large B-Cell Lymphoma Subgroups Have Distinct Genetic Profiles That Influence Tumor Biology and Improve Gene-Expression-Based Survival Prediction. Blood, 2005. 106(9): p. 3183-3190.

223. Rimsza, L.M., Roberts, R.A., Campo, E., Grogan, T.M., Bea, S., Salaverria, I., Zettl, A., Rosenwald, A., Ott, G., Müller-Hermelink, H.K., Delabie, J., Fisher, R.I., Unger, J.M., Leblanc, M., Staudt, L.M., Jaffe, E.S., Gascoyne, R.D., Chan, W.C., Weisenburger, D.D., Greiner, T., Braziel, R.M., and Miller, T.P., Loss of Major Histocompatibility Class II Expression in Non-Immune-Privileged Site Diffuse Large B-Cell Lymphoma Is Highly Coordinated and Not Due to Chromosomal Deletions. Blood, 2006. 107(3): p. 1101-1107.

224. Morton, L.M., Wang, S.S., Devesa, S.S., Hartge, P., Weisenburger, D.D., and Linet, M.S., Lymphoma Incidence Patterns by WHO Subtype in the United States, 1992-2001. Blood, 2006. 107(1): p. 265-276.

225. Greiner, T.C., Dasgupta, C., Ho, V.V., Weisenburger, D.D., Smith, L.M., Lynch, J.C., Vose, J.M., Fu, K., Armitage, J.O., Braziel, R.M., Campo, E., Delabie, J., Gascoyne, R.D., Jaffe, E.S., Müller-Hermelink, H.K., Ott, G., Rosenwald, A., Staudt, L.M., Im, M.Y., Karaman, M.W., Pike, B.L., Chan, W.C., and Hacia, J.G., Mutation and Genomic Deletion Status of Ataxia Telangiectasia Mutated (ATM) and P53 Confer Specific Gene Expression Profiles in Mantle Cell Lymphoma. Proc Natl Acad Sci U S A, 2006. 103(7): p. 2352-2357.

226. Iqbal, J., Neppalli, V.T., Wright, G., Dave, B.J., Horsman, D.E., Rosenwald, A., Lynch, J., Hans, C.P., Weisenburger, D.D., Greiner, T.C., Gascoyne, R.D., Campo, E., Ott, G., Müller-Hermelink, H.K., Delabie, J., Jaffe, E.S., Grogan, T.M., Connors, J.M., Vose, J.M., Armitage, J.O., Staudt, L.M., and Chan, W.C., BCL2 Expression Is a Prognostic Marker for the Activated B-Cell-Like Type of Diffuse Large B-Cell Lymphoma. J Clin Oncol, 2006. 24(6): p. 961-968.

227. Young, K.H., Chan, W.C., Fu, K., Iqbal, J., Sanger, W.G., Ratashak, A., Greiner, T.C., and Weisenburger, D.D., Mantle Cell Lymphoma with Plasma Cell Differentiation. Am J Surg Pathol, 2006. 30(8): p. 954-961.

228. Ganti, A.K., Weisenburger, D.D., Smith, L.M., Hans, C.P., Bociek, R.G., Bierman, P.J., Vose, J.M., and Armitage, J.O., Patients with Grade 3 Follicular Lymphoma Have Prolonged Relapse-Free Survival Following Anthracycline-Based Chemotherapy: The Nebraska Lymphoma Study Group Experience. Ann Oncol, 2006. 17(6): p. 920-927.

229. Dave, S.S., Fu, K., Wright, G.W., Lam, L.T., Kluin, P., Boerma, E.J., Greiner, T.C., Weisenburger, D.D., Rosenwald, A., Ott, G., Müller-Hermelink, H.K., Gascoyne, R.D., Delabie, J., Rimsza, L.M., Braziel, R.M., Grogan, T.M., Campo, E., Jaffe, E.S., Dave, B.J., Sanger, W., Bast, M., Vose, J.M., Armitage, J.O., Connors, J.M., Smeland, E.B., Kvaloy, S., Holte, H., Fisher, R.I., Miller, T.P., Montserrat, E., Wilson, W.H., Bahl, M., Zhao, H., Yang, L., Powell, J., Simon, R., Chan, W.C., Staudt, L.M., and Lymphoma/Leukemia Molecular Profiling, P., Molecular Diagnosis of Burkitt's Lymphoma. N Engl J Med, 2006. 354(23): p. 2431-2442.

230. Davies, A.J., Rosenwald, A., Wright, G., Lee, A., Last, K.W., Weisenburger, D.D., Chan, W.C., Delabie, J., Braziel, R.M., Campo, E., Gascoyne, R.D., Jaffe, E.S., Müller-Hermelink, K., Ott, G., Calaminici, M., Norton, A.J., Goff, L.K., Fitzgibbon, J., Staudt, L.M., and Andrew Lister, T., Transformation of Follicular Lymphoma to Diffuse Large B-Cell Lymphoma Proceeds by Distinct Oncogenic Mechanisms. Br J Haematol, 2007. 136(2): p. 286-293.

231. Chiu, B.C., Dave, B.J., Blair, A., Gapstur, S.M., Zahm, S.H., and Weisenburger, D.D., Agricultural Pesticide Use and Risk of t(14;18)-Defined Subtypes of Non-Hodgkin Lymphoma. Blood, 2006. 108(4): p. 1363-1369.

232. Chakravarti, D., Zahid, M., Backora, M., Myers, E.M., Gaikwad, N., Weisenburger, D.D., Cavalieri, E.L., Rogan, E.G., and Joshi, S.S., Ortho-Quinones of Benzene and Estrogens Induce Hyperproliferation of Human Peripheral Blood Mononuclear Cells. Leuk Lymphoma, 2006. 47(12): p. 2635-2644.

233. Aoun, P., Zhou, G., Chan, W.C., Page, C., Neth, K., Pickering, D., Sanger, W., Quinn-Laquer, B., Watson, P., Lynch, J.F., Lynch, H.T., and Weisenburger, D.D., Familial B-Cell Chronic Lymphocytic Leukemia: Analysis of Cytogenetic Abnormalities, Immunophenotypic Profiles, and Immunoglobulin Heavy Chain Gene Usage. Am J Clin Pathol, 2007. 127(1): p. 31-38.

234. Chiu, B.C., Dave, B.J., Blair, A., Gapstur, S.M., Chmiel, J.S., Fought, A.J., Zahm, S.H., and Weisenburger, D.D., Cigarette Smoking, Familial Hematopoietic Cancer, Hair Dye Use, and Risk of t(14;18)-Defined Subtypes of Non-Hodgkin's Lymphoma. Am J Epidemiol, 2007. 165(6): p. 652-659.

235. Wang, S.S., Slager, S.L., Brennan, P., Holly, E.A., De Sanjose, S., Bernstein, L., Boffetta, P., Cerhan, J.R., Maynadie, M., Spinelli, J.J., Chiu, B.C., Cocco, P.L., Mensah, F., Zhang, Y., Nieters, A., Dal Maso, L., Bracci, P.M., Costantini, A.S., Vineis, P., Severson, R.K., Roman, E., Cozen, W., Weisenburger, D., Davis, S., Franceschi, S., La Vecchia, C., Foretova, L., Becker, N., Staines, A., Vornanen, M., Zheng, T., and Hartge, P., Family History of Hematopoietic Malignancies and Risk of Non-Hodgkin Lymphoma (NHL): A Pooled Analysis of 10 211 Cases and 11 905 Controls from the International Lymphoma Epidemiology Consortium (Interlymph). Blood, 2007. 109(8): p. 3479-3488.

236. Wiestner, A., Tehrani, M., Chiorazzi, M., Wright, G., Gibellini, F., Nakayama, K., Liu, H., Rosenwald, A., Müller-Hermelink, H.K., Ott, G., Chan, W.C., Greiner, T.C., Weisenburger, D.D., Vose, J., Armitage, J.O., Gascoyne, R.D., Connors, J.M., Campo, E., Montserrat, E., Bosch, F., Smeland, E.B., Kvaloy, S., Holte, H., Delabie, J., Fisher, R.I., Grogan, T.M., Miller, T.P., Wilson, W.H., Jaffe, E.S., and Staudt, L.M., Point Mutations and Genomic Deletions in CCND1 Create Stable Truncated Cyclin D1 mRNAs That Are Associated with Increased Proliferation Rate and Shorter Survival. Blood, 2007. 109(11): p. 4599-4606.

237. Salaverria, I., Zettl, A., Bea, S., Moreno, V., Valls, J., Hartmann, E., Ott, G., Wright, G., Lopez-Guillermo, A., Chan, W.C., Weisenburger, D.D., Gascoyne, R.D., Grogan, T.M., Delabie, J., Jaffe, E.S., Montserrat, E., Müller-Hermelink, H.K., Staudt, L.M., Rosenwald, A., and Campo, E., Specific Secondary Genetic Alterations in Mantle Cell Lymphoma Provide Prognostic Information Independent of the Gene Expression-Based Proliferation Signature. J Clin Oncol, 2007. 25(10): p. 1216-1222.

238. Raval, A., Tanner, S.M., Byrd, J.C., Angerman, E.B., Perko, J.D., Chen, S.S., Hackanson, B., Grever, M.R., Lucas, D.M., Matkovic, J.J., Lin, T.S., Kipps, T.J., Murray, F., Weisenburger, D., Sanger, W., Lynch, J., Watson, P., Jansen, M., Yoshinaga, Y., Rosenquist, R., de Jong, P.J., Coggill, P., Beck, S., Lynch, H., de la Chapelle, A., and Plass, C., Downregulation of Death-Associated Protein Kinase 1 (DAPK1) in Chronic Lymphocytic Leukemia. Cell, 2007. 129(5): p. 879-890.

239. Morton, L.M., Turner, J.J., Cerhan, J.R., Linet, M.S., Treseler, P.A., Clarke, C.A., Jack, A., Cozen, W., Maynadie, M., Spinelli, J.J., Costantini, A.S., Rudiger, T., Scarpa, A., Zheng, T., and Weisenburger, D.D., Proposed Classification of Lymphoid Neoplasms for Epidemiologic Research from the Pathology Working Group of the International Lymphoma Epidemiology Consortium (Interlymph). Blood, 2007. 110(2): p. 695-708.

240. Mittal, A.K., Hegde, G.V., Aoun, P., Bociek, R.G., Dave, B.J., Joshi, A.D., Sanger, W.G., Weisenburger, D.D., and Joshi, S.S., Molecular Basis of Aggressive Disease in Chronic Lymphocytic Leukemia Patients with 11q Deletion and Trisomy 12 Chromosomal Abnormalities. Int J Mol Med, 2007. 20(4): p. 461-469.

241. Linet, M.S., Schubauer-Berigan, M.K., Weisenburger, D.D., Richardson, D.B., Landgren, O., Blair, A., Silver, S., Field, R.W., Caldwell, G., Hatch, M., and Dores, G.M., Chronic Lymphocytic Leukaemia: An Overview of Aetiology in Light of Recent Developments in Classification and Pathogenesis. Br J Haematol, 2007. 139(5): p. 672-686.

242. Blair, A., Purdue, M.P., Weisenburger, D.D., and Baris, D., Chemical Exposures and Risk of Chronic Lymphocytic Leukaemia. Br J Haematol, 2007. 139(5): p. 753-761.

243. Young, K.H., Weisenburger, D.D., Dave, B.J., Smith, L., Sanger, W., Iqbal, J., Campo, E., Delabie, J., Gascoyne, R.D., Ott, G., Rimsza, L., Müller-Hermelink, H.K., Jaffe, E.S., Rosenwald, A., Staudt, L.M., Chan, W.C., and Greiner, T.C., Mutations in the DNA-Binding Codons of TP53, Which Are Associated with Decreased Expression of TRAIL Receptor-2, Predict for Poor Survival in Diffuse Large B-Cell Lymphoma. Blood, 2007. 110(13): p. 4396-4405.

244. Soni, L.K., Hou, L., Gapstur, S.M., Evens, A.M., Weisenburger, D.D., and Chiu, B.C., Sun Exposure and Non-Hodgkin Lymphoma: A Population-Based, Case-Control Study. Eur J Cancer, 2007. 43(16): p. 2388-2395.

245. Kimm, L.R., deLeeuw, R.J., Savage, K.J., Rosenwald, A., Campo, E., Delabie, J., Ott, G., Müller-Hermelink, H.K., Jaffe, E.S., Rimsza, L.M., Weisenburger, D.D., Chan, W.C., Staudt, L.M., Connors, J.M., Gascoyne, R.D., and Lam, W.L., Frequent Occurrence of Deletions in Primary Mediastinal B-Cell Lymphoma. Genes Chromosomes Cancer, 2007. 46(12): p. 1090-1097.

246. Chiu, B.C., Soni, L., Gapstur, S.M., Fought, A.J., Evens, A.M., and Weisenburger, D.D., Obesity and Risk of Non-Hodgkin Lymphoma (United States). Cancer Causes Control, 2007. 18(6): p. 677-685.

247. Iqbal, J., Greiner, T.C., Patel, K., Dave, B.J., Smith, L., Ji, J., Wright, G., Sanger, W.G., Pickering, D.L., Jain, S., Horsman, D.E., Shen, Y., Fu, K., Weisenburger, D.D., Hans, C.P., Campo, E., Gascoyne, R.D., Rosenwald, A., Jaffe, E.S., Delabie, J., Rimsza, L., Ott, G., Müller-Hermelink, H.K., Connors, J.M., Vose, J.M., McKeithan, T., Staudt, L.M., Chan, W.C., and Leukemia/Lymphoma Molecular Profiling, P., Distinctive Patterns of BCL6 Molecular Alterations and Their Functional Consequences in Different Subgroups of Diffuse Large B-Cell Lymphoma. Leukemia, 2007. 21(11): p. 2332-2343.

248. Balague, O., Martinez, A., Colomo, L., Rosello, E., Garcia, A., Martinez-Bernal, M., Palacin, A., Fu, K., Weisenburger, D., Colomer, D., Burke, J.S., Warnke, R.A., and Campo, E., Epstein-Barr Virus Negative Clonal Plasma Cell Proliferations and Lymphomas in Peripheral T-Cell Lymphomas: A Phenomenon with Distinctive Clinicopathologic Features. Am J Surg Pathol, 2007. 31(9): p. 1310-1322.

249. Jaye, D.L., Iqbal, J., Fujita, N., Geigerman, C.M., Li, S., Karanam, S., Fu, K., Weisenburger, D.D., Chan, W.C., Moreno, C.S., and Wade, P.A., The BCL6-Associated Transcriptional Co-Repressor, MTA3, Is Selectively Expressed by Germinal Centre B Cells and Lymphomas of Putative Germinal Centre Derivation. J Pathol, 2007. 213(1): p. 106-115.

250. Willett, E.V., Morton, L.M., Hartge, P., Becker, N., Bernstein, L., Boffetta, P., Bracci, P., Cerhan, J., Chiu, B.C., Cocco, P., Dal Maso, L., Davis, S., De Sanjose, S., Smedby, K.E., Ennas, M.G., Foretova, L., Holly, E.A., La Vecchia, C., Matsuo, K., Maynadie, M., Melbye, M., Negri, E., Nieters, A., Severson, R., Slager, S.L., Spinelli, J.J., Staines, A., Talamini, R., Vornanen, M., Weisenburger, D.D., Roman, E., and Interlymph, C., Non-Hodgkin Lymphoma and Obesity: A Pooled Analysis from the Interlymph Consortium. Int J Cancer, 2008. 122(9): p. 2062-2070.

251. Vose, J.M., Bierman, P.J., Loberiza, F.R., Lynch, J.C., Bociek, G.R., Weisenburger, D.D., and Armitage, J.O., Long-Term Outcomes of Autologous Stem Cell Transplantation for Follicular Non-Hodgkin Lymphoma: Effect of Histological Grade and Follicular International Prognostic Index. Biol Blood Marrow Transplant, 2008. 14(1): p. 36-42.

252. Pike, B.L., Greiner, T.C., Wang, X., Weisenburger, D.D., Hsu, Y.H., Renaud, G., Wolfsberg, T.G., Kim, M., Weisenberger, D.J., Siegmund, K.D., Ye, W., Groshen, S., Mehrian-Shai, R., Delabie, J., Chan, W.C., Laird, P.W., and Hacia, J.G., DNA Methylation Profiles in Diffuse Large B-Cell Lymphoma and Their Relationship to Gene Expression Status. Leukemia, 2008. 22(5): p. 1035-1043.

253. Nelson, M., Horsman, D.E., Weisenburger, D.D., Gascoyne, R.D., Dave, B.J., Loberiza, F.R., Ludkovski, O., Savage, K.J., Armitage, J.O., and Sanger, W.G., Cytogenetic Abnormalities and Clinical Correlations in Peripheral T-Cell Lymphoma. Br J Haematol, 2008. 141(4): p. 461-469.

254. Chiu, B.C., Lan, Q., Dave, B.J., Blair, A., Zahm, S.H., and Weisenburger, D.D., The Utility of t(14;18) in Understanding Risk Factors for Non-Hodgkin Lymphoma. J Natl Cancer Inst Monogr, 2008(39): p. 69-73.

255. Chiu, B.C., Dave, B.J., Ward, M.H., Fought, A.J., Hou, L., Jain, S., Gapstur, S., Evens, A.M., Zahm, S.H., Blair, A., and Weisenburger, D.D., Dietary Factors and Risk of t(14;18)-Defined Subgroups of Non-Hodgkin Lymphoma. Cancer Causes Control, 2008. 19(8): p. 859-867.

256. Fu, K., Weisenburger, D.D., Choi, W.W., Perry, K.D., Smith, L.M., Shi, X., Hans, C.P., Greiner, T.C., Bierman, P.J., Bociek, R.G., Armitage, J.O., Chan, W.C., and Vose, J.M., Addition of Rituximab to Standard Chemotherapy Improves the Survival of Both the Germinal Center B-Cell-Like and Non-Germinal Center B-Cell-Like Subtypes of Diffuse Large B-Cell Lymphoma. J Clin Oncol, 2008. 26(28): p. 4587-4594.

257. Savage, K.J., Harris, N.L., Vose, J.M., Ullrich, F., Jaffe, E.S., Connors, J.M., Rimsza, L., Pileri, S.A., Chhanabhai, M., Gascoyne, R.D., Armitage, J.O., Weisenburger, D.D., and International Peripheral, T-Cell Lymphoma Project, ALK-Negative Anaplastic Large-Cell Lymphoma Is Clinically and Immunophenotypically Different from Both ALK-Positive ALCL and Peripheral T-Cell Lymphoma, Not Otherwise Specified: Report from the International Peripheral T-Cell Lymphoma Project. Blood, 2008. 111(12): p. 5496-5504.

258. Vose, J., Armitage, J., Weisenburger, D., and International, T.C.L.P., International Peripheral T-Cell and Natural Killer/T-Cell Lymphoma Study: Pathology Findings and Clinical Outcomes. J Clin Oncol, 2008. 26(25): p. 4124-4130.

259. Lynch, H.T., Ferrara, K., Barlogie, B., Coleman, E.A., Lynch, J.F., Weisenburger, D., Sanger, W., Watson, P., Nipper, H., Witt, V., and Thome, S., Familial Myeloma. N Engl J Med, 2008. 359(2): p. 152-157.

260. Hegde, G.V., Munger, C.M., Emanuel, K., Joshi, A.D., Greiner, T.C., Weisenburger, D.D., Vose, J.M., and Joshi, S.S., Targeting of Sonic Hedgehog-GLI Signaling: A Potential Strategy to Improve Therapy for Mantle Cell Lymphoma. Mol Cancer Ther, 2008. 7(6): p. 1450-1460.

261. Ward, M.H., Heineman, E.F., Markin, R.S., and Weisenburger, D.D., Adenocarcinoma of the Stomach and Esophagus and Drinking Water and Dietary Sources of Nitrate and Nitrite. Int J Occup Environ Health, 2008. 14(3): p. 193-197.

262. Salaverria, I., Zettl, A., Bea, S., Hartmann, E.M., Dave, S.S., Wright, G.W., Boerma, E.J., Kluin, P.M., Ott, G., Chan, W.C., Weisenburger, D.D., Lopez-Guillermo, A., Gascoyne, R.D., Delabie, J., Rimsza, L.M., Braziel, R.M., Jaffe, E.S., Staudt, L.M., Müller-Hermelink, H.K., Campo, E., Rosenwald, A., Leukemia, and Lymphoma Molecular Profiling, P., Chromosomal Alterations Detected by Comparative Genomic Hybridization in Subgroups of Gene Expression-Defined Burkitt's Lymphoma. Haematologica, 2008. 93(9): p. 1327-1334.

263. Hegde, G.V., Peterson, K.J., Emanuel, K., Mittal, A.K., Joshi, A.D., Dickinson, J.D., Kollessery, G.J., Bociek, R.G., Bierman, P., Vose, J.M., Weisenburger, D.D., and Joshi, S.S., Hedgehog-Induced Survival of B-Cell Chronic Lymphocytic Leukemia Cells in a Stromal Cell Microenvironment: A Potential New Therapeutic Target. Mol Cancer Res, 2008. 6(12): p. 1928-1936.

264. Young, K.H., Leroy, K., Moller, M.B., Colleoni, G.W., Sanchez-Beato, M., Kerbauy, F.R., Haioun, C., Eickhoff, J.C., Young, A.H., Gaulard, P., Piris, M.A., Oberley, T.D., Rehrauer, W.M., Kahl, B.S., Malter, J.S., Campo, E., Delabie, J., Gascoyne, R.D., Rosenwald, A., Rimsza, L., Huang, J., Braziel, R.M., Jaffe, E.S., Wilson, W.H., Staudt, L.M., Vose, J.M., Chan, W.C., Weisenburger, D.D., and Greiner, T.C., Structural Profiles of TP53 Gene Mutations Predict Clinical Outcome in Diffuse Large B-Cell Lymphoma: An International Collaborative Study. Blood, 2008. 112(8): p. 3088-3098.

265. Lenz, G., Wright, G.W., Emre, N.C., Kohlhammer, H., Dave, S.S., Davis, R.E., Carty, S., Lam, L.T., Shaffer, A.L., Xiao, W., Powell, J., Rosenwald, A., Ott, G., Müller-Hermelink, H.K., Gascoyne, R.D., Connors, J.M., Campo, E., Jaffe, E.S., Delabie, J., Smeland, E.B., Rimsza, L.M., Fisher, R.I., Weisenburger, D.D., Chan, W.C., and Staudt, L.M., Molecular Subtypes of Diffuse Large B-Cell Lymphoma Arise by Distinct Genetic Pathways. Proc Natl Acad Sci U S A, 2008. 105(36): p. 13520-13525.

266. Lenz, G., Wright, G., Dave, S.S., Xiao, W., Powell, J., Zhao, H., Xu, W., Tan, B., Goldschmidt, N., Iqbal, J., Vose, J., Bast, M., Fu, K., Weisenburger, D.D., Greiner, T.C., Armitage, J.O., Kyle, A., May, L., Gascoyne, R.D., Connors, J.M., Troen, G., Holte, H., Kvaloy, S., Dierickx, D., Verhoef, G., Delabie, J., Smeland, E.B., Jares, P., Martinez, A., Lopez-Guillermo, A., Montserrat, E., Campo, E., Braziel, R.M., Miller, T.P., Rimsza, L.M., Cook, J.R., Pohlman, B., Sweetenham, J., Tubbs, R.R., Fisher, R.I., Hartmann, E., Rosenwald, A., Ott, G., Müller-Hermelink, H.K., Wrench, D., Lister, T.A., Jaffe, E.S., Wilson, W.H., Chan, W.C., Staudt, L.M., and Lymphoma/Leukemia Molecular Profiling, P., Stromal Gene Signatures in Large-B-Cell Lymphomas. N Engl J Med, 2008. 359(22): p. 2313-2323.

267. Aldoss, I.T., Weisenburger, D.D., Fu, K., Chan, W.C., Vose, J.M., Bierman, P.J., Bociek, R.G., and Armitage, J.O., Adult Burkitt Lymphoma: Advances in Diagnosis and Treatment. Oncology (Williston Park), 2008. 22(13): p. 1508-1517.

268. Lynch, H.T., Ferrara, K.M., Weisenburger, D.D., Sanger, W.G., Lynch, J.F., and Thome, S.D., Genetic Counseling for DAPK1 Mutation in a Chronic Lymphocytic Leukemia Family. Cancer Genet Cytogenet, 2008. 186(2): p. 95-102.

269. Dores, G.M., Matsuno, R.K., Weisenburger, D.D., Rosenberg, P.S., and Anderson, W.F., Hairy Cell Leukaemia: A Heterogeneous Disease? Br J Haematol, 2008. 142(1): p. 45-51.

270. Abuzetun, J.Y., Loberiza, F., Vose, J., Bierman, P., Bociek, R.G., Enke, C., Bast, M., Weisenburger, D., Armitage, J.O., and Nebraska Lymphoma Study, G., The Stanford V Regimen Is Effective in Patients with Good Risk Hodgkin Lymphoma but Radiotherapy Is a Necessary Component. Br J Haematol, 2009. 144(4): p. 531-537.

271. Suzumiya, J., Ohshima, K., Tamura, K., Karube, K., Uike, N., Tobinai, K., Gascoyne, R.D., Vose, J.M., Armitage, J.O., Weisenburger, D.D., and International Peripheral, T.C.L.P., The International Prognostic Index Predicts Outcome in Aggressive Adult T-Cell Leukemia/Lymphoma: Analysis of 126 Patients from the International Peripheral T-Cell Lymphoma Project. Ann Oncol, 2009. 20(4): p. 715-721.

272. Au, W.Y., Weisenburger, D.D., Intragumtornchai, T., Nakamura, S., Kim, W.S., Sng, I., Vose, J., Armitage, J.O., Liang, R., and International Peripheral, T.C.L.P., Clinical Differences between Nasal and Extranasal Natural Killer/T-Cell Lymphoma: A Study of 136 Cases from the International Peripheral T-Cell Lymphoma Project. Blood, 2009. 113(17): p. 3931-3937.

273. Lankes, H.A., Fought, A.J., Evens, A.M., Weisenburger, D.D., and Chiu, B.C., Vaccination History and Risk of Non-Hodgkin Lymphoma: A Population-Based, Case-Control Study. Cancer Causes Control, 2009. 20(5): p. 517-523.

274. Naushad, H., Choi, W.W., Page, C.J., Sanger, W.G., Weisenburger, D.D., and Aoun, P., Mantle Cell Lymphoma with Flow Cytometric Evidence of Clonal Plasmacytic Differentiation: A Case Report. Cytometry B Clin Cytom, 2009. 76(3): p. 218-224.

275. Choi, W.W., Weisenburger, D.D., Greiner, T.C., Piris, M.A., Banham, A.H., Delabie, J., Braziel, R.M., Geng, H., Iqbal, J., Lenz, G., Vose, J.M., Hans, C.P., Fu, K., Smith, L.M., Li, M., Liu, Z., Gascoyne, R.D., Rosenwald, A., Ott, G., Rimsza, L.M., Campo, E., Jaffe, E.S., Jaye, D.L., Staudt, L.M., and Chan, W.C., A New Immunostain Algorithm Classifies Diffuse Large B-Cell Lymphoma into Molecular Subtypes with High Accuracy. Clin Cancer Res, 2009. 15(17): p. 5494-5502.

276. Loberiza, F.R., Jr., Cannon, A.J., Weisenburger, D.D., Vose, J.M., Moehr, M.J., Bast, M.A., Bierman, P.J., Bociek, R.G., and Armitage, J.O., Survival Disparities in Patients with Lymphoma According to Place of Residence and Treatment Provider: A Population-Based Study. J Clin Oncol, 2009. 27(32): p. 5376-5382.

277. Bhagavathi, S., Gu, K., Loberiza, F.R., Bast, M., Vose, J.M., and Weisenburger, D.D., Does a Diffuse Growth Pattern Predict for Survival in Patients with Low-Grade Follicular Lymphoma? Leuk Lymphoma, 2009. 50(6): p. 900-903.

278. Gu, K., Fu, K., Jain, S., Liu, Z., Iqbal, J., Li, M., Sanger, W.G., Weisenburger, D.D., Greiner, T.C., Aoun, P., Dave, B.J., and Chan, W.C., t(14;18)-Negative Follicular Lymphomas Are Associated with a High Frequency of BCL6 Rearrangement at the Alternative Breakpoint Region. Mod Pathol, 2009. 22(9): p. 1251-1257.

279. Leich, E., Salaverria, I., Bea, S., Zettl, A., Wright, G., Moreno, V., Gascoyne, R.D., Chan, W.C., Braziel, R.M., Rimsza, L.M., Weisenburger, D.D., Delabie, J., Jaffe, E.S., Lister, A., Fitzgibbon, J., Staudt, L.M., Hartmann, E.M., Mueller-Hermelink, H.K., Campo, E., Ott, G., and Rosenwald, A., Follicular Lymphomas with and without Translocation t(14;18) Differ in Gene Expression Profiles and Genetic Alterations. Blood, 2009. 114(4): p. 826-834.

280. Gaikwad, N.W., Yang, L., Weisenburger, D.D., Vose, J., Beseler, C., Rogan, E.G., and Cavalieri, E.L., Urinary Biomarkers Suggest That Estrogen-DNA Adducts May Play a Role in the Aetiology of Non-Hodgkin Lymphoma. Biomarkers, 2009. 14(7): p. 502-512.

281. Mozos, A., Royo, C., Hartmann, E., De Jong, D., Baro, C., Valera, A., Fu, K., Weisenburger, D.D., Delabie, J., Chuang, S.S., Jaffe, E.S., Ruiz-Marcellan, C., Dave, S., Rimsza, L., Braziel, R., Gascoyne, R.D., Sole, F., Lopez-Guillermo, A., Colomer, D., Staudt, L.M., Rosenwald, A., Ott, G., Jares, P., and Campo, E., SOX11 Expression Is Highly Specific for Mantle Cell Lymphoma and Identifies the Cyclin D1-Negative Subtype. Haematologica, 2009. 94(11): p. 1555-1562.

282. Federico, M., Bellei, M., Pesce, E., Zucca, E., Pileri, S., Montoto, S., Weisenburger, D.D., Ruediger, T., Ko., Y.H., Liang, R., Zinzani, P.L., Connors, J.M., Foss, F.M., Horwitz, S.M., Polliack, A., and Vose, J.M., T-Cell Project: An International, Longitudinal, Observational Study of Patients with Aggressive Peripheral T-Cell Lymphoma. Revista Brasileira de Hematologia e Hemoterapia, 2009. 31: p. 21-25.

283. Iqbal, J., Weisenburger, D.D., Greiner, T.C., Vose, J.M., McKeithan, T., Kucuk, C., Geng, H., Deffenbacher, K., Smith, L., Dybkaer, K., Nakamura, S., Seto, M., Delabie, J., Berger, F., Loong, F., Au, W.Y., Ko, Y.H., Sng, I., Armitage, J.O., Chan, W.C., and International Peripheral T-Cell Lymphoma Project, Molecular Signatures to Improve Diagnosis in Peripheral T-Cell Lymphoma and Prognostication in Angioimmunoblastic T-Cell Lymphoma. Blood, 2010. 115(5): p. 1026-1036.

284. Steidl, C., Lee, T., Shah, S.P., Farinha, P., Han, G., Nayar, T., Delaney, A., Jones, S.J., Iqbal, J., Weisenburger, D.D., Bast, M.A., Rosenwald, A., Müller-Hermelink, H.K., Rimsza, L.M., Campo, E., Delabie, J., Braziel, R.M., Cook, J.R., Tubbs, R.R., Jaffe, E.S., Lenz, G., Connors, J.M., Staudt, L.M., Chan, W.C., and Gascoyne, R.D., Tumor-Associated Macrophages and Survival in Classic Hodgkin's Lymphoma. N Engl J Med, 2010. 362(10): p. 875-885.

285. Davis, R.E., Ngo, V.N., Lenz, G., Tolar, P., Young, R.M., Romesser, P.B., Kohlhammer, H., Lamy, L., Zhao, H., Yang, Y., Xu, W., Shaffer, A.L., Wright, G., Xiao, W., Powell, J., Jiang, J.K., Thomas, C.J., Rosenwald, A., Ott, G., Müller-Hermelink, H.K., Gascoyne, R.D., Connors, J.M., Johnson, N.A., Rimsza, L.M., Campo, E., Jaffe, E.S., Wilson, W.H., Delabie, J., Smeland, E.B., Fisher, R.I., Braziel, R.M., Tubbs, R.R., Cook, J.R., Weisenburger, D.D., Chan, W.C., Pierce, S.K., and Staudt, L.M., Chronic Active B-Cell-Receptor Signalling in Diffuse Large B-Cell Lymphoma. Nature, 2010. 463(7277): p. 88-92.

286. Wang, X.M., Greiner, T.C., Bibikova, M., Pike, B.L., Siegmund, K.D., Sinha, U.K., Muschen, M., Jaeger, E.B., Weisenburger, D.D., Chan, W.C., Shibata, D., Fan, J.B., and Hacia, J.G., Identification and Functional Relevance of De Novo DNA Methylation in Cancerous B-Cell Populations. J Cell Biochem, 2010. 109(4): p. 818-827.

287. Morovic, A., Aurer, I., Dotlic, S., Weisenburger, D.D., and Nola, M., NK Cell Lymphoma, Nasal Type, with Massive Lung Involvement: A Case Report. J Hematop, 2010. 3(1): p. 19-22.

288. Arevalo, A., Caponetti, G.C., Hu, Q., Greiner, T.C., and Weisenburger, D.D., Cytotoxic Peripheral T Cell Lymphoma Arising in a Patient with Nodular Lymphocyte Predominant Hodgkin Lymphoma: A Case Report. J Hematop, 2010. 3(1): p. 23-28.

289. Audouin, J., Diebold, J., Nathwani, B., Ishak, E., Maclennan, K., Mueller-Hermelink, H.K., Armitage, J.O., and Weisenburger, D.D., Epstein-Barr Virus and Hodgkin's Lymphoma in Cairo, Egypt. J Hematop, 2010. 3(1): p. 11-18.

290. Hartmann, E.M., Campo, E., Wright, G., Lenz, G., Salaverria, I., Jares, P., Xiao, W., Braziel, R.M., Rimsza, L.M., Chan, W.C., Weisenburger, D.D., Delabie, J., Jaffe, E.S., Gascoyne, R.D., Dave, S.S., Mueller-Hermelink, H.K., Staudt, L.M., Ott, G., Bea, S., and Rosenwald, A., Pathway Discovery in Mantle Cell Lymphoma by Integrated Analysis of High-Resolution Gene Expression and Copy Number Profiling. Blood, 2010. 116(6): p. 953-961.

291. Turner, J.J., Morton, L.M., Linet, M.S., Clarke, C.A., Kadin, M.E., Vajdic, C.M., Monnereau, A., Maynadie, M., Chiu, B.C., Marcos-Gragera, R., Costantini, A.S., Cerhan, J.R., and Weisenburger, D.D., Interlymph Hierarchical Classification of Lymphoid Neoplasms for Epidemiologic Research Based on the WHO Classification (2008): Update and Future Directions. Blood, 2010. 116(20): p. e90-98.

292. Rui, L., Emre, N.C., Kruhlak, M.J., Chung, H.J., Steidl, C., Slack, G., Wright, G.W., Lenz, G., Ngo, V.N., Shaffer, A.L., Xu, W., Zhao, H., Yang, Y., Lamy, L., Davis, R.E., Xiao, W., Powell, J., Maloney, D., Thomas, C.J., Moller, P., Rosenwald, A., Ott, G., Müller-Hermelink, H.K., Savage, K., Connors, J.M., Rimsza, L.M., Campo, E., Jaffe, E.S., Delabie, J., Smeland, E.B., Weisenburger, D.D., Chan, W.C., Gascoyne, R.D., Levens, D., and Staudt, L.M., Cooperative Epigenetic Modulation by Cancer Amplicon Genes. Cancer Cell, 2010. 18(6): p. 590-605.

293. Vose, J.M., Weisenburger, D.D., Loberiza, F.R., Arevalo, A., Bast, M., Armitage, J., Bierman, P.J., Bociek, R.G., and Armitage, J.O., Late Relapse in Patients with Diffuse Large B-Cell Lymphoma. Br J Haematol, 2010. 151(4): p. 354-358.

294. Meyer, P.N., Fu, K., Greiner, T., Smith, L., Delabie, J., Gascoyne, R., Ott, G., Rosenwald, A., Braziel, R., Campo, E., Vose, J., Lenz, G., Staudt, L., Chan, W., and Weisenburger, D.D., The Stromal Cell Marker SPARC Predicts for Survival in Patients with Diffuse Large B-Cell Lymphoma Treated with Rituximab. Am J Clin Pathol, 2011. 135(1): p. 54-61.

295. Iqbal, J., Weisenburger, D.D., Chowdhury, A., Tsai, M.Y., Srivastava, G., Greiner, T.C., Kucuk, C., Deffenbacher, K., Vose, J., Smith, L., Au, W.Y., Nakamura, S., Seto, M., Delabie, J., Berger, F., Loong, F., Ko, Y.H., Sng, I., Liu, X., Loughran, T.P., Armitage, J., Chan, W.C., and International Peripheral, T-Cell Lymphoma Project, Natural Killer Cell Lymphoma Shares Strikingly Similar Molecular Features with a Group of Non-Hepatosplenic γδ T-Cell Lymphoma and Is Highly Sensitive to a Novel Aurora Kinase a Inhibitor in Vitro. Leukemia, 2011. 25(2): p. 348-358.

296. Meyer, P.N., Fu, K., Greiner, T.C., Smith, L.M., Delabie, J., Gascoyne, R.D., Ott, G., Rosenwald, A., Braziel, R.M., Campo, E., Vose, J.M., Lenz, G., Staudt, L.M., Chan, W.C., and Weisenburger, D.D., Immunohistochemical Methods for Predicting Cell of Origin and Survival in Patients with Diffuse Large B-Cell Lymphoma Treated with Rituximab. J Clin Oncol, 2011. 29(2): p. 200-207.

297. Ngo, V.N., Young, R.M., Schmitz, R., Jhavar, S., Xiao, W., Lim, K.H., Kohlhammer, H., Xu, W., Yang, Y., Zhao, H., Shaffer, A.L., Romesser, P., Wright, G., Powell, J., Rosenwald, A., Müller-Hermelink, H.K., Ott, G., Gascoyne, R.D., Connors, J.M., Rimsza, L.M., Campo, E., Jaffe, E.S., Delabie, J., Smeland, E.B., Fisher, R.I., Braziel, R.M., Tubbs, R.R., Cook, J.R., Weisenburger, D.D., Chan, W.C., and Staudt, L.M., Oncogenically Active MYD88 Mutations in Human Lymphoma. Nature, 2011. 470(7332): p. 115-119.

298. Chang, C.M., Wang, S.S., Dave, B.J., Jain, S., Vasef, M.A., Weisenburger, D.D., Cozen, W., Davis, S., Severson, R.K., Lynch, C.F., Rothman, N., Cerhan, J.R., Hartge, P., and Morton, L.M., Risk Factors for Non-Hodgkin Lymphoma Subtypes Defined by Histology and t(14;18) in a Population-Based Case-Control Study. Int J Cancer, 2011. 129(4): p. 938-947.

299. Cardesa-Salzmann, T.M., Colomo, L., Gutierrez, G., Chan, W.C., Weisenburger, D., Climent, F., Gonzalez-Barca, E., Mercadal, S., Arenillas, L., Serrano, S., Tubbs, R., Delabie, J., Gascoyne, R.D., Connors, J.M., Mate, J.L., Rimsza, L., Braziel, R., Rosenwald, A., Lenz, G., Wright, G., Jaffe, E.S., Staudt, L., Jares, P., Lopez-Guillermo, A., and Campo, E., High Microvessel Density Determines a Poor Outcome in Patients with Diffuse Large B-Cell Lymphoma Treated with Rituximab Plus Chemotherapy. Haematologica, 2011. 96(7): p. 996-1001.

300. Chiu, B.C., Kwon, S., Evens, A.M., Surawicz, T., Smith, S.M., and Weisenburger, D.D., Dietary Intake of Fruit and Vegetables and Risk of Non-Hodgkin Lymphoma. Cancer Causes Control, 2011. 22(8): p. 1183-1195.

301. Weisenburger, D.D., Savage, K.J., Harris, N.L., Gascoyne, R.D., Jaffe, E.S., MacLennan, K.A., Rudiger, T., Pileri, S., Nakamura, S., Nathwani, B., Campo, E., Berger, F., Coiffier, B., Kim, W.S., Holte, H., Federico, M., Au, W.Y., Tobinai, K., Armitage, J.O., Vose, J.M., and International Peripheral, T.c.L.P., Peripheral T-Cell Lymphoma, Not Otherwise Specified: A Report of 340 Cases from the International Peripheral T-Cell Lymphoma Project. Blood, 2011. 117(12): p. 3402-3408.

302. Delabie, J., Holte, H., Vose, J.M., Ullrich, F., Jaffe, E.S., Savage, K.J., Connors, J.M., Rimsza, L., Harris, N.L., Müller-Hermelink, K., Rudiger, T., Coiffier, B., Gascoyne, R.D., Berger, F., Tobinai, K., Au, W.Y., Liang, R., Montserrat, E., Hochberg, E.P., Pileri, S., Federico, M., Nathwani, B., Armitage, J.O., and Weisenburger, D.D., Enteropathy-Associated T-Cell Lymphoma: Clinical and Histological Findings from the International Peripheral T-Cell Lymphoma Project. Blood, 2011. 118(1): p. 148-155.

303. Grass, S., Preuss, K.D., Thome, S., Weisenburger, D.D., Witt, V., Lynch, J., Zettl, F., Trumper, L., Fadle, N., Regitz, E., Lynch, H., and Pfreundschuh, M., Paraproteins of Familial MGUS/Multiple Myeloma Target Family-Typical Antigens: Hyperphosphorylation of Autoantigens Is a Consistent Finding in Familial and Sporadic MGUS/MM. Blood, 2011. 118(3): p. 635-637.

304. Perry, A.M., Molina-Kirsch, H., Nathwani, B.N., Diebold, J., Maclennan, K.A., Müller-Hermelink, H.K., Armitage, J.O., and Weisenburger, D.D., Classification of Non-Hodgkin Lymphomas in Guatemala According to the World Health Organization System. Leuk Lymphoma, 2011. 52(9): p. 1681-1688.

305. Morton, L.M., Cerhan, J.R., Hartge, P., Vasef, M.A., Neppalli, V.T., Natkunam, Y., Dogan, A., Dave, B.J., Jain, S., Levy, R., Lossos, I.S., Cozen, W., Davis, S., Schenk, M.J., Maurer, M.J., Lynch, C.F., Rothman, N., Chatterjee, N., Yu, K., Staudt, L.M., Weisenburger, D.D., and Wang, S.S., Immunostaining to Identify Molecular Subtypes of Diffuse Large B-Cell Lymphoma in a Population-Based Epidemiologic Study in the Pre-Rituximab Era. Int J Mol Epidemiol Genet, 2011. 2(3): p. 245-252.

306. Iqbal, J., Meyer, P.N., Smith, L.M., Johnson, N.A., Vose, J.M., Greiner, T.C., Connors, J.M., Staudt, L.M., Rimsza, L., Jaffe, E., Rosenwald, A., Ott, G., Delabie, J., Campo, E., Braziel, R.M., Cook, J.R., Tubbs, R.R., Gascoyne, R.D., Armitage, J.O., Weisenburger, D.D., and Chan, W.C., BCL2 Predicts Survival in Germinal Center B-Cell-Like Diffuse Large B-Cell Lymphoma Treated with CHOP-Like Therapy and Rituximab. Clin Cancer Res, 2011. 17(24): p. 7785-7795.

307. Steuter, J., Weisenburger, D.D., Bociek, R.G., Bierman, P., Vose, J., Bast, M., Loberiza, F., and Armitage, J.O., Non-Hodgkin Lymphoma of the Prostate. Am J Hematol, 2011. 86(11): p. 952-954.

308. Leich, E., Zamo, A., Horn, H., Haralambieva, E., Puppe, B., Gascoyne, R.D., Chan, W.C., Braziel, R.M., Rimsza, L.M., Weisenburger, D.D., Delabie, J., Jaffe, E.S., Fitzgibbon, J., Staudt, L.M., Mueller-Hermelink, H.K., Calaminici, M., Campo, E., Ott, G., Hernandez, L., and Rosenwald, A., MicroRNA Profiles of t(14;18)-Negative Follicular Lymphoma Support a Late Germinal Center B-Cell Phenotype. Blood, 2011. 118(20): p. 5550-5558.

309. Ai, W.Z., Chang, E.T., Fish, K., Fu, K., Weisenburger, D.D., and Keegan, T.H., Racial Patterns of Extranodal Natural Killer/T-Cell Lymphoma, Nasal Type, in California: A Population-Based Study. Br J Haematol, 2012. 156(5): p. 626-632.

310. Papathomas, T.G., Venizelos, I., Dunphy, C.H., Said, J.W., Wang, M.L., Campo, E., Swerdlow, S.H., Chan, J.C., Bueso-Ramos, C.E., Weisenburger, D.D., Medeiros, L.J., and Young, K.H., Mantle Cell Lymphoma as a Component of Composite Lymphoma: Clinicopathologic Parameters and Biologic Implications. Hum Pathol, 2012. 43(4): p. 467-480.

311. Ward, M.H., Cross, A.J., Abnet, C.C., Sinha, R., Markin, R.S., and Weisenburger, D.D., Heme Iron from Meat and Risk of Adenocarcinoma of the Esophagus and Stomach. Eur J Cancer Prev, 2012. 21(2): p. 134-138.

312. Cabrera, M.E., Martinez, V., Nathwani, B.N., Müller-Hermelink, H.K., Diebold, J., Maclennan, K.A., Armitage, J., and Weisenburger, D.D., Non-Hodgkin Lymphoma in Chile: A Review of 207 Consecutive Adult Cases by a Panel of Five Expert Hematopathologists. Leuk Lymphoma, 2012. 53(7): p. 1311-1317.

313. Gilling, C.E., Mittal, A.K., Chaturvedi, N.K., Iqbal, J., Aoun, P., Bierman, P.J., Bociek, R.G., Weisenburger, D.D., and Joshi, S.S., Lymph Node-Induced Immune Tolerance in Chronic Lymphocytic Leukaemia: A Role for Caveolin-1. Br J Haematol, 2012. 158(2): p. 216-231.

314. Deffenbacher, K.E., Iqbal, J., Sanger, W., Shen, Y., Lachel, C., Liu, Z., Liu, Y., Lim, M.S., Perkins, S.L., Fu, K., Smith, L., Lynch, J., Staudt, L.M., Rimsza, L.M., Jaffe, E., Rosenwald, A., Ott, G.K., Delabie, J., Campo, E., Gascoyne, R.D., Cairo, M.S., Weisenburger, D.D., Greiner, T.C., Gross, T.G., and Chan, W.C., Molecular Distinctions between Pediatric and Adult Mature B-Cell Non-Hodgkin Lymphomas Identified through Genomic Profiling. Blood, 2012. 119(16): p. 3757-3766.

315. Iqbal, J., Shen, Y., Liu, Y., Fu, K., Jaffe, E.S., Liu, C., Liu, Z., Lachel, C.M., Deffenbacher, K., Greiner, T.C., Vose, J.M., Bhagavathi, S., Staudt, L.M., Rimsza, L., Rosenwald, A., Ott, G., Delabie, J., Campo, E., Braziel, R.M., Cook, J.R., Tubbs, R.R., Gascoyne, R.D., Armitage, J.O., Weisenburger, D.D., McKeithan, T.W., and Chan, W.C., Genome-Wide MicroRNA Profiling of Mantle Cell Lymphoma Reveals a Distinct Subgroup with Poor Prognosis. Blood, 2012. 119(21): p. 4939-4948.

316. Mitrovic, Z., Perry, A.M., Suzumiya, J., Armitage, J.O., Au, W.Y., Coiffier, B., Holte, H., Jaffe, E.S., Monserrat, E., Rajan, S.K., Savage, K.J., Tobinai, K., Vose, J.M., and Weisenburger, D.D., The Prognostic Significance of Lymphopenia in Peripheral T-Cell and Natural Killer/T-Cell Lymphomas: A Study of 826 Cases from the International Peripheral T-Cell Lymphoma Project. Am J Hematol, 2012. 87(8): p. 790-794.

317. Gu, K., Weisenburger, D.D., Fu, K., Chan, W.C., Greiner, T.C., Aoun, P., Smith, L.M., Bast, M., Liu, Z., Bociek, R.G., Bierman, P.J., Armitage, J.O., and Vose, J.M., Cell of Origin Fails to Predict Survival in Patients with Diffuse Large B-Cell Lymphoma Treated with Autologous Hematopoietic Stem Cell Transplantation. Hematol Oncol, 2012. 30(3): p. 143-149.

318. Prodduturi, P., Perry, A.M., Aoun, P., Weisenburger, D.D., and Akhtari, M., Recurrent Bone Marrow Aplasia Secondary to Nilotinib in a Patient with Chronic Myeloid Leukemia: A Case Report. J Oncol Pharm Pract, 2012. 18(4): p. 440-444.

319. Hegde, G.V., Nordgren, T.M., Munger, C.M., Mittal, A.K., Bierman, P.J., Weisenburger, D.D., Vose, J.M., Sharp, J.G., and Joshi, S.S., Novel Therapy for Therapy-Resistant Mantle Cell Lymphoma: Multipronged Approach with Targeting of Hedgehog Signaling. Int J Cancer, 2012. 131(12): p. 2951-2960.

320. Munger, C.M., Hegde, G.V., Weisenburger, D.D., Vose, J.M., and Joshi, S.S., Optimized Adoptive T-Cell Therapy for the Treatment of Residual Mantle Cell Lymphoma. Cancer Immunol Immunother, 2012. 61(10): p. 1819-1832.

321. Caponetti, G.C., Miranda, R.N., Althof, P.A., Dobesh, R.C., Sanger, W.G., Medeiros, L.J., Greiner, T.C., and Weisenburger, D.D., Immunohistochemical and Molecular Cytogenetic Evaluation of Potential Targets for Tyrosine Kinase Inhibitors in Langerhans Cell Histiocytosis. Hum Pathol, 2012. 43(12): p. 2223-2228.

322. Perry, A.M., Cardesa-Salzmann, T.M., Meyer, P.N., Colomo, L., Smith, L.M., Fu, K., Greiner, T.C., Delabie, J., Gascoyne, R.D., Rimsza, L., Jaffe, E.S., Ott, G., Rosenwald, A., Braziel, R.M., Tubbs, R., Cook, J.R., Staudt, L.M., Connors, J.M., Sehn, L.H., Vose, J.M., Lopez-Guillermo, A., Campo, E., Chan, W.C., and Weisenburger, D.D., A New Biologic Prognostic Model Based on Immunohistochemistry Predicts Survival in Patients with Diffuse Large B-Cell Lymphoma. Blood, 2012. 120(11): p. 2290-2296.

323. Johnson, N.A., Slack, G.W., Savage, K.J., Connors, J.M., Ben-Neriah, S., Rogic, S., Scott, D.W., Tan, K.L., Steidl, C., Sehn, L.H., Chan, W.C., Iqbal, J., Meyer, P.N., Lenz, G., Wright, G., Rimsza, L.M., Valentino, C., Brunhoeber, P., Grogan, T.M., Braziel, R.M., Cook, J.R., Tubbs, R.R., Weisenburger, D.D., Campo, E., Rosenwald, A., Ott, G., Delabie, J., Holcroft, C., Jaffe, E.S., Staudt, L.M., and Gascoyne, R.D., Concurrent Expression of MYC and BCL2 in Diffuse Large B-Cell Lymphoma Treated with Rituximab Plus Cyclophosphamide, Doxorubicin, Vincristine, and Prednisone. J Clin Oncol, 2012. 30(28): p. 3452-3459.

324. Aschebrook-Kilfoy, B., Ollberding, N.J., Kolar, C., Lawson, T.A., Smith, S.M., Weisenburger, D.D., and Chiu, B.C., Meat Intake and Risk of Non-Hodgkin Lymphoma. Cancer Causes Control, 2012. 23(10): p. 1681-1692.

325. Guitart, J., Weisenburger, D.D., Subtil, A., Kim, E., Wood, G., Duvic, M., Olsen, E., Junkins-Hopkins, J., Rosen, S., Sundram, U., Ivan, D., Selim, M.A., Pincus, L., Deonizio, J.M., Kwasny, M., and Kim, Y.H., Cutaneous γδ T-Cell Lymphomas: A Spectrum of Presentations with Overlap with Other Cytotoxic Lymphomas. Am J Surg Pathol, 2012. 36(11): p. 1656-1665.

326. Dispenzieri, A., Armitage, J.O., Loe, M.J., Geyer, S.M., Allred, J., Camoriano, J.K., Menke, D.M., Weisenburger, D.D., Ristow, K., Dogan, A., and Habermann, T.M., The Clinical Spectrum of Castleman's Disease. Am J Hematol, 2012. 87(11): p. 997-1002.

327. Schmitz, R., Young, R.M., Ceribelli, M., Jhavar, S., Xiao, W., Zhang, M., Wright, G., Shaffer, A.L., Hodson, D.J., Buras, E., Liu, X., Powell, J., Yang, Y., Xu, W., Zhao, H., Kohlhammer, H., Rosenwald, A., Kluin, P., Müller-Hermelink, H.K., Ott, G., Gascoyne, R.D., Connors, J.M., Rimsza, L.M., Campo, E., Jaffe, E.S., Delabie, J., Smeland, E.B., Ogwang, M.D., Reynolds, S.J., Fisher, R.I., Braziel, R.M., Tubbs, R.R., Cook, J.R., Weisenburger, D.D., Chan, W.C., Pittaluga, S., Wilson, W., Waldmann, T.A., Rowe, M., Mbulaiteye, S.M., Rickinson, A.B., and Staudt, L.M., Burkitt Lymphoma Pathogenesis and Therapeutic Targets from Structural and Functional Genomics. Nature, 2012. 490(7418): p. 116-120.

328. Muringampurath-John, D., Jaye, D.L., Flowers, C.R., Saxe, D., Chen, Z., Lechowicz, M.J., Weisenburger, D.D., Bast, M., Arellano, M.L., Bernal-Mizrachi, L., Heffner, L.T., McLemore, M., Kaufman, J.L., Winton, E.F., Lonial, S., Armitage, J.O., and Khoury, H.J., Characteristics and Outcomes of Diffuse Large B-Cell Lymphoma Presenting in Leukaemic Phase. Br J Haematol, 2012. 158(5): p. 608-614.

329. Laurini, J.A., Perry, A.M., Boilesen, E., Diebold, J., Maclennan, K.A., Müller-Hermelink, H.K., Nathwani, B.N., Armitage, J.O., and Weisenburger, D.D., Classification of Non-Hodgkin Lymphoma in Central and South America: A Review of 1028 Cases. Blood, 2012. 120(24): p. 4795-4801.

330. Federico, M., Rudiger, T., Bellei, M., Nathwani, B.N., Luminari, S., Coiffier, B., Harris, N.L., Jaffe, E.S., Pileri, S.A., Savage, K.J., Weisenburger, D.D., Armitage, J.O., Mounier, N., and Vose, J.M., Clinicopathologic Characteristics of Angioimmunoblastic T-Cell Lymphoma: Analysis of the International Peripheral T-Cell Lymphoma Project. J Clin Oncol, 2013. 31(2): p. 240-246.

331. Vose, J.M., Bierman, P.J., Loberiza, F.R., Enke, C., Hankins, J., Bociek, R.G., Chan, W.C., Weisenburger, D.D., and Armitage, J.O., Phase II Trial of 131-Iodine Tositumomab with High-Dose Chemotherapy and Autologous Stem Cell Transplantation for Relapsed Diffuse Large B Cell Lymphoma. Biol Blood Marrow Transplant, 2013. 19(1): p. 123-128.

332. Gibson, T.M., Smedby, K.E., Skibola, C.F., Hein, D.W., Slager, S.L., de Sanjose, S., Vajdic, C.M., Zhang, Y., Chiu, B.C., Wang, S.S., Hjalgrim, H., Nieters, A., Bracci, P.M., Kricker, A., Zheng, T., Kolar, C., Cerhan, J.R., Darabi, H., Becker, N., Conde, L., Holford, T.R., Weisenburger, D.D., De Roos, A.J., Butterbach, K., Riby, J., Cozen, W., Benavente, Y., Palmers, C., Holly, E.A., Sampson, J.N., Rothman, N., Armstrong, B.K., and Morton, L.M., Smoking, Variation in N-Acetyltransferase 1 (NAT1) and 2 (NAT2), and Risk of Non-Hodgkin Lymphoma: A Pooled Analysis within the Interlymph Consortium. Cancer Causes Control, 2013. 24(1): p. 125-134.

333. Ollberding, N.J., Aschebrook-Kilfoy, B., Caces, D.B., Wright, M.E., Weisenburger, D.D., Smith, S.M., and Chiu, B.C., Phytanic Acid and the Risk of Non-Hodgkin Lymphoma. Carcinogenesis, 2013. 34(1): p. 170-175.

334. Valentino, C., Kendrick, S., Johnson, N., Gascoyne, R., Chan, W.C., Weisenburger, D., Braziel, R., Cook, J.R., Tubbs, R., Campo, E., Rosenwald, A., Ott, G., Delabie, J., Jaffe, E., Zhang, W., Brunhoeber, P., Nitta, H., Grogan, T., and Rimsza, L., Colorimetric In Situ Hybridization Identifies MYC Gene Signal Clusters Correlating with Increased Copy Number, mRNA, and Protein in Diffuse Large B-Cell Lymphoma. Am J Clin Pathol, 2013. 139(2): p. 242-254.

335. Aschebrook-Kilfoy, B., Ward, M.H., Dave, B.J., Smith, S.M., Weisenburger, D.D., and Chiu, B.C., Dietary Nitrate and Nitrite Intake and Risk of Non-Hodgkin Lymphoma. Leuk Lymphoma, 2013. 54(5): p. 945-950.

336. Mbulaiteye, S.M., Clarke, C.A., Morton, L.M., Gibson, T.M., Pawlish, K., Weisenburger, D.D., Lynch, C.F., Goodman, M.T., and Engels, E.A., Burkitt Lymphoma Risk in U.S. Solid Organ Transplant Recipients. Am J Hematol, 2013. 88(4): p. 245-250.

337. Piccaluga, P.P., Fuligni, F., De Leo, A., Bertuzzi, C., Rossi, M., Bacci, F., Sabattini, E., Agostinelli, C., Gazzola, A., Laginestra, M.A., Mannu, C., Sapienza, M.R., Hartmann, S., Hansmann, M.L., Piva, R., Iqbal, J., Chan, J.C., Weisenburger, D., Vose, J.M., Bellei, M., Federico, M., Inghirami, G., Zinzani, P.L., and Pileri, S.A., Molecular Profiling Improves Classification and Prognostication of Nodal Peripheral T-Cell Lymphomas: Results of a Phase 3 Diagnostic Accuracy Study. J Clin Oncol, 2013. 31(24): p. 3019-3025.

338. Engels, E.A., Clarke, C.A., Pfeiffer, R.M., Lynch, C.F., Weisenburger, D.D., Gibson, T.M., Landgren, O., and Morton, L.M., Plasma Cell Neoplasms in US Solid Organ Transplant Recipients. Am J Transplant, 2013. 13(6): p. 1523-1532.

339. Mitrovic, Z., Iqbal, J., Fu, K., Smith, L.M., Bast, M., Greiner, T.C., Aoun, P., Armitage, J.O., Vose, J.M., Weisenburger, D.D., and Chan, W.C., CD43 Expression Is Associated with Inferior Survival in the Non-Germinal Centre B-Cell Subgroup of Diffuse Large B-Cell Lymphoma. Br J Haematol, 2013. 162(1): p. 87-92.

340. Wasik, M.A., Jimenez, G.S., and Weisenburger, D.D., Targeting CD30 in Malignant Tissues: Challenges in Detection and Clinical Applications. Pathobiology, 2013. 80(5): p. 252-258.

341. Ollberding, N.J., Aschebrook-Kilfoy, B., Caces, D.B., Smith, S.M., Weisenburger, D.D., and Chiu, B.C., Dietary Patterns and the Risk of Non-Hodgkin Lymphoma. Public Health Nutr, 2014. 17(7): p. 1531-1537.

342. Liu, C., Iqbal, J., Teruya-Feldstein, J., Shen, Y., Dabrowska, M.J., Dybkaer, K., Lim, M.S., Piva, R., Barreca, A., Pellegrino, E., Spaccarotella, E., Lachel, C.M., Kucuk, C., Jiang, C.S., Hu, X., Bhagavathi, S., Greiner, T.C., Weisenburger, D.D., Aoun, P., Perkins, S.L., McKeithan, T.W., Inghirami, G., and Chan, W.C., MicroRNA Expression Profiling Identifies Molecular Signatures Associated with Anaplastic Large Cell Lymphoma. Blood, 2013. 122(12): p. 2083-2092.

343. Liu, L., Perry, A.M., Cao, W., Smith, L.M., Hsi, E.D., Liu, X., Mo, J.Q., Dotlic, S., Mosunjac, M., Talmon, G., Weisenburger, D.D., and Fu, K., Relationship between Rosai-Dorfman Disease and IgG4-Related Disease: Study of 32 Cases. Am J Clin Pathol, 2013. 140(3): p. 395-402.

344. Ollberding, N.J., Aschebrook-Kilfoy, B., Caces, D.B., Smith, S.M., Weisenburger, D.D., and Chiu, B.C., Dietary Intake of Fruits and Vegetables and Overall Survival in Non-Hodgkin Lymphoma. Leuk Lymphoma, 2013. 54(12): p. 2613-2619.

345. Enjuanes, A., Albero, R., Clot, G., Navarro, A., Bea, S., Pinyol, M., Martin-Subero, J.I., Klapper, W., Staudt, L.M., Jaffe, E.S., Rimsza, L., Braziel, R.M., Delabie, J., Cook, J.R., Tubbs, R.R., Gascoyne, R., Connors, J.M., Weisenburger, D.D., Greiner, T.C., Chan, W.C., Lopez-Guillermo, A., Rosenwald, A., Ott, G., Campo, E., and Jares, P., Genome-Wide Methylation Analyses Identify a Subset of Mantle Cell Lymphoma with a High Number of Methylated CpGs and Aggressive Clinicopathological Features. Int J Cancer, 2013. 133(12): p. 2852-2863.

346. Barber, N.A., Loberiza, F.R., Jr., Perry, A.M., Bast, M., Holdeman, K.P., Esfahane, A.B., Weisenburger, D.D., Vose, J., Bierman, P., Armitage, J.O., and Bociek, R.G., Does Functional Imaging Distinguish Nodular Lymphocyte-Predominant Hodgkin Lymphoma from T-Cell/Histiocyte-Rich Large B-Cell Lymphoma? Clin Lymphoma Myeloma Leuk, 2013. 13(4): p. 392-397.

347. Ollberding, N.J., Evens, A.M., Aschebrook-Kilfoy, B., Caces, D.B., Weisenburger, D.D., Smith, S.M., and Chiu, B.C., Pre-Diagnosis Cigarette Smoking and Overall Survival in Non-Hodgkin Lymphoma. Br J Haematol, 2013. 163(3): p. 352-356.

348. Hielscher, A., McGuire, T., Weisenburger, D., and Sharp, J.G., Matrigel Modulates a Stem Cell Phenotype and Promotes Tumor Formation in a Mantle Cell Lymphoma Cell Line. Stem Cell Discovery, 2013. Vol.03No.03: p. 13.

349. Andreotti, G., Birmann, B., De Roos, A.J., Spinelli, J., Cozen, W., Camp, N.J., Moysich, K., Chiu, B., Steplowski, E., Krzystan, J., Boffetta, P., Benhaim-Luzon, V., Brennan, P., de Sanjose, S., Costas, L., Costantini, A.S., Miligi, L., Cocco, P., Becker, N., Foretova, L., Maynadie, M., Nieters, A., Staines, A., Tricot, G., Milliken, K., Weisenburger, D., Zheng, T., Baris, D., and Purdue, M.P., A Pooled Analysis of Alcohol Consumption and Risk of Multiple Myeloma in the International Multiple Myeloma Consortium. Cancer Epidemiol Biomarkers Prev, 2013. 22(9): p. 1620-1627.

350. Pullarkat, S.T., Pullarkat, V., Lagoo, A., Brynes, R., Weiss, L.M., Bedell, V., Chen, W., Huang, Q., Gaal, K., Weisenburger, D.D., and Kim, Y.S., Characterization of Bone Marrow Mast Cells in Acute Myeloid Leukemia with t(8;21)(q22;q22); RUNX1-RUNX1T1. Leuk Res, 2013. 37(11): p. 1572-1575.

351. Clarke, C.A., Morton, L.M., Lynch, C., Pfeiffer, R.M., Hall, E.C., Gibson, T.M., Weisenburger, D.D., Martinez-Maza, O., Hussain, S.K., Yang, J., Chang, E.T., and Engels, E.A., Risk of Lymphoma Subtypes after Solid Organ Transplantation in the United States. Br J Cancer, 2013. 109(1): p. 280-288.

352. Perry, A.M., Crockett, D., Dave, B.J., Althof, P., Winkler, L., Smith, L.M., Aoun, P., Chan, W.C., Fu, K., Greiner, T.C., Bierman, P., Gregory Bociek, R., Vose, J.M., Armitage, J.O., and Weisenburger, D.D., B-Cell Lymphoma, Unclassifiable, with Features Intermediate between Diffuse Large B-Cell Lymphoma and Burkitt Lymphoma: Study of 39 Cases. Br J Haematol, 2013. 162(1): p. 40-49.

353. Huang, X., Meng, B., Iqbal, J., Ding, B.B., Perry, A.M., Cao, W., Smith, L.M., Bi, C., Jiang, C., Greiner, T.C., Weisenburger, D.D., Rimsza, L., Rosenwald, A., Ott, G., Delabie, J., Campo, E., Braziel, R.M., Gascoyne, R.D., Cook, J.R., Tubbs, R.R., Jaffe, E.S., Armitage, J.O., Vose, J.M., Staudt, L.M., McKeithan, T.W., Chan, W.C., Ye, B.H., and Fu, K., Activation of the STAT3 Signaling Pathway Is Associated with Poor Survival in Diffuse Large B-Cell Lymphoma Treated with R-CHOP. J Clin Oncol, 2013. 31(36): p. 4520-4528.

354. Perry, A.M., Warnke, R.A., Hu, Q., Gaulard, P., Copie-Bergman, C., Alkan, S., Wang, H.Y., Cheng, J.X., Bacon, C.M., Delabie, J., Ranheim, E., Kucuk, C., Hu, X., Weisenburger, D.D., Jaffe, E.S., and Chan, W.C., Indolent T-Cell Lymphoproliferative Disease of the Gastrointestinal Tract. Blood, 2013. 122(22): p. 3599-3606.

355. Bautista-Quach, M.A., Nademanee, A., Weisenburger, D.D., Chen, W., and Kim, Y.S., Implant-Associated Primary Anaplastic Large-Cell Lymphoma with Simultaneous Involvement of Bilateral Breast Capsules. Clin Breast Cancer, 2013. 13(6): p. 492-495.

356. Cutucache, C.E., Iqbal, J., Bierman, P.J., Bociek, R.G., Weisenburger, D.D., and Joshi, S.S., Polycomb Response Element-Binding Sites in the MDR of CLL: Potential Tumor Suppressor Regulation. Advances in Bioscience and Biotechnology, 2013. Vol.04No.01: p. 7.

357. Chihara, D., Ito, H., Matsuda, T., Shibata, A., Katsumi, A., Nakamura, S., Tomotaka, S., Morton, L.M., Weisenburger, D.D., and Matsuo, K., Differences in Incidence and Trends of Haematological Malignancies in Japan and the United States. Br J Haematol, 2014. 164(4): p. 536-545.

358. Bouska, A., McKeithan, T.W., Deffenbacher, K.E., Lachel, C., Wright, G.W., Iqbal, J., Smith, L.M., Zhang, W., Kucuk, C., Rinaldi, A., Bertoni, F., Fitzgibbon, J., Fu, K., Weisenburger, D.D., Greiner, T.C., Dave, B.J., Gascoyne, R.D., Rosenwald, A., Ott, G., Campo, E., Rimsza, L.M., Delabie, J., Jaffe, E.S., Braziel, R.M., Connors, J.M., Staudt, L.M., and Chan, W.C., Genome-Wide Copy-Number Analyses Reveal Genomic Abnormalities Involved in Transformation of Follicular Lymphoma. Blood, 2014. 123(11): p. 1681-1690.

359. Perry, A.M., Alvarado-Bernal, Y., Laurini, J.A., Smith, L.M., Slack, G.W., Tan, K.L., Sehn, L.H., Fu, K., Aoun, P., Greiner, T.C., Chan, W.C., Bierman, P.J., Bociek, R.G., Armitage, J.O., Vose, J.M., Gascoyne, R.D., and Weisenburger, D.D., MYC and BCL2 Protein Expression Predicts Survival in Patients with Diffuse Large B-Cell Lymphoma Treated with Rituximab. Br J Haematol, 2014. 165(3): p. 382-391.

360. Yang, Y., Schmitz, R., Mitala, J., Whiting, A., Xiao, W., Ceribelli, M., Wright, G.W., Zhao, H., Yang, Y., Xu, W., Rosenwald, A., Ott, G., Gascoyne, R.D., Connors, J.M., Rimsza, L.M., Campo, E., Jaffe, E.S., Delabie, J., Smeland, E.B., Braziel, R.M., Tubbs, R.R., Cook, J.R., Weisenburger, D.D., Chan, W.C., Wiestner, A., Kruhlak, M.J., Iwai, K., Bernal, F., and Staudt, L.M., Essential Role of the Linear Ubiquitin Chain Assembly Complex in Lymphoma Revealed by Rare Germline Polymorphisms. Cancer Discov, 2014. 4(4): p. 480-493.

361. Scott, D.W., Wright, G.W., Williams, P.M., Lih, C.J., Walsh, W., Jaffe, E.S., Rosenwald, A., Campo, E., Chan, W.C., Connors, J.M., Smeland, E.B., Mottok, A., Braziel, R.M., Ott, G., Delabie, J., Tubbs, R.R., Cook, J.R., Weisenburger, D.D., Greiner, T.C., Glinsmann-Gibson, B.J., Fu, K., Staudt, L.M., Gascoyne, R.D., and Rimsza, L.M., Determining Cell-of-Origin Subtypes of Diffuse Large B-Cell Lymphoma Using Gene Expression in Formalin-Fixed Paraffin-Embedded Tissue. Blood, 2014. 123(8): p. 1214-1217.

362. Khalil, M.O., Morton, L.M., Devesa, S.S., Check, D.P., Curtis, R.E., Weisenburger, D.D., and Dores, G.M., Incidence of Marginal Zone Lymphoma in the United States, 2001-2009 with a Focus on Primary Anatomic Site. Br J Haematol, 2014. 165(1): p. 67-77.

363. Gibson, T.M., Engels, E.A., Clarke, C.A., Lynch, C.F., Weisenburger, D.D., and Morton, L.M., Risk of Diffuse Large B-Cell Lymphoma after Solid Organ Transplantation in the United States. Am J Hematol, 2014. 89(7): p. 714-720.

364. Morton, L.M., Gibson, T.M., Clarke, C.A., Lynch, C.F., Weisenburger, D.D., and Engels, E.A., Hepatitis B or C Virus Infection and Risk of Non-Hodgkin Lymphoma among Solid Organ Transplant Recipients. Haematologica, 2014. 99(5): p. 70-73.

365. Bowen, J.M., Perry, A.M., Laurini, J.A., Smith, L.M., Klinetobe, K., Bast, M., Vose, J.M., Aoun, P., Fu, K., Greiner, T.C., Chan, W.C., Armitage, J.O., and Weisenburger, D.D., Lymphoma Diagnosis at an Academic Centre: Rate of Revision and Impact on Patient Care. Br J Haematol, 2014. 166(2): p. 202-208.

366. Iqbal, J., Wright, G., Wang, C., Rosenwald, A., Gascoyne, R.D., Weisenburger, D.D., Greiner, T.C., Smith, L., Guo, S., Wilcox, R.A., Teh, B.T., Lim, S.T., Tan, S.Y., Rimsza, L.M., Jaffe, E.S., Campo, E., Martinez, A., Delabie, J., Braziel, R.M., Cook, J.R., Tubbs, R.R., Ott, G., Geissinger, E., Gaulard, P., Piccaluga, P.P., Pileri, S.A., Au, W.Y., Nakamura, S., Seto, M., Berger, F., de Leval, L., Connors, J.M., Armitage, J., Vose, J., Chan, W.C., Staudt, L.M., Lymphoma Leukemia Molecular Profiling, P., and the International Peripheral, T.c.L.P., Gene Expression Signatures Delineate Biological and Prognostic Subgroups in Peripheral T-Cell Lymphoma. Blood, 2014. 123(19): p. 2915-2923.

367. Morton, L.M., Sampson, J.N., Cerhan, J.R., Turner, J.J., Vajdic, C.M., Wang, S.S., Smedby, K.E., de Sanjose, S., Monnereau, A., Benavente, Y., Bracci, P.M., Chiu, B.C., Skibola, C.F., Zhang, Y., Mbulaiteye, S.M., Spriggs, M., Robinson, D., Norman, A.D., Kane, E.V., Spinelli, J.J., Kelly, J.L., La Vecchia, C., Dal Maso, L., Maynadie, M., Kadin, M.E., Cocco, P., Costantini, A.S., Clarke, C.A., Roman, E., Miligi, L., Colt, J.S., Berndt, S.I., Mannetje, A., de Roos, A.J., Kricker, A., Nieters, A., Franceschi, S., Melbye, M., Boffetta, P., Clavel, J., Linet, M.S., Weisenburger, D.D., and Slager, S.L., Rationale and Design of the International Lymphoma Epidemiology Consortium (Interlymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr, 2014. 2014(48): p. 1-14.

368. Smedby, K.E., Sampson, J.N., Turner, J.J., Slager, S.L., Maynadie, M., Roman, E., Habermann, T.M., Flowers, C.R., Berndt, S.I., Bracci, P.M., Hjalgrim, H., Weisenburger, D.D., and Morton, L.M., Medical History, Lifestyle, Family History, and Occupational Risk Factors for Mantle Cell Lymphoma: The Interlymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr, 2014. 2014(48): p. 76-86.

369. Mbulaiteye, S.M., Morton, L.M., Sampson, J.N., Chang, E.T., Costas, L., de Sanjose, S., Lightfoot, T., Kelly, J., Friedberg, J.W., Cozen, W., Marcos-Gragera, R., Slager, S.L., Birmann, B.M., and Weisenburger, D.D., Medical History, Lifestyle, Family History, and Occupational Risk Factors for Sporadic Burkitt Lymphoma/Leukemia: The Interlymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr, 2014. 2014(48): p. 106-114.

370. Wang, S.S., Flowers, C.R., Kadin, M.E., Chang, E.T., Hughes, A.M., Ansell, S.M., Feldman, A.L., Lightfoot, T., Boffetta, P., Melbye, M., Lan, Q., Sampson, J.N., Morton, L.M., Zhang, Y., and Weisenburger, D.D., Medical History, Lifestyle, Family History, and Occupational Risk Factors for Peripheral T-Cell Lymphomas: The Interlymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr, 2014. 2014(48): p. 66-75.

371. Linet, M.S., Vajdic, C.M., Morton, L.M., de Roos, A.J., Skibola, C.F., Boffetta, P., Cerhan, J.R., Flowers, C.R., de Sanjose, S., Monnereau, A., Cocco, P., Kelly, J.L., Smith, A.G., Weisenburger, D.D., Clarke, C.A., Blair, A., Bernstein, L., Zheng, T., Miligi, L., Clavel, J., Benavente, Y., and Chiu, B.C., Medical History, Lifestyle, Family History, and Occupational Risk Factors for Follicular Lymphoma: The Interlymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr, 2014. 2014(48): p. 26-40.

372. Skibola, C.F., Slager, S.L., Berndt, S.I., Lightfoot, T., Sampson, J.N., Morton, L.M., and Weisenburger, D.D., Medical History, Lifestyle, Family History, and Occupational Risk Factors for Adult Acute Lymphocytic Leukemia: The Interlymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr, 2014. 2014(48): p. 125-129.

373. Morton, L.M., Slager, S.L., Cerhan, J.R., Wang, S.S., Vajdic, C.M., Skibola, C.F., Bracci, P.M., de Sanjose, S., Smedby, K.E., Chiu, B.C., Zhang, Y., Mbulaiteye, S.M., Monnereau, A., Turner, J.J., Clavel, J., Adami, H.O., Chang, E.T., Glimelius, B., Hjalgrim, H., Melbye, M., Crosignani, P., di Lollo, S., Miligi, L., Nanni, O., Ramazzotti, V., Rodella, S., Costantini, A.S., Stagnaro, E., Tumino, R., Vindigni, C., Vineis, P., Becker, N., Benavente, Y., Boffetta, P., Brennan, P., Cocco, P., Foretova, L., Maynadie, M., Nieters, A., Staines, A., Colt, J.S., Cozen, W., Davis, S., de Roos, A.J., Hartge, P., Rothman, N., Severson, R.K., Holly, E.A., Call, T.G., Feldman, A.L., Habermann, T.M., Liebow, M., Blair, A., Cantor, K.P., Kane, E.V., Lightfoot, T., Roman, E., Smith, A., Brooks-Wilson, A., Connors, J.M., Gascoyne, R.D., Spinelli, J.J., Armstrong, B.K., Kricker, A., Holford, T.R., Lan, Q., Zheng, T., Orsi, L., Dal Maso, L., Franceschi, S., La Vecchia, C., Negri, E., Serraino, D., Bernstein, L., Levine, A., Friedberg, J.W., Kelly, J.L., Berndt, S.I., Birmann, B.M., Clarke, C.A., Flowers, C.R., Foran, J.M., Kadin, M.E., Paltiel, O., Weisenburger, D.D., Linet, M.S., and Sampson, J.N., Etiologic Heterogeneity among Non-Hodgkin Lymphoma Subtypes: The Interlymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr, 2014. 2014(48): p. 130-144.

374. Mittal, A.K., Chaturvedi, N.K., Rai, K.J., Gilling-Cutucache, C.E., Nordgren, T.M., Moragues, M., Lu, R., Opavsky, R., Bociek, G.R., Weisenburger, D.D., Iqbal, J., and Joshi, S.S., Chronic Lymphocytic Leukemia Cells in a Lymph Node Microenvironment Depict Molecular Signature Associated with an Aggressive Disease. Mol Med, 2014. 20: p. 290-301.

375. Cerhan, J.R., Berndt, S.I., Vijai, J., Ghesquieres, H., McKay, J., Wang, S.S., Wang, Z., Yeager, M., Conde, L., de Bakker, P.I., Nieters, A., Cox, D., Burdett, L., Monnereau, A., Flowers, C.R., De Roos, A.J., Brooks-Wilson, A.R., Lan, Q., Severi, G., Melbye, M., Gu, J., Jackson, R.D., Kane, E., Teras, L.R., Purdue, M.P., Vajdic, C.M., Spinelli, J.J., Giles, G.G., Albanes, D., Kelly, R.S., Zucca, M., Bertrand, K.A., Zeleniuch-Jacquotte, A., Lawrence, C., Hutchinson, A., Zhi, D., Habermann, T.M., Link, B.K., Novak, A.J., Dogan, A., Asmann, Y.W., Liebow, M., Thompson, C.A., Ansell, S.M., Witzig, T.E., Weiner, G.J., Veron, A.S., Zelenika, D., Tilly, H., Haioun, C., Molina, T.J., Hjalgrim, H., Glimelius, B., Adami, H.O., Bracci, P.M., Riby, J., Smith, M.T., Holly, E.A., Cozen, W., Hartge, P., Morton, L.M., Severson, R.K., Tinker, L.F., North, K.E., Becker, N., Benavente, Y., Boffetta, P., Brennan, P., Foretova, L., Maynadie, M., Staines, A., Lightfoot, T., Crouch, S., Smith, A., Roman, E., Diver, W.R., Offit, K., Zelenetz, A., Klein, R.J., Villano, D.J., Zheng, T., Zhang, Y., Holford, T.R., Kricker, A., Turner, J., Southey, M.C., Clavel, J., Virtamo, J., Weinstein, S., Riboli, E., Vineis, P., Kaaks, R., Trichopoulos, D., Vermeulen, R.C., Boeing, H., Tjonneland, A., Angelucci, E., Di Lollo, S., Rais, M., Birmann, B.M., Laden, F., Giovannucci, E., Kraft, P., Huang, J., Ma, B., Ye, Y., Chiu, B.C., Sampson, J., Liang, L., Park, J.H., Chung, C.C., Weisenburger, D.D., Chatterjee, N., Fraumeni, J.F., Jr., Slager, S.L., Wu, X., de Sanjose, S., Smedby, K.E., Salles, G., Skibola, C.F., Rothman, N. and Chanock, S.J., Genome-Wide Association Study Identifies Multiple Susceptibility Loci for Diffuse Large B Cell Lymphoma. Nat Genet, 2014. 46(11): p. 1233-1238.

376. Kendrick, S.L., Redd, L., Muranyi, A., Henricksen, L.A., Stanislaw, S., Smith, L.M., Perry, A.M., Fu, K., Weisenburger, D.D., Rosenwald, A., Ott, G., Gascoyne, R.D., Jaffe, E.S., Campo, E., Delabie, J., Braziel, R.M., Cook, J.R., Tubbs, R.R., Staudt, L.M., Chan, W.C., Steidl, C., Grogan, T.M., and Rimsza, L.M., BCL2 Antibodies Targeted at Different Epitopes Detect Varying Levels of Protein Expression and Correlate with Frequent Gene Amplification in Diffuse Large B-Cell Lymphoma. Hum Pathol, 2014. 45(10): p. 2144-2153.

377. Hassan, H.M., Varney, M.L., Jain, S., Weisenburger, D.D., Singh, R.K., and Dave, B.J., Disruption of Chromosomal Locus 1p36 Differentially Modulates TAp73 and ΔNp73 Expression in Follicular Lymphoma. Leuk Lymphoma, 2014. 55(12): p. 2924-2931.

378. Morton, L.M., Gibson, T.M., Clarke, C.A., Lynch, C.F., Anderson, L.A., Pfeiffer, R., Landgren, O., Weisenburger, D.D., and Engels, E.A., Risk of Myeloid Neoplasms after Solid Organ Transplantation. Leukemia, 2014. 28(12): p. 2317-2323.

379. Muppidi, J.R., Schmitz, R., Green, J.A., Xiao, W., Larsen, A.B., Braun, S.E., An, J., Xu, Y., Rosenwald, A., Ott, G., Gascoyne, R.D., Rimsza, L.M., Campo, E., Jaffe, E.S., Delabie, J., Smeland, E.B., Braziel, R.M., Tubbs, R.R., Cook, J.R., Weisenburger, D.D., Chan, W.C., Vaidehi, N., Staudt, L.M., and Cyster, J.G., Loss of Signalling Via Gα13 in Germinal Centre B-Cell-Derived Lymphoma. Nature, 2014. 516(7530): p. 254-258.

380. Huang, Q., Reddi, D., Chu, P., Snyder, D.S., and Weisenburger, D.D., Clinical and Pathologic Analysis of Extramedullary Tumors after Hematopoietic Stem Cell Transplantation. Hum Pathol, 2014. 45(12): p. 2404-2410.

381. Wang, S.S., Vajdic, C.M., Linet, M.S., Slager, S.L., Voutsinas, J., Nieters, A., de Sanjose, S., Cozen, W., Alarcon, G.S., Martinez-Maza, O., Brown, E.E., Bracci, P.M., Lightfoot, T., Turner, J., Hjalgrim, H., Spinelli, J.J., Zheng, T., Morton, L.M., Birmann, B.M., Flowers, C.R., Paltiel, O., Becker, N., Holly, E.A., Kane, E., Weisenburger, D., Maynadie, M., Cocco, P., Foretova, L., Staines, A., Davis, S., Severson, R., Cerhan, J.R., Breen, E.C., Lan, Q., Brooks-Wilson, A., De Roos, A.J., Smith, M.T., Roman, E., Boffetta, P., Kricker, A., Zhang, Y., Skibola, C., Chanock, S.J., Rothman, N., Benavente, Y., Hartge, P., and Smedby, K.E., Associations of Non-Hodgkin Lymphoma (NHL) Risk with Autoimmune Conditions According to Putative NHL Loci. Am J Epidemiol, 2015. 181(6): p. 406-421.

382. Boudjerra, N., Perry, A.M., Audouin, J., Diebold, J., Nathwani, B.N., MacLennan, K.A., Müller-Hermelink, H.K., Bast, M., Boilesen, E., Armitage, J.O., and Weisenburger, D.D., Classification of Non-Hodgkin Lymphoma in Algeria According to the World Health Organization Classification. Leuk Lymphoma, 2015. 56(4): p. 965-970.

383. Iqbal, J., Shen, Y., Huang, X., Liu, Y., Wake, L., Liu, C., Deffenbacher, K., Lachel, C.M., Wang, C., Rohr, J., Guo, S., Smith, L.M., Wright, G., Bhagavathi, S., Dybkaer, K., Fu, K., Greiner, T.C., Vose, J.M., Jaffe, E., Rimsza, L., Rosenwald, A., Ott, G., Delabie, J., Campo, E., Braziel, R.M., Cook, J.R., Tubbs, R.R., Armitage, J.O., Weisenburger, D.D., Staudt, L.M., Gascoyne, R.D., McKeithan, T.W., and Chan, W.C., Global MicroRNA Expression Profiling Uncovers Molecular Markers for Classification and Prognosis in Aggressive B-Cell Lymphoma. Blood, 2015. 125(7): p. 1137-1145.

384. Andreotti, G., Birmann, B.M., Cozen, W., De Roos, A.J., Chiu, B.C., Costas, L., de Sanjose, S., Moysich, K., Camp, N.J., Spinelli, J.J., Pahwa, P., Dosman, J.A., McLaughlin, J.R., Boffetta, P., Staines, A., Weisenburger, D., Benhaim-Luzon, V., Brennan, P., Costantini, A.S., Miligi, L., Campagna, M., Nieters, A., Becker, N., Maynadie, M., Foretova, L., Zheng, T., Tricot, G., Milliken, K., Krzystan, J., Steplowski, E., Baris, D., and Purdue, M.P., A Pooled Analysis of Cigarette Smoking and Risk of Multiple Myeloma from the International Multiple Myeloma Consortium. Cancer Epidemiol Biomarkers Prev, 2015. 24(3): p. 631-634.

385. Crescenzo, R., Abate, F., Lasorsa, E., Tabbo, F., Gaudiano, M., Chiesa, N., Di Giacomo, F., Spaccarotella, E., Barbarossa, L., Ercole, E., Todaro, M., Boi, M., Acquaviva, A., Ficarra, E., Novero, D., Rinaldi, A., Tousseyn, T., Rosenwald, A., Kenner, L., Cerroni, L., Tzankov, A., Ponzoni, M., Paulli, M., Weisenburger, D., Chan, W.C., Iqbal, J., Piris, M.A., Zamo, A., Ciardullo, C., Rossi, D., Gaidano, G., Pileri, S., Tiacci, E., Falini, B., Shultz, L.D., Mevellec, L., Vialard, J.E., Piva, R., Bertoni, F., Rabadan, R., Inghirami, G., European T-Cell Lymphoma Study Group, Convergent Mutations and Kinase Fusions Lead to Oncogenic STAT3 Activation in Anaplastic Large Cell Lymphoma. Cancer Cell, 2015. 27(4): p. 516-532.

386. Pearce, N.E., Blair, A., Vineis, P., Ahrens, W., Andersen, A., Anto, J.M., Armstrong, B.K., Baccarelli, A.A., Beland, F.A., Berrington, A., Bertazzi, P.A., Birnbaum, L.S., Brownson, R.C., Bucher, J.R., Cantor, K.P., Cardis, E., Cherrie, J.W., Christiani, D.C., Cocco, P., Coggon, D., Comba, P., Demers, P.A., Dement, J.M., Douwes, J., Eisen, E.A., Engel, L.S., Fenske, R.A., Fleming, L.E., Fletcher, T., Fontham, E., Forastiere, F., Frentzel-Beyme, R., Fritschi, L., Gerin, M., Goldberg, M., Grandjean, P., Grimsrud, T.K., Gustavsson, P., Haines, A., Hartge, P., Hansen, J., Hauptmann, M., Heederik, D., Hemminki, K., Hemon, D., Hertz-Picciotto, I., Hoppin, J.A., Huff, J., Jarvholm, B., Kang, D., Karagas, M.R., Kjaerheim, K., Kjuus, H., Kogevinas, M., Kriebel, D., Kristensen, P., Kromhout, H., Laden, F., Lebailly, P., LeMasters, G., Lubin, J.H., Lynch, C.F., Lynge, E., t Mannetje, A., McMichael, A.J., McLaughlin, J.R., Marrett, L., Martuzzi, M., Merchant, J.A., Merler, E., Merletti, F., Miller, A., Mirer, F.E., Monson, R., Nordby, K.K., Olshan, A.F., Parent, M.E., Perera, F.P., Perry, M.J., Pesatori, A.C., Pirastu, R., Porta, M., Pukkala, E., Rice, C., Richardson, D.B., Ritter, L., Ritz, B., Ronckers, C.M., Rushton, L., Rusiecki, J.A., Rusyn, I., Samet, J.M., Sandler, D.P., de Sanjose, S., Schernhammer, E., Seniori Constantini, A., Seixas, N., Shy, C., Siemiatycki, J., Silvermann, D.T., Simonato, L., Smith, A.H., Smith, M.T., Spinelli, J.J., Spitz, M.R., Stallones, L., Stayner, L.T., Steenland, K., Stenzel, M., Stewart, B.W., Stewart, P.A., Symanski, E., Terracini, B., Tolbert, P.E., Vainio, H., Vena, J., Vermeulen, R., Victora, C.G., Ward, E.M., Weinberg, C.R., Weisenburger, D., Wesseling, C., Weiderpass, E. and Zahm, S.H., IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans. Environ Health Perspect, 2015. 123(6): p. 507-514.

387. Caponetti, G.C., Dave, B.J., Perry, A.M., Smith, L.M., Jain, S., Meyer, P.N., Bast, M., Bierman, P.J., Bociek, R.G., Vose, J.M., Armitage, J.O., Aoun, P., Fu, K., Greiner, T.C., Chan, W.C., Sanger, W.G., and Weisenburger, D.D., Isolated MYC Cytogenetic Abnormalities In Diffuse Large B-Cell Lymphoma Do Not Predict An Adverse Clinical Outcome. Leuk Lymphoma, 2015. 56(11): p.3082-3089.

388. Yuan, J., Wright, G., Rosenwald, A., Steidl, C., Gascoyne, R.D., Connors, J.M., Mottok, A., Weisenburger, D.D., Greiner, T.C., Fu, K., Smith, L., Rimsza, L.M., Jaffe, E.S., Campo, E., Martinez, A., Delabie, J., Braziel, R.M., Cook, J.R., Ott, G., Vose, J.M., Staudt, L.M., Chan, W.C., and Lymphoma Leukemia Molecular Profiling, P., Identification of Primary Mediastinal Large B-Cell Lymphoma at Nonmediastinal Sites by Gene Expression Profiling. Am J Surg Pathol, 2015. 39(10): p. 1322-1330.

389. Wang, C., McKeithan, T.W., Gong, Q., Zhang, W., Bouska, A., Rosenwald, A., Gascoyne, R.D., Wu, X., Wang, J., Muhammad, Z., Jiang, B., Rohr, J., Cannon, A., Steidl, C., Fu, K., Li, Y., Hung, S., Weisenburger, D.D., Greiner, T.C., Smith, L., Ott, G., Rogan, E.G., Staudt, L.M., Vose, J., Iqbal, J., and Chan, W.C., IDH2R172 Mutations Define a Unique Subgroup of Patients with Angioimmunoblastic T-Cell Lymphoma. Blood, 2015. 126(15): p. 1741-1752.

390. Glaser, S.L., Clarke, C.A., Keegan, T.H., Chang, E.T., and Weisenburger, D.D., Time Trends in Rates of Hodgkin Lymphoma Histologic Subtypes: True Incidence Changes or Evolving Diagnostic Practice? Cancer Epidemiol Biomarkers Prev, 2015. 24(10): p. 1474-1488.

391. Dotlic, S., Perry, A.M., Petrusevska, G., Fetica, B., Diebold, J., MacLennan, K.A., Muller-Hermelink, H.K., Nathwani, B.N., Boilesen, E., Bast, M., Armitage, J.O., and Weisenburger, D.D., Classification of Non-Hodgkin Lymphoma in South-Eastern Europe: Review of 632 Cases from the International Non-Hodgkin Lymphoma Classification Project. Br J Haematol, 2015. 171(3): p. 366-372.

392. Song, J.Y., Venkataraman, G., Fedoriw, Y., Herrera, A.F., Siddiqi, T., Alikhan, M.B., Kim, Y.S., Murata-Collins, J., Weisenburger, D.D., Liu, X., and Duffield, A.S., Burkitt Leukemia Limited to the Bone Marrow Has a Better Prognosis Than Burkitt Lymphoma with Bone Marrow Involvement in Adults. Leuk Lymphoma, 2016. 57(4): p. 866-871.

393. Kendrick, S., Tus, K., Wright, G., Jaffe, E.S., Rosenwald, A., Campo, E., Chan, W.C., Connors, J.M., Braziel, R.M., Ott, G., Delabie, J., Cook, J.R., Weisenburger, D.D., Greiner, T.C., Fu, K., Staudt, L.M., Gascoyne, R.D., Scott, D.W., and Rimsza, L.M., Diffuse Large B-Cell Lymphoma Cell-of-Origin Classification Using the Lymph2cx Assay in the Context of Bcl2 and Myc Expression Status. Leuk Lymphoma, 2016. 57(3): p. 717-720.

394. Rohr, J., Guo, S., Huo, J., Bouska, A., Lachel, C., Li, Y., Simone, P.D., Zhang, W., Gong, Q., Wang, C., Cannon, A., Heavican, T., Mottok, A., Hung, S., Rosenwald, A., Gascoyne, R., Fu, K., Greiner, T.C., Weisenburger, D.D., Vose, J.M., Staudt, L.M., Xiao, W., Borgstahl, G.E., Davis, S., Steidl, C., McKeithan, T., Iqbal, J., and Chan, W.C., Recurrent Activating Mutations of CD28 in Peripheral T-Cell Lymphomas. Leukemia, 2016. 30(5): p. 1062-1070.

395. Clemens, M.W., Medeiros, L.J., Butler, C.E., Hunt, K.K., Fanale, M.A., Horwitz, S., Weisenburger, D.D., Liu, J., Morgan, E.A., Kanagal-Shamanna, R., Parkash, V., Ning, J., Sohani, A.R., Ferry, J.A., Mehta-Shah, N., Dogan, A., Liu, H., Thormann, N., DiNapoli, A., Lade, S., Piccolini, J., Reyes, R., Williams, T., McCarthy, C.M., Hanson, S.E., Nastoupil, L.J., Gaur, R., Oki, Y., Young, K.H., and Miranda, R.N., Complete Surgical Excision Is Essential for the Management of Patients with Breast Implant-associated Anaplastic Large-cell Lymphoma. J Clin Oncol, 2016. 34(2): p. 160-168.

396. Perry, A.M., Diebold, J., Nathwani, B.N., MacLennan, K.A., Muller-Hermelink, H.K., Bast, M., Boilesen, E., Armitage, J.O., and Weisenburger, D.D., Non-Hodgkin Lymphoma in the Far East: Review of 730 Cases from the International Non-Hodgkin Lymphoma Classification Project. Ann Hematol, 2016. 95(2): p. 245-251.

397. Perry, A.M., Diebold, J., Nathwani, B.N., MacLennan, K.A., Muller-Hermelink, H.K., Bast, M., Boilesen, E., Armitage, J.O., and Weisenburger, D.D., Relative Frequency of Non-Hodgkin Lymphoma Subtypes in Selected Centres in North Africa, the Middle East and India: A Review of 971 Cases. Br J Haematol, 2016. 172(5): p. 699-708.

398. Perry, A.M., Perner, Y., Diebold, J., Nathwani, B.N., MacLennan, K.A., Muller-Hermelink, H.K., Bast, M., Boilesen, E., Armitage, J.O., and Weisenburger, D.D., Non-Hodgkin Lymphoma in Southern Africa: Review of 487 Cases from the International Non-Hodgkin Lymphoma Classification Project. Br J Haematol, 2016. 172(5): p. 716-723.

399. Machiela, M.J., Lan, Q., Slager, S.L., Vermeulen, R.C., Teras, L.R., Camp, N.J., Cerhan, J.R., Spinelli, J.J., Wang, S.S., Nieters, A., Vijai, J., Yeager, M., Wang, Z., Ghesquieres, H., McKay, J., Conde, L., de Bakker, P.I., Cox, D.G., Burdett, L., Monnereau, A., Flowers, C.R., De Roos, A.J., Brooks-Wilson, A.R., Giles, G.G., Melbye, M., Gu, J., Jackson, R.D., Kane, E., Purdue, M.P., Vajdic, C.M., Albanes, D., Kelly, R.S., Zucca, M., Bertrand, K.A., Zeleniuch-Jacquotte, A., Lawrence, C., Hutchinson, A., Zhi, D., Habermann, T.M., Link, B.K., Novak, A.J., Dogan, A., Asmann, Y.W., Liebow, M., Thompson, C.A., Ansell, S.M., Witzig, T.E., Tilly, H., Haioun, C., Molina, T.J., Hjalgrim, H., Glimelius, B., Adami, H.O., Roos, G., Bracci, P.M., Riby, J., Smith, M.T., Holly, E.A., Cozen, W., Hartge, P., Morton, L.M., Severson, R.K., Tinker, L.F., North, K.E., Becker, N., Benavente, Y., Boffetta, P., Brennan, P., Foretova, L., Maynadie, M., Staines, A., Lightfoot, T., Crouch, S., Smith, A., Roman, E., Diver, W.R., Offit, K., Zelenetz, A., Klein, R.J., Villano, D.J., Zheng, T., Zhang, Y., Holford, T.R., Turner, J., Southey, M.C., Clavel, J., Virtamo, J., Weinstein, S., Riboli, E., Vineis, P., Kaaks, R., Boeing, H., Tjonneland, A., Angelucci, E., Di Lollo, S., Rais, M., De Vivo, I., Giovannucci, E., Kraft, P., Huang, J., Ma, B., Ye, Y., Chiu, B.C., Liang, L., Park, J.H., Chung, C.C., Weisenburger, D.D., Fraumeni, J.F., Jr., Salles, G., Glenn, M., Cannon-Albright, L., Curtin, K., Wu, X., Smedby, K.E., de Sanjose, S., Skibola, C.F., Berndt, S.I., Birmann, B.M., Chanock, S.J. and Rothman, N., Genetically Predicted Longer Telomere Length Is Associated with Increased Risk of B-Cell Lymphoma Subtypes. Hum Mol Genet, 2016. 25(8): p. 1663-1676.

400. Bowen, E.M., Pfeiffer, R.M., Linet, M.S., Liu, W.T., Weisenburger, D.D., Freedman, D.M., and Cahoon, E.K., Relationship between Ambient Ultraviolet Radiation and Hodgkin Lymphoma Subtypes in the United States. Br J Cancer, 2016. 114(7): p. 826-831.

401. Wang, S.S., Deapen, D., Voutsinas, J., Lacey, J.V., Jr., Lu, Y., Ma, H., Clarke, C.A., Weisenburger, D., Forman, S.J., and Bernstein, L., Breast Implants and Anaplastic Large Cell Lymphomas among Females in the California Teachers Study Cohort. Br J Haematol, 2016. 174(3): p. 480-483.

402. Hassan, H.M., Varney, M.L., Chaturvedi, N.K., Joshi, S.S., Weisenburger, D.D., Singh, R.K., and Dave, B.J., Modulation of P73 Isoforms Expression Induces Anti-Proliferative and Pro-Apoptotic Activity in Mantle Cell Lymphoma Independent of P53 Status. Leuk Lymphoma, 2016. 57(12): p. 2874-2889.

403. Nardi, E.A., Wolfson, J.A., Rosen, S.T., Diasio, R.B., Gerson, S.L., Parker, B.A., Alvarnas, J.C., Levine, H.A., Fong, Y., Weisenburger, D.D., Fitzgerald, C.L., Egan, M., Stranford, S., Carlson, R.W., and Benz, E.J., Jr., Value, Access, and Cost of Cancer Care Delivery at Academic Cancer Centers. J Natl Compr Cancer Netw, 2016. 14(7): p. 837-847.

404. Presutti, R., Harris, S.A., Kachuri, L., Spinelli, J.J., Pahwa, M., Blair, A., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Pahwa, P., McLaughlin, J.R., Dosman, J.A., and Freeman, L.B., Pesticide Exposures and the Risk of Multiple Myeloma in Men: An Analysis of the North American Pooled Project. Int J Cancer, 2016. 139(8): p. 1703-1714.

405. Perry, A.M., Diebold, J., Nathwani, B.N., MacLennan, K.A., Muller-Hermelink, H.K., Bast, M., Boilesen, E., Armitage, J.O., and Weisenburger, D.D., Non-Hodgkin Lymphoma in the Developing World: Review of 4539 Cases from the International Non-Hodgkin Lymphoma Classification Project. Haematologica, 2016. 101(10): p. 1244-1250.

406. Portier, C.J., Armstrong, B.K., Baguley, B.C., Baur, X., Belyaev, I., Belle, R., Belpoggi, F., Biggeri, A., Bosland, M.C., Bruzzi, P., Budnik, L.T., Bugge, M.D., Burns, K., Calaf, G.M., Carpenter, D.O., Carpenter, H.M., Lopez-Carrillo, L., Clapp, R., Cocco, P., Consonni, D., Comba, P., Craft, E., Dalvie, M.A., Davis, D., Demers, P.A., De Roos, A.J., DeWitt, J., Forastiere, F., Freedman, J.H., Fritschi, L., Gaus, C., Gohlke, J.M., Goldberg, M., Greiser, E., Hansen, J., Hardell, L., Hauptmann, M., Huang, W., Huff, J., James, M.O., Jameson, C.W., Kortenkamp, A., Kopp-Schneider, A., Kromhout, H., Larramendy, M.L., Landrigan, P.J., Lash, L.H., Leszczynski, D., Lynch, C.F., Magnani, C., Mandrioli, D., Martin, F.L., Merler, E., Michelozzi, P., Miligi, L., Miller, A.B., Mirabelli, D., Mirer, F.E., Naidoo, S., Perry, M.J., Petronio, M.G., Pirastu, R., Portier, R.J., Ramos, K.S., Robertson, L.W., Rodriguez, T., Roosli, M., Ross, M.K., Roy, D., Rusyn, I., Saldiva, P., Sass, J., Savolainen, K., Scheepers, P.T., Sergi, C., Silbergeld, E.K., Smith, M.T., Stewart, B.W., Sutton, P., Tateo, F., Terracini, B., Thielmann, H.W., Thomas, D.B., Vainio, H., Vena, J.E., Vineis, P., Weiderpass, E., Weisenburger, D.D., Woodruff, T.J., Yorifuji, T., Yu, I.J., Zambon, P., Zeeb, H., and Zhou, S.F., Differences in the Carcinogenic Evaluation of Glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health, 2016. 70(8): p. 741-745.

407. Mohanty, A., Sandoval, N., Das, M., Pillai, R., Chen, L., Chen, R.W., Amin, H.M., Wang, M., Marcucci, G., Weisenburger, D.D., Rosen, S.T., Pham, L.V., and Ngo, V.N., CCND1 Mutations Increase Protein Stability and Promote Ibrutinib Resistance in Mantle Cell Lymphoma. Oncotarget, 2016. 7(45): p. 73558-73572.

408. Song, J.Y., Song, L., Herrera, A.F., Venkataraman, G., Murata-Collins, J.L., Bedell, V.H., Chen, Y.Y., Kim, Y.S., Tadros, R., Nathwani, B.N., Weisenburger, D.D., and Feldman, A.L., Cyclin D1 Expression in Peripheral T-Cell Lymphomas. Mod Pathol, 2016. 29(11): p. 1306-1312.

409. Mohanty, S., Mohanty, A., Sandoval, N., Tran, T., Bedell, V., Wu, J., Scuto, A., Murata-Collins, J., Weisenburger, D.D., and Ngo, V.N., Cyclin D1 Depletion Induces DNA Damage in Mantle Cell Lymphoma Lines. Leukemia & Lymphoma, 2017. 58(3): p. 676-688.

410. Bouska, A., Zhang, W., Gong, Q., Iqbal, J., Scuto, A., Vose, J., Ludvigsen, M., Fu, K., Weisenburger, D.D., Greiner, T.C., Gascoyne, R.D., Rosenwald, A., Ott, G., Campo, E., Rimsza, L.M., Delabie, J., Jaffe, E.S., Braziel, R.M., Connors, J.M., Wu, C.I., Staudt, L.M., D/`Amore, F., McKeithan, T.W., and Chan, W.C., Combined Copy Number and Mutation Analysis Identifies Oncogenic Pathways Associated with Transformation of Follicular Lymphoma. Leukemia, 2017. 31(1): p. 83-91.

411. McKinney, M., Moffitt, A.B., Gaulard, P., Travert, M., De Leval, L., Nicolae, A., Raffeld, M., Jaffe, E.S., Pittaluga, S., Xi, L., Heavican, T., Iqbal, J., Belhadj, K., Delfau-Larue, M.H., Fataccioli, V., Czader, M.B., Lossos, I.S., Chapman-Fredricks, J.R., Richards, K.L., Fedoriw, Y., Ondrejka, S.L., Hsi, E.D., Low, L., Weisenburger, D., Chan, W.C., Mehta-Shah, N., Horwitz, S., Bernal-Mizrachi, L., Flowers, C.R., Beaven, A.W., Parihar, M., Baseggio, L., Parrens, M., Moreau, A., Sujobert, P., Pilichowska, M., Evens, A.M., Chadburn, A., Au-Yeung, R.K., Srivastava, G., Choi, W.W., Goodlad, J.R., Aurer, I., Basic-Kinda, S., Gascoyne, R.D., Davis, N.S., Li, G., Zhang, J., Rajagopalan, D., Reddy, A., Love, C., Levy, S., Zhuang, Y., Datta, J., Dunson, D.B., and Dave, S.S., The Genetic Basis of Hepatosplenic T-Cell Lymphoma. Cancer Discov, 2017. 7(4): p. 369-379.

412. Tennese, A., Skrabek, P.J., Nasr, M.R., Sekiguchi, D.R., Morales, C., Brown, T.C., Weisenburger, D.D., and Perry, A.M., Four Lymphomas in 1 Patient: A Unique Case of Triple Composite Non-Hodgkin Lymphoma Followed by Classical Hodgkin Lymphoma. Int J Surg Pathol, 2017. 25(3): p. 276-280.

413. Herrera, A.F., Mei, M., Low, L., Kim, H.T., Griffin, G.K., Song, J.Y., Merryman, R.W., Bedell, V., Pak, C., Sun, H., Paris, T., Stiller, T., Brown, J.R., Budde, L.E., Chan, W.C., Chen, R., Davids, M.S., Freedman, A.S., Fisher, D.C., Jacobsen, E.D., Jacobson, C.A., LaCasce, A.S., Murata-Collins, J., Nademanee, A.P., Palmer, J.M., Pihan, G.A., Pillai, R., Popplewell, L., Siddiqi, T., Sohani, A.R., Zain, J., Rosen, S.T., Kwak, L.W., Weinstock, D.M., Forman, S.J., Weisenburger, D.D., Kim, Y., Rodig, S.J., Krishnan, A., and Armand, P., Relapsed or Refractory Double-Expressor and Double-Hit Lymphomas Have Inferior Progression-Free Survival after Autologous Stem-Cell Transplantation. J Clin Oncol, 2017. 35(1): p. 24-31.

414. Fetica, B., Achimas-Cadariu, P., Pop, B., Dima, D., Petrov, L., Perry, A.M., Nathwani, B.N., Muller-Hermelink, H.K., Diebold, J., MacLennan, K.A., Fulop, A., Blaga, M.L., Coza, D., Nicula, F.A., Irimie, A., and Weisenburger, D.D., Non-Hodgkin Lymphoma in Romania: A Single-Centre Experience. Hematol Oncol, 2017. 35(2): p. 198-205.

415. Song, J.Y., Maghami, E., Wu, H., Kim, Y.S., Weisenburger, D.D., Levine, A., and Nademanee, A., Rapid Development of HPV-Mediated Oropharyngeal Squamous Cell Carcinoma in the Setting of Immune Suppression Following Autologous Stem Cell Transplantation for Hodgkin Lymphoma. Human Pathology: Case Reports, 2017. 9: p. 43-45.

416. Bellei, M., Sabattini, E., Pesce, E.A., Ko, Y.H., Kim, W.S., Cabrera, M.E., Martinez, V., Dlouhy, I., Paes, R.P., Barrese, T., Vassallo, J., Tarantino, V., Vose, J., Weisenburger, D., Rüdiger, T., Federico, M., and Pileri, S., Pitfalls and Major Issues in the Histologic Diagnosis of Peripheral T-Cell Lymphomas: Results of the Central Review of 573 Cases from the T-Cell Project, an International, Cooperative Study. Hematological Oncology, 2017. 35(4): p. 630-636.

417. Birmann, B.M., Andreotti, G., De Roos, A.J., Camp, N.J., Chiu, B.C.H., Spinelli, J.J., Becker, N., Benhaim-Luzon, V., Bhatti, P., Boffetta, P., Brennan, P., Brown, E.E., Cocco, P., Costas, L., Cozen, W., de Sanjose, S., Foretova, L., Giles, G.G., Maynadie, M., Moysich, K., Nieters, A., Staines, A., Tricot, G., Weisenburger, D., Zhang, Y., Baris, D., and Purdue, M.P., Young Adult and Usual Adult Body Mass Index and Multiple Myeloma Risk: A Pooled Analysis in the International Multiple Myeloma Consortium (IMMC). Cancer Epidemiol Biomarkers Prev, 2017. 26(6): p. 876-885.

418. Scott, D.W., Abrisqueta, P., Wright, G.W., Slack, G.W., Mottok, A., Villa, D., Jares, P., Rauert-Wunderlich, H., Royo, C., Clot, G., Pinyol, M., Boyle, M., Chan, F.C., Braziel, R.M., Chan, W.C., Weisenburger, D.D., Cook, J.R., Greiner, T.C., Fu, K., Ott, G., Delabie, J., Smeland, E.B., Holte, H., Jaffe, E.S., Steidl, C., Connors, J.M., Gascoyne, R.D., Rosenwald, A., Staudt, L.M., Campo, E., Rimsza, L.M., and Lymphoma/Leukemia Molecular Profiling, P., New Molecular Assay for the Proliferation Signature in Mantle Cell Lymphoma Applicable to Formalin-Fixed Paraffin-Embedded Biopsies. J Clin Oncol, 2017. 35(15): p. 1668-1677.

419. Yuan, J., Greiner, T.C., Fu, K., Smith, L.M., Aoun, P., Chan, W.C., Bierman, P.J., Bociek, R.G., Vose, J.M., Armitage, J.O., and Weisenburger, D.D., Rituximab Improves the Outcome of Patients with Grade 3 Follicular Lymphoma Receiving Anthracycline-Based Therapy. Clinical Lymphoma Myeloma and Leukemia, 2017. 17(8): p. 488-497.e482.

420. Bouska, A., Bi, C., Lone, W., Zhang, W., Kedwaii, A., Heavican, T., Lachel, C.M., Yu, J., Ferro, R., Eldorghamy, N., Greiner, T.C., Vose, J., Weisenburger, D.D., Gascoyne, R.D., Rosenwald, A., Ott, G., Campo, E., Rimsza, L.M., Jaffe, E.S., Braziel, R.M., Siebert, R., Miles, R.R., Dave, S., Reddy, A., Delabie, J., Staudt, L.M., Song, J.Y., McKeithan, T.W., Fu, K., Green, M., Chan, W.C., and Iqbal, J., Adult High-Grade B-Cell Lymphoma with Burkitt Lymphoma Signature: Genomic Features and Potential Therapeutic Targets. Blood, 2017. 130(16): p. 1819-1831.

421. Aldoss, I., Pham, A., Li, S.M., Gendzekhadze, K., Afkhami, M., Telatar, M., Hong, H., Padeganeh, A., Bedell, V., Cao, T., Khaled, S.K., Malki, M.M.A., Salhotra, A., Ali, H., Aribi, A., Palmer, J., Aoun, P., Spielberger, R., Stein, A.S., Snyder, D., O'Donnell, M.R., Murata-Collins, J., Senitzer, D., Weisenburger, D., Forman, S.J., Pullarkat, V., Marcucci, G., Pillai, R., and Nakamura, R., Favorable Impact of Allogeneic Stem Cell Transplantation in Patients with Therapy-Related Myelodysplasia Regardless of TP53 Mutational Status. Haematologica, 2017. 102(12): p. 2030-2038.

422. El Behery, R., Laurini, J.A., Weisenburger, D.D., Smith, L.M., Dave, B.J., Yuan, J., Fu, K., Chan, W.C., Nathwani, B.N., Bierman, P.J., Bociek, R.G., Vose, J.M., Armitage, J.O., Greiner, T.C., and Aoun, P., Follicular Large Cleaved Cell (Centrocytic) Lymphoma: An Unrecognized Variant of Follicular Lymphoma. Human Pathology, 2018. 72: p. 180-190.

423. Herrera, A.F., Rodig, S.J., Song, J.Y., Kim, Y., Griffin, G.K., Yang, D., Nikolaenko, L., Mei, M., Bedell, V., Dal Cin, P., Pak, C., Alyea, E.P., Budde, L.E., Chen, R., Chen, Y.-B., Chan, W.C., Cutler, C.S., Ho, V.T., Koreth, J., Krishnan, A., Murata-Collins, J.L., Nikiforow, S., Palmer, J., Pihan, G.A., Pillai, R., Popplewell, L., Rosen, S.T., Siddiqi, T., Sohani, A.R., Zain, J., Kwak, L.W., Weisenburger, D.D., Weinstock, D.M., Soiffer, R.J., Antin, J.H., Forman, S.J., Nademanee, A.P., and Armand, P., Outcomes after Allogeneic Stem Cell Transplantation in Patients with Double-Hit and Double-Expressor Lymphoma. Biology of Blood and Marrow Transplantation, 2018. 24(3): p. 514-520.

424. Wang, S.S., Carrington, M., Berndt, S.I., Slager, S.L., Bracci, P.M., Voutsinas, J., Cerhan, J.R., Smedby, K.E., Hjalgrim, H., Vijai, J., Morton, L.M., Vermeulen, R., Paltiel, O., Vajdic, C.M., Linet, M.S., Nieters, A., de Sanjose, S., Cozen, W., Brown, E.E., Turner, J., Spinelli, J.J., Zheng, T., Birmann, B.M., Flowers, C.R., Becker, N., Holly, E.A., Kane, E., Weisenburger, D., Maynadie, M., Cocco, P., Albanes, D., Weinstein, S.J., Teras, L.R., Diver, W.R., Lax, S.J., Travis, R.C., Kaaks, R., Riboli, E., Benavente, Y., Brennan, P., McKay, J., Delfau-Larue, M.-H., Link, B.K., Magnani, C., Ennas, M.G., Latte, G., Feldman, A.L., Doo, N.W., Giles, G.G., Southey, M.C., Milne, R.L., Offit, K., Musinsky, J., Arslan, A.A., Purdue, M.P., Adami, H.-O., Melbye, M., Glimelius, B., Conde, L., Camp, N.J., Glenn, M., Curtin, K., Clavel, J., Monnereau, A., Cox, D.G., Ghesquières, H., Salles, G., Bofetta, P., Foretova, L., Staines, A., Davis, S., Severson, R.K., Lan, Q., Brooks-Wilson, A., Smith, M.T., Roman, E., Kricker, A., Zhang, Y., Kraft, P., Chanock, S.J., Rothman, N., Hartge, P., and Skibola, C.F., HLA Class I and II Diversity Contributes to the Etiologic Heterogeneity of Non-Hodgkin Lymphoma Subtypes. Cancer Research, 2018. 78(14): p. 4086-4096.

425. Mottok, A., Wright, G., Rosenwald, A., Ott, G., Ramsower, C., Campo, E., Braziel, R.M., Delabie, J., Weisenburger, D.D., Song, J.Y., Chan, W.C., Cook, J.R., Fu, K., Greiner, T., Smeland, E., Holte, H., Savage, K.J., Glinsmann-Gibson, B.J., Gascoyne, R.D., Staudt, L.M., Jaffe, E.S., Connors, J.M., Scott, D.W., Steidl, C., and Rimsza, L.M., Molecular Classification of Primary Mediastinal Large B-Cell Lymphoma Using Routinely Available Tissue Specimens. Blood, 2018. 132(22): p. 2401-2405.

426. Martín-Garcia, D., Navarro, A., Valdés-Mas, R., Clot, G., Gutiérrez-Abril, J., Prieto, M., Ribera-Cortada, I., Woroniecka, R., Rymkiewicz, G., Bens, S., de Leval, L., Rosenwald, A., Ferry, J.A., Hsi, E.D., Fu, K., Delabie, J., Weisenburger, D., de Jong, D., Climent, F., O'Connor, S.J., Swerdlow, S.H., Torrents, D., Beltran, S., Espinet, B., González-Farré, B., Veloza, L., Costa, D., Matutes, E., Siebert, R., Ott, G., Quintanilla-Martinez, L., Jaffe, E.S., López-Otín, C., Salaverria, I., Puente, X.S., Campo, E., and Beà, S., *CCND2* and *CCND3* Hijack Immunoglobulin Light-Chain Enhancers in Cyclin D1⁻ Mantle Cell Lymphoma. Blood, 2019. 133(9): p. 940-951.

427. Koutros, S., Harris, S.A., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Kim, S., Albert, P.S., Kachuri, L., Pahwa, M., Cantor, K.P., Weisenburger, D.D., Pahwa, P., Pardo, L.A., Dosman, J.A., Demers, P.A., and Beane Freeman, L.E., Non-Hodgkin Lymphoma Risk and Organophosphate and Carbamate Insecticide Use in the North American Pooled Project. Environment International, 2019. 127: p. 199-205.

428. Mohanty, A., Sandoval, N., Phan, A., Nguyen, T.V., Chen, R.W., Budde, E., Mei, M., Popplewell, L., Pham, L.V., Kwak, L.W., Weisenburger, D.D., Rosen, S.T., Chan, W.C., Müschen, M., and Ngo, V.N., Regulation of SOX11 Expression through CCND1 and STAT3 in Mantle Cell Lymphoma. Blood, 2019. 133(4): p. 306.

429. Heavican, T.B., Bouska, A., Yu, J., Lone, W., Amador, C., Gong, Q., Zhang, W., Li, Y., Dave, B.J., Nairismägi, M.-L., Greiner, T.C., Vose, J., Weisenburger, D.D., Lachel, C., Wang, C., Fu, K., Stevens, J.M., Lim, S.T., Ong, C.K., Gascoyne, R.D., Missiaglia, E., Lemonnier, F., Haioun, C., Hartmann, S., Pedersen, M.B., Laginestra, M.A., Wilcox, R.A., Teh, B.T., Yoshida, N., Ohshima, K., Seto, M., Rosenwald, A., Ott, G., Campo, E., Rimsza, L.M., Jaffe, E.S., Braziel, R.M., d'Amore, F., Inghirami, G., Bertoni, F., de Leval, L., Gaulard, P., Staudt, L.M., McKeithan, T.W., Pileri, S., Chan, W.C., and Iqbal, J., Genetic Drivers of Oncogenic Pathways in Molecular Subgroups of Peripheral T-Cell Lymphoma. Blood, 2019. 133(15): p. 1664-1676.

430. Salhotra, A., Afkhami, M., Yang, D., Mokhtari, S., Telatar, M., Gu, D., Pillai, R.K., Weisenburger, D.D., Murata-Collins, J., Weigel, D., Aoun, P., Aldoss, I., Al Malki, M.M., Khaled, S., Mei, M., Ali, H., Aribi, A., Budde, E., Sandhu, K., O'Donnell, M., Snyder, D., Pullarkat, V., Forman, S.J., Marcucci, G., Nakamura, R., and Stein, A., Allogeneic Hematopoietic Cell Transplantation Outcomes in Patients Carrying Isocitrate Dehydrogenase Mutations. Clinical Lymphoma Myeloma and Leukemia, 2019. 19(7): p. e400-e405.

431. Sibon, D., Nguyen, D.-P., Schmitz, N., Suzuki, R., Feldman, A.L., Gressin, R., Lamant, L., Weisenburger, D.D., Rosenwald, A., Nakamura, S., Ziepert, M., Maurer, M.J., Bast, M., Armitage, J.O., Vose, J.M., Tilly, H., Jais, J.-P., and Savage, K.J., Alk-Positive Anaplastic Large-Cell Lymphoma in Adults: An Individual Patient Data Pooled Analysis of 263 Patients. Haematologica, 2019: p. haematol.2018.213512.

432. Cerhan, J.R., Kane, E., Vajdic, C.M., Linet, M.S., Monnereau, A., Bernstein, L., de Sanjose, S., Chiu, B.C.-H., Spinelli, J.J., Maso, L.D., Zhang, Y., Larrabee, B.R., Cozen, W., Smith, A.G., Clavel, J., Serraino, D., Zheng, T., Holly, E.A., Weisenberger, D.D., Slager, S.L., and Bracci, P.M., Blood Transfusion History and Risk of Non-Hodgkin Lymphoma: An Interlymph Pooled Analysis. Cancer Causes & Control, 2019. 30(8): p. 889-900.

433. Zhong, C., Gragert, L., Maiers, M., Hill, B.T., Garcia-Gomez, J., Gendzekhadze, K., Senitzer, D., Song, J., Weisenburger, D., Goldstein, L., and Wang, S.S., The Association between HLA and Non-Hodgkin Lymphoma Subtypes, among a Transplant-Indicated Population. Leukemia & Lymphoma, 2019: p. 1-10.

434. Padeganeh A, Song J, Aoun P, Mei M, Ali H, Weisenburger DD, Murata-Collins JL. Clinical Relevance of Normal Diploid Workflow in Microarray Analysis of Massively Aneuploid Genomes: Lessons from a Case of B-Lymphoblastic Leukemia. Atlas Genet Cytogenet Oncol Haematol. Published online only, http://atlasgeneticsoncology.org/Reports/AneuploidGenomePadeganehID100097.html

435. Pahwa, M., Beane Freeman, L.E., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Punam Pahwa, P.P., Dosman, J.A., Demers, P.A., and Harris, S.A., Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project. Scandinavian Journal of Work, Environment & Health, 2019(6): p. 600-609.

436. Cantu, D., Alvarado, Y., Murata-Collins, J., and Weisenburger, D.D., Blastic Transformation of Mantle Cell Lymphoma with B-Lymphoblastic Features. Human Pathology: Case Reports, 2019. 17: p. 200313.

437. Cantu D, Pillai R, Homan S, Nathwani B, Weisenburger DD. B-cell Lymphoma with Features Intermediate Between Diffuse Large B-cell Lymphoma and Mantle Cell Lymphoma. Hematopathology, 2019. 4(1): 1-8.

438. Amador, C., Greiner, T.C., Heavican, T.B., Smith, L.M., Galvis, K.T., Lone, W., Bouska, A., D'Amore, F., Pedersen, M.B., Pileri, S., Agostinelli, C., Feldman, A.L., Rosenwald, A., Ott, G., Mottok, A., Savage, K.J., de Leval, L., Gaulard, P., Lim, S.T., Ong, C.K., Ondrejka, S.L., Song, J., Campo, E., Jaffe, E.S., Staudt, L.M., Rimsza, L.M., Vose, J., Weisenburger, D.D., Chan, W.C., and Iqbal, J., Reproducing the Molecular Subclassification of Peripheral T-Cell Lymphoma-NOS by Immunohistochemistry. Blood, 2019. 134(24): p. 2159-2170.

439. Zhong, C., Chao, C.R., Song, J.Y., Weisenburger, D.D., Luo, J., Ding, Y.C., Neuhausen, S.L., Bernstein, L., Cozen, W., and Wang, S.S., Follicular Lymphoma Polygenic Risk Score Is Associated with Increased Disease Risk but Improved Overall Survival among Women in a Population Based Case-Control in Los Angeles County California. Cancer Epidemiol, 2020. 65: p. 101688.

440. Latifovic, L., Freeman, L.E.B., Spinelli, J.J., Pahwa, M., Kachuri, L., Blair, A., Cantor, K.P., Zahm, S.H., Weisenburger, D.D., McLaughlin, J.R., Dosman, J.A., Pahwa, P., Koutros, S., Demers, P.A., and Harris, S.A., Pesticide Use and Risk of Hodgkin Lymphoma: Results from the North American Pooled Project (NAPP). Cancer Causes Control, 2020. 31(6): p. 583-599.

441. Zhong, C., Seibold, P., Chao, C.R., Cozen, W., Song, J.Y., Weisenburger, D., Bernstein, L., and Wang, S.S., Assessing Cancer Treatment Information Using Medicare and Hospital Discharge Data among Women with Non-Hodgkin Lymphoma in a Los Angeles County Case-Control Study. Cancer Epidemiol Biomarkers Prev, 2020. 29(5): p. 936-941.

442. Song, J.Y., Egan, C., Bouska, A.C., Zhang, W., Gong, Q., Venkataraman, G., Herrera, A.F., Chen, L., Ottesen, R., Niland, J.C., Bedell, V., Valle-Catuna, M., Murata-Collins, J., Weisenburger, D.D., Iqbal, J., Jaffe, E.S., and Chan, W.C., Genomic Characterization of Diffuse Large B-Cell Lymphoma Transformation of Nodular Lymphocyte-Predominant Hodgkin Lymphoma. Leukemia, 2020.

443. Mahale, P., Weisenburger, D.D., Kahn, A.R., Gonsalves, L., Pawlish, K., Koch, L., Tirado-Gomez, M., Clarke, C.A., Alverson, G., Shiels, M.S., and Engels, E.A., Anaplastic Large Cell Lymphoma in Human Immunodeficiency Virus-Infected People and Solid Organ Transplant Recipients. British Journal of Haematology, 2020.

444. Mallick, J., Zain, J., and Weisenburger, D.D., Extranodal Natural Killer/T-Cell Lymphoma with Paraneoplastic Eosinophilic Myositis. Human Pathology: Case Reports, 2020. 21: p. 200391.

445. Kachuri L, Beane Freeman LE, Spinelli JJ, Blair A, Pahwa M, Koutros S, Zahm SH, Cantor KP, Weisenburger DD, Pahwa P, Dosman JA, Mclaughlin JR, Demers PA, Harris SA. Insecticide Use and Risk of Non-Hodgkin Lymphoma Subtypes: A Subset Meta-Analysis of the North American Pooled Project. International J Cancer. (in press)

446. Song JY, et al. Double-hit Signature with TP53 Abnormalities Predicts Poor Survival in Patients with Diffuse Large B-cell Lymphoma Treated with R-CHOP. (submitted)

447. Boyle T, Bracci PM, Kleinstern G, Cerhan JR, Benavente Y, Casabonne D, Chiu BC, Habermann TM, Holly EA, Liebow M, Norman A, Paltie O, Robinson D, Rothman N, Seir RA, Slager SL, Villeneuve P, Wang SS, Weisenburger DD, Spinelli JJ. Physical Activity and the Risk of Non-Hodgkin Lymphoma Subtypes: A Pooled Analysis. (submitted)

448. Di Raimondo C, Rubio-Gonzalez B, Palmer J, Weisenburger DD, Zain J, Rosen ST, Song J, Querfeld C. Expression of Immune Checkpoint Molecules PD1, PD-L1 and ICOS in Mycosis Fungoides and Sézary Syndrome: Correlation with Disease and Clinical Outcome. (submitted)

449. Mahale P, Nomburg J, Song JY, Steinberg M, Starrett G, Boland J, Lynch CF, Chadburn A, Rubenstein PG, Hernandez BY, Weisenburger DD, Bullman S, Meyerson M, Engels EA. Metagenomic Analysis to Identify Novel Infectious Agents in Systemic Anaplastic Large Cell Lymphoma. (submitted)

450. Lone W, Bouska A, Sharma S, Amador C, Saumyaranjan M, Herek T, Heavican T, Yu J, McKeithan TW, Greiner TC, Weisenburger DD, Pileri S, Vose JM, Chan WC, Iqbal J. Genome-wide MicroRNA Expression Profiling of Molecular Subgroups of Peripheral T-cell Lymphoma. (submitted)

451. Ngo VN, Khanair V, Phan A, Yang L, Nelson M, Hu N, Geng H, Lee J, Sandras T, Pham LV, Song JY, Weisenburger DD, Chan WC, Singer B, Müschen M. CEACAM1 Orchestrates Lipid Raft Dynamics and Oncogenic BCR Signaling in Mantle Cell Lymphoma. (submitted)

452. Lone W, Bouska A, Herek TA, Amador C, Li X, Heavican T, Elgamal D, Bi C, Hartert K, Yu J, Saumyranjan M, Greiner TC, Vose J, Weisenburger DD, McKeithan TW, Fu K, Green M, Chan WC, Iqbal J. High Grade B-cell Lymphoma Unclassifiable with Diffuse Large B-cell Lymphoma Gene Expression Signatures: Genomic Features and Potential Therapeutic Targets. (submitted)

**Publications (review articles), 15 Total**

1. Coleman, M., Armitage, J.O., Gaynor, M., McDermott, D., Weisenburger, D.D., Adler, K., Beshevkin, M., Silver, R.T., Reisman, A.M., and Pasmantier, M.W., The Cop-Blam Programs: Evolving Chemotherapy Concepts in Large Cell Lymphoma. Semin Hematol, 1988. 25(2 Suppl 2): p. 23-33.

2. Harrington, D.S., Weisenburger, D.D., and Purtilo, D.T., Epstein-Barr Virus--Associated Lymphoproliferative Lesions. Clin Lab Med, 1988. 8(1): p. 97-118.

3. Vose, J.M., Weisenburger, D.D., Sanger, W.G., Bierman, P.J., and Armitage, J.O., Peripheral T-Cell Lymphoma-a Brief Review. Leuk Lymphoma, 1990. 3(2): p. 77-86.

4. Weisenburger, D.D., Non-Hodgkin's Lymphomas of Primary Follicle/Mantle Zone Origin. Leukemia, 1991. 5 Suppl 1: p. 26-29.

5. Weisenburger DD. Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies. Cancer Res, 1992. 52:5456s-5464s.

6. Weisenburger, D.D. and Chan, W.C., Lymphomas of Follicles. Mantle Cell and Follicle Center Cell Lymphomas. Am J Clin Pathol, 1993. 99(4): p. 409-420.

7. Weisenburger, D.D., Potential Health Consequences of Ground-Water Contamination by Nitrates in Nebraska. Nebr Med J, 1993. 78(1): p. 7-12.

8. Weisenburger, D.D., Human Health Effects of Agrichemical Use. Hum Pathol, 1993. 24(6): p. 571-576.

9. Weisenburger, D.D., Epidemiology of Non-Hodgkin's Lymphoma: Recent Findings Regarding an Emerging Epidemic. Ann Oncol, 1994. 5 Suppl 1: p. 19-24.

10. Vose, J.M., Anderson, J.R., Bierman, P.J., Bast, M., Weisenburger, D., Chan, W.C., Bishop, M.R., and Armitage, J.O., Comparison of Front-Line Chemotherapy for Aggressive Non-Hodgkin's Lymphoma Using the Cap-Bop Regimens. The Nebraska Lymphoma Study Group. Semin Hematol, 1994. 31(2 Suppl 3): p. 4-8.

11. Delabie, J., Chan, W.C., Weisenburger, D.D., and De Wolf-Peeters, C., The Antigen-Presenting Cell Function of Reed-Sternberg Cells. Leuk Lymphoma, 1995. 18(1-2): p. 35-40.

12. Darrington DL, Vose JM, Anderson JR, Bierman PJ, Bishop MR, Chan WC, Morris ME, Reed EC, Sanger WC, Tarantolo SR, Weisenburger, DD, Kessinger A, Armitage JO. Incidence and Characterization of Secondary Myelodysplastic Syndrome and Acute Myelogenous Leukemia Following High-dose Chemotherapy and Autologous Stem-cell Transplantation for Lymphoid Malignancies. Classic Papers and Current Comments, 1996. 1:406-414.

13. Weisenburger, D.D. and Armitage, J.O., Mantle Cell Lymphoma-- an Entity Comes of Age. Blood, 1996. 87(11): p. 4483-4494.

14. Armitage, J.O. and Weisenburger, D.D., New Approach to Classifying Non-Hodgkin's Lymphomas: Clinical Features of the Major Histologic Subtypes. Non-Hodgkin's Lymphoma Classification Project. J Clin Oncol, 1998. 16(8): p. 2780-2795.

15. Weisenburger DD. The Importance of Accurate Diagnosis in T-cell Lymphoma: A Pathologist's Perspective. Clin Adv Hematol Oncol, 2011. 9:5-8.

**Editorials and Letters, 25 Total**

Editorials:

1. Weisenburger DD. An Epidemic of Non-Hodgkin's Lymphoma: Comments on Time Trends, Possible Etiologies, and the Role of Pathology. Mod Pathol, 1992. 5:481-482.

2. Weisenburger DD. Progress in the Classification of Non-Hodgkin's Lymphoma. Am J Clin Pathol, 1993. 100:367-368.

3. Delabie J, Weisenburger DD, Chan WC. Hodgkin's Disease: A Monoclonal Lymphoproliferative Disorder? Histopathol, 1995. 27:93-96.

4. Armitage JO, Vose JM, Weisenburger DD. Towards Understanding the Peripheral T-cell Lymphomas. Ann Oncol, 2004. 15:1447-1449.

Published Letters:

1. Weisenburger DD, Helms CM, Viner JP, Renner E. Demonstration of the Legionnaires' Bacillus in Hilar Lymph Nodes. Arch Pathol Lab Med, 1979. 103:153.

2. Weisenburger DD, Fry GL, Hoak JC. Thrombotic Thrombocytopenic Purpura: Conflicting Results of In-Vitro Studies. Lancet, 1980. 1:99-100.

3. Weisenburger DD, Purtilo DT. Registry for Angiofollicular Lymph Node Hyperplasia. Ann Int Med, 1984. 102:132.

4. Weisenburger DD, Bierman PJ. Specificity of Leu-M1 Antibody for Reed-Sternberg Cells. Am J Clin Pathol, 1985. 84:408.

5. Williams TL, Weisenburger DD, Gnarra DG. Cell Surface and Serum Monoclonal Immunoglobulin in Burkitt's Lymphoma. Arch Pathol Lab Med, 1985. 109:389.

6. Weisenburger DD. Mantle-Zone Lymphoma: Another Opinion. Am J Surg Pathol, 1986. 10:733-734.

7. Armitage JO, Weisenburger DD. Chemotherapy of Diffuse Large Cell Lymphoma. J Clin Oncol, 1986. 4:1420-1421.

8. Zahm SH, Blair A, Weisenburger DD. Sex Differences in the Risk of Multiple Myeloma Associated with Agriculture. Br J Indust Med, 1992. 49:815-816.

9. Weisenburger DD. Mantle Cell Lymphoma. Am J Surg Pathol, 1993. 17:639-640.

10. Anderson JR, Armitage JO, Weisenburger DD. More on Follicular Lymphoma. J Clin Oncol 1993. 11:1834-1835.

11. Weisenburger DD. The Health Effects of Agrichemicals: Herbicides and Soft Tissue Sarcomas. Human Pathol, 1994. 24:1384-1385.

12. Chan WC, Elmberger G, Lozano MD, Sanger W, Weisenburger DD. Large-Cell Anaplastic Lymphoma-specific Translocation in Hodgkin's Disease. Lancet, 1995. 345:921.

13. Weisenburger DD, Armitage JO. Serum Ig Abnormalities in Mantle Cell Lymphoma - Response. Blood, 1997. 90:895-896.

14. Weisenburger DD. Nodal Marginal Zone Lymphoma. Am J Surg Pathol, 2000. 24:315.

15. Ward MH, Mark SD, Cantor KP, Weisenburger DD, Correa-Villasenor A. Non-Hodgkin's Lymphoma and Nitrate in Drinking Water. J Epidemiol Commun Health, 2000. 54:772-773.

16. Gesk S, Klapper W, Martin-Subero JI, Nagel I, Harder L, Fu K, Bernd HW, Weisenburger DD, Parwaresch R, Siebert R. Activation of Cyclin D2 by Chromosomal Translocations in Cyclin D1-negative Mantle Cell Lymphoma. Blood, 2006. 108: 1109-1110.

17. Thieblemont C, Rolland D, Baseggio L, Felman P, Gazzo S, Callet-Bauchu E, Traverse-Glehen A, Houlgatte R, Fu K, Weisenburger D, et al. Comprehensive Analysis of GST-π Expression in B-cell Lymphomas: Correlation with Histological Subtypes and Survival. Leuk, 2008. 7:1403-1406.

18. Kendrick S, Tus K, Wright G, Jaffe ES, Rosenwald A, Campo E, Chan WC, Connors JM, Braziel RM, Ott G, Delabie J, Cook JR, Weisenburger DD, Greiner TC, Fu K, Staudt LM, Gascoyne RD, Scott DW, and Rimsza LM, Diffuse Large B-Cell Lymphoma Cell-of-Origin Classification Using the Lymph2cx Assay in the Context of Bcl2 and Myc Expression Status. Leuk Lymphoma, 2016. 57(3): p. 717-720.

19. Weisenburger, D.D. and Gross, T.G., Post-Transplant Lymphoproliferative Disorder: A Heterogeneous Conundrum. Br J Haematol, 2016.

20. Fetica B, Pop B, Blaga ML, Fulop A, Dima D, Zdrenghea MT, Vlad CI, Bojan AS, Achimas-Cadariu P, Lisencu CI, Irimie A, and Weisenburger DD, High Prevalence of Viral Hepatitis in a Series of Splenic Marginal Zone Lymphomas from Romania. Blood Cancer J, 2016. 6(11): p. e498.

21. Wang SS, Luo J, Cozen W, Lu Y, Halley-Sullivan J, Voutsinas J, Zhong C, Song J, Lacey JV, Jr, Weisenburger D, and Bernstein L, Sun Sensitivity, Indoor Tanning and B-Cell Non-Hodgkin Lymphoma Risk among Caucasian Women in Los Angeles County. Br J Haematol, 2017. 177(1): p. 153-156.

**Book Chapters, 37 Total**

1. Smith FG, Weisenburger DD, Matson JR. Renal Response to Immunologic Injury. In Pediatrics Update: Reviews for Physicians (AJ Moss, Ed.), Elsevier North-Holland, Inc., New York, 1981:249-263.

2. Weisenburger DD, Purtilo DT. Failure in Immunologic Control of Epstein-Barr Virus Infection: Fatal Infectious Mononucleosis. In The Epstein-Barr Virus: Recent Advances (MA Epstein and BG Achong, Eds.), William Heinemann Medical books Ltd., London, 1986:127-161.

3. Vaughan WP, Weisenburger DD, Sanger WG, Gale RP, Armitage JO. Early Leukemic Recurrence of Non-Hodgkin's Lymphoma After High Dose Anti-Neoplastic Therapy with Autologous Marrow Rescue. In Recent Advances in Bone Marrow Transplantation (RP Gale, R Champlin, Eds.), Alan R. Liss, Inc., New York, 1987:787-796.

4. Linder J, Ye JL, Armitage JO, Weisenburger DD. Monoclonal Antibodies Marking T- and B-Lymphocytes in Paraffin Embedded Tissue. In Leukocyte Typing III: White Cell Differentiation Antigens (AJ McMichael, Ed.), Oxford University Press, Oxford, 1987:297-301.

5. Weisenburger DD, Harrington DS, Armitage JO. B-Cell Neoplasia Recapitulates the Normal Humoral Immune Response. In Recent Advances in Leukemia and Lymphoma (RP Gale, DW Golde, Eds.), Alan R. Liss, Inc., New York, 1987:535-543.

6. Harrington DS, Weisenburger DD, Purtilo DT. Lymphoproliferative Disorders Associated with Epstein-Barr Virus. In Clinics in Laboratory Medicine: Classification, Diagnosis, and Molecular Biology of Lymphoproliferative Disorders (FR Davey, Ed.), W.B. Saunders Co., Philadelphia, 1988:97-118.

7. Duggan MJ, Weisenburger DD, Sun NCJ, Purtilo DT. Bone Marrow Findings in Immunodeficiency Syndromes. In: Hematology/Oncology Clinics of North America (B Hyun, Ed.), W.B. Saunders Co., Philadelphia, 1988:637-656.

8. Kessinger A, Armitage JO, Landmark JD, Smith DM, Weisenburger DD. Restoration of Hematopoietic Function with Autologous Cryopreserved Peripheral Stem Cells. In Autologous Bone Marrow Transplantation III (K Dicke, G Spitzer, S Jagannath, Eds.), University of Texas Press, Houston, 1987:681-685.

9. Sharp JG, Mann SL, Kessinger A, Joshi SS, Crouse DA, Weisenburger DD. Detection of Occult Breast Cancer Cells in Cultured Pre-Transplantation Bone Marrow. In Autologous Bone Marrow Transplantation III (K Dicke, G Spitzer, S Jagannath, Eds.), University of Texas Press, Houston, 1987:497-502.

10. Smith DM, Kessinger A, Lobo F, Schouten HC, Landmark JD, Weisenburger DD, Armitage JO. Peripheral Blood Stem Cell Collection and Toxicity. In Autologous Bone Marrow Transplantation III (K Dicke, G Spitzer, S Jagannath, Eds.), University of Texas Press, Houston, 1989:697-701.

11. Sharp JG, Armitage JO, Crouse D, Joshi SS, Kessinger A, Mann S, Vaughan WP, Weisenburger DD. Recent Progress in the Detection of Metastatic Tumor in Bone Marrow by Culture Techniques. In Autologous Bone Marrow Transplantation IV (K Dicke, G Spitzer, S Jagannath, Eds.), MD Anderson Press, Houston, 1989:421-425.

12. Sharp JG, Armitage JO, Crouse D, DeBoer J, Joshi S, Mann S, Weisenburger DD, Kessinger A. Are Occult Tumor Cells Present in Peripheral Stem Cell Harvests of Candidates for Autologous Transplantation? In Autologous Bone Marrow Transplantation IV (K Dicke, G Spitzer, S Jagannath, Eds.), MD Anderson Press, Houston, 1989:693-696.

13. Weisenburger DD, Harrington DS, Armitage JO. B-Cell Neoplasia. A Conceptual Understanding Based on the Normal Humoral Immune Response. In Pathology Annual (PP Rosen, RE Fechner, Eds.), Appleton & Lange, East Norwalk, 1990:99-115.

14. Weisenburger DD, Duggan MJ, Perry DA, Sanger WG, Armitage JO. Non-Hodgkin's Lymphomas of Mantle Zone Origin. In Pathology Annual (PP Rosen, RE Fechner, Eds.), Appleton & Lange, East Norwalk, 1991:139-158.

15. Vose JM, Bierman PJ, Weisenburger DD, Armitage JO. The Therapy of Non-Hodgkin's Lymphomas. Introduction and Overview. In Hematology/Oncology Clinics of North America (JO Armitage, Ed.) 5; 1991:845-852.

16. Sharp JG, Kessinger MA, Pirruccello SJ, Masih AS, Mann SL, DeBoer J, Sanger WG, Weisenburger DD. Frequency of Detection of Suspected Lymphoma Cells in Peripheral Blood Stem Cell Collections. In Autologous Bone Marrow Transplantation V (KA Dicke, JO Armitage, Eds.), University of Nebraska Press, Lincoln, 1991:801-810.

17. Sharp JG, Vaughan WP, Kessinger A, Mann SL, DeBoer J, Sanger WG, Weisenburger DD. Significance of Detection of Tumor Cells in Hematopoietic Stem Cell Harvests of Patients with Breast Cancer. In Autologous Bone Marrow Transplantation V (K Dicke, J Armitage, Eds.), University of Nebraska Press, Lincoln, 1991:385-392.

18. Weisenburger DD. Potential Health Consequences of Groundwater Contamination by Nitrates in Nebraska. In Proceedings of NATO Advanced Research Workshop on Nitrate Contamination: Exposure, Consequences, and Control (I Bogardi, Ed.), Springer-Verlag, Berlin and Heidelberg, 1991:309-315.

19. Weisenburger DD, Crespi M, Forman D, Hotchkiss JH, Leach SA, Møller H, Mirvish SS. Medical Panel Consensus Statement on the Potential Health Consequences of Elevated Nitrate Levels in Drinking Water. In Proceedings of NATO Advanced Research Workshop on Nitrate Contamination: Exposure, Consequences, and Control (I Bogardi, Ed.), Springer-Verlag, Berlin and Heidelberg, 1991:327-329.

20. Weisenburger DD. Mantle Cell Lymphoma. In Neoplastic Hematopathology (DM Knowles, Ed.), Williams and Wilkins, Baltimore, 1992:617-628.

21. Sharp JG, Kessinger A, Armitage JO, Bierman P, Crouse D, Mann S, Pirruccello S, Vose J, Weisenburger DD. Clinical Significance of Occult Tumor Cell Contamination of Hematopoietic Harvests in Non-Hodgkin's Lymphoma and Hodgkin's Disease. In Proceedings of International Symposium on Autologous Bone Marrow Transplantation for Lymphomas, Hodgkin's Disease and Multiple Myeloma (A. Zander, B. Barlogie, Eds.), Springer-Verlag, Berlin, 1993:123-132.

22. Sharp JG, Kessinger A, Armitage JO, Bierman PJ, Mann SL, Reed EC, Weisenburger DD. Influence of Minimal Tumor Contamination of Hematopoietic Harvests on Clinical Outcome of Patients Undergoing High Dose Therapy and Transplantation. In Autologous Bone Marrow Transplantation VI (KA Dicke, Ed.), 1993:223-226.

23. Weisenburger DD. Human Health Effects of Agrichemical Use. In Monograph of Environmental and Occupational Disease (JE Craighead, Ed.), Universities Associated for Research and Education in Pathology, 1993:59-66.

24. Zahm SH, Weisenburger DD, Saal RC, Vaught JB, Babbitt PA, Blair A. Pesticides and Multiple Myeloma in Men and Women in Nebraska. In Supplement to Agricultural Health and Safety: Workplace, Environment, Sustainability. (HH McDuffie, JA Dosman, KM Semchuk, SA Olenchock, A Santhilselvan, Eds.), University of Saskatchewan, Saskatoon, 1994:75-81.

25. Zahm SH, Weisenburger DD, Saal RC, Vaught JB, Babbitt PA, Blair A. Pesticide Use, Genetic Susceptibility, and Non-Hodgkin's Lymphoma in Women. In Agricultural Health and Safety: Workplace, Environment, Sustainability. (HH McDuffie, JA Dosman, KM Semchuk, SA Olenchock, A Santhilselvan, Eds.), CRC Press Inc., Lewis Publishers, Boca Raton, FL, 1995:127-133.

26. Zahm SH, Weisenburger DD, Cantor KP, Holmes FF, Blair A. Non-Hodgkin's Lymphoma and the Use of Atrazine: Results from Three Case-Control Studies. In Agricultural Health and Safety: Workplace, Environment, Sustainability. (HH McDuffie, JA Dosman, KM Semchuk, SA Olenchock, A Santhilselvan, Eds.), CRC Press Inc., Lewis Publishers, Boca Raton, FL, 1995:151-156.

27. Ward MH, Zahm SH, Weisenburger DD, Cantor KP, Saal RC, Blair A. Diet and Drinking Water Source: Association with Non-Hodgkin's Lymphoma in Eastern Nebraska. In Agricultural Health and Safety: Workplace, Environment, Sustainability. (HH McDuffie, JA Dosman, KM Semchuk, SA Olenchock, A Santhilselvan, Eds.), CRC Press Inc., Lewis Publishers, Boca Raton, FL, 1995:143-150.

28. Alizadeh A, Eisen M, Davis RE, Ma C, Sabet H, Truc T, Powell JI, Yang L, Marti GE, Moore T, Hudson J, Chan WC, Greiner TC, Weisenburger DD, Armitage JO, Lossos I, Levy R, Botstein D, Brown PO, Staudt LM. The Lymphochip: A Specialized cDNA Microarray for the Genomic-scale Analysis of Gene Expression in Normal and Malignant Lymphocytes. In Proceedings of the Cold Spring Harbor Symposium on Quantitative Biology. Cold Spring Harbor Laboratory Press, LXIV: 71-78, 1999.

29. Weisenburger DD, Armitage JO. Mantle Cell Lymphoma. In Malignant Lymphomas (BW Hancock, PJ Selby, K MacLennan, JO Armitage, Eds.), Arnold, London, 2000:27-41.

30. Weisenburger DD. Mantle Cell Lymphoma. `In Neoplastic Hematopathology (DM Knowles, Ed.), Lippincott Williams and Wilkins, Philadelphia, PA, 2001:789-803.

31. Nathwani BN, Harris NL, Weisenburger DD, Isaacson PG, Piris MA, Berger F, Müller-Hermelink HK, Swerdlow SH. Follicular Lymphoma. In Pathology and Genetics of Tumors of the Haematopoietic and Lymphoid Tissues (ES Jaffe, NL Harris, H Stein, JW Vardiman, Eds), World Health Organization Classification of Tumours, IARC Press, Lyon, 2001:162-167.

32. Hiddemann W, Lenz G, Weisenburger DD, Dreyling MH. Mantle Cell Lymphoma. In Non-Hodgkin's Lymphomas (PM Mauch, JO Armitage, B Coiffier, R Dalla-Favera, NL Harris, Eds.), Lippincott Williams & Wilkins, Philadelphia, PA, 2004:461-476.

33. Pileri SA, Weisenburger DD, Sng I, Jaffe ES, Ralfkiaer E, Nakamura S, Müller-Hermelink HK. Peripheral T-cell Lymphoma, Not Otherwise Specified. In WHO Classification of Tumours of the Haematopoietic and Lymphoid Tissues (SH Swerdlow, E Campo, NL Harris, ES Jaffe, SA Pileri, H Stein, JW Vardiman, Eds). IARC Press, Lyon, 2008:306-308.

34. d'Amore F, de Nulley Brown P, Weisenburger DD. Epidemiology of Extranodal Lymphomas. In Textbook of Extranodal Lymphomas. Pathology and Management (F Cavalli, H Stein, E Zucca, Eds), Informa Healthcare, London, 2008:14-23.

35. Song JY, Weisenburger DD. Classification of Hodgkin and Non-Hodgkin Lymphoma. In Management of Lymphoma: A Case-Based Approach (J Zain, LW Kwak, Eds). Adis Press, Springer International Publising AG, Cham, Switzerland, 2017: 33-44.

36. Pileri SA, Weisenburger DD, Sng I, Nakamura S, Müller-Hermelink HK, Chan WC, Jaffe ES. Peripheral T-cell Lymphoma, NOS. In WHO Classification of Tumours of the Haematopoietic and Lymphoid Tissues (SH Swerdlow, E Campo, NL Harris, ES Jaffe, SA Pileri, H Stein, Thiele SH, Eds). IARC Press, Lyon, 2017: 403-407.

37. Siaghani PJ, Wong JT, Chan JC, Weisenburger DD, Song JY. Epidemiology and Pathology of T- and NK-Cell Lymphomas. In T-Cell and NK-Cell Lymphomas. From Biology to Novel Techniques. (Querfeld C, Zain J, Rosen S, Eds) Cancer Treatment and Research. Springer Nature, Cham, Switzerland, 2019: 1-29.

**Published Abstracts, 625 Total**

1. Weisenburger DD, Armitage JO, Dick F. Immunoblastic Lymphadenopathy with Pulmonary Infiltrates, Hypocomplementemia, and Vasculitis. A Hyperimmune Syndrome. In The Year Book of Medicine (DE Rogers, Ed.), Year Book Medical Publishers Inc., Chicago, 1980:147-148.

2. Weisenburger DD. Interstitial Pneumonitis Associated with Azathioprine Therapy. In The Year Book of Diagnostic Radiology (WM Whitehouse, Ed.), Year Book Medical Publishers Inc., Chicago, 1980:208-209.

3. Weisenburger DD, Helms CM, Renner ED. Sporadic Legionnaires' Disease. A Clinicopathologic Study of Twenty-Three Cases. Am J Clin Pathol 74:504, 1980.

4. Weisenburger DD, Helms CM, Renner ED. Sporadic Legionnaires' Disease. A Study of 23 Fatal Cases. In Internal Medicine Digest (AB Bergman, Ed.), International Synopses, 1981:11.

5. Weisenburger DD, Nathwani BN, Diamond LW, Winberg CD, Rappaport H. Malignant Lymphoma, Intermediate Lymphocytic Type: A Clinicopathologic Study of 42 Cases. Lab Invest 44:74A-75A, 1981.

6. Weisenburger DD, Kim H, Rappaport H. Mantle-Zone Lymphoma. Lab Invest 46:89A, 1982.

7. Helms C, Viner J, Weisenburger DD, Chiu L, Renner E, Johnson W. Clinical and Epidemiologic Observations in 87 Cases of Legionnaires' Disease. Symposium on Legionella, Center for Disease Control, 1983.

8. Weisenburger DD, Nathwani BN, Winberg CD, Rappaport H. Multicentric Angiofollicular Lymph Node Hyperplasia. A Clinicopathologic Study of 16 Cases with Evolution to Malignant Lymphoma in Four. Lab Invest 50:66A, 1984.

9. Weisenburger DD, Astorino RN, Glassy FJ, Miller CM, MacKenzie MR, Caggiano V. Peripheral T-Cell Lymphoma. A Clinicopathologic Study of a Morphologically Diverse Entity. International Congress of the International Academy of Pathology Proceedings, 1984.

10. Armitage JO, Weisenburger DD, Linder J, et al. Response of Diffuse Aggressive Lymphoma to Intensive Chemotherapy: The Effect of Histologic Subtype. Blood 64:178A, 1984.

11. Armitage JO, Weisenburger DD, Linder J, Purtilo DT. Histologic Transformation in Non-Hodgkin's Lymphomas (NHL): Progression to a More Aggressive Histologic Type Versus Second Neoplasm? Blood 64:152A, 1984.

12. Weisenburger DD, Daley DT, Armitage JO, Linder J. Intermediate Lymphocytic Lymphoma: An Immunohistologic Study with Comparison to Other Lymphocytic Lymphomas. Lab Invest 52:74A, 1985.

13. Weisenburger DD, Nathwani BN, Winberg CD, Rappaport H. Multicentric Angiofollicular Lymph Node Hyperplasia: Pathology of the Spleen. Lab Invest 52:74A, 1985.

14. Linder J, Daley DT, Armitage JO, Kay DH, Klassen LW, Weisenburger DD. Interleukin-2 Receptor (TAC) Expression in Non-Hodgkin's Lymphoma. Lab Invest 52:39A, 1985.

15. Linder J, Wilson RB, Armitage JO, Weisenburger DD. B Lymphocyte Monoclonal Antibody Reactivity with Neuroendocrine Tumors. Lab Invest 52:39A, 1985.

16. Sanger WG, Armitage JO, Weisenburger DD, Linder J, Purtilo DT. Serial Cytogenetic Studies in Malignant Lymphoma. Proc AACR 26:183, 1985.

17. Sanger WG, Weisenburger DD, Armitage JO, Fordyce R, Speaks S, Purtilo DT. Cytogenetics of Noncutaneous Peripheral T-Cell Lymphoma. Am J Hum Genet 37:A37, 1985.

18. Weisenburger DD, Sanger WG, Armitage JO, Purtilo DT. Intermediate Lymphocytic Lymphoma. An Immunophenotypic and Cytogenetic Analysis of 12 Cases. Blood 66:246A, 1985.

19. Weisenburger DD, Jackson JD, Gnarra DJ, Crouse DA, Sharp JG. Characterization of the Specific Defect in a Patient with Congenital Agranulocytosis (Kostman's Syndrome). Blood 66:81A, 1985.

20. Vaughan WP, Sanger WG, Weisenburger DD, Armitage JO. Early Leukemic Recurrence of Malignant Lymphoma (ML) After High Dose Therapy Supported by Infusion of Histologically Negative Autologous Marrow. Blood 66:192A, 1985.

21. Armitage JO, Weisenburger DD, Hutchens M, et al. Rapidly Responding Patients with Diffuse Large Cell Lymphoma (DLCL) have More Durable Remissions. Blood 66:212A, 1985.

22. Vaughan WP, Sanger WG, Weisenburger DD, Armitage JO. Leukemic Recurrence of Malignant Lymphoma (ML) after High Dose Therapy Supported by Infusion of Histologically Negative Autologous Marrow. Clin Res 33:891A, 1985.

23. Lipscomb Grierson HL, Armitage JO, Weisenburger DD, Purtilo DT. Epstein-Barr Virus (EBV) Serology in Patients with Non-Hodgkin's Lymphoma. Associations of Sex of Patients with Histologic Grade and Stage of Disease, and Response to Therapy. Second International Conference on Immunobiology and Prophylaxis of Human Herpesvirus Infections, 1985.

24. Meyers S, Weisenburger DD, Crouse D. Influence of Peripheral Blood Mononuclear Cells on the Quantitative Assessment of Bone Marrow Fibroblastoid Stromal Cells. UNMC Student Research Forum, 1985.

25. Weisenburger DD, Lipscomb Grierson HL, Purtilo DT. Immunologic Studies of Multicentric (M) and Unicentric (U) Angiofollicular Lymphoid Hyperplasia (AFH). Lab Invest 54:68A, 1986.

26. Weisenburger DD, Lipscomb Grierson HL, Daley DT, Purtilo DT, Linder J. Immunologic Studies of Sinus Histiocytosis with Massive Lymphadenopathy (SHML). Lab Invest 54:68A, 1986.

27. Harrington DS, Weisenburger DD, Daley DT, Linder J, Armitage JO. Monoclonal Antibody Analysis of B-Cell Lymphoma. Lab Invest 54:24A, 1986.

28. Harrington DS, Weisenburger DD, Purtilo DT. Malignant Lymphomas (ML) in X-Linked Lymphoproliferative Syndrome (XLP). Lab Invest 54:24A, 1986.

29. Mroczek EC, Weisenburger DD, Lipscomb Grierson HL, Purtilo DT. Fatal Epstein-Barr Virus-Associated Hemophagocytic Syndrome. Lab Invest 54:45A, 1986.

30. Linder J, Armitage JO, Weisenburger DD. B-Cell Monoclonal Antibodies in Paraffin and Frozen Tissue. Lab Invest 54:37A, 1986.

31. Purtilo DT, Lipscomb Grierson HL, Mroczek EC, Weisenburger DD. Fatal Infectious Mononucleosis (FIM). Failure in Immunological Control of Epstein-Barr Virus. Fed Proc 45:252, 1986.

32. Mackeen L, Brown M, Ip SH, Kung PC, Yasuda N, Harrington DS, Hinuma Y, Weisenburger DD, Lai P, Purtilo DT. Serum Interleukin-2 Receptors as a Marker for Active T-Cell Malignancies. Fed Proc 45:454, 1986.

33. Weisenburger DD, Armitage JO, Purtilo DT. Environmental Epidemiology of Non-Hodgkin's Lymphoma (NHL) in Eastern Nebraska. Fed Proc 45:640, 1986.

34. Armitage JO, Linder J, Weisenburger DD, Purtilo DT. Clinical Significance of Immunologic Phenotype in Uniformly Treated Patients (PTS) with Diffuse Aggressive Lymphoma. Proc ASCO 5:191, 1986.

35. Purtilo DT, Lipscomb Grierson HL, Harrington DS, Weisenburger DD. Non-Hodgkin's Lymphomas (NHL) in the X-Linked Lymphoproliferative Syndrome (XLP) Registry. Proc AACR 27:161, 1986.

36. Weisenburger DD, Joshi SS, Mirvish SS. Induction of B-Cell Lymphoma/Leukemia in Wistar Rats by 2-Hydroxyethylnitrosourea (HENU). Proc AACR 27:98, 1986.

37. Weisenburger DD, Linder J, Armitage JO. Peripheral T-Cell Lymphoma (PTCL): A Clinicopathologic Study of 42 Cases. Proc AACR 27:199, 1986.

38. Smith DM, Weisenburger DD, Bierman P, Kessinger A, Vaughan WP, Armitage JO. Acute Renal Failure Associated with Autologous Bone Marrow Transplantation. J Cell Biochem 10D:221, 1986.

39. Mann SL, Joshi SS, Weisenburger DD, Armitage JO, Kessinger A, Vaughan WP, Sharp JG. Detection of Tumor Cells in Histologically Normal Bone Marrow of Autologous Transplant Patients Using Culture Techniques. Exp Hematol 14:541, 1986.

40. Kessinger A, Armitage JO, Landmark JD, Weisenburger DD, Anderson R. Is There a Correlation Between the Number of Autologous Peripheral Mononuclear Cells and Peripheral Stem Cells Infused and the Rate of Marrow Recovery? Exp Hematol 14:541, 1986.

41. Stahl MG, Armitage JO, Pierson JL, Weisenburger DD, Rennard SI. Sub-acute Fatal Lung Disease Associated with Intensive Chemotherapy for Non-Hodgkin's Lymphoma. Clin Res 34:570A, 1986.

42. Weisenburger DD, Sanger WG, Armitage JO, Purtilo DT. Intermediate Lymphocytic Lymphoma: An Immunologic and Cytogenetic Study. International Congress of the International Academy of Pathology Proceedings, 1986.

43. Harrington DS, Ye YL, Weisenburger DD. Non-Hodgkin's Lymphoma in Nebraska and Guangzhou, China: A Comparative Study. International Congress of the International Academy of Pathology Proceedings, 1986.

44. Harrington DS, Ye JL, Weisenburger DD. Non-Hodgkin's Lymphoma in Nebraska and Guangzhou, China: A Comparative Study. American Society of Clinical Pathologists Proceedings, 1986.

45. Keller DJ, Alter R, Joshi SS, Kessinger A, Landmark JD, Weisenburger DD. Decreased Yield of Peripheral Blood Progenitor Cells Harvested at Longer Time Intervals During Leukapheresis. UNMC Student Research Forum, 1986.

46. O'Connor SJ, Joshi SS, Weisenburger DD. Immunosuppression by Metastasis Associated Cell Surface Molecules. UNMC Student Research Forum, 1986.

47. Wooldridge TN, Grierson HL, Collins M, Pauza M, Armitage JO, Weisenburger DD, Purtilo DT. Flow Cytometric Analysis of DNA Content of Paraffin-Embedded Tissues from Patients with Aggressive Non-Hodgkin's Lymphoma. UNMC Student Research Forum, 1986.

48. Weisenburger DD, Schmidt H, Steele SJ, Babbitt PR, Armitage JO. Environmental Epidemiology of Non-Hodgkin's Lymphoma (NHL) in Eastern Nebraska. Nebraska Symposium on Cancer and Smoking Related Diseases, 1986.

49. Joshi SS, Weisenburger DD, Sharp JG. The Role of Cell Surface Glycosylation on RAW117 Murine Metastatic Lymphoma Cells. Nebraska Symposium on Cancer and Smoking Related Diseases, 1986.

50. Joshi SS, Glenn L, Vaughan WP, Stevenson M, Sanger WG, Sharp JG, Weisenburger DD. Correlation of In-vitro cultured and In-vivo Selected Clones in Acute Lymphoblastic Leukemia. Nebraska Symposium on Cancer and Smoking Related Diseases, 1986.

51. Sharp JG, Mann SL, Joshi SS, Kessinger A, Crouse DA, Weisenburger DD, Sanger WG. Culture of Human Bone Marrow Stem Cells and Stroma Leads to Detection of Tumor Cells Contaminating Histologically Normal Bone Marrow. Nebraska Symposium on Cancer and Smoking Related Diseases, 1986.

52. Mirvish SS, Weisenburger DD, Joshi SS, Nickols J. Promoting Agents for Leukemia/Lymphoma Induction in Rats. Nebraska Symposium on Cancer and Smoking Related Diseases, 1986.

53. Kessinger A, Armitage JO, Landmark JD, Smith DM, Weisenburger DD. Restoration of Hematopoietic Function with Autologous Cryopreserved Peripheral Stem Cells. Third International Symposium on Autologous Bone Marrow Transplantation, 1986.

54. Sharp JG, Mann SL, Kessinger A, Joshi SS, Crouse DA, Weisenburger DD. Detection of Occult Breast Cancer Cells in Cultured Pre-transplantation Bone Marrow. Third International Symposium on Autologous Bone Marrow Transplantation, 1986.

55. Armitage JO, Greer JP, Levine AM, Weisenburger DD, Formenti SC, Bast M, Conley S, Pierson J, Linder J, Cousar J, Nathwani B. Peripheral T-Cell Lymphoma (PTCL). Blood 68:208a, 1986.

56. Joshi SS, Glenn L, Vaughan WP, Stevenson M, Sanger WG, Sharp JG, Weisenburger DD. Correlation of In-vitro Cultured and In-vivo Selected Clones in Acute Lymphoblastic Leukemia Validates Detection of Occult Malignant Cells. Blood 68:247A, 1986.

57. Smith DM, Rogers K, Vaughan WP, Civin CI, Weisenburger DD, Kessinger A, Armitage JO. A Correlation of My-10 Positive Cells in Human Bone Marrow with Bone Marrow Culture Results. Blood 68:292A, 1986.

58. Alter R, Joshi SS, Verdirame JD, Weisenburger DD. Pure Red Cell Aplasia Associated with B-Cell Non-Hodgkin's Lymphoma: Demonstration of Bone Marrow Colony Inhibition by Serum Immunoglobulin. Blood 68:102A, 1986.

59. Vaughan WP, Weisenburger DD, Grierson HL, Joshi SS, Sanger WG, Civin CI. Acute Leukemia with Homogeneous Expression of the Pluripotent Stem Cell Surface Antigen My-10 has an Otherwise Variable Phenotype but Uniformly Poor Prognosis. Blood 68:206A, 1986.

60. Kessinger A, Armitage JO, Landmark JD, Smith DM, Weisenburger DD. Cryopreserved Autologous Peripheral Stem Cell Infusions Following High Dose Therapy Result in Complete Restoration of Hematopoietic Function for Patients with Non-Leukemic Malignancies. Blood 68:290A, 1986.

61. Joshi SS, Weisenburger DD, O'Connor SJ, Sharp JG. Metastatic Lymphoma Induced Immunosuppression. Midwest Autumn Immunology Conference, 1986.

62. Smith DM, Dooley DC, Kessinger A, Law P, Vaughan WP, Armitage JO, Weisenburger DD. A Simple Method for the Bulk Isolation of Low Density Cells from Bone Marrow. First International Conference on Bone Marrow Purging, 1986.

63. Dooley DC, Smith DM, Kessinger A, Law P, Landmark JD, Armitage JO, Weisenburger DD. Collection of T-Cell Depleted Peripheral Blood Mononuclear Cells from Bone Marrow. First International Conference on Bone Marrow Purging, 1986.

64. Joshi SS, Weisenburger DD, Sharp JG. Role of Cell Surface Glycosylation in Metastasis of RAW117 Murine Metastatic Lymphoma Cells. J Cell Biochem 14D:214, 1987

65. Weisenburger DD, Harrington DS, Armitage JO. B-Cell Leukemia/Lymphoma Recapitulates the Normal Humoral Immune Response. J Cell Biochem 11A:233, 1987.

66. Weisenburger DD, Hapke MR, Nathwani BN, Levine AM, Armitage JO. Histologic Type and Immunotype Predict Clinical Outcome in Peripheral T-Cell Lymphoma. Lab Invest 56:85A, 1987.

67. Weisenburger DD, Schmidt H, Steele SJ, Babbitt PR, Armitage JO. Environmental Epidemiology of Non-Hodgkin's Lymphoma (NHL) in Eastern Nebraska. Lab Invest 56:85A, 1987.

68. Harrington DS, Linder J, Weisenburger DD, Daley D, Armitage JO. Peripheral T-Cell Lymphoma (PTCL): An Immunophenotypic and Clinical Analysis. Lab Invest 56:29A, 1987.

69. Vago JF, Weisenburger DD, Armitage JO. Do Pathologic Features in Diffuse Large B-Cell Lymphoma Predict Prognosis? Lab Invest 56:82A, 1987.

70. Weisenburger DD, Markin RS, Langdon SM, Page JA, Winsten D, Butterfield RJ. Financial Justification of a Laboratory Information System. Am J Clin Pathol 87:420, 1987.

71. Joshi SS, O'Connor SJ, Weisenburger DD, Sharp JG. Metastatic Lymphoma Induced Immunosuppression. Proc AACR 28:73, 1987.

72. Weisenburger DD, Joshi SS, Hickman TI, Babcook DM, Walker BA, Mirvish SS. N-nitrosoatrazine (NNAT). Synthesis, Chemical Properties, Acute Toxicity, and Mutagenicity. Proc AACR 28:103, 1987.

73. Wooldridge TN, Grierson HL, Pierson JL, Pauza M, Collins MM, Armitage JO, Weisenburger DD, Purtilo DT. DNA Aneuploidy and Low Proliferative Activity (PA) Predict a Favorable Clinical Outcome in Diffuse Large Cell and Mixed Cell Non-Hodgkin's Lymphoma (NHL). Proc AACR 28:33, 1987.

74. Peterson C, Armitage JO, Linder J, Weisenburger DD. Autologous Bone Marrow Transplantation (ABMT) in Peripheral T-Cell Lymphoma (PTCL). Proc AACR 28:213, 1987.

75. Armitage JO, Vose J, Weisenburger DD, Moravec D, Hutchins M, Howe D, Sorensen S, Dowling M, Okerbloom J, Pevnick W, Packard W, Thompson J. ChlVPP: An Effective and Well Tolerated Alternative to MOPP. Proc ASCO 6:196, 1987.

76. Severson GS, Harrington DS, Weisenburger DD, McComb RD, Casey J, Rappaport H. Castleman's Disease of the Leptomeninges: Three Cases Mimicking Meningiomas. XIV World Congress of Anatomic and Clinical Pathology Proceedings, 1987.

77. Weisenburger DD, Harrington DS, Armitage JO. B-Cell Neoplasia Recapitulates the Normal Humoral Immune Response. Proceedings of the Third International Conference on Malignant Lymphoma, 1987.

78. Keller DJ, Alter R, Joshi SS, Kessinger A, Landmark JD, Weisenburger DD. Decreased Yield of Peripheral Blood Progenitor Cells Harvested During Leukopheresis. Proceedings of the Nebraska Academy of Sciences, 1987.

79. Bolte LJ, Joshi SS, Weisenburger DD. Increased Production of Granulocytic Colony Stimulating Factor(s) by Normal Human Bone Marrow is Induced with Retinoic Acid. Proceedings of the 5th International Meeting on Differentiation of Normal and Neoplastic Cells, 1987.

80. Vaughan WP, Civin CI, Weisenburger DD, Karp JE, Graham ML, Sanger WG, Grierson HL, Joshi SS, Benke PJ. Acute Leukemia with > 70% of Blasts Expressing the Human Hematopoietic Stem Cell Membrane Antigen MY10. Proceedings of the World Congress of Haematology, 1987.

81. Vaughan WP, Joshi SS, Sharp JG, Kessinger A, Weisenburger DD. Breast Cancer in Histologically Negative Bone Marrow Detected by Cell Culture Techniques - Clinical Correlations. Breast Cancer Res Treat 10:110, 1987.

82. Vaughan WP, Joshi SS, Sharp JG, Kessinger A, Weisenburger DD. Malignant Cells in Histologically Negative Bone Marrow Detected by Cell Culture Techniques - Clinical Correlations. Clin Res 35:901A, 1987.

83. Bolte LJ, Joshi SS, Weisenburger DD. Increased Production of Granulocytic Colony Stimulating Factors by Normal Human Bone Marrow is Induced with Retinoic Acid. UNMC Student Research Forum, 1987.

84. Bolte LJ, Joshi SS, Sharp JG, Armitage JO, Weisenburger DD. Detection of Occult Lymphoma Cells in Bone Marrow Harvested for Autologous Transplantation. UNMC Student Research Forum, 1987.

85. Wooldridge TN, Grierson HL, Sanger W, Armitage JO, Weisenburger DD, Fordyce R, Purtilo DT. Correlation of Cytogenetic and Flow Cytometric Analysis of DNA Content in Non-Hodgkin's Lymphoma. UNMC Student Research Forum, 1987.

86. Keller DJ, Alter R, Landmark JD, Kessinger A, Weisenburger DD. Harvested Normal Peripheral Blood CFU-GEMM Decrease During Leukapheresis. UNMC Student Research Forum, 1987.

87. Ward B, Smith DM, Joshi SS, Weisenburger DD. Comparison of Feeder Layer and Giant Cell Tumor Conditioned Media in the CFU-GM Assay. UNMC Student Research Forum, 1987.

88. Mroczek EC, Weisenburger DD, Grierson HL, Markin RM, Purtilo DT. Fatal Infectious Mononucleosis and Virus-Associated Hemophagocytic Syndrome. International Synopses, 1987.

89. Kessinger A, Landmark JD, Smith DM, Weisenburger DD, Wigton RS, Armitage JO. Harvesting\Peripheral Blood Stem Cells for Autologous Transplantation. Blood 70:321A, 1987.

90. Armitage JO, Sanger W, Weisenburger DD, Harrington DS, Linder J, Purtilo DT. Secondary Cytogenetic Abnormalities Correlate with Histologic Appearance in Non-Hodgkin's Lymphomas with the t(14;18)(q32;q21). Blood 70:274A, 1987.

91. Smith DM, Lobo F, Kessinger A, Law P, Dooley DC, Landmark JD, Weisenburger DD, Armitage JO. The Use of Peripheral Blood Mononuclear Cells Isolated by Density Gradient Centrifugation to Restore Hematopoiesis in an Effort to Reduce Transfusion Related Toxicity. Blood 70:324A, 1987.

92. Keller DJ, Alter R, Landmark JD, Kessinger A, Weisenburger DD. Harvested Normal Peripheral Blood CFU-GEMM Decrease During Leukapheresis. Blood 70:321A, 1987.

93. Ward B, Smith DM, Joshi SS, Weisenburger DD. Comparison of Feeder Layer and Giant Cell Tumor Conditioned Media in the CFU-GM Assay. Blood 70:164A, 1987.

94. Bolte LJ, Joshi SS, Sharp JG, Armitage JO, Weisenburger DD. Detection of Occult Lymphoma Cell in Bone Marrow Harvested for Autologous Transplantation. Blood 70:317A, 1987.

95. Weisenburger DD, Vinh TN, Levinson B. Malakoplakia of Bone. An Unusual Cause of Pathologic Fracture in an Immunosuppressed Patient. Calcified Tissue Abstracts 19:58, 1987.

96. Harrington DS, Wickert R, Waldman M, Babbitt C, Weisenburger DD, Linder J, Purtilo DT, Armitage JO. T-Cell Receptor and Immunoglobulin Gene Rearrangements in 145 Consecutive Cases Submitted to the Nebraska Lymphoma Registry. Mod Pathol 1:37A, 1988.

97. Harrington DS, Wickert R, Babbitt C, Waldman M, Weisenburger DD, Purtilo DT, Armitage JO. T-Cell Receptor and Immunoglobulin Gene Rearrangements in Hodgkin's Disease. Mod Pathol 1:37A, 1988.

98. Marcus J, Weisenburger DD, Watson P, Fitzsimmons M, Grierson HL, Smith D, Lynch J, Purtilo DT, Lynch H. Pathology and Laboratory Studies in a Lymphoma Family. Mod Pathol 1:60A, 1988.

99. Linder J, Ye JL, Armitage JO, Weisenburger DD. Comprehensive Immunohistochemical Analysis of Paraffin-Embedded Non-Hodgkin's Lymphoma. Mod Pathol 1:55A, 1988.

100. Ye YL, Weisenburger DD, Armitage JO, Linder J. Immunohistochemical Characterization of Intermediate Lymphocytic Lymphoma in Paraffin-Embedded Tissue. Mod Pathol 1:106A, 1988.

101. Duggan MJ, Weisenburger DD, Linder J, Ye YL, Bast MA, Pierson JL, Armitage JO. Mantle- Zone Lymphoma: A Clinicopathologic Study of 25 Cases. Mod Pathol 1:26A, 1988.

102. Bolte LJ, Joshi SS, Sharp JG, Armitage JO, Weisenburger DD. Detection of Occult Lymphoma Cells in Bone Marrow Harvested for Autologous Transplantation. Mod Pathol 1:11A, 1988.

103. Weisenburger DD, Hickman TI, Babcook DM, Walker BA, Lawson TA, Mirvish SS. N-nitrosoatrazine (NNAT). Synthesis, Chemical Properties, and Mutagenesis. Eppley Institute Conference on Advances in the Biology and Chemistry of N-Nitroso and Related Compounds, 1988.

104. Weisenburger DD, Harrington DS, Armitage JO. B-Cell Lymphoma Recapitulates the Normal Humoral Immune Response. Proc ASCO 7:909, 1988.

105. Vaughan WP, Joshi SS, Sharp JG, Kessinger A, Weisenburger DD. Breast Cancer in Histologically Uninvolved Bone Marrow Detected by Cell Culture Techniques - Clinical Correlations. Proc ASCO 7:35, 1988.

106. Weisenburger DD, Joshi SS, Hickman TI, Walker BA, Lawson TA. Mutagenesis Tests of Atrazine and Nitrosoatrazine: Compounds of Special Interest to the Midwest. Proc AACR 29:421, 1988.

107. Marcus J, Weisenburger DD, Watson P, Fitzsimmons M, Grierson H, Smith D, Lynch J, Purtilo DT, Lynch H. Epidemiological and Laboratory Findings in a Lymphoma Kindred. Proc AACR 29:860, 1988.

108. Vose JM, Armitage JO, Weisenburger DD, Bierman PJ, Moravec D, Hutchins M, Howe D, Sorensen S, Dowling M, Okerbloom J, Pevnick W, Packard W, Thompson J. Effect of Age on Cause of Death in Patients Treated with Chemotherapy for Aggressive Non-Hodgkin's Lymphoma (NHL). Proc AACR 29:838, 1988.

109. Joshi SS, Bolte LJ, Ketels DJ, Maitreyan V, Weisenburger DD, Sharp JG. Levels of Detection of Tumor Cells in Human Bone Marrow. Proc AACR 29:697, 1988.

110. Sharp JG, Joshi SS, Armitage JO, Bolte J, Kessinger A, Mann S, Vaughan WP, Weisenburger DD. Tumor Cells Cultured from Histopathologically Normal Marrow of Patients with Lymphomas and Solid Tumors. UCLA Symposium on Bone Marrow Transplantation. J Cell Biochem 12C:123, 1988.

111. Kessinger A, Landmark JD, Smith DM, Weisenburger DD, Armitage JO. Autologous Peripheral Stem Cell Transplantation Following High Dose Chemotherapy - An Update. UCLA Symposium on Bone Marrow Transplantation. J Cell Biochem 12C:121, 1988.

112. Smith DM, Lobo F, Kessinger A, Law P, Dooley DC, Landmark JD, Weisenburger DD, Armitage JO. The Use of Peripheral Blood Mononuclear Cells Isolated by Density Gradient Centrifugation to Restore Hematopoiesis in an Effort to Reduce Transfusion Related Toxicity. World Apheresis Association 2nd International Congress, 1988.

113. Kessinger A, Landmark JD, Smith DM, Weisenburger DD, Armitage JO. Transplantation of Autologous Peripheral Stem Cells Following High Dose Therapy for Malignancies. Meeting of the European Cooperative Group for Bone Marrow Transplantation, 1988.

114. Wooldridge TN, Grierson HL, Sanger W, Armitage JO, Weisenburger DD, Fordyce R, Purtilo DT. Correlation of Cytogenetic and Flow Cytometric Analysis of DNA Content in Non-Hodgkin's Lymphoma. Proc FASEB 2:A1408, 1988.

115. Zahm SH, Weisenburger DD, Babbitt PA, Saal RC, Cantor KP, Blair A. A Case-Control Study of Non-Hodgkin's Lymphoma and Agricultural Factors in Eastern Nebraska. Society for Epidemiologic Research Meeting, 1988.

116. Weisenburger DD. Environmental Epidemiology of Non-Hodgkin's Lymphoma in EasternNebraska. Iowa Symposium on Agricultural Occupational and Environmental Health, 1988.

117. Weisenburger DD. Lymphoid Malignancies and Agricultural Practices. NIEHS Workshop on the Quantification of Risk in Immunotoxicology, 1988.

118. Ward WG, Weisenburger DD, Kessinger A. An Improved Method for CFU-GM Culture of Peripheral Blood Stem Cell Collections. UNMC Student Research Forum, 1988.

119. Alter R, Landmark JD, Weisenburger DD, Wigton R, Kessinger A. Does the Efficiency of Peripheral Blood Hematopoietic Stem Cell Collection Change During a Four Hour Apheresis Procedure? UNMC Student Research Forum, 1988.

120. Smith DM, Kessinger A, Landmark JD, Armitage JO, Weisenburger DD. Recovery of Peripheral Blood Stem Cells (PBSC) and Depletion of Erythrocytes by Elutriation or Density Gradient Separation. Blood 72:408A, 1988.

121. Schouten HC, Bierman PJ, Vaughan WP, Kessinger A, Weisenburger DD, Armitage JO. Autologous Bone Marrow Transplantation in Follicular Non-Hodgkin's Lymphoma. Blood 72:405A, 1988.

122. Vose J, Armitage JO, Bierman P, Linder J, Weisenburger DD. Clinical Significance of Immunophenotype in Aggressive Non-Hodgkin's Lymphoma. Blood 72:259A, 1988.

123. Schouten HC, Sanger WG, Duggan M, Weisenburger DD, McLennan KA, Armitage JO. Chromosomal Abnormalities in Hodgkin's Disease. Blood 72:256A, 1988.

124. Schouten HC, Bierman PJ, Vaughan WP, Kessinger A, Weisenburger DD, Armitage JO. Autologous Bone Marrow Transplantation in Follicular Non-Hodgkin's Lymphoma. Blood 72:405A, 1988.

125. Alter R, Landmark JM, Weisenburger DD, Wigton R, Kessinger A. Does the Efficiency of Peripheral Blood Hematopoietic Stem Cell Collection Change During a Four Hour Apheresis Procedure? Exp Hematol 16:478, 1988.

126. Schouten HC, Smith DM, Weisenburger DD, Landmark JD, Wigton R, Armitage JO, Kessinger A. Comparison of the Standard Versus the Lymphocyte Surge Procedure for Collection of Stem Cells from Peripheral Blood. Exp Hematol 16:486, 1988.

127. Smith DM, Kessinger A, Landmark JD, Weisenburger DD, Armitage JO. Collection of Peripheral Blood Stem Cells Using a Modified Elutriation Protocol. Exp Hematol 16:486, 1988.

128. Kessinger A, Smith DM, Strandjord SE, Landmark JD, Dooley DC, Coccia PF, Warkentin PI, Weisenburger DD, Armitage JO. Allogeneic Peripheral Stem Cell Transplantation. Exp Hematol 16:493, 1988.

129. Ward WG, Weisenburger DD, Kessinger A. An Improved Method for CFU-GM Culture of Peripheral Blood Stem Cell Collections. Exp Hematol 16:538, 1988.

130. Weisenburger DD, Babbitt PA, Zahm SH, Saal RC, Cantor KP, Blair A. Lymphoid Malignancies and Agricultural Practices. American Association for the Advancement of Science Meeting, 1989.

131. O'Connor SJ, Daley DT, Weisenburger DD. Pseudofollicular Proliferation Centers in Small Lymphocytic Lymphoma Lack Dendritic Reticulum Cells. Midwest Student Medical Research Forum, 1989.

132. Conlan MG, Bast M, Armitage JO, Weisenburger DD. Hematologic Abnormalities in Non-Hodgkin's Lymphoma at Presentation Predict Outcome. American Federation for Clinical Research Meeting, 1989.

133. Mirvish SS, Nickols J, Weisenburger DD, Joshi SS, Gross ML, Tana H. B-cell Lymphoma/Leukemia (BCL) in Rats and Mice Treated with 2-Hydroxyethylnitrosourea (HENU) and Effects of Coadministration of 2,4,5-Trichlorophenoxyacetic Acid (245T) and Pentachlorophenol (PCP). J Toxicol 9:210, 1989.

134. Kessinger A, Landmark JD, Smith DM, Weisenburger DD, Armitage JO. Autologous Transplantation with Peripheral Blood Stem Cells: Clinical Results. J Clin Apheresis 5:43, 1989.

135. O'Connor SJ, Daley DT, Weisenburger DD. Pseudofollicular Proliferation Centers in Small Lymphocytic Lymphoma Lack Dendritic Reticulum Cells. Mod Pathol 2:67A, 1989.

136. Linder J, Ye JL, Harrington DS, Armitage JO, Weisenburger DD. Immunohistochemistry in the Differential Diagnosis of Hodgkin's Disease (HD) Versus Non-Hodgkin's Lymphoma (NHL) in Paraffin Embedded Tissue. Mod Pathol 2:53A, 1989.

137. Harrington DS, Waldman M, Masih A, Wickert B, Hakenson S, Weisenburger DD, Armitage JO. Correlation of Immunophenotype and Genotype in 106 B-Cell Lymphomas. Mod Pathol 2:39A, 1989.

138. Masih AS, Weisenburger DD, Vose JM, Bast MA, Armitage JO. Histologic Grade in Nodular Sclerosing Hodgkin's Disease Does Not Predict Clinical Outcome. Mod Pathol 2:59A, 1989.

139. Weisenburger DD, Harrington DH, Linder J, Perry DA, Bast MA, Armitage JO. Pathologic Features Predict Clinical Outcome in Peripheral T-Cell Lymphoma. Mod Pathol 2:104A, 1989.

140. Weisenburger DD, Hickman TI, Babcook DM, Walker BA, Lawson TA, Mirvish SS. N-Nitrosoatrazine (NNAT). Synthesis, Chemical Properties, Mutagenicity and Carcinogenicity. Third Nebraska Symposium on Cancer and Smoking Related Diseases, 1989.

141. Weisenburger DD, Babbitt PA, Zahm SH, Saal RC, Cantor KP, Blair A. Environmental Epidemiology of Non-Hodgkin's Lymphoma in Eastern Nebraska. Third Nebraska Symposium on Cancer and Smoking Related Diseases, 1989.

142. Wooldridge TN, Grierson HL, Sanger WG, Weisenburger DD, Armitage JO, Pierson JL, Fordyce R, Purtilo DT. Analysis and Correlation of DNA Content in Non-Hodgkin's Lymphomas (NHL) by Cytogenetics and Flow Cytometry. Third Nebraska Symposium on Cancer and Smoking Related Diseases, 1989.

143. Grierson HL, Wooldridge TN, Weisenburger DD, Armitage JO, Sanger WG, Pierson J, Fordyce R, Purtilo DT. DNA Analysis by Flow Cytometry of Paraffin-Embedded Biopsy Samples from Patients with Non-Hodgkin's Lymphomas (NHL). Third Nebraska Symposium on Cancer and Smoking Related Diseases, 1989.

144. Mirvish SS, Nickols J, Weisenburger DD, Joshi SS, Gross ML, Tana H. B-cell Lymphoma/Leukemia (BCL) in Rats and Mice Treated with 2-Hydroxyethylnitrosourea (HENU) and Effects of Coadministration of 2,4,5-Trichlorophenoxyacetic Acid (245T) and Pentachlorophenol (PCP). Third Nebraska Symposium on Cancer and Smoking Related Diseases, 1989.

145. Smith DM, Kessinger A, Landmark JD, Armitage JO, Weisenburger DD. Recovery of Peripheral Blood Stem Cells (PBSC) and Depletion of Erythrocytes by Elutriation or Density Gradient Separation. Third Nebraska Symposium on Cancer and Smoking Related Diseases, 1989.

146. Smith DM, Kessinger A, Law P, Dooley DC, Strandjord SE, Coccia PF, Weisenburger DD, Warkentin PI, Landmark JD, Meryman HT, Armitage JO. Collection and Successful Allogeneic Transplantation of Human Peripheral Blood Stem Cells. Third Nebraska Symposium on Cancer and Smoking Related Diseases, 1989.

147. Perry DA, Weisenburger DD, Bast MA, Armitage JO. Diffuse Intermediate Lymphocytic Lymphoma: A Clinicopathologic Study of 39 Cases. Proc AACR 30:263, 1989.

148. Lobo F, Kessinger A, Landmark JD, Smith DM, Weisenburger DD, Wigton RS, Armitage JO. Does the Addition of Peripheral Blood Stem Cells Shorten the Period of Aplasia in Patients Receiving Myeloablastive Therapy and Autologous Bone Marrow Transplantation? Proc AACR 30:234, 1989

149. Conlan MG, Armitage JO, Bast M, Weisenburger DD. Clinical Significance of Bone Marrow Involvement by Non-Hodgkin's Lymphoma. Proc AACR 30:220, 1989.

150. Kessinger A, Armitage JO, Landmark JD, Schmit-Pokorny KA, Smith DM, Weisenburger DD. Augmentation of Hypocellular Autologous Bone Marrow Collection with Autologous Peripheral Stem Cells for Transplantation Following Marrow-Ablative Therapy. Proc AACR 30:234, 1989.

151. Sharp JG, Mann SL, DeBoer J, Messbarger L, Joshi SS, Crouse DA, Kessinger MA, Vaughan WP, Armitage JO, Weisenburger DD. Long Term Culture as a Method of Detection of Occult Tumor Cells in Bone Marrow and Blood. In Vitro 25:16A, 1989.

152. Sharp JG, Kessinger MA, DeBoer J, Mann S, Weisenburger DD. Occult Tumor Cells in Peripheral Blood Stem Cell and Bone Marrow Harvests of Candidates for Autologous Transplantation. Exp Hematol 17:650, 1989.

153. DeBoer JM, Hess M, Joshi SS, Sanger WG, Strandjord SE, Weisenburger DD, Sharp JG. Atypical Chromosomal Abnormalities and Aggressive In Vitro Tumorigenicity of a Newly Established Burkitt's Lymphoma Cell Line. Karyogram 15:79, 1989.

154. Alter R, Ward WG, Welniak L, Weisenburger DD. Improving Sensitivity of the Colony Forming Unit Granulocyte/Monocyte Assay using Recombinant Growth Factors. UNMC Student Research Forum, 1989.

155. Welniak L, Ward WG, Alter R, Rehder B, Smith DM, Weisenburger DD. Methods to Optimize the Recovery of CFU-GM Following Cryopreservation of Bone Marrow in 10% DMSO. UNMC Student Research Forum, 1989.

156. Wooldridge T, Grierson H, Purtilo D, Pierson J, Bast M, Wooldridge L, Armitage J, Weisenburger D. Low Proliferative Activity is Associated with a Favorable Prognosis in Peripheral T-Cell Lymphoma. UNMC Student Research Forum, 1989.

157. Vaughan WP, Mann SL, Garvey J, Joshi SS, Sharp JG, Kessinger A, Weisenburger DD. Breast Cancer in Histologically Negative Bone Marrow Detected by Cell Culture Techniques Predicts Systemic Relapse in Patients with Stage I, II, III and Locally Recurrent Disease. 12th Annual Breast Cancer Symposium, 1989.

158. Vaughan WP, Mann SL, Garvey J, Joshi SS, Sharp JG, Kessinger A, Weisenburger DD. Breast Cancer in Histologically Negative Bone Marrow Detected by Cell Culture Techniques Predicts Systemic Relapse in Patients with Stage I, II, III and Locally Recurrent Disease. Central Society for Clinical Research, 1989.

159. Grierson H, Sanger W, Weisenburger D, Armitage J, Wooldridge T, Fordyce R, Wooldridge L, Purtilo D. The Significance of Ploidy in Non-Hodgkin's Lymphoma (NHL): Analysis by Flow Cytometry and Cytogenetics. Symposium on DNA Flow Cytometry: Status and Controversies, 1989.

160. Sharp JG, Joshi SS, Armitage JO, Coccia PF, Crouse DA, Harrington DS, Kessinger A, Mann SL, Pirruccello SJ, Vaughan WP. Weisenburger DD. Clinical Significance of Tumor Cells in Long Term Cultures of Bone Marrow from Patients with Leukemia and Non-Hodgkin's Lymphoma. XIVth International Symposium for Comparative Research on Leukemia and Related Disorders, 1989.

161. Joshi SS, DeBoer JM. Strandjard SE, Pirruccello SJ, Harrington DS, Sanger WG, Weisenburger DD, Sharp JG. Characterization of a Newly Established Burkitt's Lymphoma Cell Line, OMA-BL-1. XIVth.International Symposium for Comparative Research on Leukemia and Related Disorders, l989.

162. Welniak LA, Ward WG, Alter R, Rehder E, Smith DM, Weisenburger DD. Methods to Optimize the Recovery of CFU-GM Following Cyropreservation of Bone Marrow in 10% DMSO. Blood 74:425A, 1989.

163. Perry DA, Bast MA, Armitage JO, Weisenburger DD. Diffuse Intermediate Lymphocytic Lymphoma: A Clinicopathologic Study with Comparison to Small Lymphocytic Lymphoma and Diffuse Small Cleaved Cell Lymphoma. Blood 74:378A, 1989.

164. Sharp JG, Joshi SS, Armitage JO, Bierman PJ, Kessinger A, Coccia PF, Crouse DA, Harrington DS, Mann SL, Weisenburger DD. Prognostic Significance of Occult Tumor Cells in Bone Marrow of Patients with Intermediate and High Grade Non-Hodgkin's Lymphoma. UCLA Symposium on New Strategies in Bone Marrow Transplantation. J Cell Biochem 14A:313, 1990.

165. Smith DM, Weisenburger DD, Kessinger A. A Comparison of Myeloid Engraftment Rates Using Three Methods of Processing Peripheral Blood Stem Cells (PBSC). UCLA Symposium on New Strategies in Bone Marrow Transplantation. J Cell Biochem 14A:324, 1990.

166. Weisenburger DD, Armitage JO, Kessinger A, Mann S, DeBoer JM, Sharp JG. Culture of Ber-H2 (CD30) Positive Reed-Sternberg-Like Cells from Peripheral Blood Stem Cell and Bone Marrow Harvests of Patients with Hodgkin's Disease. UCLA Symposium on New Strategies in Bone Marrow Transplantation. J Cell Biochem 14A, 315, 1990.

167. Nakamine H, Masih A, Duggan M, Armitage J, Weisenburger D. Clear-cell variant of immunoblastic lymphoma with a B-cell phenotype. Mod Pathol 3:71A, 1990.

168. Weisenburger D, Zahm S, Ward M, Babbitt P, Holmes F, Boysen C, Robel R, Saal R, Vaught J, Cantor K, Blair A. Non-Hodgkin's Lymphoma Associated with the Agricultural Use of Herbicides: Analysis by Histologic Type. Mod Pathol 3:105A, 1990.

169. Harrington D, Grogan T, Miller T, Weisenburger D, Spier C, Duggan M, Masih A, Bast M, Armitage J. Correlation of Immunophenotype and Prognosis in T-Cell Lymphomas. Mod Pathol 3:42A, 1990.

170. Weisenburger D, Bast M, Perry D, Duggan M, Armitage J. Diffuse Intermediate Lymphocytic Lymphoma: A Refined Definition Based on Comparative Clinical Studies. Mod Pathol 3:105A, 1990.

171. Grierson H, Wooldridge T, Purtilo D, Pierson J, Bast M, Wooldridge L, Armitage J, Weisenburger D. Low Proliferative Activity is Associated with a Favorable Prognosis in Peripheral T-Cell Lymphoma. Mod Pathol 3:39A, 1990.

172. Vose JM, Bierman PJ, Weisenburger DD, Armitage JO. The Importance of Early Autologous Bone Marrow Transplantation (ABMT) in the Management of Patients (PTS) with Hodgkin's Disease. Proc ASCO 9:256, 1990.

173. Zahm S, Weisenburger D, Babbitt P, Saal R, Vaught J, Blair A. An Increased Risk of Developing Non-Hodgkin's Lymphoma and Multiple Myeloma is Associated with Hair Coloring Product Use. Proc ASCO 9:264, 1990.

174. Vaughan WP, Mann SL, Garvey J, Joshi SS, Sharp JG, Kessinger A, Weisenburger DD. Breast Cancer Detected in Cell Culture of Histologically Negative Bone Marrow Predicts Systemic Relapse in Patients with Stage I, II, III and Locally Recurrent Disease. Proc ASCO 9:9, 1990.

175. Weisenburger DD, Hickman TI, Patil KD, Lawson TA, Mirvish SS. Carcinogenesis Tests of Atrazine and N-Nitrosoatrazine - Compounds of Special Interest to the Midwest. Proc AACR 31:103, 1990.

176. Grierson H, Wooldridge T, Purtilo D, Armitage J, Weisenburger D. Prognostic Significance of Proliferative Activity in Non-Hodgkin's Lymphoma. Fourth International Conference on Malignant Lymphoma, 1990.

177. Globe DA, Ward WG, Weisenburger DD. Standardization of the Burst Forming Unit Erythroid (BFU-E) Assay. Allied Health Student Research Forum, 1990.

178. Ward WG, Welniak LA, Smith DM, Kessinger MA, Weisenburger DD. Optimizing the Peripheral Blood Colony Forming Unit - Granulocyte/Monocyte (CFU-GM) Assay Using Colony Stimulating Factors (CSF's). Exp Hematol 18:611, 1990.

179. Weisenburger DD, Armitage JO, Kessinger A, Mann S, DeBoer JM, Sharp JG. Culture of Reed-Sternberg-like Cells from Peripheral Blood Stem Cell and Bone Marrow Harvests of Patients with Hodgkin's Disease. Exp Hematol 18:651, 1990.

180. Weisenburger DD, Babbitt P, Mirvish S, et al. Potential Health Consequences of Groundwater Contamination by Agrichemicals in Nebraska. Proceedings of NATO Advanced Research Workshop on Nitrate Contamination: Exposure, Consequences, and Control, 1990.

181. Sharp JG, Weisenburger DD, Bierman PJ, Armitage JO, Mann S, Kessinger MA. Frequency of Detection of Suspected Lymphoma Cells in Peripheral Stem Cell Collections. Fifth International Symposium on Autologous Bone Marrow Transplantation, 1990.

182. Sharp JG, Vaughan WP, Kessinger MA, Mann SL, DeBoer J, Sanger WG, Weisenburger DD. Significance of Detection of Tumor Cells in Hematopoietic Stem Cell Harvests of Patients with Breast Cancer. Fifth International Symposium on Autologous Bone Marrow Transplantation, 1990.

183. Smith DM, Weisenburger DD, Kessinger A. A Comparison of Myeloid Engraftment Rates Using Three Methods of Processing Peripheral Blood Stem Cells (PBSC). Fifth International Symposium on Autologous Bone Marrow Transplantation, 1990.

184. Sharp JG, Pirruccello SJ, DeBoer JM, Mann SL, Welniak LA, Vaughan WP, Dicke KA, Sanger WG, Weisenburger DD. Differentiation of Human Acute Myelogenous Leukemia Cells in Long Term Culture. AACR Special Conference on Chromosomal and Growth Factor Abnormalities in Leukemia, 1990.

185. Weisenburger DD, Zahm S, Ward M, Babbitt P, Holmes F, Boysen C, Robel R, Saal R, Vaught J, Cantor K, Blair A. Non-Hodgkin's Lymphoma Associated with the Agricultural Use of Herbicides: Analysis by Histologic Type. Proceedings of the Third Meeting of the European Association for Haematopathology, 1990.

186. Weisenburger DD, Bast M, Perry D, Duggan M, Armitage J. Diffuse Intermediate Lymphocytic Lymphoma: A Refined Definition Based on Comparative Clinical Studies. Proceedings of the Third Meeting of the European Association for Haematopathology, 1990.

187. Mann KK, Welniak LA, Jackson JD, Weisenburger DD. Effects of Interleukin-4 (IL-4), Interleukin-6 (IL-6) and Erythropoietin (EPO) on Colony Forming Cells In Vitro. Blood 76:153A, 1990.

188. Alter RA, Welniak LA, Jackson JD, Garrison L, Weisenburger DD, Kessinger A. In Vitro Clonogenic Monitoring of Peripheral Blood Stem Cell Collections Following Interleukin-3 Administration. Blood 76:129A, 1990.

189. Masih A, Nakamine H, Mitchell D, Wickert R, Weisenburger D. Molecular Characteristics of Small Lymphocytic, Intermediate Lymphocytic, and Small Cleaved Cell Non-Hodgkin's Lymphomas. Mod Pathol 4:78A, 1991.

190. Weisenburger D, Bast M, Armitage J. When Does a Diffuse Component in Composite Follicular and Diffuse Non-Hodgkin's Lymphoma Affect Prognosis? Mod Pathol 4:85A, 1991.

191. Parks J, Synovec M, Masih A, Nakamine H, Harrington D, Braddock S, Weisenburger D. Immunophenotypic and Genotypic Characterization of Lymphomatoid Papulosis. Mod Pathol 4:80A, 1991.

192. Strobach S, Masih A, Bast M, Nakamine H, Armitage J, Weisenburger D. Lymphocyte Predominance Hodgkin's Disease and Transformation to Large Cell Lymphoma: An Immunohistochemical and Molecular Biologic Study of 42 Cases. Mod Pathol 4:85A, 1991.

193. Masih A, Nakamine H, Wickert R, Mitchell D, Weisenburger D. Molecular Genetic Analysis of Extranodal Non-Hodgkin's Lymphoma. Mod Pathol 4:77A, 1991.

194. Masih A, Sun J, Dicke K, Weisenburger D, Armitage J, Wu K. Polymerase Chain Reaction Detection of t(14:18) Involving the Bcl-2 Major Breakpoint Region: Correlation with Southern Analysis. Mod Pathol 4:77A, 1991.

195. Ratashak A, Weisenburger D, Purtilo D, Armitage J, Grierson H. DNA Ploidy, But Not Proliferative Activity, is Associated with Decreased Disease-Free Survival in Follicular Non-Hodgkin's Lymphoma. Mod Pathol 4:82A, 1991.

196. Nakamine H, Bast M, Masih A, Strobach S, Armitage J, Weisenburger DD. Prognostic Significance of Clinical and Pathologic Features in Diffuse Large B-Cell Lymphoma. Mod Pathol 4:79A, 1991.

197. Poje E, Bierman P, Daley D, Hale C, Weisenburger D. Expression of P-Glycoprotein in B-Cell Non-Hodgkin's Lymphoma. Proc AACR 32:366, 1991.

198. Masih A, Nakamine H, Sanger W, Strobach S, Armitage J, Weisenburger D. Oncogene Rearrangement in Non-Hodgkin's Lymphomas with a 14q+ Chromosome of Unknown Origin. Proc AACR 32:30, 1991.

199. Vose JM, Bierman PJ, Anderson JR, Weisenburger DD, Armitage JO. CHLVPP Plus Involved Field Irradiation for Hodgkin's Disease: Comparable Results with Less Toxicity. Proc ASCO 10:272, 1991.

200. Masih A, Weisenburger D, Duggan M, Armitage J, Bashir R, Mitchell D, Wickert R, Purtilo D. Epstein-Barr Viral Genome in Hodgkin's Disease May be Within the Reactive Lymphoid Cells. Proc FASEB 5:A706, 1991.

201. Weisenburger DD, Zahm S, Ward M, Babbitt P, Holmes F, Boysen C, Robel R, Saal R, Vaught J, Cantor K, Blair A. Non-Hodgkin's Lymphoma Associated with the Agricultural Use of Herbicides: Analysis by Histologic Type. Surgeon General's Conference on Agricultural Safety and Health, 1991.

202. Weisenburger DD. Non-Hodgkin's Lymphomas of Primary Follicle/Mantle Zone Origin. Proc 2nd Vicenza International Workshop of Hematology, 1991.

203. Weisenburger D, Bast M, Armitage J. When Does a Diffuse Component in Composite Follicular and Diffuse Non-Hodgkin's Lymphoma Affect Prognosis? Proc Klein Symposium on Causes, Consequences, and Cures of Lymphoproliferative Diseases, 1991.

204. Sharp JG, Kessinger A, Vaughan WP, Mann S, Crouse DA, Masih A, Weisenburger DD. Detection and Clinical Significance of Minimal Tumor Cell Contamination of Peripheral Stem Cell Harvests. Proc 2nd International Symposium on Peripheral Blood Stem Cell Autografts, 1991.

205. Sharp JG, Kessinger A, Armitage JO, Bierman P, Crouse D, Mann S, Vose J, Weisenburger DD. Clinical Significance of Occult Tumor Cell Contamination of Hematopoietic Harvests of Non-Hodgkin's Lymphoma and Hodgkin's Disease. Proc of International Symposium on Autologous Bone Marrow Transplantation in Lymphomas, Hodgkin's Disease, and Multiple Myeloma, 1991.

206. Weisenburger DD, Vose JM, Masih AS, Bast MA, Armitage JO. Is Histological Subclassification Useful in Hodgkin's Disease Treated with Curative Multidrug Chemotherapy? Second International Symposium on Hodgkin's Disease, 1991.

207. Welniak LA, Alter R, Jackson JD, Vose JM, Garrison L, Weisenburger DD, Kessinger A. Interleukin-3 Enhances Collection of Peripheral Blood Mononuclear Cells and CFU-GM. UNMC Student Research Forum, 1991.

208. Weisenburger DD, Sanger WG, Armitage JO. Abnormalities of Chromosome 11q13 in Non-Hodgkin's Lymphoma (NHL). Blood 78:121A, 1991.

209. Gordon B, Weisenburger D, Warkentin P, Anderson J, Sanger W, Bast M, Gnarra D, Vose J, Bierman P, Armitage J, Coccia P. Peripheral T-Cell Lymphoma in Childhood: A Clinicopathologic Study of 22 Patients. Blood 78:175A, 1991.

210. Gordon B, Warkentin P, Weisenburger D, Vose J, Sanger W, Strandjord S, Anderson J, Verdirame J, Bierman P, Armitage J, Coccia P. Bone Marrow Transplantation for Relapsed Peripheral T-Cell Lymphoma in Children and Young Adults. Blood 78:237A, 1991.

211. Welniak LA, Alter R, Jackson JD, Vose JM, Garrison L, Weisenburger DD, Kessinger A. Interleukin-3 Enhances Collection of Peripheral Blood Mononuclear Cells and CFU-GM. Blood 78:224A, 1991.

212. Masih A, Weisenburger D, Nakamine H, Sanger W, Chan W, Armitage J. The t(14;18) Chromosome Abnormality Does Not Predict Response to Therapy or Survival in Uniformly Treated Patients with Diffuse Large B-Cell Lymphoma. Mod Pathol 5:82A, 1992.

213. McCarthy B, Vose J, Bast M, Bierman P, Armitage J, Weisenburger D. Prognostic Significance of Clinical and Immunopathologic Features in Follicular Large Cell Lymphoma: A Study of Uniformly Staged and Treated Patients. Mod Pathol 5:83A, 1992.

214. Weisenburger D, Zahm S, Babbitt P, Saal R, Vaught J, Blair A. An Increased Risk of Lymphoma and Multiple Myeloma in Women is Associated with Hair Coloring Product Use. Mod Pathol 5:89A, 1992.

215. Sharp JG, Mann SL, Crouse DA, Weisenburger DD, Kessinger A, Garrison L. Effects of Interleukin-3 on Long-Term Cultures of Human Bone Marrow and Apheresis Harvests from Lymphoma Patients. J Cell Biochem (Suppl. 16A):205, 1992.

216. Alter R, Welniak LA, Jackson JD, Vose JM, Garrison L, Weisenburger DD, Kessinger A. In-Vitro Clonogenic Monitoring of Peripheral Stem Cell Growth Before and During Interleukin-3 Administration. J Cell Biochem (Suppl. 16A):181, 1992.

217. Anderson JR, Vose JM, Bierman PJ, Weisenburger DD, Sanger W, Pierson JL, Bast MA, Armitage JO. Clinical Features and Prognosis of Follicular Large Cell Lymphoma (FLCL): A Report from the Nebraska Lymphoma Study Group (NLSG). Proc ASCO 11:1125, 1992.

218. Zahm SH, Weisenburger DD, Blair A. Agriculture and Multiple Myeloma in Men and Women in Nebraska. Proceedings of the Third International Symposium on Issues in Health, Agriculture and the Environment, 1992.

219. Zahm SH, Weisenburger DD, Blair A. The Role of Agricultural Pesticide Use in the Development of Non-Hodgkin's Lymphoma in Women. Proceedings of the Third International Symposium on Issues in Health, Agriculture and the Environment, 1992.

220. Zahm SH, Weisenburger DD, Cantor KP, Holmes FF, Blair A. Non-Hodgkin's Lymphoma and the Use of Atrazine: Results from Three Case-Control Studies. Proceedings of the Third International Symposium on Issues in Health, Agriculture and the Environment, 1992.

221. Ward MH, Zahm SH, Weisenburger DD, Babbitt P, Cantor KP, Blair A. Animal Protein Consumption and Nitrate from Diet and Drinking Water: Association with Non-Hodgkin's Lymphoma in Nebraska. Proceedings of the Third International Symposium on Issues in Health, Agriculture and the Environment, 1992.

222. Weisenburger DD, Ullrich FA, Spalding ME, Spalding RF, Buehler BA, Anderson JR. Birth Defects and Well Water Contamination by Agrichemicals: An Ecologic Study. Proceedings of the Third International Symposium on Issues in Health, Agriculture and the Environment, 1992.

223. Hess MM, Nashelsky MB, Rebolloso FC, Mosier KS, Fordyce-Boyer R, Weisenburger DD, Sanger WG. Cytogenetic Abnormalities in B-Immunoblastic Lymphoma. Proceedings of the American Association of Cytogenetic Technologists Meeting, 1992.

224. Weisenburger DD, Zahm S, Babbitt P, Saal R, Vaught J, Blair A. An Increased Risk of Lymphoma and Multiple Myeloma in Women is Associated with Hair Coloring Product Use. Proceedings of the Fifth Meeting of the European Association for Hematopathology, 1992.

225. Sharp JG, Kessinger A, Armitage JO, Bierman PJ, Mann SL, Reed EC, Weisenburger DD. Influence of Minimal Disease on Clinical Outcome of Patients Undergoing High Dose Therapy and Transplantation. Proceedings of the Sixth International Bone Marrow Transplantation Symposium, 1992.

226. Chan WC, Hooper C, Wickert R, Benson JM, Vardiman J, Hinrichs S, Weisenburger D. HTLV-1 Sequences in Patients with Cutaneous T-Cell Lymphoma. Blood. 80:119A, 1992.

227. Vose JM, Anderson JR, Bierman PJ, Bast M, Weisenburger D, Chan WC, Armitage JO. Comparison of Front-Line Chemotherapy for Aggressive Non-Hodgkin's Lymphoma (NHL) Using CAP-BOP with Adriamycin (CB-A), Adriamycin and Infusional Bleomycin/Vincristine (CB-AI), or Mitoxantrone (CB-M). Blood. 80:43A, 1992.

228. Weisenburger DD, Strobach RS, Masih AS, Bast MA, Chan WC, Armitage JO. "Large Cell Lymphoma" Arising in Patients with Lymphocyte Predominant Hodgkin's Disease. Mod Pathol 6:103A, 1993.

229. Weisenburger DD, Vose JM, Gordon BG, Rison DL, Bast MA, Sanger WG, Chan WC. Is the 2;5 Chromosomal Translocation Specific for CD30-Positive Anaplastic Large Cell lymphoma? Mod Pathol 6:103A, 1993.

230. Chan WC, Hooper C, Wickert R, Benson JM, Hinrichs S, Weisenburger DD. HTLV-1 Sequences in Lymphoproliferative Disorders. Mod Pathol 6:87A, 1993.

231. Mirvish SS, Weisenburger D, Smyrk TC, Nickols J, Hinman CA. Carcinogenesis Tests of Methyl-n-amylnitrosamine, Catechol and Ethanol. Proc AACR 34:132A, 1993.

232. Weisenburger DD. Epidemiology of Non-Hodgkin's Lymphoma. J Cell Biochem 17E:255, 1993.

233. Ward MH, Zahm SH, Weisenburger DD, Gridley G, Cantor KP, Blair A. Diet and Non-Hodgkin's Lymphoma. Proceedings of the Society for Epidemiologic Research, 1993.

234. Weisenburger DD. Epidemiology of Non-Hodgkin's Lymphoma. Proceedings of the Fifth International Conference on Malignant Lymphoma, 1993.

235. Vose JM, Anderson JR, Bierman PJ, Bast M, Weisenburger DD, Chan WC, Armitage JO. Composition of Front-line Chemotherapy for Aggressive Non-Hodgkin's Lymphoma (NHL) using CAP-BOP with Adriamycin (CB-A), Adriamycin and Infusional Bleomycin/Vincristine (CB-AI), or Mitoxantrone (CB-M). Proceedings of the Fifth International Conference on Malignant Lymphoma, 1993.

236. Ward MN, Zahm SH, Weisenburger DD, Gridley G, Cantor KP, Blair A. Diet and Non-Hodgkin's Lymphoma. 26th Annual Meeting of the Society for Epidemiologic Research, 1993.

237. Vose JM, Weisenburger DD, Anderson JR, Bierman PJ, Bast M, Chan WC, Bishop MR, Armitage JO. Mantle Cell Lymphoma (MCL) has a Poorer Prognosis than Follicular Non-Hodgkin's Lymphoma (F-NHL); however, High-dose Therapy (HDC) and Autologous Stem Cell Transplantation (ASCT) may Overcome Treatment Resistance in MCL. Blood 82 (Suppl. 1):135A, 1993.

238. Masih A, Weisenburger D, Vose J, Bierman P, Nakamine H, Sanger W, Chan W, Anderson J, Armitage J. Clinicopathologic Analysis of the t(14;18) in Uniformly Treated De Novo Diffuse Large B-Cell Lymphoma. Blood 82 (Suppl. 1):133A, 1993.

239. Bashir R, Cheloha K, Weisenburger D, McManus B. Detection of EBER-1 Messenger RNA in AIDS and Non-AIDS Primary CNS Lymphoma Ann Neurol 34:313, 1993.

240. Yan Y, Chan WC, Weisenburger DD, Vose JM, Bierman PJ, Bast M, Armitage JO. Prognostic Significance of Bone Marrow Involvement in Patients with Diffuse Aggressive B-cell Lymphoma. Mod Pathol 7:124A, 1994.

241. Martin AR, Weisenburger DD, Vose JM, Anderson JR, Bierman PJ, Bast MA, Daley DT, Armitage JO, Chan WC. Prognostic Value of Cellular Proliferation in Follicular Lymphoma Studied by Image Analysis of Fixed Tissue Stained with Ki-67. Mod Pathol 7:115A, 1994.

242. Moynihan MJ, Bast MA, Chan WC, Wickert RS, Wu GQ, Weisenburger DD. Multiple Lymphomatous Polyposis: A Neoplasm of Follicular Mantle or Germinal Center Cell Origin. Mod Pathol 7:117A, 1994.

243. Casey JH, Vose JM, Chan WC, Bast MA, Bierman PJ, Armitage JO, Weisenburger DD. Primary Gastric Non-Hodgkin's Lymphoma. A Clinicopathologic Study of 29 Cases. Mod Pathol 7:104A, 1994.

244. Noel SM, Koo C, Marcus JN, Hsu SM, Weisenburger DD, Chan WC. Plasmacytoid Monocyte Proliferation: A Study of Cytokine Expression and Report of a Case with Extensive Marrow Infiltration. Mod Pathol 7:117A, 1994.

245. Ward MH, Cantor KP, Zahm SH, Weisenburger DD, Marks SD, Correa-Villasenor A, Blair A. Drinking Water Nitrate and Non-Hodgkin's Lymphoma: A Case-Control Study in Nebraska. Proceedings of the Joint Conference of the International Society of Environmental Epidemiology/International Society for Environmental Assessment, 1994.

246. Martin AR, Weisenburger DD, Ruby E. Ki-67 Proliferation Index in Follicular Lymphomas Determined by Image Analysis. Proceedings of the Meeting of the Clinical Cytometry Society, 1994.

247. Morris SW, Shurtleff SA, Head D, Behm FG, Raimondi SC, Weisenburger DD, Kossakowska AE, Thorner P, Zielenski M, Lorenzana A, Ladanyi M, Downing JR. Molecular Detection of the t(2;5) of Non-Hodgkin's Lymphoma (NHL) by Reverse Transcriptase-Polymerase Chain Reaction. Blood 84 (Suppl 1):138A, 1994.

248. Delabie J, Tierens A, Weisenburger DD, Chan WC. Lymphocyte Predominance Hodgkin's Disease is a Polyclonal B Cell Disorder: Results of Single-Cell Studies. Blood 84 (Suppl 1):148A, 1994.

249. Vose J, Ruby E, Bierman P, Anderson J, Weisenburger DD, Armitage JO. Elderly Patients with Localized Diffuse Large Cell Non-Hodgkin's Lymphoma (NHL): Improved Results with Initial Chemotherapy. Blood 84 (Suppl 1): 1519A, 1994.

250. Tezcan H, Vose J, Bast M, Weisenburger D, Bierman P, Kessinger A, Armitage JO. Limited Stage Follicular Non-Hodgkin's Lymphoma: The Nebraska Lymphoma Study Group (NLSG) Experience. Blood 84 (Suppl 1): 1516A, 1994.

251. Martin AR, Weisenburger DD, Chan WC, Ruby EI, Anderson JR, Vose JM, Bierman PJ, Bast MA, Armitage JO. Value of Histologic Grade in Follicular Lymphoma: An Evaluation of Four Methods. Mod Pathol 8:115A, 1995.

252. Lozano MD, Tierens A, Greiner TC, Wickert RS, Weisenburger DD, Chan WC. Clonality Analysis of B-Lymphoid Proliferations Using PCR. Mod Pathol 8:115A, 1995.

253. Greiner TC, Moynihan MJ, Chan WC, Lytle DM, Weisenburger DD. p53 Mutations in Mantle Cell Lymphoma. Mod Pathol 8:111A, 1995.

254. Smir BN, Weisenburger DD. Multicentric Angiofollicular Lymph Node Hyperplasia in Children. Mod Pathol 8:120A, 1995.

255. Delabie J, Chan WC, Tierens A, Cualing H, Weisenburger DD. Histiocyte-Rich B-Cell Lymphoma Occurring in Lymphocyte Predominance Hodgkin's Disease. Mod Pathol 8:108A, 1995.

256. Delabie J, Greiner TC, Chan WC, Weisenburger DD. Lymphocyte Predominance Hodgkin's Disease with Coexistent T-Cell Lymphoma. Mod Pathol 8:108A, 1995.

257. Moynihan MJ, Pederson AD, Chan WC, Kwok V, Bast MA, Greiner TC, Weisenburger DD. Mantle Cell Lymphoma: An Appraisal of its Morphologic, Immunophenotypic, and Genotypic Diversity. Mod Pathol 8:117A, 1995.

258. Downing J, Shurtleff S, Head D, Behm F, Raimondi S, Weisenburger D, Kossakowska A, Thorner P, Zielenski M, Lorenzana A, Morris S. Molecular Detection of the t(2;5) of Non-Hodgkin's Lymphoma (NHL) by Reverse Transcriptase-Polymerase Chain Reaction (RT-PCR). Mod Pathol 8:109A, 1995.

259. Chan WC, Delabie J, Tierens A, Wickert R, Weisenburger D. Lineage, Clonality and Evolution of Lymphocyte Predominance Subtype of Hodgkin's Disease. FASEB 9: 272 A, 1995.

260. Delabie J, Tierens A, Weisenburger DD, Chan WC. Nodular Sclerosis Hodgkin's Disease: Lineage and Clonality Analysis Using a Single-Cell Assay. FASEB 9: 272 A, 1995.

261. Ward MH, Mark SD, Cantor KP, Weisenburger D, Correa A, Zahm SH. Risk of Non-Hodgkin's Lymphoma and Drinking Water Nitrate. Am J Epidemiol 141:S32, 1995.

262. Greiner TC, Moynihan MJ, Chan WC, Lytle DM, Weisenburger DD. p53 Mutations in Mantle Cell Lymphoma. Proceedings of the Cancer Genetics and Tumor Suppressor Genes Meeting, 1995.

263. Delabie J, Tierens A, Gavriil T, Weisenburger DD, Chan WC. Single Cell Study of the Lineage and Clonality of Reed-Sternberg Cells in Nodular Sclerosis Hodgkin's Disease. Proceedings of the Third International Symposium on Hodgkin's Lymphoma, 1995.

264. Chan WC, Delabie J, Tierens A, Wickert R, Weisenburger DD. Clonality and Evolution of Lymphocytic Predominance Hodgkin's Disease. Proceedings of the Third International Symposium on Hodgkin's Lymphoma, 1995.

265. d'Amore F, Johansen P, Mortensen LS, Weisenburger DD, Greiner TC, Anderson JR, Armitage JO. Epstein-Barr Virus Genome is a Predictor of Poor Clinical Outcome Independent of the International Prognostic Index in Aggressive T-cell Lymphoma. Blood 86 (Suppl 1):606a, 1995.

266. Mathew P, Valentine MB, Sanger WG, Weisenburger DD, Valentine V, Morris SW. Detection of the t(2;5)(p23;q35) of Non-Hodgkin's Lymphoma by Two-Color Fluorescence In Situ Hybridization (FISH). Blood 86 (Suppl 1):765A, 1995.

267. Weisenburger DD, Gascoyne RD, Bierman PJ, Shenkier T, Horsman D, Anderson JR, Chan WC, Greiner TC, Connors JM, Vose JM, Armitage JO, Sanger WG. Clinical Significance of the t(14;18)(q32;q21) in Follicular Large Cell Lymphoma (FLCL). Mod Pathol 9:126A, 1996.

268. Ward MH, Sinha R, Heineman EF, Markin RS, Rothman N, Weisenburger DD, Zahm SH. Risk of Adenocarcinoma of the Stomach and Esophagus with Intake of Well-Done and Barbecued Meats. American Society of Preventive Oncology, 1996.

269. Ward MH, Sinha R, Heineman EF, Rothman N, Markin RS, Weisenburger DD, Zahm SH. Risk of Stomach Cancer with Meat Doneness Level and Cooking Method. American Society of Cancer Research, 1996.

270. Ward MH, Sinha R, Heineman EF, Rothman N, Markin RS, Weisenburger DD, Zahm SH. Increased Risk of Stomach Cancer with the Level of Meat Doneness. Proc AACR 37:292, 1996.

271. d'Amore F, Johansen P, Mortensen LS, Weisenburger DD, Gascoyne R, Anderson JR, Armitage JO. Epstein-Barr Virus in T-cell Lymphomas: Frequency, Distribution and Prognostic Significance. Ann Oncol 7(Suppl 3):10, 1996.

272. Weisenburger DD, et al. Application of the International Lymphoma Study Group (ILSG) Classification of Non-Hodgkin's Lymphoma (NHL): Clinical Characteristics and Outcome of 1400 Patients from 8 Countries. Ann Oncol 7(Suppl 3):2, 1996.

273. Pickering DL, Morris SW, Mathew P, Hess MM, Weisenburger DD, Sanger WG. Detection of the t(2;5) in Non-Hodgkin's Lymphoma Utilizing Two-color FISH. Am J Hum Genet 59 (Suppl A): 78 A, 1996.

274. Ohno T, Stribley J, Wu G, Hinrichs SH, Weisenburger DD, Chan WC. Clonality in Lymphocyte Predominance Hodgkin's Disease: Report of Five Cases Studied by Single Cell Analysis. Blood 88 (Suppl 1):386A, 1996.

275. Coiffier B, Anderson J, Armitage J, Berger F, Cavalli F, Chan W, Close P, Connors J, Diebold J, Gascoyne J, Harris N, Hiddemann W, Ho F, Jacobs P, Liang R, Lister A, MacClennan K, Müller-Hermelink H, Nathwani B, Norton A, Ott G, Pedrinis E, Rosenberg S, Roy P, Schauer A, Weisenburger D. Clinical Prognostic Factors are Stronger Predictors of Outcome in Non-Hodgkin's Lymphoma (NHL) than Pathologic Subtype. Blood 88 (Suppl 1):293A, 1996.

276. Weisenburger DD, for the International Non-Hodgkin's Lymphoma Classification Project. A Prospective Study of the International Lymphoma Study Group (ILSG) Classification of Non-Hodgkin's Lymphoma: Pathology Findings. Proceedings of AACR/ASCO Joint Conference on Basic and Clinical Aspects of Lymphoma, 1997.

277. Weisenburger DD, Greiner TC, Seto M, Chan WC. Mantle Cell Lymphoma: Molecular Analysis and Cyclin D1 Staining of 42 Cases. Mod Pathol 10:136A, 1997.

278. Abou-Elella AA, Vose JM, Anderson JR, Bierman PJ, Greiner TC, Chan WC, Armitage JO, Weisenburger DD. Primary Mediastinal Large B-cell Lymphoma: A Clinicopathologic Study of 50 Cases. Mod Pathol 10:119A, 1997.

279. Wu CD, Greiner TC, Vose JM, Gordon BG, Anderson JR, Chan WC, Morris SW, Weisenburger DD. Anaplastic Large Cell Lymphoma in Adults: A Clinicopathologic Study of 31 Cases. Mod Pathol 10:137A, 1997.

280. Weisenburger DD, for the International NHL Classification Project. The International Lymphoma Study Group (ILSG) Classification of Non-Hodgkin's Lymphoma (NHL): Pathologic Findings from a Large Multicenter Study. Mod Pathol 10:136A, 1997.

281. Weisenburger DD, for the International NHL Classification Project. The International Lymphoma Study Group (ILSG) Classification of Non-Hodgkin's Lymphoma (NHL): Clinical Findings from a Large Multicenter Study. Mod Pathol 10:136A, 1997.

282. Greiner TC, Lytle DM, Zahm SH, Weisenburger DD. P53 Mutations in Non-Hodgkin's Lymphoma of Patients with Pesticide Exposure. Proc AACR 38:628, 1997.

283. Palanisamy N, Rao PH, Abou-Elella A, Weisenburger DD, Chaganti RSK. Comparison of Primary Mediastinal Large B-Cell and Diffuse Large Cell Lymphomas: Genetic Anomalies Defined by CGH. Blood 90 (Suppl. 1):78A, 1997.

284. Müller-Hermelink HK, Anderson JR, Armitage JO, Diebold J, MacLennan KA, Nathwani BN, Weisenburger DD, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. Peripheral T-Cell Lymphoma (PTCL): A Clinicopathologic Analysis of 96 Cases. Mod Pathol 11:136A, 1998.

285. Weisenburger DD, Anderson JR, Armitage JO, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani B, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. Grading of Follicular Lymphoma: Diagnostic Accuracy, Reproducibility, and Clinical Relevance. Mod Pathol 11:142A, 1998.

286. MacLennan KA, Anderson JR, Armitage JO, Diebold J, Müller-Hermelink HK, Nathwani BN, and Weisenburger DD, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. Anaplastic large Cell Lymphoma (ALCL) of T/Null-Cell Type Is a Distinctive Clinicopathologic Entity. Mod Pathol 11:135A, 1998.

287. Diebold J, Anderson JR, Armitage JO, MacLennan KA, Müller-Hermelink HK, Nathwani BN, and Weisenburger DD, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. Diffuse Aggressive B-Cell Lymphoma (DABL): A Clinicopathologic Analysis of 480 Cases. Mod Pathol 11:128A, 1998.

288. Nathwani BN, Anderson JR, Armitage JO, Diebold J, MacLennan KA, Müller-Hermelink HK, Weisenburger DD, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. A Clinicopathologic Comparison of 21 Patients with Nodal Marginal Zone B-Cell Lymphoma and 72 Patients with MALT Type Lymphoma. Mod Pathol 11:137A, 1998.

289. Nathwani BN, Anderson JR, Armitage JO, Diebold J, MacLennan KA, Müller-Hermelink HK, Weisenburger DD, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. Follicular Lymphoma with Benign and Malignant Monocytoid B-Cells. Mod Pathol 11:137A, 1998.

290. Gascoyne RD, Diebold J, Müller-Hermelink K, MacLennan KA, Nathwani BN, and Weisenburger DD, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. Diffuse Small B-Cell Lymphomas. Mod Pathol 11:129A, 1998.

291. Gascoyne RD, Wu CD, Chhanabhai M, Morris SW, Pulford K, Mason D, Greiner TC, Connors JM, Vose JM, Coldman A, and Weisenburger DD. Prognostic Significance of ALK Oncogene Expression in Anaplastic Large Cell Lymphoma (ALCL). Mod Pathol 11:129A, 1998.

292. Aoun P, Greiner T, Vose J, Gordon B, Kollath J, Morris S, Chan W, Weisenburger D. Anaplastic Lymphoma Kinase (ALK): An Important Predictor of Survival in Peripheral T-Cell Lymphoma. Mod Pathol 11:125A, 1998.

293. Ohno T, Smir B, Weisenburger DD, Gascoyne R, Hinrichs SD, Chan WC. Clonal Relationship between H-RS Cells and CLL Cells in Richter's Syndrome with HD Characteristics. Mod Pathol 11:137A, 1998.

294. Ohno T, Park K, Weisenburger DD, Hinrichs S, Chan WC. Direct Demonstration by Single Cell Analysis that the Lymphocytic and Histiocytic (L&H) Cells in Nodular-Lymphocyte Predominant Hodgkin's Disease (NLPHD) are Clonally Related to the Large Cell Lymphoma (LCL) Developing in the Same Individual. Mod Pathol 11:138A, 1998.

295. Abou-Elella AA, Nathwani BN, Gascoyne R, Weisenburger DD, Velankar M, Greiner TC, Chan WC. The Relationship Between Monocytoid B-Cell (MBC) Lymphoma and Coexisting Follicular Lymphoma. Mod Pathol 11:124A, 1998.

296. Greiner TC, Zahm SH, Weisenburger DD. Molecular Epidemiology of P53 Mutations in Non-Hodgkin's Lymphomas Associated with Pesticide Exposures. Mod Pathol 11:130A, 1998.

297. Weisenburger DD, Anderson JR, Armitage JO, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani B, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. Grading of Follicular Lymphoma: Diagnostic Accuracy, Reproducibility, and Clinical Relevance. Proc of European Association of Hematopathology, 1998.

298. Nathwani BN, Drachenberg MR, Anderson JR, Armitage JO, Diebold J, MacLennan KA, Müller-Hermelink HK, Weisenburger DD, for the Non-Hodgkin's Lymphoma Classification Project. Prognostic Factors in Marginal Zone B-cell Lymphoma, Extranodal, Mucosa-associated Lymphoid Tissue (MALT) Type. Proc of European Association of Hematopathology, 1998.

299. Dave BJ, Pickering DL, Hess MM, Weisenburger DD, Armitage JO, Sanger WG. Rearrangements of Chromosome 1p36 in Non-Hodgkin's Lymphoma. Proc AACR 39:131, 1998.

300. Pavletic ZS, Weisenburger DD, Lynch JC, Bierman PJ, Vose JM, Bishop MR, Abou-Elella A, Bast MA, Armitage JO. Rai Classification and International Prognostic Index (IPI) in Small Lymphocytic Lymphoma. Proc ASCO 17:33A, 1998.

301. Chen NX, Vose JM, Bierman PJ, Weisenburger DD, Bast MA, Lynch JC, Armitage JO. Anthracycline-containing Combination Chemotherapy in Low-grade Follicular Lymphoma. Proc ASCO 17:22A, 1998.

302. Dave BJ, Pickering DL, Hess MM, Weisenburger DD, Armitage JO, Sanger WG. Rearrangements of Chromosome Band 1p36 and Loss of a Putative Tumor Suppressor Gene in Non-Hodgkin's Lymphoma. Proc 17th International Cancer Congress, 1998.

303. Weisenburger DD. New Classification for Non-Hodgkin's Lymphoma. Proc 5th Seminar on New Trends in Treatment of Acute Leukemia, 1998.

304. Weisenburger DD. Mantle Cell Lymphoma - Biological Characterization. Proc 2nd International Symposium on Malignant Lymphomas, 1998.

305. Weisenburger DD. Anderson J, Armitage J, Diebold J, Maclennan K, Müller-Hermelink K, Nathwani B, for the Non-Hodgkin's Lymphoma (NHL) Classification Project. Grading of Follicular Lymphoma: Diagnostic Accuracy, Reproductibility, and Clinical Relevance. Proc 2nd International Symposium on Malignant Lymphomas, 1998.

306. Aoun P, Greiner T, Vose J, Gordon B, Kollath J, Bast M, Morris S, Chan W, Bierman P, Armitage J, Weisenburger D. Is the Survival of Patients with Peripheral T-cell Lymphoma (PTCL) Different from Patients with Diffuse Aggressive B-cell Lymphoma (DABL)? Blood 92:84A, 1998.

307. Pavletic ZS, Weisenburger DD, Rai KR, Bast MA, Kollath JP, Bierman PJ, Vose JM, Bishop MR, Abou-Elella AA, Armitage JO. Factors Influencing Survival in Non-Leukemic B-cell Small Lymphocytic Lymphoma (B-SLL). Blood 92:85A, 1998.

308. Pavletic ZS, Arrowsmith ER, Bierman PJ, Goodman SA, Vose JM, Tarantolo SR, Stein RS, Greer JP, Kollath JP, Weisenburger DD, Wolff SN, Armitage JO, Bishop MR. Allogeneic Stem Cell Transplantation from Related or Unrelated Donors for B-cell Chronic Lymphocytic Leukemia (B-CLL). Blood 92:288A, 1998.

309. Zhang Q, Cui X, Siebert R, Rakestraw K, Naeve C, Hinzmann B, Weisenburger DD, Sanger WG, Nowotny H, Vesely M, Rosenthal A, Schlegelberger B, Morris SW. BCL10, a Novel Caspase Recruitment Domain (CARD) - containing Gene Overexpressed in MALT Lymphoma with t(1;14)(p22;q32). Blood 92:508A, 1998.

310. Weisenburger DD, Park K, Greiner T, Chan W, Pavletic S, Armitage J. Splenic "Marginal Zone" Lymphoma: A Clinicopathologic Study of 43 Cases. Mod Pathol 12:148A, 1999.

311. Chai C, Aoun P, Greiner T, Bishop J, Lynch J, Chan W, Bierman P, Gordon B, Vose J, Armitage J, Weisenburger D. BCL6 and P53 Gene Expression Predict Survival in the Small Noncleaved Cell Lymphomas. Mod Pathol 12:133A, 1999.

312. Aoun P, Greiner T, Gascoyne R, Morris S, Pulford K, Mason D, Shiota M, Chan W, Weisenburger D. Detection of Anaplastic Lymphoma Kinase (ALK) by Immunostaining Varies with Antibody. Mod Pathol 12:131A, 1999.

313. Aoun P, Greiner T, Vose J, Kollath J, Morris S, Gordon B, Chan W, Weisenburger D. Prognostic Significance of Cytotoxic T-cell Intracellular Antigen (TIA-1) and Granzyme B (GR-B) in Peripheral T-cell Lymphoma (PTCL). Mod Pathol 12:131A, 1999.

314. Greiner T, Zahm S, Migliazza A, Weisenburger D. Molecular Epidemiology of BCL2 and BCL6 Mutations in Lymphomas Associated with Pesticide Exposure. Mod Pathol 12:137A, 1999.

315. Dave BJ, Singh RK, Varney ML, Bast MA, Weisenburger DD, Armitage JO, Sanger WG. Allelic Loss at Chromosome 1p36 and N-myc Amplification in Non-Hodgkin's Lymphoma. Proc AACR 40: 136, 1999.

316. Dave BJ, Arcaroli JJ, Trivedi AH, Pickering DL, Hess MM, Weisenburger DD, Armitage JO, Sanger WG. Fluorescence In-situ Hybridization Reveals a New Recurrent Rearrangement in Non-Hodgkin's Lymphoma. Proc AACR 40: 541, 1999.

317. Gascoyne RD, Aoun P, Wu D, Chhanabhai M, Skinnider BF, Morris SW, Greiner TC, Connors JM, Vose JM, Coldman A, Weisenburger DD. Prognostic Significance of ALK Oncogene Expression in Anaplastic Large Cell Lymphoma. Ann Oncol 10:118A, 1999.

318. Siebert R, Hinzmann B, Zhang Q, Cul X, Rakestraw K, Naeve C, Nowotney H, Vesely M, Weisenburger DD, Sanger WG, Morris SW, Rosenthal A, Schlegelberger B. Cloning of the Novel Caspase Recruitment Domain (CARD)-containing Gene BCL10 Affected by the t(1;14)(p22;q32) in MALT-lymphoma. Medizinische Genetik 11:W2-10, 1999.

319. Gordon B, Sanger W, Weisenburger D, Bast M, Pickering, D, Hess M, Bierman P, Vose J, Harper J, Abromowitch M, Armitage J, Coccia P. Cytogenetic Abnormalities in Non-Hodgkin's Lymphoma (NHL) and Hodgkin's Disease (HD) in Children: The Nebraska Lymphoma Study Group Experience. J Pediatr Hematol Oncol 21:331, 1999.

320. Gordon B, Weisenburger D, Lynch J, Bast M, Bierman P, Vose J, Bociek G, Armitage JO. Indolent Non-Hodgkin's Lymphoma (NHL) in Children and Young Adults: A Clinicopathologic Study of 19 Cases. Blood 94:94A, 1999.

321. Chan WC, Alizadeh A, Eisen M, Davis RE, Ma C, Sabet H, Tran T, Powell JI, Yang L, Greiner TC, Weisenburger DD, Armitage JO, Marti GE, Moores T, Hudson J, Lossos I, Warnke R, Levy R, Botstein D, Brown PO, Staudt LM. Gene Expression in Large B-cell Lymphoma Using cDNA Microarray Technology. Blood 94:698A, 1999.

322. Vose JM, Bierman PJ, Lynch JC, Weisenburger DD, Chan JC, Greiner T, Bociek G, Armitage JO, for the Nebraska Lymphoma Study Group. Elderly Patients > 70 Years with Diffuse Aggressive Non-Hodgkin's Lymphoma (NHL): Clinical Prognostic Factor Analysis and Long-Term Results of CAP-BOP or CNOP Therapy. Blood 94:524A, 1999.

323. Weisenburger DD, Bociek RG, Lynch JC, Bierman PJ, Chan WC, Greiner TC, Vose JM, Armitage JO. Histologic Type Predicts Survival in Adults with Diffuse Aggressive B-cell Lymphoma (DABCL). Mod Pathol 13:165A, 2000.

324. Aoun P, Pickering D, Greiner TC, Chan WC, Weisenburger DD, Morris SM, Sanger WG. Cytogenetic Analysis of the ALK Gene in Anaplastic Large Cell Lymphoma of B-cell Type by Interphase FISH on Paraffin-embedded Tissue. Mod Pathol 13:142A, 2000.

325. Aoun P, Greiner TC, Lynch JC, Vose JM, Gordon BG, Chan WC, Weisenburger DD. Clusterin Expression is Associated with Anaplastic Large Cell Lymphoma (ALCL) of T/null Cell Phenotype with ALK Expression. Mod Pathol 13:142A, 2000.

326. Chai C, Aoun P, Greiner TC, Lynch JC, Bishop J, Chan WC, Gordon BG, Armitage JO, Weisenburger DD. Diagnostic Accuracy and Clinical Relevance of the Subclassification of Small Noncleaved Cell Lymphoma. Mod Pathol 13:144A, 2000.

327. Chai C, Aoun P, Greiner TC, Lynch JC, Bishop J, Chan WC, Armitage JO, Weisenburger DD. Diffuse Large B-cell Lymphoma (DLBCL) With Burkitt-like Features - A Clinicopathologic Entity? Mod Pathol 13:144A, 2000.

328. Huang J, Chan WC, Greiner TC, Bast MA, Lynch JC, Armitage JO, Weisenburger DD. Diffuse Large B-cell Lymphoma (DLBCL) Arising in Lymphocyte Predominance Hodgkin's Disease (LPHD). Mod Pathol 13:150A, 2000.

329. Chan WC, Alizadeh A, Eisen M, Davis RE, Ma C, Sabet H, Tran T, Powell JI, Yang L, Greiner TC, Weisenburger DD, Armitage JO, Marti GE, Moores T, Hudson J, Lossos I, Warnke R, Levy R, Botstein D, Brown PO, Staudt LM. Gene Expression in Large B-cell Lymphoma: cDNA Microarray Analysis. Mod Pathol 13:144A, 2000.

330. Simmons BH, Edelman M, Burke JS, Weisenburger DD, Evans L, Ratech H. Primary Splenic Marginal Zone Lymphoma (PSMZL): Microanatomical Localization of B-lymphoma Cells Using a Combined Silver Nitrate and Immunoperoxidase Staining (SNIP) Technique. Mod Pathol 13:163A, 2000.

331. Weisenburger D, Anderson J, Armitage J, Diebold J, MacLennan K, Müller-Hermelink K, Nathwani B. Grading of Follicular Lymphoma: Diagnostic Accuracy, Reproducibility, and Clinical Relevance. Proceedings of the 10th Meeting of the European Association for Haematopathology, 2000.

332. Vose JM, Bierman PJ, Lynch JC, Weisenburger DD, Bociek G, Morris M, Greiner T, Chan J, Armitage JO. High-dose Chemotherapy (HDC) and Autologous Stem Cell Transplantation (ASCT) Overcomes Inferior Outcome of Patients (Pts) with T-cell Compared to B-cell Aggressive Non-Hodgkin's Lymphoma. Proc ASCO 19:17A, 2000.

333. Dave BJ, Hess MM, Weisenburger DD, Chan WC, Armitage JO, Sanger WG. Chromosomal Abnormalities in Hodgkin's Disease. Proc AACR 41:760, 2000.

334. Dave BJ, Singh RK, Joshee L, Weisenburger DD, Armitage JO, Sanger WG. CDC2L1 Gene Expression in Non-Hodgkin's Lymphoma. Proc AACR 41:776, 2000.

335. Chiu BCH, Weisenburger DD, Cantor KP, Zahm SH, Blair A. Alcohol Consumption, Familial Aggregation of Hematolymphoproliferative Cancer and Risk of Non-Hodgkin's Lymphoma. Am J Epidemiol 151:S76, 2000.

336. Chen HL, Tucker KL, Heineman EF, Graubard BI, Potischman NA, Russell BM, McComb R, Weisenburger DD, Ward MH. Diet and Adult Glioma. Am J Epidemiol 151: S60, 2000.

337. Ward MH, Heinemann EF, Cantor KP, Chen H, McComb RD, Weisenburger DD, Merkle SK. Drinking Water Nitrate and Risk of Brain Cancer in Nebraska. Epidemiol 11:S141, 2000.

338. Hacia JG, Fang NY, Greiner TC, Armitage JO, Chan WC, Vose J, Weisenburger DD, Mayer RA, Collins FS. ATM Mutation Detection in Lymphoma using Oligonucleotide Microarrays. Proceedings of the American Society of Human Genetics, 2000.

339. Nelson M, Blair H, Carstens JM, Dave B, Hess M, Higgins C, Pickering D, Chan WC, Greiner TC Weisenburger DD, Sanger WG. Utilization of M-FISH in Cases of Diffuse Large Cell Lymphoma to Further Delineate Chromosomal Abnormalities. J Assoc Genet Technol 26:133, 2000.

340. Aoun P, Greiner TC, Hock L, Vose JM, Gordon BG, Chan WC, Weisenburger DD. Expression of Linker for Activation of T-cells (LAT) Protein in Peripheral T-cell (PTCL) and T/null Anaplastic Large Cell (ALCL) Lymphoma. Mod Pathol 14:155A, 2001.

341. Greiner TC, Fang N, Weisenburger DD, Chan WC, Hock L, Collins F, Hacia J. ATM Mutations Do Not Predict Outcome or P53 Mutation Status in Mantle Cell Lymphoma. Mod Pathol 14:165A, 2001.

342. Huang JZ, Greiner TC, Lynch JC, Staudt LM, Weisenburger DD, Armitage JO, Chan WC. Gene Expression Profile Associated with T-cell Infiltration in Diffuse Large B-cell Lymphoma Analyzed by cDNA Microarray. Mod Pathol 14:167A, 2001.

343. Huang JZ, Sanger WG, Pickering DL, Greiner TC, Staudt LM, Lynch JC, Weisenburger DD, Armitage JO, Chan WC. CD10, BCL-2, and BCL-6 Protein Expression and t(14;18(q32;q21) in Two Subtypes of Diffuse Large B-cell Lymphoma Defined by Gene Expression Profiles. Mod Pathol 14:167A, 2001.

344. Lawnicki LC, Aoun P, Chan WC, Weisenburger DD, Greiner TC. The t(14;18) and BCL-2 Expression are Present in a Subset of Primary Cutaneous Follicular Lymphomas (PCFL). Mod Pathol 14:170A, 2001.

345. Pickering DL, Dave BJ, Nelson M, Hess M, Weisenburger D, Chan WC, Armitage J, Sanger W. Interphase FISH Analysis of Selected Chromosomal Regions in Diffuse Large B-cell Lymphoma. Proc AACR 42: 632, 2001.

346. Greiner TC, Farrell BT, Weisenburger DD, Hock L, Armitage JO, Staudt L, Chan WC. P53 Mutations May Explain the Decreased Survival in the Activated B-like Subgroup of Diffuse Large B-cell Lymphomas. Mod Pathol 15:242A, 2002.

347. Hans CP, Weisenburger DD, Gascoyne RD, Greiner TC, Cochran GT, Pan X, Gao Z, Farinha P, Hock L, Lynch JC, Rosenwald A, Staudt LM, Connors J, Armitage JO, Chan WC. Classification of Diffuse Large B-cell Lymphoma into Prognostically Significant Subgroups by Immuno-histochemistry Using a Tissue Microarray. Mod Pathol 15:243A, 2002.

348. Hans CP, Weisenburger DD, Vose, JM, Hock L, Lynch JC, Aoun P, Greiner TC, Chan WC, Bierman PJ, Armitage JO. Cytological Subdivision of Grade 3 Follicular Lymphoma is Not Important Prognostically, but a Significant Diffuse Component (>75%) Predicts for Inferior Survival. Mod Pathol 15:243A, 2002.

349. Huang JZ, Greiner TC, Weisenburger DD, Braziel RM, Chan WC. Analysis of Immunoglobulin Light Chain Gene Expression in B-cell Lymphomas by cDNA Microarray. Mod Pathol 15:245A, 2002.

350. Chiu BC, Weisenburger DD, Zahm S, Cantor KP, Blair A. Family History of Cancer, Agricultural Herbicide Use, and Risk for Non-Hodgkin's Lymphoma. Proc AACR 43:3813, 2002.

351. Dave BJ, Nelson MA, Pickering DL, Chan WC, Weisenburger DD, Greiner TC, Armitage JO, Sanger WG. Molecular Cytogenetic Characterization of Diffuse Large Cell Lymphoma Using M-FISH. Proc AACR 43:1472, 2002.

352. Aoun P, Blair H, Hock L, Lynch J, Sanger W, Weisenburger DD, Pavletic S. Clinicopathologic Study of Chromosomal Abnormalities Detected by Interphase FISH Cytogenetics in B-cell Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma (B-CLL/SLL). Proceedings of the 11th Meeting of the European Association for Haematopathology, 2002.

353. Dave BJ, Hess MM, Pickering DL, Weisenburger DD, Chan WC, Armitage JO, Sanger WG. Cytogenetic and M-FISH studies in Hodgkin's Disease. XVIII International Congress of the International Union Against Cancer, 2002.

354. Hans CP, Weisenburger DD, Greiner TC, Cochran GT, Pan Z, Lynch JC, Hock LM, Aoun P, Armitage JO, Chan WC. Expression of PKC-beta or Cyclin D2 Predicts for Inferior Survival in Diffuse Large B-cell Lymphoma. Mod Pathol 16:234A, 2003.

355. Hans CP, Dave BJ, Sanger WG, Aoun P, Greiner TC, Chan WC, Lynch JC, Armitage JO, Weisenburger DD. Cytogenetic Differences between Grade 3A and Grade 3B Follicular Lymphoma. Mod Pathol 16:234A, 2003.

356. Weisenburger DD, Fu K, Pickering DJ, Aoun P, Greiner TC, Chan WC, Sanger WG. C-myc Rearrangement in Typical Burkitt and Atypical Burkitt Lymphoma. Mod Pathol 16:258A, 2003.

357. Fu K, Scanlan D, Aoun P, Chan J, Weisenburger D, Greiner T. Simian Virus 40 Sequences are Present at High Frequency, but Low Copy Number, in Both Lymphomas and Benign Tissues. Mod Pathol 16:232A, 2003.

358. Fu K, Palanisamy N, Sanger WG, Chan WC, Greiner TC, Aoun P, Chaganti RSK, Weisenburger DD. Recurrent Genomic Alterations in Splenic Marginal Zone B-cell Lymphoma. Mod Pathol 16:233A, 2003.

359. Fu K, Scdoris E, Chan WC, Pickering DL, Greiner TC, Aoun P, Sanger WG, Weisenburger DD. IgVH Gene Mutation and Chromosome 7q Deletion in Splenic Marginal Zone B-cell Lymphoma. Mod Pathol 16:233A, 2003.

360. Greiner TC, Fu K, Scanlan D, Chan J, Weisenburger D. SV40 DNA Sequences Are Not Present at a Higher Frequency in B-cell and T-cell Lymphomas Compared to Benign Lymphoid Hyperplasias. Proc AACR 44:1407, 2003.

361. Dave BJ, Hess MM, Pickering DL, Weisenburger DD, Chan WC, Sanger WC. Mantle Cell Lymphoma, the Presence of t(11;14) (q13;q32) and Secondary Chromosomal Changes: a Combined Cytogenetic and FISH Analysis. Proc AACR 44:807, 2003.

362. Chiu BCH, Weisenburger DD, Zahm SH, Cantor KP, Blair A. Family History of Hematopoietic Cancer and Risk of Non-Hodgkin's Lymphoma Subtypes. Proc AACR 44:354, 2003.

363. Dave BJ, Hess MM, Pickering DL, Weisenburger DD, Chan WC, Sanger WG. Cytogenetic and M-FISH Studies in Pediatric and Adult Hodgkin's Disease. Proc First International Symposium on Childhood and Adolescent Non-Hodgkin's Lymphoma. J Pediatr Hematol Oncol 25:S15, 2003.

364. Dave BJ, Jain S, Hess MM, Weisenburger DD, Sanger WG. The t(2;5) and Secondary Chromosome Abnormalities in Pediatric and Adult Anaplastic Large Cell Lymphoma. Proc First International Symposium on Childhood and Adolescent Non-Hodgkin's Lymphoma. J Pediatr Hematol Oncol 25:S15, 2003.

365. Wiggins ML, Sanger WG, Pickering DL, Fu K, Weisenburger DD, Dave BJ. Incidence of C-MYC and BCL2 Rearrangements in Pediatric SNCL. Proc First International Symposium on Childhood and Adolescent Non-Hodgkin's Lymphoma. J Pediatr Hematol Oncol 25:S14, 2003.

366. Pickering DL, Dave BJ, Chan WC, Weisenburger DD, Sanger WG. Combined Tissue Array and Interphase FISH Analyses in Diffuse Large B-cell Lymphoma. Proc First International Symposium on Childhood and Adolescent Non-Hodgkin's Lymphoma. J Pediatr Hematol Oncol 25:S4, 2003.

367. Higgins CM, Dave BJ, Weisenburger DD, Chan WC, Hess MM, Sanger WG. Pediatric DLBCL: a Cytogenetic Analysis of Nebraska Cases. Proc First International Symposium on Childhood and Adolescent Non-Hodgkin's Lymphoma. J Pediatr Hematol Oncol 25:S14, 2003.

368. Watson P, Tarantolo S, Wiernik PH, Weisenburger DD, Hogg D, Quinn-Laquer B, Sanger WG, Lynch HT. Heredity Multiple Myeloma (MM): an International Consortium for MM Family Studies. Proc of IX International Workshop on Multiple Myeloma, 2003.

369. Greiner TC, Smith LM, Rosenwald A, Weisenburger DD, Gascoyne R, Connors J, Delabie J, Campo E, Ott G, Mueller-Hermelink K, Braziel RM, Jaffe ES, Armitage JO, Staudt LM, Chan WC. mRNA Expression Patterns in p53 Mutant vs WildType Subgroups of Diffuse Large B-cell Lymphoma. Blood 102:368A, 2003.

370. Rosenwald A, Wright G, Leroy K, Yu X, Gaulard P, Gascoyne R, Chan WC, Zhao T, Haioun C, Greiner TC, Weisenburger DD, Lynch JC, Vose JM, Armitage JO, Smeland EB, Kvaloy S, Holte H, Delabie J, Campo E, Montserrat E, Lopez-Guillermo A, Ott, G, Müller-Hermelink HK, Connors JM, Braziel R, Grogan TM, Fisher RI, Miller TP, LeBlanc M, Chiorazzi M, Zhao H, Yang L, Powell J, Wilson WH, Jaffe ES, Simon R, Klausner RD, Staudt LM. Molecular Diagnosis of Primary Mediastinal B Cell Lymphoma Identifies a Clinically Favorable Subgroup of Diffuse Large B-cell Lymphoma Related to Hodgkin Lymphoma. Blood 102:62A, 2003.

371. Dave SS, Wright G, Tan B, Rosenwald A, Chan WC, Gascoyne RD, Greiner TC, Weisenburger DD, Vose J, Armitage JO, Braziel RM, Miller TP, Grogan TM, Fisher RI, Smeland EB, Kvaloy S, Holte H, Delabie J, Connors JM, Müller-Hermelink HK, Ott G, Davies AJ, Norton AJ, Lister TA, Campo E, Montserrat E, Wilson WH, Jaffe, ES, Chiorazzi M, Zhao H, Staudt LM, the LLMPP. A Molecular Predictor of Survival Following Diagnosis of Follicular Lymphoma. Blood 102:177A, 2003.

372. Hans CP, Weisenburger DD, Greiner TC, Gascoyne RD, Delabie J, Ott G, Müller-Hermelink HK, Campo E, Braziel R, Jaffe ES, Pan Z, Farinha P, Smith LM, Falini B, Banham AH, Rosenwald A, Staudt LM, Connors JM, Armitage JO, Chan WC. Confirmation of the Molecular Classification of Diffuse Large B-Cell Lymphoma by Immunohistochemistry Using a Tissue Microarray. Blood 102:177-178A, 2003.

373. Zettl A, Bea S, Rosenwald A, Jehn P, Salaverria I, Ott G, Staudt LM, Chan WC, Jaffe ES, Weisenburger DD, Greiner TC, Gascoyne R, Grogan TM, Delabie J, Mueller-Hermelink HK, Campo E. Different Subtypes of Diffuse Large B-cell Lymphoma Defined by Gene Expression Profiling Are Genetically Distinct. Blood 102:178A, 2003.

374. Gascoyne RD, Dave S, Zettl A, Bea S, Chan WC, Rosenwald A, Jaffe ES, Campo E, Delabie J, Weisenburger DD, Greiner TC, Ott G, Müller-Hermelink HK, Rimsza L, Hans C, Connors JM, Wright G, Staudt LM. Gene Expression Microarray Analysis of De Novo CD5 + Diffuse Large B-cell Lymphoma (LLMPP Study): A Distinct Entity? Blood 102:178-179A, 2003.

375. Rimsza L, Roberts R, Miller T, Unger J, LeBlanc M, Braziel R, Weisenburger DD, Chan WC, Greiner T, Müller-Hermelink K, Jaffe E, Gascoyne RD, Campo E, Fuchs D, Spier C, Fisher R, Staudt L, Grogan T. Loss of MHC Class II Gene and Protein Expression in Diffuse Large B Cell Lymphoma Is Related to Decreased Tumor Immunosurveillance and Poor Patient Survival: A Follow-up Study to the Director's Challenge Leukemia and Lymphoma Molecular Profiling Project (LLMPP). Blood 102:390-391A, 2003.

376. Iqbal J, Sanger WG, Horsman DE, Rosenwald A, Pickering DL, Dave S, Cao K, Zhu Q, Xiao L, Hans CP, Weisenburger DD, Greiner TC, Gascoyne RD, Ott G, Mueller-Hermelink HK, Delabie J, Braziel RM, Jaffe ES, Campo E, Lynch JC, Connors JM, Vose JM, Armitage JO, Grogan T, Staudt LM, Chan WC. BCL2 Translocation Defines a Subset of DLBCL with Germinal Center B-cell-like Gene Expression Profiles and Preferential Expression of a Set of Genes. Blood 102:884A, 2003.

377. Arora A, Vose JM, Lynch J, Armitage JO, Bierman PJ, Bociek RG, Weisenburger DD. Localized Mantle Cell Lymphoma: High Initial Response, but a Short Duration of Remission with Poor Outcomes. Blood 102:889A, 2003.

378. Rimsza L, Roberts R, Campo E, Grogan T, Bea S, Salaverria I, Zettl A, Fisher R, Unger J, LeBlanc M, Staudt L, Gascoyne R, Chan W, Weisenburger DD, Greiner T, Jaffe E, Braziel R, Mueller-Hermelink K, Miller T. Loss of Major Histocompatibility Class II (MHCII) Expression in Nodal Diffuse Large B Cell Lymphoma (DLBCL) Is Highly Coordinated and Unlikely Related to Chromosomal Deletions. Blood 102:893A, 2003.

379. Tarantolo S, Watson P, Wiernik PH, Weisenburger DD, Hogg D, Quinn-Laquer B, Sanger WG, Bergsagel KI, Bergsagel L, Eisinger F, Sobol H, Huiart L, Ogmundsdottir H, Olopade OI, Thertulien R, Tlsty T, Kuehl M, Croce C, de la Chapelle A, Offit K, Lynch HT. Familial Multiple Myeloma (MM) Registry: An International Consortium for MM Family Studies. Blood 102:376B, 2003.

380. Fu K, Weisenburger DD, Greiner TC, Ott G, Delabie J, Jaffe ES, Braziel RM, Gesk S, Siebert R, Pickering DL, Dave BJ, Sanger WG, Smith LM, Müller-Hermelink HK, Campo E, Gascoyne RD, Rosenwald A, Chiorazzi M, Staudt LM, Chan WC. Cyclin D1-negative Mantle Cell Lymphoma: A Study of Nine Cases. Mod Pathol 17:248A, 2004.

381. Greiner TC, Rosenwald A, Chiorazzi M, Smith L, Lynch J, Chan WC Weisenburger DD, Sanger WG, Coad J, Gross T, Staudt L. Gene Expression Profiling by cDNA Microarray in Post-transplant Lymphoproliferative Disorders. Mod Pathol 17:250A, 2004.

382. Hans CP, Dave BJ, Sanger WG, Aoun P, Greiner TC, Chan WC, Pickering DL, Vose JM, Armitage JO, Weisenburger DD. Follicular Large Cleaved Cell Lymphoma: An Unrecognized Morphologic Variant of Grade 3 Follicular Lymphoma. Mod Pathol 17:250A, 2004.

383. Nola M, Pavletic SZ, Weisenburger DD, Smith LM, Bast MA, Vose JM, Armitage JO. Prognostic Factors Influencing Survival in Patients with B-cell Small Lymphocytic Lymphoma. Mod Pathol 17:263A, 2004.

384. Young KH, Pickering D, Dave B, Campo E, Delabie J, Gascoyne R, Mueller-Hermelink K, Jaffe ES, Weisenburger DD, Chan WC, Greiner TC. Chromosome 17p13 Deletions and Mutational Analysis of p53 in 116 Cases of Diffuse Large B-cell Lymphoma. Mod Pathol 17:277-278A, 2004.

385. Zu Y, Campo E, Hans CP, Weisenburger DD, Braziel R, Delabie J, Gascoyne R, Vivero A, Steinberg S, Pittaluga S, Chan WC, Jaffe ES. Validation of Tissue Microarray Immunohistochemistry Staining and Interpretation in Diffuse Large B-cell Lymphoma (DLBCL). Mod Pathol 17:349-350A, 2004.

386. Dave BJ, Weisenburger DD, Higgins CM, Hess MM, Pickering DL, Chan WC, Sanger WG. Cytogenetics of Diffuse Large B-cell Lymphoma in Children and Young Adults. Cancer Genet Cytogenet 153:115-121, 2004.

387. Nola M, Pavletic SZ, Weisenburger DD, IIic I, Sicaja M, Lukenda A, Smith LM, Bast MA, Vose JM, Armitage JO. Prognostic Factors Influencing Survival in Patients with B-cell Small Lymphocytic Lymphoma. XII Meeting of the European Association for Haematopathology, 2004.

388. Dave BJ, Chan WC, Weisenburger DD, Hess MM, Sanger WG. Early Secondary Cytogenetic Changes in t(14;18)-positive Follicular Lymphoma. Proceedings of the 54th Annual Meeting of the American Society of Human Genetics, 2004.

389. Dave BJ, Weisenburger DD, Higgins CM, Hess MM, Chan WC, Sanger WG. Cytogenetics of Diffuse Large B-cell Lymphoma in Children and Young Adults. Proc AACR, 2004.

390. Ganti AK, Weisenburger DD, Smith LM, Hans CP, Bociek RG, Bierman PJ, Vose JM, Armitage JO. Patients with Follicular Lymphoma, Grade 3, have a Prolonged Relapse-free Survival Following Aggressive Combination Chemotherapy. Blood 104:177A, 2004.

391. Zettl A, Bea S, Wright G, Salaverria I, Jenn P, Ott G, Chan WC, Jaffe E, Weisenburger DD, et al. Chromosomal Imbalances in Germinal Center B-cell-like and Activated B-cell-like Diffuse Large B-cell Lymphoma Influence Gene Expression Signatures and Improve Gene Expression-based Survival Prediction. Blood 104:122A, 2004.

392. Weistner A, Chiorazzi M, Lai R, Rosenwald A, Müller-Hermelink HK, Ott G, Chan WC, Greiner TC, Weisenburger DD, et al. High Cyclin D1 Expression is Associated with Increased Proliferation Rate and Decreased Survival in Mantle Cell Lymphoma (MCL) and is Caused by Genomic Deletions and Mutations that Enhance Stability of Cyclin D1 mRNA. Blood 104:200A, 2004.

393. Dave SS, Wright G, Tan B, Rosenwald A, Chan WC, Greiner TC, Weisenburger DD, et al. LymphDx: a Custom Microarray for Molecular Diagnosis and Prognosis in Non-Hodgkin Lymphoma. Blood 104:201A, 2004.

394. Abrahams NA, Johansson SL, Weisenburger DD. Non-Hodgkin's Lymphoma (NHL) of the Prostate: Emphasis on Useful Diagnostic Features. Mod Pathol 18:124A, 2005.

395. Robledo J, Weisenburger DD. Non-Hodgkin's Lymphoma of the Oral Cavity: a Retrospective Study of 37 Cases. Mod Pathol 18: 217A, 2005.

396. Aoun P, Zhou G, Chan WC, Quinn-Laquer B, Watson P, Lynch J, Sanger W, Lynch HT, Weisenburger DD. Immunoglobulin Heavy Chain Gene (IqVH) Usage and Immunophenotypic Profile in Familial B-cell Chronic Lymphocytic Leukemia (B-CLL) with Acquired del 13q14. Mod Pathol 18: 221A, 2005.

397. Fu K, Dave S, Wright G, Weisenburger DD, Greiner TC, Ott G, Müller-Hermelink HK, Rimsa LM, Braziel RM, Gascoyne RD, Delabie J, Campo E, Jaffe ES, Chiorazzi M, Zhao H, Chan WC, Staudt LM. Molecular Diagnosis of Burkitt Lymphoma Using Gene Expression Profiling. Mod Pathol 18: 230A, 2005.

398. Greiner T, Hacia J, Rosenwald A, Weisenburger DD, Smith L, Jaffe E, Gascoyne R, Campo E, Müeller-Hermelink K, Ott G, Delabie J, Braziel R, Staudt L, Chan W. MRNA Expression Profile of p53 Mutant or ATM Mutant Cases of Mantle Cell Lymphoma. Mod Pathol 18: 232A, 2005.

399. Neppalli V, Iqbal J, Dave BJ, Pickering DL, Dave S, Hans CP, Weisenburger DD, et al. BCL2 Expression as a Prognostic Indicator in Subtypes of Diffuse Large B-cell Lymphoma. Mod Pathol 18: 243A, 2005.

400. Weisenburger DD, Aoun P, Greiner TC, Chan WC, Smith LM, Bociek RG, Bierman PJ, Vose JM, Armitage JO. Peripheral T-cell Lymphoma (PTCL): a Clinicopathologic Analysis with Comparison to Diffuse Large B-cell Lymphoma. Mod Pathol 18: 256A, 2005.

401. Dave BJ, Weisenburger DD, Chan WC, Jain S, Hess MM, Sanger WG. Cytogenetic Changes in Follicular Lymphoma with a Diffuse Large Cell Component. Proc AACR 46: 1151, 2005.

402. Chiu BCH, Dave BJ, Blair A, Gapstur SM, Zahm SH, Weisenburger DD. Association of Pesticides, Smoking, and Familial Cancer with Risk of t(14;18)-defined Subtypes of Non-Hodgkin Lymphoma. Proc AACR 46:304, 2005.

403. Weisenburger DD, Ullrich FA, MacLennan KA, Müller-Hermelink HK, Diebold J, Nathwani BN, Armitage JO. Non-Hodgkin Lymphoma (NHL) Around the World: Distribution of Major Subtypes Differs by Geographic Region. Ann Oncol 16 (suppl 5):28, 2005.

404. Weisenburger DD. Classification and Outcome in Peripheral T-cell lymphoma. Proceedings of the Society for Hematopathology Workshop on Progress in T-cell and NK-cell Malignancies, 2005.

405. Iqbal J, Greiner TC, Patel K, Ji J, Dave BJ, Horsman DE, Shen Y, Weisenburger DD, et al. Distinctive Patterns of BCL6 Molecular Alterations in Different Subsets of Diffuse Large B-cell Lymphoma and Their Functional Consequences. Blood 106:50A, 2005.

406. Dave SS, Fu K, Wright G, Lam L, Greiner TC, Weisenburger DD, et al. Gene Expression Distinguishes Burkitt Lymphoma from Other Aggressive Lymphomas and Identifies Patients Who are Highly Curable with Intensive Chemotherapuetic Regimens. Blood 106:125A, 2005.

407. Vose JM, Weisenburger DD, et al. International Peripheral T-cell Lymphoma (PTCL) Clinical and Pathologic Review Project: Poor Outcome by Prognostic Indices and Lack of Efficacy with Anthracyclines. Blood 106:239A, 2005.

408. Fu K, Sanger WG, Weisenburger DD, Pickering DL, Dave B, Greiner TC, Chan WC. Identification of Recurrent Genomic Alterations in Burkitt and Burkitt-like Lymphoma Using Array-based Comparative Genomic Hybridization (GCH). Mod Pathol 19 (suppl 1):225A, 2006.

409. Greiner TC, Klinkebiel DL, Tang L, Weisenburger DD, Chan WC, Christman JK. Methylation Analysis in Mantle Cell Lymphoma. Mod Pathol 19 (suppl 1):228A, 2006.

410. Naushad H, Aoun P, Smith LM, Pan Z, Bierman P, Greiner TC, Chan WC, Weisenburger DD. Prognostic Significance of Bcl-2 and Bcl-6 Expression in Patients with Nodular Sclerosis Hodgkin Lymphoma. Mod Pathol 19 (suppl 1):239A, 2006.

411. Neppalli V, Fu K, Chan WC, Greiner TC, Weisenburger DD, Aoun P. Co-expression of CD15 and CD30 in Anaplastic Large Cell Lymphoma. Mod Pathol 19 (suppl 1): 239A, 2006.

412. Weisenburger DD. Peripheral T-cell and NK/T-cell Lymphomas: an International Study of 1,179 Cases. Mod Pathol 19 (suppl 1):251A, 2006.

413. Dave BJ, Weisenburger DD, Aoun P, Jain S, Hess MM, Pickering DL, Sanger WG. Secondary Genetic Abnormalities in Anaplastic Large Cell Lymphoma. Proc AACR 47:269, 2006.

414. Surawicz TS, Chiu BCH, Fought A, Gapstur S, Kolar C, Lawson T, Weisenburger DD. Association of Fruit and Vegetable Intake with Risk of Non-Hodgkin Lymphoma. Proc AACR 47:470, 2006.

415. Au W, Intragumtornchai T, Nakamura S, Armitage JO, Liang R, Weisenburger DD, et al. Clinical and Pathological Differences between Nasal and Nasal-type NK/T Cell Lymphomas: a Summary of 136 Cases from the International T-cell Lymphoma (ITCL) Project. Blood 108:292A, 2006.

416. Savage KJ, Vose JM, Harris NL, Weisenburger DD, et al. Survival Analysis of Anaplastic Large Cell Lymphoma, Systemic and Cutaneous Types: Report from the International T-cell Lymphoma Project. Blood 108:293A, 2006.

417. Young KH, Leory K, Moller MB, Sanchez-Beato M, Colleoni GWB, Kerbauy FR, Kodura PPK, Haioun C, Gaulard P, Piris MA, Campo E, Delabie J, Gascoyne RD, Rosenwald A, Ott G, Huang J, Braziel R, Jaffe ES, Staudt LM, Wilson WH, Kanehira K, Rehrauer WM, Eickhoff JC, Kahl BS, Malter JS, Chan WC, Weisenburger DD, Greiner TC. Structural Profiles of P53 Gene Mutations Predict Clinical Outcome in Diffuse Large B-cell Lymphoma: An International Collaboration Study. Blood 108:811A, 2006.

418. Bierman PJ, Loberiza F, Dave B, Sanger W, Bociek RG, Bast M, Vose JM, Armitage JO, Weisenburger DD. Significance of c-myc Rearrangements in Diffuse Large B-cell Lymphoma. Blood 108:2030A, 2006.

419. Hegde GV, Emanuel K, Joshi AD, Munger CM, Weisenburger DD. Sonic Hedgehog Signaling in Mantle Cell Lymphoma. Blood 108:2046A, 2006.

420. Ruediger T, Coiffier B, Weisenburger DD. International T-cell Lymphoma Classification Project: Angioimmunoblastic T-cell Lymphoma. Blood 108:2052A, 2006.

421. Suzumiya J, Ohshima K, Tamura K, Karube K, Uike N, Armitage JO, Weisenburger DD, et al. Adult T-cell Leukemia/Lymphoma: a Clinicopathologic Study of 126 Cases from the International T-Cell Lymphoma Project. Blood 108:2059A, 2006.

422. Delabie J, Holte H, Lister TA, Vose JM, Weisenburger DD, et al. Enteropathy-type T-cell Lymphoma: Clinical Features of a Series of 62 Cases. Blood 108:2459A, 2006.

423. Fu K, Chan WC, Pickering DL, Weisenburger DD, Greiner TC, Dave BJ, Sanger WG. Identification of Recurrent Genomic Alterations in Burkitt Lymphoma using Array-based Comparative Genomic Hybridization (CGH). Proc of 2nd International Symposium on Childhood, Adolescent and Young Adult Non-Hodgkin's Lymphoma, 2006.

424. Young KH, Moller MB, Colleoni GWB, Sanchez-Beato M, Kerbauy FR, Leroy K, Piris MA, Eickhoff JC, Young AH, Kanehira K, Cook S, Ranheim EA, Kahl BS, Oliver M, Campo E, Delabie J, Gascoyne RD, Rosenwald A, Braziel RM, Jaffe ES, Wilson WH, Staudt LM, Chan WC, Weisenburger DD, Greiner TC. The Diversity of p53/p21 Transactivation Phenotype of p53 Signaling Pathway and their Relationship to TP53 Gene Mutation and Clinical Outcome in Diffuse Large B-cell Lymphoma (DLBCL). Mod Pathol 20:265A, 2007.

425. Zulfigar MI, Hacia JG, Chan WC, Weisenburger DD, Greiner TC. Correlation of ATM Protein Expression with ATM Mutation Status and Overall Survival in Mantle Cell Lymphoma. Mod Pathol 20:267A, 2007.

426. Choi WWL, Fu K, Dave BJ, Sanger WG, Chan WC, Hans CP, Weisenburger DD, Greiner TC. Follicular Lymphomas with BCL6 Rearrangements but without a t(14;18): Frequent Deceptive Histological Features Leading to Diagnostic Pitfalls. Mod Pathol 20:237A, 2007.

427. Shi XL, Dave BJ, d'Amore F, Chan E, Jain S, Sanger W, Choi WWL, Greiner TC, Aoun P, Weisenburger DD, Chan WC, Fu K. T(14;18)-negative Non-cutaneous Follicular Lymphoma (FL): A Clinicopathologic Study of 59 cases. Mod Pathol 20:260A, 2007.

428. Hardjolukito ESR, Muthalib A, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani BN, Weisenburger DD. Indonesian Cases of Malignant Lymphoma Classified According to the World Health Organization Classification. Proc of the 96th Annual Meeting of the Japanese Society of Pathology, 2007.

429. Morton LM, Cerhan JR, Hartge P, Dave BJ, Vasef MA, Weisenburger DD, Jain S, Colt C, Staudt LM, Cozen W, Davis S, Severson RK, Rothman N, Chanock SJ, Wang SS. Environmental and Genetic Risk Factors for t(14;18)-defined Subtypes of Diffuse Large B-cell Lymphoma (DLBCL) in a Population-based, Case-control Study. Proc AACR 48:1713, 2007.

430. Chiu BCH, Dave BJ, Ward MH, Blair A, Fought AJ, Gapstur SM, Jain S, Zahm SH, Weisenburger DD. Diet and Risk of t(14;18)-defined Subgroups of Non-Hodgkin Lymphoma. Proc AACR 48: 207, 2007.

431. Fu K, Perry KD, Smith LM, Hans CP, Greiner TC, Chan WC, Weisenburger DD, Bierman PJ, Bociek RG, Armitage JO, Vose JM. Effect of Addition of Rituximab to CHOP on Survival of Patients in both the GCB and Non-GCB Subgroups of Diffuse Large B-cell Lymphoma. Proc ASCO 5:451S,2007.

432. Munger CM, Hedge G, Weisenburger DD, Vose J, Joshi S. Optimizing Dendritic Cell-based Therapy for Mantle Cell Lymphoma. Clin Immunol 123:S109, 2007.

433. Hegde GV, Munger CM, Emanuel K, Joshi A, Weisenburger DD, Vose JM, Joshi SS. Targeting Sonic Hedgehog-GLI Signaling for the Treatment of Mantle Cell Lymphoma. Clin Immunol 123: S109, 2007.

434. Lankes HA, Fought AJ, Evens AM, Weisenburger DD, Chiu BCH. Vaccination History and Non-Hodgkin Lymphoma: A Population-based, Case-control Study. AACR Workshop on the Pathology of Cancer, 2007.

435. Leich E, Salaverria I, Bea S, Zettl A, Gascoyne R, Chan WC, Braziel RM, Rimsza LM, Weisenburger DD, et al. Follicular Lymphomas with and without Translocation t(14;18) Differ in Gene Expression Profiles and Genetic Alterations. Blood 110:113A, 2007.

436. Lenz G, Wright GW, Dave SS, Kohlmann A, Xiao W, Powell J, Zhao H, Xu W, Gascoyne R, Connors JM, May L, Weisenburger DD, et al. Gene Expression Signatures Predict Overall Survival in Diffuse Large B-cell Lymphoma Treated with Rituximab and CHOP-like Chemotherapy. Blood 110:109A, 2007.

437. Vose JM, Chan WC, Bierman PJ, Fu K, Loberiza F, Arevalo A, Weisenburger DD, Bociek RG, Bast M, Armitage JO. Relapse from Complete Remission More than 5 Years After Therapy for Diffuse Large B-cell Lymphoma (DLBCL): Relapse Histology Most Commonly DLBCL with a Germinal Center B-cell (GCB) Phenotype. Blood 110:1005A, 2007.

438. Bierman P, Vose JM, Bociek RG, Loberiza F, Bast M, Weisenburger DD, Armitage JO. Outcome of Limited-stage Peripheral T-cell Lymphoma: Results from the Nebraska Lymphoma Study Group. Blood 110:1011A, 2007.

439. Zulfigar MI, Weisenburger DD, Loberiza F, Vose JM, Bierman PJ, Bociek RG, Armitage JO. The Impact of Histological Subtypes on Outcome in Patients with Mantle Cell Lymphoma Treated with or without Autologous Stem Cell Transplant. Blood 110:565A, 2007.

440. Munger CM, Hegde GV, Weisenburger DD, Vose JM. Therapeutic Effectiveness of Adaptive T-cell Transfer for Minimal Residual Mantle Cell Lymphoma Following High Dose Therapy. Blood 110: 811A, 2007.

441. Raval A, Tanner S, Byrd J, Angerman E, Perko J, Chen S, Hackanson B, Grever M, Lucas D, Matkovic J, Lin T, Kipps T, Murray F, Weisenburger D, et al. Loss or Reduced Expression of DAPK1 Contributes to Heritable Predisposition to CLL. Proc AACR, 2007.

442. Hegde GV, Peterson KJ, Emanuel K, Mittal AK, Bociek RG, Weisenburger DD, Joshi SS. GLI1 Transcription Factor: a Potential Therapeutic Target in B-CLL. Blood 110:912A, 2007.

443. Bhagavathi S, Gu K, Loberiza F, Vose JM, Weisenburger DD. Does a Diffuse Pattern Predict the Survival of Patients with Low-grade Follicle Center Cell Lymphoma (FCCL)? Mod Pathol 21:246A, 2008.

444. Choi WWL, Weisenburger DD, Greiner TC, et al. A New Immunostain Algorithm Improves the Classification of Diffuse Large B-cell Lymphoma into Prognostically Significant Subgroups. Mod Pathol 21:250A, 2008.

445. Young KH, Moller MB. Colleoni GWB, Sanchez-Beato M, Green TM, Thorborg T, Piris MA, Eickhoff C, Twohig M, Young AH, Oberley TD, Malter JC, Ferry JA, Chan WC, Weisenburger DD, Greiner C. Expression of MDM2 Oncoprotein Predicts for Poor Survival in Diffuse Large B-cell Lymphoma DLBCL) with Wild-type TP53 Gene. Mod Pathol 21:283A, 2008.

446. Naushad H, Weisenburger DD, Chan WC, Smith L, Bast M, Armitage JO, Fu K. Ki-67 Proliferation Index (PI) Correlates with the Histologic Grade and Overall Survival in Follicular Lymphoma Treated with Rituximab. Mod Pathol 21:267A, 2008.

447. Gu K, Dave BJ, Fu K, Iqbal J, Jain S, Sanger WG, Weisenburger DD, Chan WC. BCL6 Translocation at the Alternative Breakpoint Region is Associated with t(14;18)- negative Follicular lymphoma. Mod Pathol 21:255A, 2008.

448. Loberiza FR, Armitage JO, Bierman PJ, Bociek GR, Darrington DL, Ganti AK, Vose JM, Weisenburger DD. 25-year Survival Trends of Patients with Lymphoma by Race/Ethnicity: as Reported to the Nebraska Lymphoma Study Group (NLSG). Proc ASCO 26:6547, 2008.

449. Greiner T, Klinkebiel D, Weisenburger D, Chan WC, Christman J. Genomic Hypermethylation Characterizes an Aggressive Subset of Mantle Cell Lymphoma. Ann Oncol 19 (suppl 4):10, 2008.

450. Lenz G, Wright G, Dave S, Kohlmann A, Xiao W, Powell J, Zhao H, Xu W, Gascoyne RD, Connors M, May L, Iqbal J, Vose J, Weisenburger DD, et al. Gene Expression Signatures Predict Survival in Diffuse Large B Cell Lymphoma Following Rituximab and CHOP-like Chemotherapy. Ann Oncol 19 (suppl 4):34, 2008.

451. Weisenburger DD, Vose JM, Armitage JO. Peripheral T-cell Lymphoma, Not Otherwise Specified: Clinicopathologic Study of 340 Cases from the International Peripheral T-cell Lymphoma Project. Ann Oncol 19 (suppl 4):113, 2008.

452. Rüdiger T, Weisenburger D, Coiffier B, Federico M, Armitage JO, Vose J. Angioimmunoblastic T-cell Lymphoma: a Report from the International Peripheral T-cell Lymphoma Project. Ann Oncol 9 (suppl 4):114, 2008.

453. Lenz G, Wright G, Dave S, Emre NT, Davis RE, Carty S, Lam LT, Shaffer AL, Xiao W, Powell J, Rosenwald A, Ott G, Müller-Hermelink HK, Gascoyne RD, Connors JM, Campo E, Jaffe ES, Delabie J, Smeland EB, Rimsza LM, Fischer RI, Weisenburger DD, et al. Gene Expression Subtypes of Diffuse Large B-cell Lymphoma Arise by Distinct Genetic Pathways. Ann Oncol 19(suppl 4):50, 2008.

454. Weisenburger DD, for the Non-Hodgkin Lymphoma Classification Project. Non-Hodgkin Lymphoma Around the World. Proc InterLymph Symposium on New Insights into the Causes of Lymphoma, 2008.

455. Weisenburger DD. Peripheral T-cell Lymphoma: What We have Learned and New Classification Strategies. Proc Peripheral T-cell Lymphoma Forum, 2008.

456. Young KH, Moller MB, Colleoni GWB, Sanchez-Beato M, Green TM, Thorborg T, Piris MA, Eickhoff JC, Twohig M, Young AH, Oberley TD, Malter JS, Ferry JA, Chan WC, Weisenburger DD, Greiner, TC. Expression of MDM2 Oncoprotein Predicts for Poor Survival in Diffuse Large B-cell Lymphoma (DLBCL) with Wild-type TP53 Gene. J Hematopath 1:LS 2, 2008.

457. Hartmann E, Salaverria I, Bea S, Zettl A, Jares P, Gascoyne RD, Chan WC, Weisenburger DD, et al. SNP Array Analysis Reveals Copy Number Alterations and Copy Neutral LOH in Mantle Cell Lymphoma at High Resolution. J Hematopath 1:LS 43, 2008.

458. Leich E, Salaverria I, Bea S, Zettl A, Gascoyne RD, Chan WC, Braziel RM, Rimsza LM, Weisenburger DD, et al. Follicular Lymphomas with and without Translocation t(14:18) Differ in Gene Expression Profiles and Genetic Alterations. J Hematopath 1:LS 44, 2008.

459. Lenz G, Wright G, Dave S, Xiao W, Powell J, Zhao H, Wu W, Tan B, Goldschmidt N, Iqbal J, Vose JM, Bast MA, Fu, K, Weisenburger DD, et al. Molecular Signatures Implicate Innate Immune Cells, Fibrosis, and Angiogenesis in Survival Following R-CHOP Treatment for Diffuse Large B-cell Lymphoma. Blood 112:475A, 2008.

460. Mittal AK, Iqbal J, Nordgren TM, Moragues M, Bociek RG, Aoun P, Weisenburger DD, Joshi SS. Molecular Basis of Proliferation/Survival and Migration of CLL in Peripheral Blood, Bone Marrow, and Lymph Nodes. Blood 112:546A, 2008.

461. Loberiza FR, Cannon AJ, Weisenburger DD, et al. Survival Disparities in Patients with Lymphoma According to Place of Residence and Treatment Provider: a Population-based Study. Blood 112: 874A, 2008.

462. Deffenbacher KE, Wright G, Iqbal J, Geng H, O'Shea D, Lister TA, Fitzgibbon J, Fu K, Liu Z, Weisenburger D, et al. Genetic Abnormalities Involved in the Development and Progression of Follicular Lymphoma. Blood 112: 2049A, 2008.

463. Hedge GV, Nordgren TM, Munger CM, Mittal AK, Bierman PJ, Weisenburger DD, Sharp G, Vose, JM. Characterization and Novel Treatment for Therapy-resistant Mantle Cell Lymphoma Isolated from Liver and Kidney. Blood 112:2622A, 2008.

464. Iqbal J, Weisenburger DD, Greiner TC, et al. Molecular Signatures to Improve Diagnosis, Prognostication and Identification of Oncogenic Pathways in Peripheral T and NK Cell Lymphoma. Blood 112:339A, 2008.

465. Morovic A, Molina-Kirsch H, Diebold J, Maclennan K, Müller-Hermelink K, Nathwani B, Armitage J, Weisenburger DD. Comparison of Non-Hodgkin Lymphoma Subtypes in Guatemala and North America/Western Europe. Mod Pathol 22(Suppl 1):278A, 2009.

466. Gu K, Fu K, Chan WC, Greiner TC, Aoun P, Smith LM, Liu Z, Meyer PN, Choi WW, Bociek G, Vose JM, Weisenburger DD. Neither Cell of Origin or LMO2 Expression Predict Survival in DLBCL Treated with Autologous Hematopoietic Stem Cell (HSC) Transplantation. Mod Pathol 22(Suppl 1):264A, 2009.

467. Meyer PN, Weisenburger DD, Choi WL, et al. LMO2 Expression and the Hans Algorithm in Predicting Germinal Center Phenotype and Survival in Diffuse Large B-cell Lymphoma Treated with Rituximab. Mod Pathol 22 (Suppl 1):277A, 2009.

468. Cheson BD, Vose JM, Bartlett NL, Lopez A, Vander Jagt RH, Tolcher AW, Weisenburger DD, et al. Safety and Efficacy of YM155 in Diffuse Large B-cell Lymphoma (DLBCL). J Clin Oncol 27:8502A, 2009.

469. Morton LM, Cerhan JR, Hartge P, Vasef MA, Nepalli V, Natkanam Y, Dogan A, Levy R, Lossos I, Cozen W, Davis S, Severson RK, Mauer MJ, Lynch CF, Rothman N, Chatterjee N, Yu K, Staudt LM, Weisenburger DD, Wang SS. Immunostaining for CD10, BCL6, MUM1, LM02, and BCL2 to Identify Molecular Subtypes of Diffuse Large B-cell Lymphoma in a Population-based Study During the Pre-Rituximab Era. Proc of NCI Translational Science Meeting, 2009.

470. Liang T, Conti DV, Clark C, Boffetta P, Weisenburger DD, Mack TM, Cozen W. International Variation in the Incidence of Lymphoid Neoplasms. Proc InterLymph Consortium Annual Meeting, 2009.

471. Cardesa T, Colomo L, Climent F, Gonzalez-Borca E, Gutierrez G, Mercadal S, Gascoyne RD, Connors JM, Rimsza L, Braziel R, Cook J, Tubbs R, Rosenwald A, Ott G, Mate JL, Ribera JM, Arenillas L, Serrano S, Combolia N, Delabie J, Lenz G, Wright G, Jaffe ES, Staudt L, Chan WC, Weisenburger D, Lopez-Guillermo A, Campo E. High Microvascular Density Correlates Independently with Poor Outcome in Patients with Diffuse Large B-cell Lymphoma (DLBCL) Treated with Rituximab Plus Chemotherapy (R-CT). Blood 114:1948A, 2009.

472. Iqbal J, Weisenburger DD, Chowdhury A, et al. NK-cell Lymphoma Shows Strikingly Similar Molecular Features with a Distinct Set of γδ T-cell Lymphoma and Evaluation of Aurora Kinase A Inhibitor as a Novel Therapeutic Agent. Blood 114:313A, 2009.

473. Deffenbacher KE, Iqbal J, Liu Z, Perkins SL, Lim MS, Fu K, Shen Y, Staudt LM, Rimsza L, Jaffe ES, Rosenwald A, Ott G, Delabie J, Campo E, Gascoyne RD, Weisenburger DD, et al. Chromosomal Alterations in Gene Expression-defined Pediatric Aggressive B-cell Non-Hodgkin Lymphomas (B-NHL). Blood 114:2922A, 2009.

474. Johnson NA, Ben-Neriah S, Savage KJ, Lee T, Horsman DE, Connors JM, Chan WC, Lenz G, Wright G, Rimsza L, Braziel LR, Cook, Tubbs R, Weisenburger DD, et al. MYC Translocations and Expression are Clinically Important in R-CHOP Treated Patients with De Novo Diffuse Large B-cell Lymphoma (DLBCL). Blood 114:1100A, 2009.

475. Meyer PN, Smith LM, Fu K, Greiner TC, Aoun P, Delabie J, Gascoyne RD, Rosenwald A, Braziel R, Campo E, Vose JM, Lenz G, Staudt LM, Chan WC, Weisenburger DD. Comparing Immunohistochemical Methods for Predicting Gene Expression Profile and Survival of Diffuse Large B-cell Lymphoma Treated with Rituximab. Mod Pathol 23:311A, 2010.

476. Meyer PN, Smith LM, Fu K, Greiner TC, Aoun P, Delabie J, Gascoyne RD, Rosenwald A, Braziel RM, Campo E, Vose JM, Lenz G, Staudt LM, Chan WC, Weisenburger DD. The Stromal Marker SPARC Predicts Survival of Patients with Diffuse Large B-cell lymphoma Treated with Rituximab. Mod Pathol 23:311A, 2010.

477. Caponetti GC, Streblow RC, Althof PA, Sanger WG, Greiner TC, Weisenburger DD. Immunohistochemical and Cytogenetic Evaluation of Potential Targets for Tyrosine Kinase Inhibitors in Langerhans Cell Histiocytosis, Mod Pathol 23:289A, 2010.

478. Grass S, Preuss KD, Wilkowicz A, Thome S, Weisenburger DD, et al. The Paraproteins of Patients with Familial MGUS/Multiple Myeloma (MM) Target Family-specific Antigens: Experience with Paratarg-7 and Paratarg-8. Proc AACR:1924A, 2010.

479. Leich E, Campo E, Gascoyne RD, Chan WC, Braziel RM, Rimsza LM, Weisenburger DD, et al. t(14;18) Negative Follicular Lymphoma is Characterized by Downregulation of MicroRNAs involved in Cell Cycle Control, Apoptosis and B-cell Differentiation. Proc EAHP: LS59, 2010.

480. Guitart J, Sundram U, Subtil A, Junkins-Hopkins J, Weisenburger DD, et al. Cutaneous Gamma-delta Lymphomas: Pathological Features of a Large Multicenter Study. Proc Am Soc Dermatopathol, 2010.

481. Guitart J, Subtil A, Kim E, Duvic M, Wood G, Weisenburger DD, et al. Cutaneous Gamma-delta Lymphomas: the US Experience. Proc First World Congress on Cutaneous Lymphoma, 2010.

482. Sammassimo S, Pruneri G, Pileri S, Staffanoni S, Negri M, Zinzani PL, Raderer M, Adam P, Armitage JO, Weisenburger DD, et al. Primary Extranodal Marginal Zone Lymphoma of the Lung (BALT-Lymphoma): Results of a Retrospective Analysis on behalf of IELSG. Blood 116:738A, 2010.

483. Johnson NA, Connors JM, Ben-Neriah S, Rojic S, Savage KJ, Steidl C, Horsman DE, Slack G, Sehn LH, Chan WC, Iqbal J, Meyer P, Lenz G, Wright G, Rimsza LM, Valentino C, Brunhoeber P, Grogan TM, Braziel RM, Cook JR, Tubbs RR, Weisenburger DD, et al. Concurrent BCL2 and MYC Protein Expression by Immunohistochemistry Determines Clinical Outcome in DLBCL Patients Treated with R-CHOP. Blood 116:836A, 2010.

484. Savage KJ, O'Leary H, Connors JM, Chhanabhai M, Sehn LH, Campbell B, Gascoyne RD, Weisenburger DD, et al. The Prognosis of Limited Stage Peripheral T-cell Lymphoma (PTCL): a Population-based Analysis and Comparison to Diffuse Large B-cell Lymphoma (DLBCL). Blood 116:1680A, 2010.

485. Gilling C, Mittal A, Nganga V, Palmer V, Weisenburger DD, Bierman P, Bociek RG, Swanson P, Joshi SS. Molecular Determinants of Lymph Node Microenvironment Induced Host Immune Tolerance in CLL: Role for CAV1, PTPN6, and PKC in the Process. Blood 116:588A, 2010.

486. Perry A, Meyer P, Cardesa-Salzmann T, Smith L, Colomo L, Guillermo A, Campo E, Greiner T, Delabie J, Gascoyne R, Rimsza L, Jaffe E, Ott G, Rosenwald A, Braziel R, Tubbs R, Cook J, Staudt L, Connors J, Vose J, Chan W, Weisenburger D. A New Biological Model Based on Immunohistochemistry Predicts Survival in Patients with Diffuse Large B-cell lymphoma. Mod Pathol 24(Suppl 1):315A, 2011.

487. Caponetti G, Dave B, Smith L, Meyer P, Bast M, Bierman P, Bociek G, Vose J, Armitage J, Aoun P, Fu K, Greiner T, Chan WC, Weisenburger D. Clinical Significance of CMYC Rearrangement in Diffuse Large B-Cell Lymphoma. Mod Pathol 24(Suppl 1):288A, 2011.

488. Hassan HM, Varney ML, Jain SS, Weisenburger DD, Singh RK, Dave BJ. Differential p73 Isoform Expression in Non-Hodgkin's Lymphoma with 1p36 Chromosomal Abnormality Modulates Agressiveness and Angiogeneic Phenotype. Proc 42nd Midwest Student Biomedical Research Forum, 2011.

489. Hassan HM, Varney ML, Jain SS, Weisenburger DD, Singh RK, Dave BJ. Disruption of Chromosomal Locus 1p36 Differentially Modulates TAp73 and ΔNp73 Expression and Aggressiveness in Non-Hodgkin Lymphoma. Cancer Res 71:312A, 2011.

490. Ai W, Chang E, Fu K, Fish K, Weisenburger DD, Keegan T. Racial/Ethnic Patterns of NK/T-cell Lymphoma in California: a Population-based Study. Ann Oncol 22:167, 2011.

491. Cabrera ME, Martinez V, Nathwani B. Müller-Hermelink HK, Diebold J, MacLennan K, Weisenburger DD. Non-Hodgkin Lymphoma (NHL) in Chile. A Review of 207 Consecutive Cases by a Panel of Five Expert Hematopathologists. Ann Oncol 22:367, 2011.

492. Federico M, Bellei M, Pesce EA, Zucca E, Pileri SA, Montoto S, Weisenburger DD, Rudiger T, Ko YH, Liang R, Zinzani PL, Connors J, Horowitz S, Polliack A, Vose JM. T-cell Project: an International, Prospective, Observational Study of Patients with Aggressive Peripheral T-cell Lymphoma. Analysis of First 524 Patients. Ann Oncol 22:241, 2011.

493. Delabie J, Holte H, Vose J, Armitage JO, Weisenburger DD. Enteropathy-associated T-cell Lymphoma: Clinical and Histological Findings from the International Peripheral T-cell Lymphoma Project. Ann Oncol 22:129, 2011.

494. Birmann BM, Andreotti G, De Roos AJ, Spinelli JJ, Cozen, W, Camp N, Moysich K, Chiu B, Boffetta P, Benhaim-Luzon V, Brennen P, de Sanjose S, Costas Caudet L, Seniori Constantini A, Cocco P, Becker N, Foretora L, Maynadie M, Nieters A, Staines A, Weisenburger DD, Baris D, Purdue M. The International Multiple Myeloma Consortium (IMMC) Lifestyle Factors Pooling Project, Part One: a Pooled Analysis of Body Mass Index and Risk of Multiple Myeloma in Eight Case-control Studies. Proc 10th InterLymph Meeting, 2011.

495. Loberiza F, Armitage JO, Bierman PJ, Bociek GR, Darrington DL, Ganti AK, Vose JM, Weisenburger DD. 25-year Survival Trends for Patients with Lymphoma by Race/ethnicity: a Report from the Nebraska Lymphoma Study Group. Proc Pan Pacific Lymphoma Conference, 2011.

496. Sammassimo S, Pruneri G, Adam P, Pileri S, Rafaniello P, Steffanoni S, Gandini S, Negri M, Habermann TM, Li ZM, Zinzani PL, Raderer M, Armitage JO, Weisenburger DD, et al. Potential Pathogenic Role of Achromobacter (Alcaligenes) Xylosoxidans in Primary Extranodal Marginal Zone Lymphoma of the Lung (BALT-lymphoma): Update of the Results of a Retrospective Analysis on Behalf of IELSG. Blood 118:880A, 2011.

497. Morton LM, Clarke CA, Chang ET, Hall EC, Lynch CF, Pfieffer R, Weisenburger DD, Engels EA. Risk of Acute Myeloid Leukemia Among Solid Organ Transplant Recipents. Blood 118:2259A, 2011.

498. Crockett DG, Perry AM, Armitage JO, Weisenburger DD, Bast M, Loberiza FR. Lymphoma with Features Intermediate Between DLBCL and Burkitt Lymphoma: Better Outcome with Intensive Chemotherapy Regimens. Blood 118:2710A, 2011.

499. Gupta P, Mittal AK, Weisenburger DD, Bierman PJ, Joshi SS. Heat-shock Protein Signature is Associated with Refractory Chronic Lymphocytic Leukemia Cells from Different In Vivo Microenvironments. Blood 118:3866A, 2011.

500. Mittal AK, Iqbal J, Gilling CE, Moragues M, Bociek RG, Aoun P, Weisenburger DD, Joshi SS. The Aggressive Molecular Signature of Peripheral Blood Chronic Lymphocytic Leukemia (CLL) Cells from Patients with Bulky Lymphadenopathy Closely Resembles that of CLL Cells from Lymph Nodes. Blood 118:3868A, 2011.

501. Guitart J, Sundram U, Subtil A, Junkins-Hopkins J, Weisenburger D, et al. Cutaneous Gamma-Delta Lymphomas: Pathological Features of a Multicenter Study. Proc Am Soc Dermotopathol, 2011.

502. Pirruccello S, Samson H, Dafferner A, Maas S, Julius H, Weisenburger D, et al. Myeloid Regulatory Cells in Cancer Patients. Cancer Res 71:453A, 2011.

503. Grass S, Preuss KD, Wikowicz A, Thome S, Weisenburger DD, et al. The Paraproteins of Patients with Familial MGUS/Multiple Myeloma (MM) Target Family-specific Antigens: Experience with Paratarg-7 and Paratarg-8. Cancer Res 70:1924A, 2011.

504. Perry A, Alvarado-Bernal Y, Laurini J, Smith L, Fu K, Aoun P, Greiner T, Chan W, Bierman P, Bociek G, Armitage J, Vose J, Weisenburger D. Immunostains for C-MYC and BCL2 Proteins Predict Survival in Patients with Diffuse Large B-cell Lymphoma Treated with Rituximab. Mod Pathol 5:361A, 2012.

505. Perry A, Dave B, Crockett D, Althof P, Smith L, Aoun P, Chan W, Fu K, Greiner T, Bierman P, Bociek G, Armitage J, Vose J, Weisenburger D. High-grade B-cell Lymphoma with Features Between Burkitt Lymphoma and Diffuse Large B-cell Lymphoma (Grey Zone Lymphoma): a Clinicopathologic Analysis of 39 Cases. Mod Pathol 5:361A, 2012.

506. Laurini JA, Perry AM, Boilesen E, Bast MA, Nathwani BN, Diebold J, MacLennan KA, Müller-Hermelink HK, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma in South America: a Review of 1,028 cases. Mod Pathol 5:349A, 2012.

507. Liu L, Perry A, Cao W, Smith L, Hsi E, Mo J, Dotlic S, Damjanov I, Mosunjac M, Talmon G, Weisenburger DD, Fu K. Sinus Histocytosis with Massive Lymphadenopathy (Rosai-Dorfman Disease) is Not Part of IgG4-related Sclerosing Disease. Mod Pathol 5:352A, 2012.

508. Engels E, Clarke T, Landgren O, Lynch C, Weisenburger D, Gibson T, Hall E, Morton L. Plasma Cell Neoplasms Among Solid Organ Transplant Recipients. Proc Am Transplant Congress. 2012.

509. Gibson TM, Engels EA, Clarke CA, Pfeiffer RM, Lynch CF, Chang ET, Hall E, Weisenburger DD, Morton LM. Risk of Diffuse Large B-cell Lymphoma (DLBCL) in Solid Organ Transplant Receipents. Proc AACR, 2012.

510. Andreotti G, Birmann B, De Roos A, Spinelli J, Cozen W, Camp N, Moysich K, Chiu B, Boffetta P, Benhaim-Luzon V, Brennan P, de Sanjose S, Costas Caudet L, Seniori Constantini A, Cocco P, Becker N, Foretova L, Maynadie M, Nieters A, Staines A, Milliken K, Weisenburger DD, Baris D, Purdue M. A Pooled Analysis of Smoking and Alcohol Drinking and Risk of Multiple Myeloma in the International Multiple Myeloma Consortium. Proc AACR, 2012.

511. Laurini JA, Perry AM, Bast MA, Biolesen E, Diebold J, Maclennon KA, Müller-Hermelink HK, Nathwani BN, Armitage JO, Weisenburger DD. Classification of non-Hodgkin Lymphoma in Central and South America: a Review of 1028 Cases. Proc 11th InterLymph Meeting, 2012.

512. Chaturvedi NK, Ahrens AK, Shukla A, Gilling CE, Mittal AK, Bierman P, Weisenburger DD, et al. Stromal Tumor Environment in CLL: Regulation of Leukemic Progression. 54th ASH Annual Meeting, 1781A, 2012.

513. Evens AM, Chadburn A, Ollberding NJ, Dave SS, Aschebrook-Kilfoy B, Smith SM, Weisenburger DD, Chiu BCH. Influence of Lifestyle Factors on Expression of Tumor-related Microenvironment T-cells and Impact on Survival of Follicular Lymphoma (FL). 54th ASH Annual Meeting, 2694A, 2012.

514. Iqbal J, Wright G, Rosenwald A, Gascoyne RD, Weisenburger DD, et al. Gene Expression Signatures that Delineate Biologic and Prognostic Subgroups in Peripheral T-cell Lymphoma. 54th ASH Annual Meeting, 679A, 2012.

515. Bouska A, McKeithan T, Deffenbacher K, Lachel C, Wright GW, Iqbal J, Smith LM, Liu Z, Kucuk C, Bertoni F, Rinaldi A, Fitzgibbon J, Fu K, Weisenburger DD, et al. Genetic Abnormalities in Follicular Lymphoma and Transformed Follicular Lymphoma. 54th ASH Annual Meeting, 2648A, 2012.

516. Ollberding NJ, Evens AM, Aschebrook-Kilfoy B, Caces DBD, Weisenburger DD, Smith SM, Chiu BCH. The Impact of Cigarette Smoking on Overall Survival in Non-Hodgkin Lymphoma. 54th ASH Annual Meeting, 5100A, 2012.

517. Beck JC, Bast M, Perry DA, Smith L, Weisenburger DD. Outcome of Adolescent and Young Adult (AYA) Patients with Diffuse Large B-cell Lymphoma (DLBCL). 54th ASH Annual Meeting, 1568A, 2012.

518. Vose JM, Loberiza FR, Bierman PJ, Bociek RG, Weisenburger DD, Armitage JO. The Role of Autologous Stem Cell Transplantation in First Complete Remission for Patients with Mantle Cell Lymphoma. European Hematology Association Meeting, 2012.

519. Perry A, Warnke R, Hu Q, Rosenwald A, Gaulard P, Copie-Bergman C, Geissinger E, Wang HY, Ranheim E, Weisenburger DD, Jaffe E, Chan W. Indolent T-cell Lymphoproliferative Disease of the Gastrointestinal Tract: Report of Seven Cases. J Hematopathol 5:224-225, 2012.

520. William BM, Kady N, Perry AM, Klinetobe K, Bociek RG, Bierman PJ, Vose JM, Armitage JO, Weisenburger DD, Busik JV. Impact of Bone Marrow Neuropathy on the Outcome of Autologous Stem Cell Transplantation (ASCT) for Lymphoma. Bone Marrow Transplantation Tandem Meeting, 156A, 2013.

521. Bowen JM, Perry AM, Smith L, Klinetobe K, Bast M, Vose JM, Fu K, Greiner TC, Chan WC, Weisenburger DD, Aoun P. An Academic Medical Center's Experience with Lymphoma Diagnosis: Rate of Revision and Impact on Patient Care. Mod Pathol 26 (Suppl. 2): 321A, 2013.

522. El Behery R, Laurini JA, Weisenburger DD, et al. Follicular Large Cleaved Cell Lymphoma is a Distinctive Morphological and Clinical Variant of Follicular Lymphoma. Mod Pathol 26 (Suppl. 2): 1369A, 2013.

523. Liu C, Iqbal J, Teruya-Feldstein J, Shen Y, Dabrowska MJ, Dybkaer K, Lim MS, Piva R, Barreca A, Pellegrino E, Spaccarotella E, Lachel CM, Kucuk C, Jiang CS, Hu X, Bhagvati S, Greiner TC, Weisenburger DD, et al. MicroRNA Expression Profiling Identifies Molecular Diagnostic Signatures for Anaplastic Large Cell Lymphoma. Mod Pathol 26 (Suppl. 2): 242A, 2013.

524. Perry AM, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani BN, Boilesen E, Bast M, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma in Six Geographic Regions Around the World: Review of 4539 Cases from the International Non-Hodgkin Lymphoma Classification Project. Proc 12th International Conference on Maligant Lymphoma, 2013.

525. Perry AM, Crockett D, Dave B, Althof P, Winkler L, Smith L, Aoun P, Chan W, Fu K, Greiner T, Bierman P, Bociek G, Armitage J, Vose J, Weisenburger D. Genetic Abnormalities in B-cell Lymphoma, Unclassifiable, with Features Intermediate Between Diffuse Large B-cell Lymphoma and Burkitt Lymphoma (B-UCL): The Nebraska Experience. Proc 12th International Conference on Maligant Lymphoma, 2013.

526. Caponetti GC, Dave BJ, Smith L, Bast M, Meyer P, Bierman P, Bociek G, Vose J, Armitage J, Fu K, Aoun P, Greiner TC, Chan WC, Weisenburger DD. Clinical Relevance of MYC, BCL2 and BCL6 Rearragnments and Amplifications in Diffuse Large B-cell Lymphoma. Proc 12th International Conference on Malignant Lymphoma, 2013.

527. Perry AM, Skrubek P, B anerji V, Ahsanuddin A, Almiski M, Morales CM, Musuka C, Sekiguchi D, Sun P, Kumar R, Weisenburger DD, Nasr M. Relative Frequencies of Lymphoma Subtypes in the Province of Manitoba: a Population-bsed Study. Proc. 12th InterLymph Meeting, 2013.

528. Scott DW, Wright GS, Williams M, Lih J, Walsh W, Jaffe ES, Rosenwald A, Campo E, Chan WC, Connors JM, Smeland EB, Mottok A, Braziel RM, Ott G, Delabie J, Tubbs RR, Cook JR, Weisenburger DD, et al. Determining Cell-of-origin Subtypes in Diffuse Large B-cell Lymphoma Using Gene Expression Profiling on Formalin-fixed Paraffin-embedded Tissue- an LLMPP Project. 55th ASH Annual Meeting, 2013.

529. Mohanty S, Mohanty A, Sandoval N, Bedell V, Murata-Collins J, Wu J, Scuto A, Weisenburger DD, Ngo VN. Cyclin D1 Maintains Mantle Cell Lymphoma through CDK4-independent Regulation of RNA Replicative Checkpoints. 55th ASH Annual Meeting, 2013.

530. Scotland P, Gaulard P, Love C, Fataccioli V, Weisenburger DD, et al. Whole Genome and Exome Sequencing Defines the Genetic Landscape of Hepatosplenic T-cell Lymphoma. 55th ASH Annual Meeting, 2013.

531. Yuan J, Wright G, Gascoyne RD, Connors JM, Rosenwald A, Weisenburger DD, et al. Gene Expression Signature Helps to Indentify Primary Mediastinal Large B-cell Lymphoma at the Extra-mediastinal Sites without Mediastinal Involvment. Mod Pathol 27:387A, 2014.

532. Batra R, Weisenburger D, Snyder D, Bedell V, Murata-Collins J, Gaal K. Prognostic Significance of Chromosomal Aberrations in Philadelphia Chromosome Negative Metaphases During Tyrosine Kinase Inhibitor Therapy in Patients with Chronic Myelogenous Leukemia. Mod Pathol 27:335A, 2014.

533. Zhang N, Reddi DM, Weisenburger DD, Kim Y. Follicular Lymphoma with Marginal Zone Differentiation, an Institutional Experience. Mod Pathol 27:388A, 2014.

534. Perry AM, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani BN, Boilesen E, Bast M, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma in the Mediterranean/ Middle East and Far East: Review of 1563 Cases from the International Non-Hodgkin Lymophoma Classification Project. Mod Pathol 27:371A, 2014.

535. Dotlic S, Perry AM, Petrusevska G, Fetica B, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani BN, Boilesen E, Bast M, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma in Eastern Europe: Review of 595 Cases from the International Non-Hodgkin Lymphoma Classification Project. Mod Pathol 27:346A, 2014.

536. Ottesen RA, Goldstein L, Olsen KK, Kilburn JA, Weisenburger DD, Chu P, Niland JC. Discrepancy-reducing Feedback Loops Based on Intra- and Inter-validation of Synoptic Pathology Data. AMIA Joint Summits on Translational Science, 2014.

537. Perry A, Diebold J, MacLennan K, Müller-Hermelink HK, Nathwani BN, Boilesen E, Bast M, Armitage JO, Weisenburger DD. Classification of NK/T-cell Non-Hodgkin Lymphoma (NHL) in Six Geographic Regions Around the World: Review of 569 Cases from the International NHL Classification Project. Sixth Annual T-cell Forum, 2014.

538. Wang SS, Zhang Y, Flowers C… Weisenburger DD. Epidemiologic Risk Factors for T-cell Lymphomas: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. Sixth Annual T-cell Forum, 2014.

539. Pahwa M, Beane Freeman L, Spinelli JJ… Weisenburger DD, Harris SA. The North American Pooled Project (NAPP): Pooled Analyses of Case-control Studies of Pesticides and Agricultural Exposures, Lymphohematopoietic Cancers and Sarcoma. EPICOH Conference on Challeges for Occupational Epidemiology in the 21st Century, 2014.

540. Perry AM, Diebold J, MacLennan KA, Müller-Hermlink HK, Nathwani BN, Boilesen E, Bast M, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma in Six Geographic Reigions Around the World: Review of 4539 Cases from the International Non-Hodgkin Lymphoma Classification Project. Proc 13th InterLymph Meeting, 2014.

541. Pahwa M, Beane Freeman L, Spinelli JJ, Blair A, Pahwa P, Dosman JA, McLaughlin JR, Demers PA, Hoar Zahm S, Cantor KP, Weisenburger DD, Harris SA. The North American Pooled Project (NAPP): a New Resource of Pooled Case-control Studies of Pesticides and Agricultural Exposures, Lymphatic and Hematopoietic Cancers, and Soft Tissue Sarcoma. Occup Environ Med 71:A116, 2014.

542. Wang SS, Flowers CR, Kadin ME, Chang ET, Hughes AM, Ansell SM, Feldman AL, Lightfoot T, Boffetta P, Melbye M, Lan Q, Sampson JN, Morton LM, Zhang Y, and Weisenburger DD. Epidemiologic Risk Factors for T-cell Lymphomas: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. Proc 13th InterLymph Meeting, 2014.

543. Evens AM, Ollberding NJ, Chadburn A, Smith SM, Weisenburger DD, Chiu BCH. The Influence of Lifestyle Habits on Tumor Markers and the Microenvironment in Follicular Lymphoma (FL): Novel Interactions and Impact on Survival. Proc 13th InterLymph Meeting, 2014.

544. Mohanty S, Mohanty A, Sandoval N, Bedell V, Murata-Collins J, Wu J, Scuto A, Weisenburger DD, Vu NG. Cyclin D1 Promotes Resistance to DNA Replication Inhibitors through an ATR-dependent Mechanism in Mantle Cell Lymphoma. ASH Meeting on Lymphoma Biology, 2014.

545. Telatar M, Hong H, Louie C, Sharma V, Fong C, Weisenburger DD, Chan J, Aoun P. Developing Multi-gene Mutational Profiling of Hematological Malignances in a CLIA-licensed Laboratory. European Association of Haematopathology Meeting, 2014.

546. Petrusevska G, Jovanovic R, Basheska N . . . Weisenburger D. Histological and Immunohistochemical Study of Malignant Lymphomas in Macedonia – Study of 222 Cases. European Association of Haematopathology Meeting, 2014.

547. Rohr J, Guo S, Hu D, Bouska A, Gascoyne RD, Rosenwald A, Simone P, Zhang W, Xiao W, Wang C, Fu K, Greiner TC, Weisenburger DD, Vose JM, Staudt LM, Berger F, Borgstahl G, Davis S, McKeithan T, Iqbal J, and Chan WC, CD28 Mutations in Peripheral T-Cell Lymphomagenesis and Progression. 56th ASH Annual Meeting, 2014.

548. Wang C, McKeithan TW, Gong Q, Zhang W, Bouska A, Rosenwald A, Gascoyne RD, Wu X, Wang J, Muhammad Z, Jiang B, Rohr J, Cannon A, Steidl C, Fu K, Li Y, Hung S, Weisenburger DD, Greiner TC, Smith L, Ott G, Rogan EG, Staudt LM, Vose J, Iqbal J, and Chan WC, IDH2R172 Mutations Define a Unique Subgroup of Patients with Angioimmunoblastic T-cell Lymphoma. 56th ASH Annual Meeting, 2014.

549. Kendrick SL, Tus K, Scott DW, Wright G, Jaffe ES, Rosenwald A, Campo E, Chan WC, Connors JM, Braziel RM, Ott G, Delabie J, Cook JR, Weisenburger DD, Greiner TC, Fu K, Staudt LM, Gascoyne RD, and Rimsza LM, Cell-of-origin Subtype Classification of Diffuse Large B-cell Lymphoma Using the Lymph2Cx Assay Retains Relevance in the Context of BCL2 and MYC Expression Status. 56th ASH Annual Meeting, 2014.

550. Cerhan JR, de Sanjosé S, Paige BM, Spinelli JJ, Vajdic CM, Monnereau A, Dal Maso L, Kane E, Chiu BCH, Bernstein L, Zhang Y, Weisenburger DD, and Slager SL, Transfusion History and Risk of Non-Hodgkin Lymphoma (NHL): an InterLymph Pooled Study. 56th ASH Annual Meeting, 2014.

551. Song JY, Venkataraman G, Fedoriw YD, Alikhan M, Kim Y, Weisenburger DD, Collins J, Liu X, and Duffield AS, Burkitt Leukemia Involving Only the Bone Marrow has a Better Prognosis than Widespread Burkitt Lymphoma Involving the Bone Marrow in Adults. 56th ASH Annual Meeting, 2014.

552. Scott DW, Wright GW, Williams M, Lih J, Jaffe ES, Rosenwald A, Campo E, Chan WC, Connors JM, Smeland E, Braziel RM, Ott G, Delabie J, Weisenburger DD, Cook JR, Greiner TC, Fu K, Walsh W, Gascoyne RD, Staudt LM, and Rimsza LM, Accurate Diagnosis of Aggressive B-cell Non-Hodgkin Lymphomas Using Gene Expression Profiling of Formalin-fixed, Paraffin-embedded Tissues. 56th ASH Annual Meeting, 2014.

553. Scotland P, Gaulard P, Love CL, Fataccioli V, Travert M, De Leval L, Weisenburger DD, Czader M, Parihar M, Nair R, Sengar M, Beaven AW, Crow JH, Miles RR, Gordon LI, Chadburn A, Evens AM, Gill J, Fedoriw YD, Richards KL, Srivastava G, Choi WWL, Flowers CR, Bernal-Mizrachi L, Mann KP, Naresh K, Hsi ED, Horna P, Tao J, Sun Z, Long K, Zhang J, and Dave S, Whole Genome and Exome Sequencing Defines the Genetic Landscape of Hepatosplenic T-cell Lymphoma. 56th ASH Annual Meeting, 2014.

554. Ottesen RA, Goldstein L, Olsen KK, Kilburn JA, Weisenburger DD, Chu P, Niland JC. Discrepancy-reducing Feedback Loops Based on Intra- and Inter-validation of Synoptic Pathology Data. AMIA Joint Summits on Translational Science, 2014.

555. Yang L, Chen L, Wang Y, Jones J, Yen Y, Loera S, Pillai R, Chu P, Weisenburger DD. Characterization of Genetic Concordance Between Primary Tumor Cells, Circulating Tumor Cells, and Metastatic Tumor Cells from Patients with Prostate Cancer. Proc AACR, 2015.

556. Pahwa M, Spinelli JJ, Freeman LB, Demers PA, Blair A, Pahwa P, Dosman JA, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Harris SA. An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Subtypes in the North American Pooled Project (NAPP). Canadian Society for Epidemiology and Biostatistics Conference, 2015.

557. Glasser SL, Clarke CA, Keegan THM, Chang ET, Weisenburger DD. Changing Incidence of Hodgkin Lymphoma Histologic Subtypes: Risk Factor Trends or Evolving Diagnostic Practice? Annual NAACCR Conference, 2015.

558. Pahwa M, Spinelli JJ, Freeman LB, Demers PA, Blair A, Pahwa P, Dosman JA, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Harris SA. An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Subtypes in the North American Pooled Project (NAPP). International Society for Environmental Epidemiology Conference, 2015.

559. Lui H, Medeiros LJ, Weisenburger DD, et al. Breast Implant-associated Anaplastic Large Cell Lymphoma (BI-ALCL): a Comprehensive Histopathological Evaluation of 40 Cases with a Proposal for a Pathologic Staging System. Mod Pathol 28: 360A, 2015.

560. Caponetti G, Perry A, Smith LM, Bast M, Dave BJ, Fu K, Greiner T, Weisenburger DD. Immunohistochemical and Cytogentic Evaluation of MYC in Diffuse Large B-cell Lymphoma. Mod Pathol 28: 338A, 2015.

561. Yuan J, Greiner TC, Fu K, Smith LM, Vose JM, Weisenburger DD. Rituximab Improves the Outcome of Patients with Grade 3 Follicular Lymphoma. Mod Pathol 28: 390A, 2015.

562. Song L, Feldman AL, Murata-Collins JL, Bedell V, Weisenburger DD, Nathwani BN, Song JY. Cyclin D1 Expression in T-cell Lymphomas. Mod Pathol 28: 379A, 2015.

563. Low L, Song JY, Mei M, Krishnan A, Nademanee A, Popplewell L, Chen R, Spielberger R, Cai J, Chen YY, Gaal K, Aoun P, Weisenburger DD, Kim YS. Co-expression of MYC and BCL2 Protein in Diffuse Large B-cell Lymphoma Predicts a Poor Outcome in Patients Treated with Autologous Stem Cell Transplantation. Mod Pathol 28: 361A, 2015.

564. Perry AM, Perner Y, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani BN, Boilesen E, Bast M, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma (NHL) in Southern Africa (SA): Review of 487 Cases from the International Non-Hodgkin Lymphoma Classification Project. Mod Pathol 28: 371A, 2015.

565. Gaulard P, DeLeval L, Czader M, Lossos I, Chapman-Fredericks J, Richards K, Chadburn A, Cheng R, Srivastava G, Ondrejka S, Hsi E, Fedoria Y, Weisenburger D, Flowers C, Bernal-Mizrachi L, Evens A, Pilichowska M, Gascoyne R, Dave S. The Genetic Landscape of Hepatosplenic T-cell Lymphoma Reveals Novel Strategies for Treatment and Risk-stratification. Hematol Oncol 33: 137, 2015.

566. Nathwani BN, Low L, Pillai R, Weisenburger D. EBV-positive Cells Present Exclusively within Clusters of Monocytoid B-cells Masquerading as a Nodal Marginal Zone B-cell Lymphoma. Society of Hematopathology Workshop on Immunodeficiency and Dysregulation, 2015.

567. Pillai R, Weisenburger D, Chan W, Nathwani B. Esptein-Barr Virus Positive Hodgkin Reed-Sternberg Type Cells Restricted within Clusters of Benign Monocytoid B-cells in a Patient with Bloom Syndrome. Society of Hematopathology Workshop on Immunodeficiency and Dysregulation, 2015.

568. Herrera AF, Mei MG, Low L, Merryman RW, Song JY, Paris T, Stiller T, Bedell V, Sun H, Brown JR, Budde LE, Chen R, Davids MS, Freedman AS, Fisher DC, Jacobsen ED, Jacobson CA, Kim HT, LaCasce AS, Murata-Collins J, Nademanee AP, Palmer J, Pihan GA, Siddiqi T, Sohani AR, Popplewell LL, Zain J, Kwak LW, Weinstock DM, Forman SJ, Weisenburger DD, Kim Y, Rodig SJ, Krishnan A, and Armand P, Double Expressing (MYC/BCL2) and Double-hit Diffuse Large B-cell Lymphomas Have Inferior Survival Following Autologous Stem Cell Transplantation. 57th ASH Annual Meeting, 2015.

569. Siddiqi T, Scuto A, Beumer JH, Song JY, Frankel P, Ruel C, Cobb J, Kiesel BF, Weisenburger DD, Kelly KR, Tuscano J, Popplewell L, Forman SJ, Piekarz R, and Newman EM, Results From a Phase 1 Study and Expanded Cohort of an Interrupted Dosing Schedule of the Aurora Kinase A Inhibitor MLN8237 Combined with Vorinostat in Lymphoid Malignancies. 57th ASH Annual Meeting, 2015.

570. Perry AM, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani BN, Boilesen E, Bast M, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma in Seven Geographic Regions Around the World: Review of 4539 Cases from the International Non-Hodgkin Lymphoma Classification Project. 57th ASH Annual Meeting, 2015.

571. Perry AM, Diebold J, MacLennan KA, Müller-Hermelink HK, Nathwani BN, Boilesen E, Bast M, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma (NHL) in the Developing World: The International NHL Classification Project. Mod Pathol 29: 368A, 2016.

572. Low L, Song JY, Chen YY, Valle M, Weisenburger DD, Kim YS. Coexpression of MYC and BCL2 Proteins Identifies a Subset of Follicular Lymphoma that Undergoes Transformation to Diffuse Large B-cell Lymphoma and Correlates with Poor Survival. Mod Pathol 29: 360A, 2016.

573. Ameri MD, Wong JT, Low L, Chen YY, Weisenburger DD, Pillai R, Kim YS, Song JY. CXCR4 Expression in Follicular Lymphoma. Mod Pathol 29: 334A, 2016.

574. Mohanty A, Sandoval N, Das M, Amin H, Marcucci G, Pillai R, Weisenburger DD, Rosen ST, Pham LV, Ngo VN. Cyclin D1 Mutations Increase Protein Stability and Promote Ibrutinib Resistance in Mantle Cell Lymphoma. ASH Lymphoma Biology Meeting, 2016.

575. Perry AM, Diebold J, Nathwani BN, MacLennan KA, Müller-Hermelink HK, Bast M, Boilesen E, Armitage JO, Weisenburger DD. Classification of Non-Hodgkin Lymphoma in Seven Geographic Regions Around the World: Review of 4539 Cases from the International Non-Hodgkin Lymphoma Classification Project. InterLymph Annual Conference, 2016.

576. Herrera AF, Low A, Griffin GK, Mei M, Merryman R, Song J, Bedell V, Sun H, Paris T, Stiller T, Alyea E, Brown J, Budde E, Chen R, Chen YB, Chan WC, Cutler C, Davids M, Freeman A, Fisher D, Ho V, Jacobsen E, Jacobson C, Koreth J, LaCasce A, Murata-Collins J, Nademanee A, Nikiforow S, Palmer J, Pihan G, Pillai R, Siddiqi T, Sohani A, Popplewell L, Zain J, Kwak L, Weinstock D, Soiffer R, Antin J, Forman S, Weisenburger DD, Rodig S, Kim Y, Krishnan A, Armand P. Outcomes after Autologous and Allogenic Stem Cell Transplantation (SCT) in Diffuse Large B-cell Lymphoma (DLBCL) Patients with MYC/BCL2 Co-expression, Double-hit Lymphoma, or MYC Copy Gain. European Hematology Association Annual Meeting, 2016.

577. Harris SA, Presutti R, Kachuri L, Spinelli JJ, Pahwa M, Blair A, Zham SH, Cantor KP, Weisenburger DD, Pahwa P, McLaughlin JR, Dosman JA, Freeman LB. Pesticide Exposures and the Risk of Multiple Myeloma in Men: An Analysis of the North American Pooled Project (NAPP). 50th IARC Global Cancer Occurance, Causes and Avenues to Prevention Conference, 2016.

578. Pahwa M, Freeman LEB, Spinelli JJ, Blair A, Zahm SH, Cantor KP, Pahwa P, Dosman JA, McLaughlin JR, Weisenburger DD, Demers PA, Harris SA. A Detailed Assessment of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Overall and by Major Histological Subtypes: Findings from the North American Pooled Project (NAPP). 50th IARC Global Cancer Occurance, Causes and Avenues to Prevention Conference, 2016.

579. Harris SA, Musa R, Pahwa M, Kachuri L, Spinelli JJ, Blair A, Pahwa P, McLaughlin JR, Dosman JA, Zahm SH, Cantor KP, Weisenburger DD, Freeman LEB. An Evaluation of Potentially Carcinogenic Pesticides and the Risks of Non-Hodgkin Lymphoma and its Histological Subtypes: An Analysis of the North American Pooled Project (NAPP). 50th IARC Global Cancer Occurance, Causes and Avenues to Prevention Conference, 2016.

580. Kachuri L, Harris SA, Spinelli JJ, Blair A, Pahwa M, Zahm SH, Cantor KP, Weisenburger DD, Pahwa P, Dosman JA, McLaughlin JR, Demers PA, Freeman LEB. An Investigation of Organochlorine Insecticide Use and the Risks of Non-Hodgkin Lymphoma Subtypes: Findings from the North American Pooled Project (NAPP). 50th IARC Global Cancer Occurance, Causes and Avenues to Prevention Conference, 2016.

581. Latifovic L, Freeman LB, Spinelli JJ, Pahwa M, Blair A, Pahwa P, McLaughlin JR, Dosman JA, Zahm SH, Cantor KP, Weisenburger DD, Demers PA, Harris SA. Pesticide Use and the Risk of Hodgkin Lymphoma: Results from the North American Pooled Project (NAPP). 50th IARC Global Cancer Occurance, Causes and Avenues to Prevention Conference, 2016.

582. Perry A, Diebold J, Nathwani B, MacLennan K, Müller-Hermelink HK, Bast M, Boilesen E, Armitage J, Weisenburger D. Non-Hodgkin Lymphoma in the Developing World: Review of 4539 Cases from the International Non-Hodgkin Classification Project. 18th Meeting of the European Association for Haematopathology, 2016.

583. Gonzalez BR, Song J, Weisenburger D, Palmer J, Zain J, Rosen ST, Querfeld C. The Immune Checkpoint Receptors ICOS and PD1 in Mycosis Fungoides and Sezary Syndrome: Correlation with Disease and Outcome. 3rd World Congress of Cutaneous Lymphomas, 2016.

584. Mohanty A, Sandoval N, Das M, Amin HM, Marcucci G, Pillai R, Weisenburger DD, Rosen ST, Pham LV, Ngo VN. CCND1 Mutations Increase Protein Stability and Promote Ibrutinib Resistance in Mantle Cell Lymphoma. 58th ASH Annual Meeting, 2016.

585. Herrera AF, Song JY, Griffin GK, Nikolaenko L, Mei M, Bedell V, Dal Cin P, Pak C, Stiller T, Sun H, Alyea EP, Budde LE, Chen RW, Chen Y-B, Chan WC, Cutler CS, Ho VT, Koreth J, Krishnan A, Murata-Collins JL, Nikiforow S, Palmer JM, Pihan GA, Pillai R, Popplewell L, Rosen ST, Siddiqi T, Sohani AR, Zain J, Kwak LW, Weisenburger DD, Nademanee AP, Weinstock DM, Soiffer RJ, Antin JH, Kim Y, Rodig SJ, Forman SJ, and Armand P, Double-Hit and Double-Expressor Lymphomas Are Not Associated with an Adverse Outcome after Allogeneic Stem Cell Transplantation. 58th ASH Annual Meeting, 2016.

586. Bouska A, Bi C, Lone W, Zhang W, Kedwaii A, Heavican TB, Lachel CM, Yu J, Fu K, Ferro RA, Eldorghamy N, Greiner TC, Vose JM, Weisenburger DD, Gascoyne RD, Rosenwald A, Ott G, Campo E, Rimsza LM, Jaffe ES, Braziel RM, Siebert R, Miles RR, Dave S, Reddy A, McKeithan TW, Staudt LM, Green MR, Chan WC, and Iqbal J, Comprehensive Genomic Analysis of Adult Burkitt Lymphoma Identifies the B-Cell Receptor Signaling Pathway as a Potential Therapeutic Target. 58th ASH Annual Meeting, 2016.

587. Heavican TB, Yu J, Bouska A, Greiner TC, Lachel CM, Wang C, Dave BJ, Amador CC, Fu K, Vose JM, Weisenburger DD, Gascoyne RD, Hartmann S, Pedersen MB, Wilcox R, Teh BT, Lim ST, Ong CK, Seto M, Berger F, Rosenwald A, Ott G, Campo E, Rimsza LM, Jaffe ES, Braziel RM, d'Amore FA, Inghirami G, Bertoni F, Staudt L, McKeithan TW, Pileri SA, Chan WC, and Iqbal J, Molecular Subgroups of Peripheral T-Cell Lymphoma Evolve by Distinct Genetic Pathways. 58th ASH Annual Meeting, 2016.

588. Song J, Perry A, Pillai R, Herrera A, Ottensen R, Nikowitz J, Skrabek P, Goldstein L, McCarthy C, Najera L, Zain J, Wang J, Wu X, Nademanee A, Niland J, Chan WC, Weisenburger DD. Evaluation of de novo Diffuse Large B-cell Lymphoma Using a Targeted Next Generation Sequencing Assay. Mod Pathol 30: 1519A, 2017.

589. Perry AM, Skrabek P, Ahsanuddin A, Schroedter I, Menard C, Lambert P, Song J, Weisenburger DD, Nasr M. Prognostic Significance of Telomere Length in Diffuse Large B-cell Lymphoma. Mod Pathol 30: 1483A, 2017.

590. Siaghani P, Song JY, Wong J, Chen YY, Weisenburger DD, Kim YS. Tumor-associated Macrophages do Not Predict Survival in Relapsed/refractory Hodgkin Lymphoma Treated with Autologous Stem Cell Transplantation. Mod Pathol 30: 1515A, 2017.

591. Song JY, Kim YS, Siaghani P, Cantu D, Chen YY, Pillai R, Chan WC, Weisenburger DD. CTLA-4 Expression in Hodgkin Lymphoma Confers a Worse Overall Survival in Relapsed/refractory Patients. Mod Pathol 30: 1518A, 2017.

592. Wong JT, Ameri MD, Cantu D, Siaghani P, Song J, Weisenburger DD, Kim Y. Defining True Cellularity in Age-matched Marrows. Mod Pathol 30: 2102A, 2017.

593. Wong JT, Ameri MD, Siaghani P, Cantu D, Chen YY, Song J, Weisenburger DD, Kim Y. Programmed Cell Death Ligand1 (PD-L1) Expression in the Follicular Lymphoma Microenvironment. Mod Pathol 30: 1545A, 2017.

594. Sibon D, Nguyen DP, Schmitz N, Suzuki R, Feldman AL, Gressin R, Lamant L, Weisenburger DD, Nakamura S, Ziepert M, Maurer MJ, Bast M, Armitage JO, Vose JM, Jais JP, Savage KJ. Prognostic Factors and Impact of Etoposide in Adults with Systemic ALK-Positive Anaplastic Large Cell Lymphoma: a Pooled Analysis of Six Studies. 14th International Conference on Malignant Lymphoma, 2017.

595. Weisenburger DD, El Behery R, Laurini JA, Smith LM, Dave BJ, Yuan J, Fu K, Chan WC, Nathwani BN, Bierman PJ, Bociek RG, Vose JM, Armitage JO, Greiner TC, Aoun P. Follicular Large Cleaved Cell (Centrocytic) Lymphoma: a Distinctive but Unrecognized Variant of Follicular Lymphoma. 14th International Conference on Malignant Lymphoma, 2017.

596. Moltok A, Wright G, Rosewald A, Ott G, Ramsower C, Campo E, Braziel RM, Delabie J, Weisenburger DD, Song J, Chan WC, Cook J, Fu K, Greiner T, Smeland E, Holte H, Glinsmann-Gibson BJ, Gascoyne RD, Staudt LM, Jaffe E, Conners JM, Scott DW, Steidl C, Rimsza LM. Molecular Classification of Primary Mediastinal Large B-Cell Lymphoma Using Formalin-Fixed, Paraffin-Embedded Tissue Specimens – an LLMPP Project. 14th International Conference on Malignant Lymphoma, 2017.

597. Martin-Garcia D, Navarro A, Clot G, Ribera-Cortada I, González-Farré B, Gutiérrez-Abril J, Valdés-Mas R, Rymkiewicz G, de Leval L, Rosenwald A, Ferry, J, Hsi E, Fu K, Delabie J, Weisenburger D, de Jong D, O'Connor S, Swerdlow SH, Torrents D, Beltran S, Siebert R, Espinet B, Ott G, Quintanilla-Martinez L, Jaffe ES, López-Otín C, Puente X, Campo E, Salaverria I, Beà S. Cryptic Insertions of Immunoglobulin Light Chain Enhancer Regions Activate CCND3 and CCND2 in Cyclin D1-Negative Mantle Cell Lyphomas. European Hematology Association Meeting, 2017.

598. Cantu D, Siaghani P, Aoun P, Weisenburger DD, Pillai R. Molecular Profiling in Chronic Myelomocytic Leukemia. Society for Hematopathology Meeting, 2017.

599. Song J, Egan C, Gong Q, Venkataraman G, Herrera A, Ottesen R, Niland J, Weisenburger DD, Jaffe E, Chan WC. Mutation Spectrum of Transformed Nodular Lymphocyte Predominant Hodgkin Lymphoma and Comparison with *De Novo* Diffuse Large B-Cell Lymphoma. 59th ASH Annual Meeting, 2017.

600. Song J, Perry AM, Herrera AF, Skrabek P, Nasr M, Ottesen R, Nikowitz J, Bedell V, Murata-Collins J, Chen YY, Li Y, Luna CG, McCarthy C, Pillai R, Wang J, Wu X, Zain JM, Nademanee AP, Niland, J, Gong Q, Chan WC, Weisenburger DD. Mutations in the Phosphoinositide 3-Kinase Pathway (PI3K) Are Associated with Poor Overall Survival (OS) in Patients with Diffuse Large B-Cell Lymphoma Treated with R-CHOP. 59th ASH Annual Meeting, 2017.

601. Heavican T, Bouska A, Yu J, Lone W, Gong Q, Zhang W, Nairismagi ML, Greiner TC, Amador C, Vose J, Weisenburger DD, Lachel C, Wang C, Dave BJ, Fu K, Lim ST, Ong CK, Gascoyne RD, Hartmann S, Pedersen MB, Laginestra MA, Wilcox R, Teh BT, Seto M, Berger F, Rosenwald A, Ott G, Campo E, Rimsza LM, Jaffe ES, Braziel RM, d'Amore FA, Inghirami G, Bertoni F, Staudt LM, McKeithan TW, Pileri S, Chan WC, Iqbal J. Molecular Subgroups of Peripheral T-Cell Lymphoma Evolve by Distinct Genetic Pathways. Annual T-Cell Lymphoma Forum, 2018.

602. Himchak E, Muirhead D, Lewallen M, Song J, Kim Y, Nathwani B, Weisenburger DD, Herrera AF, Pillai RK. Evaluation of the Tumor Microenvironment Using Multiplex Immunohistochemistry. Annual Meeting of the USCAP, 2018.

603. Ali S, Aoun P, Telatar M, Weisenburger DD, Nakamura R, Stein A, Song J, Gaal K, Kim Y, Aldoss I, Salhotra A, Yew H, Pillai RK, Afkhami M. BCOR Mutations in the Myeloid Malignancies: A One-Year Experience at a Comprehensive Cancer Center. Annual Meeting of the USCAP, 2018.

604. Siaghani P, Yang L, Zhao L, Telatar M, Cuellar M, Himchak E, Yin H, Weisenburger DD, Aoun P, Afkhami M, Pillai RK. High Sensitivity Detection of IDH1/2 Mutations for Assessment of Minimal Residual Disease. Annual Meeting of the USCAP, 2018.

605. Amador C, Greiner T, Heavican T, Lone W, Smith LM, Bouska A, Yu J, Mottok A, Rosenwald A, Ott G, Ondrejka S, Rimsza L, Weisenburger DD, Chan WC, Iqbal J. An Immunohistochemistry Algorithm Subclassifies PTCL-NOS into Gene Expression Profiling Defined Molecular Subgroups with High Accuracy. Annual Meeting of the USCAP, 2018.

606. Song J, Perry A, Herrera AF, Skrabek P, Nasr M, Ottesen R, Nikowitz J, Chen L, Bedell V, Murata-Collins J, Chen YY, Li Y, Luna CG, McCarthy C, Pillai R, Wang J, Wu X, Zain J, Nademanee AP, Niland J, Gong Q, Chan WC, Weisenburger DD. Integration of Mutation Analysis as a Risk Predictor in Patients with Diffuse Large B-Cell Lymphoma Treated with R-CHOP. Annual Meeting of the USCAP, 2018.

607. Cloe A, Pillai R, Telatar M, Yew H, Weisenburger DD, Pullarkat V, Aldoss I, Kuo CY, Aoun P, Afkhami M. Novel Fusion of TCF3-MEF2B in BCR-ABL Negative B-Lymphoblastic Leukemia. Annual Meeting of the USCAP, 2018.

608. Mahale P, Weisenburger DD, Kahn AR, Gonsalves L, Pawlish K, Koch L, Tirado-Gomez M, Clarke CA, Copeland G, Alverson G, Shiels MS, Engels EA. Anaplastic Large Cell Lymphoma in HIV-Infected Individuals. Conference on Retroviruses and Opportunistic Infections (CROI), 2018.

609. Padeganeh A, Telatar M, Afkhami M, Weisenburger DD, Murata-Collins JL. Implementation of Clinical Whole-Genome Single Nucleotide Polymorphism Microarray Testing for Neoplastic Disorders at the City of Hope National Medical Center. ACMG Annual Clinical Genetics Meeting, 2018.

610. Koutros S, Harris S, Spinelli J, Blair A, McLaughlin J, Zahm S, Pardo L, Kachuri L, Pahwa M, Cantor K, Weisenburger D, Pahwa P, Dosman J, Beane Freeman LE. Non-Hodgkin Lymphoma Associated with Organophosphate and Carbamate Insecticides in the North American Pooled Project. International Society of Exposure Science and the International Society for Environmental Epidemiology Meeting, 2018.

611. Pillai R, Weisenburger D, Querfeld C. Indolent Epidermotropic Gamma Delta T-cell Lymphoma. 19th Meeting of the European Association for Haematopathology, 2018.

612. Song JY, Perry A, Herrera AF, Chen L, Skrabek P, Nasr M, Ottesen R, Nikowitz J, Bedell V, Murata-Collins J, Chen YY, Li Y, Luna CG, McCarthy C, Pillai R, Wang J, Wu X, Zain J, Nademanee AP, Niland JC, Gong Q, Chan WC, Weisenburger DD. Integration of Clinical Factors with Gene Mutations as a Risk Predictor for Overall Survival in Patients with Diffuse Large B-Cell Lymphoma Treated with R-CHOP. AACR International Meeting on Advances in Malignant Lymphoma, 2018.

613. Song JY, Chan WC, Warden C, Wu X, Weisenburger DD, Chen R, Herrera AF. Immunologic Biomarkers of Response and Resistance to Brentuximab Vedotin in Patients with Relapsed or Refractory Hodgkin Lymphoma. 11th International Symposium on Hodgkin Lymphoma, 2018.

614. Song JY, Perry A, Herrera AF, Chen L, Skrabek P, Nasr M, Ottesen R, Nikowitz J, Bedell V, Murata-Collins J, Chen YY, Li Y, Luna CG, McCarthy C, Pillai R, Wang J, Wu X, Zain J, Nademanee AP, Niland JC, Gong Q, Chan WC, Weisenburger DD. New Genomic Model Integrating Clinical Factors with Gene Mutations to Predict Overall Survival in Patients with Diffuse Large B-Cell Lymphoma Treated with R-CHOP. 58th ASH Annual Meeting, 2018.

615. Zhong C, Luo J, Chao CR, Neuhausen S, Song JY, Weisenburger DD, Bernstein L, Cozen W, Wang SS. Polygenic Risk Score in Follicular Lymphoma Risk and Prognosis in a Population-Based Case-Control Study in Los Angeles County. 58th ASH Annual Meeting, 2018.

616. Amador C, Greiner T, Galvis Castro KT, Smith L, Heavican T, Rosenwald A, Ott G, D'Amore F, Mottok A, Feldman A, Ondrejka S, Campo E, Vose J, Weisenburger DD, Chan WC, Iqbal J. Reproducible Morphologic Features of Molecularly Defined Subgroups of Peripheral T-Cell Lymphoma, Not Otherwise Specified (PTCL-NOS). Annual Meeting of the USCAP, 2019.

617. Song JY, Cloe A, Ali S, Siaghani PJ, Himchak E, Cantu D, Chan W, Quirk E, Weisenburger DD, Aoun, P. Bone Marrow Adequacy: Comparison of Assisted or Unassisted Collections by a Laboratory Technologist. Annual Meeting of the USCAP, 2019.

618. Cloe A, Padaganeh A, Bedell V, Song J, Pillai R, Weisenburger DD, Kim Y. Single Nuclear Polymorphism Study with Oncoscan Demonstrates Recurrent Abnormalities Involving Chromosomes 9, 13 and 17 in Blastic Plasmacytoid Denduitic Cell Neoplasm. Annual Meeting of the USCAP, 2019.

619. Harris SA, Latifovic L, Spinelli JJ, Pahwa M, Kachuri L, Blair A, Koutros S, McLaughlin JR, Dosman JA, Pahwa P, Weisenburger DD, Zahm SH, Cantor KP, Demers PA and Freeman LEB. Self-reported Pesticide Use and Risk of Hodgkin Lymphoma: Results from the North American Pooled Project (NAPP). Canadian Cancer Research Conference, 2019.

620. Song JY, Egan C, Bouska AC, Zhang W, Gong Q, Venkataraman G, Herrera AF, Chen L, Ottesen R, Niland J, Bedell V, Valle-Catuna M, Murata-Collins J, Weisenburger DD, Iqbal J, Jaffe ES, Chan WC. Genomic Characterization of Diffuse Large B-cell Lymphoma Transformation of Nodular Lymphocyte Predominant Hodgkin Lymphoma. 59th ASH Annual Meeting, 2019.

621. Nguyen H, Xu M, Perry A, Skrabek P, Nasr M, Bedell V, Murata-Collins J, Herrera A, Chan WC, Weisenburger D, Scott D, Song J. Validation of the Double-Hit Gene Expression Signature (DLBCL90) in an Independent Cohort Diffuse Large B-cell Lymphoma of Germinal Center B-cell Origin. Annual Meeting of the USCAP, 2020.

622. Chaudhary S, Brown N, Song J, Wong J, Yang L, Skrabek P, Nasr M, Kochan L, Li J, Weisenburger D, Perry A. Relative Frequency and Histopathologic Characteristics of MYC Rearranged Follicular Lymphoma. Annual Meeting of the USCAP, 2020.

623. Rahimi N, Perry A, Skrabek P, Nasr M, Bedell V, Valle-Catuna M, Murata-Collins J, Herrera A, Chan WC, Song J, Weisenburger D. Copy Number Differences in Diffuse Large B-cell Lymphoma with a Germinal Center B-cell Phenotype versus an Activated B-cell Phenotype. Annual Meeting of the USCAP, 2020.

624. Yu G, Bi C, Cheng H, Smith L, Yuan J, Qureishi H, Link B, Nichols C, Barr P, Kahl B, Stewart D, Barta S, Beaven A, Advani R, Martin P, Goy A, Phillips T, Mehta A, Kamdar M, Crump M, Pro B, Flowers C, Jacobson C, Smith S, Stephens D, Bachanova V, Weisenburger D, Armitage JO, Fu K, and Vose J on behalf of the North American Mantle Cell Lymphoma Consortium. A Modified MIPI Scoring System Exhibits High Efficacy in Predicting the Prognosis of Patients with Mantle Cell Lymphoma: Initial Report from the North American Mantle Cell Lymphoma Consortium of 23 Institutions. Annual Meeting of ASCO, 2020.

625. Pillai R, Nathwani B, Weisenburger DD. Diagnostic Pitfalls and Grey Zones Around Classic Hodgkin Lymphoma. 20th Meeting of the European Association for Haematopathology. (submitted)

**X. Invited Seminars/Lectures/Forums, 207 Total**

1. "Malignant Lymphoma, Intermediate Lymphocytic Type: A Clinicopathologic Study of 42 Cases." International Academy of Pathology Meeting, 1981.

2. "Mantle-Zone Lymphoma." International Academy of Pathology Meeting, 1982.

3. "Multicentric Angiofollicular Lymph Node Hyperplasia: A Clinicopathologic Study of 16 Cases." International Academy of Pathology Meeting, 1984.

4. "Intermediate Lymphocytic Lymphoma: An Immunohistologic Study with Comparison to Other Lymphocytic Lymphomas." International Academy of Pathology Meeting, 1985.

5. "Immunologic Studies of Multicentric and Unicentric Angiofollicular Lymphoid Hyperplasia." International Academy of Pathology Meeting, 1986.

6. "Induction of B-Cell Lymphoma/Leukemia in Wistar Rats by 2-Hydroxyethylnitrosourea." Proceedings of the American Association for Cancer Research, 1986.

7. "Peripheral T-Cell Lymphoma: A Clinicopathologic Study of 42 Cases." Proceedings of the American Association for Cancer Research, 1986.

8. "Intermediate Lymphocytic Lymphoma: An Immunologic and Cytogenetic Study." International Congress of the International Academy of Pathology, 1986.

9. "Castleman's Disease: A Unified Concept." 11th Annual AFIP Course on Pathology of Lymph Nodes, 1987.

10. "B-Cell Neoplasia Recapitulates the Normal Humoral Immune Response." 3rd International Conference on Malignant Lymphoma, 1987.

11. "Detection of Occult Lymphoma Cells in Bone Marrow Harvested for Autologous Transplantation." International Academy of Pathology Meeting, 1988.

12. “Castleman’s Disease: A Unified Concept.” 12th Annual AFIP Course on Pathology of Lymph Nodes, 1988.

13. “Intermediate Lymphocytic and Mantle-Zone Lymphomas: Evolving Concepts.” 12th Annual AFIP Course on Pathology of Lymph Nodes, 1988.

14. “Mantle-Zone Lymphoma: A Systematic Approach.” ASCP Course on Lymph Node Pathology, 1988.

15. “Benign Diseases of Lymph Nodes: A Systematic Approach.” ASCP Course on Lymph Node Pathology, 1988.

16. “Environmental Epidemiology of Non-Hodgkin’s Lymphoma in Eastern Nebraska.” Iowa Symposium on Agricultural Occupational and Environmental Health, 1988.

17. “Lymphoid Malignancies and Agricultural Practices.” NIEHS Workshop on the Quantification of Risk in Immunotoxicology, 1988.

18. “Lymphoid Malignancies and Agricultural Practices.” Symposium on Agricultural Impacts on Groundwater, American Association for the Advancement of Science Meeting, 1989.

19. “Castleman’s Disease: A Unified Concept.” 13th Annual AFIP Course on Pathology of Lymph Nodes, 1989.

20. “Intermediate Lymphocytic and Mantle-Zone Lymphomas: Evolving Concepts.” 13th Annual AFIP Course on Pathology of Lymph Nodes, 1989.

21. “Benign Diseases of Lymph Nodes: A Systematic Approach.” ASCP Course on Lymph Node Pathology, 1989.

22. “Hematopoietic Neoplasia: A Conceptual Understanding.” Environmental Epidemiology Branch, National Cancer Institute, 1989.

23. “Benign Diseases of Lymph Nodes: A Pattern Approach.” Short Course for American Society of Clinical Pathologists Meeting, 1989.

24. “Lymphoma Pathology in Epidemiologic Studies.” Workshop on Cancer in Rural Areas, University of Saskatchewan, 1989.

25. “Non-Hodgkin’s Lymphoma Associated with the Agricultural Use of Herbicides: Analysis by Histologic type.” International Academy of Pathology Meeting, 1990.

26. “Benign Diseases of Lymph Nodes: A Systematic Approach.” ASCP Course on Lymph Node Pathology, 1990.

27. “Benign Diseases of Lymph Nodes: A Pattern Approach.” Short Course for American Society of Clinical Pathologists Meeting, 1990.

28. “Potential Health Consequences of Groundwater Contamination by Agrichemicals in Nebraska.” NATO Advanced Research Workshop on Nitrate Contamination: Exposure, Consequences, and Control, 1990.

29. "Non-Hodgkin's Lymphoma Associated with the Agricultural Use of Herbicides: Analysis by Histologic type." 3rd Meeting of the European Association for Haematopathology, 1990.

30. "Non-Hodgkin's Lymphoma Associated with the Agricultural Use of Herbicides: Analysis by Histologic Type." Klein Symposium on Causes, Consequences, and Cures Lymphoproliferative Diseases, 1991.

31. "Mantle Zone Lymphoma." International Academy of Pathology Meeting, 1991.

32. "Non-Hodgkin's Lymphomas of Primary Follicle/Mantle Zone Origin." 2nd Vicenza International Workshop of Hematology, 1991.

33. "Cancers of the Lymphohematopoietic System in Humans Exposed to 1,3-Butadiene." Occupational Safety and Health Administration, 1991.

34. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 1991.

35. "Benign Diseases of Lymph Nodes: A Pattern Approach." Short Course for American Society of Clinical Pathologist Meeting, 1991.

36. "Intermediate Cell Lymphoma - Current Controversies." Society for Hematopathology Symposium, American Society of Clinical Pathologists Meeting, 1991.

37. "Human Health Effects of Agrichemical Use." Environmental and Occupational Disease - A State-of-the-Art Conference for Pathology Educators, 1991.

38. "Lymphoma Pathology in Epidemiologic Studies." National Cancer Institute Workshop on the Time Trends in Non-Hodgkin's Lymphoma - Current Knowledge and Recommendations for Research, 1991.

39. "Pesticides/Chemicals and Their Association with Non-Hodgkin's Lymphoma." National Cancer Institute Workshop on Mechanisms in B-Cell Neoplasia, 1992.

40. "Birth Defects and Well Water Contamination by Agrichemicals." 3rd International Symposium on Issues in Health, Agriculture and the Environment, 1992.

41. "Benign Diseases of Lymph Nodes: A Systemic Approach." ASCP Course on Lymph Node Pathology, 1992.

42. "Strategies for Service Excellence in the Clinical Laboratory." Short Course for American Society of Clinical Pathologists Meeting, 1992.

43. "Benign Diseases of Lymph Nodes: A Pattern Approach." Short Course for American Society of Clinical Pathologists Meeting, 1992.

44. "Is the 2;5 Chromosomal Translocation Specific for CD30-Positive Anaplastic Large Cell Lymphoma?" US/Canadian Academy of Pathology Meeting, 1993.

45. "Epidemiology of Non-Hodgkin's Lymphoma." Keystone Symposium on B- and T-Cell Lymphomas, 1993.

46. “Epidemiology of Non-Hodgkin’s Lymphoma.” 5th International Conference on Malignant Lymphoma, 1993.

47. “Benign Diseases of Lymph Nodes: A Systematic Approach.” ASCP Course on Lymph Node Pathology, 1993.

48. “Strategies for Service Excellence in the Clinical Laboratory.” Short Course for American Society of Clinical Pathologists Meeting, 1993.

49. “Benign Diseases of Lymph Nodes: A Pattern Approach.” Short Course for American Society of Clinical Pathologists Meeting, 1993.

50. “Mantle Cell Lymphoma - Pathologic Features.” Society for Hematopathology Workshop on Disorders of Small B-Lymphocytes, 1993.

51. “Mantle Cell Lymphoma.” Department of Pathology, Northwestern University Medical Center, 1993.

52. Lymphoma Slide Seminar, Kansas City Society of Pathologists Meeting, 1993.

53. “Mantle Cell Lymphoma - Clinical Features.” European Task Force on Lymphoma Workshop on Mantle Cell Lymphoma, 1994.

54. “Epidemiology of Hodgkin’s Disease.” International Symposium on Hodgkin’s Disease, 1994.

55. “Pathology of Hodgkin’s Disease.” International Symposium on Hodgkin’s Disease, 1994.

56. “Benign Diseases of Lymph Nodes: A Systematic Approach.” ASCP Course on Lymph Node Pathology, 1994.

57. “Epidemiology of Non-Hodgkin’s Lymphoma.” Cancer Center, University of Virginia Medical Center, 1994.

58. “New Views on Non-Hodgkin’s Lymphoma Classification.” Pan Pacific Lymphoma Conference, 1994.

59. “New Concepts in the Pathology of Hodgkin’s Disease.” Pan Pacific Lymphoma Conference, 1994.

60. “Health Effects of Contaminated Groundwater.” Fall Symposium of the Groundwater Foundation, 1994.

61. “Strategies for Service Excellence in the Clinical Laboratory.” Short Course for American Society of Clinical Pathologists Meeting, 1994.

62. “Classification of Non-Hodgkin’s Lymphoma.” Colorado Springs Memorial Hospital, 8th Annual Oncology Conference, 1995.

63. “Benign Diseases of Lymph Nodes: A Systematic Approach.” ASCP Course on Lymph Node Pathology, 1995.

64. "Benign Disorders of Lymph Nodes: A Pattern Approach." Society for Hematopathology Symposium on Diagnostic Issues and Advances in Hematopathology, 1995.

65. "International Non-Hodgkin's Lymphoma Classification Project." Department of Pathology Seminar, University of Hong Kong, 1995.

66. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 1996.

67. "Clinical Significance of the t(14;18)(q32;q21) in Follicular Large Cell Lymphoma." US and Canadian Academy of Pathology Meeting, 1996.

68. "Application of the International Lymphoma Study Group (ILSG) Classification of Non-Hodgkin's Lymphoma (NHL). Study Design, Methods, and Pathology Results." Lugano Workshop on New Lymphoma Classification, 1996.

69. "The International Non-Hodgkin's Lymphoma Classification Project - Preliminary Findings." CALGB Lymphoma Committee Meeting, 1996.

70. "A Prospective Study of the International Lymphoma Study Group (ILSG) Classification of Non-Hodgkin's Lymphoma: Pathology Findings." AACR/ASCO Joint Conference on Basic and Clinical Aspects of Lymphoma, 1997.

71. "The International Lymphoma Study Group (ILSG) Classification of Non-Hodgkin's Lymphoma: Pathology Findings from a Large Multicenter Study." US/Canadian Academy of Pathology Meeting, 1997.

72. "The International Lymphoma Study Group (ILSG) Classification of Non-Hodgkin's Lymphoma: Clinical Findings from a Large Multicenter Study." US/Canadian Academy of Pathology Meeting, 1997.

73. "Non-Hodgkin's Lymphoma: A Practical and Cost-effective Approach to Diagnosis." US/Canadian Academy of Pathology Course, 1997.

74. "Non-Hodgkin's Lymphoma: A Practical and Cost-Effective Approach to Diagnosis." ASCP Short Course, 1997.

75. "Overview of the Non-Hodgkin's Lymphoma Classification Project." Pan Pacific Lymphoma Conference, 1997.

76. "Mantle Cell Lymphoma - Pathology." Pan Pacific Lymphoma Conference, 1997.

77. "Follicular Lymphoma." International Non-Hodgkin's Lymphoma Classification Project Workshop, 1997.

78. "Grading of Follicular Lymphoma." WHO Clinical Advisory Committee Meeting on the Classification of Neoplastic Diseases of the Hematopoietic and Lymphoid Systems, 1997.

79. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 1997.

80. "Non-Hodgkin's Lymphoma: A Practical and Cost-effective Approach to Diagnosis." US/Canadian Academy of Pathology Course, 1998.

81. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 1998.

82. "New Classification for Non-Hodgkin's Lymphoma." 5th Seminar on New Trends in Treatment for Acute Leukemia, 1998.

83. "Mantle Cell Lymphoma - Biological Characterization." 2nd International Symposium on Malignant Lymphomas, 1998.

84. "Evaluation of the New Lymphoma Classification." Medical College of Ohio, 1998.

85. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 1999.

86. "Results of the Non-Hodgkin's Lymphoma Classification Project." University of the Witwaterstrand, 1999.

87. "Burkitt-like Lymphoma." Pan Pacific Lymphoma Conference, 1999.

88. "Mantle Cell Lymphoma." ASCO-PANARAB Conference on Malignant Lymphoma, 1999.

89. "The Non-Hodgkin's Lymphoma Classification Project." ASCO-PANARAB Conference on Malignant Lymphoma, 1999.

90. "Histologic Type Predicts Survival in Adults with Diffuse Aggressive B-cell Lymphoma." US and Canadian Academy of Pathology Meeting, 2000.

91. "Gene Expression in Lymphoid Malignancies Using cDNA Microarray Technology." Workshop on the Comparative Pathology of HIV- and SIV-associated Lymphoma, 2000.

92. "Grading of Follicular Lymphoma: Diagnostic Accuracy, Reproducibility, and Clinical Relevance." Meeting of the European Association for Haematopathology, 2000.

93. "The Non-Hodgkin's Lymphoma Classification Project." University of Texas M.D. Anderson Hospital, 2000.

94. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 2000.

95. "Classification and Staging of Non-Hodgkin's Lymphoma." 23rd Annual Nebraska Tumor Registry Workshop, 2000.

96. "The Non-Hodgkin's Lymphoma Classification – Clinical Relevance." International Symposium on New Trends in the Management of Lymphoma, 2000.

97. "Mantle Cell Lymphoma." International Symposium on New Trends in the Management of Lymphoma, 2000.

98. "The Non-Hodgkin's Lymphoma Classification Project." Thai Society of Pathologists, 2001.

99. "The Non-Hodgkin's Lymphoma Classification Project." Tata Memorial Hospital Lymphoma Study Group, 2001.

100. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 2001.

101. "The Non-Hodgkin's Lymphoma Classification Project." Beijing International Lymphoma Symposium, 2001.

102. "Mantle Cell Lymphoma." Beijing International Lymphoma Symposium, 2001.

103. "Low-Grade B-cell Lymphoma Slide Seminar." Beijing International Lymphoma Symposium, 2001.

104. "Incorporating Pathology into Epidemiologic Studies." International Consortium of Investigators Working on Lymphoma Epidemiologic Studies (InterLymph), 2001.

105. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 2002.

106. "Molecular Classification of Lymphoma – A Work in Progress." Roswell Park Cancer Institute, 2002.

107. "The REALity of Lymphoma Classification – Pathology Perspectives." Conference on Lymphoma & Myeloma, 2002.

108. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 2003.

109. "Update on Lymphoma Classification." Pan-Pacific Lymphoma Conference, 2003.

110. "Mantle Cell Lymphoma: From Discovery to 2003." Department of Pathology and Microbiology Grand Rounds, University of Nebraska Medical Center, 2003.

111. "Cyclin DI-negative Mantle Cell Lymphoma." United States and Canadian Academy of Pathology Meeting, 2004.

112. "Follicular Lymphoma, Grade 3. Clinical and Biological Features." Lymphoma . . . the Next Questions International Conference, 2004.

113. "Benign Diseases of Lymph Nodes: A Systematic Approach." ASCP Course on Lymph Node Pathology, 2004.

114. "Follicular Lymphomas: Are They All the Same?" Conference in Lymphoma and Myeloma, 2004.

115. "Peripheral T-cell Lymphoma: a Clinicopathologic Analysis with Comparison to Diffuse Large B-cell Lymphoma." United States and Canadian Academy of Pathology Meeting, 2005.

116. "Peripheral T-cell Lymphoma: How Many Separate Disease Entities?" Lugano Workshop on T-cell Lymphoma, 2005.

117. "Non-Hodgkin Lymphoma (NHL) Around the World: Distribution of Major Subtypes Differs by Geographic Region." 9th International Conference on Malignant Lymphoma, 2005.

118. "Peripheral T-cell Lymphoma: the American View." Institute of Medical Hematology and Oncology, University of Bolongna, 2005.

119. "Peripheral T-cell Lymphoma – International Classification and Clinical Project." Pan-Pacific Lymphoma Conference, 2005.

120. "Classification and Outcome in Peripheral T-cell Lymphoma." Society for Hematopathology Workshop on Progress in T-cell and NK-cell Malignancies, 2005.

121. "WHO Classification of Malignant Lymphoma." Wuhan 1st International Cancer Symposium, 2005.

122. "Mantle Cell Lymphoma." Wuhan 1st International Cancer Symposium, 2005.

123. "Peripheral T-cell Lymphoma – International Classification and Clinical Project." Wuhan 1st International Cancer Symposium, 2005.

124. "WHO Classification of Haematopoietic Malignancy – Clinical Relevance." Egyptian Society of Haematology Congress, 2005.

125. "T-cell Lymphoma." Egyptian Society of Haematology Congress, 2005.

126. "Mantle Cell Lymphoma." 2nd Annual Egyptian Oncology and Hematology Meeting, 2005.

127. "Classification and Outcome in Peripheral T-cell Lymphoma." Milton R. Hales Lecture in Pathology, West Virginia University School of Medicine, 2006.

128. "Peripheral T-cell and NK/T-cell Lymphomas: an International Study of 1320 Cases." United States and Canadian Academy of Pathology Meeting, 2006.

129. "Classification and Outcome in Peripheral T-cell Lymphoma." 46th Annual Meeting of the Japanese Society of Lymphoreticular Tissue Research, 2006.

130. "Peripheral T-cell Lymphomas." Neoplastic Hematopathology Update: New Insights into Old Questions, 2006.

131. "Peripheral T-cell Lymphoma: Prognostic Factors." Bologna Workshop on T-cell Lymphomas, 2006.

132. "Non-Hodgkin Lymphoma Around the World." 13th Hong Kong International Cancer Congress, 2006.

133. "Peripheral T-cell Lymphoma, Unspecified." International T-cell Lymphoma Project Meeting, 2006.

134. "Peripheral T-cell Lymphoma – New Findings." Asia-Pacific T-cell Advisory Board Meeting, 2007.

135. "Geographic Variation in Non-Hodgkin Lymphoma Incidence." 7th International Network for Cancer Treatment and Research (INCTR) Meeting, 2007.

136. "Peripheral T-cell Lymphoma – New Findings." Department of Pathology, Fluminense Federal University of Brazil, 2007.

137. "Peripheral T-cell Lymphoma – New Findings." Hospital do Cancer, Sao Paulo, Brazil, 2007.

138. "Non-Hodgkin Lymphoma Around the World." International Non-Hodgkin Lymphoma Symposium, Society of Hematology in Chile, 2007.

139. "Pathology and Pathogenesis of B-cell Chronic Lymphocytic Leukemia." Monoclonal B-cell Lymphocytosis and Chronic Lymphocytic Leukemia: Environmental and Genetic Risk Factors Workshop, 2007.

140. "What Pathologic Prognostic Markers Can Be Helpful in Mantle Cell Lymphoma?" 1st Global Workshop on Mantle Cell Lymphoma, 2007.

141. "WHO Classification of Lymphoid Neoplasms: Update in 2008." Japanese Malignant Lymphoma Academy, 2008.

142. "How I Diagnose Lymphoma in Routine Practice and Consultation." Japanese Malignant Lymphoma Academy, 2008.

143. "Histopathologic and Molecular Diagnosis of Diffuse Large B-cell Lymphoma." Japanese Malignant Lymphoma Academy, 2008.

144. "Peripheral T-cell Lymphoma, Not Otherwise Specified: a Clinicopathologic Study of 340 Cases from the International Peripheral T-cell Project." 10th International Conference on Malignant Lymphoma, 2008.

145. "WHO Classification of Non-Hodgkin Lymphoma in Developing Countries." Workshop in Epidemiology and Management of Lymphoma in Developing Countries: Challenges and Opportunities for International Collaborations. 10th International Conference on Malignant Lymphoma, 2008.

146. "Non-Hodgkin Lymphoma Around the World." InterLymph Symposium on New Insights into the Causes of Lymphoma, 2008.

147. "Update on the WHO Classification of Non-Hodgkin Lymphoma." InterLymph Symposium on New Insights into the Causes of Lymphoma, 2008.

148. "Why has the Incidence of Non-Hodgkin Lymphoma Plateaued in Recent Years?" InterLymph Consortium Annual Meeting, 2008.

149. "Peripheral T-cell Lymphoma: What We have Learned and New Classification Strategies." Peripheral T-cell Lymphoma Forum, 2008.

150. "Lymphoma Classification and Biology." North American Educational Forum on Lymphoma, 2008.

151. "Update on Mantle Cell Lymphoma." 27th International Congress of the International Academy of Pathology, 2008.

152. "Peripheral T-cell Lymphoma." Neoplastic Hematopathology Update: New Insights into Old Questions, 2008.

153. "Non-Hodgkin Lymphoma Around the World." Lymphoma Symposium in Brazil, 2009.

154. "Non-Hodgkin Lymphoma Around the World." Lymphoma Symposium in Argentina, 2009.

155. "Update on Mantle Cell Lymphoma." 22nd European Congress of Pathology, 2009.

156. "Non-Hodgkin Lymphoma Around the World." The 11th National Symposium on Lymphoma in China, 2009.

157. "Mantle Cell Lymphoma - Update and New Perspectives." Department of Pathology, Fudan University Shanghai Cancer Center, 2010.

158. "Non-Hodgkin Lymphoma in Relation to Environmental Contaminants in Nebraska." UNMC Center for Environmental Health and Toxicology, 2010.

159. "Epidemiology of Non-Hodgkin Lymphoma in Nebraska and Around the World." UNMC Center for Research in Leukemia and Lymphoma, 2010.

160. "Peripheral T-cell Lymphomas." 7th International Chicago Lymphoma Symposium, 2010.

161. "Epidemiology of Non-Hodgkin Lymphoma Around the World." Croatian Cooperative Group for Hematologic Diseases, 2010.

162. "Epidemiology of Non-Hodgkin Lymphoma in Nebraska and Around the World." UNMC Hematologic Malignancies Research Meeting, 2010.

163. "Epidemiology of Non-Hodgkin Lymphoma in Nebraska and Around the World." Chinese Lymphoma Study Group, 2010.

164. "Peripheral T-cell Lymphomas." South Taiwan Lymphoma Club, 2010.

165. "Peripheral T-cell Lymphoma." Neoplastic Hematopathology Update: New Insights into Old Questions, 2010.

166. "Epidemiology of Non-Hodgkin Lymphoma Around the World." Peru National Institute of Cancer, 2011.

167. "Epidemiology of Non-Hodgkin Lymphoma Around the World." Pan Pacific Lymphoma Conference, 2011.

168. "CD30 Expression in Lymphoma." Seattle Genetics Advisory Board, 2011.

169. "Natural Killer/T-cell Lymphomas." Companion Meeting of American Society of Clinical Oncology, 2011.

170. "Epidemiology of Non-Hodgkin Lymphoma in Nebraska and Around the World." Bryan/Lincoln General Hospital Cancer Committee, 2011.

171. "Peripheral T-cell Lymphomas." City of Hope Medical Center, 2011.

172. "Epidemiology of Lymphomas." 8th Russian Conference on Malignant Lymphomas, 2011.

173. "Epidemiology of Non-Hodgkin Lymphoma in Nebraska and Around the World." Kansas City Society of Pathologists, 2011.

174. "Mantle Cell Lymphoma: Update and New Perspectives." Kansas City Society of Pathologists, 2011.

175. "Peripheral T-cell Lymphoma." Kansas City Society of Pathologists, 2011.

176. "CD30 Expression in Lymphoma." Seattle Genetics Pathology Round Table, 2011.

177. "Epidemiology of Non-Hodgkin Lymphoma in Nebraska and Around the World." UNMC Department of Pathology and Microbiology Grand Rounds, 2012.

178. "Hematologic Maligancy Tissue Banking and Research Applications." American Cancer Society Roundtable on Integrating Pathological Materials into Epidemiological Studies, 2012.

179. "Epidemiology of Non-Hodgkin Lymphoma Around the World." Algerian Society of Haematology, 2012.

180. "Follicular Lymphoma: Does Grading Really Predict Outcome?" Pan-Pacific Lymphoma Conference, 2012.

181. "Peripheral T-cell Lymphoma." Neoplastic Hematopathology Update, 2012.

182. "Peripheral T-cell Lymphoma - an Update." Kaiser Pathology Group of Southern California, 2012.

183. "Molecular Prognostic Factors in Peripheral T-cell Lymphoma." 5th Annual T-cell Lymphoma Forum, 2013.

184. "Malignant Lymphomas Around the World with Special Regard to Lymphomas in South-East Europe." 1st Macedonian Inter-Congress Meeting, 2013.

185. "Peripheral T-cell Lymphoma." University of Macedonia School of Medicine, 2013.

186. "Nanostring Technology for Molecular Epidemiology Research." Pathology Working Group, 12th InterLymph Meeting, 2013.

187. "Peripheral T-cell Lymphoma." Japan Lymphoma Forum and Slide Seminar, 2013.

188. "Follicular Lymphoma Around the World." News Around Follicular Lymphoma Symposium, University of Munich, 2013.

189. "Non-Hodgkin Lymphoma Around the World." Ohio State University Pathology Update Course, 2013.

190. "Peripheral T-cell Lymphomas." Ohio State University Pathology Update Course, 2013.

191. "Considerations for Future Modifications of the WHO Classification of T-cell Lymphoma." 6th Annual T-cell Lymphoma Forum, 2014.

192. "Follicular Lymphoma: Environment and Lifestyle." 13th InterLymph Meeting, 2014.

193. "Peripheral T-cell Lymphoma." San Diego Society of Hematopathology Meeting, 2014.

194. "Peripheral T-cell Lymphoma." Department of Pathology Grand Rounds, Harbor-UCLA Medical Center, 2015.

195. "Epidemiology of Non-Hodgkin Lymphoma." Neoplastic Hematopathology Update: Lymphoma Symposium, 2015.

196. "Mantle Cell Lymphoma – Pathology and Biology." Postgraduate Athens Lymphoma Seminar, 2015.

197. "Considerations for Future Modifications of the WHO Classification of T-cell Lymphoma." Postgraduate Athens Lymphoma Seminar, 2015.

198. "Peripheral T-cell Lymphoma." Hematology Grand Rounds, University of Southern California, 2016.

199. "Chronic Lymphocytic Leukemia and Small Lymphocytic Lymphoma – Same Disease? Same Approach?" Pan Pacific Lymphoma Conference, 2016.

200. "Plasmablastic Lymphoma Arising in a Background of Small Lymphocytic Lymphoma." 18th Meeting of the European Association of Haematopathology, 2016.

201. "New Insights into Peripheral T-cell Lymphoma." University of Miami Medical Center, 2016.

202. "Mantle Cell Lymphoma – Pathology and Biology." Nebraska Association of Pathologists, 2016.

203. "Mantle Cell Lymphoma – Pathology and Biology." Salhany Memorial Lecture, University of Pennysylvania, 2018.

204. "Update on T-cell Lymphoma in the WHO Classification." Pan Pacific Lymphoma Conference, 2018.

205. "Update of Genetics and Diagnosis of Mantle Cell Lymphoma." The 2nd Tianjin International Lymphoma Summit, 2018.

206. "Peripheral T-Cell Lymphomas." Department of Medicine, University of Toronto, 2019.

207. "Mantle Cell Lymphoma, Pathology and Biology." City-wide Grand Rounds, University of Toronto, 2019.

## XI. PATENTS, INVENTIONS AND COPYRIGHTS

### PATENTS

- No. 15/630,751 Methods for Identifying, Diagnosing, and Predicting Survival of Lymphomas
- No. 14/540,302 Survival Predictor for Diffuse Large B-Cell Lymphoma
- No. PCT/US14/64161 Methods for Selecting and Treating Lymphoma Patients
- No. 16/094,965 Evaluation of Mantle Cell Lymphoma and Methods Related Thereto
- No. 14803288.1 – 1403/3066215 Method for Subtyping Lymphoma Types by Means of Expression Profiling
- No. 16/713,528 Method for Determining Lymphoma Type

### TECHNOLOGIES LICENSED

1. Methods for Identifying, Diagnosing, and Predicting Survival of Lymphomas, Nanostring