# EXHIBIT 2

SPECIFIC CAUSATION REPORT FOR MR. GERARD CERVANTES

     I have reviewed the medical records of Mr. Gerard Cervantes.  I also conducted a telephone interview with him on December 16, 2020.  In August of 2004, Mr. Cervantes, at age 45 years, presented with a history of night sweats and fatigue over the previous three months.  He also complained of a poor appetite, weight loss, fever with chills, a severe cough, and flank pain for the past 5-6 weeks.  A workup revealed abnormal liver function tests, and radiographic studies on 9/20/04 revealed an enlarged liver and spleen, and an abdominal periaortic mass (4 x 2.5 x 2 cm).  He developed mild blood pancytopenia and the serum lactate dehydratase (LDH) level was elevated at 334 u/L (normal < 190).  Studies for HIV and hepatitis B and C infections were negative, as well tests for antinuclear antibodies and rheumatoid factor.  A liver biopsy on 10/22/04 revealed a diagnosis of diffuse large B-cell non-Hodgkin lymphoma (NHL), and a bone marrow exam was negative for lymphoma.  He was thought to have stage IVB disease and was treated with R-CHOP chemotherapy (11/04-3/05) with a good response.  He was then seen at Northwestern University in March of 2005 and evaluated for a possible autologous bone marrow transplant.  A CT scan revealed slightly-enlarged lymph nodes in the anterior mediastinum and the right iliac area, but a PET scan was negative.  His liver function tests were now normal, although the serum LDH level was slightly elevated at 255 u/L (normal < 200).  A bilateral bone marrow exam was negative for lymphoma and he was thought to be in a complete remission.  He underwent BEAM chemotherapy and autologous bone marrow transplantation in May of 2005 with a good response.  He remained well and free of disease until December of 2008 when he complained of recurrent night sweats and fatigue.  A CT/PET scan revealed slightly-enlarged lymph nodes in the abdominal periaortic, pelvic, iliac, cervical and axillary areas, but a bone marrow exam was negative for lymphoma.  He was thought to probably have recurrent NHL and was treated with 4 courses of rituximab monotherapy over the next two years with a good response.  Follow up CT/PET scans in 2011 were negative and he is currently in a complete remission.

     Mr. Cervantes used Roundup to control weeds on his two personal residential properties (1982-2004) and in his commercial lawn care business (1998-2004) until he was diagnosed with NHL in October of 2004.  From 1982-1996, he used Roundup 1-2 times per week from April-November on his Aurora, IL, residence, spraying 30-60 minutes each time.  He purchased ready-to-use Roundup Weed and Grass Killer in one gallon jugs with a hand pump, hose and wand, and used 2 gallons per year.  He sprayed large flower beds in the front (4 x 30 ft.) and side (4 x 40 ft.) of the house, as well as cracks in the driveway and sidewalk, and he spot sprayed the grass in the front and back yards.  He used a mist spray

1

40% and spot sprayed 60% of the time. He wore shorts, t-shirts, and tennis shoes with socks when spraying in warm weather, but wore jeans, long-sleeve shirts, and leather boots with socks in the cold weather in April and November. He also wore cotton gloves in cold weather, but wore no other protective equipment such as a mask or safety goggles. He would sometimes get Roundup on his hands from a leaky nozzle, and often got mist on his legs and shoes when spraying. In warm weather, he would often shower after the yardwork was finished and change clothes. Sometimes, especially in colder weather, he would just wash his hands, wear the same clothes for the rest of the day, and shower at the end of the day.

From 1996-2004, he used Roundup twice per week from April-November on his Sugar Grove, IL, residence, spraying one hour each time. He used ready-to-use Roundup from 1996-98 and sprayed it using the same practices as described above. From 1998-2004, he mixed Roundup from concentrate for his business (see below) and also used it on this property. During this later time, he used a 3 gallon backpack sprayer with a hose and 2 ft. wand. He sprayed large flower beds in the front (8 x 30 ft), side (3 x 40 ft) and back (2 x 35 ft) of the house, patio pavers (4 x 60 ft and 2 x 26 ft), a second brick patio, and around a berm in back (18 x 80 ft), and spot sprayed the grass in the front and back yards. Here, he used a mist spray 60% and spot sprayed 40% of the time. He used 8 gallons of Roundup each year on this property.

From 1998-2004, he also used Roundup in his ASC Lawn Care business from April-November. From 1998-2000, he sprayed only residential properties, usually spraying 3 times per week for approximately 2.5 hours each time. In 2000-2004, he took on large commercial clients including churches, nursing homes and whole subdivisions, spraying up to 4.5 hours each time. During this latter time, about 60% of his time was spent on commercial properties and 40% on residential properties, but he still sprayed only 3 times per week. During 1998-2004, he mixed Roundup Weed and Grass Killer from concentrate, 3 gallons at a time, and used a 3 gallon backpack sprayer with a hose and 2 ft wand for spraying. In 1998-2000, he used 3 gallons of Roundup each week, but he used 4-9 gallons per day from 2000-2004. On residential properties, he would spot spray 60% and mist spray 40% of the time, whereas the reverse was done on commercial properties. He usually wore sunglasses, long pants (jeans), short-sleeve shirts or t-shirts, and work boots with socks when spraying. In cold weather, he would wear long-sleeve shirts and use cotton gloves, but no other protective equipment was worn at any time. He would get Roundup on his hands sometimes when mixing, or from trigger or nozzle leaks when spraying. He would wash his hands if water was readily available, but often just wiped them on

his pants or with a towel.  He often got Roundup on his skin and clothes when mist spraying, but usually just washed his hands at lunch time and at the end of the workday.  He wore the same clothes all day and showered when he got home from work.  He used no other pesticides in his commercial business or at his homes.

Mr. Cervantes used Roundup for 21 years before developing non-Hodgkin lymphoma (NHL).  Over this time period, he used Roundup over 1,600 times, and approximately 150 times per year during the last 6 years.  He is estimated to have used over 1,500 gallons of Roundup during this entire period.  This would place him in the high-risk category for the development of NHL (> 10 days of use, or > 2 days/year) with an approximately two-fold increased risk for NHL [1, 2].  In the study of Eriksson et al [1], the NHL risk estimate was 2.36 (95% CI, 1.04-5.37) for > 10 days of use, whereas the NAPP study [2] found a risk estimate of 1.73 (95% CI, 1.02-2.94) for use > 2 days per year.  In the latter study [2], the risk for diffuse large B-cell lymphoma (DLBCL) was 2.14 (95% CI, 1.07 – 4.28) for use > 2 days per year.  Mr. Cervantes had no significant exposures to other pesticides, and a careful review of his medical records and a personal interview by myself revealed no other substantial cause of his NHL.  The latency period in this case (21 years) is consistent with a chemical etiology [3].

From 1983-87, he was exposed to multiple chemicals 3 times per week while working for the Nicor Gas Company, with occasional exposures thereafter to 1998.  During this time, he worked as a laborer doing gas line maintenance outdoors, and was exposed to tar fumes when hot-wrapping new pipe with tar paper.  The fumes were reported to contain benzene and other hydrocarbons, and PCB's and other chemicals.  When doing this work, he wore safety glasses, jeans, and long-sleeve shirts.  The company did periodic testing of these worksites and the levels of these chemicals were always below the OSHA standards, so no mask or respirator was required or recommended since the exposures were considered negligible.  Therefore, it is unlikely that he had significant exposures to these chemicals.

Men who are overweight (BMI 25-29.9 kg/m$^2$) have a slightly increased risk of DLBCL with a risk ratio of 1.27 (95% CI, 1.09-1.47) [4].  During adulthood, Mr. Cervantes weighed on average 195 pounds with a height of 5 foot 11 inches (BMI 27.2), and this may have been a minor contributing factor in this case.  Men with a family history of NHL in a first degree relative have a two-fold increased risk of DLBCL (OR 2.07, 95% CI 1.46-2.92) [5].  The mother of Mr. Cervantes died of NHL of the stomach, and this may also have been a contributing factor.

However, I conclude that the findings in this case meet the criteria for specific causation. It is my opinion with a reasonable degree of medical certainty that the extensive and significant exposure to Roundup herbicide was a substantial factor contributing to the development of NHL in this case.

Dennis D. Weisenburger, MD

Professor, Department of Pathology

Date: 01/18/21

1. Eriksson, M., Hardell, L., Carlberg, M., and Akerman, M., *Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis.* Int J Cancer, 2008. 123(7): p. 1657-1663.

2. Pahwa, M., Beane Freeman, L.E., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Punam Pahwa, P.P., Dosman, J.A., Demers, P.A., and Harris, S.A., *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project.* Scand J Work Environ Health, 2019. 45(6): p. 600-609.

3. Weisenburger, D.D., *Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies.* Cancer Res, 1992. 52(19 Suppl): p. 5456s-5462s; discussion 5462s-5464s.

4. Castillo, J.J., Ingham, R.R., Reagan, J.L., Furman, M., Dalia, S., and Mitri, J., *Obesity Is Associated with Increased Relative Risk of Diffuse Large B-cell Lymphoma: A Meta-Analysis of Observational Studies.* Clin Lymphoma Myeloma Leuk, 2014. 14(2): p. 122-130.

5. Cerhan J.R., Kricker A., Paltiel O., Flowers C.R., Wang S.S., Monnereau A., Blair A., Dal Maso L., Kane E.V., Nieters A., Foran J.M., Miligi L., Clavel J., Bernstein L., Rothman N., Slager S.L., Sampson J.N., Morton L.M., and Skibola C.F.: *Medical History, Lifestyle, Family History, and Occupational Risk Factors for Diffuse Large B-cell Lymphoma: The Interlymph Non-Hodgkin Lymphoma Subtypes Project.* J Natl Cancer Inst Monogr, 2014. 48: p. 15-25.