**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC <br> *Karman v. Monsanto Co.*, 3:19-cv-01183-VC <br> *Pecorelli v. Monsanto Co.*, 3:19-cv-06936-VC <br> *Peterson v. Monsanto Co.*, 3:19-cv-07271-VC <br> *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC <br> *Schafer v. Monsanto Co.*, 3:19-cv-02169-VC | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' OMNIBUS MOTION TO STRIKE AND EXCLUDE EXPERT TESTIMONY OF DEFENDANT'S CASE SPECIFIC EXPERTS** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' OMNIBUS MOTION TO STRIKE AND EXCLUDE EXPERT TESTIMONY OF DEFENDANT'S CASE SPECIFIC EXPERTS**

Upon consideration of Plaintiffs' Omnibus Motion to Strike and Exclude Expert Testimony of Defendant's Case Specific Experts, it is hereby ORDERED that Plaintiff's Motion is GRANTED in its entirety.

Dated: _____, 2021

_____
**VINCE G. CHHABRIA**
**UNITED STATES DISTRICT JUDGE**