Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

Michael Miller
**The Miller Firm LLC**
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com

Aimee H. Wagstaff (SBN 278480)
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
Fax: 303-376-6361
aimee.wagstaff@andruswagstaff.com

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169-VC<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S  MOTION TO EXCLUDE TESTIMONY OF DR. CHRISTOPHER PORTIER UNDER RULE 702 AND REQUEST TO TAKE DISCOVERY DEPOSITION** |

I, Robin L. Greenwald, hereby declare as follows:

1. I am an attorney at Weitz & Luxenberg, P.C., co-lead counsel in this MDL and attorney of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Christopher Portier Under Rule 702 and Request to Take Discovery Deposition. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit 1 is a true and accurate copy of a summary prepared by counsel of Dr. Portier's deposition and trial testimony in Roundup litigation.

3. Annexed hereto as Exhibit 2 is a true and accurate copy of excerpts from Dr. Portier's Expert Report submitted in Wave 2 cases.

Executed this 2nd day of April 2021

Respectfully submitted,
/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald

3

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF DR. CHRISTOPHER PORTIER
MDL NO. 2741