# EXHIBIT 1

Depositions:

| Case | Date | Days | Transcript (Pages) |
|------|------|------|--------------------|
| MDL | 9/5/2017 | 1 | 385 pages |
| MDL | 1/12/2018 | 1 | 167 pages |
| Kane, et al. | 4/16/2018 | 1 | 468 pages |
| Kane, et al. | 4/17/2018 | 1 | 271 pages |
| Kane, et al. | 7/10/2018 | 1 | 182 pages |
| MDL | 2/21-23/2019 | 3 | 938 pages (259; 390; 289, respectively) |
| Winston, Kane, Lamb (deposition was conducted in Netherlands Airport) | 6/5/2019 | 1 | 301 pages |
| MDL, Wave I (deposition conducted in Amsterdam, Netherlands) | 11/26/2019 | 1 | 214 pages |

Trial Testimony:

| Case | Date | Days |
|------|------|------|
| MDL, Hardeman (Videotaped in Melbourne, Australia) | 2/21-23/2019; 2/27/2019; 3/1/2019; 3/5/2019 | Videotaped testimony |
| Johnson v. Monsanto | 7/12-13/2018; 7/16-17/2018 | 4 days |
| Pilliod v. Monsanto | 4/2-3/2019 | 2 days |

Daubert Testimony:

| Case | Date | Days |
|------|------|------|
| MDL, Daubert | 3/7-8/2018 | 2 |
| MDL, Daubert | 4/6/2018 | 1 |