# EXHIBIT 2

# Expert Report
# Christopher J. Portier, Ph.D.

## V. Strength of Associations seen in Human Epidemiological Studies

*There is a strong association across the better epidemiology studies.*

To explain strength of association, **Hill (1965)** gives the classic example of John Snow and the cholera epidemic of 1855 where the risk ratio of dying if you drank water from the Southwark and Vauxhall Company (polluted by sewage) compared to drinking from the Lambeth Company water (sewage free) was 14. Yet, for the six core studies, the OR/RR for ever/never exposure ranges from 1.0 to 1.85 for the most-fully-adjusted risk estimates and to 2.1 if you include the fully adjusted risk estimate from De Roos et al. (2003)[20] using logistic regression. These are moderate OR/RR estimates making it conceivable they are individually due to either chance or bias. Thus, with the exception of the logistic regression analysis in **De Roos et al. (2003)** [20], none of the core studies demonstrate large, precise risks as envisioned by **Hill (2016) [4]**. However, **Hill (1965)** was not expressing himself in statistical terms where the significance of an association is dependent upon the precision of the observations. The meta-analyses shown in Figure ES- 2 all demonstrate estimates of CRR that are significantly different from 1 rejecting the concept that the overall association is due to chance. The statistically significant estimates of the CRR for B-cell lymphomas in the meta-analyses also support this finding as does the NAPP pooled analyses demonstrating consistent positive findings.

In summary, we have seven of the nine core epidemiology studies that all show approximately the same, modest increase in OR/RR that, when combined, demonstrate a significant strength of association. **There is a strong association across the better epidemiology studies.**

## VI. Biological Plausibility

*The evidence for biological plausibility is overwhelming. Glyphosate clearly causes multiple cancers in mice, two cancers in the hematopoietic system similar to what is seen in humans, causes cancer in rats, is genotoxic and induces oxidative stress. The findings are clear for both glyphosate alone and for glyphosate formulations. There is strong support for biological plausibility in support of a causal association of glyphosate and glyphosate formulations with NHL.*

The range of data one can use to determine biological plausibility is quite diverse and can be exceptionally complicated. For simplicity, it can be divided into the types of assays that can be used in this evaluation: animal cancer bioassays, toxicokinetic studies, studies from accidental exposures in humans, and studies of specific biological mechanisms in animals or cells derived from humans or animals.

### VI.a Animal Cancer Bioassays
#### VI.a.1 General Introduction

Typical animal cancer bioassays will expose animals (generally rats or mice) to a chemical for a substantial proportion of the animal's life (generally 2 years, sometimes 18 months) then kill the animal and examine its organs and tissues for tumors. There are guidelines on how to conduct and analyze these studies. Typically, chemical registrants conduct cancer bioassays for pesticide approval pursuant to guidelines developed under

16

the guidance of the Organization for Economic Cooperation and Development (OECD[28]).

Studies generally use four groups of animals, one group receiving no exposure (control) and the remaining three groups are test animals, with each group receiving different dose exposures to the chemical[29]. Doses generally above human experience are used in animal carcinogenicity studies because only relatively small numbers of animals are being used to evaluate risk for a large human population and because even the best known human carcinogens do not cause cancer in large fractions (say 20%) of the human population. The basic underlying premise of this design consideration is that, as the dose increases, so does the risk of getting a tumor. By exposing animals to the highest dose possible, you increase the ability of the study to identify a risk if one is present. However, one must be careful not to use a dose that is so high it will cause cancers by processes that would never work at lower doses. To avoid this, studies are designed around a maximum tolerated dose (MTD). This dose is generally determined based upon a subchronic study (90 days) in the same animals and is usually the maximum dose that can be tolerated by the animals without any signs of significant toxicity in the exposed animals (e.g., weight loss, tissue damage). The OECD and EPA provide guidelines[3, 28] on how to choose this top dose.

There are 14 animal carcinogenicity studies in rats[30-43] and nine in mice [44-52]. Only two studies[33, 39] appear in the peer-reviewed literature; the remaining studies are partially available through several sources. For seven of the rat studies [30, 31, 34, 36, 40-42] and five mouse studies [44, 46, 47, 50, 51], confidential proprietary technical reports from the performing laboratory are available following the findings of court case T-329/17 in Europe[4] [53]. For the remaining studies, data was obtained from the EPA review of glyphosate [54], the European Food Safety Authority review of glyphosate [55, 56], the Joint Meeting on Pesticide Residues report on glyphosate [57] and supplemental material from a review of the carcinogenicity of glyphosate by a panel of scientists on behalf of Monsanto[58].

Detailed methods for the analyses of the individual studies are provided in Section 7.1.1. The Cochran-Armitage trend test [59] is used for individual tumor counts in individual studies. Logistic regression is used to evaluate the consistency of a tumor finding across multiple studies using the same sex-species-strain combinations. In some cases, tumors that rarely (<1% in untreated animals) appear in laboratory animals can be increased but do not show statistical significance. Most guidelines call for the use of historical control data to evaluate these cases to assess the significance of the findings [2, 3, 28]. For these evaluations, the test proposed by Tarone [60] is used with an appropriate historical control group as discussed in the text.

To summarize the strength-of-evidence for each tumor, four categories are used. Clear evidence (CE) is indicated when the data demonstrate a causal linkage between glyphosate and the tumor based upon the reanalysis in this review and the available peer-reviewed literature. Some evidence (SE) is indicated when the data demonstrate a

---

[4] See http://curia.europa.eu/juris/documents.jsf?num=T-329/17

17