Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

Rhon E. Jones (JON093)
William R. Sutton (SUT013)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C**.
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:19-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:19-cv-07271-VC<br>*Rehak v. Monsanto Co.,* 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169-VC<br>*Seidl v. Monsanto Co.,* 3:17-cv-00519-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF DR. CHARLES BENBROOK, DR. CHARLES JAMESON, AND MR. STEPHEN PETTY** |

In response to Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Steven Petty,[1] and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon and applying the principles in Pre-Trial Order 202, but

---

[1] This responds to Document 12781.

**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS'
EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**

in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response to Motion to Exclude Testimony of Dr. Charles Jameson on *Daubert* Grounds (ECF #8332)
- Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Charles Benbrook (ECF #8344)
- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Mr. Stephen Petty (ECF #8357)
- Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Mr. Stephen Petty (ECF #8359-3)

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waving any arguments raised therein.

DATED: April 2, 2021

Respectfully submitted,

/s/ *Fatima Abuzerr*
Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

Rhon E. Jones (JON093)
William R. Sutton (SUT013)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

- 2 -

**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/  *Fatima Abuzerr*

- 3 -

**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**