Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**AFFIDAVIT OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES** |

**AFFIDAVIT OF REBECCA FREDONA IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES**

I, Rebecca Fredona, declare and state as follows:

1.   I am an attorney at the law firm of Moll Law Group, counsel for Plaintiff Christine Karman. I make this declaration in support of Plaintiff's Motion to Strike Certain General Opinions of Monsanto Company's Case Specific Expert Witnesses:

2.   On February 12, 2021, Defendant served its Rule 26 Designation and Disclosure on Plaintiff Gerard Cervantes naming Earl Creech, Ph.D., Matthey C. Call, MS, CIH, CSP, Jeffrey William Craig, M.D., Ph.D., Ran Reshef, M.D., MSc, D. as case-specific experts.

– 1 –

3.   On February 12, 2021, Defendant served its Rule 26 Designation and Disclosure on Plaintiff James Peterson naming Celeste Bello, M.D., Dr. Bruce A. Woda, Brian Daly, CIH, PE, and Dr. Bradley Hanson, Ph.D as case-specific experts.

4.   On February 12, 2021, Defendant served its 26 Designation and Disclosure on Plaintiff John Schafer naming Bradley D. Hanson, Ph.D., Mark A. Katchen, CIH, FAIHA, Matthew J. Matasar, MS, MD, Graham W. Slack, M.D. as case specific experts.

5.   On February 12, 2021, Defendant served its Rule 26 Designation and Disclosure on Plaintiff Lorraine Rehak naming Kassim Al-Khatib, Ph.D, Alex LeBeau, PhD, MPH, CIH, Ran Reshef, MD, MSc, Lawrence Weiss, MD as case-specific experts.

6.   On February 12, 2021, Defendant served its Rule 26 Designation and Disclosures on Plaintiff Mark Pecorelli, naming Joseph M. DiTomaso, Ph.D., Timothy S. Fenske, M.D., Robert N. Phalen, Ph.D., CIH, Graham W. Slack, M.D. as case specific experts.

7.   On February 12, 2021, Defendant served its Rule 26 Designation and Disclosures on Robert Karman, naming Celeste Bello, M.D. Bruce A. Woda, M.D., Alex Lance LeBeau, PhD, MPH, CIH, and Joseph M. DiTomaso, Ph.D. as case-specific experts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 2, 2021                              Respectfully Submitted,

By:    */s/Rebecca Fredona*
Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

- 2 –

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Rebecca Fredona*

- 3 –