UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:19-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:19-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES**

Upon consideration of Plaintiffs' Motion to Strike Certain General Opinions of Monsanto's Company's Case Specific Expert Witnesses, it is hereby ORDERED that Plaintiff's Motion is GRANTED in its entirety.


Dated: _____, 2021


_____
**VINCE G. CHHABRIA**
**UNITED STATES DISTRICT JUDGE**