Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

Rhon E. Jones (JON093)
William R. Sutton (SUT013)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169-VC<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |

In response to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds,[1] and consistent with the Court's

---
[1] This opposition responds to Document 12782.

**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**

repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

- Plaintiff's Response in Opposition to Monsanto's Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds and For Summary Judgement on Causation Grounds (ECF #8345)
- Plaintiffs' Response in Opposition to Monsanto's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #647)
- Plaintiffs' Supplemental Brief Pursuant to PTO 34 (ECF #1135)
- Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts (ECF #1461)
- Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company' Expert Witnesses (ECF #2478)
- Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (ECF #2529)

Plaintiffs also incorporate the developing science on glyphosate. Among other more recent science, Plaintiffs incorporate and reference two articles that have been published since the above-referenced pleadings were submitted to the Court. *See* Exs. 1 and 2 to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds (ECF #8001). Plaintiffs incorporate and attach here the following articles that have been published since the above-referenced pleadings were submitted to the Court. See. Ex. 1, Zhang, et al., *Exposure to Glyphosate-Based Herbicides and Risk/or Non-Hodgkin lymphoma: A Meta-Analysis and Supporting Evidence,* Mutation Research (2019); Ex. 2, Wang, et al., *Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice*, Journal of Hematology and Oncology (2019).

**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waving any arguments raised therein.

DATED: April 2, 2021

Respectfully submitted,

By:  /s/ *Fatima Abuzerr*
Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

Rhon E. Jones (JON093)
William R. Sutton (SUT013)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

- 3 -

**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Fatima Abuzerr*

- 4 -

**PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**