# EXHIBIT 1

D. Barry Boyd, M.D.

9 Old Camp Lane
Cos Cob, CT 06807

1/19/2020

John Tomlinson, Esq.
Beasley Allen
218 Commerce Street
Montgomery, AL 36103

Re: Mr. Randall Seidl v. Monsanto Company

Dear Mr. Tomlinson:

As requested, I am providing this report detailing my opinions about Mr. Randall Seidl's allegations regarding the role of Roundup/glyphosate in the development of his follicular lymphoma.

## I.        MATERIALS REVIEWED

### Medical Records

Ambulatory records, Keith Anderson, M.D., Novant Health Cotswold Medical Clinic, Novant Health, Charlotte, NC
Ambulatory office/clinic records, Gary Frenette, M.D., Ph.D., Levine Cancer Institute, Atrium Health, Carolinas Health Care Systems, Charlotte, NC
Ambulatory office/clinic records, Nagajyothi Gavini, M.D., Levine Cancer Institute, Atrium Health, Carolinas Health Care Systems, Charlotte, NC
Ambulatory office/clinic records, Reed Friend, M.D., Levine Cancer Institute, Atrium Health, Carolinas Health Care Systems, Charlotte, NC
Ambulatory office/clinic records, Chasse Bailey-Dorton, M.D., Levine Cancer Institute, Atrium Health, Carolinas Health Care Systems, Charlotte, NC
Ambulatory office/clinic treatment records, including treatment flow sheets, Levine Cancer Institute, Atrium Health, Carolinas HealthCare Systems, Charlotte, NC
Ambulatory records, Thomas Snyder, M.D., Urgent Care SouthPark, Atrium Health, Charlotte, NC
Ambulatory records, Andrew Roland, DC., Carolina Sports Chiropractic, PLLC, Charlotte, NC
Radiology records, Daniel Sanga, M.D., Mecklenburg Radiology Associates, PA, Charlotte, NC

Ambulatory records, Lee Pederson, M.D., Surgical Specialists of Charlotte, Charlotte, NC
Outpatient records, including operative note, Lee Pederson, M.D., Novant Health Presbyterian Medical Center, Charlotte, NC
Surgical pathology reports, Novant Health Presbyterian Medical Center, Charlotte, NC
Surgical pathology reports, including routine histopathology, immunopathology, cytogenetics, Levine Cancer Institute, Atrium Health, Carolinas HealthCare Systems, Charlotte, NC

**(Non-Deposition) Legal**
Complaint and Jury Demand, 11/7/2016
Third Amended Plaintiff Fact Sheet, 5/7/2019
Defendant Monsanto Company's First Amended Notice to Take Oral and Videotaped Deposition of Plaintiff Randall Seidl, 12/5/2019
Defendant Monsanto Company's First Amended Notice to Take Oral and Videotaped Deposition of Plaintiff Laurinda Seidl, 12/5/2019
Defendant Monsanto Company's First Amended Notice to Take Oral and Videotaped Deposition of Dr. Keith Anderson, 5/4/2020
Defendant Monsanto Company's First Amended Notice to Take Oral and Videotaped Deposition of Dr. Gary Frenette, 5/19/20
Plaintiff's Response and Objections to Defendants Requests in Their Deposition of Randall Seidl, 12/6/2017
Plaintiff's Response and Objections to Defendants Requests in Their Deposition of Laurinda Seidl, 12/6/2017
Curriculum Vitae, Keith Anderson, M.D., 5/21/2020

**Deposition Transcripts**
Deposition of Randall Seidl with exhibits, 12/11/2019
Deposition of Laurinda Seidl, 12/11/2019
Deposition of Keith Anderson, M.D., 5/21/2020
Deposition of Gary Frenette, M.D., Ph.D., 5/21/2020
Deposition of Reed Friend, M.D., 7/8/2020

**Patient Interview**
Randall Seidl, 11/27/2020

**Expert Report**
Toxicology Report, Seidl v. Monsanto, William Sawyer, Ph.D., Toxicology Consultants & Assessment Specialists, 8/13/2020

## II.      MEDICAL HISTORY

Mr. Seidl is a 64-year-old man (date of birth 12/30/1956) who was born and raised in Wichita, Kansas.

He attended high school and college in Kansas, receiving a bachelor's degree in business administration and agribusiness in 1979.  He is highly active and has run full and half marathons, triathlons, and one Iron Man competition.  He lived in Kansas through June 1997 when he was transferred to Johannesburg, South Africa, through his work.  In 2004, he was transferred back to the US and resided in San Antonio, TX, until 2010 when he moved to Charlotte, NC, his current residence.

Mr. Seidl's employment history began at a farmer's co-op as a young adult.  His tasks included harvest, shoveling grain, loading feed into trucks, and pumping gas (non-diesel) at a gas station.  He was a carpenter's assistant for three months and assisted by cutting pine boards.  He was not involved in any finishing, painting, or varnishing.  For one year, he worked at Vulcan Materials (now Oxychemicals) from 1979 to 1980.  His job was purchasing agent and he was never exposed to the chemicals.  His longest employment was with Southwestern Bell Corporation/AT&T, where he began work in 1980, in executive and administrative positions.  He was employed at this company continuously until retirement, except for a two-year hiatus working for Prudential Bache.  As with his other employment, he had no chemical contact.

Mr. Seidl's known family history includes: paternal grandmother died in old age; maternal grandmother died at age 60 of a brain tumor (unknown diagnostic details); mother, who was a lifelong smoker, died of metastatic breast cancer age 60; father died at age 85 with Lewy body disease.  A mother's half-brother died of colon cancer in his 70s. There is no other family history of cancer.  He has a living sister, age 67, with no malignancy and two daughters, ages 31 and 29, who are alive and healthy.

Mr. Seidl never used tobacco products.  He drinks 4 to 5 ethanol drinks per week and has for approximately 20 years, with no binge drinking.  Drug use was limited to marijuana in college and none thereafter.  He is in excellent shape with abundant exercise including long distance running as noted above.  He has been of normal weight throughout his life and currently has a BMI of 28.

Medical history prior to his diagnosis of lymphoma was limited to hypertension which was well-controlled on a single-drug regimen.  Mr. Seidl was treated for rosacea in the past with topical therapy.  He was seen regularly by a primary care physician and had been treated for common minor illnesses including viral upper respiratory infections, onychomycosis, and Achilles tendinitis. Surgery included vasectomy and a childhood tonsillectomy.  He has no chronic inflammatory processes including no allergic disease, hepatitis B or C, inflammatory bowel disease, rheumatoid arthritis, systemic lupus, atopic dermatitis, psoriasis, diabetes, Epstein-Barr virus (EBV), or thyroid disease.  He has had no immunosuppressive medication or other chronic pharmacologic therapy other than noted above.

Oncology history

In September 2014, Mr. Seidl noted a nontender mass in his right neck while he was shaving.  He stated that it had come on suddenly and increased in size over 10 days.  He felt as if it doubled in size over that time.

On 09/20/2014, Mr. Seidl saw his primary care physician, Keith Anderson, M.D.  He was referred for ultrasound and was to see Kristin Wagner, M.D. (endocrine surgeon) for further evaluation and possible biopsy.

On 09/29/2014, Mr. Seidl underwent ultrasound of his neck which showed a 4.3 x 3.3 x 1.7 cm mass, inferior and lateral to the right submandibular gland and anterior to the common carotid bifurcation.

On 10/02/2014, CT scan showed an enlarged lymph node in the right neck, posterior to and separate from a normal right submandibular gland. It measured 2.7 x 1.9 cm in short axis dimension. No abnormal enhancement or necrosis was evident. No ipsilateral or contralateral adenopathy was seen.  The impression was a solitary pathologically enlarged lymph node without additional adenopathy

On 10/07/2014, Mr. Seidl was seen in consultation by Lee Pederson, M.D. (surgical oncologist/endocrine surgeon), at Surgical Specialists of Charlotte, with a 25-day history of swollen neck mass.  It was not painful and had been noted incidentally with shaving.  Examination showed a 3 cm palpable abnormality high in level II, anterior to the sternocleidomastoid muscle.  There was also felt to be a smaller, approximately 1 cm lesion in the posterior triangle.  There was no left-sided adenopathy. He underwent an ultrasound-guided fine-needle aspiration of the enlarged cervical lymph node.  Examination by Christopher Garwacki, M.D. (pathology), showed atypical lymphoid cells suspicious for lymphoma

On 10/27/2014, Mr. Seidl underwent incisional lymph node biopsy right neck by Dr. Pederson. Intraoperative findings included a grossly enlarged posterior triangle right cervical node which was sent fresh for lymphoma workup. Pathologic examination by Dr. Garwacki showed Follicular Lymphoma (Grade 3 of 3) with the comment that there was effacement of the normal lymph node architecture by a nodular atypical lymphoid infiltrate composed of large lymphoid cells. By immunohistochemistry, the large lymphoid cells were positive for CD-20, BCL-2, BCL-6, CD-10, and CD-5 and show an approximately 60% proliferation rate by Ki-67. A minority of cells were positive for MUM1. CD3 and CD5 highlighted the small reactive background T-cells. The tumor cells were negative for cyclin D-1 and p53.

On 11/06/2014, Mr. Seidl was seen in follow-up after excisional biopsy by Dr. Pederson.  He had no specific complaints.  He had no pain and a small seroma.  He was referred to medical oncology.

On 11/17/2014, Mr. Seidl underwent a staging PET scan which showed a large, hypermetabolic, right level II nodal mass, measuring 30 x 34 mm, with an SUV of 11.4. No other abnormal hypermetabolic foci were seen in the head and neck. In the thorax, there was hypermetabolic right paratracheal, left axillary lymphadenopathy including: right paratracheal node 13 x 15 mm, SUV 5.4; left axillary node, 10 x 12 mm, SUV 3.3; and left axillary node, 2 x 8 mm, SUV 4.  In the abdomen and pelvis, there were a couple of hypermetabolic periportal nodes including a 15 x 20 mm node, SUV 6.0.  There was a small focus of uptake in the left adrenal gland, which appeared mildly thickened, SUV 3.6.  There was moderate uptake in the body and fundus of the stomach, felt to be likely physiologic.  There was a hypermetabolic lytic lesion along the posterior aspect of the left ilium measuring 10 x 11 mm, SUV 5.9.  There was focal

uptake along the posterior lateral aspect of the T-8 vertebral body shown to be a lytic lesion measuring 9 x 12 mm, SUV 4.0. Based on these finding, the follicular lymphoma was deemed stage IV.

On 11/19/2014, Mr. Seidl was seen for oncology consult a Levine Cancer Institute (LCI), Carolinas Health Care System by Gary Frenette, M.D., Ph.D. Physical examination showed right-sided cervical adenopathy with a dominant lesion measuring 7 cm at level II and a 1 cm occipital node. Bone marrow biopsy and aspirate was obtained for histology, flow cytometry, and cytogenetics. Imaging was reviewed and, given the lytic bone lesions, it was noted that the bone marrow results would not change recommendation. Bone marrow flow cytometry showed a very small population (0.7%) of CD5+ B-cells that were indeterminate for clonality. The morphology and cytogenetics failed to show the abnormal population in the submitted sample. Routine laboratory studies were essentially normal. R-CHOP regimen was favored.

On 12/03/2014, Mr. Seidl had a follow-up visit with Dr. Frenette in advance of treatment. The pathology was reviewed, with note of the Grade 3 follicular lymphoma. The lytic bone lesion was noted and Dr. Frenette argued for an anthracycline-containing regimen due to suspicion of a more aggressive component to his disease. Consent was signed for R-CHOP.

Mr. Seidl began a 6-cycle regimen of R-CHOP and was seen in follow-up to assess treatment:
12/03/2014 – cycle 1 R-CHOP
12/18/2014 – LCI follow-up visit, Dr. Frenette
12/26/2014 – cycle 2 R-CHOP
01/02/2015 LCI follow-up visit, Dr. Frenette
01/14/2014 – LCI follow-up visit, Dr. Frenette and ambulatory nurse G. Hoare
01/14/2015 – cycle 3 R-CHOP
01/21/2015 – LCI follow-up visit, Dr. Frenette and ambulatory nurse R. Schaetzle (He had an "upset stomach over weekend" and was started on Prilosec.)
02/04/2015 – LCI follow-up visit, Dr. Frenette (His exam was stable and labs were normal.)
02/04/2015 – cycle 4 R-CHOP
02/25/2015 – cycle 5 R-CHOP
03/18/2015 – cycle 6 R-CHOP

On 03/27/2015, a post treatment restaging PET showed no foci of increased metabolic activity.

On 06/02/2015, Mr. Seidl had 3-month follow-up at LCI. He had a subcutaneous nodule of the medial right elbow and his stamina was not back to normal. He was taking Zofran and prednisone. Although the elbow lesion was likely benign, he was referred for biopsy.

On 06/09/2015, Mr. Seidl had routine medical follow-up with his primary care physician, Keith Anderson, M.D. (family medicine). He had decreased motion in the right shoulder for the prior eight months. There was no swelling in the area. He had been going to chiropractor for clinical kinesthesiology. Imaging studies of the right shoulder were negative. He was diagnosed with adhesive capsulitis and rotator cuff

tendonitis.  He was treated with local injection of intraarticular steroid. He was advised to use ice and was referred to physical therapy.

On 06/12/2015, Mr. Seidl had a right upper extremity ultrasound for the elbow mass.  Ultrasound of the antecubital fossa demonstrated no evidence of enlarged lymph node or fluid collection. There was suggestion of subtle elongated isoechoic mass adjacent the subcutaneous fat measuring 1.6 x 0.5 cm felt likely to be a lipoma. No significant soft tissue edema was noted.

On 09/11/2015, Mr. Seidl underwent a restaging CT of the chest, abdomen, and pelvis.  The study showed no retroperitoneal or pelvic lymphadenopathy, a 10 mm nonobstructing stone in the left renal mid-pole, and a stable 13 mm lytic lesion involving left iliac bone.

On 09/15/2015, Mr. Seidl was seen in follow-up at LCI where Dr. Frenette reviewed labs and restaging imaging.  He had no findings on physical examination.

In 02/2016, a restaging CT of the chest, abdomen, and pelvis showed no evidence of recurrent disease

On 03/21/2016, Mr. Seidl was seen in follow-up at LCI where Dr. Frenette reviewed labs and recent negative imaging.  Physical examination was normal.  Wellness and exercise were discussed, and he was scheduled for follow-up and restaging CT scan in six months.

On 06/30/2016, Mr. Seidl saw Dr. Anderson for a routine well visit.  He had no complaints, his physical examination was normal, and all labs were normal.  Recommendations were given for screening and wellness.  He was to continue his blood pressure medication.

On 08/29/2016, Mr. Seidl was seen at LCI by Reed Friend, M.D. (hematology/oncology), for swelling in the left jaw area.  This had correlated with a local tooth abscess. He had had an extraction on the opposite side and the swelling decreased with antibiotics and was almost completely resolved. He denied fever, night sweats, and other lymphadenopathy.  He was to followup in six months and call if symptoms recurred.

On 02/20/2017, Mr. Seidl was seen at the LCI by Dr. Friend for annual oncology follow-up.  He had no evidence of recurrent disease.  Laboratory studies, including peripheral blood counts, were normal.

On 03/10/2017, Mr. Seidl was seen at the LCI for an Integrative Oncology consult with Chasse Bailey-Dorton, M.D. (family medicine/integrative oncology) He had been having memory and endurance issues and had questions about nutrition and supplements.  They discussed nutrition, physical activity, body weight, stress management, probiotics, turmeric, and DHA/EPA.  He had not taken any supplements during chemotherapy or subsequently.  His diet was plant-based whole foods and he took protein and electrolyte powders.  He was to follow-up with acupuncture

On 04/04/2017, Mr. Seidl was again seen at LCI by Dr. Bailey-Dorton for a wellness and survivorship

follow up.  Accupuncture was discussed as a possibility.

On 06/09/2017, Mr. Seidl was again seen at LCI by Dr. Bailey-Dorton for follow-up.   Physical examination was normal and labs were reviewed.

On 06/30/2017, he saw Dr. Anderson, for a wellness exam.  He was planning to go to Peru.  His blood pressure was stable on his medication.  He was provided with recommendations for altitude and routine wellness evaluation.  He was to continue his blood pressure medication.

On 09/12/2017, Mr. Seidl was seen at the LCI by Dr. Friend, for oncology follow-up.  He continued to be stable with no evidence of disease.  It was noted that Dr. Frenette had retired and follow-up care was transferred to Dr. Friend

On 12/15/2017, Mr. Seidl had a colonoscopy by Tarun Narang, M.D. (gastroenterology/endoscopy).  Two small polyps were removed, and small internal hemorrhoids were noted.

On 01/05/2018, Mr. Seidl saw Dr. Anderson for a wellness visit. Routine wellness recommendations were made and he was to continue with his blood pressure medication.

On 03/13/2018, Mr. Seidl was seen at LCI clinic for follow-up by Dr. Friend.  He remained in complete remission with no complaints and no B symptoms.  Peripheral blood counts were stable. A repeat CT was scheduled for six months with a follow-up visit.  The plan was then to continue following up every six months with history physical and labs through March 2020 and then annually thereafter.

On 09/11/2018, a CT of chest, abdomen, and pelvis showed no evidence of disease.

On 09/13/2018, Mr. Seidl followed up at LCI with Dr. Friend.  Examination and laboratories were normal. The recent CT was reviewed.  He was to follow-up in six months and repeat CT every one-to-two years.

On 09/05/2018, Mr. Seidl saw Dr. Anderson for a well visit.  He had noticed a new rash on his left forearm five days earlier.  He was given topical treatment.

On 06/06/2019, Mr. Seidl followed up at LCI with Dr. Friend.  He was doing well with no evidence of disease.

On 02/04/2020, a restaging CT of the chest, abdomen, and pelvis showed no evidence of disease.

On 02/06/2020, Mr. Seidl followed up at LCI with Dr. Friend.  He was doing well with no evidence of disease.  The plan was for repeat CT every two years and a repeat outpatient visit in eight months.


III.      **EXPOSURE HISTORY**

Mr. Seidl had a history of exposure to Roundup™ over many years.  He recounted his exposures, confined to use on residential properties, as follows:

1990-1995 at his home in Olathe, KS, he used "ready to use" Roundup™ on property once monthly for 20 minutes during a growing season of five-to-six months.

1995-1997 at his home in Overland Park, KS, he used "ready to use" Roundup™ on property once monthly for 20 minutes during growing season of five-to-six months.

1997-2004, when he lived in Johannesburg, South Africa,  he recounts no known exposure to Roundup™.  He rented a residence while there and did not do any yard maintenance.  He was there for business to help South Africa privatize the state telephone company.

September 2004 he moved to San Antonio, TX.

2005-2010 he used Roundup™ at his residential property in San Antonio twice weekly.

During 2005, Mr. Seidl spent 2+ hours mixing and spraying. He would carpet-spray large areas, spraying up and down walls with poison ivy vines.  The spray would bounce off walls onto his skin.  He would typically stop working at 3 pm and enjoy the weekend, showering after he had Roundup™ on his skin for several hours.  The lot next to his was overgrown and had no owners.  He sprayed that entire lot using a one-gallon hand pump sprayer continuously in broad sweeps and took extra time looking for poison ivy.  He used 2.5 gallons weekly during the nine-month growing season.  He used both Roundup™ Weed and Grass Killer concentrate plus (64 ounce) and Roundup™ 35. 2 ounce Weed and Grass Killer.

During 2006-2010, Mr. Seidl used four bottles of concentrate per year on his 0.5 acre property.  He mixed and sprayed for an hour every weekend during the nine-month growing season.  He also sprayed an additional day two of every three weeks, usually Wednesday.  He sprayed in all areas except the grass in the front yard and behind the house, including around the grass areas, around the house, and the beds.  He started work early on Saturday mornings and spent the first hour spraying, with the Roundup™ often striking his ankle, legs, shoes.  He never cleaned the sprayer.

During 2010-2014, Mr. Seidl continued to use Roundup™ while at a residential property in Charlotte, NC.  He used Roundup Weed and Grass Killer, ready to use, extended control, once weekly, predominantly during the summer but also occasionally during the winter.  He used it on a 0.18-acre lot weekly and on the weeds coming throughout bricks monthly. He spent between 30 minutes and one hour weekly from March through November.

His total Roundup use over 24 years (1990-2014) was substantial.  He did not use protective measures other than safety glasses while working in the yard.  He seldom wore gloves, only to move rocks rather than to limit Roundup™ exposure.  He never wore protective clothing while spraying.  He generally wore shorts, short sleeved shirts, and running shoes.

## IV.        ANALYSIS

### Biology of Lymphoma/Leukemia Development

The development of all cancers, including lymphomas, involves the alteration (mutation) of DNA, which is the genetic material within each cell controlling all biological functions of that cell. With increasing numbers of genetic alterations, a cell gains or loses important biological functionality. Eventually, the genetically altered cell and its clones behave increasingly abnormally resulting in malignant biologic behavior–cancer.[1] Most important among these alterations are changes to certain genes that normally inhibit continued unchecked growth of a cell. Loss of these important inhibiting functions allows cells to continually divide and replicate into a mass-forming clone of nearly identical abnormal cells. Other important genetic alterations include changes to the production of cell adhesion molecules, allowing cells to migrate in abnormal ways and to grow (and even thrive) in otherwise hostile cellular milieus away from their normal locations. Other mutations allow abnormal clones to evade a host's normal immune response, which typically detects and kills abnormal cells.

Although there are some genetic syndromes predisposing to certain malignancies, the overwhelming cause of most lymphomas is the acquisition of genetic changes that are acquired during an individual's life, a result of exposures that increase the risk of these genetic changes as noted above. The causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy. Some environmental toxins have multiple effects that are both genotoxic and promotional. This means that in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents, over years, will increase the risk and evolution of these sequential changes, ultimately leading to tumor progression and overt malignant lymphoma/leukemia.

Like virtually all cancers, lymphomas and leukemias originate from DNA changes. Some lymphomas are linked to family history, due to inherited germline mutations in susceptibility genes with which the patient is born. However, the overwhelming cause of most lymphomas is acquisition of genetic changes occurring during an individual's life, often as a result of exposures that increase the risk of these genetic changes. The distinct lymphoma subtypes are often characterized by very specific gene or chromosomal changes, such as seen in follicular lymphoma, in which there is translocation (crossing of genetic material from one chromosome to another) of DNA between chromosomes 14 and 18, resulting in activation of the BCL-2 oncogene.[2]

Both B- and T-lymphocytes have characteristic features that distinguish them from cells of other tissues and impart unique features of cancers arising from them. They actively and repeatedly rearrange their DNA in order to produce unique and functional antigen receptors.  They also have the potential for massive clonal expansion when encountering a foreign antigen via binding these receptors or their precursors.  Furthermore, they have the capacity to be present in the body as extremely long-lived 'memory' cells. These three traits are fundamental to their ability to function as part of the adaptive immune response to infectious agents but these features also make them vulnerable to transformation,

either through spontaneous changes or, particularly, when exposed to environmental factors capable of inducing genetic changes within these lymphocyte populations.

Logically, the number of mutations in any follicular lymphoma is directly related to the risk of transformation.[3] The original initiating event is a genetic change in a lymphoid cell, predisposing the cell host to follicular lymphoma. Additional genetic mutations then increase the chance of mutation. Some environmental toxins have multiple effects, both genotoxic and promotional, meaning in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents over years enhances the risk and evolution of these sequential changes leading to tumor progression into a more aggressive disease.

There is also increasing recognition of a "premalignant" component to lymphomas, including follicular B-cell lymphoma.[4] Similar to many other cancers, such as colorectal and breast cancer, this premalignant component raises concerns about the influence of environmental exposures and the time course in which they contribute to malignancy. These exposures may result in progressive changes over a more prolonged period through both genotoxic as well as non-genotoxic effects. Thus, they may potentially play a role in the origin of these early precursor lymphoid lesions as well as, through later exposures, enhance progression of these precursor lesions into frank malignancy. Conversely, they may also result in a more rapid initiation and progression of malignancy after shorter lengths of exposure (a few years to decades). Both intrinsic biological and extrinsic environmental factors are among those factors known to increase the risk of developing this type of lymphoma/leukemia through the acquisition of genetic mutational changes.[5] Thus, it is critical to assess exposure to purported risk factors in the years preceding diagnosis. Both biological and environmental factors are among those shown to increase the risk of developing B-cell lymphomas, including follicular lymphomas, via the above genetic mutations.

As noted above, the origins of cancer, including lymphomas, are genetic mutations and chromosomal changes that lead to malignancy. The development of cancer is dependent both on the specific cell in which the change occurs and the particular mutation or chromosomal rearrangement in that cell type.[6] While the causes of all mutations are not known, we do know about many risk factors that increase the likelihood of mutations. In addition, there are some agents that specifically alter genes and are known to lead to malignancy at a high rate.

In order to assess causation of any cancer, it is critical to understand the distinction between the proximate cause, the specific genetic alteration such as a mutational change in a DNA base pair or chromosomal change in large segments of DNA (rearrangement, deletion or duplication) that leads to malignancy, and the ultimate cause (including extrinsic environmental causes). These external forces may include UV radiation, tobacco, or chemical exposures.[7] As described above, these mutations can alter the rate of cell division and the survival of cells containing these mutated or altered genes. In some cases, these alterations will lead to activation of specific genes, known as oncogenes which, when expressed at high levels, cause enhanced cell proliferation and result in an accelerated acquisition of additional mutational changes.[8] Conversely, loss of function of some genes, called "tumor suppressors" (the cell's brakes on

cell growth and proliferation), will similarly result in high risk for malignancy due to increased cell proliferation and loss of normal controls on growth.[9] The underlying cause of these mutations, based on the somatic mutation theory of cancer[10], that subsequently leads to the development of cancer, represents the underlying ultimate cause of the malignancy.

An important part of an oncologic patient's evaluation is the elicitation of history pertaining to risk factors to determine the specific causes of their type of malignancy. This includes a social history including their use of tobacco, alcohol, and other drugs and whether there has been an exposure to certain infections.**Error! Bookmark not defined.**[,5] The questioning should also include a careful family history that may document a possible pattern suggestive of an inherited tendency toward specific malignancies. An occupational history is also critical to identify chemical, radiation, or other environmental exposures.

The inclusion of this important part of a patient's history is critical for a variety of reasons. In some cases, the elimination of risk factors may help treat, or even decrease the likelihood or recurrence of, the cancer. Reduction of future exposure may also decrease risk of secondary cancers. Awareness of some factors may guide surveillance for development of other malignancies. Furthermore, knowledge of some of these factors may help stratify patients into risk groups that may affect treatment choices or prognostication. Cancer patients are often anxious to have guidance, both to understand why they developed cancer and how they can modify their risks in the future. Finally, knowledge of possible environmental factors may prove helpful in identifying unknown risk factors for future study.

The current understanding of cancer risk factors, including those for non-Hodgkin lymphomas (NHL), reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies and long-term prospective cohort studies. These studies seek to determine the strength and consistency of associations between both exposures and lifestyle features and the overall NHL risk. Specifically, these data help assess associations of exposures with distinct NHL subtypes such as follicular lymphoma and diffuse large B-cell lymphoma.

As recognized by the American Cancer Society[11], multiple risk factors have been identified for some lymphomas. These factors include:
1. Age – Increased age is a risk factor for many lymphomas, with lymphoma most commonly occurring in people over the age of 60.
2. Gender – Most lymphomas are more common in men than women.
3. Race, ethnicity, and geography – NHL is more common in developed countries and in the United States is more common among whites than other ethnic groups.
4. Family history – NHL is more common in those with a first-degree relative with NHL.
5. Exposure to certain chemicals and drugs – Some chemicals, such as benzene, herbicides, and insecticides are linked to increased risk of NHL. Some chemotherapy drugs and drugs used to treat rheumatoid arthritis (RA) increase risk of NHL, though the latter is somewhat confounded by the intrinsic risk imparted by RA itself.
6. Radiation exposure – Survivors of atomic bombs or nuclear reactor accidents, as well as patients treated with radiation therapy for other cancers have an increased risk of developing NHL.

7. Immunocompromised state – The presence of immune deficiency syndromes, either as a primary disease state or secondary to immunosuppressive medications or HIV infection, increases the risk of developing NHL.

8. Autoimmune diseases – Some autoimmune diseases impart in increased risk of developing NHL as a result of overstimulation of the lymphocytes increasing the rate of division. These include RA, systemic lupus, and other autoimmune diseases.

9. Infections – Some infections, particularly human T-cell lymphotrophic virus (HTLV), human herpes virus type 8 (HHV-8), and EBV can cause lymphocyte transformations that result in NHL. Other infectious organisms (*Helicobacter pylori*, hepatitis C virus, and others) cause chronic immune stimulation and can lead to the development of NHL.

10. Body weight and diet – People who are obese or eat diets high in certain types of foods are possibly at an increased risk of developing NHL.

Of most interest is the recently documented increased risk of development of non-Hodgkin lymphomas in patients with a history of exposure to the commonly used herbicide glyphosate (Roundup™).[12] To analyze this case, I reviewed completely the past medical history and medical course following diagnosis of Mr. Seidl's lymphoma.  My goal was to determine whether each of the known risk factors did or may have contributed to his risk for NHL, specifically follicular lymphoma, grade IIIB.  Accordingly, the first section will explain Mr. Seidl's diagnosis, generally. The second section will be an evaluation of his risk of NHL from potential exposures and factors that were non-chemical. The third section will analyze the current literature to evaluate the risk of NHL imparted by his glyphosate exposures.

## Mr. Seidl's Diagnosis

At the time of his cancer diagnosis, Mr. Seidl was 57 years old with a medical history of only well-controlled hypertension and rosacea.  After discovering a lump in his neck, he was evaluated and was ultimately diagnosed with stage IV follicular lymphoma, grade IIIB.  He completed 6 cycles of R-CHOP biochemotherapy, beginning on 12/03/2014 and completed his final cycle on 3/18/2015. He has remained in complete remission since completing treatment.

## Non-Chemical and Chemical Risk Factors Relating to Mr. Seidl's Lymphoma

Role of Non-Chemical Exposure Factors in the Development of Mr. Seidl's NHL

*Non-Modifiable Risk Factors*
Mr. Seidl was 57 years old at the time of diagnosis of NHL.  He is of Northern European descent and has had no first-degree (or more distant) relatives with a history of NHL or other hematologic malignancies. He had no history of exposure to radiation.  Based on his age and ethnic background he had a very slight

increase in risk of developing NHL.  These factors cannot be changed by alterations of lifestyle or occupation.  The imparted risk based purely on these non-modifiable factors is extremely low and cannot fully explain development of his lymphoma.

*Modifiable Risk Factors*

<u>Smoking tobacco and using alcohol</u> are not identified as specific risk factors for lymphoma, but they are known significant risk factors for development of many other types of cancer. Therefore, it is worth noting that Mr. Seidl was a lifelong nonsmoker and moderate drinker. In contrast to some malignancies, moderate alcohol intake has been associated with a reduced lymphoma risk.[13]

<u>Obesity</u> has been associated with lymphoma and is a shared risk factor for many cancers.[14,15] This is particularly true of obesity at an early age. Mr. Seidl has been at a healthy weight throughout his life, with both a healthy diet and vigorous physical activity including a long history of running marathons and half marathons which he continued to do after his diagnosis and completion of treatment. Obesity thus played no role in his risk of developing NHL.

*Infectious Agents*

Causal agents for some lymphomas are microbial organisms including bacteria (e.g., *H. pylori*, or *Chlamydia* in mucosa-associated lymphoid tissue (MALT) B-cell lymphomas) and viral agents (e.g., HTLV-1 in adult T-cell lymphomas, EBV in Burkitt lymphoma, and hepatitis C virus which may increase lymphoma risk indirectly).

Mr. Seidl tested negative for multiple viruses including HIV 1/2, hepatitis C, EBV, and HHV-8.  He had no history of and had no symptoms suggesting bacterial infection known to be associated with development of mucosa-associated lymphomas, a distinct entity from his follicular lymphoma.

*Autoimmune Disease*

Some autoimmune diseases and diseases associated with chronic inflammation are associated with an increased risk of developing NHL, in part due to the sustained activation of the immune response.  The chronically upregulated T- and B-cell proliferation may result in this malignant transformation common to autoimmune disease and, in some cases, as a result of the immunomodulatory medications themselves.

Mr. Seidl had no history of autoimmune disease associated with secondary lymphoma, including Sjögren's syndrome, RA, systemic lupus erythematosus (SLE), celiac disease, inflammatory bowel disease (Crohn's disease, ulcerative colitis) or other autoimmune disease. He had no history supporting an undiagnosed autoimmune disease. He has been treated for sports-related injuries but has had no history of inflammatory arthritis symptoms

*Other Medical History*

Mr. Seidl has a history of well-controlled hypertension on Micardis for more than 20 years. Multiple large trials have indicated no increase in cancer risk with this medication.[16]  He also was followed by a dermatologist for rosacea, a rash common in adults and commonly linked to sun exposure, or various food sensitivities and characterized by facial redness and small skin bumps and visible blood vessels.

This is not a risk factor for lymphoma.  Finally, he was treated with several courses of oral terbinafine in 4/2012 and 5/2014 for bilateral onchomycosis involving both great toes. This medication does carry a number of risks including liver function abnormalities and decreased blood counts but is not associated with increased cancer risk, including lymphoma risk.

<u>Non-Glyphosate Exposures</u>

Mr. Seidl had limited exposures as a young adult.  He worked briefly for a summer as a young adult at Anthony Kansas Farming Co-op where he was engaged in multiple tasks, including loading and unloading feed as well as pumping gas (non-diesel).  He also worked as a trim carpenter assistant, again for a short period (three months) in Wichita, KS, but had limited exposure to chemicals (varnish, paint, etc.) Lastly, for a short time, he worked in an administration job at Vulcan Materials (now Oxychemicals) a chemical company that manufactured a chlorinated solvent, perchloroethylene, but his work was office-based and was not in proximity to the plant which was located a distance from his office building. Again, this was for a short time and was not associated with significant exposure risks.  As outlined, in total, these three brief jobs with minimal exposures were unlikely to have contributed any significant risk of him developing follicular lymphoma.  Throughout his subsequent work years, he did not use pesticides, herbicides, insecticides, or organic chemicals as part of his employment.

<u>Role of Glyphosate (Roundup<sup>TM</sup>) Exposure in the Development of Mr. Seidl's Follicular lymphoma</u>

The most consistent and ubiquitous risk factor in Mr. Seidl's exposure history is the continued use, over 24 years (beginning in 1990, heaviest from 2004 through 2010, and continuing through 2014) of Roundup<sup>TM</sup> (glyphosate) for his yard, walkway, and garden maintenance.  This exposure continued in multiple residences, and was continuous, other than while he was living in South Africa, through his most recent home in North Carolina in 2014.

As a result of these long-term, ongoing maintenance activities, he had prolonged, very long-term, chronic exposure at intermittent high doses during the weekends, and often on one midweek day when he actively sprayed the toxin. This level of exposure is within the range of exposure levels that have been documented to cause lymphoma risk. Heavy residential use of Roundup<sup>TM</sup> in the home setting has been documented as a risk for development of lymphoma, though its causal role is much more strongly recognized in individuals who work in agricultural settings where extremely high-level exposures are common among the agricultural workers. [12,17] It is in this setting that the most compelling epidemiologic evidence has emerged for cancer risk related to exposure to this chemical. Agricultural work and certain associated chemical exposures have been documented to place workers at increased risk for NHL and other malignancies.[17,18,19]

Environmental/chemical exposures are typically associated with the development of malignancies due to two factors—dose of exposure and duration of exposure. Similar to many malignancies, lymphomas are now recognized to have a long premalignant phase before evolution to frank clinical lymphoma. Malignancies that follow this pattern result from many genetic mutations over time and prolonged or recurrent exposures to causative agents is a common feature.  Pesticides, including herbicides,

insecticides, fungicides, fumigants, and rodenticides have important public health benefits. However, they are designed to impact living systems so unintended health effects are to be expected. Although exposure levels are highest in people actively using these chemicals, others may be affected by various forms of spread. Persistent pesticides or their metabolites can be found at low levels in biological tissues of most individuals throughout the world.[20]

*Epidemiologic Studies Documenting Risk of NHL with Agricultural Occupation*
Beginning in the early 1990s, the Agricultural Health Study [AHS], a large prospective cohort study was initiated in North Carolina and Iowa with the goals of determining the cancer risks among men versus women, as well as whites versus minorities, who had direct exposure to pesticides and other agricultural agents. It also sought to identify noncancer-related illness associated with pesticide exposure and potential effects of secondary exposures on spouses and children of agricultural workers; it was an attempt to correlate exposures with disease risk based on biomarkers, genetic predictors of risks, and lifestyle factors. One goal of the study was to assess the impact of multiple exposures on disease risk.[21]

One very large, long-term, multi-institutional lymphoma study, from 2014, assessing the risk factors for NHL was the *International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes*.[22] This study pooled data from 20 case-control studies (17471 NHL cases, 23096 controls) from North America, Europe, and Australia. It is currently the largest and most comprehensive investigation of potential risk factors for a broad range of common and rare NHL subtypes. This study evaluated 11 specified NHL subtypes and assessed medical history, family history, lifestyle factors, and occupation for each of these 11 subtypes.[23] One clear finding among occupations associated with increased risk of follicular lymphoma and diffuse large B-cell lymphoma (DLBCL) as well as other lymphomas, was an increased risk for women in the occupation of field crop/vegetable farm worker (OR = 1.78).[24,25]

*Epidemiologic Studies Examining Risk of NHL with Glyphosate Exposure*
A study published in 2003 examined pooled data from three case-control studies on NHL in the midwestern United States.[26] The study, by *De Roos* and colleagues, was an analysis of 47 pesticides simultaneously, controlling for confounding by other pesticides as risk factors for NHL in a pooled analysis of 3417 male farm workers. They noted that the use of particular pesticides, including the insecticides coumaphos, diazinon, fonofos, chlordane, dieldrin, and copper acetoarsenite, as well as the herbicides atrazine, glyphosate, and sodium chlorate were associated with increased NHL risk, with a trend toward increasing risk with exposures to multiple pesticides. The odds ratio [OR] for glyphosate increasing the risk of developing NHL was 2.1 with a 95 percent confidence interval of 1.1 to 4.0 (OR 2.1; 95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The significant risk remained after logistic regression was performed. A subsequent hierarchical regression analysis reduced the OR to 1.6 (95% CI: 0.9-2.8). (Note that most clinicians tend not to rely on hierarchical regression analysis because of the numerous assumptions made in that type of analysis, which assumptions change over time. For example, assumptions on glyphosate/glyphosate-based formulations did, in fact, change because International Agency of Research on Cancer (IARC) made an assessment and, therefore, presumably the hierarchical regression analysis would have changed.)

In a subsequent study published in 2005, *De Roos* and colleagues[12] specifically analyzed data from the AHS to evaluate the association between glyphosate exposure and cancer incidence. They evaluated both private and commercial pesticide applicators, over 75% of whom reported having used glyphosate, the overwhelming majority of those were men (97%). They evaluated whether participants personally mixed the glyphosate or applied premixed products directly. They also attempted to estimate quantitative exposure by recording days of use per year, years of use, and quantity of use per day. This study showed that glyphosate exposure was not associated with cancer incidence overall or with most of the cancer subtypes studied but did suggest association with multiple myeloma incidence, requiring follow-up assessment. The authors acknowledged that because of its widespread use, further assessment of the role of glyphosate and long-term health risks was warranted, including of the risks for less common cancers.[27]

In 2001, a multicenter population-based, case-controlled study by *McDuffie, et al.,[28]* enrolled men from all six provinces of Canada with varied occupational and nonoccupational exposures to pesticide. With 517 cases and 1506 controls, the risk of NHL was statistically significantly increased among individuals exposed to glyphosate more than two days per year (OR 2.12; 95% CI: 1.20-3.73). This doubling of the risk was statistically significant. Importantly, among individual pesticides, carbaryl, lindane, dichlorodiphenyltrichloroethane (DDT), and malathion insecticides, and captan fungicide user/nonuser were included in the initial multivariate model and found not to contribute significantly to the risk of NHL. The risk was adjusted for age and province of residence.

In 2002, *Hardell* and colleagues[29] reported a pooled analysis performed on two case-control studies from Sweden, one on NHL and another on hairy cell leukemia [HCL]. The analysis included 515 cases and 1141 controls and specifically queried multiple different pesticides. Among the herbicides, there was a significant association for NHL risk with glyphosate exposure (OR 3.04; 95% CI: 1.08-8.52). A subsequent population-based case-control study published in 2008 from the same group of researchers[30] assessed exposure to pesticides as a risk factor for NHL. This study included a total of 910 cases and 1016 controls enrolled from 12/1/1999, to 4/30/2002. Both arms had a greater than 90% participation rate in the survey. This study showed that exposure to glyphosate imparted a twofold risk of NHL (OR 2.02; 95% CI 1.10-3.71) and the association was strengthened with >10 years latency period (OR 2.26, 95% CI 1.16-4.40) meaning the association was stronger in those patients with exposure greater than 10 years in the past as opposed to only more recent exposure. This comports with the known delay in development of lymphomas due to the necessary development of multiple different mutations over time.

A systematic review and series of meta-analyses on the risk of NHL and occupational exposure to agricultural pesticides was published in 2014.[31] This article included an analysis of 21 pesticide chemical groups and 80 active ingredients. This analysis was confined largely to studies in high-income countries and was restricted to studies published since 1980. The meta-analysis included multiple publications from the Agricultural Health Study (AHS), six papers from pooled analyses of three case-control studies conducted by the National Cancer Institute [NCI], case-control studies from California and western Washington State, two reports from the Cross-Canada Study, four reports from the Swedish case-control studies, as well as New Zealand and Australian case control studies. Random effects meta-analyses

demonstrated a positive association of glyphosate with overall B-cell lymphoma risk with a meta risk ratio of 2.0.

A very recent (published in 2019) pooled analysis of pesticide use and risk of NHL in large agricultural cohorts from France, Norway, and the USA (from the AGRICOH consortium), assessed the relationship of any use of 14 pesticide chemical groups and 33 individual active chemical ingredients with NHL overall and major subtypes of NHL. DLBCL, a subtype of NHL, was found to be associated with glyphosate exposure (hazard ratio 1.36, 95% CI 1.00-1.85).[32]

In another very recent (2019) article, *Zhang* and colleagues[33] conducted a new meta-analysis including of the most recent update of the Agricultural Health Study (AHS) cohort published in 2018 as well as of five case-control studies. By using the highest exposure groups available within each study, they noted the overall meta-relative risk (meta-RR) for NHL in glyphosate-based herbicide (GBH)-exposed individuals was increased by 41% (meta-RR = 1.41). In a secondary meta-analysis, again using high-exposure groups with the earlier AHS (2005), they calculated a meta-RR for NHL in glyphosate-exposed individuals of 1.45 (95% CI: 1.11-1.91). They also reviewed animal studies of the relationship between malignant lymphoma and glyphosate and discussed potential associations between glyphosate and immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis. The authors concluded that, based on their meta-analysis and the findings from experimental animal and mechanistic studies, there was "a compelling link between exposures to GBHs and increased risk for NHL."

*Pawha* and colleagues[34] published (2019) a detailed analysis of glyphosate use and the risks of NHL overall and for major histologic subtypes, from the North American Pooled Project (NAPP). They analyzed NHL cases and controls from the 1980s and 1990s from Canada and the Midwestern US and self-reported information on ever use, duration, frequency, and lifetime days of use of glyphosate related to overall NHL risk as well as risk by major histologic subtypes. Ever use of glyphosate had a significant increase in NHL risk (OR=1.43). Risks were elevated for most lymphoma NHL subtypes except for follicular lymphoma (OR=1.00). Handling glyphosate for more than two days per year was associated with significantly higher risks of NHL (OR=2.42) and DLBCL (OR=2.83). There were suggestive risk increases for NHL, follicular lymphoma, and small lymphocytic lymphoma with greater lifetime-days of glyphosate use. Overall, the risk differences by histologic subtype were not consistent across glyphosate use metrics and may have been chance findings.

*Cellular and Animal Studies*

There is substantial research from animal and human studies confirming genotoxic and other critical effects on cellular replication, including cell cycle regulation, that explain the risks of both glyphosate and glyphosate-containing herbicides in causing NHL. Many of the genotoxic studies utilized the comet assay, a single-cell gel electrophoresis assay that is technically simple, relatively fast, and cheap.[35] Using this assay, DNA damage can be investigated in virtually all mammalian cell types without requirement for cell culture.

There are numerous in vitro animal studies that confirm the genotoxic effect of both the Roundup[TM] formulation as well as glyphosate itself.[35,36,37,38,39,40] In addition, there is a growing number of research studies documenting the in vitro effect of Roundup[TM] and glyphosate on genotoxicity and cytotoxic effects in human cell lines.[41,42,43,44] Studies have also shown more diverse effects including altered gene transcription, dysregulation of cell cycle controls, and altered mitochondrial oxidative phosphorylation[45,46,47,48,49,50,51] all of which may influence the risks for cancer progression beyond the purely genotoxic and mutational effects of glyphosate or the Roundup[TM] formulation.

An assessment reported in 2009 by Bolognesi and colleagues[52] of possible direct biologic risks to agricultural workers exposed to glyphosate formulation was carried out in five regions of Colombia, where the exposures to glyphosate and other pesticides varied. They obtained data on the workers (predominantly women), including their current health status, history, lifestyle, past and current occupational exposure to pesticides, and factors that might be associated with increased frequency of binucleated cells with micronucleoli (BNMN). They obtained blood samples prior to spraying, at 5 days, and again 4 months after spraying, then cultured their lymphocytes and applied the cytokinesis-block micronucleus cytome assay to evaluate for chromosomal damage and cytotoxicity. They noted regional variations at baseline in test results and also that in the post-spray samples that those who reported direct contact with the eradication spray showed a higher quantitative frequency of BNMN compared to those without glyphosate exposure, although the increase in frequency of BNMN observed immediately following glyphosate spraying was not consistent with the rates of application used in the regions. The authors concluded that there was evidence indicating a genotoxic risk associated with exposure to glyphosate in the areas where the herbicide is applied.

*Wang* and colleagues[53] assessed the effect of glyphosate in a mouse-line Vk*MYC, an animal model for multiple myeloma and lymphoma, with sporadic MYC activation in germinal center B-cells. Glyphosate-exposed Vk*MYC mice developed progressive hematologic abnormalities and plasma cell neoplasms as well as multiple organ dysfunction. They developed benign monoclonal gammopathy with increased serum IGG and plasma cells in spleen and bone marrow as well as upregulated activation-induced cytidine deaminase (AID). These findings strongly support glyphosate as a risk factor for B-cell malignancies including NHL and support the epidemiologic findings of glyphosate-induced B-cell lymphomas.

*Position Statements from Agencies*
The International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) in March 2015 after thorough, independent, and rigorous investigation by independent researchers and investigators in the field.[54]

IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate the potential carcinogenicity of a substance, it must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity. IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition,

IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. As of the last update on 11/9/2018, IARC had evaluated 1,013 substances since its inception. This shows the high selectivity of IARC in deciding which substances to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens). In the above-referenced review of both the epidemiologic, animal, and mechanistic studies, 217 expert scientists evaluated the carcinogenic hazard for four insecticides and the herbicide glyphosate. The working group concluded that the data for glyphosate met the criteria for classification as a probable human carcinogen. The Working Group (WG) classified glyphosate as "probably carcinogenic to humans" (Group 2A).

In contrast, in 2016, the US Environmental Protection Agency (EPA), as part of its cancer classification and risk assessment recommendations, reevaluated the human potential carcinogenicity of glyphosate utilizing the "framework for incorporating human epidemiological and incident data in health risk assessment."[55] In December 2016, the EPA convened the FIFRA SAP to review this evaluation. Based on weight-of-evidence evaluation, the agency concluded that glyphosate is classified as "not likely to be carcinogenic in humans." In 2019, the EPA reconfirmed its opinion that glyphosate is not likely to be carcinogenic in humans.

The European Food Safety Authority (EFSA), the primary agency of the European Union that assesses risks regarding food safety reported in October 2015 its evaluation of the Renewal Assessment Report (RAR) for glyphosate prepared by the Rapporteur Member State, the German Federal Institute for Risk Assessment (BfR). This group concluded that glyphosate is unlikely to pose a carcinogenic hazard to humans and the evidence does not support classification with regard to its carcinogenic potential.[56] Other regulatory agencies have made the same conclusions as EPA and EFSA.

In a subsequent report,[57] the differences between the IARC and the EFSA assessments were reviewed with a conclusion that there were multiple serious flaws in the scientific evaluation in the EFSA/RAR assessment that incorrectly limited the potential carcinogenic hazard from glyphosate exposure. In evaluating the human studies, the EFSA/RAR classified all of the case–control studies as "not reliable," noting that data on glyphosate exposure, smoking status, and/or previous diseases had not been assessed. The critique's conclusion was that this was, in fact, not the case and the IARC WG carefully and thoroughly evaluated all available epidemiology data, considering the strengths and weaknesses of each study before its determination.

In addition, two meta-analyses cited in the IARC monograph were carefully performed, objective evaluations and demonstrated a consistent positive association between glyphosate and NHL. As noted above, meta-analyses not available at the time of this IARC investigation, from *Zhang*,[33] of the AHS and several case-control studies, confirmed the positive association between glyphosate exposure and NHL. Further, EFSA concluded, "No evidence of carcinogenicity was confirmed by the large majority of the experts (with the exception of one minority view) in either rats or mice due to a lack of statistical significance in pair-wise comparison tests, lack of consistency in multiple animal studies and slightly

increased incidences only at dose levels at or above the limit dose/maximum tolerated dose (MTD), lack of pre-neoplastic lesions and/or being within historical control range."

In fact, the IARC WG did find significant carcinogenic effects in laboratory animals for rare kidney tumors, hemangiosarcoma in two mouse studies, and benign tumors in two rat studies. EFSA also disagreed with the IARC WG finding that "there is strong evidence that glyphosate causes genotoxicity" by suggesting that unpublished evidence not seen by the IARC work group was overwhelmingly negative. Again, the IARC assessment concluded that there was strong evidence of genotoxicity and oxidative stress for glyphosate and that this research was accessed entirely from publicly available research which included findings of DNA damage in the peripheral blood of exposed humans. As IARC work group concluded in its report,

> **The most appropriate and scientifically based evaluation of the cancers reported in humans and laboratory animals as well as supportive mechanistic data is that glyphosate is a *probable human carcinogen*. (emphasis added) On the basis of this conclusion and in the absence of evidence to the contrary, it is reasonable to conclude that glyphosate formulations should also be considered likely human carcinogens.**

IARC performed a Bradford Hill analysis that strongly supports that glyphosate-based formulations such as Roundup[TM] cause a cancer known as non-Hodgkin lymphoma

## V.    <u>CONCLUSIONS/SUMMARY</u>

To reasonable medical certainty, based the foregoing analysis and

1) a careful review of the potential causes of NHL;
2) the extensive glyphosate medical literature, including epidemiologic and mechanistic studies cited above;
3) Mr. Seidl's medical history, lifestyle, and exposure history;
4) Mr. Seidl's extensive medical records;
5) my training, including my residency at Memorial Sloan Kettering Cancer Center and my medical oncology fellowship at New York Hospital–Cornell Medical Center;
6) my research and publications on the management of large B-cell lymphoma;
7) my experience teaching medical students, residents and fellows as part of the Yale Medical School Faculty;
8) my 3 years of clinical practice in the field of oncology, specifically treating lymphoma patients
9) my work as a board member of the Yale-based research group, Environment and Human Health (EHHI), Inc.;
10) my long experience educating patient groups on the origins of cancer and risk reduction and outcomes in cancer survivorship;
11) my review of the provided legal documentation, including deposition transcripts;

12) the essential exclusion of other potential risk factors including body habitus and age, that could be causative, i.e., the application of a critical differential diagnosis; and,

13) Mr. Seidl's 24 years long history of exposure to Roundup$^{TM}$/glyphosate,

Mr. Seidl's NHL (specifically, Stage IV follicular grade IIIB lymphoma) was caused by his Round-up$^{TM}$/glyphosate exposure detailed above.

Sincerely,

D. Barry Boyd, MD

Addendum

1. My c.v. is attached.

2. My publications for the last 10 years are listed in my c.v.

3. I have never kept a list of testimony as an expert so this list might be incomplete. However, to the best of my recollection, I have testified as an expert in the last four years as follows:

Kilgore v. Shantee LaDon Lucas, M.D., Asheville, NC, #14 CVS 191, trial 2019
Meeks v. Monsanto, [I do not have court information and docket number], deposition 2019
Wade v. Monsanto, Circuit Court of St. Louis, MO, #1722-CC00370, deposition, 2019
Perkins v. Monsanto, Northern District of California, #3:16-cv-06025, deposition 2019
Bognar v. Monsanto, Missouri Circuit Court St. Louis, #18SL-CC02199, deposition 2020
Marshall v. Monsanto, Missouri Circuit Court St. Louis, #18SL-CC02199, deposition 2020

*n.b.: docket numbers for Bognar and Marshall are the same on the documents I have but that would seem to be incorrect.*

4. My time for record review, consultation, research, and report writing is billed at $570 per hour. For testimony, my time is billed at $8600 per day.

[1] Moulgavkar,SH et al. Mutation and Cancer: a Model for Human Carcinogenesis. J Natl Cancer Inst 1981;66:1037-1052.

[2] Lim MS, et al. "Molecular Genetics in the Diagnosis and Biology of Lymphoid Neoplasms" Am J Clin Pathol. 2019 Aug 1;152(3):277-301.

[3] Gonzales-Rincon J, et al. "Unraveling transformation of follicular lymphoma to diffuse large B-cell lymphoma" PLoS One. 2019 Feb 25;14(2):e0212813.

[4] Fend F et al. Early Lesions in Lymphoid Neoplasia: Conclusions based on the Workshop of the XV Meeting of the European Association of Hematopathology and the Society of Hematopathology in Upssala, Sweden. J Hematop. 2012 Sep; 5(3).

[5] Chi hats D et al. New Insights into the Epidemiology of non-Hodgkin Lymphoma and Implications for Therapy. ExpertRev Anticancer Ther 2015 May; 15(5):531-544.

[6] Vogelstein, B et al. Cancer Genome Landscapes. Science 2013; 339;1546-1558.

[7] Wu, S et al. Substantial Contribution of Extrinsic Risk Factors to Cancer Development. Nature 2016; Jan 7;529(7584):43-47.

[8] Laura,G et al. Mechanisms of Oncogenic Cooperation in Cancer Initiation and Metastasis. Yale J Biol Med. 2006 Dec; 79(3-4); 95-103.

[9] Goodrich,D the Retinoblastoma Tumor Suppressor Gene. The Exception that Proves the Rule. Oncogene 2006 Aug 28;25(88):5233-5243.

[10] Greenman C et al. Patterns of Somatic Mutation in Human Cancer Genes Nature 2007; 446:153-158.

[11] American Cancer Society Website: https://.cancer.org/non-Hodgkin lymphoma/causes-risks-Prevention/risk-factors.html.  *** websites should have an "accessed" date ***

[12] De Roos AJ, et al. "Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study" Environ Health Perspect. 2005 Jan;113(1):49-54.

[13] Tramacere I et al. "Alcohol drinking and non-Hodgkin lymphoma risk: a systemic review and a meta-analysis" Ann Oncol 2012; 23(11):2791-2798.

[14] Abar L, et al. "Body size and obesity during adulthood, and risk of lympho-haematopoietic cancers: an update of the WCRF-AICR systematic review of published prospective studies." Ann Oncol. 2019 Apr 1;30(4):528-541.

[15] Larrson S.C. et al. Obesity and Risk of non-Hodgkin Lymphoma: a Metaanalysis. Int J Cancer 2007. April; 121(7):1564-1570.

[16] Tascilar T et al. The Use of Telmisartan and the Incidence of Cancer, Am J Hypertension 2016; 29(12):1358-1365.

[17] De Roos AJ, et al. "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men" Occup Environ Med. 2003 Sep;60(9):E11.

[18] Schinasi L, Leon ME. "NonHodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis" Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

[19] Leon ME, et al. "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium" Int J Epidemiol. 2019 Mar 18.

[20] Blair A, et al. "Pesticides and human health" Occup Environ Med. 2015 Feb;72(2):81-2.

[21] Alavanja MC, et al. "The Agricultural Health Study" Environ Health Perspect. 1996 Apr;104(4):362-9.

[22] Morton LM, et al. International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project Studies/ Publications. "Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):1-14.

[23] Morton LM, et al. "Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

[24] Linet MS, et al. "Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):26-40.

[25] Cerhan JR, et al. "Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):15-25.

[26] De Roos AJ, et al. "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men" Occup Environ Med. 2003 Sep;60(9): E11.

[27] De Roos A et al. "Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study". Environ Health Perspect. 2005; 113(1): 49-54.

[28] McDuffie HH, et al. "Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health" Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63.

[29] Hardell L, et al. "Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies" Leuk Lymphoma. 2002 May;43(5):1043-9.

[30] Eriksson M, et al. "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis" Int J Cancer. 2008 Oct 1;123(7):1657-63.

[31] Schinasi L, Leon ME. "NonHodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis" Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

[32] Leon ME, et al. "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium" Int J Epidemiol. 2019 Mar 18.

[33] Zhang L, et al. "Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence" J Mutat Res. 2019 Jul - Sep;781:186-206.

[34] Pawha M et al. Glyphosate Use and Associations with non-Hodgkin Lymphoma Major Histologic Subtypes: Findings from the North American Pooled Project (NAPP). Scand J Work Environ Health 2019;45(6): 600-609.

[35] Møller P. "Genotoxicity of environmental agents assessed by the alkaline comet assay" Basic Clin Pharmacol Toxicol. 2005;96 Suppl 1:1-42.

[36] Clements C, et al. "Genotoxicity of select herbicides in Rana catesbeiana tadpoles using the alkaline single-cell gel DNA electrophoresis (comet) assay" Environ Mol Mutagen. 1997;29(3):277-88.

[37] Cavas T, Konen S "Detection of cytogenetic and DNA damage in peripheral erythrocytes of goldfish (Carassius auratus) exposed to a glyphosate formulation using the micronucleus test and the comet assay" Mutagenesis. 2007 Jul;22(4):263-8.

[38] Cavalcante DG, et al. "Genotoxic effects of Roundup on the fish Prochilodus lineatus" Mutat Res. 2008 Aug-Sep;655(1-2):41-6.

[39] Poletta GL, et al. "Genotoxicity of the herbicide formulation Roundup (glyphosate) in broad-snouted caiman (Caiman latirostris) evidenced by the Comet assay and the Micronucleus test" Mutat Res. 2009 Jan 31;672(2):95-102.

[40] Moreno NC, et al. "Genotoxic effects of the herbicide Roundup Transorb and its active ingredient glyphosate on the fish Prochilodus lineatus" Environ Toxicol Pharmacol. 2014 Jan;37(1):448-54.

[41] Wozniak E, et al. "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement" Food Chem Toxicol. 2018 Oct;120:510-522.

[42] Kwiatkowska M, et al. "DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study)" Food Chem Toxicol. 2017 Jul;105:93-98.

[43] Townsend M, et al. "Evaluation of various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity" Regul Toxicol Pharmacol. 2017 Apr;85:79-85.

[44] De Almeida LKS, et al. "Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status" Biotech. 2018 Oct;8(10):438.

[45] Kašuba V, et al. "Effects of low doses of glyphosate on DNA damage, cell proliferation and oxidative stress in the HepG2 cell line" Environ Sci Pollut Res Int. 2017 Aug;24(23):19267-19281.

[46] Luo L, et al. "In vitro cytotoxicity assessment of roundup (glyphosate) in L-02 hepatocytes" J Environ Sci Health B. 2017 Jun 3;52(6):410-417.

[47] Marc J, et al. "A glyphosate-based pesticide impinges on transcription" Toxicol Appl Pharmacol. 2005 Feb 15;203(1):1-8.

[48] Marc J, et al. "Pesticide Roundup provokes cell division dysfunction at the level of CDK1/cyclin B activation" Chem Res Toxicol. 2002 Mar;15(3):326-31

[49] Marc J, et al. "Glyphosate-based pesticides affect cell cycle regulation" Biol Cell. 2004 Apr;96(3):245-9.

[50] Marc J, et al. "Formulated glyphosate activates the DNA-response checkpoint of the cell cycle leading to the prevention of G2/M transition" Toxicol Sci. 2004 Dec;82(2):436-42.

[51] Peixoto F. "Comparative effects of the Roundup and glyphosate on mitochondrial oxidative phosphorylation" Chemosphere. 2005 Dec;61(8):1115-22.

[52] Bolognesi C, et al. "Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate" Journal of Toxicology and Environmental Health, Part A Volume 72, 2009-Issue 15-16: Production of Illicit Drugs, the Environment, and Human Health

[53] Wang, L., et al. Glyphosate Induces Benign Monoclonal Gammopathy and Promotes Multiple Myeloma Progression in Mice. J Hematol Oncol 2019; 12: 70.

[54] Guyton KZ, et al; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. "Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate" Lancet Oncol. 2015 May;16(5):490-1.

[55] US Environmental Protection Agency Memorandum, December 12, 2017 Glyphosate. Draft Human Health Risk Assessment in Support of Registration Review.

[56] EFSA. Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate EFSA J 2015 ;13:4302.

[57] Portier CJ, et al. "Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)" J Epidemiol Community Health. 2015 Aug; 70(8): 741–745.