Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floors
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

Rhon E. Jones (JON093)
William R. Sutton (SUT013)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.,* 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.,* 3:19-cv-02169<br>*Seidl v. Monsanto Co.,* 3:17-cv-00519-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS** |

In response to Monsanto's Motion for Summary Judgment on Non-Causation Grounds,[1]

and consistent with the Court's repeated instructions not to relitigate issues previously ruled

---

[1] This opposition responds to Document 12785.

_____
**PLAINTIFFS' RESPONSE TO MONSANTO'S MSJ ON NON-CAUSATION GROUNDS**

1
2

upon, but in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

3
4

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgement on Non-Causation Grounds (ECF #8328)

5
6
7

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #2479)

8
9

Plaintiffs further incorporate the following pleadings that were filed in *Hardeman v. Monsanto Co.,* Case No. 3:16-cv-00525:

10

- Plaintiff's Response to Monsanto's Motion to Dismiss (ECF #27)

11
12
13

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waiving any arguments raised therein.

14

DATED: April 2, 2021

15

16

Respectfully submitted,

17
18
19
20
21
22
23

By:    /s/ *Rebecca Fredona*
Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

24
25
26
27
28

Rhon E. Jones (JON093)
William R. Sutton (SUT013)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce St
Montgomery, AL 36104
T: 334.269.2343
F: 334.954.7555

**PLAINTIFFS' RESPONSE TO MONSANTO'S MSJ ON NON-CAUSATION GROUNDS**

1

rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com

2

*Attorneys for Plaintiffs*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

**PLAINTIFFS' RESPONSE TO MONSANTO'S MSJ ON NON-CAUSATION GROUNDS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/   *Rebecca Fredona*

**PLAINTIFFS' RESPONSE TO MONSANTO'S MSJ ON NON-CAUSATION GROUNDS**