Rhon E. Jones (JON093)
rhon.jones@beasleyallen,.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone: (334) 269-2343
Fax: (334) 954-7555

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. MDL No. 3:16-md-02741 - VC |
| This document relates to: | **DECLARATION OF WILLIAM R. SUTTON IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT WILLIAM SAWYER UNDER RULE 702** |
| *Randall Dean Seidl v Monsanto Co.,* Case No. 3:17-cv-00519-vc | |

## DECLARATION OF WILLIAM R. SUTTON

I, William R. Sutton, declare as follows:

1. I am an attorney admitted to practice law in the states of Alabama and Georgia. I am an attorney at Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., the law firm representing Plaintiff Randall Dean Seidl. I am over the age of 18 years old, and if called to testify, I could and would testify to the facts stated in this Declaration. I submit this Declaration in support of Plaintiff

Randall Dean Seidl's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer Under Rule 702.

2. Attached as **Exhibit 1** is a true and correct copy of the CV of Dr. William Sawyer.

3. Attached as **Exhibit 2** is a true and correct copy of Dr. William Sawyer's Report with Plaintiff's personal information redacted from *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC.

4. Attached as **Exhibit 3** is a true and correct copy of Dr. William Sawyer's deposition transcript from *Seidl v. Monsanto Co.*, 3:17-cv-00519 dated March 8, 2021.

I declare under penalty of perjury laws of the United States that the foregoing is true and correct, and that this Declaration is executed on April 2, 2021 in Montgomery, Alabama.

/s/William R. Sutton
Rhon E. Jones (JON093)
William R. Sutton (SUT013)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
rhon.jones@beasleyallen.com
william.sutton@beasleyallen.com