**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:            jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: Andy Bond *v. Monsanto Co.*, Case No. 3:21-cv-01506-VC | Case No. 3:16-md-02741-VC |

## **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.   Bayer AG is a publicly held corporation.

DATED: April 5, 2021.                    Respectfully submitted,

                                                      SHOOK, HARDY & BACON L.L.P.

                                                      BY: */s/ Jennise W. Stubbs*
                                                          Jennise W. Stubbs
                                                          600 Travis Street, Suite 3400
                                                          Houston, TX 77002-2926
                                                          Telephone:   (713) 227-8008
                                                          Facsimile:   (713) 227-9508
                                                          Email:         jstubbs@shb.com

                                                          *Attorneys for Defendant*
                                                          *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of March, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs