Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
rfredona@molllawgroup.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.,* 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINOINS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES** |

**DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES**

I, Rebecca Fredona, declare as follows:

1. I am an attorney at Moll Law Group. I am a member of good standing of the Bars of the State of Illinois and the Northern District of Illinois. I am one of the attorneys at Moll Law Group representing Plaintiffs Gerard Cervantes, John Schafer, Lorraine Rehak, James Peterson, Mark Pecorelli, Individually and as Representative of the Estate of Michael Pecorelli, deceased, and Christine Karman, Individually and as Representative of the Estate of Robert Karman, deceased. I respectfully submit this declaration in support of Plaintiff's Motion to Strike Certain

General Opinions of Monsanto Company's Case Specific Expert Witnesses. Except as otherwise noted, I have personal knowledge of the facts set forth herein, and could testify competently to them if called upon to do so.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Earl Creech Ph.D's expert report for *Cervantes v. Monsanto* Case No. 3:19-cv-03015-VC.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Matthew Call, MS, CIH, CSP's expert report for *Cervantes v. Monsanto* Case No. 3:19-cv-03015-VC.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Jeffrey Craig, MD., Ph.D.'s expert report for *Cervantes v. Monsanto* Case No. 3:19-cv-03015-VC.

5. Annexed hereto as Exhibit 4 is a true and correct copy of Ran Reshef, M.D., MSc.D's expert report for *Cervantes v. Monsanto* Case No. 3:19-cv-03015-VC.

6. Annexed hereto as Exhibit 5 is a true and correct copy of Celeste Bello, M.D's expert report for *Peterson v. Monsanto* Case No. 3:18-cv-07271-VC.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Dr. Bruce A. Woda's expert report for *Peterson v. Monsanto* Case No. 3:18-cv-07271-VC.

8. Annexed hereto as Exhibit 7 is a true and correct copy of Brian Daly CIH PE's expert report for *Peterson v. Monsanto* Case No. 3:18-cv-07271-VC.

9. Annexed hereto as Exhibit 8 is a true and correct copy of Bradley Hanson, Ph.D, M.D's expert report for *Peterson v. Monsanto* Case No. 3:18-cv-07271-VC.

10. Annexed hereto as Exhibit 9 is a true and correct copy of Kassim Al-Khatib, Ph.D's expert report for *Rehak v. Monsanto* Case No. 3:18-cv-01719-VC.

11. Annexed hereto as Exhibit 10 is a true and correct copy of Alex LeBeau PhD MPH CIH's expert report for *Rehak v. Monsanto* Case No. 3:18-cv-01719-VC.

DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES

12. Annexed hereto as Exhibit 11 is a true and correct copy of Ran Reshef, MD, MSc's expert report for *Rehak v. Monsanto* Case No. 3:18-cv-01719-VC.

13. Annexed hereto as Exhibit 12 is a true and correct copy of Lawrence Weiss, MD's expert report for *Rehak v. Monsanto* Case No. 3:18-cv-01719-VC.

14. Annexed hereto as Exhibit 13 is a true and correct copy of Joseph M. DiTomaso, Ph.D's expert report for *Pecorelli v. Monsanto* Case No. 3:16-cv-06936-VC.

15. Annexed hereto as Exhibit 14 is a true and correct copy of Timothy Fenske, M.D.'s expert report for *Pecorelli v. Monsanto* Case No. 3:16-cv-06936-VC.

16. Annexed hereto as Exhibit 15 is a true and correct copy of Robert N. Phalen, Ph.D CIH's expert report for *Pecorelli v. Monsanto* Case No. 3:16-cv-06936-VC.

17. Annexed hereto as Exhibit 16 is a true and correct copy of Graham Slack, M.D's expert report for *Pecorelli v. Monsanto* Case No. 3:16-cv-06936-VC.

18. Annexed hereto as Exhibit 17 is a true and correct copy of Celeste Bello, M.D's expert report for *Karman v. Monsanto* Case No. 3:19-cv-01183-VC.

19. Annexed hereto as Exhibit 18 is a true and correct copy of Bruce Woda, M.D's expert report for *Karman v. Monsanto* Case No. 3:19-cv-01183-VC.

20. Annexed hereto as Exhibit 19 is a true and correct copy of Alex Lebeau, PhD, MPH, CIH, 's expert report for *Karman v. Monsanto* Case No. 3:19-cv-01183-VC.

21. Annexed hereto as Exhibit 20 is a true and correct copy of Joseph DiTomaso, Ph.D's expert report for *Karman v. Monsanto* Case No. 3:19-cv-01183-VC.

22. Annexed hereto as Exhibit 21 is a true and correct copy of Bradley Hanson, Ph.D., M.D's expert report for *Schafer v. Monsanto* Case No. 3:19-cv-02169-VC.

23. Annexed hereto as Exhibit 22 is a true and correct copy of Mark Katchen, CIH, FAIHA's expert report for *Schafer v. Monsanto* Case No. 3:19-cv-02169-VC.

24. Annexed hereto as Exhibit 23 is a true and correct copy of Matthew Matasar, MS, M.D's expert report for *Schafer v. Monsanto* Case No. 3:19-cv-02169-VC.

25. Annexed hereto as Exhibit 24 is a true and correct copy of Graham W. Slack M.D's expert report for *Schafer v. Monsanto* Case No. 3:19-cv-02169-VC.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 6, 2021

                        Respectfully submitted,

By:   /s/ *Rebecca Fredona*
       Ken Moll
       Rebecca Fredona
       Fatima Abuzerr
       **MOLL LAW GROUP**
       22 W Washington St
       15th Floor
       Chicago, IL 60602
       T: 312.462.1700
       F: 312.756.0045
       rfredona@molllawgroup.com

       *Attorneys for Plaintiffs*

DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/Rebecca Fredona

---
DECLARATION OF REBECCA FREDONA IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES