# Exhibit 1

*Gerard Cervantes v. Monsanto Co.*

## Expert Report of Dr. J. Earl Creech

Professor, Weed Science
Department of Plants, Soils, and Climate
Utah State University
Logan, Utah 84332

### BACKGROUND

I am a Professor of Agronomy, with statewide responsibilities in Extension at Utah State University (USU). I earned my Bachelor's degree from USU in Chemistry (2001), my Master's degree from USU in Plant Science (emphasis in Weed Science; 2003), and my Ph.D. from Purdue University in Weed Science (2007). By the time I completed graduate school, I had conducted weed research in turfgrass, rangeland, forests, and agronomic crops.

I was originally hired at USU as an Assistant Professor in 2010. In 2016, I was promoted to Associate Professor with Tenure and have since been promoted to Full Professor. The majority of my research and Extension effort at USU focuses on weed management; primarily, but not exclusively, in the context of agronomic crops, pasture/rangeland, and non-crop areas. Prior to coming to USU in 2010, I was an Assistant Professor of Weed Science at the University of Nevada – Reno (UNR). There, my primary assignment was in Extension, so the majority of my time was dedicated to educating homeowners, the public, landscaping professionals, Extension Educators, students, crop consultants, growers, public land managers, and pest management professionals on weed science principles and practices and how they could be effectively applied to solving weed problems. At both UNR and USU, I spent a great deal of time working one-on-one with residential, commercial, public land, and agricultural stakeholders on weed management issues and herbicide recommendations. To support my Extension role, I conducted applied research on the biology and control of weeds, including some of the most problematic invasive weeds in the western U.S. (i.e., cheatgrass, medusahead, perennial pepperweed, Russian knapweed, and others).

Over my career, I have accepted invitations to speak about weeds and herbicides at over 500 meetings, field days, conferences, pesticide applicator trainings, and other events domestically. I am a member of the Weed Science Society of America and the Western Society of Weed Science. I have written over 30 papers in peer-reviewed scientific journals and more than 50 peer-reviewed Extension publications. I recently served as President of the Western Society of Crop Science and spent 6 years as the Associate Editor for Agronomy Journal, the premier journal in my discipline.

In the course of my education and academic career, I have gained extensive professional experience in managing weeds and other pests using numerous methods, including but not limited to herbicide use. I have conducted hundreds of herbicide research experiments in the field, greenhouse, and laboratory. Many of these trials have focused on glyphosate containing herbicides. I have conducted research with herbicides on such topics as weed control, crop injury, resistance, carryover, and interactions with the environment. In these projects, I have been involved in all aspects of herbicide mixing, loading, application, and evaluation. In recent years, I have expanded my research experience to other pesticides,

including fungicides, insecticides, bactericides, miticides, and rodenticides. My expertise is broader than pesticides alone, as evidenced by the 8 years of experience I have had leading a multi-million dollar USDA-NIFA (National Institute of Food and Agriculture) funded research effort in organic agriculture.

My experience with weed management herbicides is not limited to my work at the University. I grew up on a family farm in Cornish, UT, where we grew alfalfa, corn, small grains, and pasture and operated a dairy. Today I also own and operate a farm, where, with my wife and kids, we grow alfalfa, wheat, barley, corn, and cattle on 160 acres of irrigated farmland in Cornish, UT. My wife, kids, and I commonly use glyphosate-based and other herbicides around the farm, non-crop areas, and our home.

The opinions I plan to offer in this case include the opinions detailed in this report, opinions that could be asked of me in explaining or discussing these areas and/or responding to the testimony of plaintiffs' experts, and any opinions formed based on additional literature review. My opinions are based on my education, training, experience and research; my review of the relevant scientific literature; materials specifically related to this case, including reports of plaintiffs' experts, deposition testimony and statements of the plaintiff; and any inspection(s) of the locations where plaintiff(s) used glyphosate-based herbicides. All the opinions expressed by me in this report are held to a reasonable degree of scientific certainty, unless stated otherwise. I reserve the right to supplement or modify this report if additional information is provided to me or comes to my attention, and to respond to the testimony of plaintiffs' experts at deposition or trial. A list of materials I have reviewed and considered in forming my opinions in this case is attached hereto as Attachment A.  My CV with further details of my experience and background is attached hereto as Attachment B.

I have not testified as an expert in the past five years.  I am being compensated at a rate of $250 per hour for deposition and court testimony, and $200 for all other activities.

## EXECUTIVE SUMMARY

Weeds have been a constant irritant and source of serious problems to human beings since the beginning of time. These invasive plants have certain characteristics that make them particularly well suited to spread into new areas, compete with desirable plants for resources, and to reproduce rapidly. The deleterious effects of weeds on humans, property, and the environment are immense; consequently, they must be controlled. Weed control over past 10,000 years has consisted primarily of physical methods like hand pulling, hoeing, burning, and tillage. These methods are time consuming, labor and resource intensive, dangerous, and limited in effectiveness. The development of modern herbicides over the past century represents a significant and transformational step in our ability to combat weeds. These herbicides control weeds safely, effectively, and at a low cost. Of the hundreds of different active ingredients that have been released onto the market over the past century, glyphosate has become the benchmark by which all other herbicides are judged. The ability of glyphosate to control weeds is unrivaled. No other herbicide can match its consistency and effectiveness across virtually all plant species. Combine that with one of the best safety profiles among herbicides, both environmentally and toxicologically, and that explains why glyphosate remains the best overall option for controlling weeds and mitigating the serious threats they pose to humans and the world we live in.

## INTRODUCTION TO WEEDS

Weeds are pests and all pests, especially weeds, have been a bane to our existence since the beginning of human history. These organisms serve no productive uses and, in fact, have significant deleterious effects on our world and the people and animals that inhabit it.  A pest can be a plant (weed), vertebrate (bird, rodent, or other mammal), invertebrate (insect, tick, or mite), nematode, or pathogen (bacteria, virus, or fungus). They damage or interfere with desirable plants in landscapes, fields, orchards, or wildlands. They cause damage to homes or other structures, or harm water quality, animal life, or other parts of the ecosystem. These organisms negatively impact human and animal health, and are invasive and difficult to control.

### The Unique Properties of Weeds Allow Them to Compete and Spread Effectively

The definition of a weed is a plant growing where it is not desired, or a plant out of place. Weeds affect our health, our crops, our livestock, our pets, and the aesthetics of our yard.  Weeds interfere with human activities in variety of settings such as forests, along roadsides, in crop fields or pastures, in bodies of water, and even in our own yards and gardens. Weeds tend to have one or more of the following characteristics that allow them to grow, spread, and complete for scarce resources against other plants, often in undesirable conditions, and to the detriment of desired plants:

Abundant seed production – Weeds are prolific seed producers. Most weeds can produce tens of thousands of seeds per plant, and some as many as one million seeds or more. Rapid production of seeds allows weeds to build large populations in a short period of time. In contrast, most crops and other desirable plants only produce several hundred seeds on a single plant.

Rapid population establishment – Weeds are particularly adept at spreading rapidly. When temperature and soil moisture conditions are right, weeds seem to explode out of the ground. Weeds can establish at very high numbers, sometimes hundreds of seedlings per square foot, forming a dense mat of vegetation. Weeds often germinate and establish more readily than crops or other desirable plants.

Seed dormancy – Although environmental conditions (e.g., soil moisture and temperature) conditions may be perfect for germination, seeds of a particular weed species do not germinate all at once. While some seeds germinate immediately, others may wait until the following year, and others may take many years. This trait ensures weeds are able to persist at a site for a long period and is why weeds come back year after year even after some control measures have been used.

Long-term seed viability in the soil – Once dormancy is overcome, weed seed buried deep in the soil can remain viable for decades. As soon as these seeds are brought near the soil surface, they germinate. The best-known experiment began in 1879 at Michigan State, where Dr. WJ Beal buried weed seeds of different species in uncorked glass bottles in the soil. Over time, those have been dug up and seeds tested for germination.  Now, over 130 years since the experiment began, some of those original weed seeds are still able to germinate (WSSA 2016a)!  Thus, a weed species, once introduced to a site and left uncontrolled, can reestablish itself almost indefinitely.

Adaptations for spread – Weed seeds can travel long distances. They have an assortment of ingenious adaptations to enhance their spread. Some weed seeds have spines and hooks that can

attach to feathers of birds, fur of animals, clothing of humans, or tires of vehicles or bicycles. Other weed seeds have parachutes or wings that allow them to be picked up by wind and carried long distances. Still other seeds are fitted with floatation devices that allow them to float on top of water flowing in streams, rivers, and canals to infest new areas.

<u>Vegetative reproductive structures</u> – Many of the most troublesome and persistent weeds are perennials. These weeds regrow year after year from a large underground root system. Although these species reproduce by seed, many perennials also reproduce using vegetative structures like rhizomes, tubers, bulbs, or creeping roots. These are easily moved in the soil from one location to another. Anytime a rhizome or creeping root is cut, broken, or chopped, a new plant can form, which can cause them to spread more rapidly. Furthermore, new plants that emerge from vegetative reproductive structures are more vigorous, aggressive, and difficult to control than plants that grow from seed.

<u>Occupy disturbed sites</u> – Weeds are opportunists. Any type of disturbance, whether through tillage, fire, flood, mowing, scraping, etc., represents an opportunity for weeds to grow. Even seemingly insignificant disturbances, like cracks in a sidewalk or a worn footpath to the garden, can provide a suitable niche for weeds to gain a foothold and compete with desirable plants for a limited supply of water, light, and nutrients.

Because of these characteristics, weeds are infectious. Once they get into an area, they spread rapidly. After establishment, weeds can be close to impossible to eradicate or even control. This is a serious problem because weeds can have major negative impacts.

## THE IMPACTS OF WEEDS

### Agricultural Impacts

Weeds are common across all of the nearly 400 million acres of cropland in the United States and have the potential to devastate crop yields. Weeds cause yield loss by directly competing with crops for water, light, nutrients, and space. Each of these elements is essential to plant growth and is available in limited supply. Weeds are very adept at competing for the essential elements that crops need to survive and be productive. Any resources stolen by weeds are no longer available to the crop, so crop yield potential drops.

The impact of weeds on crops varies by species. If weeds are not controlled in corn and soybean, yield losses of just over 50% can be expected (Soltani et al. 2016 and 2017). In recent years, this has resulted in an estimated $43 billion in lost revenue in the U.S. and Canada, annually, for those two crops alone (Soltani et al. 2016 and 2017). Yield loss in sugar beet is estimated to be 70% and $1.25 billion in lost revenue (Soltani et al. 2018). Even wheat, which produces a dense, shading canopy that counteracts many of the dangerous characteristics of weeds, suffers a 22% yield loss without weed control. This translates to $3.5 billion loss annually (WSSA 2016b). Table 1 provides some examples of the dramatic effect that a single weed can have on crop yield. For instance, a low-level infestation of giant ragweed in soybean (1 plant in 15 ft. of crop row or 37 ft.[2]) can reduce crop yields by 50%. Weed management is a necessary part of agricultural production – without such, agricultural products and food would be less abundant and more expensive.

Table 1. Potential of a single weed to reduce crop yields (adapted from Ross and Lembi, 1999).

| Weed | Crop | Weeds per ft. Row or Area | % Crop Yield Reduction |
|------|------|---------------------------|------------------------|
| Velvetleaf | Soybean | 1 weed/3 ft. | 34 |
| Palmer amaranth | Soybean | 1 weed/ft. | 64 |
| Common cocklebur | Soybean | 1 weed/ft. | 87 |
| Giant ragweed | Soybean | 1 weed/15 ft. | 52 |
| Fall panicum | Corn | 1 weed/4 ft. | 20 |
| Hemp dogbane | Sorghum | 1 weed/ft. | 30 |
| Tall morningglory | Cotton | 1 weed/3 ft. | 50 |
| Wild oat | Sugarbeets | 1 weed/ft. | 22 |
| Canada thistle | Wheat | 1 weed/3 ft.$^2$ | 60 |
| Downy brome | Wheat | 13 weeds/ft.$^2$ | 40 |

In addition to reducing yield, weeds also negatively affect crop quality. A reduction in crop quality can lead to a reduction in the sale price of the crop, and, in some cases, can make the crop completely unmarketable. For example, weed seeds as a contaminant in harvested grain (e.g., jointed goatgrass in wheat) can result in dockage or direct monetary loss at the point of sale. In crops grown for seed, the presence of weed seeds can lead to outright rejection (e.g., dodder in alfalfa). Dockage can also result when harvested weeds cause grain to take on an objectionable odor (e.g., wild garlic in wheat), staining (e.g., nightshade berries in soybean), and become poisonous (e.g., jimsonweed seed in soybean). Weed parts contaminating hay or cotton can reduce the price at the point of sale. Furthermore, weed competition can result in vegetables that are spindly, small, or distorted, thereby reducing their sale price and marketability. Grain and seed crops grown under weed competition can have low protein and/or test weight, both of which can reduce the sale price dramatically. In stored hay and grain, weed contamination can lead to crop spoilage due to excess moisture in contaminant weed parts. Spoiled crops have no market and are a complete loss to the farmer. To the consumer, weeds translate to fruit and vegetables that are unsightly in appearance. Grains and flour used for cereal and baked goods can become foul tasting and less nutritious. The price of food increases because of reduced availability of high quality products.

Weeds can also hurt the growth and well-being of animals, including livestock and wildlife. Weeds decrease the production of forage in pastures and rangeland, thereby reducing the number of animals than an acre of land is able to support. In livestock, weeds can reduce the quality of the end products. Wild onion or garlic consumed by milk producing animals can cause an objectionable odor. In sheep production, wool entangled with burdock or cocklebur can be unmarketable. Toxic plants can reduce livestock growth rate, and can cause deformities and even death. Each year, poisonous plants negatively affect 3-5% of livestock on western U.S. rangelands (Panter et al. 2011). These losses can be sudden and economically devastating to the individual ranches on which they occur. In animals, poisonous plants can cause abortions, birth defects, weight loss, decreased fertility, decreased immune response, damage to vital organs (nervous system, lungs, liver, etc.), and even death. For example, arrowgrass is a common weed in all western states. Its leaves, when ingested, produce the poison hydrogen cyanide that causes rapid breathing, muscular twitching, staggering, convulsions, and coma. Animals that consume arrowgrass can die in less than one hour, and in as little as one minute (Panter et al. 2011)!

**Non-Agricultural Impacts**

The Deleterious Effects of Weeds on Human and Animal Health

Weeds also have serious negative effects on residential homeowners and other non-agricultural users. Weeds can have considerable impact on the health and well-being of humans. Some weeds are poisonous to humans and can cause severe injury or death. In fact, plants were involved in tens of thousands of human exposure cases handled by the Poison Control Center in 2016 (Gummin et al. 2017). For example, poison hemlock is sometimes ingested by people who mistake it for an edible plant, like wild carrot or parsley. The plant contains toxic alkaloids that affect the nervous system, causing a burning sensation in the mouth, nausea, vomiting, confusion, rapid heartbeat, seizures, paralysis, and, in severe cases, respiratory paralysis that leads to death. Another example is bittersweet nightshade, which is a vine-like plant that is a relative of tomato, and is frequently found in residential areas. As it matures, the plant produces tiny green and red fruits that resemble miniature tomatoes, but, when consumed, can be very poisonous to humans. Children are particularly prone to exposure to poisonous plants. Of the 45,000 plant related cases reported to the Poison Control Center in 2016, 27,565, or 61%, involved children five or younger (Gummin et al. 2017).

Most people are aware of the many other ways that weeds can act as painful, hazardous nuisances. For example, poison ivy, poison sumac, and poison oak cause painful and unsightly skin irritations in up to 50 million Americans annually (ASA 2012). Hay fever, caused primarily by pollen from weeds, such as ragweed, affects many people in the summer and fall. Pollen can remain airborne for up to 200 miles. Here in Logan, UT a few years ago, some children played in a patch of a weed called blue spurge, and ended up hospitalized after coming into contact with the weed's milky sap, which caused a serious allergic reaction. Some weeds have long, sharp thorns and spines that can cause extremely painful cuts and scratches. Russian olive is a weedy tree with 1-3 inch woody spines that can gash individuals attempting to climb or trim. Yellow starthistle, which infests millions of acres in the western U.S., has stiff 0.5-1 inch straw-colored spines that surround its flower. Thistles growing in a lawn or sports field can sink their spines into the bare feet or skin of unsuspecting children and adults. Puncturevine (also known as goathead or tackweed) is a major nemesis of homeowners, infesting roadsides and driveways and injuring pets and humans with strong spines on its seeds.

The Deleterious Effects of Weeds on Infrastructure and Property

Weeds often create a transportation safety hazard by encroaching along the edges of roadways, intersections, and rights-of way. There, they produce vast amounts of vegetation and reduce the visibility of traffic signs, other vehicles, pedestrians, and wildlife. Reduced visibility leads to car crashes and struck wildlife, pets, and people.

Weeds are well known for causing destruction/deterioration of property. Weeds grow in the cracks of concrete or asphalt of roads, driveways, patios, and sidewalks. These small plants are powerful enough to make new cracks and can cause existing cracks to become wider and more extensive, leading to the need to repair or replace. The cost to taxpayers and strain on city budgets to rectify the damage caused by weeds can be very large. Potential damage to vehicles driving on damaged roadways can be significant. Furthermore, damaged sidewalks, parking areas, and patios can cause injury to people who may trip or fall.

The roots of weeds can gain entry into drainage and sewer lines and proliferate, often resulting in pipe clogs that lead to flooding. Weeds that grow along fences, homes, and buildings can create an environment conducive to microorganisms that cause rot, decay, and deterioration of paint and wood creating expensive eyesores and dangerous safety hazards when structures lose integrity. These weeds also harbor dangerous insects, spiders, and rodents that can gain entry into homes, garages, and other structures and pose threats to human health and safety.

Weeds reduce the aesthetic and monetary value of property. These plants can be unsightly and can give the impression that the property is unkempt. The presence of weeds can devalue the property in the eyes of a prospective buyer (Bridges 1994). A prospective buyer can also expect to invest significant time and expense to clean up a weed problem. In a particularly horrifying example, a ranch in Dubois, Idaho sold for 90% below market value due to an extensive infestation with an invasive weed called leafy spurge. Homes with fair to poor landscaping sell for 8-10% less than comparable homes with a well-maintained yard (Henry 1994). A property with uncontrolled weeds also reduce the aesthetic and property values of an entire neighborhood, which has led to laws and regulations designed to compel property owners to carry out weed control measures on their land. Each individual state has its own weed laws wherein certain plants are designated as "noxious weeds", which is a legal term for any plant that the state determines to be especially injurious to public health, crops, livestock, land, or other property. Weed species on that list that occur on a property must be controlled by the property owner. In my home state of Utah, failure to control noxious weeds can result in notices, hearings, fines, the county controlling the weed at the owner's expense, and charges becoming a lien against the property.

### The Deleterious Effects of Weeds on the Environment

Weeds also often create large quantities of dry, highly flammable material that acts as fuel for fire that can destroy personal property (homes, automobiles, etc.) and even kill people and animals. Many homeowners and landowners intentionally burn weeds on ditch banks, fence lines, and in the yard and garden, some of which escape containment and cause great harm to person and property. Along railroads, weeds can be a fire hazard late in the summer when dry weeds are ignited by a spark from metal wheels on metal rails. Similarly, weeds along roadways can be ignited by a spark from the exhaust of a passing car or cigarette butt from a careless motorist. Weeds that grow near utilities can cause service interruption and outages due to fires, physical blockage, and preventing access for service, inspection, and repair.

More common, however, is the role weeds play in fueling large-scale, accidental wildfires. Between 2000 and 2019, wildfires in the U.S. burned anywhere between 3.4 and 10.1 million acres annually (NIFC 2020). The invasive annual grasses, such as downy brome (cheatgrass) and medusahead, have spread across millions of acres in the U.S. and crowd out the native vegetation, forming a dense mat of dry, highly flammable fodder. In drought-stricken areas such as California, any spark from a vehicle, dry lightning strike, or even target shooting can ignite a wildfire (USDI NPS 2018). Once a wildfire has burned an area, many of the native, perennial plants are unable to reestablish as rapidly as the invasive weeds, making the site much more likely to burn again in the future. Mountainous areas that have burned lack vegetation to hold soil in place and erosion, flash floods, and landslides are a serious threat to humans and property for years to come.

Largescale fires can negatively impact air quality for an entire state or region. In September 2020, wildfires raged across much of Oregon and Northern California – blanketing the air of major metropolitan areas in

dark clouds and heavy ash for days. In 2018, the smoke from California wildfires blanketed much of the U.S., and reportedly reached Washington, DC and other East Coast cities (NASA 2018). Smoke from wildfires can drift across roads, creating a safety hazard for motorists and pedestrians who have their vision obscured. More alarming, however, is the fact that smoke contains carbon monoxide, carbon dioxide, and particulate matter (soot). Smoke can also contain many different chemicals (depending on what is burning), including aldehydes, acid gasses, sulfur dioxide, nitrogen oxides, polycyclic aromatic hydrocarbons, benzene, toluene, styrene, metals, and dioxins. Smoke inhalation and environmental contamination can lead to health complications for individuals with respiratory issues, along with other at-risk groups like infants, children, and the elderly. This is especially important in a time where people with respiratory issues are particularly vulnerable to COVID-19, a highly contagious and dangerous respiratory virus that attacks the lungs.

<u>The Deleterious Effects of Weeds on Recreation and Enjoyment</u>

Non-native invasive weeds also greatly impact our access to and utility of recreational areas, waterways, natural areas, and wildlands. Spotted knapweed infested areas have been shown to increase water runoff, soil erosion, and sedimentation that ends up in streams and rivers. These materials introduce soil microorganisms, nutrients, organic matter, and silt into the water, which reduce water clarity, displace natural vegetation, destroy aquatic life, reduce fish habitat, and create human and animal health hazards. Soil nutrients introduced to water through soil erosion can negatively impact public health and the environment. For example, nitrates can affect how blood carries oxygen and can cause methemoglobinemia (also called blue baby syndrome), which can cause skin to turn a bluish color and result in serious illness or death. In the environment, nutrient pollution from phosphorous and nitrogen in surface waters can create massive dead zones caused by algal blooms. The algae reduce or eliminate oxygen in the water, causing illness or death in fish, and can produce toxins and bacterial growth that can make people sick.

The integrity of banks of rivers, canals, and the faces of reservoirs can be compromised by weed infestation. This occurs because plant roots are critical to protecting soil and keeping it in place and some plants are better at this function than others. When native plants, like perennial grasses, are crowded out by invasive weeds, the end result is deterioration and collapse of the waterway bank or reservoir face because the root systems of weeds are often poorly suited for soil stabilization compared to the native plants they displace. Weed-related damage to waterways can be expensive and time consuming to repair. Eroded soils are a source of sediment that decreases water quality, while wider waterways reduce water quantity due to greater evaporation and percolation. The failure of these structures causes water to rush outside of its normal channel and result in catastrophic, and sometimes fatal, floods to the surrounding area. Aquatic weeds like hydrilla and saltcedar can clog a waterbody or waterway and prevent it from being used for boating, swimming, or fishing. Other outdoor activities like hunting, hiking, climbing, and camping can be impacted by weeds such as poison ivy, Scotch thistle, burdock, and sandbur. Anyone who owns a bicycle likely has a strong distain for puncturevine, whose seed can instantly flatten any tire.

Non-native invasive weeds also impact the ecological balance of nature. Native plant communities are often no match for weed invasion. The new habitat favors vigorous growth and rapid spread of weeds. When native plants are replaced by weeds, wildlife communities are displaced because the weed species has little to no value. Threatened and endangered species are particularly vulnerable to habitat loss.

## TOOLS FOR WEED MANAGEMENT

Weed management is based on the knowledge that weeds cause tremendous harm to humans, property, and the environment; therefore, they must be controlled. The process of weed management is guided by four overarching principles:

1.      Learn the identity and life-cycle of the specific weed you are trying to control.
2.      Understand why the weed is growing in that particular place and any limitations of control measures that can be implemented in that habitat.
3.      Assess the extent of the weed problem by determining the size, density, and age of the weed infestation.
4.      Identify the weed control practices and equipment that are available to address the weed problem characterized in items 1-3.

After establishing these factors, the person interested in controlling the weed can then sort through the available strategies to devise a plan. It is obviously important that any weed management technique be effective at killing weeds, but for a technique to be viable it must also be safe to humans, economically prudent, safe to the environment with minimal off-target effects, and practical for the user. Based on those considerations, there are five main methods of weed control: 1) prevention, 2) cultural, 3) physical/mechanical, 4) biological, and 5) chemical. Each method is described below.

### Prevention

As the name indicates, the most drastic form of weed control seeks to prevent weeds from ever being introduced and/or established in an area. As noted above, once weeds take hold in an area, it can be nearly impossible to rid yourself of them. As such, humankind has invested tremendous amounts of time, money, and resources in an attempt to prevent weeds from establishing in the first place.

A key component of prevention is eradication. The goal of eradication is to detect a new weed early in the invasion process (a single plant or small patch) and eliminate it and all plant parts (seeds, rhizomes, creeping roots, tubers, etc.) from an area. Herbicides are essential to eradication efforts, since there is a critical need to achieve 100% kill on new weedy invaders and herbicides are the only tool that can provide that level of control. There can be zero tolerance for weed escapes and misses, as these will prevent eradication from becoming a reality. Eradication often requires many years of checking and re-checking the original area to prevent regrowth or re-infestation of the weed species.

There are a number of examples of practical steps that can be taken to prevent weeds, including to: 1) purchase and plant seeds that are not contaminated with weeds, 2) ensure that construction and landscaping products like gravel, topsoil, sand, mulch, compost, and straw are weed free, 3) carefully wash vehicles and equipment used in weed infested areas prior to moving it to a new area, and 4) monitor areas in and around a property for weeds with wind-blown seed (like dandelion and horseweed) and, when found, control immediately to keep from spreading.

### Cultural

Cultural weed control is designed to utilize and optimize the competitive ability of crops and other desirable plants to compete with, and ultimately control, weeds. Cultural practices alone are not sufficient

to control and manage weeds, but they can be used to complement other control and management practices for more effective, efficient, and economical weed management. Some examples include:

*Crop density* - Dense stands of desirable plants can help to suppress weed growth. This is common practice with turfgrass in a lawn, where the grass is managed to be so thick that it can smother weeds. The limitation of crop density for weed control is that it does not eliminate weeds, it merely suppresses them. The weeds may be smaller, but they are still present and can reproduce.

*Competitive crops* - Certain species of crops or desirable plants are better competitors with weeds than others. In this technique, a competitive crop is selected and planted in, around, and through a weed infestation to directly compete with and suppress the weed. For example, in a home landscape, turfgrass is more competitive with weeds than sweet corn, tomatoes, or roses. The major limitation of this cultural strategy is that we cannot plant the entire landscape to turfgrass; there is a need for vegetables, flowers, trees, shrubs, other plants that introduce diversity. On a farm, wheat is more competitive with certain weeds than corn, so a farmer may plant wheat rather than corn in a particular field to help with weed suppression.

*Competitive crop cultivars* – Within a specific crop (wheat, for example), there are hundreds of named varieties (Golden Spike, Deloris, Utah 100, etc.) that differ in characteristics like yield, height, leaf color, leaf width, disease resistance, and many others. These varieties also differ in their ability to compete with weeds. Favorable characteristics for good competitors are quick germination, fast growth rate, and tall statured plants. Like all other cultural practices, planting competitive crop cultivars does not eliminate weeds, it merely suppresses them. Weeds still need to be controlled by some other method.

*Crop rotations* –Diversifying the crops or desirable plants grown in an area is another way to keep weeds at bay. Every crop has strengths and weaknesses when it comes to competing with weeds. When the same crop is grown year after year on a parcel of land, the weeds that compete well with it tend to become common. Switching to a different crop may provide suppression to those weeds while favoring the rise different weeds. The limitation of this cultural strategy is that all rotational crops need to have a market to be profitable compared to the alternatives, to grow well in that environment, and to fit within the overall capacity and scope of the farming operation. Furthermore, crop rotations alone do not control weeds. Weed pressure is reduced and diversified, but other strategies for control must be used.

*Management operations* –Practices such as planting time, planting depth, seeding rate, row spacing, fertilization, irrigation, drainage, and pest control influence the health and well-being of the crop. A vigorously growing crop or desirable plant is the best competitor against weeds. Again, this does not remove the need for weed control, but it reduces weed growth and makes weeds more manageable by other means.

*Allelopathy* – Certain plants produce chemical substances that affect the growth of other competing plants around them. Cucumber, sorghum, sunflower, celery, and sweet potato are some crops that have shown evidence of allelopathy. The drawback to allelopathy is that there are only a handful of plants that are allelopathic; most plants that are desirable in a landscape or crop field do not produce these chemicals. In addition, the allelopathic effect can be very limited. Usually effects are only observed in an isolated area around the base of the plant, and the effect on other plants is often only a small growth reduction, not complete control.

**Mechanical**

Mechanical weed control is the use of handheld, animal drawn, or motorized implements to remove weeds. It consists of the following practices: hand removal (hoeing and pulling), tillage, mowing, mulching, flooding, and fire/heat. Each is discussed below.

*Pulling and hand hoeing* – Hand weeding is the earliest and most primitive form of weed control. It is also the most expensive and time-consuming weed management strategy. Anyone who has spent time hand pulling, digging, or hoeing weeds knows that it is hard, physical labor, often spent kneeling, hunched over, or hefting a shovel or hoe for hours on end. Weed removal by hand is not a one-time activity, since new flushes of weeds germinate throughout the growing season. Furthermore, perennial weeds are difficult to control with hand removal because any of the root system left behind can regenerate the plant within a very short time (usually days). Pulling and hoeing is occasionally used today as part of the overall weed management program in very limited situations, like high value crops (tomatoes, lettuce, peppers, etc.) or when only a few weeds exist. We cannot, however, operate our agricultural system based on hand weeding; there is not enough labor to support it, the cost is burdensome and prohibitive, and it is simply not practical. Plus, many weeds are toxic, poisonous, allergenic, or have spines and thorns and should not be pulled by hand.

*Tillage* – Tillage is mechanized soil disturbance and includes such operations as plowing, disking, harrowing, cultivating, and rototilling. Tillage controls weeds through physical destruction (cut and crush) of plant tissues, restricting light or air (mulch or smother), exposing severed roots to drying or freezing, and starvation (remove access to soil water and nutrients). As a weed control tool, tillage is quicker, more effective, and less expensive than hand labor. In addition to weed control, other benefits of tillage include seedbed preparation to bury plant residues or fertilizer, and control of insects or disease pests.

Although tillage can be a powerful weed control tool, there are significant limitations and consequences. Some weeds thrive under tillage, including annuals (which complete their lifecycle and set seed in between tillage cycles) and creeping perennials (which generate new plants from cut underground roots, stems, and other vegetative structures). The act of tillage plants weed seeds that were on the soil surface so they can grow, and can also exhume deep-buried weed seeds from earlier tillage and bring them near the soil surface for germination. Tillage cannot be used during later stages of crop growth, nor can it be used in all crops. It provides no residual control; weeds that are growing at the time of tillage are the only weeds that can be controlled by tillage, so weeds that emerge tomorrow will not be controlled. Tillage also has serious negative effects on soils and the environment. Soils that are kept bare of all vegetation through tillage are subject to erosion due to wind and water. Tillage results in a loss of soil moisture, which can negatively impact growth, development and yield of the crop. Large acreages of plowed land was a major cause of one of the greatest environmental disasters in U.S. history, the Dust Bowl of the 1930's. Mixing the soil requires heavy tillage equipment, large quantities of diesel fuel, and multiple trips across the land, the combination of which generates significant amounts of greenhouse gasses, which have been implicated as contributors to global warming and extreme weather events.

*Mowing* - Mowing removes the tops of weeds prior to seed production. For perennials, mowing can deplete underground food reserves, thereby weakening the plant. Mowing is most valuable as a weed management strategy in limited settings and when paired with a competitive crop with a short growth habit. For example, turfgrass, hay fields, and pasture are all crops managed by mowing. When mowing is

paired with fertilizer application and proper management, the desired plant has a competitive advantage over weeds.

Mowing also has severe limitations as a weed control tactic. For mowing to be effective, multiple (usually 3-6) cuttings per year are needed for most species. Often, mowing does not kill weeds, but simply reduces their height. With repeated mowing, weeds that are normally upright can become more prostrate and produce seed below the normal height of cutting. In addition, close mowing favors some weed species that naturally grow and produce seed below the mowing level. It does not control seedling weeds because the weed stays below the cutting blade. Mowing is also not effective against most perennial weeds, because the root system remains intact and foliage regrows rapidly. It cannot be used at all crop growth stages, nor can it be used in all crops.

*Mulching* - Mulches control weeds by excluding sunlight from reaching the soil that is needed for weed growth. Mulching is generally limited in use to small acreage sites such as home gardens and high value crops. Any material that can exclude light and is easy to work with can be used as mulch – materials such as straw, sawdust, wood chips, grass clippings, fabric, plastic, newspaper, carpet, and gravel/rock.

A major limitation of mulching is that it can only be used in a few, select applications (some flower/planting beds, high value row crops, and perhaps orchards). In most crop and non-crop settings, mulching is not an option.  The cost of the mulch material can be high and the labor to put it out can be expensive. Perennial weeds are not well controlled with mulch, and in some cases, they are encouraged. Mulches eliminate some other control methods. For example, tillage, which is effective on some perennial weeds, cannot occur after mulch has been applied. Similarly, mowing can tear up the mulch material and cannot be used. Mulch alters temperature and moisture content of the soil, and resulting crop growth. Mulch tends to keep the surface of the soil moist, making a perfect environment of disease causing pests. It can also serve as near perfect habitat for rodents such as mice and rats.

*Flooding* - Flooding can be an effective tool for weed management in only a few very specific situations. Rice and cranberries, for example, have the ability to grow under flooded conditions. Most weeds, however, cannot. In addition to its usefulness to only a few crops, flooding can only be performed on certain soil types) and with a sufficient water supply capable of providing standing water for a period of at least 3-8 weeks at a depth of 6-10 inches. Flooding for weed management has no application in any residential or non-crop setting, nor in any other crop.

*Fire and heat* - From a weed control standpoint, the most common fire-based tool is a directed flame. Flaming devices, such as flamethrowers and torches, can effectively remove weeds from ditch banks, roadsides, waste areas, and between crop rows. In other words, weeds are such a problem that humans have created devices to literally scorch the earth in an attempt to control them. Flaming is generally non-selective (damages crops and weeds equally) and can be very effective on aerial plant parts (leaves and stems), similar to a contact herbicide or cultivation.

As a tool for weed management, fire has very limited applicability. Fire has no effect on weed seeds. Burning is often used when weeds have matured and turned brown and dry so they can carry a flame. In this case, the weeds have already set seed before burning, so there is no weed control benefit. For perennials, fire amounts only to a temporary setback where the root remains intact and foliage regrows soon thereafter. Any time fire is employed, there is a risk of fire escaping containment and damaging property. Dry grasslands, mature grain fields, and wooden fence posts and telephone poles have all been

damaged by fire intended for weeds. Smoke produced from fires reduces air quality and can negatively impact human health. Fire can be dangerous and presents a risk of injury to the user. It is not really a feasible option for most homeowners or residential users due to its limited applicability and inherent dangers.

In short, mechanical or physical weed control is time consuming, labor and resource intensive, and not as effective as chemical control.

### Biological

With biological control, the idea is to use natural enemies to reduce weed populations to economically acceptable levels. In other words, the role of a biocontrol agent is not to eradicate a weed but to balance the weed population. One approach to biocontrol involves collecting an agent (usually an insect or disease) from the weed's region of origin that reduces the growth or reproduction of the weed. After a lengthy process to test the safety, potential to cross over to crops or non-target plants, and survivability and self-perpetuation in the new environment, the candidate biological control agent is imported and released. The second approach is the use of grazing animals like cattle, sheep, goats, geese, and grass carp as biological control organisms.

Although biological control has some positives, the drawbacks are numerous. Classical biocontrol agents generally only work against a single weed species and are not effective across multiple weed species typical of most areas. Biocontrol agents will not completely eradicate a weed population, they can only bring the population down to a more balanced level (the organism will not eat itself into extinction). Biocontrol is also not of use in frequently disturbed sites, like residential or agricultural areas. There are risks to the ecosystem and non-target species when introducing a non-native organism into a new environment. Once the biocontrol agent is released, it cannot be removed. Grazing animals require a high level of management, as they are typically introduced multiple times per year and care/husbandry is usually required. Ongoing expenses can be high and include fences, herding, shelter, veterinary, and protection from predators. Similar to mowing, grazing does not usually kill weeds, but simply reduces their height. Grazing is also not effective against most perennial weeds, because the root system remains intact and foliage regrows rapidly. It cannot be used in many crops and rarely, if ever, has use in a residential area.

### Chemical

The use of chemicals such as herbicides is a key component of almost all weed management programs. A primary advantage of herbicides is their potential for use in many situations where other control strategies do not work. In fact, herbicides can eliminate most, if not all, of the limitations of the other weed control strategies described above.

Herbicides control weeds safely, effectively, and at a low cost. Even weeds not readily controlled by other strategies, including difficult-to-control creeping perennials, can be controlled with herbicides. Herbicides can provide season-long weed control in many crops, sometimes with a single application. These chemicals also offer greater flexibility in choice of management systems, including potential for fewer crops in rotation, elimination of tillage operations (conservation tillage), eliminate periodic fallow, less mechanical damage to crops, and less energy use. In short, herbicides allow users in agriculture,

residential, recreation, public lands, and others a safe weed control tool with high degree of efficacy, low cost, flexibility, with minimal time and labor required.

### Integrated Weed Management

The best and most effective approach to weed management involves more than simply selecting and using a random weed control strategy from a list. Integrated weed management integrates the various tactics from each of the methodology groups into a long-term strategy to deal with weeds, whether in an agricultural, residential, wildland, or any other setting. Prevention is the foundation of any successful integrated weed management program. For weeds that evade preventive efforts, control measures must be implemented. Herbicides form the centerpiece for most integrated weed management programs due to their ability to provide safe, effective, economical, and practical weed control compared to the alternatives. Including mechanical and biological strategies with herbicides, as appropriate, can improve weed control.

## DEVELOPMENT OF HERBICIDES

### Pre-1940's Herbicide Development

Humans have battled with weeds since the beginning of time. For most of the past 10,000 years, control efforts were limited to the mechanical methods described above. Only recently have we been able to develop refined chemical solutions to control invasive plant species. The development of modern herbicides represents a significant and transformational step in our ability to combat weeds.

For centuries, humans have used rudimentary chemicals to kill undesirable plants. From the time of the Roman Empire through the late 1800's, materials such as salt, smelter wastes, ashes, and other industrial byproducts were used at high application rates for non-selective vegetation control. Around 1900, researchers discovered that certain inorganic salts could provide selective control of broadleaf weeds in cereal crops. Inorganic salts such as copper nitrate, ammonium salts, sulfuric acid, iron sulfate, and potassium salts and some petroleum products came on to the market in the years that followed. Utility and adoption of these products was limited due to high application rates, narrow spectrum of weed control, use in few crops, and environmental persistence.

### Modern Herbicide Development

In the midst World War II, the modern herbicide industry was born with the synthesis of 2,4-D in 1941. 2,4-D proved to be an excellent herbicide, which controlled many broadleaf weeds in most grass crops. When applied to leaves, the herbicide moved into the roots where it inflicted more and longer lasting damage to perennial weeds than tillage. Other attractive features of 2,4-D included: cheap to produce, effective at low rates, consistent performance, easy and safe to handle and apply, and little to no soil herbicide residues in the soil.

2,4-D did not solve all weed problems, but its success triggered a rapid push in the chemical industry to discover, develop, and release new herbicides. The 1950's and 1960's saw a dramatic increase in the number of herbicides on the market - going from about 25 in 1950 to nearly 100 in 1969. During this period, highly successful herbicides such as atrazine, simazine, MCPA, dicamba, trifluralin, and linuron were released.

### Development of Glyphosate

In the 1970's, many more herbicides were introduced. These products tended to fill gaps and niches in crop or weed selectivity, increasing ease of use, and reducing environmental persistence. During this time, Monsanto Company was active in the search for new herbicides. Between 1960 and 1972, the company tested approximately 51,000 compounds, and only three met the rigorous safety and efficacy standards to become marketable herbicides. One of these was glyphosate, which was synthesized in 1970 by chemist Jon Franz and tested for herbicidal properties. It was commercially released in 1974 under the trade name of Roundup and has since been used throughout the world in agricultural, forestry, industrial, residential, and other settings. Today, it is the most widely used and studied herbicide in the world.

Glyphosate revolutionized the herbicide industry and became the benchmark by which all other herbicides are judged. It is unique in that it is an extremely effective broad-spectrum herbicide, yet environmentally and toxicologically safe. Of all the herbicides discovered before, none could match the performance of glyphosate. The years since the discovery of glyphosate have been marked by the introduction of several new important herbicide families (including the sulfonyl ureas, imidazonlinones, aryloxyphenoxy propionates) and many new herbicide compounds. None of these have been able to match the combination of weed control and safety of glyphosate. Perhaps nobody has captured the merits of glyphosate better than the authors who called glyphosate a "once-in-a-century herbicide" (Duke and Powles 2008).

Glyphosate also revolutionized the crop seed industry. For the first 20 years of its existence, glyphosate had limited use in agriculture because it was a non-selective herbicide and controlled crops and weeds equally well. That all changed in the 1990's when advances in science and technology allowed for the development of glyphosate-resistant crop varieties. This allowed the application of glyphosate to a normally susceptible crop to control weeds while leaving the crop plants unharmed. Glyphosate-resistant soybean and canola came onto the market in 1996, followed by cotton, corn, sugarbeet, and alfalfa. Today, the majority of the acreage of these crops around the US and much of the world are planted to glyphosate resistant varieties. Resistance to additional herbicides in crop varieties has followed in the years since.

In summary, the Weed Science Society of America currently lists more than 230 different chemicals that are classified as herbicides. These are marketed for weed control under thousands of trade named products throughout the world. Since 1940, there has been a dramatic increase in the number of herbicides available for use in major crops and non-crop situations, along with a similar increase for the number of weed species controlled, and improvements in human and environmental safety. Using these metrics, no herbicide developed to date is equal to glyphosate. Furthermore, an assessment of human and environmental health risks of all 659 pesticides (including herbicides, insecticides, fungicides, etc.) labelled in Europe or the U.S., glyphosate was classified as a low risk pesticide (Jepson et al. 2020).

### HOW HERBICIDES WORK IN PLANTS

Herbicides are a very specialized group of chemicals, able to make their way into a plant, translocate within the plant to the site of action, and disrupt a critical process in the plant that ultimately results in plant death. A failure in any one of these three steps renders the chemical useless for weed control.

### Absorption

Some herbicides are foliar active; meaning the herbicide needs to be deposited on the plant shoot (leaves and stem) to be absorbed. Other herbicides are soil active, which means that the herbicide enters the soil and comes into contact with the plant root. Some herbicides have both foliar and soil activity, while others have one or the other. Glyphosate is foliar active only and has absolutely no weed control activity through the soil.

Absorption into the root is fairly simple – the herbicide moves into the plant with the soil-water solution. In the soil, the herbicide is dissolved into the soil-water, along with nutrients. There are no special waxy layers or barriers to entry in the root. The structures on the root that absorb water and dissolved nutrients also take up the herbicide. Soil applied herbicides can be absorbed by germinating seeds, shoots and roots of seedlings before emergence, and the roots of emerged plants.

Herbicide absorption through the foliage is much more difficult than the root. The major barrier to herbicide entry is the cuticle. The cuticle is a non-living, waxy, protective layer that covers the leaves and stems. Its primary role is to prevent evaporation from plant surfaces (i.e., water from inside the plant escaping to the atmosphere). The cuticle also presents an obstacle to herbicide entry because it is made up of waxes, which are non-polar oil-like fatty acids that make it lipophilic. Waxes form a water repellant layer over the surface of the plant much the same as wax on an automobile protects paint and steel from water. Most herbicides are water-soluble. Since waxes are lipophilic, they present a tremendous challenge to water soluble compounds to pass through the cuticle.

### Translocation

Once inside the plant, the herbicide needs to reach a vulnerable site (or site of action) in order for it to have a negative effect on plant growth. Some herbicides experience little to no movement in the plant. These contact herbicides kill tissue encountered immediately, causing membrane destruction, leaf burn, and necrosis within a matter of hours. Other herbicides are systemic and must move a long distance in the plant. Translocation takes place through the plant's vascular system which is composed of the xylem and phloem. The xylem transports water, including dissolved nutrients and herbicides, upward from the roots to the rest of the plant. Other herbicides are translocated in the phloem. The phloem transports the products of photosynthesis (sugars) from source (actively photosynthesizing leaves) to sink (places where sugars are used or stored) (Fig 1). Herbicide transportation in the phloem follows the movement of these sugars. Examples of sinks include roots, young leaves, meristems, flowers, and fruits. Glyphosate translocates extensively throughout the plant via both the xylem and the phloem.



**Figure 1. Diagram showing the source to sink movement of a phloem mobile herbicide like glyphosate. Sugar-exporting leaves act as the source. Herbicide placed on sugar-exporting lower leaves (2, 3) moves downward, whereas herbicides placed on sugar-exporting upper leaves (4, 5) moves upward. Senescent leaves (1) do not export herbicide. Young expanding leaves (6), shoot tips (7, 8), and roots act as sinks. Source: Ross and Lembi (1999).**

<u>Mode of Action</u>

Once absorbed and translocated in the plant, the herbicide must disrupt one or more biological processes in order to kill the susceptible plant. This is also known as the herbicide's mode of action, mechanism of action, or site of action. The biochemical pathways targeted by herbicides play a vital role the growth and development of plants; when herbicides are applied, these processes cannot be carried out and plant injury and/or death occur. For example, growth regulator herbicides (2,4-D, dicamba, others) mimic auxin, a natural produced growth regulator. Auxins are known to control cell elongation and cell wall formation, disruption of which causes twisting and curling of foliage. Other herbicides target photosynthesis (atrazine, hexazinone, others). These compounds block normal energy transfer during photosynthesis, resulting in the formation of free radicals (potent biological oxidants) that attack and destroy cell membranes. Still other herbicides work as pigment inhibitors (amitrole, mesotrione, others). These stop the production of carotenoids which protect chlorophyll (gives plants the green color) from photooxidation. Without carotenoids, chlorophyll is destroyed by light and the plant dies. Herbicides are generally very safe to non-target organisms (insects, microorganisms, rodents, pets, livestock, and humans) because they target plant-specific processes (i.e. sites of action found only in plants).

<u>Selectivity</u>

Herbicides would have little value if it were not for selectivity. Selectivity is the phenomenon where the target plant (weed) is controlled but the non-target plant (crop) is not. There are two primary methods by which selectivity is achieved: 1) metabolism or 2) placement of the herbicide. Differences in metabolism of an herbicide between the weed and in the crop is a common mechanism of selectivity. Plants metabolize herbicides by converting the original compound into an innocuous metabolite. An enzyme in the plant facilitates a reaction that adds to or subtracts something from the herbicide molecule. Even the smallest change in the chemical structure of an herbicide can make it so the herbicide no longer affects the site of action and the plant is safe. Another approach is metabolic insensitivity. This is where the plant

has an altered or insensitive site of herbicide action so that the herbicide cannot bind and disrupt the critical biological process that causes plant death.

Selectivity can also occur based on placement of the herbicide in space or time. Here, the herbicide can be applied to weeds before the non-target plant emerges. This prevents the herbicide from coming into contact with the non-target plant and keeps it safe. An option after both the weed and the crop have emerged is to direct the spray solution to only contact the weed and not the crop. This can be done with a shielded or directed sprayer, or by wiping herbicide onto weeds with a paintbrush. Glyphosate is a non-selective herbicide, but it can be made selective by making the application directly to the weeds while avoiding contact to the desirable plant. This can be a great advantage in residential, homeowner, and personal use applications because the user decides which plant to control rather than relying on the biology and physiology of the plant to detoxify the herbicide.

### INTRODUCTION TO GLYPHOSATE-BASED HERBICIDES

Although originally developed and marketed by Monsanto Company under the trade name of Roundup in 1974, many companies now make glyphosate-based herbicides. Today, there are over 750 glyphosate-containing herbicides on the market. The success of this compound is driven by its performance as an extremely effective broad-spectrum herbicide that is environmentally and toxicologically safe. Glyphosate has unique chemical, physical, and biological properties that set it apart from other herbicides.

Glyphosate, *N*-(phosphonomethyl)glycine, is a simple molecule derived from phosphonic acid and the amino acid glycine. At room temperature, it is a white crystallized solid and is a weak acid. Glyphosate is generally formulated as a salt (potassium, isopropyl amine, ammonium, trimesium) which makes it water soluble, easier to handle and apply, and helps it to better penetrate the plant cuticle.

#### Glyphosate is an Exceedingly Effective Herbicide

Glyphosate is broad-spectrum, nonselective herbicide. It controls virtually all grass and broadleaf weeds. Where most herbicides have distinct strengths and weaknesses, glyphosate controls just about every species equally well. Glyphosate is also unique in that it will control weeds that are both large and small in size. Other herbicides have distinct restrictions on plant size (i.e., apply to weeds before they reach 2 inches in height, etc.). With glyphosate, as long as the plant is green and growing, it will be phytotoxic. Unlike many other herbicides, the performance of glyphosate is also very consistent from year to year and location to location.

Glyphosate is applied to the foliage (postemergence) and has absolutely no soil activity. The advantage of this is that the user can apply glyphosate directly to the leaves of the target weed without having to guess where weeds may grow as a user would with a soil-applied (preemergence) herbicide. Once on the foliage, glyphosate rapidly penetrates the cuticle and translocates via the xylem and phloem throughout the plant to underground roots and rhizomes. Widespread translocation below ground is why glyphosate is so effective at killing weeds at the roots, which prevents regrowth. Glyphosate also translocates to actively growing areas of the shoot. The result of extensive above and below ground translocation is that glyphosate readily controls most annual, biennial, and perennial weeds, including many difficult-to-control perennial weeds that most other herbicides struggle with.

Glyphosate inhibits a key enzyme in the shikimate pathway known as EPSP synthase. This is its mode of action. The blockage of that enzyme prevents the plant from synthesizing three critical aromatic amino

acids (phenylalanine, tyrosine, and tryptophan) that are essential for plant growth. EPSP synthase is found in plants only. Higher life forms (humans, animals, birds, fish, insects, etc.) do not have this enzyme. Therefore, glyphosate can be used to control weeds without negatively impacting other organisms. Glyphosate is also unique in that it is the only herbicide that targets the EPSP synthase enzyme.

Compared to other herbicides, symptoms in glyphosate treated plants are slow to develop. Symptoms first include growth inhibition, followed by yellowing (chlorosis) then necrosis of treated tissue. Plant death begins to occur five to ten days after treatment. The slow rate of kill is advantageous in allowing maximum translocation in the phloem to roots and other plant parts prior to the death of treated leaves.

<u>Glyphosate Has Low Acute Toxicity and is Safe for Use</u>

Glyphosate is one of the least acutely toxic pesticides to animals, humans, and the environment. Acute toxicity is expressed as an oral $LD_{50}$. The oral $LD_{50}$ is the standard measure of the single dose in mg/kg (mg of compound per kg of body weight) taken by mouth that is lethal to 50% of a population of test animals. The $LD_{50}$ for glyphosate is greater than 5,000 mg/kg; much higher than several other commonly used herbicides (Table 2). To put this value into even clearer context, the $LD_{50}$ of caffeine is 192 mg/kg, aspirin is 1,240 mg/kg, and table salt 3,320 mg/kg (Table 3). These household chemicals, used and/or consumed on a daily basis by many people, are much more acutely toxicity than glyphosate. Glyphosate has been repeatedly reviewed by EPA and other regulatory agencies around the world and declared safe when used according to label directions. As long as label directions are followed, there should be no impact of glyphosate-based herbicides on health or safety of humans and non-target organisms.

Table 2. Comparison of oral $LD_{50}$ values for commonly used herbicides.

| Herbicide | $LD_{50}$ (mg/kg) |
|---|---|
| Paraquat | 112 |
| Diquat | 230 |
| Bromoxynil | 440 |
| 2,4-D | 764 |
| Dicamba | 1,707 |
| Atrazine | 3,090 |
| Glyphosate | 5,600 |

Table 3. Comparison of oral $LD_{50}$ values for commonly used consumer goods and glyphosate.

| Household chemicals | $LD_{50}$ (mg/kg) |
|---|---|
| Nicotine | 9 |
| Caffeine | 192 |
| Bleach | 192 |
| Tylenol | 338 |
| Household ammonia (10%) | 350 |
| Aspirin | 1,240 |
| Table salt | 3,320 |
| Glyphosate | 5,600 |

Glyphosate is also one of the safest herbicides ever developed for the environment. It has a low vapor pressure, so it is essentially nonvolatile. Because of this, glyphosate, once applied to plant foliage, does not evaporate into the air to contaminate the atmosphere; it stays where it is applied. Glyphosate has an environmental half-life of 47 days, shorter than most other herbicides, due to its rapid breakdown by soil microbes (WSSA 2007). Glyphosate is very water-soluble and does not partition into animal fats; therefore, it does not bioaccumulate in fish or other animals. Glyphosate is also tightly bound and deactivated when it comes into contact with the soil, so it has essentially no activity as a soil-applied herbicide and is not a threat to contaminate groundwater.

In summary, the ability of glyphosate to control weeds is unrivaled. No other herbicide can match its consistency and effectiveness across virtually all plant species. Combine that with one of the best safety profiles among herbicides, both environmentally and toxicologically, and that explains why glyphosate is the most popular and widely used herbicide in the world.

## GLYPHOSATE-BASED FORMULATIONS

The active ingredient of an herbicide is always combined with other components into a formulation before it is applied to plants. All herbicide products consist of two parts: active and inert ingredients. The active ingredient is the chemical in the formulation that actually controls the weed. It is identified on the label. Inert ingredients are mostly solvents and carriers that help deliver the active ingredient to the target weed. Their purpose is to enhance the handling, storage, and application of the herbicide, along with its performance under field conditions.

Formulations of glyphosate-based herbicides and other herbicides often contain adjuvants and surfactants as part of their inert ingredients. An adjuvant is a non-herbicide material in a formulation that modifies the activity or application characteristics of the herbicide. A class of adjuvants called surfactants, a contraction of the term 'surface-active agents', are products that improve herbicide performance after the spray application has contacted the surface of the leaf. The need for a surfactant is related to the challenge associated with getting a water-soluble herbicide, like glyphosate, through the wax covered leaf cuticle. The carrier for most herbicides is water. Water is a polar molecule, meaning that it has one end with a positive charge and the other with a negative charge. With many water molecules together, the negative end on one water molecule is magnetically attracted to the positive end of another. This creates a phenomenon called surface tension, or the tendency of surface molecules of water to be attracted toward the center of the droplet. This is why water forms beads on a freshly waxed car, rather than spreading and lying flat. Similarly, leaves are covered by a waxy, water repellent surface. Spray applications made to these surfaces tend to bounce or run off, just like water on the freshly waxed car.

A surfactant improves the emulsifying, dispersing, spreading, wetting, of a liquid by modifying its surface characteristics. Surfactants disrupt the surface tension of the spray solution and allow the spray droplet to lie more flat and cover more leaf surface area. This ensures that droplets do not remain suspended on hairs or other leaf surface projections. An important feature of surfactants is that they are mostly made of long-chain molecules, one end with oil-like (lipophilic; non-polar) properties and the other with water-like (hydrophilic; polar) properties. Surfactants concentrate on the surface of the liquid (spray droplet) in which they are dissolved, with polar end aligning to the water, and the non-polar end attracted to oil-like compounds. Because of this, surfactants interface between lipophilic plant surfaces and hydrophilic water and herbicide molecules and allow the herbicide spray to spread over a normally repellent, waxy leaf

surface. This helps spray droplets stick to the plant, resulting in less runoff and creates more uniform spreading of the spray solution.

Adjuvants and surfactants are highly specialized compounds that improve the performance of herbicides under field conditions. These products are specifically engineered for a single purpose, to help herbicide molecules pass through the waxy cuticle of a leaf. Surfactants do not improve penetration into any other surface, nor do they influence translocation of the herbicide inside the plant or improve the ability of the herbicide at the site of action – they simply assist the herbicide in moving through a waxy leaf surface.

All formulations of glyphosate-based herbicides contain both active and inert ingredients. The active ingredient in these products is glyphosate, which is an acid and is usually formulated as a salt (i.e., isopropylamine, potassium, ammonium salt, etc.) to improve water solubility and ease of handling/application. The inert portions of these products often include adjuvants and surfactants to improve the performance of the herbicide once it comes into contact with a plant leaf.

**METHODS OF GLYPHOSATE APPLICATION**

Proper selection, calibration, and operation of application equipment is required for safe and effective use of herbicides. Glyphosate-containing herbicides are applied as a liquid through a sprayer, which allows the herbicide to be applied uniformly to the target. Self-propelled and tractor-pulled ground sprayers are used for most on-farm applications. Handheld sprayers and backpack sprayers are used for smaller areas in residential settings like yards and gardens and in non-residential applications such as parking lots and sidewalks.

Every type of sprayer has a tank, pump, and nozzles. The tank should be easy to fill and clean, with appropriate openings, hoses, agitation device, and connections. Mixing and loading of the herbicide product with water occurs in the tank. There are many types of pumps, but the purpose is to deliver the spray solution from the tank to the nozzle at the appropriate pressure. Nozzles are the most important part of the sprayer. A nozzle converts the spray mixture into spray droplets for delivery to the weed. The design of nozzles is optimized to produce actual spray droplets and not fine particles (mist). Nozzles are also designed to direct the spray only toward the intended target and not the applicator. When operated as recommended by the manufacturer (appropriate cleaning, calibration, pressure, maintenance, etc.), sprayers are very effective at delivering the spray solution to the target vegetation and are specifically designed to limit potential contact of the applicator with the spray solution. Ready-To-Use (RTU) spray bottles of glyphosate-based herbicides are specifically designed for this. In fact, RTU spray bottles are probably the safest method of herbicide application because they completely eliminate two potential points of applicator contact: mixing/loading prior to application and cleaning the sprayer afterward, so potential for contact with the herbicide using this method of application is very limited.

Product Labels and PPE

All herbicides have product labels that contain specific directions for safe and effective use of the particular product. The U.S. Environmental Protection Agency (EPA) thoroughly reviews each pesticide as part of the registration process to evaluate any possible danger to non-target organisms or the environment. EPA conducts a science-based evaluation of the potential of environmental and human health effects, and determines and/or approves the label language including information regarding Personal Protective Equipment (PPE) and directions for use. Following label directions is required by law

and is necessary to ensure safe use. It is a violation of federal law to use a pesticide in a manner inconsistent with its label.

Labels contain a list of PPE that should be worn, along with other safety recommendations for users. Labels provide directions for product storage and disposal, mixing and loading, use rates, combinations with other products, environmental conditions, application equipment, and other pertinent information for safe application. Spraying should never occur when winds are gusty, when wind velocity increases, when wind direction is constantly changing, or when there are other meteorological conditions that favor spray drift. The combination of proper user protection, suitable environmental conditions, and the use of a correct and well-maintained sprayer ensures a very low likelihood that the herbicide can come into contact with the user's body. All methods for spray application are specifically designed to apply herbicide to target plants and to avoid non-target plants, thus eliminating, or at least mitigating, opportunity for potential contact of the spray solution with the human applicator.  The key to safe use of any herbicide is to carefully read and follow all directions listed on the product label.

The EPA also provides language on herbicide labels to help users quickly assess potential toxicity to humans. Each herbicide product label is designated with one of three signal words based on the acute toxicity of all contents of the formulated product. The most toxic substances have the word "Danger" on the label, moderately toxic substances carry the word "Warning," and the least toxic substances have the word "Caution" on the label. Glyphosate-based herbicides are considered to be one of the least toxic substances and have Caution on the label. Many common household items have signal words that indicate greater toxicity than glyphosate (Table 4). The EPA also assigns Personal Protective Equipment (PPE) based on the risk the product poses to human health.  In the case of glyphosate, the PPE requirement is the minimum required for any herbicide, indicating that the EPA deems glyphosate to be safe when used according to label directions.

Table 4. Comparison of signal words for glyphosate vs. common household items.

| Product | Use | Signal word |
|---|---|---|
| Drano | Liquid Clog Remover | Danger |
| Aussie Aussome | Hair Spray | Danger |
| Off! Deep Woods | Insect Repellent | Danger |
| Clorox | Bleach | Danger |
| Tide | Liquid Laundry Detergent | Warning |
| Crest | Toothpaste | Warning |
| Glade PlugIns | Air Freshener | Warning |
| Windex | Hard Surface Cleaner | Warning |
| Banana Boat | Sun Screen | Warning |
| Roundup | Herbicide | Caution |

## BENEFITS OF GLYPHOSATE-BASED HERBICIDES

### Agricultural Benefits

#### Adoption of the No-Till System

The farming practices of the early settlers in America had a number of negative consequences, including land exhaustion, erosion, declining yields, and abandonment. Farmland created out of native forest and grasslands was used for food production until soil nutrients were depleted and fields were over-run with weeds, then the farmer would move on to a new parcel of land. In fact, a primary driver of westward expansion was deteriorating agricultural lands due to the farming practices of the day.

The destruction of farmland was accelerated as tillage became more mechanized. In 1838, John Deere invented the steel moldboard plow. Pulled by horses, this implement was efficient at cutting and inverting native sod and was widely used for removing weeds from fields before planting. In the late 1800's and early 1900's, farmers became more adept at tillage and kept land completely bare of vegetation during the time period after harvest and before planting. Cultivators, harrows, and rotary hoes were used to smooth the plowed ground for planting and to control weeds between crop rows. In all, tillage required 10 or more trips across the field, regardless of whether the field was large or small (Triplett 1976). Popular at the time was complete cultivation of cornfields, where individual corn plants were spaced far enough apart to allow cultivation on all four sides of each plant.

During this time, a major problem with tillage began to emerge – the bare soil created by tillage was susceptible to water and wind erosion. Perhaps no event was more pivotal in history of U.S. agriculture than the Dust Bowl of the 1930s, which was caused by the combination of tillage and drought. On April 14, 1935, also known as Black Sunday, an incredibly powerful dust storm hit Dodge City, Kansas at noon and removed enough topsoil to leave the community in total darkness for 40 minutes. In May of that same year, another dust storm suspended 350 million tons of soil into the air and dropped 12 million tons on the city of Chicago (Lal et al. 2006). Because of soil erosion, the Dust Bowl left millions of U.S. farmland acres severely damaged, and in many cases ruined altogether. It is estimated that more than 75% of topsoil was stripped from 200 million acres (Montgomery 2007).

The Dust Bowl created a great deal of controversy regarding the necessity of the plow. Weighing in on the debate was an Extension worker from Ohio named Edward Faulkner, who in 1943 wrote a book called *Plowman's Folly*. In it, he lays out research that showed that corn yields between hand-weeded and cultivated fields were identical and that the only reason for plowing was to control weeds. He also makes the case that if a practical alternative weed control method could be developed, tillage could be eliminated and soil erosion greatly reduced. Faulkner became the leader of the no-till movement.

In the 1940's, 2,4-D was effective at beginning to minimize the need for tillage by eliminating 1 to 3 tillage passes before planting and another 1 or more after crop emergence (Slife 1950). The years that followed resulted in the invention of new seeding equipment that could better place seeds in the soil without tillage and development of more effective herbicides that could eliminate a greater number of tillage passes.

The introduction of glyphosate based herbicides in the 1970's eventually lead to a revolutionary shift in the planting and harvesting operations of many farmers across the U.S. and the world – the elimination of all tillage, commonly referred to as no-till. In the no-till system, the field is first sprayed with an herbicide to kill any growing vegetation. Seed is then planted with a special piece of equipment that does

the following in a single pass: cuts through the plant residue on the soil surface, places the seed at a proper depth in the soil, and covers it up. The soil is left undisturbed except for a small band made by the planter, leaving plant residue on the soil surface to simultaneously conserve soil and water. The benefits of the no-till system are as follows:

_Reduction of soil erosion_. Topsoil can take decades, and even centuries to form, so erosion of that soil can destroy the productivity of cropland. Soil lost to wind and water can also have severe environmental impacts, particularly when it is carried into streams and waterways. The most effective strategy to prevent soil erosion on agricultural soils is to reduce or eliminate tillage. Maintaining plant residues on the soil surface with the no-till system creates a protective covering for the soil, shielding it from loss due to wind and water. No-till is highly effective at reducing soil erosion, with most research showing a reduction of 90% or more (Magleby 2003). For example, average soil loss in conventional tillage was about 33 tons/acre in a 6-year North Carolina experiment, and was reduced to 1.2 tons/acre in a no-till system (Raczkowski et al. 2009).

_Captures and conserves more water_. Water is critical to agriculture and to society as a whole. Approximately 80-90% of fresh water in the western states is used by agriculture (Schaible and Aillery 2012). With recent extreme droughts and the rapid population growth of urban areas, there is increased pressure for agriculture to use less water so that it may go toward other societal uses. In the recent droughts in California and other western states, that meant farmers abandoning acres that they were unable to irrigate and under-irrigating remaining fields; both of which translated in to a major reduction in farm revenue. Tillage dries soil to the depth of disturbance, so tillage results in significant evaporative water loss (0.2 to 0.35 inches) for each tillage pass (Greb 1983). The use of no-till systems maintains crop residues on the soil surface, thereby shading the soil, decreasing soil water evaporation, slowing surface runoff, and increasing water infiltration; thus, no-till results in more water in the soil (25% more; Munawar et al. 1990) and less need for supplemental water applied through irrigation (25% less; Meith and Parsons 1965).

_More soil water translates to higher crop yield_. Crop yield is directly tied to available water; the higher the yield, the more water is required. Water is limiting to crop yields in many parts of the U.S. In dryland areas of the western U.S., rainfall is always in short supply, so any production practice that results in the loss of even the smallest amount of water can cause serious yield reduction. In other parts of the country (East, South, and Midwest) where high precipitation typically supports crop growth, a month or two of little to no rainfall during a critical period of crop growth can be equally devastating. In both cases, additional water storage in the soil provided by the no-till system greatly improves crop yields, at times double or triple those of conventional tillage.

_Reduced labor and fuel_. No till farming results in large reductions in fuel consumption and time for farmers for a number of reasons: one herbicide application can substitute for several tillage trips, tillage equipment is much heavier than a sprayer and a great deal of energy is required to pull the tillage equipment through the soil, and sprayers are 3-4 times wider than tillage equipment and can move much faster through the field and with fewer trips. A conventional tillage system requires a farmer to make 10 or more tillage passes on a parcel of farmland, so replacing that with 2-3 quick, lighter weighted trips with a sprayer requires comparatively little time and energy. From the standpoint of fuel alone, estimates are that a no-till system requires about 3.5 gallons of diesel fuel per acre less than conventional tillage (USDA

NRCS 2005). That is equivalent to approximately 367 million gallons of diesel saved per year when extrapolated over the 105 million acres of no-till in the U.S.

*Climate protection*. Global warming and extreme weather events are connected to carbon dioxide ($CO_2$) emissions. Plants harvest $CO_2$ from the air through photosynthesis and use it to make stems, leaves, and roots and eventually becomes part of the organic matter of the soil. This is called carbon sequestration and is how plants help protect from global warming. When soil is tilled, that plant material and organic matter is mixed in the soil, exposing it to bacteria and fungi which feed on it. Air (including oxygen) is also introduced into the soil so the plant material is broken down to carbon by the microbes and is combined with oxygen in the soil to generate $CO_2$ which is released back into the air. Recent estimates suggest that around 133 billion tons of carbon has been lost from soils globally over the last two centuries, mostly from tillage (Sanderman et al. 2017). Conversely, the no-till system sequesters atmospheric carbon in soil organic matter and reduces emissions of major greenhouse gasses. Moreover, no-till reduces the use of fossil fuels which also contribute to $CO_2$ in the atmosphere.

No-till has steadily increased from almost zero acres in the 1970's to just under 105 million acres in the U.S. today (USDA NASS 2019). Even with all of the herbicides presently available on the market, no herbicide can replace glyphosate as a tool for vegetation management in no-till due to its unique chemical, physical, and biological features described above. Without glyphosate, the no-till system would be lost.

### Increase Crop Yields and Food Production

Glyphosate is a superior herbicide, but its full potential was not realized until the advent of glyphosate-resistant crops. Advances in molecular biology allowed the transfer of a glyphosate-insensitive gene into crop species (also known as glyphosate-resistant or Roundup Ready crops), thereby allowing glyphosate use 'in crop'. In 1996, glyphosate resistant soybean was introduced onto the market, followed by several other major crop species. Today, over 90% of the soybean, corn, and cotton in the U.S. is glyphosate resistant and significant acreage of glyphosate resistant canola, sugarbeet, and alfalfa is also grown.

Food production is a necessity of life. The current world population is around 7.6 billion and it is expected to increase to 9.7 billion in 2050.  (United Nations 2019). The Food and Agriculture Organization (FAO) projects global food production needs to increase by 70% to meet increased food demand in 2050 (Bruinsma 2009). In that report, a small percentage (about 20%) of this food increase can come from expansion of arable land, mostly in developing countries. The vast majority (around 80%) must come from increased crop yield and cropping intensity.

Weeds cause greater yield loss than any other crop pest, and, if not controlled, can devastate crop yields. As described earlier, yield reductions of at least 50% is expected in most major crops when weeds are not killed. Since glyphosate is a non-selective herbicide, virtually all weed species can be controlled in glyphosate-resistant crops with one or two applications of glyphosate. It is highly translocated to all parts of the plant (above and below ground), so weeds rarely regrow. Crop fields treated with glyphosate generally have fewer weeds than those treated with other herbicides or other weed control methods. Increased crop yield translates into a direct economic benefit to farmers, and cost savings to consumers.

Farmers also reap the reward of cost savings using glyphosate-based herbicides. In a conventional system, a corn grower may conduct a preemergence application of a chloroacetamide herbicide (e.g. Surpass, Outlook) to control grasses plus an HPPD inhibitor (e.g. Callisto, Balance) for broadleaves. Once the crop

emerges (postemergence), that grower could then apply a growth regulator herbicide (e.g. 2,4-D, dicamba) for broadleaf weeds plus a sulfonyl urea (e.g. Accent, Beacon) to control grasses. However, with glyphosate resistant crops, weeds are well controlled with glyphosate alone; there is often no need to apply 3-4 additional herbicides. In addition, the price of glyphosate-based herbicides has dropped considerably since 2000 due to the influx of generic glyphosate manufacturers, making it one of the cheapest herbicide options available. As noted herein, the use of glyphosate-based herbicides allows for a reduction or complete elimination of expensive soil tillage.

Finally, the simplicity, flexibility, and safety of using glyphosate-based herbicides in glyphosate resistant crops is attractive to farmers. This combination controls virtually any weed species at any height. Other herbicides often require consultants to make a specific herbicide recommendation based on weed spectrum, crop type, herbicide selectivity, environmental conditions, and other factors. There is also a safety aspect to applying a single application of glyphosate (a less toxic option) rather than 3-4 other herbicides (each likely more toxic than glyphosate) to achieve the same level of weed control.

### Landscaping, Personal, and Home Use

As discussed herein, weeds also cause tremendous harm to humans, property, and the environment in residential and non-crop areas. To mitigate these effects, weeds must be controlled. The mechanical or physical weed control tactics described above have a place in certain situations, but are frequently impractical, ineffective, too onerous, and too dangerous for the average residential, non-agricultural user. Herbicides fill a critical void because of their effectiveness in situations where other control strategies do not work. In addition, herbicides offer users a safe weed control tool with high degree of efficacy, low cost, flexibility, with minimal time and labor required.

Glyphosate is usually the best herbicide choice for landscape, home, and personal use for three primary reasons; it is safe, effective, and easy to use. When used as directed on the label, glyphosate is one of the least toxic pesticides to animals, humans, and the environment. Glyphosate has absolutely no soil activity, so it cannot persist in the soil and affect the growth other plants. This allows for new seedlings or transplants in the yard or garden without concern of herbicide residual in the soil affecting future plant growth. Glyphosate does not leach in the soil, so it is not a threat to contaminate groundwater or to be taken up by roots of nearby trees or shrubs. It also does not volatilize, so it will not evaporate into the air and cause injury on adjacent plants and cannot affect the breathable air of nearby inhabitants.

### Glyphosate is Effective and Efficient for Home Use

In terms of its effectiveness, no other herbicide compares to glyphosate. Glyphosate controls virtually all weeds, regardless of species, life cycle, environmental conditions, growth stage, or size. Without glyphosate, chemical weed control is much more complex due to the need to apply multiple herbicides to do the same job that glyphosate can do alone. For example, a homeowner may need to apply a growth regulator herbicide (2,4-D, dicamba) to control broadleaf weeds in the lawn, an ACCASE inhibitor (Select, Fusilade) to control grass in a flower bed, a preemergent herbicide (Prowl, Preen) to the driveway or sidewalk, glufosinate (Finale) to kill annual weeds that escape the preemergent application, and triclopyr (Tordon) to treat cut stumps to prevent regrowth. These herbicides are generally less effective than glyphosate, have greater potential effect on the environment, non-target plants, and other organisms (including humans), are more acutely toxic, and are more expensive. Furthermore, simply knowing the nuances of each herbicide, particularly what to apply and when, can easily overwhelm most residential

and landscape users.  Simplicity and flexibility are two of the hallmarks of glyphosate-based herbicides. With glyphosate, the user applies the spray solution directly to the foliage of the target plant (almost any plant at any growth stage) and the plant dies.

<u>Glyphosate is Easy to Use to Prevent Weeds and Their Harmful Effects at home</u>

Another attractive feature of glyphosate-based herbicides is convenience and ease of use. Hand weeding requires significant time and effort. Hoeing and pulling weeds is backbreaking, tedious, time-consuming work. For those who do not want to do it themselves or are physically incapable of doing so, paying an employee or contractor to hand weed is expensive. Weed removal by hand can be ineffective. Failure to remove all roots from the soil can lead to rapid regrowth of the weed, especially perennials due to their extensive root system. Glyphosate, on the other hand, has none of these issues. Application of glyphosate takes very little time and effort. The herbicide itself, and its application are inexpensive. Most importantly, it is widely and rapidly translocated through the plant and below ground to the roots so weeds are effectively killed and do not regrow, so there is no need to retreat.

Glyphosate is usually the best weed management tool to address the many negative impacts of weeds in residential landscapes as well. Take, for example, weeds that are health and safety hazards for humans or animals. These include weeds that are poisonous (poison hemlock, bittersweet nightshade), cause allergic reactions or skin irritations (blue spurge, stinging nettle, poison ivy), or physical injury (Canada thistle, Russian olive). Most of these weeds are perennials and biennials so they are very difficult to control with physical and mechanical methods due to their extensive root system. Most other herbicides struggle to control perennial weeds. Hand pulling is not an option due to potential harm due to contact with skin. With weeds that impact human and animal health, there must be zero tolerance for weeds that evade control efforts. A single poison hemlock or bittersweet nightshade plant can be just as poisonous to a child or pet as a large patch. A measure that provides suppression or partial control is not acceptable for weeds that impact health and safety. The application of a glyphosate-based herbicide is the only control measure (herbicide or non-herbicide) that can satisfy all of these criteria for virtually any weed that can be a hazard to human or animal health and safety.

In a similar vein, glyphosate is an excellent choice to address the other secondary effects of weeds. Glyphosate can easily control overgrown weeds to improve visibility of roadways, signs, children and pets. The area around utilities can be kept free of any and all vegetation with glyphosate to allow access for proper maintenance, repair, and operation. There is no better option for control of weeds in and around paved surfaces and compacted traffic areas (foot and vehicle traffic) than glyphosate. These weeds are almost impossible to pull by hand to remove roots, however, glyphosate readily translocates to provide complete control. Additionally, soil residual of other herbicides can wash into adjacent turfgrass, planting beds, and tree roots causing phytotoxicity, whereas glyphosate stays where it is sprayed and has no soil activity. Glyphosate can control just about any perennial plant with roots that can clog sewer and drainage pipes, keeping pipes from backing up and causing flood damage. Some formulations of glyphosate can be used in aquatic and wetland sites to prevent blockage of stream and surface drainage flows and to permit recreational access. Around homes and outbuildings, glyphosate can control the weeds that increase shading and humidity next to any structure, causing paint and wood to decay. This overgrown vegetation also harbors other pests, such as mice, rats, snakes, spiders, termites, which vegetation removal via glyphosate can reduce habitat and potential problems. Protecting the aesthetic value of homes and neighborhoods is one of the strengths of glyphosate because of the diversity of vegetation that may need

to be controlled in a broad range of applications at different times. Fire hazards can be created anytime weeds are allowed to grow unchecked. Glyphosate has excellent activity on virtually all weeds and can be highly effective at reducing fuel load for fires. Additionally, weeds on playgrounds and playing fields can interfere with activity and cause injury. These weeds are easily mitigated by glyphosate use. When weed growth on a property comes into conflict with state noxious weed laws, glyphosate is a quick, easy, safe, and effective solution.

## ALTERNATIVE HERBICIDES (INCLUDING ORGANIC PRODUCTS)

Glyphosate is one of more than 230 different chemicals with herbicidal activity that are marketed for weed control under thousands of trade named products. All of these herbicides have various strengths and weaknesses. Glyphosate has proven to be more widely used than other herbicides because the alternatives are generally less effective and more toxic.

### Glyphosate is More Effective than Organic Alternatives

There has recently been increased interest in organic herbicides as alternatives to synthetic products. The National Organic Program (NOP) standards allow products the use of "natural" chemicals while still maintaining organic certification. These include products like acetic acid, citric acid, d-limonene, clove oil, and cinnamon oil. All of these products are applied post-emergence, so they kill emerged weeds only. The herbicidal activity of these compounds is much less effective than glyphosate. Annuals can be controlled, but only if they are very small seedlings at the time of application (cotyledon to 1-2 true leaf). Broadleaf weeds are better controlled than grasses. As contact-type herbicides, these products can burn the tops off perennial weeds, but with no translocation to kill the root, weeds recover and regrow quickly. These products are applied at very high rates – exposing the user to significant amounts of chemical. All of the organic herbicides above are applied at as 10-20% solutions in order to achieve fairly marginal weed control. In contrast, a 1% solution of glyphosate will kill virtually all annuals and most perennials.

### Glyphosate is Less Acutely Toxic than Organic Alternatives

As mentioned previously the oral $LD_{50}$ of glyphosate is 5,600 mg/kg and other common synthetic compounds and household products are much more toxic than glyphosate (Tables 2 and 3). Likewise, not only are alternative and organic herbicides less effective than glyphosate-based herbicides, but they too are also more acutely toxic than glyphosate (Table 4). The acute toxicity of organic herbicides compared to glyphosate is amplified when considering that the use rate of organic products is typically 10 to 20 times greater than glyphosate.

Table 4. Comparison of oral $LD_{50}$ values for commonly used organic herbicides and glyphosate.

| Organic herbicide | $LD_{50}$ (mg/kg) |
|---|---|
| Clove oil | 2,650 |
| Cinnamon oil | 2,800 |
| Citric acid | 3,000 |
| Acetic acid (vinegar) | 3,310 |
| d-limonene | 4,400 |
| Glyphosate | 5,600 |

## SUMMARY

Humans have battled with weeds since the beginning of time.  Weeds negatively affect almost every aspect of human life, from farming, to travel and infrastructure, to play and recreation.  For most of human history, control efforts were limited to physical methods like pulling, hoeing, tilling, and burning, all of which are associated with varied collateral consequences. Only recently have we been able to develop chemicals to control invasive plant species. The development of herbicides represents a significant and transformational step in human's ability to combat weeds. Of all the herbicides discovered to date, none compares to glyphosate. No other herbicide can match its consistency and effectiveness across virtually all plant species. Combining that with one of the best safety profiles among herbicides, both environmentally and toxicologically, explains why glyphosate remains the best overall option for controlling weeds and mitigating the serious threats they pose to humans and the world we live in.

## CASE SPECIFIC OPINIONS – GERARD CERVANTES

My opinions below are based on my review of the depositions of the plaintiff, Gerald Cervantes, and his wife, Elizabeth, exhibits to those depositions, Mr. Cervantes' Plaintiff Fact Sheet, and the reports of plaintiff's expert Dr. Sawyer. Due to travel restrictions as a result of the COVID-19 pandemic, I was unable to conduct a property inspection. Accordingly, I reserve the right to amend my report and opinions if I have the opportunity to conduct a site inspection at Mr. Cervantes' property.

 Mr. Cervantes has no written records of any kind with respect to handling, application, or purchase of any pesticide, nor written records of work done for customers. With no records, I rely on claimed glyphosate use by Mr. Cervantes. Mr. Cervantes also reports never having had a pesticide license or any training in pesticide application. Mr. Cervantes claims he has not applied any pesticide other than glyphosate and any pest control at home was conducted by contractors.

Mr. Cervantes used glyphosate-based herbicides to control weeds at his home from 1982 to 2004. Mr. Cervantes also used glyphosate-based herbicides as a tool in his lawn care business from 1998 to 2004. He testified that he is the only person to ever apply glyphosate-based herbicides at his personal residence and as part of his lawn care business.

Mr. Cervantes testified that he used glyphosate because of its effectiveness in controlling weeds (Dep. Tr. 105:2-5; 117:8-10), but he did not know the identity of the weeds he controlled (Dep. Tr. 153:2-4). At his personal residence, Mr. Cervantes allegedly applied glyphosate to weeds growing in cracks of driveway and flower beds. As part of his lawn care business, he claims he made applications to flower beds and tree rings in residential areas, nursing homes, churches, and subdivision common areas.

For a majority of his alleged application, Mr. Cervantes used a Ready-to-Use ("RTU") glyphosate-based herbicide product, Roundup Weed and Grass Killer, exclusively to kill weeds on his personal property (Dep. Trans. 104:15-23). He also used this product on smaller jobs in his lawn care business. The product was very easy to use for Mr. Cervantes. It came in gallon sized containers with a built-in trigger. RTU products require no mixing, loading, or use of a separate sprayer. The product container has a built-in trigger connected to a hose that is used to make the application. Mr. Cervantes would have simply had to point and spray to kill weeds using the RTU product. As noted above, RTU products are designed to minimize exposure to the user. He estimated using a couple of gallons of this product per year (Dep. Tr. 105:4-15).

For larger commercial jobs in the lawn care business, Mr. Cervantes alleged to have used a Roundup concentrate that he mixed with water. The concentrate came in half-gallon sized containers and was mixed in a 3 gallon backpack sprayer with a hand pump to create pressure. He could not recall the brand or model of the sprayer. He has never used any other type of sprayer. The mixing process for the concentrate consisted of adding water to the spray tank, measuring and adding the concentrate, and then adding additional water to bring the mixture to the fill line on the tank of the sprayer. Mr. Cervantes was not sure of the product concentration that he used and could not recall how much product was added to the tank, but testified that he followed the chart on the label (Dep. Tr. 127:2-20). He claims to have used glyphosate-based herbicides in his lawn care business on a weekly basis (Dep. Tr. 116:20-23; 135:9-136:3; 154:8-13).  In a personal interview with plaintiff's expert, Dr. Sawyer, Mr. Cervantes claimed to have sprayed glyphosate-based herbicides commercially 3 days per week from 1998-2000 and 3-5 days per week from 2000-2004 (Sawyer Rpt. at p. 16). However, at deposition, Mr. Cervantes claimed to have sprayed 1 day per week.  Once per week he would typically mix a 3 gallon backpack sprayer to use

throughout that day across multiple jobs (Dep. Tr. 135:9-137:8). Applications were made from April to November. Spraying was more intensive at the beginning of season and decreased as the year progressed. Mr. Cervantes did not have an estimate of how much product he purchased and used annually for his lawn care business (Dep. Tr. 117:22-118:8).

<u>Mr. Cervantes' Claimed Frequency of Application is not Consistent with Weed Management Best Practices</u>

Mr. Cervantes' claimed weekly frequency of application of glyphosate-based herbicides seems greater than the frequency necessary to control weeds in the settings he describes. The weed control efficacy of glyphosate-based herbicides is excellent. He testified more than once that the glyphosate-based herbicides he applied worked really well (Dep. Tr. 105:2-5; 117:8-10; 152:14-20). As such, he would have had no need to apply more herbicide week after week. Glyphosate has a high level of activity on virtually any type of vegetation, but no soil residual activity, so weeds present at the time of application will be controlled, but the herbicide application will have no effect on new weed growth. The new weeds will begin to germinate with the next rain, however these new weeds will take 1-2 months to reach a size that would warrant a second application. My experience in biology and control of weeds is that an application of a glyphosate-based herbicide once per month is more than enough to keep the area weed-free. One application per week is not necessary to achieve weed control.

In addition, Mr. Cervantes testified that after weeds had died from the herbicide, he would pull them out, particularly around high visibility areas such as doorways and entries (Dep. Tr. 106:8-11; 153:14-154:7). Weeds sprayed as small seedlings would not necessitate hand pulling because they are inconspicuous and lack the critical mass of leaves and stems for pulling. It would likely require months of uninterrupted growth for a weed previously sprayed with Roundup to reach a size that would warrant hand pulling. Furthermore, these would be weeds growing near the heavy trafficked front entrance area of the property, or "red zone" as Mr. Cervantes calls it, and would certainly not be skipped anytime a herbicide application was made. Weeds sprayed weekly would never reach a size large enough to pull. My experience informs me that monthly, or even bi-monthly applications would be more than sufficient to control weeds in these areas.

<u>Mr. Cervantes' Spot Spray Application Greatly Limits His Potential for Contact with Roundup</u>

Mr. Cervantes generally applied glyphosate-based herbicides as a spot treatment for 1.5 to 2 hours per day (Dep. Tr. 137:15-21). Dr. Sawyer claims Mr. Cervantes told him he often conducted widespread "carpet" spraying for commercial clients (Sawyer Rpt. at p. 16), but at deposition Mr. Cervantes testified that he mostly spot sprayed. Spot spraying is the typical and expected type of application for the areas in which he testified to conduct landscape maintenance. In a spot treatment, the applicator sprays a weed for a few seconds, then stops the application and walks to the next weed and sprays again, as opposed to continuously spraying during the entire period. Based on this, a significant amount of time during spot-spraying is spent relocating from one spot to another, and a vast minority of time is spent actually applying herbicide. The applicator applies a targeted stream of herbicide directly to a weed or small patch of weeds, avoiding nearby desirable plants, and more importantly greatly limiting the potential for contact with the applicator. Further, Mr. Cervantes testified that he was careful and deliberate in his spot spraying – taking care to only apply herbicide to target weeds while limiting any off-target movement (Dep. Tr. 107:6-18). For most of the years Mr. Cervantes claimed to have applied glyphosate-based herbicides, he exclusively

used an RTU product, thus limiting his potential contact with the herbicide because there was no need to mix and/or load.

Mr. Cervantes claims he made spray applications when weather conditions were calm, sunny, and temperatures were above 60°F (Dep. Tr. 152:6-13). He reported not using glyphosate on rainy or windy days, didn't make applications at a specific time of day, and targeted weeds with no dew. With good weather conditions, the glyphosate controlled weeds well. He was careful about not getting herbicide on non-target vegetation (Dep. Tr. 150:16-24).

<u>Mr. Cervantes' Use of PPE Significantly Mitigated Any Risk of Potential Contact with Roundup</u>

Mr. Cervantes' described use of personal protective equipment ("PPE") when mixing and applying seems to be appropriate. He claims to have followed all PPE requirements required by the label when glyphosate-based herbicides were mixed, loaded, and applied (Dep. Trans. 129:21-24; 155:8-13). His PPE was in good shape. He wore nothing beyond label required PPE, such as a mask or a Tyvek suit. He did not wear long sleeves all the time, but he always wore long pants, leather work boots, and usually sunglasses (Dep. Tr. 140:21-142-3). He wore gloves made of cotton early and late in season when cold (Dep. Tr. 156:1-4). Dr. Sawyer claims in his report that Mr. Cervantes did not use PPE while spraying Roundup (Sawyer Rpt. at p. 17), however at deposition Mr. Cervantes provided testimony that he followed PPE requirements listed on the herbicide label.

He has no recollection of glyphosate-based herbicides getting on his clothes (Dep. Tr. 130:8-11). He would wear clothes used for spraying throughout day, then would wash them. He had no memory of getting herbicide on any part of his body except his hands on occasion (Dep. Tr. 130:11-18; 143:12-15). Sometimes he got herbicide on his hands from an occasional leaky trigger on the RTU formulation, but never with his backpack sprayer, which he took care to properly maintain (Dep. Tr. 157:1-11). When that would happen, he washed his hands with water as recommended on the label. He cannot recall getting herbicide spray drift on his body (Dep. Tr. 157:17-20). The precautions taken by Mr. Cervantes in terms of his use of PPE and his handling/applying of glyphosate-based herbicides provided little to no opportunity for exposure to the product. This is consistent with my experience and the experience of similar users who apply this herbicides in residential and commercial settings.

**CONCLUSION**

Though Mr. Cervantes's recalled frequency of application is much more than necessary to achieve sufficient weed control, his potential for contact with Roundup products is still minimal. I believe Mr. Cervantes was very careful in his handling and application of glyphosate-based herbicides (Dep. Tr. 142:17-3; 150:16-23; 152:21-24), and Dr. Sawyer agrees (Sawyer Rpt. at p. 20) ("Mr. Cervantes noted repeatedly in deposition that he was consistent and meticulous in his residential Roundup® applications at his properties."). His spraying equipment was appropriate, in good repair, and used correctly to place the herbicide on the target plant and not the applicator or adjacent plants. Mr. Cervantes wore proper PPE at all times as recommended on the label. Mr. Cervantes did not apply on windy days to minimize the chance of spray drift to other plants and, more importantly, himself. The type of application (spot treatment) minimized the amount of herbicide applied and was applied directly to weeds and not the adjacent desirable plants. With these precautions in place, there was minimal chance for contact of the Mr. Cervantes to glyphosate-based herbicides.

**Dated: February 10, 2021.**

_____

Earl Creech, Ph.D.
Professor of Agronomy; Extension Agronomist
Department of Plants, Soils, and Climate
Utah State University

# Attachment A

**Dr. Earl Creech's Materials Considered List (*Cervantes v. Monsanto Co.*)**

1. American Skin Association, *Poison Ivy, Sumac, and Oak*, http://www.americanskin.org/resource/poisonivy.php (last visited May 4, 2020).

2. APVMA (Australian Pesticides and Veterinary Medicines Authority), *Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian Government (2016).

3. ATSDR (Agency for Toxic Substances and Disease Registry), *Toxicological Profile for Glyphosate – Draft for Public Comment*, US Dep't of Health and Human Services (Mar. 2019).

4. B.W. Greb. *Water Conservation: Central Great Plains* 57-72 (H.E. Dregne & W.O. Willis eds., ed. 1983).

5. BAuA (German Federal Institute for Occupational Safety and Health), *Proposal for Harmonized Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate* (2016).

6. BfR (Bundesinstitut für Risikobewertung), *Does Glyphosate Cause Cancer?* BfR Communication No. 007/2015 (Mar. 23, 2015).

7. BfR, *Assessment of IARC Monographies Volume 112 (2015); Glyphosate, Renewal Assessment Report: Glyphosate Addendum I to RAR* (2015).

8. BfR, *CLH Report: Proposal for Harmonised Classification and Labelling, Regulation (EC) No 1272/2008 (CLP Regulation), Annex VI, Part 2 – Glyphosate* (2016).

9. BfR, *Final Addendum to the Renewal Assessment Report: Glyphosate* (Oct. 2015).

10. BfR, *Toxicology and Metabolism, Renewal Assessment Report: Glyphosate Volume 3 Annex B.6* (2015).

11. Borgaard, O. & A. Gimsing, *Fate of Glyphosate in Soil and the Possibility of Leaching to Ground and Surface Waters: A Review*, 64 Pest Mgmt. Sci. 441 (2008).

12. Bridges, D., *Impact of Weeds on Human Endeavors*, 8 Weed Technology 392 (1994).

13. Bruinsma, J., *The Resource Outlook to 2050: By How Much Do Land, Water and Crop Yields Need to Increase by 2050?*, FAO Expert Meeting on How to Feed the World in 2050 (June 24-26, 2009).

14. Deposition of Elizabeth Cervantes, *Cervantes v. Monsanto Co.*, No. 3:19-cv-03105 (N.D. Cal. July 16, 2020) (with exhibits).

15. Deposition of Gerard Cervantes, *Cervantes v. Monsanto Co.*, No. 3:19-cv-03105 (N.D. Cal. June 23, 2020) (with exhibits).

16. Derpsch, R. et al., *Current Status of Adoption of No-Till Farming in the World and Some of Its Main Benefits*, 3(1) Int'l J. Agriculture & Biological Engineering 1 (2010).

17. Derpsch, R., *History of Crop Production, With and Without Tillage*, 3 Leading Edge 150 (2004).

18. Dill, G., *Glyphosate-Resistant Crops: History, Status and Future*, 61 Pest Mgmt. Sci. 219 (2005).

19. Duke, S. & S. Powles, *Glyphosate-Resistant Crops and Weeds: Now and in the Future*, 12(3&4) J. Agrobiotechnology Mgmt. & Econ. 346 (2009).

20. Duke, S. & S. Powles, *Mini-Review, Glyphosate: A Once-in-a-Century Herbicide*, 64 Pest Mgmt. Sci. 319 (2008).

21. ECHA (European Chemicals Agency), *Opinion: Proposing Harmonized Classification and Labelling at EU Level of Glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment (Mar. 15, 2017).

22. EFSA (European Food Safety Authority), *Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate*, 13 EFSA J. 4302 (2015).

23. EPA (Environmental Protection Agency), *Glyphosate – Proposed Interim Registration Review Decision Case Number 0178* (Apr. 2019).

24. EPA (Environmental Protection Agency), Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

25. EPA, FIFRA SAP, *Meeting Minutes and Final Report No. 2017-01: EPA's Evaluation of the Carcinogenic Potential of Glyphosate* (Mar. 16, 2017).

26. EPA, *Glyphosate – Interim Registration Review Decision Case Number 0178* (Jan. 2020).

27. EPA, Health Effects Division, *Glyphosate. Study Summaries for Genotoxicity Studies* (Sept. 13, 2016).

28. EPA, Memorandum from Dana L. Friedman on *Response from the Pesticide Re-Evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision* (Jan. 16, 2020).

29. EPA, Memorandum from Monique M. Perron on *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment* to Steven Peterson (Jan. 13, 2020).

30. EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael L. Goodis, Director of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, on Labeling Requirements for Products that Contain Glyphosate to Registrant (Aug. 7, 2019).

31. Expert Report of William Sawyer, Ph.D., *Cervantes v. Monsanto Co.*, No. 3:19-cv-03105 (N.D. Cal. Jan. 22, 2021).

32. FAO (Food & Agriculture Organization of the United Nations), *The Future of Food and Agriculture – Trends and Challenges* (2017).

33. FAO, *Global Agriculture Towards 2050* (2009).

34. FAO, *The future of Food and Agriculture – Alternative Pathways to 2050* (2018).

35. Franz, J. et al., *Glyphosate: A Unique Global Herbicide ACS Monograph 189*, American Chemical Society (1997).

36.  Gianessi, L & A. Williams, *The Importance of Herbicides for Natural Resource Conservation in the USA*, in *Convergence of Food Security, Energy Security and Sustainable Agriculture* 333 (D. Songstad et al. eds., 2014).

37.  Giesy, J. et al., *Ecotoxicological Risk Assessment for Roundup® Herbicide*, 167 Revs. Of Envtl. Contamination & Toxicology 35 (2000).

38.  Gummin, D. et al., *2016 Annual Report of the American Association of Poison Control Centers' National Poison Data System (NPDS): 34th Annual Report*, 55(10) Clinical Toxicology 1072 (2017).

39.  Hanson, B. et al., *Herbicide-Resistant Weeds Challenge Some Signature Cropping Systems*, 68 California Agriculture 142 (2014).

40.  Health Canada, *Proposed Re-evaluation Decision PRVD2015-01 Glyphosate*, Health Canada Pest Management Regulatory Agency (Apr. 13, 2015).

41.  Health Canada, *Re-evaluation Decision RVD2017-01 Glyphosate*, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

42.  Health Canada, *Statement from Health Canada on Glyphosate*, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

43.  Henry, M., *The Contribution of Landscaping to the Price of Single Family Houses: A Study of Home Sales in Greenville, South Carolina*, 12(2) J. Envtl. Horticulture 65 (1994).

44.  Hunter, M. & D. Brown, *Spatial Contagion: Gardening Along the Street in Residential Neighborhoods*, 105 Landscape & Urban Planning 407 (2012).

45.  IARC (International Agency for Research on Cancer), *IARC Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

46.  Japan Food Safety Commission, *Glyphosate Summary*, 4 Food Safety 93 (2016).

47.  Jepson, P. et al., *Selection of Pesticides to Reduce Human and Environmental Health Risks: A Global Guideline and Minimum Pesticides List*, 4 Lancet Planet Health e56 (2020) with supplementary materials.

48.  JMPR (Joint Meeting on Pesticide Residues), *Pesticide Residues in Food – 2016: Evaluations 2016 – Part II – Toxicological*, Special Session of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (May 9-13, 2016).

49.  JMPR, *Joint FAO/WHO Meeting on Pesticide Residues, Summary Report* (May 9-13, 2016).

50.  Lal, R. et al., *Evolution of the Plow Over 10,000 Years and the Rationale for No-till Farming*, 93 Soil Tillage & Rsch. 1 (2006).

51.  Magelby, R., *Soil Management and Conservation* in *Agricultural Resources and Environmental Indicators 2003*, USDA ERS Agricultural Handbook No. AH722 (2003).

52. Meith, H. & P. Parsons, *Nontillage and Strip Weed Control Cut Almond Production Costs in Butte County Tests*, 19 Cal. Agric. 2 (1965).

53. Mensink, J. et al., *Environmental Health Criteria for Glyphosate*, World Health Organization (1994).

54. Merrill A. Ross & Carole A. Lembi, *Applied Weed Science* (2nd ed. 1999).

55. Monsanto Company, Label for Roundup Weed & Grass Killer$_1$ (2002) [MONGLY10529758 – MONGLY10529759].

56. Monsanto Company, Master Label for EPA Reg. No. 524-475 (Oct. 18, 2016).

57. Monsanto Company, Master Label for EPA Reg. No. 71995-10 (June 17, 2009).

58. Monsanto Company, Safety Data Sheet for Roundup® Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer II (Oct. 15, 2015).

59. Montgomery, D., *Dirt: The Erosion of Civilizations* (Univ. of Cal. Press 2007).

60. Munawar, A. et al., *Tillage and Cover Crop Management for Soil Water Conservation*, 82 Agronomy 773 (1990).

61. Nandula, V. et al., *Glyphosate-Resistant Weeds: Current Status and Future Outlook*, 16 Outlooks on Pest Mgmt. 183 (2005).

62. NASA, *Near Two Million Acres on Fire in United States*, available at https://www.nasa.gov/image-feature/goddard/2018/near-two-million-acres-on-fire-in-the-united-states (last visited June 3, 2020).

63. National Interagency Fire Center, *Historical Wildland Fire Information*, available at https://www.nifc.gov/fireInfo/fireInfo_statistics.html (last visited May 4, 2020).

64. National Park Service, *Wildfire Causes and Evaluation*, available at https://www.nps.gov/articles/wildfire-causes-and-evaluation.htm#:~:text=Nearly%2085%20percent*%20of%20wildland,and%20intentional%20acts%20of%20arson.&text=Lightning%20is%20one%20of%20the%20two%20natural%20causes%20of%20fires (last visited Aug. 24, 2020).

65. Oerke, E., *Centenary Review - Crop Losses to Pests*, 144 J. Agricultural Sci. 31 (2006).

66. Ozkan, H. & H. Zhu, *Effect of Major Variables on Drift Distances of Spray Droplets*, The Ohio State University (Apr. 4, 2016).

67. Panter, K. et al., *Plants Poisonous to Livestock in the Western United States*, U.S. Dep't of Agric., Agric. Rsch. Serv., Poisonous Plant Rsch. Lab'y, Logan, UT (2011).

68. Peterson, G. et al., *Dryland Agriculture Research Issues*, 23 Agronomy Monographs 901 (2006).

69. Plaintiff Fact Sheet of Gerard Cervantes.

70. Raczowski, C. et al., *Comparison of Conventional and No-Tillage Corn and Soybean Production on Runoff and Erosion in the Southeastern US Piedmont*, 64 J. Soil & Water Conservation 53 (2009).

71. Rosegrant, M. et al., *Food Security in a World of Natural Resource Scarcity – The Role of Agricultural Technologies*, International Food Policy Research Institute (2014).

72. Sanderman, J. et al., *Soil Carbon Debt of 12,000 Years of Human Land Use*, 114 PNAS 9575 (2017).

73. Slife, F. et al., *Controlling Weeds in Corn with 2,4-D*, Univ. of Ill. Coll. of Agric. Circular 652 (1950).

74. Soltani, N. et al., *Perspectives on Potential Soybean Yield Losses from Weeds in North America*, 31 Weed Technology 148 (2017).

75. Soltani, N. et al., *Potential Corn Yield Losses from Weeds in North America*, 30 Weed Technology 979 (2016).

76. Soltani, N. et al., *Potential Yield Loss in Sugar Beet Due to Weed Interference in the United States and Canada*, 32 Weed Technology 749 (2018).

77. Triplett, G., *History, Principles, and Economics of Crop Production with Reduced Tillage Systems*, 22 Bulletin of the Entomological Society of America 289 (1976).

78. United Nations, *Growing at a Slower Pace, World Population is Expected to Reach 9.7 Billion in 2050 and Could Peak at Nearly 11 Billion Around 2100*, available at https://www.un.org/development/desa/en/news/population/world-population-prospects-2019.html (last visited July 24, 2020).

79. USDA, *2017 Census of Agriculture, Table 47: Land Use Practices by Size of Farm 2017 and 2012*, available at https://www.nass.usda.gov/Publications/AgCensus/2017/Full_Report/Volume_1,_Chapter_1_US/st99_1_0047_0047.pdf (last visited June 9, 2020).

80. USDA, *Agricultural Resources and Environmental Indicators, 2006 Edition*, Economic Information Bulletin 16 (July 2006).

81. USDA, *Conservation Practices That Save: Crop Residue Management*, available at https://www.nrcs.usda.gov/wps/portal/nrcs/detailfull/national/energy/conservation/?cid=nrcs143_023637 (last visited June 9, 2020).

82. USDA, *Water Conservation in Irrigated Agriculture: Trends and Challenges in the Face of Emerging Demands*, Economic Information Bulletin Number 99 (Sept. 2012), available at https://www.ers.usda.gov/webdocs/publications/44696/30956_eib99.pdf?v=6017.4 (last visited Feb. 8, 2021).

83. Weed Science Society of America, *Crop Loss*, available at http://wssa.net/wssa/weed/croploss-2/ (last visited May 4, 2020).

84. Weed Science Society of America, *Herbicide Handbook* (Dale Shanner ed., 2014).

85.   Weed Science Society of America, *WSSA Fact Sheet about Weed Seeds and Their Longevity* (2016).

86.   Zimdahl, R., *The Etymology of Herbicide*, 17 Weed Sci. 137 (1969).

# Attachment B

# CURRICULUM VITAE

## J. Earl Creech, Ph.D.

Professor and Extension Agronomy Specialist
Utah State University
6300 Old Main Hill
Logan, UT 84322-6300

Phone (day): 435.797.7319

Email: earl.creech@usu.edu

**Professional Experience:**

| | |
|---|---|
| 2020-present | Professor and Extension Agronomy Specialist, Department of Plants, Soils & Climate, Utah State University |
| 2016-2020 | Associate Professor and Extension Agronomy Specialist, Department of Plants, Soils & Climate, Utah State University |
| 2010-2016 | Assistant Professor and Extension Agronomy Specialist, Department of Plants, Soils & Climate, Utah State University |
| 2007-2010 | Assistant Professor and Extension Weed Specialist, University of Nevada, Reno |
| 2003-2007 | Graduate Research Assistant, Department of Botany and Plant Pathology, Purdue University |
| 2001-2003 | Graduate Research Assistant, Department of Plants, Soils & Climate, Utah State University |

**Education:**

| Degree | Major | Year | Institution |
|---|---|---|---|
| Ph.D. | Weed Science | 2007 | Purdue University |
| M.S. | Plant Science | 2003 | Utah State University |
| B.S. | Chemistry (minor: Agronomy) | 2001 | Utah State University |
| A.A. | | 1998 | Hesston College (KS) |

**Honors and Awards:**

Advisor to the recipient of the 1st place poster (Chet Loveland) in the student poster contest in the C-6 division at the ASA/CSSA/SSSA 2019 International Annual Meetings, San Antonio, TX, 2019.

Advisor to the recipient of the 1st place paper (Chet Loveland) in the student paper contest at the Western Society of Crop Science Annual Meeting, Pasco, WA, 2019.

Graduate Research Mentor of the Year, College of Agriculture and Applied Sciences, Utah State University, 2017-2018.

Advisor to the recipient of the 2nd place paper (Jacob Briscoe) in the student paper contest at the Western Society of Crop Science Annual Meeting, Parma, ID, 2017

Advisor to the recipient of the 3rd place paper (Michael Deakin) in the student paper contest at the Western Society of Crop Science Annual Meeting, Parma, ID, 2017

Graduate Research Mentor of the Year, Department of Plants, Soils, and Climate, Utah State University, 2016

1st Place, Publication over 16 pages, "Fortifying Farms and Ranches Against Weed Invasion", Extension Education Community Educational Materials Awards Program, American Society of Agronomy, 2016

Advisor to the recipient of the 2nd place poster (Mark Pieper) in the student poster contest in the C-3 Division at the ASA/CSSA/SSSA 2016 International Annual Meetings, Phoenix, 2016.

Advisor to the recipient of the 1rd place paper (Mark Pieper) in the student paper contest at the Western Society of Crop Science Annual Meeting, Albuquerque, NM, 2016.

Advisor to the recipient of the 3rd place paper (Craig Rigby) in the student paper contest at the Western Society of Crop Science Annual Meeting, Logan, UT, 2015

Advisor to the recipient of the 2nd place paper (Craig Rigby) in the student paper contest at the Western Society of Crop Science Annual Meeting, Bozeman, MT, 2014

Outstanding New Specialist, USU Extension Specialists Association, 2013

Advisor to the recipient (Jason Clark) of the Gerald O. Mott Meritorious Graduate Student Award in Crop Science, Crop Science Society of America, 2013

Advisor to the recipients of the 1st (TJ Bingham) and 3rd (Jason Clark) place papers in the student paper contest at the Western Society of Crop Science Annual Meeting, Pendleton, OR, 2013

APEX Award for Publication Excellence, "Nevada's 2008 Weed Management Extension Program Needs Assessment: A Survey of Agricultural Producers and Public Land Managers," Communications Concepts, Inc., 2011

Co-author to the 1st place recipient of the Ulysses P. Hendrick Award (best student paper), "Alternative alleyways for tart cherry orchards" by M.A. Rowley, B.L. Black, C.V. Ransom, J.R. Reeve and J.E. Creech, American Pomological Society, 2011

Certificate of Excellence (Publication over 16 pages), "Nevada Noxious Weed Field Guide", Division A-4 Educational Materials Awards Program, American Society of Agronomy, 2010

APEX Award for Publication Excellence, "Nevada Noxious Weed Field Guide," Communications Concepts, Inc., 2010

Certificate of Excellence (Publication 16 pages and under), "Winter Annual Weeds and Soybean Cyst Nematode Management", Division A-4 Educational Materials Awards Program, American Society of Agronomy, 2008

Bronze Award (3rd place nationally), Technical Publication entitled "Winter Annual Weeds and Soybean Cyst Nematode Management", Association for Communication Excellence in Agriculture, Natural Resources, and Life and Human Sciences, 2008.

1st Place Paper, Graduate Student Contest, North Central Weed Science Society Annual Meeting, Milwaukee, WI, 2006

Outstanding Ph.D. Student, Department of Botany and Plant Pathology, Purdue University, 2006

1st Place Poster, Graduate Student Contest, North Central Weed Science Society Annual Meeting, Kansas City, MO, 2005

2nd Place Paper, Graduate Student Contest, North Central Weed Science Society Annual Meeting, Columbus, OH, 2004

1st Place Overall Graduate Individual, 1st Place Overall Graduate Team, 1st Place Team Sprayer Calibration, North Central Collegiate Weed Science Contest, Waseca, MN, 2004

Graduate Student Travel Award, Department of Botany and Plant Pathology, Purdue University, 2004, 2005

2nd Place Overall Graduate Team, North Central Collegiate Weed Science Contest, Champaign, IL, 2003
Graduate Student of the Month, Utah State University, April 2003
D. Kenneth Christensen Scholarship, College of Agriculture, Utah State University, 2002-03
Richard L. Chase Scholarship, Plants, Soils, and Biometeorology Department, Utah State University, 2001-02, 2002-03
Graduate Student Tuition Award, Plants, Soils, and Biometeorology Department, Utah State University, 2001-02, 2002-03
President's Scholarship, Hesston College, 1997-98
Academic Scholarship, Hesston College, 1994-95
Athletic Scholarship, Hesston College, 1994-95

**Professional Affiliations:**
American Society of Agronomy, 2005-present
    Judge, Graduate Student Poster Competition (Weedy and Invasive Plant Species Community), 2019
    Chair, Weedy and Invasive Plant Species Community, 2018-2019
    Certified Crop Advisor Exam Refresh Committee, 2017-present
    Associate Editor, Agronomy Journal, 2013-2018
    Member, Agronomic Extension Education Award Committee (A432.2), 2011-2012
Crop Science Society of America, 2006-present
    Chair, Crop Science Extension Education Award Committee (C464), 2012
    Member, Crop Science Extension Education Award Committee (C464), 2011
    Judge, Graduate Student Poster Competition (C-03), 2011-2012
Gamma Sigma Delta, Honor Society of Agriculture, initiated 2005
Phi Kappa Phi, initiated 2003
Weed Science Society of America, 2001-present
Western Society of Crop Science, 2010-present
    Past President, 2017-2019
    President, 2015-2017
    President Elect, 2013-2015
    Chair, Local Arrangements, 2015
Western Society of Weed Science, 2001-present
    Chair, Necrology committee, 2019-present
    Vice Chair, Necrology committee, 2018-2019
    Judge, Student Paper Contest Judge at Annual Meeting, 2009, 2013
    Member, Herbicide Resistance Committee, 2008-2009
    Member, Local arrangements Committee, 2001-2002

**EXTENSION DOCUMENTATION:**

**Extension Publications (refereed)**

(*graduate student, **undergraduate student, [+]County Extension Agent)

Yost, M., J. Holt, N. Allen, E. Creech, D. Winward, and T. Sullivan. 2020. Guide to irrigation application systems for pivots and laterals. Utah State University Extension Publication.

Yost, M., C. Pound, E. Creech, G. Cardon, J. Gale, M. Pace, B. Kitchen, S. Price, K. Heaton, M. Nelson, T. Wilde, and K. Russell. 2020.  Nitrogen Fertilizer Guide for First-Year Small Grains Following Alfalfa. Utah State University Extension Publication. 7 p. https://digitalcommons.usu.edu/extension_curall/2120/

Creech, E., M. Yost, G. Cardon, C. Ransom, and J. Clark. 2020. Considerations for crop rotation from alfalfa to corn. Utah State University Extension Publication. AG/Crops/2020-01-pr. 4 p.

Rose, M., E. Creech, B. Waldron, C. Isom, M. Peel, K. Thornton, J. Hadfield, and K. Rood. 2020. Pasture management to improve dry matter intake. Utah State University Extension Publication. Agriculture/Livestock/2020-01-pr. 5 p.

Yost, M., G. Cardon, N. Allen, B. Sorensen, K. Egbert, E. Creech, C. Ransom, and R. Ramirez. 2020. Chemigation guide. Utah State University Extension Publication. AG/Chemigation/2020-01pr. 6 p.

Yost, M., N. Allen, E. Creech, D. Putnam, J. Gale, and G. Shewmaker. 2020. Ten reasons why alfalfa is highly suitable for the West. Utah State University Extension Publication. AG/Crops/2020-01pr. 4 p.

Yost, M., J. Holt*, C. Reid[+], D. Winward, N. Allen, and **E. Creech**. 2019. Mobile drip irrigation for pivots and laterals. Utah State University Extension Publication. AG/Irrigation/2019-02pr. 5 p.

Yost, M., N. Allen, G. Cardon, and **E. Creech**. 2019. 4R's of irrigation management. AG/Irrigation/2019-01pr. 4 p.

Yost, M., G. Cardon, B. Crookston**, J. Reeve, and **E. Creech**. 2019. Measuring and building soil health. AG/Soils/2019-01pr. 6 p.

Yost, M., B. Sorensen**, **E. Creech**, N. Allen, R. Larsen, R. Ramirez, C. Ransom, C. Reid[+], J. Gale[+], and B. Kitchen[+]. 2019. Defense against drought. Utah State University Extension Publication. AG/Farmland/2019-02pr. 8 p.

Buckland*, K., **E. Creech**, J. Reeve, G. Cardon, M. Yost, and D. Despain[+]. 2018. Cover crops for Utah. Utah State University Extension Publication. AG/Crops/2018-02pr.

Briscoe*, J., **E. Creech**, M. Peel, B. Waldron, G. Cardon, and K. Heaton[+]. 2018. Successfully inter-seeding legumes into existing cool-season pastures. Utah State University Extension Publication. AG/Crops/2018-01pr.

Buckland*, K., **E. Creech**, J. Reeve, G. Cardon, and M. Pace. 2017. Quinoa for Utah. Utah State University Extension Publication. AG/Crops/2017-01pr.

Allen, N., **E. Creech**, Pace[+], M., and C. Israelsen[+]. 2015. Irrigation of safflower in northern Utah. Utah State University Extension Publication. AG/OilseedCrops/2015-03pr. 4 p.

**Creech, E.,** G. Cardon, J. Barnhill[+], J. Gale[+], C. Israelsen[+], B. Kitchen[+], M. Nelson[+], and M. Pace[+]. 2015. The potential for reducing N fertilizer inputs for corn production in the first year following alfalfa. Utah State University Extension Publication. AG/Crops/2015-01pr. 4 p.

4

**Creech, E.**, T. Griggs, C. Israelsen[+], T.J. Bingham*, J. Clark*, and M. Pieper*. 2015. Irrigated alfalfa variety performance, 2011-2014; North Logan, Utah. Utah State University Extension Publication. AG/Crops/2015-02pr. 3 p.

Israelsen[+], C., Pace[+], M., **E. Creech**, and N. Allen. 2015. Dryland safflower response to dormant seeding in Utah. Utah State University Extension Publication. AG/OilseedCrops/2015-01pr. 5 p.

Pace[+], M., C. Israelsen[+], **E. Creech**, and N. Allen. 2015. Growing safflower in Utah. Utah State University Extension Publication. AG/OilseedCrops/2015-02pr. 4 p.

Schultz[+], B., **E. Creech**, and K. McAdoo. 2015. The response of creeping Wildrye (*Leymus triticoides*) to physical and chemical mowing of perennial pepperweed (*Lepidium latifolium*) and subsequent herbicide treatment. University of Nevada Cooperative Extension Publication. SP-15-04. 16 p.

Blecker, L., J. Paterson, J. Davison, **E. Creech**, and B. Schultz[+]. 2014. Establishing priority weeds for early detection and rapid response (EDRR) education in Nevada. University of Nevada Cooperative Extension Publication. SP-14-09. 65 p.

**Creech, E.,** R. Whitesides, and J. Davison. 2014. Fortifying farms and ranches against weed invasion. Utah State University Extension Publication. AG/Weeds/2014-01pr. 36 p.

**Creech, E.**, Rasmussen, P., and B. Newhall. 2014. The ten most common mistakes in using no-till. Utah State University Extension Publication. AG/Crops/2014-01pr. 2 p.

Schultz[+], B., **E. Creech**, and K. McAdoo. 2014. The response of perennial pepperweed (*Lepidium latifolium*) to physical and chemical mowing and herbicide treatment of the regrowth. University of Nevada Cooperative Extension Publication. SP-14-02. 19 p.

Newton, J., J. Davison, B. Schultz[+], L. Blecker, and **E. Creech**. 2013. Early detection and rapid response (EDRR) education and implementation results in Nevada. University of Nevada Cooperative Extension Publication. FS-13-08. 4 p.

Schultz[+], B. and **E. Creech**. 2013. Short-term collateral effects of six herbicides on Sandberg bluegrass (*Poa secunda*) following wildfire. University of Nevada Cooperative Extension Publication. SP-13-12. 10 p.

Young, A., **E. Creech**, D. ZoBell, C. Israelsen[+], and J.-S. Eun. 2013. Integrating teff into livestock operations. Utah State University Extension Publication. AG/Forages/2014-01pr. 4 p.

**Creech, E.**, C. Israelsen[+], M. Pace[+], and R. Whitesides. 2012. Herbicide Strategies to Maximize Yield in Glyphosate-Resistant Corn. Utah State University Extension Publication. AG/Forages/2012/02pr.

**Creech, E.**, J. Barnhill[+], and S. Olsen[+]. 2012. Teff hay production guidelines for Utah. Utah State University Extension Publication. AG/Forages/2012/01pr.

Schultz[+], B., and **E. Creech**. 2012. The response of Crested Wheatgrass (*Agropyron spp*) Seedlings to Six Herbicides. University of Nevada Cooperative Extension Publication. FS-12-36. 6 p.

Blecker, L., **E. Creech**, and J. Davison. 2011. Integrated Weed Management in Seedling Alfalfa. University of Nevada Cooperative Extension Publication. FS-11-01. 4 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and S. Donaldson. 2011. Weeds to Watch: New Weed Threats for Washoe County. University of Nevada Cooperative Extension Publication. FS-11-05. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and S. Foster[+]. 2011. Weeds to Watch: New Weed Threats for Pershing County. University of Nevada Cooperative Extension Publication. FS-11-06. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and A. Meier[+]. 2011. Weeds to Watch: New Weed Threats for N. Nye and Esmeralda Counties. University of Nevada Cooperative Extension Publication. FS-11-07. 2 p.

Blecker, L., **E. Creech**, J. Davison, and B. Schultz[+]. 2011. Weeds to Watch: New Weed Threats for Nevada. University of Nevada Cooperative Extension Publication. FS-11-08. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and S. Emm[+]. 2011. Weeds to Watch: New Weed Threats for Mineral County. University of Nevada Cooperative Extension Publication. FS-11-09. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and L. Singletary[+]. 2011. Weeds to Watch: New Weed Threats for Lyon County. University of Nevada Cooperative Extension Publication. FS-11-10. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and H. Gatzke[+]. 2011. Weeds to Watch: New Weed Threats for Lincoln County. University of Nevada Cooperative Extension Publication. FS-11-11. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and R. Davis[+]. 2011. Weeds to Watch: New Weed Threats for Lander County. University of Nevada Cooperative Extension Publication. FS-11-12. 2 p.

Blecker, L., **E. Creech**, J. Davison, and B. Schultz[+]. 2011. Weeds to Watch: New Weed Threats for Humboldt County. University of Nevada Cooperative Extension Publication. FS-11-113. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and G. McCuin[+]. 2011. Weeds to Watch: New Weed Threats for Eureka County. University of Nevada Cooperative Extension Publication. FS-11-14. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and K. McAdoo. 2011. Weeds to Watch: New Weed Threats for Elko County. University of Nevada Cooperative Extension Publication. FS-11-15. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and S. Lewis[+]. 2011. Weeds to Watch: New Weed Threats for Douglas County. University of Nevada Cooperative Extension Publication. FS-11-16. 2 p.

Blecker, L., **E. Creech**, J. Davison, and B. Schultz[+]. 2011. Weeds to Watch: New Weed Threats for Clark and S. Nye Counties. University of Nevada Cooperative Extension Publication. FS-11-17. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and M. Evans[+]. 2011. Weeds to Watch: New Weed Threats for Carson City and Storey Counties. University of Nevada Cooperative Extension Publication. FS-11-18. 2 p.

Blecker, L., **E. Creech**, J. Davison, and B. Schultz[+]. 2011. Weeds to Watch: New Weed Threats for Churchill County. University of Nevada Cooperative Extension Publication. FS-11-19. 2 p.

Blecker, L., **E. Creech**, J. Davison, B. Schultz[+], and D. Nelson[+]. 2011. Weeds to Watch: New Weed Threats for White Pine County. University of Nevada Cooperative Extension Publication. FS-11-20. 2 p.

**Creech, E.,** S. Olsen, and J. Barnhill[+]. 2011. Corn Grain Hybrid Trial, 2010. Utah State University Cooperative Extension Publication. AG/CropPerformanceTrials/2011-01pr. 2 p.

Davison, J., P. Powell[+], B. Schultz[+], **E. Creech**, and L. Singletary[+]. 2011. Needs Assessment for Noxious Weeds in Churchill County; Part 1 of 5: Problem Weeds, Approaches and Methods of Control. University of Nevada Cooperative Extension Publication. FS-11-72. 5 p.

Davison, J., P. Powell[+], B. Schultz[+], **E. Creech**, and L. Singletary[+]. 2011. Needs Assessment for Noxious Weeds in Churchill County; Part 3 of 5: Spread, Detection and Prevention of Weeds. University of Nevada Cooperative Extension Publication. FS-11-74. 6 p.

Powell[+], P., J. Davison, B. Schultz[+], **E. Creech**, and L. Singletary[+]. 2011. Needs Assessment for Noxious Weeds in Churchill County; Part 1 of 5: Problems of and Obstacles to Weed Management. University of Nevada Cooperative Extension Publication. FS-11-73. 6 p.

**Creech, E.,** L. Singletary[+], J. Davison, L. Blecker, and B. Schultz[+]. 2010. Nevada's 2008 Weed Management Extension Program Needs Assessment: A Survey of Agricultural Producers and Public Land Managers. University of Nevada Cooperative Extension Publication. SP-10-03. 95 p.

**Creech, E.,** B. Schultz[+], and L. Blecker. 2010. Nevada Noxious Weed Field Guide. University of Nevada Cooperative Extension Publication. SP 10-01. 120 p.

Davison, J., **E. Creech**, and M. Laca*. 2010. Response of Teff Grain Yields to Several Broadleaf Herbicides Applied at Three Different Growth Stages During 2009. University of Nevada Cooperative Extension Publication. FS 10-76. 5 p.

Davison, J., **E. Creech**, and M. Laca*. 2010. Response of Teff Biomass Yields to Several Broadleaf Herbicides Applied at Three Different Growth Stages During 2009. University of Nevada Cooperative Extension Publication. FS 10-35. 5 p.

Schultz[+], B., **E. Creech**, and L. Singletary[+]. 2010. Needs Assessment for Noxious Weeds in Humboldt County: Part 1 of 5 – Problem Weeds and Approaches and Methods of Control. University of Nevada Cooperative Extension Publication. SP 10-40. 6 p.

Schultz[+], B., **E. Creech**, and L. Singletary[+]. 2010. Needs Assessment for Noxious Weeds in Humboldt County: Part 2 of 5 – Problems of and Obstacles to Weed Management. University of Nevada Cooperative Extension Publication. SP 10-41. 6 p.

Schultz[+], B., **E. Creech**, and L. Singletary[+]. 2010. Needs Assessment for Noxious Weeds in Humboldt County: Part 3 of 5 – Spread, Detection, and Prevention of Weeds. University of Nevada Cooperative Extension Publication. SP 10-42. 6 p.

Schultz[+], B., **E. Creech**, and L. Singletary[+]. 2010. Needs Assessment for Noxious Weeds in Humboldt County: Part 4 of 5 – Criteria for Herbicide Selection and Use. University of Nevada Cooperative Extension Publication. SP 10-43. 6 p.

Schultz[+], B., **E. Creech**, and L. Singletary[+]. 2010. Needs Assessment for Noxious Weeds in Humboldt County: Part 5 of 5 – Priority Research and Outreach. University of Nevada Cooperative Extension Publication. SP 10-44. 5 p.

**Creech, E.,** B. Schultz[+], R. Torell, and K. Davies. 2008. Ranch Biosecurity as a Weed Control Measure. Cow-Calf Management Guide - Cattle Producer's Library. University of Idaho, Moscow. CL543. 4 p.

**Creech, E.,** and D. Rafferty. 2007. Identification and Management of Russian-olive. University of Nevada Cooperative Extension Fact Sheet. FS 07-39. 4 p.

Mock*, V. A., **J. E. Creech,** W. G. Johnson, J. Faghihi, V. R. Ferris, and A. Westphal, and K. Bradley. 2007. Winter Annual Weeds and Soybean Cyst Nematode Management – With a Guide for Identifying Known Weed Hosts**.** Purdue University Cooperative Extension Publication. WS-36. 17 p.

**Extension Publications (non-refereed)**

Getts, T., R. Wilson, G. Galdi, C. Loveland, D. Samac, and E. Creech. 2019. Roundup Ready Alfalfa Injury. Proceedings, 2019 Western Alfalfa & Forage Symposium, Reno, NV, Nov. 19 – 21, 2019. pp. 81-90.

Gale, J.A., J.E. Creech, G.E. Shewmaker, and D.H. Putnam. 2019. Forage sampling protocols and hay sampling device features. Proceedings, 2019 Western Alfalfa & Forage Symposium, Reno, NV, Nov. 19 – 21, 2019. p. 145.

Sullivan, T., M. Yost, M. Harper, E. Creech, and N. Allen. 2019. Crop, soil, and water management impacts on corn silage yield. Proceedings, 2019 Western Alfalfa & Forage Symposium, Reno, NV, Nov. 19 – 21, 2019. p. 169.

Egbert, K., M. Yost, N. Allen, E. Creech, J. Gale, M. Nelson, and T. Wilde. 2019. Irrigation equipment maintenance and scheduling impacts on alfalfa production. Proceedings, 2019 Western Alfalfa & Forage Symposium, Reno, NV, Nov. 19 – 21, 2019. p. 183.

Holt, J., M. Yost, E. Creech, C. Reid, N. Allen, and D. Winward. 2019. Pivot irrigation innovations can maintain yield with less water. Proceedings, 2019 Western Alfalfa & Forage Symposium, Reno, NV, Nov. 19 – 21, 2019. p. 189.

Loveland, C., E. Creech, M. Yost, S. Orloff, D. Putnam, G. Galdi, T. Getts, and R. Wilson. 2019. Potential for glyphosate injury in glyphosate-resistant alfalfa in frost-prone environments. Proceedings, 2019 Western Alfalfa & Forage Symposium, Reno, NV, Nov. 19 – 21, 2019. p. 191.

Roberts, C., E. Creech, M. Yost, K. Jensen, M. Peel, and R. Whitesides. 2019. Seeding rates, herbicide, and drought effects on oat-alfalfa companion crops. Proceedings, 2019 Western Alfalfa & Forage Symposium, Reno, NV, Nov. 19 – 21, 2019. p. 193.

Pound, C., M. Yost, E. Creech, G. Cardon, J. Gale, and M. Pace. 2019. Small grain forage after alfalfa rarely requires nitrogen. Proceedings, 2019 Western Alfalfa & Forage Symposium, Reno, NV, Nov. 19 – 21, 2019. p. 197.

Creech, E. 2019. 5 Keys to planting corn in 2019. From the Field newsletter. USU Extension. https://mailchi.mp/ed3fa4853290/may-updates-103557

Pace[+], M., C. Israelsen[+], N. Allen, and E. Creech. 2015. 2014 Dryland Safflower Variety Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet.

Pace[+], M., C. Israelsen[+], and E. Creech. 2014. 2013 Dormant Safflower Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet. http://extension.usu.edu/boxelder/agriculture_natural_resources/crop_trials

Pace[+], M., C. Israelsen[+], and E. Creech. 2014. 2013 Dryland Safflower Variety Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet. http://extension.usu.edu/boxelder/agriculture_natural_resources/crop_trials

Ottman, M., D. Putnam, V. Barlow, J. Brummer, M. Bohle, E. Creech, J. Davison, S. Foster, R. Long, M. Marsalis, S. Norberg, S. Orloff, and G. Shewmaker. 2013. Long term trends and the future of the alfalfa and forage industry. Proceedings, 2013 Western

Alfalfa & Forage Symposium.
http://alfalfa.ucdavis.edu/+symposium/proceedings/2013/13WAS-04_Ottman_LongTerm.pdf

Pace[+], M., C. Israelsen[+], and E. Creech. 2013. 2012 Dormant Safflower Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet. http://extension.usu.edu/boxelder/agriculture_natural_resources/crop_trials

Pace[+], M., C. Israelsen[+], and E. Creech. 2013. 2012 Dryland Safflower Variety Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet. http://extension.usu.edu/boxelder/agriculture_natural_resources/crop_trials

Pace[+], M., C. Israelsen[+], and E. Creech. 2012. 2011 Dormant Safflower Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet. http://extension.usu.edu/boxelder/agriculture_natural_resources/crop_trials

Pace[+], M., C. Israelsen[+], and E. Creech. 2012. 2011 Dryland Safflower Variety Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet. http://extension.usu.edu/boxelder/agriculture_natural_resources/crop_trials

Davison, J., M. Laca*, and E. Creech. 2011. The potential for teff as an alternative forage crop for irrigated regions. Proceedings, 2011 Western Alfalfa & Forage Symposium. http://alfalfa.ucdavis.edu/+symposium/proceedings/2011/11-86.pdf

Pace[+], M., C. Israelsen[+], and E. Creech. 2011. 2010 Dormant Safflower Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet. http://extension.usu.edu/boxelder/agriculture_natural_resources/crop_trials

Pace[+], M., C. Israelsen[+], and E. Creech. 2011. 2010 Dryland Safflower Variety Trial at Blue Creek, Utah (Box Elder Co.). Utah State University Extension Fact Sheet. http://extension.usu.edu/boxelder/agriculture_natural_resources/crop_trials

Schultz[+], B., K. McAdoo, R. Torell, and E. Creech. 2009. Management of Native Hay Meadows After Herbicide Treatment for Noxious Weeds. Proceedings - Cattlemen's Update 2009. pp. 19-21.

Creech, E. 2008. Ranch biosecurity as a weed control measure. Proceedings - Cattlemen's Update 2008. pp. 12-16.

Creech, E. 2007. Late-season escapes – the source of next year's weed problems. Nevada's Horticulture Connection Newsletter. 8:2, p 2. http://www.unce.unr.edu/areas/western/files/pdf/newsletters/horticulture/Summer2007HorticultureCon.pdf

Creech, E., and B. Johnson. 2003. Can postemergence Callisto activity on grass weeds be improved with atrazine? Pest and Crop Newsletter. No. 12, p. 5. http://www.entm.purdue.edu/Entomology/ext/targets/newslett.htm

Creech, E., and B. Johnson. 2003. Dandelion control with late spring applied treatments in no-till corn. Pest and Crop Newsletter. No. 20, pp. 3-4. http://www.entm.purdue.edu/Entomology/ext/targets/newslett.htm

**Trade Magazines - Articles Authored**

Progressive Dairy staff. 2020. Top 25 of 2020. My article "When a $60 part becomes a $100k bill" was highlighted as the #10 most downloaded article for 2020. Progressive Dairy. https://www.progressivedairy.com/news/industry-news/top-25-of-2020

Jaynes, L., and E. Creech. 2020. When a $60 part becomes a $100k bill. Progressive Dairy. Vol 34. Issue 1 p. 57. https://www.progressivedairy.com/digital_edition/2020/01/A08204F130438EE218E32427004483E5/PD0120_EAST.pdf

Yost, M., E. Creech, & N. Allen. 2020. Irrigation strategies that make sense. Progressive Forage. Vol 21. Issue 5, p. 19-20. https://www.progressiveforage.com/forage-production/irrigation/irrigation-strategies-that-make-ense

Jaynes, L., and E. Creech. 2020. When a $60 part becomes a $100k bill. Progressive Dairy Extra Newsletter. https://www.progressivedairy.com/topics/barns-equipment/when-a-60-part-becomes-a-100k-bill

Shaffer, B., G. Cardon, E. Creech, J. Banks, J. Barnhill, D. Despain, J. Gale, C. Israelsen, B. Kitchen, M. Nelson, M. Pace, R. Patterson, and C. Reid. 2019. Revisiting past recommendations for alfalfa nitrogen crediting for corn silage following alfalfa in Utah. Crops & Soils Magazine, American Society of Agronomy. July-August issue. doi:10.2134/cs2019.52.0408

Creech, E., R. Wilson, and D. Putnam. 2019.  Avoiding glyphosate injury in RR alfalfa. Progressive Forage. Vol 20, Issue 3, p. 34-35. (Circulation 45,434) https://www.progressiveforage.com/forage-types/alfalfa/avoiding-glyphosate-injury-in-rr-alfalfa *(Invited contribution)*

Whitesides, R., and E. Creech. 2018. Establishing alfalfa: Old school rules of thumb. Progressive Forage. Vol 19, Issue 2 p. 50-51. (Circulation 45,299) https://www.progressiveforage.com/forage-production/planting/establishing-alfalfa-old-school-rules-of-thumb *(Invited contribution)*

Whitesides, R., and E. Creech. 2018. Simple tips for determining 10 percent bloom in alfalfa. Progressive Forage. Vol 19, Issue 7 p. 26-27. (Circulation 45,299) https://www.progressiveforage.com/forage-production/management/simple-tips-for-determining-10-percent-bloom-in-alfalfa *(Invited contribution)*

J. Cherney, K.A. Albrecht, M.T. Berti, M. Bohle, S.C. Bosworth, K.A. Cassida, W.J. Cox, **E. Creech**, S.C. Fransen, M.H. Hall, D.B. Hannaway, M.A. Islam, K.D. Johnson, J.W. MacAdam, E.C. Meccage, D.H. Putnam, E.B. Rayburn, C.C. Sheaffer, G. Shewmaker, J. Solomon, R.M. Sulc, and J.J. Volenec. 2018. Forage in crisis: forage crops don't get no respect. Progressive Forage. Vol 19, Issue 8, p. 14-16. (Circulation 45,299) https://www.progressiveforage.com/forage-production/management/forage-in-crisis-forage-crops-don-t-get-no-respect

J. Cherney, K.A. Albrecht, M.T. Berti, M. Bohle, S.C. Bosworth, K.A. Cassida, W.J. Cox, **E. Creech**, S.C. Fransen, M.H. Hall, D.B. Hannaway, M.A. Islam, K.D. Johnson, J.W. MacAdam, E.C. Meccage, D.H. Putnam, E.B. Rayburn, C.C. Sheaffer, G. Shewmaker, J. Solomon, R.M. Sulc, and J.J. Volenec. 2018.  Forage crops need respect." Hay and Forage Grower. Vol 33, No 5, p. 18-19. (Circulation 64,000) https://hayandforage.com/article-2148-forage-crops-need-respect.html

Whitesides, R., and E. Creech. 2018. When the alfalfa stand is done. Progressive Forage. Vol 19, Issue 9 p. 22-23. (Circulation 45,299) https://www.progressiveforage.com/forage-types/alfalfa/when-the-alfalfa-stand-is-done *(Invited contribution)*

Creech, E., G. Cardon, and C. Ransom. 2016. Considerations when switching from alfalfa to corn. Progressive Forage (circulation is 41,500 for the print magazine and 8,600 for the e-newsletter). Vol. 17, Issue 9, p. 21-22. *(Invited contribution)*

Norberg, S., and E. Creech. 2014. Cutting irrigated hay costs by using soybeans. Progressive Forage (circulation is 41,500 for the print magazine and 8,600 for the e-newsletter). Vol. 15, Issue 10, p. 34-35. *(Invited contribution)*

Whitesides, R., and E. Creech. 2014. Hard water affects herbicide efficacy." Progressive Forage (circulation is 41,500 for the print magazine and 8,600 for the e-newsletter). Vol. 15, Issue 7, p. 36. *(Invited contribution)*

Creech, E., 2012. Timing herbicides to maximize yields in Roundup Ready corn." Progressive Dairyman – Canada (circulation 9,000). Vol. 2, Issue 5, p. 40-41. *(Invited contribution)*

Creech, E. 2012. Timing herbicides to maximize yields in Roundup Ready corn. Progressive Forage (circulation is 41,500 for the print magazine and 8,600 for the e-newsletter). Vol. 13, Issue 4, p. 22. *(Invited contribution)*

**Popular Press and News Media – Interviewed and Quoted**

*2020*

Jan 6    "Dormant alfalfa weed control." Interviewed by Dale Dyer for the Practical Ag Podcast.

Dec 15   "Alfalfa in the west." Interviewed by Emily Meccage for the Forage Genetics International Podcast.

*2019*

*Feb 13*   "Farmers enjoy field trip despite weather." Quoted in an article written by Stephanie Bunker published in Moapa Valley Progress https://mvprogress.com/2019/02/13/farmers-enjoy-field-trip-despite-weather/

Sep 23   "Pasture mixes to improve the sustainability of organic pasture-based dairy." My research was highlighted in an article by Stacie Clary in Organic Farmer magazine. http://organicfarmermag.com/2019/09/pasture-mixes-to-improve-the-sustainability-of-organic-pasture-based-dairy/

Oct 4    "Record rainfall year ends emergency drought order, a farmers perspective." Interviewed by Kailey Foster for a story on Utah Public Radio. https://www.upr.org/post/record-rainfall-year-ends-emergency-drought-order-farmers-perspective

Oct 14   "Plant scientists build on wheat research with $1.9 million NIFA grant." Interviewed and quoted in in a press release from Utah State University by Ammon Teare that was published on Utah State Today. https://www.usu.edu/today/?id=58666

Nov 26   "Alfalfa nitrogen credits are a no-brainer." Quoted extensively in an article written my Mike Rankin in Hay & Forage Grower magazine. https://hayandforage.com/article-2755-alfalfa-nitrogen-credits-are-a-no-brainer.html

*2018*

Dec 13   "Successful forage stand depends on proper seeding, quality seed." Quoted extensively in an article written by Barbara Duckworth published in the Canadian magazine, The Western Producer.

11

https://www.producer.com/2018/12/successful-forage-stand-depends-on-proper-seeding-quality-seed/

*2017*

Dec 4    "New herbicides kill winter weeds in alfalfa." Quoted extensively in an article by Anna-Lisa Laca published on Farm Journal's Ag Web.
https://www.agweb.com/mobile/article/new-herbicides-kill-winter-weeds-in-alfalfa/

*2015*

Aug 19   "Hazy air in Box Elder sparks concerns about farm burning. Interviewed and quoted in an article by Leia Larsen that was published in the Ogden Standard Examiner.

Jan 2    "5 goals for improved weed management in 2015." Interviewed and quoted in an article by Cassidy Woolsey in Progressive Forage Grower magazine.

*2014*

Dec 12   "USU Extension Co-Sponsors Utah Hay and Forage Symposium." Interviewed and quoted in a press release from Utah State University by Lynnette Harris that was published on Utah State Today – Online News.

Dec 7    "Quinoa could feed the world." My research was highlighted in an article by David Self Newlin in The Salt Lake Tribune.

Dec 6    "Agriculture News: Western Trip Part 1 – Cattlemen's Association heads out West." My Extension efforts were highlighted in an article by Keenan Bishop in The State Journal, Frankfort, KY.

Dec 1    "Improving corn yield." Interviewed and quoted by IFA's Corn Committee in an article for the Intermountain Farmers Association Cooperator magazine.

Nov 14   "USU team leads research to improve organic wheat growth." Interviewed and quoted in an article by Mitch Henline for CacheValleyDaily.com

Nov 6    "USU researchers lead organic wheat project with $1.5 million grant." Interviewed and quoted in in a press release from Utah State University by Elaine Taylor that was published on Utah State Today – Online News, Utah Business.com, The Herald Journal, and others.

Nov 1    "Keen-what? USU research farm experiments growing Quinoa in Utah." Interviewed and quoted by Matt Hargreaves in an article for Utah Farm Bureau News.

Jul 22   "Safflower researchers boost yields with dormant seeding." My research was highlighted in an article by John O'Connell in Capital Press, a weekly agricultural newspaper with circulation of ~35,000.

May 2    "Ogden company works to verify products as non-GMO." Interviewed and quoted in an article by Jesus Lopez Jr that was published in the Ogden Standard Examiner.

Apr 25   "Making hay with soybean in the West." My research was highlighted in an article by Tanner Emkhe in the Mar.-Apr. 2014 issue of Crops & Soils magazine. It was also posted on the Certified Crop Advisor and American Society of Agronomy websites.

Mar 24    "Get terrific tonnage from soybean hay." My research was highlighted in an article by Neil Tietz in Hay & Forage Grower magazine.

*2013*
Aug 30    "Teff grass matched alfalfa for growing cattle." My research was highlighted in an article in Hay & Forage Grower magazine.
Jun       "Take a bead on weeds." Interviewed and quoted by Loretta Sorensen in an article for Working Ranch Magazine

*2012*
Aug 9     "Glyphosate-resistant kochia investigated." Interviewed and quoted by Matthew Weaver in article for Capital Press, a weekly agricultural newspaper with circulation of ~35,000.
June 20   "Mid-season tips for better corn." Interviewed and quoted by Jeff Stevens in article for Intermountain Farmers Association Cooperator, a quarterly agricultural magazine. Vol. 78, no. 2, p. 8-9.
Mar 19    "Expert: Glyphosate resistance could limit direct seeding." Interviewed and quoted by John O'Connell in article for Capital Press, a weekly agricultural newspaper with circulation of ~35,000.

**Social Media**

The USU Extension Crops team (M. Yost, G. Cardon, R. Ramirez, C. Ransom, R. Larsen, C. Nischwitz, N. Allen, and myself) launched combined dissemination efforts across several social media platforms in March 2019. Although still very new, these sites have developed a good following and we anticipate that they will be an important means of information delivery in the future.

Facebook

Yost, M., E. Creech, C. Ransom, N. Allen, R. Larson, R. Ramirez, G. Cardon, and C. Nischwitz. 2019. USU Extension Crops Facebook Page. facebook.com/UtahCrops/. Mar. 2019. ***Followers: 139; Posts: 88; Reach (# of people reached): <u>13,436 total</u>; Engagement (# of post clicks, reactions, comments, shares): 2,176***. (As of Aug 30, 2019)

Instagram

Yost, M., E. Creech, C. Ransom, N. Allen, R. Larson, R. Ramirez, G. Cardon, and C. Nischwitz. 2019. USU Extension Crops Instagram. instagram.com/USUcrops. Mar. 2019. ***Followers: 272; Posts: 76; Reach (# of people reached): <u>600 per week</u>.*** (As of Aug 30, 2019)

Twitter

Yost, M., E. Creech, C. Ransom, N. Allen, R. Larson, R. Ramirez, G. Cardon, and C. Nischwitz. 2019. USU Extension Crops Twitter. //twitter.com/USUcrops. Mar. 2019. ***Impressions: 2,900. Engagements: 75***. (As of Aug 30, 2019)

**Newsletter**

The USU Extension Crops team also launched a newsletter in March 2019. We already have a large number of subscribers and anticipate that this will be another important avenue for information transfer.

Yost, M., E. Creech, C. Ransom, N. Allen, R. Larson, R. Ramirez, G. Cardon, and C. Nischwitz. 2019. From The Field. **_Subscribers: 1,004; Downloads: 1,835_**. (As of Aug 30, 2019)

**Websites**

Grass-birdsfoot trefoil mixtures to improve the sustainability of pasture-based organic dairies in the western U.S. Available at: https://eorganic.info/node/33809

USU Crops. Available at: https://extension.usu.edu/crops/

**Videos**

Creech, E. 2020. Dryland wheat trials. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=NkL6CMmCMr4&feature=youtu.be (185 views, 30 Dec 2020)

Creech, E. 2020. Do cover crops work in dryland organic wheat? Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=pXWjPlHF31E&list=PLMnDQoXFVBEZXfoSqJSNf_daMgMLi_-cM&index=39 (152 views, 30 Dec 2020)

Creech, E. 2020. What should I plant in my pasture? Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=xAcbTnzEMUs&list=PLMnDQoXFVBEZXfoSqJSNf_daMgMLi_-cM&index=61 (40 views, 30 Dec 2020)

Creech, E. 2020. How to better control weeds in alfalfa. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=kMovtl-Vr5g&list=PLMnDQoXFVBEZXfoSqJSNf_daMgMLi_-cM&index=74 (50 views, 30 Dec 2020)

Creech, E., and N. Allen. 2019. How to do a preseason wheel line inspection. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=Eso7aCvLPYo&list=ULo9XfVY987yk&index=77 (69 views, 2 Jan 2020)

Creech, J.E. 2019. Earl Creech – Extension Agronomist. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=8Z-_fJcqkUU (85 views, 2 Jan 2020)

Creech, J.E. 2017. Soil Health Part 5 Case Study: Lessons from Blue Creek. UtahAgriculture YouTube Channel. https://www.youtube.com/watch?v=2dJK0Ihv3KM (53 views, 2 Jan 2020)

Creech, J.E. 2017. Organic Dryland Wheat Fallow. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=8SFWMe1DOGs&feature=youtu.be (688 views, 30 Dec 2020)

D. Hinkamp. 2017. Earl Creech – Graduate Research Mentor of the Year. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=tBackmppW5M&feature=youtu.be (65 views, 2 Jan 2020)

Reeve, J., and E. Creech. 2015. Compost carryover effects in organic dryland wheat. eOrganic YouTube Channel. https://www.youtube.com/watch?v=imvtu7OvSNA (303 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: gravel pit. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=YzwMwu0Cgo4 (7,676 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: irrigation. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=AeyWCTOoJ_c (147 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: healthy fields. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=tzlN6s62pUQ (131 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: hay barn. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=Trd9IKXf4UI (1,232 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: fence lines. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=kjjWxNsYQdU (24,937 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: equipment. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=hu-FhofJsX0 (52 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: corn silage. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=vumm2mnyAFo (1,964 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: equipment cleaning. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=titH2CefKbQ (64 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: manure storage. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=dEWXayzqfxw (551 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: feeding cows. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=IJl5yqm8oxA (97 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: seed cleaning. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=pFvZX3mmqQc (94 views, 2 Jan 2020)

Whitesides, R.E. and J.E. Creech. 2013. How to prevent weeds: horse feed and transport. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=aeY_RYZUhQI (164 views, 2 Jan 2020)

Creech, J.E. 2011. Alfalfa variety selection. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=hpaKArs6nfc&list=PLMnDQoXFVBEZXfoSqJSNf_daMgMLi_-cM&index=26 (130 views, 30 Dec 2020)

Creech, J.E. 2011. Chemical Fallow. Utah State University Extension YouTube Channel. https://www.youtube.com/watch?v=aeY_RYZUhQI (141 views, 2 Jan 2020)

## Presentations

### Summary Table

| Year | Meetings, field days and workshops organized | Extension Presentations | | Field tours[1] |
|------|----------------------------------------------|-------|------------------|----------------|
| | | State | Regional/National | |
| 2020 | 3 | 24 | 5 | 16 |
| 2019 | 9 | 19 | 13 | 43 |
| 2018 | 8 | 28 | 12 | 28 |
| 2017 | 4 | 25 | 9 | 35 |
| 2016 | 3 | 20 | 6 | 37 |
| 2015 | 3 | 27 | 8 | 29 |
| 2014 | 4 | 24 | 5 | 45 |
| 2013 | 8 | 25 | 2 | 17 |
| 2012 | 3 | 16 | 9 | 20 |
| 2011 | 8 | 28 | 6 | 21 |
| 2010 | 2 | 10 | 3 | 14 |
| **Total** | **53** | **246** | **78** | **305** |

[1] Tours of my research or demonstration plots for small groups of Extension personnel, growers, and/or industry representatives.

### *Meetings, field days and workshops organized*

*2020*

Jan 28    Co-organized the USU Crop Advisor Roundtable. Kaysville, UT (45)

July 28-29 Co-organized the USU Crops Virtual Field Day. 118 unique logins on Day 1; 125 on Day 2. https://extension.usu.edu/crops/crops-virtual-field-day

Oct 13    Organized the 2020 Utah State FFA Agronomy Career Development Event. Ephraim, UT (71).

*2019*

Jan 6-7    Organized the 2019 Utah Hay and Forage Symposium. St. George, UT (~310). Moderated events of the day.

Feb 3    Organized the Hands-On Alfalfa Diagnostic Workshop. Participants rotated through sessions on cover crops, insects, irrigation, and weeds. Moderated the events of the day. Logandale, NV (92).

Jun 11-13 Co-organized the USU Sustainable Grazing Institute. Ephraim, UT (35)

Jul 12    Co-organized the USU Extension Water Optimization Field Day. Cedar City, UT (35).

Jul 25    Co-organized the USU Extension Water Optimization Field Day. Elberta, UT (18).

Nov 19-21 Co-organized the 2019 Western Alfalfa & Forage Symposium. Moderated the session on "Economics and Industry Trends." Reno, NV (500).

16

Sep 5; Sep 11  Organized Cytozyme Field Day (2 events for visitors from Brazil). North Logan, UT (91).
Oct 8       Organized the 2019 Utah State FFA Agronomy Career Development Event. Ephraim, UT (100).

*2018*
Jun 6       Co-organized the 2018 North American Alfalfa Improvement Conference (NAAIC) Bus Tour. Weston, ID; Lewiston, UT; Millville, UT (80).
Jun 7       Organized the 2018 USU Pasture Field Day. Lewiston, UT (54).
Jun 22      Co-organized the USU Irrigation Field Day. Cedar City, UT (50).
Jul 10      Organized the 2018 Blue Creek Dryland Farm Field Day. Blue Creek, UT (100).
Jun 26-28 Co-organized the 2018 Sustainable Grazing Institute. Panguitch, UT (25).
Aug 30; Sep 6  Organized Cytozyme Field Day (2 events for visitors from Brazil). North Logan, UT (45).
Oct 10      Organized the 2018 Utah State FFA Agronomy Career Development Event. Ephraim, UT (95).

*2017*
Jan 26-27 Organized the 2017 Utah Hay and Forage Symposium. St. George, UT (~400).
Jan 26      Organized the Hands-On Alfalfa Diagnostic Workshop. Participants rotated through sessions on cover crops, insects, herbicide spray drift, and irrigation management tools and techniques. St. George, UT (120).
Oct 10      Organized the 2017 Utah State FFA Agronomy Career Development Event. Ephraim, UT (110).
Nov 28-30 Co-organized the 2017 Western Alfalfa and Forage Symposium. Reno, NV. (~580).

*2016*
Jun 22      Organized the 2016 Blue Creek Dryland Farm Field Day, and moderated the events of the day. Blue Creek, UT (140).
Aug 24      Co-organized the Forage Harvesting Technology Field Day. Wellsville, UT (70).
Oct 6       Organized the 2016 Utah State FFA Agronomy Career Development Event. Ephraim, UT (120).

*2015*
Jan 29-30 Organized the 2015 Utah Hay and Forage Symposium. St. George, UT (293).
Jan 29      Organized the Hands-On Alfalfa Diagnostic Workshop. Participants rotated through sessions on testing for GMO alfalfa, insects & nematodes, herbicide injury, and seeds, rhizobium, & N fixation. St. George, UT (120).
May 27-29 Co-organized the 2015 Pasture Management Professional Development Workshop. Logan, UT (32 participants).
Oct 6       Organized the 2015 Utah State FFA Agronomy Career Development Event. Ephraim, UT (95).

*2014*

17

Apr 21    Invited and hosted a visit to USU by Dr. Neil Hansen from BYU. He delivered a seminar presentation entitled "Crop production under limited irrigation." Logan, UT (32 participants).

Jul 1    Organized the 2014 Blue Creek Dryland Farm Field Day, and moderated the events of the day. Blue Creek, UT (140).

Aug 14    Organized the 2014 USU Greenville Farm Quinoa Production Field Day, and moderated the events of the day. North Logan, UT (39).

Oct 7    Organized the 2014 Utah State FFA Agronomy Career Development Event. Ephraim, UT (75).

*2013*

Jan 31    Organized the Hands-On Alfalfa Diagnostic Workshop. Participants rotated through sessions on soils/fertilizers, herbicides, and seeds. St. George, UT (130 participants).

Jan 31-Feb 1    Organized the 2013 Utah Hay and Forage Symposium. St. George, UT (240).

May 14    Organized a Pasture Management Workshop. Lewiston, UT (24).

Jul 31    Co-organized the 2013 Lewiston Pasture Field Day. Lewiston, UT (110).

Sep 11    Organized the Cache County Irrigated No-till Field Day. Benson, UT (65).

Sep 18    Organized the Morgan County No-till Field Day. Morgan, UT (28).

Oct 9    Organized the 2013 Utah State FFA Agronomy Career Development Event. Ephraim, UT (80).

Dec 11-13  Co-chair of the 2013 Western Alfalfa and Forage Symposium. Reno, NV. (~600).

*2012*

Jun 26    Organized the 2012 Blue Creek Dryland Farm Field Day, and moderated the events of the day. Blue Creek, UT (140 participants).

Jul 10    Co-organized the San Juan County No-Till Workshop. Monticello, UT (35).

Oct 9    Organized the 2012 Utah State FFA Agronomy Career Development Event. Ephraim, UT (85).

*2011*

Jan 27    Organized the Hands-On Alfalfa Diagnostic Workshop. Event was held prior to the Utah Hay and Forage Symposium in St. George, UT. Participants rotated through sessions on soils/fertilizers, herbicides, and insects/nematodes (85 participants).

Jan 27-28 Organized the 2011 Utah Hay and Forage Symposium. Program was comprised of 24 speakers and was held in St. George, UT (190).

May 3    Invited and hosted a visit to USU by Dr. Fabian Fernandez, Extension Soil Fertility Specialist at University of Illinois. He delivered an Extension presentation entitled "P and K fertilization in corn." Logan, UT (12).

Jul 13    Co-organized the Ecologically Based Invasive Plant Management Field Day. Elko, NV (41).

Jul 28    Co-organized the Intermountain Farmers Association (IFA) Crop Advisor Field Day. North Logan, UT (50).

18

Aug 3      Organized the Greenville Farm Agronomy Field Day. North Logan, UT (30).
Oct 11     Organized the 2011 Utah State FFA Agronomy Career Development Event. Ephraim, UT (66).
Dec 11-14  Co-chair of the 2011 Western Alfalfa and Forage Symposium. Moderated sessions on "Hay Industry Trends" and "Irrigation and Soils." Las Vegas, NV. (~700).

*2010*
Jul 29     Organized the Blue Creek Dryland Farm Field Day. Program was held at the UAES farm in Blue Creek, UT and consisted of 6 speakers representing USU and USDA-ARS (95 participants).
Oct 5      Organized the 2010 Utah State FFA Agronomy Career Development Event. Ephraim, UT (60).
*Previous to USU:* 11

## Presentations - State and Local
*2020*
Jan 10     "Forage quality analysis." USU Irrigation Collaborator Workshop. Logan, UT (18)
Jan 16     "RR alfalfa injury after frost." Sevier County Crop School. Richfield, UT (65)
Jan 16     "Alfalfa stand establishment." Sevier County Crop School. Richfield, UT (65)
Jan 17     "Alfalfa stand establishment." Wayne County Crop School. Bicknell, UT (30)
Jan 21     "Alfalfa stand establishment." Iron County Crop School. Cedar City, UT (63)
Jan 22     "Alfalfa stand establishment." Beaver County Crop School. Milford, UT (45)
Jan 23     "Alfalfa stand establishment." Millard County Crop School. Delta, UT (75)
Jan 23     "Alfalfa stand establishment." Juab County Crop School. Nephi, UT (22)
Jan 28     "How to conduct on-farm research." USU Crop Advisor Roundtable. Kaysville, UT (45)
Jan 28     "Extension agronomy update." USU Crop Advisor Roundtable. Kaysville, UT (45)
Jan 30     "Alfalfa stand establishment." Weber County Crop School. Ogden, UT (44)
Jan 30     "Alfalfa stand establishment." Box Elder County Crop School. Tremonton, UT (98).
Feb 6      "Alfalfa stand establishment." San Juan County Crop School. Blanding, UT (25).
Feb 6      "Cover crops and compost in dryland wheat." San Juan County Crop School. Blanding, UT (25).
Feb 11     "Alfalfa stand establishment." Cache County Crop School. Logan, UT (64).
Feb 19     "Agronomy for water conservation." Soil Health and Water Conservation Training. Brigham City, UT (69).
Feb 19     "Palmer amaranth – A new ag invader." Utah Weed Control Association annual conference. Ogden, UT (210).
Feb 20     "Cover crop research in the West." Soil Health and Water Conservation Training. Brigham City, UT (69).
June 16    "Extension agronomy update." Utah Department of Ag and Food Deputy Commissioner Tour. Logan, UT (9).
Jul 28     "Compost for dryland organic wheat." USU Extension Crops Virtual Field Day. (118).
Jul 28     "Cover crops for dryland organic wheat." USU Extension Crops Virtual Field Day. (118).Jul 29    "Tour of trials at Greenville farm." USU Extension Crops Virtual Field Day. (125).

| Jul 29 | "Tour and overview of the Lewiston Pasture Research farm." USU Extension Crops Virtual Field Day. (125). |
| Nov 4 | "Common mistakes in herbicide application." USU PSEP CEU Webinar. (75) |
| Nov 18 | "Common mistakes in herbicide application." USU PSEP CEU Webinar. (217) |

*2019*

| Jan 17 | "How to avoid Roundup damage in Roundup Ready alfalfa." Richfield, UT (65). |
| Jan 18 | "Extension agronomy update. Bicknell, UT (28). |
| Jan 22 | "How to avoid Roundup damage in Roundup Ready alfalfa." Milford, UT (60). |
| Jan 23 | "How to avoid Roundup damage in Roundup Ready alfalfa." Delta, UT (80). |
| Jan 31 | "Water stress and its effect on corn." Box Elder County Crop Management School. Tremonton, UT (125). |
| Feb 5 | "Weeds and Herbicides." Pre-Conference Hands-On Alfalfa Diagnostic Workshop. Logandale, NV (92). |
| Feb 12 | "How to avoid Roundup damage in Roundup Ready alfalfa." Cache County Crop School. Logan, UT (110). |
| Feb 12 | "Reduced lignin alfalfa." Cache County Crop School. Logan, UT (100). |
| Feb 13 | "Pasture renovation and reseeding." Castle Valley Crop School. Price, UT (75). |
| Feb 15 | "Common mistakes in pasture management." Agriservice Grower Seminar. Roosevelt, UT (55). |
| Feb 20 | How to avoid Roundup damage in Roundup Ready alfalfa. Utah Weed Control Association Annual Conference. St. George, UT (125). |
| Apr 11 | Glyphosate performance issues. Tooele County Crop School. Tooele, UT (55). |
| Jun 11 | Growth and development of grass vs. legumes. Sustainable Grazing Institute. Ephraim, UT (30). |
| Jul 12 | Best agronomy practices for water optimization. USU Extension Water Optimization Field Day. Cedar City, UT (35). |
| Jul 25 | Best agronomy practices for water optimization. USU Extension Water Optimization Field Day. Elberta, UT (18). |
| Sep 6 | Soybean response to drought. Cytozyme Field Day. North Logan, UT (35). |
| Sep 11 | Soybean response to drought. Cytozyme Field Day. North Logan, UT (56). |
| Dec 12 | Planning effective crop schools. USU Extension County Agents Training. Logan, UT (20). |
| Dec 19 | Weed identification and management. Box Elder County Pesticide Applicator Training. Tremonton, UT (92). |

*2018*

| Jan 18 | "Dealing with early frost in corn." Sevier County Winter Crop Workshop. Richfield, UT (50) |
| Jan 19 | "New herbicides for winter annual weed control in alfalfa." Wayne County Crop School. Loa, UT (28). |
| Jan 23 | "Establishment and management of grass and legume mixtures in pasture." Weber/Davis/Morgan Crop Management Seminar. Ogden, UT (25) |
| Jan 24 | "New herbicides for winter annual weed control in alfalfa." Millard County Crop School. Delta, UT (67). |
| Jan 25 | "N needs of corn grown after alfalfa." Beaver County Crop School. Minersville, UT (56). |
| Feb 6 | "Roundup herbicide injury on RR alfalfa." Iron County Crop School. Cedar City, UT (56). |

20

Feb 6       "Optimal seeding rates and row spacing for silage corn." Iron County Crop
            School. Cedar City, UT (56).
Feb 7       "GMO's." Castle Valley Crop School. Price, UT (75).
Feb 8       "Compost in dryland wheat-fallow systems." Juab County Crop School.
            Monticello, UT (30).
Feb 13      "Roundup herbicide injury on RR alfalfa." Cache County Crop School. Logan, UT
            (100).
Feb 16      Annual forages for dry years. Agriservice Grower Seminar. Roosevelt, UT (45)
Feb 16      Roundup injury to RR alfalfa. Agriservice Grower Seminar. Roosevelt, UT (45)
Feb 20      New herbicides for winter annual weed control in alfalfa. Utah Weed Control
            Association Annual Conference. Salt Lake City, UT (100).
Feb 23      Composting. Urban and Small Farms Conference. West Jordan, UT (34)
Feb 23      Forage and pasture. Urban and Small Farms Conference. West Jordan, UT (46)
Feb 23      Manure management. Urban and Small Farms Conference. West Jordan, UT
            (46)
Apr 12      Common mistakes in pasture management. Tooele County Crop School. Tooele,
            UT (48).
Jun 6       Glyphosate injury to glyphosate resistant alfalfa. 2018 North American Alfalfa
            Improvement Conference (NAAIC) Bus Tour. Lewiston, UT (80).
Jun 7       Grass/legume mixtures. USU Pasture Field Day. Lewiston, UT (54).
Jun 12      Agronomy for increased water productivity. Utah Association of County
            Agricultural Agents Summer Meeting. Heber City, UT (30).
Jun 26      Growth and development of grass vs legumes. USU Sustainable Grazing
            Institute. Panguitch, UT (35).
Jun 28      Pasture renovation/interseeding. Sustainable Grazing Institute. Panguitch, UT
            (35).
Jul 10      Compost in dryland wheat. Blue Creek Dryland Farm Field Day, Blue Creek, UT
            (100).
Jul 10      Dormant seeded safflower herbicides. Blue Creek Dryland Farm Field Day, Blue
            Creek, UT (100).
Aug 30      Soybean response to drought. Cytozyme Field Day, North Logan, UT (20)
Sep 6       Soybean response to drought. Cytozyme Field Day, North Logan, UT (25)
Sep 7       High yield alfalfa. Valley Agronomics Field Day, Parowan, UT (38).
Nov 2       Mythbusters – Alternative crops and snake oils. Utah Association of
            Conservation Districts 2018 Convention. St. George, UT (135).

*2017*
Jan 19      "Corn rotation with alfalfa." Sevier County Winter Crop Workshop. Richfield, UT
            (95)
Jan 26      "Introduction to diagnosing in-field problems." Hands-On Alfalfa Diagnostic
            Workshop. St. George, UT (120).
Jan 26      "Cover crops." Hands-On Alfalfa Diagnostic Workshop. St. George, UT (120).
Jan 27      "Silage corn row spacing and seeding rates to optimize yield. 2017 Utah Hay and
            Forage Symposium. St. George, UT (400).
Jan 31      "Some thoughts on no-till and compost." NRCS Soil Health Workshop. Richfield,
            UT (140).
Feb 1       "Some thoughts on no-till and compost." NRCS Soil Health Workshop. Spanish
            Fork, UT (115).
Feb 2       "Some thoughts on no-till and compost." NRCS Soil Health Workshop.
            Tremonton, UT (177).

Feb 8     "Best management practices for planting and raising corn." Cache County Crops School. Logan, UT (130)
Feb 8     "Annual forages for dry years." Castle Valley Crop School. Price, UT (78).
Feb 9     "Compost for dryland wheat." San Juan Crop School. Monticello, UT (14)
Feb 9     "Annual forages for dry years." San Juan Crop School. Monticello, UT (14)
Feb 10    "Annual forages for dry years." Wayne County Crop School. Loa, UT (33).
Feb 16    "Annual forages for dry years." Rich County Crop School. Randolph, UT (8).
Feb 21    "Managing troublesome weeds in Weber/Morgan/Davis Counties. Crop Management Seminar. Ogden, UT (12).
Feb 23    "Implementing weed prevention." Utah Weed Control Association Annual Meeting. Richfield, UT (250).
April 13  "Managing troublesome weeds." Tooele County Crop School. Tooele, UT (56).
May 9     "Extension agronomy update." USU Extension Southern Region Faculty Meeting. Nephi, UT (25).
May 10    "Extension agronomy update." USU Extension Northern Region Faculty Meeting. Kaysville, UT (25).
July 7    "Rotational grazing and grass-legume mixtures." Sustainable Agriculture (SARE) Pre-Tour for 2017 NACAA Meeting in Salt Lake City. Lewiston, UT (20).
Nov 2     "Why all the concern about GMO's?" Utah Association of Conservation Districts 2017 Convention. St. George, UT (140).
Nov 9     "Glyphosate performance issues." Pesticide recertification workshop. Richfield, UT (90).
Dec 5     "Glyphosate performance issues." Pesticide recertification workshop. Logan, UT (180).
Dec 12    "Understanding herbicide mode of action." 2017 Utah-Arizona Invasive Weed Update. Cedar City, UT (60).
Dec 13    "Glyphosate performance issues." Pesticide recertification workshop. Panguitch, UT (15).
Dec 14    "Glyphosate performance issues." Pesticide recertification workshop. Tremonton, UT (98).

*2016*
Jan 21    "Agronomic weed prevention and crop update." Sevier County Winter Crop Workshop. Richfield, UT (90).
Jan 26    "Fortifying farms and ranches against weed invasion." Garfield County Crops School. Panguitch, UT (27).
Jan 27    "Fortifying farms and ranches against weed invasion." Iron County Crops School. Cedar City, UT (88).
Feb 3     "Alfalfa management 101." Castle Valley Crop School. Price, UT (85).
Feb 4     "How much nitrogen does corn need following alfalfa?" Box Elder County Crop Management School. Tremonton, UT (111).
Feb 9     "Fortifying farms and ranches against weed invasion." Cache County Crops School. Logan, UT (119)
Feb 10    "Fortifying farms and ranches against weed invasion." Weber/Morgan/Davis County Crop Management Seminar. Ogden, UT (34).
Feb 16    "Herbicides for safflower." Mountain States Oilseeds Safflower School. Logan, UT (126).
Feb 23    "Fortifying farms and ranches against weed invasion." Juab County Crops School. Nephi, UT (25).

| | |
|---|---|
| Feb 24 | "Fortifying farms and ranches against weed invasion." Rich County Crops School. Randolph, UT (23). |
| Feb 25 | "Velpar use in Utah." NovaSource agronomy meeting. Salt Lake City, UT (31). |
| Apr 6 | "Fortifying farms and ranches against weed invasion." Tooele County Crops School. Tooele, UT (76). |
| Jun 22 | "Dormant seeded safflower herbicides." UAES Blue Creek Dryland Farm Field Day. Blue Creek, UT (140). |
| Jun 22 | "Spring seeded safflower herbicides." UAES Blue Creek Dryland Farm Field Day. Blue Creek, UT (140). |
| Jun 22 | "Compost and cover crops for dryland wheat." UAES Blue Creek Dryland Farm Field Day. Blue Creek, UT (140). |
| Sep 22 | "Interseeding legumes into existing pasture." 17th Annual Upper Sevier Watershed Tour. Panguitch, UT (52). |
| Nov 23 | "Integrated Weed Management." Pesticide Recertification Workshop. Logan, UT (155). |
| Dec 5 | "Agronomy basics." Wheatland Seed Agronomy Meeting. Brigham City, UT (10). |
| Dec 1 | "Integrated Weed Management." Pesticide Recertification Workshop. Hurricane, UT (250). |
| Dec 15 | "Integrated Weed Management." Pesticide Recertification Workshop. Richfield, UT (140). |
| *2015* | |
| Jan 21 | "Is N fertilizer needed for first-year corn grown after alfalfa?" Beaver County Crop School. Minersville, UT (59 participants). |
| Jan 22 | "Fall alfalfa management." Sevier County Winter Crop Workshop. Richfield, UT (78). |
| Jan 22 | "Is N fertilizer needed for first-year corn grown after alfalfa?" Sevier County Winter Crop Workshop. Richfield, UT (78). |
| Jan 29 | "Introduction to diagnosing in-field problems." Hands-On Alfalfa Diagnostic Workshop. St. George, UT (120). |
| Jan 29 | "Herbicide injury." Hands-On Alfalfa Diagnostic Workshop. St. George, UT (120). |
| Jan 29 | "Growing corn in the first year after alfalfa." Utah Hay and Forage Symposium. St. George, UT (293). |
| Feb 4 | "Pasture management 101." Castle Valley Crop School. Price, UT (85). |
| Feb 13 | "Improving pasture productivity with grass/legume mixtures." Wheatland Seed Dealer Training. Brigham City, UT (35). |
| Feb 17 | "Fertilizing corn after alfalfa." Weber/Morgan/Davis County Crop Management Seminar. Ogden, UT (42). |
| Feb 17 | "Choosing a winning variety."  Weber/Morgan/Davis County Crop Management Seminar. Ogden, UT (42). |
| Feb 17 | "Corn nutrient and water needs." Valley-Wide Coop Grower Meeting. Cedar City, UT (45). |
| Feb 18 | "Weed prevention." Utah Weed Control Association Conference. Provo, UT (250). |
| Feb 19 | "Controlling weeds common to Cache Valley." Cache County Crops School. Logan, UT (105) |
| Feb 24 | "Safflower seeding rates and row spacings." Mountain States Oilseeds Safflower School. Logan, UT (130). |
| Feb 25 | "Principles of making quality hay." Rich County Crop School (25). |

Mar 11    "Irrigated pasture management basics." Summit County Pasture Workshop. Coalville, UT (23).
Mar 12    "The story of GMO's." Utah Dairy Convention. Logan, UT (175).
Mar 27    "Pasture management 101." Tooele County Crop School. Tooele, UT (52).
Apr 10    "The GMO story." Cache County Farm Bureau. Logan, UT (40).
May 27    "Forage seed and seedling ID." 2015 Pasture Management Professional Development Workshop. Logan, UT (32).
May 28    "Weed management considerations in pastures." 2015 Pasture Management Professional Development Workshop. Logan, UT (32).
May 28    "Tour of Lewiston Farm pasture demonstration plots." 2015 Pasture Management Professional Development Workshop. Lewiston, UT (32).
Nov 5     "Integrated Weed Management." Pesticide Recertification Workshop. Spanish Fork, UT (110).
Nov 9     "Integrated Weed Management." Pesticide Recertification Workshop. Roosevelt, UT (97).
Nov 10    "Integrated Weed Management." Pesticide Recertification Workshop. Price, UT (61).
Nov 19    "Integrated Weed Management." Pesticide Recertification Workshop. Richfield, UT (170).
Dec 15    "Integrated Weed Management." Pesticide Recertification Workshop. Logan, UT (150).

*2014*
Jan 20    "Herbicide resistance." IFA Crop College. Richfield, UT (89 participants)
Jan 20    "Herbicide resistance." IFA Crop College. Delta, UT (75)
Jan 23    "Forage and grain crops update." Sevier County Winter Crop Workshop. Richfield, UT (65).
Jan 28    "Alfalfa seed and seeding rates". Box Elder County Crop Management School. Brigham City, UT (125).
Feb 5     "Crop rotation and pasture improvement". Castle Valley Crop School. Price, UT (80)
Feb 18    "Can no-till work on Utah irrigated farmland?" NRCS Utah Forum on Cover Crops and Soil Health. Brigham City, UT (37).
Feb 21    "Safflower dormant seeding and variety update." Mountain States Oilseeds Safflower School. Logan, UT (121).
Feb 25    "Do cover crops and no-till really work?" Weber/Morgan/Davis County Crop Management Seminar. Ogden, UT (48).
Feb 25    "Utah small grain checkoff." Weber/Morgan/Davis County Crop Management Seminar. Ogden, UT (48).
Feb 25    "No-till corn following alfalfa." Southwest Crop and Water School. Cedar City, UT (90).
Feb 25    "Alfalfa variety selection." Southwest Crop and Water School. Cedar City, UT (90).
Feb 26    "Contaminated crop seed." UCIA Seed School. Brigham City, UT (65).
Feb 28    "Common mistakes in no-till farming". Cache County Crops School. Logan, UT (97).
Jul 1     "Dormant seeded safflower". UAES Blue Creek Dryland Farm Field Day. Blue Creek, UT (140).

Jul 1        "Cover crops in dryland wheat-fallow systems". UAES Blue Creek Dryland Farm Field Day. Blue Creek, UT (140).

Jul 18      "Utah hay and forage update." Utah Farm Bureau Hay Committee Meeting. Logan, UT (35).

Aug 5      "Alfalfa stand establishment under center pivot irrigation." LDS Welfare Ranch Manager Seminar. Heber City, UT (36).

Aug 14    "Introduction to alternative crops." 2014 USU Greenville Farm Quinoa Production Field Day. North Logan, UT (39).

Aug 26    "Utah small grain checkoff." San Juan County Wheat Growers. Monticello, UT (10).

Nov 12    "Improving the activity of glyphosate." Pesticide Recertification Workshop. Delta, UT (60).

Nov 13     "Improving the activity of glyphosate." Pesticide Recertification Workshop. Richfield, UT (95).

Nov 19     "Improving the activity of glyphosate." Pesticide Recertification Workshop. Castle Dale, UT (65).

Nov 20     "Improving the activity of glyphosate." Pesticide Recertification Workshop. Spanish Fork, UT (120).

Dec 16     "Improving the activity of glyphosate." Pesticide Recertification Workshop. Logan, UT (150).

*2013*

Jan 22    "Management practices to maximize corn yields". Box Elder County Crop Management School. Brigham City, UT (130 participants).

Jan 23    "Forage and grain crops update." Sevier County Winter Crop Workshop. Richfield, UT (52).

Jan 24    "Weed control timing in Roundup Ready corn." Beaver County Crop School. Minersville, UT (61).

Jan 24    "Crop management update for small grains, safflower, and alfalfa. Juab County Crop School. Nephi, UT (21).

Jan 31    "Planting forages." Hands-On Alfalfa Diagnostic Workshop. St. George, UT (130).

Jan 31    "Introduction to diagnosing in-field problems." Hands-On Alfalfa Diagnostic Workshop. St. George, UT (130).

Jan 31    "Seeding rates for Roundup Ready alfalfa. Utah Hay and Forage Symposium. St. George, UT (240).

Feb 6      "Alfalfa management for high yields." Castle Valley Crop School. Price, UT (135).

Feb 12    "Weed control timing in Roundup Ready corn." Weber/Morgan/Davis County Crop Management Seminar. Ogden, UT (42).

Feb 12    "Weed prevention as a control strategy." Weber/Morgan/Davis County Crop Management Seminar. Ogden, UT (42).

Feb 13    "Proper timing for optimum weed control." Cache County Crops School. Logan, UT (95).

Feb 20    "Corn and alfalfa update." United Ag Service Grower Meeting. Cedar City, UT (56).

Feb 21   "The latest and greatest in forage production." 10[h] Annual Diversified Agriculture Conference. Ephraim, UT (37).

Feb 27   "Safflower seeding rates and row spacings. 2013 Mountain States Oilseeds Safflower School. Logan, UT (98).

May 14   "Grass legume mixtures for grazing." Pasture Management Workshop. Lewiston, UT (24).

Jul 31   "Interseeding legumes in established grass pastures." 2013 Lewiston Pasture Field Day. Lewiston, UT (110).

Aug 7   "Improving glyphosate effectiveness." IFA Summer Agronomy Meeting. Brigham City, UT (43).

Aug 8   "Everything you ever wanted (or didn't want) to know about GMO's." Utah Feed Dealers and Manufacturers Association Annual Meeting. Pocatello, ID (30)

Sep 11   "No-till corn after alfalfa." Benson, UT (65).

Sep 18   "Common mistakes in transitioning to no-till." Morgan, UT (28).

Nov 20   "Practical herbicide management." Pesticide Recertification Workshop. Delta, UT (60).

Nov 21   "Practical herbicide management." Pesticide Recertification Workshop. Richfield, UT (105).

Dec 2   "Practical herbicide management." Pesticide Recertification Workshop. Logan, UT (130)

Dec 4   "Resistance management strategies." IFA Crop College. Spanish Fork, UT (48).

Dec 17   "Biology and management of cheatgrass and medusahead." Utah/Arizona Invasive Weed Update. Hurricane, UT (91).

*2012*

Feb 1   "Weed management in forage crops." Carbon County Forage School. Price, UT (120 participants).

Feb 2   "Tips for higher wheat yields." Emery County Crop School. Castle Dale, UT (24).

Feb 7   "Wheat production." 2012 LDS Farm Manager Seminar. Logan, UT (43).

Feb 8   "Corn production." 2012 LDS Farm Manager Seminar. Logan, UT (45).

Feb 16   "Corn maturity, alfalfa, and teff." Sevier County Winter Crop School. Richfield, UT (60).

Feb 16   "Alfalfa variety selection and Roundup Ready alfalfa." Beaver County Crop School. Minersville, UT (67).

Feb 16   "Utah crop management update." Weber/Morgan/Davis County Crop Management Seminar. Ogden, UT (45).

Feb 29   "Herbicide resistance and how to avoid it." Bureau of Land Management IPM Training. Salt Lake City, UT (65).

Feb 29   "Herbicide formulation and adjuvants." Bureau of Land Management IPM Training. Salt Lake City, UT (37).

Mar 1   "Roundup Ready alfalfa production considerations." Southwest Crop and Water School. Cedar City, UT (90).

Jun 6   "Forage production in Utah." Field Day for the 7th International Symposium on Molecular Breeding of Forage and Turf. Lewiston, UT (85).

Jun 26   "Dryland winter wheat response to compost." UAES Blue Creek Dryland Farm Field Day. Blue Creek, UT (140).

| | |
|---|---|
| Jul 10 | "Chemical fallow." San Juan County No-Till Workshop. Monticello, UT (35). |
| Sep 6 | "Roundup Ready alfalfa seeding rates." UAES Farm Managers meeting. Logan, UT (13). |
| Nov 7 | "Practical herbicide management." Pesticide Recertification Workshop. Castle Dale, UT (40). |
| Nov 8 | "Practical herbicide management." Pesticide Recertification Workshop. Roosevelt, UT (65). |

*2011*

| | |
|---|---|
| Jan 20 | Alfalfa variety selection. Sevier County Winter Crop Workshop. Richfield, UT (45 participants). |
| Jan 20 | Sprayer calibration. Sevier County Winter Crop Workshop. Richfield, UT (45). |
| Jan 20 | Alfalfa variety selection. Juab County Crop School. Nephi, UT (18). |
| Jan 20 | Sprayer calibration. Juab County Crop School. Nephi, UT (18). |
| Jan 25 | Alfalfa winter hardiness and dormancy ratings. Box Elder County Crop Management School. Brigham City, UT (128). |
| Jan 26 | Managing Roundup Ready corn. IFA Crop College. Payson, UT (70). |
| Jan 27 | "Introduction to diagnosing in-field problems." Hands-On Alfalfa Diagnostic Workshop. St. George, UT (85). |
| Jan 27 | "Weed management." Hands-On Alfalfa Diagnostic Workshop. St. George, UT (85). |
| Jan 28 | "Optimizing yield in Roundup Ready corn." Utah Hay and Forage Symposium. St. George, UT (190). |
| Feb 1 | Characteristics of alfalfa varieties and how to extend stand life. Millard County Crops School. Delta, UT (20). |
| Feb 2 | Safflower seeding rates and row spacings. 2011 Mountain States Oilseeds Safflower School. Logan, UT (94). |
| Feb 21 | Alternative crops for Utah. 8th Annual Diversified Agriculture Conference. Richfield, UT (27). |
| Feb 22 | Alfalfa dormancy ratings and winter hardiness. Cache County Crops School. Logan, UT (94). |
| Feb 22 | Improving herbicide effectiveness. Davis Weber Morgan Crop Seminar. Ogden, UT (32). |
| Feb 22 | Alfalfa variety characteristics and teff production in Utah. Davis Weber Morgan Crop Seminar. Ogden, UT (32). |
| Feb 23 | Is my alfalfa stand good enough to keep? 2011 Nephi Ag Expo. Nephi, UT (25). |
| Feb 25 | A half-century of drill box surveys and compost effects on dryland wheat production. Utah Seed Industry Seed School. Ogden, UT (55). |
| Mar 16 | Managing Roundup Ready alfalfa. Summit County Crops School. Marion, UT (43). |
| Mar 16 | Alfalfa variety selection. Summitt County Crops School. Marion, UT (43). |
| Mar 27 | Optimizing yield in Roundup Ready corn. 2011 Utah Hay and Forage Symposium. St. George, UT (190). |
| Mar 27 | Weed management. Hands-On Alfalfa Diagnostic Workshop. St. George, UT (85). |

Apr 5      Alfalfa variety selection. Uintah Basin Crops School. Ft. Duchesne and
           Roosevelt, UT (45).
Jul 6      Chemical fallow. Dryland Conservation Cropping Systems Research Review and
           Field Day. Brigham City, UT (60).
Aug 3      New small grain varieties. Greenville Farm Agronomy Field Day. North Logan,
           UT (25).
Nov 14     Alternative crops for Utah. IFA Crop College. Delta, UT (44).
Nov 14     Herbicide management in Roundup Ready corn. IFA Crop College. Delta, UT
           (44).
Nov 15     What's new in Agronomy and weed control timing in corn. IFA Crop College.
           Payson, UT (35).
Nov 15     What to think about when selecting an alternative crop. IFA Crop College.
           Payson, UT (35).

*2010*
Jan 27     Timing herbicide applications to maximize corn yield. Box Elder County Crops
           School. Brigham City, UT (110 participants).
Jan 27     Corn fertilization strategies for northern Utah. Brigham City, UT (110).
Jul 29     Dryland small grain variety update. 2010 Blue Creek Dryland Farm Field Day.
           Blue Creek, UT (95).
Feb 2      Alfalfa stand assessment. Sevier County Crops School. Richfied, UT (45).
Feb 2      Improving corn yield. Sevier County Crops School. Richfied, UT (45).
Feb 4      Alfalfa stand assessment. Iron County Crops School. Cedar City, UT (65).
Feb 4      Alfalfa weed management and Roundup Ready update. Iron County Crops
           School. Cedar City, UT (65).
Feb 23     Fertility and herbicide application timing in Roundup Ready corn. Cache County
           Crops School (80).
Feb 24     Alfalfa stand assessment. Weber/Davis/Morgan County Crops School. Ogden,
           UT (42).
Apr 23     Harvesting quality alfalfa. Workshop sponsored by Buttars Tractor. Tremonton,
           UT (39).

## Presentations – International, National, and Regional

*2020*
Jan 15     Managing weeds in seedling and established alfalfa stands. Northwest Hay
           Expo. Kennewick, WA (~525).
Feb 26     "Safflower research update." 2020 Mountain States Oilseeds School. Weston, ID
           (100).
Nov 3      "Linuron in Alfalfa." NovaSource Roundtable. Virtual (33)
Dec 3      "Weed control strategies during alfalfa stand establishment and production
           years." 2020 California Alfalfa Integrated Pest Management Virtual Workshop.
           Virtual. (85)
Dec 17     "Using cover crops in a dryland system." 2020 Sub-Regional Conference: From
           the ground up: cover crop solutions for western farmers. Virtual. (93).

*2019*

| | |
|---|---|
| Jan 16 | Late emerging weeds in alfalfa. Northwest Hay Expo. Kennewick, WA (~450). |
| Jan 16 | How to avoid Roundup damage in Roundup Ready alfalfa. Northwest Hay Expo. Kennewick, WA (~450). |
| Jan 31 | Common mistakes in pasture management. Wyoming/Utah Ag Days. Evanston, WY (65). |
| Feb 20 | Weed management in safflower. 2019 Mountain States Oilseeds School. Weston, ID (115). |
| Feb 22 | Weed management. Idaho Hay and Forage Conference. Burley, ID (100). |
| Mar 12 | How to avoid Roundup damage in Roundup Ready alfalfa. University of Idaho Forage School. Mud Lake, ID (80). |
| Mar 13 | How to avoid Roundup damage in Roundup Ready alfalfa. University of Idaho Forage School. Blackfoot, ID (28). |
| Mar 13 | How to avoid Roundup damage in Roundup Ready alfalfa. University of Idaho Forage School. Soda Springs, ID (25). |
| Mar 14 | How to avoid Roundup damage in Roundup Ready alfalfa. University of Idaho Forage School. Preston, ID (42). |
| Sep 4 | Common mistakes in pasture management. USDA-NRCS Uinta County Soil Health Day. Lonetree, WY (110). |
| Oct 16 | USU agronomy update. Pacific Northwest Forage Workers Conference. Salmon, ID (27). |
| Nov 20 | Rotation studies with alfalfa, small grains, and corn. Western Alfalfa and Forage Conference. Reno, NV (500). |
| Nov 20 | Managing weeds in seedling and established alfalfa stands. Western Alfalfa and Forage Conference. Reno, NV (500). |

*2018*

| | |
|---|---|
| Jan 17 | New herbicides for winter annual weed control in alfalfa. Northwest Hay Expo. Kennewick, WA (~450). |
| Jan 17 | Roundup herbicide injury on RR alfalfa. Northwest Hay Expo. Kennewick, WA (~450). |
| Jan 23 | Alfalfa variety performance. Wyoming/Utah Ag Days. Evanston, WY (58). |
| Feb 26 | Weed management in safflower. 2018 Mountain States Oilseeds School. Weston, ID (108). |
| Feb 15 | Alfalfa variety selection. Uinta County Crop Workshop. Lyman, WY (27). |
| Feb 15 | Roundup herbicide injury on RR alfalfa. Uinta County Crop Workshop. Lyman, WY (27). |
| Mar 2 | New herbicides for winter annual weed control in alfalfa. Idaho Hay and Forage Conference. Burley, ID (130). |
| Apr 6 | New herbicides for winter annual weed control in alfalfa. Pershing County Agronomy Seminar. Lovelock, NV (31). |
| Aug 10 | Grass-legume mixtures to improve forage yield and quality. Barenbrug Field Tour. Cropvale, Worcestershire, UK (15). |
| Aug 13 | Wheat management practices for high yields. AgReserves Ltd, Manor Farm, Woodwalton, Cambridgeshire, UK (6). |
| Oct 19 | USU agronomy update. Pacific Northwest Forage Workers Conference. Bozeman, MT (26). |
| Nov 14 | Seeding for success. Canadian Forage and Grassland Association 2018 Conference. Calgary, AB, Canada (300). |

*2017*

Jan 18    Alfalfa management for stand longevity. Northwest Hay Expo. Kennewick, WA (~250).

Jan 18    Nitrogen credit after alfalfa and other crop rotation issues. Northwest Hay Expo. Kennewick, WA (~250).

Feb 14    Weed management in safflower. 2017 Mountain States Oilseeds School. Weston, ID (130).

Mar 14    Alfalfa variety selection. University of Idaho Forage School. Preston, ID (60).

Mar 15    Alfalfa variety selection. University of Idaho Forage School. Rexburg, ID (46).

Mar 16    Alfalfa variety selection. University of Idaho Forage School. Blackfoot, ID (35).

Nov 28    Visual/subjective evaluation of hay quality. 2017 Western Alfalfa and Forage Symposium – Alfalfa Hay Quality Workshop. Reno, NV (~250).

Nov 29    Panel discussion: Solving difficult weed problems. 2017 Western Alfalfa and Forage Symposium. Reno, NV (~580).

Nov 29    New herbicides for winter annual weed control in alfalfa. 2017 Western Alfalfa and Forage Symposium. Reno, NV (~580).

*2016*

Jan 5     Stand Health. Crop and Pest Management School. Bozeman, MT (~100).

Jan 5     Weed management in forages. Crop and Pest Management School. Bozeman, MT (~100).

Jan 14    Alfalfa-corn rotation considerations. Southwest Hay and Forage Conference. Ruidoso, NM (~200).

Jan 20    Herbicides for late season broadleaf control in alfalfa. Northwest Hay Expo. Kennewick, WA (~250).

Mar 15    "Double cropping forages." Southeast Idaho Forage School. Preston, ID (55).

Mar 15    "Alfalfa variety update." Southeast Idaho Forage School. Preston, ID (55).

*2015*

Jan 14    Influence of herbicides and seeding rate on weed control and stand longevity in alfalfa. Northwest Hay Expo. Kennewick, WA (~207 participants).

Jan 14    Weed management in timothy. Northwest Hay Expo. Kennewick, WA (207).

Jan 21    Herbicide use in fallow years. Idaho Wheat Commission Webinar (36). http://connect.cals.uidaho.edu/p328nga3yuz/

Mar 3     Summer annual forages and standing winter forages. Southeast Idaho Forage School. Preston, ID (35).

Mar 11    "Improving the effectiveness of glyphosate." Idaho Direct Seed Conference. Idaho Falls, ID (100).

Aug 18    "Irrigation and agronomy in Utah." Egypt Delegation. USU Office of Global Engagement International Visitor Leadership Program. Logan, UT (10).

Nov 10    "Compost carryover effects on soil quality and productivity in dryland organic wheat. eOrganic Webinar (31 participants, plus 292 Youtube views and 6 likes). https://www.youtube.com/watch?v=imvtu7OvSNA

Dec 3     "Weed management in grasses." Western Alfalfa and Forage Symposium. Reno, NV (~600).

*2014*

Feb 27    "Identification and management of forage crop weeds." Idaho Hay and Forage Conference. Burley, ID (~100 participants).

Feb 27    "Improving herbicide performance with adjuvants and AMS." Idaho Hay and Forage Conference. Burley, ID (100).

Mar 18    "Growing corn in short-season areas." Southeast Idaho Forage School. Preston, ID (33).

Aug 7     "Irrigation in Utah." USU Office of Global Engagement International Visitor Leadership Program. Logan, UT (6).

Oct 20    "Introduction to Utah Crops." Kentucky Cattlemen's Tour. Logan, UT (14).

*2013*

Mar 20    "No-till and limited till cropping practices for Wyoming." Sweetwater County Winter Meeting, Farson, WY (55 participants).

Dec 12    "Weed management strategies in alfalfa." 2013 Western Alfalfa and Forage Conference, Reno, NV (~600).

*2012*

Jan 11    "Integrated weed management in timothy." Washington State Hay Growers Association 2012 Annual Conference & Trade Show. Kennewick, WA (130 participants).

Jan 11    "Herbicide use in timothy." Washington State Hay Growers Association 2012 Annual Conference & Trade Show. Kennewick, WA (130).

Mar 2     "Herbicide timing in Roundup Ready corn." Idaho Hay and Forage Conference. Twin Falls, ID (145).

Mar 7     "CRP renovation – Establishing a new crop." Southeast Idaho Forage School. Preston, ID (47).

Mar 8     "Chemical fallow." Idaho Direct Seed Conference. Idaho Falls, ID (184).

Mar 15    "Keys to successful corn production." Nevada Field Crops Workshop. Lovelock, NV (51).

Aug 28    "Timing of low rates of glyphosate for control of downy brome in sagebrush rangelands." 2012 EBIPM Field School. Reno, NV (40).

Sep 27    "Keys to successful corn production." Nevada Field Crops Workshop. Fallon, NV (36).

Nov 15    "No-till and limited till cropping practices for Wyoming." Lincoln County Weed and Pest Fall Meeting, Afton, WY (80).

*2011*

Mar 16    "Improving management of Roundup Ready corn." Southeast Idaho Forage School. Preston, ID (51).

Jul 7     "Thistle management." North American Invasive Plant Short Course. North Platte, NE. (38)

Jul 8     "Herbicide use issues." North American Invasive Plant Short Course. North Platte, NE. (38)

Jul 13    "Cheatgrass management with low rates of glyphosate." EBIPM Field Day. Elko, NV (41).

Dec 11    "Alfalfa weed management." Western Alfalfa and Forage Conference Sandy Valley Field Tour. Sandy Valley, CA (300).

Dec 12    "The potential of teff as an alternative forage crop for irrigated regions." Western Alfalfa and Forage Conference. Las Vegas, NV (200).

*2010*

| | |
|---|---|
| Sep 30 | Control of annual grasses with low rates of glyphosate. Cheatgrass and Medusahead Management Workshop. Reno, NV (39 participants). |
| May 5 | Managing difficult weeds of weeds and pasture. Elko County Weed Summit. Elko, NV (90). |
| May 5 | Weed identification. Elko County Weed Summit. Elko, NV (90). |

*Previous to USU*: 89 presentations

**RESEARCH AND CREATIVE ACTIVITIES DOCUMENTATION**

**Research Publication and Presentation Summary**

| Year | Refereed Journal Articles | | | Abstracts | Scholarly Presentations |
| | In Preparation | In Review | In Print | | |
|---|---|---|---|---|---|
| 2020 | | | | | |
| 2019 | 2 | 2 | 3 | 24 | 24 |
| 2018 | -- | -- | 3 | 13 | 13 |
| 2017 | -- | -- | 3 | 14 | 14 |
| 2016 | -- | -- | 2 | 7 | 7 |
| 2015 | -- | -- | 0 | 14 | 14 |
| 2014 | -- | -- | 1 | 9 | 9 |
| 2013 | -- | -- | 1 | 9 | 9 |
| 2012 | -- | -- | 3 | 10 | 10 |
| 2011 | -- | -- | 1 | 6 | 6 |
| 2010 | -- | -- | 1 | 7 | 7 |
| **Total** | | | **18** | **112** | **112** |

**Refereed Journal Articles**

(*graduate student, **undergraduate student, ⁺County Extension Agent)

Pound*, C., Yost, M., **Creech, J. E.**, Cardon, G., Gale, J. A., Heaton, K., Price, S., Kitchen, B. M., Wilde, T., & Pace, M. 20xx. Nitrogen fertilizer needs of first-year small grain forages following alfalfa. Agronomy Journal. Xx:xx-xx *(Accepted - in press)*

Clark*, J.D., M.A. Yost, T.C. Griggs, G.E. Cardon, C.V. Ransom, and **J.E. Creech**. 20xx. Nitrogen fertilization and glyphosate-resistant alfalfa termination method effects on first-year silage corn. Agronomy Journal. Xx:xx-xx *(Accepted - in press)*

Clark*, J.D., M.A. Yost, G.E. Cardon, C.V. Ransom, and **J.E. Creech**. 20xx. Tillage method and glyphosate-resistant alfalfa termination timing affect soil properties and subsequent corn yield. Agronomy Journal. Xx:xx-xx https://doi.org/10.1002/agj2.20478 *(Accepted - in press)*

Waldron, B.L., Sagers*, J.K., M.D. Peel, C.W. Rigby, B. Bugbee, and **J.E. Creech**. 2020. Salinity reduces the forage quality of forage kochia: a halophytic *Chenopodiaceae* shrub. Rangeland Ecology and Management. 73:384-393. https://doi.org/10.1016/j.rama.2019.12.005

Waldron, B.L., T.J. Bingham*, **J.E. Creech**, M.D. Peel, R. Miller, K.B. Jensen, D.R. ZoBell, J-S. Eun, K. Heaton, and D.L. Snyder. 2020. Binary mixtures of alfalfa and birdsfoot trefoil with tall fescue: herbage traits associated with the improved growth performance of beef steers. Grassland Sci. 66:74-87. https://doi.org/10.1111/grs.12257

Mortenson, J.S., B.L. Waldron, S.R. Larson, K.B. Jensen, L.R. DeHaan, M.D. Peel, P.G. Johnson, and **J.E. Creech**. 2019. Quantitative Trait Loci (QTL) for Forage Traits in Intermediate Wheatgrass When Grown as Spaced-Plants versus Monoculture and Polyculture Swards. Agronomy. 9:580.

Buckland, K., **E. Creech**, G. Cardon, T. Monaco, and J. Reeve. 2019. Quinoa response to line-source sprinkler irrigation. Journal of Crop Improvement. 33:5, 649-668. DOI: 10.1080/15427528.2019.1656694

Waldron, B.L., T.J. Bingham, **J.E. Creech**, M.D. Peel, R. Miller, K.B. Jensen, D.R. ZoBell, J.S. Eun, K. Heaton, and D.L. Snyder. 2019. Binary mixtures of alfalfa and birdsfoot

trefoil with tall fescue: Herbage traits associated with the improved growth performance of beef steers. Grassland Science. doi:10.1111/grs.12257.

Buckland*, K.R., J.R. Reeve, **J.E. Creech**, and S.L. Durham. 2018. Managing soil fertility and health for quinoa production and weed control in organic systems. Soil and Tillage Research. 184:52-61. https://doi.org/10.1016/j.still.2018.07.001

Rigby*, C.W., K.B. Jensen, **J.E. Creech**, E.T. Thacker, Blair L. Waldron, and J.D. Derner. 2018. Establishment and trends in persistence of selected perennial cool-season grasses in the western United States. Rangeland Ecology and Management. 71(6):681-690. https://doi.org/10.1016/j.rama.2018.06.008

Creech*, C.F., B.L. Waldron, C.V. Ransom, D.R. ZoBell, and **J.E. Creech**. 2018. Influence of harvest date on seed yield and quality in forage kochia. Front. Agr. Sci. Eng. 5(1):71-79. https://doi.org/10.15302/J-FASE-2017196

Cox*, S., M.D. Peel, **J.E. Creech**, B.L. Waldron, J.-S. Eun, D.R. ZoBell, R.L. Miller, and D.L. Snyder. 2017. Forage production of grass-legume binary mixtures on Intermountain Western USA irrigated pastures. Crop Science. 57:1-12. doi: 10.2135/cropsci2016.04.0235

Sagers*, J.K., B.L. Waldron, **J.E. Creech**, I.W. Mott, and B. Bugbee. 2017. Salinity tolerance of three competing rangeland pant species: Studies in hydroponic culture. Ecology and Evolution. 7:10916–10929. https://doi.org/10.1002/ece3.3607

Waldron, B.L., M.D. Peel, S.R. Larson, I.W. Mott, and **J.E. Creech**. 2017. Tall fescue forage mass in a grass-legume mixture: Predicted efficiency of indirect selection. Euphytica. 213:67. doi:10.1007/s10681-017-1856-x

Smith*, R.C., B.L. Waldron, **J.E. Creech**, R.A. Zobell, D.R. ZoBell. 2016. Forage kochia and Russian wildrye potential for rehabilitating Gardner's saltbush ecosystems degraded by halogeton. Rangeland Ecology and Management. 69: 390-398. doi:http://dx.doi.org/10.1016/j.rama.2016.06.001.

Holt*, M.S., S.-Y. Yang, **J.E. Creech**, J.-S. Eun, and A.J. Young. 2016. *In situ* ruminal degradation kinetics of corn silage hybrids harvested prior to or at maturity in dry and lactating dairy cows. Journal of Plant and Animal Sciences. 26:46-53.

Jensen, K.B., P. Harrison, N.J. Chatterton, B.S. Bushman, and **J.E. Creech**. 2014. Seasonal trends in nonstructural carbohydrates in cool- and warm-season grasses. Crop Sci. 54:2328-2340.

Creech*, C.F., B.L. Waldron, C.V. Ransom, D.R. ZoBell, and **J.E. Creech**. 2013. Factors influencing the field germination of forage kochia. Crop Science. 53:2201-2208. Doi: 10.2135/cropsci2012.09.0533.

Pace[+], M.G., **J.E. Creech**, and C.E. Israelsen[+]. 2012. Dryland safflower response to dormant seeding in Utah. J. Nat. Assoc. of County Agric. Agents. Online. http://www.nacaa.com/journal/index.php?jid=179.

Mock*, V.A., **J.E. Creech**, V.R. Ferris, J. Faghihi, A. Westphal, J.B. Santini, and W.G. Johnson. 2012. Influence of winter annual weed management and crop rotation on soybean cyst nematode (*Heterodera glycines*) and winter annual weeds: years four and five. Weed Sci. 60:634-640.

Kyser, G.B., **J.E. Creech**, J. Zhang, and J.M. DiTomaso. 2012. Timing of low glyphosate rates for control of medusahead (*Taeniatherum caput-medusae*) in sagebrush scrub. Invasive Plant Science and Management. 5:1-8.

Rowley*, M.A., B.L. Black, C.V. Ransom, J.R. Reeve, and **J.E. Creech**. 2011. Alternative alleyways for tart cherry orchards. J. Am. Pomological Soc. 65:208-217.

Mock*, V.A., **J.E. Creech**, and W.G. Johnson. 2010. Influence of winter annual weed removal timings on soybean cyst nematode population densities. Weed Sci. 58:381-386.

Mock*, V.A., **J.E. Creech**, V.M. Davis, and W.G. Johnson. 2009. Plant growth and soybean cyst nematode response to purple deadnettle (*Lamium purpureum*), annual ryegrass, and soybean combinations**.** Weed Sci. 57:489-493.

Johnson, W.G., **J.E. Creech**, and V.A. Mock*. 2008. Role of winter Annual weeds as alternative hosts for soybean cyst nematode. Online. Crop Manage. doi:10.1094/CM-2008-0701-01-RV.

**Creech, J.E.**, A. Westphal, V.R. Ferris, J. Faghihi, T.J. Vyn, J.B. Santini, and W.G. Johnson. 2008. Influence of winter annual weed management and crop rotation on soybean cyst nematode (*Heterodera glycines*) and winter annual weeds. Weed Sci. 56:103-111.

**Creech, J.E.**, J.S. Webb, B.G. Young, J.P. Bond, S.K. Harrison, V.R. Ferris, J. Faghihi, A. Westphal, and W.G. Johnson. 2007. Development of soybean cyst nematode on henbit (*Lamium amplexicaule*) and purple deadnettle (*Lamium purpureum*). Weed Technol. 21:1064-1070.

**Creech, J.E.**, J. Faghihi, V.R. Ferris, A. Westphal, and W.G. Johnson. 2007. Influence of intraspecific henbit (*Lamium amplexicaule*) and purple deadnettle (*Lamium purpureum*) competition on soybean cyst nematode. Weed Sci. 55:665-670.

**Creech, J.E.**, J.B. Santini, S.P. Conley, A. Westphal, and W.G. Johnson. 2007. Purple deadnettle (*Lamium purpureum*) and soybean cyst nematode response to cold temperature regimes. Weed Sci. 55:592-598.

**Creech, J.E.**, W.G. Johnson, J. Faghihi, and V.R. Ferris. 2007. Survey of Indiana producers and crop advisors: A perspective on winter annual weeds and soybean cyst nematode (*Heterodera glycines*). Weed Technol. 21:532-536.

**Creech, J.E.**, and W.G. Johnson. 2006. Survey of broadleaf winter weeds in Indiana production fields infested with soybean cyst nematode (*Heterodera glycines*). Weed Technol. 20:1066-1075.

**Creech, J.E.**, W.G. Johnson, J. Faghihi, V.R. Ferris, and A. Westphal. 2005. First report of soybean cyst nematode reproduction on purple deadnettle under field conditions. Online. Crop Manage. doi:10.1094/CM-2005-0715-01-BR.

Monaco, T.A., D.A. Johnson, and **J.E. Creech**. 2005. Morphological and physiological responses of the invasive weed *Isatis tinctoria* to contrasting light, soil-nitrogen and water. Weed Res. 45:460–466.

**Creech, J.E.**, T.A. Monaco, and J.O. Evans. 2004. Photosynthetic and growth responses of *Zea mays* L. and four weed species following post-emergence treatments with mesotrione and atrazine. Pest Manage. Sci. 60:1079-1084.

Monaco, T.A., and **J.E. Creech**. 2004. Sulfosulfuron effects on growth and photosynthesis of 15 range grasses. J. Range Manage. 57:490-496.


<u>In review</u>

Cox*, S., M.D. Peel, J.E. Creech, B.L. Waldron, J.-S. Eun, D.R. ZoBell, R.L. Miller, and D.L. Snyder. 20xx. Forage nutritive value of grass-legume binary mixtures on Intermountain Western USA irrigated pastures. Crop Science. (UAES journal paper no. 8932)

Adeleke, K., I. Atoloye, J.E. Creech, X. Dai, and J.R. Reeve. 20xx. Nutritive and non-nutritive effects of compost on organic dryland wheat in Utah. Agronomy Journal.

Hadfield, J., B. Waldron, C. Isom, E. Creech, M. Rose, J. Long, R. Miller, K. Rood, A. Young, R. Stott, A. Sweat, K. Thornton-Kurth. 20xx The effects of grass and grass-birdsfoot trefoil pastures on dairy heifer development: I. Heifer growth and performance. *(Accepted with minor revisions)*

35

Rose, M., B. Waldron, C. Isom, M. Peel, K. Thornton-Kurth, R. Miller, K. Rood, J. Hadfield, J. Long, B. Henderson, K. Thornton-Kurth. 20xx. The effects of grass and grass-birdsfoot trefoil pastures on dairy heifer development: II. Herbage characteristics affecting intake. *(Accepted with minor revisions)*

## Citation Metrics

An h-index of 8 indicates that I have 8 papers cited at least 8 times. An i10-index refers to the number of my papers that were cited at least 10 times. My first manuscript was published in 2004.

### *ResearcherID summary*



**Publication metrics**
Publications in Web of Science: 26
Sum of times cited: 173
H-Index: 8
Average citations per item: 6.7
Average citations per year: 11.5
Last updated: 12/22/2020

### *Google Scholar Citations summary*

| Citation indices | | |
|---|---|---|
| | All | Since 2015 |
| Citations | 387 | 174 |
| h-index | 11 | 8 |
| i10-index | 13 | 5 |

**Citations to my articles**

**Invited Scholarly Presentations:**

**Creech, J.E.** 2020. Planting seeds. USU Inaugural Professor Lecture Series. Virtual. Nov 19, 2020.

**Creech, J.E.** 2019. 111- Extension grassroots – Developing a successful program in your region. Early Career Session. ASA-CSSA-SSSA International Annual Meeting. San Antonio, TX (Nov 11, 2019).

**Creech, J.E.** 2018. Grass-legume mixtures for grazing in the high desert of the Intermountain West, USA. Aberystwyth University IBERS Research Seminar. Aberystwyth, Wales, UK. August 8, 2018.

**Creech, J.E.** 2017. Compost carryover and cover crop effects on dryland organic wheat. Agricultural Research Congressional Exhibition and Reception. Washington, DC. April 5, 2017. Event was a partnership of AFRI Coalition, Association of Public and Land-Grant Universities (APLU), National Coalition for food and agriculture, and Supporters of Agricultural Resarch (SoAR) Foundation. I was invited to represent USU at this event.

**Creech, J. E.** 2010. Considerations for breeding and developing forages to compete with weeds in the Intermountain West, USA. 2010 International Symposium on Forage, Turf-grass and Biofuel Germplasm Research Proc. Pp. 195-196. Yangling, China. October 12, 2010.

Mock, V. A., **J. E. Creech**, and W. G. Johnson. 2008. Influence of winter annual weed removal timings on soybean cyst nematode population densities. Weed Sci. Soc. Amer. Abstr. 48:289. Chicago, IL.

**Creech, J. E.**, V. A. Mock, and W. G. Johnson. 2008. Purple deadnettle and soybean cyst nematode response to cold temperature regimes. Weed Sci. Soc. Amer. Abstr. 48:290. Chicago, IL.

**Abstracts/Proceedings**

(*graduate student, **undergraduate student, +County Extension Agent)

Creech, J. E., Loveland, C., Yost, M., Ransom, C., Putnam, D. (2020). How to Avoid Glyphosate Injury in Glyphosate-Resistant Alfalfa (vol. 73, pp. 72). Proceedings of the Western Society of Weed Science. Maui, HI

Holt, J., Yost, M., Creech, J. E., Allen, L., Winward, D. (2020). Agricultural water optimization with advanced sprinkler packages for pivots. ASA, CSSA, SSSA annual meeting.

Egbert, K., Yost, M., Gale, J. A., Nelson, R. M., Wilde, T., Creech, J. E., Allen, L. (2020). Effects of sprinkler maintenance and DATA-based water management decisions on alfalfa production. ASA, CSSA, SSSA annual meeting.

Sullivan, T., Yost, M., Creech, J. E., Allen, L., Kitchen, B. M. (2020). How a management stacking environment affects yield of silage corn. ASA, CSSA, SSSA annual meeting.

Yost, M., Sullivan, T., Westmoreland, M., Bugbee, B. G., Creech, J. E. (2020). Impacts of irrigation, cultivar, and nutrient management on hemp yield and quality. ASA, CSSA, SSSA annual meeting.

Sullivan, T., Yost, M., Creech, J. E., Allen, L., Kitchen, B. M. (2020). The effects of stacking water management factors on forage quality. ASA, CSSA, SSSA annual meeting.

Roberts, C., Yost, M., Ransom, C., Creech, J. E. (2020). The impacts of irrigation, herbicide, and oat companion crop on spring-seed alfalfa. ASA, CSSA, SSSA annual meeting.

Palmer, M. D., Pace, M., Yost, M., Creech, J. E., Zesiger, C., Hadfield, J. (2020). Utah cover crops research and demonstration. NACAA Annual Virtual Conference.

Atoloye, I. A., Reeve, J., Jacobson, A., Creech, J. E. (2020). Effects of cover crops and a one-time compost application on soil health in organic dryland winter wheat-fallow systems. Soil Science Society of America.

Getz*, M.M., B.S. Bushman, K.B. Jensen, M.D. Robbins and **E. Creech**. 2020. Targeting late flowering time and forage quality association study within a segregating orchardgrass population. WSCS annual meeting. Virtual.

Roberts*, C., M. Yost, C. Ransom, E. Creech. 2020. The impacts of irrigation, herbicide, and oat companion crop on spring-seed alfalfa. WSCS annual meeting. Virtual.

Getz*, M.M., B.S. Bushman, K.B. Jensen, M.D. Robbins and **E. Creech**. 2019. Association of Targeted Genes with Heading Date within an Orchardgrass Population Selected for Late-Heading and Forage Quality. ASA/CSSA/SSSA 2019 International Annual Meetings. 59-6. San Antonio, TX.

Pound*, C., M.A. Yost, **E. Creech**, G.E. Cardon, K. Russell, D. Despain[+], J. Gale[+], K. Heaton[+], B. Kitchen[+], M. Pace[+], S. Price[+], C. Reid[+], M. Palmer[+], and M. Nelson[+]. 2019. Nitrogen Response in Small Grains after Alfalfa. ASA/CSSA/SSSA 2019 International Annual Meetings. 98-6. San Antonio, TX.

Atoloye*, I., J. Reeve, A.R. Jacobson, and **E. Creech**. 2019. Effects a One-Time Compost Application on Carbon Dynamics in Dryland Organic Wheat Systems in the Intermountain West, USA. ASA/CSSA/SSSA 2019 International Annual Meetings. 122-18. San Antonio, TX.

Yost, M., M. Harper*, **E. Creech**, N. Allen, C. Reid[+], and B. Kitchen[+]. 2019. Combinations of Soil and Water Management for Water Optimization. ASA/CSSA/SSSA 2019 International Annual Meetings. 411-11. San Antonio, TX.

Loveland*, C., **E. Creech**, J. Reeve, M. Yost, and K. Buckland. 2019. Agronomic Strategies to Improve Seed Set in Organic Quinoa. ASA/CSSA/SSSA 2019 International Annual Meetings. 1315. San Antonio, TX.

McFarland*, C.R., R.J. Zuger, N. Tautges, **E. Creech**, J.R. Reeve, and I.C. Burke. 2019. A Single High Volume Compost Application Increased Soil and Crop Outcomes in No-till Dryland Wheat. ASA/CSSA/SSSA 2019 International Annual Meetings. 1172. San Antonio, TX.

Egbert*, K., M. Yost, N. Allen, **E. Creech**, J. Gale[+], M. Nelson[+], and T. Wilde[+]. 2019. Irrigation Equipment Maintenance and Scheduling Impacts on Alfalfa Production. ASA/CSSA/SSSA 2019 International Annual Meetings. 1216. San Antonio, TX.

Holt*, J., M. Yost, **E. Creech**, N. Allen, D. McAvoy, C. Reid[+], and D. Winward. 2019. New Irrigation Technologies Are Maintaining Yield with Less Water. ASA/CSSA/SSSA 2019 International Annual Meetings. 1207. San Antonio, TX.

Loveland*, C., M. Yost, C. Ransom, R. Wilson, D. Putnam, G. Carneiro-Galdi[+], T. Getts[+], D. Samac, and **E. Creech**. 2019. Potential for Glyphosate Injury to Glyphosate-Resistant Alfalfa in Frost-Prone Environments. ASA/CSSA/SSSA 2019 International Annual Meetings. 1646. San Antonio, TX.

Anderson*, A., R. Ramirez, T. Pitts-Singer, and **E. Creech**. 2019. *Melittobia* longevity in a managed *Megachile rotundata* system. Entomological Society of America. Entomology 2019. Paper D3187. St. Louis, MO.

Ramirez, R., J. Golec*, M. Yost, **E. Creech**, and N. Allen. 2019. Re-evaluating spider mite management within water-efficient crop technologies. Entomological Society of America. Entomology 2019. Paper 2041. St. Louis, MO.

**Creech, E.**, J. Reeve, M. Deakin*, I. Atoloye*, and A.R. Jacobson. 2019. Can a single compost application improve long-term dryland wheat yields? West. Soc. of Crop Sci. Pasco, WA.

38

Loveland\*, C., M. Yost, C. Ransom, R. Wilson, D. Putnam, G. Carneiro Galdi[+], T. Getts[+], D. Samac, and **E. Creech**. 2019. Potential for glyphosate injury to glyphosate-resistant alfalfa in frost-prone environments. West. Soc. of Crop Sci. Pasco, WA.

Roberts\*, C., M. Yost, C. Ransom, M. Peel, K. Jensen, and **E. Creech**. 2019. Seeding rates, herbicide, and drought effects on oat-alfalfa companion crops. West. Soc. of Crop Sci. Pasco, WA.

Pound\*, C., M. A. Yost, G. E. Cardon, **E. Creech**, K. Russell[+], D. Despain[+], J. Gale[+], K. Heaton[+], B. Kitchen[+], M. Pace[+], S. Price[+], C. Reid[+], M. Palmer[+], and M. Nelson[+]. 2019. Nitrogen requirements for small grain forage after alfalfa. West. Soc. of Crop Sci. Pasco, WA.

Buckland\*, K.R., **J.E. Creech**, and J.R. Reeve. Interactions between quinoa (*Chenopodium quinoa*) and three common weeds in a replacement series study. National Conference of the American Society of Horticultural Science. HortScience 54 (9) Supplement. S140. Las Vegas, NV

Waldron, B., M. Rose\*, **J.E. Creech**, C. Isom, and M. Peel. 2019. Increased inherent energy in grasses acts complementarily with birdsfoot trefoil to improve pasture-based dairy heifer performance. Joint Symposium of the European Grassland Federation and EUCARPIA Section. Grassland Science in Europe Vol. 24, p. 98. Zürich, Switzerland.

Pound\*, C., M.A. Yost, **E. Creech**, G. Cardon, K. Russell[+], D. Despain[+], J. Gale[+], K. Heaton[+], M. Pace[+], S. Price[+], C. Reid[+], M. Palmer[+], and M. Nelson[+]. 2019. Nitrogen management in small grains after alfalfa. 2019 Western Nutrient Management Conference. Reno, NV.

Atoloye\*, I., J. Reeve, A.R. Jacobson, and **E. Creech**. 2019. Variable impact of compost on phosphorus pool dynamics in dryland organic wheat. SSSA 2019 International Annual Meetings. Paper 100-7. San Diego, CA.

Atoloye\*, I., J. Reeve, A.R. Jacobson, and **E. Creech**. 2019. Aggregate size, C, N, and P dymanics in different dryland organic wheat soils. SSSA 2019 International Annual Meetings. Paper 1403. San Diego, CA.

Reeve, J., K. Adeleke\*, **E. Creech**, and D. Hole. 2019. Predicting long-term compost carryover effects in organic dryland wheat systems. SSSA 2019 International Annual Meetings. Paper 1408. San Diego, CA.

Holt\*, J., M. Yost, **E. Creech**, C. Reid[+], D. McAvoy, N. Allen, and D. Winward. 2019. Increasing soil moisture content using biochar and precision irrigation techniques. SSSA 2019 International Annual Meetings. Paper 1128. San Diego, CA.

Pound\*, C., M.A. Yost, **E. Creech**, G. Cardon, K. Russell[+], D. Despain[+], J. Gale[+], K. Heaton[+], M. Pace[+], S. Price[+], C. Reid[+], M. Palmer[+], and M. Nelson[+]. 2019. Nitrogen fertilizer needs of small grains after alfalfa. SSSA 2019 International Annual Meetings. Paper 1522. San Diego, CA.

Long, J., B. Waldron, C. Isom, K. Thornton-Kurth, K. Rood, M. Peel, **E. Creech**, R. Reed, R. Nelson, D. Forrester, J. Briscoe, J. Hadfield, and M. Rose. 2018. Pasture-based dairy impact on nitrogen and phosphorus cycling in response to grazing grass-legume mixtures over monocultures. SARE Our Farms, Our Futures Conference. St. Louis, MO.

Rose, M., B.L. Waldron, **E. Creech**, C. Isom, and M.D. Peel. 2018. Grass-Birdsfoot Trefoil Mixtures to Improve Pasture-Based Dairy Performance. North American Alfalfa Improvement Conference. Paper P22. Logan, UT.

Briscoe, J.T., M.D. Peel, and **E. Creech**. 2018. Forage nutritive value in alfalfa, birdsfoot trefoil, cicer milkvetch, orchardgrass, perennial ryegrass, and tall fescue at differing stages of maturity through the growing season. North American Alfalfa Improvement Conference. Paper P14. Logan, UT.

39

**Creech, E.**, M. Deakin, J.R. Reeve, D.J. Hole and A.R. Jacobson. 2018. Long-Term Compost Effects in Dryland Organic Wheat-Fallow Systems. ASA/CSSA 2018 International Annual Meetings. Paper 1079. Baltimore, MD.

Briscoe, J.T., M.D. Peel, **E. Creech**, B.L. Waldron, and R.L. Miller. 2018. Inter-Seeding Forage Legumes into Existing Cool-Season Grass Pastures. ASA/CSSA 2018 International Annual Meetings. Paper 1279. Baltimore, MD.

Rose, M., B.L. Waldron, **E. Creech**, C. Isom, and M.D. Peel. Grass-Birdsfoot Trefoil Mixtures to Improve Pasture-Based Dairy Performance. ASA/CSSA 2018 International Annual Meetings. Paper 1299. Baltimore, MD.

Yost, M.A., **E. Creech**, and G. Cardon. 2018. Long-Term Nitrogen Needs of Dryland Wheat. ASA/CSSA 2018 International Annual Meetings. 257-8. Baltimore, MD.

**Creech, J.E.**, C.V. Ransom, M. Pace, and C. Israelsen. 2018. Herbicide options for weed management in dormant-seeded safflower. West. Soc. Weed Sci. 71:41. Anaheim, CA.

Burke, I.C., **Creech, J.E.**, and J.R. Reeve. 2018. Compost carryover and cover crop effects on soil quality, profitability, and cultivar selection in organic dryland wheat. USDA NIFA OREI PD Meeting. August 2, 2018. Washington, DC.

Holt, J., M. Yost, N. Allen, **E. Creech**, C. Reid, D. Winward, and D. McAvoy. 2018. Innovative water management for alfalfa using precision mobile drip irrigation and biochar. ASA-CSSA Annual Meetings, Baltimore, MD.

Wan, J., **J.E. Creech**, Y. Wang, X. Zhang, Z. Yu. 2018. Effects of wilting and additives on the fermentation quality, chemical composition and in vitro of sudangrass silage. West. Soc. of Crop Sci. Laramie, WY.

Loveland, L., **J.E. Creech**, J.R. Reeve and M.A. Yost. 2018. Strategies for quinoa seed production in high temperature environments. West. Soc. of Crop Sci. Laramie, WY.

**Creech, J.E.**, S.B. Orloff, and R.G. Wilson. 2018. Glyphosate injury to glyphosate resistant alfalfa. West. Soc. of Crop Sci., Laramie, WY.

Shaffer*, B., G. Cardon, **E. Creech**, and P. Grossl. 2017. The impact of added nitrogen to first and second year corn after alfalfa. ASA/CSSA/SSSA 2017 International Annual Meetings. Paper 109392. Tampa, FL.

Briscoe*, J., M. Peel, **E. Creech**, and B. Waldron. 2017. Preference of cattle grazing birdsfoot trefoil in binary mixtures with meadow bromegrass, orchardgrass, perennial ryegrass and tall fescue. ASA/CSSA/SSSA 2017 International Annual Meetings. Paper 106118. Tampa, FL.

Mortensen*, J.S., B.L. Waldron, S.R. Larson, K.B. Jensen, P.G. Johnson, and **J.E. Creech**. 2017. Genetic mapping of grass-legume mixture compatibility QTLs in intermediate wheatgrass. ASA/CSSA/SSSA 2017 International Annual Meetings. Paper 106017. Tampa, FL.

Deakin*, M., **E. Creech**, J.R. Reeve, and D.J. Hole. 2017. Compost carryover and cover crop effects in dryland organic wheat. ASA/CSSA/SSSA 2017 International Annual Meetings. Paper 105296. Tampa, FL.

Gale[+], J.A., B. Shafer*, G. Cardon, **J.E. Creech**, et al. 2017. Reducing nitrogen fertilizer inputs for 1st and 2nd year corn following alfalfa in Utah. 2017 NACAA Western Region Conference, Albuquerque, NM.

Norberg, O.S., **E. Creech**, D. Llewellyn, S. Fransen, and J. Neibergs. 2017. Cutting irrigated hay costs by using soybeans. West. Soc. of Crop Sci., Parma, ID.

Deakin*, M., **E. Creech**, J.R. Reeve, and D.J. Hole. 2017. Compost carryover and cover crop effects in dryland organic wheat. West. Soc. of Crop Sci., Parma, ID.

Shaffer*, B., G. Cardon, **E. Creech**, and P. Grossl. 2017. The impact of added nitrogen to first and second year corn silage after alfalfa. West. Soc. of Crop Sci., Parma, ID.

40

Mortensen*, J., B. Waldron, S. Larson, K. Jensen, P. Johnson, and **E. Creech**. 2017. Genetic mapping of grass-legume mixture compatibility QTLs in intermediate wheatgrass. West. Soc. of Crop Sci., Parma, ID.

Briscoe*, J., M. Peel, **E. Creech**, and B. Waldron. 2017. Preference of cattle grazing birdsfoot trefoil in binary mixtures with meadow bromegrass, orchardgrass, perennial ryegrass and tall fescue. West. Soc. of Crop Sci., Parma, ID.

Rose*, M., B. Waldron, and **E. Creech**. 2017. Grass-birdsfoot trefoil mixtures to increase pasture-based dairy performance. West. Soc. of Crop Sci., Parma, ID.

Sagers*, J., B. Waldron, and **E. Creech**. 2017. Salt tolerance of forage kochia, Gardner's saltbush, and halogeton: studies in hydroponic culture. West. Soc. of Crop Sci., Parma, ID.

Atoloye, I.*, J. Reeve, A. Jacobson and **E. Creech**. 2017. Effects of a one-time compost addition on soil health in a rainfed dryland organic wheat system. Western Nutrient Management Conference, Reno, NV.

Adeleke, K.*, J. Reeve, **E. Creech**, and I. Atoloye. 2017. Effect of cover crops and compost on soil water availability in organic dryland wheat. Western Nutrient Management Conference, Reno, NV

**Creech, J.E.**, M. Deakin*, J.R. Reeve, and D.J. Hole. 2016. Compost carryover and cover crop effects on dryland organic wheat in Utah. West. Soc. of Crop Sci. Albuquerque, NM.

Miller, R.L., T. Nielson*, M. Jensen, B.L. Waldron, T. Bingham, **E. Creech**, and M.D. Peel. 2016. Nutrient leaching under grazing systems with grass monocultures and grass-legume mixtures. ASA/CSSA/SSSA 2016 International Annual Meetings. Phoenix, AZ.

Murphy, K.M., J.R. Reeve, **J.E. Creech**, L. Hinojosa, J. Maughan, R. Jellen, J. Kellogg, S. Machado, K. Ludvigson, K.L. Schroeder, D. Finkelnburg, G. Wu, G. Ganjyal, C. Ross, C.F. Morris, and D. Packer. Quinoa cultivation in western North America: Lessons learned and the path forward. ASA/CSSA/SSSA 2016 International Annual Meetings. 227-3. Phoenix, AZ.

Pieper*, M., **J.E. Creech**, S. Hines, G.E. Cardon, and R.A. Ramirez. 2016. Silage corn hybrid response to row spacing and plant density in the Intermountain West. ASA/CSSA/SSSA 2016 International Annual Meetings. 333-1006. Phoenix, AZ.

Pieper*, M., **J.E. Creech**, S. Hines, G.E. Cardon, and R.A. Ramirez. 2016. Silage corn hybrid response to row spacing and plant density. West. Soc. of Crop Sci. Albuquerque, NM.

Whitesides, R.E., **J.E. Creech,** and J.C. Davison. 2016. Fortifying farms and ranches against weed invasion. West. Soc. Of Weed Sci. 69:130. Albuquerque, NM.

**Creech, J.E.**, and J.R. Reeve. 2015. Compost carryover and cover crop effects on soil quality, profitability, and cultivar selection in organic dryland wheat. USDA NIFA OREI PD Meeting. October 20-21, 2015. Washington, DC.

Buckland*, K., J.R. Reeve, and **J.E. Creech**. 2015. Developing Organic Quinoa Cropping Systems for Utah. ASA/CSSA/SSSA 2015 International Annual Meetings. 258-9. Minneapolis, MN.

**Creech, J.E.**, and J. Clark*. 2015. Options for managing glyphosate-resistant alfalfa in glyphosate-resistant corn. ASA/CSSA/SSSA 2015 International Annual Meetings. 306-22. Minneapolis, MN.

Peel, M.D., **J.E. Creech**, and B.L. Waldron. 2015. Forage Nutritive Value of Cool Season Grasses in Binary Mixtures with Alfalfa, Birdsfoot Trefoil, and Cicer Milkvetch. ASA/CSSA/SSSA 2015 International Annual Meetings. 307-1. Minneapolis, MN.

Waldron, B.L., **J.E. Creech**, M.D. Peel, and D. Snyder. 2015. Tall fescue mixtures with Birdsfoot trefoil or alfalfa improve forage production, beef steer gains, and economic returns. ASA/CSSA/SSSA 2015 International Annual Meetings. 307-2. Minneapolis, MN.

Adeleke*, K., J.R. Reeve, D.J. Hole, **J.E. Creech**, and B. Miller. 2015. Long-term compost carryover in organic dryland wheat production. West. Soc. of Crop Sci. Abstract id# 94558. Logan, UT.

Allen, L.N., and **J.E. Creech**. 2015. Irrigation of safflower in northern Utah. West. Soc. of Crop Sci. Abstract id# 91952. Logan, UT.

Buckland*, K., A. Nafziger**, J.R. Reeve, and **J.E. Creech**. 2015. Screening quinoa varieties for Utah's climate. West. Soc. of Crop Sci. Abstract id# 94556. Logan, UT.

**Creech, J.E.,** and J.R. Reeve. 2015. Compost carryover effects on Utah dryland organic wheat. West. Soc. of Crop Sci. Abstract id# 91852. Logan, UT.

Laca*, M., **J.E. Creech,** J.C. Davison, K.B. Jensen, G.E. Cardon. 2015. Seeding rate, N fertilizer, and harvest date effects on teff forage yield and quality. West. Soc. of Crop Sci. Abstract id# 91943. Logan, UT.

Pieper*, M., **J.E. Creech**, G. Cardon, J. Barnhill[+], J. Gale[+], C. Israelsen[+], B. Kitchen[+], M. Nelson[+], and M. Pace[+]. 2015. Nitrogen fertilizer needs of first-year corn grown after alfalfa. West. Soc. of Crop Sci. Abstract id# 91854. Logan, UT.

Rigby*, C., K.B. Jensen, and **J.E. Creech**. 2015. A comparative evaluation of cool-season rangeland grasses for establishment, yield, and forage quality. West. Soc. of Crop Sci. Abstract id# 91840. Logan, UT.

Sagers*, J., J. Clark*, and **J.E. Creech**. 2015. Herbicide options for control of glyphosate-resistant alfalfa in glyphosate-resistant corn. West. Soc. of Crop Sci. Abstract id# 91853. Logan, UT.

Smith*, R., B.L. Waldron, and **J.E. Creech**. 2015. Potential of forage kochia and other plant materials in reclamation of Gardner saltbush ecosystems invaded by halogeton. West. Soc. of Crop Sci. Abstract id# 91842. Logan, UT.

Allen, N., **J.E. Creech**, C. Israelsen[+], and M. Pace[+]. 2014. Effects of Irrigation Management on Safflower Production and Alternaria Leaf Spot. USU Extension Annual Conference. Logan, UT.

Buckland*, K., J.R. Reeve, and **J.E. Creech**. 2014. Developing Organic Quinoa Cropping Systems for Utah. ASA/CSSA/SSSA 2014 International Annual Meetings. 66-11. Long Beach, CA.

**Creech, J.E.,** M. Laca*, J.C. Davison, K.B. Jensen, G.E. Cardon. 2014. Forage Yield and Quality of Teff As Influenced By Seeding Rate, Nitrogen Fertilization, and Harvest Timing. ASA/CSSA/SSSA 2014 International Annual Meetings. 284-17. Long Beach, CA.

**Creech, J.E.,** and J. Clark*. 2014. Yield and Quality of First-Year Corn Silage Following Alfalfa Stand Termination As Affected By Tillage, Herbicide, and Nitrogen Fertilizer. West. Soc. of Crop Sci. Abstract id# 85605. Bozeman, MT.

Peel, M.D., S.R. Cox*, **J.E. Creech**, and B.L. Waldron. 2014. Forage Production of Five Cool Season Grasses in Binary Mixtures with Three Legumes at Three Planting Ratios. ASA/CSSA/SSSA 2014 International Annual Meetings. 125-9. Long Beach, CA.

Peel, M., S. Cox*, **J.E. Creech**, and B. Waldron. 2014. Forage production of five cool season grasses in binary mixtures with three legumes at three planting ratios. North American Alfalfa Improvement Conference. Abstract P25. Lethbridge, AB, Canada.

Rigby*, C., K.B. Jensen, and **J.E. Creech**. 2014. Establishment, Yield, and Forage Quality of Selected Rangeland Grasses, Legumes, and Forbs. West. Soc. of Crop Sci. Abstract id# 85601. Bozeman, MT.

Smith*, R., B.L. Waldron, and **J.E. Creech**. 2014. Potential of Forage Kochia and Other Plant Material to Reclaim Gardner Saltbush Ecosystems That Have Been Invaded By Halogeton. West. Soc. of Crop Sci. Abstract id# 85604. Bozeman, MT.

Smith*, R., B. Waldron, and **J.E. Creech**. 2014. Potential of forage kochia and other plant material to reclaim Gardner saltbush ecosystems that have been invaded by halogeton. Wyoming Society for Range Management. Evanston, WY.

Bingham*, T.J., B.L. Waldron, **J.E. Creech**, D. ZoBell, and R.L. Miller. 2013. Plant and animal performance in grass/legume pastures. West. Soc. of Crop Sci. Abstract id# 78212. Pendleton, OR.

Bingham*, T.J., B.L. Waldron, **J.E. Creech**, D. ZoBell, and R.L. Miller. 2013. Plant and animal performance in mixed tall fescue/legume pastures. ASA/CSSA/SSSA 2013 International Annual Meetings. 113-9. Tampa, FL.

Clark*, J.D., **J.E. Creech**, R.E. Whitesides, and G.E. Cardon. 2013. Termination Method of Glyphosate Resistant Alfalfa Affects Yield and Quality of First-Year Silage Corn. West. Soc. of Crop Sci. Abstract id# 78204. Pendleton, OR.

Clark*, J.D., **J.E. Creech**, R.E. Whitesides, and G.E. Cardon. 2013. Do different termination methods of glyphosate resistant alfalfa affect the yield and quality of the succeeding silage corn crop? ASA/CSSA/SSSA 2013 International Annual Meetings. 104-5. Tampa, FL.

**Creech, J.E.**, J.M. Vera*, C.T. Noviandi*, J-S. Eun, A. Young, and D. ZoBell. 2013. Effects of feeding teff hay-based diets on growth performance and ruminal fermentation profiles of growing beef steers and dairy heifers. J. Dairy Sci. 96 (Suppl. 1): 260. Indianapolis, IN.

**Creech, J.E.**, and R.E. Whitesides. 2013. Extension program development for weed prevention. West. Soc. Weed Sci. 66:52. San Diego, CA.

Holt*, M.S., K. Neal*, J.-S. Eun, **J.E. Creech**, A. Young, and X. Dai. 2013. In situ degradation kinetics of brown midrib corn silage hybrids harvested prior to or at maturity. J. Dairy Sci. 96 (Suppl. 1): 510. Indianapolis, IN.

Norberg, O.S., **J.E. Creech**, D.A. Llewellyn, K.G. Desta, S.C. Fransen, and J.S. Neibergs. 2013. Soybeans for hay production. ASA/CSSA/SSSA 2013 International Annual Meetings. 79-6. Tampa, FL.

Norberg, O.S., **J.E. Creech**, D.A. Llewellyn, K.G. Desta, S.C. Fransen, and J.S. Neibergs. 2013. Soybeans for hay production. West. Soc. of Crop Sci. Abstract id# 78090. Pendleton, OR.

Bingham**, T., M. Laca*, G. Cardon, K. Jensen, and **J.E. Creech**. 2012. Teff Forage Yield and Quality As Influenced by Seeding Rate, Nitrogen Fertilization,and Harvest Timing. West. Soc. of Crop Sci. (Abstract id# 75455). Pullman, WA.

Clark*, J., C. Israelsen+, M. Pace+, and **J.E. Creech**. 2012. Safflower growth and yield response to seeding rate and row spacing. West. Soc. of Crop Sci. (Abstract id# 75454). Pullman, WA.

Cox*, S. R., M. Peel, B. Waldron, and **J.E. Creech**. 2012. Forage production with grass-legume mixes in three ratios with tall fescue, orchardgrass, meadow brome, alfalfa, birdsfoot trefoil, and cicer milkvetch. ASA/CSSA/SSSA 2012 International Annual Meetings. 108-7. Cincinnati, OH.

Cox*, S.R., M. Peel, B. Waldron, G. Cardon, and **J.E. Creech**. 2012. Maximizing forage production with grass-legume mixtures of tall fescue, orchardgrass, meadow brome,

alfalfa, birdsfoot trefoil, and cicer milkvetch in three ratios. West. Soc. of Crop Sci. (Abstract id# 75452). Pullman, WA.

**Creech, J.E**., K. McAdoo, G.B. Kyser, and J.M. DiTomaso. 2012. Timing of low rates of glyphosate for control of downy brome in rangeland. West. Soc. Weed Sci. 65:87. Reno, NV.

Creech*, C.F., B.L. Waldron, C.V. Ransom, D.R. ZoBell, and **J.E. Creech**. 2012. Factors Influencing the Germination of Forage Kochia Accessions. West. Soc. Weed Sci. 65:11. Reno, NV.

Norberg, S., **J.E. Creech**, D. Llewellyn, K. Desta, and S. Fransen. 2012. Soybeans for forage production in the West. Western Region County Agents Meeting. Twin Falls, ID.

Schultz[+], B., **J.E. Creech**, and K. McAdoo. 2012. The response of perennial pepperweed (*Lepidium latifolium*) to physical and chemical mowing and subsequent herbicide treatment. Society for Range Management. 65:106. Spokane, WA.

Schultz[+], B., **J.E. Creech**, and K. McAdoo. 2012. The response of creeping Wildrye (*Leymus triticoides*) to physical and chemical mowing and subsequent herbicide treatment. Society for Range Management. 65:109. Spokane, WA.

Schultz[+], B., **J.E. Creech**, and V. Peterson. 2012. The response of five fall-seeded grass species and Russian knapweed to fall tillage and herbicide application. Society for Range Management. 65:110. Spokane, WA.

**Creech, J.E.,** J. Clark**, C. Israelsen[+], and M. Pace[+]. 2011. Seeding rate and row spacing effects on growth and yield of safflower. ASA/CSSA/SSSA 2011 International Annual Meetings. 228-16. San Antonio, TX.

Kyser, G., **J.E. Creech**, and J. DiTomaso. 2011. Timing of low rates of glyphosate for control of medusahead in sagebrush scrub. West. Soc. Weed Sci. 64:8. Spokane, WA.

Laca*, M., **J.E. Creech**, G. Cardon, K. Jensen, and J. Davison. 2011. Growth, yield, and quality of teff forage in response to seeding rate, N fertilization, and harvest timing. ASA/CSSA/SSSA 2011 International Annual Meetings. 237-14. San Antonio, TX.

McAdoo, K., **J.E. Creech**, and C. Boyd. 2011. Restoration of Downy Brome Infested Rangelands with Glyphosate and Transplanting Wyoming Big Sagebrush to Increase Diversity. Society for Range Management. 64:327. Billings, MT.

Pace[+], M.G., C.E. Israelsen[+], and **J.E. Creech.** 2011. 2010 Utah Safflower Research Results. National Association of County Agriculture Agents Annual Meeting. Overland Park, KS.

Pace, M., C. Israelsen, and **E. Creech**. 2011. 2010 Dryland safflower variety trials in northern Utah.  USU Extension Annual Conference.  #E-BP4.  Logan, UT.

Blecker, L. and **J.E. Creech**. 2010. Establishing priority weeds for Early Detection and Rapid Response (EDRR) education in Nevada. West. Soc. Weed. Sci. Wiakoloa, HI.

**Creech, J.E**., R. Whitesides, and S. Young. 2010. Five decades of drill box surveys for small grains in Utah. ASA/CSSA/SSSA 2010 International Annual Meetings. Long Beach, CA.

**Creech, J.E**., V. Mock*, and W. Johnson. 2010. Cropping system and winter weed management effects on soybean cyst nematode: A five year summary. ASA/CSSA/SSSA 2010 International Annual Meetings. Long Beach, CA.

**Creech, J.E**., R. Whitesides, C. Ransom, and B. Mace. 2010. Impact of glyphosate-resistant alfalfa seeding rate and herbicides on stand establishment and yield. West. Soc. of Crop Sci. Las Vegas, NV.

Davison, J., and **J.E. Creech**. 2010. Reclaiming abandoned farmlands in Nevada. Society for Range Management. SYM-191.

Pace[+], M., C. Israelsen[+], and **J.E. Creech**. 2010 Dryland safflower variety trials in northern Utah. USU Extension Annual Conference. #E-BP4. Logan, UT.

Zhang, J., G. Kyser, R. Wilson, **J.E. Creech**, M. Weltz, C. Clements, J. DiTomaso. 2010. Control of downy brome (*Bromus tectorum*) and medusahead (*Taeniatherum caput-medusae*) with rangeland herbicides in northeastern California. Weed Sci. Soc. of Amer. Abstr. PB-9. Wiakoloa, HI.

**Creech, J.E.,** and J. Davison. 2009. Variable response of perennial pepperweed to sheep grazing. 6th International IPM Symposium. P129. Portland, OR.

**Creech, J.E.,** and J. Davison. 2009. Effect of sheep grazing on perennial pepperweed. West. Soc. Weed. Sci. 62:48. Albuquerque, NM.

**Creech, J.E.,** and J. Davison. 2009. Perennial pepperweed response to sheep grazing. Weed Sci. Soc. Amer. Abstr. 49:148. Orlando, FL.

Schultz[+], B. W., and **J.E. Creech**. 2009. Short-term effect of six herbicides on Sandberg Bluegrass (*Poa secunda*) following wildfire. Society for Range Mangement. Albuquerque, NM.

Schultz[+], B. W., and **J.E. Creech**. 2009. The response of crested wheatgrass (*Agropyron Spp*) seedlings to six herbicides. Society for Range Mangement. Albuquerque, NM.

Schultz[+], B. W. and **Creech, E.** 2008. The response of crested wheatgrass (*Agropyron spp.*) seedlings to six herbicides. Western Region, National Association of Agricultural Extension Agents. Prineville, OR.

Mock*, V. A., **J.E. Creech**, and W. G. Johnson. 2008. Winter annual weed influence on soil temperature and soybean cyst nematode population density. Proc. North Central Weed Sci. Soc. 63:64. Indianapolis, IN.

Mock*, V. A., **J.E. Creech**, and W. G. Johnson. 2008. Effect of winter annual weed management on soybean cyst nematode population and weed density. Proc. North Central Weed Sci. Soc. 63:105. Indianapolis, IN.

Johnson, W., **E. Creech**, and V. Mock*. 2008. Winter annual weeds as alternative hosts for soybean cyst nematode. 5th International Weed Science Congress. 5:547. Vancouver, BC.

**Creech, J.E.,** V. A. Mock*, and W. G. Johnson. 2008. A cropping systems approach to managing soybean cyst nematode and winter annual weeds. Proc. West. Soc. Weed Sci. 61:89. Anaheim, CA.

Mock*, V. A., **J. E. Creech**, and W. G. Johnson. 2008. Response of plant growth and soybean cyst nematode to annual ryegrass, purple deadnettle, and soybean combinations. Weed Sci. Soc. Amer. Abstr. 48:112. Chicago, IL.

Mock*, V. A., **J. E. Creech**, and W. G. Johnson. 2007. Response of soybean cyst nematode to winter annual weed removal timings. Proc. North Central Weed Sci. Soc. 62:114. St. Louis, MO.

Mock*, V. A., **J. E. Creech**, and W. G. Johnson. 2007. Response of soybean cyst nematode and plant growth to combinations of purple deadnettle, annual ryegrass and soybeans. Proc. North Central Weed Sci. Soc. 62:25. St. Louis, MO.

**Creech, J. E.**, W. G. Johnson, V. A. Mock*, V. R. Ferris, J. Faghihi, and A. Westphal. 2007. Winter annual weed management and cropping system effects on soybean cyst nematode, the weed seedbank, and crop yield. Weed Sci. Soc. Amer. Abstr. 47:235. San Antonio, TX.

**Creech, J. E.**, V. A. Mock, W. G. Johnson, V. R. Ferris, J. Faghihi, and A. Westphal. 2006. Crop rotation and winter weed management effects on the weed seedbank and soybean cyst nematode density. Proc. North Central Weed Sci. Soc. 61:211. Milwaukee, WI.

**Creech, J. E.**, W. G. Johnson, J. S. Webb, B. G. Young, J. P. Bond, and S. K. Harrison. 2006. Fall and spring development of soybean cyst nematode on winter annual weeds. Proc. North Central Weed Sci. Soc. 61:74. Milwaukee, WI.

Mock, V. A., **J. E. Creech**, and W. G. Johnson. 2006. Response of soybean cyst nematode to annual ryegrass, purple deadnettle, and soybean combinations. Proc. North Central Weed Sci. Soc. 61:159. Milwaukee, WI.

Mock, V. A., **J. E. Creech**, and W. G. Johnson. 2006. Influence of henbit and purple deadnettle density on plant biomass and soybean cyst nematode reproduction. Proc. North Central Weed Sci. Soc. 61:81. Milwaukee, WI.

Webb, J. S., B. G. Young, W. G. Johnson, and **J. E. Creech**. 2006. Control of winter annual weeds affects summer annual weed growth and management. Proc. North Central Weed Sci. Soc. 61:160. Milwaukee, WI.

**Creech, J. E.**, W. G. Johnson, V. R. Ferris, J. Faghihi, and A. Westphal. 2006. Cropping system and winter weed management effects on weed seedbank dynamics and soybean cyst nematode population density. American Soc. of Agron. 98:312-6. Indianapolis, IN.

Mock, V. A., **J. E. Creech**, and W. G. Johnson. 2006. Soybean cyst nematode response to purple deadnettle, annual ryegrass, and soybean mixtures. American Soc. of Agron. 98:312-5. Indianapolis, IN.

McMillan, J. E., **J. E. Creech**, A. Westphal, B. G. Young, J. S. Webb, J. P. Bond, S. K. Harrison, and W. G. Johnson. 2006. Fall and spring development of soybean cyst nematode on winter annual weeds in the eastern Corn Belt. American Soc. of Agron. 98:155-6. Indianapolis, IN.

Johnson, W. G., **J. E. Creech**, B. G. Young, and J. S. Webb. 2006. Fall and spring development of SCN on winter annual weeds. 5th National IPM Symposium. P060. St. Louis, MO.

Johnson, W. G., and **J. E. Creech**. 2006. Impact of winter weed management and crop rotation on winter weed and SCN population density. 5th National IPM Symposium. P061. St. Louis, MO.

**Creech, J. E.** and W. G. Johnson. 2006. Influence of selected winter temperature regimes on soybean cyst nematode development on purple deadnettle. Proc. West. Soc. Weed Sci. 59:126. Reno, NV.

**Creech, J. E.** and W. G. Johnson. 2006. Influence of winter annual weed management on the weed seedbank and soybean cyst nematode density. Proc. West. Soc. Weed Sci. 59:109. Reno, NV.

**Creech, J. E.**, W. G. Johnson, V. R. Ferris, J. Faghihi, and A. Westphal. 2005. Influence of winter weed management on weed seedbank dynamics and soybean cyst nematode population density. American Soc. of Agron. 97:147-5. Salt Lake City, UT.

**Creech, J. E.**, W. G. Johnson, B. G. Young, J. S. Webb, J. P. Bond, M. M. Menke, and S. K. Harrison. 2005. Fall and spring development of soybean cyst nematode on winter annual weeds in the eastern Corn Belt. Proc. North Central Weed Sci. Soc. 60:51. Kansas City, MO.

Mock, V. A., V. M. Davis, **J. E. Creech**, and W. G. Johnson. 2005. Response of selected Indiana horseweed (*Conyza Canadensis*) populations to 2,4-D rates. Proc. North Central Weed Sci. Soc. 60:34. Kansas City, MO.

Webb, J. S., B. G. Young, W. G. Johnson, and **J. E. Creech**. 2005. Influence of winter annual weed control on summer annual weed emergence. Proc. North Central Weed Sci. Soc. 60:147. Kansas City, MO.

Johnson, W. G., and **J. E. Creech**. 2005. Impact of winter weed management and crop rotation on winter annual weeds and soybean cyst nematode. Proc. North Central Weed Sci. Soc. 60:154. Kansas City, MO.

**Creech, J. E.**, V. M. Davis, and W. G. Johnson. 2004. Investigation of multiple herbicide resistance in selected Indiana horseweed populations. Proc. North Central Weed Sci. Soc. 59:44. Columbus, OH.

**Creech, J. E.**, and W. G. Johnson. 2004. Soybean cyst nematode and winter annual weeds in Indiana: distribution and producer concern. Proc. North Central Weed Sci. Soc. 59:143. Columbus, OH.

Johnson, W., R. Dewell, V. Davis, and **E. Creech**. 2004. Glyphosate resistant horseweed control with postemergence herbicides in soybean and corn. Proc. North Central Weed Sci. Soc. 59:18. Columbus, OH.

Dewell, R. A., W. G. Johnson, **J. E. Creech**, and V. Davis. 2004. Management options for dandelion control in no-till systems. Proc. North Central Weed Sci. Soc. 59:39. Columbus, OH.

Davis, V. M., **J. E. Creech**, and W. G. Johnson. 2004. Response of selected Indiana horseweed populations to glyphosate rates. Proc. North Central Weed Sci. Soc. 59:49. Columbus, OH.

**Creech, J. E.**. W. G. Johnson, and R. A. Dewell. 2003. Dandelion control with spring applied, pre-plant treatments in no-till corn. Proc. North Cent. Weed Sci. Soc. 58:91. Louisville, KY.

Dewell, R. A., W. G. Johnson, and **J. E. Creech**. 2003. Dandelion control with spring applied treatments in no-till soybean. Proc. North Cent. Weed Sci. Soc. 58:46. Louisville, KY.

**Creech, J. E.**, and J. O. Evans. 2003. Weed control programs in field corn with mesotrione applied postemergence. Weed Sci. Soc. Amer. Abstr. 43:10. Jacksonville, FL.

**Creech, J. E.**, and J. O. Evans. 2003. Weed control programs in field corn with mesotrione applied preemergence. Proc. West. Soc. Weed Sci. 56:69. Kauai, HI.

**Creech, J. E.**, T. A. Monaco, and J. O. Evans. 2003. Photosynthetic response of five plant species to postemergence mesotrione and atrazine. Proc. West. Soc. Weed Sci. 56:131. Kauai, HI.

**Creech, J. E.**, and J. O. Evans. 2002. Performance of mesotrione for annual weeds in corn under semi-arid conditions of the West. Weed Sci. Soc. Amer. Abstr. 42:3. Reno, NV.

**Creech, J. E.**, and J. O. Evans. 2002. Performance of mesotrione for annual weed control in field corn. Proc. West. Soc. Weed Sci. 55:50. Salt Lake City, UT.

## Graduate Students Advised:

Major Professor or Co-Major Professor:

Rodney Nelson, 2020-present, M.S. in Plant Science. Thesis title (proposed): Agronomic practices to improve dormant seeded safflower establishment and production.

Michael Greenland, 2019-present, M.S. in Plant Science. Thesis title (proposed): Preference of dairy cattle breeds to pasture grass species in grass-legume mixtures.

Carson Roberts, 2019-present, M.S. in Plant Science. Thesis title (proposed): Alfalfa establishment as influenced by an oat companion crop and irrigation level.

Megan Getz, 2018-present, Ph.D. in Plant Science. Dissertation title (proposed): Molecular markers and expression of candidate genes for flowering time to select late heading orchardgrass.

Chet Loveland, 2019-2020, M.S. in Plant Science. Thesis title: Response of glyphosate-resistant alfalfa to glyphosate application in the Intermountain West.

Marcus Rose, 2017-2019, M.S. in Plant Science. Thesis title (proposed): Grass-birdsfoot trefoil mixtures to increase pasture-based dairy performance.

Bailey Shaffer, 2016-present, M.S. in Plant Science. Thesis title (proposed): Silage corn yield and quality response to nitrogen fertilizer after alfalfa.

John Mortensen, 2016-2019, M.S. in Plant Science. Thesis title (proposed): Genetic mapping of grass-legume mixture compatibility QTLs in intermediate wheatgrass.

Michael Deakin, 2016-present, M.S. in Plant Science. Thesis title (proposed): Dryland winter wheat response to compost.

Michael Laca, 2010-present, M.S. in Plant Science. Thesis title (proposed): Agronomics of teff production in Utah.

Jacob Briscoe, 2016-2018, M.S. in Plant Science. Thesis title: Utilizing legumes to improve production and nutritive value of Intermountain West pastures.

Mark Pieper, 2015-2018, M.S. in Plant Science. Thesis title: Silage corn hybrid response to row width and plant density in the Intermountain West.

Joseph Sagers, 2015-2016, M.S. in Plant Science. Thesis title: Salt tolerance of forage kochia, Gardner's saltbush, and halogeton: studies in hydroponic culture.

Kristie Buckland, 2013-2016, Ph.D. in Plant Science (co-advisor). Thesis title: Increasing the sustainability of Utah farms by incorporating quinoa as a novel crop and protecting soil health.

Craig Rigby, 2013-2016, M.S. in Plant Science. Thesis title: Establishment and trends in persistence of selected perennial cool-season grasses.

Rob Smith, 2011-2015, M.S. in Plant Science. Thesis title: Potential of forage kochia and other plant materials to reclaim Gardner saltbush ecosystems that have been invaded by halogeton.

TJ Bingham, 2012-2014, M.S. in Plant Science. Thesis title: Plant and animal performance in tall fescue and tall fescue/legume pastures.

Jason Clark, 2011-2014, M.S. in Plant Science. Thesis title: Yield and quality of first-year silage corn following alfalfa stand termination as affected by tillage, herbicide, and nitrogen fertilizer.

Steven Cox, 2011-2013, M.S. in Plant Science. Thesis title: Forage yield and quality of binary grass-legume mixtures of tall fescue, orchardgrass, meadow brome, alfalfa, birdsfoot trefoil and cicer milkvetch.

Committee member:
  Mercy Ademba (MS in Plant Science) 2020-present
  Kyle Egbert (MS in Plant Science) 2019-present
  Danielle Thiemann (PhD in Plant Science) 2019-present
  Collin Pound (MS in Plant Science) 2018-2020
  Jonathan Holt (MS in Plant Science) 2018-2020
  Andi Kopit (MS in Entomology) 2015-2020
  Avik Mukherjee (PhD in Climate Science) 2016-2019
  Parichart Promchote (PhD in Climate Science) 2015-2019
  Donya Quarnstrom (MS in Applied Economics) 2018
  Ryan Hodges (MS in Soil Science) 2017-2019
  Kareem Adeleke (MS in Soil Science) 2017-2019
  Paearen Kit (MS in Plant Science) 2016-2018
  Steven Price (MS in Entomology) 2015-2017
  Brandon Tye (MS in Animal Nutrition) 2015-2016
  Alice Ruckert (PhD in Entomology) 2012-2017
  Rachel Christensen (PhD in Animal Nutrition) 2012-2015
  Alexandra Kelley (MS in Animal Nutrition) 2013-2014
  Katie Neal (MS in Animal Nutrition) 2012-2014

Mary McDonald (MS in Animal Nutrition) 2013
Shane Holt (PhD in Animal Nutrition) 2010-2013
Chris Dschaak (PhD in Animal Nutrition) 2010-2012

**Mentoring and Directing Undergraduate Students**
Cody Lindley, 2019-present
Anna Stuart, 2018-present
Mason Sherwood, 2018
Ben Stuart, 2018
Samuel Belnap, 2018
Lindsey Esplin, 2018
Anna Housley, 2017-2018
Logan Loveland, 2017-2018
Tanya Oldham, 2014-2017
Spencer Haycock, 2016
Seth Taylor, 2016
Hailey Hansen, 2015-2016
Jordan Atkinson, 2014
Mark Pieper, 2014
Joseph Sagers, 2012-2014
Thomas Bleazard, 2012-2013
T.J. Bingham, 2011-2012
Jason Clark, 2010-2011

**Mentoring and Directing Visiting Scientists**

| | |
|---|---|
| Guangyan Feng (Shaun Bushman) | 2018-2019 |
| Jiangchun Wan | 2017-2018 |
| Xianhua Zhang (Joe Robbins) | 2017-2018 |
| Xinxin Zhao (Shaun Bushman) | 2015-2016 |
| Hua Cai (Ivan Mott and Mike Peel) | 2016-2017 |

## Contracts and Grants:
### *Funding Summary (updated 7/30/2019)*

| Competitive Funding | Previous to USU | At USU | Pending |
|---|---|---|---|
| External competitive – Lead PI | $307,047 | $ 3,937,043 | |
| Co-PI | $313,853 | $ 7,720,429 | |
| External non-competitive | $ 27,900 | $ 494,746 | |
| Internal competitive | $ 32,000 | $ 263,507 | |
| **Category total** | $ 680,800 | $ 12,415,725 | |
| **Career Total** | \$ 13,096,525 | | |

### *Funded External Research Proposals*

| Title | Source | Authors | Amount | Year |
|---|---|---|---|---|
| **External Competitive – Lead PI** | | | | |

| NIR seed analyzer | Idaho Oilseed Commission | **Creech,** Pace, Yost, Ransom, Hadfield | $30,000 | 2020-2021 |
|---|---|---|---|---|
| Management options for safflower 2020 | Idaho Oilseed Commission | **Creech,** Pace, Yost, Ransom, Hadfield | $16,000 | 2020-2021 |
| Growth regulators for mustard 2020 | Idaho Oilseed Commission | **Creech,** Pace, Yost, Ransom, Hadfield | $16,000 | 2020-2021 |
| Acquisition of goods and services | USDA-ARS Research Support Agreement | Creech | $60,000 | 2020-2021 |
| Acquisition of goods and services | USDA ARS Research Support Agreement | Creech | $33,000 | 2019-2020 |
| From compost carryover to compost legacy: intercropping and compost effects on yield, quality, and soil health in organic dryland wheat | USDA Organic Agriculture Research and Extension Initiative | Reeve, **Creech,** (Project Directors) Burke, Carr, Curtis, Eberle, Jacobson, Kim, Larsen, Norton, Norton, Yost | $2,000,000 | 2019-2023 |
| Management options for safflower 2019 | Idaho Oilseed Commission | **Creech,** Pace, Israelsen, Yost, Ransom, | $15,320 | 2019-2020 |
| Growth regulators for mustard 2019 | Idaho Oilseed Commission | **Creech,** Pace, Israelsen, Yost, Ransom, | $14,720 | 2019-2020 |
| Management options for safflower and flax | Idaho Oilseed Commission | **Creech,** Ransom, Israelsen, Pace, Yost | $15,020 | 2018-2019 |
| Weed control options for dormant- and spring-seeded safflower 2017 | Idaho Oilseed Commission | **Creech,** Ransom, Israelsen, Pace | $8,287 | 2017-2018 |
| Nitrogen (N) fertilizer needs of first- and second-year corn grown after alfalfa | Utah Department of Agriculture and Food – Fertilizer Assessments | **Creech,** Cardon, Barnhill, Gale, Israelsen, Kitchen, Nelson, Pace, Patterson, Reid | $61,276 | 2016-2018 |
| Weed control options for dormant- and spring-seeded safflower | Idaho Oilseed Commission | **Creech,** Ransom, Israelsen, Pace | $7,920 | 2016-2017 |
| Forage yield and quality of pastures with grass-legume mixtures containing various tannin, protein, and energy levels | State of Utah Pasture Grants Program | **Creech,** Waldron, Peel | $10,116 | 2016-2017 |
| Evaluate and develop improved grasses and legumes for grazing in dry climates | USDA Specific Cooperative Agreement | **Creech,** Isom | $174,331 | 2014-2019 |
| Compost carryover and cover crop effects on soil quality, profitability, and cultivar selection in organic dryland wheat | USDA Organic Agriculture Research and Extension Initiative | **Creech,** Reeve, Burke, Hole, Garcia y Garcia, Fortenbery, J. Norton, U. Norton, Curtis, Jacobson, Stone | $1,555,053 | 2014-2019 |
| Integrating no-till into irrigated cropping systems in Utah | USDA-NRCS Conservation Innovation Grant | **Creech** | $75,000 | 2010-2013 |
| Restoration of Downy Brome and Medusahead infested Pastures with Glyphosate | USDA-ARS Area-Wide Pest Management | **Creech,** McAdoo, DiTomaso, Wilson | $116,100 | 2008-2012 |

| | | | | |
|---|---|---|---|---|
| | Program for Annual Grasses in the Great Basin Ecosystem | | | |
| Developing an Educational Program on Preventing Noxious Weed Invasion on Farms and Ranches in Nevada and Utah | Western Region SARE Professional Development Program | **Creech**, Whitesides, Davison | $51,878 | 2008-2012 |
| Integrated Management of Hoary Cress | Eastern Nevada Landscape Coalition | **Creech** | $37,800 | 2009-2011 |
| Nevada EIPM-CS Coordination Program FY09 | USDA-CSREES/ Extension Integrated Pest Management Coordination and Support Program | **Creech**, Davison | $62,369 | 2009-2010 |
| Nevada Agriculture Producer Weed Control Research and Education Extension Program Needs Assessment. | USDA-CSREES Extension IPM Implementation Program [Smith Lever 3(d)]. | **Creech** | $7,400 | 2008 |
| A System for Early Detection/Rapid Response in Nevada. | USDA Forest Service | **Creech** | $31,500 | 2008-2010 |
| | | **Sub-total competitive as PI** | **$4,244,043** | |

| |
|---|
| **External Competitive – Co-PI** |

51

| Water needs of three hemp varieties | State of Utah Extension Water Initiative | Yost, **Creech**, Bugbee, Westmoreland, Sullivan | $100,000 | 2020-2021 |
|---|---|---|---|---|
| Five irrigation approaches for improving alfalfa yield and quality | National Alfalfa and Forage Alliance | Yost, Creech, Allen, Gale, Nelson, Wilde | $97,933 | 2020-2021 |
| Which irrigation and crop management strategies can optimize agriculture water use in Utah? | Utah NRCS Equipment Grant | Yost, Creech, Allen | $70,000 | 2020-2021 |
| Optimizing water use with advanced irrigation and crop management | Utah Division of Water Rights | Yost, Allen, Creech | $30,000 | 2019 |
| Integrating arthropod and weed management in a water-stressed agro-ecosystem | USDA-NIFA Pest and Beneficial Species Program | Ramirez, Young, Yost, Creech, Allen | $460,000 | 2019-2022 |
| Identifying Stacked Conservation Practices that Optimize Water Use in Agriculture | Western Region SARE Research and Education Program | Yost, Allen, Creech, Neibling, Hansen, Heaton, Hopkins, Spackman | $349,977 | 2019-2022 |
| Re-evaluating spider mite management within water-efficient crop technologies | State of Utah Extension Water Initiative | Ramirez, Yost, Creech, Allen | $75,000 | 2019-2021 |
| Developing Alfalfa Varieties for High Salinity Production Systems | USDA-NIFA Alfalfa and Forage Research Program (AFRP) | Putnam, Hutmacher, Brummer, **Creech**, Benes | $300,000 | 2018-2020 |
| Optimizing Water Use in Agriculture by Stacking Conservation Practices | Foundation for Food and Agriculture | Yost, Allen, **Creech** | $600,000 | 2018-2021 |
| Testing Irrigation Strategies to Stretch Limited Water Supplies | State of Utah Extension Water Initiative | Yost, **Creech**, Allen, Gale, Despain, Nelson, Wilde | $75,000 | 2018-2020 |
| Managing small grains after alfalfa for water savings | State of Utah Extension Water Initiative | Yost, **Creech**, Cardon, Allen, Larsen | $45,592 | 2018-2020 |
| An integrated weed management approach for controlling kochia in wheat using physical and cultural tactics | Western IPM Center | Young, Ransom, **Creech** | $30,000 | 2018-2019 |
| Nitrogen Needs of Small Grains Following Alfalfa | Utah Department of Agriculture and Food – Fertilizer Assessments | Yost, **Creech**, Cardon, Allen, Larsen | $36,093 | 2018-2021 |
| Novel Solutions for Conserving Water in Utah Agriculture | State of Utah Extension Water Initiative | Yost, **Creech**, Reid, McAvoy, Allen, Winward | $70,823 | 2018-2019 |
| Interseeding legumes in established grass pasture and determining forage nutritive value of grass-legume mixed pastures | State of Utah Pasture Grants Program | Peel, **Creech** | $7,344 | 2017-2018 |

| Grass-birdsfoot trefoil mixtures to improve the economic and environmental sustainability of pasture-based organic dairies in the western U.S. | State of Utah Pasture Grants Program | Waldron, **Creech** | $15,064 | 2017-2018 |
|---|---|---|---|---|
| Economic and environmental sustainability of heifer development strategies in pasture-based organic dairy systems | USDA-NIFA OREI | Isom, Waldron, **Creech**, Thornton-Kurth, Young, Feuz, Rood, Miller, Peel, Heleba | $999,404 | 2017-2020 |
| Grass-birdsfoot trefoil mixtures to improve the economic and environmental sustainability of pasture-based organic dairies in the western U.S. | Western Region SARE Research and Education Program | Waldron, **Creech**, Isom, Thornton-Kurth, Young, Feuz, Rood, Miller, Peel | $214,123 | 2017-2019 |
| Evaluation of low energy precision application (LEPA) irrigation with center pivots | Extension Water Advisory Board (EWAB) | Allen, **Creech** | $21,509 | 2016-2017 |
| Breeding and agronomy of quinoa for organic farming systems | USDA-NIFA OREI | Murphy, Barrios-Masias, **Creech**, Crowder, Ganjyal, Jellen, Maughan, Maul, Painter, Reeve, Reganold, Sheaffer | $1,999,950 | 2016-2020 |
| Outreach and Financial Education for FSA programs for Beginning Farmers, Women and other Small Specialty Crop Producers | USDA-FSA | Ward, Curtis, Pozo, **Creech**, Wagner, Reid | $99,944 | 2016-2017 |
| Inter-seeding legumes into existing grass pastures | State of Utah Pasture Grants Program | Peel, **Creech** | $2,600 | 2015-2016 |
| Inter-seeding legumes into sod bound pastures to maximize livestock gains | State of Utah Pasture Grants Program | Peel, **Creech** | $12,168 | 2014-2015 |
| Conservation Tillage under Irrigated Crop Conditions in Utah and the Intermountain West | UDAF Cap Ferry research grant program | Cardon, **Creech**, Holmgren | $16,000 | 2013-2014 |
| Interseeding legumes in established grass pasture | State of Utah Pasture Grants Program | Peel, **Creech** | $9,794 | 2013-2014 |
| Nutritive energy value of tall fescue monocultures and tall fescue-legume mixtures | State of Utah Pasture Grants Program | Waldron, **Creech**, ZoBell | $27,616 | 2013-2014 |
| Compost Carryover and Cover Crop Cocktails for Innovative Soil Conservation and Fertility in Dryland Grain Systems | USDA NRCS Conservation Innovation Grant | Reeve, **Creech**, Jacobson | $69,352 | 2012-2015 |
| Developing adapted varieties and optimal management practices for quinoa in diverse environments | USDA-NIFA OREI | Murphy, Baik, Benedict, **Creech**, Desta, Goldberger, Machado, Maughan, Matanguihan, Petrie, Reeve | $1,603,653 | 2012-2016 |
| Sustainable Irrigated Pasture Production with Grass-Legume Mixtures | State of Utah Pasture Grant Program | Waldron, Peel, **Creech** | $13,000 | 2012-1013 |
| Conservation Tillage under Irrigated Crop Conditions in Utah and the Intermountain West | UDAF Cap Ferry research grant program | Cardon, **Creech**, Holmgren | $7,394 | 2012-2013 |

| | | | | |
|---|---|---|---|---|
| Grass-legume pastures to increase economic and environmental sustainability of livestock production | Western Region SARE Research and Education Program | Waldron, Peel, **Creech**, ZoBell, Eun, Miller, Robbins, and Jensen | $209,907 | 2010-2014 |
| Use of Alternative Agriculture and Irrigation Scheduling Technology For Water Conservation in the Walker Basin. | U.S. Department of Interior/Bureau of Reclamation | Davison, **Creech** | $319,122 | 2010-2013 |
| Restoration of Sage Grouse Habitat with Natives in Downy Brome and Medusahead-Infested Sites at Smoke Creek | USDA-ARS Area-Wide Pest Management Program for Annual Grasses in the Great Basin Ecosystem | DiTomaso, Wilson, **Creech,** Kyser | $112,200 | 2008-2012 |
| Influence of Winter Weed Management and Cropping System on Weed Growth and Seedbank Dynamics and SCN Population Density | Indiana Soybean Alliance | Johnson, **Creech**, Mock, Westphi, Ferris, Faghihi | $29,944 | 2007-2008 |
| Influence of Winter Weed Management and Cropping System on Weed Growth and Seedbank Dynamics and SCN Population Density | Indiana Soybean Board | Johnson, **Creech**, Westphal, Ferris, Faghihi | $29,900 | 2007-2008 |
| Influence of Winter Weed Management and Cropping Systems on Weed Seedbank Dynamics and SCN Population Density | Indiana Soybean Board | Johnson, **Creech**, Westphal, Ferris, Faghihi | $23,110 | 2005-2006 |
| Influence of Winter Weed Management and Cropping Systems on Weed Growth and Seedbank Dynamics and SCN Population Density | Indiana Soybean Board | Johnson, **Creech**, Westphal, Ferris, Faghihi | $24,670 | 2004-2005 |
| Influence of Winter Weed Management and Cropping System on Weed Growth and Seedbank Dynamics and SCN Population Density | USDA-CSREES North Central Region Integrated Pest Management Program | Johnson, **Creech**, Westphal, Young, Bond, Harrison | $94,029 | 2004-2007 |
| | **Sub-total competitive as co-PI** | | **$ 8,034,282** | |

**External Non-competitive**

| | | | | |
|---|---|---|---|---|
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $82,786 | 2020 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $89,520 | 2019 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $91,132 | 2018 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $100,182 | 2017 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $61,930 | 2016 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $34,250 | 2015 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $40,883 | 2014 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $21,816 | 2013 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $12,600 | 2012 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $21,033 | 2011 |
| Unrestricted gifts to support agronomic research and Extension at USU | Various Agricultural Companies* | **Creech** | $21,400 | 2010 |
| Unrestricted gifts to support weed management research and Extension at UNR | Various agricultural companies | **Creech** | $27,900 | 2008-2009 |
| | **Sub-total non-competitive** | | **$605,432** | |

\* The following have provided program support funds since 2010 (in alphabetical order): ABM, AgWest, Alforex, BASF, Becker Underwood, Blue River Hybrids, CalWest Seed, Croplan Genetics, Cytozyme, Dairyland, DeKalb, Dow AgroSciences, FMC, Forage Genetics International, Genesis Ag, Harvestmaster, Monsanto, NovaSource, Pioneer, SQM, United Suppliers, Verdesian, Wheatland Seed, WinField United, and W-L Research.

### *Pending External Research Proposals*

| Title | Source | Authors | Amount | Year |
|---|---|---|---|---|
| | | | | |
| | | **Total Pending** | **$ 0** | |

### *Funded Internal Competitive Research Proposals*

| Title | Source | Authors | Amount | Year |
|---|---|---|---|---|
| Utah Cover Crop Research and Demonstration Grant | USU Extension | Palmer, Pace, Yost, Creech, Despain | $29,993 | 2019-2020 |

| Developing a website for the USU Extension Agronomy program | USU Extension | **Creech**, Yost, Ransom, Cardon, Ramirez, Larsen | $10,000 | 2018-2019 |
|---|---|---|---|---|
| Water Conservation In-service Training | USU Extension | Yost, **Creech**, Cardon, Gale, Despain, Nelson | $17,420 | 2018-2019 |
| Drilling into Irrigation Surveys to Understand Local Water Conservation Research and Education Needs | USU Extension | Yost, **Creech**, Allen, Burchfield, Flint | $15,041 | 2018-2019 |
| Nitrogen (N) fertilizer needs of first- and second-year corn grown after alfalfa | USU Extension | **Creech,** Cardon | $10,000 | 2015-2016 |
| N needs of first-year corn after alfalfa | USU Extension | **Creech**, Cardon | $10,000 | 2014-2015 |
| Plant population, row spacing, and N fertilizer to maximize yield in high moisture corn | UAES Grants Program | **Creech**, Cardon, Hillyard | $20,000 | 2013-2015 |
| Effects of irrigation management on safflower production and Alternaria leaf spot | USU Extension | Allen, **Creech**, Israelsen, Pace | $7,240 | 2013-2014 |
| Alfalfa Stem Nematode Resistance as a Tool to Ameliorate Crop Losses | IPM/SA Mini-Grant | Barnhill, Nischwitz, **Creech**, Ramirez, McClure | $2,103 | 2012-2013 |
| Effects of feeding brown midrib corn silage on growth performance of beef steers | USU Extension grant | Zobell, Eun, Young, **Creech**, Israelsen | $10,000 | 2012-2013 |
| Integrating teff into Utah cropping systems. | USU Extension grant | **Creech** | $6,000 | 2010-2011 |
| Alfalfa stem nematode resistance as a tool to ameliorate crop losses | Utah IPM/SA mini-grant | Barnhill, Nischwitz, **Creech** | $2,103 | 2011-2013 |
| Effects of teff grass on the growth of beef steers and dairy heifers | USU Extension grant | **Creech**, Eun, Israelsen, Young, ZoBell | $10,000 | 2011-2012 |
| Corn growth, quality, and yield response to plant population and N fertilizer | UAES Grants Program | **Creech**, Hillyard | $19,415 | 2011-2013 |
| Interactions between plant parasitic nematodes and pest insects and the consequences for crop yield | UAES Grants Program | Ramirez, **Creech**, Nischwitz | $20,000 | 2011-2013 |
| Effects of microbial inoculants on corn silages: ensiling fermentative characteristics and lactational performance of dairy cows | UAES Grants Program | Young, Eun, ZoBell, **Creech**, Israelsen | $20,000 | 2011-2013 |
| Rapid beef finishing on Birdsfoot trefoil pastures for sustainable mitigation of climate change | USU VPR SPARC grants program | MacAdam and 17 co-PI's (including **Creech**) | $35,000 | 2011-2012 |
| Compost carryover effects on yield, soil quality, and profitability in dryland organic wheat production systems | USU VPR RC grants program | **Creech**, Reeve, Hole, Curtis | $19,192 | 2011-2012 |
| Influence of Environment on the Soybean Cyst Nematode and Winter Annual Weed Interaction | Purdue Agricultural Research Program | Johnson, Creech | $32,000 | 2005-2007 |
| | | **Total Internal** | **$ 295,507** | |

**SERVICE DOCUMENTATION**

**University Service**
*Department*
2020-present: Chair, Search Committee, Assistant Professor – Small Grains Plant Breeding & Genetics.
2019-2020: Member, Search Committee for Climate Science Faculty position. Wei Zhang was hired.
2017-present: Chair, Promotion and Tenure Committee for Matt Yost
2014-present: Member, USU Analytical Laboratory (USUAL) Oversight Committee
2010-present: Member, Extension Committee
2017-2019: Chair, Safety Committee
2017-2019: Member, Nomination & Awards Committee
2018: Member, Search Committee for Director, USU Analytical Laboratory. Tiffany Evans was hired.
2018: Member, Search Committee for Weed Science Technician. Cody Beckley was hired.
2018: Member, Search Committee, Research Technician II, Utah Crop Improvement Association. Seth Taylor was hired.
2016-2018: Department Executive Board – Representing Sustainable Food & Crop Systems - Extension
2016-2017: Member, Search Committee, Weed Science Research/Teaching Faculty Position. Steve Young was hired.
2015-2017: Member, Safety Committee
2010-2015: Member, Social Committee

*USU Extension*
2020-present: Member, Promotion and Tenure Committee for Kalen Taylor, Extension Agriculture and Natural Resources Department.
2019-present: Member, Search Committee for Millard County Extension Agriculture Faculty position.
2019-present: Member, Promotion and Tenure Committee for Dallen Smith, Northern Region.
2011-present: Chair, USU Extension Agronomy Field Day Committee
2010-present: Member, USU Extension Small Acreage Committee
2016-2019: Chair, Promotion and Tenure Committee for Deric Despain, Southern Region.
2017-2018: Chair, Search Committee, Juab County Extension Agent position. Elizabeth Crandall was hired.
2016-2017: Chair, Search Committee, Extension Agroclimate Specialist Faculty Position. Dr. Matt Yost was hired.
2015: Chair, Search Committee, Millard County Extension Agent /County Director. Dr. Deric Despain was hired.
2015-2016: Chair, USU Extension Specialists Association
2014-2015: Chair-Elect, USU Extension Specialists Association

*College*
2017-present: Member, Safety Committee, College of Agriculture and Applied Sciences

2016-present: Member, Promotion and Tenure Committee for Ryan Larsen, Department of Applied Economics.

2010-present: Chair, Utah Agricultural Experiment Station Wellsville Farm User Group

2010-present: Member, Variety Review Committee, Utah Agricultural Experiment Station

2019: Panelist, Farm & Field Research Safety Forum, College of Agriculture and Applied Sciences

2015-2016: Member, Search Committee, Faculty Position in the Department of Applied Economics. Dr. Ryan Larsen was hired.

2013: Member, Search Committee, Faculty Position in the Department of Applied Economics. Dr. Veronica Pozo was hired.

2010: Member, Panguitch Farm Lease Selection Committee, Utah Ag Experiment Station

### *University*

2016-2019: Member, Promotion and Tenure Committee for Eric Thacker, College of Natural Resources

### Professional Service

2020  Student poster contest judge, WSSA/WSWS annual meeting, Maui, HI.

2019-present: Member, NE1710 – Hatch Multi-State Project: Improving Forage and Bioenergy Crops for Better Adaptation, Resilience, and Flexibility

2019-present: Member, WERA 1014 – Hatch Multi-State Project: Intensive Management of Irrigated Forages for Sustainable Livestock Production in the Western U.S.

2018-present: Member, Necrology committee, Western Society of Weed Science

2017-present: Northwest Certified Crop Advisor Exam Refresh Committee, American Society of Agronomy

2019: Moderator, ASA Community Planning Session - Weedy and Invasive Plant Species, ASA/CSSA/SSSA annual meeting, San Antonio, TX.

2019: Moderator, ASA Community Poster Session (including graduate student poster contest) - Weedy and Invasive Plant Species, ASA/CSSA/SSSA annual meeting, San Antonio, TX.

2018-2019: Chair, Weedy and Invasive Plant Species Community, American Society of Agronomy

2015-2019: Member, W2012 - Hatch Multi-State Project: Enhancing management, production, and sustainability of grazing ruminants in extensive landscapes.

2017-2019: Past President, Western Society of Crop Science

2018: Session moderator, Western Society of Crop Science Annual Meeting, Laramie, WY.

2017-2018: Vice-chair, Weedy and Invasive Plant Species Community, American Society of Agronomy

2013-2018: Associate Editor, Agronomy Journal

2010-present: Member, Corn and Soybean Production Community, eXtension

2015-2017: President, Western Society of Crop Science

2015: Chair, Local Arrangements, Western Society of Crop Science annual meeting, Logan, UT

2010-2014: Member, WERA1016 - Hatch Multi-State Project: Adaptation, Quality, and Management of Sustainable Cellulosic Biofuel Crops in the West

2014: Co-Chair, Local Arrangements, Pacific Northwest Forage Workers Conference, Logan, UT

2014: Review Panel, FY 2014 USDA-NIFA Crop Protection and Pest Management (CPPM) Program, Washington, DC

2013-2015: President Elect, Western Society of Crop Science

2013: Student Paper Contest Judge, Western Society of Weed Science Annual Meeting, San Diego, CA

2012: Chair, Crop Science Extension Education Award Committee (C464), Crop Science Society of America

2011: Member, Crop Science Extension Education Award Committee (C464), Crop Science Society of America

2011-2012: Member, Agronomic Extension Education Award Committee (A432.2), American Society of Agronomy

2011, 2012: Judge, C-03 Graduate Student Poster Competition, ASA/CSSA/SSSA Annual International Meeting, San Antonio, TX

2011, 2012: Review Panel, FY 2011 USDA-NIFA Integrated Pest Management Coordination & Support Program, Washington, DC

2012: Chair, Crop Science Extension Education Award Committee (C464), Crop Science Society of America.

## Industry Service

2012-present: Delegate (representing USU Extension), Utah Seed Council

2011-present: Advisory Committee Member, Hay Growers Commodity Board, Utah Farm Bureau

2010-present: Board of Directors (representing USU Extension), Utah Crop Improvement Association

2010-2015: Executive Committee Member, Utah Direct Seed/Zero Till Association

## Guest Lectures

*2020*
Sep 24      "Extension Agronomy Programs", PSC 1050 – PSC Orientation.

Nov 13    "Corn for silage", PSC 4320 – Forages

*2019*
Apr 16     "Corn", PSC 4280 – Field Crops
Sep 30    "Manuscript writing and submission" PSC Graduate Student Professional Development Series
Oct 14     "Career exploration – recent graduates" PSC Graduate Student Professional Development Series
Oct 25    "Corn for Silage," PSC 4320 – Forages

*2018*
Mar 27    "Corn", PSC 4280 – Field Crops.
Oct 4      "Extension Agronomy Programs", PSC 1050 – PSC Orientation.
Oct 26     "Corn", PSC 4320 – Forages. (23 students)

*2017*

Sept 14    "Extension Agronomy Programs", PSC 1050 – PSC Orientation.
Nov 20    "Corn", PSC 4320 – Forages.

*2016*
Dec 7     "Annual forages", PSC 4320 – Forages.
Oct 31    "Forage Sampling Lab", PSC 4320 – Forages.
Sept 15    "Extension Agronomy Programs", PSC 1050 – PSC Orientation.

*2015*
Sept 24    "Extension Agronomy Programs", PSC 1050 – PSC Orientation.

*2014*
Aug 22    "GMO crops", USU 1010 – University Connections.
Sept 25    "Extension Agronomy Programs", PSC 1050 – PSC Orientation.

*2013*
Nov 18    "Cropping Systems", PSC 4900 – Advanced Agronomy.
Nov 25    "Planting and Stand Establishment", PSC 4900 – Advanced Agronomy.
Oct 28-30  "Corn" (2 Lectures), PLSC 4280 – Field Crops.
Nov 11    "Alternative Crops", PLSC 4280 – Field Crops.
Nov 13    "Soybean", PLSC 4280 – Field Crops.
Sept 10    "Corn Production Field Laboratory", PLSC 4280 – Field Crops.
Sept 26    "Extension Agronomy Programs", PSC 1050 – PSC Orientation.

*2011*
Oct 26    "Soybean", PLSC 4280 – Field Crops.
Oct 28    "Alternative Crops", PLSC 4280 – Field Crops.