# Exhibit 3



**Expert Report of Dr. Jeffrey William Craig, M.D., Ph.D.**

**BACKGROUND**

I am an American Board of Pathology (ABP)-certified hematopathologist, now working as a full-time "Lymphoma Pathologist" for the British Columbia Cancer Agency (BC Cancer) in Vancouver, BC, Canada.  Patient care responsibilities account for greater than half of my overall workload (60%) and include pathology consultation and review services covering lymph nodes and other tissue biopsies, bone marrow biopsies, lymphocyte-directed flow cytometry and molecular genetic testing.  As a program of the Provincial Health Services Authority (PHSA), BC Cancer has a provincial mandate that covers the entire continuum of cancer care, including the integrated review of all diagnostic lymphoma biopsies within our province.  Our lymphoma pathology team offers these services for free to all pathologists and oncologists operating within BC.  This unique model helps to ensure that PHSA is able to offer a coordinated network of specialized lymphoma services and enables the Health Ministry to maintain a complete population-based perspective of all lymphoid cancers affecting BC residents.

My remaining responsibilities (40%) include lymphoma-oriented research, administrative duties and educational activities, the latter of which are tailored to anatomical pathology and hematopathology trainees of the University of British Columbia (UBC), where I have an academic appointment at the rank of Clinical Assistant Professor in the Department of Pathology and Laboratory Medicine.  I hold a BA and MA from Johns Hopkins University (Baltimore, MD), MD from Weill Cornell Medical College (New York, NY), and PhD from Rockefeller University (New York, NY).  Prior to joining BC Cancer I completed both residency training in anatomical and clinical pathology and fellowship training in hematopathology at Brigham and Women's Hospital/Harvard Medical School (Boston, MA).  I've written and contributed to multiple publications in the areas of lymphoma biology and diagnostics.  My current research interests fall mainly in two areas, (1) optimizing the subclassification of aggressive B-cell lymphomas and (2) the improved utilization of flow cytometry in lymphoma diagnostics and staging.  More information on my training, education, and expertise is available in my CV, which is attached to this report.

**WHAT IS A LYMPHOMA PATHOLOGIST?**

Pathology, broadly defined, is the study and diagnosis of disease.  It is often viewed as the bridge between basic science and clinical medicine, and many of its practitioners (myself included) have undergone formal training in both disciplines.  Much of pathology occurs behind

the scenes and is thus incompletely understood by most people outside of the medical profession. However, pathology underlies nearly all aspects of modern healthcare, from diagnostic testing and therapeutic guidance to health maintenance and disease prevention. In fact, the most widely-used textbook for teaching new medical students, Robbins and Cotran Pathologic Basis of Disease, is essentially just a comprehensive atlas of pathology knowledge.[1]

The doctors and scientists that specialize in pathology can be found in a variety of settings throughout most major medical centers, including the microbiology, hematology, chemistry, cytogenetics and molecular genetics laboratories, the blood bank, procedural areas (e.g. operating rooms, biopsy suites, etc.), diagnostic areas (e.g. anatomical pathology, cytopathology, etc.), the morgue and research laboratories. With the ever increasing depth of medical knowledge, more and more physicians (including many pathologists) are choosing to concentrate their efforts in one particular area (i.e. sub-specialization). For example, just as one doctor might decide to specialize in internal medicine, sub-specialize in hematology/oncology, and tailor their practice towards the care of lymphoma patients (i.e. a lymphoma oncologist), I chose to specialize in anatomical and clinical pathology, sub-specialize in hematopathology, and work within a group focused exclusively on lymphoma diagnostics and research (i.e. a lymphoma pathologist).

**WHAT IS LYMPHOMA?**

Cancer is the uncontrolled growth of abnormal, clonally-related cells, meaning that every cell belonging to a particular cancer is descended from, and therefore genetically similar to, a single common progenitor cell (i.e. the first abnormal/neoplastic cell). Cancer cells invade normal tissues, accumulate over time (sometimes forming a mass or "tumor"), and can spread throughout the body (i.e. metastasize). These properties, which often result in life-threatening complications (particularly when untreated), are why cancer is said to be "malignant". There are many different types of cancer; however, nearly all forms (including lymphoma) exhibit key biological capabilities referred to as "hallmarks" that allow for their existence and promote their malignant behavior.[2] These are illustrated in Figure 1 below.



**Figure 1. The hallmarks of cancer.**[2]

The term "lymphoma" refers to any cancer involving lymphocytes, which are a type of white blood cell that function as part of the body's immune system.  Under normal circumstances, the immune system facilitates our interactions with the outside world and defends us against infections and other diseases, including cancer.  The average human body contains roughly two trillion lymphocytes, which collectively rival the cell mass of the liver or brain.[3]  Lymphomas can originate anywhere in the body, but the most common locations are the areas where lymphocytes normally occur in greatest abundance.  These locations include lymph nodes, spleen, bone marrow, thymus, tonsils and the gastrointestinal tract.  Collectively, lymphoid neoplasms (i.e. lymphomas) are the fourth most common cancer and the sixth leading cause of cancer death in the United States.[4]  Figure 2 provides a graphic depiction of the major organs of the lymphatic system.

## The Lymphatic System



© Canadian Cancer Society

Figure 2. The lymphatic system. (Canadian Cancer Society)

Every mature lymphocyte belongs to one of three major groups, which are each based on a conserved pattern of lymphocyte development: (1) B cells, which originate in the bone marrow and allow the body to make antibodies against foreign agents (e.g. germs), (2) T cells, which develop in the thymus and serve to regulate the immune system and destroy abnormal cells, and (3) natural killer cells (NK cells) and other innate lymphoid cells, which are frequently lumped together with T cells when discussing lymphoma biology. Within these major lymphocyte groups, there are multiple distinct subsets with unique biological properties and diverse roles based on their degree of differentiation (i.e. functional maturity) and activation state (i.e. immunologic experience). In fact, many of the characteristic features exhibited by specific types of lymphoma are reflected by the normal forms and functions of their benign counterparts, which for each particular type of lymphoma is referred to as its "cell of origin". The "cell of origin" model provides a robust conceptual framework for understanding lymphoma biology and has had a profound impact on the way lymphoma is currently diagnosed and classified.[5] Figure 3 below illustrates the relationship between various stages of mature B-cell development (i.e. "cells of origin") and specific types of B-cell lymphoma.



Nature Reviews | Cancer

Figure 3. The "cell of origin" model.[6]

The signs and symptoms of lymphoma are both highly variable and non-specific.  The most common of these include lymphadenopathy (i.e. enlarged lymph nodes, typically in the neck, armpit or groin), fatigue, fever/chills, unintentional weight loss, night sweats, recurrent infections, easy bruising or bleeding, abdominal distention and chest pain/shortness of breath. Sometimes lymphoma is found incidentally, for example, through bloodwork or imaging studies performed for a different purpose.  There are currently no widely recommended screening tests for lymphoma, but certain groups of people known to be at higher risk may be followed more closely by their healthcare providers (e.g. HIV-infected individuals, organ transplant recipients, patients taking certain medications, and patients with autoimmune diseases or certain hereditary conditions).

**THE ROLE OF THE PATHOLOGIST IN LYMPHOMA DIAGNOSIS AND CLASSIFICATION:**

Whenever a patient is given a new diagnosis of lymphoma (or any other type of cancer), it's virtually always a pathologist who makes the actual diagnosis and determines what type of

lymphoma is present.  To do this, the pathologist studies tissue biopsies and/or cell samples taken directly from the individual patient.  The most common areas of the body used to obtain diagnostic lymphoma biopsies include lymph nodes, bone marrow, skin and the gastrointestinal tract.  Once appropriate biopsy material has been obtained, the pathologist then examines this tissue under the microscope in order to look for certain features that might suggest or confirm that lymphoma is present (e.g. the presence of an atypical lymphocyte population, tissue destruction, etc.). This process, which is referred to as histology, has been the foundation of most cancer diagnoses for many decades.  Figure 4 shows a surgically-resected thymus gland and its corresponding histologic appearance.



Figure 4.  Thymus, gross and histologic appearance.[7]

Although histology remains the most important part of the diagnostic workup for lymphoma, various other techniques are almost always required to further characterize the cancerous lymphocytes and arrive at a precise diagnosis.  These additional techniques allow pathologists to look for characteristic patterns of protein expression (e.g. by immunohistochemistry or flow cytometry), identify important changes in DNA structure or sequence [e.g. by karyotype, fluorescence in situ hybridization (FISH) or polymerase chain reaction (PCR)] and detect the presence of infectious organisms (e.g. by in situ hybridization for Epstein Barr virus RNA).[7] Whenever possible, the results of these investigations are combined with the histology, clinical history, physical exam, laboratory and imaging findings to arrive at a single unifying diagnosis based on the World Health Organization (WHO) Classification of Tumours of Haematopoietic and Lymphoid Tissues (i.e. the WHO classification).

There are over 80 different types of lymphoma described in the most recent update of the WHO classification, in addition to several lymphoma "precursors" and related conditions.[5]  The need for such complexity stems from the basic fact that lymphomas are not all equivalent to one another.  Rather, the different types of lymphoma represent distinct clinicopathologic entities (i.e. separate diseases).  For example, different types of lymphoma are associated with

different etiologies (i.e. pathways to becoming cancer), different genetic abnormalities, different risk factors and different clinical courses (e.g. indolent versus aggressive). They are also associated with different risks for relapse, transformation (i.e. changing from one lymphoma type to another) and specific medical complications (e.g. immune-related cytopenias, hyperviscosity, neuropathy, hepatotoxicity, pathologic bone fractures, etc.). Most importantly, however, different types of lymphoma require different treatments to achieve optimal patient outcomes. In other words, the best care for a lymphoma patient begins with having the correct diagnosis, and this responsibility is perhaps the most important aspect of my job as a lymphoma pathologist.

A complete review of every type of lymphoma is clearly beyond the scope of this document; however, an explanation of the most basic tenets of modern lymphoma classification will help to facilitate the discussion that follows.[8] Lymphoma, as a whole, can first be divided into Hodgkin lymphoma (roughly 5-10% of all new lymphoma diagnoses) and non-Hodgkin lymphoma (roughly 90-95% of all new lymphoma diagnoses). The American Cancer Society considers non-Hodgkin lymphoma to be one of the most common forms of cancer in the United States.[9] When excluding plasma cell myeloma and the lymphocytic leukemias (which are now considered within the spectrum of non-Hodgkin lymphoma, but historically were not), the lifetime risk of developing non-Hodgkin lymphoma is roughly 1 in 41 for men and 1 in 52 for women, meaning that >2% of Americans will be diagnosed with non-Hodgkin lymphoma in their lifetime. Including plasma cell myeloma and the lymphocytic leukemias, the lifetime risk is much closer to 1 in 30 (including both genders) (derived from SEER 2014-2016, *available at* https://www.cancer.org/cancer/cancer-basics/lifetime-probability-of-developing-or-dying-from-cancer.html). This corresponds to well over 125,000 new diagnoses in the United States each year (more than melanoma or colon cancer, for comparison). Among those, nearly 30% will die of their disease.

Non-Hodgkin lymphomas can be further separated according to whether the cancerous lymphocytes are immature (roughly 5% of all new non-Hodgkin lymphoma diagnoses) or mature (roughly 95% of all new non-Hodgkin lymphoma diagnoses). Mature non-Hodgkin lymphomas are then further classified according to the type of lymphocyte they derive from (i.e. B cells versus T/NK cells). Mature B-cell non-Hodgkin lymphomas are particularly common, outnumbering mature T/NK-cell non-Hodgkin lymphomas by as much as 15-to-1. They include over 40 different WHO-defined lymphoma subtypes, the most frequently encountered of which are diffuse large B-cell lymphoma, not otherwise specified (DLBCL, NOS), plasma cell myeloma (PCM), chronic lymphocytic leukemia/small lymphocytic lymphoma (CLL/SLL), and follicular lymphoma (FL). Figure 5 below illustrates the basic principles of modern lymphoma classification.



Figure 5. Basic principles of lymphoma classification.

As indicated earlier, arriving at the correct diagnosis often requires the integration of multiple pieces of information, including the histologic appearance of the lymphoma (e.g. cell size, characteristics of the nucleus and cytoplasm, density of the abnormal cells, growth pattern and tissue architecture, composition of the background cellularity, etc.), its immunophenotype (e.g. the expression of B-cell versus T/NK-cell markers, abnormal loss or gain of specific protein markers, etc.), the results of specific DNA tests (e.g. to prove clonality or identify a specific genetic mutation) or cytogenetic studies (e.g. to confirm the presence of a characteristic chromosomal rearrangement), basic laboratory data (e.g. complete blood counts, type and amount of monoclonal serum protein, HIV status, etc.), patient information (e.g. age, race, gender), clinical findings (sites of involvement, presence of "B" symptoms, etc.) and imaging findings (e.g. extent of lymphadenopathy, organomegaly, lytic bone lesions, etc.).  Figure 6 below illustrates how this process might be applied to a representative example of DLBCL, NOS.



Figure 6. Integrated lymphoma workup.

Once a diagnosis of non-Hodgkin lymphoma has been rendered by the pathologist (in the form of a diagnostic report, which is part of the patient's official medical record), the patient is then referred to an oncologist who facilitates an appropriate staging workup [which may include additional biopsies (e.g. bone marrow, cerebrospinal fluid)] and leads the conversation regarding prognosis and treatment recommendations.  Chemotherapy, which may include immunotherapy and various targeted agents, is required for most patients with aggressive forms of lymphoma (e.g. DLBCL, NOS), as well as for patients with more indolent lymphomas that have become symptomatic (e.g. CLL/SLL and FL).  Radiation therapy and stem cell transplants are also used in certain settings.  As a general rule, aggressive lymphomas have the potential to be cured, but are often fatal if remission cannot be achieved.  On the other hand, indolent lymphomas can rarely be cured, but are often controllable for long periods of time (decades in some cases).

**THE ORIGINS AND BIOLOGY OF NON-HODGKIN LYMPHOMA:**

The development of most cancers, including most lymphomas, is a complex process that involves the gradual accumulation of multiple genetic lesions affecting proto-oncogenes (i.e. genes which, when mutated or upregulated, contribute to cancer formation) and tumor suppressors (i.e. genes which, when lost or mutated, fail to suppress cancer formation).[10] These genetic lesions may be in the form of chromosome-level changes (e.g. translocations, deletions, insertions, duplications, inversions), DNA sequence changes (e.g. point mutations, small insertions or deletions, frameshifts, repeats) or the introduction of foreign genetic material (e.g. viral oncogenes).  Some of these changes are illustrated in Figure 7 below.



Figure 7.  Types of genetic mutation. (http://www.brusselsgenetics.be/)

B cells and T cells are the only somatic cells in the human body that require the alteration of their original (i.e. germline) DNA sequences in order to function.  Indeed, the performance of our immune system, and consequently our ability to survive in a world full of potentially deadly microorganisms, requires the massive diversification of our T-cell receptor and B-cell receptor/antibody repertoires.  To accomplish this, every single B cell and T cell in the body

undergoes a series of DNA altering steps early in their development [referred to as V(D)J recombination].  Many mature B cells also undergo similar processes later on as they develop (more on this below).  The enzymatic systems responsible for producing these DNA changes are quite robust, having been refined over millions of years of vertebrate evolution; however, they are also prone to making errors.  Much of their inherent imperfection is by design, as the goal is not to introduce the same DNA changes in every B-cell or T-cell, but instead to introduce many millions of different DNA changes throughout these populations.  The downside of having such a sophisticated immune system is that these enzymatic systems have the potential to introduce erroneous DNA changes that can contribute to the development of lymphoma.[6]



Figure 8. Normal B-cell development and differentiation. (modified from Germinal center. Wikipedia, The Free Encyclopedia.)

Figure 8 above depicts normal B-cell development and differentiation as comprising three main stages: (1) pre-germinal center, (2) germinal center, and (3) post-germinal center.  Immature B-cell precursors undergo V(D)J recombination and exit the bone marrow as naïve B cells.  Although naïve B cells (corresponding to the pre-germinal center phase) comprise more than half of all B cells in the human body, the vast majority of B-cell lymphomas are derived from germinal center or post-germinal center B cells.  These latter groups have initiated or completed the "germinal center reaction", which is a series of events that serves to increase the affinity of the B-cell receptor molecule for recently encountered antigens (i.e. "affinity maturation") and diversify the resulting antibody response.  This process, which embodies the phenomenon of adaptive humoral immunity, employs two essential mechanisms: (1) somatic hypermutation, which involves the intentional introduction of new mutations into the cell's DNA, and (2) immunoglobulin class switch recombination, which requires double-stranded DNA breakage and repair.  The error-prone nature of these processes is believed to account for the disproportionately high number of germinal center and post-germinal center B-cell derived

lymphomas.[11]  Figure 9 below illustrates the various mechanisms used by B cells to alter the DNA sequences of their immunoglobulin genes, beginning with V(D)J recombination.



Figure 9. Molecular processes that alter B-cell DNA.[12]

Balanced chromosomal translocations involving the immunoglobulin gene loci [most often the immunoglobulin heavy chain gene locus (IGH)] are a characteristic and in some instances defining feature of many mature B-cell non-Hodgkin lymphomas.  These include IGH-BCL2 translocations in follicular lymphoma and some diffuse large B-cell lymphomas and high-grade B-cell lymphomas, IGH-MYC translocations in Burkitt lymphoma and some diffuse large B-cell lymphomas and high-grade B-cell lymphomas, IGH-MALT1 translocations in extranodal marginal zone lymphoma, IGH-IRF4 translocations in large B-cell lymphoma with IRF4 rearrangement, IGH-CCND1 translocations in mantle cell lymphoma and some plasma cell myelomas, and IGH-NSD2 and IGH-MAF translocations in other plasma cell myelomas.  The end result in each case is the juxtaposition of an IGH enhancer region (whose job it is to increase the expression of neighboring genes) and a proto-oncogene (whose expression subsequently becomes dysregulated).  Sequencing analysis of translocation breakpoints indicates that these occur as unintended by-products during the processes of V(D)J recombination, somatic hypermutation, and class switch recombination.[13]   The localized, but off-target effects of somatic hypermutation have also been shown to impact multiple important proto-oncogenes (e.g. MYC, PIM1, PAX5, RhoH/TTF, etc.), typically through the introduction of simple DNA sequence mutations, but also by instigating chromosomal rearrangements.[14]  To summarize, normal lymphocyte biology is a well-established and important contributor to the development and progression of non-Hodgkin lymphomas.

Most balanced chromosomal translocations, such as those listed above, are insufficient to cause lymphoma on their own. For example, the IGH-BCL2 translocation found in 90% of low-grade follicular lymphomas can be detected in blood and tissue samples from most, if not all, healthy individuals. Evidence suggests that this particular translocation occurs very early at the pro-B cell stage of development as a consequence of failed V(D)J recombination, and only becomes relevant in germinal center B cells (which normally downregulate BCL2) that have acquired additional unbalanced chromosomal abnormalities and DNA sequence mutations. Research into follicular lymphoma and other common types of non-Hodgkin lymphoma have solidified our current model of lymphomagenesis as a multi-step process with a hierarchy of "driver" mutation acquisition beginning early in B-cell development and continuing throughout the course of the disease.

While the contribution of normal lymphocyte biology to lymphomagenesis is significant, many other mutations found in the genomes of non-Hodgkin lymphoma cannot be attributed to such mechanisms. The precise origin and timing of these other genetic lesions remains comparatively less clear; however, evidence suggests that most of these additional mutations are simply the result of time (e.g. DNA is a chemical, and all chemicals degrade over time, through spontaneous and sometimes enzymatic processes) and errors that have been introduced and uncorrected over repeated genome replication cycles. New lymphocytes are produced constantly throughout our lives, and each round of cell division carries an inherent risk of introducing new DNA mutations and chromosomal abnormalities. Lymphocyte stem cells divide on average once per month, for each of hundreds of millions of cells, resulting in billions of opportunities for random replicative errors (i.e. mutations) to occur over the course of one's lifetime.[15-18] Further, many mature lymphocyte subsets also possess the capacity to expand rapidly upon activation. DNA breaks are introduced normally during DNA replication, recombination, transcription and repair processes, and the DNA replicating enzymes responsible for duplicating the genome during cell division are associated with a low, but not insignificant error rate. In fact, recent work shows that the average B cell from an elderly person contains thousands of mostly unique genetic mutations, and that these mutations are mostly due to normal B-cell development, somatic hypermutation and aging.[19] These "mutational signatures" are the same as those found in the genomes of many non-Hodgkin B-cell lymphomas, suggesting that most of the DNA alterations seen in lymphoma are also the unintended consequences of these normal and unavoidable processes.[20,21]

The roles of several oncogenic viruses involved in the pathogenesis of specific types of non-Hodgkin lymphoma are also worth mentioning. By far the most frequently encountered of these is Epstein-Barr virus (EBV, human herpesvirus 4), which is the causative agent of infectious mononucleosis and is estimated to infect more than 90% of the world's population. B cells are the primary target of EBV infection, and the mechanisms of EBV-induced B-cell lymphomagenesis have been partially uncovered.[22] Normally, dormant EBV infection is held in check by a properly functioning immune system. However, in the setting of immunosuppression (e.g. HIV infection, immunosuppressive therapy, advanced age), EBV can reactivate, occasionally manifesting as lymphoma. EBV can be found in all forms of Burkitt lymphoma, classic Hodgkin lymphoma, and many different subtypes of diffuse large B-cell

lymphoma, and is also seen in the majority of post-transplant lymphoproliferative disorders. Another human herpes virus, HHV8, plays a causal role in the development of two rare forms of aggressive non-Hodgkin lymphoma, primary effusion lymphoma and HHV8-positive diffuse large B-cell lymphoma, not otherwise specified, as well as several other lymphoproliferative disorders.  Infection with human T-lymphotropic virus, type 1 (HTLV-1) is required for the development of a rare form of T-cell non-Hodgkin lymphoma, adult T-cell leukemia-lymphoma.

Human immunodeficiency virus (HIV) infection is also a clear risk factor for the development of non-Hodgkin lymphoma (more on this below), but does not directly infect the cancerous lymphocytes.  Rather, dysfunction of the immune system caused by HIV leads to decreased surveillance and suppression of virally infected cells (e.g. EBV-infected B cells) and otherwise abnormal lymphocytes.  Similarly, Hepatitis C virus (HCV) does not directly infect cancerous lymphocytes, but appears to drive B-cell lymphomagenesis through activation of a B-cell immune response.

**RISK FACTORS FOR NON-HODGKIN LYMPHOMA:**

A risk factor is anything that changes one's likelihood of experiencing a particular and often negative outcome.  There are a large number of known risk factors for developing non-Hodgkin lymphoma, and most people diagnosed with non-Hodgkin lymphoma have at least one or more risk factor for their disease (the most common being older age, male gender and living in a first-world nation).  Still, many others who develop non-Hodgkin lymphoma have no obvious risk factors.  Importantly, having a risk factor for non-Hodgkin lymphoma, or even having many risk factors, does not mean that developing lymphoma is inevitable.  To the contrary, most people with multiple risk factors will never develop non-Hodgkin lymphoma in their lifetimes.  Figure 10 helps to illustrate the sharp increase in incidence of various B-cell and T-cell non-Hodgkin lymphomas with age.



Figure 10. The risk of non-Hodgkin lymphoma increases with age.[4]

It's convenient to consider risk factors as being of two main varieties, those that can be modified (i.e. changed or avoided) and those that cannot. Unfortunately, many of the most common risk factors for non-Hodgkin lymphoma are those that cannot be modified (e.g. those related to age, gender, race/ethnicity and family history), but some clearly can, and others fall somewhere in between. Some risk factors have been linked to several or even most types of non-Hodgkin lymphoma, while other risk factors are specific to just a single entity (e.g. HTLV-1 infection, textured breast implants). The strength of these risk factors also varies considerably, both in comparison to one another and in relation to specific types of non-Hodgkin lymphoma.[23]

While some risk factors may be directly lymphomagenic (e.g. exposure to atomic radiation), most risk factors are not. For example, advanced age does not directly cause lymphoma, but instead correlates with declining immune function and the number of genetic mutations that one has acquired over time. Furthermore, some risk factors are best thought of as surrogates for other less well understood risk factors. For example, socioeconomic status is likely just a surrogate for a variety of complex environmental exposures, most of which remain unexplored. Finally, some risk factors for non-Hodgkin lymphoma are strongly correlated with other risk factors. For example, racial and ethnic identity are often tied to geographic location, diet and other lifestyle choices, not to mention one's chances of inheriting certain genetic susceptibility loci. The following are commonly discussed risk factors for non-Hodgkin lymphoma (in no particular order), along with comments for each.

*Age:* The risk of developing nearly all mature B-cell and T/NK-cell non-Hodgkin lymphomas increases strikingly with age (see Figure 10). In fact, the majority of people who develop non-Hodgkin lymphoma are 60 years or older. In this way, non-Hodgkin lymphoma is similar to most other types of cancer, which also occur more frequently with age. The impact of age is primarily believed to be a consequence of accumulated genetic damage, but is also influenced by the process of immune senescence (i.e. the gradual deterioration of the immune system) and the acquisition of additional risk factors over time. There are, however, a few notable exceptions to this general rule (e.g. primary mediastinal large B-cell lymphoma).

*Gender:* The lifetime risk of developing non-Hodgkin lymphoma is roughly 30-50% higher in men than in women, and this holds true for the vast majority of non-Hodgkin lymphoma subtypes (but not all). The exact causes of this gender bias are largely unknown, but may include genetic (i.e. differences in the content of the X and Y sex chromosomes), hormonal and environmental influences. The most notable exception to this rule is follicular lymphoma, which is slightly more common in woman than in men.

*Time Period:* The incidence of non-Hodgkin lymphoma is noted to have increased considerably in the United States beginning in the 1940s and continuing through the latter half of the twentieth century.[24] Although a portion of this perceived increase is likely to be artificial (e.g. due to improved cancer reporting, new classification schemes and more sensitive diagnostic techniques), many have speculated that this is a consequence of the HIV/AIDS epidemic, increased industrialization and other forms of toxic exposure (including the use of agricultural pesticides).[25] Interestingly, the incidence of non-Hodgkin lymphoma has been relatively stable since approximately 1995, whereas the use of glyphosate-based formulations has increased dramatically over this same time period [SEER (1995-2019); EPA 2017].

*Geography:* In general, non-Hodgkin lymphoma tends to be significantly more common in developed nations (i.e. those with greater infrastructure, industrialization and socioeconomic status), particularly those of North America, northern and western Europe, Australia and New Zealand.[26] The role of geography is complex, but due in part to environmental exposures, the genetic makeup of local populations, access to healthcare resources, and the prevalence of certain infections in different areas of the world.

*Race/Ethnicity:* Even within the same geographic area, people of different races and ethnicities show different propensities for developing non-Hodgkin lymphoma. For example, in the United States, whites are at a significantly higher risk than African Americans and Asian Americans. Meanwhile, several rare EBV-driven T-cell and NK-cell lymphomas (e.g. extranodal NK/T-cell lymphoma, nasal type) are much more common among Asians than other populations.

*Family History:* Having a first-degree relative (e.g. parent, child or sibling) with non-Hodgkin lymphoma increases one's own risk by roughly 80%. This increased risk extends to multiple different types of non-Hodgkin lymphoma, but is most pronounced in chronic lymphocytic leukemia/small lymphocytic lymphoma, which can show striking familial predisposition.[27]

enue     Tel: 604-877-6000
Fax: 604-877-6179
www.bccancer.bc.ca     15

*Immunodeficiency:* One function of the body's immune system is to identify and remove abnormal cells, which may be cancerous, pre-cancerous or infected by viruses capable of causing cancer. Not surprisingly, failure of these "surveillance" mechanisms is associated with an increased risk for developing non-Hodgkin lymphoma. There are many different causes of immunodeficiency, including infection with HIV, taking certain medications (e.g. anti-rejection drugs following organ transplant, certain drugs used to treat rheumatic diseases), inheriting certain genetic disorders and the process of immune senescence (associated with aging).

*Chronic Immune System Stimulation:* Chronic immune stimulation, no matter the source, is associated with an increased risk of developing non-Hodgkin lymphoma. For example, several different autoimmune diseases, including rheumatoid arthritis (RA), systemic lupus erythematosus (SLE or lupus), Sjögren disease, celiac disease (gluten-sensitive enteropathy), and chronic lymphocytic (Hashimoto) thyroiditis show strong correlations. In each of these conditions, the immune system (particularly lymphocytes) mistakenly targets the body's own tissues, providing stimuli for lymphocyte proliferation and survival. This in turn provides greater opportunity for lymphocytes to become abnormal, in some instances leading to lymphoma. Certain viruses contribute to lymphomagenesis by directly transforming lymphocytes (e.g. EBV, HHV8, HTLV-1) or by causing immunodeficiency (e.g. HIV). Meanwhile, several other microbial pathogens are considered risk factors for specific types of non-Hodgkin lymphoma due to their ability to establish persistent infection, thereby leading to chronic lymphocyte activation and the opportunity for abnormal lymphocytes to emerge. Such agents include the bacterial species *Helicobacter pylori*, *Borrelia bergdorferi*, *Chlamydophila psittaci*, and *Campylobacter jejuni*, as well as hepatitis C virus (HCV). Lastly, to take another example: in recent years we've learned that women who received breast implants with textured surfaces have a nearly 70-fold increased risk of developing a specific type of rare non-Hodgkin lymphoma. Although the risk is still extremely low (lifetime risk of roughly 1 in 30,000 for women with textured breast implants), the WHO classification has now incorporated such cases as a distinct entity, termed "breast implant-associated anaplastic large cell lymphoma".[28] The foreign body immune response to implant material likely contributes to the development of this disease.

*Excess Body Weight:* Increases in body mass index (BMI) in adulthood and early adulthood are associated with an increased risk of non-Hodgkin lymphoma and other hematolymphoid cancers. [29,30] Other anthropometric factors (e.g. height) have also been implicated, suggesting that excess lymphoma risk may be mediated by increases in the number of lymphocyte stem cells and divisions that accompany larger body sizes.

*Occupation:* Certain occupations are associated with higher rates of specific forms of cancer. For example, with respect to non-Hodgkin lymphoma, a number of studies have reported an increased risk for those working in farming-related occupations prior to the commercial availability of glyphosate-based herbicides.[31-34] The precise combination of reasons behind this remains largely unclear, as farming represents a complex series of biased lifestyle choices, behaviors and environmental and toxic exposures that are not shared with the majority of the general population.

*Chemicals:* Certain groups of chemicals are inherently prone to causing the types of DNA damage that can lead to the development of cancer.  Exposure to such chemicals may be intentional (e.g. cytotoxic chemotherapy) or unintentional (e.g. workplace hazard).  For example, data from the Agricultural Health Study (AHS) has linked the use of certain pesticidal agents, including lindane, DDT, diazinon, terbufos, and permethrin, to an increased risk for developing certain types of non-Hodgkin lymphoma.[35]

*Radiation:* Patients treated with radiation therapy for other forms of cancer have a slightly increased risk of developing non-Hodgkin lymphoma later in life.  Individuals exposed to radiation by other mechanisms (e.g. atomic bombs, nuclear reactor accidents) are also known to be at increased risk.

Dozens of other personal attributes, exposures and comorbidities have been suggested to represent potential risk factors for non-Hodgkin lymphoma.  These include alcohol consumption, cigarette smoking, sun exposure, and history of other cancers, atopic disease, type I and type II diabetes, and blood transfusion.  Research to clarify these possible associations is still in progress.

**THE LYMPHOMAGENIC POTENTIAL OF GLYPHOSATE AND GLYPHOSATE-BASED HERBICIDES:**

All mammalian species are either known or presumed to develop lymphoma at some frequency, including chimpanzees and bonobos (our closest living relatives).  Although it wasn't until the 17th century that lymphoma was first described in human patients (by Italian physician Marcello Malpighi), it follows that lymphoma, in nearly all its varieties, has afflicted modern humans since our arrival some 200,000 years ago.  By comparison, the introduction of pesticides to modern agriculture (including Roundup® in 1974) is an extremely recent phenomenon.  It should therefore be clear that, in order to simply exist, non-Hodgkin lymphoma does not require anything other than the stochastic failures of lymphocyte biology, the deleterious effects of aging, the occasional contributions of an oncogenic virus, and perhaps a few other less quantifiable influences (e.g. sources of chronic immune stimulation, immune system compromise and baseline genetic susceptibility).

The reason to emphasize this point is because some people may incorrectly assume that since lymphoma occurs, something tangible and preventable must be causing it.  This logic is likely reinforced by the many well-established associations between hazardous environmental exposures and specific cancer types (e.g. smoking and lung cancer, alcohol and liver cancer, asbestos and mesothelioma, ultraviolet radiation and skin cancer, etc.).  However, with only occasional exception (e.g. textured breast implants, *H. pylori*, iatrogenic immunosuppression, late-stage HIV/AIDS), causative external agents are not known to significantly influence the development of most non-Hodgkin lymphomas.  This is not to say that doctors and scientists possess a complete understanding of the molecular origins, mechanisms, timing and significance of every mutation (and combination of mutations) seen in non-Hodgkin lymphoma,

600 West 10th Avenue
Vancouver, BC
Canada V5Z 4E6

Tel: 604-877-6000
Fax: 604-877-6179
www.bccancer.bc.ca

17

but rather that existing research suggests that the vast majority of contributory events can be explained by non-external forces, such as those described above.

Many individuals with a history of exposure to glyphosate-based herbicides who go on to develop non-Hodgkin lymphoma already have multiple known risk factors (e.g. older, white, male, American farmers who live above the poverty line). There are currently no known clinical signs or symptoms that can distinguish lymphoma patients with a history of exposure to glyphosate-based herbicides from those without. Furthermore, there are no known pathologic features that can distinguish a lymphoma from a person with a history of glyphosate-based herbicide exposure from a lymphoma from a person without such history. There are no known differences in histologic appearance, immunophenotype, driver mutations, or associations with oncogenic viruses. In fact, from a medical and scientific standpoint, no one has ever even claimed to have found, let alone attempted to describe (at a cellular and molecular level), a case of non-Hodgkin lymphoma (or any other cancer) that was definitively caused by exposure to glyphosate. Not only that, but it's currently impossible to tell whether or not a person has ever even been exposed to glyphosate-based herbicides based on the objective testing of their lymphoma. This is in stark contrast to many well-established genotoxic agents (e.g. smoking and chewing tobacco, ultraviolet radiation, alkylating and platinum-based chemotherapy, aristolochic acid, aflatoxin, haloalkanes, azathioprine, etc.), which are known to impart distinct patterns of DNA damage referred to as mutational signatures.[36,37]

The mutational signatures identified in the genomes of human cancers provide a record of environmental exposure that links specific agents with the cancer-promoting DNA damage they inflict.[38,39] Despite significant interest by the public, private and academic sectors in assessing the cancer-causing potential of glyphosate and its commercial formulations, such products have never been shown to generate a reproducible pattern of DNA sequence mutations or recurrent structural or numerical chromosomal alterations in mammalian cells or tissues. This is perhaps less surprising in light of weight-of-evidence reviews of genotoxicity studies on glyphosate (along with its formulations and major metabolite) that concluded that glyphosate is not genotoxic at levels below those associated with general cytotoxicity.[40,41]

The primary mammalian-system based assays used to assess the genotoxic potential of chemical agents by the International Agency for Research on Cancer (IARC) and various national and international regulatory agencies include *in vitro* gene mutation assays (reporter genes for forward mutations), *in vitro* and *in vivo* chromosomal aberration assays (metaphase chromosome analysis), *in vitro* and *in vivo* micronucleus induction assays, and dominant lethal assays (ability to mutate germ cells, resulting in embryonic or fetal death). Several other types of genotoxicity assays evaluate so-called "primary DNA damage" (e.g. tests for DNA adducts, comet assays, or the detection of unscheduled DNA synthesis). The results of these other assays are considered slightly less meaningful, since they do not ensure that the end result of exposure is a heritable mutation or chromosomal damage. Apart from the occasional use of metaphase chromosome analysis, the assays listed above are not performed as part of the routine diagnostic workup for lymphoma. They also differ significantly from the more sophisticated assays used in modern lymphoma research laboratories, which often include

targeted or whole exome sequencing, whole genome sequencing, gene expression profiling, fluorescence in situ hybridization (FISH) panel testing, single nucleotide polymorphism arrays and comparative genomic hybridization.  These differences in assay utilization are largely understandable, given the clearly different aims of the groups who employ them (e.g. those assessing genotoxic potential versus those aiming to better understand lymphomagenesis) and the lack of an established cancer registry and tissue bank that adequately documents pesticide exposure.

Cancer bioassays in animals have also been used as a component of the weight-of-evidence approach to evaluating chemical carcinogenicity potential in humans.  For the registration of food use pesticides expected to result in repeated human exposures, federal regulations require carcinogenicity studies to be performed in two rodent species, preferably rat and mouse (40 CFR Part 158.500).  These regulations also provide guidelines for how such studies should be conducted (e.g., number of animals, adequate dose range, exposure duration, parameters to be assessed, etc.).  Studies of sufficient quality are initially evaluated statistically to determine whether tumor incidence is associated with chemical exposure to a greater degree than chance alone using pairwise comparisons to control groups and trend tests for dose-response.  Further analysis of animal bioassays include weight of evidence considerations beyond pure statistical measures, such as consistency between sex and strain, evaluation of historical controls, evaluation of pre-neoplastic lesions, consideration of biological relevance, etc.  Due to various issues, over the past few decades, glyphosate has been the subject of numerous rodent carcinogenicity assays conducted by several independent companies and laboratories.[42]  Based on their evaluation of a subset of these studies, the International Agency for Research on Cancer (IARC) concluded that there was sufficient evidence in experimental animals for the carcinogenicity of glyphosate.[43]  However, the entire body of long-term rodent carcinogenicity data (including unpublished studies submitted for registration purposes) has been evaluated by numerous regulatory agencies around the world (including after IARC's conclusion), all of whom have concluded that glyphosate is unlikely to pose a human cancer risk.[44-51]

Collectively, rodent carcinogenicity studies on glyphosate suffer from major issues of non-reproducibility (even when comparing data from the same species, strain, sex, dose range and cancer type) and inconsistent statistical outcomes (e.g. positive trend tests not being supported by pairwise comparisons or vice versa).  Many positive associations have also be called into question due to the lack of monotonic dose responses, overlap with historical control data, absence of pre-neoplastic lesions, and the use of excessively high doses in the high dose groups.[52,53]  Nevertheless, some authors have argued that the number of significant tumor associations is higher than expected by chance alone.[54]  A sophisticated multi-response permutation procedure that accurately accounts for multiple comparison testing and provides valid false-positive probabilities has shown that the available rodent carcinogenicity data is far more balanced than suggested by reports focused solely on positive findings.[55]  In fact, existing data provides slightly more evidence for negative dose-response trends (i.e. a cancer-protective effect) than for positive dose-response trends, suggesting that most if not all significant tumor responses are likely to represent random occurrences (i.e. false positives).  It is also worth

noting that chemical carcinogenicity testing in rodents is an imperfect surrogate for human exposure outcomes.[56]  Important interspecies differences impact how, when and if cancer develops, potentially resulting in the failure of animal models to predict human risk.[57]  For example, the family of widely-prescribed cholesterol-lowering drugs known as statins are associated with a marked increase in liver tumor formation in rodents at doses only several-fold higher than those used therapeutically in humans.[58]  However, a robust body of randomized clinical trial data (accompanied and supported by high-quality observational data) has confirmed that statins do not increase the risk of cancer in people.[59,60]

Of course, sophisticated laboratory and animal testing would be largely unnecessary if there were convincing epidemiologic data demonstrating a robust association between glyphosate-based herbicides and the development of non-Hodgkin lymphoma.  However, existing data does not support such an association. Compared to alternative study designs (e.g. case-control studies), prospective cohort studies have several advantages, and (other things being equal) are considered a higher tier/superior form of epidemiologic investigation.  In particular, the National Institutes of Health (NIH)-sponsored Agricultural Health Study (AHS) is considered the single largest and highest quality study in existence regarding the potential health effects of glyphosate-based herbicides.  This large and well-constructed prospective cohort study was specifically designed to identify and quantify cancer risks associated with exposure to pesticides and other agricultural agents.[61]  The AHS minimizes the most likely sources of bias associated with the case-control study design (i.e. recall bias and selection bias), prospectively attempts to account for as many likely confounding variables as possible, and reduces the reliance on proxy respondents and other potential sources of exposure misclassification.[62]  Through their recently published update, the AHS authors (Andreotti et al.) provide a series of comprehensive statistical analyses demonstrating that glyphosate is not associated with an increased risk for developing non-Hodgkin lymphoma based on intensity-weighted lifetime days of glyphosate use (including up to a 20-year time-lag analysis).[63]  Their data also yields a nearly significant negative association between "ever/never" use of glyphosate and the development of non-Hodgkin lymphoma, with an effect size of 0.85 (95% CI: 0.73, 1.00).[64]  There are also two other large cohort studies based in France and Norway (AGRICAN and CNAP, respectively), which are similar in aim, but methodologically inferior to the AHS (e.g. pesticide exposure based on crop-exposure matrices, no intensity weighting, etc.).[65]  Nevertheless, combining their results with those of the AHS lead Leon et al. to a meta-risk ratio of 0.95 (95% CI: 0.77-1.18) for non-Hodgkin lymphoma in relation to the "ever/never" use of glyphosate.[66]

The belief by some that glyphosate-based formulations cause non-Hodgkin lymphoma is rooted largely in the 2015 decision by IARC to classify glyphosate as a probable human carcinogen.  A central tenet of IARC's classification was their impression of "limited" evidence in humans for the carcinogenicity of glyphosate.  This limited evidence is supposedly provided by a series of semi-redundant case-control studies dating back to the 1980s, all of which reported neutral or positive associations between glyphosate exposure and the development of non-Hodgkin lymphoma.[67-71]  It should be noted, however, that the most highly-adjusted effect estimate from each of these studies fails to reach statistical significance.[72]  Adjustment of effect estimates is necessary to account for as many other known or potential risk factors for non-

Hodgkin lymphoma as possible, which would otherwise confound the data and any subsequent interpretation. Of particular importance is the need to account for exposure to other pesticides, which is understandably common among users of glyphosate-based agricultural products. For example, in the studies by Eriksson et al. and Hardell et al., such adjustments resulted in substantially lower effect sizes that were no longer statistically significant. Further, after adjustment for other pesticides, the largest and most recent evaluation of case control data from the North American Pooled Project yielded an odds ratio of 1.13 (95% CI: 0.84–1.51) for non-Hodgkin lymphoma with respect to the "ever/never" use of glyphosate.[73] This work, by Pahwa et al., includes and supersedes several earlier, less complete analyses of the same data (e.g., Cantor et al. 1992, McDuffie et al. 2001, De Roos et al. 2003) and, like Andreotti et al. and Leon et al., was not available at the time of IARC's 2015 classification).

The case-control studies referenced above are collectively underwhelming; however, several previous meta-analyses based largely on the data they provide, including IARC's own meta-analysis in 2015, have produced marginally significant meta-risk ratios on the order of 1.3-1.5.[43,72,74,75] These metrics provide a summary measure of risk, but carry with them all of the unaccounted for biases, confounders and design flaws of the contributing studies. For example, the study by Schinasi et al. failed to use the most adjusted data from all sources, and the study by Zhang et al. is based on a purported *a priori* hypothesis (targeting greatest exposure magnitude) that is not well supported by recent literature and has been criticized by other scientists and regulatory authorities.[64,76] Further, none of these previous meta-analyses includes the most recent data from the AHS on "ever/never" use of glyphosate. This latter distinction can only be claimed by the latest memorandum from the United States Environmental Protection Agency (EPA), which recently published a meta-risk ratio with an effect size of 1.14 (95% CI: 0.87, 1.50), by a recent publication by Donato et al. who reported an effect size of 1.03 (95% CI: 0.86-1.21) by preforming a similar analysis, but substituting Leon et al. for Andreotti et al., and by a recent publication by Kabat et al. who, using a methodology similar to the methodology used by IARC in 2015, report an effect size of 1.05 (95% CI: 0.87-1.28) performing a similar analysis, but substituting Pahwa et al. for McDuffie et al. and De Roos et. al., and excluding the AGRICAN and CNAP cohorts where pesticide exposures were inferred from crops rather than based on direct assessments.[64,76,77]

In summary, it is my professional opinion as a physician-scientist and lymphoma pathologist that existing evidence does <u>NOT</u> support the conclusion that glyphosate-based herbicides, such as Roundup®, contribute to the development of non-Hodgkin lymphoma. This opinion is shared by the United States Environmental Protection Agency (US EPA), Health Canada's Pest Management Regulatory Agency (PMRA), the European Food Safety Authority (EFSA), the Joint Food and Agriculture Organization (FAO)/WHO Meeting on Pesticide Residues (JMPR) and numerous other regulatory bodies.[44-51]

**Case Report: Gerard Cervantes**
**Dr. Jeffrey William Craig, M.D., Ph.D.**

## BACKGROUND

Mr. Cervantes is a 61-year-old Hispanic man _____ who was diagnosed with non-Hodgkin lymphoma (diffuse large B-cell lymphoma) in October of 2004 at age 45. He is now retired, but from 1980-2014 he worked up to 60 hours per week as a technician for a natural gas distribution company (Nicor Gas). He also spent several years in landscaping (beginning in October of 1997), and still maintains ownership of a lawn care services company (ASC Lawn Care) in his hometown of Sugar Grove, Illinois.  According to his Plaintiff Fact Sheet, his previous landscaping duties included the application of Roundup® Weed & Grass Killer three times weekly for a period of roughly 6 years (1998-2004). His use of Roundup® products differs somewhat between his sworn Plaintiff Fact Sheet, sworn deposition testimony, and as reported by Plaintiff's experts, but according to his Plaintiff Fact Sheet was restricted to residential properties and industrial, turf and ornamental settings, where he wore gloves as a safety precaution. He has never worked in farming or agriculture and denies using pesticides or herbicides other than Roundup®. His Plaintiff Fact Sheet reports no other significant industrial, chemical or radiation exposures, but clinical notes document occupational exposures involving benzene, polychlorinated biphenyl (PCB), asbestos, and possible mercury and methylene chloride exposures over a period of 30 years. Notably, some (but not all) studies report an association between, for example, benzene and welding and NHL; IARC has categorized benzene and welding as known carcinogens overall (class 1) and concluded there is limited evidence for an association between both exposures and NHL.[78-83]

Mr. Cervantes has a documented family history of non-Hodgkin lymphoma (mother, who reportedly died of lymphoma), which is a known risk factor for both diffuse large B-cell lymphoma and non-Hodgkin lymphoma overall.[23,84] Apart from his own non-Hodgkin lymphoma diagnosis, Mr. Cervantes' medical history is notable for overweight/obesity (with recent BMIs ranging from 28.73-32.43), atrial fibrillation (s/p ablation procedure on 3/23/2017), severe obstructive sleep apnea (on continuous positive airway pressure (CPAP) since 3/10/2017), lower back pain with sciatic symptoms (lumbar degenerative disk disease, facet arthropathy and spinal stenosis), mallet deformity of the left ring finger, viral warts, shingles with post-herpetic neuralgia, recurrent upper respiratory tract infections with post-infectious reactive airway disease, onychomycosis of the toes and possible tinea pedis, osteoarthritis involving both knees and hips, chronic low-grade anemia (dating back to 9/07/2004), hyperlipidemia, vitamin D deficiency, prostatic hypertrophy, borderline cardiomegaly, right inguinal hernia, transient gross hematuria with negative cytology (C-10-00348), irritated seborrheic keratoses, internal hemorrhoids, and tubular adenomas (SP-10-02832 & DRH-19-04832). The medical documents provided show no history of diabetes, smoking, HCV, HIV, autoimmune disease, non-autologous stem cell or solid organ transplant, known hereditary cancer predisposition, or iatrogenic immunosuppression other than that related to Mr. Cervantes' lymphoma treatment. His surgical history includes tonsillectomy (1967) and vasectomy (2000).

**NON-HODGKIN LYMPHOMA DIAGNOSIS AND MANAGEMENT**

Mr. Cervantes presented to the Dreyer Medical Clinic (walk-in/urgent care) with upper respiratory symptoms on 8/09/2004 and was prescribed an antibiotic (and later steroids). He reported worsening symptoms at follow-up visits on 8/24/2004 and 9/8-9/2004, including weight loss (eventually up to 27 lbs.), bone pain, and functional decline. By 9/24/2004 he had also reported fever, chills and night sweats. Lab work showed pancytopenia (9/07/2004; WBC 3.4, ANC 2.6, ALC 0.2, Hgb 12.7, MCV 87.5, Plt 84) and elevated liver enzymes (9/14/2004; AST 184, ALT 217, Alk Phos 247). He was referred for Hematology consultation beginning on 9/13/2004 (Dr. Leela N. Rao, Dreyer Cancer Clinic). A bone marrow biopsy performed on 9/14/2004 (SP-04-04602) showed normocellular marrow with trilineage hematopoiesis and several non-necrotizing granulomas. He underwent an extensive infectious workup, which was negative. CT scan of chest, abdomen and pelvis (CT-C/A/P) imaging from 9/20/2004 showed mild splenomegaly (13 cm), hepatomegaly (20 cm), a small volume of pathologic fluid in the pelvis, an abnormal nodal mass (4 x 2.5 x 2 cm) in the left periaortic region (medial to the proximal right ureter) and a probable 11 x 8 mm lymph node posterior to the inferior vena cava. Surgery recommended against open excision (10/01/2004). A liver core biopsy was then performed and reportedly showed "infiltration of portal triad with lymphocytes". However, the specimen was too small for Immunohistochemistry (IHC) stains, and so a repeat liver biopsy was performed on 10/22/2004. The histologic (hematoxylin and eosin (H&E)) impression from the second biopsy was reportedly similar, and the case was sent to the Mayo Clinic for further testing. Diagnostic pathology reports from these procedures have not yet been made available for review, but the patient reportedly received a diagnosis of diffuse large [B-]cell lymphoma.

Based on his symptoms and the apparent involvement of liver as well as lymph node(s) below the diaphragm, his disease was assessed at the time as stage IIE/B; LDH = 334 (over 190, 10/28/2004); performance status not formally documented. He had a MediPort placed on 10/25/2004, and was treated with 8 cycles of R-CHOP from 11/01/2004 to 3/27/2005 (full dose for cycles 3-8, always with growth factor support). With the exception of paresthesias in his distal extremities (since improved), he tolerated these treatments very well. A staging PET scan dated 11/16/2004 (following the initiation of cycle 1) showed no focal areas of abnormal fluorodeoxyglucose (FDG) uptake. CT-C/A/P imaging from 02/04/2005 (mid cycle 5) showed complete resolution of his hepatosplenomegaly and pelvic fluid collection and near-complete resolution of his retroperitoneal lymphadenopathy. A CT-guided liver biopsy was performed on 3/04/2005 (prior to cycle 7) to confirm therapeutic response, and this reportedly showed no evidence of lymphoma. Pre-transplant CT-C/A/P imaging (4/20/2005) showed enlarged anterior mediastinal (1.8 cm) and right common iliac (1.5 cm) lymph nodes, but restaging PET-CT (4/14/2005) showed only therapy-associated changes with no active sites of pathologic adenopathy. Bone marrow examination on 4/14/2005 (0-20-050-01982) revealed normocellular marrow with multilineage hematopoiesis and no evidence of lymphoma. Subsequent stem cell mobilization and collection was successful, and on 5/16/2005 he received a consolidative autologous bone marrow transplant following BEAM conditioning (Dr. Jayesh Mehta, Northwestern Memorial Hospital). Engraftment was confirmed on 5/27/2005; no major complications were reported. His next CT-C/A/P scan from 9/13/2005 was entirely normal. His

follow-up care was eventually transitioned to Dr. Mohammed A. Raheem (Dreyer Clinic Inc.) beginning on 4/09/2007.

Mr. Cervantes remained in clinical and radiological remission for the next 3 years. In late 2008 he presented with slightly prominent lymphadenopathy and some mildly abnormal FDG uptake, the differential diagnosis for which includes infection, inflammation, or recurrent lymphoma. No nodal site was considered amenable to biopsy, though a bone marrow biopsy performed on 01/15/2009 (SP-09-00270) showed no evidence of lymphoma. Mr. Cervantes was treated with four courses of rituximab (5/19/2009, 01/28/2010, 8/02/2010, 02/07/2011), but this was deemed to have not been a recurrence of DLBCL, and may well have been nonmalignant reactive lymphadenopathy. A PET-CT scan following his first course of rituximab (7/16/2009) showed interval decrease in FDG uptake and lymphadenopathy, and a follow-up PET-CT scan on 10/15/2009 showed no abnormal FDG uptake, lymphadenopathy or mass lesion. Mr. Cervantes' treating oncologist considers him to have been in remission from DLBCL since 2005, with no functional limitations due to lymphoma and an Eastern Cooperative Oncology Group (ECOG) status of 0. He is therefore considered cured from a lymphoma standpoint.

## DIFFUSE LARGE B-CELL LYMPHOMA

Diffuse large B-cell lymphoma (DLBCL) represents a histologically-defined group of clinically and genetically diverse, aggressive non-Hodgkin lymphomas (NHLs) consisting of medium to large B lymphocytes with a diffuse growth pattern (i.e., non-follicular architecture).[85] DLBCL is the most common form of NHL in the United States and worldwide, accounting for about 1 out of every 3 new NHL diagnoses;[86] however, the incidence of DLBCL in the United States has been in subtle decline since the mid-2000s (SEER 13). White and Hispanic persons are affected slightly more frequently than members of other races/ethnicities (SEER 21). The median age at diagnosis is 66 years, and a slight male predominance is noted (M:F ratio = 1.4:1) (SEER 21).

Diffuse large B-cell lymphoma, not otherwise specified (DLBCL–NOS) represents the current World Health Organization (WHO) diagnostic category encompassing the vast majority (80-85%) of all histologically-defined DLBCL cases that lack MYC and BCL2 and/or BCL6 rearrangements [i.e., "double/triple-hit" cytogenetics, typically assessed using fluorescence in situ hybridization (FISH)] and do not conform to any of the more specifically defined lymphomas of large B cells.[85,87] The high frequency at which pathologists encounter DLBCL–NOS underscores the importance of a comprehensive diagnostic workup that not only establishes the diagnosis and excludes competing considerations, but also provides information regarding prognosis and potential therapeutic options.[88] For example, two major cell-of-origin (COO) subgroups are now recognized based on gene expression patterns: germinal center B-cell (GCB) and activated B-cell (ABC).[89] Distinction between the GCB and ABC subgroups has clear prognostic significance, with 5-year overall survival rates of 80% versus 50%, respectively, when treated with rituximab and chemotherapy.[90] The Hans algorithm, an immunohistochemistry (IHC)-based method for classifying DLBCL–NOS into GCB or non-GCB subgroups (with the latter encompassing most ABC and unclassified cases), is now widely used for this purpose.[91] Similarly, coexpression of MYC and BCL2 has been shown to predict inferior outcomes, and thus IHC-based assessment of

these markers has become routine.[92] While pathology is not available in Mr. Cervantes' case, as noted above, Mr. Cervantes has been cured of his DLBCL for over fifteen years and his current health prognosis is driven mainly by his other medical conditions.

The classification of lymphoid cancers remains forever in flux as new clinical and scientific data become available. With respect to DLBCL, future classification schemes will undoubtedly emphasize opportunities for personalized/precision medicine using targeted therapies. To this end, recent multiplatform genomic studies have identified multiple distinct DLBCL subsets with shared genetic traits and underlying biologies.[93,94] Such efforts serve to highlight the inherent complexity and heterogeneity of DLBCL and the need for additional research.

## DISCUSSION

The original pathology reports and materials related to Mr. Cervantes' non-Hodgkin lymphoma (NHL) diagnosis are not available for review (apparently due to age-related loss or destruction). Indirect support for a diagnosis of diffuse large B-cell lymphoma (DLBCL) is instead provided by clinical records. At the time of diagnosis (2004), DLBCL was considered a specific diagnostic entity according to the first World Health Organization Classification of Tumours of Haematopoietic and Lymphoid tissues.[95] Based on diagnostic standards at the time, Mr. Cervantes' lymphoma would not have undergone the more rigorous, modern-day workup described above. We now know that DLBCL is a genetically heterogeneous disease associated with a wide assortment of oncogenic drivers.[96] An estimated 80% of all single base substitution mutations in DLBCL exomes are attributable to an "aging" mutational signature associated with spontaneous deamination at CpG sites, while the remainder are attributable to physiologic and aberrant somatic hypermutation and non-canonical AID activity.[93] Recurrent structural variations, particularly chromosomal rearrangements of the type acquired during faulty V(D)J recombination or class switch recombination, and somatic copy number alterations are also significant contributors to DLBCL pathogenesis.

At the time of diagnosis, Mr. Cervantes was male, Hispanic, overweight/obese, and had a history of NHL in a first degree relative. Mr. Cervantes also reported a variety of occupational exposures, several of which have been associated with NHL in some analyses and received similar cancer categorizations from IARC for NHL as that of Roundup®. Plaintiff's experts cannot, and have not, using a consistent and reliable methodology, ruled out his established risk factors (including family history) or various exposures (such as benzene and welding) as causes of Mr. Cervantes' DLBCL while simultaneously "ruling in" Roundup as a cause. There is no compelling evidence that glyphosate, the active ingredient in Roundup®, contributes in any way to the formation of the genetic lesions described above that lead to the development of DLBCL. Further, the transient glyphosate exposures associated with heavy residential Roundup® use are unlikely to exceed established health-based guidance values.[46,97,98] Epidemiologic investigations have not established Roundup® or other glyphosate-based herbicides as risk factors for NHL overall, DLBCL, or other forms of non-Hodgkin lymphoma. Nor is there anything in Mr. Cervantes' clinical presentation or pathology that supports Roundup® as the cause of his cancer. Based on my training, education, experience, and review of materials including medical literature and Mr. Cervantes' medical records, the

evidence does not support a conclusion that Roundup® caused or contributed to Mr. Cervantes' DLBCL. The best explanation for Mr. Cervantes' DLBCL is the age and time-related accumulation of mutations due to a lifetime of lymphocyte division, resulting ultimately in a clonal expansion and clinical cancer.

I hold all of the opinions expressed in this report to a reasonable degree of medical and scientific certainty. They are based on my training, education, and experience in lymphoma and as a physician scientist, and my review of relevant literature, including my own literature searches. I reserve the right to amend and/or supplement my opinions should new medical records, depositions or other evidence become available. I also reserve the right to comment on the opinions or testimony of others. I am compensated for my time at a rate of $325 per hour in this matter. Prior to this case, I have never testified as an expert witness at trial or by deposition.

February 10, 2021

Jeffrey Craig, MD PhD
British Columbia Cancer Agency

**REFERENCES:**

*In conjunction with the materials cited in my Materials Considered List*

1. Kumar V, Abbas AK, Aster JC. Robbins and Cotran pathologic basis of disease. Ninth edition. ed. Philadelphia, PA: Elsevier/Saunders; 2015.
2. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell 2011;144:646-74.
3. Alberts B. Molecular biology of the cell. 4th ed. New York: Garland Science; 2002.
4. Teras LR, DeSantis CE, Cerhan JR, Morton LM, Jemal A, Flowers CR. 2016 US lymphoid malignancy statistics by World Health Organization subtypes. CA: a cancer journal for clinicians 2016;66:443-59.
5. Swerdlow SH, Organization WH, Cancer IAfRo. WHO classification of tumours of haematopoietic and lymphoid tissues. Revised 4th edition. ed. Lyon: International Agency for Research on Cancer; 2017.
6. Kuppers R. Mechanisms of B-cell lymphoma pathogenesis. Nature reviews Cancer 2005;5:251-62.
7. Jaffe ES, Arber DA, Campo E, Harris NL, Quintanilla-Martinez L. Hematopathology. Second edition. ed. Philadelphia, PA: Elsevier; 2017.
8. Caponetti G, Bagg A. Demystifying the diagnosis and classification of lymphoma: a guide to the hematopathologist's galaxy. The Journal of Community and Supportive Oncology 2017;15:43-8.
9. American Cancer Society. Cancer Facts & Figures 2019. Atlanta: American Cancer Society; 2019.
10. Brown JR, Freedman AS. Overview of the pathobiology of the non-Hodgkin lymphomas. In: Lister A, ed. UpToDate. Waltham, MA: UpToDate Inc.; 2019.
11. Seifert M, Scholtysik R, Kuppers R. Origin and Pathogenesis of B Cell Lymphomas. Methods in molecular biology 2019;1956:1-33.
12. Zaheen A, Martin A. Activation-induced cytidine deaminase and aberrant germinal center selection in the development of humoral autoimmunities. The American journal of pathology 2011;178:462-71.
13. Kuppers R, Dalla-Favera R. Mechanisms of chromosomal translocations in B cell lymphomas. Oncogene 2001;20:5580-94.
14. Pasqualucci L, Neumeister P, Goossens T, et al. Hypermutation of multiple proto-oncogenes in B-cell diffuse large-cell lymphomas. Nature 2001;412:341-6.
15. Tomasetti C, Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science 2015;347:78-81.
16. Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science 2017;355:1330-4.
17. Tomasetti C, Vogelstein B, Parmigiani G. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. Proceedings of the National Academy of Sciences of the United States of America 2013;110:1999-2004.
18. Lahouel K, Younes L, Danilova L, et al. Revisiting the tumorigenesis timeline with a data-driven generative model. Proceedings of the National Academy of Sciences of the United States of America 2020;117:857-64.

19. Zhang L, Dong X, Lee M, Maslov AY, Wang T, Vijg J. Single-cell whole-genome sequencing reveals the functional landscape of somatic mutations in B lymphocytes across the human lifespan. Proceedings of the National Academy of Sciences of the United States of America 2019;116:9014-9.
20. Alexandrov LB, Nik-Zainal S, Wedge DC, et al. Signatures of mutational processes in human cancer. Nature 2013;500:415-21.
21. Alexandrov LB, Kim J, Haradhvala NJ, et al. The Repertoire of Mutational Signatures in Human Cancer. biorxiv.org2018.
22. Saha A, Robertson ES. Mechanisms of B-Cell Oncogenesis Induced by Epstein-Barr Virus. Journal of virology 2019;93.
23. Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF, et al. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. Journal of the National Cancer Institute Monographs. 2014;2014(48):130-44. doi: 10.1093/jncimonographs/lgu013. PubMed PMID: 25174034; PubMed Central PMCID: PMC4155467.
24. Devesa SS, Silverman DT, Young JL, Jr., et al. Cancer incidence and mortality trends among whites in the United States, 1947-84. Journal of the National Cancer Institute 1987;79:701-70.
25. Hartge P, Devesa SS. Quantification of the impact of known risk factors on time trends in non-Hodgkin's lymphoma incidence. Cancer research 1992;52:5566s-9s.
26. Muller AM, Ihorst G, Mertelsmann R, Engelhardt M. Epidemiology of non-Hodgkin's lymphoma (NHL): trends, geographic distribution, and etiology. Annals of hematology 2005;84:1-12.
27. Cerhan JR, Slager SL. Familial predisposition and genetic risk factors for lymphoma. Blood 2015;126:2265-73.
28. Doren EL, Miranda RN, Selber JC, et al. U.S. Epidemiology of Breast Implant-Associated Anaplastic Large Cell Lymphoma. Plastic and reconstructive surgery 2017;139:1042-50.
29. Abar L, Sobiecki JG, Cariolou M, et al. Body size and obesity during adulthood, and risk of lympho-haematopoietic cancers: an update of the WCRF-AICR systematic review of published prospective studies. Annals of oncology : official journal of the European Society for Medical Oncology 2019;30:528-41.
30. Larsson SC, Wolk A. Body mass index and risk of non-Hodgkin's and Hodgkin's lymphoma: a meta-analysis of prospective studies. European journal of cancer 2011;47:2422-30.
31. Blair A, Malker H, Cantor KP, Burmeister L, Wiklund K. Cancer among farmers. A review. Scandinavian journal of work, environment & health 1985;11:397-407.
32. Blair A, Zahm SH. Agricultural exposures and cancer. Environmental health perspectives 1995;103 Suppl 8:205-8.
33. Burmeister LF, Everett GD, Van Lier SF, Isacson P. Selected cancer mortality and farm practices in Iowa. American journal of epidemiology 1983;118:72-7.
34. Cantor KP. Farming and mortality from non-Hodgkin's lymphoma: a case-control study. International journal of cancer 1982;29:239-47.
35. Alavanja MC, Hofmann JN, Lynch CF, et al. Non-hodgkin lymphoma risk and insecticide, fungicide and fumigant use in the agricultural health study. PloS one 2014;9:e109332.
36. Helleday T, Eshtad S, Nik-Zainal S. Mechanisms underlying mutational signatures in human cancers. Nature reviews Genetics 2014;15:585-98.

37. Kucab JE, Zou X, Morganella S, et al. A Compendium of Mutational Signatures of Environmental Agents. Cell 2019;177:821-36 e16.

38. Nik-Zainal S, Kucab JE, Morganella S, et al. The genome as a record of environmental exposure. Mutagenesis 2015;30:763-70.

39. Temko D, Tomlinson IPM, Severini S, Schuster-Bockler B, Graham TA. The effects of mutational processes and selection on driver mutations across cancer types. Nature communications 2018;9:1857.

40. Kier LD, Kirkland DJ. Review of genotoxicity studies of glyphosate and glyphosate-based formulations. Critical reviews in toxicology 2013;43:283-315.

41. Brusick D, Aardema M, Kier L, Kirkland D, Williams G. Genotoxicity Expert Panel review: weight of evidence evaluation of the genotoxicity of glyphosate, glyphosate-based formulations, and aminomethylphosphonic acid. Critical reviews in toxicology 2016;46:56-74.

42. Greim H, Saltmiras D, Mostert V, Strupp C. Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. Critical reviews in toxicology 2015;45:185-208.

43. IARC. Glyphosate.  IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 112 Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos. Lyon, France: International Agency for Research on Cancer (IARC); 2015:1-92.

44. EPA. Revised glyphosate issue paper: Evaluation of carcinogenic potential. December 12, 2017. Washington: United States Environmental Protection Agency, Office of Pesticide Programs; 2017.

45. BfR. In: Assessment GFIfR, editor. Final Addendum to the Renewal Assessment Report: Glyphosate. Parma: European Food Safety Authority; 2015.

46. EFSA. Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate. EFSA (Journal European Food Safety Authority) 2015;13:4302.

47. ECHA Committee for Risk Assessment. Opinion proposing harmonised classification and labelling at EU level of glyphosate (ISO); N-(phosphonomethyl)glycine. Helsinki: European Chemical Agency; 2017.

48. Health Canada. Re-evaluation decision. Glyphosate. September 22, 2017. Ottawa, Ontario: Pest Management Regulatory Agency, Health Canada.; 2017.

49. New Zealand EPA. Review of the Evidence Relating to Glyphosate and Carcinogenicity. Environmental Protection Authority; 2016.

50. APVMA. Final regulatory position: Consideration of the evidence for a formal reconsideration of glyphosate. Australian Pesticides and Veterinary Medicines Authority; 2017.

51. JMPR. Report of the special session of the joint Meeting of the FAO Panel of experts on pesticide residues in food and the environment and the WHO Core assessment group on pesticide residues. Geneva: Food and Agriculture Organization of the United Nations and World Health Organization; 2017.

52. Tarazona JV, Court-Marques D, Tiramani M, et al. Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC. Archives of toxicology 2017;91:2723-43.

53. Tarone RE. On the International Agency for Research on Cancer classification of glyphosate as a probable human carcinogen. European journal of cancer prevention : the official journal of the European Cancer Prevention Organisation 2018;27:82-7.

54. Portier CJ. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. Environmental health : a global access science source 2020;19:18.

55. Crump K, Crouch E, Zelterman D, Crump C, Haseman J. Accounting for Multiple Comparisons in Statistical Analysis of the Extensive Bioassay Data on Glyphosate. Toxicological sciences : an official journal of the Society of Toxicology 2020;175:156-67.

56. Bracken MB. Why are so many epidemiology associations inflated or wrong? Does poorly conducted animal research suggest implausible hypotheses? Annals of epidemiology 2009;19:220-4.

57. Anisimov VN, Ukraintseva SV, Yashin AI. Cancer in rodents: does it tell us about cancer in humans? Nature reviews Cancer 2005;5:807-19.

58. MacDonald JS, Halleck MM. The toxicology of HMG-CoA reductase inhibitors: prediction of human risk. Toxicologic pathology 2004;32 Suppl 2:26-41.

59. Dale KM, Coleman CI, Henyan NN, Kluger J, White CM. Statins and cancer risk: a meta-analysis. Jama 2006;295:74-80.

60. Newman CB, Preiss D, Tobert JA, et al. Statin Safety and Associated Adverse Events: A Scientific Statement From the American Heart Association. Arteriosclerosis, thrombosis, and vascular biology 2019;39:e38-e81.

61. Alavanja MC, Sandler DP, McMaster SB, et al. The Agricultural Health Study. Environmental health perspectives 1996;104:362-9.

62. Crump K. The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate. Risk analysis : an official publication of the Society for Risk Analysis 2020;40:696-704.

63. Andreotti G, Koutros S, Hofmann JN, et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. Journal of the National Cancer Institute 2018;110:509-16.

64. Miller DJ. Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision. United States Environmental Protection Agency, Office of Chemical Safety and Pollution Prevention - Toxicology and Epidemiology Branch; 2020.

65. Brouwer M, Schinasi L, Beane Freeman LE, et al. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occupational and environmental medicine 2016;73:359-67.

66. Leon ME, Schinasi LH, Lebailly P, et al. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. International journal of epidemiology 2019;48:1519-35.

67. Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leukemia & lymphoma 2002;43:1043-9.

68. McDuffie HH, Pahwa P, McLaughlin JR, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer epidemiology, biomarkers & prevention : a publication of the American Association for

Cancer Research, cosponsored by the American Society of Preventive Oncology 2001;10:1155-63.

69. De Roos AJ, Zahm SH, Cantor KP, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occupational and environmental medicine 2003;60:E11.

70. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. International journal of cancer 2008;123:1657-63.

71. Orsi L, Delabre L, Monnereau A, et al. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occupational and environmental medicine 2009;66:291-8.

72. Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. Journal of environmental science and health Part B, Pesticides, food contaminants, and agricultural wastes 2016;51:402-34.

73. Pahwa M, Beane Freeman LE, Spinelli JJ, et al. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scandinavian journal of work, environment & health 2019;45:600-9.

74. Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutation research 2019;781:186-206.

75. Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. International journal of environmental research and public health 2014;11:4449-527.

76. Kabat GC, Price WJ, Tarone RE. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer causes & control : CCC 2021.

77. Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. La Medicina del lavoro 2020;111:63-73.

78. Kane EV, Newton R. Benzene and the risk of non-Hodgkin lymphoma: a review and meta-analysis of the literature. Cancer Epidemiology. 2010;34(1):7-12. doi: 10.1016/j.canep.2009.12.011. PubMed PMID: 20075019.

79. Alexander DD, Wagner ME. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis of epidemiologic studies. Journal of Occupational and Environmental Medicine. 2010;52(2):169-89. doi: 10.1097/JOM.0b013e3181cc9cf0. PubMed PMID: 20134348.

80. Bassig BA, Friesen MC, Vermeulen R, Shu XO, Purdue MP, Stewart PA, et al. Occupational Exposure to Benzene and Non-Hodgkin Lymphoma in a Population-Based Cohort: The Shanghai Women's Health Study. Environmental Health Perspectives. 2015;123(10):971-7. doi: 10.1289/ehp.1408307. PubMed PMID: 25748391; PubMed Central PMCID: PMC4590744.

81. Linet MS, Yin SN, Gilbert ES, Dores GM, Hayes RB, Vermeulen R, et al. A retrospective cohort study of cause-specific mortality and incidence of hematopoietic malignancies in Chinese benzene-exposed workers. International Journal of Cancer. 2015;137(9):2184-97. doi: 10.1002/ijc.29591. PubMed PMID: 25944549.

82. Loomis D, Guyton KZ, Grosse Y, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, et al. Carcinogenicity of benzene. The Lancet Oncology. 2017;18(12):1574-5. doi: 10.1016/S1470-2045(17)30832-X. PubMed PMID: 29107678.

83. IARC. Welding. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 118 Welding, Molybdenum Trioxide, and Indium Tin Oxide. Lyon, France: International Agency for Research on Cancer; 2018. p. 36-265.

84. Cerhan JR, Kricker A, Paltiel O, Flowers CR, Wang SS, Monnereau A, et al. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. Journal of the National Cancer Institute Monographs. 2014;2014(48):15-25. doi: 10.1093/jncimonographs/lgu010. PubMed PMID: 25174023; PubMed Central PMCID: PMC4155465.

85. Gascoyne RD, Campo E, Jaffe ES, Chan WC, Chan JKC, Rosenwald A, et al. Diffuse large B-cell lymphoma, NOS. In: Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, et al., editors. WHO classification of tumours of haematopoietic and lymphoid tissues. World Health Organization Classification of Tumours. Revised 4th edition. ed. Lyon: International Agency for Research on Cancer; 2017. p. 291-7.

86. A clinical evaluation of the International Lymphoma Study Group classification of non-Hodgkin's lymphoma. The Non-Hodgkin's Lymphoma Classification Project. Blood. 1997;89(11):3909-18. PubMed PMID: 9166827.

87. Li S, Young KH, Medeiros LJ. Diffuse large B-cell lymphoma. Pathology. 2018;50(1):74-87. doi: 10.1016/j.pathol.2017.09.006. PubMed PMID: 29167021.

88. Sehn LH, Gascoyne RD. Diffuse large B-cell lymphoma: optimizing outcome in the context of clinical and biologic heterogeneity. Blood. 2015;125(1):22-32. doi: 10.1182/blood-2014-05-577189. PubMed PMID: 25499448.

89. Alizadeh AA, Eisen MB, Davis RE, Ma C, Lossos IS, Rosenwald A, et al. Distinct types of diffuse large B-cell lymphoma identified by gene expression profiling. Nature. 2000;403(6769):503-11. doi: 10.1038/35000501. PubMed PMID: 10676951.

90. Lenz G, Wright G, Dave SS, Xiao W, Powell J, Zhao H, et al. Stromal gene signatures in large-B-cell lymphomas. The New England Journal of Medicine. 2008;359(22):2313-23. doi: 10.1056/NEJMoa0802885. PubMed PMID: 19038878.

91. Hans CP, Weisenburger DD, Greiner TC, Gascoyne RD, Delabie J, Ott G, et al. Confirmation of the molecular classification of diffuse large B-cell lymphoma by immunohistochemistry using a tissue microarray. Blood. 2004;103(1):275-82. doi: 10.1182/blood-2003-05-1545. PubMed PMID: 14504078.

92. Green TM, Young KH, Visco C, Xu-Monette ZY, Orazi A, Go RS, et al. Immunohistochemical double-hit score is a strong predictor of outcome in patients with diffuse large B-cell lymphoma treated with rituximab plus cyclophosphamide, doxorubicin, vincristine, and prednisone. Journal of Clinical Oncology : official journal of the American Society of Clinical Oncology. 2012;30(28):3460-7. doi: 10.1200/JCO.2011.41.4342. PubMed PMID: 22665537.

93. Chapuy B, Stewart C, Dunford AJ, Kim J, Kamburov A, Redd RA, et al. Molecular subtypes of diffuse large B cell lymphoma are associated with distinct pathogenic mechanisms and outcomes. Nature Medicine. 2018;24(5):679-90. doi: 10.1038/s41591-018-0016-8. PubMed PMID: 29713087; PubMed Central PMCID: PMC6613387.

94. Wright GW, Huang DW, Phelan JD, Coulibaly ZA, Roulland S, Young RM, et al. A Probabilistic Classification Tool for Genetic Subtypes of Diffuse Large B Cell Lymphoma with Therapeutic

Implications. Cancer Cell. 2020;37(4):551-68 e14. doi: 10.1016/j.ccell.2020.03.015. PubMed PMID: 32289277.

95. World Health Organization Classification of Tumours. Pathology and Genetics of Tumours of Haematopoietic and Lymphoid Tissues. Lyon: IARC Press, International Agency for Research on Cancer; 2001.

96. Pasqualucci L, Dalla-Favera R. Genetics of diffuse large B-cell lymphoma. Blood. 2018;131(21):2307-19. doi: 10.1182/blood-2017-11-764332. PubMed PMID: 29666115; PubMed Central PMCID: PMC5969374.

97. Pierce JS, Roberts B, Kougias DG, Comerford CE, Riordan AS, Keeton KA, et al. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup((R)). Inhalation Toxicology. 2020;32(8):354-67. doi: 10.1080/08958378.2020.1814457. PubMed PMID: 32892662.

98. Kougias DG, Miller E, McEwen A, Reamer H, Kovochich M, Pierce J. Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup((R)) using a Margin of Safety (MOS) Approach. Risk Analysis : an official publication of the Society for Risk Analysis. 2020. doi: 10.1111/risa.13646. PubMed PMID: 33245586.

# EXHIBIT A

# Jeffrey W. Craig

Vancouver, British Columbia V6B 6A7
Work (604) 877-6000 ext. 672097 /
jeffrey.craig@bccancer.bc.ca /

## CLINICAL TRAINING:

| | | |
|---|---|---|
| **Fellowship:** | 07/2016 – 06/2017 | **Brigham and Women's Hospital**; Boston, MA<br>Hematopathology |
| **Residency:** | 07/2017 – 06/2018<br>07/2013 – 06/2016 | **Brigham and Women's Hospital**; Boston, MA<br>Pathology (Anatomic and Clinical) |

## EDUCATION:

| | | |
|---|---|---|
| **MD** | 08/2005 – 05/2013 | **Weill Cornell Medical College**; New York, NY<br>Weill Cornell/Rockefeller/Sloan-Kettering Tri-Institutional MD/PhD Program |
| **PhD** | 08/2007 – 06/2011 | **The Rockefeller University**; New York, NY<br>Thesis Title: *The application of functional metagenomics to natural products research*<br>Principal Investigator: Sean F. Brady, Ph.D.<br>Defense Date: June 8, 2011 |
| **BA<br>/MA** | 08/2001 – 06/2005 | **The Johns Hopkins University**; Baltimore, MD<br>Major: Biophysics |

## PROFESSIONAL EXPERIENCE:

| | | |
|---|---|---|
| **Hematopathologist**<br>Staff (full-time)<br>Lymphoma Group | 09/04/2018 – Current | **BC Cancer (Provincial Health Services Authority)**<br>Department of Pathology and Laboratory Medicine<br>Room 3225 – 600 West 10th Avenue<br>Vancouver, BC V5Z 4E6<br>(604) 877-6000 |
| **Clinical Assistant Professor**<br>**Clinical Instructor**<br>Academic affiliation | 07/01/2020 – Current<br>12/17/2019 – 06/30/2020 | **University of British Columbia**<br>Department of Pathology and Laboratory Medicine<br>Faculty of Medicine<br>Room G227 – 2211 Wesbrook Mall<br>Vancouver, BC V6T 2B5 |

## BOARD CERTIFICATIONS:

- American Board of Pathology
  - Combined Anatomic and Clinical Pathology: 06/21/2018 – Current
  - Hematopathology: 09/27/2018 – Current
- Royal College of Physicians and Surgeons of Canada
  - General Pathology: Board eligible (2019-2022)

## CONTINUING PROFESSIONAL DEVELOPMENT:

- Royal College of Physicians and Surgeons of Canada
  - CPD Program Participant: 08/27/2018 – Current
- American Board of Pathology:
  - Continuing Certification (CC) Program Participant: 01/01/2019 – Current

## MEDICAL LICENSES:

- Commonwealth of Massachusetts (number 268983): 11/03/2016 – 02/14/2020
- College of Physicians and Surgeons of British Columbia (provisional; number 50788): 08/22/2018 – 02/28/2022

**OTHER PROFESSIONAL ROLES/ACTIVITIES:**

- Scientific Officer, Scientific Review Panel (2020), Leukemia & Lymphoma Society of Canada
- Journal Reviewer, Leukemia and Lymphoma (2020), Taylor & Francis Publishing Group
- Journal Reviewer, Blood Advances (2021), American Society of Hematology
- Admissions Interviewer, Tri-Institutional MD/PhD Program (2020), New York, NY

**CURRENT PROFESSIONAL ASSOCIATIONS:**

- United States and Canadian Academy of Pathology (2013-Present)

**PROFESSIONAL REFERENCES:**

- Available upon request

**TEACHING EXPERIENCE:**

- HMS New Pathways, Teaching Assistant (Course: Foundations in Medicine), 2015-2017
- HMS Health Science & Technology, Teaching Assistant (Course: Human Pathology), 2014-2017
- Rockefeller University Science Outreach Program, Mentor, 2009-2010
- WCMC Journal Club, Facilitator (Course: Molecules, Genes, and Cells), 2009

**HONORS/AWARDS:**

- Selected 1st Chief Resident in Anatomic Pathology (2015-2016 academic year; BWH)
- The Herman L. Jacobius Prize in Pathology (WCMC)

**RECENT INVITED PRESENTATIONS (OUTREACH & LOCAL):**

- Lymphoma Pathology (November 17, 2020), Special Topic Webinar, Lymphoma Canada, available at https://www.lymphoma.ca/event/lymphoma-pathology-webinar/#.
- The Role of Cytology in Lymphoma Diagnostics (October 16, 2020), Cytology Division, Department of Pathology and Laboratory Medicine, BC Cancer – Vancouver Centre, Vancouver, BC.
- Introduction to Clinical Flow Cytometry (May 17, 2019), BC Cancer Research Centre, Centre for Lymphoid Cancer, Vancouver, BC.

**RECENT ABSTRACTS/POSTERS:**

- Perry SE, Lee DG, Freeman CL, Villa D, Gerrie AS, Farinha P, **Craig JW**, Slack GW, Connors JM, Scott DW, Savage KJ, Sehn LH. Rituximab Monotherapy Compared to Observation in Patients with Newly Diagnosed Asymptomatic Advanced Stage Follicular Lymphoma: A Retrospective Population-Based Analysis. The American Society of Hematology's 62nd Annual Meeting & Exposition, December 5-8, 2020, Virtual (Abstract).
- Farinha P, Ennishi D, Mottok A, Ben-Neriah S, Meissner B, Boyle M, **Craig JW**, Slack GW, Villa D, Savage KJ, Sehn LH, Morin RD, Marra MA, Connors JM, Gascoyne RD, Steidl C, Scott DW. TP53 Expression Correlates with TP53 Mutations and Is an Independent Predictor of Clinical Outcome in Patients with DLBCL Treated with R-CHOP. The American Society of Hematology's 61st Annual Meeting & Exposition, December 7-10, 2019 in Orlando, FL (Abstract).

**PUBLICATIONS:**

- Hergott CB, **Craig JW**, Hornick JL, Weinberg OK. Prevalence and Predictors of Bacterial Contamination in Excisional Lymph Node Biopsies: Implications for Diagnosis and Management. Am J Surg Pathol. 2021. [Provisionally accepted]
- Shanmugam V, **Craig JW**, Hilton LK, Nguyen MH, Rushton CK, Fahimdanesh K, Lovitch S, Ferland B, Scott DW, Aster JC. Notch activation is pervasive in SMZL and uncommon in DLBCL: implications for Notch signaling in B-cell tumors. Blood Adv. 2021 5(1):71-83.
- Okawa ER, Gardner R, Feltmate C, Hirsch MS, **Craig JW**, Chan YM. An Unusual Cause of Secondary Amenorrhea in an Adolescent: Expanding the Differential. J Endocr Soc. 2020 Oct 27; bvaa159.
- Collinge BJ, Ben-Neriah S, Chong LC, Boyle M, Jiang A, Miyata-Takata T, Farinha P, **Craig JW**, Slack GW, Ennishi D, Mottok A, Meissner B, Chavez EA, Gerrie AS, Villa D, Freeman CL, Savage KJ, Sehn LH, Morin RD, Mungall AJ, Gascoyne RD, Marra MA, Connors JM, Steidl C, Scott DW. Impact of MYC and BCL2 structural variants in tumors of DLBCL morphology and mechanisms of false-negative MYC IHC. Blood. 2020 Oct 29:blood.2020007193. doi: 10.1182/blood.2020007193. Epub ahead of print. PMID: 33120427.

- Hill AJ, Zhang C, Kusakabe M, Gowing K, Wang X, Brinkman RR, Weng AP, **Craig JW**. Occurrence of T-cell and NK-cell subsets with less well-recognized phenotypes in peripheral blood submitted for routine flow cytometry analysis. Cytometry B Clin Cytom. 2020 Mar 28. doi: 10.1002/cyto.b.21876. Epub ahead of print. PMID: 32222062.
- Wandler AM, Huang BJ, **Craig JW**, Hayes K, Yan H, Meyer LK, Scacchetti A, Monsalve G, Dail M, Li Q, Wong JC, Weinberg O, Hasserjian RP, Kogan SC, Jonsson P, Yamamoto K, Sampath D, Nakitandwe J, Downing JR, Zhang J, Aster JC, Taylor BS, Shannon K. Loss of glucocorticoid receptor expression mediates in vivo dexamethasone resistance in T-cell acute lymphoblastic leukemia. Leukemia. 2020 Feb 17. doi: 10.1038/s41375-020-0748-6. [Epub ahead of print]
- McGinnis E, England JT, **Craig JW**, Moshref Razavi H. Chronic lymphocytic leukemia with progressive anemia secondary to development of composite lymphoma. Clin Case Rep. 2020 Jan 10;8(2):396-397.
- **Craig JW**, Hasserjian RP, Kim AS, Aster JC, Pinkus GS, Hornick JL, Steensma DP, Coleman Lindsley R, DeAngelo DJ, Morgan EA. Detection of the KIT$^{D816V}$ mutation in myelodysplastic and/or myeloproliferative neoplasms and acute myeloid leukemia with myelodysplasia-related changes predicts concurrent systemic mastocytosis. Mod Pathol. 2020 Jan 2. doi: 10.1038/s41379-019-0447-x. [Epub ahead of print]
- Togami K, Pastika T, Stephansky J, Ghandi M, Christie AL, Jones KL, Johnson CA, Lindsay RW, Brooks CL, Letai A, **Craig JW**, Pozdnyakova O, Weinstock DM, Montero J, Aster JC, Johannessen CM, Lane AA. DNA methyltransferase inhibition overcomes diphthamide pathway deficiencies underlying CD123-targeted treatment resistance. J Clin Invest. 2019 Nov 1;129(11):5005-5019.
- Lossos C, Liu Y, Kolb KE, Christie AL, van Scoyk A, Prakadan SM, Shigemori K, Stevenson KE, Morrow S, Plana OD, Fraser C, Jones KL, Liu H, Pallasch CP, Modiste R, Nguyen QD, **Craig JW**, Morgan EA, Vega F, Aster JC, Sarosiek KA, Shalek AK, Hemann MT, Weinstock DM. Mechanisms of lymphoma clearance induced by high-dose alkylating agents. Cancer Discov. 2019 Jul;9(7):944-961.
- Magudia K, Menias CO, Bhalla S, Katabathina VS, **Craig JW**, Hammer MM. Unusual Imaging Findings Associated with Germ Cell Tumors. Radiographics. 2019 Jul-Aug;39(4):1019-1035.
- Ennishi D, Jiang A, Boyle M, Collinge B, Grande BM, Ben-Neriah S, Rushton C, Tang J, Thomas N, Slack GW, Farinha P, Takata K, Miyata-Takata T, **Craig J**, Mottok A, Meissner B, Saberi S, Bashashati A, Villa D, Savage KJ, Sehn LH, Kridel R, Mungall AJ, Marra MA, Shah SP, Steidl C, Connors JM, Gascoyne RD, Morin RD, Scott DW. Double-Hit Gene Expression Signature Defines a Distinct Subgroup of Germinal Center B-Cell-Like Diffuse Large B-Cell Lymphoma. J Clin Oncol. 2019 Jan 20;37(3):190-201.
- **Craig JW**, Quade BJ, Muto MG, MacConaill LE. Endometrial cancer with an *EML4-ALK* rearrangement. Cold Spring Harb Mol Case Stud. 2018 Aug 1;4(4).
- **Craig JW**, Mina MJ, Crombie JL, LaCasce AS, Weinstock DM, Pinkus GS, Pozdnyakova O. Assessment of CD52 expression in "double-hit" and "double-expressor" lymphomas: Implications for clinical trial eligibility. PLoS One. 2018 Jul 18;13(7):e0199708.
- Shanmugam V, **Craig JW**, Hornick JL, Morgan EA, Pinkus GS, Pozdnyakova O. Cyclin D1 is Expressed in Neoplastic Cells of Langerhans Cell Histiocytosis but Not Reactive Langerhans Cell Proliferations. Am J Surg Pathol. 2017 Oct;41(10):1390-1396.
- **Craig JW**, Dorfman DM. Flow cytometry of T-cells and T-cell neoplasms. Clin Lab Med. 2017 Dec;37(4):725-751.
- Pedicord VA, Lockhart AKA, Rangan KJ, **Craig JW**, Loschko J, Rogoz A, Hang HC, Mucida D. Exploiting a host-commensal interaction to promote intestinal barrier function and enteric pathogen tolerance. Sci Immunol. 2016 Sep;1(3):eaai7732.
- Osborne MT, Erthal F, **Craig JW**, Beanlands RSB, Di Carli MF. Technetium-99m Pyrophosphate SPECT for TTR Amyloid. *http://www.acc.org*. May 23, 2016. http://www.acc.org/education-and-meetings/patient-case-quizzes/technetium-99m-pyrophosphate-spect-for-ttr-amyloid.
- O'Neill AC, **Craig JW**, Silverman SG, Alencar RO. Anastomosing hemangiomas: locations of occurrence, imaging features, and diagnosis with percutaneous biopsy. Abdom Radiol (NY). 2016 Jul;41(7):1325-32.
- Cohen LJ, Kang HS, Chu J, Huang YH, Gordon EA, Reddy BV, Ternei MA, **Craig JW**, Brady SF. Functional metagenomic discovery of bacterial effectors in the human microbiome and isolation of commendamide, a GPCR G2A/132 agonist. Proc Natl Acad Sci U S A. 2015 Sep 1;112(35):E4825-34.
- Iqbal HA, **Craig JW**, Brady SF. Antibacterial enzymes from the functional screening of metagenomic libraries hosted in Ralstonia metallidurans. FEMS Microbiol Lett. 2014 May;354(1):19-26.
- **Craig JW**, Lin RJ. Paraneoplastic autoimmunity associated with testicular myeloid sarcoma and chronic myelomonocytic leukemia. Case Rep Hematol. 2013;2013:656543.
- Charlop-Powers Z, Banik JJ, Owen JG, **Craig JW**, Brady SF. Selective enrichment of environmental DNA libraries for genes encoding nonribosomal peptides and polyketides by phosphopantetheine transferase-dependent complementation of siderophore biosynthesis. ACS Chem Biol. 2013 Jan 8;8(1):138-43.
- **Craig JW**, Cherry MA, Brady SF. Long-chain *N*-acyl amino acid synthases are linked to the putative PEP-CTERM/exosortase protein-sorting system in Gram-negative bacteria. J Bacteriol. 2011 Oct;193(20):5707-15.
- **Craig JW**, Brady SF. Discovery of a metagenome-derived enzyme that produces branched-chain acyl-(acyl-carrier-protein)s from branched-chain α-keto acids. Chembiochem. 2011 Aug 16;12(12):1849-53.
- **Craig JW**, Brady SF. Expanding small molecule functional metagenomics through parallel screening of broad host-range cosmid environmental DNA libraries in diverse *Proteobacteria*, in *Handbook of Molecular Microbial Ecology, Volume II: Metagenomics in Different Habitats*, F.J. de Bruijn, Editor. 2011, John Wiley & Sons, Inc. p. 507-515.

- Banik JJ, **Craig JW**, Calle PY, Brady SF. Tailoring enzyme-rich environmental DNA clones: a source of enzymes for generating libraries of unnatural natural products. J Am Chem Soc. 2010 132(44):15661-70.
- **Craig JW**, Chang FY, Kim JH, Obiajulu SC, Brady SF. Expanding small-molecule functional metagenomics through parallel screening of broad-host-range cosmid environmental DNA libraries in diverse *proteobacteria*. Appl Environ Microbiol. 2010 76(5):1633-41.
- **Craig JW**, Chang F, Brady SF. Natural Products from Environmental DNA Hosted in *Ralstonia metallidurans*. ACS Chemical Biology. 2009 4(1):23-28.
- Thuduppathy GR, Terrones O, **Craig JW**, Basañez G, Hill RB. The N-terminal domain of Bcl-xL reversibly binds membranes in a pH-dependent manner. Biochemistry. 2006 45:14533-42.
- Thuduppathy GR, **Craig JW**, Kholodenko V, Schon A, Hill RB. Evidence that membrane insertion of the cytosolic domain of Bcl-xL is governed by an electrostatic mechanism. J Mol Biol. 2006 359:1045-58.

# EXHIBIT B

Jeffrey Craig, M.D.

Materials Reviewed (in conjunction with the materials cited in the report)

| Literature |
|---|
| Abar L, et al. Body size and obesity during adulthood, and risk of lympho-haematopoietic cancers: an update of the WCRF-AICR systematic review of published prospective studies. Ann Oncol. 2019;30:528-41. |
| Acquavella J, et al. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. Environ Health Perspect 2004;112:321-326 |
| Alavanja M, et al. The Agricultural Health Study. Environ Health Perspect 1996;104:362-369 |
| Alavanja M, et al. Non-Hodgkin Lymphoma risk and insecticide, fungicide and fumigant use in the Agricultural Health Study. PLOS One 2014;9(10):1-17 |
| Alberts B. Molecular biology of the cell. 4th ed. New York: Garland Science; 2002 |
| Alexander DD, Wagner ME. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis of epidemiologic studies. J. Occup Environ Med. 2010;52(2):169-89 |
| Alexandrov LB, et al. The Repertoire of Mutational Signatures in Human Cancer. Nature 2020 578(7793):94-101 |
| Alizadeh AA, et al. Distinct types of diffuse large B-cell lymphoma identified by gene expression profiling. Nature 2000;403(6769) |
| American Cancer Society. Cancer Facts & Figures 2019. Atlanta: American Cancer Society; 2019 |
| Andreotti G, et al. Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst 2018;110:1-8 & Supp |
| Andreotti G, et al. Response to Sheppard and Shaffer. J Natl Cancer Inst 2019;111(2):djy201 |
| Anisimov V, et al. Cancer in rodents: does it tell us about cancer in humans? Nature Rev Cancer 2005;5:807-819 |
| Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate (March 2017) |
| Bassig BA, et al. Occupational Exposure to Benzene and Non-Hodgkin Lymphoma in a Population-Based Cohort: The Shanghai Women's Health Study. Environ Health Perspect. 2015;123(10):971-7 |
| BfR 2015 Preface – Glyphosate Renewal Assessment Report Addendum (Aug. 31, 2015) |
| BfR, European Assessment of Glyphosate is quality-assured and independent (Jan. 15, 2019) |
| BfR, Animal welfare provisions and good laboratory practice: German federal states investigate possible breaches by an animal experiment laboratory (Feb. 11, 2020) |
| Blair A, et al. Leukemia cell types and agricultural practices in Nebraska. Arch Environ Health 1985;40(4):211-214 |
| Blair A, et al. Agricultural exposures and cancer. Environ Health Perspect 1995;103:205-208 |
| Blair A, et al. Reliability of reporting on life-style and agricultural factors by a sample of participants in the Agricultural Health Study from Iowa. Epidemiology 2002;13:94-99 |
| Blanpain C, et al. DNA-damage response in tissue-specific and cancer stem cells. Cell Stem Cell 2011;8:16-29 |
| Bolognesi C, et al. Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health 2009;72:986-997 |

1

Bonneel N, et al. The scientific method is forgotten in the media (translated from French). *available at* https://www.lesoleil.com/actualite/science/la-methode-scientifique-oubliee-dans-les-medias-b2ffb3daae4555df5a140e0252b067ef

Bonovas S, et al. Statins and cancer risk: a literature-based meta-analysis and meta-regression analysis of 35 randomized controlled trials. J Clin Oncol 2006;24:4808-4817

Bracken MB. Why are so many epidemiology associations inflated or wrong? Does poorly conducted animal research suggest implausible hypotheses? Ann Epidemiol 2009;19:220-224

Bradford PT, et al. Increased risk of second primary cancers after a diagnosis of melanoma. Arch Dermatol 2010;146:265-272

Brouwer M, et al. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup. Environ Med 2016;73:359-67

Brown JR, Freedman AS. Overview of the pathobiology of the non-Hodgkin lymphomas. In: Lister A, ed. UpToDate. Waltham, MA: UpToDate Inc.; 2019

Browning DRL, et al. Statins and cancer risk: a systematic review and meta-analysis. Int J Cancer 2006;120:833-843

Brusick D, et al. Genotoxicity Expert Panel review: weight of evidence evaluation of the genotoxicity of glyphosate, glyphosate-based formulations, and aminomethylphosphonic acid. Critical reviews in toxicology 2016;46:56-74

Burmeister L, et al. Selected Cancer Mortality and Farm Practices in Iowa. Am. J. Epidemiology 1983;118:72-77

Caini S, et al. The risk of developing a second primary cancer in melanoma patients: a comprehensive review of the literature and meta-analysis. J Dermatol Science 2014;75:3-9

Cantor K. Farming and Mortality from Non-Hodgkin's Lymphoma: A Case-Control Study. Int'l J Cancer 1982;29:239-247

Cantor KP, et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Research 1992;52:2447-2455

Caponetti G, Bagg A. Demystifying the diagnosis and classification of lymphoma: a guide to the hematopathologist's galaxy. JCSO 2017;15:43-48

Castillo J, et al. Obesity is Associated with Increased Relative Risk of Diffuse Large B-Cell Lymphoma: A Meta-Analysis of Observational Studies. Clin Lymphoma Myeloma Leuk 2014; 14(2):122-130

Cerhan JR, Slager SL. Familial predisposition and genetic risk factors for lymphoma. Blood 2015;126:2265-73

Cerhan JR, et al. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014;2014(48):15-25

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B 2016;51(6):402-428

Chao C, et al. Type 2 diabetes mellitus and risk of non-Hodgkin lymphoma: A systematic review and meta-analysis, Am J Epidemiol 2008;168:471-480

Chapuy B, et al. Molecular subtypes of diffuse large B cell lymphoma are associated with distinct pathogenic mechanisms and outcomes. Nature Medicine 2018;24(5):679-90

Chiu BC, et al. Agricultural pesticide use and risk of t(14;18)-defined subtypes of non-Hodgkin lymphoma. Blood 2006;108:1363-1369

Chiu BC, et al. Cigarette smoking, familial hematopoietic cancer, hair dye use, and risk of t(14;18)-defined subtypes of non-Hodgkin's lymphoma, Am J Epidemiol 2007;165:652-659

Cho HG, et al. Frequent basal cell cancer development is a clinical marker for inherited cancer susceptibility. JCI Insight 2018;3:e122744

Clinical Evaluation of the International Lymphoma Study Group Classification of Non-Hodgkin's Lymphoma. The Non-Hodgkin's Lymphoma Classification Project. Blood. 1997;89(11):3909-18.

Coble J, et al. An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study. Int J Environ Res Public Health 2011;8:4608-4622

Cocco P, et al. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph Study. Occup Environ Med 2013;70:91-98

Colt JS, et al.  Residential insecticide use and risk of non-Hodgkin's lymphoma. Cancer Epidemiol Biomarkers Prev 2006;15(2):251-257

Comerford C. Evaluation of urinary glyphosate levels following simulated consumer application of Roundup (Abstract No. 1274), Apr. 2020

Crump K. The potential effects of recall bias and selection bias on the epidemiological evidence for the carcinogenicity of glyphosate. Risk Anal 2020;40(4):696-704

Crump K, et al. Accounting for Multiple Comparisons in Statistical Analysis of the Extensive Bioassay Data on Glyphosate. Toxicol Sci 2020 Jun 1;175(2):156-167

Dal Maso L, et al. Hepatitis C Virus and Risk of Lymphoma and Other Lymphoid Neoplasms: A Meta-analysis of Epidemiologic Studies. Cancer Epidemiology, Biomarkers & Prevention 2006;15(11):2078-2085

Dale KM, et al. Statins and cancer risk. JAMA 2006;295:74-80

Dalia S, et al. Hepatitis B Infection Increases the Risk of Non-Hodgkin Lymphoma: A Meta-Analysis of Observational Studies. Leukemia Research 2013;37:1107-1115

De Roos A, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 2003;60:E11

De Roos A, et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 2005;113:49-54

DellaValle CT, et al. Risk-accepting personality and personal protective equipment use within the Agricultural Health Study. J Agromedicine 2012;17:264-276

Devesa SS, et al. Cancer incidence and mortality trends among whites in the United States, 1947-84. J. Natl Cancer Inst. 1987;79:701-70

Donato F, et al., Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis, Med Lav 2020;111(1): 63–73

Doren EL, et al. U.S. Epidemiology of Breast Implant-Associated Anaplastic Large Cell Lymphoma. Plastic and reconstructive surgery 2017;139:1042-50

Eriksson M, et al. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 2008;123:1657-1663

European Chemicals Agency (ECHA), Committee for Risk Assessment Opinion on Glyphosate Through RAC Evaluation of Carcinogenicity (March 15, 2017)

European Food Safety Authority (EFSA), EFSA Explains the Carcinogenicity Assessment of Glyphosate (Nov. 12, 2015)

Fallah M, et al. Autoimmune Diseases Associated with Non-Hodgkin Lymphoma: A Nationwide Cohort Study. Annals of Oncology 2014;25:2025-2030

Food and Agriculture Organization of the United Nations (FAO) and World Health Organization (WHO), Summary Report on Pesticide Residues (May 2016)

3

Frisch M, et al. Risk for subsequent cancer after diagnosis of basal cell carcinoma: a population-based, epidemiologic study. Ann Intern Med 1996;125:815-821

Gillezeau C, et al. The evidence of human exposure to glyphosate: a review. Environ Health 2019;18:1-14

Goggins WB, et al. Evidence for an association between cutaneous melanoma and non-Hodgkin lymphoma. Cancer 2001;91:874-880

Gray GM, et al. The federal government's Agricultural Health Study: a critical review with suggested improvements. Human Ecol Risk Assessment 2000;6(1):47-71

Green TM, et al. Immunohistochemical double-hit score is a strong predictor of outcome in patients with diffuse large B-cell lymphoma treated with rituximab plus cyclophosphamide, doxorubicin, vincristine, and prednisone. J Clin Oncol 2012;30(28):3460-7

Greim H, et al. Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. Crit Rev Toxicol 2015;45:185-208

Guyton K, et al. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol 2015;16:490-491

Hall P, et al. Non-Hodgkin's lymphoma and skin malignancies: shared etiology? Int J Cancer 1995;62:519-522

Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. Cell 2011;144:646-74

Hans CP, et al. Confirmation of the molecular classification of diffuse large B-cell lymphoma by immunohistochemistry using a tissue microarray. Blood 2004;103(1):275-82

Hardell L, et al. Malignant Lymphoma and Exposure to Chemicals, Especially Organic Solvents, Chlorophenols and Phenoxy Acids: A Case-Control Study. Br J Cancer 1981;43:169-176

Hardell L, et al. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer 1999;85:1353-1360

Hardell, L, et al. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma 2002;43:1043-1049

Harrington D, et al. New guidelines for statistical reporting in the *Journal*. New England J Med 2019;381(3):285-286

Hartge P, et al. Residential herbicide use and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev 2005;14(4):934-937

Health Canada, Re-evaluation Decision: Glyphosate (RVD2017-01) (2017)

Health Canada, Statement from Health Canada on Glyphosate (Jan. 11, 2019)

Hedstrom G, et al. The impact of age on survival of diffuse large B-cell lymphoma: a population-based study. Acta Oncologica 2015;54:916-923

Helleday T, et al. Mechanisms underlying mutational signatures in human cancers. Nature reviews Genetics 2014;15:585-98

Heltshe S, et al. Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. J Exposure Sci Environ Epidemiol 2012;22:409-416

Hemminki K, Dong C. Subsequent cancers after in situ and invasive squamous cell carcinoma of the skin. Arch Dermatol 2000;136:647-651

Hidayat K, et al. Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies. Critical Reviews in Oncology 2018; 129: 113-123

| |
|---|
| Hofmann JN, et al. Lifetime Pesticide Use and Monoclonal Gammopathy of Undetermined Significance in a Prospective Cohort of Male Farmers. Environ Health Perspect 2021;129(1):17003 |
| Hohenadel K, et al. Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces. Int. J. Environ. Res. Public Health 2011; 8:2320-2330 |
| Hoppin J, et al. Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study. J Exposure Analysis & Environ Epidemiol 2002;12:313-318 |
| International Agency for Research on Cancer (IARC), Monograph 112: Glyphosate (2015) |
| International Agency for Research on Cancer (IARC), Monograph 118: Welding, Molybdenum Trioxide, and Indium Tin Oxide (2018) |
| Jaffe ES, et al. Hematopathology 2017 (2d ed) Elsevier |
| Jaffe ES, et al. WHO Classification of Tumours. Pathology of Genetics of Tumours of Haematopoietic and Lymphoid Tissues 2001 (revised 3d edition) |
| Kabat GC, et al. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control 2021 Jan 15 (Epublication) |
| Kane EV, Newton R. Benzene and the risk of non-Hodgkin lymphoma: a review and meta-analysis of the literature. Cancer Epidemiology. 2010;34(1):7-12 |
| Kier LD, Kirkland DJ. Review of genotoxicity studies of glyphosate and glyphosate-based formulations. Crit. Rev. Toxicol. 2013;43:283-315 |
| Kougias D, et al. Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup using a Margin of Safety (MOS) Approach. Risk Anal 2020;1-23 |
| Koutros S, et al. An update of cancer incidence in the Agricultural Health Study. J Occupational & Envtl Med 2010;52:1098 |
| Koutros S, et al. Non-Hodgkin lymphoma risk and organophosphate and carbamate insecticide use in the north American pooled project. Envtl Int'l 2019;127:199-205 |
| Kucab JE, et al. A Compendium of Mutational Signatures of Environmental Agents. Cell 2019;177:821-36 e16 |
| Kumar V, et al. Robbins and Cotran pathologic basis of disease. 2015 (9th ed) Philadelphia, PA: Elsevier/Saunders |
| Kuppers R. Mechanisms of B-cell lymphoma pathogenesis. Nature reviews Cancer 2005;5:251-62 |
| Kuppers R, Dalla-Favera R. Mechanisms of chromosomal translocations in B cell lymphomas. Oncogene 2001;20:5580-94 |
| Lahouel K, et al. Revisiting the tumorigenesis timeline with a data-driven generative model. Proc Natl Acad Sci 2020;117:857-864 |
| Larsson S, et al. Obesity and Risk of Non-Hodgkin's Lymphoma: A Meta-Analysis. Int J Cancer 2007;47:1564-1570 |
| Larsson S, et al. Body mass index and risk of non-Hodgkin's and Hodgkin's lymphoma: A meta-analysis of prospective studies. Eur. J. Cancer 2011; 47:2422-2430 |
| Lens MB, et al. An association between cutaneous melanoma and non-Hodgkin's lymphoma: pooled analysis of published data with a review. Annals Oncology 2005;16:460-465 |
| Lenz G, et al. Stromal gene signatures in large-B-cell lymphomas. New England Journal Med. 2008;359(22):2313-23 |

Leon M, et al. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. International J Epidemiol 2019;1-17

Li M, et al. Hepatitis B Virus and Risk of Non-Hodgkin Lymphoma: An Updated Meta-Analysis of 58 Studies. J of Viral Hepatitis 2018;25(8):894-903

Li S, Young KH, Medeiros LJ. Diffuse large B-cell lymphoma. Pathology. 2018;50(1):74-87

Lindhal, T. Instability and decay of the primary structure of DNA. Nature 1993;362:709-715

Linet MS, et al. A retrospective cohort study of cause-specific mortality and incidence of hematopoietic malignancies in Chinese benzene-exposed workers. Intl J Cancer 2015;137(9):2184-97

Loomis D, et al. Carcinogenicity of benzene. Lancet Oncol. 2017;18(12):1574-5

Lynch M. Rate, molecular spectrum, and consequences of human mutation. Proceed Natl Acad Sci 2010;107:961-968

MacDonald JS. The toxicology of HMG-CoA reductase inhibitors: prediction of human risk. Toxicol Pathol 2004;32(Suppl. 2):26-41

McDuffie H, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001;10(11):1155-1163

Martens MA, et al., Toxicology and human health risk assessment of polyethoxylated tallow amine surfactant used in glyphosate formulations. Regulatory Toxicol & Pharmacol 2019 Oct;107:104347 (Epub)

Mellemkjaer L, et al. Autoimmune Disease in Individuals and Close Family Members and Susceptibility to Non-Hodgkin's Lymphoma. Arthritis & Rheumatism 2008;58(3):657-666

Mitri J, et al. Diabetes and risk of non-Hodgkin's lymphoma: a meta-analysis of observational studies. Diabetes Care 2008;31:2391-2397

Morton L, et al. Etiologic Heterogeneity among Non-Hodgkin Lymphoma Subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014;48:130-144

Muller AM, et al. Epidemiology of non-Hodgkin's lymphoma (NHL): trends, geographic distribution, and etiology. Annals of hematology 2005;84:1-12

New Zealand Environmental Protection Agency, Review of the Evidence Relating to Glyphosate and Carcinogenicity (Aug. 2016)

Newman CB, et al. AHA Scientific Statement: statin safety and associated adverse events. Arterioscler Thromb Vasc Biol 2019;39:e38-e81

Nik-Zainal S, et al. The genome as a record of environmental exposure. Mutagenesis 2015;30:763-70

Nugent Z, et al. Risk of second primary cancer and death following a diagnosis of nonmelanoma skin cancer. Cancer Epidemiol Biomarkers Prev 2005;14:2584-2590

Ong EL, et al. Subsequent primary malignancies in patients with nonmelanoma skin cancer in England: a national record-linkage study. Cancer Epidemiol Biomarkers Prev 2014;23:490-498

Orsi L, et al. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med 2009;l66:291-298

Pahwa P, et al. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health 2019 (epublication)

Pasqualucci L, Neumeister P, Goossens T, et al. Hypermutation of multiple proto-oncogenes in B-cell diffuse large-cell lymphomas. Nature 2001;412:341-6

Pasqualucci L, Dalla-Favera R. Genetics of diffuse large B-cell lymphoma. Blood 2018;131(21):2307-19

Pawelec G, et al. Immunosenescence and cancer. J Geriatric Oncol 2010;1:20-26

Paz-y-Mino C, et al. Evaluation of DNA damage in an Ecuadorian population exposed to Glyphosate. Genetics & Molec Biol 2007;30:456-460

Paz-y-Mino C, et al. Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev Environ Health 2011;26:45-51

Pierce J, et al. Pilot Study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup. Inhal Toxicol 2020;32(8):354-367

Portier C, et al. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health 2016;70:741-745

Portier C. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies, Environ Health 2020;19:18

Rangarajan A, et al. Comparative biology of mouse versus human cells: modelling human cancer in mice. Nature Reviews Cancer 2003;3:952-959

Rice JR, et al. Effects of glyphosate and its formulations on markers of oxidative stress and cell viability in HepaRG and HaCaT cell lines. Presentation of the National Toxicology Program (2018)

Riordan A. Evaluation of glyphosate use and NHL: a preliminary trend assessment (Abstract No. 1609), Apr. 2020

Rosenberg CA. Association of nonmelanoma skin cancer with second malignancy: the Women's Health Initiative observational study. Cancer 2004;100:130-138

Saha A, Robertson ES. Mechanisms of B-Cell Oncogenesis Induced by Epstein-Barr Virus. Journal of Virology 2019;93

Schinasi L, et al. Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis. Int. J. Environ. Res. Public Health 2014;11:4449-4527

SEER Cancer Stat Facts (2020): Non-Hodgkin Lymphoma. *available at* https://seer.cancer.gov/statfacts/html/nhl.html

Sehn LH, Gascoyne RD. Diffuse large B-cell lymphoma: optimizing outcome in the context of clinical and biologic heterogeneity. Blood. 2015;125(1):22-32

Seifert M, et al. Origin and Pathogenesis of B Cell Lymphomas. Methods in molecular biology 2019;1956:1-33

Sheppard L, et al. LTTE: Glyphosate use and cancer incidence in the Agricultural Health Study. JNCI 2019 (epublication)

Sills J, et al. Letters to the Editor re: Tomasetti 2015 and Cancer Risk: Role of Environment (& Author Response). Science 2015;347(6223):727-731

Song M et al. Cancer prevention: molecular and epidemiologic consensus. Science 2018;361(6409):1317-1318

Swartz CD, et al. Comparison of the genotoxicity of glyphosate, aminomethylphosphonic acid, and glyphosate-based formulations using *in vitro* approaches. Presentation of the National Toxicology Program (2019)

Swerdlow SH, et al. Updated WHO classification of hematological malignancies: the 2016 revision of the World Health Organization classification of lymphoid neoplasms, Blood 2016;127:2375-2390

Swerdlow SH, et al. WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues 2017 (Revised 4th ed.)

Tarazona J, et al. Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC. Arch Toxicol 2017;91:2723-2743

Tarone RE. On the International Agency for Research on Cancer classification of glyphosate as a probable human carcinogen. European J Cancer Prev. 2018;27:82-87

Temko D, et al. The effects of mutational processes and selection on driver mutations across cancer types. Nature Communications 2018;9:1857

Teras LR, et al. 2016 US lymphoid malignancy statistics by World Health Organization subtypes. CA Cancer J. Clin. 2016;66:443-59

Tomasetti C, et al. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. Proceed Natl Acad Sci 2013;110(6):1999-2004

Tomasetti C, Vogelstein B. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science 2015;347(6217):78-81

Tomasetti C, et al. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science 2017;355:1330-1334

Tomasetti C. Mutated clones are the new normal. Science 2019;364(6444):938-939

U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry - Toxicological Profile for Glyphosate, Draft for Public Comment (Apr 2019)

U.S. Environmental Protection Agency, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, Section 6: Data Integration & Weight-of-Evidence Analysis Across Multiple Lines of Evidence (December 2017)

U.S. Environmental Protection Agency, Glyphosate Proposed Interim Registration Review Decision (April 2019)

U.S. Environmental Protection Agency, Labeling Requirements for Products that Contain Glyphosate (August 7, 2019)

U.S. Environmental Protection Agency, Memorandum on Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision (Jan. 2020)

Verwer N, et al. Lymphoma occurring in patients with cutaneous melanoma. J Clin Pathol 2010;63:777-781

Vogelstein B, et al. Cancer Genome Landscapes. Science 2013;339(6127):1546-58

Wang L, et al. Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice. J Hematol Oncol 2019;12:1-11

Wang Y, et al. Association between type 1 and type 2 diabetes and risk of non-Hodgkin's lymphoma: a meta-analysis of cohort studies. Diabetes Metab 2020;46(1):8-19

Wheless L, et al. Nonmelanoma skin cancer and the risk of second primary cancers: a systematic review. Cancer Epidemiol Biomarkers Prev 2010;19:1686-1695

8

| Wright GW, et al. A Probabilistic Classification Tool for Genetic Subtypes of Diffuse Large B Cell Lymphoma with Therapeutic Implications. Cancer Cell. 2020;37(4):551-68 e14 |
| --- |
| Zaheen A, Martin A. Activation-induced cytidine deaminase and aberrant germinal center selection in the development of humoral autoimmunities. Am. J. Pathol. 2011;178:462-71 |
| Zhang L, et al. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res 2019;781:186-206 |
| **Expert Reports** |
| Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Updated Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Rebuttal Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Christopher J. Portier, Ph.D. (In Re Roundup Products Liability, Wave 2) |
| Expert Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Rebuttal Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Dennis Weisenburger, M.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Dennis Weisenburger, M.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Charles W. Jameson, Ph.D. In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Charles W. Jameson, Ph.D. Pursuant to PTO No. 34 and In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Charles W. Jameson, Ph.D. Pursuant to PTO No. 34 and In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) (Wave 2) |
| Expert Report of Charles M. Benbrook, PhD on Behalf of Gerard Cervantes (Cervantes v. Monsanto Company; 3:19-cv-03015) |
| Expert Report of William R. Sawyer, Ph.D. (Re: Cervantes v. Monsanto) |
| Expert Report of Ron D. Schiff, M.D., Ph.D. (re Gerard Cervantes v. Monsanto) |
| Expert Report of Dennis D. Weisenburger, M.D. (Specific Causation Report for Mr. Gerard Cervantes) |
| **Other Materials** |
| Roundup PRO Label (2007) |
| Roundup Super Concentrate Label (1991) |
| **Medical Records** |
| GCervantes-PFS-000001-11 |

| |
|---|
| GCervantes-PFS-000012-17 |
| GCervantes-AdvMG-RD-000001-2 |
| GCervantes-AHMMCA-BD-000001-6 |
| GCervantes-AHMMCA-MD-000001-492 |
| GCervantes-AHMMCA-PD-000001 |
| GCervantes-AHMMCA-PD-000002 |
| GCervantes-AHMMCA-RD-000001 |
| GCervantes-CVS-000001-2 |
| GCervantes-DreyerMC-MD-000001-225 |
| GCervantes-DreyerMC-MD-000226-250 |
| GCervantes-DreyerMC-MD-000251-262 |
| GCervantes-DreyerMC-MD-000263 |
| GCervantes-DreyerMC-MD-000264-905 |
| GCervantes-DreyerMC-MD-000906 |
| GCervantes-DreyerMC-MD-000907-911 |
| GCervantes-IBEW-000001-10 |
| GCervantes-IBEWorkers-000001 |
| GCervantes-MayoC-MD-000001-2 |
| GCervantes-MayoML-000001 |
| GCervantes-NicorG-HR-000001-8 |
| GCervantes-NM-MD-000001-328 |
| GCervantes-NorthwesternMH-BD-000001 |
| GCervantes-NorthwesternMH-MD-000001-3 |
| GCervantes-NorthwesternMH-PD-000001 |
| GCervantes-NorthwesternMH-PD-000002-3 |
| GCervantes-NorthwesternMH-RD-000001-2 |
| GCervantes-NorthwesternMH-RD-000003 |
| GCervantes-NorthwesternMH-RD-000004-5 |
| GCervantes-RHLCCC-000001-4 |
| **Depositions** |
| Deposition of Karen Burgner, M.D., taken 07/20/2020 and Exhibits |
| Deposition of Mohammed Raheem, M.D., taken 01/15/2020 and Exhibits |
| Deposition of Elizabeth Cervantes, taken 07/16/2020 and Exhibits |
| Deposition of Gerard Cervantes, taken 06/23/2020 and Exhibits |