# Exhibit 4



**Ran Reshef, MD MSc**

*Associate Professor*
Division of Hematology and Oncology,
Department of Medicine
Columbia University College of Physicians
and Surgeons
650 W. 168th Street, BB 1701C
New York, NY 10032
(T) 212 342 0530 (F) 212 342 0550

February 11th, 2021

**Expert Report**

Re: Gerard Cervantes v Monsanto Co.

I.        **Qualifications**

I graduated from the Sackler School of Medicine, Tel-Aviv University in Israel with an M.D. degree in 2003. As part of my training, I served as a Military Physician in the Israeli Defense Forces from 1999 to 2003. I then completed my residency in Internal Medicine in Israel in 2007, followed by a subspecialty fellowship in Hematology & Oncology at the University of Pennsylvania in Philadelphia, which I completed in 2009. I was certified by the Israeli Board of Internal Medicine in 2007 and by the Israeli Board of Hematology in 2010. I was licensed to practice medicine in Pennsylvania from 2007 to 2015 and maintain active licensure in New York since 2015. I also maintain a permanent Israeli license to practice medicine since 2003.

I am currently an Associate Professor of Medicine at Columbia University Irving Medical Center and serve as a faculty member of the Columbia University Vagelos College of Physicians & Surgeons, which is consistently ranked among the best medical schools in the nation. My administrative and research positions include the Director of Translational Research in the Blood and Marrow Transplantation and Cell Therapy Program; Medical Director of Cellular Immunotherapy; Principal Investigator at the Columbia Center for Translational Immunology (CCTI); and member of the Herbert Irving Comprehensive Cancer Center, which is one of 71 designated Cancer Centers in the U.S. that are supported by the National Cancer Institute. I hold hospital privileges at New-York Presbyterian Hospital, a non-profit academic medical center that is one of the largest in the world and has been ranked the 4th best hospital in the United States and 1st in the New York City metropolitan area by U.S. News & World 2020-2021 Report.

My research career has been dedicated to developing and improving treatment approaches to blood cancers using immunotherapies, including bone marrow transplants and engineered cell therapies. At Columbia CCTI, I am a principal investigator and direct a research lab in translational oncology that has extensive experience in cellular immunology and routinely uses animal models for studies in cancer. In this role, I guide students, fellows, technicians and junior investigators in conducting research pertaining to cancer using animal models, in vitro experiments and specimens from human cancers that we obtain from patients treated at our center. My lab has extensive collaborations with cancer researchers in other leading institutions, and I am a member of several professional organizations that are dedicated to advancing cancer research such as the American Society of Clinical Oncology and the American Society of Hematology. I have

authored or co-authored more than 80 original publications related to cancer and hematology and have received research funding from the Leukemia and Lymphoma Society, National Cancer Institute, Conquer Cancer Foundation, Department of Defense, National Marrow Donor Program and the American Society of Hematology.

My clinical practice is exclusively dedicated to treating patients with blood cancers such as lymphoma, leukemia, myeloma and related diseases. I have extensive experience in diagnosing and treating non-Hodgkin lymphoma (NHL), including both common subtypes such as diffuse large B-cell lymphoma (DLBCL) and follicular lymphoma (FL) and as well as less common subtypes. I have managed several hundred lymphoma patients over the course of my career and have discussed causes and risk factors for lymphoma with many of them. As a faculty member of one of the largest teaching hospitals in the country, I have also taught dozens of fellows, residents and junior faculty members how to diagnose, treat and monitor lymphoma patients.

A copy of my CV which describes my qualifications with greater detail is attached as Exhibit A.


## II.    Summary of opinions

I hold all the opinions expressed in this report to a reasonable degree of medical certainty. My opinions are based on my personal review of the documents in Exhibit B, the attached list of Materials Considered, as well as my knowledge, skills, education, clinical and research experience and training. I have considered the plaintiff's fact sheets and complaint, medical and other records, deposition testimony of plaintiff and plaintiff's treating physicians, plaintiff's experts' reports and medical and scientific literature pertaining to matters in this litigation. I reserve the right to amend or supplement my opinions as further information and materials are made available to me.

A brief summary of my opinions is listed here:

A.  The totality of scientific evidence shows that glyphosate (including its various formulations) neither causes nor contributes to the development of non-Hodgkin lymphoma. Robust epidemiologic studies have demonstrated a lack of association with non-Hodgkin lymphoma generally or with diffuse large B-cell lymphoma or follicular lymphoma specifically. In addition, as has been recognized by the United States Environmental Protection Agency (EPA) and numerous other governmental and regulatory agencies around the world, there are not sufficient data (human or otherwise) to establish that glyphosate is a carcinogen.
B.  Current scientific evidence demonstrates that non-Hodgkin lymphoma is predominantly caused by random genetic mutations rather than mutations related to environmental exposures.
C.  Mr. Cervantes' lymphoma was not caused by or contributed to by his exposure to glyphosate, regardless of the extent of this exposure. It was most likely caused by random genetic mutations. The role of other factors in specific causality, including occupational exposures to benzene and welding fumes, obesity, family history of NHL and possible underlying inflammatory disease, cannot be ruled out.



### III.   Causality and risk factors in non-Hodgkin lymphoma

Glyphosate is not a known risk factor for non-Hodgkin lymphoma according to the cancer literature. NHL has several well-accepted risk factors that are listed in oncology textbooks and are supported by medical literature – common demographic factors such as advancing age, male sex, and Caucasian race; factors related to past medical history, such as immunodeficiency, treatment with immunosuppressive drugs, and autoimmune diseases; and extraneous factors such as infection with viruses (such as HIV, HTLV, HHV-8, EBV, HCV) or bacteria (such as Helicobacter pylori and Chlamydia psitacci), breast implants, and exposure to radiation and organic solvents. Nonetheless, for the majority of NHL patients, it is not possible to directly isolate a particular risk factor as the cause of their disease. In particular, NHL that is associated with extraneous risk factors is rare, and frequently these extraneous factors are associated with very specific subtypes of NHL (e.g., breast implants and anaplastic large-cell lymphoma, Helicobacter pylori and mucosa-associated lymphoid tissue lymphoma).

Cancer has a known and well-characterized cause; it occurs as a result of a series of cumulative genetic alterations (mutations) that affect a single cell as sequential random events. As a result, the cell acquires certain properties – growth that is independent of growth factors, unlimited proliferation, ability to evade apoptosis (self-destruction), tissue invasiveness and ultimately the ability to migrate through the lymph or blood stream and seed other organs (metastatic potential). This process was identified originally in the 1960s and is summarized in the seminal paper "The Hallmarks of Cancer" by **Hanahan & Weinberg**, published in the journal Cell in **2000**. It is recognized that a very specific series of genetic events needs to happen in order to generate a cancer because there is no single abnormality or aberration that would cause a malignancy, but rather a series of independent events that confer these properties to cells. Therefore, the demonstration that a certain chemical has the potential to cause general "DNA damage" to cells grown in a culture dish is insufficient to determine that such an agent causes cancer in humans. The process is far more complicated.

The reasons that mutations and other genetic alterations occur are embedded in the complexity of the immense molecular machinery that is required to maintain the integrity of the genome and to allow its replication at the time of cell division. When we observe cells as they grow and divide, random mutations develop even in ideal conditions and in the absence of any exposure to carcinogens. It is estimated that in stem cells, approximately 3 mutations arise in each and every cell division (**Tomasetti 2013**, **Lynch 2010**). Therefore, these genetic alterations occur constantly, yet most of them do not lead to cancer. This is explained by the fact that (a) some of these mutations are damaging enough to be lethal to the cell, (b) some mutations occur in areas of the genome that do not have important function, and (c) cells have DNA repair mechanisms that decrease the extent of damage that may occur as a result of random mutations. In fact, if our cells relied on the basic mechanism of DNA replication (the DNA polymerase enzyme) without any DNA repair mechanisms, each cell division would result in a striking number of 120,000 mutations (**Johnson 2000**).

The process described above helps explain why cancer becomes more common with age. The accumulation of several harmful mutations in the same cell takes time and is counteracted not only by cell-intrinsic DNA repair mechanisms but also by the immune system that constantly identifies and removes abnormal cells. With age, more cell divisions have occurred, the immune system becomes senescent, and, as a result, the likelihood for a cancer-initiating sequence of mutations increases.

**COLUMBIA**
Columbia University
IRVING MEDICAL CENTER

The fact that mutations primarily occur as a result of cell division explains why some cancers are more common than others. Different cells in the body replicate at very different rates, and rapidly proliferating cells are more prone to mutations. The human body is composed of approximately 30 trillion cells. Approximately 300 billion cells die and are replaced each day by new cells formed by cell division, potentially resulting in nearly 1 trillion new mutations daily. It is estimated that approximately one-third of cell divisions occur in the hematopoietic (blood) system, making it the system with the highest cell turnover in the body and, therefore, the highest mutation rate. Evidence shows that the incidence of cancer is directly related to the number of cell divisions that occur in each organ system (**Zhu 2016**). This in part explains why blood cancers, including non-Hodgkin lymphoma, are some of the most common cancers in humans.

Certain cell types are more prone to mutations and genetic alterations because such mutations are part of their normal development and are critical for their function. As a result, these cells also have a higher chance of turning into cancer cells. This is highly relevant for non-Hodgkin lymphomas because these cancers arise from lymphocytes, generally either B cells or T cells. By design, B cells and T cells are not homogeneous cell populations with identical DNA like all other cells in our body. In order to generate the diversity of our immune system in protection against numerous pathogens, B cells and T cells undergo a series of genetic alterations that make each of them different. These physiologic genetic alterations include both point mutations and deletions of entire segments of chromosomal DNA. This permissive mechanism helps us build an effective immune system but inherently makes B cells and T cells more prone to genetic alterations that may lead to cancer.

Although cancer is the result of random mutations, it is recognized that certain risk factors may affect the risk of an individual person to develop cancer. For example, there are certain cancers that aggregate in families and specific cancers that are directly caused by environmental causes and exposures; however, this cannot be generalized, and the contribution of random mutations vs. environmental and hereditary causes is specific to each individual type of cancer. The stochastic nature of naturally occurring genetic alterations that cause cancer can be modeled using statistical and mathematical models. Correlating available data on the rate of cell divisions and the incidence of cancer in each organ allows an assessment of the contribution of hereditary and environmental factors to the risk for cancer. This was done by **Tomasetti** and Vogelstein from Johns Hopkins University in a seminal research paper published in **2017** in the journal Science.

Tomasetti determined that the contribution of environmental factors to cancer is vastly different between tumor types. For example, lung cancer in males is caused by environmental factors 70% of the time, in agreement with extensive epidemiologic research that showed a tight connection between cigarette smoking and lung cancer. In fact, certain types of lung cancer are caused by smoking up to 90% of the time. Asbestos is another contributor to lung cancer, and epidemiologic studies show that it is the most significant and common cause for mesothelioma, which aligns with Tomasetti's finding that environmental factors cause mesothelioma 66% of the time. On the contrary, the contribution of environmental factors and exposures to non-Hodgkin lymphoma was determined by Tomasetti to be vanishingly small at 4% in both men and women. Hereditary factors also play a fairly minor role in NHL. The conclusion is that the overwhelming majority of NHL cases are caused by random mutations, and the contribution of environmental factors is minimal.



COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

## IV.   Evaluation and interpretation of epidemiologic studies

When it comes to assessment of exposures as a cause for an adverse outcome (i.e., cancer), no study is perfect. The "ideal" study in which individuals are exposed deliberately to a potential risk is obviously unethical. As a result, concluding with a reasonable degree of certainty that an exposure increases the risk for an outcome is a challenging task and builds on a body of scientific literature that often contains conflicting evidence. Several fundamental principles provide a useful guide in navigating the assessment of epidemiologic studies:

A.   The baseline risk for an outcome is not zero, and outcomes, as adverse as they might be, do not necessarily have an external cause that can be blamed as the culprit. Cancer is a very common disease: 1 in 3 women and nearly 1 in 2 men develop cancer in their lifetime, and the overwhelming majority of cancer patients did not have an exposure that caused their cancer. In order to determine if a certain exposure causes cancer, appropriate epidemiologic studies should assess whether the chance of developing cancer is higher in exposed individuals compared to unexposed individuals.

B.   Epidemiology is an evidence-based science and relies on a hierarchy of evidence to rank the relative strength of each piece of evidence. The ranking is based on the potential for systematic bias that may affect the results due to study design or use of a certain methodology. It is widely accepted that the order in epidemiologic studies is (from strongest to weakest): Cohort study, case-control study, animal study, in vitro study. Prospective cohort studies are considered the gold standard because of their ability to estimate exposure before disease occurrence (which allows for clarity of temporality and can minimize recall bias), to estimate incidence, to examine multiple outcomes, and to study a large number of exposed subjects (in some studies, hundreds of thousands). For these reasons, cohort studies are more conclusive than case-control studies or any data generated from animals or in the test tube.

C.   The Bradford Hill criteria (**Hill 1965**) are the most frequently cited framework to guide the evaluation of causality in epidemiologic studies and ensure that causality is not inferred from associations that occur by chance alone. These criteria should constantly remind us that a mere correlation does not imply causality.

1.   Strength - The larger the effect size, the more likely it is causal. For example, the relative risk for smoking and lung cancer is in the range of 15-30 in various studies, meaning that smokers are 15-30 times more likely to develop lung cancer than non-smokers. Relative risks in the range of 1-2 (commonly seen in pesticide studies), even if statistically significant, are much less likely to represent causality, and are more likely to be affected by confounders or represent chance alone.

2.   Consistency and reproducibility – The totality of evidence matters. Causality should be supported by multiple studies in different populations. Causality is unlikely when one or a small number of studies show an association, whereas numerous other studies fail to show it. For example, in the case of smoking and lung cancer, there are 37 cohort studies and more than 100 case-control studies that demonstrated an association with very high reproducibility (**Vineis 2004**), resulting in a definitive conclusion that cigarette smoking causes lung cancer.

3.   Specificity – Causality is more likely when the association is specific. For example, studies that examined associations between pesticides and NHL in general are insufficient to determine causality because NHL is a large and heterogeneous group

COLUMBIA
Columbia University
IRVING MEDICAL CENTER

of diseases, and each has different molecular underpinnings. It is unlikely that a certain exposure causes all types of NHL indiscriminately.

4. Temporality – Particularly with respect to cancers, there is an expected delay (lag) between the exposure and the outcome. Studies that show associations without accounting for this delay generally do not support causality.

5. Dose-response relationship – Causality is generally supported when a greater exposure leads to a higher risk. In smokers, the risk for cancer changes dramatically with the extent of exposure and the number of years of smoking. Studies that examine ever/never exposure, use an inaccurate method to measure the extent of exposure or simply fail to demonstrate a dose-response correlation are generally insufficient evidence to establish causality.

6. Biologic plausibility – Causality (vs. association) should be supported by a biologic mechanism that connects the exposure to the outcome.

7. Coherence – Epidemiologic evidence should generally concur with lab findings. For example, the histologic changes that are seen in lung cancer in smokers are similar to what is observed in the skin of mice after they are exposed to condensed cigarette smoke. In contrast, animal studies that have identified benign tumors (non-lymphoma) in glyphosate-exposed mice are meaningless when it comes to determining causality of NHL in humans.

8. Experiment – While it is unethical to conduct randomized studies in humans to establish causality of cancer, such "experiments" occur naturally. For example, the increasing trend of cigarette smoking during WWI and WWII subsequently led to a dramatic subsequent increase in the incidence of lung cancer in men. In contrast, there has not been an increase in the incidence of NHL following the introduction of glyphosate, despite it being the second-most used household herbicide in the US between 2001 and 2007 and the most heavily used herbicide worldwide in 2012. One would expect that such a commonly used chemical would cause an increase in the global incidence of NHL if there was, in fact, a causal connection. This has not been the case. In fact, with the increase in glyphosate use, the incidence of NHL has leveled off or even slightly decreased over time (Surveillance, Epidemiology, and End Results Program, National Cancer Institute, data publicly available online).

9. Analogy – This criterion implies that strong evidence of a causal association between a particular agent and a specific disease may in some situations support broader causality of the same (or similar) agent.  For example, welding fumes have a strong association with lung cancer and supportive mechanistic evidence for carcinogenicity, which may support causality of certain related cancers, where direct epidemiologic evidence is weaker.

D. Assessment of the Bradford Hill criteria in the context of glyphosate and NHL requires an in-depth analysis of the methodologies and results of each individual study followed by an evaluation of the totality of evidence. Each study has its merits and deficiencies, and, in particular, the following questions are relevant for analysis of the methodologies and their potential flaws.

1. How were data collected and what data were collected – were data collected for multiple pesticides or just glyphosate? How were exposures confirmed or imputed? If imputation was used, how was it validated? What is the level of recall bias or other biases that should be expected based upon the study design?

2. How were exposures categorized? Ever/never or based on annual use or cumulative use? Was exposure analyzed as a continuous variable or in categories, and how were these categories defined?

3. Which variables were captured in the data as potential confounders? Were known confounders from past studies accounted for? Were confounders included as covariates in multivariable analyses to establish independence of the associations?

4. Establishing an association requires defining a criterion for statistical significance and then examining each study result using this criterion. An estimate of excess risk is meaningless if it fails to meet statistical significance, and even if it does, there is a chance of a false positive result by chance alone. Traditional hypothesis testing generally accepts a chance of up to 5% for a false positive result (i.e., incorrectly concluding that there is an association where there is none), however, when epidemiologic studies examine numerous distinct associations, an adjustment needs to be made to the threshold of statistical significance. For example, a study that examines 100 distinct associations (i.e., multiple pesticides and/or multiple outcomes) and defines significance as p<0.05 may result in up to 5 positive associations incorrectly. One well-established method of adjusting the threshold for statistical significance when multiple comparisons are conducted is the Bonferroni method, in which the threshold for significance is 0.05 (or 5%) divided by the number of statistical tests (i.e., distinct associations) that are examined in the study. Therefore, a study that examines 10 pesticides and 10 types of cancer would need to perform 100 statistical tests; for any of them to be considered statistically significant, it should have a p-value of less than 0.0005 (or 0.05 divided by 100). This is one of the primary limitations of exploratory epidemiologic studies that examine a broad array of exposures and outcomes. When reviewing the results of a study, it is critical to examine the number of associations reported, how statistical significance was defined and how adjustment for multiple testing was handled. Studies that fail to follow this methodology are considered exploratory and hypothesis-generating only.

## V.      Glyphosate and non-Hodgkin lymphoma – prospective cohort studies

The Agricultural Health Study (AHS; https://aghealth.nih.gov) is an ongoing large-scale prospective cohort study that assessed the association between glyphosate and lymphoma and offered the most conclusive evidence to date that there was no association between use of glyphosate-based products and NHL. The AHS was one of the largest and most carefully designed epidemiologic studies ever done in cancer epidemiology and it involves more than 89,658 individuals who enrolled between 1993 and 1997. Its primary goal is to identify and quantify cancer risk among people who are directly exposed to pesticides (**Alavanja 1996**) and its size and quality of the data allowed hypothesis testing in other diseases as well. It was funded by the US government and designed and executed by investigators at the National Institutes of Health (NIH) and its largest branch – the National Cancer Institute. Numerous publications in peer-reviewed journals have already been published as a result of the AHS pertaining to both cancer and non-cancer diagnoses, and the AHS is considered one of the most rigorous and heavily referenced studies in cancer epidemiology. Importantly, the final AHS findings regarding glyphosate were published in 2018 and therefore were not available when IARC published its evaluation of glyphosate in 2015, indicating that IARC's conclusions failed to take into account the most important body of epidemiologic evidence that is currently available.

The AHS has previously reported several important associations. For example, certain pesticides (but not glyphosate) have demonstrated strong associations with kidney cancer (**Andreotti 2020**), thyroid cancer (**Lerro 2021**) and prostate cancer (**Pardo 2020**). Non-cancer diagnoses were also analyzed in the AHS and several associations were demonstrated with Parkinson's disease (**Shrestha 2020**), diabetes (**Starling 2014**) and rheumatoid arthritis (**Meyer 2017**), among others.

COLUMBIA
**COLUMBIA UNIVERSITY**
IRVING MEDICAL CENTER

These findings illustrate the strength of the AHS in identifying associations between pesticide use and various diseases that were not clearly established through previous smaller or less robust studies.

The primary analysis of AHS pertaining to glyphosate was published in **Andreotti 2018**. It included 54,251 individuals, of whom nearly 83% used glyphosate. Enrollment began in 1993, which makes it not only one of the largest studies in cancer epidemiology but also one of the studies with the longest follow up periods, which is critical in assessing cancer risks associated with a potential lag.

The scientific rigor of the AHS builds primarily on its prospective design which practically eliminates recall bias because the exposures were ascertained before the cancer diagnosis. Some degree of misclassification of exposure may have occurred, but not in a differential manner among participants who developed NHL vs. participants who did not, so bias is unlikely. Some important design features further set it apart from other studies:

A. The large sample size puts the AHS in a completely different league from other studies in the field. It provides excellent statistical power to detect associations with adequate control for confounding factors. It also allowed for analyses of exposures to multiple pesticides using several distinct metrics and categorizing the level of exposure into quartiles of tertiles to establish a dose-response relationship.

B. The AHS cohort is highly representative of exposed individuals. All registered pesticide applicators in Iowa and North Carolina were approached for participation in the study. This population is favored due to the following factors:

1. It is enriched by heavy users which makes it easier to identify risk because of the extensive exposure (median 15 years of exposure and 23 days of exposure annually). The broad range of exposures allows for adequate evaluation of dose-response relationships.
2. Licensed pesticide applicators are more likely to identify the type of pesticides used and quantify exposures and their timing accurately and reliably, thereby minimizing classification bias.
3. A cohort of licensed pesticide applicators who renew their license periodically and who primarily work in agriculture is less prone to attrition over time.

C. The study focused on farmers but recognized that other types of pesticide applicators may have similar risks. Therefore, it was designed to include 20-30% commercial applicators who were not farmers.

D. The study is ongoing, and its length allows analyses at multiple time points. An initial analysis of glyphosate exposure and cancer was published in 2005 based on the initial exposure questionnaires and a median follow-up time of 6.7 years (**De Roos 2005**). It demonstrated no association between glyphosate use with NHL. The final analysis (**Andreotti 2018,** median follow-up 17.5 years) included 6 times as many NHL cases that accumulated over an additional 11 years of follow-up and additional exposure data over time based on another exposure questionnaire.

E. The study collected data on spouses and children of the pesticide applicators with a secondary goal of identifying risks of low-level environmental and non-occupational exposures that may occur in family members of licensed applicators.

♔ COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

F.  Enrollment procedures were designed to maximize participation through multiple contacts, including phone calls and reminder postcards. Procedures were implemented to compare respondents to non-respondents to confirm that the analyzed cohort was representative of the entire population.

G.  Exposure assessment was comprehensive and highly granular. The study collected extensive data on a large number of exposures, allowing statistical adjustment for potential confounders in a multivariable analysis. These data included information concerning exposures to 50 different pesticides as well as fertilizers, grain dust, livestock, solvents, gasoline and even x-ray radiation. Use of personal protective equipment and application method were documented. Activities such as welding, engine repair, grinding of animal feed or metal, repair of pesticide-related equipment were also documented. Use of pesticides at the home or garden was captured in addition to professional use. At the time of enrollment, data were collected for medical history, demographics, weight and height, family history of cancer and lifestyle questions such as fruit and vegetable consumption, smoking and alcohol use. This extensive data collection allowed in-depth analysis of all possible confounders.

H.  The high granularity of exposure data allowed the examination of associations with cancer with unprecedented depth that increases the chance of correctly identifying an association and characterizing a dose-response relationship. The study considered 3 separate metrics – ever/never use, lifetime days of use and intensity-weighted lifetime days. The latter utilized an intensity score that was derived from information on whether the participant mixed or applied pesticides, repaired pesticide-related equipment, used personal protective equipment, and application method used. The consistency of the AHS' findings across several exposure metrics strengthens its conclusions.

I.  Glyphosate was the most commonly used pesticide in the AHS cohort, giving adequate power to analyze associations with health outcomes and sufficient data to account for different levels of exposure and different lag periods between the exposure and the outcome. Other smaller studies have been unable to categorize participants based on exposure intensity and lag time without losing statistical power.

J.  Follow up exposure assessment was done approximately 5 years after initial enrollment through a phone interview (not a mail-in questionnaire) in order to improve the accuracy of the responses. To eliminate selection bias, missing data were imputed using a highly validated method (described in **Heltshe 2012**). Imputation is a standard approach in epidemiologic studies that follow individuals for many years and does not diminish the strength of a large prospective study. The accuracy of the specific imputation method used in the AHS was validated by applying it to a subset of participants who did respond to the follow up interview, showing that the imputed data were highly similar to the actual data provided. In addition, the AHS performed several sensitivity analyses to examine any potential errors introduced by imputed data. These included an analysis that used only the full dataset from the initial exposure questionnaire (available for all participants) and an analysis that excluded any imputed data for the follow-up questionnaire. These sensitivity analyses provided confirmation that the imputed data did not change the results of the primary analysis of the full dataset.

K.  Outcome assessment relied on multiple sources and not just those self-reported by the participants or their next of kin. The cohort was linked to cancer registries in Iowa and

North Carolina, allowing both confirmation of cancer diagnoses reported by the participants and identification of cancer diagnoses in participants who were not available for follow-up interviews. For participants who were not available and moved out of state, information on vital status and cause of death (when relevant) was available through national registries.

In summary, the AHS is one of the most comprehensive and robust prospective cohort studies that has ever been done. Some of the inherent limitations of prospective epidemiologic studies (for example, selection bias due to voluntary participation or loss to follow-up due to the length of the study) were adequately addressed in the study design through sensitivity analyses and data confirmation from multiple sources. <u>The AHS remains the best epidemiologic evidence available on the association between glyphosate and cancer, and despite its limitations, it provides the most reliable scientific evidence on this question – a much higher level of evidence than any individual case-control study or pooled collection of case-control studies on glyphosate and cancer.</u>

<u>The AHS conclusively demonstrates that there is no association between glyphosate use and cancer in general, hematologic malignancies, NHL or any subtype of NHL including diffuse large B-cell lymphoma (DLBCL) and follicular lymphoma (FL).</u> Further analyses that included adjustment for multiple confounders, subsets of individuals with heavy exposures and with and without a lag period did not reveal any association or even a trend toward an association.

## VI.       Glyphosate and non-Hodgkin lymphoma – case control studies

Several case-control studies have examined the associations between pesticide use and NHL. It should be recognized that <u>case-control studies are generally considered hypothesis-generating only</u>. In other words, case-control studies are generally done to identify a preliminary signal that would justify embarking on a labor-intensive and expensive prospective study. <u>They are generally not designed to generate high-level evidence that is sufficient to determine causality</u>. The only advantage of case-control studies is that they can be executed quickly and at a low cost even when the disease is uncommon. Case-control studies are prone to several types of scientific bias, which can produce spurious associations, leading to invalid conclusions. As a result, case-control studies (and other types of retrospective studies) advance science by providing "quick and dirty" data to help explore a scientific question but they are generally not used to change the standard of care of medical practice.

While bias can occur in any epidemiologic study, certain types of bias are particularly concerning in case-control studies:

A.  Selection bias – Selection of both cases and controls may not reflect the exposed population and highly depends on the study design and selection methodology. For example, **Orsi 2009** used a hospital-based design, in which cases of lymphoma and myeloma were recruited in major hospitals in 6 big cities and controls were recruited from other departments in the same hospitals, mainly from the departments of orthopedics and rheumatology. This design was aimed to facilitate collection of blood samples for the study, but neither the cases nor the controls can be considered representative of the general population. In the AHS (and other prospective cohort studies) selection bias was unlikely because a decision not to participate in the study would not differentially affect people who subsequently developed NHL and people who did not. In addition, the AHS was able to examine the demographics of study participants compared to the entire

COLUMBIA

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

registry of licensed pesticide users, demonstrating that the study cohort was representative of the entire population of interest.

B.  Ascertainment/classification bias – Both the exposure and the outcome are evaluated retrospectively in a case-control study based on review of medical charts or registry data and the accuracy of the information cannot be validated. In particular, the type, timing and extent of the exposure are highly prone to error because people may fail to accurately recall the type of pesticides that they used as well as the extent and timing of their use, especially when multiple pesticides were used and exposure data spans several decades. For example, in **De Roos 2003**, some participants reported use of greater than 30 different pesticides; it is highly unlikely that those were all identified correctly and that the entire information on extent and duration of exposure was accurate.

The AHS applied several strategies to minimize this bias in addition to the prospective design. The choice of population (licensed pesticide applicators) reduced the likelihood that they misclassified exposures and the second interview collected detailed information limited to the last year of farming to increase accuracy.

Misclassification of the outcome is less frequently discussed in epidemiologic studies, but it is critical to discuss in this case. NHL and its subtypes can be misclassified, either due to reliance of patient's own recall or incomplete medical records, or more importantly due to changes in diagnostic criteria over time. With respect to NHL, significant changes to the diagnostic and classification criteria have been implemented approximately once in every decade, leading to significant re-classification of NHL and its subtypes. Accurate classification is critical due to the fact that NHL is a large and heterogeneous group of diseases with distinct features, epidemiology and molecular underpinnings, implying that any risk factors should be discussed with respect to each NHL subtype individually and not as a group.

The history of the various classification systems for lymphoma is summarized in **Jaffe 2008**. As an example for historical misclassification, what we consider today *diffuse large B-cell lymphoma*, would have been called "Histiocytic cancer" in the 1960s and was thought to have a non-lymphoid origin; the same cancer would have been called "High-grade lymphoma" in the 1970s and "diffuse intermediate-grade lymphoma" in the 1980s. Importantly, the routine distinction between B-cell and T-cell NHL became standard only in the 1990s and was formalized for the first time in the REAL classification published in 1994. The contemporary classification of lymphomas uses the WHO classification of lymphomas and became standard in 2001, with some modifications done in 2008 and in 2017. The evolution of the classification of lymphomas over the years has significant consequences on the interpretation of case-control studies, some of which included cases that were diagnosed with NHL prior to the mid-1990s, when the fundamental distinction between B-cell and T-cell lymphomas was not consistently being reported as part of the diagnostic workup. We should be cautious about drawing conclusions from such studies in which the cases were diagnosed in the distant past. In addition, pooled analyses of several studies would be challenging to interpret if cases of NHL were not reported uniformly using the same criteria in different studies.

The AHS was not prone to misclassification of NHL outcomes because nearly all NHL cases were diagnosed after the mid-90s and the majority of them would have been reported using the WHO classification which remained the standard diagnostic approach to this day.

Confidential                                              11

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

C. Recall bias – Generally, people who experience an adverse outcome tend to overestimate exposures compared to people who did not experience an adverse outcome. This bias is practically eliminated in a prospective cohort study, such as the AHS, because the exposures are documented prior to the outcome. To ensure that potential bias derived from the second questionnaire did not affect the results of the study (given that some participants had developed the outcome in the interim), the AHS conducted a sensitivity analysis by calculating the risk estimates based on the initial exposure information alone. This analysis showed that information gleaned from the second questionnaire did not significantly alter the results of the study.

D. Proxy bias – Case-control studies, especially in cancer, include deceased individuals and therefore rely on information relayed by spouses or family members. The proportion of proxy responses can be very high in cancer studies (33% in **Pahwa 2019** and up to 45% in **De Roos 2003**). Information from proxies of people who had an adverse outcome, in particular a severe one leading to death, tends to overestimate exposures compared to direct information from study participants. By design, a prospective cohort study such as the AHS is less prone to this because exposure information is ascertained prior to the outcome, and sensitivity analyses can be conducted to eliminate any bias from a second questionnaire (as in recall bias).

E. Publication bias – There is a higher likelihood that case-control studies that showed an association will be published than case-control studies that did not show an association. This is more likely to affect retrospective studies than prospective studies that are generally high profile and require extensive funding and regulatory oversight. For this reason, it is also common to see over-interpretation of modest or insignificant results in order to entice scientific journals into publishing a negative study. Through certain statistical methods (for example, funnel plots and the Egger's test), meta-analyses generally check for publication bias to support the validity of their results. In the case of glyphosate and NHL, a recent meta-analysis (**Donato 2020**) provided support for the existence of a significant publication bias by noting an absence of small studies with negative results (Egger's test p=0.02).

In addition to multiple sources for bias, several other limitations are typical for case-control studies:

A. They are generally used to examine multiple exposures and occasionally multiple outcomes (e.g., several subtypes of NHL). Establishing an association even between a single exposure and the outcome is challenging and prone to misinterpretation, and it is much more challenging when multiple exposures and outcomes are involved. This is particularly problematic with pesticides because exposure to multiple pesticides is common.

B. Many case-control studies report dozens of odds ratios (roughly similar to relative risks) with their respective p-values for numerous pesticides and numerous types of cancer. Therefore, there is considerable risk for a type I error (chance of incorrectly identifying an association when there is none). Hypothesis-driven studies that focus on one scientific question generally use a cutoff of p<0.05 for statistical significance, accepting that there is a 5% chance that the result is falsely positive. In contrast, exploratory studies that examine associations between multiple exposures and multiple outcomes should account for multiple testing, where a much more stringent p-value is required. For example, **De**

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

**Roos 2003** examined 47 individual pesticides, used 2 different models to estimate the risk and then separately analyzed the joint effects of pesticide combinations. This analysis resulted in 148 odds ratios reported in the paper and an estimated number of additional 258 odds ratios that were analyzed for combinations of pesticides listed in the appendix of the paper. Simply put, if we use the usual cutoff of p<0.05, then 1 in 20 associations (which translates into at least 20 different odds ratios in **De Roos 2003**) could be falsely reported as positive. Use of a statistical method to correct for multiple testing such as the Bonferroni method would require a p-value of less than 0.0001 to demonstrate statistical significance in this example. For this reason alone, this type of analysis is unlikely to provide any definitive answers regarding associations between exposures and outcomes.

C. Due to limitations of recall, case-control studies frequently assess exposure as a binary variable (ever vs. never exposed), ignoring other exposure metrics such as the extent of exposure, length of exposure, and lag between exposure and outcome. These are all fundamental to the assessment of an epidemiologic association. Detailed exposure information allows one to establish an exposure-response association, which is a much stronger piece of evidence than an association with ever/never exposure. This issue was adequately addressed in the AHS, in which exposure information was collected with high granularity. Other studies that collected detailed data did not reach the high granularity of the AHS and were confounded by recall bias and proxy bias.

The case-control studies on glyphosate, considered as a whole, do not support the conclusion that glyphosate is associated with NHL. In general, case-control studies have either shown no association or they have shown an association in univariate analysis that was not statistically significant in multivariate analyses with adjustment for important confounders, including use of other pesticides. The following are examples for case-control studies regarding glyphosate and NHL. They are described here briefly in several categories:

## Case-control studies that found no association between glyphosate and NHL

**Hohenadel 2011** (cases 513, controls 1,506. Matched by age and province of residence) – This was an analysis of the Cross-Canada Study of Pesticides and Health, using data that was already presented in an earlier study (**McDuffie 2001**). The study's focus was to assess the risk for NHL as a function of the number of pesticides ever used and exposures were documented as self-reported lifetime use without differentiating the extent or timing of the exposures. The study found an increase in risk for NHL with increase in number of pesticides used, however glyphosate specifically did not have an association with NHL. The study found an increased risk for NHL in users of malathion + glyphosate, but this risk was similar to the risk with using malathion alone, implying that glyphosate was not a contributor to the risk.

**Cocco 2013** (cases 2,348, controls 2,462) – Part of the EPILYMPH study, a case-control study in 6 European countries. The study classified exposures by intensity, frequency and degree of confidence about the accuracy of exposure history. The study concluded that B-cell lymphomas in general and DLBCL in particular were not associated with use of any pesticides, including organophosphates (the group that contains glyphosate) or glyphosate itself. The authors summarize: "*Our analysis of a large European data set provides no support to a role of occupational exposure to several specific agrochemicals in the aetiology of B cell lymphoma*".

**Hardell 1999** (cases 404, controls 741. Matched by age) – A case control study in Sweden, comparing male patients with NHL to age-matched male individuals without cancer. Despite the small sample size, this study took into account the extent and timing of exposure and conducted

**COLUMBIA**

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

a multivariable analysis to adjust for possible confounders. Another strength of the study is that responsiveness to the questionnaires was very high (91% of the cases and 84% of the controls). The study did not identify any association between glyphosate and NHL. The same cases and controls were used for a subsequent analysis that added patients with hairy cell leukemia (**Hardell 2002**), which is a distinct disease from DLBCL and FL. This pooled analysis of a heterogeneous group of malignancies suggested that there was an association with glyphosate, which was clearly driven by the addition of hairy cell leukemia patients to the analysis, but which was irrelevant to the original NHL cohort. Moreover, a multivariable analysis clearly demonstrated no significant association between glyphosate and cancer in this publication.

**Orsi 2009** (cases 491, controls 456) – A case control study in France, comparing a heterogeneous group of lymphoma patients (inclusive of both NHL and Hodgkin lymphoma) with age- and sex-matched controls. This study took into account multiple pesticide exposures. There were no associations between glyphosate and NHL or the major subtypes, DLBCL and follicular lymphoma.

**<u>Case-control studies that identified an association that was not confirmed after adjusting for other pesticide use</u>**

**Pahwa 2019** (cases 1690, controls 5131) – A pooled analysis of several case-control studies conducted in the U.S. and in Canada. Its goal was to resolve conflicting results from several smaller studies, although none of these smaller studies demonstrated a conclusive association between glyphosate and NHL. The case-control studies included:

- **McDuffie 2001** – A Canadian study that identified a lack of association between glyphosate and NHL. This study illustrates how critical it is to account for other exposures and various confounders; the overall NHL risk was not increased in glyphosate-exposed participants, but was increased among patients exposed to malathion, lindane, and certain fungicides and was higher in patients with a prior cancer or family history of cancer. If these variables were not accounted for, it is possible that the study would have resulted in a false-positive association with glyphosate. The authors here identified what they described as a dose-response relationship for glyphosate, however, this conclusion was derived from a part of the analysis that is methodologically flawed due several issues: (a) the analysis used the number of days per year as the only quantitative measure of exposure, ignoring the number of years of use and other parameters of intensity of exposure (e.g., use of protective equipment, hours of exposure per day), (b) the choice of categories for level of exposure (unexposed, >0 and $\leq$2, $\geq$2) was not biologically or scientifically justified, (c) the results did not support a dose-response relationship because the lower use category had an odds ratio of 1.0 (no excess risk compared to unexposed), and (d) this analysis was not adjusted for several confounding variables that the study identified as having significant impact on the risk for developing NHL. Most importantly, a demonstration of a dose-response relationship only has relevance after a general association with the exposure has been identified, which was not the case in this study. The reported association for heavy users of glyphosate, therefore, is merely one of numerous subset analyses that this study reported; and in the absence of adjustment for potential confounders and adjustment for multiple statistical tests, this association remains exploratory and hypothesis-generating and certainly is not definitive.
- **De Roos 2003** – This US-based study was a pooled analysis of 3 case-control studies that examined exposures to 47 different pesticides and their combinations. Glyphosate was not found to have an association with NHL when using the hierarchical regression (according to the authors, the more appropriate method), but an association was found when a logistic

COLUMBIA
**COLUMBIA UNIVERSITY**
**IRVING MEDICAL CENTER**

regression model was used. As stated by the authors, hierarchical regression models can yield "increased precision and accuracy for the ensemble of estimates". They also noted that "…hierarchical regression modelling resulted in estimates that were in some instances more stable than those from logistic regression models…". The hierarchical regression results were the ones later used in a meta-analysis (**Chang 2016**), giving them further credence.

In this pooled analysis, the primary analysis of ever/never used glyphosate with adjustment for other pesticide use showed no association with NHL, DLBCL or FL. Secondary analyses were conducted to account for duration of use, frequency of use and lifetime use. These analyses were limited due to missing detailed data for frequency and duration of use in some of the studies that were included in the pooled analyses. The secondary analyses did not reveal any significant associations, apart from a marginal increase in the risk for small lymphocytic lymphoma with increased lifetime use of glyphosate, but this association was evident only when lifetime use was analyzed as a continuous variable (p=0.03) and disappeared when it was analyzed as a categorical variable (p=0.2). Although a p-value < 0.05 is generally thought to indicate statistical significance, it would not be considered significant in this case due to the high number of analyses presented in this paper and the lack of adjustment for multiple testing.

The authors of **Pahwa 2019** summarized their findings as "inconsistent". As pointed out earlier, classification bias was a potential limitation of this analysis which combined data reports that used 3 different classification systems for lymphoma. On the other hand, their approach to the confounding effect of other pesticide use was thoughtful. They used a 2-pronged approach to select which pesticides should be included as confounders, rather than including all pesticides, which has the potential for overadjusting and biasing the analysis toward the null. They only included confounders that were both associated with NHL in the individual case-control studies and that correlated (above a certain cutoff) with glyphosate use.

**Eriksson 2008** (cases 910, controls 1016) – A case control study in Sweden. The study reported a marginally positive association between glyphosate and NHL among heavy users of glyphosate (heavy use defined as above the median) in univariate analysis. Following adjustment for other pesticide use, this association was lost. Moreover, the univariate association was driven by an apparent increase in cases of chronic lymphocytic leukemia/small lymphocytic lymphoma (CLL/SLL), but not DLBCL or FL.

In summary, despite several methodological flaws, none of the case-control studies support an association between glyphosate exposure and NHL. Several spurious associations in a sea of negative results and inconsistent results across studies are not sufficient to determine causality according to the Bradford Hill criteria.

## **Meta-analyses**

Meta-analyses are an important epidemiologic tool, although combining several case-control studies does not diminish the overall inferiority of these studies compared to prospective cohort studies and does not eliminate flaws and biases of each individual study. Meta-analyses may also add bias by choosing to include certain studies while excluding others or choosing to include certain data (for example, including only high exposures or ignoring the adjustment for other pesticide use).

**Chang 2016** - Included 5 case-control studies (discussed above) and **De Roos 2005** which was an early analysis of the AHS. The analysis was limited to ever/never use of glyphosate and identified a marginally increased risk for NHL (relative risk 1.3, or 1.2 with adjustment for

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

publication bias). This association was only marginally statistically significant, and its relevance is limited because the results published in **De Roos 2005** were later updated in **Andreotti 2018**, rendering this meta-analysis obsolete. In addition, the meta-analysis did not demonstrate a significant association between glyphosate and DLBCL or FL specifically and a global association with NHL is not meaningful because of the distinct biology of various NHL subtypes. The authors of the meta-analysis summarized: "The validity of the meta-RRs for glyphosate use and LHC risk reported here and by others is uncertain because systematic error due to bias and confounding cannot reasonably be ruled out as explanations for the observed associations (including both positive and null associations)."

**Zhang 2019** – Conducted a meta-analysis that included the same studies as **Chang 2016**, except that the updated **Andreotti 2018** replaced the older **De Roos 2005**. They found a modest increase in risk for NHL (relative risk 1.41). Several methodological flaws should be noted for this study: The AHS study was only partially represented because the authors chose to include only the most highly exposed individuals and the longest exposure lag (20 years), thereby dramatically decreasing the weight of this study on the overall meta-analysis. In addition, unadjusted results were included, and the authors summarized: "…Because of this heterogeneity, and because no statistical tests can confirm elimination of publication bias or heterogeneity in a meta-analysis, our results should be interpreted with caution." **Kabat 2021** revisited the analysis performed by Zhang and demonstrated that the results highly depended on how heavy exposure and latency period were defined. They undertook a sensitivity analysis and showed that redefining the exposure level and latency time, the relative risk for NHL dropped from 1.41 to 1.05 and was no longer statistically significant.

**Leon 2019** – This was a pooled analysis of the AHS along with 2 other cohort studies conducted in France and in Norway. The study examined associations of 14 chemical groups and 33 active ingredients with NHL overall and its four most frequent subtypes. There was no association between glyphosate and NHL. The study identified a marginal association with DLBCL, which was driven by only 1 of the 3 cohorts and cannot be considered conclusive due to lack of adjustment for multiple testing in this extensive analysis. The authors point this out in their discussion: "…false-positive associations among our findings may have occurred, given the large number of comparisons (14 chemical groups and 33 active ingredients with five cancer outcomes)." The authors also do not claim in their conclusions that these results are conclusive or imply causality. Notably, this meta-analysis only examined never/ever use of glyphosate and an exposure-outcome relationship was not evaluated. A fundamental methodological issue with this analysis is that the AHS is the only one of the three studies that collected detailed information about pesticide use, whereas the 2 European studies estimated pesticide exposure based on which crops were reported by each study participant. This method has been heavily criticized (for example, **Brouwer 2016** and **Tomenson 2017** in the journal Occupational & Environmental Medicine), primarily because when this method was applied to the AHS participants for validation purposes, the estimated exposures did not match the reality. In addition, this analysis did not adjust for certain known confounders, such as a family history of cancer.

**Donato 2020** – This recent meta-analysis examined 7 non-overlapping studies of NHL and glyphosate. The authors conducted a meta-analysis of ever/never exposure as well as a separate analysis of the dose-response correlation using the 3 studies that had detailed data on the extent of exposure. The relative risk to develop NHL was nearly nil and not statistically significant, at 1.03 (95% CI 0.86, 1.21). Similarly, there was no evidence for an elevated risk for FL or DLBCL in connection with glyphosate use. Importantly, the authors provided evidence for a publication bias, suggesting that body of literature about glyphosate is biased due to the lower likelihood of publishing studies that failed to demonstrate an association compared to studies that did.



COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

**EPA review of meta-analyses**

**Zhang 2019** and **Leon 2019** were discussed in a memorandum published by the Toxicology and Epidemiology Branch of the EPA in the course of the registration review for glyphosate in 2020. In regard to **Zhang 2019**, the EPA commented on several methodological flaws and incorrect assumptions that led to certain conclusions. In particular, the EPA commented on the wrong choice of the fixed effect meta-analysis as the statistical model, re-affirmed the strength and validity of the imputation method used in the AHS, and rejected Zhang's choice to focus on individuals with the highest exposure to glyphosate in the AHS without any threshold evidence supporting a dose-response correlation in that study. As a consequence of the latter choice, "…only a small proportion of the results from the largest, most comprehensive, and best designed study among all those examined gets used" (**EPA Memorandum 2020**).

**Leon 2019** was also thoroughly reviewed by the EPA. They recognized the strengths of the sample size and reliance on prospective cohort studies only, however the limitations were substantial. The primary weakness of the analysis was that only the AHS contained actual exposure data, and the AGRICAN and CNAP studies made generic assumptions about pesticide exposures based on the types of crops that each participant raised on their farms. Additional limitations included significant differences between the cohort demographics and the lack of adjustment for confounders such as smoking, alcohol intake and family history of cancer.

In its 2020 Memorandum, the EPA also updated a meta-analysis that was independently performed by them using data from the same six studies used by Zhang - **De Roos 2003**, **Andreotti 2018**, **Eriksson 2008**, **Hardell 2002**, **McDuffie 2001** and **Orsi 2009**. Their meta-estimate of the effect size was 1.14 (95% CI: 0.87, 1.50) which was not statistically significant. The Memorandum summarizes the EPA's conclusion that the publications by Leon and Zhang do not change the agency's conclusion that glyphosate should remain categorized as "not likely to be carcinogenic to humans".

## VII.    Glyphosate and non-Hodgkin lymphoma – animal studies

Preclinical studies that evaluate carcinogenicity frequently include exposure of small animal models to a certain chemical and monitoring of the outcomes. These methods have the potential advantages of precisely controlling the chemical exposure and the environmental conditions, allowing exposures to very high doses or concentrations of an agent and the ability to measure effects on multiple organ systems. These experiments can also be executed with relatively low expense and within a short time frame. The disadvantages of using preclinical models to predict toxicity, however, are numerous.

First, the human body is vastly different in many aspects from mice, rats and other animals. The number of important biologic differences is too high to be detailed here, and it includes differences in absorption mechanisms and pathways used for metabolism and detoxification of chemicals. As an example, chocolate is lethal to dogs and cats (and in high doses, also to mice), and if we were to rely on animal testing alone, we would determine that it was probably toxic to humans, which is clearly not the case. A difference in a single metabolic pathway sets humans apart from many other animals in their ability to metabolize a certain toxic compound contained in chocolate.

Cancer is also a very different disease in animals, and the types of cancer that arise in animals, either spontaneously or as a result of certain exposures, are frequently distinct from cancers that

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

are common in humans. For these reasons, results from animal studies have frequently failed to predict outcomes in humans. Some of the best examples for this notion are in drug development, where the FDA does not approve a drug based on animal testing alone, because clinical trials in humans frequently show different efficacy or side effects of a drug than what has been shown in animals.

Second, carcinogenicity studies in animal models frequently apply doses or concentrations of the agent that are many times higher than the typical human exposure. The agent is also given in various modes of administration (e.g., feeding) that do not necessarily resemble the human exposure. This is done primarily because this information may help regulatory agencies determine the highest safe exposure or the maximum concentration that should be allowed in the environment. For this reason, evidence of toxicity at very high doses in animals generally does not support causality in humans.

Finally, the tight environmental control in preclinical experiments comes at the expense of capturing the variability in human genetics, diet, lifestyle, age, sex, medical conditions and other exposures. As a result, experimental conditions have little resemblance to exposures in humans.

As a result of these limitations, preclinical studies can only be used for preliminary assessment of hazard. To translate hazard assessment to risk assessment, one must put preclinical findings in the human context and account for biologic differences between species, mode and dose of exposure and other factors that may impact the risk.

It is important to note that none of the established risk factors and causes for cancer (for example, smoking, radiation exposure, hepatitis infection) were determined based on preclinical evidence alone. It is critical to have clear and definitive epidemiologic evidence to determine that cancer is caused by a certain exposure.

In evaluating preclinical evidence of carcinogenicity, the experimental design should be carefully assessed. The criteria for evaluating animal carcinogenicity studies were summarized in a monograph from experts at the National Institute of Environmental Health Sciences (**Melnick 2008**):

"To serve as reliable sources of data for the evaluation of the carcinogenic potential of environmental agents, experimental studies must include a) animal models that are sensitive to the end points under investigation; b) detailed characterization of the agent and the administered doses; c) challenging doses and durations of exposure (at least 2 years for rats and mice); d) sufficient numbers of animals per dose group to be capable of detecting a true effect; e) multiple dose groups to allow characterization of dose–response relationships, f) complete and peer-reviewed histopathologic evaluations; and g) pairwise comparisons and analyses of trends based on survival-adjusted tumor incidence."

Based on these criteria, the preclinical evidence that suggests carcinogenicity of glyphosate is weak. Numerous studies (summarized in **Williams 2016** and **Tarazona 2017**) have not demonstrated any increase in the incidence of tumors in animals exposed to glyphosate, and many toxic effects described in these studies for chronic exposure are unrelated to cancer. Due to the large number of preclinical studies showing no association between glyphosate and cancer, it is critical to consider that the few positive results may have occurred by chance alone. Other limitations of preclinical studies pointed out in **Williams 2016** and **Tarazona 2017** include:

1. Inconsistency between studies that used the same model system.

**COLUMBIA**

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

2. Inconsistency of results in male and female animals.
3. Lack of dose-response relationship in most studies.
4. Studies that showed numerical differences without demonstrating statistical significance.
5. Some experiments used very high doses, where some cell death is expected, leading to tissue regeneration, which may give rise to tumors (mostly benign appearing) without any direct DNA damage related to the exposure.
6. Increase in tumors that are either benign and do not progress to malignancy over time or occur commonly in mice and not humans (e.g., hemangiosarcomas) or have little or no resemblance to non-Hodgkin lymphoma (e.g., thyroid adenomas or renal tumors).

In summary, animal toxicity studies have not demonstrated any strong evidence to support causality of NHL. In general, preclinical evidence may help provide a plausible mechanism for cancer causality if it has already been demonstrated in human studies, or may provide a justification to embark on expensive, lengthy and elaborate epidemiologic studies. Once epidemiologic studies are available, as is the case for glyphosate, preclinical evidence have considerably less weight on the determination of causality.

## VIII.    IARC Monograph 2015

IARC is an advisory body, founded in 1965 by the World Health Organization, that summarizes scientific evidence and provides expert opinion to governments and regulatory bodies. It does not create or recommend regulations but provides a summary of data available at a certain point in time. The IARC Preamble lists its methods and purpose.

IARC does not follow the Bradford Hill criteria for causality and should not be interpreted in this manner. IARC monographs provide a qualitative assessment of the specific circumstances in which a chemical at some dose, in a certain population and in a certain manner of exposure could cause cancer. IARC does not provide a quantitative assessment of what these specific circumstances should be in order to cause cancer. By design, IARC monographs do not supply the information required to determine what "normal" or healthy human exposure is appropriate. For this reason, regulatory agencies that regulate food, the environment and chemicals (and various aspects of their manufacturing, marketing and transporting) may refer to the IARC summary, but also conduct an independent assessment that is tailored to their individual tasks. In addition, IARC has no role in determining specific causality, and does not provide any tools for the quantitative assessment of exposures that may specific causality.

IARC's objective is to assess hazard and not risk. While these terms are often used interchangeably, they are very different when it comes to toxicology. A **hazard** is a chemical that has the potential to cause harm under certain conditions. A **risk** is the individual chance of a person to be harmed if exposed to a hazard. IARC's objective is to characterize hazards but not to assess the individual risks associated with specific use of a chemical or its presence in the environment or in commercial products. Its assessments are a starting point for governmental and regulatory bodies, which make their own evaluations of whether a risk in fact exists and, if so, what appropriate measures should apply in order to minimize such risk.

For example, Lindane is categorized by IARC as category 1 – carcinogenic to humans, however it can be found in every pharmacy in the U.S. as a shampoo against lice. This is a good example of the way hazards are handled; the EPA (and many other environmental agencies around the world) has banned lindane use as a pesticide because exposure by inhalation or ingestion

Confidential                                   19

COLUMBIA

COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

presents excessive risk, whereas the FDA allows limited topical use by prescription only because this mode and extent of exposure do not present a significant risk.

Similarly, processed meat is classified as category 1 – carcinogenic to humans, and red meat is classified as category 2A – probably carcinogenic to humans (similar to glyphosate), yet these are not banned in any way from being manufactured, sold, marketed or consumed by humans. Here again, government agencies implement regulations and policies to help citizens manage the risk, rather than banning the marketing of meat all together. The Code of Federal Regulations regulates the amounts of certain preservatives used in processed meat; the FDA provides recommendations to industry regarding the amounts of salt added to meat during processing; and the government supports universal screening for colorectal cancer – these are some of the measures put in place to manage the risk to the general population posed by the availability of processed meat and red meat. Additional examples include alcoholic beverages (category 1 by IARC) and hot beverages (category 2A by IARC).

As a rule, IARC does not confirm non-carcinogenicity. The only categories that IARC considers are carcinogenic, probably carcinogenic, possibly carcinogenic or unclassifiable. As a result, coffee, drinking water, dental materials and tea are just a few examples for agents that IARC considers unclassifiable despite a broad consensus that these are not carcinogenic materials. Of more than 1000 agents that IARC reviewed, nearly half are in this unclassifiable category.

IARC Category 2A is defined based on "limited evidence of carcinogenicity in humans… Limited evidence means that a positive association has been observed between exposure to the agent and cancer but that other explanations for the observations (called chance, bias, or confounding) could not be ruled out." Based on this definition, category 2A does not confirm with a reasonable degree of medical certainty that glyphosate causes cancer. To understand the context of IARC assessment of glyphosate, I should point out several other agents that received a similar assessment of category 2A – Hairdresser Work, Food Frying, Night Shift Work, Red Meat and Hot Beverages (as mentioned earlier). From this list alone, it seems unreasonable to imply causality of cancer based on this IARC categorization.

IARC's evaluation of glyphosate had several specific limitations:

A. IARC considered the AHS but only an early evaluation of the AHS results was available at that time (**De Roos 2005**), which was later superseded by **Andreotti 2018**, which included 11 additional years of follow up [and 6 times as many NHL cases (575 vs. 92)]. The pooled analyses that included the AHS study along with other contemporary studies (**Zhang 2019** and **Leon 2019**) were also not available at the time that IARC performed their assessment. It is critical to recognize this significant body of literature that has been published on glyphosate since the IARC meeting in 2015. As in the case of any other guidelines and consensus statements, the IARC Monograph has been practically invalidated once these additional scientific data became available.

B. IARC discussions lack transparency and their decisions are not open for public comments, in stark contrast to the process that US agencies (such as EPA) utilize when rules, regulations or policies are created or updated. IARC monographs also lack financial disclosures of the committee members, which does not allow one to assess a potential bias due to relationship of the members with industry.

C. IARC considers only published studies in the scientific literature that are publicly available, therefore its assessment is not comprehensive.

COLUMBIA
COLUMBIA UNIVERSITY
IRVING MEDICAL CENTER

### IX.    Conclusions of data analyses published by regulatory bodies

As mentioned earlier, IARC's role is limited to providing an evaluation of hazards. Regulatory agencies and health authorities are the ones that assess specific risks and implement guidelines and rules for use of each chemical accordingly. Numerous regulatory bodies that considered IARC's hazard assessment subsequently determined that glyphosate is not likely carcinogenic in humans, in many cases based on their independent evaluations of the scientific data. For example, only months following the publication of the IARC monograph, the European Food Safety Authority (EFSA) finalized a re-assessment of glyphosate (November 2015), concluding that glyphosate Is unlikely to pose a carcinogenic hazard to humans. Shortly after that, in May 2016, the Joint Food and Agriculture Organization/WHO Meeting on Pesticide Residues (JMPR), which is another subdivision of the World Health Organization similar to IARC, concluded that glyphosate was unlikely to pose a carcinogenic risk from exposure through diet.

The Environmental Protection Agency (EPA) published an Interim Registration Review Decision in January 2020, which concluded: "The EPA did not identify any human health risks from exposure to glyphosate." The EPA considered both publicly available data that was systematically collected from various scientific databases and toxicology studies submitted to the EPA as part of the registration process. It excluded on purpose some animal studies that had low relevance to human carcinogenicity, such as studies in frogs and reptiles. The EPA decision process was fully transparent and was open for public comments, followed by a public response of the EPA to these comments. As a result, the EPA's evaluation is more comprehensive, transparent and up-to-date than the IARC assessment.

The Health Canada Pest Management Regulatory Agency, which regulates all marketed pesticides in Canada, published its re-evaluation of glyphosate in April 2017. It concluded that: "Glyphosate is not genotoxic and is unlikely to pose a human cancer risk. Occupational and residential risks associated with the use of glyphosate are not of concern, provided that updated label instructions are followed."

Similar conclusions that glyphosate is unlikely to pose a carcinogenic risk to humans were published by the European Chemical Agency, the Australian Pesticides and Veterinary Medicines Authority and the New Zealand Environmental Protection Authority.

### X.    Gerard Cervantes – lymphoma diagnosis and clinical course

Mr. Cervantes was 45 years old when he was diagnosed with lymphoma. He presented in 2004 with weight loss, night sweats, abnormal blood counts and elevated liver enzymes. Imaging studies revealed a mild increase in the size of the spleen and liver. He had 2 liver biopsies that showed a lymphoid infiltrate. These biopsy reports were not available for my review. Imaging studies did not demonstrate disease involvement elsewhere, and, in fact the liver itself did not have abnormal metabolic uptake on a PET scan, indicating that there was no clear sign for lymphoma there. He did have a para-aortic lesion which was thought to be related to the lymphoma. His bone marrow biopsy did not show lymphoma involvement but showed 3 non-caseating granulomas. Common infectious causes for granulomas were ruled out according to the workup described in the medical records. The presence of multiple granulomas, however, in a bone marrow biopsy in the absence of evidence of lymphoma suggests an underlying inflammatory condition that could predispose to NHL.

**COLUMBIA**
Columbia University
IRVING MEDICAL CENTER

Based on the liver biopsy, the working diagnosis was DLBCL. Mr. Cervantes was treated with 8 cycles of chemoimmunotherapy (R-CHOP) between 11/1/04 and 3/28/05. Based on imaging studies and a repeat liver biopsy, he achieved a complete remission. His symptoms and lab abnormalities have resolved as well. He then underwent an autologous stem-cell transplantation as a consolidation strategy to reduce the chance of relapse. He tolerated chemotherapy and transplant very well according to the medical records without major complications.

Mr. Cervantes was then followed by imaging studies for several years and had no evidence of disease recurrence and no significant consequences of therapy. On 12/5/08, a CT scan noted slight prominence of lymph nodes in the retroperitoneum and pelvis. A PET scan demonstrated mild increase in metabolic uptake, but the lymph nodes were smaller than 1cm, which is considered normal. A subsequent CT scan showed stable findings, and he was asymptomatic. His oncologist did not consider this a relapsed DLBCL, noted that the disease was behaving like an indolent lymphoma and decided to treat him with rituximab, which he continued intermittently through 2011. With the benefit of hindsight, I agree with this opinion, considering the following: (a) a biopsy was not done, (b) the prominent lymph nodes were not pathologic in size and had only mild-moderate increase in metabolic uptake, (c) the findings did not arise in the same location as the original lymphoma, and (d) the patient remained in remission for many years afterwards with rituximab alone, which is highly unlikely if this truly was DLBCL; rituximab as a single-agent is not effective enough and generally does not lead to durable responses in DLBCL.

Mr. Cervantes has remained in an ongoing complete remission since 2009. Subsequent medical problems noted in the medical records include obstructive sleep apnea, degenerative joint disease, atrial fibrillation with a patent foramen ovale, and colon adenomas. These are unlikely to be related to his lymphoma diagnosis or the treatment that he had received.

In my opinion, exposure to glyphosate did not cause or contribute to the development of Mr. Cervantes' lymphoma. Rather, like other patients with lymphoma, it is not possible to identify one specific cause, nor is it appropriate to list his risk factors and then attempt to isolate one of them as the culprit.

Cancer, including lymphoma, evolves in a highly complicated manner as a multi-step process, driven by random genetic mutations that accumulate over time. Specifically, numerous epidemiologic studies have demonstrated a lack of association between glyphosate and DLBCL, and there is a lack of sufficient evidence to support causality. For example, the Agricultural Health Study, the largest prospective cohort study that monitored NHL in glyphosate users (**Andreotti 2018**), showed that the chance of developing DLBCL among glyphosate users and non-users was similar, resulting in a rate ratio of 0.97 (95% CI 0.51, 1.85) for the heavy user group. This did not change when accounting for different lag periods. Similarly, the North American Pooled Project, a pooled analysis of case-control studies that looked at individual subtypes of NHL (**Pahwa 2019**), found that the association between ever/never use of glyphosate and DLBCL had an odds ratio of 1.23 (95% CI 0.81, 1.88) after adjustment for several possible confounders, once again indicating no significant association. If Mr. Cervantes had an underlying indolent lymphoma, as proposed by his second disease presentation in 2008, these conclusions would not change. The same epidemiologic studies (and others) arrived at a similar conclusion with respect to follicular lymphoma, which is the most common indolent lymphoma.

According to the American Cancer Society, an estimated number of 81,560 people will be diagnosed with non-Hodgkin lymphoma in the US in 2021, and approximately one-third of them will be diagnosed with DLBCL, making DLBCL the most common type of NHL. Similar to other types of NHL, DLBCL is thought to be caused primarily by random mutations, rather than

hereditary or environmental factors. The reason for the high incidence of DLBCL (and other types of NHL) is thought to be related to the process of DNA recombination that is unique to lymphocytes (in this case specifically B cells) in the course of their normal development, a process that sets them apart from other cells in the body. This process of random mutations serves an important immunological function in that it increases the diversity of B cells in our body to allow our immune system to react against a broad range of pathogens (i.e., bacteria, viruses, fungi). While it is critical for our survival, DNA recombination in lymphocytes increases the chance of chromosomal breaks involving the sites of recombination. This is frequently considered the "first hit", but the causation of DLBCL is a multi-step process which requires several mutations, most likely over the course of years. This process occurs independent of any exposures and is further described in the section of this report that pertains to general causality.

As noted, it is not standard clinical practice to focus on risk factors as a cause of a patient's lymphoma. There are several recognized risk factors, however, that may increase a person's risk of developing lymphoma. Review of the medical records reveals that Mr. Cervantes had several well-established risk factors for the development of NHL:

(a) Extensive occupational exposures during 3 decades of work at Nicor Gas. Mr. Cervantes reported at various times to his physicians a number of exposures to known carcinogens. Dr. Karen Burgner, his internist, documented "Extensive asbestos exposure. Also benzene exposures, PCB exposure x 30yrs." Dr. Raheem, his oncologist, documented in his notes occupational exposure to mercury and asbestos, and noted that Mr. Cervantes "was involved with sealing pies undergroud with primers, and tar, a process that released foul fumes" [typos in original]. He also noted that Mr. Cervantes "now has a gas mask to wear at work". Notes from Northwestern Memorial Hospital, where Mr. Cervantes underwent his transplant, indicate: "Strong history of exposure to benzines, hydrocarbons, tar, mercaptan, as well as other organic and inorganic chemicals; mainly respiratory exposure and also cutaneous exposure". Mr. Cervantes also reported in his deposition that he worked actively as a welder for three to four years, which strongly suggests significant exposure to welding fumes. Finally, Mr. Cervantes was involved in a class action lawsuit against Nicor Gas where he claimed that an exposure in the work place had caused his NHL.

The records suggest that Mr. Cervantes had extensive and long-term exposures to known carcinogens. According to the International Agency for Research on Cancer (IARC), asbestos, polychlorinated biphenyls (PCBs), benzene and welding fumes are all classified as Group 1 ("Carcinogenic to humans"), a category used when there is sufficient evidence for carcinogenicity in humans (whereas glyphosate is categorized as Group 2A). Of these exposures, benzene exposure has the most well-described association with NHL, which is also mentioned in the IARC monograph for this agent (**IARC Monograph 120, 2018**).

**Smith 2007** summarized the results of 43 case-control studies examining benzene exposure, of which more than half demonstrated a statistically significant association with NHL. In addition, **Steinmaus 2008** performed a meta-analysis of 22 cohort and case-control studies and concluded that benzene significantly increases the risk for NHL with relative risk estimates in the range of 1.22 to 2.12, depending on the analyzed population. Biologic plausibility is high due to the fact that animal studies demonstrated that benzene inhalation in mice causes both leukemias and lymphomas (**Snyder 1980**). In fact, IARC identified 7 distinct mechanisms by which benzene can cause cancer.

In regard to welding fumes, IARC's determination of carcinogenicity is also fairly recent (**IARC Monograph 118, 2018**). Welding fumes cause lung cancer, and positive associations have

been observed with kidney cancer. For NHL, IARC reviewed 13 case-control studies, of which 4 studies showed a statistically significant increase in risk. In addition, a pooled analysis of 10 case-control studies and 4 cohort studies were examined but did not support a clear association. While these data are relatively weak, they still offer stronger support for an association with NHL in comparison to glyphosate, which failed to show a significant association in case-control studies and is not known to cause other cancers.

In summary, based on the existing scientific evidence, exposure to benzene (and possibly other carcinogens) is a clinically relevant risk factor that cannot be ruled out as a contributor to Mr. Cervantes' cancer. While NHL is caused by random mutations, as mentioned in the general causality sections of this report, the small contribution of environmental factors should be acknowledged. These risk factors may add to the risk already conferred by random mutations. In this case, both benzene and welding fumes have a stronger, more consistent and mechanistic scientific evidence of an association with NHL than glyphosate, where the evidence is weak (at best) and inconsistent.

(b) Family history – Mr. Cervantes' mother died at age 67 from NHL involving the stomach. A family history is a known risk factor for lymphoma that has been consistently demonstrated in multiple studies. For example, the InterLymph study, a pooled analysis of 19 case-control studies that analyzed 4,667 cases of DLBCL and 22,639 controls, demonstrated that a first-degree family history of NHL was a significant risk factor for DLBCL (odds ratio for men was 2.07; 95% CI 1.46, 2.92), even when adjusted for other risk factors (**Cerhan 2014**). Several DNA polymorphisms that are associated with increased risk for DLBCL have been discovered in genome-wide association studies, which provides a plausible biologic mechanism for the elevated risk for DLBCL among family members (**Cerhan 2015**).

DLBCL was also found to be significantly more common in children of NHL patients according to the Swedish Family-Cancer Database (**Altieri 2005**), which was a large registry-based cohort study that included essentially the entire population of Sweden. The standardized incidence ratio of DLBCL in children of NHL patients was 2.3 (95% CI 1.2, 3.8). When the same database was expanded by adding onto it the Danish cancer registry, the importance of family history as a risk factor was further strengthened (**Goldin 2005**); this analysis estimated that the lifetime risk to develop NHL in a first-degree relative of an NHL case was 3.6%, which is a 71% increase over the risk for NHL in the general population. A similar population-based study that used the Utah population database also arrived at the conclusion that NHL increases the risk for NHL among family members (**Goldgar 1994**). Finally, the California Teachers Study (**Lu 2009**), a cohort study of over 120,000 female teachers showed a relative risk of 1.74 (95% CI 1.16, 2.60) for developing NHL if a first-degree relative had NHL.

(c) Obesity – The medical records indicate that Mr. Cervantes was overweight. At age 38, he weighed 204 lbs. At the time of his diagnosis, he weighed 186 lbs. and reported a weight loss of 25 lbs., indicating that during his 30s and 40s he was either overweight (BMI in the range 25-29.9) or obese (BMI ≥ 30). Multiple studies have demonstrated an association between obesity and NHL. For example, **Chiu 2007** reported a 50% increase in risk for NHL (odds ratio 1.5) for individuals who had BMI ≥ 30 in their 40s or BMI between 25 and 29.9 in their 30s. **Castillo 2014** performed a meta-analysis of 16 studies including case-control and large prospective studies totaling more than 2 million individuals. They concluded that being either overweight or obese increases the risk for DLBCL in a highly statistically significant manner. Similar findings were shown by the InterLymph Consortium (**Kane 2015**) and in an earlier meta-analysis (**Larsson 2007**).



**COLUMBIA UNIVERSITY**
**IRVING MEDICAL CENTER**

In summary, Mr. Cervantes had DLBCL, a common disease which accounts for approximately one-third of NHL cases in the U.S. (approximately 20,000 cases diagnosed each year). He was treated successfully, and the fact that he has been in remission for nearly 12 years indicates a good chance that he is cured of his disease. He had several [strong and well-accepted] risk factors to develop NHL, including occupational exposure to benzene and possibly other carcinogens, first-degree family history of NHL and obesity, but exposure to glyphosate-containing products was not one of them. In my opinion, which is supported by extensive scientific literature, glyphosate exposure is not a risk factor for DLBCL or any other type of non-Hodgkin lymphoma, as discussed in the sections of general causality in this report.

I have been provided with a report prepared by Ron Schiff, M.D., Ph.D. in this case. I disagree with Dr. Schiff's analysis and his conclusion that the scientific evidence supports that glyphosate can cause or contribute to non-Hodgkin lymphoma and his opinion that exposure to glyphosate caused or contributed to Mr. Cervantes' NHL, for the reasons discussed in detail in my report above.

## XI.    Additional Matters

I have given one deposition within the past four years in the case of Wade et al. v. Monsanto Company, Case No. 1722-CC00370 on December 18, 2019.

My hourly rate for review of medical records, research on scientific literature, meetings, and report preparation is $600 per hour.  My rate for deposition is $2,500 per half day and $5,000 per full day.

## XII.    Summary

Based on my assessment of numerous layers of scientific evidence, including preclinical studies, case-control studies, prospective cohort studies and meta-analyses, there is no reliable evidence that glyphosate causes or contributes to NHL and its subtypes DLBCL or FL in humans. My opinion is in agreement with numerous regulatory authorities that have independently assessed the scientific evidence and determined that glyphosate is unlikely to pose any risks to humans, including a risk for cancer in general or NHL specifically.

Ran Reshef, M.D,. M.Sc.

# Exhibit A

**Ran Reshef, MD, MSc**
Ran.reshef@columbia.edu

**Date:**   January 26th, 2021

**Personal Data:**
Name                    Ran Reshef
Date of Birth
Birthplace              Israel
Citizenship             Israel, US Permanent Resident

Title                   Associate Professor of Medicine at Columbia University Irving Medical Center
                        Deputy Director, BMT and Cell Therapy, Division of Hematology/Oncology
                        Medical Director, Cellular Immunotherapy
                        Director of Translational Research, BMT and Cell Therapy
                        Principal Investigator, Columbia Center for Translational Immunology
                        Member, Tumor Biology & Microenvironment Program, Herbert Irving
                        Comprehensive Cancer Center

Work Experience
_____

03/2016 -               **Department of Medicine, Columbia University Irving
                        Medical Center**
                        *Associate Professor of Medicine at CUIMC*
                                                                    New York, NY

07/2015 -               **BMT and Cell Therapy Service, NY
                        Presbyterian/Columbia University Irving Medical Center**
                        *Associate Attending Physician*
                                                                    New York, NY

07/2015 – 03/2016       **Department of Medicine, Columbia University Irving
                        Medical Center**
                        *Assistant Professor of Medicine at CUIMC*
                                                                    New York, NY

07/2011 – 06/2015       **Department of Medicine, University of Pennsylvania**
                        *Assistant Professor of Medicine*
                                                                    Philadelphia, PA

10/2009 – 06/2011       **Department of Medicine, University of Pennsylvania**
                        *Instructor of Medicine*
                                                                    Philadelphia, PA

10/2009 – 06/2015       **Hematologic Malignancies and BMT Service, Hospital of
                        the University of Pennsylvania**
                        *Attending Physician*
                                                                    Philadelphia, PA

01/1999 – 04/2003       **Medical Corps**, Israeli Defense Forces
                        *Medical Officer*
                                                                    Israel

1

Ran Reshef, MD, MSc                                                                  Page 2

## Post-Doctoral Training

| | | |
|---|---|---|
| 07/2008 – 06/2011 | **Abramson Family Cancer Research Institute, University of Pennsylvania (Vonderheide, PI)**<br>*Postdoctoral Research* | |
| | | Philadelphia, PA |
| 07/2007 – 10/2009 | **Hospital of the University of Pennsylvania**<br>*Hematology & Oncology Fellow* | |
| | | Philadelphia, PA |
| 01/2006 – 07/2006 | **Department of Immunology, Weizmann Institute of Science (Reisner, PI)**<br>*Postdoctoral Research* | |
| | | Rehovot, Israel |
| 06/2004 – 10/2005 | **Department of Medicine, Sourasky Tel-Aviv Medical Center (Schwartz, PI)**<br>*Postdoctoral Research* | |
| | | Tel-Aviv, Israel |
| 05/2003 – 04/2007 | **Department of Medicine, Sourasky Tel-Aviv Medical Center**<br>*Medicine Resident* | |
| | | Tel-Aviv, Israel |
| 10/1997 – 12/1998 | **Sourasky Tel-Aviv Medical Center**<br>*Medicine Intern* | |
| | | Tel-Aviv, Israel |

## Education

| | | |
|---|---|---|
| 07/2008 – 09/2011 | **University of Pennsylvania, Perelman School of Medicine**<br>MSc (Translational Research), September 2011 | |
| | | Philadelphia, PA |
| 10/1991 – 09/1997 | **Tel-Aviv University, Sackler School of Medicine**<br>BSc (Medical Science), 1996<br>MD, May 2003 | |
| | | Tel-Aviv, Israel |

## Licensure and Board Certification

**Licensure**

| | |
|---|---|
| New York | 2015 (Active) |
| Pennsylvania | 2007 (Inactive) |
| Israel | 2003 (Active) |

**Board Qualification**

| | |
|---|---|
| Board of Hematology (Israel) | 2010 |
| Board of Internal Medicine (Israel) | 2007 |

Ran Reshef, MD, MSc                                                                                      Page 3

## Honors & Awards

2013      Amy Strelzer Manasevit Award for the Study of Post-Transplant Complications, National
          Marrow Donor Program
2012      The Austrian Junior Faculty Research Award in Patient-Oriented Research, Department of
          Medicine, University of Pennsylvania
2011      The Stanley E. Bradley Fellow Research Award in Patient-Oriented Research, Department of
          Medicine, University of Pennsylvania
2008      Sternberg Research Award, Abramson Cancer Center, University of Pennsylvania
2009      American Society of Hematology: Clinical Research Training Institute, La Jolla, CA.
2008      American Association for Cancer Research / American Society of Clinical Oncology:
          Methods in Clinical Cancer Research Workshop, Vail, CO
2003      MD Degree, Magna Cum Laude, Tel-Aviv University
          Dean's List 1992, 1995, 1996. Outstanding Achievement Award in Clinical Rotations 1997
1991      Adi Lautmann Scholarship Program for Outstanding Students, Tel-Aviv University


## Academic Service

### International

Center for International Blood and Marrow Transplant Research (CIBMTR):
      Member, Working Committees – Graft-versus-Host Disease, Immunobiology, Graft Sources and
      Manipulation, Acute Leukemia and Chronic Leukemia
Member, CIBMTR Forms Revision Committee 2018

### National

American Society of Hematology (Member)
Highlights of ASH 2017 Writing Committee Member and Speaker


## Professional Organizations, Societies and Service
### Memberships and Positions

### International

MAGIC - "Mount Sinai Acute GvHD International Consortium" (Founding Member)

### National

American Society of Clinical Oncology (Member)
American Society of Blood and Marrow Transplantation (Member)
American Society of Hematology (Member)
American Association for Cancer Research (Member)
Society for Immunotherapy of Cancer (Member)

Ran Reshef, MD, MSc                                                                                    Page 4

Blood and Marrow Transplant Clinical Trials Network (BMTCTN):
     Member, Steering Committee
     Member, Biomarkers Committee
     Specific Study Roles:
     Co-chair, 1203 study - "Novel strategies in GvHD prevention"
     Member, Adjudication Committee, 1202 study - "Biomarkers after allogeneic transplants"
     Member, Protocol Team, 1703 study – "PTCy vs. Tac/MTX"

Tri-State Transplant Consortium:
     Member-At-Large, Steering Committee

Columbia/Penn/Temple Annual Symposium on Epigenetics, Immunity and Cancer:
     Co-Organizer (2020, 2021)

**Consultative**

| | |
|---|---|
| 2021 | Study Section. SPORE P50 Panel, National Cancer Institute (Member) |
| 2021 | Study Section. Amy Strelzer Manasevit Research Program, National Marrow Donor Program (Member) |
| 2020 | Study Section. Blood Cancer Career Development Panel, Department of Defense (Member) |
| 2020 | Conquer Cancer – Israel Cancer Research Fund, American Society of Clinical Oncology (Reviewer) |
| 2020 | Einstein Foundation Berlin (Project Reviewer) |
| 2019 - | Medical Monitor, Single-Cell Immune Profiling of Alloreactive T Cells Locally and Systemically in Patients Receiving Intestinal Transplantation (Department of Defense Discovery Award, PI Jianing Fu, Megan Sykes). |
| 2018 -<br>2021 | Conquer Cancer Foundation Grants Selection Committee, American Society of Clinical Oncology (Member) |
| 2018 - | Data and Safety Monitoring Board/Data Monitoring Committee, Phase I Study of CD123-Targeting CAR-T Cells in AML. Center for Cellular Immunotherapies. University of Pennsylvania (Member) |
| 2018 | Research Council KU Leuven, University of Leuven, Belgium (Reviewer) |
| 2018 | U.S. – Israel Binational Science Foundation, Israel (Reviewer) |
| 2017 | Excellence Initiative, Université Bourgogne Franche-Comté, France (Reviewer) |
| 2017 | Study Section. Bone Marrow Failure Panel, Department of Defense (Member) |
| 2017 | Study Section. Translational Research Program, Leukemia & Lymphoma Society (Member) |
| 2016 | Study Section. Translational Research Program, Leukemia & Lymphoma Society (Member) |
| 2014 | Study Section. Blood Cancer/MPD Panel, Department of Defense (Member) |
| 2013 | Study Section. Blood Cancer Panel, Department of Defense (Member) |
| 2012 | Study Section. Provocative Questions Special Emphasis Panel, National Cancer Institute (Member) |

Ran Reshef, MD, MSc                                                          Page 5

**Editorial**

Editorial Board

Biology of Blood and Marrow Transplantation (2020 – Present)
American Journal of Hematology (2012 – Present)

Manuscript Reviewer (2008 – Present)

Nature Biotechnology, Journal of Clinical Oncology, Science Translational Medicine, Blood, Journal of Experimental Medicine, Leukemia, American Journal of Transplantation, Hæmatologica, Frontiers in Immunology, Blood Advances, Transplantation and Cellular Therapy (Formerly known as Biology of Blood and Marrow Transplantation), Bone Marrow Transplantation, Journal of Molecular Diagnostics, Immunotherapy, American Journal of Hematology, Leukemia & Lymphoma, Journal of Immunological Methods, Cancer Biology & Therapy, Springer Science, Expert Reviews of Hematology, Transplant Infectious Disease, Transplant International, Annals of Transplantation

Abstract Reviewer

ASH Annual Meeting (2010, 2012, 2018, 2019 – coordinating reviewer in Experimental Transplantation)
SITC Annual Meeting (2018)

Departmental and University Committees

| | |
|---|---|
| 2020 | Reviewer, Columbia Precision Medicine Initiative Vagelos Pilot Awards, Columbia University Irving Medical Center |
| 2018, 2020 | Reviewer, T35 Applications, Department of Medicine, Columbia University Irving Medical Center |
| 2015 – | Member, Protocol Review and Monitoring Committee (PRMC), Herbert Irving Comprehensive Cancer Center, Columbia University Irving Medical Center |
| 2014 – 2015 | Member, Early Phase Clinical Research Support (EPCRS) Committee, Abramson Cancer Center, University of Pennsylvania |
| 2013 – 2015 | Member, Advisory Board, Institute for Immunology Training Program for Fellows, Perelman School of Medicine, University of Pennsylvania |
| 2012 – 2015 | Member, Scientific Advisory Board, Hematologic Malignancies Translational Center of Excellence, Abramson Cancer Center, University of Pennsylvania |
| 2011 – 2015 | Member, CME accreditation committee, Allogeneic stem-cell transplant research meeting, Division of Hematology & Oncology, University of Pennsylvania |
| 2009 – 2015 | Member, Stem-Cell Transplant Trials Review Committee, Clinical Trials Unit, Abramson Cancer Center, University of Pennsylvania |
| 2009 – 2009 | Member, Institutional Review Board (IRB), Office of Regulatory Affairs, University of Pennsylvania |

Ran Reshef, MD, MSc                                                      Page 6

---

## Fellowship and Grant Support

### Pending Support

### Active Support

**HL143424 R01 (Reshef, PI)**                                    08/01/19-06/30/24
NHLBI                                                            $1,261,528
"Effector T-cell trafficking in graft-versus-host disease"

**CA180898 Peer Reviewed Cancer Research Program (Reshef, PI)**   08/15/19-08/14/21
Department of Defense                                            $400,000
"Glucagon-Like-Peptide 2 (GLP-2) Analogues as a Novel Strategy for Prevention
  and Treatment of Graft-Versus-Host Disease"

**CA171008 Peer Reviewed Cancer Research Program (Reshef, PI)**   07/01/18-06/30/20
Department of Defense                                            $400,000 - NCE
"Identification of Effector and Suppressive T-Cell Clones in Graft-versus-Host
  Disease"

**Intra/Inter-Programmatic Pilot Program (Reshef, Azizi, Co-PI)**   11/01/20-10/30/21
Herbert Irving Comprehensive Cancer Center                      $80,000
"Identification of a targetable macrophage maturation defect in human intestinal
  graft-versus-host disease by using advanced single-cell technologies and machine
  learning tools"

**AI21250 R01 (Behrens, Kambayashi, PI)**                         07/01/16-06/30/21
NIAID                                                            $120,000
Role: Subaward PI
"IL-33 Blockade as a Novel Therapeutic for T-cell Mediated Hypercytokinemia
Syndromes"

### Past Support

**HL127351 R01 (Zhang, PI)**                                      01/01/16-12/31/20
NHLBI                                                            $240,000
Role: Subaward PI
"EZH2-mediated epigenetic effects and alloimunity"

**CA178202 K23 Mentored Patient-Oriented Research Career Development**   09/12/13-08/31/17
**Award (Reshef, PI)**                                            $485,400
NCI

Ran Reshef, MD, MSc                                                          Page 7

"Lymphocyte Trafficking Blockade in Allogeneic Stem-Cell Transplantation"


**CA120381 Peer Reviewed Cancer Research Program (Reshef, PI)**     08/01/13-01/31/17
Department of Defense                                               $240,000
"Chemokine receptor signatures in allogeneic stem-cell transplantation"


**Conquer Cancer Foundation Career Development Award (Reshef, PI)**   07/01/13-12/31/16
American Society of Clinical Oncology                               $187,400
"Separating the graft-versus-host and graft-versus-tumor responses by blocking
lymphocyte chemotaxis"


**Amy Strelzer Manasevit Research Program (Reshef, PI)**            07/01/13-12/31/16
National Marrow Donor Program                                      $222,222
"Control of Human Graft-Versus-Host Disease by Modulation of Lymphocyte
Trafficking"


**Sponsored Research Agreement (Reshef, Bhandoola, Co-PI)**        01/01/13-12/31/13
Tobira Therapeutics                                                $124,364
"Preclinical testing of the Tobira CCR5/CCR2 dual antagonist Cenicriviroc (TBR-
652)"


**Special Fellow in Clinical Research (Reshef, PI)**               07/01/10-06/30/13
Leukemia & Lymphoma Society                                        $195,000
Career Development Grant


**ASH Scholar Award (Reshef, PI)**                                 07/01/10-06/30/12
American Society of Hematology                                     $100,000
"Role of CCR5 Inhibition in Prevention of Graft-versus-Host Disease"


**ASCO Young Investigator Award (Reshef, PI)**                     07/01/10-06/30/11
American Society of Clinical Oncology                              $50,000
"Role of CCR5 inhibition in prevention of Graft-versus-Host Disease"


**Pilot Project Grant (Porter, PI)**                               03/01/09-11/30/09
Abramson Cancer Center, University of Pennsylvania                 $40,000
Role: Co-investigator
"A phase I/II single arm study to assess the safety and efficacy of
Maraviroc, a CCR5 inhibitor in prophylaxis of graft-versus-host disease"


**Investigator Initiated Trial Grant (Porter, PI)**               06/01/09-05/31/11
Pfizer                                                             $40,000
Role: Co-investigator
"A phase I/II single arm study to assess the safety and efficacy of Maraviroc, a
CCR5-inhibitor in prophylaxis of graft-versus-host disease"

Ran Reshef, MD, MSc                                                          Page 8

**Institute for Translational Medicine and Therapeutics Scholar Award**      07/01/08-06/30/10
**(Reshef, PI)**                                                             $180,000
University of Pennsylvania
Teaching Experience and Responsibilities

**Teaching Activities**

| | |
|---|---|
| 2017-2020 | CAR-T Working Group. E-Squared Communications (Educational content development) |
| 2015-present | "Stem-cell transplantation - 101". Lecture to Medicine residents (4 times a year) |
| 2015-present | "Allogeneic Transplants", "GVHD Basics" and "CAR-T Cells 101". Lectures to Heme/Onc fellows (once a year for each) |
| 2014-2015 | "Chimerism studies – a clinical perspective". Lecture to Path and Lab Medicine residents and fellows (4 times a year) |
| 2009-present | Lectures and Teaching Rounds to Medical Residents and Interns on the Oncology& BMT Inpatient Services (8 weeks per year) |

**Supervisory Responsibilities**

| | |
|---|---|
| 2020-present | Bolong Xu, BSc (MD Student). **T35 Mentee.** |
| 2019-present | Kirubel Belay, BSc (Pre-doctoral trainee) |
| 2019-present | Eli Pinker (Undergraduate trainee) |
| 2018-2019 | Alexandra Matschiner, BSc (International MD student, Martin-Luther-Universität, Halle-Wittenberg, Germany) |
| 2018-2020 | Rajat Bansal, MD (Post-doctoral fellow; now Assistant Professor of Medicine, BMT Program, University of Kansas). **ASCO/AACR Vail Workshop participant. ASCO Young Investigator Award.** |
| 2017-2020 | Cristian Taborda, BSc (MD student; now Medicine Resident, University of Pennsylvania). **ASH Minority Medical Student Award**. |
| 2017-2018 | Miranda Blanco, BSc (MD student; now Ob/Gyn Resident, Montefiore Health System). **T35 mentee**. |
| 2017-present | David Harle, BSc (Pre-doctoral trainee) |
| 2016-present | Rodney Macedo-Gonzales, MD PhD (Post-doctoral fellow; now Associate Research Scientist) |
| 2016-2019 | Ximi Kevin Wang, MSc (Pre-doctoral trainee; now MD student, University of Sydney) |
| 2016-present | Christian Gordillo, BSc (Pre-doctoral trainee) |
| 2015-2016 | Clinton Yam, MBBS (Medicine resident, now Assistant Professor, Department of Breast Cancer Oncology, MD Anderson Cancer Center). **Frederick F. Samaha Award for Resident Scholarship**, Philadelphia VA Medical Center. |
| 2015-2016 | Ryan Moy, MD PhD (MD/PhD candidate; now heme/onc fellow, Memorial Sloan-Kettering Cancer Center and post-doctoral fellow, Tavazoie lab, Rockefeller University). **Outstanding Abstract Achievement Award** for the top ranking abstract in the Resident Category, **ASH 2015**. |

Ran Reshef, MD, MSc                                                                        Page 9

| 2014-2015 | Nathan Singh, MD (Medicine resident, now Assistant Professor, Division of Oncology, Washington University) |
| 2013-2016 | Austin Huffman, BA (Pre-doctoral trainee; now PhD graduate, University of Pennsylvania) |
| 2012-2014 | Lee Richman, BA (Pre-doctoral trainee; now MD/PhD candidate, University of Pennsylvania) |
| 2012-2015 | Alex Ganetsky, Pharm.D (Post-doctoral fellow, now External Innovation Lead, Hematology, Bristol-Myers Squibb) |
| 2011-2013 | Dan Heil, BA (Post-bac student; now MD student) |
| 2009-2013 | Marlise Luskin, MD (MD student; now Assistant Professor of Medicine, Leukemia Service, Dana Farber Cancer Institute, Harvard University). |

Lectures by Invitation (local)

| February 2021 | "CAR-T Cell Therapy. Updates from ASH 2020". Updates & Impacts: Treating Heme Malignancies in 2021 NewYork Presbyterian Hospital, New York, NY |
| June 2019 | "CAR-T Cell Toxicity". Leukemia & Lymphoma Society Educational Program, New York, NY |
| May 2019 | "Clinical Application of CAR-T Cells in 2019". Westchester Medical Center University Hospital. Valhalla, NY |
| May 2019 | "CAR T-cell Therapy: Where are We Now & Where are We Headed". Nevada Oncology Society's 2019 Spring Conference. Las Vegas, NV. |
| April 2019 | "Clinical Application of CAR-T Cells in 2019". Maimonides Medical Center. New York, NY |
| March 2019 | "Clinical Application of CAR-T Cells in 2019". SUNY Downstate Medical Center. New York, NY |
| December 2018 | "CAR-T Cells in Blood Cancers – Educational Briefing". American Cancer Society Cancer Action Network. Albany, NY |
| May 2018 | "CAR-T Cells Meet Myeloma". Myeloma Crowd Round Table, New York, NY |
| October 2017 | "Graft Composition Of Peripheral Blood Stem Cell Collections For Allogeneic Hematopoietic Stem Cell Transplantation: Is It More Than Just The CD34+ Cells?". American Society of Apheresis Regional Meeting. Columbia University Medical Center. New York, NY. |
| March 2016 | "Lymphocyte Migration in Graft-versus-Host Disease". Columbia Center for Translational Immunology Seminar Series. Columbia University Medical Center. |
| December 2014 | "CCR5 blockade in allogeneic stem-cell transplantation". Abramson Cancer Center Cancer Immunobiology Retreat. University of Pennsylvania. |
| November 2014 | "Allogeneic Bone Marrow Transplant". Leukemia & Lymphoma Society Educational Program, Philadelphia, PA |
| November 2013 | "Early chimerism monitoring after reduced intensity allogeneic hematopoietic stem-cell transplantation". CME-accredited Allogeneic stem-cell transplant research meeting, Division of Hematology & Oncology, University of Pennsylvania |

Ran Reshef, MD, MSc                                                                                    Page  10

| January 2013 | "Cell Trafficking in Allogeneic Hematopoietic Stem-Cell Transplantation". Stem-Cell Club. Penn Institute for Regenerative Medicine. Perelman School of Medicine. University of Pennsylvania |
| October 2012 | "Controlling lymphocyte trafficking after allogeneic stem-cell transplantation". Department of Pathology and Lab Medicine Grand Rounds. Perelman School of Medicine. University of Pennsylvania |
| June 2012 | "Inhibition of lymphocyte trafficking in prevention of Graft-versus-Host Disease". Abramson Cancer Center Grand Rounds. Perelman School of Medicine. University of Pennsylvania |
| March 2012 | "Inhibition of Lymphocyte Trafficking Using a CCR5 Antagonist –a Phase I/II Study in GvHD Prevention". Annual Joint Retreat. Hematologic Malignancies Program. Perelman School of Medicine. University of Pennsylvania |
| March 2012 | "Advances in Allogeneic Stem Cell Transplantation". CME-certified conference "Update in Hematologic Cancers". Abramson Cancer Center and the Leukemia Lymphoma Society. Philadelphia, PA |
| September 2011 | "Inhibition of lymphocyte trafficking in prevention of Graft-versus-Host Disease". CME-accredited research meeting. Allogeneic blood and marrow transplantation program. Abramson Cancer Center. University of Pennsylvania |
| April 2011 | "Prevention of Graft-versus-Host Disease by Inhibition of Lymphocyte Trafficking". Translational Research Program Meeting. Abramson Family Cancer Research Institute. University of Pennsylvania |
| July 2010 | "Prevention of GvHD by inhibiting chemotaxis". LLS Clinical Scholar Featured Speaker. Annual Joint Retreat. Hematologic Malignancies Program. University of Pennsylvania |

Lectures by Invitation (national)

| January 2020 | "Lymphocyte Migration in Graft-versus-Host Disease". 2020 Fels Symposium on Epigenetics, Immunity and Cancer. Philadelphia, PA. |
| November 2018 | Meet the Expert – Clinical Translational Research. SITC 2018. Washington D.C. |
| August 2018 | "CAR T-Cell Therapy for Your Patients: What We Know (and Don't Know) 1 Year Later". Association of Community Cancer Centers. Live Webinar. Philadelphia, PA. |
| April 2018 | "Graft Composition Of Peripheral Blood Stem Cell Collections For Allogeneic Hematopoietic Stem Cell Transplantation: Is It More Than Just The CD34+ Cells?". American Society of Apheresis National Meeting. Chicago, IL. |
| October 2016 | "Lymphocyte Trafficking in Acute Graft-versus-Host Disease". Chronic GVHD. Intersecting Aspects in Systemic and Ocular Disease. University of Illinois College of Medicine. Chicago, IL. |
| October 2015 | "Lymphocyte Trafficking in Acute Graft-versus-Host Disease". Conquer Cancer Foundation Annual Retreat. Washington DC. |
| July 2014 | "Translational Studies in Allogeneic Stem-Cell Transplantation". Columbia Center for Translational Immunology. Columbia University Medical Center. New York, NY |

| | |
|---|---|
| February 2014 | "Translational Studies in Allogeneic Stem-Cell Transplantation". Stem Cell Transplantation Program. Memorial Sloan Kettering Cancer Center. New York, NY |
| September 2013 | "Controlling lymphocyte trafficking after allogeneic stem-cell transplantation". Hematology & Oncology Grand Rounds. Columbia University Medical Center. New York, NY |
| June 2013 | "Controlling lymphocyte trafficking after allogeneic stem-cell transplantation". BMT Grand Rounds. Dana Farber Cancer Institute. Harvard Medical School. Boston, MA |
| March 2013 | "Controlling lymphocyte trafficking after allogeneic stem-cell transplantation". Hematology & Oncology Grand Rounds. Milton S. Hershey School of Medicine. Penn State University. Hershey, PA |
| December 2012 | "Prevention of Graft-versus-Host Disease: New Approaches". Chugai Investigators Meeting. Atlanta, GA |
| May 2012 | "Inhibition of lymphocyte trafficking in prevention of Graft-versus-Host Disease". Research in Progress Meeting. Stem Cell Transplantation Program. Memorial Sloan Kettering Cancer Center. New York, NY |

Lectures by Invitation (international)

| | |
|---|---|
| October 2019 | "In R/R Aggressive B Cell Lymphoma patients ... is cure a chimeric dream?". 61st National Congress of the Spanish Hematology and Hemotherapy Society. Valencia, Spain |
| May 2019 | "Targeting T-cell Trafficking in Graft-versus-Host Disease". 1st GVHD Summit. European Society of Blood and Marrow Transplantation. Warsaw, Poland |
| May 2013 | "Lymphocyte Trafficking in Graft-versus-Host Disease". Advances in Allogeneic Stem-Cell Transplantation. Universitäts Klinikum Freiburg, Germany |

Publications

**Original, Peer Reviewed Articles:**

1. **Reshef R**, Saber W, Bolaños-Meade J, Chen G, Chen YB, Ho VT, Ponce DM, Nakamura R, Martens MJ, Hansen JA, Levine JE (2021). "Acute GVHD Diagnosis and Adjudication in a Multicenter Trial; a Report from the BMT CTN 1202 Biorepository Study" J Clin Oncol (In Press)

2. Mayor NP, Wang T, Lee SJ, Kuxhausen M, Vierra-Green C, Barker DJ, Auletta J, Bhatt VR, Gadalla SM, Gragert L, Inamoto Y, Morris G, Paczesny S, **Reshef R**, Ringdén O, Shaw BE, Shaw P, Spellman SR, Marsh SGE (2021). "Impact of previously unrecognized HLA mismatches using ultra-high resolution typing in unrelated donor hematopoietic cell transplantation" J Clin Oncol (In Press)

3. Gordillo CA, Parmar S, Blanco M, Delille EM, Assal A, Mapara MY, **Reshef R** (2021). "Gastrointestinal Toxicity of High-Dose Melphalan in Autologous Hematopoietic Stem Cell Transplantation: Identification of Risk Factors and a Benchmark for Experimental Therapies" Ann Hematol (In Press)

Ran Reshef, MD, MSc                                                                                    Page  12

4. Bansal R, Gordillo CA, Abramova R, Assal A, Mapara MY, Pereira MR, **Reshef R** (2021). "Extended letermovir administration, beyond day 100, is effective for CMV prophylaxis in patients with graft versus host disease" Transplant Infect Dis (In Press)

5. Pasin C, Moy RH, **Reshef R**, Yates AJ (2021). "Variable selection methods for predicting clinical outcomes following allogeneic hematopoietic cell transplantation" Sci Rep 11:3230

6. Mishkin A, Schmajuk M, **Reshef R**, Lopes-Pintado S, Mapara MY, Shapiro PA (2021). "Standardized Semi-Structured Psychosocial Evaluation before Stem Cell Transplantation Predicts Delirium Post-Transplant" Psychosomatics (In Press)

7. Gergoudis S, DeFilipp S, Ozbek U, Sandhu K, Etra A, Choe H, Kitko C, Ayuk F, Aziz M, Baez J, Ben-David K, Bunworasate U, Gandhi I, Hexner E, Hogan W, Holler E, Kasikis S, Kowalyk S, Lin JY, Merli P, Morales G, Nakamura R, **Reshef R**, Roesler W, Srinagesh H, Young R, Chen YB, Ferrara J, Levine J (2020). "Biomarker-guided pre-emption of steroid-refractory graft-vs-host disease with alpha-1-antitrypsin" Blood Adv 4:6098–6105

8. Hultcrantz M, Richter J, Rosenbaum C, Patel D, Smith E, Korde N, Lu S, Mailankody S, Shah U, Lesokhin A, Hassoun H, Tan C, Maura F, Derkach A, Diamond B, Rossi A, Pearse R, Madduri D, Chari A, Kaminetzky D, Braunstein M, Gordillo C, **Reshef R**, Taur T, Davies F, Jagannath S, Niesvizky R, Lentzsch S, Morgan G, Landgren O (2020). "COVID-19 infections and outcomes in patients with multiple myeloma in New York City: a cohort study from five academic centers" Blood Cancer Discov 1:234-243

9. Aziz MD, Shah J, Kapoor U, Dimopoulos CN, Anand S, Augustine A, Ayuk FA, Chaudhry M, Chen YB, Choe HK, Etra A, Gergoudis S, Hartwell MJ, Hexner EO, Hogan WJ, Kitko C, Nowalvk S, Kroger N, Merli P, Morales G, Nakamura R, Ordemann R, Pulsipher MA, Qayed M, **Reshef R**, Rosler W, Schechter T, Schreiner E, Srinagesh H, Wolfl M, Wudihkarn K, Yanki G, Young R, Ozbek U, Ferrara JLM, Levine JE (2020). "Disease Risk and GVHD Biomarkers Can Stratify Patients For Risk of Relapse and Non-Relapse Mortality Post Hematopoietic Cell Transplant" Leukemia 34:1898-1906

10. DeFilipp Z, Ancheta R, Y, Hu ZH, Gale RP, Snyder D, Schouten HC, Kalaycio M, Hildebrandt GC, Ustun C, Daly A, Ganguly S, Inamoto Y, Litzow M, Szer J, Savoie ML, Hossain N, Kharfan-Dabaja MA, Hamadani M, **Reshef R**, Bajel A, Schultz KR, Gadalla S, Gerds A, Liesveld J, Juckett MB, Kamble R, Hashmi S, Abdel-Azim H, Solh M, Bacher U, Lazarus H, Olsson R, Cahn JY, Grunwald MR, Savani BN, Yared J, Rowe JM, J, Chaudhri NA, Aljurf M, Beitinjaneh A, Seo S, Nishihori T, Hsu JW, Ramanathan M, Alyea E, Popat U, Sobecks R, Saber W (2020). "Maintenance tyrosine kinase inhibitors following allo-HCT for chronic myeloid leukemia: A CIBMTR Study." Biol Blood Marrow Transplant 26:472-479

11. Bolaños-Meade J*, **Reshef R**\*, Fraser R, Fei M, Abhyankar S, Al-Kadhimi Z, Alousi AM, Antin JH, Arai S, Bickett K, Chen YB, Damon LE, Efebera YA, Geller N, Giralt SA, Hari P, Holtan SG, Horowitz MM, Jacobsohn DA, Jones RJ, Liesveld JL, Logan BR, MacMillan ML, Mielcarek M, Noel P, Pidala J, Porter DL, Pusic I, Sobercks R, Solomon S, Weisdorf DJ, Wu J, Pasquini MC*, Koreth J* (2019). "Three prophylaxis regimens (tacrolimus, mycophenolate mofetil, and cyclophosphamide; tacrolimus, methotrexate, and bortezomib; or tacrolimus, methotrexate, and maraviroc) versus tacrolimus and methotrexate for prevention of graft-versus-host disease with haemopoietic cell transplantation with reduced-intensity conditioning: a randomised phase 2 trial with a non-randomised contemporaneous control group (BMT CTN 1203)." Lancet Haematol 6:e132-e143 *Equal contribution

Ran Reshef, MD, MSc                                                                              Page 13

12. Srinagesh HK, Ozbek U, Kapoor U, Ayuk F, Aziz M, Ben-David K, Choe HK, DeFilipp Z, Etra A, Grupp SA, Hartwell MJ, Hexner EO, Hogan WJ, Karol AB, Kasikis S, Kitko CL, Kowalyk S, Lin JY, Major-Monfried H, Mielke S, Merli P, Morales G, Ordemann R, Pulsipher MA, Qayed M, Reddy P, **Reshef R**, Rosler W, Sandhu KS, Schechter T, Shah J, Sigel K, Weber D, Wolfl M, Wudhikarn K, Young R, Levine JE, Ferrara JLM (2019). "The MAGIC Algorithm Probability (MAP) is a validated response biomarker of treatment for acute graft-versus-host disease." Blood Adv 3:4034-4042

13. **Reshef R**, Ganetsky A, Acosta E, Blauser R, Crisalli L, McGraw J, Frey N, Hexner E, Hoxie J, Loren A, Luger S, Mangan J, Stadtmauer E, Mick R, Vonderheide R, Porter D (2019). "Extended CCR5 Blockade for Graft-Versus-Host Disease Prophylaxis Improves Outcomes of Reduced Intensity Unrelated Donor Hematopoietic Cell Transplantation: A Phase II Clinical Trial" Biol Blood Marrow Transplant 25:515-521

14. Mishkin AD, Shapiro PA, **Reshef R**, Lopez-Pintado S, Mapara MY (2019). "Standardized semi-structured psychosocial evaluation before hematopoietic stem cell transplantation predicts patient adherence to post-transplant regimen" Biol Blood Marrow Transplant 25:2222-2227

15. Saad A, Lamb L, Wang T, Hemmer MT, Spellman S, Couriel D, Alousi A, Pidala J, Abdel-Azim H, Agrawal V, Aljurf M, Beitinjaneh AM, Bhatt VR, Buchbinder D, Byrne M, Cahn JY, Cairo M, Castillo P, Chhabra S, Diaz MA, Farhan S, Floisand Y, Frangoul HA, Gadalla SM, Gajewski J, Gale RP, Gandhi M, Gergis U, Hamilton BK, Hematti P, Hildebrandt GC, Kamble RT, Kanate AS, Khandelwal P, Lazaryn A, MacMillan M, Marks DI, Martino R, Mehta PA, Nishihori T, Olsson RF, Patel SS, Qayed M, Rangarajan HG, **Reshef R**, Ringden O, Savani BN, Schouten HC, Schultz KR, Seo S, Shaffer BC, Solh M, Teshima T, Urbano-Ispizua A, Verdonck LF, Vij R, Waller EK, William B, Wirk B, Yared JA, Yu LC, Arora M, Hashmi S (2019). "Impact of T-cell dose on the outcome of T-cell replete HLA matched allogeneic peripheral blood stem cell transplantation" Biol Blood Marrow Transplant 25:1875-1883

16. Kim H, Ahn K, Hu ZH, Davids M, Volpe V, Antin J, Sorror M, Shadman M, Press O, Pidala J, Hogan W, Negrin R, Devine S, Uberti J, Agura E, Nash R, Mehta J, McGuirk J, Forman S, Langston A, Giralt S, Perales M, Battiwalla M, Hale G, Gale RP, Marks D, Hamadani M, Ganguly S, Bacher V, Lazarus H, **Reshef R**, Hildebrandt G, Inamoto Y, Cahn JY, Solh M, Kharfan-Dabaja M, Ghosh N, Saad A, Aljurf M, Schouten H, Hill B, Pawarode A, Kindwall-Keller T, Saba N, Copelan E, Nathan S, Beitinjaneh A, Savani B, Cerny J, Grunwald M, Yared J, Wirk B, Nishihori T, Chhabra S, Olsson R, Bashey A, Gergis U, Popat U, Sobecks R, Alyea E, Saber W, Brown J (2019). "Prognostic score and cytogenetic risk classification for chronic lymphocytic leukemia patients: Center for International Blood and Marrow Transplant Research report" Clin Cancer Res 25:5143-5155

17. Brunstein CG, Pasquini MC, Kim S, Fei M, Adekola K, Ahmed I, Aljurf M, Agrawal V, Auletta JJ, Battiwalla M, Bejanyan N, Bubalo J, Cerny J, Chee L, Ciurea SO, Freytes C, Gadalla SM, Gale RP, Ganguly S, Hashmi SK, Hematti P, Hildebrandt G, Holmberg LA, Lahoud OB, Landau H, Lazarus HM, de Lima M, Mathews V, Maziarz R, Nishihori T, Norkin M, Olsson R, **Reshef R**, Rotz S, Savani B, Schouten HC, Seo S, Wirk BM, Yared J, Mineishi S, Rogosheske J, Perales MA (2019). "The Effect of Conditioning Regimen Dose Reduction in Obese Patients Undergoing Autologous Hematopoietic Cell Transplantation" Biol Blood Marrow Transplant 25:480-487

Ran Reshef, MD, MSc                                                                                   Page 14

18. Nikiforow S, Wang T, Hemmer M, Spellman S, Akpek G, Antin JH, Choi SW, Inamoto Y, Khoury HJ, MacMillan M, Marks DI, Meehan K, Nakasone H, Nishihori T, Olsson R, Paczesny S, Przepiorka D, Reddy V, **Reshef R**, Schoemans H, Waller N, Weisdorf D, Wirk B, Horowitz M, Alousi A, Couriel D, Pidala J, Arora M, Cutler C (2018). "Upper gastrointestinal acute graft-versus-host disease adds minimal prognostic value in isolation or with other graft-versus-host disease symptoms as currently diagnosed and treated" Haematologica 103: 1708-1719

19. Hartwell MJ, Ozbek U, Holler E, Renteria AS, Major-Monfried H, Reddy PR, Aziz M, Hogan WJ, Ayuk FA, Efebera YA, Hexner EO, Bunworasate U, Qayed M, Ordemann R, Woelfl M, Mielke S, Pawarode A, Chen YB, Devine SM, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Kroger N, Locatelli F, Morales G, Nakamura R, **Reshef R**, Rosler W, Weber D, Wudhikarn K, Yanik GA, Levine JE, Ferrara JLM (2018). "An Early Biomarker Algorithm Predicts Lethal Graft-versus-Host Disease and Survival" J Clin Invest Insight 3(16) pii: 124015.

20. Huffman AP, Richman LP, Crisalli L, Ganetsky A, Porter DL, Vonderheide RH, **Reshef R** (2018). "Pharmacodynamic Monitoring Predicts Outcomes of CCR5 Blockade as GVHD Prophylaxis" Biol Blood Marrow Transplant 24:594-599

21. Turcotte L, Wang T, Hemmer M, Spellman S, Arora M, Couriel D, Alousi A, Pidala J, Abdel-Azim H, Beitinjaneh A, Buchbinder D, Byrne M, Callander N, Chao NJ, Choi SW, DeFilipp Z, Gadalla S, Gale R, Gergis U, Hashmi S, Hematti P, Holmberg L, Inamoto Y, kamble R, Lehmann L, MacMillan M, McIver Z, Nishihori T, Norkin M, O'Brien T, Olsson R, **Reshef R**, Saad A, Savani B, Schouten H, Seo S, Solh M, Verdonck LF, Vij R, Wirk B, Yared J, Horowitz M, Knight J, Ahmed I, Verneris M (2018). "Donor body mass index does not predict graft versus host disease following hematopoietic cell transplantation" Bone Marrow Transplant 53:932-937

22. McCurdy S, Zhang MJ, St. Martin A, Al Malki MM, Bashey A, Gaballa S, Keesler DA, Hamadani M, Norkin M, Perales MA, **Reshef R**, Rocha V, Romee R, Solh M, Urbano-Ispizua A, Waller EK, Fuchs EJ, Eapen E (2018). "Effect of donor characteristics on haploidentical transplantation with post-transplantation cyclophosphamide" Blood Adv 2:299-307

23. Pasquini MC, Logan B, Jones RJ, Alousi AM, Appelbaum FR, Bolaños-Meade J, Flowers MED, Giralt S, Horowitz MM, Jacobsohn D, Koreth J, Levine JE, Luznik L, Maziarz R, Mendizabal A, Pavletic S, Perales MA, Porter D, **Reshef R**, Weisdorf D, Antin JH (2018). "Blood and Marrow Transplant Clinical Trials Network Report on Development of Novel Endpoints and Selection of Promising Approaches for Graft-Versus-Host Disease Prevention Trials" Biol Blood Marrow Transplant 24:1274-1280

24. Crisalli LM, Hinkle JT, Walling CC, Sell M, Frey NV, Hexner EO, Loren AW, Luger SM, Stadtmauer EA, Porter DL, **Reshef R** (2018). "Higher Donor Apheresis Blood Volumes Are Associated with a Reduction in Relapse Risk and Improved Survival in Reduced Intensity Allogeneic Transplants with Unrelated Donors" Biol Blood Marrow Transplant 24:1203-1208

25. Major-Monfried H, Renteria AS, Pawarode A, Reddy P, Ayuk F, Holler E, Efebera YA, Hogan WJ, Wölfl M, Qayed M, Hexner EO, Wudhikarn K, Ordemann R, Young R, Shah J, Hartwell MJ, Chaudhry M, Aziz M, Etra A, Yanik GA, Kröger N, Weber D, Chen YB, Nakamura R, Rösler W, Kitko CL, Harris AC, Pulsipher M, **Reshef R**, Kowalyk S, Morales G, Torres I, Ozbek U, Ferrara JLM, Levine JE (2018). "MAGIC biomarkers predict long term outcomes for steroid-resistant acute GVHD" Blood 131:2846-2855

Ran Reshef, MD, MSc                                                                                        Page 15

26. Tsai DE, Bagley S, **Reshef R**, Shaked A, Bloom RD, Ahya V, Goldberg L, Chung A, Debonera F, Schuster SJ, Huntington SF (2018). "The Changing Face of Adult Posttransplant Lymphoproliferative Disorder: Changes in Histology Between 1999-2013" Am J Hematol 93:874-881

27. Chen Y-B, Wang T, Hemmer M, Brady C, Couriel D, Alousi A, Pidala J, Urbano-Ispizua A, Choi SW, Nishihori T, Teshima T, Inamoto Y, Wirk B, Marks D, Abdel-Azim H, Lehmann L, Lu L, Bitan M, Cairo M, Qayed M, Salit R, Gale R, Martino R, Jaglowski S, Bajel A, Savani B, Frangoul H, Lewis I, Storek J, Askar M, Kharfan-Dabaja M, Aljurf MD, Ringden O, **Reshef R**, Olsson R, Hashmi S, Seo S, Spitzer T, MacMillan M, Lazaryan A, Spellman S, Arora M, Cutler C (2017). "GVHD after umbilical cord blood transplantation for acute leukemia: an analysis of risk factors and effect on outcomes" Bone Marrow Transplant 52:400-408

28. Moy RH, Huffman AP, Richman LP, Crisalli L, Wang XK, Hoxie JA, Mick R, Emerson SE, Vonderheide RH, Porter DL, **Reshef R** (2017). "Clinical and Immunologic Impact of CCR5 Blockade in Graft-Versus-Host Disease Prophylaxis" Blood 129:906-916

29. Liu HD, Ahn KW, Hu ZH, Hamadani M, Nishihori T, Work B, Beitinjaneh A, Rizzieri D, Grunwald MR, Sabloff M, Olsson RF, Bajel A, Bredeson C, Daly A, Inamoto Y, Majhail N, Saad A, Gupta V, Gerds A, Malone A, Tallman M, **Reshef R**, Marks DI, Copelan E, Gergis U, Savoie ML, Ustun C, Litzow MR, Cahn JY, Kindwall-Keller T, Akpek G, Savani BN, Aljurf M, Rowe JM, Wiernik PH, Hsu JW, Cortes J, Kalaycio M, Maziarz R, Sobecks R, Popat U, Alyea E, Saber W (2017). "Allogeneic Hematopoietic Cell Transplant for Adult Chronic Myelomonocytic Leukemia" Biol Blood Marrow Transplant 23:767-775

30. Huang Q, He S, Tian Y, Gu Y, Chen P, Li C, Huang J, Liu Y, Jin M, Hu S, Tong Q, Ma A, Jin J, Hexner E, Fung H, **Reshef R**, Zhang Y, Zhang Y (2017). "Hsp90 inhibition destabilizes Ezh2 protein in alloreactive T cells and reduces graft-versus-host disease in mice" Blood 129:2737-2748

31. Soiffer RJ, Kim H, McGuirk J, Horwitz M, Johnston L, Patnaik M, Rybka W, Artz A, Porter D, Shea T, Boyer M, Maziarz R, Shaughnessy P, Gergis U, Safah H, **Reshef R**, DiPersio J, Stiff P, Vusirikala M, Szer J, Holter J, Levine J, Martin P, Pidala J, Lewis I, Ho V, Alyea E, Ritz J, Glavin F, Westerveldt P, Jagasia M, Chen YB (2017). "A Prospective Randomized Double Blind Phase 3 Clinical Trial of Anti-T Lymphocyte Globulin (ATLG) to Assess Impact on Chronic Graft-Versus-Host Disease (cGVHD) Free Survival in Patients Undergoing HLA-Matched Unrelated Myeloablative Hematopoietic Cell Transplantation (HCT)" J Clin Oncol 35:4003-4011

32. Nagle SJ, Shah NN, Ganetsky A, Landsburg DJ, Nasta SD, Mato A, Schuster SJ, **Reshef R**, Tsai DE, Svoboda J (2017). "Long Term Outcome of Rituximab, Temozolomide, and Methotrexate for Lymphomas Involving the Central Nervous System" Int J Hematol Oncol 6:113-121

33. He S, Liu Y, Meng L, Sun H, Wang Y, Ji Y, Purushe J, Chen P, Li C, Madzo J, Issa JP, Soboloff J, **Reshef R**, Moore BB, Gattinoni L, Zhang Y (2017). "Ezh2 Phosphorylation State Determines its Capacity to Maintain CD8+ T Memory Precursors for Antitumor Immunity" Nat Commun 8:2125

Ran Reshef, MD, MSc                                                                                          Page 16

34. Pasquini MC, Zhang MJ, Medeiros BC, Armand P, Hu ZH, Nishihori T, Aljurf MD, Akpek G, Cahn JY, Cairo MS, Cerny J, Copelan EA, Deol A, Freyl CO, Gale RP, Ganguly S, George B, Gupta V, Hale GA, Kamble RT, Kulmpp TR, Lazarus HM, Luger SM, Liesveld JL, Litzow MR, Marks DI, Martino R, Norkin M, Olsson RF, Oran B, Pawarode A, Pulsipher MA, Ramanathan M, **Reshef R**, Saad AA, Saber W, Savani BN, Schouten HC, Ringden O, Tallman MS, Uy GL, Wood, WA, Wirk B, Perez WS, Batiwalla M, Weisdorf DJ (2016). "Hematopoietic Cell Transplantation Outcomes in Monosomal Karyotype Myeloid Malignancies" Biol Blood Marrow Transplant 22:248-257

35. Meng L, Bai Z, He S, Mochizuki K, Liu Y, Purushe J, Sun H, Wang J, Yagita H, Mineishi S, Fung H, Yanik GA, Carrichio R, Fan X, Crisalli LM, Hexner EO, **Reshef R**, Zhang Y, Zhang Y (2016). "The Notch ligand DLL4 defines a unique capability of human dendritic cells in regulating Th1 and Th17 differentiation" J Immunol 196:1070-1080

36. Ganetsky A, Shah A, Miano TA, Hwang WT, He J, Loren AW, Hexner EO, Frey NV, Porter DL, **Reshef R** (2016). "Higher Tacrolimus Concentrations Early After Transplant Reduce the Risk of Acute GvHD in Reduced-Intensity Allogeneic Stem Cell Transplantation" Bone Marrow Transplant 51:568-572

37. Seftel MD, Neuberg D, Zhang MJ, Wang HL, Ballen KK, Bergeron J, Couban S, Freytes CO, Hamadani M, Kharfan-Dabaja MA, Lazarus HM, Nishihori T, Paulson K, Saber W, Sallan SE, Soiffer R, Tallman MS, Woolfrey AE, DeAngelo DJ, Weisdorf DJ; Collaborators: Akpek G, Baron F, Bashey A, Cahn JY, Camitta BM, Copelan EA, de Lima M, Deol A, Gale RP, Gergis U, Hogan WJ, Kebriaei P, Litzow MR, Loren AW, Miller AM, Norkin M, Olsson RF, **Reshef R**, Savani BN, Schouten HC, Vij R, Wiernik PH, Wirk B, Wood WA (2016) "Pediatric-inspired Therapy compared to Allografting for Philadelphia Chromosome Negative Adult ALL in First Complete Remission" Am J Hematol 91:322-329

38. Hexner EO, Luger SM, **Reshef R**, Jeschke GR, Mangan JK, Frey NV, Frank DM, Richman LP, Vonderheide RH, Aqui NA, Rosenbach M, Zhang Y, Chew A, Loren AW, Stadtmauer EA, Levine BL, June CH, Emerson SG, Porter DL (2016) "Infusion of CD3/CD28 co-stimulated umbilical cord blood T cells at the time of single umbilical cord blood transplantation may enhance engraftment" Am J Hematol 91:453-460

39. Kumar AJ, Vassilev P, Loren AW, Luger SM, **Reshef R**, Gill S, Smith J, Goldstein SC, Hexner EO, Stadtmauer EA, Porter DL, Frey NV (2016) "Time to Unrelated Donor Leukocyte Infusion is Longer, but Incidence of GVHD and Overall Survival are Similar for Recipients of Unrelated DLI Compared to Matched Sibling DLI" Am J Hematol 91:426-429

40. Shaffer BC, Ahn KW, Hu ZH, Nishihori T, Malone A, Valcárcel D, Grunwald MR, Bacher U, Hamilton B, Kharfan-Dabaja MA, Saad A, Cutler C, Warlick E, **Reshef R**, Wirk B, Sabloff M, Fasan O, Gerds A, Marks DI, Olsson RF, Wood WA, Costa LJ, Miller AM, Cortes J, Daly A, Kindwall-Keller T, Kamble R, Rizzieri D, Cahn JY, Gale RP, William BM, Litzow M, Wiernik PH, Liesveld J, Savani BN, Vij R, Ustun C, Copelan E, Popat U, Kalaycio M, Maziarz R, Alyea E, Sobecks R, Pavletic S, Tallman M, Saber W (2016) "A Scoring System Prognostic of Outcomes in Patients Undergoing Allogeneic Hematopoietic Cell Transplantation for Myelodysplastic Syndrome" J Clin Oncol 34:1864-1871

41. Mochizuki K, Meng L, Mochizuki I, Tong Q, He S, Liu Y, Purushe J, Fung H, Zaidi RM, Zhang Y, **Reshef R**, Blazar BR, Yagita H, Mineishi S, Zhang Y (2016). "Programming of Donor T Cells Using Allogeneic Delta-like ligand 4-positive Dendritic Cells to Reduce GVHD in Mice" Blood 127:3270-3280

Ran Reshef, MD, MSc                                                                 Page 17

42. Deol A, Sengsayadeth S, Ahn KW, Wang HL, Aljurf M, Antin JH, Battiwalla M, Bornhauser M, Cahn JY, Camitta B, Chen YB, Cutler CS, Gale RP, Ganguly S, Hamadani M, Inamoto Y, Jagasia M, Kamble R, Koreth J, Lazarus HM, Liesveld J, Litzow MR, Marks DI, Nishihori T, Olsson RF, **Reshef R**, Rowe JM, Saad AA, Sabloff M, Schouten HC, Shea TC, Soiffer RJ, Uy GL, Waller EK, Wiernik PH, Wirk B, Woolfrey AE, Bunjes D, Devine S, de Lima M, Sandmaier BM, Weisdorf D, Khoury HJ, Saber W (2016). "Does FLT3 Mutation Impact Survival after Hematopoietic Cell Transplant for AML? A CIBMTR Analysis" Cancer 122:3005-3014

43. Yam C, Crisalli L, Luger SM, Loren AW, Hexner EO, Frey NV, Mangan JK, Gao A, Stadtmauer EA, Porter DL, **Reshef R** (2016). "Unrelated Donors are Associated with Improved Relapse Free Survival Compared to Related Donors in Patients with Myelodysplastic Syndrome Undergoing Reduced Intensity Allogeneic Stem-Cell Transplantation" Am J Hematol 91:883-887

44. Lazaryan A, Wang T, Spellman SR, Wang HL, Pidala J, Nishiori T, Askar M, Olsson R, Oudshoorn M, Abdel-Azim H, Yong A, Gandhi M, Dandoy C, Savani B, Hale G, Pag K, Bitan M, **Reshef R**, Drobyski W, Marsh S, Schultz K, Muller CR, Fernandez-Vina MA, Verneris MR, Horowitz MM, Arora M, Weisdorf DJ, Lee SJ (2016). "HLA supertype matching after myeloablative hematopoietic cell transplantation with 7/8 matched unrelated donor allografts: A report from the Center for International Blood and Marrow Transplant Research (CIBMTR)" Haematologica 101:1267-1274

45. Lefebvre E, Moyle G, **Reshef R**, Richman LP, Thompson M, Hong F, Chou HI, Hashiguchi T, Plato C, Poulin D, Richards T, Yoneyama H, Jenkins H, Wolfgang G, Friedman SL (2016). "Antifibrotic Effects of the Dual CCR2/CCR5 Antagonist Cenicriviroc in Animal Models of Liver and Kidney Fibrosis" PLOS One 11:e0158156

46. Luskin MR, Carroll M, Lieberman D, Morrissette JD, Zhao J, Crisalli L, Roth DB, Luger SM, Porter DL, **Reshef R** (2016). "Clinical Utility of Next Generation Sequencing for Oncogenic Mutations in AML Patients Undergoing Allogeneic Stem Cell Transplantation" Biol Blood Marrow Transplant 22:1961-1967

47. Karimi M, Bryson JL, Richman LP, Fesnak AD, Leichner TM, Satake A, Vonderheide RH, Raulet DH, **Reshef R**, Kambayashi T (2015). "NKG2D expression by CD8+ T-cells contributes to GVHD and GVT effects in a murine model of allogeneic HSCT" Blood 125:3655-3663

48. Ganetsky A, Miano TA, Hughes ME, Vonderheide RH, Porter DL, **Reshef R** (2015). "Lack of a Significant Pharmacokinetic Interaction Between Maraviroc and Tacrolimus in Allogeneic Hematopoietic Stem Cell Transplant Recipients." J Antimicrob chemother 70:2078-2083

49. Bagley SJ, Sehgal AR, Frey NV, Gill S, Hexner EO, Loren AW, Mangan JK, Porter DL, Stadtmauer EA, **Reshef R**, Luger SM (2015). "Acute Cholecystitis Is a Common Complication Following Allogeneic SCT and Is Associated With Use of Total Parenteral Nutrition" Biol Blood Marrow Transplant 21:768-771

50. Goyal S, Zhang M, Wang H, Akpek G, Copelan E, Freytes C, Gale R, Hamadani M, Inamoto Y, Kamble R, Lazarus H, Marks D, Nishihori T, Olsson R, **Reshef R**, Ritchie D, Saber W, Savani B, Seber A, Shea T, Tallman M, Wirk B, Bunjes D, Devine S, de Lima M, Weisdorf D, Uy G (2015). "Allogeneic Hematopoietic Cell Transplant for AML: No Impact of Pre-transplant Extramedullary Disease on Outcome" Bone Marrow Transplant 50:1057-1062

Ran Reshef, MD, MSc                                                                                    Page 18

51. Luskin MR, Heil DS, Tan KS, Choi SM, Stadtmauer EA, Schuster SJ, Porter DL, Vonderheide RH, Bagg A, Heitjan DF, Tsai DE, **Reshef R** (2015). "The Impact of EBV Status on Disease Characteristics and Outcomes of Post-Transplantation Lymphoproliferative Disorder in Adult Solid Organ Transplant Recipients" Am J Transplant 15:2665-2673

52. Urbano Ispizua A, Pavletic S, Flowers ME, Klein JP, Zhang M, Carreras J, Montoto S, Perales MA, Aljurf MD, Akpek G, Bredeson C, Costa L, Dandoy C, Freyetes C, Fung H, Peter R, Gibson J, Hamadani M, Hayashi RJ, Inamoto Y, Inwards DJ, Lazarus HM, Maloney DG, Martino R, Munker R, Nishihori T, Olsson R, Rizzieri DA, **Reshef R**, Saad A, Savani BN, Schouten HC, Smith S, Socie G, Wirk B, Yu L, Saber W (2015). "The Impact Of Graft versus Host Disease On Relapse Rate In Patients With Lymphoma Depends On The Histological Sub-Type And The Intensity Of The Conditioning Regimen" Biol Blood Marrow Transplant 21:1746-1753

53. Inamoto Y, Flowers MED, Wang T, Urbano-Ispizua A, Hemmer MT, Cutler CS, Couriel DR, Alousi AM, Antin JH, Gale RP, Gupta V, Hamilton BK, Kharfan-Dabaja MA, Marks DI, Ringdén OTH, Socié G, Solh MM, Akpek G, Cairo MS, Chao NJ, Hayashi RJ, Nishihori T, **Reshef R**, Saad A, Shah A, Teshima T, Tallman MS, Wirk B, Spellman SR, Arora M, Martin PJ (2015). "Tacrolimus versus cyclosporine after hematopoietic cell transplantation for acquired aplastic anemia" Biol Blood Marrow Transplant 21:1776-1782

54. **Reshef R**, Huffman AP, Gao A, Luskin MR, Hexner EO, Loren AW, Frey NV, Stadtmauer EA, Luger SM, Mangan JK, Nasta SD, Gill SI, Sell M, Kambayashi T, Richman LP, Vonderheide RH, Mick R, Porter DL (2015). "High Graft CD8 Cell Dose Predicts Improved Survival and Enables Better Donor Selection In Allogeneic Stem-Cell Transplantation With Reduced-Intensity Conditioning" J Clin Oncol 33:2392-2398

55. **Reshef R**, Hexner EO, Loren AW, Frey NV, Stadtmauer EA, Luger SM, Mangan JK, Gill SI, Vassilev P, Lafferty KA, Smith J, Van Deerlin VM, Mick R, Porter DL (2014). "Early donor chimerism levels predict relapse and survival after allogeneic stem-cell transplantation with reduced intensity conditioning." Biol Blood Marrow Transplant 20:1758-1766

56. Karuturi M, Shah N, Frank D, Fasan O, **Reshef R**, Ahya VN, Bromberg M, Faust T, Goral S, Schuster SJ, Stadtmauer EA, Tsai DE (2013). "Plasmacytic Post-transplant Lymphoproliferative Disorder: A Case Series of Nine Patients." Transpl Int 26:616-622

57. Kumar AJ, Hexner EO, Frey NV, Luger SM, Loren AW, **Reshef R**, Boyer J, Smith J, Stadtmauer EA, Levine BL, June CH, Porter DL, Goldstein SC (2013). "Pilot Study of Prophylactic Ex Vivo Co-Stimulated Donor Leukocyte Infusion After Reduced Intensity Conditioned Allogeneic Stem Cell Transplantation." Biol Blood Marrow Transplant 19:1094-1101

58. Kremer BE, **Reshef R**, Misleh J, Christie JD, Ahya VN, Blumenthal NP, Kotloff RM, Hadjiliadis D, Stadtmauer EA, Schuster SJ, Tsai DE (2012). "Post-Transplant Lymphoproliferative Disorder Following Lung Transplantation: A Review of 35 Cases." J Heart Lung Transplant 31:296-304

59. Tizon R, Frey NV, Heitjan DF, Tan KS, Goldstein SG, Hexner EO, Loren A, Luger SM, **Reshef R**, Tsai D, Vogl D, Vozinak M, Fuchs B, Stadtmauer EA, Porter DL (2012). "High Dose Corticosteroids With or Without Etanercept for the Treatment of Idiopathic Pneumonia Syndrome after Allo-SCT." Bone Marrow Transplant 47:1332-1337

Ran Reshef, MD, MSc                                                                                    Page 19

60. Hardy NM, Fellowes V, Rose JJ, Hakim FT, Odom J, Pittaluga S, Steinberg SM, Blacklock-Schuver B, Avila DN, Memon S, Kurlander RJ, Khuu HM, Stetler-Stevenson M, Mena Gonzalez E, Dwyer AJ, Levine BL, June CH, **Reshef R**, Vonderheide RH, Gress RE, Fowler DH, Hakim FT, Bishop MR (2012). "Costimulated tumor-infiltrating lymphocytes are a feasible and safe alternative donor cell therapy for relapse after allogeneic stem cell transplantation." Blood 119:2956-2959

61. **Reshef R**, Luger SM, Hexner EO, Loren AW, Frey NV, Nasta, SD, Goldstein SC, Stadtmauer EA, Smith J, Bailey S, Mick R, Heitjan DF, Emerson SG, Hoxie J, Vonderheide RH, Porter DL (2012). "Effect of Blocking Lymphocyte Chemotaxis on Visceral Graft-vs-Host Disease." N Engl J Med 367:135-145

62. **Reshef R**, Vardhanabhuti S, Luskin MR, Heitjan DF, Hadjiliadis D, Goral S, Krok KL, Goldberg LR, Porter DL, Stadtmauer EA, Tsai DE (2011). "Reduction of Immunosuppression as Initial Therapy for Post-Transplantation Lymphoproliferative Disorder." Am J Transplant 11:336-347

63. Rager A, Frey N, Goldstein SC, **Reshef R**, Hexner EO, Loren A, Luger SM, Perl A, Tsai D, Davis J, Vozniak M, Smith J, Stadtmauer EA, Porter DL (2011). "Inflammatory Cytokine Inhibition with Combination Daclizumab and Infliximab for Steroid Refractory Acute Graft-Versus-Host Disease." Bone Marrow Transplant 46:430-435

64. **Reshef R**, Luskin MR, Kamoun M, Vardhanabhuti S, Tomaszewski JE, Stadtmauer EA, Porter DL, Heitjan DF, Tsai DE (2011). "Association of HLA Polymorphisms with Post-Transplant Lymphoproliferative Disorder in Solid-Organ Transplant Recipients." Am J Transplant 11:817-825

65. Beatty GL, Smith JS, **Reshef R**, Patel KP, Colligon TA, Vance BA, Frey NV, Johnson FB, Porter DL, Vonderheide RH (2009). "Functional unresponsiveness and replicative senescence of myeloid leukemia antigen- specific CD8+ T cells after allogeneic stem cell transplantation." Clin Cancer Res 15:4944-4953

66. **Reshef R**, Schwartz D, Ingbar M, Shtabsky A, Chernichovski T, Isserlin BA, Chernin G, Levo Y, Schwartz IF (2008). "A profound decrease in maternal arginine uptake provokes endothelial nitration in the pregnant rat." Am J Physiol Heart Circ Physiol 294:H1156-163

67. Ingbir M, Schwartz IF, Shtabsky A, Filip I, **Reshef R**, Chernichovski T, Iaina N, Rozovski U, Levo Y, Schwartz D (2008). "Rosiglitazone improves aortic arginine transport, through inhibition of PKC-α, in uremic rats." Am J Physiol Renal Physiol 295:F471-477

68. Schwartz IF, Ingbir M, Chernichovsky T, **Reshef R**, Chernin G, Litvak A, Weinstein T, Levo Y, Schwartz D (2007). "Arginine uptake is attenuated, through post-translational regulation of cationic amino acid transporter-1, in hyperlipidemic rats". Atherosclerosis 194:357-363

69. Schwartz IF, Ayalon R, Chernichovski T, **Reshef R**, Chernin G, Weinstein T, Litvak A, Levo Y, Schwartz D (2006). "Arginine Uptake is Attenuated, Through Modulation of Cationic Amino Acid Transporter-1, in Uremic Rats". Kidney International 69:298-303

70. Schwartz IF, Chernichovsky T, Hagin D, Ingbir M, **Reshef R**, Chernin G, Levo Y, Schwartz D (2006). "Differential regulation of L-arginine transporters (cationic amino acid transporter-1 and -2) by peroxynitrite, in rat mesangial cells". Nephrol Dial Transplant 21:3409-3414

Ran Reshef, MD, MSc                                                                                                    Page 20

## Case Reports:

1. Macesic N, Laplante JM, Aaron JG, DiMango EA, Miko B, Pereira MR, **Reshef R**, St. George K (2020). "Baloxavir treatment of oseltamivir-resistant influenza A/H1pdm09 in two immunocompromised patients". Transplant Infect Dis (In Press)
2. Bansal R, Sawas A, Jurcic J, Mapara MY, **Reshef R** (2019). "Chimeric Antigen Receptor T cells for treatment of transformed Waldenström macroglobulinemia". Leukemia Lymphoma 61:465-468
3. **Reshef R**, Levo Y, Giladi M (2007). "African tick bite fever in a returned traveler". Isr Med Assoc J 9:680-681

## Books and Chapters:

1. Van Deerlin VM, **Reshef R** (2016). "Chimerism Testing in Allogeneic Hematopoietic Stem-Cell Transplantation". In: Molecular pathology in clinical practice. Oncology. 2nd edition. 823-848
2. **Reshef R**, Morgans AK, Tsai DE (2010) "Post-transplant lymphoproliferative disorder". In: Lazarus HM & Laughlin MJ, eds. Allogeneic stem cell Transplantation: Clinical Research and Practice. 2nd edition. NJ, USA: Humana Press. 597-618

## Reviews and Editorials:

1. Bansal R, **Reshef R** (2020). "Revving the CAR – Combination Strategies to Enhance CAR T Cell Effectiveness". Blood Reviews (In Press)
2. **Reshef R** (2021). "Peripheral Blood Stem-Cell Grafts in Allogeneic Hematopoietic Cell Transplantation: It is not all about the CD34 dose". Transfusion and Apheresis Science (In Press)
3. Mishkin AD, Mapara MY, Barhaghi M, **Reshef R** (2020). "Fertility Concerns and Care for Stem Cell Transplant Candidates with Sickle Cell Disease". Biol Blood Marrow Transplant 26:e192-e197
4. Mishkin AD, Mapara MY, **Reshef R** (2018). "Iatrogenic Infertility After Curative Stem Cell Transplantation in Sickle Cell Disease Patients". Ann Intern Med 168:881-882
5. Nagle SJ, **Reshef R**, Tsai DE (2017). "Posttransplant Lymphoproliferative Disorder in Solid Organ and Hematopoietic Stem Cell Transplantation". Clin Chest Med 38:771-783
6. **Reshef R**, Tsai DE (2016). "Shaping the molecular landscape of Post-Transplantation Lymphoproliferative Disorders". Am J Transplant 16:379-380
7. Widman A, **Reshef R** (2016). "Precision in donor selection: identifying ideal stem-cell donors through their T-cells". Exp Hematol 44:1020-1023
8. **Reshef R**, Porter DL (2015). "Reduced-intensity conditioned allogeneic SCT in adults with AML". Bone Marrow Transplant 50:759-769

Ran Reshef, MD, MSc                                                                                   Page 21

9. Harris AC, Young R, Devine S, Hogan W, Ayuk F, Burwarasate U, Chanswangphuwana C, Efebera Y, Holler E, Litzow M, Ordermann R, Qayed M, Renteria A, **Reshef R**, Wolfl M, Chen YB, Goldstein S, Jagasia M, Locatelli F, Mielke S, Porter DL, Schechter T, Shekhovtsova Z, Ferrara JLM, Levine JE (2015). "International, Multicenter Standardization of Acute Graft-versus-Host Disease Clinical Data Collection: A Report from the Mount Sinai Acute GVHD International Consortium". Biol Blood Marrow Transplant 22:4-10

10. Levine JE, Hogan WJ, Harris AC, Litzow MR, Efebra YA, Devine SM, **Reshef R**, Ferrara JLM (2014). "Improved accuracy of acute graft-versus-host disease staging among multiple centers" Best Prac Res Clin Haematol 27:283-287

11. **Reshef R** (2012). "Prevention of graft-versus-host disease." Clin Adv Hematol Oncol 10:663-665

12. Morgans AK*, **Reshef R***, Tsai DE (2010) "PTLD following kidney transplantation." Am J Kidney Dis 55:168-180 *Equal contribution

13. **Reshef R**, Tsai DE (2008) "Rituximab for PTLD of the CNS: Is it a 'no-brainer'?" Onkologie 31:650-651


**Abstracts:**

1. Putta S, Young BA, Ho VT, **Reshef R**, Nakamura R, Strouse C, Perales MA, Howard A, Pine P, Shi J, Zhang P, Levine JE, Saber W: Prognostic Biomarker Signature for Hepatic Veno-Occlusive Disease/Sinusoidal Obstruction Syndrome (VOD/SOS) in Recipients of Myeloablative (MA) Allogeneic Hematopoietic Cell Transplantation (HCT). March 2021 Notes: Oral presentation at the 47th Annual Meeting of EBMT

2. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: ZUMA-5 Phase 2 Study of Axicabtagene Ciloleucel in Relapsed/Refractory Indolent Non-Hodgkin Lymphoma. March 2021 Notes: Japan Society for Hematopoietic Cell Transplantation - 43rd Annual Meeting

3. Torno L, Dahlberg A, Ghobadi A, Stiff P, **Reshef R**, Weng WK, Navarro WH, Gamelin L, Dinavahi R, Sun Y, Guzman-Becerra N, Prockop SE: Clinical Experience of Tabelecleucel in Patients with Life-Threatening Complications of Epstein–Barr Virus Viremia. February 2021 Notes: Poster presentation at the Transplantation and Cellular Therapy Meetings

4. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Rosenblatt J, Rossi JM, Goyal L, Plaks V, Yang Y, Lee J, Godfrey W, Vezan R, Avanzi MP, Neelapu SS: Primary Analysis of ZUMA-5: A Phase 2 Study of Axicabtagene Ciloleucel (Axi-Cel) in Patients (Pts) with Relapsed/Refractory (R/R) Indolent Non-Hodgkin Lymphoma (iNHL). February 2021 Notes: Oral presentation at the Transplantation and Cellular Therapy Meetings

5. Putta S, Young BA, Ho VT, **Reshef R**, Nakamura R, Strouse C, Perales MA, Howard A, Pine P, Shi J, Zhang P, Levine JE, Saber W: Prognostic Biomarker Signature for Hepatic Veno-Occlusive Disease/Sinusoidal Obstruction Syndrome (VOD/SOS) in Recipients of Myeloablative (MA) Allogeneic Hematopoietic Cell Transplantation (HCT). February 2021 Notes: Oral presentation at the Transplantation and Cellular Therapy Meetings

Ran Reshef, MD, MSc                                                                                   Page 22

6.  Xu B, Gordillo CA, Delille EM, Malendrakis S, Assal A, Mapara MY, **Reshef R**: Improved Antibody Responses to DTaP over Tdap in Adult Hematopoietic Cell Transplant Recipients. February 2021 Notes: Poster presentation at the Transplantation and Cellular Therapy Meetings. **Selected for the Poster Highlights Session.**

7.  Harle DW, Gonzales RJM, Rozenberg FD, Matschiner A, Bansal R, Lagana SM, Ma H, Pinker E, Belay KS, Wang XK, Thomas T, Mapara MY, Uhlemann AC, Zhang Y, **Reshef R**: Glucagon-like Peptide-2 (GLP-2) Treatment Reduces Gvhd-Related Mortality in a Pre-Clinical Transplant Model Via Expansion of Macrophages with Tolerogenic Potential. December 2020 Notes: Oral presentation at the 62nd Virtual ASH Annual Meeting

8.  Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Munshi PN, Casulo C, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Rosenblatt J, Rossi JM, Goyal L, Plaks V, Yang Y, Lee J, Godfrey W, Vezan R, Avanzi MP, Neelapu SS: Primary Analysis of ZUMA-5: A Phase 2 Study of Axicabtagene Ciloleucel (Axi-Cel) in Patients With Relapsed/Refractory (R/R) Indolent Non-Hodgkin Lymphoma (iNHL). December 2020 Notes: Oral presentation at the 62nd Virtual ASH Annual Meeting

9.  Gooptu M, St. Martin A, Romee R, Arora M, Al Malki MM, Antin JH, Bredeson C, Brunstein CG, Chhabra S, Fuchs EJ, Ghosh N, Grunwald MR, Inamoto Y, Kanakry CG, Kekre N, McGuirk JP, McNiece IK, Mehta RS, Mielcarek M, Milano F, Modi D, **Reshef R**, Schroeder MA, Soiffer RJ, Solomon SR, Waller EK, Eapen M: Comparison of Outcomes after Haploidentical Relative and HLA Matched Unrelated Donor Transplantation with Post-Transplant Cyclophosphamide Containing Gvhd Prophylaxis Regimens. December 2020 Notes: Oral presentation at the 62nd Virtual ASH Annual Meeting

10. Torno L, Dahlberg A, Ghobadi A, Stiff P, **Reshef R**, Weng WK, Navarro W, Gamelin L Dinavahi R, Sun Y, Guzman-Becerra N, Prockop S: Clinical Experience of Tabelecleucel in Patients with Life-Threatening Complications of Epstein-Barr Virus Viremia. December 2020 Notes: Poster presentation at the 62nd Virtual ASH Annual Meeting

11. Lopez Bujanda ZA, Obradovic A,; Nirschl T, O'Donnell T; Laserson U; Macedo-Gonzales R, **Reshef R**, Yuan T, Soni M; Antonarakis ES, Larman B, Muranski P, Drake CG: A Novel Prostate-Restricted Tumor-Associated Antigen: A Potential Therapeutic Target. November 2020 Notes: Poster Presentation at the 35th Annual Meeting of the Society for Immunotherapy of Cancer

12. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: Interim analysis of ZUMA-5: A phase II study of axicabtagene ciloleucel (axi-cel) in patients (pts) with relapsed/refractory indolent non-Hodgkin lymphoma (R/R iNHL). September 2020 Notes: Poster Presentation at the Society of Hematologic Oncology – Virtual 8th Annual Meeting

13. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: Interim analysis of ZUMA-5: A phase II study of axicabtagene ciloleucel (axi-cel) in patients (pts) with relapsed/refractory indolent non-Hodgkin lymphoma (R/R iNHL). May 2020 Notes: Oral Presentation at the American Society of Clinical Oncology Virtual Annual Meeting

Ran Reshef, MD, MSc                                                                                          Page 23

14. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: Interim analysis of ZUMA-5: A phase II study of axicabtagene ciloleucel (axi-cel) in patients with relapsed/refractory indolent non-Hodgkin lymphoma (R/R iNHL). June 2020 Notes: Oral Presentation at the European Hematology Association 25th Virtual Congress

15. Prockop S, **Reshef R**, Tsai DE, Bunin N, Abu-Arja R, Mahadeo KM, Weng WK, Van Besien K, Loeb D, Nasta SD, Nemecek ER, Hiremath M, Ye W, Yue S, Navarro WH, Nikiforow S: Long-Term Outcomes of Patients with Epstein-Barr Virus-Driven Post-Transplant Lymphoproliferative Disease Following Solid Organ Transplant or Allogeneic Hematopoietic Cell Transplant Treated with Tabelecleucel in an Expanded Access Program Study. June 2020 Notes: Oral Presentation at the American Transplant Congress, Philadelphia, PA

16. Pasin C, **Reshef R**, Yates A: Use Of Variable Selection Methods To Identify Clinical And Immunological Factors Associated With The Clinical Outcome Of Patients Following Allogeneic Hematopoietic Stem Cell Transplantation. August 2020 Notes: Poster Presentation at The 46th Virtual Annual Meeting of the European Society for Blood and Marrow Transplantation

17. Bansal R, Gordillo CA, Abramova R, Assal A, Mapara MY, **Reshef R**: Extended Letermovir Administration, Beyond Day 100, Is Effective for CMV Prophylaxis in Patients with Graft Versus Host Disease. February 2020 Notes: Poster Presentation at the Transplantation and Cellular Therapies Meeting, Orlando, FL

18. Srinagesh HK, Ozbek U, Kapoor U, Ayuk F, Aziz M, Ben-David K, Choe HK, DeFilipp Z, Etra A, Grupp SA, Hartwell MJ, Hexner EO, Hogan WJ, Kitko CL, Kowalyk S, Lin JY, Major-Monfried H, Mielke S, Merli P, Morales G, Ordemann R, Pulsipher MA, Qayed M, Reddy P, **Reshef R**, Roesler W, Sandhu KS, Schechter-Finkelstein T, Shah J, Sigel K, Weber D, Wolfl M, Wudhikarn K, Young R, Levine JE, Ferrara JLM: The MAGIC Algorithm Probability (MAP) Is a Validated Response Biomarker of Treatment for Acute Graft-Versus-Host Disease. February 2020 Notes: Oral Presentation at the Transplantation and Cellular Therapies Meeting, Orlando, FL

19. Prockop S, **Reshef R**, Tsai DE, Bunin N, Abu-Arja R, Mahadeo KM, Weng WK, Van Besien K, Loeb D, Nasta SD, Nemecek ER, Hiremath M, Ye W, Yue S, Navarro WH, Nikiforow S: Long-Term Outcomes of Patients with Epstein-Barr Virus-Driven Post-Transplant Lymphoproliferative Disease Following Solid Organ Transplant or Allogeneic Hematopoietic Cell Transplant Treated with Tabelecleucel in a Multicenter Expanded Access Program Study. February 2020 Notes: Oral Presentation at the Transplantation and Cellular Therapies Meeting, Orlando, FL

20. Srinagesh HK, Ozbek U, Kapoor U, Ayuk F, Aziz M, Ben-David K, Choe HK, DeFilipp Z, Etra A, Grupp SA, Hartwell MJ, Hexner EO, Hogan WJ, Kitko CL, Kowalyk S, Lin JY, Major-Monfried H, Mielke S, Merli P, Morales G, Ordemann R, Pulsipher MA, Qayed M, Reddy P, **Reshef R**, Roesler W, Sandhu KS, Schechter-Finkelstein T, Shah J, Sigel K, Weber D, Wolfl M, Wudhikarn K, Young R, Levine JE, Ferrara JLM: The MAGIC Algorithm Probability (MAP): A Novel Laboratory Biomarker for the Response to Treatment of Acute Graft-Versus-Host Disease. December 2019 Notes: Oral Presentation at the 61st ASH Annual Meeting, Orlando, FL

Ran Reshef, MD, MSc                                                                                      Page 24

21. Bansal R, Park H, Taborda C, Gordillo C, Mapara MY, Assal A, Uhlemann AC, **Reshef R**: Autologous Transplant Recipients Have a Healthier Gut Microbiota at Baseline and Faster Recovery from Microbiome Injury Compared to Allogeneic Transplant Recipients. December 2019 Notes: Poster Presentation at the 61st ASH Annual Meeting, Orlando, FL

22. Prockop S, **Reshef R**, Tsai DE, Bunin N, Abu-Arja R, Mahadeo KM, Weng WK, Van Besien K, Loeb D, Nasta SD, Nemecek ER, Hiremath M, Ye W, Yue S, Navarro WH, Nikiforow S: Long-Term Outcomes of Subjects with Epstein-Barr Virus-Driven Post-Transplant Lymphoproliferative Disorder (EBV⁺PTLD) Following Solid Organ (SOT) or Allogeneic Hematopoietic Cell Transplants (HCT) Treated with Tabelecleucel on an Expanded Access Program. December 2019 Notes: Poster Presentation at the 61st ASH Annual Meeting, Orlando, FL

23. Assal A, George D, Bhatia M, Bhutani D, Gordillo C, Lentzsch S, **Reshef R**, Mapara MY: Excellent Survival and Immune Reconstitution Following Matched/Mismatched Unrelated and Mismatched Related Transplantation in Adult Patients with Sickle Cell Disease: Updated Results from a Single Center Experience. December 2019 Notes: Poster Presentation at the 61st ASH Annual Meeting, Orlando, FL

24. Macedo-Gonzales RJM, Harle D, Wang XW, Matschiner A, **Reshef R**: Co-expression of effector T-cell–associated chemokine receptors define T-cell subsets with different roles in antitumor response and toxicity of dual checkpoint blockade. November 2019 Notes: Poster Presentation at AACR Special Conference on Tumor Immunology and Immunotherapy, Boston, MA

25. Levin S, Diaconu C, Straus Farber R, De Jager P, **Reshef R**, Riley C: Central Meningioma Necrosis after CAR T-Cell Therapy: A Case Report. May 2019 Notes: Poster Presentation at American Academy of Neurology Annual Meeting, Philadelphia, PA

26. **Reshef R**, Saber W, Bolanos-Meade J, Chen GL, Chen YB, Ho VT, Ponce DM, Nakamura R, Martens MJ, Hansen JA, Levine JE: Acute Gvhd Diagnosis and Adjudication in a Multicenter Trial – a Report from the BMT CTN 1202 Biorepository Study. February 2019 Notes: Oral Presentation at the Transplantation and Cellular Therapies Meeting, Houston, TX

27. Assal A, Howard N, Jiang SY, Kaiser A, Prinzing S, Shamehdi C, Fan W, Gordillo CA, Schwartz J, **Reshef R**, Mapara MY: Diagnosis of Light Chain Amyloidosis Is the Primary Risk Factor for Engraftment Syndrome after Autologous Stem Cell Transplant in a Contemporary Cohort. February 2019 Notes: Poster Presentation at the Transplantation and Cellular Therapies Meeting, Houston, TX

28. Assal A, Howard N, Kaiser A, Prinzing S, Shamehdi C, Jiang SY, Zhu Z, Chiuzan C, Gordillo CA, Schwartz J, **Reshef R**, Mapara MY: Pre-Apheresis Peripheral Blood CD34+ Cell Count Obviates Need for Pre-Emptive Plerixafor in Half of Patients Undergoing Stem Cell Mobilization.. February 2019 Notes: Poster Presentation at the Transplantation and Cellular Therapies Meeting, Houston, TX

29. Etra A, Gergoudis S, Morales G, Kowalyk S, Lin JY, J, Kapoor U, Aziz M, Pawarode A, Ayuk F, Holler E, Choe H, Chen YB , Rösler W, Qayed M, Hogan WJ, Wolfl M, Hexner EO, Merli P, Kitko CL, Al Malki MM, **Reshef R**, Wudhikarn K, Ordemann R, Pulsipher MA, Mielke S, Schechter T, Ozbek U, Ferrara J, Levine JE: Comparison of Gvhd Biomarker Algorithms for Predicting Lethal Gvhd and Non-Relapse Mortality. February 2019 Notes: Poster Presentation at the Transplantation and Cellular Therapies Meeting, Houston, TX

Ran Reshef, MD, MSc                                                                    Page 25

30. Aziz MD, Shah J, Kapoor U, Dimopoulos CN, Ayuk FA, Hogan WJ, Schreiner E, Choe HK, Chen YB, Hexner EO, Etra A, Merli P, Roesler W, Kitko C, Qayed M, Wölfl M, Mielke S, Wudhikarn K, Nakamura R, Ordemann R, Pulsipher MA, **Reshef R**, Anand S, Yanik G, Morales G, Kowalyk S, Young R, Kroeger N, Schechter-Finkelstein T, Hartwell M, Gergoudis S, Augustine A, Ozbek U, Levine JE, Ferrara JLM: Serial Biomarker Monitoring Early after HCT Identifies Different Risks for Relapse and Graft-Vs-Host Disease. December 2018 Notes: Oral Presentation at the 60th ASH Annual Meeting, San Diego, CA

31. Wang Y, He S, Liu Y, Hooper R, Yu H, Tian Y, Sun H, **Reshef R**, Hexner EO, Soboloff J, Zhang Y: Stim1 Deletion Synthetically Rescues Ezh2-Null Effector T Cells and Alloimmunity. December 2018 Notes: Poster Presentation at the 60th ASH Annual Meeting, San Diego, CA

32. Mishkin AD, Mapara MY, **Reshef R**, Schmajuk M, Shapiro PA: SIPAT scores predict delirium in hematopoietic stem cell transplant recipients. June 2018 Notes: Poster Presentation at the American Delirium Society 2018 Annual Conference, San Francisco, CA.

33. Prockop SE, Li A, Baiocchi R, Bunin NJ, Mahadeo KM, Nemecek ER, Nikiforow S, **Reshef R**, Tsai DE, Navarro WH, O'Reilly RJ: Efficacy and Safety of ATA129, Partially Matched Allogeneic Third-Party Epstein-Barr Virus-Targeted Cytotoxic T Lymphocytes in a Multicenter Study for Post-Transplant Lymphoproliferative Disorder. February 2018 Notes: Oral Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

34. Blanco M, Gordillo CA, Mapara MY, Satwani P, **Reshef R**: Healthcare Resource Utilization for Patients Undergoing Autologous Stem Cell Transplantation: Identification of Cost Drivers. February 2018 Notes: Poster Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

35. Mishkin AD, Mapara MY, **Reshef R**, Lopez-Pontado S, Shapiro PA: Psychosocial Evaluation before Hematopoietic Stem Cell Transplantation Predicts Adherence Outcomes. February 2018 Notes: Poster Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

36. Gordillo CA, Parmar S, Delille EM, Assal A, Mapara MY, **Reshef R**: Gastrointestinal Toxicity of High-Dose Melphalan in Autologous Stem Cell Transplantation: Identification of Risk Factors and a Benchmark for Experimental Therapies. February 2018 Notes: Poster Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

37. Bolaños-Meade J*, **Reshef R**\* (Equal contributors), Fraser R, Fei M, Abhyankar S, Al-Kadhimi Z, Alousi AM, Antin JA, Damon L, Efebera Y, Geller N, Giralt S, Hari P, Jacobson D, Jones RJ, Liesveld J, Logan B, MacMillan M, Makowski M, Mawby D, Mielcarek M, Noel P, Pidala J, Porter D, Weisdorf D, Wu J, Pasquini MC*, Koreth J*, on behalf of the BMT CTN: Novel Approaches for Graft-Versus-Host Disease (GvHD) Prophylaxis: Primary Results of Progress I Multicenter Trial of Matched Allogeneic Hematopoietic Cell Transplantation (alloHCT) Using Reduced Intensity Conditioning (RIC) BMT CTN 1203. February 2018 Notes: Late-Breaking Abstract Oral Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

38. Prockop SE, Li A, Baiocchi R, Bunin NJ, Mahadeo KM, Nemecek ER, Nikiforow S, **Reshef R**, Tsai DE, Navarro WH, O'Reilly RJ: Efficacy and Safety of ATA129, Partially Matched Allogeneic Third-Party Epstein-Barr Virus-Targeted Cytotoxic T Lymphocytes in a Multicenter Study for Post-Transplant Lymphoproliferative Disorder. December 2017 Notes: Poster Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

Ran Reshef, MD, MSc                                                                                          Page 26

39. Brunstein CG, Pasquini MC, Kim S, Fei M, Artz A, Battiwalla M, Bejanyan N, Gale RP, Hematti P, Lahoud OB, De Lima M, **Reshef R**, Rotz SJ, Savani BN, Schouten HC, Mineishi S, Rogosheske J, Perales MA: The Effect of Conditioning Regimen Dose Reduction in Obese Patients Undergoing Autologous Transplantation. December 2017 Notes: Poster Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

40. He S, Liu Y, Meng L, Sun H, Wang Y, Ji Y, Purushe J, Chen P, Li C, Madzo J, Issa JP, Soboloff J, **Reshef R**, Moore B, Gattinoni L, Zhang Y: The Phosphorylation State of Ezh2 Determines Its Capacity to Maintain CD8+ Memory T Cells for Antitumor Immunity. December 2017 Notes: Poster Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

41. Tsai DE, Huntington S, **Reshef R**, Shaked A, Bloom R, Ahya V, Goldberg L, Chung A, Debonera F, Schuster SJ, Bagley SJ: The Changing Face of Adult Posttransplant Lymphoproliferative Disorder: Dramatic Changes in Histology between 1999-2013. December 2017 Notes: Poster Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

42. He S, Tian Y, Liu Y, Wang Y, Blazar B, Wang XK, **Reshef R**, Zhang Y: Id3 Is Essential for Mediating Ezh2-Regulated Persistence of Alloreactive T Cells in GVHD Target Tissues in Mice. December 2017 Notes: Oral Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

43. Gordillo CA, Parmar S, Delille EM, Assal A, Mapara MY, **Reshef R**: Gastrointestinal Toxicity of High-Dose Melphalan in Autologous Stem Cell Transplantation: Identification of Risk Factors and a Benchmark for Experimental Therapies. June 2017 Notes: Oral Presentation at the Annual Meeting on Supportive Care in Cancer, Washington DC, USA.

44. Levine J, Ozbek U, Renteria AS, Major-Monfried H, Hartwell MJ, Aziz M, Pawarode A, Holler E, Hogan WJ, Efebera YA, Qayed M, Hexner EO, Wudhikarn K, Wolfl M, Ordemann R, Mielke S, Bunworasate U, Devine SM, Kroeger N, Al-Malki M, Chen YB, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Locatelli F, Nakamura R, Reddy PR, **Reshef R**, Roesler W, Weber D, Yanik G, Ferrara JLM: A Biomarker Algorithm Predicts Non-Relapse Mortality Before GVHD, at Diagnosis, and During Treatment. March 2017 Notes: Oral Presentation at the EBMT 43rd Annual Meeting, Marseilles, France.

45. Hartwell MJ, Ozbek U, Holler E, Renteria AS, Reddy PR, Aziz M, Hogan WJ, Ayuk FA, Efebera YA, Hexner EO, Bunworasate U, Qayed M, Ordemann R, Wolfl M, Mielke S, Pawarode A, Chen YB, Devine SM, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Kroeger N, Locatelli F,   Nakamura R, **Reshef R**, Roesler W, Weber D, Wudhikarn K, Yanik GA, Levine JE, Ferrara JLM: An Early Biomarker Algorithm Predicts Lethal Graft-Versus-Host Disease and Survival after Allogeneic Hematopoietic Cell Transplantation. February 2017 Notes: Poster Presentation at the BMT Tandem Meetings, Orlando, FL.

46. Major-Monfried H, Ozbek U, Renteria AS, Hartwell MJ, Pawarode A, Yanik GA, Ayuk FA, Holler E, Efebera YA, Hogan WJ, Qayed M, Hexner EO, Wudhikarn K, Wolfl M, Ordemann R, Mielke S, Bunworasate U, Devine SM, Kroeger N, Al-Malki M, Chen YB, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Locatelli F, Nakamura R, Reddy PR, **Reshef R**, Roesler W, Weber D, Ferrara JLM, Levine JE: Biomarkers Predict Graft-Vs-Host Disease Outcomes Better Than Clinical Response after One Week of Treatment. February 2017 Notes: Oral Presentation at the BMT Tandem Meetings, Orlando, FL.

47. **Reshef R**, Mangan JK, Luger SM, Loren AW, Hexner EO, Frey NV, Stadtmuer EA, McGraw J, Blauser R, Richman LP, Huffman AP, Crisalli LM, Ganetsky A, Acosta E, Hoxie J, Mick R, Vondeheide RH, Porter DL: Extended Course of Maraviroc, a CCR5 Antagonist, Is Safe and Effective in Graft-Versus-Host Disease Prophylaxis. Final Results of a Phase II Study. February 2017 Notes: Oral Presentation at the BMT Tandem Meetings, Orlando, FL.

48. Crisalli L, Frey NV, Hexner EO, Hinkle JT, Loren AW, Luger SL, Sell M, Stadtmauer EA, Porter DL, **Reshef R**: Higher Apheresis Blood Volumes Are Associated with a Reduction in Relapse Risk and Improved Survival in Patients Undergoing Reduced Intensity Allogeneic Transplants from Unrelated Donors, Potentially Due to Higher CD8 T-Cell Doses. Biol Blood Marrow Transplant February 2016 Notes: Poster Presentation at the BMT Tandem Meetings, Honolulu, HI.

49. Ganetsky A, Crisalli LM, Huffman AP, Acosta EP, Mangan JK, Luger SL, Loren AL, Hexner EO, Frey NV, Stadtmauer EA, Hoxie JA, Vonderheide RH, Porter DL, **Reshef R**: Maraviroc concentrations are highly predictive of acute graft-versus-host disease in reduced-intensity allogeneic hematopoietic stem cell transplantation. June 2016 Notes: Poster Presentation at the 21st Congress of the European Hematology Association , Copenhagen, Denmark. Awarded a Travel Award.

50. Gonzales RM, Huffman AH, Wang XK, **Reshef R**: Distinct chemokines and chemokine receptors control the trafficking of effector and regulatory cells into melanoma tumors in the setting of combined PD-1 and CTLA-4 blockade. November 2016 Notes: Poster Presentation at the 31st Annual Meeting of the Society for Immunotherapy of Cancer, National Harbor, MD.

51. Hartwell MJ, Ozbek U, Holler E, Renteria AS, Reddy PR, Aziz M, Hogan WJ, Ayuk FA, Efebera YA, Hexner EO, Bunworasate U, Qayed M, Ordemann R, Wolfl M, Mielke S, Pawarode A, Chen YB, Devine SM, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Kroeger N, Locatelli F, Nakamura R, **Reshef R**, Roesler W, Weber D, Wudhikarn K, Yanik GA, Levine JE, Ferrara JLM: An Early Biomarker Algorithm Predicts Lethal Graft-Versus-Host Disease and Survival after Allogeneic Hematopoietic Cell Transplantation. December 2016 Notes: Oral Presentation at the 58th ASH Annual Meeting, San Diego, CA.

52. Major-Monfried H, Ozbek U, Renteria AS, Hartwell MJ, Pawarode A, Yanik GA, Ayuk FA, Holler E, Efebera YA, Hogan WJ, Qayed M, Hexner EO, Wudhikarn K, Wolfl M, Ordemann R, Mielke S, Bunworasate U, Devine SM, Kroeger N, Al-Malki M, Chen YB, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Locatelli F, Nakamura R, Reddy PR, **Reshef R**, Roesler W, Weber D, Ferrara JLM, Levine JE: Biomarkers Predict Graft-Vs-Host Disease Outcomes Better Than Clinical Response after One Week of Treatment. December 2016 Notes: Oral Presentation at the 58th ASH Annual Meeting, San Diego, CA.

53. Soiffer RJ, Kim HT, McGuirk J, Horwitz ME, Johnston L, Patnaik MM, Rybka W, Artz A, Porter DL, Shea TC, Boyer MW, Maziarz RT, Jagasia MH, Shaughnessy PJ, Gergis U, Safah H, **Reshef R**, DiPersio JF, Stiff PJ, Vusirikala M, Szer J, Holter J, Levine JD, Martin PJ, Pidala JA, Lewis ID, Ho VT, Alyea EP, Ritz J, Glavin F, Westervelt P, Chen YB: A Prospective Randomized Double Blind Phase 3 Clinical Trial of Anti- T Lymphocyte Globulin (ATLG) to Assess Impact on Chronic Graft-Versus-Host Disease (cGVHD) Free Survival in Patients Undergoing HLA Matched Unrelated Myeloablative Hematopoietic Cell Transplantation (HCT). December 2016 Notes: Oral Presentation at the 58th ASH Annual Meeting, San Diego, CA.

54. Ganetsky A, Shah A, Miano TA, Hwang WT, He J, Frey NV, Porter DL, **Reshef R**: Higher Tacrolimus Concentrations Early Post-Transplant Reduce the Risk of Acute Graft-Versus-Host Disease in Reduced-Intensity Allogeneic Hematopoietic Stem Cell Transplantation. Biol Blood Marrow Transplant February 2015 Notes: Poster Presentation at the BMT Tandem Meeting, San Diego, CA.

55. Huffman AP, Richman LP, Porter DL, Vonderheide RH, **Reshef R**: Pharmacodynamic Assessment Shows That CCR5 Surface Expression May Serve As an Indicator for Effective CCR5 Blockade in Allogeneic Stem Cell Transplant (alloSCT) Recipients Treated with Maraviroc. Biol Blood Marrow Transplant February 2015 Notes: Poster Presentation at the BMT Tandem Meeting, San Diego, CA.

56. **Reshef R**, Huffman AP, Gao A, Sell M, Luskin M, Luger SM, Loren AW, Hexner EO, Nasta SD, Frey NV, Gill SI, Mangan JK, Richman LP, Kambayashi T, Stadtmauer EA, Vonderheide RH, Mick R, Porter DL: A Survival Benefit for Reduced Intensity Allogeneic Transplants from Young Unrelated Donors Compared to Older Sibling Donors Depends on the Graft CD8 T-Cell Content. Biol Blood Marrow Transplant February 2015 Notes: Oral Presentation at the BMT Tandem Meetings, San Diego, CA.

57. Miano TA, Ganetsky A, Porter DL, **Reshef R**: Serum Hemoglobin Is a Predictor of Tacrolimus Whole Blood Concentration in Hematopoietic Stem Cell Transplant Patients. March 2015 Notes: Poster Presentation at the Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics.

58. Singh N, Kumar AJ, Gao A, Luskin MR, Frey NV, Hexner EO, Loren AW, Luger SM, Stadtmauer EA, Porter DL, **Reshef R**: Higher total nucleated cell dose is associated with improved survival but not GVHD in patients receiving donor lymphocyte infusion after allogeneic stem cell transplantation. J Clin Oncol May 2015 Notes: Poster Presentation at the ASCO Annual Meeting.

59. Moy RH, Huffman AP, Richman LP, Crisalli L, Hoxie JA, Vonderheide RH, Porter DL, **Reshef, R**: Immunologic Effects of CCR5 Blockade in Graft-Versus-Host Disease Prophylaxis. Blood December 2015 Notes: Oral Presentation at the 57th ASH Annual Meeting, Orlando, FL. **Awarded an Outstanding Abstract Achievement Award for being the top ranking abstract in the Resident Category**.

60. Huang Q, He S, Tian Y, Li C, Gu Y, Chen P, Huang J, Liu Y, Jin M, Cao Q, **Reshef R**, Zhang Y, Zhang Y:   Pharmacological inhibition of Hsp90 destabilizes the histone methyltransferase Ezh2 in alloreactive T cells and reduces graft-versus-host disease while retaining anti-leukemic effects in mice. Blood December 2015 Notes: Oral Presentation at the 57th ASH Annual Meeting, Orlando, FL.

61. Meng L, Bai Z, He S, Mochzuki K, Liu Y, Purushe J, Sun H, Wang J, Yagita H, Mineishi S, Fung H, Yanik G, Caricchio R, Fan X, Crisalli L, **Reshef R**, Zhang Y, Zhang Y: The Notch ligand DLL4 defines a unique capability of human dendritic cells in regulating Th1 and Th17 differentiation. Blood December 2015 Notes: Poster Presentation at the 57th ASH Annual Meeting, Orlando, FL.

62. Mochizuki K, Meng L, Mochizuki I, Tong Q, He S, Liu Y, Purushe J, Sun H, Fung H, Zaidi R, **Reshef R**, Blazar BR, Yagita H, Mineishi S, Zhang Y: Programming of Donor T Cells Using Allogeneic Delta-like Ligand 4-Positive Dendritic Cells to Reduce Gvhd but Retain GVL Activity. Blood December 2015 Notes: Oral Presentation at the 57th ASH Annual Meeting, Orlando, FL.

63. Harris A, Young R, Devine S, Hogan WJ, Ayuketang FA, Bunworasate U, Efebra Y, Holler E, Litzow M, Ordermann R, Qayed M, Renteria A, **Reshef R**, Wolfl M, Chen YB, Jagasia M, Locatelli F, Mielke S, Porter DL, Schechter-Finkelstein T, Shekhovtsova Z, Ferrara, J, Levine JE: Guidelines for the Standardization of Acute Graft-Versus-Host Disease Clinical Data Collection: An International Consensus Report. Blood December 2015 Notes: Poster Presentation at the 57th ASH Annual Meeting, Orlando, FL.

Ran Reshef, MD, MSc                                                                                    Page 29

64. Yam C, Crisalli L, Luger SM, Loren AW, Hexner EO, Frey NV, Mamgan JK, Gao A, Stadtmauer EA, Porter DL, **Reshef R**: Unrelated Donors are Associated with Improved Relapse Free Survival Compared to Related Donors in Patients with Myelodysplastic Syndrome Undergoing Reduced Intensity Allogeneic Stem-Cell Transplantation. Blood December 2015 Notes: Poster Presentation at the 57th ASH Annual Meeting, Orlando, FL.

65. Ganetsky A, Miano TA, Hughes ME, Porter DL, **Reshef R**: An Evaluation of a Pharmacokinetic Interaction Between Tacrolimus and Maraviroc in Allogeneic Stem Cell Transplant Recipients. Biol Blood Marrow Transplant February 2014 Notes: Poster Presentation at the 2014 BMT Tandem Meetings, Dallas, TX

66. Ganetsky A, Richman LP, Frey NV, Vonderheide RH, Porter DL, **Reshef R**: Vitamin D Deficiency Predicts Acute Cutaneous Graft-Versus-Host Disease in Reduced-Intensity Allogeneic Hematopoietic Stem Cell Transplantation. Biol Blood Marrow Transplant February 2014 Notes: Poster Presentation at the 2014 BMT Tandem Meetings, Dallas, TX

67. **Reshef R**, Luger SM, Loren AW, Hexner EO, Nasta SD, Frey NV, Stadtmauer EA, Smith J, Porter DL: High CD8 Cell Doses Correlate with Reduced Relapse Risk and Improved Survival after Allogeneic Peripheral Blood Stem-Cell Transplantation with Reduced-Intensity Conditioning. Biol Blood Marrow Transplant February 2014 Notes: Poster Presentation at the 2014 BMT Tandem Meetings, Dallas, TX

68. Luskin M, Carroll M, Frey N, Loren A, Luger S, Mangan J, Perl A, Sloan C, Stadtmauer E, Bagg A, Daber R, Morrissette J, Roth D, Porter D, **Reshef R**: Next-generation sequencing to identify mutations that may predict outcome after allogeneic stem cell transplantation for AML. J Clin Onc June 2014 Notes: Poster Presentation at the 2014 ASCO Annual Meeting, Chicago, IL

69. **Reshef R**, Huffman AP, Gao A, Sell M, Luskin MR, Luger SM, Loren AW, Hexner EO, Nasta SD, Frey NV, Gill SI, Mangan J, Richman LP, Kambayashi T, Stadtmauer EA, Vonderheide RH, Porter DL: CD8 Cell Dose in Peripheral Blood Stem-Cell Grafts Correlates with Relapse and Survival after Reduced Intensity Allogeneic Stem-Cell Transplantation. Blood December 2014 Notes: Poster Presentation at the 56th ASH Annual Meeting, San Francisco, CA

70. **Reshef R**, Mangan JK, Luger SM, Loren AW, Hexner EO, Frey NV, Stadtmauer EA, Blauser RE, Richman LP, Huffman AP, Ganetsky A, Acosta EP, Hoxie JA, Mick R, Vonderheide RH, Porter DL: Extended CCR5 Blockade in Graft-Versus-Host Disease Prophylaxis - a Phase II Study. Blood December 2014 Notes: Poster Presentation at the 56th ASH Annual Meeting, San Francisco, CA

71. Heil DS, Luskin MR, Stadtmauer EA, Schuster SJ, Tsai DE, **Reshef R** (2013). "EBV-negative post-transplant lymphoproliferative disorder: Clinical characteristics, response to therapy, and survival." Poster Presentation at the 49th Annual Meeting of the ASCO, Chicago, IL, June 2013

72. **Reshef R**, Luger SM, Loren AW, Frey NV, Goldstein SC, Hexner EO, Stadtmauer EA, Smith J, Mick R, Heitjan DF, Emerson SG, Hoxie JA, Vonderheide RH, Porter DL (2011). "Feasibility, Safety and Efficacy of Maraviroc, a CCR5 Antagonist, in Graft-versus-Host Disease Prevention after Reduced Intensity Conditioned (RIC) Allogeneic Stem Cell Transplant (SCT): a Phase I/II Study." Poster Presentation at the BMT Tandem Meetings, Honolulu, HI, February 2011. Biol Blood Marrow Transplant (17 supp 2:495).

73. Tsai DE, Hagemann IS, Morrissette JJ, Daber R, Xu D, Schuster SJ, Bloom RD, Ahya VN, Jessup M, Makar GA, Chen S, **Reshef R** (2011). "Allograft versus non-allograft post-transplant lymphoproliferative disorder, characterization of two distinct subtypes as defined by presentation, histology, and outcome: A case series of 165 patients." Poster Presentation at the ASCO Annual Meeting, Chicago, IL, June 2011. J Clin Onc (29 supp 15:8054).

74. Kumar A, Frey NV, Vassilev P, Goldstein S, Hexner EO, Loren AW, **Reshef R**, Luger SM, Porter DL, Stadtmauer EA (2011). "Time from relapse after allogeneic stem cell transplantation (SCT) to donor leukocyte infusion (DLI) is longer, incidence of GVHD is higher, but survival is similar for recipients of unrelated DLI compared to matched sibling DLI." Poster Presentation at the ASCO Annual Meeting, Chicago, IL, June 2011. J Clin Onc (29 supp 15:6586).

75. Tsai K, Bloom J, Bloom R, **Reshef R**, Tsai DE (2011). "Posttransplant Lymphoproliferative Disorder in Kidney Transplant Patients: A report of 68 cases". Poster Presentation at the 53rd Annual ASH Meeting, San Diego, CA, December 2011. Blood (118:2662).

76. Hexner C, Luger S, Mangan J, Frey N, Jeschke G, Frank D, **Reshef R**, Loren A, Goldstein S, Schuster M, Nowaczyk K, Rosenbach M, Stadtmauer E, Levine B, June C, Emerson S, Porter D (2011). "A Phase 1 dose escalation study of infusion of ex vivo CD3/CD28 costimulated umbilical cord blood-derived T cells in adults undergoing transplantation for advanced hematologic malignancies". Poster Presentation at the 53rd Annual ASH Meeting, San Diego, CA, December 2011. Blood (118:3032).

77. **Reshef R**, Mick R, Vassilev P, Smith J, Hexner EO, Loren AW, Frey NV, Goldstein SC, Stadtmauer EA, Luger SM, Porter DL (2011). "Whole Blood Donor Chimerism At Day 30 After Reduced Intensity Conditioned Allogeneic Stem-Cell Transplantation Predicts Disease Relapse, and Is Strongly Associated with Pretransplant Lymphodepletion." Poster Presentation at the 53rd Annual ASH Meeting, San Diego, CA, December 2011. Blood (118:1939).

78. **Reshef R**, Luger SM, Hexner EO, Loren AW, Frey NV, Goldstein SC, Nasta SD, Stadtmauer EA, Smith J, Mick R, Heitjan DF, Hoxie JA, Emerson SG, Vonderheide RH, Porter DL (2011). "Inhibition of Lymphocyte Trafficking Using a CCR5 Antagonist – Final Results of a Phase I/II Study." Oral Presentation at the 53rd Annual ASH Meeting, San Diego, CA, December 2011. Blood (118:1011)

79. Tsai DE, Bloom R, Hagemann I, Ahya V, Jessup M, Makar G, Schuster S, Stadtmauer E, **Reshef R** (2010). "Allograft PTLD, A Distinct Type of PTLD As Defined by Presentation, Histology, and Outcome: A Case Series of 48 Patients." Oral Presentation at the American Transplant Congress, San Diego, CA, May 2010. Am J Transplant (10 suppl. 4:79).

80. Goldstein SC, Luger SM, Frey N, Perl A, Stadtmauer EA, Tsai DE, Loren A, Nasta S, Hexner E, **Reshef R**, Smith J, Hinkle J, Vassilev P, Vozniak MJ, Porter DL (2010). "Reduced Intensity Conditioning with Fludarabine/Busulfan 6.4mg/Kg Results In High Donor Chimerism and Low Toxicity In Both Related and Unrelated Allo-SCT for Hematologic Malignancies." Abstract at the 52nd Annual ASH Meeting, Orlando, FL, December 2010. Blood (116:4519).

81. Dinardo C, Goldstein SC, Schuster S, Perl A, Tsai DE, Frey NV, Hexner EA, **Reshef R**, Stadtmauer EA, Luger SM (2010). "Outcome of Hematopoietic Stem Cell Transplantation for Patients with Acute Myelogenous Leukemia with Relapsed or Refractory Disease." Poster Presentation at the 52nd Annual ASH Meeting, Orlando, FL, December 2010. Blood (116:2366).

Ran Reshef, MD, MSc                                                                                    Page 31

82. **Reshef R**, Luger SM, Loren AW, Frey NV, Goldstein SC, Hexner EO, Stadtmauer EA, Smith J, Mick R, Heitjan DF, Shetzline SE, Danet-Desnoyers GH, Emerson SG, Hoxie JA, Vonderheide RH, Porter DL (2010). "Prevention of Graft-Versus-Host Disease by Inhibition of Lymphocyte Trafficking Using a CCR5 Antagonist." Oral Presentation at the 52nd Annual ASH Meeting, Orlando, FL, December 2010. Blood (116:673).

83. **Reshef R**, Luskin M, Morgans AK, Pfanzelter N, Bloom RD, Brozena SC, Ahya VN, Olthoff KM, Tsai DE (2009). "EBV-negative PTLD: 20 year experience in a large transplant center." Oral Presentation at the American Transplant Congress, Boston, MA, May 2009. Am J Transplant (9 suppl. 2:238).

84. Luskin M, **Reshef R**, Vardhanabhuti S, Heitjan D, Kamoun M, Tomaszweski JE, Goral S, Jessup M, Ahya VN, Olthoff KM, Tsai DE (2009). "Association of HLA polymorphisms with PTLD in organ transplant recipients." Oral Presentation at the American Transplant Congress, Boston, MA, May 2009. Am J Transplant (9 suppl. 2:237).

85. Tsai DE, Wang W, **Reshef R**, Vogl D, Stadtmauer E, Andreadis C, Carlson A, Luger S (2009). "Effect of bexarotene on platelet counts in patients undergoing cancer treatment: An analysis of clinical trials in lung cancer and leukemia." Poster Presentation at the 2009 ASCO Annual Meeting, Orlando, FL, June 2009. J Clin Oncol (27 suppl: e20533).

86. **Reshef R**, Vardhanabhuti S, Luskin M, Heitjan D, Stadtmauer EA, Tsai, DE (2009). "Post-transplantation lymphoproliferative disorder: Reduction of immunosuppression as initial therapy. Retrospective analysis of clinical characteristics and prognostic variables." Poster Presentation at the 14th European Hematology Association Congress, Berlin, Germany, June 2009. Haematologica (94 suppl. 2:393 abs. 0976).

87. **Reshef R**, Vardhanabhuti S, Luskin M, Heitjan D, Porter DL, Stadtmauer EA, Tsai, DE (2009). "Reduction of immunosuppression as Initial therapy for post- transplantation lymphoproliferative disorder: Analysis of efficacy, safety and prognostic factors." Oral Presentation at the 51st Annual ASH Meeting, New Orleans, LA, December 2009. Blood (114:103).

88. Rager A, Goldstein SC, Frey N, Davis J, Vozniak M, Smith J, Hexner E, Loren AW, Luger S, Perl A, **Reshef R**, Tsai DE, Stadtmauer EA, Porter D (2009). "Combination Daclizumab and Infliximab for Steroid Refractory Graft-versus-Host Disease." Poster Presentation at the 51st Annual ASH Meeting, New Orleans, LA, December 2009. Blood (114:4643).

89. **Reshef R**, Morgans AK, Pfanzelter N, Bloom RD, Brozena SC, Ahya VN, Olthoff, KM, Tsai DE (2008). "EBV-negative Post-Transplant Lymphoproliferative Disorder (PTLD): A retrospective case-control study of clinicopathological characteristics, response to treatment and survival analysis." Poster Presentation at the 50th Annual ASH Meeting, San Francisco, CA, December 2008. Blood (112:975).

90. Schwartz I, Ingbir M, **Reshef R**, Chernichovski T, Schwartz D (2006). "Arginine uptake is attenuated through post translational regulation of cationic amino acid transporter-1 in hypercholesterelomic rats." Poster Presentation at the 43rd European Renal Association Congress, Glasgow, United Kingdom, July 2006. Nephrol Dial Transplant (21 suppl. 4:41).

# Exhibit B

## Ran Reshef, MD - List of Materials Considered

Abar L, Sobiecki JG, Cariolou M, Nanu N, Vieira AR, Stevens C, Aune D, Greenwood DC, Chan DSM, Norat T. Body size and obesity during adulthood, and risk of lympho-haematopoietic cancers: an update of the WCRF-AICR systematic review of published prospective studies. Ann Oncol. 2019 Apr 1;30(4):528-541.

Alavanja MC, Sandler DP, McMaster SB, Zahm SH, McDonnell CJ, Lynch CF, Pennybacker M, Rothman N, Dosemeci M, Bond AE, Blair A. The Agricultural Health Study. Environ Health Perspect. 1996 Apr;104(4):362-9.

Altieri A, Bermejo JL, Hemminki K. Familial risk for non-Hodgkin lymphoma and other lymphoproliferative malignancies by histopathologic subtype: the Swedish Family-Cancer Database. Blood. 2005 Jul 15;106(2):668-72.

Andreotti G, Beane Freeman LE, Shearer JJ, Lerro CC, Koutros S, Parks CG, Blair A, Lynch CF, Lubin JH, Sandler DP, Hofmann JN. Occupational pesticide use and risk of renal cell carcinoma in the Agricultural Health Study. Environ Health Perspect. 2020 Jun;128(6):67011. doi: 10.1289/EHP6334. Epub 2020 Jun 12.

Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF, Lerro CC, De Roos AJ, Parks CG, Alavanja MC, Silverman DT, Beane Freeman LE. Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516. & Supplement.

Andreotti G, Lubin JH, Koutros S, Hofmann JN, Sandler DP, Lerro CC, Parks CG, Silverman DT, Beane Freeman LE. Response to Sheppard and Shaffer. J Natl Cancer Inst. 2019 Feb 1;111(2):216-218.

Batlevi CL, Sha F, Alperovich A, Ni A, Smith K, Ying Z, Soumerai JD, Caron PC, Falchi L, Hamilton A, Hamlin PA, Horwitz SM, Joffe E, Kumar A, Matasar MJ, Moskowitz AJ, Moskowitz CH, Noy A, Owens C, Palomba LM, Straus D, von Keudell G, Zelenetz AD, Seshan VE, Younes A. Follicular lymphoma in the modern era: survival, treatment outcomes, and identification of high-risk subgroups. Blood Cancer J. 2020 Jul 17;10(7):74. doi: 10.1038/s41408-020-00340-z.

Bell DA, Liu Y, Cortopassi GA. Occurrence of bcl-2 oncogene translocation with increased frequency in the peripheral blood of heavy smokers. J Natl Cancer Inst. 1995 Feb 1;87(3):223-4.

Bolognesi C, Carrasquilla G, Volpi S, Solomon KR, Marshall EJ. Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health A. 2009;72(15-16):986-97.

Bracci PM, Benavente Y, Turner JJ, Paltiel O, Slager SL, Vajdic CM, Norman AD, Cerhan JR, Chiu BC, Becker N, Cocco P, Dogan A, Nieters A, Holly EA, Kane EV, Smedby KE, Maynadié M, Spinelli JJ, Roman E, Glimelius B, Wang SS, Sampson JN, Morton LM, de Sanjosé S. Medical history, lifestyle, family history, and occupational risk factors for marginal zone lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):52-65.

Brouwer M, Schinasi L, Beane Freeman LE, Baldi I, Lebailly P, Ferro G, Nordby KC, Schüz J, Leon ME, Kromhout H. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup Environ Med. 2016 Jun;73(6):359-67.

Cartwright RA, McKinney PA, O'Brien C, Richards ID, Roberts B, Lauder I, Darwin CM, Bernard SM, Bird CC. Non-Hodgkin's lymphoma: case control epidemiological study in Yorkshire. Leuk Res. 1988;12(1):81-8.

Castillo JJ, Ingham RR, Reagan JL, Furman M, Dalia S, Mitri J. Obesity is associated with increased relative risk of diffuse large B-cell lymphoma: a meta-analysis of observational studies. Clin Lymphoma Myeloma Leuk. 2014 Apr;14(2):122-30.

Cerhan JR, Kricker A, Paltiel O, Flowers CR, Wang SS, Monnereau A, Blair A, Dal Maso L, Kane EV, Nieters A, Foran JM, Miligi L, Clavel J, Bernstein L, Rothman N, Slager SL, Sampson JN, Morton LM, Skibola CF. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):15-25.

Cerhan JR, Slager SL. Familial predisposition and genetic risk factors for lymphoma. Blood. 2015 Nov 12;126(20):2265-73.

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016;51(6):402-34.

Chiu BC, Soni L, Gapstur SM, Fought AJ, Evens AM, Weisenburger DD. Obesity and risk of non-Hodgkin lymphoma (United States). Cancer Causes Control. 2007 Aug;18(6):677-85.

Chiu BC, Weisenburger DD, Zahm SH, Cantor KP, Gapstur SM, Holmes F, Burmeister LF, Blair A. Agricultural pesticide use, familial cancer, and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev. 2004 Apr;13(4):525-31.

Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med. 2013 Feb;70(2):91-8.

De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M, Sandler DP, Alavanja MC. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 2005 Jan;113(1):49-54.

De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, Blair A. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep;60(9):E11. doi: 10.1136/oem.60.9.e11.

Diver WR, Patel AV, Thun MJ, Teras LR, Gapstur SM. The association between cigarette smoking and non-Hodgkin lymphoid neoplasms in a large US cohort study. Cancer Causes Control. 2012 Aug;23(8):1231-40.

Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav. 2020 Feb 24;111(1):63-73.

Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1;123(7):1657-63.

Goldgar DE, Easton DF, Cannon-Albright LA, Skolnick MH. Systematic population-based assessment of cancer risk in first-degree relatives of cancer probands. J Natl Cancer Inst. 1994 Nov 2;86(21):1600-8.

Goldin LR, Landgren O, McMaster ML, Gridley G, Hemminki K, Li X, Mellemkjaer L, Olsen JH, Linet MS. Familial aggregation and heterogeneity of non-Hodgkin lymphoma in population-based samples. Cancer Epidemiol Biomarkers Prev. 2005 Oct;14(10):2402-6.

Greim H, Saltmiras D, Mostert V, Strupp C. Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. Crit Rev Toxicol. 2015 Mar;45(3):185-208.

Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N, Scoccianti C, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol. 2015 May;16(5):490-1.

Hanahan D, Weinberg RA. The hallmarks of cancer. Cell. 2000 Jan 7;100(1):57-70.

Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May;43(5):1043-9.

Hardell L, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer. 1999;85:1353-1360.

Heltshe SL, Lubin JH, Koutros S, Coble JB, Ji BT, Alavanja MC, Blair A, Sandler DP, Hines CJ, Thomas KW, Barker J, Andreotti G, Hoppin JA, Beane Freeman LE. Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. J Expo Sci Environ Epidemiol. 2012 Jul;22(4):409-16.

Hemminki K, Dong C. Subsequent cancers after in situ and invasive squamous cell carcinoma of the skin. Arch Dermatol. 2000 May;136(5):647-51.

Hidayat K, Li HJ, Shi BM. Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies. Crit Rev Oncol Hematol. 2018 Sep;129:113-123.

Hill AB. The environment and disease: association or causation? Proc R Soc Med. 1965 May;58(5):295-300.

Hohenadel K, Harris SA, McLaughlin JR, Spinelli JJ, Pahwa P, Dosman JA, Demers PA, Blair A. Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces. Int J Environ Res Public Health. 2011 Jun;8(6):2320-30.

Jaffe ES, Harris NL, Stein H, Isaacson PG. Classification of lymphoid neoplasms: the microscope as a tool for disease discovery. Blood. 2008 Dec 1;112(12):4384-99.

Johnson RE, Washington MT, Prakash S, Prakash L. Fidelity of human DNA polymerase eta. J Biol Chem. 2000 Mar 17;275(11):7447-50.

Kabat GC, Price WJ, Tarone RE. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control. 2021 Jan 15. doi: 10.1007/s10552-020-01387-w. Epub ahead of print.

Kane E, Skibola CF, Bracci PM, Cerhan JR, Costas L, Smedby KE, Holly EA, Maynadié M, Novak AJ, Lightfoot TJ, Ansell SM, Smith AG, Liebow M, Melbye M, Morton L, de Sanjosé S, Slager SL, Wang SS, Zhang Y, Zheng T, Roman E. Non-Hodgkin lymphoma, body mass index, and cytokine polymorphisms: A pooled analysis from the InterLymph Consortium. Cancer Epidemiol Biomarkers Prev. 2015 Jul;24(7):1061-70.

Kier LD, Kirkland DJ. Review of genotoxicity studies of glyphosate and glyphosate-based formulations. Crit Rev Toxicol. 2013 Apr;43(4):283-315.

Landgren O, Kyle RA, Hoppin JA, Beane Freeman LE, Cerhan JR, Katzmann JA, Rajkumar SV, Alavanja MC. Pesticide exposure and risk of monoclonal gammopathy of undetermined significance in the Agricultural Health Study. Blood. 2009 Jun 18;113(25):6386-91.

Larsson SC, Wolk A. Obesity and risk of non-Hodgkin's lymphoma: a meta-analysis. Int J Cancer. 2007 Oct 1;121(7):1564-70.

Leon ME, Schinasi LH, Lebailly P, Beane Freeman LE, Nordby KC, Ferro G, Monnereau A, Brouwer M, Tual S, Baldi I, Kjaerheim K, Hofmann JN, Kristensen P, Koutros S, Straif K, Kromhout H, Schüz J. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol. 2019 Oct 1;48(5):1519-1535.

Lerro CC, Beane Freeman LE, DellaValle CT, Andreotti G, Hofmann JN, Koutros S, Parks CG, Shrestha S, Alavanja MCR, Blair A, Lubin JH, Sandler DP, Ward MH. Pesticide exposure and incident thyroid cancer among male pesticide applicators in Agricultural Health Study. Environ Int. 2021 Jan;146:106187. doi: 10.1016/j.envint.2020.106187. Epub 2020 Oct 27.

Linet MS, Vajdic CM, Morton LM, de Roos AJ, Skibola CF, Boffetta P, Cerhan JR, Flowers CR, de Sanjosé S, Monnereau A, Cocco P, Kelly JL, Smith AG, Weisenburger DD, Clarke CA, Blair A, Bernstein L, Zheng T, Miligi L, Clavel J, Benavente Y, Chiu BC. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):26-40.

Liu Y, Hernandez AM, Shibata D, Cortopassi GA. BCL2 translocation frequency rises with age in humans. Proc Natl Acad Sci U S A. 1994 Sep 13;91(19):8910-4.

Lu Y, Sullivan-Halley J, Cozen W, Chang ET, Henderson K, Ma H, Deapen D, Clarke C, Reynolds P, Neuhausen SL, Anton-Culver H, Ursin G, West D, Bernstein L. Family history of haematopoietic malignancies and non-Hodgkin's lymphoma risk in the California Teachers Study. Br J Cancer. 2009 Feb 10;100(3):524-6.

Lu Y, Wang SS, Reynolds P, Chang ET, Ma H, Sullivan-Halley J, Clarke CA, Bernstein L. Cigarette smoking, passive smoking, and non-Hodgkin lymphoma risk: evidence from the California Teachers Study. Am J Epidemiol. 2011 Sep 1;174(5):563-73.

Lynch M. Rate, molecular spectrum, and consequences of human mutation. Proc Natl Acad Sci U S A. 2010 Jan 19;107(3):961-8.

McDuffie HH et al., Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001;10(11):1155-1163.

Melnick RL, Thayer KA, Bucher JR. Conflicting views on chemical carcinogenesis arising from the design and evaluation of rodent carcinogenicity studies. Environ Health Perspect. 2008;116(1):130–135.

Meyer A, Sandler DP, Beane Freeman LE, Hofmann JN, Parks CG. Pesticide exposure and risk of rheumatoid arthritis among licensed male pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 2017 Jul 14;125(7):077010. doi: 10.1289/EHP1013.

Morton LM, Hartge P, Holford TR, Holly EA, Chiu BC, Vineis P, Stagnaro E, Willett EV, Franceschi S, La Vecchia C, Hughes AM, Cozen W, Davis S, Severson RK, Bernstein L, Mayne ST, Dee FR, Cerhan JR, Zheng T. Cigarette smoking and risk of non-Hodgkin lymphoma: a pooled analysis from the International Lymphoma Epidemiology Consortium (Interlymph). Cancer Epidemiol Biomarkers Prev. 2005 Apr;14(4):925-33.

Morton LM, Holford TR, Leaderer B, Boyle P, Zahm SH, Zhang Y, Flynn S, Tallini G, Zhang B, Owens PH, Zheng T. Cigarette smoking and risk of non-Hodgkin lymphoma subtypes among women. Br J Cancer. 2003 Dec 1;89(11):2087-92.

Morton LM, Sampson JN, Cerhan JR, Turner JJ, Vajdic CM, Wang SS, Smedby KE, de Sanjosé S, Monnereau A, Benavente Y, Bracci PM, Chiu BC, Skibola CF, Zhang Y, Mbulaiteye SM, Spriggs M, Robinson D, Norman AD, Kane EV, Spinelli JJ, Kelly JL, La Vecchia C, Dal Maso L, Maynadié A, Kadin ME, Cocco P, Costantini AS, Clarke CA, Roman E, Miligi L, Colt JS, Berndt SI, Mannetje A, de Roos AJ, Kricker A, Nieters A, Franceschi S, Melbye M, Boffetta P, Clavel J, Linet MS, Weisenburger DD, Slager SL. Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):1-14.

Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF, Bracci PM, de Sanjosé S, Smedby KE, Chiu BC, Zhang Y, Mbulaiteye SM, Monnereau A, Turner JJ, Clavel J, Adami HO, Chang ET, Glimelius B, Hjalgrim H, Melbye M, Crosignani P, di Lollo S, Miligi L, Nanni O, Ramazzotti V, Rodella S, Costantini AS, Stagnaro E, Tumino R, Vindigni C, Vineis P, Becker N, Benavente Y, Boffetta P, Brennan P, Cocco P, Foretova L, Maynadié M, Nieters A, Staines A, Colt JS, Cozen W, Davis S, de Roos AJ, Hartge P, Rothman N, Severson RK, Holly EA, Call TG, Feldman AL, Habermann TM, Liebow M, Blair A, Cantor KP, Kane EV, Lightfoot T, Roman E, Smith  A, Brooks-Wilson A, Connors JM, Gascoyne RD, Spinelli JJ, Armstrong BK, Kricker A, Holford TR, Lan Q, Zheng T, Orsi L, Dal Maso L, Franceschi S, La Vecchia C, Negri E, Serraino D, Bernstein L, Levine A, Friedberg JW, Kelly JL, Berndt SI, Birmann BM, Clarke CA, Flowers CR, Foran JM, Kadin ME, Paltiel O, Weisenburger DD, Linet MS, Sampson JN. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

Negri E, Talamini R, Montella M, Dal Maso L, Crispo A, Spina M, La Vecchia C, Franceschi S. Family history of hemolymphopoietic and other cancers and risk of non-Hodgkin's lymphoma. Cancer Epidemiol Biomarkers Prev. 2006 Feb;15(2):245-50.

Nugent Z, Demers AA, Wiseman MC, Mihalcioiu C, Kliewer EV. Risk of second primary cancer and death following a diagnosis of nonmelanoma skin cancer. Cancer Epidemiol Biomarkers Prev. 2005 Nov;14(11 Pt 1):2584-90.

Ong EL, Goldacre R, Hoang U, Sinclair R, Goldacre M. Subsequent primary malignancies in patients with nonmelanoma skin cancer in England: a national record-linkage study. Cancer Epidemiol Biomarkers Prev. 2014 Mar;23(3):490-8.

Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P, Marit G, Soubeyran P, Huguet F, Milpied N, Leporrier M, Hemon D, Troussard X, Clavel J. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med. 2009 May;66(5):291-8.

Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Punam Pahwa PP, Dosman JA, Demers PA, Harris SA. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health. 2019 Nov 1;45(6):600-609.

Pardo LA, Beane Freeman LE, Lerro CC, Andreotti G, Hofmann JN, Parks CG, Sandler DP, Lubin JH, Blair A, Koutros S. Pesticide exposure and risk of aggressive prostate cancer among private pesticide applicators. Environ Health. 2020 Mar 5;19(1):30. doi: 10.1186/s12940-020-00583-0.

Paz-y-Mino C, Muñoz MJ, Maldonado A, Valladares C, Cumbal N, Herrera C, Robles P, Sánchez ME, López-Cortés A. Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev Environ Health. 2011;26(1):45-51.

Paz-y-Mino C, Sanchez ME, Arevalo M, Munoz MJ, Witte T, De-la-Carrera GO, Leone PE. Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. Genet Mol Biol. 2007;30(2):456-460.

Psaltopoulou T, Sergentanis TN, Ntanasis-Stathopoulos I, Tzanninis IG, Riza E, Dimopoulos MA. Anthropometric characteristics, physical activity and risk of hematological malignancies: A systematic review and meta-analysis of cohort studies. Int J Cancer. 2019 Jul 15;145(2):347-359.

Riaz IB, Faridi W, Patnaik MM, Abraham RS. A systematic review on predisposition to lymphoid (B and T cell) neoplasias in patients with primary immunodeficiencies and immune dysregulatory disorders (inborn errors of immunity). Front Immunol. 2019 Apr 16;10:777. doi: 10.3389/fimmu.2019.00777.

Richardson DB, Cardis E, Daniels RD, Gillies M, O'Hagan JA, Hamra GB, Haylock R, Laurier D, Leuraud K, Moissonnier M, Schubauer-Berigan MK, Thierry-Chef I, Kesminiene A. Risk of cancer from occupational exposure to ionising radiation: retrospective cohort study of workers in France, the United Kingdom, and the United States (INWORKS). BMJ. 2015 Oct 20;351:h5359. doi: 10.1136/bmj.h5359.

Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

Schöllkopf C, Smedby KE, Hjalgrim H, Rostgaard K, Gadeberg O, Roos G, Porwit-Macdonald A, Glimelius B, Adami HO, Melbye M. Cigarette smoking and risk of non-Hodgkin's lymphoma--a population-based case-control study. Cancer Epidemiol Biomarkers Prev. 2005 Jul;14(7):1791-6.

Sheppard L, Shaffer RM. Re: Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst. 2019 Feb 1;111(2):214-215.

Shrestha S, Parks CG, Umbach DM, Richards-Barber M, Hofmann JN, Chen H, Blair A, Beane Freeman LE, Sandler DP. Pesticide use and incident Parkinson's disease in a cohort of farmers and their spouses. Environ Res. 2020 Dec;191:110186. doi: 10.1016/j.envres.2020.110186. Epub 2020 Sep 10.

Smith MT, Jones RM, Smith AH. Benzene exposure and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev. 2007;16(3):385-391.

Snyder CA, Goldstein BD, Sellakumar AR, Bromberg I, Laskin S, Albert RE. The inhalation toxicology of benzene: incidence of hematopoietic neoplasms and hematotoxicity in ARK/J and C57BL/6J mice. Toxicol Appl Pharmacol. 1980 Jun 30;54(2):323-31.

Solal-Céligny P, Roy P, Colombat P, White J, Armitage JO, Arranz-Saez R, Au WY, Bellei M, Brice P, Caballero D, Coiffier B, Conde-Garcia E, Doyen C, Federico M, Fisher RI, Garcia-Conde JF, Guglielmi C, Hagenbeek A, Haioun C, LeBlanc M, Lister AT, Lopez-Guillermo A, McLaughlin P, Milpied N, Morel P, Mounier N, Proctor SJ, Rohatiner A, Smith P, Soubeyran P, Tilly H, Vitolo U, Zinzani PL, Zucca E, Montserrat E. Follicular lymphoma international prognostic index. Blood. 2004 Sep 1;104(5):1258-65.

Starling AP, Umbach DM, Kamel F, Long S, Sandler DP, Hoppin JA. Pesticide use and incident diabetes among wives of farmers in the Agricultural Health Study. Occup Environ Med. 2014 Sep;71(9):629-35.

Steinmaus C, Smith AH, Jones RM, Smith MT. Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association. Occup Environ Med. 2008;65(6):371-378.

Swerdlow SH, Campo E, Harris NL, Jaffe ES, Pileri SA, Stein H, Thiele J. WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues. WHO Classification of Tumours, Revised 4th Edition, Volume 2.

Tak Manesh A, Azizi G, Heydari A, Kiaee F, Shaghaghi M, Hossein-Khannazer N, Yazdani R, Abolhassani H, Aghamohammadi A. Epidemiology and pathophysiology of malignancy in common variable immunodeficiency? Allergol Immunopathol (Madr). 2017 Nov - Dec;45(6):602-615.

Tarazona JV, Court-Marques D, Tiramani M, Reich H, Pfeil R, Istace F, Crivellente F. Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC. Arch Toxicol. 2017 Aug;91(8):2723-2743.

Tomasetti C, Li L, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science. 2017 Mar 24;355(6331):1330-1334.

Tomasetti C, Vogelstein B, Parmigiani G. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. Proc Natl Acad Sci U S A. 2013 Feb 5;110(6):1999-2004.

Tomenson JA. Re: assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup Environ Med. 2017 Jan;74(1):80.

Vajdic CM, Landgren O, McMaster ML, Slager SL, Brooks-Wilson A, Smith A, Staines A, Dogan A, Ansell SM, Sampson JN, Morton LM, Linet MS. Medical history, lifestyle, family history, and occupational risk factors for lymphoplasmacytic lymphoma/Waldenström's macroglobulinemia: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):87-97.

Vineis P, Alavanja M, Buffler P, Fontham E, Franceschi S, Gao YT, Gupta PC, Hackshaw A, Matos E, Samet J, Sitas F, Smith J, Stayner L, Straif K, Thun MJ, Wichmann HE, Wu AH, Zaridze D, Peto R, Doll R. Tobacco and cancer: recent epidemiological evidence. J Natl Cancer Inst. 2004 Jan 21;96(2):99-106.

Wang L, Deng Q, Hu H, Liu M, Gong Z, Zhang S, Xu-Monette ZY, Lu Z, Young KH, Ma X, Li Y. Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice. J Hematol Oncol. 2019 Jul 5;12(1):70. doi:10.1186/s13045-019-0767-9.

Wang SS, Slager SL, Brennan P, Holly EA, De Sanjose S, Bernstein L, Boffetta P, Cerhan JR, Maynadie M, Spinelli JJ, Chiu BC, Cocco PL, Mensah F, Zhang Y, Nieters A, Dal Maso L, Bracci PM, Costantini AS, Vineis P, Severson RK, Roman E, Cozen W, Weisenburger D, Davis S, Franceschi S, La Vecchia C, Foretova L, Becker N, Staines A, Vornanen M, Zheng T, Hartge P. Family history of hematopoietic malignancies and risk of non-Hodgkin lymphoma (NHL): a pooled analysis of 10 211 cases and 11 905 controls from the International Lymphoma Epidemiology Consortium (InterLymph). Blood. 2007 Apr 15;109(8):3479-88.

Wheless L, Black J, Alberg AJ. Nonmelanoma skin cancer and the risk of second primary cancers: a systematic review. Cancer Epidemiol Biomarkers Prev. 2010 Jul;19(7):1686-95.

Williams GM, Berry C, Burns M, de Camargo JLV, Greim H. Glyphosate rodent carcinogenicity bioassay expert panel review. Crit Rev Toxicol. 2016 Sep;46(sup1):44-55.

Woźniak E, Sicińska P, Michałowicz J, Woźniak K, Reszka E, Huras B, Zakrzewski J, Bukowska B. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement. Food Chem Toxicol. 2018 Oct;120:510-522.

Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res. 2019 Jul-Sep;781:186-206.

Zhu K, Levine RS, Gu Y, Brann EA, Hall I, Caplan LS, Baum MK. Non-Hodgkin's lymphoma and family history of malignant tumors in a case-control study (United States). Cancer Causes Control. 1998 Jan;9(1):77-82.

Zhu L, Finkelstein D, Gao C, Shi L, Wang Y, López-Terrada D, Wang K, Utley S, Pounds S, Neale G, Ellison D, Onar-Thomas A, Gilbertson RJ. Multi-organ mapping of cancer risk. Cell. 2016 Aug 25;166(5):1132-1146.e7.


Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the evidence for a formal reconsideration of glyphosate (March 2017)

BfR 2015 Glyphosate Renewal Assessment Report Addendum (Aug. 31, 2015)

BfR, European Assessment of Glyphosate is quality-assured and independent (Jan. 15, 2019)

EPA, Office of Chemical Safety and Pollution Prevention, Glyphosate Labeling Letter (Aug. 7, 2019)

United States Environmental Protection Agency. Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs. September 12, 2016

United States Environmental Protection Agency (December 12, 2017). Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. EPA's Office of Pesticide Programs, 1-216.

United States Environmental Protection Agency. Glyphosate: Proposed Interim Registration Review Decision Case Number 0178. April 2019.

United States Environmental Protection Agency (January 6, 2020). Memorandum: Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision.

United States Environmental Protection Agency (January 22, 2020). Glyphosate: Interim Registration Review Decision. Case Number 0178.

FIFRA Scientific Advisory Panel Meeting Minutes and Final Report No. 2017-01. A Set of Scientific Issues Being Considered by the Environmental Protection Agency Regarding: EPA's Evaluation of the Carcinogenic Potential of Glyphosate. December 13-16, 2016.

European Chemicals Agency (ECHA), Committee for Risk Assessment Opinion on Glyphosate Through RAC Evaluation of Carcinogenicity (March 15, 2017)

European Food Safety Authority (EFSA), EFSA explains the carcinogenicity assessment of glyphosate (Nov. 12, 2015)

EFSA (European Food Safety Authority), 2015. Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate. EFSA Journal 2015;13(11):4302, 107 pp. doi:10.2903/j.efsa.2015.4302

Food and Agriculture Organization of the United Nations (FAO) and World Health Organization (WHO), Summary Report on Pesticide Residues (May 2016)

Health Canada. Re-evaluation decision: Glyphosate (RVD2017-01). 28 April 2017

Health Canada, Statement from Health Canada on Glyphosate (Jan. 11, 2019)

International Agency for Research on Cancer. (2015). Some Organophosphate Insecticides and Herbicides. Volume 112 World Health Organization.

International Agency for Research on Cancer. (2018) Welding, Molybdenum Trioxide, and Indium Tin Oxide. Volume 118. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.

International Agency for Research on Cancer. (2018) Benzene. Volume 120. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.

New Zealand Environmental Protection Agency, Review of the Evidence Relating to Glyphosate and Carcinogenicity (Aug. 2016)

U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry - Toxicological Profile for Glyphosate, Draft for Public Comment (April 2019)

Deposition Transcript of Karen Burgner, Cervantes v. Monsanto Co., No. 3:19-cv-03015-VC, (Dist. Ct. N. Dist. CA July 20, 2020) (with exhibits)

Deposition Transcript of Elizabeth Cervantes, Cervantes v. Monsanto Co., No. 3:19-cv-03015-VC, (Dist. Ct. N. Dist. CA July 16, 2020) (with exhibits)

Deposition Transcript of Gerard Cervantes, Cervantes v. Monsanto Co., No. 3:19-cv-03015-VC, (Dist. Ct. N. Dist. CA June 23, 2020) (with exhibits)

Deposition Transcript of Mohammed Raheem, M.D., Cervantes v. Monsanto Co., No. 3:19-cv-03015-VC, (Dist. Ct. N. Dist. CA January 15, 2021) (with exhibits)

Medical and Other Records of Plaintiff Gerard Cervantes

Plaintiff Fact Sheet of Gerard Cervantes

Complaint of Gerard Cervantes

Expert Report of Ron Schiff, MD, PhD, January 21, 2021