# EXHIBIT 6

**Bruce A. Woda, MD**
Expert Report in *Peterson v. Monsanto Co.*, Case No. 3:18-cv-07271 (N.D. Cal.)

**Section 1: Background**

I graduated from the State University of New York, Downstate School of Medicine in 1975. In 1974, I was awarded the Dr. Michael Melamid Memorial Scholarship for my academic achievement and in 1975 I received the Sheard-Sanford award from the American Society of Clinical Pathology recognizing my meritorious medical research as a medical student. I was elected to the prestigious Alpha Omega Alpha Honor Medical Society as a third year medical student. I am board certified in anatomic pathology.

Following medical school, I trained in Anatomic Pathology at Columbia-Presbyterian Medical Center. I then joined the Research Institute of Scripps Clinic where I worked with Drs. Joseph Feldman and was awarded an NIH postdoctoral fellowship. While at the Scripps Clinic, I published a number of meritorious research studies, including the study of spontaneous tumors in aging Lewis and BN rats. I also published in the Journal of Experimental Medicine an important study showing that isolated T-helper cells could eliminate established sarcomas in rats. This was one of the first studies of its kind to illustrate the effectiveness of immunotherapy. In 1980, I trained in Hematopathology with Dr. Henry Rappaport, one of the eminent pathologists in the field.

In 1981, I joined the Pathology faculty at the University of Massachusetts Medical School as Associate Professor of Pathology and Director of Hematopathology. In 1990, I was promoted to Professor of Pathology with tenure. In 1991, I became Director of the Division of Anatomic Pathology and in 1992 I was appointed to the position of Vice-Chair, Department of Pathology. In October 2018, I stepped down from my administrative positions to devote my efforts to clinical activity and education. I currently serve as the program director for our hematopathology fellowship. During my tenure, I have acted as the Director of the Medical School Core Flow Cytometry Laboratory and I am currently the Director of the Core Morphology Laboratory which processes animal tissue for numerous investigators at the University of Massachusetts and external entities.

I have served on a number of study sections, and was recognized for my teaching ability by receiving the Jean R. Oliver award from the Downstate Medical Center in 2000. I was also twice recognized as the Teacher of the Year by the pathology residents at the University of Massachusetts Medical School. I have delivered a number of invited lectures on autoimmune diabetes and on topics in hematopathology. I have authored more than 180 peer-reviewed papers and 15 book chapters (see Attachment A, curriculum vitae). These publications focus on the role of the immune system in diabetes, hematopathology and molecular diagnostics.

I am a member of the American Society of Hematology, the Society for Hematopathology and the College of American Pathologists. I was a member of the Hematopathology Cadre of the Cancer Cooperative Group CALGB from 2002-2006.

I have not testified as an expert or in any medical-legal cases over the past five years, except for an expert deposition in the Roundup® litigation. My expert fees are $400/hour for review of documents, preparation of expert reports and preparation for testimony, $550/hour for depositions and $2000/day for court testimony.

The opinions that I have expressed in this report are based on my education, training, experience and materials that I have reviewed in connection with this case. (A list of materials that I have reviewed is appended to this report as Attachment B). These opinions are held to a reasonable degree of medical and scientific certainty. I reserve the right to change or modify my opinions based on additional information which may become available.

**Section 2: Pathology**

Pathology is the study of human disease. Pathologists utilize a multi-faceted approach, including morphology or structure, genetic, biochemical and immunologic features, to recognize and describe disease entities. Based on these features, we can characterize diseases as developmental or acquired. Acquired diseases may be inflammatory such as autoimmune disease or neoplastic such as leukemia or lymphoma. The pathologic findings may provide clues about the cause and development of a disease.

Much of pathology is focused on the diagnosis of cancer. At the most basic level, pathologists examine tissue specimens to determine, based on the morphologic features, which we have learned to recognize, whether a tissue is benign or malignant. If the biopsy represents a cancer, pathologists will determine features which will guide therapy such as the type of cancer and the grade and stage of the tumor. We will use molecular analysis of the tumor to determine whether there might be specific therapies for the patient's cancer. For example, in a patient with Hairy Cell Leukemia, a form of NHL, the presence of a B-Raf mutation would indicate that the patient's tumor might be responsive to a B-Raf inhibitory drug[1]. In a patient with another type of NHL, follicular lymphoma harboring a BCL2 translocation, the BCL2 inhibitory drug Venetoclax may be of utility[2].

**Section 3: Hematopathology**

Lymphomas are a very diverse group of diseases reflecting the striking diversity of the immune system. In the latest WHO classification[3], there are more than 80 specific lymphoma entities. These are divided into 3 major classes: non-Hodgkin Lymphoma (NHL), Hodgkin Lymphoma, and neoplasms of macrophages/dendritic cells. Hodgkin Lymphoma is distinguished from NHL by its typical morphology characterized by the presence of the distinctive neoplastic Reed-Sternberg cell. It is a relatively unique lymphoma in which the neoplastic cells usually represents the minority of the cells in the lymphoma and are present in a reactive population of lymphocytes and macrophages. Based on the 2020 National Cancer Institute Surveillance, Epidemiology and End Results Program (SEER), NHL is about 9 times more frequent than Hodgkin Lymphoma. NHL is not a single disease and consists of many distinct subtypes comprising dozens of entities each of which exhibits unique biologic and clinical characteristics. They are broadly divided into diseases of immature B-cells and T-cells known as lymphoblastic leukemia/lymphoma. The majority of neoplasms in this category are derived from mature B-cells and T-cells. In the United

States, approximately 90% of NHL are derived from B-cells with the most common entities being Follicular Lymphoma, Diffuse Large B-cell Lymphoma and Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma. Some of the subtypes typically occur in extra-nodal sites such as extra-nodal marginal zone lymphoma of mucosa associated lymphoid tissue (MALT lymphoma) and primary central nervous system lymphoma. The classification system for NHL, which was last revised in 20173, allows for the systematic categorization of these diverse entities. Through this classification system we can appreciate the diagnostic and clinical features of each entity, including prognosis and treatment. The subtypes of NHL vary in their symptoms, location in the body, morphology, immunophenotype, genetic background, therapy and outcome. The accurate classification of each distinct entity allows for the optimum treatment of each patient. The role of the Hematopathologist is to use morphology, immunology and genetics in association with the clinical features to classify each entity, guide therapy and to determine etiology or causation if possible.

**Lymphocyte Development and the Generation of Immunologic Diversity**

B and T lymphocytes are the constituents of the adaptive immune system, the hallmarks of which are memory and antigenic specificity[4].

B-cells undergo a well-orchestrated maturational pathway and begin their journey as immature B-cells which are found in the bone marrow and populate the peripheral lymphoid tissues as mature B-cells[5]. There are a number of maturational stages that the B-cells undergo in their life cycle from immature B-cells to naïve B-cells, to germinal center cells, marginal zone B-cells and plasma cells. B-cell NHL can arise from any cell type in the maturational pathway and the lymphomas resemble their normal analogue.

T-cells also undergo a well-orchestrated maturational pathway as they mature from bone marrow progenitor T-cells which then continue their maturation in the thymus prior to their populating peripheral lymphoid tissues5. T-cell NHL can arise from any cell type in this maturational pathway.

A unique characteristic of the immune system is the generation of immunologic diversity which allows us to recognize and make a functional immune response to an infinite number of antigens. These may be infectious pathogens, self antigens which results in autoimmunity, or neoantigens on cancer cells.

This diversity is generated during the maturation of lymphocytes in a sequential and orderly rearrangement of our B and T-cell receptor genes. Only cells which produce a functional antigen receptor that does not have a high affinity for self antigens survive. The remainder are eliminated. Each B or T lymphocyte displays an antigen receptor with unique specificity. Our immune system has evolved so that a relatively small number of genes which code the antigen receptor eventuates into an immune system which has a diverse repertoire. This diversity is generated by a series of DNA rearrangements or translocations which require double stranded DNA breaks followed by rejoining of the DNA segments into a functional gene. While all cells in the body have DNA which encodes these genes, they are only rearranged in our immune system. Diversity is generated by three distinct mechanisms.

3

1. Variable (diversity) joining region recombination (VDJ): The lymphocyte selects one of a number of VDJ segments which are encoded in a limited fashion in our genome to generate millions of different combinations or antigen specificities.

2. Class Switch Recombination: During the maturation of the immune response, mature naive B-cells which express surface IgD and IgM switch to expressing surface IgG which allows for selection of an antibody receptor of higher affinity. This process requires helper T-cells and is known as class switch recombination (CSR). The process of CSR requires the activity of activation-induced cytidine deaminase (AID), an RNA-editing enzyme.

3. Somatic Hypermutation (SHM): Mutation of the variable region of the heavy and light chains generates an almost unlimited capacity for antigenic recognition. This process also requires the activity of AID and introduces numerous point mutations into the immunoglobulin variable (V) region gene, giving rise to immunoglobulin with higher affinity.

It is this essential diversity generating system that likely plays an important role in the development of NHL as this system leads to genetic instability[6]. This is attributable to the fact that when the immune system is activated by a stimulus, such as an infection or an autoimmune disease, the proliferation of lymphocytes increases. It has been shown that the B-cell response to an antigen is associated with an increase in mutation frequency[7]. As there are more cells rapidly dividing there will be an increased chance of mutations, including in genes involved in the translocations involved in generating immunologic diversity. One of the best known examples of this is the development of Burkitt Lymphoma, which harbors an 8;14 translocation, is endemic in sub-equatorial Africa and is associated with infection and activation of the immune system by malaria.

**Lymphoma Diagnosis**

The diagnosis of NHL by expert Hematopathologists requires careful morphologic examination of tissue specimens to look for abnormal morphologic features. The tissues sampled include enlarged lymph nodes, bone marrow or any other area of the body which harbors a mass lesion. If abnormal features are found, the pathologist will correlate these features with ancillary studies to characterize a lymphoma into one of the more than sixty subtypes which are recognized. Following a diagnosis of NHL, most patients will have a bone marrow examination and radiologic imaging studies to determine the extent of the disease. A positive bone marrow defines a lymphoma as clinical stage 4 or systemic disease.

In addition to traditional morphologic analysis, ancillary studies are performed to better determine the type of the lymphoma. These include flow cytometry, which is a rapid cell based assay which allows the identification of a number of cell surface or cytoplasmic proteins characteristic of a B-cell or T-cell and may define its maturational state. Similarly, hematopathologists utilize immunohistochemistry, or the application of antibody identification of proteins to tissue sections; cytogenetic karyotyping, which examines chromosomal structure; fluorescence in-situ hybridization (FISH), which is an additional method of assessing chromosomal structure; and polymerase chain reaction sequence analysis and next generation

4

sequencing, which allows the study of mutations in our genes which are not detected by standard cytogenetics. By combining all of these modalities, the expert Hematopathologist can classify a lymphoma into its various subtypes. This classification is crucial to match patients with the optimum treatment.

Flow cytometry and immunohistochemistry contribute by determining the proteins expressed by lymphoma cells which may allow their classification into distinct entities. For example, a lymphoma which shows CD20, CD10 and BCL6 expression can be characterized as a lymphoma derived from germinal center B-cells. This information in association with the morphologic features will allow the classification of the lymphoma as a follicular lymphoma or a diffuse large B-cell lymphoma, germinal center B-cell type. If a lymphoma expresses CD20, CD5, CD23 and LEF1, it may be classified as chronic lymphocytic leukemia/small lymphocytic lymphoma. This phenotype helps to distinguish it from mantle cell lymphoma, which expresses CD20, CD5 and cyclin D1. Similarly, cytogenetic studies can allow the diagnosis of specific lymphoma entities. A 2;5 translocation is a defining feature of ALK positive, anaplastic large cells lymphoma; trisomy 12 is associated with CLL; and a 14;18 translocation with a germinal center cell derived lymphoma and an 8;14 translocation with Burkitt Lymphoma.

By careful analysis of all of the features present in a case of NHL, in association with the clinical history, the Hematopathologist may be able to determine a probable cause of the lymphoma. For example, a marginal zone lymphoma of the spleen is associated with hepatitis C infection; an EBV positive primary brain lymphoma is much more frequent in patients with HIV; a low CD4 count, T cell leukemia/lymphoma is associated with HTLV1 infection; a marginal zone lymphoma of the stomach is associated with a Helicobacter Pylori infection; and an anaplastic lymphoma of the breast is associated with a breast implant. Such analysis provides both important information to understand the patient's disease as well as risk factors that the patient may have experienced.

**Syndromes and Risk Factors Associated with Increased Lymphoma Incidence**

NHL as a category is comprised of many distinct lymphomas which differ in their clinical presentation, morphology, immunophenotype, genetic alteration, treatment and clinical outcome. As this group of diseases is quite heterogeneous, their risk factors may vary depending on the disease entity. While a number of risk factors for NHL have been identified, the great majority of cases have no known risk factors and are naturally occurring. We know that NHL is caused by mutations that can occur during one's lifetime, but we do not in many instances know why these mutations occurred.

Immunodeficiency
It is thought that immunodeficiency results in a defect in immune surveillance which allows growth of abnormal cancer cells[8,9], and can cause NHL. Examples include:
1. Innate Immunodeficiency such as Wiskott-Aldrich syndrome.
2. Acquired immunodeficiency secondary to iatrogenic immunosuppression such as seen in post-transplant lymphoproliferative disorders.
3. Human Immunodeficiency Virus (HIV).

Autoimmune Disease

It is thought that the increased lymphocyte proliferation associated with autoimmune conditions in which the body's immune system reacts against self-antigens results in chronic immune stimulation and an increased chance of a driver gene mutation resulting in an increased incidence of lymphoma[10]. Examples include:

1. Sjogrens Syndrome
2. Rheumatoid arthritis
3. Systemic Lupus Erythematosus

Infection-Associated

A number of viral and bacterial infections show a strong association with NHL[11]. This may be due to a direct role of the agent in pathogenesis such as Epstein-Barr Virus (EBV) and HTLV-1, viruses that weaken the immune system such as HIV, or due to increased lymphocyte proliferation secondary to bacterial infection such as Helicobacteria Pylori which is associated with lymphomas of the stomach.

1. Viruses: (a) EBV; (B) HTLV1; (c) HIV; (d) Human Herpes Virus 8; and (e) Hepatitis B and C.
2. Bacteria: (a) Helicobacter Pylori: gastric marginal zone lymphoma; (b) Chlamydia psitacci: ocular adnexal lymphoma; and (c) Campylobacter jejuni: Intestinal T-cell lymphoma.

Chronic Immune Stimulation

Chronic immune stimulation which increases lymphocyte proliferation eventuates in an increased risk of a mutation in a driver gene which results in an increased incidence of lymphoma.

Body Weight

Several studies have shown that increased body weight (BMI) is associated with an increased incidence of NHL[12,13,14].  Calle et al. performed a cohort study of 900,000 individuals which showed a relative risk (RR) for the development of NHL of 1.56 (CI =1.29-1.87) for individuals with a BMI >30.[15] We now understand that adipose tissue plays a very important role in the regulation of growth factors and induces a pro-inflammatory state which likely plays and important role in the pathogenesis of cancer.[16]

Smoking

Smoking is a potential risk factor for development of NHL. A dose response relationship for the development of NHL in smokers has been found12. Morton et al.[17], in a pooled analysis of nine case control studies, found a significantly increased risk of NHL and it's subtypes in individuals with a greater than 36 pack year smoking history. The RR of DLBCL was 1.24 (CI= 1.06-1.44). Benzene, which is a known carcinogen, is present in cigarette smoke and may contribute to the cancer risk in smokers.[18]

Family History
Individuals with a first degree relative with NHL have an increased risk of developing NHL.
First degree relatives include parents, children and brothers or sisters[19,20,21,22].

Radiation Exposure
Individuals that have been treated with radiotherapy or have been exposed to nuclear incidents
may have an increased risk of developing NHL[23,24].

Immunosuppressive Drugs
Individuals that have been treated with drugs such as methotrexate or tumor necrosis factor
inhibitors may show an increased risk of NHL[25].

Solvents
Individuals that have been exposed to solvents such as benzene and paints may show an
increased risk of NHL12[26,27]. Benzene is present in gasoline, auto emissions and in cigarette
smoke[28].

Age
Age is a risk factor for the development of NHL as there is an age associated increase in its
incidence. According to the National Cancer Institute Surveillance, Epidemiology/End Results
(SEER) data from 2017, more than 50% of NHL occurs in individuals who are 65 or older.[29]

Gender
There is an association with gender and the development of NHL.  According to SEER data from
2017, the incidence of NHL in males is 23.8/100,000 and in females it is 16.2/100,000.29

**Pathogenesis of Lymphoma**

Mutations in our DNA occur all of the time during regular daily activity[30]. This is part of normal
physiology. The frequency of these mutations increases with aging. The body has developed a
number of control mechanisms to assure that these mutations do not lead to permanent change in
our genome or cancer. These control mechanisms include DNA repair which is the mechanism
by which the cell identifies and corrects damaged DNA. In the event that the DNA is not
repaired, the programmed cell death pathway may be activated in which the cell dies (preventing
it from potentially giving rise to a cancer), replication control may take place, in which rapidly
proliferating cells activate a cell death pathway, or the body performs immunosurveillance,
which is the mechanism by which our immune system recognizes cancer cells and is able to
eliminate them[31,32].

Genotoxicity

Substances, such as chemotherapeutic agents which damage DNA are termed genotoxic.
Genotoxicity is a generic term for DNA damage and includes changes such as mutations, DNA
fragmentation and single strand and double strand DNA breakage.  Genotoxicity is not the same
thing as a mutation to a gene that regulates cell growth or cell death (driver mutation). We have

hundreds of thousands of insults to our DNA, which occur daily due to normal cellular activity, oxidative stress or external environmental factors such as ultraviolet light or radiation, but do not lead to permanent heritable mutations as we have a number of mechanisms to repair altered DNA. It should be noted that genotoxins may not cause permanent mutations, but all mutagens are genotoxic. The EPA requires a number of in vitro assays such as the Ames test and in vivo assays such as the comet and micronucleus assays to measure the genotoxic potential of chemicals that are under its review.

Oxidative Stress

As part of our normal physiologic processes, we generate reactive oxygen species (ROS), which, under normal conditions, are eliminated by a system of antioxidants. ROS are generated in our mitochondria as part of our normal mitochondria respiratory system. ROS consist of substances such as hydrogen peroxide, superoxide and hydroxyl radicals. When there is an imbalance of the production of ROS and their elimination, oxidative stress is produced. ROS may be increased by, for example, exercise, aging, chronic inflammation, sunlight, and obesity[33,34]. Oxidative stress has not been linked to NHL.

Requirements for Cancer Development

For a cancer such as NHL to develop, several steps are required[32]. A mutation in a driver gene(s) that is not corrected by our DNA repair mechanisms must occur. While we may not know what causes or triggers a specific mutation, we do know that this sequence is required for a cancer such as NHL to develop. For this sequence of events to cause cancer there must be sustained cellular proliferation and immortality of the transformed cells. The cells must overcome tumor suppressor mechanisms, evade cell death due to apoptotic pathways, evade immunosurveillance and induce angiogenesis. It is thought that only a rare cell will successfully accomplish all of these steps.

The Development of Non-Hodgkin Lymphoma

NHL is a common cancer and represents the 4th most common malignancy with a lifetime chance of developing lymphoma of 2.2%.[35] Lymphoma is characterized by the frequent occurrence of chromosomal abnormalities, which are often translocations between oncogenes and the T-cell receptor or the B-cell receptor gene. It is thought that these translocation events are secondary to mistakes in the recombination pathways which are crucial for the development of immune diversity. These lead to dysregulation of the activity of oncogenes as the translocation places them under the control of the antigen receptor enhancer6∙33[36,37]. In patients with chronic immune stimulation, such as present in autoimmune disease, autoimmunity and chronic infection, there is an increase in cellular proliferation which increases the chance of lymphoma associated mutations to occur.

NHL is associated with a number of translocations of genes involved in generating diversity in our immune system. An error in V(D)J recombination results in the hallmark of follicular lymphoma or the 14;18 translocation which joins the JH segment with BCL2 resulting in the dysregulation of the programmed cell death pathway. An error in the CSR mechanism results in

8

the translocation of a key cell growth regulator into the IgH switch region. A similar mechanism is involved in BCL6 translocation which is associated with a common form of NHL, diffuse large B-cell lymphoma. Somatic hypermutation introduces point mutations into oncogenes such as BCL6. Isotype switching and somatic hypermutation occur in the germinal center where a large proportion of lymphomas are derived from.

In NHL, a number of characteristic mutations and/or cytogenetic abnormalities have been associated with specific lymphomas. A number of the more common ones that we identify and utilize as diagnostic aids are listed below.

| Translocation | Lymphoma Type | Mechanism |
| --- | --- | --- |
| 14;18 | Follicular Lymphoma | Inactivates the BCL2 apoptotic pathway |
| 11;14 | Mantle Cell Lymphoma | Activates the cyclin D1 gene increasing cell proliferation |
| 8;14 | Burkitt Lymphoma | Activates the MYC gene increasing cell proliferation |
| 11;18 | MALT Lymphoma | Promotes cell proliferation |
| BCL6 translocation | Diffuse Large B-cell Lymphoma | Activation of transcriptional repressor |
| 2;5 ALK translocation | Anaplastic Large Cell Lymphoma | Activates the JAK/STAT pathway |
| RHOA mutation | Angioimmunoblastic T-cell lymphoma | Inactivation of GTPase |
| B-Raf mutation | Hairy Cell Leukemia | Activates the ERK cell growth pathway |

Careful study of the lymphocytes in normal individuals may show a low frequency of cells with translocations characteristic of follicular lymphoma and mantle cell lymphoma[38,39]. Few of these individuals will develop lymphoma. This indicates that these alterations are required, but are not sufficient by themselves for lymphoma development. It is thought that there must be an accumulation of other mutations for the generation of NHL. These findings also indicate that mutations occur frequently and are part of our normal biology. Few of them result in cancer. It has been shown that the accumulation of these mutations occurs over many years[40]. As described above while there are well known morphologic and genetic features associated with a number of lymphoma subtypes the molecular alterations in many lymphomas remains to be discovered.

Based on my experience, practice and review of the literature, in many cases the cause of the lymphoma is not known. It should be emphasized that there is no specific pathology, antigenic marker, molecular marker or genetic marker which has been associated with NHL that has been found in patients that have used Roundup®. These patients have the same presentation, pathologic findings, molecular and cytogenetic findings and clinical course as patients that did not use Roundup®. It is not possible with any modality to distinguish these cases from each other. If Roundup® was associated with lymphoma, and the data indicates that it is not, one would expect that it would be associated with a specific type of NHL, a characteristic mutation or clinical syndrome, as opposed to all subtypes of NHL, which are distinct and different diseases. Such an association has not been found.

**Lymphoma Treatment**

The treatment of lymphoma is tailored to the specific type of lymphoma, in conjunction with the patient's clinical features, including the extent of the lymphoma. The selection of the treatment for an individual patient is based on the pathologic diagnosis and clinical features. It is very common that the pathologist discusses specific aspects of a case with the treating oncologist. As a Hematopathologist who acts as a consultant to oncologists and regularly participates in lymphoma tumor board, I am well versed in the treatment options for individual patients. Standard therapy for Diffuse Large B-cell Lymphoma, germinal center B-cell type is R-CHOP, for high grade B-cell lymphoma it may be DA-EPOCH and for T-cell lymphoma CHOP (NCCN guidelines). In general, patients with low grade B-cell NHL may not be treated, which is the well-accepted watchful waiting protocol, or they may be treated with chemoimmunotherapy.

**The Alleged Association Between Roundup® and NHL**

It is clear that while we understand the mutational landscape of a number of lymphomas, and how they are crucial for the development of these diseases, it is not possible to determine a cause for these genetic alterations. It is believed that they occur in most cases unrelated to any external cause, and the resulting lymphoma may take years to decades to develop.

In addition to the syndromes described in Table 1, which have been associated with an increased incidence of lymphoma, it has been hypothesized that exposure to glyphosate, the active ingredient in the herbicide Roundup®, is also associated with an increased incidence of NHL. The argument for this view, in my opinion, is quite weak and is not supported by the scientific evidence. Indeed, a plausible mechanism by which glyphosate could account for an increased incidence of lymphoma has not been demonstrated. Neither glyphosate nor Roundup® has been shown, to a reasonable degree of medical or scientific certainty to cause NHL.

It should be noted that prior to the introduction of Roundup® into widespread use it had been hypothesized that farmers have an increased incidence of NHL[41,42]. Possible explanations for that association have been suggested, including: diesel/solvent exposure; exposure to infectious agents due to animal husbandry; and pesticides. Indeed, certain pesticides have been associated with NHL, at least in some studies.[43,44,45,46] That is why controlling for confounding by other pesticides is so important in any study that seeks to examine the potential relationship between Roundup® and NHL.

10

The alleged relationship between Roundup® and NHL is based on epidemiologic studies of the incidence of lymphoma in exposed individuals, animal studies and a number of studies examining whether there is a genotoxic effect of Roundup® both in in-vivo and in in-vitro assays. Based on the weight of evidence presented in these studies, a scientifically reliable association of NHL with Roundup® has not been found. Moreover, the prevalence of NHL peaked in about 2008, while Roundup® use has increased since then, which is consistent with a conclusion of no relationship between the two. A number of regulatory agencies and other organizations have come to the same conclusion, including the US-EPA, the European Food Safety Committee and the regulatory bodies of Canada, Japan, Australia, Germany, New Zealand and the United Nations' World Health Organization's Food and Agriculture committee.  The International Agency for Research on Cancer (IARC), a subsidiary of the WHO, with no regulatory authority, concluded that glyphosate is a class 2A carcinogen (IARC Monograph 112, 2015), but I disagree with their analysis. The IARC opinion was based not on human epidemiologic data, which they described as only limited evidence which could not rule out chance, bias and confounding factors, but on their interpretation of genotoxicity and rodent studies, which is at odds with many of the world's regulatory bodies.

I believe that when assessing causation of a disease, human epidemiologic data is the most informative as it directly measures the risk that we seek to assess. This is supported by the Bradford Hill criteria which state that causation cannot be shown absent "an association between two variables, perfectly clear-cut and beyond what we would care to attribute to the play of chance" from epidemiologic data[47]. The best epidemiologic studies that can be performed assessing whether a pesticide can cause cancer are prospective cohort studies that enroll large numbers of patients, adjust for confounding variables and have sufficient follow-up periods. An advantage of a prospective cohort study is that the population is identified before the development of disease and is then followed over time reducing recall and eliminating proxy error.  It is generally accepted that prospective cohort studies are better than retrospective studies in identifying disease associations.  Retrospective case control studies first identify individuals with the outcome under study and are easier and faster to perform, but are less reliable generally due to issues of properly identifying cases and controls, and recall and proxy bias.  Other assessments such as carcinogenicity in rodents may not accurately reflect the cancer risk to humans. Genotoxicity assays are indirect and do not necessarily assess permanent DNA damage or fulfill the Hanahan and Weinberg, Hallmarks of Cancer Criteria32, which include sustained proliferation, evading growth suppressors, resisting cell death, immortality, the ability to induce angiogenesis, tissue invasion and metastases.

Regarding the epidemiologic data, the most scientifically reliable study that has been done to date is the Agricultural Health Study (AHS), the latest update of which was reported by Andreotti in 201846. This is a prospective cohort study which enrolled over 54,000 licensed pesticide applicators and has followed these individuals since 1993. As pesticide use was ascertained at the beginning of the study, the problem of recall bias was not present. Use of 50 pesticides, including glyphosate based herbicides (GBH), was determined at enrollment and in a follow up questionnaire 5 years later. Important parameters, including years of use, amounts used and intensity of use were measured. The follow-up questionnaire was not completed by 37% of the participants and this data was imputed. Analysis of their model showed that the imputed data

11

was an accurate representation and the results of the study were not changed if the imputed data was removed. Risk factors were analyzed in a multivariate manner, adjusted for pesticide use and a number of other factors including, age, smoking history, alcohol use, body mass index, familial history of cancer, solvent exposure and x-ray irradiation. Analysis of the data from the AHS did not show an increased risk of developing NHL in glyphosate users at any dose or of any subtype of NHL. The authors also assessed whether increased intensity of exposure of glyphosate or increased lag time increased the risk of developing NHL and found that it did not. The AHS is the most robust study ever to be performed assessing the relationship of Roundup® use with cancer and the conclusion of the study was that it did not increase the risk of developing cancer including NHL.

A number of other epidemiologic studies have been reported, none of which demonstrated a statistically significant, or scientifically reliable, association of NHL with glyphosate use. These are largely retrospective case control studies which did not control for the potential confounding effects of other pesticide use, are subject to both recall and proxy bias and in some instances were limited by the small number of enrollees in each study.

1. McDuffie, et al.[48] published a Canadian case control study which examined the RR of developing NHL in individuals reporting pesticide exposure of more than 10 hours/day/year. They reported (Table 2) an adjusted odds ratio (OR) of 1.20 (CI = 0.83-1.74), which was not statistically significant. In Table 8, they examined exposure of <2 days/year and >2 days/year and reported an OR of 2.12 (CI = 1.20-3.73) for >2 days/year, however, this was not adjusted for the use of other pesticides in a multivariate analysis. This same table also reported an unusual association of sulfur use with NHL (Table 8) which may indicate underlying flaws in this study. Furthermore, the study partially used proxy respondents to assess exposure to glyphosate, creating a substantial likelihood of misclassification due to proxy bias. The same data set was re-analyzed by Hohendal, et al.43 and the RR did not reach statistical significance when adjusted for the use of another pesticide, malathion; OR = 0.92 (CI = 0.54-1.55).

2. DeRoos, et al.[49] in their 2003 retrospective study examined the relationship of pesticide use and the development of NHL. This was a pooled analysis of three case control studies of farmers in Nebraska, Iowa and Kansas which evaluated whether an association existed with ever/never use of herbicides in the study subjects. It included individuals diagnosed with NHL from 1979-1986. It should be noted that as glyphosate was not introduced until 1974, it is unlikely that the association seen in the study is reliable due to the expected latency between exposure to a carcinogen and development of NHL. The authors state that hierarchical regression analysis is the most robust method to analyze such data, but in their hierarchical regression analysis, Table 3, they calculated a RR of GBH and NHL of 1.6 (CI = 0.9-2.8), which was not statistically significant.

3. Pahwa, et al.[50], as part of the North America Pooled Project, performed a pooled case control study to examine the association between GBH use and NHL and its major subtypes. The underlying studies in this analysis were McDuffie, et al.48 and DeRoos, et al.49. These studies examined the use of pesticides and the development of NHL in 6 Canadian provinces and 4 US Midwestern states. The results showed that after adjusting for the use of other pesticides, a statistically significant association of GBH use and NHL or any of its subtypes was not found

12

(Table 2). This study also did not show a trend of increased risk of NHL and the years of use or days-per-year use of a GBH (Tables 3, 4, 5). In their analysis of CLL/SLL in individuals who used glyphosate for >3.5 years they calculated an OR-crude of 1.98 (CI = 0.89-4.39) which was not statistically significant.  (In examining CLL/SLL in individuals that had 10 lifetime days of use, the authors report in Table 5 an OR of 1.08 (CI = 1.01-1.16), which is borderline significant.) It is important to note that neither of the underlying studies used in this analysis showed a scientifically reliable relationship between GBH and NHL. As described above, each of those studies had significant deficiencies including latency, proxy and recall bias.

4. Eriksson, et al.[51] performed a case control study of Swedish subjects from 1999-2002. One of the limitations of this study is the small number of cases (29) and controls (18). In their multivariate analysis, which controlled for other pesticides, they did not find a relationship between GBH use and NHL, Table 7, OR = 1.51 (CI = 0.77-2.94). This study also examined the RR of NHL in individuals exposed to glyphosate for more than 10 days. This analysis was limited as it only had 17 cases and 9 controls. They calculate an OR of 2.36 (CI = 1.04-5.37), but this number was not adjusted for the use of other pesticides. The authors also did not adjust their data for confounding factors such as a family history of cancer, smoking and exposure to solvents, exhaust fumes, smoking or body weight.

5. Hardell, et al.[52] performed a case control study in Sweden and published their data in 2002. The subjects were males greater than 25 years of age with NHL diagnosed between 1987 and 1990. A minimum exposure of 1 working day (or 8 hours) was required to be entered into the study. This study was quite limited with 8 cases exposed to GBH. When multi-variate analysis of the data was performed there was not a statistically significant association between GBH use and NHL (OR = 1.85, CI = 0.55-6.20) (Table 7).

6. Orsi, et al.[53] performed a French case control study and published their data in 2009. The study was limited by a small number of GBH exposed cases (12). They did not show a statistically significant association between GBH use and NHL, Table 3 (OR = 1.0, CI = 0.5-2.2).

Several authors have published meta-analyses of these and other studies, none of which show a scientifically reliable association between Roundup® and NHL.  Leon, et al.[54] performed a meta-analysis of 3 cohort studies which included the French Agrican study[55], the Cancer in the Norwegian Population study[56], and the AHS study through 2011[57]. The strength of these individual studies is that they consist of prospective cohort studies with more than 300,000 participants. However, as in other meta-analyses, the conclusions drawn from the data are influenced by the design of each study which may serve to compound the weaknesses of the studies. The most significant problem with the French and Norwegian studies is that pesticide use was not directly reported by the study participants, but was based on an estimate of pesticide use established by a crop matrix and census data which may have led to a misclassification of the actual pesticides that were employed. The Norwegian study enrolled individuals at five year intervals from 1969-1989. It should be noted that glyphosate was not introduced into usage until 1974 and did not reach wide spread application until the mid-1990's. The data from Leon, et al.54 (Table 1) did not show an increased risk of NHL in individuals that used glyphosate based

13

herbicides (RR=0.95, (CI=0.77-1.18)). It should be noted that the data was not adjusted for a family history of cancer, smoking history or alcohol use.

The Leon, et al. authors also performed a statistical analysis of four different subtypes of NHL: CLL, RR= 0.92 (CI = 0.69-1.24), DLBCL, RR = 1.36 (CI = 1.00-1.85), FL, RR = 0.79 (CI = 0.52-1.21) and multiple myeloma, RR = 0.87 (CI = 0.66-1.15). None of the subtypes showed a statistically significantly increased risk in the users of GBH. In examining the individual cohorts for an association of DLBCL and GBH use, the Leon, et al. authors noted the RR in the AHS was 1.2 (CI = 0.72-1.95) and the Agrican study showed a RR of 1.06 (CI = 0.51-2.19). Only CNAP excluded the null value, RR= 1.67 (CI = 1.05-2.65).54 However, it must be emphasized that CNAP exposure was not based on actual exposure, but on assumed exposure from census data which may result in exposure misclassification. The authors of this study explained they "did not observe an association between risk of NHL overall and ever use of glyphosate."

Chang and Delzell[58] performed a meta-analysis of a number of published studies and drew their conclusions predominantly from 6 studies48·49·51·52·53·[59]. They used the most fully adjusted RR available in each of the studies. They calculated a RR of 1.3 (CI 1.0-1.6), which was not statistically significant, and concluded that a causal relationship was not established between glyphosate use and NHL based in part on an evaluation of the studies using the Bradford-Hill criteria47. Significantly, this study did not include the latest update of the AHS study data46. The authors noted underlying factors in each of the retrospective case control studies analyzed which called into question the scientific reliability of the studies, including selection bias, exposure misclassification, appropriate control for confounding exposures and the varying statistical analysis in each of the studies.

A meta-analysis of the latest update of the AHS cohort study46 and five case control studies48·49·51·52·53 was published in 2019 by Zhang, et al.[60]. The authors investigated the hypothesis that there would be a relationship between high cumulative exposure to GBH and the development of NHL. Based on the data that they selected from the underlying studies, they calculated a RR of 1.41 (CI = 1.13-1.75). However, based on a number of flaws in this meta-analysis, I do not believe that their conclusion is supported by the weight of scientific evidence. A major flaw in the study is that the basis of their hypothesis is not sound. The AHS study, the most robust study ever performed, which followed a cohort of over 54,000 licensed pesticide applicators for over 20 years found no association of GBH use with NHL at any exposure level and at any lag time. It must also be emphasized that the exposure intensity in the AHS study was more quantitative than a number of the other studies which used poorly defined criteria such as more than 2 or less than 2 days of use. None of the five case control studies included in this meta-analysis found a reliable statistically significant association of GBH use with NHL. For example, the meta-analysis included the DeRoos, et al. (2003) study which found no statistically significant association of GBH use and NHL when using hierarchical regression analysis49. The Eriksson, et al.51 and McDuffie, et al.48 studies did not adjust their data for the use of other pesticides or other confounding factors. The Orsi, et al.53 study was very limited as it included only eight cases of NHL which I would consider insufficient for analysis. The case control studies included in Zhang, et al. all differed in their design substantially making it impossible to produce a reliable meta-analysis, and are influenced by recall and proxy bias.

In January 2020, the EPA released their analysis of the Zhang study[61]. They noted that the EPA previously analyzed all of the data utilized by Zhang, et al. and concluded that GBH use was not associated with an increased risk of NHL. The EPA concluded that the statistical method used by Zhang, et al. in their meta-analysis was inappropriate. They emphasized that the Andreotti AHS study did not show a trend of increased risk of NHL with increased exposure refuting the hypothesis of the Zhang, et al. authors. They therefore questioned why Zhang, et al. had only included a small proportion of the Andreotti AHS data in their meta-analysis. The consequence of this decision reduced the weight of the Andreotti AHS study, which was not appropriate. The EPA argued that since there was no association between GBH use at any exposure level or at any lag time with NHL, and the only data point shared by all studies was ever/never use, the appropriate data set was ever/never use of the entire cohort. Based on this criteria, the analysis showed a RR of 0.85 (CI= 0.73-1.00) in the Andreotti AHS study and for the six studies included in Zhang, et al. a RR close to the null, RR = 1.12 (0.96-1.3), which was not statistically significant.

Additional meta-analyses have been recently published. A study by Donato et al.[62] did not show an association of glyphosate use with the development of NHL. The authors emphasized that the limitations of a meta-analysis on glyphosate are influenced by the individual studies "with potential bias resulting from lack of compatibility of cases and controls, and retrospective assessment of glyphosate exposure." The authors also point out there may be publication bias with the lack of reporting of negative results examining whether glyphosate causes NHL. One of the strengths of this study is it included "1271 cases or deaths from NHL, compared to 211 in the review by IARC."

Kabat et. al.[63] performed a meta-analysis of studies published in English where direct assessment of pesticide use was documented. Of note, they excluded studies based on exposures inferred from crop matrices. In their meta-analysis of data from studies evaluating whether ever exposure to glyphosate increased the risk of NHL, they calculated a RR of 1.05 (CI= 0.87-1.28), which was not statistically significant. They emphasized problems with meta-analyses like Zhang, noting that "it is crucial that the studies being combined be of comparable quality and use comparable definitions of exposure. Otherwise, one risks 'comparing apples to oranges.'" The authors further stated that, due to theoretical concerns about selection and information bias, "combining the AHS with case-control studies is unwise," and concluded that, "The results of the AHS study provide the most reliable and precise information regarding the risk of NHL following glyphosate exposure".

**Summary of epidemiologic studies**

Based on my analysis of the epidemiologic studies that have been performed, it is my opinion that they do not support a relationship between GBH use and NHL. Significantly, when IARC drew their conclusion about the relationship of GBH and NHL they found the epidemiologic data to be limited. When they published their position paper, the Andreotti update of the AHS study was not yet available and the conclusions of that study weaken any hypothesized epidemiologic association of GBH and NHL. The EPA in their analysis of the epidemiologic data concluded that there was no association between GBH exposure and cancer of any kind including NHL. A similar conclusion was reached by a number of international regulatory agencies.

**International Association for Research on Cancer (IARC) 2015 Glyphosate Monograph**

In 2015, IARC issued a monograph which addressed the association of glyphosate and human cancer[64]. The consensus document classified glyphosate as "probably carcinogenic to humans (Group 2A)." The decision was based on their finding of limited evidence of cancer in humans based on epidemiologic studies, sufficient evidence of cancer in experimental animals and strong evidence of genotoxicity. The group discounted the importance of the 2005 update of the AHS study59 because of the short follow up time. The 2018 update of the AHS46 overcomes this perceived weakness and provides strong evidence which indicates that there is not an association of glyphosate use and cancer. The scientific process requires that based on new knowledge the hypothesis should be tested again.

In addition to the human exposure studies, IARC examined the development of cancer in rodent models. IARC limits their consideration to studies that are published or accepted for publication which restricted IARC's review to only eight animal carcinogenicity studies whereas, as explained below, EPA considered a much wider range of fifteen studies when conducting its own evaluation. In the evaluation of these models, it is important to consider their reproducibility, whether there is a dose/response relationship, whether the doses administered are biologically meaningful and importantly whether the incidence of the development of cancers differs from the control group and the historic incidence of cancer in the colony being studied. When these factors are taken into account, the weight of evidence is that the animal models studied do not support an increase in the development of cancer.

A third factor considered by IARC were genotoxicity studies. A number of these studies were in non-mammalian species and are not relevant to human cancer. A limit to genotoxicity studies is that they often just measure DNA damage, which may just be transient and not permanent alterations in the genome which may eventuate in cancer. There are at least 5 separate mechanisms in the body that correct alterations in DNA31. DNA damage occurs all of the time in our cells as part of our normal physiology.

IARC examined some studies in which genotoxicity was measured in human populations that were exposed to GBHs. Paz-y-Mino, et al.[65] studied a population in Ecuador that was exposed to aerial spraying of glyphosate based herbicides and reported DNA strand breaks when measured two weeks to two months after spraying. There are a number of key deficiencies about this study that call its results into question, including that the samples were collected and processed at different times after exposure and it is not clear if they were interpreted in a blinded fashion. There were also signs of direct toxicity due to the high application rate which may have affected the comet assay. The water source of this population may also have had significant pollution. Most importantly, they performed a follow up study four years later[66] which did not show evidence of an abnormal karyotype in any of the individuals studied. This indicates that any genotoxicity, if it was in fact present, was transient and would not play a role in the development of cancer.

Bolognesi, et al.[67] studied the population in five regions of Columbia. Three areas were exposed to aerial spraying, one region was exposed to pesticides, but not through spraying, and one group was not exposed to GBHs. They found an increase in micronucleus formation in the groups exposed to aerial spraying, but it was not consistent with the rate of application.  The lack of correlation between reported exposure and micronucleus formation suggests caution in interpreting the results. In one of the regions, they found that the binucleate cells decreased when they were measured four months later. The authors state in the abstract:  "Overall, data suggest that genotoxic damage associated with glyphosate spraying for control of illicit crops as evidenced by MN test is small and appears to be transient."  In the discussion, the authors conclude: "There was no clear relationship between BNMN and the reported use of pesticides classified as genotoxic." They go on to state "these results suggest that genotoxic damage associated with glyphosate spraying, as evidenced by the MN test, is small and appears to be transient" and is of low biological relevance. They state that "[b]ased on the applicable Bradford Hill guidelines[47], it is not possible to assign causality to the increases in frequency of BNMN observed in our study."

The IARC monograph was considered by the US EPA and a number of regulatory agencies throughout the world. These bodies differed with the IARC opinion and concluded that there is no evidence supporting an association of NHL with glyphosate.

**The United States Environmental Protection Agency (EPA) Review**

Pesticides must undergo a registration review by the EPA in order to be marketed and sold in the United States. Glyphosate was first approved in 1974. The registration review determines whether a pesticide meets or does not meet the standard for registration according to the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA). Pesticides now are required to undergo a re-registration review every 15 years.

EPA has conducted an independent evaluation of the carcinogenic potential of glyphosate and determined that it is not likely to be carcinogenic in humans on multiple occasions from 1974 to the present. Most recently, in January 2020, the EPA concluded its re-registration review of glyphosate and again concluded "that there are no risks to human health from the current registered uses of glyphosate and that glyphosate is not likely to be carcinogenic to humans."[68] The EPA discusses in detail its weight of evidence analysis in reaching this conclusion in the December 2017 document "Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential" (Glyphosate Issue Paper)[69].

In the Glyphosate Issue Paper, the EPA performed an extensive review of the epidemiology literature, studies of carcinogenic potential in rodents and genotoxicity studies. As part of their weight-of-evidence analysis, the EPA considered the Bradford Hill criteria47 which examines, strength, consistency, dose response, temporal relationship and biologic plausibility in evaluating the data. The EPA concluded that the "available data…do no[t] support a carcinogenic process for glyphosate."69

Fourteen rodent carcinogenicity studies were evaluated by the EPA.  In six of the fourteen studies, no tumors were identified. In evaluating the remaining eight studies, the EPA concluded

that none of the tumors were treatment related. This was based on a lack of statistical significance, lack of dose response, absence of pre-neoplastic lesions, no difference from historical controls, lack of tumor progression, lack of reproducibility across studies or the development of tumors at doses which exceeded 1000 mg/kg/day which is not relevant to human exposure levels which are thought to be a maximum of 7 mg/kg/day.69

The EPA also requires that genotoxicity studies be performed for registration review. It should be noted that many of the genotoxicity studies on glyphosate measure DNA damage which may not result in mutation or permanent DNA damage. These included bacterial reverse mutation studies, in vitro gene mutation and chromosomal abnormality studies and the in vivo study of micronucleus formation and chromosomal aberration. The key studies that assess whether a chemical can cause cancer were negative, including twenty-seven bacterial mutagenicity studies, four in vitro gene mutation studies and six of eight in vitro chromosomal aberration studies. The two studies that were reported to be positive were from the same laboratory[70,71], and did not show a dose response relationship. Six in vitro micronucleus studies were reviewed. Two reported equivocal results and four reported positive results; however, none of the studies showed a dose/response relationship, all occurred at high exposure levels which may have been toxic, and it was not clear if the observers were blinded to the treatment. A number of mammalian erythrocyte micronucleus studies were reviewed. Fourteen were performed for regulatory purposes, four were in the published literature and one was done under the auspices of the National Toxicology Program. Seven of the nine studies which used intra-peritoneal injection were negative. In the two positive studies, the dose level was above the LD50, which may not be relevant to human disease. It should be noted that doses at this levels may overwhelm the usual metabolism of the substance, permitting the buildup of toxic levels, and are not relevant for risk assessment to human health.

In conclusion, in the EPA's 2017 and 2020 reviews, based on the epidemiologic data, rodent carcinogenicity studies, and genotoxicity data, and utilizing a weight of the evidence approach, the EPA concluded that glyphosate is not likely to be carcinogenic and that there was no risk or concern raised from human exposure to glyphosate.

In the April 2019 Proposed Interim Registration review[72], the EPA determined that glyphosate is "not likely to be carcinogenic in humans." The EPA notes that its review is more robust than IARC's review. IARC only considered studies that are published or accepted for publication, which restricted IARC to only eight animal carcinogenicity studies while EPA considered fifteen studies. EPA excluded non-mammalian species from their consideration as they were not appropriate models for human disease. The EPA also used a more transparent process which allows for modifications and corrections if warranted. The EPA's analysis was reviewed by a scientific advisory panel of FIFRA and the EPA made revisions based on their comments. The EPA also accepts public comments and received more than 230,000 comments on the proposed interim registration decision. The EPA concluded that a revision of the risk assessment was not warranted based on the public comments. In contrast to the EPA, the IARC meeting are not accessible to the public. Its deliberations are closed, there are no public comments or external peer review and the materials to be reviewed are not distributed prior to the meeting.

The EPA's decision is consistent with that of other regulatory agencies around the world, including:

1. The Canadian Pest Management Regulatory Agency[73,74.]
2. The Australian Pesticide and Veterinary Medicine Authority.[75]
3. The European Food Safety Authority[76].
4. The European Chemicals Agency[77].
5. German Federal Institute of Occupational Safety and Health[78].
6. The Joint FAO/WHO Meeting on Pesticide Residue[79].
7. The New Zealand Environmental Protection Agency [80].
8. The Food Safety Commission of Japan[81].

## Conclusion

Based on the weight of evidence, I conclude with reasonable scientific certainty, that glyphosate is not carcinogenic and is not associated with an increased risk of NHL.

### James Peterson

Mr. James Peterson, a 77 year old male (date of birth _____ was diagnosed with Diffuse Large B-cell non-Hodgkin Lymphoma (DLBCL) in February 2017 based on a left supraclavicular lymph node biopsy. Confidential-JPeterson-NCHMG-000055-56 (Feb. 6, 2017). He was treated with 6 cycles of R-CHOP chemotherapy and is now in a complete remission without evidence of disease. Confidential-Peterson-JPeterson-ONorthshore-000157-161 (noting Mr. Peterson had "6 cycles of R-CHOP" and is now "in clinical remission") (June 26, 2017).

**Past Medical History**

Mr. Peterson's medical history prior to diagnosis with DLBCL is notable for the following conditions. According to Mr. Peterson's medical records, he has a prior history of hypertension, hyperlipidemia, gastroesophageal reflux disease, and ataxia.  Confidential-JPeterson-NCHMG-000084 (Dec. 11, 2015).

Mr. Peterson has suffered from cerebellar ataxia since 2009. Confidential-JPeterson-ISCenter-000019 (Oct. 7, 2010) (reporting that he complained of "dizziness for 6 months… Balance not good with eyes closed…Feeling constant fatigue."); Confidential-JPeterson-NN-000062-64 (Dec. 2, 2011) (reports "significant difficulties with balance and visual coordination/double vision…[h]e states that for as long as he can remember he has had some dizziness and unsteadiness…[if he] exercises…or exerts himself on hot days he seems to experience double vision."); Confidential-JPeterson-ChicagoDH-000001-6 (May 17, 2012) (showing "[s]lowly progressive imbalance.  It started at the same time he developed chronic fatigue…[d]oes have chronic fatigue syndrome as well as dry mouth, tensing of muscles, and attacks of imbalance on every day…appears to have ataxia induced by exercise and heat."); Confidential-JPeterson-NN-000009-11 (Sept. 19, 2012) (record following-up on balance problems, stating symptoms "may be getting worse," that Mr. Peterson "continues to feel off balance," and that Mr. Peterson's "dizziness is worsened by…movement of the head."); Confidential-JPeterson-ChicagoDH-000008-9 (Oct. 18, 2012) (follow-up visit for ataxia noting "4 or 5 falls" and that Mr. Peterson's

"balance is getting worse" since last visit on May 17, 2012); Confidential-JPeterson-NN-000003-5 (Feb. 13, 2013) ("[D]izziness began months ago…The severity of dizziness such that it interferes with the quality of life."); Confidential-JPeterson-AMG-MD-000031-34 (May 13, 2014) ("He states he also tends to have difficulty with balance in the summer with physical activity for 20 minutes during the summer. The patient states his problems with balance with exertion tend to get worse with less activity as the day progresses. He states as the day progresses, he also tends to have more fatigue."); Confidential-JPeterson-NCHMG-000074-78 (Dec. 14, 2016) (stating Mr. Peterson's cerebellar ataxia is "[w]orse with stress and exertion.").

Ataxia is the lack of voluntary coordination of muscle movements and often is due to cerebellar dysfunction. The cerebellum is the part of the brain that coordinates muscle movements. Patients with cerebellar ataxia may have poor balance, dizziness, problems with walking, and changes in their speech. There are many causes of cerebellar ataxia, including hereditary causes and autoimmune diseases, such as gluten sensitivity[82]. In May of 2012, Mr. Peterson was evaluated at the Chicago Dizziness and Hearing Center for ataxia, which was said to have started in May 2009.  Confidential-JPeterson-ChicagoDH-000001-06 (May 17, 2012). He was evaluated at the University of Chicago for his ataxia and underwent screening for a possible genetic etiology. This screen did not show any pathogenic sequence changes in genes associated with ataxia. Confidential-JPeterson-UCM-MD-000169 (March 20, 2018) ("No clearly pathogenic sequence changes detected in the genes analyzed related to this patient's reported ataxia phenotype."). The medical records do not indicate that he was further evaluated for possible causes of his cerebellar ataxia, including the possible autoimmune etiologies. Mr. Peterson's ataxia is made worse by exercise and heat. Confidential-JPeterson-ChicagoDH-000010 (May 16, 2013). In this time frame, Mr. Peterson also complained of fatigue and was diagnosed with chronic fatigue syndrome. Confidential-JPeterson-ChicagoDH-000008 (Oct. 18, 2012). Mr. Peterson testified that he sprayed Roundup® on weeds at his residence from 2013-2016 approximately 1-2 times per month during the spring, summer, and fall for about forty minutes each time.  Deposition of James Peterson ("Peterson Dep."), *Peterson v. Monsanto Co.*, Case No. 3:16-md-02741-VC, at 108:19-109:7; 155:14-21; 262:14-19 (Nov. 14, 2019).  Given his history of ataxia, which is exacerbated by heat and his chronic fatigue syndrome, it is doubtful that Mr. Peterson could have routinely sprayed Roundup® during the summer months over this period of time.

Mr. Peterson also had a history of moderate obesity.  On February 22, 2013, he was recorded to have a BMI of 31.5 (HT 66 in. [5'6"], 195 lbs.). Confidential-JPeterson-NN-000027 (Feb. 22, 2013). His BMI fluctuated over the years and, immediately prior to his initial symptoms of NHL, he had a BMI of 30.76 (190 lbs. 8 oz) in December 2016.  Confidential-JPeterson-NCHMG-000076 (Dec. 14, 2016).

Mr. Peterson also suffers from obstructive sleep apnea.  In a routine visit in December 2016, Mr. Peterson's primary care physician, Dr. Moran, noted that the patient had a history of sleep apnea. Confidential-JPeterson-NCHMG-000074, 77 (Dec. 14, 2016).  He was evaluated for his sleep apnea in October 2010, referred by Dr. Grossman, and the resulting apnea analysis showed evidence of moderate to severe sleep apnea.  (Confidential-JPeterson-RDeitch-000078 (Oct. 11, 2010).  As a result, Drs. Grossman and Deitch prescribed CPAP with mask, tubing and headgear. Confidential-JPeterson-RDeitch-000077 (Dec. 6, 2010).

Mr. Peterson also had chronic anxiety and depression before his diagnosis with cancer. For example, records from 2012 indicate that Mr. Peterson was being treated with Zoloft, an anti-depressant, and was undergoing psychotherapy. Confidential-JPeterson-NN-000059-61 (Jan. 13, 2012); Confidential-Peterson-JPeterson-AmitaABMC-MD-000128 (Oct. 11, 2012).

It is unclear, though possible, that Mr. Peterson may have been exposed to unknown toxic chemicals through his prior employment. A medical record dated June 28, 2013, notes that Mr. Peterson "worked at several corporate jobs over the years, some of which included some toxic exposures." Confidential-JPeterson-UCM-MD-000004 (Jun. 28, 2013). Prior to joining the post office as a mail carrier in 1992, he worked at several office jobs for G.D. Searle, Motorola, Baxter Lab and Sun Process. Peterson Dep. 61:16 – 66:03 (Nov. 14, 2019). It is unclear whether Mr. Peterson had any toxic exposures at these jobs. During the Korean War, Mr. Peterson served as a radio technician for two years. *Id.* at 41:7-8; 68:14-15. One of his favorite hobbies was photography, and during the 1970's and 1980's he developed his own pictures working with a number of hazardous chemicals. *Id.* at 24:08 – 29:17. He testified that he did not always wear protection when using these chemicals and had a friend who got sick from using them. *Id.* at 26:03 - 29:17.

**Diagnosis and Treatment for NHL**

Mr. Peterson presented to the Emergency Department of Northwest Community Healthcare on January 22, 2017 with left lower quadrant abdominal pain and bloating. Confidential-JPeterson-NCHosp-MD-000943-944 (Jan. 22, 2017). A CT scan showed upper abdominal lymphadenopathy involving the mesentery and retroperitoneum. There was a possible mass in the proximal sigmoid colon. Diverticulosis was also noted. Confidential-JPeterson-NCHosp-MD-000953 (Jan. 22, 2017). Mr. Peterson was seen by his primary care physician Dr. Moran on January 30, 2017, who noted cervical lymphadenopathy. Confidential-JPeterson-NCHMG-000065 (Jan. 30, 2017). On February 6, 2017, an ultrasound guided needle core biopsy of a left supraclavicular lymph node was performed. Confidential-JPeterson-NCHosp-MD-000877 (Feb. 6, 2017). This biopsy showed a Diffuse Large B-cell Lymphoma, Germinal Center B-cell Type. Confidential-JPeterson-NCHosp-PD-000005 (Feb. 6, 2017). Diffuse large B-cell lymphomas may be divided into 2 broad categories: Germinal Center B-cell type and Activated B-cell type. The germinal center B-cell type is somewhat more frequent than the activated B-cell type.[3] This distinction may be important as the Germinal Center B-cell type may have a better prognosis than the Activated B-cell type[83,84], and the Activated B-cell type may benefit by adding additional therapies to the standard R-CHOP therapy.[3]

A number of immunohistochemical stains were done. They showed that the lymphoma cells expressed CD20, BCL2, CD10, BCL6 and MUM1. These studies indicate that the lymphoma expressed the proteins which indicate that it is a germinal center derived B-cell lymphoma. The Ki-67 proliferative index was thought to be at least 80%. Confidential-JPeterson-NCHosp-PD-000006 (Feb. 6, 2017). It is thought that lymphomas with a proliferative index of more than 90% may require more aggressive therapy, but Mr. Peterson did not require that. There is a note in Mr. Peterson's chart that c-MYC was not over expressed, Confidential-JPeterson-NCHosp-MD-000656 (Feb. 16, 2017) (office notes by Keith Schulman, MD, indicating negative c-MYC results by FISH analysis), but I could not find documentation of that finding. Additional studies

21

to evaluate the lymph node were done at Integrated Oncology. The flow cytometry study showed a small monoclonal kappa B-cell population with expression of CD10. Confidential-Peterson-JPeterson-ONorthshore-000006 (Feb. 8, 2017).  Molecular clonality studies showed clonal rearrangement of the IgH framework II locus and the IgK V-J locus. These studies confirm the presence of a clonal B-cell population consistent with a B-cell NHL. Confidential-JPeterson-NCHosp-MD-000895 (Feb. 10, 2017).  Cytogenetic fluorescence in-situ hybridization (FISH) studies were performed and showed a 14;18 translocation and did not show translocations of MYC or BCL6. Copy number gain of BCL6 and MYC were seen. Confidential-JPeterson-IOP-000011 (Feb. 14, 2017). This finding is not uncommon and is consistent with aneuploidy. The cytogenetic studies are integral to a standard evaluation of the lymphoma and it is important that they did not show a MYC gene rearrangement which is associated with more aggressive disease and did not show multiple translocations characteristic of the more aggressive high grade B-cell lymphoma with 2 or 3 translocations (double hit/triple hit). The copy number gains of MYC and BCL6 are not uncommon.

In summary, the pathologic evaluation of this lymph node showed a Diffuse Large B-cell Lymphoma, Germinal Center B-cell type with a BCL2 translocation. BCL2 translocations are associated with the germinal center phenotype and are present in approximately 30% of DLBCL. On February 7, 2017, Mr. Peterson had a biopsy of a lesion in his sigmoid colon which showed crushed lymphoid tissue which expressed CD20, BCL2 and CD10. These findings were considered highly suspicious for a B-cell lymphoma. Confidential-JPeterson-NCHosp-MD-000868 (Feb. 8, 2017).  Mr. Peterson had a bone marrow biopsy and aspirate on February 10, 2017, which was evaluated at Genoptix and showed small focal clusters of B lymphocytes. Confidential-JPeterson-GenoptixCL-000040 (Feb. 22, 2017).  Flow cytometric study showed 2% monoclonal Kappa B-cell, which expressed CD19, CD20 and CD10. Confidential-JPeterson-GenoptixCL-000059 (Feb. 13, 2017).  Cytogenetic FISH studies showed cells with a 14;18 translocation and trisomy 8q. Confidential-JPeterson-GenoptixCL-000042 (Feb. 21, 2017). In summary, the bone marrow findings are consistent with minimal bone marrow involvement by non-Hodgkin lymphoma. Based on the bone marrow and colon involvement, the lymphoma was considered to be Stage 4. Lymphoma acts quite differently than carcinoma as Stage 4 lymphoma is highly treatable. The majority of patients with stage 4 lymphoma have a durable response to therapy with a 5 year survival of 53%, as compared to a dismal prognosis of carcinomas at a similar stage.

Mr. Peterson was seen by Dr. Shulman who recommended treatment with 6 cycles of R-CHOP immuno-chemotherapy, which was started on February 14, 2017 and was completed on May 30, 2017. Confidential-Peterson-JPeterson-ONorthshore-000157 (Jun. 26, 2017).  A PET/CT scan following treatment on July 11, 2017, found "no abnormal uptake of the radiopharmaceutical to suggest residual or recurrent disease."  Confidential-JPeterson-NCHosp-MD-000392-393 (July 11, 2017). He is now followed by Dr. Randy Rich. A CT scan performed in April 2019 showed no evidence of recurrent disease, (Confidential-JPeterson-NCHosp-MD-000255 (Apr. 11, 2019)), and as of November 11, 2019, Mr. Peterson is in complete remission. Confidential-JPeterson-IllinoisCS-000005 (May 8, 2018) ("NED [No evidence of disease] subsequent to first-line systemic therapy with R-CHOP."); Confidential-JPeterson-IllinoisCS-000010 (Aug. 13, 2018) ("[R]emains in complete response subsequent to a course of curative intent chemotherapy with R-CHOP ...  Recent CT scan of the body shows no evidence of disease recurrence.");

Confidential-JPeterson-IllinoisCS-000013 (Dec. 3, 2018) ("currently NED more than one year from initial therapy"); Confidential-JPeterson-IllinoisCS-000016 (Apr. 8, 2019) ("currently NED 2 years from initial therapy"); Confidential-JPeterson-IllinoisCS-000019-23 (Nov. 11, 2019) ("currently NED more than 2 years from initial therapy ... he remains in complete remission subsequent to a course of curative intent chemotherapy with R-CHOP completed 5/2017"). Mr. Peterson's expert, Dr. Weisenburger notes that he spoke to Mr. Peterson on December 14, 2020 and documents that Mr. Peterson "is currently well and continues in remission." Specific Causation Report for Mr. James Peterson, at 1. Mr. Peterson testified that as far as his prognosis, he has been told by his doctor that there is currently no detectable cancer in his body.  Peterson Dep. at 82:3-8. He still complains of fatigue, but it should be noted that this issue predates his diagnosis of lymphoma. *See* Confidential- JPeterson-RDeitch-000081 (Oct. 7, 2010) ("He is feeling constant fatigue....could be from sleep apnea"). He has gone from a 3-month to a 6-month checkup for his cancer.  Peterson Dep. at 82:9-13. He testified that his doctor has told him that he only has a 5% chance of recurrence.  Peterson Dep. at 83:8-13. The medical records indicate and Mr. Peterson confirmed that no doctor attributed the cause of his NHL to Roundup®. Peterson Dep 214:3-12.

**Opinions Based on Mr. Peterson's Medical and Other History**

Mr. Peterson, a 77 year old male, developed diffuse large B-cell lymphoma at the age of 73. His lymphoma was stage 4B at diagnosis. He completed 6 cycles of R-CHOP chemotherapy and has been in complete remission for more than two and a half years.

Diffuse large B-cell lymphoma (DLBCL) is the most common subtype of non-Hodgkin lymphoma in the United States35. It is thought that in 2020 there will be 77,000 new cases of NHL comprising 4.3% of all new cancers.  It occurs more frequently in males than females, and at ages from 75-79 will affect 146.5 individuals per 100,000. To help put this in perspective, if you went to a football game with 60,000 fans, 9 would have DLBCL.  We do not know the cause of the vast majority of cases of NHL and in the WHO Classification of Tumors of the Hematopoietic and Lymphoid Tissues it is stated that the etiology of DLBCL remains unknown[3]. We do understand, like all other cancers, that NHL is due to a series of genetic mutations which result in the unregulated growth of a clonal cell population. This will result in a malignant tumor if this clone can avoid the body's robust defense mechanisms. It is thought that these genetic events may take 10-20 years before a tumor is clinically recognized. Roundup® is not associated with any genetic driver mutations.

While we do not know the cause of the majority of NHLs, there are certain recognized risk factors that have been discussed in this report, including, older age, male gender, autoimmunity, immunodeficiency, certain viral infections, obesity, smoking and exposure to solvents. Mr. Peterson had several risk factors for the development of NHL including his age, gender, increased BMI, and sleep apnea[85]. The cause of Mr. Peterson's cerebellar ataxia is unknown but may be related to an autoimmune disease, which would further increase his risk of developing NHL82. He also may have been exposed to toxic substances during his employment, military service and in using chemicals involved in his photography hobby.

23

Mr. Peterson's DLBCL did not have any unique features which suggests the cause could be related to an external exposure. He had a classical presentation with lymphadenopathy, limited bone marrow involvement and colonic involvement. His tumor was the more common DLBCL-germinal center B-cell type. It must be emphasized that there is no distinguishing feature in the clinical presentation, outcome or pathology of lymphomas that develop in patients who have used Roundup® as compared to those that have not.

Stage 4 DLBCL is present in 34% of newly diagnosed cases of DLBCL and has a durable five year survival rate of 62.2%[35], which is much better than other diseases at Stage 4 such as lung or colon cancer. As a comparison, the 5 year survival rate for stage 4 lung cancer is 5.8%. Hence, stage 4 DLBCL is a highly treatable and curable disease. In Mr. Peterson's case, we can make a projection that he is highly likely to have a good outcome. Twenty to forty percent of patients relapse or fail to achieve complete remission within the first eighteen months after completing therapy. Mr. Peterson does not fall into this group as he has been in remission for more than two and a half years after completing therapy. It has been shown that patients who are in complete remission twenty-four months after beginning R-CHOP therapy or after the completion of therapy have an excellent outcome with an overall survival approximating that of an age and sex matched population[86,87]. In this group, only about 7-8% of individuals will relapse after 5 years[86,87]. Based on Mr. Peterson's outcome, he is highly likely to live a normal lifespan.

Mr. Peterson had a limited possible use of Roundup®. If one accepts the hypothetical that there is a relationship between the use of Roundup® and the development of NHL, his exposure would not be consistent with the development of lymphoma based on our knowledge of latency or the time that it takes from exposure to a carcinogenic substance to the clinical detection of disease. We know that the development of cancers is due to the accumulation of gene mutations which result in an immortalized clone of cells which is able to develop a tumor. It has been shown that DLBCL has a median number of 17 genetic alterations per tumor[88]. This process is thought to occur over many years[40]. In his plaintiff fact sheet, Mr. Peterson reported home use of Roundup from either 2013 or 2014 until 2016, Confidential-JPeterson-PFS-000008, which would suggest that the period from Roundup® use to the detection of the lymphoma was three to four years. Generally speaking, lymphomas take years to become clinically manifest, so for a risk factor to be considered causally related to a patient's lymphoma, the exposure must be sufficiently distant to the time from diagnosis. An additional important issue that must be considered is the time period from the development of a lymphoma to its clinical detection. As Mr. Peterson had an appreciable tumor burden at diagnosis, his lymphoma may have developed considerably before February of 2017, which would shorten the latency period even further. In fact, he presented with abdominal pain on September 13, 2015, which possibly could have been related to his subsequently diagnosed lymphoma. Notably, he did not want to have a CT scan to evaluate the cause of the pain.  Confidential-Peterson-JPeterson-AmitaHABMC-MD-000048 (Sept. 13, 2015) ("Discussed plan to obtain abd CT imaging to [rule out] Diverticulitis. [Patient] refuses CT imaging.  [Patient] aware … not being fully diagnosed without CT or labs and he may have other pathology causing symptoms.").

There are instances of short latency of lymphoma development, however, they are associated with major insults to the body such as the lymphomas secondary to the massive immunosuppression required for solid organ transplantation. These lymphomas are most often

due to the inability to control the infection by Epstein-Barr virus when a transplant is given from an EBV positive patient to an EBV negative patient[3]. When patients receive cytotoxic chemotherapy, which works by directly interfering with DNA replication, inducing mutations and inhibiting cell growth, there is an increased incidence of leukemia, lymphoma, and solid tumors, some of which may have a relatively short latency[89]. Bennett et al. followed patients who developed large cell lymphoma following therapy for Hodgkin lymphoma, and these cases had a latency of 5-16 years[90]. However, these agents cannot not be compared to environmental agents associated with cancer development, the best characterized of which is cigarette smoking, which has a latency measured in decades. Moreover, Dr. Weisenburger indicates that the latency period for the development of NHL secondary to environmental hazards is in the range of 15-20 years[91]. Further, even during the three or four years Mr. Peterson claims to have used Roundup®, his use was not extensive, making that use even more unlikely to have produced a very short latency case of NHL.

Based upon our knowledge of the latency period to develop a clinically evident cancer, the time course of Mr. Peterson's case is not consistent with Roundup® having a role in the development of his lymphoma.

As discussed above, Mr. Peterson's obesity may have increased his risk of developing NHL. In his expert report, plaintiffs' expert Dr. Weisenburger recognizes that Mr. Peterson's increased BMI is a risk factor for the development of NHL13·[92,93]. *See* Specific Causation Report for Mr. James Peterson, at 2. A BMI of >30 is considered to be obese. His increased BMI is documented as ranging from 30.76 to 31.5 in his medical records. Confidential-JPeterson-NN-000027 (Feb. 22, 2013); Confidential-JPeterson-NCHMG-000076 (Dec. 14, 2016).

Mr. Peterson alleges that his residential use of Roundup® was associated with his development of NHL, however, as discussed earlier, there is no scientifically valid evidence of such an association of Roundup® with any cancer, much less with Mr. Peterson's NHL. That is also the position taken by the US EPA and a number of international regulatory agencies. Based on the weight of evidence, it is also my opinion to a reasonable degree of scientific and medical certainty that Roundup® does not cause NHL, and did not cause or contribute to Mr. Peterson's development of NHL.

In conclusion, it is my expert opinion to a reasonable degree of medical and scientific certainty that Mr. Peterson's exposure to Roundup® did not cause or contribute to his development of NHL. Thankfully, based on his clinical outcome, he is likely to live a normal lifespan.

Dr. Bruce Woda, M.D.
February 10, 2021

25

**References**

---

[1] Dietrich, S. et al., *BRAF Inhibition in Hairy Cell Leukemia with Low-Dose Vemurafenib*, 127 Blood 2847 (2016).

[2] Zelenetz, A. et al., *Venetoclax Plus R- or G-CHOP in Non-Hodgkin Lymphoma: Results from the CAVALLI Phase 1b Trial*, 133 Blood 1964 (2019).

[3] IARC, *WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues,* 291, 293-94, 453-54  (Steven H. Swerdlow et al. eds., IARC Press rev. 4th ed. 2017).

[4] *See generally* Chaplin, D., *Overview of the Immune Response*, 125 J. Allergy Clinical Immunology (Suppl 2) S3, 2 (Feb. 2010).

[5] Abbas, A. et al., *Cellular and Molecular Immunology* (9th ed. 2018).

[6] Schlissel, M. et al., *Leukemia and Lymphoma: A Cost of Doing Business for Adaptive Immunity*, 20 Genes Dev. 1539, 1539 (2006).

[7] Li, Z. et al., *Differential Regulation of Histone Acetylation and Generation of Mutations in Switch Regions is Associated with Ig Class Switching*, 101(43) Proc. Nat'l Acad. Sciences U.S. Am. 15428, 15428 (2004).

[8] Riaz, I. et al., *A Systematic Review on Predisposition to Lymphoid (B and T cell) Neoplasias in Patients with Primary Immunodeficiencies and Immune Dysregulatory Disorders (Inborn Errors of Immunity)*, 10 Frontiers Immunology 777, 777 (2019).

[9] Engels, E., et al., *Comprehensive Evaluation of Medical Conditions Associated with Risk of Non-Hodgkin Lymphoma using Medicare Claims ("Med WAS")*, 25 Cancer Epidemiology, Biomarkers & Prevention 1105, 1-2, 7 (2016).

[10] Anderson, L. et al., *Population-Based Study of Autoimmune Conditions and the Risk of Specific Lymphoid Malignancies*, 125(2) Int'l J. Cancer 398, 1 (2009).

[11] Suarez, F. & M. Lecuit, *Infection-Associated Non-Hodgkin Lymphomas*, 21(11) Clinical Microbiology Infection 991, 991 (2015).

[12] Linet, M. et al., *Medical History, Lifestyle, Family History, and Occupational Risk Factors for Follicular Lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project*, 2014(48) J. Nat'l Cancer Inst. Monographs 26, 33 (2014) with supplements.

[13] Castillo, J. et al., *Obesity is Associated with Increased Relative Risk of Diffuse Large B-cell Lymphoma: A Meta-analysis of Observational Studies*, 14(2) Clinical Lymphoma, Myeloma & Leukemia 122, 122 (2014).

[14] Larsson, S. & A. Wolk, *Obesity and Risk of Non-Hodgkin's Lymphoma: A Meta-Analysis*, 121 Int'l J. Cancer 1564, 1564 (2007).

[15] Calle, E. et al., *Overweight, Obesity, and Mortality from Cancer in Prospectively Studied Cohort of U.S. Adults*, 348(17) New England J. Med. 1625, 1625, 1629 (2003).

[16] Harvey, A. et al., *The growing challenge of obesity and cancer: an inflammatory issue*, 1229(1) Ann. N.Y. Acad. Sci. 45, 45 (2011).

[17] Morton, L. et al., *Cigarette Smoking and Risk of Non-Hodgkin Lymphoma: A Pooled Analysis from the International Lymphoma Epidemiology Consortium (InterLymph)*, 14(4) Cancer Epidemiology, Biomarkers & Prevention 925, 925, 930 (2005).

[18] Korte, J. et al., *The Contribution of Benzene to Smoking-Induced Leukemia*, 108(4) Envtl. Health Persps. 333, 333 (2000).

[19] Cerhan, J. & S. Slager, *Familial Predisposition and Genetic Risk Factors for Lymphoma*, 126(20) Blood 2265, 2265 (2015).

[20] Brown, J. et al., *Prevalence of Familial Malignancy in a Prospectively Screened Cohort of Patients with Lymphoproliferative Disorders*, 143 British J. Haematology 361, 361 (2008).

[21] Altieri, A. et al., *Familial Risk for Non-Hodgkin Lymphoma and Other Lymphoproliferative Malignancies by Histopathologic Subtype: The Swedish Family-Cancer Database*, 108 Blood 668, 668 (2005).

[22] Chiu, B. et al., *Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma*, 13 Cancer Epidemiology, Biomarkers & Prevention 525, 525 (2004).

[23] Nishiyama, H. et al., *The Incidence of Malignant Lymphoma and Multiple Myeloma in Hiroshima and Nagasaki Atomic Bomb Survivors, 1945-1965*, 32(6) Cancer 1301, 1303-04 (1973).

[24] Kim, C. et al., *Risk of Non-Hodgkin Lymphoma after Radiotherapy for Solid Cancers*, 54(8) Leukemia Lymphoma 3109, 3901 (2013).

[25] Bewtra, M. & J. Lewis, *Update on the Risk of Lymphoma Following Immunosuppressive Therapy for Inflammatory Bowel Disease*, 6(4) Expert Rev. of Clinical Immunology 621, 2-3 (2010).

[26] Miligi, L. et al., *Occupational Exposure to Solvents and the Risk of Lymphomas*, 17 Epidemiology 552, 552 (2006).

[27] Bassig, BA. et al., *Occupational Exposure to Benzene and Non-Hodgkin Lymphoma in a Population-Based Cohort: The Shanghai Women's Health Study*, 123 Envtl. Health Persps. 971, 971 (2015).

[28] O. Faroon & S. Wilbur, *Special issue on the toxicology and epidemiology of benzene*, 24 Toxicol. & Indus. Health 261, 262 (2008).

[29] NCI, *Caner Stat Facts: NHL – Diffuse Large B-Cell Lymphoma (DLBCL)* (2020).

[30] Martincorena, I. & P. Campbell, *Somatic Mutation in Cancer and Normal Cells*, 349(6255) Sci. 1483, 1483 (2015).

[31] Chatterjee, N. & G. Walker, *Mechanisms of DNA Damage, Repair, and Mutagenesis*, 58(5) Env't Molecular Mutagenesis 235, 1 (2017).

[32] *See generally,* Hanahan, D. & R. Weinberg, *Hallmarks of Cancer: The Next Generation*, 144(5) Cell 646 (2011).

[33] Reuter, S. et al., *Oxidative Stress, Inflammation, and Cancer: How are they Linked?*, 49(11) Free Radical Biology & Med. 1603, 1-3 (2010).

[34] Kawamura, T. & I. Muraoka, *Exercise-Induced Oxidative Stress and the Effects of Antioxidant Intake from a Physiological Viewpoint*, 7(9) Antioxidants (Basel) 119, 1-2 (Sept. 5, 2018).

[35] NCI (National Cancer Institute), *Cancer Stat Facts: Non-Hodgkin Lymphoma* (2020).

[36] Sepulveda, J. et al., *The Antigen Receptor as a Driver of B-Cell Lymphoma Development and Evolution*, 2 Hematology Latest Rsch. Clinical Advances, 17, 17 (2018).

[37] Küppers, R. & R. Dalla-Favera, *Mechanisms of Chromosomal Translocations in B Cell Lymphomas*, 20(40) Oncogene 5580, 5580 (2001).

[38] Schüler, F. et al., *Chromosomal Translocation t(14;18) in Healthy Individuals*, 13 Seminars in Caner Biology 203, 203 (2003).

[39] Lecluse, Y. et al., *t(11;14)-Positive Clones Can Persist Over a Long Period of Time in the Peripheral Blood of Healthy Individuals*, 23(6) Leukemia 1190, 1190 (2009).

[40] Gerstung, M. et al., *The Evolutionary History of 2,658 Cancers*, 578(7793) Nature 122, 122, 126 (2020).

[41] Hardell, L. et al., *Malignant Lymphoma and Exposure to Chemicals, Especially Organic Solvents, Chlorophenols and Phenoxy Acids: A Case-Control Study*, 43(2) Brit. J. Cancer 169, 169, 175 (1981).

[42] Hoar, S. et al., *Agricultural Herbicide Use and Risk of Lymphoma and Soft-Tissue Sarcoma*, 256(9) J. Am. Med. Ass'n 1141, 1141-43 (1986).

[43] Hohenadel, K. et al., *Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces*, 8 Int'l J. Envtl. Res. & Pub. Health 2320, 2320-21, 2323-2326 (2011).

[44] Koutros, S. et al., *Non-Hodgkin Lymphoma Risk and Organophosphate and Carbamate Insecticide Use in the North American Pooled Project*, 127 Env't Int'l 199, 199 (2019).

[45] OCRC (Occupational Cancer Research Centre), *An Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP)*, CSEB Conference (June 3, 2015).

[46] Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110 J. Nat'l Cancer Inst. 509, 3 (2018).

[47] Hill, A., *The Environment and Disease: Association or Causation?*, 58(5) Proc. Royal Soc'y Med. 295, 295 (1965).

[48] McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155, 1155, 1158, 1161 (2001).

[49] De Roos, A. et al., *Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma among Men*, 60 J. Occupational & Envtl. Med. E11, 1-2, 5 (2003).

[50] Pahwa, M. et al., *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project*, 45(6) Scandinavian J. Work Env't Health 600, 5-7 (2019).

[51] Eriksson, M. et al., *Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis*, 123 Int'l J. Cancer 1657, 1657-59, 1661 (2008).

[52] Hardell, L. et al., *Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two-Swedish Case-Control Studies*, 43 Leukemia & Lymphoma 1043, 1044, 1047 (2002).

[53] Orsi, L. et al., *Occupational Exposure to Pesticides and Lymphoid Neoplasms among Men: Results of a French-Control Study*, 66 J. Occupational & Envtl. Med. 291, 295 (2009).

[54] Leon, M. et al., *Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts from France, Norway and the USA: A Pooled Analysis from the AGRICOH Consortium*, Int'l J. Epidemiology, 1-3, 7-11 (2019).

[55] Levêque-Morlais, N. et al., *The AGRIculture and CANcer (AGRICAN) Cohort Study: Enrllment and Causes of Death for the 2005-2009 Period*, 88(1) Int'l Archives Occupational Env't Health 61 (2015).

[56] Kristensen, P. et al., *Incidence and Risk Factors of Cancer Among Men and Women in Norwegian Agriculture*, 22(1) Scandinavian J. Work Env't Health 14 (1996).

[57] Alavanja, M. et al., *Non-Hodgkin Lymphoma Risk and Insecticide, Fungicide and Fumigant Use in the Agricultural Health Study*, 9 PLoS One e109332 (2014) with supplemental material.

[58] Chang, T. & E. Delzell, *Systematic Review and Meta-Analysis of Glyphosate Exposure and Risk of Lymphohematopoietic Cancers*, 51 J. Envtl. Sci. & Health 402, 403, 413, 422-23 (2016).

[59] De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

[60] Zhang, L. et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, 781 Mutation Research/Reviews in Mutation Research 186 (2019).

[61] EPA, Memorandum from David J. Miller on *Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) Publications for Response to Comments on the Proposed Interim Decision* to Christine Olinger, 3, 7, 8, 10-11 (Jan. 16, 2020).

[62] Donato, F. et al., *Exposure to Glyphosate and Risk of Non-Hodgkin Lymphoma and Multiple Myeloma: An Updated Meta-Analysis*, 111 Medicina del Lavoro 63, 71 (2020).

[63] Kabat, G. et al., *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans*, Cancer Causes & Control, 2-3, 5 (2021).

[64] IARC, *IARC Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos*, 78, 79 (2015).

[65] Paz-y-Mino, C. et al., *Evaluation of DNA Damage in an Ecuadorian Population Exposed to Glyphosate*, 30 Genetics & Molecular Biology 456, 457-58 (2007).

[66] Paz-y-Mino, C. et al., *Baseline Determination in Social, Health, and Genetic Areas in Communities Affected by Glyphosate Aerial Spraying on the Northeastern Ecuadorian Border*, 26 Revs. Envtl. Health 45, 45 (2011).

[67] Bolognesi, C. et al., *Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Columbian Regions: Association to Occupational Exposure to Glyphosate*, 72 J. Toxicology & Envtl. Health, Part A 986, 986, 988, 994-95 (2009).

[68] EPA, *Glyphosate – Interim Registration Review Decision Case Number 0178*, 10, 144 (Jan. 2020).

[69] EPA, Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential*, 14, 94, 97, 100, 106, 109, 115, 129-130, 136 (Dec. 12, 2017).

[70] Lioi, M. et al., *Cytogenetic Damage and Induction of Pro-Oxidant State in Human Lymphocytes Exposed in vitro to Gliphosate, Vinclozolin, Atrazine, and DPX-E9636*. 32(1), Env't Molecular Mutagenesis 39 (1998).

[71] Lioi, M. et al., *Genotoxicity and Oxidative Stress Induced by Pesticide Exposure in Bovine Lymphocyte Cultures in vitro*, 403(1-2) Mutation Rsch. 13 (1998).

[72] EPA (Environmental Protection Agency), *Glyphosate – Proposed Interim Registration Review Decision Case Number 0178*, 6, 7, 19 (Apr. 2019).

[73] Health Canada, *Re-Evaluation Decision RVD2017-01 Glyphosate*, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

[74] Health Canada, *Statement from Health Canada on Glyphosate*, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

[75] APVMA (Australian Pesticides and Veterinary Medicines Authority), *Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian

Government, 9 (2017).

[76] EFSA (European Food Safety Authority), *Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate*, 13 EFSA J. 4302, 2 (2015).

[77] ECHA (European Chemicals Agency), *Opinion: Proposing Harmonized Classification and Labelling at EU Level of Glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment, 31 (Mar. 15, 2017).

[78] BAuA (German Federal Institute for Occupational Safety and Health), *Proposal for Harmonised Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate*, 98 (2016).

[79] JMPR (Joint Meeting on Pesticide Residues), *Joint FAO/WHO Meeting on Pesticide Residues, Summary Report, Geneva 9-13 May 2016*, 2 (May 16, 2016).

[80] Temple, W., *Review of the Evidence Relating to Glyphosate and Carcinogenicity*, New Zealand Envtl. Protection Authority, 16 (Aug. 2016).

[81] Japan Food Safety Commission, *Glyphosate Summary*, 4 Food Safety 93, 93 (2016).

[82] Hadjivassilou, M et al., *Diagnostic Criteria for Primary Autoimmune Cerebellar Ataxia-Guidelines from an International Task Force on Immune-Mediated Cerebellar Ataxias*, 19 Cerebellum 605, 605, 607, 609 (2020).

[83] Patil, N. et al., *Outcome of germinal center B-cell type compared to non-germinal center/activated B-cell type diffuse large b-cell lymphoma as determined by immunohistochemistry using the Hans algorithm*, 38 J. Clinical Oncology e20076 (2020).

[84] Nowakowski, G. et al., *ABC, GCB, and Double-Hit Diffuse Large B-Cell Lymphoma: Does Subtype Make a Difference in Therapy Selection?*, Am. Soc. Clinical Oncology Educ. Book e449, e450 (2015).

[85] Choi, J. et al., *The Incidence of Non-Hodgkin Lymphoma is Increased in Patients with Obstructive Sleep Apnea*, 98 Leukemia Res. 106455, 3-4 (2020).

[86] Maurer, M. et al., *Event-free Survival at 24 Months is a Robust End Point for Disease-Related Outcome in Diffuse Large B-Cell Lymphoma Treated with Immunochemotherapy*, 32(10) J. Clinical Oncology 1066, 1066-67, 1071 (2014).

[87] Jakobsen, L. et al., *Minimal Loss of Lifetime for Patients with Diffuse Large B-Cell Lymphoma in Remission and Event Free 24 Months After Treatment: A Danish Population Based Study*, 35 J. Clinical Oncology 778, 780-83 (2017).

[88] Chapuy, B. et al., *Molecular Subtypes of Diffuse Large B-cell Lymphoma are Associated with Distinct Pathogenic Mechanisms and Outcomes*, 24 Nature Med. 679, 11 (2018).

[89] Larson, R., *Therapy-related myeloid neoplasms*, 94(4) haematologica 454, 454 (2009).

[90] Bennett, MH. et al., *Non-Hodgkin's Lymphoma Arising in Patients Treated for Hodgkin's Disease in the BNLI: A 20-year Experience*, 2 Annals of Oncology (Suppl 2) 83, 87 (1991).

[91] Weisenburger, D., *Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies*, 52 Cancer Res. (Suppl.) 5456s 5460-61 (1992).

[92] Patel, A. et al., *Body Mass Index, Height and Risk of Lymphoid Neoplasms in a Large United States Cohort*, 54 Leukemia & Lymphoma 1221, 1223 (2013).

[93] Abar, L. et al., *Body Size and Obesity During Adulthood, and Risk of Lympho-Haematopoietic Cancers: An Update of the WCRF-AICR Systematic Review of Published Prospective Studies*, 30 Annals of Oncology 528, 538 (2019).

# Attachment A

# CURRICULUM VITAE

**Name:**  Bruce A. Woda

**Address:**  ██████████████████████████

**Place of Birth:**  Brooklyn, New York

**Marital Status:**  Married

## Education:

| | | |
|---|---|---|
| 1971 | B.S. | Brooklyn College, Cum Laude |
| 1975 | M.D. | SUNY-Downstate Medical Center, Cum Laude |

## Postdoctoral Training:
### Residencies:

1975 - 1977   Columbia-Presbyterian Medical Center, New York, NY (Anatomic Pathology)

## Research Fellowships:

1977 - 1980   Research Institute of Scripps Clinic, La Jolla, CA, Postdoctoral Fellow with Dr. Joseph Feldman, Department of Immunology

## Pathology Fellowships:

1980 - 1981   City of Hope National Medical Center, Duarte, CA, Fellow with Dr. Henry Rappaport in Hematopathology

## Licensure and Certification:

1981 - Present   Massachusetts License

1983   American Board of Pathology, Anatomic Pathology

## Academic Appointments:

1979 - 1980   Research Associate, Department of Immunology, Research Institute of Scripps Clinic, La Jolla, CA

1980 - 1981   Assistant Pathologist, Department of Anatomic Pathology; Member, Cancer Research Center; City of Hope National Medical Center, Duarte, CA

1981 - 1990   Associate Professor of Pathology, University of Massachusetts Medical Center, Worcester, MA

1

| 1990 - Present | Professor of Pathology, University of Massachusetts Medical Center, Worcester, MA |
| 1992 – 10/2018 | Vice-Chairman, Department of Pathology, University of Massachusetts Medical Center |
| 1995 - 1996 | Acting Chairman, Department of Pathology, University of Massachusetts Medical Center |

## Clinical Appointments:

| 1981 - Present | Director, Hematopathology, UMass Memorial Health Care |
| 1991 – 10/2018 | Director, Anatomic Pathology, UMass Memorial Health Care |

## University Appointments:

| 1981 - 2004 | Director, Core Flow Cytometry Laboratory, University of Massachusetts Medical Center |
| 1983 - 2004 | Director, Core Flow Cytometry Laboratory, Diabetes-Endocrinology Research Center, University of Massachusetts Medical Center |
| 2004 – present | Director, Core Morphology Laboratory, University of Massachusetts Medical School |

## Honors:

| 1974 | Dr. Michael Melamid Scholarship |
| 1974 | Alpha Omega Alpha |
| 1975 | Sheard-Sanford Award, College of American Pathologists |
| 1975-1977 | NIH - Individual Post-doctoral Fellowship |
| 2000 | Jean R. Oliver Master Teach Award in Pathology Awarded by SUNY – Downstate Medical School |
| 2004 | Pathology Residents Teacher of the Year Award |
| 2010 | Pathology Residents Teacher of the Year Award |

## Study Sections:

National Institutes of Health
National Cancer Institute
Clinical Investigator Awards - April 1986

National Institutes of Health
Aging Institute

2

Site Visitor to Scripps Clinic
January 1987
American Cancer Society, in house
review group
1981 - 1984

Biomedical Research Support Grants
1988 - 1992

Juvenile Diabetes Foundation
Scientific Review Group
Ad Hoc Member
June 1988

Juvenile Diabetes Foundation - NIAID
Special Study Section
Autoimmunity and Transplantation Tolerance
February 1997

## National and International Committees:

Hematopathology Cadre - Cancer and Acute Leukemia Group B, 2002 - 2006

## Invited Lectures:

Lessons from Animal Diabetes - II
Geneva, Switzerland, October 1987
Cytotoxic Cells in the BB/Wor Rat

Federation of the American Societies for Biology
Diabetes Minisymposium
Las Vegas, NV, March 1988
Cytotoxic Cells in the BB/Wor Rat

Lessons from Animal Diabetes III
Jerusalem, Israel, March 1990
Studies on diabetes in the BB/Wor Rat Induced by the RT6 Antibody

5th Annual Clinical Flow Cytometry Meeting
Charleston, SC, September 1990
Diabetes in the BB Rat

Educational Session
American Society of Hematology
Boston, MA, December 1990

The Lineage and Clonality of the Reed-Sternberg Cell

Myelodysplasia-What Has Been Going On
Department of Pathology Grand Rounds
Cornell University Medical Center, October  2008

## Sessions Chaired at National Meetings:

Endocrinology - Proffered papers at the International Academy of Pathology Meeting,
San Francisco, March 1989.

## Medical Center Committees:

Committee to re-write Governance Document 1984.
Faculty Council 1982 - 1986
Scientific Council 1985 - 1987
LCME Task-force, Institutional Self Study 1989
Medical Student Research Committee  1987 - 1989
Cancer Committee     1987 - 1989
Committee to Develop New Medical School Curriculum 1993
Group Practice Advisory Board 1992 - 1997
Clinical Information Resources Steering Group - 1998
LCME Task-force, Basic Science Chairs Group – 1996
Diabetes-Endocrinology Research Center, Executive Committee 2000-2010
Group Practice Finance Committee - 2002 – 2008
UMass Memorial Health Care Capital Planning Executive Committee  2003 – 2005
Cancer Center Executive Oversight Committee  2008-2012
Group Practice Billings and Collections Committee 2007 –
American Cancer Society Institution Research Grant Committee  2011 -2012
Clinical Trials Research Office Executive Committee  2014-2018
EPIC Implementation Physician Champion  2016-2018

## Strategic Planning Committees:

Cost Reduction Task Force     1993 - 1995
Clinical Policy Advisory Board 1994 - 1997

## Publications:

1. Pertschuk, L.P., Woda, B.A., Vuletin, J.C., Brigati, D.J., Soriano, C.B., Nicastri, A.D. Glomerulonephritis due to Staphylococcus aureus antigen.  Am. J. Clin. Path.; <u>65</u>:301, 1976.

2. Woda, B.A., Fenoglio, C.M., Nette, E.G., King, D.W.  The lack of specificity of the sheep erythrocyte-T lymphocyte rosetting phenomenon.  Am. J. Path.; <u>88</u>:69, 1977.

3. Appel, G.B., Woda, B.A., Neu, H.C., Parry, M., Silva, F., Pirani, C.L.  Acute interstitial nephritis associated with carbenicillin therapy.  Arch. Intern. Med.; <u>138</u>: 1265, 1978.

4. Woda, B.A., Knowles, D.M.  Nodular lymphocytic lymphoma eventuating into diffuse histiocytic lymphoma.  Immunoperoxidase demonstration of monoclonality.  Cancer; <u>43</u>:303, 1979.

5. Woda, B.A., Feldman, J.D.,  Density of surface immunoglobulin and capping on rat B lymphocytes.  I.  Changes with aging.  J. Exp. Med.; <u>149</u>:416, 1979.

6. Woda, B.A., Feldman, J.D., Yguerabide, J.  Mobility and density of AgB, "Ia" and Fc receptors on the surface of lymphocyte from young and old rats.  J. Immunol.; <u>123</u>:2161, 1979.

7. Feldman, J.D., Woda, B.A.  Pathology and tumor incidence in aged Lewis and BN rats.  Clin. Immunol. Immunopathol.; <u>15</u>:331, 1980.

8. Woda, B.A., Yguerabide, J., Feldman, J.D.  The effect of local anesthetics on the lateral mobility of lymphocyte membrane proteins.  Exp. Cell Res.; <u>126</u>:327, 1980.

9. Fernandez-Cruz, E., Woda, B.A., Feldman, J.D.  Elimination of syngeneic sarcomas in rats by a subset of T lymphocytes.  J. Exp. Med.; <u>152</u>:823, 1980.

10. Woda, B.A., Balint, J.P., Feldman, J.D.  Recognition of immune complexes and antigen <u>in</u> <u>vivo</u>.  J. Immunol.; <u>125</u>:1011, 1980.

11. Godman, G.C., Woda, B.A., Berl, S.  Redistribution of contractile and cytoskeletal components induced by Cytochalasin.  I.  In HMF cells, a nontransformed fibroblastoid line.  Eur. J. Cell Bol.; <u>22</u>:733, 1980.

12. Godman, G.C., Woda, B.A., Berl, S.  Redistribution of contractile and cytoskeletal components induced by Cytochalasin.  II.  In, Hela and HEp2 cells.  Eur. J. Cell Biol.; <u>22</u>:745, 1980.

13.  Woda, B.A., Racklin, B., Rappaport, H.  Altered expression of histocompatibility antigens on "B" large cell lymphomas.  Blood; 57:802, 1981.

14.  Gilman, S.C., Woda, B.A., Feldman, J.D.  Capping and density of surface molecules on T cells from young and old rats.  J. Immunol.; 127:149, 1981.

15.  Woda, B.A., Yguerabide, J., Feldman, J.D.  Mobility of surface proteins on normal rat macrophages and on a "macrophage-like" rat tumor.  J. Cell Biol.; 90: 705, 1981.

16.  Woda, B.A., McFadden, M.L.  Ligand induced redistribution of membrane proteins on trifluoperazine treated macrophages.  Exp. Cell Res.; 140:447, 1982.

17.  Woda, B.A., Gilman, S.C.  Lateral mobility and capping of rat lymphocyte membrane proteins.  Cell Biol. Int. Reports; 7:203, 1983.

18.  Bukowski, J.F., Woda, B.A., Hahn, S., Okumura, K., Welsh, R.M.  Natural killer cell depletion enhances virus synthesis and virus-induced hepatitis in vivo.  J. Immunol.; 131:1531, 1983.

19.  Woda, B.A., McFadden, M.L.  Ligand induced association of lymphocyte membrane proteins with the detergent insoluble cytoskeletal matrix.  J. Immunol.: 131:1917, 1983.

20.  Woda, B.A., Bain, K., Vander Salm, T.  the phenotype of lymphocytes in a thymoma as studied with monoclonal antibodies.  Clin. Immunol. Immunopath; 30:197, 1984.

21.  Woda, B.A., McFadden, M.L., Welsh, R.M., Bain, K.M.  Separation and isolation of rat natural killer (NK) cells from T cells with monoclonal antibodies.  J. Immunol.; 132:2183, 1984.

22.  Rossini, A.A., Slavin, S., Woda, B.A., Geisberg, M., Like, A.A., Mordes, J.P.  Total lymphoid irradiation prevents diabetes mellitus in the Bio-Breeding/Worcester (BB/W) rat.  Diabetes; 33:543, 1984.

23.  Ryan, P.J., Davis, M.A., DeGaeta, L.R., Woda, B.A., Melchoir, D.L.  contrast loaded liposomes and image enhancement in computed body tomography.  Radiology; 152:759, 1984.

24.  Bukowski, J., Woda, B.A., Welsh, R.M.  Role of NK cells in murine cytomegalovirus (CMV) infection.  J. Virology; 52:119, 1984.

25.  Rossini, A.A., Faustman, D., Woda, B.A., Like, A.A., Szymanski, I., Mordes, J.P.  Lymphocyte transfusion prevent diabetes in the Bio-Breeding/Worcester (BB/W) rat.  J. Clin. Inv.; 74:39, 1984.

26.    Woda, B.A., Woodin, M.B.  The interaction of lymphocyte membrane proteins with the lymphocyte cytoskeletal matrix.  J. Immunol.; <u>133</u>:2767, 1984.

27.    Sullivan, J.L., Woda, B.A., Herrod, H.G., Koh, G., Rivara, F.P., Mulder, C.  Epstein-Barr virus-associated hemophagocytic syndrome.  Blood; <u>65</u>:1097, 1985.

28.    Badon, S.J., Coslovsky, R., Gill, L., Smith, T.W., Ansell, J., Woda, B.A.  Diabetes insipidus caused by extramedullary hematopoiesis.  Am. J. Clin. Path.; <u>83</u>:509, 1985.

29.    Tracy, S.E., Woda, B.A., Robinson, H.L.  Induction of angiosarcoma by a c-<u>erb</u> B transducing virus: J. Virology; <u>54</u>:304, 1985.

30.    Daum, G.S., Liepman, M., Woda, B.A.  Dendritic cell phenotype in malignant histiocytosis of the small intestine.  Arch. Path.; <u>109</u>:647, 1985.

31.    Forman, S.J., Nathwani, B.N., Woda, B.A., Paladugu, R.R., Farbstein, M.J.  Clonal evolution of T cell prolymphocytic leukemia to a large cell lymphoma:  A morphologic and immunologic study.  Arch. Path.; <u>109</u>:1081, 1985.

32.    Woda, B.A., Padden, C.  Mitogen responsiveness of lymphocytes from the BB/W rat. Diabetes; <u>35</u>:513, 1986.

33.    Woda, B.A., Like, A.A., Padden, C., McFadden, M.L.  Deficiency of phenotypic T cytotoxic-suppressor cells in the BB/W rat.  J. Immunol.; <u>136</u>: 856, 1986.

34.    Kadin, M.E., Sako, D., Berliner, N., Franklin, W., Woda, B., Borowitz, M., Ireland, K., Schweid, A., Herzog, P., Lange, B., Dorfman, R.  A newly recognized lymphoma of skin and lymph nodes in childhood and adolescence.  Blood; <u>68</u>:1042, 1986.

35.    Woda, B.A., Biron, C.  Natural killer cell function in the spontaneously diabetic BB/W rat.  J. Immunol; <u>137</u>:1860, 1986.

36.    Naparstek, E., Fitzgerald, T.J., Sakakeeny, M.A., Klassen, V., Pierce, J.H., Woda, B.A., Falco, J., Fitzgerald, S., Nizin, P., Greenberger, J.S.  X-Irradiation of bone marrow stromal cells <u>in</u> <u>vitro</u> induces malignant transformation of co-cultivated hematopoietic stem cells.  Cancer Research; <u>46</u>:4677, 1986.

37.    Sairenji, T., Nguyen, Q.V., Woda, B.A., Humphreys, R.E.  Epstein-Barr virus-specific cytoskeletal early antigen in EBV-transformed cell lines.  Aids Research; <u>20</u>:557, 1986.

38.    Morad, N., Strongwater, S.L., Eyper, S., Woda, B.A.  Idiopathic retroperitoneal and mediastinal fibrosis mimicking connective tissue disease.  Medicine; <u>82</u>:363, 1987.

39.   Sairenji, T., Nguyen, Q.V., Woda, B.A., Humphreys, R.E.  Immune response to intermediate filament-associated, Epstein-Barr virus-induced early antigen.  J. Immunol.; 138:2645, 1987.

40.   Daum, G., Sullivan, J.L., Ansell, J., Mulder, C., Woda, B.A. Virus associated hemophagocytic syndrome.  Identification of an immunoproliferative precursor lesion. Human Pathol.;  18:1071, 1987.

41.   Woda, B.A., Padden, C.  BioBreeding/Worcester (BB/Wor) Rats are deficient in the generation of functional cytotoxic T cells.  J. Immunol.; 139:514, 1987.

42.   Gupta, S., Woda, B.A.  Ligand-induced association of surface immunoglobulin with the detergent insoluble cytoskeletal matrix may involve alpha actinin.  J. Immunol.; 140:176, 1988.

43.   Waite, R., Doherty, P., Liepman, M., Woda, B.A.  Co-existing Langerhans cell histiocytosis and Erdheim-Chester Disease.  Am. J. Radiol.; 150:869, 1988.

44.   Fitzgerald, T.J., Santucci, M.A., Harigaya, H., Woda, B.A., McKenna A., Sakakeeny, M.A., Pierce, J.H., Kase, K., Holland, C.A., Greenberger, J.S.  Radiosensitivity of permanent human stromal cell lines:  effect of dose rate.  Int. J. Rad. Oncol. Biol. Phys.; 15:1153, 1988.

45.   Sullivan, J.L., Woda, B.A.  The X-linked lymphoproliferative syndrome. Immunodeficiency Reviews; 1:325, 1989.

46.   Fram, R.J., Woda, B.A., Wilson, J.M., Robichaud, N..  Characterization of acquired resistance to cis-diaminedichloroplatinum (II) in BE human colon carcinoma cells. Cancer Res.; 50:72, 1990.

47.   Pihan, G.A., Woda, B.A.  Immunophenotypic analysis of cells isolated from bone marrow biopsies in patients with failed bone marrow aspiration ("Dry Tap"). Am. J. Clin. Path.; 93: 545, 1990.

48.   Burakoff, S., Pihan, G.A., Durbin, G., Burstein, D., Woda, B.A., Blacklow, N. Parvovirus B19-Associated Hemophagocytic Syndrome, Arch. Int. Med; 150:897,1990.

49.   Nakamura, N., Woda, B.A., Tafuri, A., Greiner, D., Reynolds, C.W., Ortaldo, J., Chick, W., Handler, E., Mordes, J.P., Rossini, A.A.  Natural killer cells are intrinsically cytotoxic to pancreatic islets in vitro.  Diabetes; 39:836, 1990.

50.   Jiang, Z., Handler, E.S., Rossini, A.A., Woda, B.A.  Immunopathologic study of diabetes in the RT6 depleted diabetes resistant BB/Wor rat.  Am. J. Path.; 137:767, 1990.

51.	Strongwater, S.L., Woda, B.A., Yood, R.A., Rybak, M.E., Sargent, J., DeGirolami, U., Smith, T.W., Varnis, C., Allen, S., Murphy, K., Malhotra, R., Romain, P.L. Eosinophilia myalgia syndrome associated with L-tryptophan ingestion: Analysis of four patients and implications for differential diagnosis and pathogenesis. Arch Int. Med; 150:2178, 1990.

52.	Santucci, M.A., Fitzgerald, T.J., Harigaya, K., Woda, B.A., Sakakeeny, M.A., Anklesaria, P., Kase, K., Holland, C.A., Greenberger, J.A. Gamma irradiation response of cocultivated bone marrow stromal cell lines of differing intrinsic radiosensitivity. Int. J. Rad. Oncol. Biol. Phys.; 18:1089, 1990.

53.	Thomas, V.A., Woda, B.A., Handler, E.S., Greiner, D.L. Mordes, J.P., Rossini, A.A. Exposure to viral pathogens alters the expression of diabetes in BB/Wor rats. Diabetes; 40:255, 1991.

54.	Malatskey, A., Reuter, K.L., Woda, B. Sonographic findings in primary uterine cervical lymphoma. J. Clin. Ultrasound; 19:62, 1991.

55.	Woda, B.A., Handler, E.S., Greiner, D.L., Reynolds, C., Mordes, J.P., Rossini, A.A. T-lymphocytes requirement for diabetes in RT6-depleted diabetes-resistant BB rats. Diabetes; 40:423, 1991.

56.	Jiang, Z., Woda, B.A. Cytokine Gene Expression in the islets of the Diabetic BB/Wor Rat. J. Immunol., 146:2990, 1991.

57.	Maher, E., Gill, L., Ansell, J.E., Townes, P.L., Wallace, J.E., Savas, L., Woda, B.A. Simultaneous chronic lymphocytic leukemia and chronic myelogenous leukemia: evidence of a separate stem cell origin. Cancer: 71:1993, 1993.

58.	Woda, B.A., Sullivan, J. Reactive Histiocytic Disorders. Am. J. Clin. Path: 99:459, 1993.

59.	Knorr, J.R., Ragland, R.L., Stone, B.B., Woda, B.A., Gelber, N.D. Cerebellar T-Cell Lymphoma: an unusual primary intracranial neoplasm. Neuroradiology: 35:79, 1992.

60.	Takagi, S., Woda, B.A., Humphreys, R.E., McFadden, M.L., Sairenji, T. Detection of 5-bromo-2-deoxyuridine (BrdU) incorporation with monoclonal anti-BrdU antibody by deoxyribonuclease treatment. Cytometry: 14:640, 1993.

61.	Banner, S., Savas, L., Baker, S., Woda, B.A. Characterization of the Inflammatory Cell Populations in Normal Colon and Colonic Carcinomas. Virchows Arch. B Cell Pathol: 64:213, 1993.

62.	Jiang, Z., Makowiecki, J., Handler, E., Rossini, A.A., Woda, B.A. Cytolysin Gene Expression In the Islets of Diabetic BioBreeding/Worcester Rats. Journal of Immunology: 152:322, 1994.

9

63.  Szomolanyi-Tsuda, E., Dundon, P., Joris, I., Shultz, L.D., Woda, B.A., Welsh, R.M.
     Acute, Lethal, Natural Killer Cell-Resistant Myeloproliferative Disease Induced by
     Polyomavirus in Severe Combined Immunodeficient Mice.  American Journal of
     Pathology: 144:359, 1994.

64.  Potocki, L., Townes, P.L., Woda, B.A., Rao, S.K., Shearin, J.P., Schwenn, M.R.
     Tetrasomy 21 in Megakaryoblastic Leukemia.  Cancer Genet Cytogenet: 74:66-70, 1994.

65.  Banner, B.F., Savas, L., Woda, B.A.  Expression of Adhesion Molecules in the Host
     Response to Colon Carcinoma.  Ultrastructural Pathology: 19:113-118, 1995.

66.  Kerschmann, R.L., Woda, B.A., Majno, G.  The Fusion of Tumor Cells with Host Cells:
     Reflections on an Ovarian Tumor.  Perspectives in Biology and Medicine: 38:467-475,
     1995.

67.  Razvi, E.S., Jiang, Z., Woda, B.A., Welsh, R.M.  Lymphocyte Apoptosis during the
     Silencing of the Immune Response to Acute Viral Infections in Normal, *lpr*, and Bcl-2
     Transgenic Mice.  Am. J. Pathol: 147:79-91, 1995

68.  Krishna, M., Woda, B.A., Savas, L., Baker, S., Banner, B.  Expression of p53 Antigen in
     Inflamed and Regenerated Mucosa in Ulcerative Colitis and Crohn's Disease.  Modern
     Pathology 8:654-657, 1995.

69.  Knecht, H., Raphael, M., McQuain, C., Rothenberger, S., Pihan, G., Camilleri-Broet, S.,
     Bachmann, E.,  Kershaw, G.R., Ryan, S., Kittler, E.L.W., Quesenberry, P.J., Schlaifer,
     D., Woda, B.A., Brousset, P.  Deletion variants within the NF-kB activation domain of
     the LMP1 oncogene prevail in AIDS-related large cell lymphomas and HIV-negative
     atypical lymphoproliferations.  Blood 87:876-881, 1996.

70.  Rao, S.K., Krishna, M., Woda, B.A., Savas, L., Fraire, A.E.  Immunohistochemical
     detection of *bcl-2* protein in adenocarcinoma and non-neoplastic cellular compartments
     of the lung.  Modern Pathology.  Modern Pathology 9:555-559, 1996.

71.  Rho, R., Laddis, T., McQuain, C., Selves, J., Woda, B.A., Knecht, H.  Miliary
     tuberculosis in a patient with Epstein-Barr virus associated angioimmunoblastic
     lymphadenopathy. Ann Hematol 72:333-335, 1996.

72.  Kershaw, G.R., McQuain, C., Berger, C., Pihan, G., Al-Homsi, S., Quesenberry, P.J.,
     Woda, B.A., Knecht, H.  Selective Outgrowth of a Posttransplant B-Immunoblastic
     Lymphoma Expressing a Latent Membrane Protein-1 Deletion Variant.  Transplantation,
     64:1079-1081, 1997.

73.   Banner, B.F., Beauchamp, M.L., Liepman, M., Woda, B.A.  Interdigitating Reticulum-Cell Sarcoma of the Intestine: A Case Report and Review of the Literature.  Diagnostic Cytopathology 17:216-222, 1997.

74.   Cai, Y.C., Barnard, G., Hiestand, L., Woda, B.A., Colby, J., Banner, B.F.  Florid Angiogenesis in Mucosa Surrounding an Ileal Carcinoid Tumor Expressing Growth Factor-I.  Am. J. Surg. Pathol. 21:1373-1377, 1997.

75.   Pihan, G.A., Purohit, A., Wallace, J., Knecht, H., Woda, B.A., Quesenberry, P., Doxsey, S.J.  Centrosome defects and genetic instability in malignant tumors.  J Cancer Research. 58:3974-3985, 1998.

76.   Dubin, D., Kupper, T.S., Hurowitz, J., Brettler, D., Bernhard, J.D., Woda, B.A., Pihan, G., Wallace, J.  Adnexotrophic T-cell lymphoma presenting with generalized anhidrosis, progressive alopecia, pruritus, and Sjogren's syndrome.  J Am. Acad. Derm. 38:493, 1998.

77.   Jiang, Z., Woda, B.A., Savas, L., Fraire, A.E.  Expression of ICAM-1, VCAM-1 and LFA-1 in Adenocarcinoma of the Lung with Observations on the Expression of These Adhesion Molecules in Non-Neoplastic Lung Tissue.  Modern Pathology. 11:1189-1192, 1998.

78.   Markees, T.G., Philips, N.E., Gordon, E.J., Leiter, E.H., Greiner, D.L., Serreze, D.V., Sorli, C.H., Shultz, L.D., Woda, B.A., Mordes, J.P., Rossini, A.A.  NOD Mice Have a Generalized Defect in Their Response to Transplantation Tolerance Induction.  Diabetes 48:967-974, 1999.

79.   Wang, S., Rosenwald, I.B., Hutzler, M.J., Pihan, G.A., Savas, L., Chen, J.J., Woda, B.A. Expression of the Eukaryotic Translation Initiation Factors 4E and 2I in Non-Hodgkin's Lymphomas.  Am J Pathol. 155:247-255, 1999.

80.   Cai, Y.C., Jiang, Z., Vittimberga, F., Xu, X., Savas, L., Woda, B.A., Callery, M., Banner, B.F.  Expression of Transforming Growth Factor-I and Epidermal Growth Factor Receptor in Gastrointestinal Stromal Tumors.  Virchows Arch. 435:112-115, 1999.

81.   Seung, E., Iwakoshi, N., Woda, B.A., Markees, T.G., Mordes, J.P., Rossini, A.A., Greiner, D.L.  Allogeneic Hematopoietic Chimerism in Mice Treated with Sublethal Myeloablation and Anti-CD154 Antibody:  Absence of Graft vs. Host Disease, Induction of Skin Allograft Tolerance, and Prevention of Recurrent Autoimmunity in Islet-Allografted NOD Mice.  Blood, 95:2175, 2000.

82.   Welsh, R.M., Markees, T.G., Woda, B.A., Daniels, K.A., Brehm, M.A., Mordes, J.P., Greiner, D.L., Rossini, A.A.  Virus-Induced Abrogation of Transplantation Tolerance Induced by Donor-Specific Transfusion and Anti-CD154 Antibody.  Journal of Virology, 74:2210, 2000.

83.    Rosenwald, I.B., Pechet, L., Han, A., Unrong, L., Pihan, G., Woda, B.A., Chen, J.J., Szymanski, I. Expression of translation initiation factors eIF-4E and eIF-2α and a potential physiologic role of continuous protein synthesis in human platelets. Thrombosis and Hemostatsis, 85:142, 2001.

84.    Gordon, E.J., Shultz, L.D., Greiner, D.L., Woda, B.A., Rossini, A.A., Mordes, J.P.  Rat Xenograft Survival in Mice Treated with Donor-Specific Transfusion and Anti-CD154 Monoclonal Antibody is Enhanced by Elimination of CD4$^+$ Cells.  Transplantation, 71:319-327, 2001.

85.    Wagar, E.J., Cromwell, M.A., Shultz, L.D.,  Woda, B.A., Sullivan, J.L., Hesselton, R.M., Greiner, D.L.  Regulation of Human Cell Engraftment and Development of EBV-Related Lymphoproliferative Disorders in Hu-PBL-scid Mice.  J. Immunol, 165:518-527, 2000.

86.    Moore, B.E., Banner,B.F.,  Gokden, M., Woda, B.A., Liu, Y., Ayala, A., Jiang, Z.  P53: A Good Diagnostic Marker for Intratubular Germ Cell Neoplasia, Unclassified.  Applied Immunohistochemistry and Molecular Morphology, 9(3):203-206, 2001.

88.    Rao, S.K., Woda, B.A., Savas, L., Fraire, A.E.  CD74 and HLA-DR in Atypical Adenomatous Cell Hyperplasia of the Lung.  J. Pulmonary Path, 1(1)L61-67, 2001.

89.    Liang, S.X., Lakshmanan, Y., Woda. B.A., Jiang, Z.  A High-Grade Primary Leiomyosarcoma of the Bladder in a Survivor of Retinoblastoma.  Arch Pathol Lab Med 125:1231-1234, 2001.

90.    Jiang, Z., Woda, B.A., Rock, K.L., Yingdan, X., Savas, L., Khan, A., Pihan, G., Cai, F., Leslie, K., Reed, S., Xu, J., Fanger, G.R.  P504S:  A New Molecular Marker for the Detection of Prostate Carcinoma.  Am J Surg Path 25(11):1397-1404, 2001.

91.    Forman, D., Welsh, R.M., Markees, T.G., Woda, B.A., Mordes, J.P., Rossini, A.A., Greiner, D.L.  Viral Abrogation of Stem Cell Transplantation Tolerance Causes Graft Rejection and Host Death by Different Mechanisms.  J Immunol 168(12):6047-6056, 2002

92.    Jiang, Z., Wu, C.L., Woda, B.A., Dresser, K.A., Xu, J., Fanger, G.R., Yang, X.J. P504S/α-Methylacyl-CoA Racemase.  A Useful Marker for Diagnosis of Small Foci of Prostatic Carcinoma on Needle Biopsy.  Am J Surg Pathol 26:1169-1174, 2002.

93.    Yang, X.J., Wu, C.L., Woda, B.A., Dresser, K., Tretiakova, M., Fanger, G.R., Jiang, Z. Expression of  α-Methylacyl-CoA Racemase (P504S) in Atypical Adenomatous Hyperplasia of the Prostate.  Am. J. Surg. Pathol. 26(7):921-925, 2002

94.    Fraire, A.E., Woda, B.A., Savas, L., Jiang, Z.  Intercellular adhesion molecules (ICAM-1, VCAM-1, and LFA-1) in adenocarcinoma of lung.  Technical aspects.  Methods Mol Med 74:243-249, 2003.

12

95.   Taplin, ME., Rajeshkumar, B., Halabi, S., Woda, B., Picus, J., Hayes, D., Vogelzang, N., Small, E. Androgen Receptor Mutations in Androgen Independent Prostate Cancer: CALGB 9663.  J. Clinical Oncology 21(14):2673-2678, 2003.

96.   Wallace, J., Zhou, Y., Usmani, G.N., Reardon, M., Newburger P., Woda, B., Pihan, G. BARCODE-ALL:  accelerated and cost effective genetic risk-stratification in acute leukemia using spectrally addressable liquid bead microarrays.  Leukemia 17:1411-1413, 2003.

97.   Roswenwald, I.B., Wang, S., Savas, L., Woda, B., Pullman, J.  Expression of Translation Initiation Factor eIF-2$\alpha$ is Increased in Benign and Malignant Melanocytic and Colonic Epithelial Neoplasms. Cancer 98:1080-1088, 2003.

98.   Jiang, Z., Fanger, G.R., Woda, B.A., Banner, B.F., Algate, P., Dresser, K., Xu, J., Chu, P.G. Expression of  $\alpha$-Methylacyl-CoA Racemase/P504S in Various Malignant Neoplasms and Normal Tissues, A Study of 761 Cases.  Human Pathology 34:792-796, 2003.

99.   Yang, X.J., Laven B., Tretiakova, M., Blute, R.D Jr., Woda, B.A., Steinberg, G.D, Jiang, Z.  Detection of alpha-methylacyl-coenzyme A racemase in postradiation prostatic adenocarcinoma.  Urology 62:282-286, 2003.

100.  Jiang, Z., Woda, B.A., Wu, C.L., Yang, X.J.  Discovery and Clinical Application of a Novel Prostate Cancer Marker: $\alpha$-Methylacyl CoA Racemase (P504S).  Am J Clin Path 122:275-289, 2004.

101.  Jiang, Z., Fanger, G.R., Banner, B.F., Woda, B.A., Algate, P., Dresser, K., Xu, J., Reed, S.G., Rock, K.L., Chu, P.G.  A Dietary Enzyme:  Alpha-Methylacyl-CoA Racemase/P504S is Overexpressed in Colon Carcinoma.  Cancer Detect Prev 27:422-426, 2003.

102.  Jiang, Z., Wu, C.L., Woda, B.A., Iczkowski, K.A., Chu, P., Tretiakova, M.S., Young, R.H., Weiss, L.M., Blue, R., Brendler, C.B., Krausz, T., Xu, J., Rock, K.L., Yang, X.J. Alpha-Methylacyl-CoA Racemase:  A Multi-Institution Study of a New Prostate Cancer Marker.  Histopathology 45:218-225, 2004

103.  Jiang, Z., Iczkowski, K.A., Woda, B.A., Tretiakova, M., Yang, X.J.  P504S Immunostaining Boosts Diagnostic Resolution of "Suspicious" Foci in Prostatic Needle Biopsy Specimens.  Am J Clin Pathol 121:99-107, 2004

104.  Jiang, Z., Woda, B.A., Wu, C.L., Yang, X.J.  Discovery and Clinical Application of a Novel Prostate Cancer Marker:  Alpha-Methylacyl-CoA Racemase (P504S).  Am J Clin Pathol 122:275-289, 2004.

105.   Wu, C.L., Yang X.J., Tretiakova, M., Patton, K.T., Halpern E.F., Woda, B.A., Young, R.H., Jiang, Z.  Analysis of Alpha-Methylacyl-CoA Racemase (P504S) Expression in High Grade Prostatic Intraepithelial Neoplasia.  Hum Pathol 35:1008-1013, 2004.

106.   Jiang, Z., Woda, B.A.  Diagnostic Utility of Alpha-Methylacyl CoA Racemase (P504S) on Prostate Needle Biopsy. Adv Anat Pathol 11:316-321, 2004.

107.   Yantiss, R.K., Woda, B.A., Fanger, G.R., Kalos, M., Whalen, G.F., Tada, H., Andersen, D.K., Rock, K.L., Dresser, K.  KOC (K Homology Domain Containing Protein Overexpressed in Cancer): Novel Molecular Marker that Distinguishes between Benign and Malignant Lesions of the Pancreas.  Am J Surg Pathol 29:188-195, 2005

108.   Wallace, J., Woda, B.A., Pihan, G.  Facile, Comprehensive, High-Throughput Genotyping of Human Genital Papillomaviruses Using Spectrally Addressable Liquid Bead Microarrays.  J Mol Diagn 7:72-80, 2005.

109.   Mordes, J.P., Leif, J.H., Woda, B.A., Greiner, D.L., Tirabassi, R.S., Wasserfall, C., Rossini, A.A., Flanagan, J.F., Guberski, D.L.  Lew.1WR1 Rats develop Autoimmune Diabetes Spontaneously and In Response to Environmental Perturbation.  Diabetes 54:2727-2733, 2005.

110.   Jiang, Z., Li, C., Fischer, A., Dresser, K., Woda, B.A.  Using an AMACR (P504S)/34 betaE12/p63 cocktail for the detection of small focal prostate carcinoma in needle biopsy specimens.  Am J Clin Pathol 123:231-236, 2005.

111.   Retter, M.W., Johnson, J.C., Peckham, D.W., Bannink, J.E., Bangur, C.S., Dresser, K., Feng, C., Foy, T.M., Fanger, N.A., Fanger, G.R., Woda, B.A., Rock, K.L.  Characterization of a proapoptotic anti-ganglioside GM2 monoclonal antibody and evaluation of its therapeutic effect on melanoma and small cell lung carcinoma xenografts.  Cancer Research 65:6425-6434, 2005.

112.   Ross, R.W., Taplin, M.E., Halabi, S., Ou, S.S., Rajeshkumar, B., Woda, B.A., Vogelzang, N.J., Small, E.J., Kantoff, P.W.  Predictors of prostate cancer  tissue acquisition by an undirected core bone marrow biopsy  in metastatic castration resistant prostate caner.   A CALGB study.   Clinical Cancer Research 11:8109-8113, 2005.

113.   Rezk, A., Wheelock, L., Fletcher, J.A., Oliveira, A.M., Gilliland, G., Keuker, C., Newburger, P., Woda, B.A., Miron, P.M.  Acute Lymphocytic Leukemia and Eosinophilia and Unusual Karyotype, Leuk Lymphoma 47:1176-1179, 2006.

114.   Habermann, T.M., Weller, E.A., Morrison, V.A., Gascoyne, R., Cassileth, P.A., Cohn, J.B., Dakhil, S.R., Woda, B.A., Fisher, R.I., Peterson, B.A., Horning, S.J.  Rituximab-CHOP vs CHOP alone or with Maintenance Rituximab in Older Patients with Diffuse Large B-Cell Lymphoma.  J Clin Oncol 24:3121-3127, 2006.

115. Carswell, B., Woda, B.A., Wang, X., Li, C., Dresser, K., Jiang, Z.  Detection of prostate cancer by alpha-methylacyl CoA racemase (P504S) in needle biopsy specimens previously reported as negative for malignancy.  Histopathology 48:668-673, 2006.

116. Galili, N.B., Mehdi M, Mumtaz, M, Miron, P., Woda, B.A., Al-Homsi, S.  Can molecular profiling of cytogenetic  subgroups draw a roadmap for individualizing therapy in myelodysplastic syndromes?  Future Oncol 2:407-415, 2006.

117. Jiang, Z., Chu, P.G., Woda, B.A., Rock, K.L., Liu, Q., Hsieh, C.C., Li, C., Chen, W., Duan, H.O., McDougal, S., Wu, C.L.  Analysis of RNA-binding Protein IMP3 to predict metastasis and prognosis of renal-cell carcinoma:  a retrospective study.  Lancet Oncol 7:556-564, 2006.

118. Wang, S.A., Hasserjian, R., Loew, J., Sechman, E.V., Jones, D., Hao, S., Liu, Q., Zhao, W., Medhi, M., Galili, N., Woda, B., Raza, A.  Refractory Anemia with Ringed Sideroblasts Associated with Marked Thrombocytosis  Harbors JAK2 Mutation and Shows Overlapping Myeloproliferative and Myelodysplastic Features. Leukemia 20:1641-1644, 2006.

119. Vanguri, V.K., Woda, B.A., Jiang, Z.  Sensitivity of P504S/alpha-methylacyl-CoA racemase (AMACR) immunohistochemistry for the detection of prostate carcinoma on stored needle biopsies.  Appl Immunohistochem Mol Morphol 14:365-368, 2006.

120. Wang, S.A., Galili, N., Cerny, J., Sechman, E., Chen, S.S., Loew, J., Liu, Q., Fadare, O., Hasserjian, R., Jones, D., Qawi, H., Woda, B., Raza A.  Chronic Myelomonocytic Leukemia Evolving from Preexisting Myelodysplasia Shares Many Features with *de novo* Disease. Am J Clin Pathol 126:789-797, 2006.

121. Li, C., Rock, K.L., Woda, B.A., Jiang, Z., Fraire, A.E., Dresser K.  IMP3 is a novel biomarker for adenocarcinoma in situ of the uterine cervix:  an immunohistochemical study in comparison with p16(INK4a) expression.  Mod Pathol 20:242-247, 2006.

122. Stachurski, D., Miron, P.M., Al-Homsi, S., Hutchinson, L., Lee Harris, N., Woda, B., Wang, S.A.  Anaplastic lymphoma kinase-positive diffuse large B-cell lymphoma with karyotype and cryptic  3' ALK gene insertion to chromosome 4 q22-24.  Hum Pathol, 38:940-945, 2007.

123. Wang, S.A., Yue, G., Hutchinson, L., Landry, M.L., Hasserjian, R.P., Hao, S., Galili, N., Raza, A., Woda, B.A.  Myelodysplastic syndrome with pure red cell aplasia shows characteristic clinicopathological features and clonal T-cell expansion.  Br J Haematol, 138:271-275, 2007.

124. Li, C., Zota, V., Woda, B.A., Rock, K.L., Fraire, A.E., Jiang, Z., Lu, D., Xu, B., Dresser, K., Lutman, C.V., Fischer, A.H.  Expression of a novel oncofetal mRNA-binding protein

IMP3 in endometrial carcinomas: diagnostic significance and clinicopathologic correlations.  Mod Pathol 20:1263-1268, 2007.

125.   Stachurski, D., Smith, B.R., Pozdnyakova, O., Andersen, M., Xiao, Z., Raza, A., Woda, B.A., Wang, S.A. Flow cytometric analysis of myelomonocytic cells by a pattern recognition approach is sensitive and specific in diagnosing myelodysplastic syndrome and related marrow diseases: emphasis on a global evaluation and recognition of diagnostic pitfalls. Leuk Res, 32:215-224, 2008.

126.   Hochberg, J.C., Miron, P.M., Hay, B.N., Woda, B.A., Wang, S., Richert-Przygonska, M., Aprikyan, A.A.G., Newburger, P.E.  Mosaic tetraploidy and transient GFI1 mutation in a patient with severe chronic neutropenia.  Pediatric Blood Cancer, 50:630-632, 2008.

127.   Yue, G., Hao, S., Fadare O, Baker, S., Pozdnyakova, O., Galili, N., Woda, B.A., Raza, A., Wang, S.A.   Hypocellularity in myelodysplastic syndrome is an independent factor which predicts a favorable outcome.  Leuk Res,  32:553-558, 2008.

128.   Rosenwald, I.B., Koifman, L., Savas, L., Chen, J.J., Woda, B.A., Kadin,M.E.  Expression of the translation initiation factors eIF-4E and eIF-2alpha is frequently increased in neoplastic cells of Hodgkin lymphoma.  Hum Pathol 29:910-916, 2008.

129.   Woda, B.A.  Hypersensitivity Pneumonitis:  an immunopathology review.  Arch Pathol Lab  Med 132:204-205, 2008.

130.   Sitnikova, L., Mendese, G., Liu, Q., Woda, B.A., Lu, D., Dresser, K., Mohanty, S., Rock, K.L., Jiang, Z.  IMP3 Predicts Aggressive Superficial Urothelial Carcinoma of the Bladder.  Clin Cancer Res 15:1701-1706, 2008.

131.   King, M., Pearson, T., Shultz, L.D., Leif, J., Bottino, R., Trucco, M. Atkinson, M.A., Wasserfall, C., Herold K.C., Woodland,R.T., Schmidt, M.R., Woda, B.A., Thompson, M.J., Rossini, A.A., Greiner, D.L.  A new Hu-PBL model for the study of human islet alloreactivity based on NOD-scid mice bearing a targeted mutation in the IL-2 receptor gamma chain gene.  Clin Immunol  126:303-314, 2008.

132.   Tang, G., Truong, F., Fadare, O., Woda, B.A., Wang, S.A.  Diagnostic Challenges Related to Myeloid/Natural Killer Cells, a Variant of Myeloblasts.  Int J Clin Exp Pathol 28:544-549, 2008.

133.   Jiang, Z., Chu, P.G., Wu, C.L., Woda, B.A., Rock, K.L., Liu, Q., Balaji, K.C. Combination of Quantitative IMP3 and Tumor Stage (QITS):  A new sytem to predict metastasis for patients with localized renal cell carcinomas. Clinical Cancer Res 1:5579-5584, 2008.

134. Zota, V., Miron, P.M., Woda, B.A., Wang, S.A., Raza, A. Eosinophilia with FIP1L1-PDGFRA fusion in a patient with chronic myelomonocytic leukemia. J Clin Oncol 26:2040-2041, 2008

135. Akalin, A., Lu, D, Woda, B.A., Moss L, Fischer, A. Rapid cell blocks improve accuracy of breast FNAs beyond that provided by conventional cell of immediate adequacy evaluation. Diagn Cytopathol 36:523-529, 2008.

136. Giassi, L., Pearson, T., Shultz, L.D., Laning, J.L., Biber, K., Woda, B.A., Woodland, R.T., Schmidt, M.R., Rossini, A.A., Greiner, D.L. Ex vivo expanded CD34$^+$ Human Umbilical Cord Blood Cells Generate Multiple Lymphohematopoietic Lineages and functional T and B cells in NOD-scid IL2rgamma(null) mice. Exp Biol Med 233:997-1012, 2008.

137. Jiang, N.Y., Woda, B.A., Banner, B.F., Whalen, GF, Dresser, K.A., Lu, D. Sp1, a new biomarker that identifies a subset of aggressive pancreatic ductal adenocarcinoma. Cancer Epidemiol Biomarkers Prev 17:1648-1652, 2008.

138. Jiang, Z., Lohse C.M., Chu P.G., Wu, C.L., Woda, B.A., Rock, K.L, Kwon E.D. Oncofetal protein IMP3: a novel molecular marker that predicts metastasis of papillary and chromophobe renal cell carcinomas. Cancer 15:2676-2682, 2008.

139. Wang, S.A., Tang, G., Fadare, O., Hao, S., Raza, A., Woda, B.A., Hasserjian, R.P. Erythroid- predominant myelodysplastic syndromes: enumeration of blasts from nonerythroid rather than total marrow cells provides superior risk stratification. Mod Pathol 21:1394-1402, 2008.

140. Pozdynakova, O., Miron, P.M., Tang, G.,, Walter,O., Raza, A., Woda, B., Wang, S.A. Cytogenetic abnormalities in a series of 1, 029 patients with primary myelodysplastic syndromes: a report from the US with a focus on some undefined single chromosomal abnormalities. Cancer 15:3331-3340, 2008.

141. Tang,G., Woods, L.J., Wang, S.A., Brettler, D., Andersen, M., Miron, M., Pechet, L., Woda, B.A., Hao, S. Chronic basophilic leukemia: a rare form of chronic myeloproliferative neoplasm. Hum Pathol 40:1194-1199, 2009.

142. Lisovsky, M., Dresser, K., Baker, S., FisherA, Woda, B., Banner, B., Lauwers, G.Y. Cell polarity protein Lgl2 is lost or aberrantly localized in gastric dysplasia and adenocarcinoma: an immunohistochemical study. Mod Pathol 22:977-984, 2009.

143. Truong, F., Smith, B.R., Stachurski, D., Cerny, J., Medeiros, L.J., Woda, B.A., Wang, S.A. The utility of flow cytometric immunophenotyping in cytopenic patients with a non-diagnostic bone marrow: a prospective study. Leuk Res 33:1039-1046, 2009.

17

144. Lu, D., Vohra, P., Chu, P.G., Woda, B., Rock, K.L., Jiang, Z.  An oncofetal protein IMP3: a new molecular marker for the detection of esophageal adenocarcinoma and high-grade dysplasia.  Am J Surg Pathol 33:521-525, 2009.

145. Wang, S.A., Pozdnyakova, O., Jorgensen, J.L., Medeiros, L.J., Stachurski, D., Anderson, M., Raza, A., Woda, B.A.  Detection of paroxysmal nocturnal hemoglobinuria clones in patients with myelodysplastic syndromes and related bone marrow diseases, with emphasis on diagnostic pitfalls and caveats.  Haematologica 94:29-37, 2009.

146. Tirabassi, R.S., Blankenhorn, E.P., Woda, B.A., Winans, D., Mordes, J.P., Guberski, D.L., Leif, J.H., Liu, Z., Greiner, D.L.  Infection with viruses from several families triggers autoimmune diabetes in LEW.1WR1 rats: Prevention of diabetes by maternal immunization.  Diabetes 59:110-118, 2010.

147. Lisovksy, M., Ogawa, F., Dresser, K., Woda, B.A., Lauwers, G.  Loss of cell polarity protein Lg12 in foveolar-type gastric dysplasia:  correlation with expression of the apical marker aPKC-zeta.  Virchows Arch 457:635-642, 2010.

148. Lisovksy, M., Dresser, K., Woda, B.A., Mino-Kenudson, M.  Immunohistochemistry for cell polarity protein lethal ginat larvae 2 differentiates pancreatic intraepithelial neoplasia-3 and ductal adenocarcinoma of the pancreas form lower-grade pancreatic intraepithelial neoplasias.  Hum Path 41:902-909, 2010.

149. Bustamante, J., Arias, A.A.,Vogt, G., Picard, C., Galicia, L.B., Grant, A.V., Marchal, C.C., Hubeau, M., Chapgier, A., de Beaucoudrey, L., Prando, C., Pue, A., Feinberg, J., Valinetz, E., Janniere, L., Besse, C., Boland, A., Boisson-Dupuis, S., Boland,A., Brisseau, J.M., Blanche,S., Lortholary , O., Fieschi, C., Emile, J.F, Woda, B., Muhsen, S., Newburger, P. E.,  Condino-Neto, A., Abel, L., Dinauer, M.D., Casanova, J.L.  Germline CYBB mutations that selectively affect macrophages in kindreds with X-linked predisposition to tuberculous mycobacterial disease. Nat Immunol 12:213-221, 2011.

150. Tang, G., Wang,S.A., Menon, M., Dresser, K., Woda, B.A., Hao, S.  High-level CD34 expression on megakaryocytes independently predicts an adverse outcome in patients with myelodysplastic syndromes.  Leuk Res, 35:766-770, 2011.

151. Chang, T.Y., Jaffray, J., Woda, B., Newburger, P.E., Usmani, G.N.  Hemophagocytic lymphohistiocytosis with MUNC13-4 gene mutation or reduced natural killer cell function prior to onset of childhood leukemia.  Pediatr Blood Cancer 56:856-858, 2011.

152. Shi, M., Minehart Miron, P., Hutchinson, L., Woda, B.A., Nath,R., Cerny, J., Yu, H.  Anaplastic lymphoma kinase-positive large B-cell lymphoma with complex karyotype and novel ALK gene rearrangements.  Hum Pathol 42:1562-1567, 2011

153. Zhang L., Liu, Y., Hao, S., Woda, B.A., Lu, D.  IMP2 expression distinguishes endometrioid from serous endometrial adenocarcinomas.  Am J. Surg Pathol 35:868-872, 2011.

154. Shi, M., Fraire, A.E., Chu, P., Cornejo, K., Woda, B.A., Dresser, K., Rock, K.L., Jiang, Z.  Oncofetal protein IMP3, a new diagnostic biomarker to distinguish malignant mesothelioma from reactive mesothelial proliferation.  Am J Surg Pathol 35:878-882, 2011.

155. Hao, S., Smith, T.W., Chu, P.G., Liu, Q., Woda, B.A., Lu, D., Lin, P., Wang, S.A., Rock, K.L., Jiang, Z.  The oncofetal protein IMP3:  A novel molecular marker to predict aggressive meningioma.  Arch Pathol Lab Med 135:1032, 2011.

156. Lu, D., Yang X., Jiang, N., Woda, B.A., Liu,Q., Dresser, K., Zweizig, S., Mercurio,A., Rock, K.L., Jiang, Z.  IMP3, an oncofetal protein, promotes tumor invasion and predicts progression of cervical intraepithelial neoplasia into invasive cancer.  Am J Surg Path 35:1638, 2011.

157. Kurian, E.M., Caporelli, M.L., Baker, S., Woda, B., Cosar, E.F., Hutchinson, L.  Cervista HR and HPV 16/18 Assays vs Hybrid Capture 2 Assay: Outcome Comparison in Women with Negative Cervical Cytology.  Am J Clin Pathol 136:808-816, 2011.

158. Jagadeesh, D., Draper, J., Woda, B.A., Evens, A.M.  Post Transplant Lymphoproliferative Disorders:  Risk, Classification, and Therapeutic Recommendations. Current Treatment Options in Oncology 13:122-136, 2012.

159. Young, J., Mora, A., Cerny, A., Czech, M., Woda, B., Kurt-Jones, E., Finberg, R., Corvera, S.  CD14 Deficiency Impacts Glucose Homeostasis in Mice through Altered Adrenal Tone.  PLoS ONE 7:e29688, 2012.

160. Gannon, H.S., Woda, B.A., Jones, S.N.  ATM Phosphorylation of Mdm2 Ser394 Regulates the Amplitude and Duration of the DNA Damage Response in Mice.  Cancer Cell 21:668-679, 2012.

161. Lian CG, Xu Y, Ceol C, Wu F, Larson A, Dresser K, Xu W, Tan L, Hu Y, Zhan Q, Lee CW, Hu D, Lian BQ, Kleffel S, Yang Y, Neiswender J, Khorasani AJ, Fang R, Lezcano C, Duncan LM, Scolyer RA, Thompson JF, Kakavand H, Houvras Y, Zon LI, Mihm MC Jr, Kaiser UB, Schatton T, Woda BA, Murphy GF, Shi YG.  Loss of 5-hydroxymethylcytosine is an epigenetic hallmark of melanoma. Cell. 2012 Sep 14;150(6):1135–1146.

162. Lian, C.G., Xu, Y., Ceol, C., Wu, F., Larson, A., Dresser, K.,  Xu W., Tan, Li, Zhan, Q., Hu, Y.,  Lee, C-W., Hu, D., Lian, B.Q., Kleffel, S., Yang, Y., Neiswender J., Khorasani,A., Fang, R., Lezcano C., Duncan,L.M., Scolyer, R.A., Thompson J.F., Kakavand H., Houvras Y., Zon, L.I., Mihm, Jr., M.C., Kaiser U.B., Schatton, T., Woda,

B.A., Murphy, G.F., Shi, Y.G.  Loss of 5-Hydroxymethylcytosine Is an Epigenetic Hallmark of Melanoma.  Cell 150:1135–1146, 2012.

163.   Menon, M.P., Hutchinson, L., Garver, J., Jaffe, E.S., Woda, B.A.  Transformation of Follicular  Lymphoma to EBV Related Hodgkin Like Lymphoma.  J. Clin. Oncol., 2013 Feb;31(5):e53-56.

164.   Cerny, J., Yu, H., Ramanathan, M., Raffel, G., Woods, L., Walsh, W.V., Petrillo-Deluca, L., Fortier, N., O'Rourke, E., Bednarik, J., Barton, B., Kroll-Desrosiers, A., Hao, S., Woda, B., Hutchinson, L., Rosmarin, A.G., Nath, R.  Expression of CD25 Independently Predicts Early Treatment Failure in Acute Myelogenous Leukemia.  Br J Haematol. 2013 Jan;160(2):262-266.

165.   Evens, A.M., Feldman, T., Kroll, A., Muffly, L., Winer, E., Flowers, C., Lansigan F., Nabhan, C., Mato, A., Nastoupil, L., Li, X., Waksmundzki, K., Kim, A., Castillo, J., Nath, R., Goy, a., Woda, B., Smith, S.M., Rosen, S., Abranson, J.S.  Survival in Newly Diagnosed Mature T-Cell Lymphoma (TCL) n the Modern Era:  Invetigation of Prognostic Factors with Critical Examination of Therapy in a Multicenter US Cohort.  Submitted to American Society of Hematology, Atlanta, GA, 2012.

166.   Usmani, N., Woda, B., Newburger, P.  Advances in understanding the pathogenesis of HLH.  Br J Haematol 2013 Jun;161(5):609-622.

167.   Shi, M., Xiao, R., Woda, B.A., Yu, H.  Five important advances in hematopathology.  Arch Pathol lab Med 2014;138:410-419.

168.   Ramanathan, M., Cerny, J., Yu, H., Woda, B.A., Nath, R.  A combination treatment approach and cord blood stem cell transplant for blastic plasmacytoid dendritic cell neoplasm.  Haematologica. 2013 Mar;98(3):e36.

169.   Gong, Y., Woda, B.A., Jiang, Z.  Oncofetal Protein IMP3, a new Cancer Biomarker.  Adv Anat Pathol 2014;21:191-200.

170.   Xiao, R., Cerny, J., Dresser, K., Woda, B.A., Yu, H.  MYC Protein Expression is Detected in Plasma Cell Myeloma but Not in Monoclonal Gammopathy of Undetermined Significance (MGUS).  Am J Surg Pathol 2014;38:776-783.

171.   Gao, Y., Yang, M., Jiang, Z., Woda, B.A., Mercurio A.M., Qin, J., Huang X., Zhang, F.  IMP3 expression is associated with poor outcome and epigenetic deregulation in intrahepatic cholangiocarcinoma.  Hum Pathol 2014;45:1184-1191.

172.   Devitt, K., Cerny, J., Switzer, B., Ramanathan, M., Nath, R., Yu, H., Woda, B.A., Chen, B.J.  Hemophagocytic lymphohistiocytosis secondary to T-cell/histiocyte-rich large B-cell lymphoma.  Leukemia Research Reports 2014;3:42-45.

20

173.   Larson, A., Dresser, K., Zhan, Q., Lezcano, C., Woda, B.A., Yosufi, B., Thompson, J.F., Scolyer, R.A., Mihm Jr, M.C., Shi, Y.G., Murphy, G.F., Lian, C.G.   Loss of 5-hydroxymethylcytosine correlates with increasing morphologic dysplasia in melanocytic tumors. Mod Pathol 2014;27:936-944.

174.   Rosenblum, F., Garver, J., Cosar, E.F., Woda, B.A., Hutchinson, L., Kurian, E.  Cytology specimens offer an effective alternative to formalin-fixed tissue as demonstrated by novel automated detection for ALK break-apart FISH testing and immunohistochemistry in lung adenocarcinoma.  Cancer Cytopathology 2014;122:810-821.

175.   Cerny, J.,  Devitt, K., Yu, H., Ramanathan, M., Woda, B., Nath, R.   Early relapse of Burkitt lymphoma heralded by a bone marrow necrosis and numb chin syndrome successfully treated with allogeneic stem cell transplantation.  Leukemia Research Reports 2014: 3;51–53.

176.   Abramson, J.S., Feldman, T., Kroll-Desrosiers, A.R., Muffly, L.S., Winer, E., Flowers, C., Lansigan, F., Nabhan, C., Nastoupil, L., Nath, R., Goy, A., Castillo, J.J., Woda, B., Rosen, S.T., Smith, S.M., Evens, A.M.   Peripheral T-cell lymphomas in a large US multicenter cohort:  prognostication in the modern era including impact of frontline therapy.  Ann Oncol 2014;25:2211-2217.

177.   Ramanathan, M., Cerny, J., Bednarik, J., Woda, B.A., Hutchinson, L., Tomaszewicz, K., Nath, R. Isoalted Extra Medullary Relapse after Allogeneic Stem Cell Transplant in FLT3 Mutated Acute Myeloid Leukemia (AML) while on FLT3 Inhibitor Sorafenib.   J Hematol Thromb Dis 1:116, 2013

178.   Kluk, M.J., Ho, C., Yu, H., Chen, B.J., Neuberg, D.S. Cin, P.D., Woda, B.A., Pinkus, G.S., Rodig, S.J.  MYC immunohistochemistry to Identify MYC-Driven B-Cell Lymphomas in Clinical Practice.   Am J Clin Path; 145(2):166-179, 2016

179.   Zhou, A.G., Liu,Y, St. Cyr, M., Garver, J., Woda, B.A., Cosar, E.F., Hutchinson, L.M.. Role of Tetrasomy for the Diagnosis of Urothelial Carcinoma Using UroVysion Fluorescent In Situ Hybridization. Archives of Pathology & Laboratory Medicine, 140(6): 552-559. 2016.

180.   Boucher, M., Chui, D.H.K., Woda, B.A., Newburger, P.E.   Mild Microcytic Anemia in an infant with a Compound Heterozygosity for Hb C (HBB: c.19G>A) and Hb Osu Christiansborg (HBB: c.157G>A).   Hemoglobin 40(3): 208-209, 2016.

181.   Carr, M.I., Roderick, J.E., Zhang, H., Woda, B.A., Kelliher, M.A., Jones, S.N. Phosphorylation of Mdm2 oncoprotein by the c-Abl tyrosine kinase regulates p53 tumor suppression and the radiosensitivity of mice.  PNAS 113(52): 15024-15029, 2016.

182.   Liu, Q., Tomaszewicz, K., Hutchinson, L., Hornick, J.L., Woda, B., Yu, H.  Somatic mutations in histiocytic sarcoma identified by next generation sequencing.  Virchows Arch 2016;459(2):233-241.

183.   Magotra, M., Sakhdari,A., Lee, P.J., Tomaszewicz, K., Dresser, K., Hutchinson, L.M., Woda, B.A, Chen, B.J.  Immunohistochemical loss of 5-hydroxymethylcytosine expression in acute myeloid leukaemia: Relationship to somatic gene mutations affecting epigenetic pathways. Histopathology 2016;69(6):1055-1065.

184.   Xing, W., Dresser, K., Zhang, R., Evens, A.M., Yu, H., Woda, B.A., Chen, B.J.  PD-L1 expression in EBV-negative diffuse large B-cell lymphoma: clinicopathologic features and prognostic implications.  Oncotarget 2016;13(37):59976-59986.

185.   Pilichowska, M., Pittaluga, S., Ferry, J.A., Hemminger, J., Chang, H., Kanakry, J.A., Sehn, L.H., Feldman, T., Abramson, J.S., Kritharis, A., Hernandez-Ilizaliturri, F.J., Lossos, I.S., Press, O.W., Fenske, T.S., Friedberg, J.W., Vose, J.M., Blum, K.A., Jagadeesh, D., Woda, B.A., Gupta, G.K., Gascoyne, R.D., Jaffe, E.S., Evens, A.M. Clinicopathologic Consensus Study of Gray Zone Lymphoma with Features Intermediate Between DLBCL and Classical HL.  Blood Advances 1(26), 2600-2609, 2017

186.   Liu, Q., Cornejo, K.M., Cheng, L., Hutchinson, L., Wang, M., Zhang, S., Tomaszewicz, K., Cosar, E.F., Woda, B.A., Jiang, Z.  Next generation sequencing to detect deletion of RB1 and ERBB4 genes in chromophobe renal cell carcinoma: A potential role in distinguishing chromophobe renal cell carcinoma from renal oncocytoma.  Am J Pathol. 2018; 188:846-852.

187.   Saini, N., Cerny, J., Furtado, V., Desmond, A., Zhou, Z., Raffel, G., Puthawala, I., Bednarik, J., Shanahan, L., Miron, P., Woda, B.A., Ramanathan, M., Nath, R.  Elderly do benefit from induction chemotherapy:: High dose mitoxantrone based ("5+1") induction chemotherapy regimen in newly diagnosed acute myeloid leukemia.  Am J Hematol. 2019; 94:209-215.

188.    Sakhdari, A., Ahmadi Moghaddam, P., OK, C., Walter, O., Tomaszewicz, K., Caporelli, M.L., Meng, X., LaFemina, J., Whalen, G., Belkin, E., Zivny, J., Wassef, W., Woda, B.A., Hutchinson, L.M., Cosar, E.F.  Somatic Molecular Analysis Augments Cytologic Evaluation of Pancreatic Cyst Fluids as a Diagnostic Tool. Oncotarget 2019; 10:4026-4037.

189.   Makarenko, .V, Vaezi,, A., Brettler, D, Hutchinson, L., Woda, B., Chen, B. Laryngeal mucous membrane plasmacytosis with 15 year follow-up: Case report and literature review. Leuk. Res. Rep. 2019; 13:100190

190.   Wang, X.,  Resendes, N., Shanahan, L., Hutchinson, L., Woda, B., Cerny, J. Chronic neutrophilic leukemia, a rare case of leukocytosis. Leuk. Res. 2020;94:106384

22

**Chapters in Books:**

1.   Sullivan, J.L., Woda, B.A.  Lymphohistiocytic Disorders in <u>Hematology of Infancy and Childhood</u>.  Nathan, D.G. and Oski, F.A.  eds.  Third ed., W.B. Saunders, 1987.

2.   Woda, B.A.  Natural Killer Cells and Diabetes in <u>Functions of the Natural Immune System</u>.  Reynolds, C.R. and Wiltrout, R.H., Plenum Press, 1989.

3.   Sullivan, J.L., Woda, B.A.  Lymphohistiocytic Disorders in <u>Hematology of Infancy and Childhood</u>.  Nathan D.G. and Oski, F.A. eds.  Fourth ed., W.B. Saunders, 1991.

4.   Woda, B.A., Jiang, Z.  Immunopathologic study of diabetes in the RT6 depleted diabetes resistant BB/Wor rat in <u>Lessons from Animal Model of Diabetes III</u>, Shafrir, E. and Vardi, P.  eds. 1991.

5.   Sullivan, J.L., Woda, B.A.  Infectious Mononucleosis and Other Epstein-Barr Virus-Associated Infections in <u>Hematology</u>.  Benz, Jr., J.B., Cohen H.J., Furie B., Hoffman R., Shattil S.J. and Silberstein L.E. eds.  Second ed., Churchill Livingstone, 1995.

6.   Woda, B.A., Mauch, P., Skarin, A.T.  Lymphoma in <u>Cancer Manual, Massachusetts Division American Cancer Society</u>.  1995.

7.   Sullivan, J.L., Woda, B.A.  Lymphohistiocytic Disorders in <u>Hematology of Infancy and Childhood</u>.  Nathan D.G. and Oski, F.A. eds.  Fourth ed., W.B. Saunders, 1996.

8.   Woda, B.A.  Benign and Malignant Histiocytoses in <u>Current Diagnosis</u>, Ninth ed., Conn R. ed., 1996.

9.   Sullivan, J.L., Woda, B.A.  Lymphohistiocytic Disorders in <u>Hematology of Infancy and Childhood</u>.  Nathan D.G. and Oski, F.A. eds.  5th ed., W.B. Saunders, 1998.

10.  Fraire, A.E., Woda, B.A., Savas, L., Jiang, Z.  Intercellular Adhesions Molecules (ICAM-1, VCAM-1 and LFA-1) in Adenocarcinoma of Lung.  In:  Methods in Molecular Medicine, Vol. 1:  Molecular Pathology Methods and Reviews. Driscoll B., Ed., Humana Press Inc., Totowa, NJ, pp. 243-249, 2002.

11.  Fraire, A.E., Libraty, D., Dizon, F., Olveda, R.M., and Woda. B.A.  Severe Acute Respiratory Distress Syndrome (SARS).  Color atlas and text of Pulmonary Pathology. P. Cagle, Ed., The Lippincott Williams and Wilkins Co. Philadelphia, Baltimore, New York, pp 447-448, 2004.

12.  Sullivan, J.L., Woda, B.A.  Lymphohistiocytic Disorders in <u>Hematology of Infancy and Childhood</u>.  Nathan, D.G. and Oski, F.A. eds.  6th ed., W.B. Saunders, 2003.

13.     Rezk, S., Sullivan, J.L., Woda, B.A.  Non-Neoplastic Histiocytic Proliferations in Lymph Nodes and Bone Marrow  in <u>Diagnostic Hematopathology.</u>  Harris, N.L., Vardiman, J., Jaffee, E., eds. WB Saunders, 2011.

14.     Fraire, A.E., Woda, B.A.  Respiratory Syncytial <u>Virus in Viruses and the Lung</u> .  A.E. Fraire  et al (eds). Springer-Verlag.  2013.

15.     Rezk, S., Usmani, N., Woda, B.A.  Non-Neoplastic Histiocytic Proliferations in Lymph Nodes and Bone Marrow  in <u>Diagnostic Hematopathology.</u>  Harris, N.L., Vardiman, J., Jaffee, E., eds.  In press, WB Saunders, 2016.

## Abstracts and Letters:

1.      Woda, B.A.  Immune complexes in rheumatic disease.  Lancet; <u>2</u>:859, 1976

2.      Woda, B.A., Godman, G.C., Berl, S.  Cytochalasin D induced redistribution of actin in normal and neoplastic cells.  J. Histochem.  Cytochem; <u>25</u>:238, 1977.

3.      Woda, B.A., Forde, K., Lane, N.  A unicryptal colonic adenoma.  The smallest colonic neoplasm yet observed in a non-polyposis individual.  Am. J. Clin. Path.; <u>68</u>:631, 1977.

4.      Weber, C.J., Hardy, M.A., Derenoncourt, F., Pi-Sunyer, F.X., Lerner, R., Woda, B.A., Zimmerman, E., Williams, G.A., Price, J.B., Feind, C.R., Reemstsma, K.  Human pancreatic islet and parathyroid cells: Functional and morphologic studies of cultured normal and adenoma tissue.  Abstract presented at the Surgical Forum of the 63rd Clinical Congress of the American College of Surgeons, October, 1977.

5.      Weber, C.J., Pi-Sunyer, F.X., Woda, B.A., Zimmerman, E., Derenoncourt, F., Hardy, M.A., Price, J.B., Reemtsma, K.  Nesidioblastosis and adenoma in an infant pancreas:  <u>in vitro</u> physiologic, morphologic and immunohistologic studies.  Diabetes; <u>26</u>:(S1):423, 1977.

6.      Woda, B.A., Staphylococcus aureus antigen in glomeruli.  Am. J. Clin. Pathol.; <u>71</u>:  737, 1979.

7.      Woda, B.A., Feldman, J.D.  Density and capping of "Ia" and AgB on the surface of lymphocytes from young and aging rats.  Fed. Proc.; <u>38</u>:1285, 1979.

8.      Woda, B.A., Balint, J.P., Feldman, J.D.  Binding and capping of immune complexes in vivo.  Fed. Proc.; <u>39</u>:464, 1980.

9.      Fernandez-Cruz, E., Woda, B.A., Feldman, J.D.  In vivo regulation of the growth of a late stage sarcoma by a subset of T lymphocytes.  Fed. Proc.; <u>39</u>:477, 1980.

10.    Woda, B.A., Feldman, J.D.  A spontaneous lymphoblastic neoplasm in Lewis rats.
       Proceedings of the American Association for Cancer Research; 21:39, 1980.

11.    Fernandez-Cruz, E., Woda, B.A., Feldman, J.D.  In vivo elimination of an established
       Moloney sarcoma by a subset of T lymphocytes.  Abstract presented at the 14th
       International Congress of Immunology, Paris, France, July 1980.

12.    Woda, B.A., Balint, J.P., Feldman, J.D.  Antigen recognition by surface immunoglobulin
       and Fc receptors in vivo.  Abstract presented at the 4th International Congress of
       Immunology, Paris, France, July 1980.

13.    Woda, B.A., Gilman, S., Yguerabide, J., Feldman, J.D.  Lateral mobility of membrane
       proteins determines their capping behavior.  Fed. Proc.; 40:1156, 1981.

14.    Gilman, S.C., Woda, B.A., Feldman, J.D.  Capping and density of surface molecules on
       young and old rat T lymphocytes.  Fed. Proc.; 40:1036, 1981.

15.    Woda, B.A., Rappaport, H.  altered expression of histocompatibility antigens on "B"
       large cell lymphomas.  J. Supramolec. Struct., Suppl.; 5:132, 1981.

16.    Woda, B.A., Forman, S.J., Richkind, K., Teplitz, R., Archambeau, J., Blume, K.G.  T cell
       line from a patient with mycosis fungoides without T cell markers: cytogenetic and
       immunological studies.  Blood; 58:1649, 1981.

17.    Woda, B.A., McFadden, M.L.  Mobility of membrane proteins on normal and
       transformed rat macrophages.  Fed. Proc.; 41:433, 1982.

18.    Woda, B.A., McFadden, M.L.  Association of lymphocyte membrane proteins with the
       detergent insoluble cytoskeletal matrix.  J. Cell Biol.; 95:417A, 1982.

19.    Woda, B.A., McFadden, M.L.  Association of lymphocyte membrane proteins with the
       detergent insoluble cytoskeletal matrix.  Fed. Proc.; 42:321, 1983.

20.    Like, A.A., Forster, R.M., Woda, B.A., Rossini, A.A.  T-cell subsets in islets and lymph
       nodes of Bio-Breeding/Worcester (BB/W) rats.  Diabetes; 32:519, 1983.

21.    Mordes, J.P., Woda, B.A., Like, A.A., Faustman, D., Rossini, A.A.  Lymphocyte
       transfusions prevent diabetes in Bio-Breeding/Worcester (BB/W) rat.  Diabetalogia;
       25:182, 1983.

22.    Bukowski, J.F., Woda, B.A., Welsh, R.M.  Role of NK cells in murine cytomegalovirus
       (MCMV) infection.  Fed. Proc.; 43:1498, 1984.

23.  Kramp, W.J., Brewster, F.L., Byron, K.S., Woda, B.A., Hinze, H.C., Sullivan, J.L.
     Herpesvirus sylvilagus infection in cottontail rabbits:  A model for human Epstein-Barr
     virus disease.  Fed. Proc.; 43:1906, 1984.

24.  Woda, B.A., Woodin, M.B.  Ligand induced association of lymphocyte membrane
     proteins with the detergent insoluble cytoskeletal matrix.  Fed. Proc.; 43:1938, 1984.

25.  Doherty, P.W., Woda, B.A., Hatowich, D.J.  The use of radiolabeled monoclonal
     antibodies for cell labeling in vivo.  Nuclear Medicine; 25:26, 1984.

26.  Woda, B.A., Woodin, M.B.  Ligand induced association of lymphocyte membrane
     proteins with the detergent insoluble cytoskeletal matrix.  J. Cell Biol.; 99:2999, 1984.

27.  Woda, B.A., Padden, C.  Immune dysfunction in the BB rat.  Fed. Proc.; 44:1143, 1985.

28.  Woda, B.A., Sullivan, J.L.  Pathologic, virologic and immunologic study of
     lymphohistiocytic proliferative disorders.  Lab Invest.; 52:76A, 1985.

29.  Reisert, P.S., Elliot, W.L., McFadden, M., O'Keefe, T.S., Sairenji, T.S., Spiro, R.C.,
     Woda, B.A., Humphreys, R.E.  MLR regulatory function of leukemic cell Ii.  Presented at
     XIIth Symposium for Comparative Research on Leukemia and Related Diseases.
     Hamburg, 1985.

30.  Woda, B.A., Sullivan, J.L.  Pathologic, virologic and immunologic study of
     lymphohistiocytic proliferative disorders.  Presented at International Workshop on
     Childhood Histiocytoses.  Philadelphia, PA,  1985.

31.  Gupta, S.K., Woda, B.  Ligand-induced association of surface immunoglobulin with the
     detergent insoluble cytoskeleton may involve an 89K protein.  Fed. Proc.; 45:495, 1986.

32.  Elliott, W.L., Reisert, P.S., McFadden, M., Kilcoyne, C., Nguyen, Q., Sairenji, T. Spiro,
     R.C., Woda, B.A., Humphreys, R.E.  Class II antigen-dependent cell surface expression
     of Ii.  Fed. Proc.; 45:992, 1986.

33.  Woda, B.A., Padden, C., McFadden, M., Biron, C.  Natural killer cell function in BB/W
     rats.  Fed. Proc.;  45:261, 1986.

34.  Woda, B.A., Padden, C., McFadden, M., Biron, C.  Natural killer cell function in BB/W
     rats.  Pancreas:  In press.

35.  Gupta, S.A., Woda, B.A.  Ligand-induced association of surface immunoglobulin with
     the detergent insoluble cytoskeleton may involve I-actinin.  Fed. Proc.; 46: 1030, 1987.

26

36.    Woda, B.A., Handler, E.S., Padden, C., Greiner, D.L., Reynolds, C., Rossini, A.A.  Anti-asialo GM1 (AGM1) prevents diabetes in diabetes prone (DP) but not RT 6.1 depleted diabetes resistant (DR) biobreeding/Wor rats.  Diabetes; 36:39A, 1987.

37.    Padden, C. Woda, B.A.  Biobreeding/Worcester (BB/Wor) rats are deficient in the generation of functional cytotoxic T cells.  Diabetes; 36:66A, 1987.

38.    Woda, B.A., Like, A.A.  Deficiency of the CD4+, OX22+ T cell subset in the BioBreeding/Worcester (BB/Wor) Rat.  Cytometry; (Suppl. 1) 70, 1987.

39.    Woda, B.A., McFadden, M.L., Padden, C.  T helper ($T_H$) cells in the BioBreeding Worcester (BB/Wor) rat are subdivided into distinct subpopulations by the OX22 and RT6 antibodies.  Cytometry; (Suppl. 1) 62, 1988.

40.    Woda, B.A., Padden, C., McFadden, M.L.  T helper ($T_H$) cells in the BioBreeding Worcester (BB/Wor) rat are subdivided into distinct subpopulations by the OX22 and RT6 antibodies.  Diabetes; 37:205A, 1988.

41.    Badra, M.A., Lee, J., Woda, B.A.  The natural history of large granular lymphocytosis.  Lab Invest.; 60:4A, 1989.

42.    Pihan, G., McFadden, M.L., Savas, L., Woda, B.A.  A sensitive technique for the detection of clonal B cells utilizing 3 color flow cytometry.  Blood; 74:160A, 1989.

43.    DeGirolami, U., Smith, T.W., Sargent, J., Chad, D., Woda, B.A.  L-tryptophan neuromyopathy. J. Neuropathol. Exp. Neurol.; 49:289, 1990.

44.    Pihan, G., McFadden, M.L., Savas, L., Woda, B.A.  A sensitive technique for the detection of clonal B cells utilizing 3 color flow cytometry.  Lab. Invest.; 62:79A, 1990.

45.    Jiang, Z., Handler, E.S., Woda, B.A.  Immunopathology of diabetes in the RT6 depleted diabetes-resistant BB/Wor Rat.  Diabetes; 39:96A, 1990.

46.    Thomas, V.A., Woda, B.A., Handler, E.S., Greiner, D., Mordes, J.P., Rossini, A.A.  Environmental impact on the disruption of the immune balance in the diabetes resistant (DR)-BB/Wor rat.  Diabetes;  39:97A, 1990.

47.    Griffiths, E., Reale, F., Woda, B.A.  The utility of flow cytometry in the analysis of cerebrospinal fluid specimens.  Lab. Invest.; 64:25a, 1991.

48.    Malhotra, R., Zimarowski, M.J., Woda, B.A.  Flow cytometric DNA analysis, involucrin, intracytoplasmic glycogen, and intraepithelial elastic fibers; possible diagnostic aids in differentiating keratoacanthoma from squamous cell carcinoma.  J. Cut. Path.; 18:377, 1991.

27

49.    Zhong, J., Edelmann, L., Woda, B.A.  Analysis of cytokine expression in the islets of the Diabetic BioBreeding/Worcester rat utilizing the polymerase chain reaction.  Diabetes; 1:37A, 1992.

50.    Zhong, J., Woda, B.A.  Analysis of cytokine expression in the islets of RT6 depleted Diabetes Resistant BB rat.  To be presented at Immunology of Diabetes Meeting, Orlando, April 1993.

51.    Banner, B.F., Woda, B.A., Savas, L.  Characterization of the inflammatory response to colon carcinoma.  To be presented at the International Academy of Pathology, New Orleans, March 1993.

52.    Zhong, J., Edelman, L., Makowiecki, J., Woda, B.A.  Cytokine Gene Expression in the Islets of the RT6 depleted Diabetes-Resistant BB/Wor Rat.  Autoimmunity; 15:46a, 1993.

53.    Duval, J., Malhotra, R., Savas, L., Kumar, W., Woda, B.A.  BCL-2 and P-53 Expression in Malignant Melanoma.  To be presented at the Society for Investigative Dermatology Annual Meeting, Seattle, Washington, April 1994.

54.    Krishna, M., Khan, A., Woda, B.A., Menon, M., Malhotra, R.  Expression and Prognostic Significance of p53, Ki67 and c-erbB-2 in Prostate Carcinomas.  Submitted to the International Academy of Pathology Meeting, March 1995.

55.    Malhotra, R., Khan, A., Krishna, M., Menon, M., Woda, B.A.  Expression and Prognostic significance of Transforming Growth Factor-I in Prostate Carcinoma and Prostatic Intraepithelial Neoplasia.  Submitted to the International Academy of Pathology Meeting, March 1995.

56.    Malhotra, R., Krishna, M., Menon, M., Woda, B.A., Khan, A.  bcl2 Expression and its Prognostic Significance in Prostatic Carcinoma.  Submitted to the International Academy of Pathology Meeting, March 1995.

57.    Malhotra, R., Krishna, M., Menon, M., Kohli, A., Woda, B.A.  Expression and Prognostic Significance of P53 and Ki67 in Renal Carcinomas.  Submitted to the US and Canadian Academy of Pathology Meeting, March 1996.

58.    Malhotra, R., Massimi, G., Woda, B.A.  Interinstitutional Surgical Pathology Consultation and it's Role on Patient Management.  Submitted to the US and Canadian Academy of Pathology Meeting, March 1996.

59.    Malhotra, R., Humphreys, T., Lach-Pasko, E., Woda, B.A.  bcl2 Expression in Non-Melanocytic Neoplasms of the Skin.  Submitted to the American Society of Dermatopathology Meeting, February 1996.

60.    Rao, S.K., Woda, B.A., Savas, L.M., Fraire, A.E.  Expression of CD74 and Class II Major Histocompatibility Complex Antigen in Non Small Cell Lung Cancers and Associated Alveolar Cell Hyperplasia.  Submitted to the US and Canadian Academy of Pathology Meeting, March, 1997.

61.    Jiang, Z., Woda, B.A., Savas, L.M., Fraire, A.E.  ICAM-1, VCAM-1 and LFA-1 Expression in Adenocarcinoma of Lung.  Submitted to the US and Canadian Academy of Pathology Meeting, March, 1997.

62.    Lach-Pasko, E., Woda, B.A., Jiang, Z., Cardasis, C., Fraire, A.E.  Megakaryocytes in the Microcirculation of the Lung:  A Study of 100 Autopsies.  Submitted to the US and Canadian Academy of Pathology Meeting, March, 1998.

63.    Cai, Y.C., Jiang, Z., Savas, L., Woda. B.A., Wittenberg, F., Callery, M., Banner, B.F.  Transforming Growth Factor-alpha (TGFI) in Gastrointestinal Stromal Tumors (GIST).  Submitted to the US and Canadian Academy of Pathology Meeting, March, 1998.

64.    Mori, M., Rao, S.K., Woda, B.A., Baker, S.P., Fraire, A.E.  BCL-2 Protein Expression in Atypical Alveolar Cell Hyperplasia (AACH) of the Lung.  Submitted to the US and Canadian Academy of Pathology Meeting, March, 1998.

65.    Wang, S., Hutzler, M.J., Pihan, G.A., Woda, B.A.  The Correlation Between the Cell Cycle Regulatory Protein, p27, and Lymphoma Grades.  Submitted to the American Society of Hematopathology Meeting, Miami, Florida, December, 1998.

66.    Wang, S., Hutzler, M.J., Pihan, G.A., Woda, B.A.  The Correlation Between the Cell Cycle Regulatory Protein, p27, and Lymphoma Grades.  Submitted to the US and Canadian Academy of Pathology Meeting, San Francisco, California, March, 1999.

67.    Wang, S., Rosenwald, I.B., Hutzler, M.J., Pihan, G.A., Schmidt, E.V., Savas,L., Woda, B.A.  Expression of the Eukaryotic Translation Initiation Factors 4E and 2I in Non-Hodgkins Lymphomas.  Submitted to the US and Canadian Academy of Pathology Meeting, San Francisco, California, March, 1999.

68.    Cai, Y.C., Jiang, Z., Wittenberg, F., Xu, X., Savas, L., Woda, B.A., Calllery, M., Banner, B.F.  Expression of Transforming Growth Factor-I and Epidermal Growth Factor Receptor in Gastrointestinal Stromal Tumors.  Am J Clin Pathol; 110:510, 1998.

69.    Senno, S., Pechet, L., Woda, B.A.  Light Chain Dyscrasias:  A Newly Proposed Diagnostic Classification.  Submitted to the American Society of Hematopathology Meeting, Miami, Florida, December, 1998.

70.    Rosenwald, I.B., Pechet, L., Han, A., Lu, L., Pihan, G., Woda, B.A., Chen, J.J., Szymanski, I.  Expression of Translation Initiation Factors eIF-4E and eIF-2I and

Physiologic Role of Protein Synthesis in Human Platelets.  Submitted to the American Society of Hematopathology Meeting, New Orleans, LA, December, 1999.

71.  Taplin, M.E., Rajeskumar, B., Woda B.A., Halabi, S., Prins, G., Picus, J., Hayes, D., Vogelzang, N., Small, E.  Androgen Receptor Analyses in Hormone Refractory Prostate Cancer:  Cancer and Leukemia Group B (CALGB) 9663.  Submitted to the American Society of Clinical Oncology

72.  Jiang, Z., Gokden, M., Banner, B., Liu, Y., Savas, L., Woda, B.A., Ayala, A.  P53: A Good Diagnostic Marker for Intratubular Germ Cell Neoplasia. Submitted to the US and Canadian Academy of Pathology Meeting, New Orleans, March, 2000.

73.  Seung, E., Iwakoshi, N., Woda, B.A., Markees, T.G., Mordes, J.P., Rossini, A.A., Greiner, D.L.  Allogeneic Hematopoietic Chimerism in Mice Treated with Sub-Lethal Myeloablation and anti-CD154 Antibody:  Absence of Graft vs. Host Disease (GVHD), Induction of Skin Allograft Tolerance, and Prevention of Recurrent Autoimmunity in Islet-Allografted NOD Mice.  Submitted to American Association of Immunology Meeting, Seattle, WA, June, 2000.

74.  Taplin, M.E., Rajeskumar, B., Woda, B.A., Halabi,S., Prins, G., Picus, G., Hayes, D.F., Vogelzang, N., Small, E.J.  Androgen Receptor Analyses in Androgen Independent Prostate Cancer (AIPCA):  Cancer and Leukemia Group B (CALGB) 9663.  Cancer and Leukemia Group B, Chicago, IL.  Submitted to American Society of Clinical Oncology, 2000.

75.  Jiang, Z., Xue, Y.D., Fanger, G., Pihan, G., Reed, S., Woda, B., Xu, J.C.:  P504S: A good diagnostic marker for prostate carcinoma.  Modern Pathology 2001, 14:111A.

76.  Pihan,G., Wallace, J., Zhou, Y., Woda, B., Newburger, B.E.   Towards risk-adapted therapy in acute leukemia:  Rapid and cost effective identification of multiple risk-stratifying genetic lesions using multiplex PCR and fluid bead microarrays.  Blood 2002, 98:110a.

77.  Jiang, Z., Wu, C.L., Woda, B.A., Dresser, K., Fanger, G.R., Xu, J., Rock, K.L, Yang, X.  P504S:  A Good Diagnostic Marker for Small Focus of Prostatic Adenocarcinoma on Needle Biopsy.  Modern Pathology 2002, 15:111A.

78.  Pihan, G., Wallace, J. Woda B.  A turbo-assay employing multiplex PCR and fluid bead microarrays for the rapid detection of four risk-stratifying translocations in pediatric acute lymphoblastic leukemia.  Modern Pathology 2002, 15:258A

79.  Yang, J.P.S., Slovin, D.L., Soto, E.A., Pihan, G., Woda, B.A., Mostoufizadeh, M.  Altered Follicular Immunoarchitectures in FL, NLPHD and Other B-Cell Lymphomas. Modern Pathology 2002, 15:271A.

80.	Jiang, Z., Woda, B.A., Dresser, K., Fanger, G., Xu, J., Rock, K.L., Chu, P.G.  Expression of P504S in Variant Malignant Neoplasms and Normal Tissues, A Study of 715 Cases.  Modern Pathology 2002, 15:306A.

81.	Habermann, T., Weller, E., Morrison, V.A., Cassileth, P.A., Cohn, J., Dakhil, S., Gascoyne, R.D.,  Woda, B.A., Fisher, R., Peterson, B.A., Horning, S.J.   Rituximab-CHOP Versus CHOP with or without Maintenance Rituximab in Patients 60 Years of Age or Older with Diffuse Large B-Cell Lymphoma (DLBCL): An Update.  Presented at the 2004 Annual Meeting of the American Society of Hematology, San Diego, CA.

82.	Carswell BM, Li C, Wang X, Woda BA , Jiang Z.  Detection of small focal prostate cancer by α-methylacyl Co-A racemase/P504S immunohistochemistry in previously negative biopsies.  Mod Pathol. 2005, 18:131A.

83.	Johansen KS, Woda BA, Baiyee D, Jiang Z.  Sensitive detection of small focal cancer on prostate needle biopsy by α-methylacyl Co-A racemase (AMACR)/P504S evision immunohistochemistry.  Mod Pathol. 2005, 18:148A.

84.	Vanguri VK, Wang X, Woda BA, Jiang Z.  A sensitivity of P504S/α-methylacyl Co-A racemase (AMACR) immunohistochemistry for the detection of prostate carcinoma on storage needle biopsies.  Mod Pathol. 2005, 18:170A.

85.	Kordunsky L, Xu B, Jiang Z, Woda BA, Dresser K, Retter M, Vacanti MP, Li C.  KOC/L523S expression aids in differential diagnosis between endocervical and endometrial adenocarcinoma.  Mod Pathol 2005, 18:190A.

86.	Wu P, Yantiss RK, Jiang Z, Fanger GR, Woda BA.  KOC (K Homology Domain Containing Protein Over-Expressed in Cancer) expression in lymphoma.  Mod Pathol 2005, 18:257A.

87.	Pozdnyakova O, Woda, BA, Stachurski D, Xiao ZF, Raza A, Wang S.  A highly Sensitive Flow Cytometry Assay for the Detection of Paraoxysmal Nocturnal Hemoglobinuria Cells in Patients with Myelodysplastic Syndrome.

88.	Stachurski D, Woda B, Pozdnyakova O, Xiao F, Raza A, Wang, S. Four-Color Flow Cytometric Analysis in Detection and Diagnosis of Myelodysplastic Syndromes and Related Diseases.

89.	Fischer AH, Savas L, Smith K, Hayes T, Woda B, Gao HG, Hutchinson L.  Validation of Cellient-type Processing of FNA's without Formalin for Her2/Neu Testing.  Submitted.

90.	Hutchinson L, St. Cyr M, Garver J, McCormick I, Cosar E, Savas L, Meola F, Goddard L, Smith K, Khan A, Prasad M, Scott MP, Fischer A, Woda B.  Impact of Original FNA and New ASCO / CAP Guidelines for HER2/new Evaluation in Breast Cancer:  IHC and FISH scores using Manual or Quantitative-Automated Imaging Systems and Different

Fixatives.  Submitted to Assoc for Molecular Pathology's Association for Molecular Pathology 2008 Annual Meeting, #143972.

91.  Lian CG, Hsu M, Shi Y, Lian BQ, Fang R, Woda B, Deng A, Han R.  Epigenetic Rgulation of Gene Transcription by Histone Lysine Specific Demethylase (LSD) in Human Melanoma Cell Lines.  American Society of Dermatopathology October 2008, San Francisco CA.

92.  Ramanathan M, Zhou Z, Cerny J, Raffel GD, Petrillo-Deluca L, Walsh WV, Bathini V, Smethers K, Woda B, Miron P, Rosmarin AG, Nath R.  High Complete Remission (CR) Rates and Reduced Early Mortality with High Dose Ara-c (HiDAC) and Mitoxantrone (MITO) Induction Chemotherapy for Older (age >60 years) High Risk Patients with Acute Myeloid Leukemia (AML).  Poster Presentation.  American Society of Hematology, December 2010, Orlando, FL.

93.  Shi M, Fraire A,  Chu P, Cornejo K, Woda B, Jiang Z. Oncofetal Protein IMP3, a New Biomarker to Distinguish Malignant Mesothelioma from Reactive Mesothelial Proliferation.  Accepted for Platform Presentation, USCAP, San Antonio, TX March 2011.

94.  Menon, M., Hure, M., Woda, B., Miron, P., Savas, L., Jiang, Z.  A New Resident QA System, an Interesting Self Study Activity in Pathology Residency Training.  Accepted for Platform Presentation, USCAP, San Antonio, TX  March 2011.

95.  Nath, R., Raffel, G., Walsh, W., Cerny, J., Ramanathan, M., Petrillo-Deluca, L., Yu, N., Smethers, K., Zankar, D., Woda, B., Rosmarin, A.  Successful engraftment and reduced early mortality in unrelated donor (UD) cord blood (CB) stem cell transplantation (SCT) using a preparative regimen of thiotepa, fludarabine, melphalan and rabbit anti- thymocyte globulin (TFM/r-atg) in older adults with a single unmanipulated CB unit.  Poster Presentation.  American Society of Hematology, December 2010, Orlando, FL.

96.  Ok, C.Y., Walter, O., Hutchinson, L., Belkin, E., Wassef, W. Woda, B., Cosar, E.F. KRAS mutation analysis in pancreatic cyst fluids.  Submitted, Association of Molecular Pathology, November 2011.

97.  Nath, R., Ramanathan, M., RAffel, G., Rosmarin, A., Walsh,W., Yu, H., Woda, B.A., Hutchinson, L., O'Rourke, E., Petrillo-Deluca, L., Tarrasky, N., Bednarik, J., Barton, B., Kroll, A., Woods, L.J. Expression of CD25 on Acute Myeloid Leukemia (AML) Blasts Is An Independent Risk Factor Associated with Refractory Disease, Which May Be Overcome by Stem Cell Transplantation SCT).  Poster Presentation. American Society of Hematology, San Diego, CA, 2011.

98.  Cerny, J., Ramanathan, M., Yu, H., Raffel, G., Walsh, W., Fortier, N., O'Rourke, E., Bednarik, J., Petrillo-Deluca, L., Shanahan, L., Barton, B., Hao, S., Woda, B., Hutchinson, L., Rosmarin, A., Nath, R.  Novek risk factors in acute myeloid leukaemia as

predictors of short failure free survival can be overcome by stem call transplantation. Poster Presentation.  EBMT Meeting, Geneva, Switzerland, 2012.

99.   Cerny, J., Ramanathan, M., Yu, H., Raffel, G. D., Walsh, W.V., Petrillo-Deluca, L. J., Tarrasky, N., O'Rourke, E., Bednarik, J., Hao, S., Hutchinson, L., Woda, B., Barton, B., Rosmarin, A.G., Nath, R. Stem Cell Transplant (SCT) Overcomes the Poor Prognosis Associated with CD25 Expression in Acute Myeloid Leukemia: A Retrospective  Single Center Analysis.  Poster Session Leukemia. BMT Tandem Meeting  2012. American Society of Bone Marrow Transplant.

100.   Ramanathan, M., Nath, R., Cerny, J, Bednarik, J., Fortier, N., Woda, B.A.  Induction chemotherapy  with high does cytarabine and mitoxantrone in elderly acute myeloid leukemia (AML) patients.  Poster session Leukemia, Myelodysplasia, and Transplnataion. American Society of Clinical Oncology Meeting 2012.

101.   Cerny, J., Ramanathan, M., Yu, H., Raffel, G., Walsh, W., Fortier, N., O'Rourke, E., Bednarik, J., Shanahan, L., Barton, B., Hao, S., Woda, B.A., Hutchinson, L., Rosmarin, A.,; Nath,R.  Novel Risk Factors in Acute Myeloid Leukemia as Predictors of Short Failure Free Survival can be overcome by Stem Cell Transplantation.  Poster session EBMT 2012.

102.   Ruobing, X., Dresser, K., Woda B., Yu H.  MYC Protein Expression Is Detected in Majority of Multiple Myeloma but not in Monoclonal Gammopathy Of Undetermined Significance (MGUS). Platform presentation, US-CAP  March 2013.

103.   Liu, Q., Tomaszewicz, K., Hutchinson, L., Hornick, J.L., Woda, B., Yu, H.  Somatic Mutations in Histiocytic Sarcoma Identified by Next Generation Sequencing.  Submitted US-CAP Meeting, San Diego, CA  March 2014.

104.   Abramson, J.S., Feldman, T., Kroll, A., Muffly, L.S., Winer, E., Flowers, C., Lansigna, C.N., Nastoupil, L., Nath, R., Castillo, J.J., Goy, A., Woda, B., Smith, S.M., Rosen, S.T. Evens, A.M.  Survival of Peripheral T Cell Lymphom (PTCL): Impact of Therapy and Comorbidities in a Multicenter Cohort.  Abstract submitted to American Society of Clinical Oncology Meeting 2014.

105.   Devitt, K., Chen, B., Dresser, K., Woda, B.A., Yu, H.  Evaluation of MYC protein expression in B-cell lymphomas with plasmacytic differentiation.  United States and Canadian Academy of Pathology Annual Meeting March 2014

106.   Xing, W., Cerny, J., Woda, B.A., Yu, H. Acute myeloid leukemia with CD25 expression and FLT3 mutation.  Society for Hematopathology/European Association for Haematopathology 2013 Workshop March 2013.

107.   Xiao, R., Woda B.A., Miron. P., Yu H. Therapy-related myeloid neoplasm with translocation t(3;14)(q26.2;q32) and *EVI1-IGH* rearrangement in a patient with history of acute

33

promyelocytic leukemia.  Society for Hematopathology/European Association for Haematopathology 2013 Workshop March 2013.

108.   Carey, C.D., Gusenleitner, D., Zhang, X., Sohani, A., Weinberg, O., Yu, H., Chen, B., Woda, B., Fu, K., Monti, S., Rodig, S.J.  Resolving biological heterogeneity of B-cell lymphoma, unclassifiable, with features intermediate between DLBCL and BL (BCL-U) using quantitative profiles of oncogenic signaling networks.  Submitted, American Society of Hematology Meeting, Orlando, FL  Dec 2015.

109.   Gerstein, R., Zhou, Z., Zhang, H., Evens, A., Walsh, N., Shultz, L., Bortell, R., Brehm, M., Whalen, Cerny, J., G., Leonard, J., Woda, B., Greiner, D., Rosmarin, A.G.  Patient-Derived Xenografts 9PDX) of B cell lymphoma in NSG mice: A mouse avatar for developing personalized medicine.  Submitted to 57th ASH Annual Meeting and Exposition  (December 5-8, 2015) in Orlando, FL.

110.   Liu, Q., Cornejo, K.M., Cheng, L., Hutchinson, H., Tomaszewicz, K., Cosar, E.F. Woda, B.A., Jiang, Z.  Using next generation sequencing and fluorescence in situ hybridization to identify a hemizygous deletion of the RB1 gene in chromophobe renal cell carcinoma: Its potential role in distinguishing chromophobe renal cell carcinoma from renal oncocytoma.  United States and Canadian Academy of Pathology Annual Meeting, Seattle, WA, March 2016, Modern Pathol 2016;29(suppl.2): 246A.

# Attachment B

### Dr. Bruce Woda's Materials Considered List (*Peterson v. Monsanto Co.*)

1. Abar, L. et al., *Body Size and Obesity During Adulthood, and Risk of Lympho-Haematopoietic Cancers: An Update of the WCRF-AICR Systematic Review of Published Prospective Studies*, 30 Annals of Oncology 528 (2019).

2. Abbas, A. et al., *Cellular and Molecular Immunology* (9th ed. 2018).

3. Acquavella, J. et al., *Glyphosate Epidemiology Expert Panel Review: A Weight of Evidence Systematic Review of the Relationship between Glyphosate Exposure and Non-Hodgkin's Lymphoma or Multiple Myeloma*, 46(S1) Critical Reviews in Toxicology 28 (2016).

4. Agopian, J. et al., *Agricultural Pesticide Exposure and the Molecular Connection to Lymphomagenesis*, 206 J. Experimental Med. 1473 (2009).

5. Alavanja, M. et al., *Non-Hodgkin Lymphoma Risk and Insecticide, Fungicide and Fumigant Use in the Agricultural Health Study*, 9 PLoS One e109332 (2014) with supplemental material.

6. Altieri, A. et al., *Familial Risk for Non-Hodgkin Lymphoma and Other Lymphoproliferative Malignancies by Histopathologic Subtype: The Swedish Family-Cancer Database*, 108 Blood 668 (2005).

7. Anderson, L. et al., *Population-Based Study of Autoimmune Conditions and the Risk of Specific Lymphoid Malignancies*, 125(2) Int'l J. Cancer 398 (2009).

8. Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110 J. Nat'l Cancer Inst. 509 (2018).

9. Andreotti, G. et al., *Response to Sheppard and Shaffer*. 111(2) J. Nat'l Cancer Inst. 216 (2019).

10. APVMA (Australian Pesticides and Veterinary Medicines Authority), *Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian Government (2017).

11. ATSDR (Agency for Toxic Substances and Disease Registry), *Toxicological Profile for Glyphosate – Draft for Public Comment*, US Dep't of Health and Human Services (Mar. 2019).

12. Barukcic, I., *Glyphosate and Non-Hodgkin Lymphoma: No Casual Relationship* (2019).

13. Bassig, BA. et al., *Occupational Exposure to Benzene and Non-Hodgkin Lymphoma in a Population-Based Cohort: The Shanghai Women's Health Study*, 123 Envtl. Health Persps. 971 (2015).

14. BAuA (German Federal Institute for Occupational Safety and Health), *Proposal for Harmonised Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate* (2016).

15. Bennett, MH. et al., *Non-Hodgkin's Lymphoma Arising in Patients Treated for Hodgkin's Disease in the BNLI: A 20-year Experience*, 2 Annals of Oncology (Suppl 2) 83 (1991).

16. Bewtra, M. & J. Lewis, *Update on the Risk of Lymphoma Following Immunosuppressive Therapy for Inflammatory Bowel Disease*, 6(4) Expert Rev. of Clinical Immunology 621

(2010).

17. BfR (Bundesinstitut für Risikobewertung), *Assessment of IARC Monographies Volume 112 (2015); Glyphosate, Renewal Assessment Report: Glyphosate Addendum I to RAR* (2015).

18. BfR, *European Assessment of Glyphosate is Quality-Assured and Independent – Industry Reports are Routinely Part of Assessment Reports* (Jan. 15, 2019).

19. Bolognesi, C. et al., *Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Columbian Regions: Association to Occupational Exposure to Glyphosate*, 72 J. Toxicology & Envtl. Health, Part A 986 (2009).

20. Bonneel, N. et al., *The Scientific Method is Forgotten in the Media* (July 14, 2019) (translated from French).

21. Bracci, P. & E. Holly, *Tobacco Use and Non-Hodgkin Lymphoma: Results from a Population-Based Case-Control Study in the San Francisco Bay Area, California*, 16 Cancer Causes & Control 333 (2005).

22. Briganti, G. et al., *An Unusual Cause of Obstructive Sleep Apnea Syndrome*, 7 Clinical Case Reps. 1694 (2019).

23. Brown, J. et al., *Prevalence of Familial Malignancy in a Prospectively Screened Cohort of Patients with Lymphoproliferative Disorders*, 143 British J. Haematology 361 (2008).

24. Calle, E. et al., *Overweight, Obesity, and Mortality from Cancer in Prospectively Studied Cohort of U.S. Adults*, 348(17) New England J. Med. 1625 (2003).

25. Castillo, J. et al., *Obesity is Associated with Increased Relative Risk of Diffuse Large B-cell Lymphoma: A Meta-analysis of Observational Studies*, 14(2) Clinical Lymphoma, Myeloma & Leukemia 122 (2014).

26. Cerhan, J. & S. Slager, *Familial Predisposition and Genetic Risk Factors for Lymphoma*, 126(20) Blood 2265 (2015).

27. Chang, T. & E. Delzell, *Systematic Review and Meta-Analysis of Glyphosate Exposure and Risk of Lymphohematopoietic Cancers*, 51 J. Envtl. Sci. & Health 402 (2016).

28. Chaplin, D., *Overview of the Immune Response*, 125 J. Allergy Clinical Immunology (Suppl 2) S3 (Feb. 2010).

29. Chapuy, B. et al., *Molecular Subtypes of Diffuse Large B-cell Lymphoma are Associated with Distinct Pathogenic Mechanisms and Outcomes*, 24 Nature Med. 679 (2018).

30. Chatterjee, N. & G. Walker, *Mechanisms of DNA Damage, Repair, and Mutagenesis*, 58(5) Env't Molecular Mutagenesis 235 (2017).

31. Chihara, D. et al., *New Insights into the Epidemiology of Non-Hodgkin Lymphoma and Implications for Therapy*, 15 Expert Review of Anticancer Therapy 531 (2015).

32. Chiu, B. et al., *Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma*, 13 Cancer Epidemiology, Biomarkers & Prevention 525 (2004).

33. Choi, J. et al., *The Incidence of Non-Hodgkin Lymphoma is Increased in Patients with Obstructive Sleep Apnea*, 98 Leukemia Res. 106455 (2020).

34. Cocco, P. et al., *Lymphoma Risk and Occupational Exposure to Pesticides: Results of the*

*Epilymph Study*, 70 J. Occupational & Envtl. Med. 91 (2013).

35. Crump, K., *The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate*, 40(4) Risk Analysis 696 (2019).

36. Dal Maso, L. & S. Franceschi, *Hepatitis C Virus and Risk of Lymphoma and Other Lymphoid Neoplasms: A Meta-analysis of Epidemiologic Studies*, 15(11) Cancer Epidemiology, Biomarkers & Prevention 2078 (2006).

37. de Castilhos Ghisi, N. et al., *Does Exposure to Glyphosate Lead to an Increase in the Micronuclei Frequency? A Systematic and Meta-analytic Review*, 145 Chemosphere 42 (2016).

38. De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

39. De Roos, A. et al., *Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma among Men*, 60 J. Occupational & Envtl. Med. E11 (2003).

40. Defarge, N. et al., *Co-Formulants in Glyphosate-Based Herbicides Disrupt Aromatase Activity in Human Cells Below Toxic Levels*, 13 Int'l J. Envtl. Res. Pub. Health 264 (2016).

41. DellaValle, C. et al., *Risk-Accepting Personality and Personal Protective Equipment Use within the Agricultural Health Study*, 17(3) J. Agromedicine 264 (2012).

42. Deposition of James Peterson, *Peterson v. Monsanto Co.*, No. 3:18-cv-07271 (N.D. Cal. Nov. 14, 2019) (with exhibits).

43. Deposition of Keith Shulman, M.D., *Peterson v. Monsanto Co.*, No. No. 3:18-cv-07271 (N.D. Cal. Mar. 5, 2020) (with exhibits).

44. Deposition of William Moran, M.D., *Peterson v. Monsanto Co.*, No. No. 3:18-cv-07271 (N.D. Cal. July 20, 2020) (with exhibits).

45. Dietrich, S. et al., *BRAF Inhibition in Hairy Cell Leukemia with Low-Dose Vemurafenib*, 127 Blood 2847 (2016).

46. Donato, F. et al., *Exposure to Glyphosate and Risk of Non-Hodgkin Lymphoma and Multiple Myeloma: An Updated Meta-Analysis*, 111 Medicina del Lavoro 63 (2020).

47. ECHA (European Chemicals Agency), *Opinion: Proposing Harmonized Classification and Labelling at EU Level of Glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment (Mar. 15, 2017).

48. EFSA (European Food Safety Authority), *Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate*, 13 EFSA J. 4302 (2015).

49. Ekström Smedby, K. et al., *Autoimmune and Chronic Inflammatory Disorders and Risk of Non-Hodgkin Lymphoma by Subtype*, 98 J. Nat'l Cancer Inst. 51 (2006).

50. El Demerdash, DM. et al., *The Association of Pre-Diagnostic Inflammatory Markers and Adipokines and the Risk of Non-Hodgkin Lymphoma Development in Egypt*, Indian J. Hematology & Blood Transfusion (2020).

3

51. Engels, E., et al., *Comprehensive Evaluation of Medical Conditions Associated with Risk of Non-Hodgkin Lymphoma using Medicare Claims ("Med WAS")*, 25 Cancer Epidemiology, Biomarkers & Prevention 1105 (2016).

52. EPA (Environmental Protection Agency), *Glyphosate – Proposed Interim Registration Review Decision Case Number 0178* (Apr. 2019).

53. EPA, *Glyphosate – Interim Registration Review Decision Case Number 0178* (Jan. 2020).

54. EPA, Memorandum from Dana L. Friedman on *Response from the Pesticide Re-Evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision* (Jan. 16, 2020).

55. EPA, Memorandum from David J. Miller on *Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) Publications for Response to Comments on the Proposed Interim Decision* to Christine Olinger (Jan. 16, 2020).

56. EPA, Memorandum from Monique M. Perron on *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment* to Steven Peterson (Jan. 13, 2020).

57. EPA, Office of Chemical Safety and Pollution Prevention, *EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products* (Aug. 8, 2019).

58. EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael L. Goodis, Director of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, on Labeling Requirements for Products that Contain Glyphosate to Registrant (Aug. 7, 2019).

59. EPA, Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

60. EPA, *Reregistration Eligibility Decision (RED) – Glyphosate* (Sept. 1993).

61. Eriksson, M. et al., *Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis*, 123 Int'l J. Cancer 1657 (2008).

62. Expert Report of Dennis D. Weisenburger, *Peterson v. Monsanto Co.*, No. No. 3:18-cv-07271 (N.D. Cal. Jan. 8, 2021).

63. Expert Report of Lauren Pinter-Brown in Support of Specific-Causation on Behalf of James Peterson, *Peterson v. Monsanto Co.*, No. No. 3:18-cv-07271 (N.D. Cal. Jan. 21, 2021).

64. Fallah, M. et al., *Autoimmune Diseases Associated with Non-Hodgkin Lymphoma: A Nationwide Cohort Study*, 25 Annals of Oncology 2025 (2014).

65. Ferrufino-Schmidt, M. et al., *Clinicopathologic Features and Prognostic Impact of Lymph Node Involvement in Patients with Breast Implant-Associated Anaplastic Large Cell Lymphoma*, 42(3) American J. Surgical Pathology 293 (2018).

66. Gerstung, M. et al., *The Evolutionary History of 2,658 Cancers*, 578(7793) Nature 122 (2020).

67. Geyer, S. et al., *Smoking, Alcohol Use, Obesity, and Overall Survival from Non-Hodgkin Lymphoma: A Population-Based Study*, 116 Cancer 2993 (2010).

4

68. Giordano, T. et al., *Risk of Non-Hodgkin Lymphoma and Lymphoproliferative Precursor Diseases in US Veterans with Hepatitis C Virus*, 297(18) JAMA 2010 (2007).

69. Greim, H. et al., *Evaluation of Carcinogenic Potential of the Herbicide Glyphosate Drawing on Tumor Incidence Data from Fourteen Chronic/Carcinogenicity Rodent Studies*, 45 Critical Revs. Toxicology 185 (2015) with study summary tables.

70. Guyton, K. et al., *Carcinogenicity of Tetrachlorvinphos, Parathion, Malathion, Diazinon, and Glyphosate*, 16 Lancet Oncology 490 (2015).

71. Hadjivassilou, M et al., *Diagnostic Criteria for Primary Autoimmune Cerebellar Ataxia-Guidelines from an International Task Force on Immune-Mediated Cerebellar Ataxias*, 19 Cerebellum 605 (2020).

72. Hanahan, D. & R. Weinberg, *Hallmarks of Cancer: The Next Generation*, 144(5) Cell 646 (2011).

73. Hardell, L. & M. Eriksson, *A Case-Control Study of Non-Hodgkin Lymphoma and Exposure to Pesticides*, 85 Cancer 1353 (1999).

74. Hardell, L. et al., *Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two-Swedish Case-Control Studies*, 43 Leukemia & Lymphoma 1043 (2002).

75. Hardell, L. et al., *Malignant Lymphoma and Exposure to Chemicals, Especially Organic Solvents*, *Chlorophenols and Phenoxy Acids: A Case-Control Study*, 43(2) Brit. J. Cancer 169 (1981).

76. Harvey, A. et al., *The growing challenge of obesity and cancer: an inflammatory issue*, 1229(1) Ann. N.Y. Acad. Sci. 45 (2011).

77. Health Canada, *Re-Evaluation Decision RVD2017-01 Glyphosate*, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

78. Health Canada, *Statement from Health Canada on Glyphosate*, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

79. Hill, A., *The Environment and Disease: Association or Causation?*, 58(5) Proc. Royal Soc'y Med. 295 (1965).

80. Hoar, S. et al., *Agricultural Herbicide Use and Risk of Lymphoma and Soft-Tissue Sarcoma*, 256(9) J. Am. Med. Ass'n 1141 (1986).

81. Hohenadel, K. et al., *Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces*, 8 Int'l J. Envtl. Res. & Pub. Health 2320 (2011).

82. Horvat, M. et al., *Diffuse Large B-Cell Lymphoma: 10 Years' Real-World Clinical Experience with Rituximab Plus Cyclophosphamide, doxorubicin, vincristine and prednisolone*, 15 Oncology Letters 3602 (2018).

83. Howard, J., *Minimum Latency & Types or Categories of Cancer*, World Trade Center Health Program (Nov. 7, 2014).

84. IARC (International Agency for Research on Cancer), *Preamble: IARC Monographs on the Identification of Carcinogenic Hazards to Humans* (2006).

85. IARC, *IARC Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

86. IARC, *WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues* (Steven H. Swerdlow et al. eds., IARC Press rev. 4th ed. 2017).

87. Jakobsen, L. et al., *Minimal Loss of Lifetime for Patients with Diffuse Large B-Cell Lymphoma in Remission and Event Free 24 Months After Treatment: A Danish Population Based Study*, 35 J. Clinical Oncology 778 (2017).

88. Japan Food Safety Commission, *Glyphosate Summary*, 4 Food Safety 93 (2016).

89. JMPR (Joint Meeting on Pesticide Residues), *Joint FAO/WHO Meeting on Pesticide Residues, Summary Report, Geneva 9-13 May 2016* (May 16, 2016).

90. Kabat, G. et al., *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans*, Cancer Causes & Control (2021).

91. Kang, J. et al., *Risk of Malignancy in Korean Patients with Primary Sjögren's Syndrome*, 23 Int'l J. Rheumatic Diseases 1240 (2020).

92. Karimi, P. et al., *Risk Factors for Burkitt Lymphoma: A Nested Case-Control Study in the UK Clinical Practice Research Datalink*, 181 British J. Haematology 505 (2018).

93. Karunanayake, CP. et al., *Occupational Exposures and Non-Hodgkin's Lymphoma: Canadian Case-Control Study*, 7 Env't Health 44 (2008).

94. Kawamura, T. & I. Muraoka, *Exercise-Induced Oxidative Stress and the Effects of Antioxidant Intake from a Physiological Viewpoint*, 7(9) Antioxidants (Basel) 119 (Sept. 5, 2018).

95. Kim, C. et al., *Risk of Non-Hodgkin Lymphoma after Radiotherapy for Solid Cancers*, 54(8) Leukemia Lymphoma 3109 (2013).

96. King, M. et al., *Obstructive Sleep Apnea and Tonsillar Lymphoma*, 294 British Med. J. 1605 (1987).

97. Korte, J. et al., *The Contribution of Benzene to Smoking-Induced Leukemia*, 108(4) Envtl. Health Persps. 333 (2000).

98. Koutros, S. et al., *An Update of Cancer Incidence in the Agricultural Health Study*, 52 J. Occupational & Envtl. Med. 1098 (2010).

99. Koutros, S. et al., *Non-Hodgkin Lymphoma Risk and Organophosphate and Carbamate Insecticide Use in the North American Pooled Project*, 127 Env't Int'l 199 (2019).

100. Kristensen, P. et al., *Incidence and Risk Factors of Cancer Among Men and Women in Norwegian Agriculture*, 22(1) Scandinavian J. Work Env't Health 14 (1996).

101. Küppers, R. & R. Dalla-Favera, *Mechanisms of Chromosomal Translocations in B Cell Lymphomas*, 20(40) Oncogene 5580 (2001).

102. La Vecchia, C. et al., *Medical History and the Risk of Non-Hodgkin's Lymphomas*, 1 Cancer Epidemiology, Biomarkers & Prevention 533 (1992).

103. Lahouel, K. et al., *Revisiting the Tumorigenesis Timeline with a Data-Driven Generative*

*Model*, 117 PNAS 857 (2020).

104. Lamure, S. et al., *Association of Occupational Pesticide Exposure with Immunochemotherapy Response and Survival Among Patients with Diffuse Large B-Cell Lymphoma*, 2(4) JAMA Network Open e192093 (2019).

105. Larson, R., *Therapy-related myeloid neoplasms*, 94(4) haematologica 454 (2009).

106. Larsson, S. & A. Wolk, *Obesity and Risk of Non-Hodgkin's Lymphoma: A Meta-Analysis*, 121 Int'l J. Cancer 1564 (2007).

107. Lecluse, Y. et al., *t(11;14)-Positive Clones Can Persist Over a Long Period of Time in the Peripheral Blood of Healthy Individuals*, 23(6) Leukemia 1190 (2009).

108. Leon, M. et al., *Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts from France, Norway and the USA: A Pooled Analysis from the AGRICOH Consortium*, Int'l J. Epidemiology (2019).

109. Letter from Richard A. Grenell, United States Ambassador to Germany, on EPA's Opinion on California's Proposition 65 Warning Language to Werner Baumann, CEO, Bayer AG (Jan. 14, 2020).

110. Levêque-Morlais, N. et al., *The AGRIculture and CANcer (AGRICAN) Cohort Study: Enrollment and Causes of Death for the 2005-2009 Period*, 88(1) Int'l Archives Occupational Env't Health 61 (2015).

111. Li, Z. et al., *Differential Regulation of Histone Acetylation and Generation of Mutations in Switch Regions is Associated with Ig Class Switching*, 101(43) Proc. Nat'l Acad. Sciences U.S. Am. 15428 (2004).

112. Linet, M. et al., *Medical History, Lifestyle, Family History, and Occupational Risk Factors for Follicular Lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project*, 48 J. Nat'l Cancer Inst. Monographs 26 (2014) with supplements.

113. Lioi, M. et al., *Cytogenetic Damage and Induction of Pro-Oxidant State in Human Lymphocytes Exposed in vitro to Gliphosate, Vinclozolin, Atrazine, and DPX-E9636*. 32(1), Env't Molecular Mutagenesis 39 (1998).

114. Lioi, M. et al., *Genotoxicity and Oxidative Stress Induced by Pesticide Exposure in Bovine Lymphocyte Cultures in vitro*, 403(1-2) Mutation Rsch. 13 (1998).

115. Liu, W. et al., *Improving Survival of 3760 Patients with Lymphoma: Experience of an Academic Center Over Two Decades*, 9 Cancer Med. 3765 (2020).

116. Mahale, P. et al., *Anaplastic Large Cell Lymphoma in Human Immunodeficiency Virus-Infected People and Solid Organ Transplant Recipients*, 192 British J. Haematology 514 (2020).

117. Martincorena, I. & P. Campbell, *Somatic Mutation in Cancer and Normal Cells*, 349(6255) Sci. 1483 (2015).

118. Maurer, M. et al., *Event-free Survival at 24 Months is a Robust End Point for Disease-Related Outcome in Diffuse Large B-Cell Lymphoma Treated with Immunochemotherapy*, 32(10) J. Clinical Oncology 1066 (2014).

119. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men:*

*Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

120. Medical and Other Records of Plaintiff James Peterson.

121. Miligi, L. et al., *Occupational Exposure to Solvents and the Risk of Lymphomas*, 17 Epidemiology 552 (2006).

122. Morton, L. et al., *Cigarette Smoking and Risk of Non-Hodgkin Lymphoma: A Pooled Analysis from the International Lymphoma Epidemiology Consortium (InterLymph)*, 14(4) Cancer Epidemiology, Biomarkers & Prevention 925 (2005).

123. Morton, L. et al., *Etiologic Heterogeneity among Non-Hodgkin Lymphoma Subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project*, 48 J. Nat'l Cancer Inst. Monographs 130 (2014) with supplementary materials.

124. Morton, L. et al., *Lymphoma Incidence Patterns by WHO Subtype in the United States, 1992-2001*, 107 Blood 265 (2006).

125. NCI (National Cancer Institute), *Cancer Stat Facts: Non-Hodgkin Lymphoma* (2020).

126. NCI, *Cancer Stat Facts: Non-Hodgkin Lymphoma* (2018).

127. NCI, *Caner Stat Facts: NHL – Diffuse Large B-Cell Lymphoma (DLBCL)* (2020).

128. Nishiyama, H. et al., *The Incidence of Malignant Lymphoma and Multiple Myeloma in Hiroshima and Nagasaki Atomic Bomb Survivors, 1945-1965*, 32(6) Cancer 1301 (1973).

129. Nowakowski, G. et al., *ABC, GCB, and Double-Hit Diffuse Large B-Cell Lymphoma: Does Subtype Make a Difference in Therapy Selection?*, Am. Soc. Clinical Oncology Educ. Book e449 (2015).

130. O. Faroon & S. Wilbur, *Special issue on the toxicology and epidemiology of benzene*, 24 Toxicol. & Indus. Health 261 (2008).

131. OCRC (Occupational Cancer Research Centre), *An Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP)*, CSEB Conference (June 3, 2015).

132. OEHHA (Office of Environmental Health Hazard Assessment), *OEHHA Statement Regarding US EPA's Press Release and Registrant Letter on Glyphosate*, Cal. EPA (Aug. 12, 2019).

133. Orsi, L. et al., *Occupational Exposure to Pesticides and Lymphoid Neoplasms among Men: Results of a French-Control Study*, 66 J. Occupational & Envtl. Med. 291 (2009).

134. Pahwa, M. et al., *A Detailed Assessment of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Overall and by Major Histological Sub-Types: Findings from the North American Pooled Project*, Occupational Cancer Research Centre (June 10, 2016).

135. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project*, Occupational Cancer Research Centre (August 31, 2015).

136. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project (NAPP)* (Sept. 21, 2015) (unpublished article).

137. Pahwa, M. et al., *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project*, 45(6) Scandinavian J. Work Env't Health 600 (2019).

138. Pahwa, M., *The North American Pooled Project (NAPP): Pooled Analyses of Case-Control Studies of Pesticides and Agricultural Exposures, Lymphohematopoietic Cancers and Sarcoma*, 71(Suppl. 1) BMJ A116 (2014).

139. Parsonnet, J. et al., *Helicobacter Pylori Infection and Gastric Lymphoma*, 330 New England J. Med. 1267 (1994).

140. Patel, A. et al., *Body Mass Index, Height and Risk of Lymphoid Neoplasms in a Large United States Cohort*, 54 Leukemia & Lymphoma 1221 (2013).

141. Patil, N. et al., *Outcome of germinal center B-cell type compared to non-germinal center/activated B-cell type diffuse large b-cell lymphoma as determined by immunohistochemistry using the Hans algorithm*, 38 J. Clinical Oncology e20076 (2020).

142. Paz-y-Mino, C. et al., *Baseline Determination in Social, Health, and Genetic Areas in Communities Affected by Glyphosate Aerial Spraying on the Northeastern Ecuadorian Border*, 26 Revs. Envtl. Health 45 (2011).

143. Paz-y-Mino, C. et al., *Evaluation of DNA Damage in an Ecuadorian Population Exposed to Glyphosate*, 30 Genetics & Molecular Biology 456 (2007).

144. Phipps, C. et al., *The Impact of Time from Diagnosis to Treatment in Diffuse Large B-Cell Lymphoma*, 59 Leukemia & Lymphoma 2236 (2018).

145. Plaintiff Fact Sheets of James Peterson (original and amended).

146. Reuter, S. et al., *Oxidative Stress, Inflammation, and Cancer: How are they Linked?*, 49(11) Free Radical Biology & Med. 1603 (2010).

147. Riaz, I. et al., *A Systematic Review on Predisposition to Lymphoid (B and T cell) Neoplasias in Patients with Primary Immunodeficiencies and Immune Dysregulatory Disorders (Inborn Errors of Immunity)*, 10 Frontiers Immunology 777 (2019).

148.  Schinasi, L. & M. Leon, *Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis*, 11 Int'l J. Envtl. Res. & Pub. Health 4449 (2014).

149. Schlissel, M. et al., *Leukemia and Lymphoma: A Cost of Doing Business for Adaptive Immunity*, 20 Genes Dev. 1539 (2006).

150. Schüler, F. et al., *Chromosomal Translocation t(14;18) in Healthy Individuals*, 13 Seminars in Caner Biology 203 (2003).

151. Sepulveda, J. et al., *The Antigen Receptor as a Driver of B-Cell Lymphoma Development and Evolution*, 2 Hematology Latest Rsch. Clinical Advances, 17 (2018).

152. Sheppard, L. et al., *Re: Glyphosate Use and Cancer Incidence in the Agricultural Health Study,* 111(2) J. Nat'l Cancer Inst. 214 (2019).

153. Sills, J. et al., *Letters to the Editor re: Tomasetti 2015 and Cancer Risk: Role of Environment (& Author Response)*, 347 Science 272 (2015).

154. Song, M. et al., *Cancer Prevention: Molecular and Epidemiologic Consensus*, 361 Science 1317 (2018).

155. Stagnaro, E. et al., *Non-Hodgkin's Lymphoma and Type of Tobacco Smoke*, 13 Cancer Epidemiology, Biomarkers & Prevention 431 (2004).

156. Su, T. et al., *Hepatitis C Viral Infection Increases the Risk of Lymphoid Neoplasms: A Population-Based Cohort Study*, 63(3) Hepatology 721 (2016).

157. Suarez, F. & M. Lecuit, *Infection-Associated Non-Hodgkin Lymphomas*, 21(11) Clinical Microbiology Infection 991 (2015).

158. Suarez-Larios, K. et al., *Screening of Pesticides with the Potential of Including DSB and Successive Recombinational Repair*, 2017 J. Toxicology 1 (2017).

159. Taborelli, M. et al., *Hepatitis B and C Viruses and Risk of Non-Hodgkin Lymphoma: A Case Control Study in Italy*, 11 Infectious Agents & Cancer 27 (2016).

160. Taborelli, M. et al., *The Dose-Response Relationship between Tobacco Smoking and the Risk of Lymphomas: A Case Control Study*, 17 BMC Cancer 421 (2017).

161. Tarazona, J. et al., *Glyphosate Toxicity and Carcinogenicity: A Review of the Scientific Basis of the European Union Assessment and its Differences with IARC*, 91 Archives of Toxicology 2723 (2017).

162. Temple, W., *Review of the Evidence Relating to Glyphosate and Carcinogenicity*, New Zealand Envtl. Protection Authority (Aug. 2016).

163. Tomasetti, C. & B. Vogelstein, *Variation in Cancer Risk among Tissues Can Be Explained by the Number of Stem Cell Divisions*, 347 Science 78 (2015).

164. Tomasetti, C. et al., *Half or More of the Somatic Mutations in Cancers of Self-Renewing Tissues Originate Prior to Tumor Initiation*, 110 PNAS 1999 (2013).

165. Tomasetti, C. et al., *Stem Cell Divisions, Somatic Mutations, Cancer Etiology, and Cancer Prevention*, 355 Science 1330 (2017) with supplementary materials.

166. Tomasetti, C., *Mutated Clones are Now the New Normal*, 364 Science 938 (2019).

167. Tsou, Y. et al., *Small B Cell Lymphocytic Lymphoma Presenting as Obstructive Sleep Apnea*, 2 World J. Surgical Oncology 26 (2004).

168. Ulcickas Yood, M. et al., *Incidence of Non-Hodgkin's Lymphoma Among Individuals with Chronic Hepatitis B Virus Infection*, 46 Hepatology 107 (2007).

169. Vogelstein, B. et al., *Cancer Genome Landscapes*, 339 Science 1546 (2013).

170. Wang, SS. et al., *Medical History, Lifestyle, Family History, and Occupational Risk Factors for Peripheral T-Cell Lymphomas: The InterLymph Non-Hodgkin Lymphoma Subtypes Project*, 48 J. Nat'l Cancer Inst. Monographs 66 (2014).

171. Weisenburger, D., *Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies*, 52 Cancer Res. (Suppl.) 5456s (1992).

172. Woźniak, E. et al., *The Mechanism of DNA Damage Induced by Roundup 360 PLUS, Glyphosate and AMPA in Human Peripheral Blood Mononuclear Cells – Genotoxic Risk Assessment*, 120 Food & Chem. Toxicology 510 (2018).

173. Wu, S. et al., *Substantial Contribution of Extrinsic Risk Factors to Cancer Development*, 529 Nature 43 (2016).

174. Zelenetz, A. et al., *Venetoclax Plus R- or G-CHOP in Non-Hodgkin Lymphoma: Results from the CAVALLI Phase 1b Trial*, 133 Blood 1964 (2019).

175. Zhang, L. et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, 781 Mutation Research/Reviews in Mutation Research 186 (2019).

176. Zhu, S. et al., *Obstructive Sleep Apnea Syndrome Caused by Uncommon Tumors of the Upper Aerodigestive Tract*, 7 Int'l J. Clinical & Experimental Pathology 6686 (2014).