# EXHIBIT 8

**Bradley D. Hanson Expert Report (*Peterson v. Monsanto Co.*)**

I am a Cooperative Extension Specialist in the Department of Plant Sciences at the University of California, Davis.  In this role, I have statewide responsibility for weed science research and extension in orchard and vineyard crops.  My primary research interests include herbicide performance, herbicide-related crop injury, environmental fate of herbicides, weed biology and genetics, and system-level approaches to managing weeds in agricultural systems.  In addition to my academic position, I recently completed a 5-year term as Vice-Chair for Outreach and Extension in the department, I oversee the Davis California field research center for the USDA-Western Region IR-4 Program, and am the faculty chair for the department's 1000 acre field research facility.  I am a past president of the California Weed Science Society, have served on the Board of Directors of the Western Society of Weed Science, and have been an Associate Editor for the scientific journal Weed Technology.

My education includes a Bachelor of Science degree (1996) in Agricultural Studies (with a minor in Agronomy) from Iowa State University and a Masters of Science (1999) and PhD (2004) in Plant Sciences from the University of Idaho.  Since 1991, most of my education and career steps have been related to weed and pest control in production agriculture.  I have extensive experience in the use and application of weed control practices and techniques. I grew up on a corn, soybean, and livestock farm in Iowa where I spent several summers working as a pesticide applicator for a local farmer's cooperative.  While in college at Iowa State University, I worked as a student lab assistant for a USDA weed biologist and also held two summer research internship positions with American Cyanamid Company supporting field research with new herbicides.  While working on my masters degree, I spent two years conducting field and greenhouse research related to herbicide-related crop injury in the wheat-legume cropping systems of northern Idaho.  After earning my masters degree, I worked as a staff researcher at Oregon State University conducting herbicide efficacy and crop safety experiments in wheat, grass seed, and oil crops of western and central Oregon.  I later returned to the University of Idaho to conduct my PhD research which focused on gene flow from herbicide-resistant wheat to other wheat cultivars and jointed goatgrass, a weed species related to wheat.  After completing the PhD program, I worked as a postdoctoral fellow at Colorado State University where I conducted research on a proposed natural-products herbicide and on the mechanisms of herbicide tolerance in imidazolinone-resistant wheat.  In 2005, I was hired as a Research Agronomist with the USDA-ARS in California where I was the weed science expert (and later also supervised the nematology research) on a team conducting research on soil fumigants in high-value specialty crops.  I joined the UC Davis Department of Plant Sciences in 2009 and now supervise a team of graduate students, postdoctoral researchers, and staff researchers who address weed management issues relevant to the fruit, nut, and vegetable production systems of the Central Valley.

As an academic researcher, I have authored or co-authored over 80 peer-reviewed scientific journal publications and book chapters.  Since joining the faculty at UC Davis, I have been the lead or co-lead investigator on over $3 million in grant and gift-funded research related to herbicide performance, herbicide resistance, and soil fumigation.  In the past 10 years, my team and I have

delivered around 400 presentations on weed biology and genetics, weed management, and herbicides to growers and other agricultural stakeholders in California and the Western US.

A copy of my curriculum vitae is attached as **Attachment A**, which includes a list of my major scientific publications.  My testimonial history is attached as **Attachment B**.

I am compensated in connection with this matter at my customary rate of $150 per hour for travel, $225 per hour for preparation, and $325 per hour for depositions, court testimony, and other proceedings.

## Opinions

Unless otherwise stated, all of my opinions expressed in this report are to a reasonable degree of scientific certainty.  I reserve the right to supplement or amend this report as additional information comes to my attention or becomes available.  I reserve the right to supplement or amend this report upon any site inspection of other properties at which plaintiffs used glyphosate-based herbicides.

The opinions I plan to offer in this matter will include opinions set forth in this report, opinions that may be elicited from me in discussing or elaborating on those areas and/or responding to the testimony of the plaintiff's experts, and any opinions formed based upon further literature review.

My opinions are based on my review of the relevant scientific literature; materials specifically related to this case and related proceedings, including certain reports and supporting materials submitted by expert witnesses working on the plaintiffs' behalf; deposition testimony; inspection of property, and my education, training, research and experience.  A list of materials I have considered in forming my opinions is attached as **Attachment C**.

## GENERAL OPINIONS

Weed competition for resources is one of the most limiting factors in many crop production systems and can lead to crop failures, reduced yield, reduced quality, and reduced production efficiency.  In food and feed crop and non-food crop settings such as rangelands and wild lands, lawn and sports turf, ornamental plantings, etc., weeds compete directly for limited resources such as water, mineral nutrients, and sunlight.  While it is difficult to get a meaningful estimate of the economic impact weeds have on all crops in all situations, Oerke (2006) estimated that weeds are responsible for the greatest losses due to pests (34%) worldwide.  If weeds are not controlled at all, potential crops losses from weeds in corn in the US were estimated at around 50%, but even with current best management practices crop losses often exceed 8% (Soltani et al. 2016).

 

*Figure 1. Excessive weed competition can reduce crop establishment and early growth and increase production costs. In the photo at left, young pistachio trees are planted in site with a heavy population of several grass, broadleaf, and sedge weeds (photo Hanson). In the photo at right, a newly seeded grass seed production field in Oregon with (left) and without (right) effective herbicidal weed control (photo Hanson). Annual and perennial crops can be harmed by excessive weed competition with effects ranging from crop failure to modest short or long-term losses in productivity.*

 

*Figure 2. Dense weed populations can be extremely problematic in highly-mechanized crop such as soybean (left from www.topcropmanager.com) and cotton (right, photo Hanson).*

Weeds also can indirectly affect crop productivity by harboring other pests (insects, pathogens, vertebrate pests) and can physically impede crop production operations (e.g. irrigation, harvesting). Outside agronomic and horticultural crops, weeds can reduce aesthetic value of open spaces and ornamental plantings, decrease safety and visibility around traffic corridors, increase fire hazards, impede water infrastructure function, and physically interfere with access to infested areas among many other undesirable outcomes.



*Figure 3. Aquatic weeds can degrade the function of natural ecosystems and impede water flow through natural and man-made channels and water bodies. At left, water hyacinth and spongeplant nearly cover a channel in the San Joaquin River Delta in California prior to a management operation. ([http://ucanr.edu/blogs/blogcore/postdetail.cfm?postnum=22839](http://ucanr.edu/blogs/blogcore/postdetail.cfm?postnum=22839). At right, a California Department of Boating and Waterway contractor applies herbicides to control a dense infestation of water hyacinth that blocks commercial and recreational boat traffic and endangers fish and other aquatic species due to impacts on natural vegetation as well as light and oxygen levels in the Sacramento River Delta. (image from [www.californiawaterblog.com](www.californiawaterblog.com)).*



*Figure 4. Some weeds can impact entire ecosystems. The example above shows the invasive tree tamarisk or saltcedar along the Colorado River; tamarisk displaces other vegetation in riparian areas and increases the salt content near the surface layers of the soil which further disadvantages the native and naturalized plants. Image from [www.riversedgewest.org](www.riversedgewest.org).*

 

*Figure 5. In addition to being problematic in agriculture, weeds are also managed in landscapes and urban areas to improve aesthetics, safety, and health. In the photos above, weeds in the urban landscape are unsightly, decrease pedestrian access, and block lines of sight at intersections (photos Hanson).*

 

*Figure 6. In many areas, weeds are controlled to reduce risks and help contain wildfires. In the left photo, a chemically-maintained weed free area below a power transformer near a rural residence in a fire-prone region (photo Hanson). In the right photo, a weed-free area serves as a fire break in a wildland situation (photo source unknown).*



*Figure 7. Weeds are often controlled along transportation corridors to preserve site lines for safety and prevent fires caused by vehicles and occupants.  Image at left shows an herbicide-treated strip along a rural road (image from www.slashertechk.com) and the image at right shows fire crews managing a wildfire along a California freeway (image from www.ocregister.com).*



*Figure 8. Weed control along railroad rights-of-way and other power and transportation corridor is an important component of safety and maintenance programs throughout the country (image from www.trainweb.org).*



*Figure 9. Invasive weeds can impede access to recreation areas used by hikers, hunters, and other types of outdoor activities.  Upper left: musk thistle invasion of in wildland area (www.bugwoodcloud.org), upper right: flower head of yellow starthistle, a plant that infests several million acres in the western US (photo JM DiTomaso UC Davis), lower left: Himalayan blackberry along a river (www.beeinformed.org), lower right trailside sign warning hikers of the dangers poison ivy (www.baffinpaddler.blogspot.com).*

**Weeds:**
Ross and Lembi (2009) defined weeds as "*Plants that interfere with the growth of desirable plants and are unusually persistent.  They damage cropping systems, natural systems, and human activities and as such are undesirable*".   Of the approximately a quarter of a million plant species in the world, only a few thousand behave regularly as "weeds" (although many others are occasionally weedy or nuisance plants).  Holm (1997) suggested that of the thousands of weedy plants, only about 200 species are recognized as major problems in world agriculture but these account for as much as 90% of the total food crop losses.  Plants, including weedy plants, can be described in a number of ways based on their taxonomy, biology, lifecycle, where they occur, etc. (Ross and Lembi 2009).



*Figure 10. An array of bad weed citizens. There are many examples of plants that have evolved chemicals or spines to deter herbivory, barbs/hooks to facilitate seed dispersal, and other functional traits that make them dangerous or unpleasant to encounter. Top left: silverleaf nightshade – berries and foliage poisonous to livestock and humans if ingested. Top right: poison hemlock toxic to some livestock. Lower left: poison oak – mild to severe skin irritant. Middle: burs of common cocklebur – barbed hooks tangle in fur, hair, and clothing of animals and humans. Lower right: fruit of puncturevine (also called goatheads) can damage penetrate tires, shoes, and skin. Photos from http://ipm.ucanr.edu*

**Taxonomic** classifications can be used to place plants into related groups.  A broad taxonomic grouping includes dicots (the broadleaf plants) and monocts (which includes the grasses and sedges).  In addition to the above-ground differences, most broadleaf plants have a taproot root architecture while grasses typically have fibrous root system.

Plants can be described by their **habitat**.  Plants that grow in the terrestrial environment are quite different than those adapted for an aquatic environment.  There are even a few cases of aerial (not rooted) plants that are parasitic weeds (e.g. dodder, mistletoe).  Habitats can be discussed in increasingly finer detail if necessary to describe differences among weedy plants adapted to different degrees of disturbance, climate and weather, soils, etc.

**Lifecycle** is also an extremely important way that weedy plants are described.  Many herbaceous (with non-woody stems) plants are annuals that live for only one growing season and typically reproduce by seed.  Other herbaceous plants live for more than one season and these can be either "biennials," taking two seasons to complete their lifecycle before producing seed, or "perennials" that can live for multiple years.  Most perennial weeds produce seed and some also reproduce by vegetative structures (e.g. creeping roots, stolons, bulbs, etc.).  Some perennial weeds are woody rather than herbaceous (e.g. trees or shrubs) and can have very long lifecycles in infrequently disturbed environments.  Additionally, when a plant's lifecycle starts (and ends) can be an important descriptor.  For example, some annual weeds are "winter annuals" that germinate and emerge in the fall or winter and complete their lifecycle by early summer. By contrast, "summer annuals" may not germinate until the beginning of summer and grow through the fall.

Lifecycle, habitat, and taxonomy/physiology all affect how and when weeds impact ecosystems and how and when they can be most effectively managed.

High reproductive capability is one major characteristic that contributes to a plants "weediness" (Lanini et al. 2014).  Weedy plants are able to reproduce in a wide range of conditions, making a lot of propagules (seeds or vegetative reproductive structures) under ideal conditions, and at least a few under relatively poor conditions.  While some annual weeds produce only a few hundred seeds per mature individual, others can produce millions of seeds.  Weed propagules (including both seed and vegetative structures) have adaptations that can facilitate dispersal in space (physical spread) and in time (dormancy).  Weeds that are allowed to successfully reproduce can potentially result in long-term challenges for management of future weeds due to the weed seeds in a "weed seedbank".

**Weed diversity.**  In most weed-management situations, multiple species must be managed simultaneously, although one or two species may be dominant.  Additionally, weed population density and composition can vary during the course of a season or over several years.  There are two particularly noteworthy challenges in areas with long growing seasons, frequent disturbance that opens up new ecological niches, or that need high levels of year-round weed control due to agricultural, public safety, or logistical reasons.

Figure 2.  From Lanini et al. 2014 (Ch2. Weed Biology and Ecology; Principles of Weed Control, 4th ed.)

LENGTH OF SOIL LONGEVITY AND NUMBER OF SEEDS PRODUCED FOR SELECTED WEEDS

| Weed species | Seed produced[1] Number per plant | Longevity in soil[2] Years |
| --- | --- | --- |
| Barnyardgrass | 700,000 | 5 |
| Common purslane | 1,800,000 | 20–25 |
| Eastern black nightshade (*Solanum americanum*) | 825,000 | 40+ |
| Puncturevine | 100,000 | 15–20 |
| Shepherds-purse | 150,000 | 15–35 |
| Velvetleaf | 48,000 | 15–40+ |

[1]Seed production in the absence of significant competition. [2]Seed survival in most species declines rapidly in the first few years, with only a small percentage of seed surviving ended periods.

## Weed control approaches

Management of weeds is critically important in most crops and managed areas and accounts for a great deal of management effort and expense annually.  Weed control strategies may be cultural, mechanical, and/ or chemical methods, but the specific practices within these groups can vary significantly among different crops, environments, and situations.



*Figure 11. Weeds are often highly prolific and well-adapted to reproduce and disperse both physically across a landscape and temporally via seed dormancy.  Above photo is an annual sowthistle with several thousand seed blowing from the mother plant at maturity (photo Hanson).*

Most weed control recommendations suggest using an "integrated" approach (e.g. Integrated Weed Management (IWM), or Integrated Pest Management (IPM)) to manage weedy pests. At its core, an integrated approach simply means utilizing multiple strategies to favor the desired plants, disfavor the undesired plants, suppress or control kill individual weeds, and reduce weed seed production.

Given the diversity among crops and situations, differences in climate, and the broad array of weeds that can vary greatly among regions, there is no one-size-fits-all solution to weed management. Thus, growers and land managers typically consider the specifics of their farming system, the field, the crop, and the weed spectrum to be managed and develop an integrated weed management program. However, the bulk of weed control in most crops is done using mechanical and/or chemical approaches because of efficacy and efficiency.

*Cultural.* Most of the cultural practices for weed management focus on the crops rather than directly on the weeds. Competition is defined as a form of negative interaction among individuals drawing from the same pool of resources (Steinmaus 2017). While weeds compete with crops for resources, the opposite is also true and, if given any advantage, crops can be quite competitive with weeds too. Plants that get to the resources "first" will have a clear advantage over other plants and this advantage can persist during the plant's lifecycle.

Decisions about which crop or variety to plant, what planting density and planting arrangement to use, how to prepare the field for planting, when to plant, how and when to apply fertilizers and water, whether to use seeded crops or transplants, etc., can all greatly affect how competitive the crop is with weeds. In annual crops, cultural practices that give the crop plants a head start on growth (vigorous variety, planted at an optimal density) can help them create a crop canopy that can shade-out later emerging weeds. Although some weeds may still emerge after the crop, these cultural choices can greatly reduce the weed's competitive impacts and reproductive success.

A vivid example of a cultural practice with weed management implications in irrigated vegetable production systems is the use of transplanted crops instead of seeding and using buried drip irrigation systems instead of sprinklers; in this scenario, the larger more deeply rooted transplants can more quickly capture space (and sunlight) and also have access to the subsurface water system that a seedling weed could not easily reach. Cultural practices that reduce weeds or suppress their vigor will also reduce the number of weeds to be managed later with other approaches.

*Mechanical.* Mechanical methods of weed control are those practices that use physical hand- or machine-based tools to pull, cut, chop, bury or otherwise damage or remove weeds. These can include hand operations like pulling or hoeing, major tillage operations before crop planting or after crop removal, or in-season cultivation with equipment designed to till between crop plants or rows. Although mechanical weed control is conceptually simple, it can be implemented in a variety of ways ranging from a person identifying and pulling undesired plants to computer-guided equipment that can identify weeds (or crops) in real-time and selectively implement a tillage tool to remove individual weeds.

 

*Figure 12. Handweeding operations. Weeds can be physically removed by pulling, chopping, or other hand operations. However, this is difficult and slow work and is not feasible on large acreage or on all crops due to the economic costs, labor availability, and speed of operations. Photo on the left is rose bush nursery (photo Hanson) and the photo on the right is lettuce (photo S. Fennimore, UC Davis)*

A few primary advantages of mechanical weed control approaches is that they are fairly robust on many annual weeds (less so on perennial species), they do not rely on chemicals, and with some ingenuity, they can be configured to work in many crops and planting systems. Hand tools are also relatively inexpensive and do not required very sophisticated operators.

 

*Figure 13. Tillage-based weed control in vineyard and orchard system. In tree and vine systems, mechanical weed control is relatively common between rows, unless soil erosion is a major concern. However, the area nearest the vine or trees can be difficult to manage due to concerns about damage to the crop roots which can reduce crop health and increase the risk of certain root diseases. (photos Hanson)*



*Figure 14.  Example of close cultivation in lettuce fields (photo S. Fennimore, UC Davis). Various configurations of fixed or rotating blades, knives, sweeps, and toothed disks can be used to cut or uproot seedling weeds.  Significant in-season cultivation for weed control has become less common in crops and regions prone to soil erosion and is difficult in closely spaced planting arrangements. Cultivation is typically done at slow speeds and must be repeated frequently during a growing season because of later-germinating weeds.*

Some disadvantages of mechanical weed management approaches include speed of equipment operation or hand weeding operations (relatively slow), equipment costs (typically larger tractors and heavy implements, and associated fuel costs), and cost of labor (hand labor is increasingly expensive and increasingly scarce).  Tillage, especially frequent heavy tillage, is not beneficial to soil health due to disruption of microbial communities, carbon emissions (vs carbon sequestration), and organic matter mineralization.  Additionally, in many regions, tillage has been dramatically reduced in recent decades because of serious concerns about soil erosion.  Soil erosion is greater in tilled fields compared to "no-till" or "reduced tillage" systems because loose soil can more easily move off-site with wind and water which has tremendous environmental impacts in both the field losing soil (top soil is a finite resource) and also to the receiving sites such as streams, rivers, and lakes which are impacted by the soil matter as well as fertilizers and pesticides on soil particles.



*Figure 15.  Although tillage can effectively control weeds, loose soil with little or no vegetative cover is more prone to erosion from water or wind (Photo from Washington Department of Ecology; www.ecologywa.blogspot.com).  Even soil losses considerably less dramatic than the above photo decrease the quality of the site losing the soil and degrade the rivers, lakes and other recipient sites that are contaminated with soil particulate as well as any co-eroded pesticides and fertilizers.*

*Chemical.* Chemicals that kill plants are called herbicides, from the Latin words "herba" (herbaceous plants) and "caedere" (to kill) (Zimdahl, 1969).  Today, herbicides are broadly defined as a chemical substance used to control unwanted plants.  These include "conventional" herbicides as well as "organic" materials that are applied to prevent or kill undesired plants.  A broad range of chemical herbicides have been developed, particularly since the beginning of the "modern herbicide era" that began with the discovery of the auxinic herbicides in the around the time of WWII (Figure 9).

Herbicides are used on more than 90% of the acreage of most US crops (Gianessi and Reigner 2006) indicating the importance of chemical weed control in modern agriculture.  In discussing chemical weed control, it is important to have an understanding of the terminology related to herbicides and herbicide uses.  Different herbicides can have very different utility and consequences and should be carefully differentiated when discussing the tradeoffs associated with their use.

**Table I.** *History of chemical weed control innovations*

Post, Postemergence application; Pre, preemergence application, based on data from Cremlyn (1991), Worthington and Hance (1991), Büchel et al. (1977), Herbicide Resistance Action Committee (www.hracglobal.com), and others.

| MoA, Target Site | Chemical Family | Examples | Use | Earliest Reports |
|---|---|---|---|---|
| Unspecific | Inorganic herbicides | $H_2SO_4$, $Cu_2SO_4$, $FeSO_4$, $NaAsO_2$ | Total | 1874 |
| Uncouplers | Dinitrophenoles | dinitro-*ortho*-cresol | Post, dicots | 1934 |
| Auxins | Aryloxyalkanoic acid derivatives | 2,4-Dichlorophenoxyacetic acid | Post, dicots in cereals | 1942 |
| Microtubule organization | Arylcarbamates | Propham, chlorpropham | Pre, monocots in various crops | 1946 |
| Lipid synthesis | Chloroaliphatic acids | TCA, dalapon | Pre, monocots in various crops | 1947 |
|  | Thiocarbamates | EPTC, triallate | Pre, monocots and dicots in various crops | 1954 |
| PSII | Arylureas | Monuron, diuron, isoproturon, linuron | Pre and Post, monocots and dicots in various crops | 1951 |
|  | 1,3,5-Triazines | Atrazine, simazine | Pre and Post, broad spectrum in corn | 1952 |
|  | Pyridazines | Chloridazon | Pre, dicots in sugar beet | 1962 |
|  | Uracils | Bromacil, terbacil, lenacil | Soil applied, broad spectrum in various crops | 1963 |
|  | Biscarbamates | Phenmedipham | Post, dicots in sugar beet | 1968 |
|  | 1,2,4-Triazinones | Metribuzin | Pre in soybean | 1971 |
| Very-long-chain fatty acid biosynthesis | Chloroacetamides | Allidochlor, alachlor | Pre, monocots and dicots | 1956 |
| PSI | Bipyridyliums | Diquat, paraquat | Nonselective | 1958 |
| Protoporphyrinogen oxidase | Diphenyl ethers | Nitrofen, acifluorfen | Pre and Post, various crops | 1960 |
|  | Oxadiazoles | Oxadiazon | Rice, nonselective | 1969 |
| Microtubule assembly | Dinitroanilines | Trifluralin, pendimethalin | Pre against monocots and dicots | 1960 |
| Cellulose biosynthesis | Nitriles | Dichlobenil | Plantations | 1960 |
| 5-*Enol*pyruvylshikimate 3-phosphate synthase | Glys | Glyphosate | Post, nonselective | 1971 |
| Phytoene desaturase | Pyridazinones | Norflurazon | Pre and Post in cotton | 1973 |
| ACCase | Aryloxyphenoxy propanoates | Diclofop, fluazifop | Post, grasses | 1975 |
|  | Cyclohexane diones | Alloxydim, sethoxydim | Post, grasses | 1976 |
| Gln synthetase | | Glufosinate | Nonselective | 1981 |
| AHAS or ALS | Sulfonylureas | Chlorsulfuron, metsulfuron | Monocots and dicots in various crops | 1982 |
|  | Imidazolinones | Imazapyr, imazethapyr | Nonselective or selective in soybean | 1983 |
|  | Pyrimidinyl benzoates | Bispyribac sodium | Rice | 1994 |
| HPPD | | Pyrazolynate, sulcotrione | Various crops, monocots and dicots | 1984 |

*Figure 16.  Development of chemical herbicides over time.  From Kraehmer et al. 2014. Plant Physiology 166:1119-1131.*

**How herbicides are used:**

Herbicide materials can be classified and described in different ways.  For example: **preemergence (PRE)** herbicides typically are applied to soil before the weeds emerge and have their effect on germinating seeds and very small seedlings while **postemergence (POST)** herbicides are applied to the leaves of plants after they have emerged and successfully established.  Some POST herbicides only cause injury to plant tissues that are directly treated with the spray solution; these are often referred to as **contact herbicides**, while other herbicides referred to as **systemic herbicides** can move from treated parts of the plant to other untreated tissues.  Lastly, some herbicides can have an effect on most plants, these are called **non-selective herbicides**; while others may be toxic to some kinds of plants while not causing injury to others, these are sometimes used as **selective herbicides**.



*Figure 17.  Preemergence (PRE) vs postemergence (POST) herbicides in almond orchards.  The plots within the tree row in the left photo were treated with preemergence herbicides with residual activity.  Weed seedlings were killed shortly after germination and most weedy plants failed to establish.  The plots on the right were treated with postemergence herbicides between the tree rows which then killed the weeds after they had emerged and established.  In many crops, growers use a combination of preemergence and postemergence herbicides for full control of weed throughout a growing season. (from Hanson field trials at UC Davis)*

*Preemergence herbicides* are usually applied to the soil before the target weed germinates and emerges.  Many, but not all, preemergence herbicides have little effect on existing vegetation. Instead, they act only on the roots or shoots of newly germinated seeds – often killing the seedling before or right as they emerge from the soil.  These herbicides are sometimes also called "soil applied" or "residual" herbicides because they last for some time in the soil (weeks or months, some even longer) and control weeds for a period of time.  Although these herbicide mostly bind on (or in) soil particles, they can vary considerably in how tightly bound and what proportion is bound to soil which is a function of their chemical properties.  Some herbicides with high affinity for soil do not present significant hazards of moving with water (leaching downward or moving with runoff), although they can move off site with transported soil particles.  Other soil-applied herbicides are less tightly bound to soil and have some greater risk of moving off site with water and, in some cases, contaminating groundwater (e.g. atrazine). Herbicides degrade in the soil environment due to both chemical reactions (such as hydrolysis, dealkylation, etc) and due to microbial processes (enzymatic breakdown into component molecules for utilization).  However, the rate of degradation can vary among herbicides, which affects both weed control duration and environmental risks.

*Postemergence herbicides* (sometimes called "foliar" herbicides) are those that are applied to the foliage of the target weed after it has emerged from the soil.  Some, but not all, postemergent herbicides also have preemergent activity while others have no activity once they reach the soil because of tight binding to soil or very rapid degradation.  For foliar herbicides to reach their target site within the plant, they must first cross through the cuticle on the leaf surface.  Crossing this waxy surface to get to the living part of the plant cell is one of the first barriers that must be overcome; this is relatively easy for lipophilic (oil-loving) herbicides and more difficult for

hydrophilic (water-loving) herbicides.  Herbicide formulation technology and non-herbicidal additives are often used to facilitate foliar herbicide penetration into the leaf.

*Contact herbicides* are a subset of foliar-applied postemergence materials that are also sometimes called "burndown" herbicides.  This term generally refers to herbicides that only affect the tissue directly treated with the herbicide – the herbicide does not move to untreated parts of the plant after application.  Good spray coverage is essential for acceptable control with contact materials since only the treated tissues will be damaged.  Because of their mode of action, many of the contact herbicides are relatively fast-acting and can cause significant injury to treated plants within days (or even hours).  Several conventional foliar herbicides fall in this category, as do most of the organic herbicides (most of the organic contact herbicides cause rapid membrane damage and lead to cell leakage and tissue necrosis).

*Systemic herbicides* are a subset of foliar-applied postemergence materials that are also sometimes called "translocated" herbicides.  These herbicides can move from treated plant parts to untreated parts either through the xylem (water-moving vascular tissue) or phloem (vascular tissues that move photosynthates and other products).  For example, a systemic preemergence herbicide could be taken up by roots and moved to leaves.  Or, a systemic postemergence herbicide applied to the leaves could move to other leaves or to roots.  Typically, systemic materials are more effective on established perennial weeds compared to herbicides with only contact activity.

*Non-selective herbicides* are herbicides that are injurious to all or most plants that are exposed.  Typically, these herbicides affect a biosynthetic process or target enzyme that is common across many plant taxonomic groups with little difference in how the herbicide is absorbed, degraded, or affects the target site.  Although they could damage a crop if directly applied, some non-selective herbicides are used before crops are planted, after harvest or using application techniques that minimize crop exposure (e.g. shielded sprayers).  Additionally, some crops have been genetically modified in such a way as to impart tolerance to an herbicide that would be lethal to non-modified plants of the same species (e.g. Roundup Ready crops engineered to be resistant to glyphosate).

*Selective herbicides* are herbicides that have markedly different effects on different plants or groups of plants.  This selectivity allows them to be used to control susceptible weeds in a non-susceptible crop without injury to the crop.  Selectivity can be fairly broad such as controlling grasses but not broadleaf plants (e.g. most WSSA Group 1 herbicides) or controlling most broadleaf plants but not grasses (e.g. most WSSA Group 4 herbicides).  In other cases, herbicide selectivity could be more narrow such as having efficacy on plants in one plant taxonomic family but not others (e.g. mustard vs sunflower family).  Mechanisms of selectivity can vary but are often related to slight differences among species in the herbicide target site or to differences in ability to metabolize the herbicide to non-herbicidal degradation products.  In most genetically-engineered crops modified to allow selective use of a normally non-selective herbicide, a slightly altered form of the target enzyme has been inserted in place of the wild-type enzyme.

**Categorizing Herbicides**

Herbicides are used to control plants; however, that is an extremely broad categorization of this class of pesticide. In a more nuanced discussion, it is important to recognize there are many different herbicide products, active ingredients, and mechanisms of action etc. within this group of weed control tools. Several terms below can be helpful in describing specific herbicides or comparing and contrasting groups of herbicides.

*Trade names* are the brand names of commercial herbicide product; this is the name on the packaging and is associated with a specific EPA product number. Herbicides are registered and labeled by their trade name and, importantly, the same active ingredient may be available under different trade names. The formulated product encompassed by a trade name may contain one or more active ingredients, adjuvants, stabilizers, emulsifiers, or other inert ingredients. For example, Roundup is one trade name for glyphosate, the most common herbicide active ingredient in the world. However, there are hundreds of trade-named products with the same active ingredient made by different manufactures or sold for different markets.

*Active ingredient.* The active ingredient is the chemical molecule that has pesticidal activity on the target plant. The "chemical name" is usually shortened to a simpler "common name". For example, the chemical *N*-(phosphonomethyl)glycine is known by the common name "glyphosate". By international chemical nomenclature conventions, these chemical names are associated with specific chemical structures to reduce confusion or ambiguity.

*Herbicide family.* Herbicides are generally grouped into families (or classes) according to chemical structures. Herbicides in the same families have a similar base structure but may have different side chains or functional groups that impart different activity, selectivity, and persistence. Some herbicide families have many different analogs while others may have only a single member with acceptable herbicidal properties. For example, there are dozens of herbicide active ingredients in the sulfonylurea herbicide family while glyphosate is the only commercialized member of the glycine family.

*Mode of action.* The mode of action (MOA) of a herbicide is the overall manner in which it affects a plant and encompasses the process from application to final effect – absorption, translocation, metabolism, and physiological effect at the tissue or cellular level. Modes of action are often defined by enzymatic or physiological pathways that are disrupted. Examples include photosystem II inhibitors, amino acid inhibitors, and several others. It is important to understand that in some cases, different herbicides affect different specific points in pathway – these could have the same MOA but a different target site or mechanism of action.

*Mechanism of action.* This term usually refers to a specific molecular target site for the herbicide and is also sometimes called "site of action". For example, both glycine herbicides (e.g. glyphosate) and sulfonylurea herbicides (e.g. chlorsulfuron) have the mode of action of inhibiting synthesis of amino acids. However, glyphosate works by inhibiting an enzyme called EPSPS in a pathway that leads to aromatic amino acids while chlorsulfuron inhibits an enzyme called ALS that is in a pathway that leads to branched chain amino acid. These two herbicides have a similar mode of action but different sites or mechanisms of action. The Weed Science Society of America (WSSA) uses a mechanism of action numbering system to classify

herbicides and in this system glyphosate is known as a "Group 9" herbicide while the ALS inhibitors are known as "Group 2" herbicides.

**Applying Herbicides**

Because herbicides are used at quite low rates of active ingredient per treated area, most are applied in a carrier - usually water - to facilitate acceptable coverage.  The goal is to minimize under-treatment or missed plants that can result in poor control and minimize over-treatment, which can result in poor performance, wasted money, and possibly environmental harm.

In agricultural situations, it is common for herbicides to be mixed in water and the spray solution applied in a range of perhaps 8-50 gallons per acre.  The application equipment is calibrated to apply a known amount of the carrier and the active ingredient is added to the spray mix to reach a target concentration, and the mix is applied to the treated area to achieve the target amount of the active ingredient per area.

> *For perspective, a can of soda containing 12 fluid ounces weighs just under 1 lb and an acre of land is about the size of a football field.  Thus, if an herbicide was to be applied at 1 lb/A (or 12 fl oz of product), the applicator would need to spread about 1 tsp over an area about 20 by 30 ft.  When applied in water at a carrier rate of 20 gallons per acre, the same 20 by 30 area would need to receive approximately 35 fl oz of the spray solution containing the dissolved active ingredient.  Many herbicides are used at rates much lower than this 1 lb/A example making the water carrier even more important for application uniformity.*

In a general sense, lower application volumes are used where the weight of water or number of refills is a limiting factor (e.g. aerial applications, broad acre crops) or when full coverage of a plant is less important (e.g. translocated herbicides).  To ensure adequate coverage of the soil, preemergence herbicides often are applied at relatively high spray solution volumes.

*Carrier volume vs herbicide rate:* There is a key difference between carrier volume and herbicide rate.  For example, if an herbicide is applied at a rate of 1 lb of active ingredient per acre, it is the same amount of pesticide whether it is applied in 10 gallons of water, 30 gallons of water, or 100 gallons of water per acre.  The carrier volume in the latter two cases are 3 and 10-times greater than the first, but the amount of herbicide applied on a per area basis would be the same in all three cases (just more dilute).



*Figure 18. Examples of common herbicide application equipment.  Upper left, broadcast herbicide sprayer in row crops (www.wyliesprayers.com); upper right, single nozzle backpack spot sprayer (www.stihlusa.com); middle left, self-propelled orchard strip sprayer (www.westechequipment.com); middle right aerial spraying from fixed-wing aircraft (www.corncorps.ilcorn.org), lower left knapsack pump-up garden sprayer (image www.familyhanyman.com), lower right handheld spray bottle (www.thriftyfun.com).  In each case, the herbicide is first diluted in water, and then pressurized and forced through an orifice to create droplets in a spray pattern.*



*Figure 19. Example of spray droplet coverage comparison as influenced by carrier rate (4, 8, and 12 gallons per acre) and spray nozzle selection leading to different median droplet size. Image from http://sprayers101.com.*

*Minimizing off-target movement:* To maximize the efficiency of herbicide applications, reduce risk of damage to non-target plants, decrease risk of exposure to applicators and others, and minimize environmental risk, it is important to make sure that the equipment, operator, and environmental conditions maximize the amount of spray solution that lands and stays on the intended target (Grisso et al. 2013). Although there are several ways that herbicides can move off target, the most commonly encountered issues are related to "drift" or "leaching".

In a simple sense, leaching can be considered downward movement of herbicides through the soil profile. For herbicides that are taken up by the roots of seedling weeds, they can be considered "off site" if they move deeper than the weed's root zone. In some cases, herbicides that are quite water soluble and poorly bound to soil can leach deep enough to contaminate shallow groundwater resources. Because leaching is largely a function of chemical properties (solubility, binding affinity for soil, etc.) as well as soil physical and chemical properties (texture, cation exchange capacity, organic matter and clay content), it is mostly not governed by the application equipment.



*Figure 20.  Spray drift basics.  Spray drift is typically defined as those droplets that never landed on their target and moved off site between exiting the nozzle and hitting a surface.  Upper image from: http://integratedweedmanagement.org/wp-content/uploads/2017/02/Spray-drift.jpg.  Data in the lower left image shows the effect of droplet size on potential off site drift, especially for droplets smaller than 150 micron in diameter (from http://www.topps-life.org/uploads/8/0/0/3/8003583/_1409408506.jpg).  Lower right image shows winter wheat injury from glyphosate drift from an application made in the adjacent fallow field (photo Hanson).*

As compared to leaching, drift is usually described as those spray droplets that never reach their intended target and instead move off site before deposition.  The risk of herbicide drift is largely managed by the setup and calibration of the application equipment and the operator's evaluation of the weather conditions (especially wind speed and direction, but also temperature and humidity which influence droplet evaporation rates).  The risk of spray droplets moving off site is directly related to the size of the individual droplet; small droplets with less mass are more likely to stay aloft longer compared to large heavy droplets.

Many equipment factors affect the average size of spray droplets, the proportion of the smallest "driftable fines" (usually those smaller than 150 microns in diameter) and the life span of the droplet and are under the control of the applicator (Ozkan and Zhu 2016).  Some of these include:

- Nozzle orifice size (which is often related to carrier volume) – lower GPA usually leads to more small droplets compared to high GPA applications.
- Operating pressure – generally systems run at higher pressure have greater shear force and, thus, more small droplets

- <u>Nozzle type</u> – a great deal of engineering has gone into developing nozzle technologies that result in more predictable and uniform spray droplet spectra.  Many older-type nozzles generate more small droplets (and often also more really large droplets).
- <u>Spray boom (or tip) height.</u>  All things being equal, applications made from a greater distance above the target will have more time to become smaller (through evaporation) between the time they exit the nozzle and before landing on a surface.
- <u>Spray additives.</u>  There are a number of "drift reduction" products that may be part of a formulation or added to spray tanks to influence how droplets are formed as they exit the spray nozzle to decrease the proportion of the small droplet size class.

**Understanding herbicide labels**

Herbicides and other pesticides each have a "label" that is an important source of information on how and when the product can be used.  Importantly, the label is also a legal document that outlines the responsibilities assumed by those who purchase and use the product (Siel et al. 2015).  To this point, labels typically specify "*Read the entire label before using this product. Use only according to label instructions*".

Although there are some differences in format among manufacturers and between some consumer and commercial products, pesticide labels are required to provide certain information including:

- *Trade name or brand name.* This is the name of that the product is marketed under (e.g. Roundup PowerMax).
- *Ingredient statement.*  The product's active ingredients and the amount of non-pesticidal (inert) ingredients, usually listed as percentage by weight.  This section usually also indicates the net contents of the particular packaging (e.g. 32 fl oz, 1 gallon, 2.5 gallons).
- *Use Classification Statement.*  This indicates whether the product is "restricted use" or "general use" which has implications on who is allowed to purchase and use the product.
- *Manufacturer.*  Name and address of the manufacturer, formulator, or product registrant and emergency contact information.
- *Product registration number.*  Each formulated pesticide product registered in the US will have an individual EPA registration number (EPA Reg. No.) as proof that the product and label was approved by the US Environmental Protection Agency.
- *Precautionary statements.*  These may include:
  - Signal word.  Signal words on pesticide labels are used to indicate relative toxicity based on the results of six acute toxicity studies with formulated product.  In order of increasing toxicity, approved signal words include: Caution, Warning, Danger, and Danger/Poison (Fihsel 2018).  See figures 21 and 22 below for examples.
  - Applicator precautions to protect humans and animals.  All pesticides indicate "Keep out of the reach of children".
  - There may be specific instructions related to protecting the environments.
  - Some products have information about physical or chemical hazards (e.g. if flammable, explosive, or corrosive).
- *Personal Protective Equipment (PPE)* requirements.  This section, may be included in the precautionary statement section or a standalone section, outlines the equipment requirements that protect the applicator.

- o PPE requirements are specified on each herbicide label but, at a minimum, commercial products and concentrates usually require applicators to wear: long-sleeved shirt, long pants or coveralls, chemical-resistant gloves, eye protection, and shoes/socks.
- o Some labels have additional PPE requirements for "mixer-loaders" who work with more concentrated materials before they are diluted for application; these might include face shields, chemical-resistant aprons, and similar equipment.
- o For pesticides that are inhalation hazards, some labels will list requirements related to mechanical filter respirators (e.g. dust masks), chemical cartridge respirators, or even air-supplying respirators.
- *Directions for use.*  The user is responsible for using the product as directed for approved uses; however it should be noted that the levels of detailed instructions vary among products.  This is the section where the applicator typically finds information such as:
  - o Sites and crops on which the product is approved for use.
  - o Application rates and dilution instructions.
  - o Weeds that can be controlled and at what growth stage.
  - o Allowed, recommended, and prohibited application equipment.
- *Reentry and Preharvest information.*  If there are restrictions as to when field workers or other users of a site can reenter a treated area, the "Restricted Entry Interval" (REI) will be specified in this section.  Similarly, if a pesticide is used on a food crop, there may be a specified "PreHarvest Interval" (PHI) that provides instruction on the shortest time period between the last application of the pesticide and a harvest of the crop.
- *Storage and Disposal Statement.*  Each pesticide label has general, and sometimes specific, information on how to safely store products and disposing of empty containers to minimize risks to users, bystanders and the environment.



*Figure 21. Example first page of an herbicide label that contains important use, safety, and legal information for applicators and users. (Monsanto 2010)*

<u>*Figure 22: Examples of signal words and PPE requirement statements from pesticide labels (from Agrian.com Nov. 2018):*</u>

---

***Gramoxone SL (paraquat dichloride - Signal Word: Danger/Poison***
*Applicators and other handlers (other than Mixers and Loaders) must wear:*
*• Long-sleeve shirt and long pants*
*• Shoes plus socks*
*• Protective eyewear*
*• Chemical Resistant Gloves - Category A (e.g. barrier laminate, butyl rubber, nitrile rubber, neoprene rubber, natural rubber, polyethylene, polyvinyl chloride (PVC) or Viton®)*
*• A dust mist NIOSH-approved respirator with any N, R, P, or HE filter*
***Mixers and Loaders must wear:***
*• Long-sleeve shirt and long pants.  • Shoes plus socks*
*• A dust mist NIOSH-approved respirator with any N, R, P, or HE filter*

---

*• Chemical Resistant Gloves - Category A (e.g. barrier laminate, butyl rubber, nitrile rubber, neoprene rubber, natural rubber, polyethylene, polyvinyl chloride (PVC) or Viton)*
*• Chemical resistant apron. • Face shield*
*Discard clothing and other absorbent materials that have been drenched or heavily contaminated with this product's concentrate. Do not reuse them.*

**Poast (sethoxydim) – Signal Word: Warning**
*Applicators and other handlers must wear:*
*• Coveralls over short-sleeved shirt and short pants*
*• Chemical-resistant gloves, such as barrier laminate, nitrile rubber ≥ 14 mils, butyl rubber ≥ 14 mils, or viton ≥ 14 mils*
*• Chemical-resistant footwear plus socks*
*• Protective eyewear*
*• Chemical-resistant headgear for overhead exposure*
*• Chemical-resistant apron when cleaning equipment, mixing, and loading*
*Discard clothing and other absorbent materials that have been drenched or heavily contaminated with this product's concentrate. DO NOT reuse them.*

**Suppress (caprylic acid and capric acid) – (organic herbicide) – Signal word: Warning**
*Applicators and other handlers must wear:*
*• Protective eyewear*
*• Coveralls worn over short-sleeved shirt and short pants. • Shoes plus socks*
*• Chemical resistant gloves such as barrier laminate, butyl rubber, nitrile rubber, neoprene rubber, polyvinyl chloride or viton*

**Roundup Pro Concentrate (glyphosate isopropylamine) – Signal Word: Caution**
**Applicators and other handlers must wear:** *long-sleeved shirt and long pants, shoes plus socks. Follow manufacturer's instructions for cleaning/maintaining Personal Protective Equipment (PPE). If there are no such instructions for washables, use detergent and hot water. Keep and wash PPE separately from other laundry. Discard clothing and other absorbent materials that have been drenched or heavily contaminated with this product's concentrate. Do not reuse them.*



*Figure 23. Pesticide labels specific the Personal Protective Equipment (PPE) requirements. PPE requirements may differ among products due to their relative toxicities or potential for exposure due to their use patterns. In some cases, there may be different PPE requirements for "mixers/loaders" who often handle large volumes of concentrated materials compared to applicators who only use more dilute materials. Above: mixer/loader image from www.pesticideresources.org, safe storage and handling for homeowner image from www.pesticidestewardship.org, residential applicator image from www.unce.unr.edu .*

It is important for each user to read and follow current label instructions for safe and effective use of the specific herbicide product they are applying for several reasons. Products can change with regard to active ingredient concentration, formulation, and allowable uses which greatly impacts how and where it can legally be used. Safety precautions and requirements also evolve over time, particularly for agricultural and professional pesticide applicators who typically have far greater chances for exposure due to the amount of area they treat and the duration of spray operations. Commercial or professional applicators are also more likely than residential pesticide applicators to utilize larger containers and more concentrated products; thus, even within the same active ingredient, there may be slightly different label requirements for products intended for different uses and market segments. Because of the way pesticides are used in different market segmentation, there are occasionally apparent contradictions in application

instructions for products used in commercial or professional situations (large areas treated, long duration of use over extend time periods, etc.) compared to products used by non-professionals (less frequent use, smaller areas treated, less sophisticated application equipment).

**Herbicide formulations.**

Herbicide active ingredients, like any other substance, are molecules made up of various elements.  In their pure form, most herbicide active ingredients are crystalline solids; however, this is not the form they are used to control weeds (Shaner 2014).  Instead, the active ingredients are "formulated" by the manufacturer into various liquid or dry products.  The formulation can involve temporary changes to the herbicide molecule (e.g. the addition of a side chain that is cleaved off once the herbicide is in the plant) and often also include non-herbicidal components that are packaged together with the active ingredient.  Manufacturers consider a variety of goals in formulating herbicides including goals related to herbicidal performance as well goals related to the stability, compatibility, and handling characteristics of the final product (e.g. tolerance of extreme temperature without degradation or separation, solubility in water).

Because of limitations related to some chemistries, some active ingredients are formulated as solids (dusts, powders, granules, etc.) while others are often packaged in liquid formulations (suspensions, emulsions, etc.).  When considering formulations, it is important to understand the difference between the active ingredient and the formulated product – the active ingredients is only one component of what is in the packaged herbicide.  Products that are formulated as dry materials usually have the amount of active ingredient expressed as a percent by weight (weight of active ingredient per weight of product).  For example, a water disbursable granule (WDG) with 25% active ingredient means 1 lb of the product has 0.25 lb of active ingredient and 0.75 lb of non-herbicidal components (clay granules, surfactants, stability agents, etc.).  Liquid formulations usually have both a percent (weight of active per weight of liquid product) and a weight per volume (e.g. 2 lb of active ingredient per gallon).  Different formulated products with the same active ingredient in some cases can have quite different concentrations of the active ingredient due to formulation limitations or goals.

**Spray Adjuvants and Surfactants**

In addition to the active ingredient and non-herbicidal components that are part of a product formulation, some spray applications also include other materials broadly called "adjuvants" or "surfactants".  These materials generally facilitate the activity of the herbicide (surfactants or activator adjuvants) or modify some characteristic of the spray solution (utility adjuvants) (Jordan 2001, Neiderholzer 2009).  Different adjuvants are used alone and in various combinations to achieve specific functions such as:

-   Wetters-spreaders: typically reduce droplet surface tension to increase contact area of droplet on the waxy leaf surface and cover the leaf more fully.
-   Stickers: ingredients that help the droplet resist dislodging from the leaf surface.
-   Humectants: typically materials that help decrease spray droplet evaporation before the target is reached
-   Penetrators: Often oils or oil-like materials that help the chemical pass through the plants waxy surface layers.
-   Compatibility agents: used to help keep pesticide mixes in homogeneous solution in the spray tank.
-   Defoamers: eliminate or reduce foaming in the spray tank.

- Drift control agents: typically polyacrylamides or similar molecules that help reduce the amount of "driftable fines" by affecting shearing and droplet formation forces at the spray nozzle.
- Water conditioners: typically added to overcome the effects of ions (for example from hard water) on certain herbicides.
- Acidifiers: material added to reduce the pH of the spray solution
- Buffers: products that limit the pH change caused by adding other acidic or basic spray tank additives.
- Colorants or dyes: Material added to make the spray solution visible to the applicator in order to reduce over treatment and "missed" areas.

Although the terms adjuvant and surfactant are sometimes used interchangeably, a surfactant is technically a type of adjuvant that has its effect on the leaf surface (surfactants are sometimes referred to as "surface active agents" to clarify this distinction).  The action of adjuvants is typically understood to be in the spray tank or at the leaf surface and does not directly affect the activity or fate of the herbicide once it enters the plant's cells or organs.  Thus, in most states, spray additives are considered non-active ingredients and are not regulated the same way as the pesticidal products.


**Glyphosate**
The active ingredient glyphosate [N-(phosphonomethyl)glycine] was discovered in 1950 but its herbicidal activity was not recognized until 1970 (Dill et al. 2000).  The first formulated product, "Roundup", was first sold by Monsanto in 1974.  This herbicide is applied postemergence and was nonselective to most plants; thus its use was limited to areas where complete vegetation control was desired (e.g. non crop areas, rights of way), prior to planting or after harvest of an annual crop, or in situations where it could be applied in such a way as to achieve crop safety (e.g. shielded sprayers or applications directed below tree or vine canopies).

In the mid-1990's, glyphosate-resistant cultivars of several major crops (e.g. 'Roundup Ready") were developed using genetic engineering techniques to insert a glyphosate-insensitive form of the target enzyme to the crop.  This technology made it feasible to use this previously non-selective herbicide during the growing season in crops like soybean, corn, cotton and others.  Growers quickly saw the value of highly effective and simplified weed control programs based on the Roundup Ready system coupling the herbicide with the engineered cultivars.

In 2000, patent protection for glyphosate expired and dozens of companies began manufacturing glyphosate or formulating glyphosate-based products. With competition in the market, prices for glyphosate herbicides have decreased dramatically in recent years.  Wide spread use in conventional systems, the rapid adoption of glyphosate-tolerant cropping systems, and the relatively low cost of this herbicide have propelled glyphosate to become the most widely used pesticide in the world (Duke and Powles, 2008)

## Glyphosate-isopropylamine salt

*Figure 24. Chemical structure of glyphosate as the isopropylamine salt. The glyphosate acid is on the right and the basic isopropylamine on the left. Several salt formulations of glyphosate are available; however once in the plant, glyphosate acid has the herbicidal activity. Image from www.chemsrc.com.*

**Glyphosate – the molecule:**

Glyphosate is a derivative of the amino acid glycine consisting of one basic amino acid and three ionizable groups. In technical-grade form, it is a white crystalline solid (Giesy et al. 2000). The free acid of glyphosate is modestly water soluble (1.16 g per liter at 25C) (Dill et al. 2010) but is typically formulated in the form of a monobasic salt as they are much more soluble in water. Glyphosate has low volatility and fairly high density so it is not likely to evaporate from treated surfaces (Shaner 2014).

**Glyphosate mode of action;**

Glyphosate is classified by the Weed Science Society of America (WSSA) as a Group 9 herbicide (inhibitors of EPSPS) and is the only commercialized herbicide active ingredient in this group. In susceptible plants, glyphosate inhibits one enzyme (5-enolpyruvyl-shikimate-3-phosphate synthase, or EPSPS). This enzyme is present in plants, fungi, and bacteria but not in animals (Kishore and Shah, 1998). The EPSPS enzyme catalyzes an important reaction in the shikimate pathway which is a key step in the synthesis of aromatic amino acids (e.g. phenylalanine, tyrosine, and tryptophan). This, in turn, ultimately stops the production of several hormones, critical plant metabolites, secondary compounds, enzymes and other proteins that are subsequently built from these amino acids. The shikimate pathway is very important for plant growth; by some estimates, 20% of all carbon fixed in the leaves passes through the shikimate pathway (Maeda and Dudareva 2012).



*Figure 25.  Glyphosate blocks one specific enzyme (5-enolpyruvul-shikimate-3-phosphate [EPSPS]) in the shikimate pathway [red arrow above] (pathway image from Duke and Powles, 2008).  This pathway converts simple carbohydrate precursors to the three aromatic amino acids tryptophan, phenylalanine, and tyrosine.  The shikimate pathway is present in plants, fungi, and bacteria, but not in animals (Taiz and Zeiger, 1998)*

Glyphosate is applied to the surface of leaves and other above-ground plant tissues where it is absorbed relatively rapidly, primarily through diffusion.  Several factors can affect the rate of diffusion of glyphosate from the leaf surface to the inside of the cells.  The most important of these factors  includes application rate and carrier volume (both affect glyphosate concentration in spray droplets), herbicide formulation and spray tank additives (chemical and physical effects on droplets and leaf-droplet interface), and plant species differences in the amount and type of wax on the leaf surface, the amount of dust, dirt, or other particles on the leaf surface, and overall plant health and vigor (counterintuitively, healthy vigorous plants are relatively easier to control than unhealthy, stressed plants).  Although glyphosate can be absorbed by roots, this is uncommon in terrestrial weeds and thus glyphosate is not considered to have weed control activity via root uptake because it is rapidly and strongly absorbed to soil constituents.

### How is glyphosate used?
Glyphosate is a postemergence herbicide that is applied to the foliage of actively-growing plants for best results.  It is systemic and can move ambimobily (any direction) within the plant via the phloem (the portion of the vascular system that moves photosynthates from "source" tissues to "sink" tissues).  Glyphosate is generally considered a non-selective herbicide because its target site (the EPSPS enzyme) is highly conserved among a wide range of plant species (Duke and Powles, 2008).  However, since the mid-1990s there have been many crops engineered with a

31

slightly modified form of the EPSPS enzyme allowing selective use in these "Roundup Ready" crop cultivars.



*Figure 26.  Glyphosate symptoms on susceptible weeds (right, rear) and less severe symptoms on glyphosate-resistant weed biotype (left) about 1 week after application (photo from A. Shrestha, California State University, Fresno).  Symptoms from glyphosate are characterized initially by rapid cessation of growth, then rather slow development of general chlorosis (yellowing) followed by evidence of dead, necrotic leaf tissue.  Depending on growing conditions, plant death may take from several days to several weeks.*

Glyphosate translocates readily within the plant via the phloem.  Once inside the living part of the plant, the herbicide can move to the same tissues that are "sinks" for metabolic products of photosynthesis.  Because the greatest sinks for photosynthates are the actively growing tissues, glyphosate can fairly quickly accumulate at toxic levels in the meristematic regions, young roots and leaves, storage organs, and other rapidly growing tissues (Duke and Powles, 2008).  This systemic activity means that thorough coverage of the target plant with spray droplets is less critical than with "contact" herbicides and also that it can have a great deal of activity on larger plants as well as on established perennial plants with significant biomass and stored energy reserves.

Glyphosate is considered a relatively slow-acting herbicide because it may take days or even weeks for plants to appear dead or seriously injured.  However, growth of susceptible plants actually ceases relatively quickly (within hours) after application of the herbicide and biochemical assays can be used to detect metabolites related to disruption of the shikimic acid

pathway.  There is some debate as to exactly what process kills plants treated with glyphosate (Duke and Powles, 2008).  The two main effects are related to the direct effect of "starvation" for the aromatic amino acids and to the indirect effect of deregulation of the shikimate pathway leading to carbon shortages for other essential pathways.



*Figure 27. Good vs poorly translocated herbicide illustrated with 14-C glyphosate in resistant and susceptible hairy fleabane.  Both seedling plants were treated with one droplet of radiolabeled herbicide on the largest leaf and the radiation quantified 48 hrs later.  The plant on the left moved relatively little of the 14-C glyphosate out of the treated leaf while the plant on the left has herbicide in the root and other non-treated tissues.  (from Moretti and Hanson in 2015)*

**Fate of glyphosate in soil and the environment**
Glyphosate is used as a foliar herbicide for terrestrial plants (or taken up from the water column by leaves of aquatic plants) and has no preemergence weed control activity.  The lack of soil activity of glyphosate is due to its relatively rapid sorption (binding) to soils and clay minerals (Mensink et al. 1994).  The strong sorption to soil coupled with data from mobility studies indicate little leaching of glyphosate.  Availability in soil is sufficiently low that most herbicide labels allow crops to be seeded immediately after glyphosate applications (Shaner 2014).

Once in soil, glyphosate is primarily degraded by biological, rather than chemical processes (Mensink et al. 1994, Geisy et al. 2000).  The WSSA Herbicide Handbook (Shaner 2014) describes glyphosate as "moderately persistent" in soil with an average soil half-life of 47 days. Mensink et al. 1994 indicated highly variable soil half-lives ranging from 3 days to 174 days which is likely driven by soil and environmental parameters that drive the rate of biological degradation by soil microbes.  Similarly, Giesy et al. (2000) reported soil half-life values ranging from 1 to 197 days in their review paper.

The primary route of glyphosate dissipation in soil is mediated by bacteria and fungi (Geisy et al. 2000). The major degradation pathway breaks the glyphosate molecule to glyoxylic acid and aminomethylphosphonic acid (AMPA). Geisy et al. (2000) reported that while AMPA typically is degraded more slowly than glyphosate (76 to 240 day half-lives, arithmetic mean 32 d) that is likely due to its relatively greater sorption to soil compared to the parent molecule.

Dissipation of glyphosate in water also is generally attributed to microbial activity (Geisy et al. 2000). Due to degradation processes and adsorption to suspected particulate matter, glyphosate half-life in aquatic systems was estimated at 7-14 days. In aquatic systems, glyphosate was degraded to AMPA which had a half-life comparable to that of glyphosate.

*Volatility.* The vapor pressure of the glyphosate acid and the common salt formulations is in a range that is considered to be low volatility under normal conditions (Shaner 2014). Thus, glyphosate loses from soil or plant surfaces via vaporization from treated surfaces is negligible (Geisy et al. 2000).

*Runoff.* Although glyphosate is very soluble in water (Shaner 2014), it is strongly sorbed to soil and, thus, is considered unlikely to leach into groundwater or run off significantly to surface waters. Geisy et al. (2000) relayed the results of a 3 year study that found less than 1% of applied glyphosate ran off site, and 99% of this occurred in the first significant rain event before soil binding was complete. Other authors indicate some potential for glyphosate to move in soil via macropores and mass flow, but suggested this was not common outside special circumstances (Borggaard and Gimsing, 2008).

**Glyphosate toxicity**

Glyphosate is considered to be of low toxicity to animals. Duke and Powles (2008) indicated that it is "*one of the least toxic pesticides to animals. …. Glyphosate is less acutely toxic than common chemicals such as sodium chloride or aspirin, with an LD50 for rats greater than 5 g/kg*".

> *For perspective, LD50 is the standard way that acute toxicity values are compared. LD50 means the dose required to be lethal to 50% of the tested population. In the example provided above, an LD50 value of 5 g/kg means that half the rats fed 5 grams of technical grade glyphosate for every kilogram of their body weight died and half lived. For perspective, a human weighing 150 lb (~68 kg) would have to eat nearly ¾ of a pound of glyphosate (340g) to reach this dose.*

The US-EPA rates glyphosate in Toxicity Category III (Category 1 is the most toxic, Category IV is the least). Most commercial glyphosate-based herbicide labels recommend personal protective equipment (PPE) for applicators and other handlers to wear: long-sleeved shirt and long pants, socks, shoes, and chemical-resistant gloves (e.g. Roundup PowerMax label). This is among the least restrictive levels of PPE required for pesticides and indicative of the low mammalian toxicity.

**Glyphosate uses:**
According to Dill et al. (2010), glyphosate was registered in over 130 countries.  A simple search for glyphosate in a US pesticide label database (Agrian.com) indicated over 150 products; nearly 100 of these are registered in California.  However, this database focuses on agricultural pesticides and does not include the many products registered for use by homeowners and other non-agricultural weed managers.  A 2014 University of California Office of Pesticide Information and Coordination "shelf survey" conducted at 10 local hardware or garden centers identified over 40 pesticides listing glyphosate as an active ingredient (unpublished data) indicating the utility of this herbicide.

Glyphosate herbicide application rates vary dramatically among crop/non crop scenarios as well as on the size of the weeds to be controlled.  Shaner (2014) describes uses ranging from 0.16 kg ae/ha to 4.4 kg ae/ha.  Some uses utilize a rate structure based on a "percent solution" (e.g. a 2% herbicide:98% water; 50% herbicide:50% water) that are applied with specialized application equipment such as spot sprayer or "wipers" that maximize treatment on individual plants but do not treat the majority of the area.  Based on cooperative extension recommendations, most agricultural applications of glyphosate typically fall between 0.75-1.5 lb ae/A per application.

*Figure 28. Relative toxicity of four common herbicides compared to caffeine and ethanol. Glyphosate is used for control of grass, broadleaf and woody weeds in ag and non ag situations. Triclopyr is commonly used for control of broadleaf weeds and brush in several ag and homeowner products.  Paraquat is a non-selective postemergence herbicide registered in several agricultural situations.  Nanoanoic (pelargoic) acid is the active ingredient in several organic contact herbicides. Herbicide data from the WSSA Handbook.  Caffeine and ethanol from INCHEM.org.  Compiled by Hanson.*

|  | Glyphosate acid | Triclopyr acid | Paraquat dichloride | Nanoanoic acid | Caffeine | Ethanol |
|---|---|---|---|---|---|---|
| Oral LD50 (rat) | 5,600 mg/kg bw | 712 mg/kg bw/d | 150 mg/kg bw | >5000 mg/kg bw | 300 mg/kg bw/d | 8300 mg/kg bw/d (mouse) |
| 90d dietary (rat) | NOEL 2,300 mg/kg bw/d | 5 mg/kg bw/d | | NOEL >1834 mg/kg bw/d | 1500 mg/kg bw/d | 2400 mg/kg bw/d |
| 21d dermal (rabbit) | ~5000mg/kg bw/d | | 240 mg/kg | >2000 mg/kg bw/d (rat) | | |
| 24 mo dietary (rat) | NOEL 4500 mg/kg bw/d | NOEL 3 mg/kg bw/d | NOEL 25 mg/kg bw/d | >50 mg/kg bw/d (18 mo. mouse) | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Teratogenicity (rat) | NOEL 1000 mg/kg bw/d | NOEL 50 mg/kg bw/d | NA | NOEL >1000 mg/kg bw/d | | NOEL 3600 mg/kg bw/d |
| Reproductive (rat) | NOEL 700 mg/kg bw/d | NOEL 25 mg/kg bw/d | NA | NA | NOEL 22 mg/kg bw/d (mouse) | NOEL 2000 mg/kg bw/d |
| Mutagenicity (rat) | negative | negative | NA | negative | negative | |

In cropping systems that heavily utilize glyphosate either alone or as part of an herbicide program, it is possible that the same site could be treated multiple times per year.   Sites where this normally non-selective herbicide can be used in in the crop (e.g. engineered resistant cultivars) or using selective application techniques (e.g. in "directed" applications in orchards), or where the goal is total vegetation management (e.g. roadsides, industrial yards, landscape areas) are more likely to be treated repeatedly with glyphosate.  Conversely, crops that are sensitive to glyphosate may only utilize the herbicide before the crop is planted or after it is harvested; thus fruits, vegetables, turf, non-GM agronomic crops, etc. typically do not depend as heavily on glyphosate for weed control.

**Roundup Ready Crops:**
For over 20 years after it was first registered, glyphosate herbicides were considered "non-selective".  The herbicide use was limited to situations where complete vegetation control was desired or where application timing or techniques allowed use that limited exposure to the crop.  In the mid-1990's, the first genetically-engineered "Roundup Ready" crop (soybean) was released commercially (Duke and Powles 2009).  Since then, many of the major commodity crops in the US, including corn, cotton, canola, sugarbeet, alfalfa, and others have had glyphosate-tolerant cultivars developed through biotechnology.

Adoption of glyphosate-tolerant crops was extremely rapid in several major crop systems.  For example, the first Roundup Ready soybean varieties were launched in 1996 and exceeded 85% of the US acreage by 2004 (Dill 2005).  Adoption rates were also very rapid in corn, canola, and cotton due to the benefits perceived by the growers.  Dill (2005) indicated that adoption in some crops was likely driven by differing factors among crops.  For crops with an array of effective herbicides (e.g. corn and soybean), glyphosate-based systems were often cheaper and usually simpler compared to herbicide programs based on expensive herbicides, herbicide combinations, or several applications in sequence.  In other crops, particularly those with fewer effective herbicide options (e.g. sugarbeet, canola), glyphosate often improved economics and also provided much more effective weed control than the available alternatives.

In addition to simply being an effective weed control tool, glyphosate and other postemergence herbicide provided a real benefit to conservation tillage programs.  In many crops, preplant tillage was commonly used to control weeds prior to seeding and also to incorporate

preemergence herbicides.  During the growing season, in-row cultivation might also be used to physically control later-germinating weeds.  Soil loosened by tillage is more prone to erosion from wind or water compared to soil covered with vegetation (either living or dead).  In their 1996 paper, Pimmental et al. indicated that soil erosion was one of the major threats to the sustainability and productivity of agriculture.  They suggested at that time that croplands in the US were losing an average of 17 tons of soil per hectare per year and about 90% of the arable land was losing soil above the sustainable rate (faster than genesis processes) (Pimmental et al. 1996).  Effective postemergence herbicides such as glyphosate in glyphosate-tolerant crops have greatly benefited soil conservation efforts as well as reduced impacts on the water bodies and other environments receiving the eroded soil.

Reductions in tillage facilitated by effective postemergence herbicides also has fuel-related benefits.  Tillage operations generally require relatively heavy equipment and multiple trips through the field in the case of in-season cultivation.  Dill (2005) relayed an estimate that conversion from full tillage to complete no-till systems could save as much as 53 liters of fuel per hectare.  Reduced fuel consumption benefits farm economics and also reduces the "carbon footprint" of agricultural operations.

While none of these benefits are unique to Roundup Ready crops, combinations of the engineered crop cultivars and this extremely effective active ingredient are among the best current crop production practices in terms of performance, environment, and non-target effects benefiting conservation tillage on vast acreage of crop lands in North and South America.

**Glyphosate-resistant weeds**

Because they are highly efficacious, herbicides exert strong selection pressure on weed populations (Hanson et al. 2011).  When one practice is used repeatedly, selection pressure can lead to a situation where populations "shift" to become dominated by species not well controlled by that practice because of an inherent tolerance.  Occasionally, an individual in a population has a mutation that confers resistance to an herbicide or group of herbicides and this individual survives despite being treated with the herbicide (Hanson et al. 2014).

> The Weed Science Society of America defines herbicide tolerance as "*the inherent ability of a plant to survive and reproduce after herbicide treatment*" which suggests that herbicide-tolerant plants have a natural level of tolerance not due to selection or genetic manipulation. In contrast, herbicide resistance is defined as "*the inherited ability of a plant to survive and reproduce following exposure to a dose of herbicide normally lethal to the wild type*". This definition includes both naturally occurring cases of evolved resistance and those resulting from genetic engineering, mutagenesis or in-vitro techniques (from Hanson et al. 2014).

Whether through tolerance or evolved resistance, when a new species or a new biotype is able to survive and reproduce in an environment in which most other individuals cannot, it can quickly become dominant in the populations.

Herbicide resistance is largely a function of selection pressure.  Dr. Ian Heap manages a website that tracks reports of herbicide resistance around the world (www.weedsciece.com).  Interesting

information can be gleaned from these data on the development and propensity of various herbicides, crop sectors, and countries to be reported with herbicide-resistant weed biotypes. In general, it is clear that highly mechanized crops in developed countries are more prone to resistance due to their increased reliance on chemical weed control compared to less industrialized agricultural systems. Additionally, it is clear that some weeds are more prone to develop resistance due to their inherent genetic diversity and phenological characteristics.

It should be noted that resistance to pesticides is not new or limited to weeds resistant to herbicides. Insects able to survive formerly-effective insecticides were reported in 1908, pathogens able to survive fungicides reported in 1940, and rodent resistance to rodenticides has been known since the 1960s. The first documented case of a weed resistant to an herbicide was reported in 1957. Similarly, the medical literature is filled with research and management problems related to antibiotic resistant strains of important human health challenges (Davies and Davies 2010). Because of their efficacy and common use, all of these different classes of pesticides impose intense selection pressure on their respective target organisms.

Although glyphosate has been registered for use since the 1970s, the first case of glyphosate resistance in weeds was not reported until 1996 (rigid ryegrass in Australia) and in the US in 2000 (marestail in Delaware) (reviewed in Nandula et al. 2005). However, in the intervening years, around 40 different species of glyphosate-resistant weeds have been reported (Heap 2016). While some of these species are not widespread, others have become extremely challenging management problems for farmers, especially in some Roundup Ready cropping systems. Nandula et al. (2005) noted that while "*GR (glyphosate-resistant) transgenic crops have revolutionized weed management..... The problem of GR weeds is real.*" This problem with herbicide-resistant weeds has long been a management challenge for farmers, but the occurrence of glyphosate-resistant weeds has been particularly problematic in recent decades. Weed scientists and some social science researchers even refer to weed resistance as a "wicked problem" implying that it is not easily solved (Jassaume and Ervin, 2016). Interestingly, glyphosate-resistant weed problems have captured the attention of a much wider audience partially due to media attention to the so-called "superweeds" as well the public interest in topics related to genetically modified crop plants (WSSA 2014).



*Figure 29.  Increase in reported cases of resistance to several important herbicide classes over time.  In this figure, the light blue line represents the WSSA group 9 herbicide glyphosate.  It should be noted that to a large degree, the buildup of resistant species tends to occur in the decade or so after a new chemistry was launched and widely used (e.g. the PSII inhibitors were developed in the 60s; the ALS inhibitors became widely registered in the 1980s; etc).  Surprisingly, the first case of glyphosate resistance was not reported until nearly 20 years after Roundup was first registered.  (data from Heap, 2016.  [www.weedscience.org](www.weedscience.org)).*

**Agricultural productivity and resource use efficiency**

The topic of weed control and the technologies used to manage weeds and other pests will only increase in importance over the foreseeable future.  The United Nations projects the world population to reach nearly 10 billion by mid-century which will  increase agricultural demand by around 50% compared to 2013 (FAO 2017).  There will be some gains to be made in North America and European production systems but the greatest changes, and need for changes, are likely to occur in the developing world where issues related to hunger, food security, environmental damage, and farm productivity are most acute.  Expansion opportunities for agriculture are extremely limited and likely to come at increasing higher environmental costs.  In 2018, one of the key messages from FAO indicated that "Those working in agriculture must learn how to satisfy a growing demand under more significant resource constraints by improving land and water use, reducing greenhouse gas emissions, increasing efficiency in energy production and consumption, and restoring soils and forests." (FAO 2018).   While weed management is only a single component of the complex biological, ecological, sociological, cultural and economic interactions that will affect our ability to feed the world's population, it remains fundamental to food security and sustainability.

**Considering the "trade-offs" in weed management**

Weeds "*interfere with the growth of desirable plants and are unusually persistent. They damage cropping systems, natural systems, and human activities and as such are undesirable*" (Ross and Lembi 2009).  In the myriad of human-influenced environments that include agricultural areas, landscapes, infrastructure and rights of way, residential settings, wildlands, forests and many others the terms "weed management" or "weed control" imply active efforts by humans to affect the plants that are present.

When making decisions about how, when, or even whether to control weeds, weed managers consciously or unconsciously balance the trade-offs related to the choice.  What are the consequences of uncontrolled weeds in the short-term and long-term?  What control options are available in a given situation?  What are the costs and likelihood of success of any given control option?  What are the potential negative environmental consequences of an available control strategy?  What are the social costs of not controlling weeds or in using one control method over another?

There is no one-size-fits-all solution to weed management across the range of agricultural and non-agricultural systems, climates and seasons, economic and environmental limitations, etc.  On one hand, a grower of high-value summer vegetable crops in the flat Salinas Valley of California might find that a weed management program based on transplanted crops, frequent inter-row tillage, supplemented with many person-hours of labor hoeing weeds to be the best choice given the relatively low risk of soil erosion, a high economic margin crop, and market opportunities available for less chemically-intensive production systems.  On the other hand, an agronomic crop producer farming in hilly topography in a region with spring and summer rains might find the cost (equipment and diesel fuel) of tillage equipment, risk of serious soil erosion and soil health reductions, and the relatively slow speed of mechanical weed control practices to be outweighed by the economics, environmental balance, and timeliness offered by a herbicide-based weed management program.

Effective and efficient weed control is critical for food production systems but also has tremendous impacts on human health, safety, comfort, and recreation and on the environment.  Ultimately, weed managers must consider the tradeoffs of weed management options because all options can have positive and negative attributes that have different weights in different situations.  Weed managers must make the best choice for their specific situation in order to benefit society through production of food, feed, and fiber; having safe and accessible natural areas and transportation infrastructure, etc. all while protecting the natural and managed environment.

Glyphosate is one important component of many weed management programs both in conventional agriculture and in the glyphosate-tolerant cropping systems.  Duke and Powles (2008) called glyphosate "a once-in-a-century" herbicide for several compelling reasons including:

- A **unique mode of action**.  It is the only commercialized herbicide that affects this specific enzyme.
- **Broad spectrum.** The target enzyme is highly conserved across plant species which makes the herbicide very effective on a broad range of broadleaf, grass, and even woody plants.

- **Rapid uptake.** The herbicide is taken up relatively quickly, but kills plants relatively slowly so that it does not "self limit" its own activity.
- **Translocation.** Because it moves from source tissues to the above and below ground growing points that are sinks for photosynthates, it has important uses for controlling established perennial weeds that cannot be control well by contact materials or preemergence herbicides.
- **Low mammalian toxicity.** Based on acute toxicity evaluations and standard chronic toxicity comparisons, glyphosate is among the least toxic pesticides in use to mammalian systems. Animals do not have the EPSPS enzyme and do not synthesize the aromatic amino acids that arise from this pathway and, instead, get those amino acids from dietary sources.
- **Favorable environmental profile.** Glyphosate is tightly bound to soil particles and is not considered to be a significant hazard for leaching or surface water runoff. Although it degrades at a moderate rate, it is not available for plant uptake once in the soil and even sensitive plants can be seeded into glyphosate-treated soil.
- **Resistance.** There are, indeed, problems related to the evolution and selection of glyphosate-resistant weed species. However, this is not unique to glyphosate and also occurs with other herbicides and pesticide classes and is simply a function of frequent use on many crop and non-crop acres.
- **Adaptable.** There are many glyphosate-based herbicides formulated for different uses. They range from fairly high concentration products designed for agricultural and professional users to "ready to spray" products available at garden and building centers. Several glyphosate formulations with no surfactants are routinely used for control of floating and submerged weeds in aquatic systems.

Glyphosate is undoubtedly an important weed control tool in agriculture, natural systems and human-managed environments. It can provide opportunities to control many difficult weeds and can be used in ways safe to the applicator, the environment, and consumers. There are no currently available herbicide or non-herbicide approaches to weed management that could fulfill all the uses of this single active ingredient which is why many weed scientists would agree with Duke and Powles that it is probably a once in a century herbicide.

**OPINIONS SPECIFIC TO THE PETERSON CASE**

I base my opinions regarding Mr. Peterson on Mr. Peterson's November 14, 2019 deposition transcript and exhibits, photographs of the property Mr. Peterson sprayed, labeling for the Roundup products he used, the Plaintiff Fact Sheet, and plaintiffs' experts Drs. Sawyer's and Weisenburger's expert reports. I was not offered an opportunity to conduct a site visit of Mr. Peterson's residence, but reviewed photos of the areas in which he reported using herbicides and also used publicly available imagery of his property. I reserve the right to amend or modify my opinions in this case if permitted to inspect these locations in the future.

Mr. Peterson's residence is a single family home on a corner lot in a suburb of Chicago, Illinois. The landscape appears to be primarily grass lawn and several large, mature trees both within the fenced yard area as well as between the sidewalk and the streets on two sides of the property.

Mr. Peterson's deposition indicated that he primarily used the herbicide in two areas adjacent to the house to control weeds emerging from the cracks between concrete or brick pavers for only a

four-year period (2013-2016). He did not describe using the herbicide to a significant degree in the other parts of the property. Dep Tr. at 159-160. Based on Mr. Peterson's testimony, aerial imagery (insert photo) and the photos of those areas, the two areas (a parking strip and a patio area with picnic table), I estimate these areas to be approximately 900 square feet (see inset photos below). Dr. Weisenburger's report indicates the treated areas were 660 square feet plus cracks in the sidewalks and driveways. Weisenburger Report at 1.



Peterson Dep. Ex. 4 and Ex. 6

Mr. Peterson mentioned using any leftover spray solution to control weeds in the concrete driveway but did not seem to have sprayed the whole driveway regularly. He indicated that he used Roundup in this manner, initially using a ready-to-spray product and then switching to a concentrate product that he mixed and applied with a 2 gallon pump/wand sprayer (see inset photo below). Dep. Tr. at 94.



Peterson Dep. Ex. 3

Mr. Peterson's Plaintiff Fact Sheet indicated he sprayed 2-3 times per week, but his deposition testimony indicated that he actually treated the area 1-2 times per month. Dep. Tr. at 108. Drs. Sawyer and Weisenburger's reports both described the herbicide use as spraying 1-2 times per month. Sawyer Report at 13; Weisenburger Report at 1. Given the effectiveness of the herbicide and the fact that the treated area consisted of pavers and other hardscape, he was likely treating primarily seedling weeds emerging in cracks rather than large or more difficult-to-control plants. Dep. Tr. at 92. Based on my experience with herbicide action and herbicide application methods, I agree that Dr. Sawyer's estimation of treating every 1-2 months is more likely to be accurate than Mr. Peterson's deposition testimony. Dr. Sawyer's report suggests that Mr. Peterson estimated that it took 2 hours to spray his patio and that it "often took more than one day to spray." Sawyer Report at 13. This directly contradicts Mr. Peterson's testimony that it took about 40 minutes total to spray each of the two areas. Dep. Tr. at 172. Dr. Weisenburger's report indicated Mr. Peterson spent 2 hours in the first two years and 40-60 minutes in the later two years to spray the 660 total square feet of the two areas. In my opinion as an experienced herbicide applicator, this amount of time sounds highly exaggerated or an unnecessary overtreatment to control weeds in the described scenario. In my experience, an area of that size could reasonably be treated with a pump-up wand sprayer (see inset photo above) in 15-30 minutes. In my opinion, as an herbicide and application expert, Dr. Sawyer's estimate of 2 hours (or even more than one day) to treat 660-900 sq. ft (660 sq. ft. according to Dr. Weisenburger) on each treatment day is a 2 to 4-fold overestimate. Sawyer Report at 13. Further, Dr. Weisenburger described Mr. Peterson as having had "mostly sprayed a mist" which is not technically accurate from a spray application perspective; most herbicide sprayer are set up to spray droplet spectra in the medium- to coarse- droplet range rather than in the fine- or very fine category. This is to minimize drift and increase weed control performance (ASABE S572.12); the kind of equipment used by Mr. Peterson is unlikely to have been capable of spraying true "mist"-size droplets.

Based on the timeline of use described in the Plaintiff Fact Sheet and deposition testimony, the most likely products Mr. Peterson would have used were "Roundup Ready-To-Use Weed and Grass Killer III" and "Roundup Weed and Grass Killer Concentrate Plus". Dep. Exs. 3, 8, 9. The ready-to-use products are diluted with water and the packaging includes the sprayer so there is no need for the user to measure and mix the herbicide and there is, thus, no risk of contact with concentrated product. This particular ready-to-use formulation includes glyphosate as well as pelargonic acid. Pelargonic acid is a fast-acting contact herbicide that is included in many homeowner formulations to speed up visible symptoms on the treated plants because, while highly effective, glyphosate is relatively slow-acting because of how it works in the plant. During the 2015/16 timeframe, Mr. Peterson switched to a concentrated product that he measured and mixed according to label instructions. Dep Tr. at 127-28. The formulation available at that time contained 18% w/v glyphosate (or 1.2 lb acid equivalent per gallon) plus diquat dibromide. Like pelargonic acid in the ready-to-use formulation, diquat dibromide is a fast-acting contact herbicide included to speed up visible herbicide symptoms on treated plants. The pelargonic acid or diquat components of these herbicides would cause visible signs of plant injury and even death within 1-2 days; any plant not fully controlled by the fast-acting component of the mix would be killed by glyphosate in 7-10 days depending on environmental

conditions at the time.  With applications made to the patio areas 1-2 times per month and the effectiveness of these herbicides, I would estimate the only weeds present would be new seedlings and moss (mosses are not well controlled by glyphosate, but were likely suppressed by the pelargonic acid or diquat components of the herbicide products).

For the first two years of use (out of four total), Mr. Peterson used only ready-to-spray products and, thus had no contact with concentrated herbicide. In mixing the concentrated product, Mr. Peterson described reading and following the instructions with regard to rates; he mentioned using an empty milk jug to measure water accurately and using measuring cups to get the correct amount of concentrated herbicide.  He indicated that he likely only purchased the concentrated product one time and it was probably a one-gallon size.  Dep. Tr. at 109-10.  The Roundup Weed and Grass Killer Concentrate Plus label directions for use instruct the user to mix 6 fl. oz. of the product per gallon of water.  For "easy to kill weeds such as seedlings," a lower rate of 3 fl. oz. product per gallon of water is recommended.  The instructions indicate that 1 gallon of diluted spray solution should cover 300 sq. ft.  If Mr. Peterson mixed at the highest recommended rate on the label of 6 fl. oz. per gallon, his 1 gallon of concentrated herbicide would have made over 21 gallons of diluted spray or enough to spray 900 sq. ft. approximately 7 times.  If he used the lower rate for weed seedlings, which seems more appropriate for the hardscape cracks he describes treating, one gallon of concentrate could treat the small area approximately 14 times. Dr. Sawyer's report estimated 4-5 applications per year. Since the concentrated product was only used during the latter 2 of 4 reported use years, Mr. Peterson's recollection of only using 1 gallon of concentrate seems reasonable.  Dep. Tr. at 129.  However, based on his interview with Mr. Peterson, Dr. Weisenburger described Mr. Peterson spraying "1-2 times per month April-October" (7 months) and based his opinions on an estimate of 42 spray days over the 4-year period or 10 days per year which is twice the use estimated by Dr. Sawyer.   Weisenburger Report at 1; Sawyer Report at 13.  Mr. Peterson reported purchasing only 1 gallon of concentrate that he used during a 2-year period.  Dep. Tr. at 109-10.  At the low recommended rate of 3 fl. oz. product per gallon of water and a 300 sq. ft. recommended coverage per gallon of water, Mr. Peterson could have treated 900 square feet 14 times in a 2 year period rather than the 20 estimated by Dr. Weisenburger.  If Mr. Peterson used the higher rate of 6 fl. oz. per gallon of water, he could have treated his patio areas only 7 times over two years with one gallon of concentrated herbicide he purchased.

Both product labels caution the user to avoid contact with eyes or clothing and to wash thoroughly after handling the product.  Both labels instruct the user to apply when air is calm to prevent drift.  The concentrate product further clearly specifies not to apply the product in a way that will contact persons or pets directly or through drift.  Mr. Peterson described sometimes spraying during windy conditions but could not recall specifically getting concentrate or diluted spray on his skin.  Dep. Tr. at 173.  He noted that he was "really careful with the concentrate" and "I'd either be extremely careful that none got on me or I would wear gloves" and if he got some on him he'd "wash it off immediately…. Concentrates I don't fool with".  Dep. Tr. at 137-38, 173.  However, Dr. Sawyer's report, contrary to Mr. Peterson's prior testimony, described Mr. Peterson having regular contact with liquid Roundup when mixing and applying diluted concentrate and not immediately washing.  When asked about drift, Mr. Peterson indicated that if

conditions were windy, he would typically hold the spray wand closer to the ground to reduce off-target movement of the diluted spray solution. Dep. Tr. at 162. He could not recall any instances of grass or other desirable vegetation being injured by herbicide drift, which suggests that he was successful in mitigating exposure from drift. In describing his application technique, he mentioned "walking backwards" as he sprayed each section which suggests he was also careful to avoid walking through treated area as he sprayed which would further reduce his contact with the product. Dep. Tr. at 98.

In my opinion, Mr. Peterson would have had negligible, if any, contact with Roundup on his skin or clothing for the following reasons. First, for the first two years of his reported use, Mr. Peterson used only the premixed ready-to-use products with included sprayer as part of the packaging so there was no mixing of concentrate or potential contact other than as the spray exited the wand during the actual application. In the 3rd and 4th year of his reported use, Mr. Peterson used a one gallon package of a concentrated product and described his extreme care to avoid exposure to the concentrate by his techniques and immediate washing or by wearing disposable gloves. Second, during his use of Roundup, Mr. Peterson testified to generally wearing appropriate, and even more extensive, Personal Protective Equipment (PPE) than recommended on the product labels. Specifically, he testified that he always wore long-pants, shoes/socks, long-sleeved shirts, and usually latex or other disposable gloves, further reducing the chance of skin contact with the diluted or concentrated Roundup. Dep. Tr. at 136-37. He noted specifically taking precautions to clean up if he thought he got any Roundup on himself. If this occurred, he testified that he would "wash it off immediately by go[ing] into the house and get soap and water and wash it off." Dep. Tr. at 137-38, 149. He also would wash up after doing yardwork and change his clothes if he was leaving the property. Dep. Tr. at 172-73. Third, he also noted being careful to avoid applying the herbicide in such a way where desirable vegetation could be damaged (the paver areas appear to have lawn right up to the edges), which suggest that he was more cautious than many home users of these products, and was trying to avoid spraying the product in any area other than at the targeted weed. Dep. Tr. at 158-59. Fourth, both the prepackaged spray equipment and the pump-type sprayer that he used are designed to minimize leaks and to direct the spray solution away from the user; Mr. Peterson noted in his testimony how effective the pump sprayer was in treating the targeted area. Dep. Ex. 3; Dep. Tr. at 106. Finally, he could not recall any specific time when he got the product on himself because he was so careful. Dep. Tr. at 130-32. Although he did report sometime spraying on windy days (against label instructions), he would avoid off-target exposure by lowering the wand for a more direct spray in these conditions.

My review of Mr. Peterson's herbicide use described in the deposition and related materials suggests fairly low use compared to many homeowners and gardeners. His duration of use was only over a four-year period and he used the product(s) to treat seedling weeds emerging in two hardscaped areas totaling around 900 square feet (estimated as 660 square feet by Weisenburger). Given the size of this area and his broadcast treatment to control seedling weeds emerging in cracks between pavers, I estimate the area could be treated in approximately 15-30 minutes rather over multiple hours (or days) as described in Dr. Sawyer's report. Sawyer Report at 13. Mr. Peterson's description of his application practices suggests great care and success in

minimizing off-target plant damage which would indicate a similar low risk of contact to him as the applicator.  Mr. Peterson described carefully reading the labels of both products and throughout his testimony described using PPE, cleanup practices, mixing procedures, and care during application, which suggest to me that he is unlikely to have had any contact with the product on his skin or clothing.   Dep. Tr. at 124.

Overall, Mr. Peterson use of the herbicide was over a relatively short duration to control seedling weeds in in hardscaped areas.  He found the herbicide and application equipment to be effective and did not describe any leaks or equipment failures that would have resulted in getting the product on his skin or clothing.  Mr. Peterson's testimony suggests that he is more careful than average with regard to mixing accuracy and protective practices and should have had extremely low direct exposure to the herbicide during his use.  In my opinion, the number of treatments he described per year (4-5) to Dr. Sawyer is within reason; however, Mr. Peterson and Dr. Weisenburger reports of 1-2 times per month for 7 months (averaged as 10 treatments per year) is unrealistically high for this hardscaped area.  Sawyer Report at 13; Weisenburger Report at 1. In addition, the amount of time estimated to treat the 660-900 square feet of between 40-60 minutes and 2 hours to multiple days (Dr. Sawyer estimates 2 hours per treatment, Dr. Weisenburger reports 40 minutes to 2 hours) is unrealistically high.  Based on the products used, the small hardscaped area treated, and the application techniques described, Mr. Peterson's potential contact with the herbicide was minimal.

_Brad Hanson_

_____

Dr. Brad Hanson                                    Date: 2/10/2021

# Exhibit A

## Bradley D. Hanson

Univ. of California, Davis
Department of Plant Sciences, MS-4
One Shields Ave
Davis, CA 95616


ORCID 0000-0003-4462-5339

**Education:**

2004  Ph.D. Plant Science (Weed Science/Plant Genetics), University of Idaho.

1999  M.S. Plant Science (Weed Science), University of Idaho.

1996  B.S. Agricultural Studies/Agronomy, Iowa State University.

**Research Experience:**

2009 to Present. Assistant/Associate/Full **Cooperative Extension Specialist**.  University of California, Davis.  Statewide weed management research and extension in orchard and vineyard crops, weed science support for agronomic and horticultural crops, and supervision of the UC Davis IR-4 Field Research Center.

2005 to 2009. **Research Agronomist**.  USDA-ARS, Water Management Unit, Parlier, CA. Methyl bromide alternatives in fruit and nut tree and grapevine nurseries, ornamentals, floriculture, and strawberry.  Soil fumigation and integrated techniques to manage weeds and parasitic nematodes.

2004 to 2005. **Postdoctoral Research Fellow.** Colorado State University, Fort Collins, CO. Physiology of imazamox injury in single- and two-gene imidazolinone-resistant hexaploid wheat. Evaluation of a proposed allelochemical as a natural herbicide.

**Professional Societies and Service:**

- Weed Science Society of America – 1997 to 2021
  - Associate Editor Weed Technology – 2013-2020
  - Herbicide Handbook Committee – 2012-16, 2019 to 2021
  - Outstanding Paper Committee (2017), Extension Awards Committee (2020)
- Western Society of Weed Science – 1997 to 2021
  - Board of Directors – 2010-11, 2012-13, 2016-2019
- California Society of Weed Science – 2006 to 2021
  - Program Committee – 2007 to 2021
  - President 2019-2020, Past President 2020-2021
- Western Region IR-4 Field Program
  - Director of Davis Field Center 2014-2021
  - California State Liaison Representative 2019-2020

**Awards and Honors:**

Outstanding New Academic – University of California Division of Agric. and Natural Resources. 2016
Outstanding Early Career Weed Scientist – Weed Science Society of America. 2014
Award of Excellence – California Weed Science Society. 2014
Outstanding Weed Scientist, Early Career – Western Society of Weed Science. 2011

**Research Funding:**

Approximately $4.5 million in grant and gift funding (as PI or funded co-PI) 2014-2020.

**Extension Presentations:**

Delivered (or coauthored with lab members) nearly 200 extension presentations during 2014-2020

**University and Departmental Service:**
- Department of Plant Sciences
  - Plant Sciences Field Committee Chair, 2015-2021
    - Direct supervision of Ag Manager
    - Total time commitment approximately 5-10% time (includes related committee work in College)
  - Vice Chair for Outreach and Extension.  Service on Plant Science Executive Council (PSEC) 2014-2019
- UC Davis Graduate Group in Horticulture and Agronomy (GGHA)
  - GGHA admissions committee. 2013-2021
  - GGHA academic advisor (currently ~10 advisees) 2013-2021
- College of Agriculture and Environmental Sciences
  - Co-chair (with Assoc. Exec. Dean Herbert) "Farm Managers Group" 2017-2021
  - Co-chair (with Assoc. Exec. Dean Herbert) CAES Deans Advisory  "Irrigation Task Force" 2017-2021
  - CAES Agricultural Sustainability Institute (ASI) "Visioning Committee"  2020
- University of California and UC Davis
  - UC President's Herbicide Task Force 2019-2020 (~monthly meetings or calls)
  - UC Davis Office of Research "Cannabis and Hemp Research Center Steering Committee" 2020

**Researchers Supervised:**
  -Laguerre, G. 2021-present. MS candidate
  -Contreras, A. 2020-present MS candidate
  -Fatino, M. 2019-present. MS candidate
  -Osipitan. A. 2018-present. Postdoctoral scholar (with M. Mesgaran)
  -Wolter, D. 2018-present. MS candidate.
  -Haring, S. 2017-present. PhD candidate
  -Martin, K. 2016-present. PhD candidate
  -Kyser, G. 2016-present. IR-4 Field Research Director and Support Scientist
  -Watkins, S. 2012-present.  IR-4 Field Research Director and Staff Research Associate
  -Moran, S. 2014-19. Postdoctoral scholar
  -Brunharo, C. 2018-19.  Postdoctoral scholar
  -Ou, J. 2018-19.  Postdoctoral scholar (with K. Al-Khatib)
  -Brunharo, C. 2014-2018. PhD 2018
  -Galla, M. 2014-2017. PhD 2017
  -Sosnoskie, L.M. 2012-2016. Project Scientist
  -Rincon, D. 2016. Visiting international MS student
  -Galvin, L. 2015-16.  MS candidate
  -Johnson, A. 2012-14.  MS candidate
  -Qin, R. 2012-2016. Project Scientist (with USDA in Parlier)
  -Moretti, M.L. 2011-2016. PhD 2016
  -Yildiz-Kutman, B. 2013-2015. Postdoctoral scholar
  -Dangi, S. 2013-2015. Postdoctoral scholar (with USDA in Parlier)
  -Li, W. 2013-2015. Assistant Specialist (with USDA in Parlier)

**Peer-reviewed publications and book chapters:**
Osipitan, O.A., B.D. Hanson, Y. Goldwasser, M. Fatino, M.B. Mesgaran. (accepted). Branched broomrape: a potential threat for California processing tomato. (California Agriculture: in final editorial review)

Moretti, M.L., Bobadilla, L.K., and B.D. Hanson. 2021. Cross resistance to diquat in glyphosate-paraquat-resistant *Conyza bonariensis* and *Conyza canadensis*. (Weed Technology: Accepted January 19, 2021)

Osipitan, O.A., B.Yildiz-Kutman, S. Watkins, P.H. Brown., B.D. Hanson. 2020. Impacts of repeated glyphosate use on growth of orchard crops. Weed Technol. https://doi.org/10.1017/wet.2020.8

Brunharo, C.A.C.G., S. Watkins, B.D. Hanson. 2020. Season-long weed control with sequential herbicide programs in California tree nut crops. Weed Technol. doi: 10.1017/wet.2020.70

Sosnoskie, L.M. B.D. Hanson, and L.E. Steckel. 2020. Field bindweed (*Convolvulus arvensis* L.) "All tied up". Weed Technol. doi: 10.1017/wet.2020.61

Brunharo, C.A.C.G., H.K. Takano, C.A. Mallory-Smith, F.E. Dayan, and B.D. Hanson. 2019. Role of glutamine synthetase isogenes and herbicide metabolism in the mechanism of resistance to glufosinate in *Lolium perenne* L. spp. Multiflorum biotypes from Oregon. JAFC 67:8431-8440 DOI10.1021/acs.jafc.9b01392

Matzrafi, M. C. Brunharo, P. Tehrachian, B.D. Hanson, M. Jasieniuk. 2018. Increased temperatures and elevated CO2 levels reduce the sensitivity of *Conyza canadensis* and *Chenopodium album* to glyphosate. Scientific Reports 9:2228/ DOI:10.1038/s41598-019-37729-x

Galla, M.F., B.D. Hanson, and K. Al-Khatib. 2018. Detection of bispyribac-sodium residues in walnut leaves following simulated drift. HortTechnol. 29:25-29. DOI: 10.21273.HORTTECH04182-18.

Brunharo C.A.C.G. and B.D. Hanson. 2018. Multiple-resistant Italian ryegrass (*Lolium perenne* L. spp. multiflorum) in California perennial crops: characterization, mechanism of resistance and chemical management. Weed Science 66:696-701. DOI:10.1017/wsc.2018.50.

Brunharo, C.A.C.G, S. Morran, K. Martin, M.L. Moretti, and B.D. Hanson. 2019. EPSPS duplication and mutation involved in glyphosate resistance in the allotetraploid weed species *Poa annua* L. Pest Man Sci 75:1663-1670. DOI 10.1002/ps.5284

Morran, S., M.L. Moretti, C.A.C.G. Brunharo, A.J. Fischer, and B.D. Hanson. 2018. Multiple target site resistance to glyphosate in junglerice (*Echinochloa colona*) lines from California orchards. Pest Manag Sci. 74:2747–2753.

Schroeder, Barrett, Shaw, Asmus, Coble, Ervin, Jussaume, Owen, Burke, Creech, Culpepper, Curran, Dodds, Gainees, Gunsolus, Hanson, Jha, Klodd, Kniss, Leon, McDonald, Morishita, Schutte, Sprague, Stahlman, Steckel, and VanGessel. 2018. Managing herbicide resistance: Listening to the perspective of practitioners procedures for conducting listening sessions and an evaluation of the process. Weed Technol. 32:489-497

Schroeder, Barrett, Shaw, Asmus, Coble, Ervin, Jussaume, Owen, Burke, Creech, Culpepper, Curran, Dodds, Gaines, Gunsolus, Hanson, Jha, Klodd, Kniss, Leon, McDonald, Morishita, Schutte, Sprague, Stahlman, Steckel, and VanGessel. 2018. Managing herbicide resistance: Lessons from the field. Weed Technol. 32:475-488.

Galla, M.F., K. Al-Khatib, and B.D. Hanson. 2018. Response of walnuts to simulated drift rates of bispyribac-sodium, bensulfuron-methyl and propanil. Weed Technol. 32:410-415.

Galla, M.F., B.D. Hanson, and K. Al-Khatib. 2018. Walnut response to multiple exposures to simulated drift of bispyribac-sodium. Weed Tech 32:618-622.

Gao, S., D.A. Doll, M. S. Stanghellini, B.B. Westerdahl, D. Wang, and B.D. Hanson. 2018. Deep injection and the potential of biochar to reduce fumigant emissions and effects on nematode control. JEM 223:469-477

Shrestha, A, L.L. DeSouza, P. Yang, L. Sosnoskie, and B.D. Hanson. 2018. Differential tolerance of glyphosate-susceptible and glyphosate-resistant biotypes of junglerice (*Echinochloa colona*) to environments during germination, growth, and intraspecific competition. Weed Sci. https://doi.org/10.1017/wsc.2017.79

Gao, S., D.A. Doll, R. Qin, S.R. Dangi, J.S. Gerik, D. Wang, and B.D. Hanson. 2017. Emission and crop response in almond orchards fumigated with reduced rates of Telone C-35 and low permeability film for nematode control. Crop Protection 105:80-89.

Cai, Z., S.Gao, M. Xu, and B.D. Hanson. 2018. Evaluation of potassium thiosulfate as a nitrification inhibitor to reduce nitrous oxide emission. STOTEN 618:243-249. https://doi.org/10.1016/j.scitotenv.2017.10.274

Brunharo CACG and Hanson BD. 2017. Vacuolar sequestration of paraquat is involved in the resistance mechanism in *Lolium perenne L. spp. multiflorum*. Front. Plant Sci. 8:1485. doi: 10.3389/fpls.2017.01485

Moretti, M.L., R. Alarcon-Reverte, S. Pearce, S. Morran, and B.D. Hanson. 2017.  Transcription of putative tonoplast transporters in response to glyphosate and paraquat stress in *Conyza bonariensis* and *Conyza canadensis* and selection of reference genes for qRT-PCR PlosOne (accepted 6/27/17)

Dangi, S.R., J.S. Buyer, G. Banuelos, B.D. Hanson, and J Gerik. 2017. Microbial community biomass and structure in saline and non-saline soils associated with salt, boron tolerant poplar clones grown for the phytoremediation of selenium. Int. J. Phytoremediation (accepted 5-9-17)

Qin, R., S. Gao, J. Thomas, D. Wang, B.D. Hanson. 2017. Distribution, efficacy, and off-tarp emissions of carbonated fumigants in a low permeability film tarped field. STOTEN (Accepted 05/31/17)

Hanson, B.D., J. Roncoroni, K.J. Hembree, R. Molinar, C.L. Elmore. 2017. Weed Control in Orchards and Vineyards. In B. Thomas, B.G. Murray and D.J. Murphy (Eds.), Encyclopedia of Applied Plant Sciences, Vol 3, Waltham, MA: Academic Press, 2017, pp. 479–484.

Dangi, S.R., R. Tiroado-Corbala, J. Gerik, and B.D. Hanson. 2017. Effect of long-term continuous fumigation on soil microbial communities. Agronomy.  (DOI:10:.3390/agronomy71020037

Moretti, M.L. and B.D. Hanson. 2017. Reduced translocation is involved in resistance to glyphosate and paraquat in *Conyza bonariensis* and *Conyza canadensis* from California. Weed Research 57:25-34

Cai, Z., S. Gao, A, Hendratna, Y. Duan, M. Xu, and B.D. Hanson. 2016. Key factors, soil nitrogen processes, and nitrate accumulation affecting nitrous oxide emissions. Soil Sci. Soc. Am. J. 80:1560-1571.

Shrestha, A., K.M. Steinhaur, B.D. Hanson, M. Jasieniuk, K.J. Hembree, and S.D. Wright. 2016. Phenological development of fall-and spring-planted populations of *Conyza canadensis* and *C. bonariensis*. Int J Pest Manag 62:300-307.

Dangi. S.R., H. Zhang, D. Wang, J. Gerik, and B.D Hanson. 2016. Soil microbial composition in a peach orchard under different irrigation methods and postharvest deficit irrigation.  Soil Science 181:208-215.

Moretti, M.L., L.M. Sosnoskie, A. Shrestha, S.D. Wright, K.J. Hembree, M. Jasieniuk, and B.D. Hanson. 2016. Distribution of Conyza sp. In orchards of California and response to glyphosate and paraquat. Weed Science 64:339-347.

Pedroso, R.M., K. Al-Khatib, B.D. Hanson, and A.J. Fischer. 2016. A high-throughput, modified ALS activity assay for *Cyperus difformis* and *Schoenoplectus mucronatus* seedlings. Pestic. Biochem Physiol (online http://dx.doi.org/10.1016/j.pestbp.2016.06.001)

Sosnoskie, L.M. and B.D. Hanson. 2016. Field bindweed (*Convolvulus arevensis*) control in early- and late-planted processing tomatoes.  Weed Technology 30:708-716.

Qin, R., S. Gao, H. Ajwa, and B.D. Hanson. 2016. Effect of application rate on fumigant degradation in five agricultural soils. STOTEN 541:528-534.

Moretti, M., A. Shrestha, K.J. Hembree, and B.D. Hanson. 2015. Postemergence control of glyphosate-paraquat resistant hairy fleabane (*Conyza bonariensis*) in tree nut orchards in the Central Valley of California. Weed Technol. 29:501-508.

Nguyen, T.T., D.C. Slaughter, B.D. Hanson, A. Barber, A. Freitas, D. Robles, and E. Whelan. 2015. Automated mobile system for accurate outdoor tree crop enumeration using an uncalibrated camera. Sensors 15:18427-18422.

Cabrera, J.A., B.D. Hanson, R. Qin, J.S. Gerik, D. Wang, G.T. Browne, and S. Gao. 2015. Efficacy of 1,3-dichloropropene plus chloropicrin reduced rates under two different tarps against nematodes, pathogens and weeds.  Crop Protection 75:34-39.

Gao, S., L. Sosnoskie, A. Cabrera, R. Qin, B. Hanson, J. Gerik, D. Wang, G. Browne, J. Thomas. 2015. Fumigation efficacy and emission reduction using low permeability films. Pest Manage. Sci. (DOI 10.1002/ps.3993).

Garrido, M., M. Perez-Ruiz, C. Valero, C.J. Gliever, B.D Hanson, and D.C. Slaughter. 2014. Active optical sensors for tree stem detection and classification in nurseries.  Sensors 14:10783-10803.

Hanson, B., S. Wright, L. Sosnoskie, A. Fischer, M. Jasieniuk, J. Roncoroni, K. Hembree, S. Orloff, A. Shrestha, and K. Al-Khatib. 2014. Herbicide resistant weeds challenge signature California cropping systems. California Agriculture 68:142-152

Hanson, B.D., A.J. Fischer, A. McHughen, M. Jasieniuk, A. Shrestha, and A.J. Jhala. 2014. Herbicide-resistant crops and weeds. *In* Fennimore and Bell (eds). Principles of Weed Control. California Weed Science Society. Salinas CA.

Hanson, B.D., J. Roncoroni, K.J. Hembree, R. Molinar, C.L. Elmore. 2014. Tree, vine, and soft fruit crops. *In* Fennimore and Bell (eds). Principles of Weed Control. California Weed Science Society. Salinas CA.

Okada, M, B.D. Hanson, K.J. Hembree, Y. Peng, A. Shrestha, C.N. Stewart, S.D. Wright, and M. Jasieniuk. 2014. Glyphosate resistance is more widespread in Conyza bonariensis than in closely related C. canadensis in California. Weed Research 55:173-184.

Fennimore, S.A., B.D. Hanson, L.M. Sosnoskie, J.B. Samtani, A. Datta, S.Z. Knezevic, M.C. Siemens. 2013. Field applications of automated weed control: Western Hemisphere. Pp 151-170. In S.L. Young and F.J. Pierce (eds.) Automation: The Future of Weed Control in Cropping Systems. Springer. New York. 264 p.

Gao, S., B. Hanson, R. Qin, J.A. Cabrera, J. Gerik, D. Wang, and G. Browne. Controlling emissions and improving efficacy using totally impermeable film (TIF) in perennial soil fumigation. California Agriculture 67:217-221.

Abit, M.J.M. and B.D. Hanson. 2013. Evaluation of preemergence and post-directed herbicides on Prunus rootstock safety infield-grown almond tree nurseries. Hort Technol. 23:462-467.

Hanson, B.D., S. Gao, J. Gerik, R. Qin, J.A. Cabrera, A.J. Jhala, M.J.M. Abit, D. Cox, B. Correiar, D. Want, and G.T. Browne. 2013. Preplant 1,3-D treatments test well for perennial crop nurseries, but challenges remain. Calif. Agric 67:181-189.

Browne. G.T., B.D. Lampinen, B.A. Holtz, D.A. Doll, S.K. Upadhyaya, L.S. Schmidt, R.G. Bhat, V. Udompetaikul, R.W. Coates, B.D. Hanson, K.M. Klonsky, S. Gao, D. Wang, M. Gillis, J.S. Gerik, and R.S. Johnson. Managing the almond and stonefruit replant disease complex with less soil fumigant. California Agriculture Calif. Agric 67:128-138.

Shrestha, A., K.M. Steinhauer, M.L. Moretti, B.D. Hanson, M. Jasieniuk, K.J. Hembree, and S.D. Wright. Distribution of glyphosate-resistant and glyphosate-susceptible hairy fleabane (*Conyza bonariensis*) in Central California and their phenological development. J. Pest Sci. (Online: DOI 10.1007/s10340-013-0524-8)

Moretti, M. L., B.D. Hanson, K.J. Hembree, and A. Shrestha. 2013. Glyphosate resistance is more variable than paraquat resistance in a multiple-resistant hairy fleabane (*Conyza bonariensis*) population. Weed Sci. 61:396-402.

Rainbolt, C.R., J.B. Samtani, S.A. Fennimore, C.A. Gilbert, K.V. Subbarao, J.S. Gerik, A. Shrestha, and B.D. Hanson. 2013. Steam as a soil disinfestant in California cut flower production. HortTechnol. 27:207-214.

Okada, M., B.D. Hanson, K.J. Hembree, Y. Peng, A. Shrestha, C.N. Stewart Jr., S.D. Wright, and M. Jasieniuk. 2013. Evolution and spread of glyphosate resistance in *Conyza canadensis* in California. Evolutionary Applications.6:761-777

Abit, M.J.M., D.L. Shaner, J.L. Krutz, C.M. Rainbolt, N.V. O'Connell, B. Faber, and B.D. Hanson. 2012. Assessing simazine degradation patterns in California citrus orchards with different simazine use histories. Air, Soil and Water Research 5:69–78

Abit, M.J.M., C.M Rainbolt, L.J. Krutz, D.L. Shaner, and B.D. Hanson. 2012. Effects of long-term use on simazine dissipation in Central Valley vineyards. Weed Sci. 60:531-536.

Cabrera, J.A., D. Wang, and S.M. Schneider, and B.D. Hanson. 2012. Subsurface drip application of methyl bromide alternative fumigants for controlling nematodes in replanted grapevines. Pest Manage. Sci. 68:773-780.

Jhala, A.J., S. Gao, J.S. Gerik, R. Qin, and B.D. Hanson. 2011. Effects of surface treatments and application shanks on nematode, pathogen and weed control with 1,3-dichloropropene. Pest Manage. Sci.68:225-230

Bennett, R.S., D.W. Spurgeon, W.R. DeTar, J.S. Gerik, R.B. Hutmacher, and B.D. Hanson. 2011. Efficacy of four soil treatments against *Fusarium oxysporum* f. sp. Vasinfectum race 4 on cotton. Plant Dis. 95:967-976.

Gerik, J.S. and B.D. Hanson. 2011. Drip application of methyl bromide alternative chemicals for control of soilborne pathogens and weeds. Pest Manag Sci 67: 1129–113

Qin, R., S. Gao, H. Ajwa, D. Sullivan, D. Wang, and B.D. Hanson. 2011. Field evaluation of a new plastic film (Vapor Safe) to reduce fumigant emission and improve distribution in soil. JEQ online Apr. 25, 2011. doi: 10.2134/jeq2010.0443.

Cabrera, J.A., D. Wang, and S.M. Schneider, and B.D. Hanson. 2011. Effect of methyl bromide alternatives on plant parasitic nematodes and grape yield under vineyard replant conditions. Am. J. Vit. Enol. 62:42-48

Gao, S., B.D. Hanson, G. Wang, G.T. Browne, R. Qin, H. Ajwa, and S. Yates. 2011. Methods for minimizing emissions from pre-plant soil fumigation. Calif. Agric. 65:41-46.

Hanson, B.D. S. Gao, J.S. Gerik, A. Shrestha, R. Qin, J.A. McDonald, and D. Wang. 2011. Effects of emission reduction surface seal treatments on pest control with shank-injected 1,3-dichloropropene and chloropicrin. Crop Prot. 30:203-207.

Banuelos, G.S. and B.D. Hanson. 2010. Use of selenium-enriched mustard and canola seed meals as potential bio-herbicides and green fertilizer in strawberry production. HortSci. 45:1567-1572.

Gao, S., B.D. Hanson, R. Qin, D. Wang, and S. Yates. 2010. Comparisons of soil surface sealing methods to reduce fumigant emission loss. JEQ (online 12, Nov. 2010).

Zasada, I.A., T.W. Walters, and B.D. Hanson. 2010. Challenges in producing nematode-free perennial nursery crops. Outlooks on Pest Management 21:246-250.

Hanson, B.D., J.S. Gerik, and S.M. Schneider. 2010. Effects of reduced rate methyl bromide applications under conventional and virtually impermeable plastic film in perennial crop field nurseries. Pest Manage. Sci. 66:892-899.

Shaner, D.L., L.J. Krutz, W.B. Henry, B. Hanson, M. Poteet, and C. Rainbolt. 2010. Sugar cane soils exhibit enhanced atrazine degradation and are cross-adapted with other triazine herbicides.  J. Am. Soc. Sugar Cane Technologists. 30:1-10.

Shrestha, A., B.D. Hanson, M.W. Fidelibus, and M. Alcorta. 2010. Growth, phenology, and intra-specific competition between glyphosate-resistant and glyphosate-susceptible horseweed (*Conyza canadensis*) in the Central Valley of California.  Weed Sci. 58:147-153.

Qin, R., S. Gao, H. Ajwa, B.D. Hanson, T.J. Trout, D. Wang, and M. Guo. 2009. Interactive effect of organic amendment and environmental factors on degradation of 1,3-dichloropropene and chloropicrin in soil. JAFC 57:9063-9070.

Wang, D. G. Browne, S. Gao, B. Hanson, J. Gerik, R. Qin, and N. Tharayil. 2009. Spot fumigation: fumigant gas dispersion and emission characteristics. Environ. Sci. Technol. 43:5783-5789.

Gao, S., R. Qin, N, Tharayil, B.D. Hanson, T.J. Trout, D. Wang, and J. Gerik. 2009. Effects of manure and water applications on 1,3-dichloropropene and chloropicrin emission in a field trial. J. Agric. Food Chem. 57:5428-5434.

Qin, R., S. Gao, D. Wang, B.D. Hanson, T.J. Trout, and H. Ajwa. 2009. Relative effect of soil moisture on emissions and distribution of 1,3-dichloropropene and chloropicrin in soil columns. Atmos. Environ. 43:2449-2455.

Schneider, S.M. and B.D. Hanson. 2009. Effects of fumigant alternatives to methyl bromide on pest control in a deciduous fruit and nut plant nursery. HortTechnol. 19:526-532.

Schneider, S.M., B.D. Hanson, J.S. Gerik, A. Shrestha, T.J. Trout, and S. Gao. 2009. Comparison of shank- and drip-applied methyl bromide alternatives in perennial crop field nurseries.  HortTechnol. 19:331-339.

Hanson, B.D., A. Shrestha, and D.L. Shaner. 2009. Distribution of glyphosate-resistant horseweed (*Conyza canadensis*) and relationship to cropping systems in the central valley of California. Weed Sci. 57:48-53.

Hanson, B.D. and S.A. Schneider. 2008. Evaluation of weed control and crop safety with herbicides in open field tree nurseries. Weed Technol. 22:493-498.

McDonald, J.A., S. Gao, R. Qin, S. Gao, B.D. Hanson, T.J. Trout, and D. Wang. 2008. Effect of water seal on reducing 1,3-dichloropropene emissions from different soil textures. Env. Sci. Technol. 42:398-42.

Shrestha, A., B.D. Hanson, and K.J. Hembree. 2008. Glyphosate-resistant hairy fleabane (*Conyza bonariensis*) documented in the central valley. Calif. Agric. 62:116-119.

Gao, S., R. Qin, J.M. McDonald, B.D. Hanson, and T.J. Trout. 2008. Field tests of surface seals and soil treatments to reduce fumigant emissions from shank-injected Telone C35. Sci. Total Environ. STOTEN 405:206-214.

McDonald, J.A., R. Qin, S. Gao, T.J. Trout, and B.D. Hanson. 2007. Thiosulfate and manure amendment with water application and tarp on 1,3-dichloropropene emission reductions. Environ. Sci. Technol. 42:398-402.

Qin, R., S. Gao, B.D. Hanson, J.A. McDonald, T. Trout, and H. Ajwa. 2007. The effect of drip application of ammonium thiosulfate on fumigant degradation in soil columns. J. Agric. Food Chem. 55:8193-8199.

Hanson, B.D., L. Fandrich, D.L. Shaner, P. Westra, and S.J. Nissen. 2007. Recovery of imidazolinone-resistant hard red wheat lines following imazamox application. Crop Sci. 47:2058-2066.

Shaner, D.L., W.B. Henry, L.J. Krutz, B. Hanson. 2007. Rapid assay for screening soil samples for enhanced atrazine degradation. Weed Sci. 55:528-535.

Hanson, B.D. and A. Shrestha. 2007. Weed control with methyl bromide alternatives: a review. Perspectives in Agriculture, Veterinary Science, Nutrition, and Natural Resources. 2006 1, No. 063.

Hanson, B.D., D.L. Shaner, P. Westra, and S.J. Nissen. 2006. Response of selected hard red wheat lines to imazamox as affected by number and location of resistance genes, parental background and growth habit. Crop Sci. 46:1206-1211.

Hanson, B.D., C.A. Mallory-Smith, W.J. Price, B. Shafii, D.C. Thill, and R.S. Zemetra. 2005. Interspecific hybridization: potential for movement of herbicide resistance from wheat (*Triticum aestivum*) to jointed goatgrass (*Aegilops cylindrica*). Weed Technol. 19:25-33.

Hanson, B.D., C.A. Mallory-Smith, B. Shafii, D.C. Thill, and R.S. Zemetra. 2005. Pollen-mediated gene flow from blue aleurone wheat to other wheat cultivars. Crop Sci. 45:1610-1617.

Blair, A.C., B.D. Hanson, G.R. Brunk, R.A. Hufbauer, P. Westra, S.J. Nissen. 2005. New techniques and findings in the study of a candidate allelochemical implicated in invasion success. Ecology Letters 8:1039-1047.

Hanson, B.D., K. Park, C.A. Mallory-Smith, and D.C. Thill. 2004. Resistance of *Camelina microcarpa* to acetolactate synthase inhibiting herbicides. Weed Research 44:187-194.

Hanson, B.D., C.A. Mallory-Smith, B.D. Brewster, L.A. Wendling, and D.C. Thill. 2003. Growth regulator effects of propiconazole on redroot pigweed (*Amaranthus retroflexus*). Weed Technol. 17:777-781.

Hanson, B.D. and C.A. Mallory-Smith. 2000. Diuron-resistant *Poa annua* is resistant to norflurazon. Weed Sci. 48:666-668.

Hanson, B.D. and D.C. Thill. 2000. Effects of imazethapyr and pendimethalin on lentil (*Lens culinaris*), pea (*Pisum sativum*), and a subsequent winter wheat (*Triticum aestivum*) crop. Weed Technol. 15:190-194.

# Exhibit B

### Dr. Brad Hanson Testimonial History (*Peterson v. Monsanto Co.*)

In the last five years I have testified in: *James Adams et al. v. Monsanto Co.*, Case No 17SL-CC02721, Circuit Court of St. Louis County, MO (2019); *Peterson and Hall v. Monsanto Co.*, Case No. 1622-CC01071, Circuit Court of the City of St. Louis, MO (2018); *Stanley v. Tolle Flying Service, Inc*, Case No. PO15-1068, Superior Court of California, County of Yolo; and *Wildwood Farms v. G.K Lewis Aviation and Irrigation Services*, Case No. BCV-16-100798DRL, Superior Court of California, County of Kern. I was also a subpoenaed expert in *Britz AG v. California Department of Transportation*, Case No. 15CECG01886, Superior Court of California, County of Fresno, Central Division.

# Exhibit C

**Dr. Brad Hanson Materials Considered List (*Peterson v. Monsanto Co.*)**

1.  Adama Essentials, Label for Atrazine 4L.

2.  Alexandratos, N. & J. Bruinsma, World Agriculture Towards 2030/2050: The 2012 Revision, Food and Agriculture Organization of the United Nations (June 2012).

3.  APVMA (Australian Pesticides and Veterinary Medicines Authority), Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate, Australian Government (2016).

4.  ATSDR (Agency for Toxic Substances and Disease Registry), Toxicological Profile for Glyphosate – Draft for Public Comment, US Dep't of Health and Human Services (Mar. 2019).

5.  Australian Pesticides and Veterinary Medicines Authority (APVMA), Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate, Australian Government (2016).

6.  BAuA (German Federal Institute for Occupational Safety and Health), Proposal for Harmonized Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate (2016).

7.  Baylis, A., Why Glyphosate Is a Global Herbicide: Strengths, Weaknesses, and Prospects, 56 Pest Mgmt. Sci. 299 (2000).

8.  BfR – CLH Report: Proposal for Harmonised Classification and Labelling, Regulation (EC) No 1272/2008 (CLP Regulation), Annex VI, Part 2 – Glyphosate (2016).

9.  BfR (Bundesinstitut für Risikobewertung), Assessment of IARC Monographies Volume 112 (2015); Glyphosate, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

10. BfR (Bundesinstitut für Risikobewertung), Does Glyphosate Cause Cancer?  BfR Communication No. 007/2015 (Mar. 23, 2015).

11. BfR, Assessment of IARC Monographies Volume 112 (2015); Glyphosate, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

12. BfR, CLH Report: Proposal for Harmonised Classification and Labelling, Regulation (EC) No 1272/2008 (CLP Regulation), Annex VI, Part 2 – Glyphosate (2016).

13. BfR, Does Glyphosate Cause Cancer?, BfR Communication No. 007/2015 (2015).

14. BfR, European Assessment of Glyphosate Is Quality-Assured and Independent – Industry Reports Are Routinely Part of Assessment Reports (Jan. 15, 2019), https://www.bfr.bund.de/en/press_information/2019/02/european_assessment_of_gly phosate_is_quality_assured_and_independent___industry_reports_are_routinely_part _of_assessment_reports-239502.html.

15. BfR, Final Addendum to the Renewal Assessment Report: Glyphosate (Oct. 2015).

16.     BfR, Toxicology and Metabolism, Renewal Assessment Report: Glyphosate Volume 3 Annex B.6 (2015).

17.     Bodirsky, B. et al, Global Food Demand Scenarios for the 21st Century, 10(11) PLoS One e0139201 (2015).

18.     Borggaard, O. & A. Gimsing, Fate of Glyphosate in Soil and the Possibility of Leaching to Ground and Surface Waters: A Review, 64 Pest Mgmt. Sci. 441 (2008).

19.     Cribb, J., The Coming Famine: The Global Food Crisis and What We Can Do to Avoid It (Univ. of Cal. Berkley Press, 2010).

20.     CropLife America, The Role of Seed Treatment in Modern U.S. Crop Production: A Review of Benefits, http://www.croplifeamerica.org/wp-content/uploads/2015/08/Seed-Treatment-Report.pdf.

21.     Davies, J. & D. Davies, Origins and Evolution of Antibiotic Resistance, 74 Microbiological and Molecular Biology Revs. 417 (2010).

22.     Deposition of James Peterson, Peterson v. Monsanto Co., No. 3:18-cv-07271 (N.D. Cal. Nov. 14, 2019) (with exhibits).

23.     Dill, G. et al., Glyphosate: Discovery, Development, Applications, and Properties, in Glyphosate Resistance in Crops and Weeds. History, Development, and Management 321 (V.K. Nandula ed., 2000).

24.     Dill, G., Glyphosate-Resistant Crops: History, Status, and Future, 61 Pest Mgmt. Sci. 219 (2005).

25.     Dow AgroSciences, LLC, Label for Pelagronic Acid (2004).

26.     Duke, S. & S. Powles, Glyphosate: A Once-in-a-Century Herbicide, 64 Pest Mgmt. Sci. 319 (2008).

27.     Duke, S. & S. Powles, Glyphosate-Resistant Crops and Weeds: Now and in the Future, 12 AgBioForum 346 (2008).

28.     ECHA (European Chemicals Agency), Opinion: Proposing Harmonized Classification and Labelling at EU Level of Glyphosate (ISO); N-(phosphonomethyl)glycine, Committee for Risk Assessment RAC (Mar. 15, 2017).

29.     Edgerton, M., Increasing Crop Productivity to Meet Global Needs for Feed, Food, and Fuel, 149 Plant Physiology 7 (2009).

30.     EFSA (European Food Safety Authority), Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate, 13 EFSA J. 4302 (2015).

31.     EPA (Environmental Protection Agency), Glyphosate – Proposed Interim Registration Review Decision Case Number 0178 (Apr. 2019).

32.     EPA, Cancer Assessment Review Committee, Health Effects Division, Office of Pesticide Programs, U.S. Environmental Protection Agency, Cancer Assessment Document – Evaluation of the Carcinogenic Potential of Glyphosate (Oct. 1, 2015).

33. EPA, FIFRA SAP, Meeting Minutes and Final Report No. 2017-01: EPA's Evaluation of the Carcinogenic Potential of Glyphosate, (Mar. 16, 2017).

34. EPA, Glyphosate – Interim Registration Review Decision Case Number 0178 (Jan. 2020).

35. EPA, Health Effects Division, Glyphosate. Study Summaries for Genotoxicity Studies, Regulations.gov (Sept. 13, 2016).

36. EPA, Memorandum from Dana L. Friedman on Response from the Pesticide Re-Evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision (Jan. 16, 2020).

37. EPA, Memorandum from Dana L. Friedman on Response from the Pesticide Re-Evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision (Jan. 16, 2020).

38. EPA, Memorandum from David J. Miller on Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) Publications for Response to Comments on the Proposed Interim Decision to Christine Olinger (Jan. 16, 2020).

39. EPA, Memorandum from Monique M. Perron on Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment to Steven Peterson (Jan. 13, 2020).

40. EPA, Memorandum from Perron et al. to Newcamp et al. on Glyphosate: Draft Human Health Risk Assessment in Support of Registration Review (Dec. 12, 2017).

41. EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael L. Goodis, Director of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, on Labeling Requirements for Products that Contain Glyphosate to Registrant (Aug. 7, 2019).

42. EPA, Office of Pesticide Programs, Glyphosate Issue Paper: Evaluation of Carcinogenic Potential (September 12, 2016).

43. EPA, Office of Pesticide Programs, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential (Dec. 12, 2017).

44. Expert Report of Dennis D. Weisenburger, *Peterson v. Monsanto Co*., No. No. 3:18-cv-07271 (N.D. Cal. Jan. 8, 2021).

45. Expert Report of William Sawyer, Ph.D., *Peterson v. Monsanto Co.*, No. 3:18-cv-07271 (N.D. Cal. Jan. 22, 2021).

46. Fischer, T. et al., Crop Yields and Global Security: Will Yield Increase Continue to Feed the World?, Australian Center for International Agricultural Research, Australian Government (2014).

47. Fishel, F.M., Pesticide Labeling: Signal Words, University of Florida IFAS Extension. Publication PI-100 (2018).

48. Fleischmann's Vinegar Company, Inc., Label for Vinagreen.

49. Flies, E. et al., Forecasting Future Global Food Demand: A Systematic Review and Meta-Analysis of Model Complexity, 120 Environment International 93 (2018).

50. Food and Agriculture Organization of the United Nations, Global Agriculture Towards 2050 (2009), http://www.fao.org/fileadmin/templates/wsfs/docs/Issues_papers/HLEF2050_Global_Agriculture.pdf

51. Food and Agriculture Organization of the United Nations, How to Feed the World in 2050, http://www.fao.org/fileadmin/templates/wsfs/docs/expert_paper/How_to_Feed_the_World_in_2050.pdf.

52. Food and Agriculture Organization of the United Nations, The Future of Food and Agriculture – Alternative Pathways to 2050 (2018), http://www.fao.org/3/I8429EN/i8429en.pdf.

53. Food and Agriculture Organization of the United Nations, The Future of Food and Agriculture – Trends and Challenges (2017), http://www.fao.org/3/a-i6583e.pdf.

54. Franz, J., History of Glyphosate, Glyphosate Task Force (Oct. 25, 2012), http://www.glyphosate.eu/history-glyphosate.

55. Gandhi, V. & Z. Zhou, Food Demand and the Food Security Challenge with Rapid Economic Growth in the Emerging Economies of India and China, 63 Food Research International 108 (2014).

56. Gianessi, L & A. Williams, The Importance of Herbicides for Natural Resource Conservation in the USA, in Convergence of Food Security, Energy Security and Sustainable Agriculture 333 (D. Songstad et al. eds., 2014).

57. Gianessi, L. & N. Reigner, The Value of Herbicides in U.S. Crop Production, 21 Weed Tech. 559 (2007).

58. Giesy, J. et al., Ecotoxicological Risk Assessment for Roundup Herbicide, 167 Rev. Env. Contamination and Toxicology 35 (2000).

59. Glyphosate Task Force, Agronomic & Other Benefits of Glyphosate for the EU (June 2013), http://www.glyphosate.eu/system/files/sidebox-files/agronomic_benefits_of_glyphosate_for_european_agriculture.pdf

60. Glyphosate Task Force, Biodiversity and Modern Agriculture (Dec. 3, 2014), https://www.glyphosate.eu/benefits/biodiversity-and-modern-agriculture.

61. Glyphosate Task Force, Higher Yields and Easier Harvests (Nov. 21, 2013), http://www.glyphosate.eu/benefits/higher-yields-and-easier-harvests.

62. Godfray, H., et al., Food Security: The Challenge of Feeding 9 Billion People, 327 Science 812 (2010).

63. Grisso, R. et al., Nozzles: Selection and Sizing, 442 Virginia Cooperative Extension Publication 32 (2013), http://pubs.ext.vt.edu/content/dam/pubs_ext_vt_edu/442/442-032/442-032_pdf.pdf.

64. Hanson, B. et al., Herbicide-Resistant Weeds and Crops, in Principles of Weed Control (S.A. Fennimore and C. Bell eds., 2014).

65.    Hanson, B. et al., Selection Pressure, Shifting Populations, and Herbicide Resistance and Tolerance, U.C. Agric. and Nat. Resources Publication 8493 (July 2013), https://anrcatalog.ucanr.edu/pdf/8493.pdf.

66.    Health Canada, Proposed Re-Evaluation Decision PRVD2015-01 Glyphosate, Health Canada Pest Management Regulatory Agency (Apr. 13, 2015).

67.    Health Canada, Re-Evaluation Decision RVD2017-01 Glyphosate, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

68.    Health Canada, Statement from Health Canada on Glyphosate (Jan. 11, 2019), https://www.canada.ca/en/health-canada/news/2019/01/statement-from-health-canada-on-glyphosate.html

69.    Heap, I., The International Survey of Herbicide Resistant Weeds (2018), http://weedscience.com/.

70.    IARC (International Agency for Research on Cancer), Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos (2015).

71.    Japan Food Safety Commission, Glyphosate Summary, 4 Food Safety 93 (2016).

72.    Jassaume, R., Jr. & D. Ervin, Understanding Weed Resistance as a Wicked Problem to Improve Weed Management Decisions, 64 Weed Sci. 559 (2016).

73.    Jepson, P. et al., Selection of Pesticides to Reduce Human and Environmental Health Risks: A Global Guideline and Minimum Pesticides List, 4 Lancet Planet Health e56 (2020) with supplementary materials.

74.    JMPR (Joint Meeting on Pesticide Residues), Pesticide Residues in Food – 2016: Evaluations 2016 – Part II – Toxicological, Special Session of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (May 9-13, 2016).

75.    JMPR, Joint FAO/WHO Meeting on Pesticide Residues, Summary Report (May 9-13, 2016).

76.    Jordan, T., Adjuvant Use with Herbicides: Factors to Consider, Purdue University WS-7 (2001), https://www.extension.purdue.edu/extmedia/WS/WS-7.html.

77.    Julian Cribb, The Coming Famine: The Global Food Crisis and What We Can Do to Avoid It (Univ. of Cal. Berkley Press, 2010).

78.    Kniss, A., Long-Term Trends in the Intensity and Relative Toxicity of Herbicide Use, 8 Nature Communications, Article number: 14865 (Apr. 10, 2017).

79.    Kraehmer, H. et al., Herbicides as Weed Control Agents: State of the Art: I. Weed Control Research and Safener Technology: the Path to Modern Agriculture, 166 Plant Physiology 1119 (2014).

80.    Letter from Bernhard Url, Exec. Dir. EFSA, to Christopher Portier, Sr. Contributing Scientist EDF (Jan. 13, 2016) (Available at https://www.efsa.europa.eu/sites/default/files/EFSA_response_Prof_Portier.pdf ).

81.  Letter from Dawn Fee-White (Monsanto Company) to James Tompkins (EPA) re: EPA Reg. No. 71995-25 Roundup Weed & Grass Killer Super Concentrate Submission of Final Printed Label (Apr. 22, 2009).

82.  Letter from Dawn Fee-White (Monsanto Company) to Kable Davis (EPA) re: Submission of Final Printed Label for Roundup® PROMax Herbicide EPA Reg. No. 524-579 2.5 Gallon Bottle Label and Booklet (Oct. 16, 2012).

83.  Letter from Jim Tompkins (EPA) to Dawn Fee-White (Monsanto Company) re: Notification of Compliance with PRN 2008-1 and Final Printed Label Roundup Weed & Grass Killer Super Concentrate, EPA Reg. No. 71995-25 (Sep. 20, 2010).

84.  Letter from Kable Davis (EPA) to Dawn Fee-White (Monsanto Company) re: Notification; Per PR Notice 98-10 Roundup Weed & Grass Killer Ready-To-Use Plus, EPA Reg. No. 71995-33 (May 25, 2011).

85.  Letter from Kable Davis (EPA) to Dawn Fee-White (Monsanto Company) re: Label Amendment / Roundup Weed & Grass Killer Ready-To-Use Plus, EPA Reg. No.:71995-33 (Oct. 31, 2011).

86.  Lotze-Campen, H. et al, Impacts of Increased Bioenergy Demand on Global Food Markets: an AgMIP Economic Model Intercomparison, 45(1) Agricultural Economics 103 (2014).

87.  Lotze-Campen, H. et al., Global Food Demand, Productivity Growth, and the Scarcity of Land and Water Resources: a Spatially Explicit Mathematical Programming Approach, 39(3) Agricultural Economics 325 (2008).

88.  Maeda, H. & N. Dudareva, The Shikimate Pathway and Aromatic Amino Acid Biosynthesis in Plants, 63 Annual Review of Plant Biology 75 (2012).

89.  Mark Goodwin Consulting LTD., The Contribution of Crop Protection Products to the United States Economy, CropLife America, https://www.croplifeamerica.org/wp-content/uploads/2015/08/CLA-Socio-Economic-Report.pdf.

90.  Menskink, H. et al., Environmental Health Criteria for Glyphosate, World Health Organization (1994), http://www.inchem.org/documents/ehc/ehc/ehc159.htm#SubSectionNumber:4.1.3.

91.  Monsanto Company, Label for Roundup® Concentrate Weed & Grass Killer 1 (1996) [MONGLY10529771 – MONGLY10529774].

92.  Monsanto Company, Label for Roundup® Herbicide (1992) [MONGLY15269550 – MONGLY15269612].

93.  Monsanto Company, Label for Roundup® L&G Ready-to-Use Grass & Weed Killer (1988) [MONGLY15555337].

94.  Monsanto Company, Label for Roundup® Original Herbicide (1998) [MONGLY15271890 – MONGLY15271988].

95.  Monsanto Company, Label for Roundup® Ready-to-Use Weed & Grass Killer III (2012).

96.   Monsanto Company, Label for Roundup® Weed & Grass Killer Concentrate Plus (2012).

97.   Nandula, V. et al., Glyphosate-Resistant Weeds: Current Status and Future Outlook, 16 Outlooks on Pest Mgmt. 183 (2005).

98.   National Pesticide Information Center, Signal Words: Topic Fact Sheet, National Pesticide Information Center, Oregon State University (2008).

99.   Neiderholzer, F., Spray Adjuvants: What's in a Name?, Western Farm Press (2009), https://www.westernfarmpress.com/management/spray-adjuvants-whats-name.

100.  NuFarm, Label for Diquat 2L.

101.  Oerke, E., Centenary Review: Crop Losses to Pests, 144 J. Agric. Sci. 31 (2006).

102.  Ozkan, E., Proper Calibration and Operation of Backpack and Hand Can Sprayers, Ohio State Univ. FABE-531 (2018), https://ohioline.osu.edu/factsheet/fabe-531.

103.  Ozkan, H. & H. Zhu, Effect of Major Variables on Drift Distances of Spray Droplets, Ohio State Univ. FABE-525 (2016), https://ohioline.osu.edu/factsheet/fabe-525.

104.  Pimmentel, D. et al., Environmental and Economic Costs of Soil Erosion and Conservation Benefits, 267 Sci. 1117 (1996).

105.  Plaintiff Fact Sheets of James Peterson (original and amended).

106.  Ray, D. et al., Yield Trends Are Insufficient to Double Global Crop Production by 2050, 8(6) PLoS One e66428 (2013).

107.  Rosegrant, M. et al., Food Security in a World of Natural Resource Scarcity: The Role of Agricultural Technologies (2014), http://ebrary.ifpri.org/utils/getfile/collection/p15738coll2/id/128022/filename/128233.pdf.

108.  Ross, M. & C. Lembi, Applied Weed Science: Including the Ecology, and Management of Invasive Plants (3rd Ed. 2009).

109.  Siel, E.A., et. al., Understanding the Pesticide Label, University of Nebraska Publication G1955 (2015).

110.  Soltani, N. et al., Potential Corn Yield Losses from Weeds in North America, 30 Weed Technology 979.

111.  Taiz, L. & E. Zeiger, Plant Physiology (2nd Ed. 1998).

112.  TeeJet Technlogies, Technical Information on Spray Products Line (2018), https://www.teejet.com/literature_pdfs/catalogs/C51A/technical_information.pdf.

113.  Temple, W., Review of the Evidence Relating to Glyphosate and Carcinogenicity, New Zealand Environmental Protection Authority (Aug. 2016).

114.  The Royal Society, Reaping the Benefits: Science and the Sustainable Intensification of Global Agriculture (Oct. 2009), https://royalsociety.org/~/media/Royal_Society_Content/policy/publications/2009/4294967719.pdf.

115.   The World Bank Group, Enabling the Business of Agriculture – Progress Report (2015), http://eba.worldbank.org/~/media/WBG/AgriBusiness/Documents/Reports/2015/Enabling-the-Business-of-Agriculture-2015.pdf.

116.   Tilman, D. et al, Global Food Demand and the Sustainable Intensification of Agriculture, 108(50) Proceedings of the National Academy of Sciences of the United States of America 20260 (2011).

117.   Timmons, F., A History of Weed Control in the United States and Canada, 53 Weed Science 748 (2005).

118.   Tweeten, L. & S. Thompson, Long-term Global Agricultural Output Supply-Demand Balance and Real Farm Food Prices, The Ohio State University (Dec. 2008), https://core.ac.uk/download/pdf/6550904.pdf.

119.   Valin, H. et al., The Future of Food Demand: Understanding Differences in Global Economic Models, 45(1) Agricultural Economics 51 (2014).

120.   Weed Sci. Soc'y of America, Herbicide Handbook (Shaner, D.L. ed., 10th Ed. 2014).

121.   Weed Sci. Soc'y of America, WSSA Fact Sheet: Dispelling Common Misconceptions about Superweeds (2015), http://wssa.net/wp-content/uploads/WSSA-Fact-Sheet-on-Superweeds_16-Sep-2014.pdf.

122.   Willowood USA, Label for Willowood Paraquat 3SL (2018).

123.   Zimdahl, R., The Etymology of Herbicide, 17 Weed Sci. 137 (1969).