# EXHIBIT 12

**Expert Report of Lawrence M. Weiss, MD**
**Re: Lorraine Rehak**

**Background**

I received my BS from the University of Maryland at College Park in 1976, graduating summa cum laude and as class valedictorian. I received my MD from the University of Maryland at Baltimore in 1981, graduating summa cum laude and having received the Faculty Gold Medal for Outstanding Qualifications for The Practice of Medicine, the school's highest award. I have been in the active practice of pathology for 40 years, specializing in tumor pathology and, most specifically, the malignant lymphomas.

I began my residency in Pathology at Brigham & Women's Hospital in Boston, MA and finished my training with a surgical pathology fellowship at Stanford University School of Medicine in 1985. I was boarded in Anatomic Pathology in 1985, and voluntarily renewed my status in 2014. From 1985-1989, I was an Assistant Professor at Stanford. From 1989-1997, I was Director of Surgical Pathology at the City of Hope in Duarte, CA. From 1997-2011, I was Chairman of Pathology at the City of Hope. Becoming Emeritus Chairman in 2011, I joined Clarient, Diagnostic Services (a subsidiary of General Electric), becoming Medical Director and Laboratory Director. When NeoGenomics purchased Clarient, I retained those positions, and became Chief Scientific Officer in 2018 and Chief Medical Officer in 2019, a position I still hold today.

I have written over 400 peer-reviewed papers, over 75 chapters, and 18 books, and have delivered over 300 lectures. I am past-President of the City of Hope Medical staff and the Los Angeles Society of Pathologists. My research in the pathogenesis of the malignant lymphomas has been recognized by the Benjamin Castleman Award from the International Academy of Pathology, The Arthur Purdy Stout Award from the Arthur Purdy Stout Society of Surgical Pathologists, and the Young Investigator Award (now Ramzi Cotran Award) from the United States-Canadian Academy of Pathology (for a body of work which has contributed significantly to the diagnosis and understanding of human disease by a pathologist under 45 years). As part of this research, I have experience analyzing epidemiologic studies, particularly as pertaining to lymphoma, as well as experience analyzing laboratory data on carcinogenesis, including genotoxicity and mutagenesis studies. A copy of my current curriculum vitae is attached on tab A.

**Materials Utilized**

The opinions in this report are held to a reasonable degree of medical certainty, and are based on my education, experience, research, and review of literature and case materials. The materials and literature that I reviewed are set forth on the attached list on tab B. I reserve the right to amend or supplement this report in the event of new or later reviewed materials or information. My hourly rate is $500 for consulting and $750 for testimony. In the last four years,

1

I have given deposition testimony twice:  Terry J. Hopkins v Owens-Illinois, Inc.; USDC, Western District of Missouri, Western Division, No. 4:14-CV-01091-BCW (5/2/17); William A. Clark v Arrow Machinery; Superior Court of Washington for King County (7/27/20)(telephonic).

**Pathology and Tumor Diagnosis**

Pathology is the study of disease.  An anatomic pathologist is a licensed physician who studies tissues obtained by biopsy, surgery, and autopsy for the purposes of diagnosing disease. Tumor diagnosis is a major task for anatomic pathologists, particularly in biopsy and surgical specimens.  A pathologist is responsible for making a comprehensive diagnosis and classification, as well as obtaining and interpreting various prognostic (how well a patient will fare) and predictive markers (how well a specific tumor will respond to a specific treatment) relevant for each tumor type.  The analysis starts with the gross examination of the specimen, and proceeds to taking samples which are typically fixed in formalin, embedded in a wax matrix, and then sectioned using a microtome by a technician.  These sections are usually stained with hematoxylin and eosin and then examined by a pathologist under a light microscope.  There are many types of diagnostic pathologists, and the tendency these days is for pathologists specialized in circumscribed disciplines to perform pathologic analysis on difficult cases in those areas.

This analysis is often supplemented by various special studies, which may include immunohistochemistry, flow cytometry, cytogenetics, fluorescence in situ hybridization (FISH), and molecular studies.  Immunohistochemistry is the identification of specific proteins characteristic to particular tissues and their neoplasms with the use of labeled antibodies.  Flow cytometry is a similar process performed on fluids and cell suspensions.  Cytogenetics is the visual identification of chromosomal abnormalities (karyotyping), usually after a period of cell culture, while FISH involves the identification of finer chromosomal abnormalities with the use of labeled genetic probes.  Molecular studies can range from the polymerase chain reaction analysis of single genes all the way to complex next generation sequencing studies that detect four major types of genetic abnormalities:  single nucleotide variants, insertions or deletions of genetic material (indels), copy number variations, and fusions.  All these special studies can be an aid to the diagnosis of benign vs. malignant, the classification of the many types of neoplasm, the finer subclassification of neoplasms, as well as identifying numerous prognostic and predictive markers.

There are many different types of tumors, which are each important to diagnose, given their different behaviors and response to treatment.  Tumors are generally classified as to their cell of origin.  Hematologic neoplasms are tumors of the blood elements, consisting mainly of leukemias and lymphomas, and represent one of the more difficult areas of tumor diagnosis. Therefore, the diagnosis of leukemias and lymphomas is often made by specialized pathologists, called hematopathologists.  Lymphomas are neoplasms of lymphocytes, the major elements of the immune system which circulate in the blood and compose the majority cell population of lymph nodes, and are generally classified into Hodgkin lymphoma and the non-Hodgkin lymphomas.

**Non-Hodgkin Lymphoma**

It is important to recognize that the term non-Hodgkin lymphoma refers to a category of neoplasms and not a specific neoplasm, for there are about 70 distinct types, each with their own defining clinical presentation. Non-Hodgkin lymphoma is a major category of neoplasm, about the fifth or sixth most common type, with about 80,000 people diagnosed each year, representing about 4% of all cancers in the US (SEER, 2021). About 1/50 women develop non-Hodgkin lymphoma in their lifetime. Although it may occur in children, teens, or young adults, it is most common in older adults. There are many factors that are likely to increase the risk for non-Hodgkin lymphoma (Chihara, 2015). These recognized risk factors include age (older), gender (males), race (whites), geography (United States and Europe), having first degree relatives with non-Hodgkin lymphoma, hematopoietic neoplasms, or even solid tumors (Negri, 2006; Chiu, 2004; Cartwright, 1988), radiation, immunocompromise (treatment-associated, infection-associated, or congenital/genetic), autoimmune disease, and viruses (e.g., HTLV-1 and EBV). These are the risk conditions that most physicians will ascertain or inquire about at the time a diagnosis of lymphoma is suspected. Some of these, e.g., radiation and HTLV-1, are considered etiologic causes. Otherwise, the cause of most lymphomas is not determined to any degree of certainty.

As stated, non-Hodgkin lymphoma is a broad category encompassing over 70 subtypes. The numerous subtypes of lymphoma vary widely in their associations (Morton, 2014; Chihara, 2015). For example, for follicular lymphoma, specific risk factors include first-degree family history of non-Hodgkin lymphoma, higher BMI (body weight) as a young adult, work as a spray painter, any atopic disorder, previous blood transfusion, increased sun exposure, occupation as a baker or miller, and occupation as a university/higher education have been associated with a decreased risk of non-Hodgkin lymphoma (Linet, 2014). For women, Sjogren syndrome (an autoimmune disorder) and a history of cigarette smoking are associated with increased risk of follicular lymphoma. Nonetheless, the vast majority of individual cases of non-Hodgkin lymphoma, including follicular lymphoma, are probably due to random mutations occurring during normal cellular replication (see below) and, although individual risk factors are often present, they rarely cause or contribute to the development of the lymphoma.

Lymphomas are usually discovered due the development of a mass or masses, or the indirect effects caused by a mass. Lymphoma usually presents in the lymph nodes and, therefore, commonly occurs in the typical sites of lymph nodes, such as the neck, axilla, or inguinal region or within the chest or abdomen. However, it may occur within any organ of the body. Occasionally, there are "B" symptoms, consisting of either a fever, night sweats, or significant weight loss. Sometimes, the symptoms are even more non-specific, such as fatigue. The diagnosis is usually established by biopsy of a mass. Excisional biopsies are preferred, in order to comprehensively study the lesion for a confident diagnosis and proper classification, although sometimes this is not possible, due to the location of the mass. In the latter case, needle biopsies may provide sufficient tissue for analysis and proper diagnosis.

The non-Hodgkin lymphomas are classified by hematopathologists as to whether they are derived from B-lymphocytes or T-lymphocytes, and are often further classified into the specific lymphoma types, which vary widely in their clinical behavior and response to treatment.  The modern classification of lymphoma is generally guided by the 2016 Revision of the World Health Organization (WHO) classification of lymphoid neoplasms, which takes into account the clinical, histologic, immunohistochemical, cytogenetic, and molecular features of each type of lymphoma (Swerdlow, 2016).  At diagnosis, the lymphomas are staged, by a combination of physical examination, blood tests, imaging tests (primarily CT and PET scans), and often bone marrow examination.  The most commonly used staging system is the Lugano system:  stage I, when the lymphoma is in a single lymph node area or other site; stage II, when the lymphoma is in two or more groups of lymph nodes on the same side of the diaphragm or in one group of lymph nodes and one area of a nearby organ; stage III, when the lymphoma is on both sides of the diaphragm; or stage IV, when the lymphoma has spread widely to at least one organ outside the lymph nodes, particularly the bone marrow, liver, or lung (Cheson, 2014).

Fortunately, the non-Hodgkin lymphomas have an overall 5-year survival rate of about 70-75% (SEER, 2021)  However, this figure varies depending upon the specific lymphoma type, with some types of non-Hodgkin lymphoma behaving very aggressively and sometimes lethal, while other types show a relatively indolent course more akin to a chronic disease.  There are currently a wide variety of treatment options, depending on the lymphoma type, the stage of the patient, and other factors, but the most common treatments may include standard chemotherapy (mostly multidrug), radiation therapy, immunotherapy, targeted therapy, and high-dose chemotherapy with stem cell transplantation.  Often, these therapeutic approaches are combined.  In some indolent lymphomas, there may be a "watch-and-wait" approach, with no initial therapy at all.

**Pathogenesis of Malignant Lymphoma**

The malignant lymphomas, like most other neoplasms, are the result of the gradual accumulation of driver gene mutations that successively increase proliferation (Tomasetti, 2017).  Driver mutations are alterations in genes that give a pre-cancer or cancer cell a fundamental growth advantage over other cells, while passenger mutations are the large majority of mutations which may occur, but have no effects upon cell growth, and thus no impact on tumorigenesis.  The two main types of driver mutations are called oncogenes and tumor suppressor genes.  Oncogenes are caused by mutations in normal genes which greatly enhance the function of the gene, leading to enhanced growth; while tumor suppressor genes are caused by mutations in different types of normal genes which normally turn off growth, repair DNA mistakes, and tell cells when to die, but no longer have that function in the mutated state.

Mutations can arise as a result of heredity (inherited mutations), the environment, and through random mistakes made during normal DNA replication.  In regard to the latter, one must keep in mind that DNA is an enormous molecule, with over 5 billion base pair units, with replication occurring on a regular basis, in order to replace dying cells and to allow for growth of the

4

organism.  It has been estimated that, by the age of 15 years, we have accumulated thousands of mutations in the human body, with the number increasing as we age.  In fact, many more mutations occur, but the large majority are successfully repaired or the affected cells induced to undergo cell death.  These mutations are not caused by any external factor such as a mutagen; they merely occur due to chance.  The balance between inherited mutations, environmentally-induced mutations, and mutations due to random errors during DNA replication varies between neoplasm types and between individual neoplasms within the same type.  For non-Hodgkin lymphoma occurring in females, the contribution of heredity is thought to be minimal, the contribution from the environment is very small and estimated to be about 3.5%, and the contribution from random errors is estimated to be about 96% (Tomasetti, 2017).  The high incidence of random errors occurring during normal cell replication in non-Hodgkin lymphoma, as compared to heredity or the environment, is the reason why the large majority of cases of non-Hodgkin lymphoma occur without a known cause.

Although each individual type of non-Hodgkin lymphoma has its own specific pathogenesis, a key feature is sometimes a translocation specific to that lymphoma type.  A translocation occurs when a portion of one of our 46 chromosomes becomes abnormally juxtaposed to a portion of another chromosome, disrupting the function of one of the genes present at the specific breakpoint.  For example, in follicular lymphoma about 90% of cases are associated with a t(14;18) translocation which has the consequence of disrupting the normal function of a gene called BCL2 (Devan, 2018).  BCL2 is a gene present in many different cell types and acts to inhibit apoptosis (programmed cell death).  The BCL2 oncogene is activated as a consequence of the t(14;18) translocation preventing the cell death of B-lymphocytes of the germinal center of the lymph node.  Over time, if additional oncogenes and tumor suppressor genes occur (only a few driver mutations are required to cause a full blown neoplasm), follicular lymphoma may result.  A minority of follicular lymphomas may be caused by alternative mechanisms, and other B-cell lymphomas typically involve other major oncogenes.  For example, mantle cell lymphoma typically involves a t(11;14) translocation occurring adjacent to a gene called BCL1/CCND1.

**Analysis of Glyphosate and Non-Hodgkin Lymphomas**

Glyphosate is not generally recognized by the medical community as a known cause of non-Hodgkin lymphoma (or any other type of neoplasm).  I have never noted an instance of a clinician asking about glyphosate exposure in a patient diagnosed with non-Hodgkin lymphoma. There is nothing clinically or pathologically distinct about a non-Hodgkin lymphoma occurring in a patient who has had exposure to glyphosate, and the diagnosis and treatment of non-Hodgkin lymphoma patients exposed to glyphosate is no different from any other non-Hodgkin lymphoma patient.

Based on my review and working knowledge, the scientific literature does not support that glyphosate in any form is a cause of non-Hodgkin lymphoma or any neoplasm.  In evaluating the possible role of any environmental agent in the causation of a neoplasm, it is my practice to consider the tenets of Bradford Hill delineated over 50 years ago, but still applicable today (Hill, 1965).  According to Hill, before attributing causation to an environmental agent, one must

evaluate nine major criteria:  1. strength of the association; 2. consistency of the association; 3. specificity of the association; 4. temporality of the association; 5. biological gradient; 6. plausibility; 7. coherence; 8. experiment; and 9. analogy.  In general, epidemiological data are more important than secondary features, such as plausibility, coherence, experiment, and analogy.  For example, *in vitro* or animal experiments may be helpful in explaining why an association may lead to causation, but, in and of themselves, they alone cannot establish a cause and effect relationship in humans in the absence of supporting epidemiological evidence. And of the five epidemiologic criteria (1-5), the strength and consistency of the association are by far the most important.  If no association can be established through strength and consistency, then the other criteria are virtually meaningless.

I will discuss the various epidemiologic studies that have examined the relationship of glyphosate to cancer generally and non-Hodgkin lymphoma specifically, which include many case-control studies, two large cohort studies, and at least five peer-reviewed meta-analyses. Case-control studies are concerned with the frequency of disease in exposed people with a specific disease (cases) and people without the disease (controls).  Cohort studies are concerned with the frequency of disease in exposed and non-exposed individuals.  Meta-analyses combine the results of multiple studies to try to synthesize them into one more powerful conclusion than could be obtained from analyzing each study in isolation.  Cohort studies are almost always more powerful than case-control studies, as they are prospective rather than the retrospective case-control studies, and thus have fewer confounding factors, particularly recall bias, but also selection bias.  Crump (Crump, 2020) notes that at least four of the most highly cited case-control studies show recall bias resulting from information on exposure to glyphosate (and pesticides) being collected from cases and controls based on their memories (Ericsson, 2008; Hardell, 2002; McDuffie, 2001; Orsi, 2009).  In addition, two of the most highly examined case-control studies have been specifically criticized by Crump for a form of selection bias that can exacerbate the effect of recall bias (Ericksson, 2008; Hardell, 2002). Both of these sources of bias are in the direction of making glyphosate appear carcinogenic.

In the case of glyphosate, there are two large cohort studies, which overwhelm the importance of the case-control studies, and comprise the large majority of the power of the meta-analyses. The first, and in my opinion, by far the best cohort study, was the Agricultural Health Study (AHS) (Roos, 2005; Andreotti, 2018).  This study *prospectively* followed 54,251 licensed pesticide applicators, of whom 44,932 (83%) used glyphosate. At enrollment, the participants were extensively interrogated as to use of a number of pesticides and herbicides, and phone interviews were conducted in 63% for about five years after enrollment.  Incident cancer diagnoses were ascertained via linkage to cancer registries.  This carefully performed study published with up to 20 years of follow-up found no association between glyphosate and any lymphoid malignancies, including non-Hodgkin lymphoma and its subtypes (Andreotti, 2018). This lack of association was consistent for exposure metrics, unlagged and lagged analyses, after further adjustment for pesticides linked to non-Hodgkin lymphoma in previous analyses using the same cohort, and when multiple myeloma was excluded from the non-Hodgkin grouping.

The second study examined pesticide use and the risk of non-Hodgkin lymphoid malignancies in agricultural combined cohorts from France, Norway, and the USA (the USA population being the same as that studied in Andreotti, totalling 316,270 farmers) (Leon, 2019). Although this study had the advantage of large numbers, the assessment of the exposure to glyphosate was much less rigorous than the AHS study. Nonetheless, there was no overall increase in the risk of lymphoma associated with glyphosate use.

Of the peer-reviewed published meta-analyses, one has been criticized for not assessing study quality and for selecting estimates based on considerations of consistency of estimates across meta-analyses of other pesticides, secondary analyses, and statistical modeling approach, rather than using the most highly adjusted estimates reported by the original authors (Schinasi, 2014). The second meta-analysis took these considerations into account and found no association between glyphosate exposure and the incidence of non-Hodgkin lymphoma (Chang, 2016). Neither of these studies incorporated the more recent findings of the AHS, and thus are now of limited value (as is the non-peered IARC analysis, further discussed below [IARC, 2015])).

The third meta-analysis was conducted by Zhang, who claimed that the use of glyphosate-based herbicides did show increased risks of non-Hodgkin lymphoma, and is thus deserving of further analysis (Zhang, 2019). This meta-analysis was based on estimates of risk from the included studies at the highest reported exposure level obtained from analyses with the longest lag period. The paper has been criticized in the published literature (Kabat, 2021) and by the EPA (EPA memorandum, 2020) on several major bases. First, it has been noted that the authors incorrectly used a fixed effect meta-analysis instead of the more appropriate random analysis. Second, there were inconsistent definitions of exposure across the studies. Third, there was evidence of bias in the case-control studies (see above). Four, there is uncertainty about the latency period of non-Hodgkin lymphoma, for which Zhang did not account. Most importantly, Zhang et al. incorrectly relied on an *a priori* hypothesis that there is a dose-response phenomenon with higher exposures leading to increased risks of non-Hodgkin lymphoma, leading them to include only a small subset of the Andreotti data for their meta-analyses, with the consequence that "only a small proportion of the results from the largest, most comprehensive, and best designed study among all those examined gets used." In addition, this also led to selection of the highest available estimates from a pooled analysis of American case-control studies. The EPA concluded that its own supplemental analyses provided in their critique, which indicated lower and non-statistically significant meta-estimates, would have been obtained if the Andreotti study had been more properly incorporated. I agree with these criticisms. The EPA, as well as Kabat, performed their own meta-analyses incorporating the recent Andreotti data and concluded that glyphosate was "not likely to be carcinogenic to humans." In conclusion, the largest cohort studies, as well as the best meta-analysis utilizing these studies along with selected case-control studies, were unable to demonstrate association between glyphosate-based herbicides and a risk of non-Hodgkin lymphoma. Thus, Hill's criterion one, the strength of the association, is not met. Although some individual case-control studies claimed to show an increased risk of non-Hodgkin lymphoma, the findings were not confirmed in other case-control studies, as well as the cohort studies

7

discussed above, demonstrating that Hill's criterion two, the consistency of the association, is also not met. In my opinion, without consistent studies finding a strong association, the causation analysis can end. However, examination of the other Hill criteria leads us to the same conclusion.

In terms of Hill's criterion three, the specificity of the association, there has been no consistent pattern of subtype of non-Hodgkin lymphoma showing an increased incidence. For example, in one study, an association with diffuse large cell lymphoma was found (Leon, 2019). In another study, handling glyphosate >2 days/year had an excess of diffuse large B-cell lymphoma (Pahwa, 2019); in addition, an association with small lymphocytic lymphoma/chronic lymphocytic leukemia was found (Pahwa, 2019) (and Eriksson, 2008, although not statistically significant), while in another, an association with hairy cell leukemia (which is now classified among the non-Hodgkin lymphomas was found (Hardell, 2002), although again not statistically significant. However, consistent patterns of association across different metrics were not observed (Pahwa, 2019). Importantly for this case, no study has shown a statistically significant association between glyphosate-based herbicides and increased risk of follicular lymphoma, including a study containing 468 cases of follicular lymphoma (Pahwa, 2019). With the understanding that diffuse large cell lymphoma, small lymphocytic lymphoma/chronic lymphocytic leukemia, and hairy cell leukemia each have a different pathogenesis, there is no specificity to the association between the use of glyphosate based herbicides and non-Hodgkin lymphoma, Hill's third criterion.

Hill's fourth criterion, temporality, is difficult to apply to the non-Hodgkin lymphomas. At a most fundamental level, exposure directly precedes disease and is studied in that setting in epidemiologic studies. But it is more complicated with cancer in that there is often some latency period between the exposure to the carcinogenic agent and the subsequent development of cancer. In this case, the evidence does not support that glyphosate causes NHL regardless of the time between exposure and disease development. (The study of Andreotti followed licensed pesticide applicators enrolled between 1993 and 1997, and their follow-up lasted through 2013, a 20-year time period, probably ample to demonstrate an association between glyphosate exposure and non-Hodgkin lymphoma, if one existed (Andreotti, 2018)). It is impossible, therefore, to assess temporality for exposure to glyphosate in the same manner one would do for established carcinogenic agents. This is further complicated by the fact that any latency period would differ between subtypes of NHL. Accordingly, considerations of temporality do not support causality.

Although Zhang, et al. purportedly based their meta-analysis on the *a priori* hypothesis that the highest exposures to glyphosate should lead to an increased risk of non-Hodgkin lymphoma in humans, this was largely based on their analysis of the Andreotti paper – an analysis which was found to be erroneous by the EPA (Zhang, 2019; EPA, 2020). In fact, in the AHS study reported by Andreotti, there was no dose-response relationship claimed or demonstrated (Andreotti, 2018). Moreover, the AHS represents the most robust data set and the most sophisticated analysis of the question of dose-response. A couple of individual case-control studies looked at dose-response using much cruder metrics. For example, although McDuffie found no

8

statistically significant increased odds ratio of NHL in subjects exposed to glyphosate overall on either the crude or adjusted analysis, they nonetheless conducted a sub-analysis looking at odds ratios for those reporting >2 days/year of glyphosate use compared with 2 or less days exposure to glyphosate (McDuffie, 2001). They found roughly a doubling of the risk in the higher exposed group, although this odds ratio did not include adjustment for exposure to other pesticides; this is why the findings were considered by Kabat and the EPA to be more likely indicative of recall bias than any true exposure effects (Kabat, 2021; EPA, 2019). Similarly, although Eriksson reported no statistically significant odds ratio for glyphosate overall on the multivariate analysis (adjusted for use of other pesticides), the authors conducted a sub-analysis reporting an odds ratio that barely achieved statistical significance when looking at glyphosate use of more than 10 days per year, an analysis that also was not adjusted for use of other pesticides. The same criticisms were applied to the exposure findings of Eriksson (Eriksson, 2008). The most robust data on this question, the AHS, provides no evidence supporting a dose-response relationship, and the totality of the scientific evidence does not support an association at all, let alone an association that demonstrates a biological gradient (dose-response relationship); therefore, Hill's criterion five is also not satisfied.

In terms of Hill's criterion six, plausibility, we have to examine the composition of glyphosate to ask the question: Does it make biological sense that glyphosate, its metabolites, or the associated chemicals in its preparation, may cause cancer in humans? Glyphosate, N-(phosphono-methyl) glycine, is a synthetic analogue of the amino acid glycine. There is nothing in the chemical structure of glyphosate that might suggest a propensity to cause genotoxicity, mutability, or carcinogenesis. Glyphosate's chemical effect is to stop a specific enzyme pathway, the shikimic acid pathway, leading to reductions in the aromatic amino acids that are vital for protein synthesis. This chemical pathway is only found in plants and microorganisms; it is not found in animals, making it a highly-specific herbicide, and therefore would not be expected to show significant effects in man. Although it may cause a contact dermatitis (like many other compounds) or surface eye irritation upon contact, oral absorption and skin penetration is very low, and the small amounts which may be internalized are rapidly excreted in urine in a largely unmetabolized form, with no appreciable bioaccumulation in animal tissues (Williams, 2016). In fact, in animal studies, glyphosates are often introduced via intraperitoneal injection as the easiest route of administration. Glyphosate is metabolized to aminomethylphosphonic acid (AMPA) in plants, which shows similar poor oral absorption and low skin penetration. In addition, the most common adjuvants, tallow amines (polyoxyethylene amines [POEA]), are similarly poorly absorbed by humans, although they may have significant toxic effects in aquatic species such as fish and amphibians.

There have been studies linking glyphosate with oxidative stress, the production of reactive oxygen species, which is thought by some to possibly lead to genotoxicity, mutagenesis, and ultimately to carcinogenesis. However, this is a general pathophysiologic process that occurs under many circumstances and has been hypothesized to contribute to the pathogenesis of most of the major diseases in man, ranging from atherosclerosis to dementia, to diabetes and obesity. Many agents cause oxidative stress under experimental conditions, including normal branched chain amino acids (Zhenyukh, 2018) (recalling that glyphosate is an amino acid

9

analogue). In fact, a meta-analysis has shown that antioxidant supplements for the prevention of mortality in healthy participants and patients with various diseases, including cancer, showed no evidence to support antioxidant supplements for primary or secondary prevention, casting doubt on the entire oxidative stress/cancer hypothesis (and in fact some antioxidant supplements may increase mortality) (Bjelakovic, 2012). Specifically, aspirin and other non-steroidal anti-inflammatory drug use is associated positively with risk of non-Hodgkin's lymphoma (independent of rheumatoid arthritis history) and not negatively, as one might expect, again providing strong evidence against the hypothesis that increased oxidative stress (such as is alleged by some to be caused by glyphosate) may theoretically lead to an increase in the incidence of non-Hodgkin lymphoma (Cerhan, 2003). The IARC nonetheless took the position that "there is strong evidence that glyphosate, glyphosate-based formulations, and AMPA can act to induce oxidative stress based on studies in experimental animals, and in studies in humans in vitro" as the second of the two evidence points stressed in their final conclusions that glyphosate was a probable carcinogen; however, even if true (which I might contest if it were more relevant to the discussion), I find the issue irrelevant, since it has never been definitively demonstrated that oxidative stress is a contributor to the pathogenesis of non-Hodgkin lymphoma. Thus, there are no significant *a priori* reasons for glyphosate or its associated compounds, to have a significant effect on humans, providing little support for Hill's sixth criterion, plausibility.

Hill's seventh criterion is coherence and asks a different question: Does what we know about the use of glyphosate correspond with the natural history and biology of non-Hodgkin lymphoma? Since glyphosate is primarily used as an herbicide by farmers, can its use since 1974 explain a change in the incidence of non-Hodgkin lymphoma in this group? At least two epidemiology studies have suggested an increased incidence of non-Hodgkin lymphoma in farmers, but both these studies used populations predominantly obtained prior to 1974. For example, Cantor et al. studied mortality listing for the years 1968-1976 (one would not expect a two year latency for non-Hodgkin lymphoma) (Cantor, 1982), while Burmeister studied subjects with lymphoma between 1964 and 1978 (again with too short a latency period to implicate glyphosate) (Burmeister, 1983). The InterLymph group studied a larger number of cases in a time period more suitable for evaluating possible effects of glyphosate, with populations extending to 2007 (Morton, 2014), and found a small increase in the risk of non-Hodgkin lymphomas for women but not men with occupation as field crop/vegetable farm worker (Cerhan, 2014), failing to demonstrate a marked increase in the incidence of non-Hodgkin lymphoma in farmers during the period of the introduction of glyphosate into agriculture.

Hill's eighth criterion is experiment. Here, there is perhaps the largest and most difficult body of evidence to evaluate, but I come back to my prior observations: If no association between glyphosate and an increased incidence of non-Hodgkin lymphoma is found in epidemiology studies, the experimental studies are moot.

The experimental studies can be divided into studies examining possible genotoxic effects, effects from oxidative stress, effects on cell proliferation or death, and effects upon the immune system. Oxidative stress has been discussed above, under plausibility. There is very weak

10

evidence that glyphosate may affect cell proliferation or death and very weak evidence that glyphosate may affect the immune system, but these effects have not been found to have a bearing on the association between glyphosate and an increased incidence of non-Hodgkin lymphoma, and are similarly not further discussed in this report.

Genotoxicity is a general term for the ability of an agent to compromise the physical or functional integrity of the genome--that is the DNA. A more important factor is mutability, the efficiency for which an impairment to the integrity of the genome leads to an actual increase in the number of mutations. The most important factors are carcinogenicity or teratogenicity, the ability to actually cause cancer or structural effects on fetuses, respectively. No studies have shown glyphosate to be teratogenic, and the topic is not further covered in this report. Studies evaluating genotoxicity alone or even mutability are not definitive. Many agents can appear to show genotoxicity on assays, but do not lead to actual mutagenesis. Similarly, many mutagenic agents may not lead to carcinogenesis. DNA damage may be repairable and damaged cells may be eliminated, by either programmed cell death or by recognition and destruction by the immune system, without leading to tumor formation.

Studies of genotoxicity, mutability, or carcinogenicity for glyphosate have generally been conducted in bacteria, mammalian cells or species, or human lymphocytes. Studies outside of mammals have generally been considered to be an unreliable measure of mutations in man, outside of the well-studied Ames mutability assay. Interestingly, this assay shows no effects of glyphosate upon mutation rates (Li, 1988). Studies on mammalian species include animal carcinogenicity data. In these studies, high doses of glyphosate are administered (much higher than any work or non-work setting for humans), looking for increases in the incidence of any cancer. These studies have shown very limited results, which have been controversial (even about the presence or classification of any tumors found) and inconsistent between tumor types, and I am unaware of any animal studies showing an increase in the incidence of non-Hodgkin lymphoma (Williams, 2016), outside one very poor (my personal opinion) paper on myeloma [which is controversial itself whether it represents a form of non-Hodgkin lymphoma or not]) (Wang, 2019). Studies performed on human lymphocytes include *in vivo* studies of cytogenetic abnormalities seen after populations have been exposed to glyphosate, as well as *in vitro* studies on human lymphocytes such as "comet" assays or micronuclei counting studies.

One must be cautious in interpreting secondary markers of genotoxicity such as the COMET assay or micronuclei counting studies, as these studies do not consistently correlate with mutability or carcinogenicity. For example, although smoking is considered by virtually all to be a genotoxin, a mutagen, and a carcinogen, conflicting results have been reported in COMET assay studies (Hoffman, 2005). Others have challenged the micronucleus assay as a useful tool for detecting genotoxic effects in populations exposed occupationally or environmentally to possible genotoxic chemicals (Speit, 2013). It has been shown when the standard battery of two or three *in vitro* genotoxicity tests was performed, it was shown that at least 80% of non-carcinogenic compounds gave a false positive result in at least one test (Kirkland, 2007).

In my opinion, the human studies represent the best and most relevant studies. Paz-y-Mino et al. analyzed the consequences of aerial spraying with a glyphosate-based product, showing a genotoxic effect using the COMET assay (Paz-y-Mino, 2007). However, this was followed up by a subsequent study by the same group, which showed all participants who had undergone aerial spraying with a glyphosate-based product to have a normal karyotype, demonstrating that even if the results of the COMET assay performed previously were valid, they did not translate to permanent effects (Paz-y-Mino, 2011). Similarly, Bolognesi, Sanin, and Solomon concluded that similar studied populations have low genotoxic risk associated with glyphosate (Bolognesi, 2009, Sanin 2009, Solomon, 2009.) In particular, Bolognesi specifically stated that "overall, data suggest that genotoxic damage associated with glyphosate spraying for control of illicit crops as evidenced by MN (micronuclei) test is small and appears to be transient. Evidence indicates that the genotoxic risk potentially associated with exposure to glyphosate in the areas where the herbicide is applied for coca and poppy eradication is low." In my opinion, it is unfortunate that IARC had a more sinister interpretation of the results than the paper's own authors, such that this was one of the only two points cited in their rationale for their final conclusions about glyphosate (see below). In any event, none of the experimental studies yielded any data that has played out in humans exposed to glyphosate under normal use circumstances.

Hill's ninth and last criterion is analogy: Are there other similar agents that could show a similar effect as glyphosate? This is perhaps Hill's weakest criterion, and he only devotes two sentences to it. Here, we could point out pesticides possibly associated with an increased incidence of non-Hodgkin lymphoma, although there are none that have been securely tied to its causation. But there are still significant differences between the other pesticides, which might be suspected to interfere with animal metabolism, and the purely herbicidal glyphosate, which only has effects on plant metabolism. Again, with no epidemiologic association between glyphosate and an increased risk of non-Hodgkin lymphoma, the analogy argument could apply to virtually every chemical compound.

In summary, there are no reliable or convincing data that support a conclusion of causation utilizing the Hill guidelines. In particular, without any epidemiological data showing consistent and strong associations between the use of glyphosate preparations and an increase in non-Hodgkin lymphoma, all the etiological arguments fall short. For these reasons, it is my opinion to a reasonable degree of medical certainty that the use of glyphosate-containing preparations is not associated with an increased risk of either cancer generally or non-Hodgkin lymphomas in particular; and certainly not established as an etiologic cause.

I am aware that IARC has classified glyphosate as "probably carcinogenic to humans (Group 2A) (IARC 2015)," but this does not change my above opinions on risks of glyphosate for causing malignant lymphoma in humans. First, IARC is concerned with possible hazards at any level and not actual health risks to humans under practical settings (IARC preamble, 2006). It is concerned with whether a given agent can cause cancer, under any conditions, including ones completely out of context to the real world. This is why experimental data is emphasized over epidemiological data in the IARC report. This perhaps explains why, of the over 500 chemical

or other agents evaluated by the IARC in their history, only one (caprolactam) has been found by this body to be "probably not carcinogenic to humans." Such agents found to be carcinogenic to humans include consumption of alcoholic beverages, processed meat, and indoor emission from domestic combustion of coal, and agents found to be probably carcinogenic to humans (similar to glyphosate) include red meat, and drinks consumed hotter than 65°C, and various professional activities (e.g., hairdresser, barber, or night shift work). Second, national regulatory bodies, more concerned with actual risks to humans under conditions that may be found in either the general environment or the work setting, such as the US EPA (spanning multiple years and including both Democratic and Republican administrations (EPA, 2017; EPA, 2020), the European Chemicals Agency (ECHA, 2017), and Health Canada (Health Canada, 2019), as well as other international bodies, have all failed to find glyphosate to represent a cancer risk to humans in its current usage. Third, IARC's interpretations of the published literature seemed to consistently favor more negative interpretations about the dangers of glyphosate than even the authors of those papers cited (see above). Fourth, and most important, the most powerful epidemiologic studies concerning the association of glyphosate use and the risk of non-Hodgkin lymphoma appeared after the publication of the controversial IARC report, including the best single report, the Agricultural Health Study with its 20-year follow-up (Andreotti, 2018), as well as the largest combined cohort study (Leon, 2019), neither of which showed a statistically significant association between glyphosate use and the risk of non-Hodgkin lymphoma.

**Medical Summary and Opinions Re Lorraine Rehak**

Lorraine Rehak is a 60-year old woman. She has a remote history of appendicitis (s/p appendectomy in 1974), chicken pox, and tonsillitis. Her family history is notable for a strong family history of cancer: a father with a history of pancreatic cancer, a sister with a history of thyroid cancer and malignant melanoma, a paternal grandmother with a history of stomach cancer, a maternal aunt with a history of small intestinal cancer, a paternal aunt with a history of breast cancer, and a paternal cousin with a history of kidney cancer. She has a 35+ year history of smoking (1 pack/day: 36 pack-years), and also has been an active drinker (2 drinks/day; 3 days/week).

Ms. Rehak has a history of intermittent swelling of her left leg for about 1.5 to 2 years, and presented in June 2014 with worsening of this swelling, without B symptoms (fevers, night sweats, weight loss). A CT scan revealed a large heterogeneously enhancing retroperitoneal mass (at least 13.3 x 10.5 x 20.0 cm.), surrounding the aorta and with compression of the left ureter and the left iliac blood vessels. There were also numerous borderline enlarged and prominent lymph nodes present within the left inguinal region, concerning for additional disease. The left kidney showed marked hydronephrosis. A fine needle aspiration biopsy of the left retroperitoneal mass was performed and was found to be consistent with lymphoma. A staging bone marrow biopsy was negative. A PET scan revealed a significant hypermetabolic (SUV 8.5) tumor mass in the left side of the pelvis which extended into the left retroperitoneum, with additional sites of metabolically active lymphadenopathy also seen in the right pelvis. Low-level

hypermetabolic lymph nodes were also noted in the left inguinal region, but no disease was identified above the diaphragm, including the neck or chest.

Ms. Rehak was treated with six cycles of chemotherapy (bendamustine and Rituxan) starting in July 2014 and ending in December 2014. A CT scan in September 2014 after three cycles of therapy showed significant interval decrease in the retroperitoneal mass, measuring 5.9 x 4.6 cm. A CT scan performed in January 2015 after six cycles of therapy showed stable appearance to the retroperitoneal mass measuring 4.5 x 5.6 x 10 cm), with poorly defined margins, unchanged in size from the previous CT scan, presumably a post-therapeutic change. A PET scan taken soon after showed increased metabolic activity, possibly due to overall uptake of FDG throughout the body/dosage, but decreased size (7.2 x 4.8 cm.) of the retroperitoneal soft tissue adenopathy. She was then treated with consolidative radiation therapy. The records state: "Patient was treated with IMRT technique and 6 MV photons to the initial PTV to 30.6 Gy given in 17 fractions at a rate of 1.8 Gyi/fx. Subsequently the pelvic lymph nodes received a boost dose of 10.8 By given in 6 fractions at a rate of 1.8 Gy/fx using 6 MV photons and IMRT plan." Following this, she was started on maintenance Rituxan infusions.

A CT scan performed in May 2015 showed no significant changes since the prior examination, consistent with the sequelae of known lymphoma. A concomitant PET scan showed an interval decrease in the size of the mass, with significant decrease in the metabolic activity, suggesting a positive therapeutic response. She continued on maintenance Rituxan therapy once every three months through November 2016), with slow decrease in the size of the retroperitoneal mass as assessed by radiologic studies (including CT scans performed in May 2016, January 2017, November 2018, and June 2020), consistent with post-treatment effects with residual fibrosis, and no clinical evidence of recurrence or progression of disease. Gastroesophageal, gastric, duodenal, and colonic biopsies performed in May 2016 showed benign findings and no evidence of lymphoma. In 2019, she had an acute psychiatric incident, apparently unrelated to the lymphoma. She remains lymphoma-free in 2020.

**Results of Pertinent Laboratory Studies:**

Left retroperitoneal mass, core biopsy (6/16/14): Consistent with follicular lymphoma, grade 1-2. Concomitant flow cytometry showed a CD10 dim positive lymphoproliferative disorder with lambda light chain restricted monoclonal B-cells (21%), without co-expression of CD5 or CD11c.

Bone marrow, biopsy and aspiration (7/2/2014): Normocellular marrow, with no morphologic evidence of lymphoma. Concomitant flow cytometry and cytogenetic studies were negative. My review of left retroperitoneal mass, core biopsy (6/16/14):

Four slides were received; only two were stained for H&E, and the other two were unstained. One of the H&E slides contained non-diagnostic material. The remaining slide shows several thin needle biopsy cores of dense fibrous tissue with extensive lymphoid infiltration. The architecture was predominantly diffuse, with no definite follicular structures identified. Cytologically, there was a mixed infiltrate composed mainly of small lymphoid cells, with

scattered atypical and intermediate size cells.  My histologic impression is that of a malignant lymphoma with diffuse architecture, of predominantly small cell type.  Combining the histologic findings with the concomitant flow cytometry studies, the diagnosis is clearly that of a B-cell lymphoma.  The positivity for CD10 combined with the absence of CD5 is most consistent with follicular center cell origin, even in the absence of definite follicles, and the cytologic features are consistent with low-grade.

Based on the slide review along with the ancillary reports available to me, Ms. Rehak had a follicular lymphoma, although the specific type of lymphoma cannot be determined based on the available information. It may represent a follicular lymphoma, grade 1-2, in which follicular structures are not seen due to the small sampling of the neoplasm.  It may represent a diffuse follicular lymphoma, in which there are features similar to conventional follicular lymphoma, but there is a purely diffuse architectural pattern.  There is also the possibility of a variant of follicular lymphoma called follicular lymphoma with a predominantly diffuse growth pattern, although this is rare. However, the genetic tests that might identify specific translocations or deletions, which would assist in further subtype classification, were not done. Further classification of Ms. Rehak's lymphoma would not have had an impact on her treatment and are not necessary for our analyses here.  Ms. Rehak's clinical course shows that she had a low-grade lymphoma that was treated appropriately, she is doing well and has a very favorable prognosis in terms of her lymphoma.

I have reviewed the report submitted by Ron Schiff, M.D., Ph.D.  For the reasons set forth in this report, I disagree with his analyses of the data and disagree with his conclusions in that report, including his opinions that: lymphoma has a known external cause; that glyphosate is a cause of NHL; and that glyphosate exposure was a cause or contributing factor in causing Ms. Rehak's non-Hodgkin lymphoma.

**Final Conclusions:**

It is my opinion to a reasonable degree of medical certainty that Ms. Rehak had a low-grade B-cell lymphoma and that any exposure she may have had to glyphosate-containing formulations were not a cause or contributing factor in the development of her lymphoma. Although it is not a clinically-accepted exercise to list risk factors for cancer and then select one of those risk factors as a cause, Ms. Rehak had a few clinically significant risk factors worth mention. There was a significant family history of cancer and there was a history of smoking, both of which are associated with an increased risk of follicular lymphoma, the former associated with lymphoma in general and the latter specifically associated with follicular lymphoma.  However, the greatest likelihood in this case is that this lymphoma arose as a result of random replicative errors in the DNA of a lymphoid precursor cell leading to the occurrence of several driver mutations, which ultimately led to Ms. Rehak's clinically evident tumor mass.

**Dated:  February 11, 2021**

Lawrence Weiss, M.D.

15

**EXHIBIT A**

CURRICULUM VITAE

Name:                    Lawrence Martin Weiss

Current Positions:       Chief Medical Officer, NeoGenomics Laboratories (2019 to present)
                         31 Columbia
                         Aliso Viejo, California   92656
                         Cell phone:  626-227-6438
                         Email:  Lawrence.Weiss@neogenomics.com

                         Chairman of Pathology Emeritus (from 2011)
                         City of Hope National Medical Center
                         Duarte, California

Home Address:            

Citizenship:      U.S.A.

Birthplace:      New York, New York

Family Status:  Married:  Tina Pasternack; children, Dina Emily and Tessa Simone

Undergraduate Education (1974 to 1976):

B.S., University of Maryland at College Park, Maryland 20742, Zoology, 1976

   Honors:      Class Valedictorian

                Summa cum Laude

                Phi Sigma

Medical Education (1977 to 1981):

M.D., University of Maryland School of Medicine, Baltimore, Maryland 21201, 1981

   Honors:      Faculty Gold Medal for Outstanding Qualifications for
                   The Practice of Medicine (highest award)

                Summa cum Laude

                Francis Donaldson Award for Highest Achievement in Pathology

Alpha Omega Alpha

Current Medical Licensures:  California C41422 (1984 to present)
New York 264106 (2011 to present)
New York Certificate of Qualification (2012 to present)
Florida ME 114032 (2012 to present)
Texas (2014 to present)
North Carolina (2017 to 2020)

Specialty Boards:  Anatomic Pathology (1985, renewed in 2014)

Previous Positions:

Resident in Anatomic Pathology, Brigham and Women's Hospital, Boston, Massachusetts.  (1981 to 1983)

Fellow in Anatomic Pathology (Surgical Pathology), Stanford University Medical Center, Stanford, California.  (1983 to 1984)

Acting Instructor in Pathology (Surgical Pathology), Stanford University Medical Center, Stanford, California.  (1984 to 1985)

Assistant Professor, Department of Pathology, Stanford University, Stanford, California.  (1985 to 1989)

Director, Surgical Pathology, Division of Pathology, City of Hope National Medical Center, Duarte, California.  (1989 to 1996)

Founding Medical Director, US Laboratories, Irvine, California, (1997 to 2000, concurrently with Chairmanship of Pathology at City of Hope)

Chairman, Department of Pathology, City of Hope National Medical Center, Duarte, California.  (1997-2011)

Chairman Emeritus, Department of Pathology, City of Hope National Medical Center, Duarte, California (2011-present)

Director of Laboratories, City of Hope National Medical Center, Duarte, California (1997-2011)

Senior Consultant Pathologist, Clarient Diagnostic Services (2011 to 2013)

Laboratory Director, Clarient Diagnostic Services, Inc. at Woodland Hills, California 21364 (2012 to 2013)

President and Chairman of the Board (2004 to 2016), California Cancer Specialists (dba City of Hope) Medical Group, Inc., Monrovia, California 91017 (corporation dissolved after $xx,000,000 [sale price confidential] private sale of assets)

Medical Director and Laboratory Director, Clarient Diagnostic Services, Inc., 2013 to 2015

Medical Director and Laboratory Director, NeoGenomics Laboratories (2016 to 2019)

Chief Scientific Officer, NeoGenomics Laboratories (2018 to 2019)

Visiting Professor, Department of Pathology and Laboratory Medicine, University of California at Irvine, Irvine, CA 92697 (2015 to 2019)


Professional Awards:

Benjamin Castleman Award from the International Academy of Pathology for the most outstanding paper in English in the field of human pathology in the previous year by a pathologist under 40, 1986

Arthur Purdy Stout Award from the Arthur Purdy Stout Society of Surgical Pathologists for the most outstanding diagnostic pathology paper in the previous year by a surgical pathologist under 40, 1986

Hume Faculty Scholar, Stanford University, 1986-1987

Clinical Oncology Career Development Award, American Cancer Society, 1987-1989

Andrew Mellon Foundation Fellow, Stanford University, 1988-1989

Recipient of UPS Grant CA50341 from National Cancer Institute, "In Situ Hybridization in Hodgkin's Disease," 1991-1996

Totten Visiting Professorship, University of Pittsburgh, 1991

Raine Visiting Professorship, University of Western Australia, 1993

Listed in *The Best Doctors in America, 1994-1995* (Hematopathology), Woodward and White

Broders Lectureship (inaugural recipient), Scott and White Clinic, 1994

Arthur Purdy Stout Lectureship (New Orleans), Arthur Purdy Stout Society of Surgical Pathologists, 1995

Listed in *The Best Doctors in America: Pacific Region, 1996-1997,* Woodward and White

Listed in *The Best Doctors in America, 1998-present* (Hematopathology and Surgical Pathology), Woodward and White

Young Investigator Award from the United States-Canadian Academy of Pathology for a body of work which has contributed significantly to the diagnosis and understanding of human disease by a pathologist under 45 years, 1999

Listed in *America's Top Doctors, 2001-present,* (Lymphoma and Surgical Pathology), Castle Connolly Guide

Listed in ISI's database of Highly Cited Researchers in Clinical Medicine (ISIHighlyCited.com), 2004 to present

10th Swatek Visiting Professorship, Loma Linda University, 2006

Award of Excellence, in appreciation for "years of outstanding service and outstanding accomplishments," SDM Cancer Relief Fund, 2011

Professional Organizations:

United States/Canadian Academy of Pathology, 1986 to present

American Society of Investigative Pathologists

Arthur Purdy Stout Society of Surgical Pathologists

Society for Hematopathology

Arkadi M. Rywlin Pathology Slide Seminar

International Lymphoma Study Group (ILSG), 1996 to present

Association of Molecular Pathologists, 1996 to 2003

Association of Directors of Anatomic and Surgical Pathology, 1996 to 2003

Los Angeles Society of Pathologists, 1997 to 2011

California Society of Pathologists, 1997 to 2011

American Pathology Foundation, 1999 to 2007

Southern California Lymphoma Group, 2004 to 2011

Editorial Positions (past and present):

Associate Editor and Editorial Board, American Journal of Pathology

Associate Editor, Applied Immunohistochemistry and Molecular Morphology

Editorial Board, American Journal of Surgical Pathology

Editorial Board, Human Pathology

Editorial Board, Modern Pathology

Editorial Board, Pathology Case Reviews

Editorial Board, American Journal of Clinical Pathology

Editorial Board, Annals of Diagnostic Pathology

Editorial Board, Laboratory Investigation

Editorial Board, Journal of Clinical and Experimental Hematopathology

Editorial Board, Histopathology

Editorial Board, Clinical Medicine:  Pathology

Editorial Board, Advances in Tumor Virology


National and International Academic, Commercial, and Administrative Committees and Positions:

Organizing Committee, 1994 NATO Advanced Research Workshop on the Aetiology of Hodgkin's Disease held in Loch Lomond, Scotland.

Selection Committee, 1995 General Motors Cancer Research Foundation Kettering Prize

WHO Committee for Updated Classification of Lymphomas (Chairman, Histiocytic subcommittee)

Member of International Lymphoma Study Group (20+ member group sponsoring REAL classification of lymphomas), 1996 to 2018

Nominating Committee, Arthur Purdy Stout Society of Surgical Pathologists, 1995

Scientific Committee, Society for Hematopathology sponsored Workshop on Immunodeficiency-Related Lymphoproliferative Disorders at City of Hope National Medical Center, October, 1995

Chairman, Program Committee, Arthur Purdy Stout Society of Surgical Pathologists, 1995 to 1997

Trustee, Arthur Purdy Stout Society of Surgical Pathologists, 1996 to 1998

Abstract Review Board, United States and Canadian Academy of Pathology, 1995 to 1997

Education Committee, United States and Canadian Academy of Pathology, 1997 to 2000

Board of Directors, Los Angeles Society of Pathology, 1997 to 2005

Board of Directors, City of Hope Medical Group, Inc., 1998 to present

Nominating Committee, American Society of Investigative Pathology, 1998 to 2000

Medical Executive Committee, City of Hope Medical Staff, 1997 to present

Chairman, Histiocytic Neoplasms Subcommittee of 3rd WHO Classification of Tumours of the Hematopoietic and Lymphoid Tissues, 1999-2001

President-Elect/President/Past-President, City of Hope National Medical Center Medical Staff, 2000 to 2005

Board of Directors, City of Hope National Medical Center, 2001 to 2004

Vice President/President/Past-President, Los Angeles Society of Pathology, 2002 to 2005

President and Chairman of the Board, California Cancer Specialists (City of Hope) Medical Group, Inc., 2004 to present

Board of Trustees, Southern California Lymphoma Group, 2004 to 2011

Participant, 4th WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues, 2006-2008

Member NCCN Advisory Committee on Hodgkin Lymphoma, 2005-2011

Medical Advisory Board, Clarient, Inc., 2007 to 2011

Host, International Lymphoma Study Group, Pasadena, CA, 2009

Consultant, Pathwork Inc., 2010 to 2012

Medical Advisory Board, BioTheranostics, 2012 to present

Consultant, Pfizer, 2012 to 2013

Speaker Board and Medical Advisory Boards, Roche/Genentech, 2014 to present

Speaker Board, Merck, 2016 to present

Medical Advisory Boards, Novartis, 2018

Medical Advisory Boards, Loxo Oncology, 2018

Medical Advisory Board, Moderna, 2019

Speaker, Bayer, 2019 to present

Speaker, Roche/Ventana, and member of Advisory Boar, 2020 to present

Medical Advisory Board, Thermo-Fisher, 2020 to present

Interests:

Diagnostic:    Tumor surgical pathology, lymph node pathology,
               immunohistochemistry, biomarkers, adrenal pathology, mesothelioma

Research:      Hodgkin lymphoma, non-Hodgkin lymphoma, Epstein-Barr
               virus, lymphoma pathogenesis; adrenal pathology

Outside:       Medieval history (published a book on Sigismund, Holy Roman
               Emperor)


Invited Lectures (excluding moderator, case presentation, or abstract
presentations):

1. Current Concepts in Surgical Pathology, Department of Pathology, Stanford
University School of Medicine, Stanford, California, 1984-1989.

2. American Society of Dermatopathology, New Orleans, Louisiana, 1986.

3. American Academy of Dermatology, New Orleans, Louisiana, 1986.

4. Department of Pathology, Oakland Naval Hospital, Oakland, California, 1987.

5. Medical Grand Rounds, Children's Hospital of San Francisco, San Francisco,
California, 1987.

6. International Workshop on Hodgkin's Disease, sponsored by M. D. Anderson
Cancer Center, Houston, Texas, 1987.

7. Toronto Dermatological Society, Toronto, Canada, 1987.

8. California Society of Pathologists, San Francisco, California, 1987.

9. American Society of Clinical Pathologists, San Francisco, California, 1987.

10. Becton Dickinson Applied Research, Mountain View, California, 1988.

11. Department of Pathology, Robert Wood Johnson School of Medicine,
Piscataway, New Jersey, 1988.

12. Department of Pathology, Mayo Clinic, Rochester, Minnesota, 1988.

13. Department of Pathology, University of Utah School of Medicine, Salt Lake City, Utah, 1988.

14. Department of Pathology, University of Maryland School of Medicine, Baltimore, Maryland, 1988.

15. Pathological Society of Great Britain and Ireland, London, England, 1989.

16. Department of Pathology, University of California at San Francisco, San Francisco, California, 1989.

17. Department of Pathology, University of Maryland School of Medicine, Baltimore, Maryland, 1989.

18. International Symposium on Tumor Immunology, Madrid, Spain, 1989.

19. Department of Medicine, University of Southern California, Los Angeles, California, 1989.

20. Association for Research in Otolaryngology, St. Petersburg, Florida, 1990.

21. Department of Pathology, National Cancer Institute, Bethesda, Maryland, 1990.

22. Department of Pathology, Children's Hospital of Los Angeles, Los Angeles, California, 1990.

23. Los Angeles County Society of Pathologists, Los Angeles, California, 1990.

24. Society for Hematopathology, Annual Meeting, Chicago, Illinois, 1991.

25. Second International Symposium on Immune Mediated Heart Disease, Airlie, Virginia, 1991.

26. Second International Symposium on Hodgkin's Disease, Cologne, Germany, 1991.

27. Society for Hematopathology, San Antonio, Texas, 1991.

28. Totten Visiting Professorship, Department of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania, 1991 (6 hours of talks).

29. Lymphoma: The Next Questions, sponsored by M.D. Anderson Cancer Center, Orlando, Florida, 1992.

30. Department of Pathology and Laboratory Medicine Spring Research Seminar, University of Florida College of Medicine, Gainesville, Florida, 1992.

31. Department of Pathology, University of Southern California, Los Angeles, California, 1992.

32. Department of Pathology, University of Minnesota, Minneapolis, Minnesota, 1992.

33. Tenth Medical Congress, University of Guadalajara, Guadalajara, Mexico, 1992.

34. Department of Pathology, University of California Irvine Medical Center, 1993.

35. Department of Pathology, University of Western Australia, Perth, Australia, 1993.

36. Western Australia Anatomic Pathology Study Group, Perth, Australia, 1993.

37. Department of Haematology, Perth Royal Hospital, Perth, Australia, 1993.

38. Medical Grand Rounds, Sir Charles Gairdner Hospital, Perth, Australia, 1993.

39. Symposium on Molecular Diagnostics in Neoplastic Haematopathology, sponsored by University of Western Australia and Royal Perth Hospital, 1993.

40. Department of Pathology, University of Louisville, Louisville, Kentucky, 1993.

41. Hodgkin's Disease Colloquium, Division of Oncology, Stanford University, Stanford, California, 1993.

42. Fifth International Symposium on Malignant Lymphoma, Lugano, Switzerland, 1993.

43. Department of Pathology, Memorial Sloan-Kettering Hospital, New York, New York, 1993.

44. Amgen Inc., Thousand Oaks, California, 1993.

45. Current Concepts in Surgical Pathology, Department of Pathology, Stanford University, Stanford, California, 1993.

46. Departments of Medicine and Pathology, University of Virginia, Charlottesville, Virginia, 1993.

47. Department of Microbiology, Loma Linda School of Medicine, Riverside, California, 1993.

48. Department of Pathology, Columbia University, New York, New York, 1993.

49. Society for Hematopathology, San Francisco, California, 1994.

50. Seminar on Immunohistochemistry, Biotek, Newport Beach, California, 1994.

51. Nebraska Lymphoma Study Group, Omaha, Nebraska, 1994.

52. Department of Pathology, University of Nebraska, Omaha, Nebraska, 1994.

53.  NATO Advanced Research Workshop on the Aetiology of Hodgkin's Disease, Scotland, 1994.

54.  Symposium on Hodgkin's Disease, Leukaemia Research Foundation Virus Centre, Glasgow, Scotland, 1994.

55.  Topics in Surgical Pathology, Department of Pathology, UCSF, San Francisco, California, 1994.

56.  Workshop on Lymph Node Pathology, American Society of Clinical Pathologists, San Antonio, Texas, 1994.

57.  Seminar on Immunohistochemistry, Biotek, San Francisco, California, 1994.

58.  Department of Pathology, Scott and White Clinic, Temple, Texas, 1994.

59.  Department of Pathology, Baculdade Medicina-UNESP, Botucato, Brazil, 1994.

60.  Department of Pathology, Sao Paulo University, Sao Paulo, Brazil, 1994.

61.  Association of Pathologists of the State of Sao Paulo, Jau, Brazil, 1994.

62.  Departments of Pathology, Associated Pathology Programs of Bahia, Salvador, Brazil, 1994.

63.  Seminar on Immunohistochemistry, Biotek, Los Angeles, California, 1994.

64.  Department of Pathology, University of Puerto Rico, San Juan, Puerto Rico, 1995.

65.  Department of Pathology, Universidad Central del Caribe, San Juan, Puerto Rico, 1995.

66.  Arthur Purdy Stout Society Annual Meeting, Toronto, Canada, 1995.

67.  United States-Canadian Academy of Pathology Evening Specialty Conference on Surgical Pathology, Toronto, Canada, 1995.

68.  Workshop on Lymph Node Pathology, American Society of Clinical Pathologists, Vancouver, Canada, 1995.

69.  Los Angeles Pathology Society, Los Angeles, California, 1995.

70.  Pan Pacific Lymphoma Conference, Maui, Hawaii, 1995.

71.  Department of Pathology, University of Southern California, Los Angeles, California, 1995.

72. Arthur Purdy Stout Lecture, American Society of Clinical Pathologists Annual meeting, New Orleans, Louisiana, 1995.

73. Workshop on Liver Transplantation, American Society of Clinical Pathologists, New Orleans, Louisiana, 1995.

74. Workshop on Immunodeficiency, Society for Hematopathology, Duarte, California, 1995.

75. John Wayne Cancer Institute, Santa Monica, California, 1996.

76. Los Angeles Pathology Society, Los Angeles, California, 1996.

77. Workshop on Lymph Node Pathology, American Society of Clinical Pathologists, Buena Vista, Florida, 1996.

78. Moderator, Arthur Purdy Stout Society Annual Scientific Session, Washington, D.C., 1996.

79. Department of Pathology, Medical College of Virginia, Richmond, Virginia, 1996.

80. Association of Clinical Immunology, New Orleans, Louisiana, 1996.

81. Workshop on Liver Transplantation, American Society of Clinical Pathologists, Washington, D.C., 1996.

82. Seminar on Immunohistochemistry, Ventana Biotek Medical Systems, Santa Monica, California, 1996.

83. Current Concepts in Surgical Pathology, Department of Pathology, Stanford University, Stanford, California, 1996.

84. Short Course on Lymphoma Immunohistochemistry, International Academy of Pathology, Budapest, Hungary, 1996.

85. Arthur Purdy Stout Society sponsored Surgical Pathology Slide Seminar, International Academy of Pathology, Budapest, Hungary, 1996.

86. Seminar on Immunohistochemistry, Ventana Biotek Medical Systems, Seattle, Washington, 1996.

87. Department of Pathology, National Cancer Institute, Bethesda, Maryland, 1996.

88. Short Course on Immunohistochemistry. United States and Canadian Academy of Pathology, Orlando, Florida, 1997.

89. Moderator, Arthur Purdy Stout Society Annual Scientific Session, Orlando, Florida, 1997.

90. University of Calgary, Southern Alberta Cancer Research Center, Calgary, Canada, 1997.

91. Workshop on Lymph Node Pathology, American Society of Clinical Pathologists, Chandler, Arizona, 1997.

92. Teleconference, American Society of Clinical Pathology, 1997.

93. Lymphoproliferative Disorders Course, Australian Lymphoma Club and the Australasian Division of the International Academy of Pathology, Queensland, Australia, 1997 (11 hours of talks).

94. Diagnostic Pathology 97, United States and Canadian Academy of Pathology, San Diego, California, 1997 (three hours of talks).

95. Department of Pathology, University of California, Irvine, California, 1997.

96. Department of Anatomic Pathology, University of Rome (University 'degli Study "Tor Vergata"), 1997.

97. Department of Pathology, Harbor-UCLA Medical Center, 1997.

98. Update in Surgical Pathology, Armed Forces Institute of Pathology, 1997 (two hours of talks).

99. Department of Pathology, Southern California Kaiser Permanente, Los Angeles, California, 1998.

100. Society for Hematopathology, Boston, Massachusetts, 1998.

101. American Society of Clinical Oncology, Los Angeles, California, 1998.

102. Department of Hematology-Oncology, UCLA, Los Angeles, California, 1998.

103. Diagnostic Pathology 98, United States and Canadian Academy of Pathology, Washington, DC, 1998 (three hours of talks).

104. International Academy of Pathology, Nice, France, 1998.

105. Los Angeles Society of Pathology, Los Angeles, California, 1998.

106. American Association of Pathologist Assistants, San Diego, California, 1998.

107. 6th Japanese-Korean Lymphoreticular Workshop, Okayama, Japan, 1999.

108. Short Course on Immunohistochemistry. United States and Canadian Academy of Pathology, San Francisco, California, 1999.

109. Spanish Lymphoma Club, Alicante, Spain, 1999.

110. Diagnostic Pathology 99, United States and Canadian Academy of Pathology, Minneapolis, MN, 1999 (three hours of talks).

111. Biogenics, Los Angeles, California, 2000.

112. Department of Pathology, Harbor-UCLA Medical Center, 2000.

113. Society for Hematopathology, New Orleans, Louisiana, 2000.

114. Short Course on Immunohistochemistry. United States and Canadian Academy of Pathology, New Orleans, Louisiana, 2000.

115. Department of Pathology, Harbor-UCLA Medical Center, 2000.

116. Colorado Society of Clinical Pathologists, Colorado Springs, Colorado, 2000.

117. Visiting Professor, Penrose Hospital, Colorado Springs, Colorado, 2000.

118. Departments of Pathology and Medicine, Loyola School of Medicine, Chicago, Illinois, 2000.

119. Department of Medicine, St. Jude Hospital, Fullerton, California, 2000.

120. Central California Pathology Society, Fresno, California, 2000.

121. Association of Molecular Pathology, Denver, Colorado, 2000.

122. Cedars-Sinai Department of Pathology, Beverly Hills, California, 2000.

123. Department of Hematology/Bone Marrow Transplantation, City of Hope National Medical Center in collaboration with The Lymphoma Research Foundation of America, Redondo Beach, California, 2000.

124. Short Course on Immunohistochemistry, United States and Canadian Academy of Pathology, Atlanta, Georgia, 2001.

125. Cancer Center of the State University of New York at Stony Brook, Stony Brook, New York, 2001.

126. North American Society of Head and Neck Pathology Society, Atlanta, Georgia, 2001.

127. Current Issues in Surgical Pathology, sponsored by Department of Pathology, University of Texas Southwestern Medical Center, Dallas, Texas, 2001 (two hours of talks).

128. Australasian Division of International Association of Pathology, Sydney, Australia, 2001 (plenary speaker with six hours of talks).

129. Department of Pathology, Royal Prince Alfred Hospital, Sydney, Australia, 2001.

130. Department, of Pathology, John Hunter Hospital, University of Newcastle, Newcastle, Australia, 2001.

131. Department of Pathology, Royal Perth Hospital, Perth, Australia, 2001.

132. Pathcentre, Perth, Australia, 2001.

133. Department of Pathology, Royal Brisbane Hospital, Brisbane, Australia, 2001.

134. Department of Pathology, Mayne Medical School, University of Queensland, Brisbane, Australia, 2001.

135. Department of Pathology, Princess Alexandra Hospital, Brisbane, Australia, 2001.

136. American Association of Pathologist Assistants, San Diego, California, 2001.

137. Los Angeles Society of Pathologists, Los Angeles, California, 2002.

138. Binford-Dammin Society of Infectious Disease Pathologists, Chicago, IL, 2002.

139. Stanford/UCSF Continuing Education Course, San Francisco, CA, 2002.

140. Lymphoma 21, Nagoya, Japan, 2002.

141. University of Jintendo, Tokyo, Japan, 2002.

142. Lymphoreticular Seminar, Okayama, Japan, 2002.

143. Lymphoma Conference:  New Developments in Diagnosis and Treatment, City of Hope National Medical Center Division of BMT/Hematology, Huntington Beach, CA, 2003.

144. Keck USC School of Medicine Department of Pathology Grand Rounds, Los Angeles, CA, 2003.

145. International Lymphoma Study Group, Leuven, Belgium, 2004.

146. Keck USC School of Medicine Department of Pathology Grand Rounds, Los Angeles, CA, 2004

147. Interlymph Consortium, Los Angeles, CA, 2004.

148. Pulmonary Pathology Society, San Antonio, Texas, 2005.

149. International Lymphoma Study Group, Vancouver, Canada, 2005.

150. Ohio State University Continuing Education Course, Columbus, Ohio, 2005.

151. Asia-Pacific International Academy of Pathology, Beijing, China, 2005.

152. Department of Pathology, Stanford University, Stanford, CA, 2005.

153. Los Angeles Society of Pathologists, Los Angeles, CA, 2005.

154. Pathology Education Inc., Snowmass, Colorado, 2006 (8 hours of talks).

155. Department of Pathology, Loma Linda University, Loma Linda, CA, 2006.

156. Clarient, Inc., Cincinnati, OH, 2006.

157. Clarient, Inc., MacLean, VA, 2006.

158. Clarient, Inc., San Diego, CA, 2006.

159. California Society of Pathologists, San Francisco, CA, 2006.

160. Clarient, Inc., Tampa, FL, 2006.

161. Clarient, Inc., Chicago, IL, 2006.

162. Clarient, Inc., Grand Rapids, MI, 2006.

163. International Lymphoma Study Group, Bologna, Italy, 2006.

164. Grand Rounds, Christus St. Frances Cabrini Hospital, Alexandria, Louisiana, 2006.

165. Hematopathology Tutorials, Weill-Cornell School of Medicine, Boca Raton, FL, 2007.

166. United States Canadian Society of Pathology, San Diego, CA, 2007.

167. Clarient, Inc., Norwood, MA, 2007.

168. Clarient, Inc., Morristown, NJ, 2007.

169. Department of Pathology, Huguley Memorial Medical Center, Fort Worth, Texas, 2007.

170. Clarient, Inc., Houston, TX, 2007.

171. Clarient Inc., Lafayette, CA, 2007.

172. Clarient Inc., Long Beach, CA, 2007.

173. Clarient Inc., Kansas City, KA, 2007.

174. Department of Pathology Retreat, Baylor College of Medicine, San Antonio, TX, 2007.

175. College of American Pathologists Annual Meeting, Chicago, IL, 2007.

176. Department of Pathology, 2 hours, King Abdulaziz Medical City, Riyadh, Saudi Arabia, 2007.

177. Hematopathology Tutorials, Weill-Cornell School of Medicine, 2.5 hours, Boca Raton, FL, 2008.

178. Phenopath, 2 hours, Seattle, WA, 2008.

179. Armed Forces Institute of Pathology Soft Tissue Course, Bethesda, MD, 2008.

180. California Society of Pathologists, Los Angeles, 2 hours, CA, 2008.

181. Cedars-Sinai Department of Pathology, Los Angeles, CA, 2008.

182. Clarient Inc., Atlanta, GA, 2008.

183. Clarient Inc., Denver CO, 2008.

184. Harvard Dermatopathology Course, 2 hours, Boston, MA , 2008.

185. ILSG, Madrid, Spain, 2008.

186. Cancer Center, St. Jude's Medical Center, Fullerton, CA. 2008.

187. College of American Pathologists Annual Meeting, San Diego, CA, 2008.

188. Clarient, Inc., Ventura, CA, 2008.

189.  Epstein-Barr Virus Lymphoproliferative Disease in Non-Immunocompromised Hosts, NIH Conference, Bethesda, MD, 2008.

190. Genitourinary Malignancies CME Program, City of Hope, at San Diego, CA, 2008.

191. Clarient, Inc., Rosemont, IL, 2008.

192. Orlando Regional Healthcare, Orlando, FL, 2008.

193. Clarient, Inc., Monterey, CA, 2008.

194. Pathology Grand Rounds, University of Southern California, 2008.

195. Semi-annual speaker, California Tumor Tissue Registry, Costa Mesa, CA, 6 hours, 2009.

196. Hematopathology Tutorials, Weill-Cornell School of Medicine, Marco Island, Florida, 2009, 2.5 hours.

197. Clarient, Inc., Dallas, TX, 2009.

198. North Texas Society of Pathology, Dallas, TX, 2009.

199. Slide conference for resident and fellows, Department of Pathology, University of Texas, Southwestern, Dallas, TX, 2009.

200. Clarient, Inc., Philadelphia, PA, 2009.

201. Clarient, Inc., Detroit, MI, 2009.

202. AFIP Course on Soft Tissue and Bone Pathology, Bethesda, MD, 2009.

203. Hematopathology Tutorials, Weill-Cornell School of Medicine, Marco Island, FL, 2010, 2.5 hours.

204. Department of Pathology, U. Miami, CME Course, Miami FL, 2010, 2 hours.

205. Missouri Society of Pathologists, St. Louis, MO, 2010.

206. Scientific Symposiums International, 5 hours, Mauna Kea, HI, 2010.

207. Banff Pathology Course, 2 hours, Banff, Canada, 2010.

208. Society of Pediatric Pathology Symposium, 2 hours, Banff, Canada, 2010.

209. Scientific Symposiums International, Maui, HI, 2011, 5 hours.

210. Oncology Symposium, Doctors Medical Center, Modesto, CA, 2010.

211. Visiting Professor, Department of Pathology, Weill Cornell College of Medicine, New York, NY  2010.

212. Binford-Dammin Infectious Diseases Society/USCAP Symposium, San Antonio, TX, 2011.

213. UCSF Pathology Course, San Francisco, CA, 2011, 2 hours.

214. Hematopathology Tutorials, Weill-Cornell School of Medicine, Marco Island, FL, 2.5 hours, 2011.

215. Oregon Pathologists Association, Portland, OR, 4 hours, 2011.

216. Los Angeles Society of Pathologists, Los Angeles, CA, 2011.

217. Hematopathology Tutorials, Weill-Cornell School of Medicine, Marco Island, FL, 2012, 2.5 hours.

218. Scientific Symposiums International, Hilton Head Island, SC, 2012, 5 hours.

219. USCAP Long Course on Malignant Lymphoma, Vancouver, CA, 2012.

220. Clarient, San Francisco, CA, 2011.

221. Department of Hematology-Oncology, North Florida Regional Medical Center, 2011.

222. CAP Evening Symposium (sponsored by Clarient), Grapevine, TX, 2011.

223. Scientific Symposiums International, Mauna Kea, HI, 2011, 5 hours.

224. Visiting Professor, Department of Pathology, UC San Diego, 2012.

225. Clarient, Shasta, CA, 2011.

226. Clarient, Fresno, CA, 2011.

227. Clarient, Newark, NJ, 2012.

228. Clarient, Waltham, MA, 2012.

229. Resident and Fellow Seminar, Department of Pathology, Beth Israel-Deaconess Medical Center, Boston, MA, 2012.

230. Dermatopathology Course, San Juan Hospital, Alicante, Spain, 2012, 3 hours.

231. Society of Hematopathology Seminar, American Society of Clinical Pathologists, Boston, MA, 2012.

232. CAP Breakfast Symposium (sponsored by BioThernostics), San Diego, CA, 2012.

233. CAP Dinner Symposium (sponsored by Clarient), San Diego, CA, 2012.

234. Clarient, Corpus Christi, TX, 2012.

235. ASH Evening Symposium (sponsored by Clarient), Atlanta, GA, 2012.

236. Hematopathology Tutorials, Weill-Cornell School of Medicine, Miami, FL, 3.5 hours, 2013.

237. Association for Molecular Pathology Lung Symposium (sponsored by BioTheranostics, Long Beach, CA, 2012.

238. Clarient, Rosemont, IL, 2012.

239. ASH Evening Symposium (sponsored by Clarient), Atlanta, GA, 2012.

240. USCAP Evening Symposium (sponsored by Clarient), Baltimore, MD, 2013.

241. Clarient, Wilkes Barre, PA, 2013.

242. Ohio Society of Pathologists Annual Meeting, Columbus, OH, 3 hours, 2013.

243. Department of Pathology, Truman Medical Center, Kansas City, Kansas, 2013.

244. ASCP Course on Hematopoietic System Pathology, Chicago, IL, 5 hours, 2013.

245. Satellite Symposium, sponsored by Clarient, International Hodgkin Symposium, Cologne, Germany, 2013.

246. Dinner Symposium, sponsored by Clarient, College of American Pathologists, Tampa, FL, 2013.

247. Department of Pathology Retreat, Baylor College of Medicine, New Orleans, LA, 2013.

248. Department of Pathology, Southern California Kaiser, Los Angeles, 2013.

249. Lunch Symposium, ASH, sponsored by Clarient, New Orleans, LA, 2013.

250. Scientific Symposiums International, Hilton Head Island, SC, 5 hours, 2014.

251. Hematopathology Tutorials, Weill-Cornell School of Medicine, Miami, FL, 3.5 hours, 2014.

252. Lunch Symposium, USCAP, sponsored by Clarient, San Diego, CA, 2014.

253. Histochemical Society Symposium, San Diego, CA, 2014.

254. Hoag Hospital Grand Rounds, Newport, CA, 2014.

255. Seventh Oncology Biomarkers Conference, San Diego, CA, 2014.

256. ASCP Course on Hematopoietic System Pathology, Las Vegas, NV, 2014.

257. Genentech Evening Conference, Beverly Hills, CA, 2014.

258. Genentech Evening Conference, New Orleans, CA, 2014.

258. Genentech Evening Conference, Roswell, NM, 2014.

259. Society of Hematopatholgy Seminar, American Society of Clinical Pathologists, Tampa, FL, 2014.

260. California Society of Pathology, Slide Tutorial, San Francisco, CA, 2014.

261. Genentech Evening Conference, Honolulu, HI, 2014.

262. Hematopathology Tutorials, Weill-Cornell School of Medicine, Miami, FL, 3.5 hours, 2015.

263. Genentech Evening Conference, Bellevue, WA, 2015.

264. Biotheranostics Advisory Board speaker, Detroit, MI, 2015.

265. Genentech Evening Conference, Ft. Hood, AR, 2015.

266. Biotheranostics Advisory Board speaker, Newport Beach, CA, 2015.

267. ASCP Course on Hematopoietic System Pathology, Sarasota, FL, 2015.

268. Biotheranostics Advisory Board speaker, Phoenix, AZ, 2016.

269. Biotheranostics Annual Sales Team meeting, La Jolla, CA, 2016.

270. Hematopathology Tutorials, Weill-Cornell School of Medicine, New Orleans, LA, 3.5 hours, 2016.

271. Department of Pathology Loyola School of Medicine, Chicago, IL, 2016.

272. Department of Pathology Rush School of Medicine, Chicago, IL, 2016.

273. ASCP Course on Hematopoietic System Pathology, La Jolla, CA, 2016.

274. Scientific Symposiums International, GA, 2016, 5 hours.

275. Genentech Conference, Newman, GA, 2016.

276. Genentech Conference, San Diego, CA, 2016.

277. Genentech Conference, Norwich, CT, 2016.

278. Genentech Conference, Nashville, TN, 2016.

279. Genentech Conference, Lubbock, TX, 2016.

280. Blessing Hospital, Evening Conference, Quincy, IL, 2017.

281. MD Anderson Hospital, Genentech Conference, Houston, TX, 2017.

282. Banner/MD Anderson Hospital, Genentech Conference, Gilbert, AZ, 2017.

283. Hematopathology Tutorials, Weill-Cornell School of Medicine, Miami, FL, 3 hours, 2017.

284. Missouri Society of Pathologists, St. Louis, MO, 2017.

285. Genentech Conference, San Jose, CA, 2017.

286. Genentech Conference, Miami, FL, 2017.

287. Genentech Conference, Eau Claire, WI, 2017.

288. Genentech Conference, Salt Lake City, UT, 2017.

289. Genentech Conference, San Francisco, CA, 2017.

290. Genentech Conference, Palo Alto, CA, 2017

291. Genentech Conference, San Diego VA, San Diego, CA, 2017.

292. Pacific Hematopathology Conference, Maui, HI, 2018, 4 talks.

293. Hematopathology Tutorials, Weill-Cornell School of Medicine, Miami, FL, 3 hours, 2018.

294. Hematopathology Tutorials, Weill-Cornell School of Meidcine, Naples, FL, 3 hours, 2019.

295. Barnes Hospital, Washington University, Lunch Conference, St. Louis, MO, 2019.

296. Hematopathology Tutorials, U of Chicago School of Medicine, Naples, FL, 4 hours, 2020.


PUBLICATIONS

1. Shamsuddin AKM, Weiss L, Phelps PC, Trump BF: Colonic epithelium IV: studies of human colon carcinogenesis. Changes in human colonic mucosa adjacent to and remote from carcinomas of the colon. J Natl Cancer Inst 66:413-419, 1981.

2. Weiss LM, Thiemke WA: Disseminated aspergillus ustus infection following cardiac surgery. Am J Clin Pathol 80:408-411, 1983.

3. Weiss LM, Weinberg DS, Warhol ML: Medullary carcinoma in a thyroid with Hashimoto's disease. Am J Clin Pathol 80:534-538, 1983.

4. Weiss LM, Murphy GS: Malignant cellular infiltrates of the skin with foamy cytoplasm. J Dermatol Surg Oncol 9:805-807, 1983.

5.  Weiss LM:  Comparative histologic study of 43 metastasizing and non-metastasizing adrenocortical tumors.  Am J Surg Pathol 8:163-169, 1984.

6.  Corson JM, Weiss LM, Banks-Schlegel SP, Pinkus GS:  Keratin proteins and carcinoembryonic antigen in synovial sarcoma: an immunohistochemical study of 24 cases.  Hum Pathol 15:615-621, 1984.

7.  Weiss LM, Warhol MF:  A comparative analysis of ultrastructural distinctions of adult pleomorphic rhabdomyosarcomas, pleomorphic liposarcomas, and pleomorphic malignant fibrous histiocytomas.  Hum Pathol 15:1025-1033, 1984.

8.  Weiss LM, Brodsky GS:  Adenolymphoma with massive necrosis.  Acta Pathol Jpn 34:1469-1474, 1984.

9.  Weiss LM, Crabtree GS, Rouse RV, Warnke RA:  Morphologic and immunologic characterization of 50 peripheral T cell lymphomas.  Am J Pathol 118:316-324, 1985.

10.  Weiss LM, Wood GS, Dorfman RF:  T cell signet ring cell lymphoma:  a histologic, immunocytochemical, and ultrastructural study of two cases.  Am J Surg Pathol 9:273-280, 1985.

11.  Grody WW, Weiss LM, Warnke RA, Magidson JG, Hu E, Lewin KJ:  Primary gastrointestinal lymphomas:  immunohistochemical studies on the cell of origin. Am J Surg Pathol 9:328-337, 1985.

12.  Schoeppel SL, Hoppe RT, Dorfman RF, Horning SJ, Collier AC, Chew TC, Weiss LM:  Hodgkin's disease associated with individuals at risk for the acquired immune deficiency syndrome.  Ann Intern Med 102:68-70, 1985.

13.  Yousem SA, Weiss LM, Warnke RA:  Morphologic features and immunologic phenotype in 19 patients with primary mediastinal non-Hodgkin's lymphoma.  Am J Clin Pathol 83:676-680, 1985.

14.  Aziz S, Bergdahl L, Baldwin JC, Weiss LM, Jamieson SW, Oyer PE, Stinson EB, Shumway NE:  Pancreatitis following cardiac and cardiopulmonary transplantation. Surgery 97:653-661, 1985.

15.  Warnke RA, Weiss LM:  A practical approach to the immunodiagnosis of lymphomas emphasizing differential diagnosis.  Cancer Surveys 4:349-358, 1985.

16.  Sandler RM, Seifer DB, Morgan K, Pockros PH, Wypych J, Weiss LM, Schiffman S: Heparin-induced thrombocytopenia and thrombosis: Detection and specificity of a platelet-aggregating IgG.  Am J Clin Pathol 83:760-764, 1985.

17.  **Weiss LM, Hu E, Wood GS, Moulds C, Cleary ML, Warnke RA, Sklar J:  Clonal rearrangements of the T cell receptor in mycosis fungoides and dermatopathic lymphadenopathy.  N Engl J Med 313:539-544, 1985.**

18. Weiss LM, Warnke RA: Nodular lymphoma with blastic conversion: a report of two cases with confirmation by immunoperoxidase studies on bone marrow sections. Am J Clin Pathol 83:681-686, 1985.

19. Mostoufi-zadeh M, Weiss LM, Driscoll SG: Non-immune hydrops fetalis: an autopsy study of 35 cases. Hum Pathol 16:785-789, 1985.

20. Weiss LM, Trela M, Cleary ML, Turner RR, Warnke RA, Sklar J: Frequent immunoglobulin and T cell receptor gene rearrangements in histiocytic malignancies. Am J Pathol 121:369-373, 1985.

21. Hu E, Weiss LM, Hoppe R, Horning SJ: Nodular and diffuse mixed small cleaved and large cell lymphoma: a clinicopathologic study. J Clin Oncol 3:1183-1187, 1985.

22. Weiss LM, Yousem SA, Warnke RA: Non-Hodgkin's lymphomas of the lung: a study of 19 cases emphasizing the utility of frozen section immunologic studies in differential diagnosis. Am J Surg Pathol 9:480-490, 1985.

23. Weiss LM, Wood GS, Warnke RA: Immunophenotypic differences among dermatopathic lymphadenopathy and lymph node involvement in mycosis fungoides. Am J Pathol 120:179-185, 1985.

24. Nickoloff BJ, Hill JR, Weiss LM: Canine cutaneous neuroendocrine carcinoma. Am J Dermatopath 7:579-586, 1985.

25. Cleary ML, Trela MJ, Weiss LM, Warnke R, Sklar J: Most null cell lymphomas are B lineage neoplasms. Lab Invest 53:521-525, 1985.

26. Weiss LM, Bindl J, Picozzi V, Link M, Warnke RA: Lymphoblastic lymphoma: an immunophenotype study of 26 cases. Blood 67:474-478, 1986.

27. Yousem SA, Weiss LM, Colby TV: Primary pulmonary Hodgkin's disease. Cancer 57:1217-1224, 1986.

28. Coleman CN, Picozzi VJ, Cox RS, McWhirter K, Weiss LM, Cohen JR, Yu K-P, Rosenberg SA: Treatment of lymphoblastic lymphoma in adults. J Clin Oncol 4:1628-1637, 1986.

29. Seifer DB, Bhat N, Fainstat T, Weiss LM: Salpingitis isthmica nodosa with bilateral interstitial pregnancies. J Obst Gyn 10:200-201, 1986.

30. Cohen RG, DeCampli WM, Weiss LM, Henderson VJ, Gaudiani VA, Goodson W, Miller DC, Billingham ME. Shumway NE: Autologous pericardium versus an xerograft substitute in myocardial wound healing. J Surg Res 41:352-361, 1986.

**31. Weiss LM, Wood GS, Trela MJ, Warnke RA, Sklar J: Clonal T cell populations in lymphomatoid papulosis. Evidence for a lymphoproliferative etiology in a clinically benign disease. N Engl J Med 315:475-479, 1986.**

32. Weiss LM, Strickler JG, Dorfman RF, Horning SJ, Warnke RA, Sklar J: Clonal T cell populations in angioimmunoblastic lymphadenopathy and angioimmunoblastic lymphadenopathy-like T cell lymphoma. Am J Pathol 122:392-397, 1986.

33. Weiss LM, Azzi R, Dorfman RF, Warnke RA: Malignant histiocytosis presenting as atypical sinusoidal hyperplasia: a study of 9 cases. Cancer 58:1681-1688, 1986.

34. Weiss LM, Beckstead JH, Warnke RA, Wood GS: Leu 6 expressing lymph node cells are dendritic cells and closely related to interdigitating cells. Hum Pathol 17:179-184, 1986.

35. Wood GS, Weiss LM, Warnke RA, Sklar J: The immunopathology of cutaneous lymphomas: immunophenotypic and immunogenotypic characteristics. Semin Dermatol 5:334-345, 1986.

36. Jacobs C, Weiss L, Hoppe RF: Management of head and neck lymphomas. Arch Otol 112:454-461, 1986.

37. Garcia CF, Weiss LM, Warnke RA: Small non-cleaved lymphoma. An immunophenotype study of 18 cases with comparison to diffuse large cell lymphoma. Hum Pathol 17:454-461, 1986.

38. Horning SJ, Weiss LM, Crabtree GS, Warnke RA: Peripheral T cell lymphoma: Clinical and phenotypic diversity of T cell lymphomas. Blood 67:1578-1582, 1986.

39. Weiss LM, Strickler JG, Hu E, Warnke RA, Sklar J: Immunoglobulin gene rearrangements in Hodgkin's disease. Hum Pathol 17:1009-1014, 1986.

40. Garcia CF, Warnke RA, Weiss LM: Follicular large cell lymphoma: an immunophenotype study. Am J Pathol 123:425-431, 1986.

41. Weiss LM, Dorfman RF, Warnke RA: Lymph node workup. Istocitopatologia 8:139-150, 1986.

42. Garcia CF, Weiss LM, Warnke RA, Wood GS: Cutaneous follicular lymphoma. Am J Surg Pathol 10:454-463, 1986.

43. Seifer DB, Weiss LM, Kempson RL: Malignant lymphoma arising in a mature cystic teratoma of the ovary. Cancer 58:2459-2461, 1986.

44. Medeiros LJ, Gelb AB, Weiss LM: Low grade renal cell carcinoma: a clinicopathologic study of 53 cases. Am J Surg Pathol 11:633-639, 1987.

45. Horning SJ, Weiss LM, Nevitt JB, Warnke RA: Clinical and pathologic features of follicular large cell (nodular histiocytic) lymphoma. Cancer 59:1470-1474, 1987.

46. Hu E, Weiss LM, Warnke RA, Sklar J: Triclonal lymphoma of both B and T cell origin. Blood 70:287-292, 1987.

47. Garcia CF, Weiss LM, Lowder J, Komoroske C, Link MP, Levy R, Warnke RA: Quantitation and estimation of lymphocyte subsets in tissue sections:  correlation with FACS.  Am J Clin Pathol 87:470-477, 1987.

48. Strickler JG, Warnke RA, Weiss LM:  Necrosis in lymph nodes. Pathol Annual 22(2):253-282, 1987.

49. Strickler JG, Weiss LM, Copenhaver CM, Bindl J, McDaid R, Buck D, Warnke RA: Monoclonal antibodies reactive in fixed tissue sections in malignant lymphoma, with emphasis on T cell lymphoma.  Hum Pathol 18:808-814, 1987.

50. Weiss LM, Medeiros LJ, Strickler JG, Gerdes J, Stein H, Warnke RA:  Non-Hodgkin's lymphomas:  proliferative rate as assessed by Ki-67 antibody.  Hum Pathol 18:1155-1159, 1987.

51. Weiss LM, Wood GS, Ellisen L, Reynolds TC, Sklar J: Clonal populations in pityriasis lichenoides et varioliformis acuta (Mucha-Habermann disease).  Am J Pathol 126:417-421, 1987.

52. Weiss LM, Michie SA, Medeiros LJ, Strickler JG, Garcia CF, Warnke RA: Expression of TAC antigen by non-Hodgkin's lymphomas.  Am J Clin Pathol 88:493-495, 1987.

53. Regula DP, Weiss LM, Warnke RA, Dorfman RF:  Lymphocyte predominance Hodgkin's disease: A reappraisal based upon histologic and immunophenotypic findings in relapsing cases.  Histopathology 11:1107-1120, 1987.

54. Picker LJ, Weiss LM, Medeiros LJ, Wood GS, Warnke RA: Immunophenotypic criteria for the diagnosis of non-Hodgkin's lymphoma.  Am J Pathol 128:181-201, 1987.

55. Weiss LM, Strickler JG, Warnke RA, Purtilo D, Sklar J:  EBV in tissues of patients with Hodgkin's disease.  Am J Pathol 129:86-91, 1987.

56. Picker LJ, Brenner MB, Weiss LM, Smith SD, Warnke RA: Discordant expression of CD3 and T receptor beta chain antigens in T lineage lymphomas.  Am J Pathol 129:434-440, 1987.

57. Medeiros LJ, Strickler JG, Picker LJ, Gelb AB, Weiss LM, Warnke RA:  Small lymphocytic neoplasms:  Immunophenotype correlated with clinical presentation. Am J Pathol 129:523-535, 1987.

**58. Weiss LM, Warnke RA, Sklar J, Cleary ML:  Molecular analysis of the t(14;18) chromosomal translocation in non-Hodgkin's lymphomas using molecular probes.  N Engl J Med 317:1185-1189, 1987.**

59. Pitts WC, Weiss LM: Fine needle aspiration of lymph nodes.  Pathol Annual 23:329-360,1988.

60. Ngan B-Y, Chen-Levy Z, Weiss LM, Warnke RA, Cleary ML: Expression of the t(14;18) chromosomal translocation-associated protein bcl-2 in non-Hodgkin's lymphomas. N Engl J Med 318:1638-1644, 1988.

61. Medeiros LJ, Weiss LM, Warnke RA, Dorfman RF: Utility of anti-granulocyte and anti-leukocyte antibodies in differentiating Hodgkin's disease from non-Hodgkin's lymphoma. Cancer 62:2475-2481, 1988.

**62. Regula DP, Hoppe RT, Weiss LM: Nodular and diffuse lymphocyte predominance Hodgkin's disease. N Engl J Med 318:214-219, 1988.**

63. Weiss LM, Warnke RA, Sklar J: Antigen receptor rearrangements and clonal Epstein-Barr virus in tissues of Hodgkin's disease. Hematol Oncol 6:233-238, 1988.

64. Medeiros LJ, Michie SA, Johnson DE, Warnke RA, Weiss LM: An immunoperoxidase study of renal cell carcinoma: correlation with nuclear grade, cell type, and histologic pattern. Hum Pathol 19:980-987, 1988.

65. Medeiros LJ, Gelb AB, Weiss LM: Renal cell carcinoma: A clinico-pathologic study of 121 cases. Cancer 61:1639-1651, 1988.

66. Picker LJ, Medeiros LJ, Weiss LM, Warnke RA, Butcher EC: Expression of lymphocyte homing receptor antigen in non-Hodgkin's lymphoma. Am J Pathol 130:496-504, 1988.

67. Rouse RV, Weiss LM: Human thymomas: Evidence of immunologically defined normal and abnormal microenvironmental differentiation. Cell Immunol 111:94-106, 1988.

68. Wood GS, Weiss LM, Hu C-H, Abel EA, Hoppe RT, Warnke RA, Sklar J: T-cell antigen deficiencies and clonal T-cell receptor gene rearrangements in pagetoid reticulosis (Woringer-Kolopp disease). N Engl J Med 318:164-168, 1988.

69. Weiss LM, Picker LJ, Warnke RA, Sklar J: Large cell hematolymphoid neoplasms of uncertain lineage. Hum Pathol 19:967-974, 1988.

70. Strickler JG, Medeiros LJ, Copenhaver CM, Weiss LM, Warnke RA: Intermediate lymphocytic lymphoma. An immunohistochemical study with comparison to small lymphocytic lymphoma and diffuse small cleaved cell lymphoma. Hum Pathol 19:550-554, 1988.

71. Krasne DL, Warnke RA, Weiss LM: Malignant lymphoma presenting as pseudoepitheliomatous hyperplasia: a report of two cases. Am J Surg Pathol 12:835-842, 1988.

72. Weiss LM, Picker LJ, Grogan TM, Warnke RA, Sklar J: Absence of beta and gamma T cell receptor gene rearrangements in a subset of peripheral T cell lymphomas. Am J Pathol 130:436-442, 1988.

73. Sklar J, Weiss LM:  Applications of antigen receptor gene rearrangements to the diagnosis and characterization of lymphoid neoplasms.  Ann Rev Med 39:315-334, 1988.

**74. Weiss LM, Movahed LA, Warnke RA, Sklar J:  Localization of Epstein-Barr viral DNA to Reed-Sternberg cells in Hodgkin's disease.  N Engl J Med 320:502-506, 1989.**

75. Medeiros LJ, Weiss LM, Picker LJ, Clayberger C, Horning SJ, Krensky AM, Warnke RA:  Expression of LFA-1 in non-Hodgkin's lymphoma.  Cancer 63:255-259, 1989.

76. Weiss LM, Movahed LA:  *In situ* demonstration of Epstein-Barr viral DNA in viral-associated B cell lymphoproliferative disorders.  Am J Pathol 134:651-659, 1989.

77. Weiss LM, Medeiros LJ, Vickery AL:  Pathologic features of prognostic significance in adrenal cortical carcinoma.  Am J Surg Pathol 13:201-206, 1989.

78. Weiss LM, Wood GS, Hu E, Abel EA, Hoppe RT, Sklar J:  Detection of clonal T cell receptor gene rearrangements in the peripheral blood of patients with mycosis fungoides/Sezary syndrome J Invest Dermatol 92:601-604, 1989.

79. Morrison WH, Hoppe RT, Weiss LM, Picozzi VJ, Horning SJ:  Small lymphocytic lymphoma.  J Clin Oncol 7:598-606, 1989.

80. Medeiros LJ, Weiss LM, Vickery AL:  Epithelial-lined (true) cyst of the adrenal gland:  a case report.  Hum Pathol 20:491-492, 1989.

81. Anderson CJ, Pitts WC, Weiss LM:  Diagnosis of disseminated histoplasmosis by fine needle aspiration of the adrenal gland.  Acta Cytologica 33:337-340, 1989.

82. Weiss LM, Movahed LA, Butler A, Swanson SA, Frierson H, Colby TV, Mills SE:  Analysis of lymphoepithelioma and lymphoepithelioma-like carcinomas of different organs for Epstein-Barr viral genomes by *in situ* hybridization. Am J Surg Pathol 13:625-631, 1989.

83. Butler A, Colby TV, Weiss L, Lombard C: Lymphoepithelioma-like carcinoma of the lung. Am J Surg Pathol 13:632-639, 1989.

84. Medeiros LJ, Picker LJ, Gelb AB, Strickler JG, Brain SW, Weiss LM, Horning SJ, Warnke RA:  Numbers of host "helper" T cells and proliferating cells predict survival in diffuse small cell lymphomas.  J Clin Oncol 7:1009-1017, 1989.

85. Denning DW, Weiss LM, Martinez K, Flechner SM:  Transmission of Epstein-Barr virus by a transplanted kidney, with activation by OKT3 antibody.  Transplantation 48:141-144, 1989.

86. McGregor BC, McGregor JL, Weiss LM, Wood GS, Hu C-H, Boukerche H, Warnke RA:  Presence of cytoadhesins (IIb-IIIa-like glycoproteins) on human metastatic melanomas but not on benign melanocytes. Am J Clin Path 92:495-499, 1989.

87. Naumovski L, Utz PJ, Bergstrom SK, Morgan R, Molina A, Toole JJ, Glader BE, McFall P, Weiss LM, Warnke R, Smith SD:  SUP-HD1:  A new Hodgkin's disease-derived cell line which produces interferon gamma and has features of both B- and T-lymphocytes Blood 74:2733-2742, 1989.

88. Shibata D, Hu E, Weiss LM, Brynes RK, Nathwani BN:  Detection of specific t(14;18) chromosomal translocations in fixed tissues Hum Pathol 21:199-203, 1990.

89. Weiss LM, Berry GJ, Dorfman RF, Banks P, Kaiserling E, Curtis J, Rosai J, Warnke RA:  Spindle cell neoplasms of lymph node of probable reticulum cell lineage:  True reticulum cell sarcoma? Am J Surg Pathol 14:405-414, 1990.

90. Weiss LM, Movahed LA, Berry GJ, Billingham ME:  In situ hybridization studies for viral nucleic acids in heart and lung allograft biopsies Am J Clin Pathol 9:675-679, 1990.

91. Wilson MS, Weiss LM, Gatter KC, Mason DY, Dorfman RF, Warnke RA:  Malignant histiocytosis:  A reassessment of cases previously reported in 1975 based upon paraffin section immunophenotyping studies. Cancer 66:530-536, 1990.

92. Cibas ES, Medeiros LJ, Weinberg DS, Gelb AB, Weiss LM:  Cellular DNA profiles of benign and malignant adrenocortical tumors.  Am J Surg Pathol 14:948-955, 1990.

93. Gaffey MJ, Weiss LM:  Viral oncogenesis:  Epstein-Barr virus.  Am J Otolaryngol 11:375-381, 1990.

94. Strickler JG, Movahed LA, Gajl-Peczalska KJ, Horwitz CA, Brunning RD, Weiss LM:  Oligoclonal T cell receptor gene rearrangements in blood lymphocytes of patients with acute Epstein-Barr virus induced infectious mononucleosis. J Clin Invest 86:1358-1363, 1990.

95. Weiss LM, Movahed LA, Chen YY, Shin SS, Stroup RM, Bui N, Estess P, Bindl J:  Detection of immunoglobulin light chain mRNA in lymphoid tissues and tumors using a practical in situ hybridization method.  Am J Pathol 137:979-988, 1990.

96. Gaffey MJ, Mills SE, Medeiros LJ, Weiss LM:  Adrenal pseudocysts with the intracystic presentation of fat, myelolipomatous metaplasia and metastatic breast carcinoma:  potential sources of diagnostic confusion  Am J Clin Pathol 94:706-713, 1990

97. Chang Y, Soffer D, Horoupian DS, Weiss LM:  Evolution of post-natal Herpes simplex virus encephalitis to multicystic encephalopathy.  Acta Neuropath 80:666-670, 1990.

98. Berry GJ, Pitts WC, Weiss LM:  Pseudomalignant ulcerative change of the gastrointestinal tract. Hum Pathol 22:59-62, 1991.

99. Gaffey MJ, Lack EE, Christ ML, Weiss LM: Anaplastic thyroid carcinoma with osteoclast-like giant cells: a clinicopathologic, immunohistochemical. and ultrastructural study of two cases. Am J Surg Pathol 15:160-168, 1991.

100. Weiss LM, Movahed LA, Billingham ME, Cleary ML: Detection of coxsackievirus B3 RNA in myocardial tissues by the polymerase chain reaction. Am J Pathol 138:497-504, 1991.

101. Randhawa PS, Jaffe R, Demetris AJ, Nalesnik M, Starzl T, Chen Y-Y, Weiss LM: The systemic distribution of Epstein-Barr virus genomes in fatal posttransplant lymphoproliferative disorders: An in situ hybridization study. Am J Pathol 138:1027-1033, 1991.

102. Shibata D, Weiss LM, Brynes R, Nathwani B, Levine A: Increased numbers of EBV sequences in benign lymph node biopsies from HIV infected individuals are associated with concurrent or subsequent development of non-Hodgkin's lymphoma. Blood 77:1527-1533, 1991.

103. Gaffey MJ, Ben-Ezra J, Weiss LM: Herpes simplex lymphadenitis. Am J Clin Pathol 95:709-714, 1991.

104. Pitts WC, Rojas VA, Gaffey MJ, Rouse RV, Frierson H, Esteban J, Kempson RL, Weiss LM: Carcinomas with metaplasia and sarcomas of the breast. Am J Clin Pathol 95:623-632, 1991.

105. Weiss LM: Monocytoid B-cell lymphoma. Hum Pathol 5:407-408, 1991.

106. Shin SS, Berry GJ, Weiss LM: Infectious mononucleosis: Diagnosis by in situ hybridization in two cases with atypical features. Am J Surg Pathol 7:625-631, 1991.

107. Gaffey MJ, Mills SE, Zarbo RJ, Weiss LM, Gown AM: Clear cell tumor of the lung. Immunohistochemical and ultrastructural evidence of melanogenesis. Am J Surg Pathol 15:644-653, 1991.

108. Sheibani K, Shin SS, Kezirian J, Weiss LM: Ber-EP4 antibody as a diagnostic discriminant in the differential diagnosis of malignant mesothelioma vs. adenocarcinoma. Am J Surg Pathol 15:779-784, 1991.

109. Kwak LW, Wilson M, Weiss LM, Doggett R, Dorfman RF, Warnke RA, Horning SJ: B- and T-cell diffuse large cell lymphomas: The Stanford experience. J Clin Oncol 9:1426-1431, 1991.

110. Weiss LM, Gaffey MJ, Shibata D: Lymphoepithelioma-like carcinomas and Epstein-Barr virus. Am J Clin Pathol 96:156-158, 1991.

111. Weiss LM, Chen Y-Y: Effects of different fixatives on the detection of mRNA and DNA by in situ hybridization using oligonucleotide probes. J Histochem Cytochem 39:1237-1242, 1991.

112.  Weiss LM, Gaffey MJ, Warhol M, Mehta P, Bonsib SM, Santos E, Medeiros LJ: Characterization of a monoclonal antibody directed against mitochondria.  Mod Pathol 4:596-601, 1991.

113.  Shibata D, Tokunaga M, Uemura Y, Sato E, Tanaka S, Weiss LM:  Association of Epstein-Barr viral with gastric undifferentiated carcinoma with intense lymphoid infiltration ("lymphoepithelioma-like carcinoma").  Am J Pathol 139:469-474, 1991.

114.  Kwak LW, Wilson M, Weiss LM, Horning SJ, Warnke RA, Dorfman RF:  Clinical significance of morphologic subdivision in diffuse large cell lymphoma.  Cancer 68:1988-1993, 1991.

115.  Weiss LM, Chen Y-Y, Liu X-F, Shibata D:  Epstein-Barr virus and Hodgkin's disease: A correlative in situ hybridization and polymerase chain reaction study. Am J Pathol 139:1259-1265, 1991.

116.  Shibata D, Hansmann ML, Weiss LM, Nathwani BN:  Epstein-Barr virus infection and Hodgkin's disease:  A study of fixed tissues using the polymerase chain reaction.  Hum Pathol 22:1262-1267, 1991.

117.  Berry GJ, Anderson CJ, Pitts WC, Neitzel G, Weiss LM:  Cytology of angiosarcoma in effusions. Acta Cytologica 35:538-542, 1991.

118.  Gaffey MJ, Weiss LM:  Association of Epstein-Barr virus with human neoplasia. Pathol Annual 27:55-74, 1992.

119.  Medeiros LJ, Weiss LM:  New developments in the pathologic diagnosis of adrenal cortical neoplasms: A review.  Am J Clin Pathol 97:73-83, 1992.

120.  Weiss LM, Gaffey MJ, Chen,Y-Y, Frierson HF:  Frequency of Epstein-Barr viral DNA in "Western" sinonasal and Waldeyer's ring lymphomas.  Am J Surg Pathol 16:156-162, 1992.

121.  Weiss LM, Chen Y-Y, Berry GJ, Strickler JG, Dorfman RF, Warnke RA: Infrequent detection of toxoplasma gondii genome in toxoplasmic lymphadenitis: A polymerase chain reaction study Hum Pathol 23:154-158, 1992.

122.  Gaffey MJ, Traweek ST, Mills SE, Travis WD, Lack EE, Medeiros LJ, Weiss LM: Cytokeratin expression in adrenocortical neoplasia:  An immunohistochemical study with implications for the differential diagnosis of adrenocortical, hepatocellular, and renal cell carcinoma.  Hum Pathol 23:144-153, 1992.

123.  Sheibani K, Esteban J, Bailey A, Battifora H, Weiss LM:  Immunopathologic and molecular studies as an aid to the diagnosis of malignant mesothelioma.  Hum Pathol 23:107-116, 1992.

124.  Weiss LM, Jaffe ES, Liu X-F, Chen Y-Y, Shibata D, Medeiros LJ:  Detection and localization of Epstein-Barr viral genomes in angioimmunoblastic lymphadenopathy and angioimmunoblastic lymphadenopathy-like lymphoma.  Blood 79:1789-1795, 1992.

125. Shibata D, Weiss LM:  Epstein-Barr virus-associated gastric carcinoma.  Am J Pathol 140:769-774, 1992.

126. Chang KL, Stroup R, Weiss LM:  Hairy cell leukemia:  Current status.  Am J Clin Pathol 97:719-738, 1992

127. Medeiros LJ, Jaffe ES, Chen Y-Y, Weiss LM:  Localization of Epstein-Barr viral genomes in angiocentric immunoproliferative lesions.  Am J Surg Pathol 16:439-447, 1992.

128. Travis WD, Fox CH, Devaney KO, Weiss LM, O'Leary TJ, Ognibene F, Suffredini A, Rosen M, Cohen MB, Masur H, Shelhamer J:  Lymphoid pneumonitis in 50 adult HIV-infected patients:  Lymphocytic interstitial pneumonitis versus nonspecific interstitial pneumonitis. Hum Pathol 23:529-541, 1992.

129. Nichols GE, Gaffey MJ, Mills SE, Weiss LM:  Lobular capillary hemangioma.  An immunohistochemical study including steroid hormone receptor status.  Am J Clin Pathol 97:770-775, 1992.

130. Weiss LM, Liu X-F, Chang KL, Billingham ME:  Detection of enterovirus RNA in idiopathic dilated cardiomyopathy and other human cardiac tissues.  J Clin Invest 90:156-159, 1992.

131. Ross CW, Schlegelmilch JA, Grogan TM, Weiss LM, Schnitzer B, Hanson CA:  Detection of Epstein-Barr virus genome in Ki-1 (CD30)-positive large cell anaplastic lymphomas using the polymerase chain reaction.  Am J Pathol 141:457-465, 1992.

132. Momose H, Jaffe ES, Shin SS, Chen YY, Weiss LM:  Chronic lymphocytic leukemia/small lymphocytic lymphoma with Reed-Sternberg-like cells and possible transformation to Hodgkin's disease:  Mediation by Epstein-Barr virus.  Am J Surg Pathol 16:859-867, 1992.

133. Carr KA, Bulengo S, Weiss LM, Nickoloff BJ:  Lymphoepithelioma-like carcinoma of the skin:  A case report with immunophenotypic analysis and in situ hybridization for Epstein-Barr viral genome. Am J Surg Pathol 16:909-913, 1992.

134. Armstrong AA, Weiss LM, Gallagher A, Jones DB, Krajewski AS, Angus B, Brown G, Jack AS, Wilkins BS, Onions DE, Jarrett RF:  Criteria for the definition of EBV association in Hodgkin's disease. Leukemia 6:869-874, 1992.

135. Arber DA, Shibata D, Chen YY, Weiss LM:  Characterization of the topography of Epstein-Barr virus infection in human immunodeficiency virus associated lymphoid tissues. Mod Pathol 5:559-566, 1992.

136. Levine AM, Shibata D, Sullivan-Halley J, Nathwani B, Brynes R, Slovak ML, Mahterian S, Riley CL, Weiss L, Levine PH, Rasheed S, Bernstein L:  Epidemiologic and biologic study of AIDS-related lymphoma in the county of Los Angeles:  Preliminary results.  Cancer Res 52:5482s-5488s, 1992.

137. Herbst H, Pallesen G, Weiss LM, Delsol G, Jarrett RF, Steinbrecher E, Stein H, Hamilton-Dutoit S, Brousset P: Hodgkin's disease and Epstein-Barr virus. Annals Oncol 3 (suppl 4): 817-830, 1992.

138. Weiss LM: Gene analysis and Epstein-Barr viral genome studies of Hodgkin's disease. Int Rev Exp Pathol 33:165-184, 1992.

139. Momose H, Chen Y-Y, Ben-Ezra J, Weiss LM: Nodular, lymphocyte predominant Hodgkin's disease: study of immunoglobulin light chain protein and mRNA expression. Hum Pathol 23:1115-1119, 1992.

140. Weiss LM, Chang KL: Molecular biologic studies of Hodgkin's disease. Semin Diagn Pathol 9:272-278, 1992.

**141. Randhawa P, Jaffe R, Demetris AJ, Nalesnik M, Starzl T, Chen Y-Y, Weiss LM: Epstein-Barr virus-encoded small RNA (by the EBER-1 gene) in liver specimens with post-transplant lymphoproliferative disease. N Engl J Med 327:1710-1714, 1992.**

142. Sander CA, Medeiros LJ, Weiss LM, Yano T, Sneller MC, Jaffe ES: Lymphoproliferative lesions in patients with common variable immunodeficiency syndrome. Am J Surg Pathol 16:1170-1182, 1992.

143. Chang KL, Chen Y-Y, Shibata D, Weiss LM: In situ hybridization methodology for the detection of EBV EBER-1 RNA in paraffin-embedded tissues, as applied to normal and neoplastic tissues. Diagn Molec Pathol 1:246-255, 1992.

144. Chang KL, Chen Y-Y, Weiss LM: Lack of evidence of Epstein-Barr virus in hairy cell leukemia and monocytoid B-cell lymphoma. Hum Pathol 24:58-61, 1993.

145. Chang KL, Albujar PF, Chen Y-Y, Johnson RM, Weiss LM: High prevalence of Epstein-Barr virus in the Reed-Sternberg cells of Hodgkin's disease occurring in Peru. Blood 83;496-502, 1993.

146. Arber DA, Weiss LM: CD15: A review. Appl Immunohistochem 1:17-30, 1993.

147. Gelb AB, Shibuya R, Weiss LM, Medeiros LJ: Stage 1 renal cell carcinoma. A clinicopathologic study of 82 cases. Am J Surg Pathol 17:275-286, 1993.

148. Arber DA, Weiss LM, Albujar PF, Chen Y-Y, Jaffe ES: Nasal lymphomas in Peru: high incidence of T-cell immunophenotype and Epstein-Barr virus infection. Am J Surg Pathol 17:392-399, 1993.

149. Herndier B, Sanchez H, Chang KL, Chen Y-Y, Weiss LM: High prevalence of detection of EBV RNA in the Reed-Sternberg cells of HIV-associated Hodgkin's disease. Am J Pathol 142:1073-1079, 1993.

150. Weiss LM, Battifora H: The search for the optimal immunohistochemical panel for the diagnosis of malignant mesothelioma. Hum Pathol 24:345-346, 1993.

151.  Shibata D, Weiss LM, Hernandez AM, Nathwani BN, Bernstein L, Levine AM: Epstein-Barr virus-associated non-Hodgkin's lymphoma in patients infected with the human immunodeficiency virus.  Blood 81:2102-2109, 1993.

152.  Kamel OW, van de Rijn M, Weiss LM, del Zoppo GJ, Hench PK, Robbins BA, Montgomery PG, Warnke RA, Dorfman RF:  Reversible lymphomas associated with Epstein-Barr virus occurring during  methotrexate therapy for rheumatoid arthritis and dermatomyositis.  N Engl J Med 328:1317-1321, 1993.

153.  Bhagat SKM, Medeiros LJ, Weiss LM, Wang J, Raffeld M, Stetler-Stevenson M: bcl-2 expression in Hodgkin's disease:  correlation with the t(14;18) translocation and Epstein-Barr virus.  Am J Clin Pathol 99:604-608, 1993.

154.  Arber DA, Weiss LM:  CD43:  A review.  Appl Immunohistochem 1:88-96, 1993.

155.  Gaffey MJ, Frierson HF Jr, Medeiros LJ, Weiss LM:  The relationship of Epstein-Barr virus to infection-related and familial hemophagocytic syndrome and lymphoma-related hemophagocytosis:  an in situ hybridization study.  Hum Pathol 24:657-667, 1993.

156.  Weiss LM, Spagnolo DV:  Assessment of clonality in lymphoid proliferations. Am J Pathol 142:1579-1582, 1993.

157.  Shibata D, Hawes D, Stemmermann GN, Weiss LM:  Epstein-Barr virus-associated gastric adenocarcinoma in Hawaiian Japanese.  Cancer Epidemiol Biomark & Prevent 2:213-217, 1993.

158.  Abruzzo LV, Schmidt K, Weiss LM, Jaffe ES, Medeiros LJ, Sander CA, Raffeld M: B cell lymphoma evolving from AILD:  a case with oligoclonal gene rearrangements associated with Epstein-Barr virus.  Blood 82:241-246, 1993.

159.  Chang KL, Flaris N, Hickey WF, Johnson RM, Meyer P, Weiss LM:  Brain lymphomas of immunocompetent and immunocompromised patients:  study of the association with Epstein-Barr virus.  Mod Pathol 6:427-432, 1993.

160.  Chao NJ, Berry GJ, Advani R, Horning SJ, Weiss LM, Blume KG:  Acute lymphoproliferative malignancy following autologous bone marrow transplantation for non-Hodgkin's lymphoma.  Transplantation 55:1425-1528, 1993.

161.  Kadin ME, Vonderheid EC, Weiss LM:  Absence of Epstein-Barr viral expression in lymphomatoid papulosis.  J Pathol 170:145-148, 1993.

162.  Weiss LM, Arber DA, Chang KL:  CD45:  A review.  Appl Immunohistochem 1:166-181, 1993.

163.  Chang KL, Curtis CM, Momose H, Lopategui J, Weiss LM:  Sensitivity and specificity of Bauhinia Purpurea as a paraffin section marker for the Reed-Sternberg cells of Hodgkin's disease.  Appl Immunohistochem 1:208-212, 1993.

164. Weiss LM, Chang KL:  The bcl-2 proto-oncogene.  Appl Immunohistochem 1:163-165, 1993.

165. Su I-J, Hsu Y-H, Lin M-T, Cheng A-L, Wang C-H, Weiss LM:  Epstein-Barr containing T cell lymphoma presents with hemophagocytic syndrome mimicking malignant histiocytosis.  Cancer 72:2019-2027, 1993.

166. Slovak M, Weiss LM, Nathwani BN, Bernstein L, Levine AM:  Cytogenetic studies of monocytoid B-cell lymphoma.  Hum Pathol 24:1086-1094, 1993.

167. Gaffey MJ, Frierson HF, Mills, SE, Boyd JC, Zarbo RJ, Simpson JF, Gross LM, Weiss LM:  Medullary carcinoma of the breast:  Identification of lymphocyte subpopulations and its significance.  Mod Pathol 6:721-728, 1993.

168. Deamant FD, Albujar PF, Chen Y-Y, Weiss LM:  Epstein-Barr virus distribution in non-neoplastic lymph nodes.  Mod Pathol 6:729-732, 1993.

169. Bernstein D, Baum D, Berry G, Dahl G, Weiss L, Starnes VA, Gamberg P, Stinson EB:  Neoplastic disorders after pediatric heart transplantation.  Circulation 88[2]:230-237, 1993.

170. Chang KL, Arber DA, Weiss LM:  CD30:  A review.  Appl Immunohistochem 1:244-255, 1993.

171. Williams ME, Gaffey MJ, Weiss LM, Wilczynski SP, Levine PA:  Chromosome 11q13 amplification in head and neck squamous cell carcinoma.  Arch Otolaryngol Head Neck Surg 113:1238-1243, 1993.

172. Berry GJ, Rizeq MN, Weiss LM, Billingham ME:  Graft coronary disease in pediatric heart and combined heart-lung transplant recipients:  A study of fifteen cases.  J Heart Lung Transplant 12:S309-319, 1993.

173. LeBrun DP, Ngan B-Y, Weiss LM, Huie P, Warnke RA, Cleary ML:  The bcl-2 oncogene in Hodgkin's disease arising in the setting of follicular non-Hodgkin's lymphoma.  Blood 83:223-230, 1994.

174. Weiss LM, Arber DA, Strickler JG:  Nasal T cell lymphoma.  Ann Oncol 5 (suppl 1):S39-42, 1994.

175. Li Z-H, Xheng J, Weiss LM, Shibata D:  C-K-ras and p53 mutations occur very early in adenocarcinoma of the lung.  Am J Pathol 144:303-309, 1994.

176. Arber DA, Simpson JF, Weiss LM, Rappaport H:  Non-Hodgkin's lymphoma of the breast.  A comparison of primary, secondary, and disseminated cases.  Am J Surg Pathol 18:288-295, 1994.

177. Weiss LM, Arber DA, Chang KL:  CD68:  A review.  Appl Immunohistochem 2:2-8, 1994.

178.  Hollingsworth HC, Peiper SC, Weiss LM, Raffeld M, Jaffe ES:  An investigation of the viral pathogenesis of Kikuchi-Fujimoto disease (KFD):  lack of evidence for Epstein-Barr virus or human herpesvirus-6 as the causative agents.  Arch Pathol Lab Med 118:134-140, 1994.

179.  Lopategui J, Gaffey MJ, Frierson HF, Chan JKC, McGuire W, Chang KL, Chen Y-Y, Weiss LM:  Detection of Epstein-Barr viral RNA in sinonasal undifferentiated carcinoma from Western and Asian patients.  Am J Surg Pathol 18:391-398, 1994.

180.  Weiss LM:  Retinoblastoma protein:  another target for immunohistochemists.  Appl Immunohistochem.  Appl Immunohistochem 1:69-70, 1994.

181.  Kamel OW, van de Rijn M, LeBrun DP, Weiss LM, Warnke RA, Dorfman RF.  Lymphoproliferative lesions in patients with rheumatoid arthritis and dermatomyositis:  Frequency of Epstein-Barr virus and other features associated with immunosuppression.  Hum Pathol 25:638-643, 1994.

182.  Strickler JG, Meneses M, Habermann TM, Ilstrup DM, Earle JD, McDonald TJ, Chang KL, Weiss LM:  "Polymorphic reticulosis":  a reappraisal.  Hum Pathol 25:659-665, 1994.

183.  Chang KL, Weiss LM:  CD7:  A review.  Appl Immunohistochem 2:146-156, 1994.

184.  Mills SE, Gaffey MJ, Watts JC, Swanson PE, Wick MR, LiVolsi VA, Nappi O, Weiss LM:  Angiomatoid carcinoma and "angiosarcoma" of the thyroid gland.  A spectrum of endothelial differentiation.  Am J Clin Pathol 102:322-330, 1994.

185.  LeBoit PE, McNutt NS, Reed JA, Jacobson M, Weiss LM:  Primary cutaneous immunocytoma:  a B-cell lymphoma that can easily be mistaken for cutaneous lymphoid hyperplasia.  Am J Surg Pathol 18:969-978, 1994.

186.  Chang KL, Arber DA, Shibata D, Rappaport H, Weiss LM:  Follicular small lymphocytic lymphoma:  a rare but distinct clinicopathologic entity.  Am J Surg Pathol 18:999-1009, 1994.

187.  Moulton T, Crenshaw T, Hao Y, Moosikasuwan J, Lin N, Dembitzer F, Hensle T, Weiss L, McMorrow L, Loew T, Kraus W, Gerald W, Tycko B:  Epigenetic lesions at the H19 locus in Wilms' tumor patients.  Nature Genet 7:440-447, 1994.

188.  Zheng J, Shu Q, Li Z-H, Tsao J-l, Weiss LM, Shibata D:  Patterns of p53 mutations in squamous cell cancer of the lung.  Early acquisition at a relatively early age.  Am J Pathol 145:1444-1449, 1994.

189.  Arber DA, Sheibani K, Weiss LM:  UCL3D3 and UCL4D12 reactivity in small B-cell neoplasms with special emphasis on monocytoid B-cell lymphoma.  Hum Pathol 25:1084-1090, 1994.

190.  Medeiros JM, Weiss LM:  Utility of PCR as a screening method for the analysis of antigen gene rearrangements.  Hum Pathol 12:1261-1263, 1994.

191.  Lopategui JR, Gaffey MJ, Chan JKC, Frierson HF, Sun L-H, Chang KL, Weiss LM: Infrequent association of Epstein-Barr virus with CD30 positive anaplastic large cell lymphomas from American and Asian patients.  Am J Surg Pathol 19:42-49, 1995.

192.  Wilson CS, Chang KL, Weiss LM:  Malignant lymphomas that mimic benign lymphoid lesions: A review of four lymphomas.  Sem Diagn Pathol 12:77-86, 1995.

193.  Lopategui JR, Sun L-H, Chan JKC, Gaffey MJ, Frierson HF, Glackin C, Weiss LM: Association of the t(2;5)(p23;q35) chromosomal translocation with CD30-positive lymphomas from American and Asian patients.  A reverse transcriptase-polymerase chain reaction study.  Am J Pathol 146:323-328, 1995.

194.  Mack TM, Cozen W, Shibata DK, Weiss LM, Nathwani BN, Hernandez AM, Taylor CR, Hamilton AS, Deapen DM, Rappaport ED:  Concordance in identical twins suggests genetic susceptibility to young adult Hodgkin's disease.  N Engl J Med 332:413-418, 1995.

195.  Gaffey MJ, Mills SE, Frierson HF, Zarbo RJ, Boyd JC, Simpson JF, Weiss LM: Medullary carcinoma of the breast:  interobserver variability in histopathologic diagnosis and its clinicopathologic implications.  Mod Pathol 8:31-38, 1995.

196.  Arber DA, Weiss LM:  CD5:  A review.  Appl Immunohistochem 3:1-22, 1995.

197.  Iezzoni JC, Gaffey MJ, Weiss LM:  The role of Epstein-Barr virus in lymphoepithelioma-like carcinomas.  Am J Clin Pathol 103:308-315, 1995.

198.  Stoler MH, Nichols GE, Symbula M, Weiss LM:  Nodular L&H lymphocyte predominance Hodgkin's disease:  Evidence for a kappa light chain-restricted monotypic B cell neoplasm.  Am J Pathol 146:812-818, 1995.

199.  Weiss LM, Gelb AB, Medeiros LJ:  Adult renal epithelial neoplasia.  Am J Clin Pathol 103:624-635, 1995.

200.  Joshi A, Masek A Brown BW, Weiss LM, Billingham ME:  "Quilty" revisited: a 10-year perspective.  Hum Pathol 26:547-557, 1995.

201.  Mishalani S, Lones MA, Shintaku IP, Weiss LM, Nichols WS, Said JW:  Changes in tonsils and adenoids in children with posttransplant lymphoproliferative disorder: Report of three cases with early involvement of Waldeyer's ring.  Hum Pathol 26:525-530, 1995.

202.  Weiss LM, Sun L-H, Lopategui JR, Kamel OW, Koo C, Glackin C:  Absence of the t(2;5) in Hodgkin's disease.  Blood 85:2845-2847, 1995.

203.  Arber DA, Weiss LM:  CD57:  A review.  Appl Immunohistochem 3:157-172, 1995.

204.  Alsabeh R, Mazoujian G, Goates J, Medeiros LJ, Weiss LM:  Adrenal cortical neoplasms presenting with symptoms simulating pheochromocytoma.  Am J Clin Pathol 104:382-390, 1995.

205.  Arber DA, Kamel OW, van de Rijn M, Davis RE, Medeiros LJ, Jaffe ES, Weiss LM: Detection of the Epstein-Barr virus in inflammatory pseudotumor.  Hum Pathol 26:1093-1098, 1995.

206.  Chang KL, Kamel OW, Arber DA, Horyd ID, Weiss LM:  Pathologic features of nodular lymphocyte predominance Hodgkin's disease involving extranodal sites.  Am J Surg Pathol 19:1313-1324, 1995.

207.  Vasef MA, Kamel O, Chen Y-Y, Medeiros LJ, Weiss LM:  Detection of Epstein-Barr virus in multiple sites involved by Hodgkin's disease.  Am J Pathol 147:1408-1415, 1995.

208.  Kerschmann RL, Berger TG, Weiss LM, Herndier BG, Abrahms KM, Hoen V, Schulze K, Kaplan LD, Resnik SD, LeBoit PE:  Cutaneous lymphoma in human immunodeficiency virus disease:  predominance of T-cell lineage with two clinicopathologic presentations.  Arch Dermatol 131:1281-1288, 1995.

209.  Gaffey MJ, Iezzoni JC, Meredith SD, Boyd JC, Stoler MH, Weiss LM, Zuckerberg LR, Levine PA, Arnold A, Williams ME:  Cyclin D1 (PRAD1, CCND1) and glutathione-s-transferase □ expression in head and neck squamous cell carcinoma.  Hum Pathol 26:1221-1226, 1995.

210.  Meredith SD, Levine PA, Burns JA, Gaffey MJ, Boyd JC, Weiss LM, Erickson NL, Williams ME:  Amplification of chromosome 11q13 is associated with poor prognosis in head and neck squamous cell carcinoma.  Arch Otolaryngol Head & Neck Surg 121:790-794, 1995.

211.  Vasef MA, Zaatari GS, Chan WC, Sun NC, Weiss LM, Brynes RK:  Dendritic cell tumors associated with low-grade B-cell malignancies:  report of three cases.  Am J Clin Pathol 104:696-701, 1995.

212.  Chen W-G, Chen Y-Y, Bacchi MM, Bacchi CE, Alvarenga M, Weiss LM: Genotyping of Epstein-Barr virus in Brazilian Burkitt lymphoma and reactive lymphoid tissue:  Type A with high prevalence of deletions within the latent membrane protein gene. Am J Pathol 148:17-23, 1996.

213.  Weiss LM, Chang KL:  Association of EBV with lymphoid neoplasia.  Adv Anat Pathol 3:1-15, 1996.

214.  Bacchi MM, Bacchi CE, Alvarenga M, Miranda R, Chen Y-Y, Weiss LM:  Burkitt lymphoma in Brazil:  Strong association with Epstein-Barr virus.  Mod Pathol 9:63-67, 1996.

215.  Chang KL, Weiss LM:  CD20:  A review.  Appl Immunohistochem 4:1-15, 1996.

216.  Bacchi CE, Bacchi MM, Rabenhorst SH, Soares FA, Wang J, Weiss LM, Gown AM:  AIDS-related lymphoma in Brazil:  Histopathology, immunophenotype and association with Epstein-Barr virus.  Am J Clin Pathol 105:230-237, 1996.

217.  Paulino AFG, Paulino-Cabrera E, Weiss LM, Medeiros LJ:  Hodgkin's disease in the Philippines.  Mod Pathol 9:115-119, 1996.

218.  Gaffey MJ, Iezzoni JC, Weiss LM:  Clonal analysis of focal nodular hyperplasia of the liver.  Am J Pathol 148:1089-1096, 1996.

219.  Vasef MA, Weiss LM, Chen YY, Medeiros LJ:  Gastric lymphoepithelioma-like carcinoma and jejunal low-grade B-cell MALT lymphoma with large cell transformation:  Demonstration of Epstein-Barr virus with identical LMP gene deletions in the carcinoma and large cell lymphoma.  Am J Clin Pathol 105:560-566, 1996.

220.  Arber DA, Sun L-H, Weiss LM:  Detection of the t(2;5)(p23;q35) chromosomal translocation in large cell lymphomas other than anaplastic large cell lymphoma.  Hum Pathol 27:590-594, 1996.

221.  Kamel OW, Weiss LM, van de Rijn M, Colby TV, Kingma DW, Jaffe ES:  Hodgkin's disease and Hodgkin's disease-like large cell lymphomas in patients receiving long-term low-dose methotrexate therapy.  Am J Surg Pathol 20:1279-1287, 1996.

222.  Chen W-G, Chen Y-Y, Kamel OW, Koo C, Weiss LM:  p53 mutations in Hodgkin's disease.  Lab Invest 75:519-527, 1996.

223.  Gaffey MJ, Frierson HF, Weiss LM, Barber CM, Baber GB, Stoler MH:  Human papillomavirus and Epstein-Barr virus in sinonasal Schneiderian papillomas:  an in-situ hybridization and polymerase chain reaction study.  Am J Clin Pathol 106:475-482, 1996.

224.  Lin BTY, Chen YY, Battifora H, Weiss LM:  Absence of Kaposi's sarcoma-associated herpesvirus-like DNA sequences in angiosarcoma of the serous membranes.  Mod Pathol 9:1143-1146, 1996.

225.  Chang KL, Weiss LM:  Association of Epstein-Barr virus and malignant lymphoma.  Biomed & Pharmacother 50:459-467, 1996.

226.  Carbone A, Weiss LM, Gloghini A, Ferlito A.  Hodgkin's disease.  Old and recent concepts.  Ann Otol Rhinol Laryngol 105:751-758, 1996.

227.  Vasef MA, Ferlito A, Weiss LM:  Nasopharyngeal carcinoma, with emphasis on its relationship to Epstein-Barr virus.  Ann Otol Rhinol Laryngol 106:348-356, 1997.

228.  Arber DA, Strickler JG, Weiss LM:  Splenic mesothelial cysts mimicking lymphangiomas.  Am J Surg Pathol 21:334-338, 1997.

229.  Ferlito A, Weiss LM, Rinaldo A, Carbone A, Devaney K, MacMillan C, Barnes L: Lymphoepithelial carcinoma of the larynx, hypopharynx and trachea.  Ann Otol Rhinol Laryngol 106:437-444, 1997.

230.  Curcio LM, Cohen JS, Grannis FW, Paz IB, Chilcote R, Weiss LM:  Primary lymphoepithelioma of the lung in a child.  Report of an Epstein-Barr virus related-neoplasm.  Chest 111:250-251, 1997.

231.  Lones MA, Shintaku IP, Weiss LM, Thung SN, Nichols WS, Geller SA:  Post-transplant lymphoproliferative disorders (PTLDs) in liver allograft biopsies: a comparison of three methods for the demonstration of Epstein-Barr virus.  Hum Pathol 28:533-539, 1997.

232.  Alsabeh R, Medeiros LJ, Glackin C, Weiss LM:  Transformation of follicular lymphoma into CD30+ large cell lymphoma with anaplastic cytologic features.  Am J Surg Pathol 21:528-536, 1997.

233.  Vasef MA, Alsabeh R, Medeiros LJ, Weiss LM:  Immunophenotype of Reed-Sternberg and Hodgkin's cells in sequential biopsy specimens of Hodgkin's disease. A HIER-Based Study.  Am J Clin Pathol 108:  54-59, 1997.

234.  Arber DA, Strickler JG, Chen Y-Y, Weiss LM:  Splenic vascular tumors.  A histologic, immunophenotypic and virologic study.  Am J Surg Pathol 21:827-835, 1997.

235.  Lones MA, Lopez-Terrada D, Weiss LM, Shintaku IP, Nichols WS, Said JW: Donor origin of posttransplant lymphoproliferative disorder localized in a liver allograft.  Demonstration by fluorescence in situ hybridization.  Arch Pathol Lab Med 121:701-706, 1997.

236.  Weiss LM, Arber DA, Chang KL:  Clonality in lymphocyte predominance Hodgkin's disease.  Cancer Surveys 30:125-141, 1997.

237.  Favara BE, Feller AC, Paulli M, Jaffe E, Weiss LM, Arico M, Bucsky P, Egeler M, Elinder G, Gadner H, Gresik M, Henter J-I, Imashuku S, Janka-Schaub G, Jaffe R, Ladisch S, Nezelof C:  A contemporary classification of histiocytic disorders.  Med & Ped Oncol 29:157-166, 1997.

238.  Lin BTY, Weiss LM:  Solitary plasmacytoma of lymph nodes.  Hum Pathol 28:1083-1090, 1997.

239.  Arber DA, Weiss LM:  CD10:  A review.  Appl Immunohistochem 5:125-140, 1997.

240.  Lin BTY, Weiss LM, Battifora H:  Disseminated intravascular angiosarcoma. True neoplastic angioendotheliomatosis, report of two cases.  Am J Surg Pathol 21:1138-1143, 1997.

241.  Arber JM, Weiss LM, Chang KL, Battifora H, Arber DA:  Effect of decalcification on in situ hybridization.  Mod Pathol 10:1009-1014, 1997.

242. Gelb AB, Medeiros LJ, Chen Y-Y, Weiss LM, Weidner N: Hodgkin's disease of the esophagus. Am J Clin Pathol 108:593-598, 1997.

243. Lin BTY, Weiss LM, Medeiros LJ: Atypical neurofibroma. Report of 14 cases with atypia. Am J Surg Pathol 21:1443-1449, 1997.

244. Khalidi H, Lones MA, Zhou Y, Weiss LM, Medeiros JM: Detection of Epstein-Bar virus in the L&H cells of nodular lymphocytic predominance Hodgkin's disease. Report of a case documented by immunohistochemical, in situ hybridization, and polymerase chain reaction methods. Am J Clin Pathol 108:687-692, 1997.

245. Hayashi K, Chen W-G, Chen Y-Y, Bacchi MM, Bacchi CE, Alvarenga M, Abreu S, Chang KL, Weiss LM: Deletion of the latent membrane protein 1 in United States and Brazilian Hodgkin's disease and reactive lymphoid tissue:   High frequency of a 30-base pair deletion. Hum Pathol 28:1408-1414, 1997.

246. Morgan Jr RJ, Doroshow J, Venkataraman K, Raschko J, Somlo G, Leong L, Tetef M, Shibata S, Hamasaki V, Margolin K, Forman S, Akman S, Coluzzi P, Ahn C, Baker P, Chang K, Weiss LM, Gadgil U, Harrison J: High dose cyclophosphamide and doxorubicin utilizing filgrastim (G-CSF) without stem cell support in malignant disease. Clin Cancer Res 3:2337-2345, 1997.

247. O'Keefe D, Dao D, Zhao L, Sanderson R, Warburton D, Weiss L, Anyane-Yeboa K, Tycko B: Coding mutations in p57[KIP2] are present in some cases of Beckwith-Weidemann syndrome but are rare or absent in Wilms tumors. Am J Hum Genet 61:295-303, 1997.

248. Arber DA, Rappaport H, Weiss LM: Non-Hodgkin's lymphoproliferative disorders involving the spleen. Mod Pathol 10:18-32, 1997.

249. Gelb AB, Sudilovsky D, Wu CD, Weiss LM, Medeiros LJ: Appraisal of intratumoral microvessel density, proliferation rate, DNA ploidy, and p53 protein expression as prognostic indicators in stage I renal cell carcinoma. Cancer 80:1768-1775, 1997.

250. Hayashi K, Chen W-G, Chen Y-Y, Murakami I, Ohara N, Chen H-L, Nose S, Hamaya K, Matsui S, Bacchi MM, Bacchi CE, Chang KL, Weiss LM: Deletion of Epstein-Barr virus latent membrane protein 1 gene in Japanese and Brazilian gastric carcinomas, metastatic lesions, and reactive lymphocytes. Am J Pathol 152:191-198, 1998.

251. Lin BT-Y, Bonsib SM, Mierau GW, Weiss LM, Medeiros LJ: Oncocytic adrenocortical neoplasms:  A report of seven cases and review of the literature. Am J Surg Pathol 22:603-614, 1998.

252. Arber DA, Weiss LM, Chang KL: Detection of Epstein-Barr virus in inflammatory pseudotumor. Sem Diagn Pathol 15:155-160, 1998.

253.  Arber DA, Tamayo R, Weiss LM:  Paraffin section detection of the c-kit gene product (CD117) in human tissues.  Value in the diagnosis of mast cell disorders. Hum Pathol 28:498-504, 1998.

254.  Lai R, Weiss LM:  Hepatitis C virus and non-Hodgkin's lymphoma.  Am J Clin Pathol 109:508-510, 1998.

255.  Chen Y-Y, Chang KL, Chen W-G, Shibata D, Hayashi K, Weiss LM:  EBNA-1 carboxy region gene sequences in Japanese and American patients with gastric carcinoma.  Lab Invest 78:877-882, 1998.

256.  Duque CS, Velasquez A, Weiss LM, Arango JC:  Carcinoma of the nasopharynx in two young brothers and its relationship with Epstein-Barr virus.  Am J Otolaryngol 19:335-388, 1998.

257.  Lai R, Arber DA, Chang KL, Wilson CS, Weiss LM:  Frequency of bcl-2 expression in non-Hodgkin's lymphoma.  A study of 798 cases with comparison of marginal zone lymphoma and monocytoid B cell hyperplasia.  Mod Pathol 11:864-869, 1998.

258.  Lai R, Weiss LM, Chang KL, Arber DA:  Frequency of CD43 expression in non-Hodgkin's lymphoma:  Evaluation of 742 cases with further characterization of rare CD43-positive follicular lymphomas.  Am J Clin Pathol 111:499-494, 1998.

259.  Rudiger T, Jaffe E, Delsol G, deWolf-Peeters C, Gascoyne R, Georgii A, Harris N, Kadin M, MacLennan K, Poppema S, Stein H, Weiss L, Muller-Hermelink H:  Workshop report on Hodgkin's disease and related diseases ('grey zone' lymphoma).  Ann Oncol 9 (suppl 5):S31-S38, 1998.

260.  Arber DA, Chang KL, Weiss LM:  Peripheral T-cell lymphoma with Touton-like tumor giant cells associated with HIV infection.  Report of two cases.  Am J Surg Pathol 23:519-522, 1999.

261.  Chu PG, Chang KL, Weiss LM:  Practical applications of immunohistochemistry for hematolymphoid disorders: An updated review.  Ann Diagn Pathol 3:104-133, 1999.

262.  Velankar MM, Nathwani BN, Schlutz MJ, Bain L, Arber DA, Slovak ML, Weiss LM:  Indolent T-lymphoblastic proliferation:  Report of a case with a 16 year course without cytotoxic therapy.  Am J Surg Pathol 23:977-981, 1999.

263.  Chang KL, Chen YY, Chen WG, Bacchi C, Bacchi M, Weiss LM:  EBNA-1 carboxy region gene sequences in American and Brazilian patients with Hodgkin's disease. Blood 94:244-250, 1999.

264.  Chu PG, Chang KL, Wu AY, Weiss LM:  Nasal glomus tumors:  report of two cases with emphasis on immunohistochemical features and differential diagnosis. Hum Pathol 30:1259-1261, 1999.

265. Schwarz RE, Weiss LM: Lymphoepithelial cyst of the pancreas: No evidence for Epstein-Barr-virus-related pathogenesis. Int J Pancreatol 25:223-227. 1999.

266. Chu PG, Chang KL, Chen Y-Y, Chen W-G, Hayashi K, Weiss LM: EBV nuclear antigen (EBNA)-4 mutation in EBV-associated Hodgkin's disease and gastric carcinoma in different ethnic groups. Am J Pathol 155:941-949, 1999.

267. Weiss LM: Understanding your pathology report. Coping . July/August: 49, 1999.

268. Nagasaka T, Lai R, Harad T, Chen Y-Y, Chen W-G, Arber DA, Weiss LM: Thymic and gastric lymphomas of mucosal-associated lymphoid tissues (MALTomas) arising in a patient with Sjogren's syndrome. Arch Pathol Lab Med 124:770-773, 2000.

269. Nagasaka T, Lai R, Chen Y-Y, Chen W-G, Arber DA, Chang KL, Weiss LM: The use of archival bone marrow specimens in detecting B-cell non-Hodgkin's lymphomas using polymerase chain reaction methods. Leukemia & Lymphoma 36:347-352, 2000.

270. Weiss LM: Epstein-Barr virus and Hodgkin's disease. Curr Oncol Rep 2:199-204, 2000.

271. Arber DA, Weiss LM: Commentary on "Diagnosis and management of primary nasal lymphoma of T-cell and NK-cell origin." Clin Lymph 1:38, 2000.

272. Chu PG, Chang KL, Weiss LM, Arber DA: Immunohistochemical detection of CD10 in paraffin sections of hematopoietic neoplasms: a comparison to flow cytometry detection in 56 cases. Appl Immunohistochem 8:257-262, 2000.

273. Chu PG, Chang KL, Arber DA, Weiss LM; Immunophenotyping of hematopoietic neoplasms. Sem Diagn Pathol 17:236-256, 2000.

274. Chu PG, Wu E, Weiss LM: Cytokeratin 7 and cytokeratin 20 in epithelial neoplasms: a survey of 445 cases. Mod Pathol 13:962-972, 2000.

275. Krouse RS, McCarty T, Weiss LM, Wagman LD: Postoperative suppressive therapy for thyroid adenomas. Am Surg 66:751-755, 2000.

276. Lyda MH, Weiss LM: Immunoreactivity for epithelial and neuroendocrine antibodies are useful in the differential diagnosis of lung carcinomas. Hum Pathol 31:980-987, 2000.

277. Lyda MH, Tetef M, Carter NH, Ikle D, Weiss LM, Arber DA: Keratin immunohistochemistry detects clinically significant metastases in bone marrow biopsy specimens in women with lobular breast carcinoma. Am J Surg Pathol 24:1593-1599, 2000.

278. Chu PG, Lyda MH, Weiss LM: Cytokeratin 14 expression in epithelial neoplasms: a survey of 435 cases, with emphasis on its value in differentiating

squamous cell carcinomas from other epithelial tumors.  Histopathology 39:9-16, 2001.

279.  Yousem SA, Colby TV, Weiss LM:  Pulmonary Langerhans' cell histiocytosis: Molecular analysis of clonality.  Am J Surg Pathol 25:630-636, 2001.

280.  Chu PG, Arber DA, Weiss LM, Chang KL:  Utility of CD10 in distinguishing between endometrial stromal sarcoma and uterine smooth muscle tumors:  an immunohistochemical comparison of 34 cases.  Mod Pathol 14:465-471, 2001.

281. Schwarz RE, Hillebrand G, Peralta EA, Chu DZ, Weiss LM:  Long-term survival after radical operations for cancer treatment-induced sarcomas:  How two survivors invite reflection on oncologic treatment concepts.  Am J Clin Oncol 25:244-247, 2002.

282.  Wang J, Sun NCJ, Nozawa Y, Arber DA, Chu P, Chang KL, Weiss LM: Histologic and immunohistochemical characterization of extranodal diffuse large cell lymphomas with prominent spindle cell features.  Histopathology 39:476-481, 2001

283.  Chu PG, Weiss LM:  Cytokeratin 14 immunoreactivity distinguishes oncocytic tumour from its renal mimics:  an immunohistochemical study of 63 cases. Histopathology 39:1-9, 2001.

284.  Chu PG, Chen Y-Y, Chen W-G, Weiss LM:  No significant association of Epstein-Barr virus infection with invasive breast carcinoma.  Am J Pathol 159:571-178, 2001.

285.  Ren RL, Vora N, Yang F, Longmate J, Wang W, Sun H, Li JR, Weiss L, Staud C, McDougall JA, Chou CK:  Variations of dose and electrode spacing for rat breast cancer electrochemical treatment.  Bioelectomagnetics 22:205-211, 2001.

286.  Wang J, Arber DA, Frankel K, Weiss LM:  Large solitary fibrous tumor of the kidney.  Am J Surg Pathol 25:1194-1199, 2001.

287.  Chu PG, Chen YY, Weiss LM:  No direct role for Epstein-Barr virus (EBV) in American hepatocellular carcinoma.  Am J Pathol 159:1287-1292, 2001.

288.  Pileri SA, Grogan TM, Harris NL, Banks P, Campo E, Chan JKC, Dalla Favera R, Delsol G, De Wolf-Peeters C, Falini B, Gascoyne RD, Gaulard P, Gatter KC, Isaacson PG, Jaffe ES, Kluin P, Knowles DM, Mason DY, Mori S, Muller-Hermelink H-K, Piris MA, Ralfkiaier E, Stein H, Su I-J, Warnke RA, Weiss LM:  Tumors of histiocytes and accessory dendritic cells.  An immunohistochemical approach to classification from the International Lymphoma Study Group based on 61 cases.  Histopathology 41, 1-29, 2002.

289.  Wang J, Weiss LM, Chang KL, Slovak ML, Gaal K, Forman SJ, Arber DA: Diagnostic utility of bilateral bone marrow studies:  Experience with 1,865 cases. Cancer 94:1522-1531, 2002.

290.  Chu PG, Weiss LM:  Expression of cytokeratin 5/6 in epithelial neoplasms:  An immunohistochemical study of 509 cases.  Mod Pathol 15:6-10, 2002.

291.  Chu PG, Weiss LM:  Cytokeratin expression in human tissues and neoplasms. Histopathology 40:403-439, 2002.

292.  Heinmoller E, Liu Q, Sun Y, Schlake G, Hill KA, Weiss LM, Sommer SS:  Toward efficient analysis of mutations in single cells from ethanol-fixed, paraffin-embedded, and immunohistochemically-stained tissues.  Lab Invest 82:443-453, 2002.

293.  Gaal K, Weiss LM, Chen W-G, Chen Y-Y, Arber DA:  Epstein-Barr virus nuclear antigen (EBNA)-1 carboxy-terminal and EBNA-4 sequence polymorphisms in nasal natural killer/T-cell lymphoma in the United States.  Lab Invest 82:957-962, 2002.

294.  Chu PG, Ishizawa S, Wu E, Weiss LM:  Hepatocyte antigen as a marker of hepatocellular carcinoma:  an immunohistochemical comparison to CEA, CD10, and AFP.  Am J Surg Pathol 26:978-988, 2002.

295.  Chu PG, Molina A, Weiss LM:  Recurrent B-cell neoplasms after rituximab therapy:  an immunopenotypic and genotypic study.  Leuk & Lymph 43:2335-2341, 2002.

296.  Liu Q, Schlake G, Heinmoller E, Hill KA, Weiss L, Sommer SS:  Single cell immunohistochemical mutation load assay (SCIMLA) using human paraffin – embedded tissues.  Environ Molec Mutagen 42:206-215, 2003.

297. Chu PG, Jiang Z, Weiss LM:  Hepatocyte antigen as a marker of intestinal metaplasia.  Am J Surg Pathol 27:952-959, 2003.

298.  Chang KL, Gaal KK, Huang  Q, Weiss LM:  Histiocytic lesions involving the bone marrow.  Sem Diagn Pathol 20:226-236, 2003.

299.  Chu PG, Arber DA, Weiss LM:  Expression of T/NK-cell and plasma cell antigens in nonhematopoietic epithelioid neoplasms.  An immunohistochemical study of 447 cases.  Am J Clin Pathol 120:64-70, 2003.

300.  Chu PG, Weiss LM, Benhattar J, Meagher-Villemure K:  Intraneural synovial sarcoma.  Mod Pathol 17:258-263, 2004.

301.  Lau SK, Chen Y-Y, Berry GJ, Yousem SA, Weiss LM:  No significant association of Epstein-Barr virus with fibroadenomas in immunosuppressed patients after organ transplantation. Mod Pathol 16:1242-1247, 2003.

302.  Figarola JL, Scott S, Loera S, Tessler C, Chu P, Weiss L, Hardy J, Rahbar S: LR-90:  a new advanced glycation endpoint inhibitor prevents progression of diabetic nephropathy in streptozotocin-diabetic rats.  Diabetologia 46:1140-1152, 2003.

303.  Chu PG, Cerilli L, Chen YY, Mills SE, Weiss LM:  Epstein-Barr virus plays no role in the tumorigenesis of small cell carcinoma of the lung.  Mod Pathol 17:158-164, 2004.

304.  Bisceglia M, Ludovico O, Di Mattia A, Ben-Dor D, Sandbank J, Pasquinelli G, Lau SK, Weiss LM:  Adrenocortical oncocytic tumors.  An account of ten additional cases and a review of the literature.  Int J Surg Pathol 12:231-243, 2004.

305.  Huang Q, Ai L, Zhang ZY, Fan C-Y, Weiss LM:  Promoter hypermethylation and protein expression of the p16 gene:  analysis of 43 cases of B-cell primary gastric lymphomas from China and correlation with bcl-10 expression.  Mod Pathol 17:407-415, 2004.

306.  Huang Q, Chang KL, Gaal K, Weiss LM:  KHSV/HHV8-associated lymphoma simulating anaplastic large cell lymphoma.  Am J Surg Pathol 28:396-697, 2004.

307.  Chu PG, Weiss LM:  Immunohistochemical characterization of signet ring cell carcinomas of the stomach, breast and colon.  Am J Clin Pathol 121:884-892, 2004.

308.  Lau SK, Weiss LM, Chu PG:  Differential expression of MUC1, MUC2, and MUC5AC in carcinomas of various sites:  an immunohistochemical study.  Am J Clin Pathol 122:61-69, 2004.

309.  Wang J, Sun NCJ, Chen YY, Weiss LM:  T cell/histiocyte-rich large B-cell lymphomas displays a heterogeneity similar to diffuse large B-cell lymphoma:  A clinicopathologic and immunohistochemical study of 30 cases.  Appl Immunohistochem Mol Morphol 13:109-115, 2005.

310.  Wang J, Weiss LM, Hu B, Chu P, Zuppan C, Felix D, Rausei-Mills V, Chase DR:  Usefulness of immunohistochemistry in delineating renal spindle cell tumours.  A retrospective study of 31 cases.  Histopathology 44:462-471, 2004.

311.  Jiang Z, Wu CL, Woda BA, Iczkowski KA, Chu PG, Tretiakova MS, Young RH, Weiss LM, Blute Jr, RD, Brendler CB, Krausz T, Xu JC, Rock KL, Amin MB, Yang XJ:  Alpha-methylacyl-CoA racemase:  a multi-institutional study of a new prostate cancer marker.  Histopathology 45:218-225, 2004.

312.  Huang Q, Chu PG, Lau SK, Weiss LM:  Urothelial carcinoma of the urinary bladder with a component of acinar/tubular type differentiation simulating prostate adenocarcinoma.  Hum Pathol 35:769-773, 2004.

313.  Lau SK, Chu PG, Weiss LM:  CD 163.  A specific marker of macrophages in paraffin-embedded tissue samples.  Am J Clin Pathol 122:794-801, 2004.

314.  Chu PG, Schwarz RE, Lau SK, Yen Y, Weiss LM:  Immunohistochemical staining in the diagnosis of pancreatobiliary and ampulla of Vater adenocarcinoma:  application of CDX2, CK17, MUC1 and MUC2.  Am J Surg Pathol 29:359-367, 2005.

315.  Chu PG, Huang Q, Weiss LM:  Incidental and concurrent malignant lymphomas discovered at the time of prostatectomy and prostate biopsy.  A study of 29 cases.  Am J Surg Pathol 29:693-699, 2005.

316. Lau SK, Weiss LM:  Adrenocortical neoplasms.  Pathol Case Rev 10:219-227, 2005.

317. Figarola JL, Scott S, Loera S, Xi B, Synold T, Weiss L, Rahbar S:  Prevention of early renal disease, dysplipaemia and lipid peroxidation in STZ-diabetic rats of LR-0 and LR74, novel AGE inhibitors.  Diabetes Metab Res and Rev 21:533-544, 2005.

318. Lau SK, Chen Y-Y, Chen W-G, Diamond DJ, Mamelak AN, Zaia JA, Weiss LM:  Lack of association of human cytomegalovirus with human brain tumors.  Mod Pathol 18:838, 2005.

319. Wu Y, Chang KL, Weiss LM:  Adrenal pseudocysts.  Pathol Case Rev 10:263-368, 2005.

320.  Huang Q, Chang KL, Gaal KK, Weiss LM:  An aggressive NK-cell lymphoma, arising from indolent NK-cell lymphoproliferative disorder.  Am J Surg Pathol 29:1540-1543, 2005.

321.  Rittenbach J, Cao J, Weiss LM, Rowsell E, Chick W, Wang J:  Primary diffuse large B-cell lymphoma of the uterus presenting solely as an endometrial polyp.  Int J Gynecol Pathol 24:347-351, 2005.

322.  Lau SK, Chu PG, Weiss LM:  Expression of estrogen receptor in pulmonary adenocarcinomas.  Appl Immunohistochem Molec Morphol 14:83-87, 2006.

323.  Geller JL, Mertens RB, Weiss LM:  Adrenocortical carcinoma:  Many questions remain unanswered.  The Endocrinologist (in press)

324. Lau SK, Romansky SG, Weiss LM:  Sustentaculoma: report of a case of a distinctive neoplasm of the adrenal medulla.  Am J Surg Pathol 47:541-547, 2006.

325.  Pitman SD, Huang Q, Zuppan CW, Rowsell EH, Cao JD, Berdeja J, Weiss LM, Wang J:  Hodgkin lymphoma-like post-transplant lymphoproliferative disorder (HL-like PTLD) simulates monomorphic B-cell PTLD both clinically and pathologically.  Am J Surg Pathol 30:470-476, 2006.

326.  Lau SK, Spagnolo DP, Weiss LM:  Schwannoma of the adrenal gland.  Am J Surg Pathol 30:630-634, 2006.

327.  Zhao X, Huang Q, Slovak ML, Weiss LM:  Comparison of ancillary studies in the detection of residual disease of plasma cell myeloma on bone marrow.  Am J Clin Pathol 125:895-904, 2006.

328.  Lau SK, Weiss LM, Zhang Y, Huang Q:  Prolymphocytoid tranformation of follicular lymphoma with coexpression of CD5 and CD10.  Leuk Lymphoma 47:541-547, 2006.

329. Chu PG, Loera S, Huang Q, Weiss LM: Lineage determination of CD20-negative B-cell neoplasms: An immunohistochemical study. Am J Clin Pathol 126:1-11, 2006.

330. Geller JI, Weiss LM, Mertens RB: Pigmented adrenocortical carcinoma: case report and review. Endocrine Pathol 17:297-304, 2006.

331. Hoppe RT, Advani RH, Bierman PJ, Bloomfield CD, Buadi F, Djulgegovic B, Forreo A, Gordon LI, Hernandez-Ilizaliturri, Kaminski MS, Love G, Maloney DG, Mauch PM, Moore JO, Schilder RJ, Weiss L, Winter JN, Yahalom J, Zelenetz AD; National Comprehensive Cancer Network. Hodgkin disease/lymphoma. Clinical practice guidelines in oncology. J Natl Compr Canc Netw 4:210-230, 2006.

332. Huang Q, Chang KL, Weiss LM: Extranodal Rosai-Dorfman disease involving the bone marrow: a case report. Am J Surg Pathol 30:1189-92, 2006.

333. Huang Q, Wilczynski SP, Chang KL, Weiss LM: Composite recurrent Hodgkin lymphoma and diffuse large B-cell lymphoma: one clone, two faces. Am J Clin Pathol 126:222-229, 2006.

334. Lau SK, Weiss LM: Calcifying fibrous tumor of the adrenal gland. Hum Pathol 38:656-659, 2007.

335. Lau SK, Lacey SF, Chen Y-Y, Chen W-G, Weiss LM: Low frequency of BK virus in prostatic adenocarcinoma. APMIS 115:743-749, 2007.

336. Lau SK, Weiss LM, Chu PG: D2-40 immunohistochemistry in the differential diagnosis of seminoma and embryonal carcinoma: a comparative immunohistochemical study with KIT (CD117) and CD30. Mod Pathol 20:320-325, 2007.

337. Kim Y, Weiss LM, Pullarkat V: Distinct clonal origins of systemic mastocytosis and associated B-cell lymphoma. Leuk Res 31:1749-1754, 2007.

338. Rezk S, Weiss LM: Epstein-Barr virus –associated lymphoproliferative disorders. Hum Pathol 38:1293-1304, 2007.

339. Wang S, Nademanee A, Qian D, Dagis A, Park JHS, Smith E, Snyder D, Bhatia R, Falk P, Gaal K, Kay C, Kim Y, Kogut N, Palmer J, Rosenthal J, Somlo G, Stein A, Yuan S, Fridey J, Weiss L, Forman S: Perpheral hematopoietic stem cell mobilization and collection efficacy is not an independent prognostic factor for autologous stem cell transplantation. Transfusion 47:2207-2216, 2007.

340. Lau SK, Weiss LM, Chu PG: Association of intratubular seminoma and intratubular embryonal carcinoma with invasive testicular germ cell tumors. Am J Surg Pathol 31:1045-1059, 2007.

341.   Huang Q, Su X, Ai L, Li M, Fan C-Y, Weiss LM:  Promoter hypermethylation of multiple genes in primary gastric lymphoma.  Leuk Lymphoma 48:1988-1996, 2007.

342.   He H, Chang L, Weiss LM, Chu PG:  Clinical outcome of incidental pelvic node malignant B-cell lymphomas discovered at the time of radical prostatectomy.  Leuk Lymphoma 48:1976-1980, 2007.

343.   Coston WMP, Loera S, Lau SK, Ishizawa O, Yen Y, Weiss LM, Chu PG:  Distinction of hepatocellular carcinoma from benign hepatic mimickers using glypican-3 and CD34 immunohistochemistry.  Am J Surg Pathol 32:433-444, 2008.

344.   Huang Q, Wu Y, Synder DS, Chang KL, Slovak ML, Palmer JM, Weiss LM:  Clinical and pathologic analysis of 16 cases of relapsed chronic myeloid leukemia after stem cell transplantation.  Am J Clin Pathol 128:565-570, 2007.

345.   Lau SK, Chu PG, Weiss LM:  Immunohistochemical expression of Langerin in Langerhans cell histiocytosis and non-Langerhans cell histiocytic disorders.  Am J Surg Pathol 32:615-619, 2008.

346.   Nowak NJ, Miecznikowski J, Moore SR, Gaile D, Bobadilla D, Smith DD, Kernstine K, Forman SJ, Mwahech-Fauceglia P, Reid M, Stoler D, Loree T, Rigual N, Sullivan M, Weiss LM, Hicks D, Slovak ML:  Challenges in array CGH for the analysis of cancer samples.  Genet Med 9:585-595, 2007.

347.   Bedell V, Forman SJ, Gaal K, Pullarkat V, Weiss LM, Slovak ML:  Successful application of a direct detection slide-based sequential phenotype/genotype assay using archived bone marrow smears and paraffin embedded tissue sections.  J Molec Diagn 9:589-597, 2007.

348.   He H, Luthringer D, Hui P, Lau S, Weiss LM, Chu PG:  Expression of CD56 and WT1 in ovarian stoma and ovarian stromal tumors.  Am J Surg Pathol 32:884-890, 2008.

349.   Hoppe RT, Advani RH, Ambinder RF, Bierman PJ, Bloomfield CD, Blum K, Dabaja B, Djulbegovic B, Forero A, Gordon LI, Hernandez-Ilizaliturri FJ, Hudson MM, Kaminski MS, Love G, Maloney DG, Mansur D, Mauch PM,, Moore JO, Schilder RJ, Weiss LM, Winter JN, Yahalom J, Zelenetz AD.  Hodgkin disease/Lymphoma.  J Natl Compr Canc Netw 6:594-622, 2008.

350.   Queiroga EM, Gualco G, Chioato L, Harrington WJ, Araujo I, Weiss LM, Bacchi CE:  Viral studies in Burkitt lymphoma.  Association with Epstein-Barr virus but not HHV-8.  Am J Clin Pathol 130:186-192, 2008.

351.   Gualco G, Weiss LM, Bacchi CE:  Expression of p63 in anaplastic large cell lymphoma but not in classical Hodgkin lymphoma.  Hum Pathol 39:1505-1510, 2008.

352.  Rausei-Mills V, Chang KL, Gaal KK, Weiss LM, Huang Q:  Aberrant expression of CD7 in myeloblasts is highly associated with de novo acute myeloid leukemias with FLT3-ITD mutation.  Am J Clin Pathol 129:624-629, 2008.

353.  He H, Fang W, Liu X, Weiss LM, Chu PG:  Frequent expression of glypican-3 in Merkel cell carcinoma:  Immunohistochemical study of 55 cases.  Appl Immunohistochem Molec Morphol 17:40-46, 2009.

354.  Gualco G, Chioato L, van den Berg A, Weiss LM, Bacchi CE:  Composite lymphoma:  EBV-positive classical Hodgkin lymphoma and peripheral T-cell lymphoma:  a case report and review of the literature.  Appl Immunohistochem Molec Morphol 17:72-76, 2009.

355.  Queiroga EM, Gualco G, Weiss LM, Dittmer DP, Araujo I, Klumb CE, Harrington WJ, Bacchi CE:  Burkitt lymphoma in Brazil is characterized by geographically distinct clinicopathologic features.  Am J Clin Pathol 130: 846-956, 2008.

356.  Wang J, Chen C, Lau S, Rahgavan RI, Rowsell EH, Said J, Weiss LM, Huang Q:  CD3-positive large B-cell lymphoma:  Histologic, immunohistochemical and molecular characterization of 4 cases.  Am J Surg Pathol 33:505-512, 2009.

357.  Rezk SA, Spagnolo DV, Brynes RK, Weiss LM:  Indeterminate cell tumor.  Am J Surg Pathol 32:1868-1876, 2009.

358.  Gualco G, Queiroga EM, Weiss LM, Harrington, WJ, Klumb CEN, Bacchi CE:  Frequent expression of multiple myeloma 1/interferon regulatory factor 4 in Burkitt lymphoma.  Hum Pathol 40:565-571, 2009.

359.  Chu PG, Lau SK, Weiss LM, Kawachi M, Yoshida J, Ruel C, Nelson R, Crocitto L, Wilson T:  Assessment of low prostate weight as a determinant of a higher positive margin rate after laparoscopic  radical prostatectomy:  a prospective pathologic assessment of 1500 cases.  Surg Endoscopy (in press)

360.  Chen W, Lau SK, Fong D, Wang J, Wang E, Arber DA, Weiss LM, Huang Q:  High frequency of clonal immunoglobulin receptor gene rearrangements in sporadic histiocytic/dendritic cell sarcomas.  Am J Surg Pathol 33:863-873, 2009.

361.  Buxton D, Bacchi CE, Gualco G, Weiss LML, Zuppan CW, Rowsell EH, Huang Q, Wang J:  High expression of CD99 in anaplastic large cell lymphoma:  a clinicopathologic and immunohistochemical study of 160 cases.  Am J Clin Pathol 131:574-579, 2009.

362.  Gualco G, Chioato L, Weiss LM, Bacchi CE:  Primary and secondary T-cell lymphomas of the breast:  Clinicopathologic features of 11 cases. Appl Immunohistochem Mol Morphol 17:301-306, 2009.

363.  Gualco G. Chioato L, Weiss LM, Harrington WL, Bacchi CE:  Analysis of human T-cell lymphotropic virus in CD25-positive anaplastic large cell lymphomas in children. Am J Clin Pathol  132:28-33, 2009.

364.  Lau SK, Weiss LM,  Chu PG:  Myxoid solitary fibrous tumor.  A clinicopathologic study of three cases. Virchows Arch 454:189-194, 2009.

365.  Chu PG, Lau SK, Weiss:  Keratin expression in endocrine organs and their neoplasms.  Endocrine Pathol 20:1-10, 2009.

366.  Lau SK, Weiss LM:  The Weiss System for evaluating adrenocortical neoplasms:  twenty-five years later.  Hum Pathol 40:757-768, 2009.

367.  Anderson GG, Weiss LM: Determining tissue of origin for metastatic cancers:  Meta-analysis and review of immunohistochemistry performance studies. Appl Immunohistochem Molec Morphol 18:3-8, 2010.

368.  Shuda M, Arora R, Kwun HJ, Feng H, Sarid R, Fernandez-Figueras M-T, Tolstov Y, Gjoerup O, Mansukhani MM, Swerdlow SH, Chaudhary PM, Kirkwood JM, Nalesnik MA, Kant JA, Weiss LM, Chang Y, Moore PS:  Human Merkel cell polymavirus infection 1.  MCV T antigen and expression in Merkel cell carcinoma, lymphoid tissues and lymphoid tumors.  Int J Cancer 125:1243-1249, 2009.

369.  Chen W, Huang Q, Zuppan C, Rowsell EH, Cao JD, Weiss LM, Wang J: Complete absence of KSHV/HHV8 in post-transplant lymphoproliferative disorders: an immunohistochemical and molecular study of 52 cases.  Am J Clin Pathol 131:632-639, 2009.

370.   Chung L, Lau SK, Jiang Z, Loera S, Bedell V, Ji J, Weiss LM, Chu PG: Overlapping histologic, immunohistochemical, and molecular features between dedifferentiated liposarcoma and undifferentiated high grade pleomorphic sarcoma. Am J Surg Pathol 33:1594-1600, 2009.

371.  Gualco G, Weiss LM, Harrington WJ, Bacchi CE:  CD10, BCL6 and MUM1 expression in mantle cell lymphoma.  Appl Immunohistochem Molec Morphol 18:103-108, 2010.

372.  Gualco G, Weiss LM, Bacchi CE:  Nodal diffuse large B-cell lymphomas in children and adolescents.  Immunohistochemical expression patterns and c-MYC translocation in relation to clinical outcome.  Am J Surg Pathol 33:1815-1822, 2009.

373.  Chen Z, Feng J, Buzin CH, Liu Q, Weiss L, Kernstine K, Somlo G, Sommer SS: Analysis of cancer mutation signatures in blood by a novel ultra-sensitive assay: monitoring of therapy or recurrence in non-metastatic breast cancer.  PLoS One, 4:e7220, 2009.

374.  Gualco G, Ortega V, Chioato L, Musto ML, Bacchi LM, Weiss LM, Bacchi CE. Hodgkin lymphoma presenting as a dominant gastric lesion.  Report of 5 cases with EBV analysis.  Int J Surg Pathol 19:235-240, 2011.

375.  Cozen W, Hamilton AS, Zhao P, Salam MT, Deapen DK, Nathwani BN, Weiss LM, Mack TM:  A protective role for early oral exposures in the etiology of young adult Hodgkin lymphoma.  Blood 114:4014-4020, 2009.

376. Lau SK, Weiss LM, Jiang Z, Chu PG: Intestinal type of mucinous borderline tumor arising from mixed epithelial and stromal tumor of kidney. Virchows Archiv 455:389-394, 2009.

377. Weiss LM, Loera S, Bacchi CE: Immunoglobulin light chain immunohistochemistry revisited, with emphasis on reactive follicular hyperplasia vs. follicular lymphoma. Appl Immunohistochem Molec Morphol 18:199-205, 2010.

378. Lau SK, Thomas P, Weiss LM: Immunohistochemical evaluation of CON6D/B5: A new CD30 monoclonal antibody. Appl Immunohistochem Molec Morphol 18;199-205, 2010.

379. Gualco G, Weiss LM, Bacchi CE: MUM/IRF4. A review. Applied Immunohistochem Molec Morphol 18:301-310, 2010.

380. Hassell LA, Parwani AV, Weiss L, Jones MA, Ye J: Challenges and opportunities in the adoption of CAP checklists in electronic format: perspectives and experience of reporting pathology protocols (RPP2) participant laboratories. Archiv Pathol & Lab Med 134:1152-1159, 2010.

381. Lau SK, Chu PG, Weiss LM: Mixed cortical adenoma and composite pheochromocytoma-ganglioneuroma: an unusual corticomedullary tumor of the adrenal gland. Ann Diagn Pathol (in press)

382. Weng L, Wu X, Gao H, Mu B, Li X, Wang J, Guo C, Jin JM, Chen Z, Covarrubias M, Weiss LM, Wu H: MicroRNA profiling by whole-genome small RNA deep sequencing of a paired frozen and formalin-fixed paraffin-embedded tissue specimens. J Pathol 222;41-51, 2010.

383. Gualco G, Weiss LM, Barber GN, Bacchi CE: TCL-1 expression in EBV-negative diffuse large B-cell lymphoma and primary mediastinal B-cell lymphoma. 133:762-766, 2010.

384. Lau SK, Weiss LM, Chu PG: TCL1 protein expression in testicular germ cell tumors. Am J Clin Pathol 133:762-766, 2010.

385. Chen W, Wang J, Wang E, Lu Y, Lau SK, Weiss LM, Huang Q: Detection of clonal lymphoid receptor gene rearrangements in Langerhans cell histiocytosis. Am J Surg Pathol 34:1049-1057, 2010.

386. Lu Y, Chen WG, Chen Wei, Stein A, Weiss LM, Huang Q: C/EBPA gene mutation and C/EBPA promoter hypermethylation in acute myeloid leukemia with normal cytogenetics. Am J Hematol 85:426-420, 2010.

387. Lau SK, Klein R, Jiang Z, Weiss LM, Chu PG: Myopericytoma of the kidney. Hum Pathol 41:1500-1504, 2010.

389. Grimm KE, Chen C, Weiss LM:  Necessity of bilateral bone marrow biopsies for ancillary cytogenetic studies in the pediatric population.  Am J Clin Pathol 134:982-986, 2010.

390. Wludarski SCL, Lopes LF, Berto de Silva TR, Carvalho FM, Weiss LM, Bacchi CE: HER2 testing in breast carcinoma:  very low concordance rate between reference and local laboratories in Brazil.  Appl Immunohistchem Molec Morphol 19:112-118, 2011

391. Wludarski SC, Lopes LF, Duarte IX, Carvalho FM, Weiss L, Bacchi CE.  Estrogen and progestoe receptor testing in breast carcinoma:  concordance of results between local and reference laboratories in Brazil.  Sao Paul Med J.  129:236-242, 2011.

392. Gualco G, Klumb CE, Barber GN, Weiss LM, Bacchi CE:  Pediatric/adolescent lymphomas in Brazil:  an overview of histological and subtypes and geographic distribution in a series of 1301 patients.  Cliniics (Sao Paulo) 65:1267-1277, 2010.

393. Huang Q, Snyder DS, Chu P, Gaal KK, Chang KL, Weiss LM:  PDGFRA rearrangement leading to hyper-eosinophilia, T-lymphoblastic lymphoma, myeloproliferative neoplasms and precursor B acute lymphoblastic leukemia. Leukemia 25:371-375, 2011.

394. Gualco G, Weiss SLM, Barber GN, Bacchi.  Diffuse large B-cell lymphoma involving the central nervous system.  Int J Surg Pathol 19:44-50, 2011.

395. Scuto A, Kujawsky M, Kowolik C, Krymskaya L, Wang L, Weiss LM, DiGiusto D, Yu H, Forman S, Jove R:  STAT3 inihibition as a potential strategy for ABC-like DLBCL therapy.  Cancer Res 71:3182-3188, 2011.

396. Noronha Y, Raza A, Hutchins B, Chase D, Garberoglio C, Chu P, Weiss L, Wang J: CD34, CD117 and Ki-67 expression in phyllodes tumor of the breast:  an immunohistochemical study of 33 cases.  Intl J Surg Pathol 19:152-158, 2011.

397. Slovak ML, Bedell V, Hus Y-H, Estrine DB, Nowak NJ, Delioukina ML, Weiss LM, Smith D, Forman SJ: Hodgkin and Reed-Sternberg (HRS) cells at disease onset harbor distinctrecurring copy number alterations in chemosensitive versus primary refractory classical Hodgkin lymphoma.  Clin Cancer Res 17:3443-3454, 2011.

398. Rezk SA, Agrawal R, Weiss LM:  Do indeterminate cells follow the footsteps of Langerhans cells and migrate from the skin to the lymph node.  Appl Immunohistochem Molec Morphol 20:56-61, 2012.

399. Chen M, Agrawal R, Nasseri-Nik N, Sloman A, Weiss LM:  Indeterminate cell tumor of the spleen.  Hum Pathol 43:307-311, 2012.

400. Chen M, Kim Y, Huang Q, Chang C, Gaal KK, Weiss LM:  Acute myeloid leukemia with an unusual histologic pattern mimicking metastatic carcinoma in bone marrow: a diagnostic pitfall.  J Hematopathol 4:117-122, 2011.

401.  Singer EM, Crocitto LE, Cho Y, Loera S, Weiss LM, Imam SA, Wilson TG, Smith SS:  Biomarker identification with ligand-targeted nucleoprotein assemblies. Nanomedicine 6:659-668, 2011.

402.  Cozen W, Li D, Best T, Van Den Berg DJ, Gourraud PA, Cortessis VK, Skol AD, Mack TM, Glaser SL, Weiss LM, Nathwani BN, Bhatia S, Schumacher FR, Edlund CK, Hwang AE, Slager SL, Fredericksen ZS, Strong LC, Habermann TM, Link BK, Cerhan JR, Robison LL, Conti DV, Onel K.  A genome-wide meta-analysis of nodular sclerosing Hodgkin lymphoma identifies risk loci at 6p21.32.  Blood119:469-475, 2012.

403.  Grimm KE, Barry TS, Chizhevsky V, Hii A, Weiss LM, Siddiqi IN, Brynes RK, O'Malley DP.  Histopathological findings in 29 lymph node biopsies with increased IgG4 plasma cells.  Mod Pathol 25:480-491, 2011.

404.  Chu PG, Chung L, JWeiss LM, Lau SK:  Determining the site of origin of mucinous carcinoma: an immunohistochemical study of 175 cases.  Am J Surg Pathol 35:1830-1836, 2011.

405.  Wu X, Weng L, Li X, Guo C, Pal S, Jin J, Li Y, Nelson RA, Mu B, Onami SH, Wu JJ, Ruel NH, Wilczynski SP, Gao H, Covarrubias M, Figlin RA, Weiss LM, Wu H: Identification of a 4-microRNA signature for clear cell renal cell carcinoma metastasis and prognosis. PLoS One. 7(5):e35661, 2012. Epub 2012 May 18.

406.  Hoppe RT, Advani RH, Ai WZ, Ambinder RF, Bello CM, Bierman PJ, Blum KA, Dabaja B, Duron Y, Forero A, Gordon LI, Hernandez-Ilizaliturri FJ, Hochberg EP, Maloney DG, Mansur D, Mauch PM, Metzger M, Moore JO, Morgan D, Moskowitz CH, Poppe M, Pro B, **Weiss L**, Winter JN, Yahalom J:  Hodgkin lymphoma.  J Natl Compr Canc Netw 9:1020-1058, 2011.

407.  Weiss LM, O'Malley DP.  Benign lymphadenopathies simulating malignant lymphoma.  Mod Pathol, 26 (suppl 1): S88-96, 2012.

408.  Liu Y, Deng J, Wang L, Lee H, Armstrong B, Sscuto A, Kowolik C, Weiss LM, Forman S, Yu H:  S!PR1 is an effective target to block STAT3 signaling in activated B-cell like diffuse large B-cell lymphoma.  Blood, 16:1456-65, 2012.

409.  Weiss LM, Chu P, Schroeder BE, Singh V, Zhang Y, Erlander MG, Schnabel CA: Blinded comparator study of immunohistochemistry vs. a 92-gene cancer classifier in the diagnosis of primary site in metastatic tumors.  J Molec Diagn, 15:263-269, 2013.

410.  Rezk SA, Nathwani BN, Zhao X, Weiss LM:  Follicular dendritic cells:  origin, function, and different disease-associated patterns.  Hum Pathol, 44:937-950, 2013.

411.  Handorf CR, Kulkarni A, Grenert JP, Weiss LM, Rogers WM, Kim OS, Gown AM, Monzon FA, Hawks-Miller M, Anderson GG, Walker MG, Pillai R, Henner WD: Comparative effectiveness of immunohistochemistry and gene expression profiling

for the accurate identification of metastatic cancers.  Am J Surg Pathol, 37:1067-1075, 2013.

412.  Mbulaiteye SM, Pullarkat ST, Nathwani BN, Weiss LM, Nagesh R, Emmanual B, Lynch CF, Hernandez B, Neppalli V, Hawes D, Cockburn MG, Kim A, Williams M, Altedruse S, Bhatia K, Goodman MT, Cozen W:  Epstein-Barr virus patterns in US Burkitt lymphoma tumors from the SEER residual tissue repository during 1979-2009. APMIS, 122:5-15, 2014.

413.  Lee DH, Amanat S, Goff C, Weiss LM, Said JW, Doan NB, Sato-Otaubo A, Ogawa S, Foercher C, Koeppler P:  Overexpression of miR-26a-2 in liposarcoma is correlated with poor patient survival.  Oncogenesis, 20;2e47, 2013.

414.  Weiss LM, Chen YY.  EBER in situ hybridization for Epstein-Barr virus.  Methods Mol Biol 999:223-230, 2013.

415.  Bautista-Quach MA, Booth CL, Kheradpour A, Zuppan CW, Rowsell EH, Weiss L, Wang J:  Mast cell sarcoma in an infant:  a case report and review of the literature.  J Pediatr Hematol Oncol 35: 315-320, 2013.

416.  O'Malley DP, Chizhevsky V, Grimm KE, Hii A, Weiss LM:  Utility of bcl-2, PD1, and CD25 immunohistochemical expression in the diagnosis of T-cell lymphomas. Appl Immunohistochem Mol Morphol 22:99-104, 2014.

417.  Morton LM, Kim CJ, Weiss LM, Bhatia K, Cockburn, Hawes D, Wang SS, Chang C, Engels EA, Cozen W:  Molecular characteristics of diffuse large B-cell lymphoma in HIV-positive and HIV-negative patients.  Leuk Lymphoma 55:551-7, 2014.

418.  Weiss LM:  Atypical phenotypes in classical Hodgkin lymphoma.  Surg Pathol Clin, 6:729-742, 2013.

419.  Pan Z-G, Chen Y-Y, Wu X-J, Trisal V, Wilczynski S, Weiss LM, Chu P-G, Wu H: Merkel cell carcinoma of lymph node with unknown primary has a significantly lower association with Merkel cell polyomavirus than its cutaneous counterpart.  Mod Pathol 27:1182-1192, 2014.

420.  Pullarkat ST, Pullarkat V, Lagoo A, Brynes R, Weiss LM, Bedell V, Chen W, Huang Q, Gaal K, Weisenburger D, Kim Y:  Characterization of bone marrow mast cells in *RUNX1-RUNX1T1* acute myeloid leukemia.  Leuk Res 37:1572-5, 2013.

421.  O'Malley DP, Zuckerberg L, Smith LB, Barry TS, Gunn S, Tam W, Orazi A, Kim YS, Weiss LM:  The genetics of interdigitating dendritic cell sarcoma shares some changes with Langerhans cell histiocytosis in select cases.  J Diagn Pathol 18:18-20, 2014.

422.  Hollman-Hewgley D, Lazare M, Bordwell A, Zebadua E, Tripathi P, Ross AS, Fisher D, Adams A, Bouman D, O'Malley DP, Weiss LM:  A single slide hyperplex assay for the evaluation of classical Hodgkin lymphoma.  Am J Surg Pathol 38:1193-1202, 2014.

423. Swerdlow SH, Jaffe ES, Brousset P, Chen JKC, de Leval L, Gaulard P, Harris NL, Pileri S, Weiss LM: Cytotoxic T-cell and NK-cell lymphomas current questions and controversies. Am J Surg Pathol 38:e60-71, 2014.

424. Wu W, Grimm KE, Hummel J, Weiss LM, Patel KP, Bueso-Ramos CE, O'Malley DP: Follicular lymphoma in situ with coincident low grade B-cell lymphoma: A case series. J Hematopathol 7:95-101, 2014.

425. Dewar R, Dndea AA, Guitart J, Arber DA, Weiss LM: Best practices in immunohistochemistry: Best practices in the workup of cutaneous lymphoid lesions in the diagnosis of primary cutaneous lymphoma. Arch Pathol Lab Med 139:338-350, 2015.

426. Cozen W, Li D, Timofeeva M, Diepstra A, Hazelett D, Delahaye-Sourdeix M, Edlund CK, Rostgaard K, Van Den Berg DJ, Lude F, Glaser SL, Westra H-J, Robison LL, Mack TM, Ghesquieres H, Hwang AE, Nieters A, Smedby K, de Sanjose S, Cortessis VK, Lightfoot T, Roman E, Becker N, Foretova L, Benavente Y, Maynadie M, Nathwani BN, Staines A, Cocco P, Boffetta P, Lambertus K, Bhatia S, Strong LC, Gilan P, Duell EJ, Lake A, Veenstra RN, Visser L, Montgomery D, Gaborieau V, Weiss LM, Byrnes G, Lathrop M, Cerhan JR, Gallagher A, Taylor, GM, Slager SL, Brennan P, Conti DV, Coetzee GA, Onel K, van den Berg A, Jarrett RF, Hjalgrim H, McKay JD: A Meta-GWAS Hodgkin lymphoma reveals 19p13.3 (TCF3/E2A) as a novel HL susceptibility locus. Nature Commun 12;5:3856, 2014.

427. O'Malley DP, Auerbach A, Weiss LM: Practical applications in immunohistochemistry: Evaluation of diffuse large B-cell lymphoma and related large cell lymphomas. Arch Pathol Lab Med 139:1094-107, 2015.

428. O'Malley DP, Kim YS, Weiss LM: Distinctive immunohistochemical staining in littoral cell angioma using ERG and WT-1. Ann Diagn Pathol 19:143-5, 2015.

429. O'Malley DP, Agrawal R, Grimm KE, Hummel J, Glazyrin A, Dim DC, Madhusudhana S, Weiss LM: Evidence of BRAF V600E in indeterminate cell tumor and interdigitating dendritic cell sarcoma. Ann Diagn Pathol 19:113-116, 2015.

430. Fedoriw Y, Kim YS, Vergilio JA, Chen ZW, Weiss LM, O'Malley DP: BRAF V600E mutation-specific immunohistochemistry is a rare finding in dendritic cell- and histiocyte-derived tumors. Leuk Lymphoma 2015 56:1132-3, 2015.

431. Zhang H, Kheradpour A, Rowsell EH, Zuppan CW, Weiss LM, Wang J: Cytotoxic molecule-positive Epstein-Barr Virus-associated peripheral T-cell lymphoma in a 20-month-old child: a case report and review of the literature. J Pediatric Hematol Oncol 37:e475-80, 2015.

432. Li Y, Wu X, Gao H, Jin J, Li A, Guo C, Kim Y, Nelson R, Chen S, Wang F, Wang J, Mu B, Wan J, Chen WG, Rossi J, Weiss LM, Wu H: Piwi-interacting RNAs are dysregulated in renal cell carcinoma and associated with tumor metastasis and cancer-specific survival. Molec Medicine 21:381-8, 2015.

433. O'Malley DP, Fedoriw Y, Weiss, LM: Distinguishing classical Hodgkin lymphoma, gray zone lymphoma, and large B-cell lymphoma: a proposed scoring

system.  Appl Immunohistochem Mol Morphol.  Appl Immunohistochem Mol Morphol 24:535-540, 2016.

434.  Emile JF, Abla O, Fraitag S, Horne A, Haroche J, Donadieu J, Requena-Caballero L, Jordan MB, Abdel-Wahab O, Allen CE, Charlotte F, Diamond EL, Egeler RM, Fischer A, Gil Herrera J, Henter JI, Janku F, Merad M, Picarsic J, Rodriguez-Galindo C, Rollins BJ, Tazi A, Vassallo R, Weiss LM:  Revised classification of histiocytoses and neoplasm of the macrophage-dendritic cell lineages.  Blood 127:2672-2681, 2016.

435.  Boyer DF, McKelvie PA, de Leval L, Edlefsen KL, Ko YH, Aberman ZA, Kovach AE, Masih A, Nishino HT, Weiss LM, Meeker AK, Nardi V, Palisoc M, Shao L, Pittaluga S, Ferry JA, Harris NL, Sohani AR:  Fibrin-associated EBV-positive large B-cell lymphoma:  an indolent neoplasm with features distinct from diffuse large B-cell lymphoma associated with chronic inflammation.  Am J Surg Pathol 41:299-312, 2017.

436.  Andersen EF, Paxton CN, O'Malley DP, Louissant A Jr, Hornick JL, Griffin GK, Fedoriw Y, Kim YS, Weiss LM, Perkins SL, South ST:  Genomic analysis of follicular dendritic cell sarcoma by molecular inversion probe array reveals tumor suppressor-driven biology.  Mod Pathol 30:1321-1334, 2017.

437.  Rezk SA, Zhao X, Weiss LM:  Epstein Barr virus (EBV)-assocated lymphoid proliferations, a 2018 update.  Hum Pathol 79:18-41, 2018.

438.  Farell D, Nael A, Zhao X, Weiss LM, Rezk SA:  Epstein-Barr virus incidental expression in bone marrow cells:  a study of 230 consecutive bone marrow biopsy samples.  Human Pathol 88:60-65, 2019.

439.  Rezk SA, Weiss LM:  EBV-associated lymphoproliferative disorders:  update in classification.  Surg Path Clin 12:745-770, 2019.

440.  O'Malley DP, Yang Y, Boisot S, Sudarsanam S, Wang JF, Chiezhevsky V, Zhao G, Arain S, Weiss LM:  Immunohistochemical detection of PD-L1 among diverse human neoplasms in a reference laboratory setting:  observations based upon 62,896 cases.  Mod Pathol 32:929-942, 2019.

ABSTRACTS

Available upon request.


LETTERS

1.  Corson JM, Weiss LM, Banks-Schlegel SP, Pinkus GS:  Keratin in synovial sarcoma.  Am J Surg Pathol 7:107-109, 1983.

2.  Weiss LM, Wood GS, Warnke RA, Sklar J:  Clonal analysis of T cells in lymphomatoid papulosis.  N Engl J Med 316:348, 1987.

3. Weiss LM, Warnke R, Sklar J: $J_H$ rearrangements in Hodgkin's disease. Hum Pathol 18:871, 1987.

4. Regula DP, Hoppe RT, Weiss LM: Lymphocyte predominance Hodgkin's disease. N Engl J Med 319:246-247, 1988.

5. Weiss LM, Warnke RA: Leukocyte common antigen expression in lymphomas. Arch Pathol Lab Med 112:9, 1988.

6. Weiss LM, Billingham ME, Kempson RL: *In situ* hybridization results. Am J Surg Pathol 12:902, 1989.

7. Weiss LM, Movahed LA, Warnke RA, Sklar J: Detection of Epstein-Barr virus in Hodgkin's disease. N Engl J Med 321;544, 1989.

8. Weiss LM, Pitts WC, Gaffey MJ, Frierson HF, Esteban J, Kempson RL: Metaplastic carcinomas and sarcomas of the breast. Am J Clin Pathol 96:781, 1991.

9. Gaffey MJ, Mills SE, Zarbo RJ, Weiss LM: PEC and Sugar. Am J Surg Pathol 16:308, 1992.

10. Medeiros LJ, Weiss LM: Adrenocortical neoplasms. Am J Clin Pathol 98:382-383, 1992.

11. Battifora H, Gown A, Rosai J, Weiss LM: Why Applied Immunohistochemistry? Appl Immunohistochem 1:1, 1993.

12. Momose H, Weiss LM: Epstein-Barr virus and Reed-Sternberg-like cells in chronic lymphocytic leukemia. Am J Surg Pathol 17:854, 1993.

13. Arber DA, Weiss LM, Jaffe ES: Nasal T cell lymphoma. Am J Surg Pathol 16:1195, 1993.

14. Downing JR, Ladanyi M, Raffeld M, Weiss LM, Morris SW: Large-cell anaplastic lymphoma-specific translocation in Hodgkin's disease. Lancet 345:918-919, 1995.

15. Arber DA, Weiss LM: EBV in follicular dendritic cells. Am J Surg Pathol 20:1426, 1996.

16. Arber DA, Weiss LM, West RB: CD117 expression in mesothelioma. Mod Pathol 17:1021, 2004.

17. Weiss LM: Pathology of the adrenal. Pathol Case Rev 10:217-218, 2005.

18. Huang Q, Li X, Chen W, Weiss LM: Absence of JAK-2V627F point mutations in multiple myeloma. Leukemia 21:813-814, 2007.

19.  Zain J, Rotter A, Weiss L, Forman S, Kirschbaum MH:  Valproic acid monotherapy leads to CR in a patient with refractory diffuse large B cell lymphoma.  Leuk Lymphoma 48: 1216-1218, 2007.

20.  Huang Q, Chen WG, Gaal KK, Slovak ML, Stein A, Weiss LM:  A rapid, one step assay for simultaneous detection of FLT3/ITD and NPM-1 mutations with normal cytogenetics.  Brit J Hematol 142:489-492, 2008.


BOOK CHAPTERS

1.  Weiss LM, Murphy GF:  Pathology of cancer.  In:  Cancer:  Causes and Methods of Treatment for Trial Lawyers.  Harrison Co., 1985.

2.  Weiss LM, Murphy GF:  Pathology of cancer.  In:  Cancer:  Causes and Methods of Treatment for Non-Oncologists.  Harrison Co., 1985.

3.  Schoeppel SL, Hoppe RT, Dorfman RF, Horning SJ, Chew TC, Weiss LM, Collier AC:  AIDS and Hodgkin's disease.  In:  Frontiers of Radiation Therapy and Oncology, Vol. 19, 1985.

4.  Warnke RA, Weiss LM:  Non-Hodgkin's lymphomas of B cell type in immunologic perspective.  In:  Malignant Lymphoma, CW Berard, RF Dorfman and N Kaufman, eds. Williams & Wilkins, Baltimore, 1987, pp 88-103.

5.  Sklar J, Weiss LM, Cleary ML:  The diagnostic molecular biology of non-Hodgkin's lymphoma.  In:  Malignant Lymphoma. CW Berard, RF Dorfman and N Kaufman, eds. Williams & Wilkins, Baltimore, 1987, pp 204-224.

6.  Weiss LM, Dorfman RF, Warnke RA:  Lymph node workup.  In: Advances in Pathology.  CM Fenoglio-Preiser, ed.  Yearbook Medical Publishers, Inc 1988, p. 111-130.

7.  Weiss LM, Nickoloff BJ, Wood GS, Sklar J:  Immunoglobulin and T cell receptor gene rearrangements in diagnostic dermatopathology.  In:  Advances in Dermatology.  Yearbook Medical Publishers 3:141-160, 1988.

8.  Warnke RA, Weiss LM:  Detection of human T and B cell antigens using avidin-biotin peroxidase.  In:  Methods in Enzymology. Academic Press, 184:363-370, 1990.

9.  Weiss LM, Sklar J:  T cell neoplasms. In:  Molecular Genetics in Cancer Diagnosis. J Cossman, ed.  Elsevier, 1990, pp. 203-222.

10.  Medeiros LJ, Weiss LM:  Renal cell adenocarcinoma.  In:  Contemporary Issues in Surgical Pathology:  Tumors and Tumor-like Conditions of the Kidneys and Ureters. Roth L, series ed.  Churchill-Livingstone, New York, 1990, pp. 35-70.

11.  Medeiros LJ, Weiss LM: Pathologic stage and nuclear grade as predictors of the clinical behavior of renal cell carcinoma.  In:  Progress in Reproductive and Urinary

Tract Pathology II.  Damjanov I, Cohen A, Young R, Mills SE, ed. W.W. Norton Co., New York, 1990, pp. 102-122.

12.  Weiss LM, Gaffey M:  The role of Epstein-Barr virus in malignant lymphomas.  In Immunological aspects of malignant lymphomas and cryoglobulinemia.  Ed. by F. Dammacco, Edi. Ermes, 1990, pp. 103-114.

13.  Weiss LM:  Histiocytic and dendritic cell proliferations.  In:  Neoplastic Hematopathology.  Ed. by DM Knowles.  Williams & Wilkins, Baltimore, 1992, pp. 1459-1484.

14.  Pitts WC, Weiss LM:  The role of fine needle aspiration in the diagnosis and management of hematopoietic neoplasms.  In:  Neoplastic Hematopathology.  Ed. by DM Knowles.  Williams & Wilkins, Baltimore, 1992, pp. 385-405.

15.  Weiss LM:  The pathogenesis of Hodgkin's disease:  Oncogene, tumor suppressor gene, and Epstein-Barr viral studies.  In:  Aetiology of Hodgkin's Disease.  Ed. by RF Jarrett.  Plenum Press, New York, 1995, pp. 197-208.

16.  Weiss LM, Chang KL, Arber D:  Lymph node.  In:  The Difficult Diagnosis in Surgical Pathology.  Ed. by N Weidner.  W.B. Saunders & Co., Philadelphia, 1996, pp. 805-839.

17.  Medeiros LJ, Weiss LM:  Adrenal pathology.  In:  The Difficult Diagnosis in Surgical Pathology.  Ed. by N Weidner.  W.B. Saunders & Co, Philadelphia, 1996, pp. 377-407.

18.  Weiss LM, Chan W, Schnitzer B:  Lymph node pathology.  In:  Anderson's Pathology.  Ed. by J Linder and I Damjanov.  Mosby-Year Book, Inc., St. Louis, 1996, pp. 1115-1200.

19.  Strickler JG, Burgart LJ, Weiss LM:  Classical Hodgkin's disease.  In: Pathology of Lymph Nodes.  Ed. by LM Weiss.  Churchill Livingstone, New York, 1996, pp. 169-214.

20.  Weiss LM:  Classification of non-Hodgkin's lymphoma.  In:  Pathology of Lymph Nodes.  Ed. by LM Weiss.  Churchill Livingstone, New York, 1996, pp. 229-237.

21.  Weiss LM, Nathwani BN:  Diffuse aggressive non-Hodgkin's lymphoma.  In: Pathology of Lymph Nodes.  Ed. by LM Weiss.  Churchill Livingstone, New York, 1996, pp. 275-297.

22.  Chang KL, Weiss LM:  Histiocytic and dendritic cell proliferations.  In:  Pathology of Lymph Nodes.  Ed. by LM Weiss.  Churchill Livingstone, New York, 1996, pp. 399-431.

23.  Weiss LM, Arber DA, Chang KL:  Lymph nodes and spleen.  In:  Principles and Practice of Surgical and Cytopathology, 3rd Edition.  Ed. by SG Silverberg.  Churchill Livingstone, New York, 1997, pp. 675-772.

24. Weiss LM, Chang KL, Hayashi K:  Epstein-Barr virus and Hodgkin's disease.  In:  Epstein-Barr Virus and Human Cancer/Gann Monograph on Cancer Research, Volume 45.  Ed. by  T. Osato, K. Takada, and M. Tokunaga.  Tokyo:  Japan Scientific Societies Press, 1998, pp. 161-172.

25. Weiss LM, Chang KL:  Viruses and malignant lymphoma.  In Malignant Lymphomas.  Ed. by Hancock BW, Selby P, MacLennan KA, Armitage JO, Canellos GP.  Chapman & Hill, 2000, pp, 115-131.

26. Weiss LM:  Viral causes of non-Hodgkin's Lymphoma.  In:  Volume 5:  Non-Hodgkin's Lymphomas.  Series on Advances in Oncology.  European School of Oncology, 1999.

27. Ambinder R, Weiss LM:  Association of viruses with Hodgkin's disease.  In Hodgkin's Disease.  Ed. by Mauch P, Armitage J, Diehl V, Hoppe R, Weiss LM. Lippincott Williams & Wilkins, Philadelphia, 1999, pp. 79-98.

28. Weiss LM, Chan JKC, MacLennan KA, Warnke RA:  Pathology of classical Hodgkin's disease.  In Hodgkin's Disease.  Ed. by Mauch P, Armitage J, Diehl V, Hoppe R, Weiss LM.  Lippincott Williams & Wilkins, Philadelphia, 1999, pp. 101-120.

29. Hansmann M-L, Weiss LM, Stein H, Harris NL, Jaffe ES:  Pathology of lymphocyte predominance.  In Hodgkin's Disease.  Ed. by Mauch P, Armitage J, Diehl V, Hoppe R, Weiss LM.  Lippincott Williams & Wilkins, Philadelphia, 1999, pp. 169-180.

30. Weiss LM:  Lymph Node:  In Encyclopedia of Life Sciences.  Macmillan Reference Ltd.

31. Pitts WC, Weiss LM:  The role of fine needle aspiration in the diagnosis and management of hematopoietic neoplasms.  In:  Neoplastic Hematopathology, 2nd Edition.  Ed. by DM Knowles.  Lippincott Williams & Wilkins, Philadelphia, 2001, pp. 483-505.

32. Weiss LM:  Association of Epstein-Barr virus with malignant lymphomas, including Hodgkin's disease.  In:  Proceedings of the 6th Japanese-Korean Lymphoreticular Workshop.  Ed. by T Akagi.  Japan Scientific Societies Press, Tokyo, Japan, 1999, pp. 1-20.

33. Weiss LM:  Histiocytic and dendritic cell proliferations.  In:  Neoplastic Hematopathology, 2nd Edition.  Ed. by DM Knowles.  Lippincott Williams & Wilkins, Philadelphia, 2001, pp. 1815-1845.

34. Weiss LM:  Soft Tissue:  In  Modern Surgical Pathology.  Ed. by Weidner N, Cote R, Suster S, Weiss LM.  W. B. Saunders, Philadelphia, 2003, pp. 1783-1853.

35. Weiss LM:  Serosal Membranes:   In  Modern Surgical Pathology.  Ed. by Weidner N, Cote R, Suster S, Weiss LM.  W. B. Saunders, Philadelphia, 2003, pp. 419-437.

36. Weiss LM:  Adrenal:  In  Modern Surgical Pathology.  Ed. by Weidner N, Cote R, Suster S, Weiss LM.  W. B. Saunders, Philadelphia, 2003, pp. 1755-1780.

37.  Chang KL, Arber DA, Weiss LM:  Lymph nodes:  In  Modern Surgical Pathology. Ed. by Weidner N, Cote R, Suster S, Weiss LM.  W. B. Saunders, Philadelphia, 2003, pp. 1477-1570.

38.  Weiss LM, Grogan TM, Muller-Hermelink H-K, Stein H, Dura T, Favara B, Paulli M, Feller AC:  Langerhans cell histiocytosis.  In: In World Health Organization Classification of Tumours.  Pathology and Genetics:  Tumors of the Hematopoietic System.  IARCPress, Lyon, 2001.

39.  Weiss LM, Grogan TM, Muller-Hermelink H-K, Stein H, Dura T, Favara B, Paulli M, Feller AC:  Interdigitating dendritic cell sarcoma/tumor.  In World Health Organization Classification of Tumours.  Pathology and Genetics:  Tumors of the Hematopoietic System.  IARCPress, Lyon, 2001.

40.  Weiss LM, Grogan TM, Muller-Hermelink H-K, Stein H, Dura T, Favara B, Paulli M, Feller AC:  Histiocytic sarcoma.  In World Health Organization Classification of Tumours.  Pathology and Genetics:  Tumors of the Hematopoietic System. IARCPress, Lyon, 2001.

41.  Weiss LM, Grogan TM, Muller-Hermelink H-K, Stein H, Dura T, Favara B, Paulli M, Feller AC:  Follicular dendritic cell sarcoma/tumor.  In World Health Organization Classification of Tumours.  Pathology and Genetics:  Tumors of the Hematopoietic System.  IARCPress, Lyon, 2001.

42. Weiss LM, Grogan TM, Muller-Hermelink H-K, Stein H, Dura T, Favara B, Paulli M, Feller AC:  Dendritic cell sarcoma, not otherwise specified.  In World Health Organization Classification of Tumours.  Pathology and Genetics:  Tumors of the Hematopoietic System.  IARCPress, Lyon, 2001.

43.  Weiss LM, Grogan TM, Pileri SA, Favara B, Dura T, Paulli M, Feller AC: Langerhans cell sarcoma.  In World Health Organization Classification of Tumours. Pathology and Genetics:  Tumors of the Hematopoietic System.  IARCPress, Lyon, 2001.

44. Weiss LM:  Systemic Oncology of Bone.  In: Alison M, Gullick W, Salomon DS, Gooderham N, Bettman MA, Weiss LM, Nicolson GL, Haier J, Lemoine N, Abbruzzese J, editors:  Cancer Handbook.  Nature Publishing Group, London, 2002, pp. 721-732.

45. Weiss LM: Blood and bone marrow:  Myeloid leukaemias and related neoplasms. In: Alison M, Gullick W, Salomon DS, Gooderham N, Bettman MA, Weiss LM, Nicolson GL, Haier J, Lemoine N, Abbruzzese J, editors:  Cancer Handbook.  Nature Publishing Group, London, 2002, pp. 853-860.

46.  Hoppe R, Armitage J, Weiss LM:  Hodgkin's disease.  In:  Bast RC, Kufe DW, Pollock RE, Wiechselbaum RR, Holland JF, Frei E, editors:  Cancer Medicine, 6th ed. B.C. Decker, Toronto, 2003, pp. 2163-2188.

47. Chang KL, Arber DA, Gaal K, Weiss LM: Lymph nodes and spleen. In: Principles and Practice of Surgical and Cytopathology, 4th Edition. Ed. by SG Silverberg, RA DeLillis, WJ Frable, VA LiVolsi, MR Wick, Elsevier, 2006, pp. 507-607.

48. Weiss LM, Bertagna X, Chrousos GP, Kawashima A, Kleihues P, Koch CA, Giordano TJ, Medeiros LJ, Merino MJ, Ordonez NG, Sasano H: Adrenal cortical carcinoma. In: World Health Organization Classification of Tumours. Pathology and Genetics: Tumors of Endocrine Organs. IARCPress, Lyon, 2004, pp. 139-242.

49. Weiss LM, Chang KL: Lymphoid and Hematopoietic Systems. In: Damyanov I, Fang F, editors: Cancer Grading Manual. Springer, New York, 2007, pp. 82-90.

50. Ng AK, Weiss L, Freedman A: Hodgkin's Disease. In: Gunderson L, Tepper J, eds.: Clinical Radiation Oncology, 2nd edition, Elsevier, Philadelphia, 2007, pp. 1689-1711.

51. Mauch PM, Weiss LM, Armitage J: Hodgkin's disease. In: Kufe DW, Bast RC, Hait WN, Hong WK, Pollock RE, Wiechselbaum RR, Holland JF, Frei E, editors: Cancer Medicine, 7th ed. B.C. Decker, Hamilton, Toronto, 2006, pp. 1802-1824.

52. Weiss LM: Soft Tissue: In Modern Surgical Pathology, 2nd edition. Ed. by Weidner N, Cote RJ, Suster S, Weiss LM. Saunders Elsevier, Philadelphia, 2009, pp. 1717-1783.

53. Weiss LM: Serosal Membranes:  In Modern Surgical Pathology, 2nd edition. Ed. by Weidner N, Cote RJ, Suster S, Weiss LM.  Saunders, Philadelphia, 2009, pp. 434-453.

54. Lau S, Weiss LM: Adrenal:  In  Modern Surgical Pathology, 2nd edition. Ed. by Weidner N, Cote RJ, Suster S, Weiss LM.  Saunders Elsevier, Philadelphia, 2009, pp. 1686-1714.

55. Chang KL, Arber DA, Weiss LM: Lymph nodes: In Modern Surgical Pathology, 2nd edition. Ed. by Weidner N, Cote RJ, Suster S, Weiss LM. Saunders Elsevier, Philadelphia, 2009, pp.1431-1511.

56. Ambinder R, Jarrett R, Weiss LM:  Association of viruses with Hodgkin's disease. In Hodgkin's Disease, 2nd edition. Ed. by Hoppe R, Mauch P, Armitage J, Diehl V, Weiss LM. Lippincott Williams & Wilkins, Philadelphia, 2007, pp. 25-39.

57.     Weiss LM, Warnke RA, Hansmann M-L, Chan JKC, Muller-Hermelink HK, Harris N, Jaffe E: Pathology of Hodgkin lymphoma. In Hodgkin Lymphoma, 2nd edition. Ed. by Hoppe R, Mauch P, Armitage J, Diehl V, Weiss LM. Lippincott Williams & Wilkins, Philadelphia, 2007, pp. 43-71.

58.     Hainsworth JD, Weiss LM: Carcinoma of an unknown primary site. In Cancer Management: A Multidisciplinary Approach, 10th Edition. Ed. by Pazdur R, Coia LR, Hoskins WJ, Wagman LD, CMP Healthcare Media, Lawrence, Kansas, 2007, pp. 658-666.

59.     Chang KC, Weiss LM: Blood and bone marrow: Myeloid leukaemias and related neoplasms. In: Alison MR, Hall PA, Gooderham NJ, Weiss LM, Haier J, Lemoine N, Termpero MA, editors: Cancer Handbook, 2nd Edition. John Wiley & Sons, Chichester, England, 2007, pp. 724-732.

60.     Hainsworth JD, Weiss LM: Carcinoma of an unknown primary site. In Cancer Management: A Multidisciplinary Approach, 11th Edition. Ed. by Pazdur R, Coia LR, Hoskins WJ, Wagman LD, CMP Healthcare Media, Lawrence, Kansas, 2008, pp. 6687-6696.

61.     Limmer KK, Kernstine KH, Grannis Jr. FW, Weiss LM:  Diaphragmatic Benign or Malignant, Overview.  In Adult Chest Surgery.  Ed. by Sugar baker DR, Bueno R, Krasna MJ, Mentzer SJ, Adams A. McGraw-Hill, New York, New York, 2009, pp. 1054-1067.

62.     Kernstine KH, Weiss LM:  Benign: Leiomyoma.  In Esophageal Cancer.  Ed. by Jobe BA, Thomas, Jr., CR, Hunter JG.  Demos Medical, New York, New York, 2009, pp. 315-319.

63.     Kernstine KH, Weiss LM:  Hamartoma of the esophagus.  In Esophageal Cancer.  Ed. by Jobe BA, Thomas, Jr., CR, Hunter JG.  Demos Medical, New York, New York, 2009, pp. 321-322.

64.     Mauch PM, Weiss LM, Armitage J:  Hodgkin's disease.  In: Kufe DW, Bast RC, Hait WN, Hong WK, Pollock RE, Wiechselbaum RR, Holland JF, Frei E, editors:  Cancer Medicine, 8th ed.  B.C. Decker, Hamilton, Toronto, 2010, pp. 1622-1644.

65.  Jaffe R, Weiss LM, Facchetti F:  Tumours derived from Langerhans cells. In World Health Organization Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC: Lyon, 2008, pp. 358-360.

66.  Weiss LM, Grogan TM, Chan JKC:  Interdigitating dendritic cell sarcoma. In World Health Organization Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC: Lyon, 2008, pp. 361-362.

67.  Grogan TM, Pileri SA, Chan JKC, Weiss LM, Fletcher JDM:  Histiocytic sarcoma. In World Health Organization Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC: Lyon, 2008, pp. 356-357.

68.  Weiss LM, Chan JKC, and Fletcher CDM:  Other rare dendritic cell tumours.   In World Health Organization Classification of Tumours of Haematapoietic and Lymphoid Tissues.  IARC: Lyon, 2008, p. 365.

69.  Weiss LM:  Lymph Node:  In Encyclopedia of Life Sciences.  John Wiley & Sons, 2008.

70.  Stein H, Delsol G, Pileri S, Weiss LM, Poppema S, Jaffe ES:  Classical Hodgkin lymphoma, introduction.  In World Health Organization Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC: Lyon, 2008, pp. 326-329.

71. Weiss LM, von Wasielewski R, Delsol G, Poppema S, Stein H:  Mixed cellularity classical Hodgkin lymphoma.  In World Health Organization Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC:  Lyon, 2008, p. 331.

72. Chan JKC, Pileri SA, Delsol G, Fletcher CDM, Weiss LM, Grogg KL:  Follicular dendritic cell sarcoma.  In World Health Organization Classification of Tumours of Haematopoietic and Lymphoid Tissues.  IARC:  Lyon, 2008, pp. 363-364.

73. Weiss LM, Chang KL:  Pathology of Langerhans cell histiocytosis and other histiocytic proliferations.  In Wiintrobe's Clinical Hematology, 12th edition.  Wolters Kluwer/Lippincott Williams & Wilkins:  Philadelphia, 2008, pp. 1582-1588.

74. Weiss LM, Chen Y-Y:  EBER in situ hybridization for Epstein-Barr virus.  In Molecular Methods Hematologic Malignancies.  Human Press:  Totowa, 2010.

75. Chang KL, Weiss LM:  Other histiocytic and dendritic cell neoplasms.  In Hematopathology.  Major Problems in Pathology, ed. Jaffe ES, Harris NL, Vardiman JW, Campo E, Arber DA, Sounders/Elsevier, Philadelphia , 2010, pp.  827-836, 2010.

76. Ng AK, Weiss L, Freedman A:  Hodgkin's disease.  In:  Gunderson L, Tepper J, eds.:  Clinical Radiation Oncology, 3nd edition, Elsevier, Philadelphia, 2010.

77. Hainsworth JD, Weiss LM:  Carcinoma of an unknown primary site.  In Cancer Management: A Multidisciplinary Approach, 12th Edition.  Ed. by Pazdur R, Coia LR, Hoskins WJ, Wagman LD, CMP Healthcare Media, Lawrence, Kansas, 2009, pp. 661-671.

78. Weiss LM, Chang KL:  Classification of non-Hodgkin lymphomas.  In Orazi A, Weiss LM, Foucar K, Knowles DM:  Knowles' Neoplastic Hematopathology, Lippincott William & Wilkins, Philadelphia, 2014, pp. 394-417.

79. Chang KL, Weiss LM:  Histiocytic and dendritic neoplasms.  In Orazi A, Weiss LM, Foucar K, Knowles DM:  Knowles' Neoplastic Hematopathology, Lippincott William & Wilkins, Philadelphia, 2014, pp. 1175-1191.

80. Grimm, K, Barry T, O'Malley D, Weiss LM:  Immunohistochemistry of lymph nodes.  In Orazi A, Weiss LM, Foucar K, Knowles DM:  Knowles' Neoplastic Hematopathology, Lippincott, New York, 2014, pp. 91-118.

81. Hainsworth JD, Weiss LM:  Carcinoma of an unknown primary site.  In Cancer Management: A Multidisciplinary Approach, 12th Edition.  Ed. by Pazdur R, Coia LR, Hoskins WJ, Wagman LD, CMP Healthcare Media, Lawrence, Kansas, 2013.

82. Weiss LM, Chang KL:  Pathology of Langerhans cell histiocytosis and other histiocytic proliferations.  In Wintrobe's Clinical Hematology, 13th edition.  Wolters Kluwer/Lippincott Williams & Wilkins:  Philadelphia, 2013.

83. Weiss LM, Chang KL:  Lymph Nodes.  In:  Grading of Cancer, 2nd edition.  Ed. By I Damyanov, Springer-Verleg, 2013.

84. Chang KL, Arber DA, Gaal K, Weiss LM:  Lymph nodes and spleen.  In:  Principles and Practice of Surgical and Cytopathology, 5th Edition.  Ed. by MR Wick, RA DeLillis, WJ Frable, VA LiVolsi, Elsevier, 2015.

85. Ng AK, Weiss L, Freedman A:  Hodgkin lymphoma.  In:  Gunderson L, Tepper J, eds.:  Clinical Radiation Oncology, 4[nd] edition, Elsevier, Philadelphia, 2015, in press.

86.  Jaffe R, Chang KL, Weiss LM:  Langerhans cell histiocytosis and other histiocytic and dendritic cell neoplasms.  In Hematopathology.  Major Problems in Pathology, ed. Jaffe ES, Harris NL, Vardiman JW, Campo E, Arber DA, Sounders/Elsevier, Philadelphia, 2017, pp. 827-838.


JOURNAL GUEST EDITOR

Weiss LM: Pathology Case Reviews: 7:3, 2002.

Weiss LM: Pathology Case Reviews: 10:5, 2005.


BOOKS

1. Warnke RA, Weiss LM, Chan JKC, Cleary ML, Dorfman RF:  Tumors of the Lymph Nodes and Spleen.  Atlas of Tumor Pathology, 3rd Edition, AFIP: Washington, D.C., 1995, 544 pp.

2. Weiss LM, editor:  Pathology of Lymph Nodes.  Churchill Livingstone, New York, 1996, 453 pp.

3. Mauch P, Armitage J, Diehl V, Hoppe R, Weiss LM, editors:  Hodgkin's Disease.  Lippincott Williams & Wilkins, Philadelphia, 1999, 802 pp.

4. Weidner N, Cote R, Suster S, Weiss LM, editors:  Modern Surgical Pathology, Vols. 1 and 2.  W.B. Saunders, Philadelphia, 2003, 2002 pp.

5. Alison M, Gullick W, Salomon DS, Gooderham N, Bettman MA, Weiss LM, Nicolson GL, Haier J, Lemoine N, Abbruzzese J, editors:  Cancer Handbook. Nature Publishing Group, London, 2002, 1723 pp.

6. Hoppe R, Mauch P, Armitage J, Diehl V, Weiss LM, editors:  Hodgkin's Disease, 2nd Edition.  Walters Kluwer/Lippincott Williams & Wilkins, Philadelphia, 2007, 466 pp.

7. Weidner N, Cote RJ, Suster S, Weiss LM, editors:  Modern Surgical Pathology, Vols. 1 and 2, 2nd Edition.  Saunders Elsevier, Philadelphia, 2009, 2113 pp.

8.  Alison MR, Hall PA, Gooderham N, Weiss LM, Haier J, Lemoine NR, Tempero MA, editors:  Cancer Handbook, 2nd Edition.  John Wiley & Sons, Chichester, England 2007, 1573 pp.

9.  Weiss LM:  Lymph Nodes.  Cambridge Illustrated Surgical Pathology. Cambridge University Press, New York, 2008, 289 pp.

10.  Chu PG, Weiss LM:  Modern Immunohistochemistry. Cambridge Illustrated Surgical Pathology.  Cambridge University Press, New York, 2009, 700 pp.

11.  Lawton TJ:  Breast. Cambridge Illustrated Surgical Pathology.  Cambridge University Press, LM Weiss, series editor, New York, 2009, 243 pp.

12.  Vogel H:  Nervous System. Cambridge Illustrated Surgical Pathology. Cambridge University Press, LM Weiss, series editor, New York, 2009, 501 pp.

13.  Brandwein-Gensler M.  Head and Neck.  Cambridge Illustrated Surgical Pathology.  Cambridge University Press, LM Weiss, series editor, New York, 2009, 630 pp.

14.  Ranchod M.  Intraoperative Consultation in Surgical Pathology.  Cambridge Unviersity Press, LM Weiss, series editor, New York, 2010, 341 pp.

15.  Orazi A, Weiss LM, Foucar K, Knowles D:  Knowles' Neoplastic Hematopathology, Lippincott Williams & Wilkins, Philadelphia, 2014, 1278 pp.

16.  Soslow RA, Longacre TA:  Uterine Pathology.  Cambridge University Press, LM Weiss, series editor, New York, 2012, 352 pp.

17.  Chu PG, Weiss LM:  Modern Immunohistochemistry. Cambridge Illustrated Surgical Pathology, 2nd Edition.  Cambridge University Press, New York, 2014, 508 pp.

Non-Pathology Books

1.  Weiss LM:  Sigismund: Holy Roman Emperor, King of Hungary, Bohemia, Germany and Italy. Amazon Books, 2013.


CD-ROM

1.  Warnke RA, Weiss LM, Chan JKC, Cleary ML, Dorfman RF:  Tumors of the Lymph Nodes and Spleen.  Atlas of Tumor Pathology, 3rd Edition, AFIP:  Washington, D.C., 1997.

**EXHIBIT B**

**Lawrence Weiss MD/ Materials Considered List**

<u>**Rehak Materials**</u>

AMITAHealthMercyMedCtrAuroraMedRecsDept_00000001_00000256

BlueCrossBlueShieldofIllinoisRecsCustodian_00000001_00000040

CardinalSurgicalAssocs_00000001_00000004

IllinoisMedicaidPrivacyOffice_00000002_00000059

IntegratedOncology_00000001_00000015

JolietOncologyHematologyAssocs_00000001_00000872

NeoGenomicsLabs_00000001_00000008

NortheastNephrologyConsultants_00000001_00000012

NorthPalosFireProtectionDistrict_00000001_00000004

NuclearOncologySC_00000001_00000010

PalosCommunityHospMedRecsDept_00000001_00000180

PlaintiffFactSheet_00000001_00000023

PlaintiffProducedRecs_00000001_00000113

PresenceCancerCare_00000001_00000355

PresenceSaintJosephMedCtrMedRecsDept_00000001_00000374

PresenceSaintJosephMedCtrPathDept_00000002_00000019

PresenceSaintJosephMedCtrRadDept_00000005_00000034

SantaFeFamilyCtr_00000001_00000020

SilverCrossHospMedRecsDept_00000001_00000012

WalgreenCompany_00000001_00000007

WalmartPharmacy_00000001_00000003

Pathology slides from Presence Saint Joseph Medical Center

11/22/19 Deposition Transcript and Exhibits of Lorraine Rehak

5/28/20 Deposition Transcript and Exhibits of Ignacio Orellana, MD

6/17/20 Deposition Transcript and Exhibits of Arvind Kumar, MD

2/13/20 Deposition Transcript of Cristian Tomasetti, PhD [Seitz]

Expert Report of Ron Schiff, MD, PhD dated 12/24/20

## Literature

Andreotti G, et al., Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1; 110(5):509-516.

Baecklund E., et al., Association of chronic inflammation, not its treatment, with increased lymphoma risk in rheumatoid arthritis. Arthritis Rheum. 2006 Mar; 54(3):692-701.

Barukčić, I., et al., Glyphosate and Non-Hodgkin Lymphoma: no Causal Relationship. http://vixra.org/ 2019 May.

Bjelakovic, G., et al., Antioxidant supplements for prevention of mortality in healthy participants and patients with various diseases.  Cochrane Database Syst Rev 2012; 14:CD007176.

Blair, A., et al., Leukemia cell types and agricultural practices in Nebraska. Arch Environ Health. 1985 Jul-Aug; 40(4):211-4.

Blair, A., et al., Agricultural exposures and cancer. Environ Health Perspect. 1995 Nov; 103 Suppl 8:205-8.

Bolognesi C., et al., Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health A. 2009; 72(15-16):986-97.

Bolognesi, C. et al., Genotoxic Activity of Glyphosate and Its Technical Formulation Roundup J. Agric. Food Chem. 1997, 45, 5, 1957-1962.

Bracci, P., et al., Medical history, lifestyle, family history, and occupational risk factors for marginal zone lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):52-65.

Burmeister, L., et al., Selected cancer mortality and farm practices in Iowa. Am J Epidemiol. 1983 Jul; 118(1):72-7.

Cantor, K., Farming and mortality from non-Hodgkin's lymphoma: a case-control study. Int J Cancer. 1982 Mar 15; 29(3):239-47.

Cartwright, R., et al., Non-Hodgkin's lymphoma: case control epidemiological study in Yorkshire. Leuk Res. 1988; 12(1):81-88.

Cerhan, J., et al., Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):15-25.

Cerhan, J., et al., Association of aspirin and other non-steroidal anti-inflammatory drug use with incidence of non-Hodgkin lymphoma.  Int J Cancer 2003; 106:784-788.

Chang, E., et al., Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016; 51(6):402-34.

Cheson, B., et al., Recommendations for initial evaluation, staging, and response assessment of Hodgkin and non-Hodgkin lymphoma:  the Lugano classification.  J Clin Oncol. 2014 Sep 20; 32(27):3059-68.

Chihara, D., et al., New insights into the epidemiology of non-Hodgkin lymphoma and implications for therapy. Expert Rev Anticancer Ther 2015; 15:531-433.

Chiu, B., et al., Agricultural pesticide use, familial cancer, and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev. 2004 Apr; 13(4):525-31.

Crump, K., et al., Accounting for Multiple Comparisons in Statistical Analysis of the Extensive Bioassay Data on Glyphosate. Toxicol Sci. 2020 Jun 1; 175(2):156-167.

Crump, K., The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate. Risk Anal. 2019 Apr; 40(4):696-704.

Delzell, E., et al., Mortality among white and nonwhite farmers in North Carolina, 1976-1978. Am J Epidemiol. 1985 Mar; 121(3):391-402.

De Roos, et al., Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 2005 Jan; 113(1):49-54.

De Roos, AJ., et al., Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep; 60(9): e11.

Devan, J. et al., New concepts in follicular lymphoma biology: From BCL2 to epigenetic regulators and non-coding RNAs. Semin Oncol. 2018 Oct; 45(5-6):291-302.

European Chemicals Agency. Committee for Risk Assessment. 2017.

Engels, E., et al., Comprehensive Evaluation of Medical Conditions Associated with Risk of Non-Hodgkin Lymphoma using Medicare Claims ("MedWAS"). Cancer Epidemiol Biomarkers Prev. 2016 Jul; 25(7):1105-13.

EPA Glyphosate Proposed Interim Registration Review Decision Case No. 0178. April 2019.

EPA Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. December 2017.

EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products.

EPA Response from the Pesticide Re-evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision: 1/16/20

EPA Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment: 1/13/20

EPA Interim Registration Decision: 1/22/20

EPA re Zhang and Leon: 1/6/20

Eriksson, M., et al., Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1; 123(7):1657-63.

Fallah, M., et al., Autoimmune diseases associated with non-Hodgkin lymphoma: a nationwide cohort study. Ann Oncol. 2014 Oct; 25(10):2025-30.

Gillezeau, C., The evidence of human exposure to glyphosate: a review. Environ Health. 2019 Jan 7; 18(1):2.

Hardell, L., et al., Malignant lymphoma and exposure to chemicals, especially organic solvents, chlorophenols and phenoxy acids: a case-control study. Br J Cancer. 1981 Feb; 43(2):169-76.

Hardell, L., et al., Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May; 43(5):1043-9.

Health Canada: 01/11/19 Statement on Glyphosate.

Health Canada: 04/28/17 Re-evaluation Decision RVD2017-01.

Hellgren, K., et al., Rheumatoid Arthritis and Risk of Malignant Lymphoma: Is the Risk Still Increased? Arthritis Rheumatol. 2017 Apr; 69(4):700-708.

Hill, AB., The environment and disease: association or causation? J R Soc Med. 2015 Jan; 108(1):32-7.

Hoffman, H., et al., The effect of smoking on DNA effects in the comet assay: a meta-analysis. Mutagenesis 2005; 20:455-66.

International Agency for Research on Cancer Monograph 112 Glyphosate. 2015. and Preamble

Jaffe, E., et al., *Hematopathology, second edition*. 2017, Elsevier, p. 343.

Kabat, G., et al., On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control. 2021 Jan 15.

Kirkland, D., et al., How to reduce false positive results when undertaking in vitro genotoxicity testing and thus avoid unnecessary follow-up animal tests. Mutat Res 2007;6628:31-55.

LaVecchia, C., et al., Medical history and the risk of non-Hodgkin's lymphomas. Cancer Epidemiol Biomarkers Prev. 1992 Nov-Dec; 1(7):533-6.

Leon, ME, et al., Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol. 2019 Oct 1; 48(5):1519-1535.

Li, A., et al., An evaluation of the genotoxic potential of glyphosate. Fundam Appl Toxicol. 1988 Apr; 10(3):537-46.

Linet, M., et al., Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph non-Hodgkin lymphoma subtypes project. J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):26-40.

McDuffie, HH, Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001 Nov; 10(11):1155-63.

Mellemkjaer, L., et al., Autoimmune disease in individuals and close family members and susceptibility to non-Hodgkin's lymphoma. Arthritis Rheum. 2008 Mar; 58(3):657-66.

Mink, PJ, Epidemiologic studies of glyphosate and cancer: a review. Regul Toxicol Pharmacol. 2012 Aug; 63(3):440-52.

Morton, L. et al.,  Rationale and design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):1-14.

Morton, L., et al., Etiology heterogeneity among non-Hodgkin lymphoma subtypes:  the InterLymph Non-Hodgkin Lymphoma Subtypes Project.   J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):130-44.

Negri, E., et al., Family history of hemolymphopoietic and other cancers and risk of non-Hodgkin's lymphoma. Cancer Epidemiol Biomarkers Prev. 2006 Feb; 15(2):245-50.

Orsi, L., et al. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med. 2009 May; 66(5):291-8.

Paz-y-Miño, C., et al., Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. Genet. Mol. Biol., São Paulo, v. 30, n. 2, p. 456-460, Mar. 2007.

Paz-y-Miño, C., et al., Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev Environ Health. 2011; 26(1):45-51.

Pahwa, P., et al., Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health. 2019 Nov 1; 45(6):600-609.

Sanin, L., et al., Regional differences in time to pregnancy among fertile women from five Colombian regions with different use of glyphosate.  J Toxicol Environ Health A 2009; 72:949-960.

Santovito, A., et al., In vitro evaluation of genomic damage induced by glyphosate on human lymphocytes. Environ Sci Pollut Res Int. 2018 Dec; 25(34):34693-34700.

Schinasi, L. et al., Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23; 11(4):4449-527.

SEER data- https://seer.cancer.gov/statfacts/html/nhl.html

Smedby, K., et al., Autoimmune and chronic inflammatory disorders and risk of non-Hodgkin lymphoma by subtype. J Natl Cancer Inst. 2006 Jan 4; 98(1):51-60.

Smedby, K., et al., Autoimmune disorders and risk of non-Hodgkin lymphoma subtypes: a pooled analysis within the InterLymph Consortium. Blood. 2008 Apr 15; 111(8):4029-38.

Solomon, K., et al., Human health and environmental risks from the use of glyphosate formulations to control the production of coca in Colombia:  overview and conclusions.  J Toxicol Environ Health A 2009; 72:914-920.

Speit, G., et al., Does the recommended lymphocyte cytokinesis-block micronucleus assay for human biomonitoring actually detect DNA damage induced by occupational and environmental exposure to genotoxic chemicals? Mutagenesis. 2013 Jul; 28(4):375-80.

Swerdlow, S., et al., The 2016 revision of the World Health Organization classification of lymphoid neoplasms.  Blood. 2016 May 19; 127(20):2375-90.

Tomasetti, C., et al., Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science. 2017 Mar 24; 355(6331):1330-1334.

Wang, L., Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice. J Hematol Oncol. 2019 Jul 5;12 (1):70.

Wang, S., et al., Associations of non-Hodgkin Lymphoma (NHL) risk with autoimmune conditions according to putative NHL loci. Am J Epidemiol. 2015 Mar 15; 181(6):406-21.

Weichenthal, S., A review of pesticide exposure and cancer incidence in the Agricultural Health Study cohort. Environ Health Perspect. 2010 Aug; 118 (8):1117-25.

WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues. 2017.

Williams, GM, Glyphosate rodent carcinogenicity bioassay expert panel review. Crit Rev Toxicol. 2016 Sep;46 (sup1):44-55.

Williams, GM, A review of the carcinogenic potential of glyphosate by four independent expert panels and comparison to the IARC assessment. Crit Rev Toxicol. 2016 Sep; 46 (sup1):3-20.

Zhang, L., Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res. 2019 Jul - Sep; 781:186-206.

Zhenyukh, O., et al., Branched-chain amino acids promote endothelial dysfunction through increased reactive oxygen species generation and inflammation.  J Cell Mol Med.  2018; 22:4948-4962.

6