# Exhibit 14

**Michael Pecorelli: Expert Report of Timothy S. Fenske, MD**

**BACKGROUND AND QUALIFICATIONS**

I am a Professor of Medicine at the Medical College of Wisconsin (MCW) and an Attending Physician at Froedtert Hospital (FH), both in Milwaukee WI.   I graduated from medical school at the University of Wisconsin-Madison in 1999, having also obtained a Master of Science in Cell and Molecular Biology in 1997.  I completed a residency in Internal Medicine in 2002 at University of Wisconsin-Madison and then went on to complete a fellowship in hematology & oncology at Washington University / Barnes Hospital in St. Louis, MO.  I am board certified by the American Board of Internal Medicine in Medical Oncology. During my residency and fellowship I was fortunate to be mentored by several internationally-known lymphoma and transplant specialists who solidified my decision to focus my career on the care of patients with lymphoma.  Over the course of my career I have also spent approximately seven years working in laboratory research, as a laboratory technician, graduate student, and postdoctoral fellow.

I was initially appointed as an Assistant Professor at MCW/FH in 2005.  I was promoted to Associate Professor in 2011 and served as the Head of the Section of Hematologic Malignancies & Bone Marrow Transplant (BMT) from 2016 to 2018.  In July 2018 I was promoted to Professor of Medicine.  Since my appointment in 2005, my research and clinical work has focused on the treatment of patients with lymphoma.  Approximately 70% of my time is spent on clinical activity (about 80% outpatient and 20% inpatient).  About 20% of my effort is on clinical and translational research, with the other 10% a mixture of teaching and administrative work.  I established our Lymphoma Program in 2005, built a robust referral network, developed a clinical research trials portfolio, and helped recruit 3 other colleagues who also see lymphoma patients.  Our BMT program has consistently rated as one of the highest performing programs in the country.  As the leader of the MCW Lymphoma Program, I develop treatment pathways for the various lymphoma subtypes, oversee the clinical trial portfolio, and define the overall direction that our program will go in terms of research and

1

routine practice.  I maintain a busy clinical practice, typically seeing 150 or more new patients each year.

Like my clinical practice, my research is also devoted to lymphoma.  I am currently a member of the National Cancer Institute (NCI) Steering Committee for lymphoma.  This committee decides on which studies will or will not move forward and be carried out by the NCTN (National Clinical Trials Network).  I am also a co-chair of the Lymphoma Working Committee of the Center of International Blood and Marrow Transplant Research (CIBMTR).  The CIBMTR, which is headquartered at MCW, is the largest database regarding blood and marrow transplants worldwide.  The Lymphoma Committee selects and then oversees research projects related to the application of blood and marrow transplantation for lymphoma, using the CIBMTR database.  I am the Study Chair for the largest frontline clinical trial in mantle cell lymphoma, currently being conducted by the NCTN (ECOG-ACRIN 4151), and a Study Co-Chair for a large NCTN trial focusing on relapsed and refractory diffuse large B-cell lymphoma patients (Alliance 051301).  As detailed in my CV, I have spoken or moderated sessions at national conferences on numerous occasions, such as the American Society of Hematology, American Society of Clinical Oncology and Transplant & Cellular Therapy annual meetings, and I am frequently asked to speak at Grand Rounds and in other venues.

As detailed in my CV, I have published extensively on lymphoma and related hematologic malignancies, with 107 original peer reviewed research publications, 24 book chapters/ invited reviews, and 141 abstracts.  I have experience designing and executing lymphoma studies and work closely with my colleagues in biostatistics and other fields on developing and applying appropriate outcome measures in those studies.  More detail on my professional background is available in my CV, which is attached to this report.

**OVERVIEW OF NON-HODGKIN LYMPHOMA**

One of the challenges in helping patients to understand lymphoma lies in the fact that lymphomas comprise a diverse group of diseases.  Based on the latest World Health Organization classification of lymphoma, there are well over 50 differentiated types of

lymphoma along with many other provisional entities (Swerdlow et al, 2016; Swerdlow et al, 2017).  Certain types of lymphoma are further subdivided into multiple subtypes depending, for example, on cell origin (such as germinal center versus activated B cell), associated conditions (such as EBV-associated lymphomas), body part affected (such as diffuse large B-cell lymphoma, leg type), or even geographic location (such as endemic versus sporadic Burkitt lymphoma). Different types of lymphoma differ widely in terms of mutational signatures, presenting symptoms, which patients tend to be affected by the disease, known risk factors, and treatment regimens used.

In order to make sense of this complexity, lymphomas are classified at the highest level as either Hodgkin lymphoma (HL) or Non-Hodgkin lymphoma (NHL).  Hodgkin lymphoma, however, only accounts for about 10% of lymphoma cases diagnosed in the U.S.  All of the remaining lymphomas are classified as NHL.  NHLs can further be classified as being of B-cell origin (about 85% of NHL) or T-cell/natural killer cell origin.  A more useful clinical classification system is based on clinical aggressiveness, with some lymphomas being considered "indolent" (or "low grade") and others "aggressive" (or "high grade").  The indolent lymphomas may never require treatment or may only require intermittent low-intensity treatment.  Aggressive lymphomas on the other hand typically require immediate, intensive therapy due to the aggressiveness of the disease.  The different lymphomas also vary in their potential to be cured, with aggressive lymphomas such as classical Hodgkin lymphoma, diffuse large B-cell lymphoma and Burkitt lymphoma having relatively high (60-90%) cure rates.  The indolent lymphomas, such as follicular lymphoma, marginal zone lymphoma, and CLL/SLL are quite treatable, but in many cases may not be curable.  Some lymphomas only affect certain parts of the body, such as Primary CNS Lymphoma (brain, spinal cord, spinal fluid or eyes), splenic marginal zone lymphoma, testicular lymphoma, or the cutaneous lymphomas.

NHL is not a rare condition.  In the U.S., NHL is the 6th most common malignancy in women and the 7th most common malignancy in men, with approximately 77,000 new cases of NHL expected in 2020 (NCI SEER, 2020).  In fact, approximately 2.1% of men and women will be diagnosed with NHL in their lifetime, accounting for 4.3% of all new cancer cases.  This equates

to approximately 1 in 47 people being diagnosed with NHL at some point in their life.  For many forms of NHL, the incidence increases in older adults.

The diagnosis of lymphoma can be quite challenging in some cases.  Lymphoma can mimic many other conditions, including infectious, inflammatory and autoimmune diseases, as well as other malignancies.  It is not uncommon for a patient to have had symptoms for several months and undergone evaluation by several specialists before a diagnosis of lymphoma is finally made.  In other cases, a patient notices a lump (enlarged lymph node) and is quickly referred for a biopsy which reveals lymphoma.  Common presentations of lymphoma include palpable enlarged lymph nodes (neck, underarms, groin regions), back pain or abdominal pain/ bloating (from intra-abdominal lymph nodes), night sweats, weight loss, and fatigue.  In some patients, laboratory studies may be abnormal, such as anemia, elevated white blood cell count, low platelet counts, or abnormalities in kidney or liver function.  However, such findings are non-specific, and biopsy of an affected tissue (such as a lymph node) is required to diagnose lymphoma.

The most commonly used staging system for lymphoma is the Ann Arbor staging system. If there is just one area of lymphadenopathy (enlarged lymph nodes), this is stage I.  If there are two or more affected lymph node groups, but all on one side of the diaphragm, this is stage II disease.  If there are enlarged lymph nodes above and below the diaphragm, this is stage III disease.  If there are "extranodal" (non-lymph node) sites of disease such as liver, lungs, or bone marrow, this is stage IV disease.  Unlike many other types of cancer, for most lymphomas, the stage alone is not a very powerful prognostic tool.  For example, with diffuse large B-cell lymphoma (DLBCL), moving from stage I to stage IV results in a change in anticipated 5-year remission rate from about 80-90%, down to about 60%.  For each major subtype of lymphoma, there are specific risk assessment tools that are more powerful in predicting prognosis, based on factors known at the time of diagnosis.

The treatment of NHL has evolved considerably in recent years.  However, despite these advances, the backbone of treatment for most NHLs remains chemotherapy.  This is particularly true for the more aggressive NHL subtypes such as DLBCL, Burkitt lymphoma, "double hit"

4

lymphoma, primary CNS lymphoma, and mature peripheral T-cell lymphomas.  As noted above, long-term disease-free survival occurs in many patients with aggressive lymphoma, and for many subtypes is greater than 50%.  In order for a patient to be considered "cured" of their lymphoma, one needs to factor in the type/subtype of lymphoma, the type of treatment received, and how long remission has been maintained since completion of that treatment. Patients with indolent lymphomas are generally never considered "cured", although it is well known that patients with indolent lymphomas may enjoy long (over 10 year) remissions and may survive for 20 or more years after diagnosis in some cases.  Aggressive lymphomas, on the other hand, are considered potentially curable in a subset of cases.  For aggressive lymphomas such as DLBCL and Burkitt lymphoma, relapse generally happens in the first several years after treatment if it occurs at all; patients who are disease-free two to five years after completing treatment are generally considered cured of their disease and their life expectancy is similar to those without a history of lymphoma (Maurer et al, 2014).

For the B-cell NHLs, an anti-CD20 antibody (rituximab or obinutuzumab) is generally combined with chemotherapy as part of first-line therapy and has resulted in improved overall survival. It is important to note that for indolent NHLs and CLL/SLL, treatment may not be immediately necessary.  Such patients can be observed closely and initiated on treatment once certain criteria are met.  In some cases, patients can remain on observation for 5-10 years or longer.  In other cases, patients may reach a normal life expectancy and die of causes unrelated to NHL without ever requiring treatment for the NHL.  For some of the indolent lymphomas and CLL/SLL, there has been a movement toward more use of newer "targeted" oral therapies in the first line setting.  For aggressive NHLs however, the backbone of first-line treatment remains chemotherapy with an anti-CD20 antibody.

For patients with relapsed or refractory NHL, treatment options can include hematopoietic cell ("stem cell") transplantation (HCT).  HCT can be performed using the patient's own stem cells ("autologous" HCT) or using cells from a donor ("allogeneic" HCT).  The purpose of auto-HCT is to deliver "high-dose" chemotherapy to hopefully eradicate residual lymphoma.  The autologous cell product is then given to help the patient's bone marrow recover from the high-dose chemotherapy.  The main purpose of allogeneic HCT, on the other

5

hand, is to convert the patient's immune system to that of the donor, in hopes that the new immune system will mediate a "graft-versus-tumor" response and eliminate the residual lymphoma cells.  However, following allogeneic HCT, patients need to be on immune suppression for at least several months, to prevent graft-versus-host disease, which is essentially the new immune system attacking normal tissues in the patients.  Other treatments for relapsed and refractory NHL include antibody-drug conjugates, newer intracellular signaling inhibitors, radiation therapy, and newer immune therapies such as checkpoint inhibitors and chimeric antigen receptor (CAR) T-cell therapy.  Given the broad range of treatment options, a treatment plan needs to be individualized based on the disease characteristics, as well as the patient's age, co-morbidities and frailty.  In general, for NHL patients who relapse repeatedly and/or rapidly, durable remission or cure becomes more difficult to achieve.

**NHL PATHOBIOLOGY / GENETICS**

There are three main type of blood cells: white blood cells (or leukocytes), red blood cells (or erythrocytes), and platelets.  Within the white blood cells, there are five main types: neutrophils, lymphocytes, monocytes, basophils and eosinophils.  Lymphocytes are either B-cells, T-cells, or natural killer (NK) cells, and collectively comprise an essential component of the immune system.  During the normal development of lymphocytes, DNA undergoes rearrangement and mutation in a specific manner.  This process helps to generate a large repertoire of B-cells and T-cells which have the capacity to respond to a large variety of foreign proteins in order to protect the body from abnormal invaders, which is a normal and essential function of the immune system.  B-cells and T-cells therefore normally undergo a process of DNA rearrangement and mutation as part of their normal development.

B-cells and T-cells undergo a number of developmental stages; at any of these stages a malfunction can occur such that harmful mutations can arise.  If the right combination of harmful mutations occurs at the right time, a normal lymphocyte can then develop into a malignant lymphocyte or NHL.  Which NHL occurs depends on which cell (B, T, or NK) went wrong and at which stage in its development this occurred.  Therefore, like other types of

6

cancer, mutations must arise and accumulate in a normal cell for it to eventually transform into a malignant cell.  However, unlike other types of cancer, the cell of origin for lymphoma (the lymphocyte) *normally* undergoes DNA rearrangements (double strand breaks) and mutations in its developmental process, in a controlled fashion.  These mutations that occur as part of the normal developmental process, can frequently be differentiated from the mutations that lead to cancer with modern genetic techniques.

For NHL to develop, a number of events must occur.  First, at least one mutation occurs in a key gene that either promotes cell division/growth ("oncogenes") or regulates cell death ("tumor suppressor genes").  These are known as "driver mutations" (Stratton et al, 2009; Pon et al, 2015; Tomasetti & Vogelstein 2017).  Mutations occur in numerous cells every day in everyone; however, in most cases these mutations are either (a) catastrophic for the cell, resulting in cell death, or (b) trivial, and of no real consequence to the cell (sometimes referred to as "silent" mutations).  Neither of these types of mutations result in cancer.  In order for a mutation to lead to cancer, it needs to alter cell division or cell death, but not be so catastrophic that the cell dies.  Most cancer-causing mutations, however, are thought to be identified and corrected by the robust DNA repair systems that exist in our cells.  Moreover, if functioning properly, the immune system itself plays an important role in finding and destroying abnormal (mutated) cells before they become a clinical cancer.  In short, in order for NHL to arise, the right type of mutation needs to occur, it needs to go undetected by the cell's own DNA repair systems, and then that abnormally mutated cell must avoid apoptosis and escape immune surveillance.  After acquiring one such mutation, it is thought that additional mutations are often required to finally push that cell into an actual malignant state.  While DNA replication errors occur in our cells on a regular basis, it is a relatively rare occurrence that a cell both acquires the needed mutations to become a monoclonal (expanded) population, and then manages to escape immune surveillance to become a clinical cancer.  Such events are rare on a day-to-day basis; however, with aging comes more opportunity for such events to occur (although patients do not need to be elderly for these events to occur).  Exposure to external substances is therefore not required for NHL to arise.  Indeed, in most cases of NHL, a specific cause for the critical (harmful) mutations cannot be identified – it is thought to essentially be a

7

complication of aging or a "bad luck" event that happens in the majority of cases (Tomasetti & Vogelstein 2017).

For certain types of NHL, specific mutations can be seen with a relatively high frequency. For example, most cases of mantle cell lymphoma will have a translocation of chromosomes 11 and 14, almost all cases of Burkitt lymphoma involve a translocation of chromosomes 8 at the MYC locus, and about 85% of follicular lymphoma cases will have a translocation of chromosomes 14 and 18 (at the BCL2 locus). "Double hit" lymphoma by definition will have rearrangements of the MYC and BCL2 or BCL6 genes. However, for many types of lymphoma, such as diffuse large B-cell lymphoma, a wide range of different mutations can be seen, or it is still not fully understood which mutations or pattern of mutations are required to ultimately develop the disease.

As opposed to the specific translocations discussed above that are known to be linked to the development of lymphoma, oxidative stress and genotoxicity are non-specific intracellular processes that may, in some circumstances, contribute to a variety of illnesses. Production of reactive oxygen species (ROS) occurs in all aerobic cells; however excessive production of ROS leads to "oxidative stress" which can in turn alter various intracellular signaling pathways. To some degree, oxidative stress occurs naturally when engaging in normal daily activities (such as exercise) and with certain self-limited conditions (such as influenza viral infection) (Schwarz 1996; Fisher-Wellman & Bloomer 2009). Excessive oxidative stress has been associated with various pathologic conditions such as atherosclerosis, diabetes, and some cancers, although it has not been established or accepted that oxidative stress plays any critical role in the development of the necessary mutations for NHL (Miller et al, 1998; Bonomini et al, 2008; Giacco et al, 2010; Koutros et al, 2019).

Genotoxicity is a generic term for DNA damage. DNA damage can take many forms, such as point mutations, single and double strand breaks, translocations, and crosslinks. Examples of more widespread or global DNA damage would include DNA fragmentation (such as when cells undergo apoptosis), extensive single and double strand breaks, crosslinking of DNA, or binucleated nuclei. DNA damage can be measured in a living organism (in vivo) or in

cells in isolation (in vitro).  However, these assays are non-specific and are not in any way equivalent to cancer.  For example, some laboratory assays, such as the Comet assay, can detect whether DNA damage of some kind has occurred, but those assays in themselves do not tell a researcher what was responsible for the damage in the first place.  In other words, a Comet assay or a test for binucleated micronuclei can tell you whether any DNA damage is present in a cell, but the assay does not measure the much more subtle DNA changes referred to as "driver" (or harmful) mutations that were discussed above.  By some estimates, hundreds of thousands of insults occur to our DNA every day, simply as a result of normal cell replication. As discussed earlier, the vast majority of these DNA insults (mutations) do not result in cancer.

**KNOWN RISK FACTORS FOR NHL**

Because NHL represents a very heterogeneous group of diseases, with different clinical manifestations, and different pathophysiology, it is not surprising that different risk factors have been identified for the development of certain subtypes of NHL.  Some of these risk factors are not modifiable.  For example, increasing age is a very strong risk factor for NHL and for various subtypes (SEER Cancer Statistics, 2020; Hedstrom et al, 2015; Villano et al, 2011).  In addition, NHL is more common in Caucasian versus non-Caucasian individuals.  Geography also plays a role, in that NHL is generally more common in developed countries with the United States and Europe having high rates of NHL relative to other parts of the world.  In addition to age, race and geography, many other risk factors have been identified, including various infectious, immune deficiency, autoimmune, endocrine, and malignant conditions.

Conditions or treatments that lead to significant immune suppression increase the risk of NHL.  These would include immune deficiencies like common variable immune deficiency (CVID), HIV/AIDS, splenectomy, or iatrogenic (medically-induced) immune suppression from medications used in patients who have undergone solid organ or bone marrow/ stem cell transplantation, or to treat autoimmune and chronic inflammatory conditions.  In some cases (such as rheumatoid arthritis, lupus, Sjogren's syndrome, inflammatory bowel disease, Celiac disease) the autoimmune condition itself appears to alter the immune system such that

lymphoma is more likely to arise (Mellemkjaer et al, 2008; Fallah et al, 2014).  Additionally, in some cases the immune suppressing treatments used to treat the autoimmune condition may further increase the risk of lymphoma.

Many infectious agents (such as hepatitis B, hepatitis C, *Helicobacter pylori*, human herpes virus 8, Epstein-Barr virus, *Chlamydia psittaci*, *Borrelia afzelii*, *Campylobacter jejuni*, HTLV-1, and others) have also been linked with higher risks of lymphoma (Dal Maso et al, 2006; Engels 2007; Dalia et al, 2013; Li et al, 2018).  It is thought that these agents create a chronic inflammatory reaction which skews the immune system in a way that favors the development of lymphoma.

Having a history of certain other cancers, such as melanoma, non-melanoma skin cancer, or Hodgkin lymphoma, increases one's risk of developing NHL as well (Frisch et al, 1996; Hemminki et al, 2000; Goggins et al, 2001; Lens et al, 2005; Nugent et al, 2005; Bradford et al, 2010; Verwer et al, 2010; Wheless et al, 2010; Caini et al, 2014; Cho et al, 2018).  In some cases, such as with Hodgkin lymphoma, it is unclear whether the risk of NHL is primarily due to the patient having had HL, or due to some of the treatments the patient received for HL (such as chemotherapy and radiation).  In other cases, underlying immune dysfunction, inherited cancer susceptibility, or impaired immune surveillance may be responsible for the observed relationship.

Obesity and being overweight has also been associated with NHL in multiple prospective cohort studies. (Willett et al, 2008; Larsson et al, 2011; Castillo et al, 2014; Hidayat et al, 2018).  In addition to obesity, other endocrine conditions have been associated with an increased risk of NHL.  Diabetes mellitus has been associated with an increased risk of NHL in prospective cohort studies (Chao et al, 2008; Mitri et al, 2008; Wang et al, 2020).  Hypothyroidism, specifically Hashimoto's thyroiditis, is associated with a 60-fold increased risk of thyroid lymphoma and has been associated with NHL generally (Holm et al, 1985; Fallah et al, 2014; Goldin et al, 2009).

In terms of genetic risks, having a family history of NHL increases one's risk of being diagnosed with NHL.  First-degree relatives of patients with NHL have a significantly increased

risk of developing NHL, with anywhere from 2 to 12-fold increased risk being described depending on the family relationship and the subtype of lymphoma (Altieri et al, 2005; Cerhan et al, 2015).  Despite this repeated observation, specific genetic alterations have not been identified and genetic screening tests have not been developed to determine which family members of lymphoma patients will be at higher risk of developing NHL.  In addition, it is not current clinical practice to subject family members of NHL patients to any sort of screening tests (blood tests or imaging studies).

There is also evidence that some environmental and occupational exposures may increase the risk of NHL.  For example, some studies, including some investigating exposures that predated Roundup's introduction to the market, reported an increased risk of NHL and other hematologic cancers in farmers, which led to further research to evaluate the risk of lymphoma in this population (Cantor et al, 1982; Burmeister et al, 1983; Blair 1985; Blair 1995; Boffetta et al, 2007).  And, as discussed in more detail below, several different pesticides have been associated with NHL in some studies.  A variety of other environmental exposures (such as benzene, diesel fumes, and hair dyes) and occupations (such as firefighting, wood working, and teaching) have been suggested to contribute to NHL, though the strength of evidence supporting an association varies considerably (Boffetta et al, 2007).

Despite the above literature suggesting various potentially modifiable risk factors for lymphoma, in my practice, for the vast majority of NHL patients there is no specific infectious history, exposure, or disease state that can be identified as the actual cause of the cell mutations that led to their lymphoma.  At the initial visit, nearly every patient asks why they developed NHL.  In the large majority of cases, an external cause cannot be reliably identified, and my answer is that our understanding is that NHL is caused by mutations that accumulate in cells, and somehow evade DNA repair systems and immune surveillance, over the course of one's lifetime.  Eventually at some point the right combination of mutations occurs in the right cell, leading to lymphoma.  It is very difficult in most circumstances to know why or when those particular mutations occurred and evaded detection/elimination in that particular individual.

**ROUNDUP AND NHL**

My interpretation of the available literature is that the weight of scientific evidence does not support that Roundup causes NHL in general or any subtype of NHL. Below I will summarize the various sources of data from human studies, animal studies, exposure/ genotoxicity assays, as well as the findings of various regulatory bodies worldwide that are the foundation for this conclusion.

For decades, and well before Roundup was ever available, there was research suggesting that farmers had an increased risk of NHL (Cantor et al, 1982; Burmeister et al, 1983; Blair et al, 1985; Cantor et al, 1992; Blair et al, 1995). A number of possible explanations were put forth to account for this observed association, including diesel/solvent exposure, exposure to infectious agents from farm animals, and pesticides (herbicides and insecticides). Indeed, specific pesticides were subsequently associated with NHL in some studies. For example, in the North American Pooled Project, malathion, dicamba and 2,4-D were linked with NHL (Hohenadel et al, 2011; Koutros et al, 2019). In the Agriculture Health Study (AHS), lindane, DDT, diazinon, terbufos and permethrin were associated with NHL or certain subtypes in some analyses (Alavanja et al, 2014; Andreotti et al, 2018). Because most farmers utilize more than one pesticide, for any study evaluating the association of Roundup as a possible risk factor for NHL, *it is critical to control for confounding by other pesticides*. Otherwise, any association seen could be due to exposure to other agents. Since farming itself appears to be associated with NHL and since the reason for that association remains unknown, it is also important, where possible, to control for confounding by other farm exposures, such as radiation, diesel, and zoonotic viral exposures. Of all of the published studies examining the relationship between Roundup and NHL, the AHS is the only one I am aware of that attempted to control for those additional factors.

**Methodologic Considerations: Study Design & Execution**

There are several different study designs one can use to assess whether a certain environmental, occupational, or therapeutic exposure plays a role in the subsequent

development of a specific type of cancer.  One category of studies can include *in vitro* genotoxicity studies (artificial, laboratory), *in vivo* (typically animal) studies of genotoxicity, as well as long-term animal studies to assess whether cancer develops.  However, because a substance can be "genotoxic" in the lab, or even carcinogenic in animals, but not cause cancer in humans (Newman et al, 1996; MacDonald et al, 2004; Anisimov et al, 2005; Dale et al, 2006; Bracken et al, 2009; Singh et al, 2013; Newman et al, 2019), when it comes to determining whether a substance causes cancer in exposed humans, *human studies with cancer endpoints are far more compelling than basic science or animal experiments*.  In the context of an environmental exposure and cancer, human studies generally examine an "association" of the exposure of interest to the development of the type of cancer of interest (in this case, whether the glyphosate-based formulations are associated with the development of non-Hodgkin lymphoma).  The most methodologically rigorous study to assess causation in humans is a randomized, prospective, placebo-controlled trial.  However, because randomized trials are not feasible or ethical for potentially harmful exposures with no clinical benefit, we are generally left with observational research.  Observational studies in humans generally fall into one of three categories: *case-control*, *cohort*, or *meta-analysis*.  None of these study designs are perfect, nor are they equal in terms of the level of evidence they provide.  Therefore, one must examine the design and methods of such studies very closely before making conclusions about cause and effect.

**Case-control studies** are retrospective.  Two groups are defined: the "cases" (individuals who have the outcome of interest) and "controls" (individuals who do not have the outcome of interest).  In this situation, development of NHL is the outcome of interest.  One then compares the two groups in terms of how many had the exposure of interest (typically assessed by a questionnaire completed by the individual or by a surviving family member).  In this case, the exposure of interest is Roundup.  The result is expressed as an Odds Ratio (OR), with an OR of 1.0 meaning the odds of exposure was the same in both groups.  To account for sample size and uncertainty around the point estimate, an OR is often expressed with a 95% "confidence interval" (95% CI), which defines statistically what the range of values for the "true" OR are, with 95% confidence.  The chief advantages of case-control studies are that they are faster to

carry out than cohort studies, are less costly than cohort studies, and allow for the exploratory analysis of multiple exposures.  However, case-control studies have some known weaknesses, including the potential for selection bias (for example, those in the control group may differ in important respects from the cases), differential recall bias (relies on people to remember what they were exposed to and when; and individuals who develop serious diseases may be more likely to report certain types of exposures), and latency issues (making it difficult to be sure that an exposure truly predated the disease).  Confounding is also a concern in case-control studies, as it is in all observational studies, and should be addressed in either design or data analysis.

*Cohort studies* are usually prospective and involve recruiting individuals (generally based on some occupational or geographic commonality) who are asked about various exposures (sometimes at more than one time point), and then followed for a defined number of years for the outcomes of interest.  The result is usually expressed as a Relative Risk (RR), again typically with a 95% confidence interval.  Strengths of cohort studies include the fact that patients are (or should be) recruited without regard to their status as far as the exposure or outcome of interest.  This should reduce the risk of some of the biases typically seen in case-control studies.  Disadvantages of cohort studies include the length of time needed to complete, the cost, and the possibility of losing track of patients as time goes on (known as "attrition bias").  Prospective cohort studies are considered the gold standard of observational research and provide a higher level of evidence than case-control studies.

*Meta-analyses and pooled analyses* can be performed in observational research.  A *pooled analysis* typically combines raw data from two or more similar studies and calculates a new risk estimate from the pooled data set.  The North American Pooled Project is an example of a pooled analysis examining the exposure of interest here (Pahwa et al, 2019).  A *meta-analysis* combines measures of association (ORs or RRs) from several previously reported independent studies on the same topic.  Several meta-analyses of Roundup and NHL have been reported, most of which analyze the same underlying case-control studies and at least some data from a single cohort study (Schinasi et al, 2014; IARC 2015; Chang et al, 2016; Zhang et al, 2019; U.S. EPA 2020; Donato et al, 2020; Kabat et al, 2021).  A meta-analysis can be helpful to conduct when there are several independent studies with conflicting or questionable results on

a similar topic, to try to determine an overall trend.  However, meta-analyses do not improve the quality of the studies comprising them: if poorly designed studies or unadjusted data are used to calculate a meta-RR, a meta-analysis may do no more than provide a more precise measure of a wrong risk estimate (Kabat et al, 2021).  In addition, ideally the studies that are put into a meta-analysis will be similar in their design, execution, and measures of association. Furthermore, if there is one study that is much larger than all of the other studies combined, that large study will generally determine the result of the meta-analysis.

It should be emphasized that for case-control and cohort studies regarding exposures causing cancer, it is absolutely imperative to control for other confounding exposures the individuals may have experienced.  This is typically done via "multi-variate" or "multi-variable" analysis which is a statistical technique to make sure that the "association" seen with exposure to Substance A isn't explained by the fact that these same people were also exposed to Substance B.  *This issue is critical* when it comes to pesticides, since almost all of the farmers, agriculture and landscape workers in these studies were exposed to numerous agents (De Roos et al, 2005; Hohenadel et al, 2011), some of which were subsequently banned due to compelling evidence of adverse health effects, and many of which have been associated with cancer (Alavanja et al, 2014; Koutros et al, 2019)  It should also be emphasized again that for meta-analyses, the quality of the meta-analysis will only be as good as that of the studies that are being combined into the meta-analysis.  For example, if some of the studies used in the meta-analysis did not adjust the data for other possible confounding exposures, that original study is flawed for that reason; similarly, the meta-analysis will also suffer from the same flaw.

Of interest, but less compelling overall, are human studies with non-cancer endpoints. Those include human "exposure" studies and human studies measuring non-clinical endpoints such as DNA damage in a particular population.  These studies have a wide variety of aims and designs.  For example, some determine what systemic exposure, if any, individuals in certain occupations have to an agent of interest.  This might be assessed by measuring levels of the agent or a metabolite in different bodily fluids such as blood or urine.  While such studies can demonstrate exposure, they do not establish cause of a particular cancer from that exposure.

15

**Human Studies of Roundup & NHL**

*Cohort studies*

As discussed above, cohort studies are considered a higher level of evidence compared to case-control studies, due to less risk for bias since the participants are selected without regard to the exposure of interest, and prior to the development of the outcome of interest. For this reason, the available data from prospective cohort studies will be discussed first.

The Agriculture Health Study is a large prospective, cohort study of 54,251 licensed pesticide applicators (farmers and professional commercial applicators) from two separate geographic regions (North Carolina and Iowa). Participants were enrolled between 1993 and 1997, and then completed a follow-up interview approximately 5 years later (1999-2005). Data on individuals was then linked to cancer registries with follow up through 2012-2013, for the 2018 publication. This study was supported by the National Institutes of Health (NIH), the National Cancer Institute (NCI), the Iowa Cancer Registry, and the Environmental Health Sciences Research Center at the University of Iowa, with no funding from any industry source (Andreotti et al, 2018). No increased rate of NHL (or any NHL subtype) was seen in glyphosate-based formulation-exposed individuals (De Roos et al 2005; Andreotti et al, 2018). This was true in all quartiles of exposure, in both intensity-weighted and lifetime day analyses, regardless of the lag time used, and regardless of whether imputed exposure data were used or excluded from consideration (Andreotti et al, 2018; Sheppard et al, 2019; Andreotti et al, 2019). Even among the individuals with the highest lifetime exposure to glyphosate-based formulations, no increased risk of NHL was seen. Additionally, several validation studies have been performed on the Agricultural Health Study, and the authors consistently remark on the robustness and reliability of AHS' findings, which further supports the reliability of those findings with regard to glyphosate (Blair et al, 2002; Hoppin et al, 2002; Coble et al, 2011; Heltshe et al, 2012).

A separate set of cohort studies was recently published (Leon et al, 2019). This was a pooled analysis of the AHS study through 2010-2011 (an earlier cutoff than Andreotti 2018, that

16

resulted in fewer cases), as well as cohorts from France and Norway. The French and Norwegian studies used crop exposure matrices, as opposed to reported exposure to specific agents, to derive exposure to individual pesticides. In total, the pooled study included 316,270 individuals and 1,131 glyphosate-exposed cases. The study evaluated exposure to 14 chemical pesticide groups and 33 individual active chemicals. No correction for multiple testing was reported. No association was seen between glyphosate-based formulations and NHL overall with a Hazard Ratio (HR) of 0.95 (0.77 – 1.18), nor was there an association for most NHL subtypes evaluated, including follicular lymphoma, CLL/SLL, and multiple myeloma. For DLBCL the HR was 1.36 and the 95% CI was 1.00 – 1.85, however this is likely a spurious association given the lack of correction for multiple testing and the fact that this finding was not replicated in more recent data for AHS. Of note, the additionally updated AHS data published by Andreotti and others (i.e., with additional follow-up, allowing for analysis of more cases) do not support an association for DLBCL in any quartile of glyphosate exposure (Andreotti et al, 2018).

*Case-control studies*

A number of published case-control studies have investigated the potential association between Roundup and NHL (Cantor et al, 1992; Hardell et al, 1999; McDuffie et al, 2001; Hardell et al, 2002; De Roos et al, 2003; Eriksson et al, 2008; Orsi et al, 2009; Cocco et al, 2013; Pahwa et al, 2019). Most (and the largest of) such studies show no significant association between glyphosate and NHL in analyses controlled for other pesticides (Hardell et al, 2002; Eriksson et al, 2008; Hohenadel et al, 2011; Pahwa et al, 2019). De Roos and colleagues reported a significant association between formulated glyphosate and NHL in one of two analyses adjusted for other pesticides; in that study no significant association was found in the hierarchical analysis, which was the statistical method the authors describe as more stable (De Roos et al, 2003, logistical regression OR 2.1, 95% CI 1.1-4.0; hierarchical regression OR 1.6, 95% CI 0.9-2.8). Moreover, all 36 exposed cases from De Roos 2003 were recently pooled into a total of 113 exposed cases and published in the North American Pooled Project, and no association was found in parallel analyses (Pahwa et al, 2019). A few other case-control studies

do report elevated associations in certain analyses that were not adjusted for co-exposure to other pesticides (Hardell et al, 1999; McDuffie et al, 2001; Hardell et al, 2002; Eriksson et al, 2008).  However, it is not possible to determine from those unadjusted analyses whether the observed association is due to glyphosate or to confounding from some other factor.  An excellent example of this is the study from Sweden by Hardell et al, in which a positive OR of 3.04 (1.08 – 8.52) was seen in univariate analysis, suggesting an association of glyphosate and NHL.  However, once the data was corrected using multivariate analysis, the OR was 1.85 with 95% CI of 0.55 – 6.20, which is compatible with no difference (i.e., not supporting that glyphosate causes NHL) (Hardell et al, 2002).  Many of these studies also likely suffer from recall bias (Crump et al, 2020).

As referenced above, one of the more recent and large case-control studies is referred to as the "North American Pooled Project."  This pooled data from 4 U.S. states and 6 Canadian provinces and examined associations of various pesticides and subsequent cancer diagnoses.  A recent publication by Pawha et al, focused specifically on the glyphosate data within the NAPP, and includes all cases (and more) from the previously published studies by De Roos and colleagues (De Roos et al, 2003) and McDuffie and colleagues (McDuffie et al, 2001).  Collectively this study had 1,690 cases and 5,131 controls and included 113 glyphosate-exposed cases, making it by far the largest collection of glyphosate-exposed cases from any case-control study.  For example, Hardell 1999 included 4 glyphosate-exposed cases; Hardell 2002 included 8; Eriksson 2008 included 29; De Roos 2003 had 36; and McDuffie 2001 had 51 (Hardell et al, 1999; McDuffie et al, 2001; Hardell et al, 2002; De Roos et al, 2003; Eriksson et al, 2008).  After adjustment for exposure to other pesticides, exposure to glyphosate-based formulations was not significantly associated with NHL (OR 1.13 with 95% CI of 0.84 – 1.51; OR 0.95 with 95% CI of 0.69-1.32 when proxy respondents were excluded) (Pahwa et al, 2019).  While individual positive odds ratios can be identified in various tables for certain sub-groups of the data, most duration (number of years, lifetime days), intensity (number of days per year), and lymphoma subgroup analyses showed null associations, and no significant trends were reported for increasing risk with increasing glyphosate exposure (Pahwa et al, 2019, Tables 3-5, S1).

*Meta-analyses and Additional Observational Data*

Several meta-analyses have been published, combining the data from many (but not all) of the studies discussed above (Schinasi et al, 2014; IARC 2015; Chang et al, 2016; Zhang et al, 2019).  All of these meta-analyses are similarly limited by the quality of the underlying studies (most of which are case-control studies), and all suffer from similar limitations, including combining adjusted data and unadjusted data.  In addition, none of the above meta-analyses include all of the data from the more recent and much larger studies (Andreotti et al, 2018; Pahwa et al, 2019; Leon et al, 2019).  For example, while the recently published meta-analysis by Zhang and colleagues reports an overall meta-RR of 1.41, 95% CI 1.13-1.75, for Roundup and NHL (Zhang et al, 2019), that study suffers from a number of limitations, including: mixing unadjusted and adjusted data; combining dissimilar exposure groups; and under-weighting the best-designed cohort study, and has been subject to valid criticisms from other investigators and scientific regulatory bodies (U.S. EPA 2020; Kabat et al, 2021).  More recently, three newer meta-analyses have been reported that more appropriately incorporate data from Andreotti et al, 2018, Leon et al, 2019, and/or Pahwa et al, 2019 (U.S. EPA 2020; Donato et al, 2020; Kabat et al, 2021).  All three demonstrate that there is no consistent association between exposure to formulated glyphosate and NHL in analyses that include the most recent, largest, and most comprehensive studies.

Lastly, the incidence of NHL was clearly on the increase between 1975-1995; in contrast, since 1995 the incidence has been relatively stable (SEER Cancer Stat Facts: NHL, 2020).  This is despite the fact that Roundup use has grown exponentially since 1990 (U.S. EPA 2017).  This further supports a lack of relationship between Roundup use and development of NHL.  In addition, the available data do not demonstrate an association between residential pesticide use and NHL, including the use of herbicides that have been associated with NHL in some studies (Hartge et al, 2005; Colt et al, 2006).

*Assessments from IARC & Regulatory Agencies*

I have reviewed the 2015 analysis of glyphosate conducted by the International Agency for Research on Cancer (IARC), as well as analyses performed by various national, multinational, and international public health and regulatory agencies (IARC 2015; EFSA 2015; JMPR/WHO 2016; Australia PVMA 2017; New Zealand EPA 2016; ECHA 2017; U.S. EPA 2017; U.S. ATSDR 2019; U.S. EPA 2019).  Of note, while the IARC opinion was (at least in 2015) that glyphosate is "probably carcinogenic", the IARC report acknowledged that there is "limited evidence" in humans for the carcinogenicity of glyphosate, meaning an association was observed but that chance, bias, and confounding could not be excluded (IARC 2015 at pp. 56, 398).  If the same "ever/never" analysis that IARC relied on to conclude there was "limited evidence" of an association with NHL were to be replicated and performed today (using the most up-to-date data) there would be *no* significant association (U.S. EPA 2020; Donato et al, 2020; Kabat et al, 2021).  In addition, numerous other U.S. and international regulatory agencies throughout the world do not share IARC's overall conclusion (with some of these agencies having the benefit of considering more recent and larger datasets).  Specifically, the European Food Safety Authority (EFSA), the United States Environmental Protection Agency (EPA), the Canadian Pest Management Regulatory Agency (PMRA), the German EU member state assessment, the Australian Pesticides and Veterinary Medicines Authority (APVMA), the Japanese Food Safety Commission, New Zealand's EPA environmental authority, the Joint FAO/WHO Meeting on Pesticide Residues (JMPR), and the European Chemicals Agency (ECHA) have all concluded that glyphosate is unlikely to be carcinogenic or genotoxic with regard to its effect on humans.  (BfR 2015; EFSA 2015; FAO/WHO 2016; Health Canada 2017; Australia PVMA 2017; Food Safety Commission of Japan 2016; New Zealand EPA 2016; ECHA 2017; U.S. EPA 2017; U.S. ATSDR 2019; U.S. EPA 2019; BfR 2019; U.S. EPA 2020).

*Genotoxicity / exposure studies in humans*

As noted above, in evaluating whether an exposure causes lymphoma in humans, human studies of cancer endpoints are most informative.  Nevertheless, I am aware that a variety of *in vivo* and *in vitro* genotoxicity studies have been performed on glyphosate and formulated glyphosate, many of which are summarized in the various regulatory reviews and

analyses referred to above.  For example, several studies have measured the effects of exposing cells in a Petri dish to glyphosate or its formulations; some (such as Wozniak et al, 2018) report reversible DNA damage at high exposure levels; others (Rice et al, 2018; Rice et al, 2019; U.S. EPA 2019) find no evidence of damage in viable cells.  Still others measure nonspecific DNA damage in humans based on either living in a presumably-exposed region (Paz-y-Mino et al, 2007; Bolognesi et al, 2009) and/or based on questioning persons as to their actual exposure (Bolognesi et al, 2009), the latter reporting no difference in damage between those who reported actual exposure and those who did not.  Ultimately, while all of these studies can raise hypotheses that should be followed up in studies of clinical endpoints, it is not possible to make conclusions about human cancer endpoints from genotoxicity studies, just as it is not possible to conclude that a proposed drug will be effective in treating lymphoma because of its effect in cellular assays in the laboratory.

I am also aware that numerous long-term rodent (rat and mouse) carcinogenicity studies have been conducted and repeatedly analyzed by IARC and others (IARC 2015; Portier 2020).  Again, these are referred to and discussed extensively in the regulatory reviews and analyses referred to above (IARC 2015; Greim et al, 2015; EFSA 2015; FAO/WHO 2016; Australia PVMA 2017; New Zealand EPA 2016; ECHA 2017; U.S. EPA 2017; U.S. ATSDR 2019; U.S. EPA 2019).  Based on my review of those discussions, it appears that IARC is in the minority in its assessment that those animal bioassays demonstrate sufficient evidence that glyphosate causes cancer in rodents.  Recent data also suggest that, if one considers the full range of results from the animal studies with glyphosate (and not just the positive trends, as some experts for plaintiffs advocate), there are as many or more results finding an *inverse* relationship (i.e., a protective effect) between glyphosate exposure and cancer in rodents as there are finding positive relationships, and that the animal data do not support a causal relationship between glyphosate and cancer (Tarone 2018; Crump et al, 2020).  Of course, even if IARC's interpretation were the predominate interpretation of that animal data (which it is not), as described above, a substance that causes tumors in rodents will not necessarily cause them in humans (Newman et al, 1996; MacDonald et al, 2004; Anisimov et al, 2005; Dale et al, 2006; Bracken et al, 2009; Singh et al, 2013; Newman et al, 2019) and thus human studies will

ultimately be the most informative of any clinical risk of cancer.  In addition, the doses tested in those animal studies frequently exceed human exposure levels by many orders of magnitude in both peak exposure and duration (Acquavella et al, 2004; Gillezeau et al, 2019; Greim et al, 2015; EFSA 2015; Kougias et al, 2020; Pierce et al, 2020).

**SUMMARY**

Taken together, as a lymphoma specialist and clinical researcher, it is my professional opinion that the weight of the human, animal, and *in vitro* evidence (with appropriate extra weight and consideration being put on the human evidence of clinical outcomes) suggests no significant association between the Roundup formulation of glyphosate and subsequent development of non-Hodgkin lymphoma.  Moreover, even in studies that do report an association, the association is small, inconsistent, and potentially due to confounding and/or bias.  As a result, the totality of the data does not support the conclusion that Roundup is a cause of non-Hodgkin lymphoma.

**PECORELLI CASE**

Michael Pecorelli was a 70-year-old male in 1999                    He had a history of heavy tobacco use, variably described in his medical records as a 70 to 100+ pack-year smoking history.  In approximately 1999, Mr. Pecorelli was found to have an elevated white blood cell (WBC) count with a predominance of lymphocytes.  Hgb was 12.9 and platelet count 166.  Peripheral blood flow cytometry showed a clonal B cell process.  It does not appear that any intervention or treatment was pursued for this between 1999 and 2003.

In July 2004 he was seen by Dr. Gary Gordon (Heme/Onc) and again found to have lymphocytosis.  Recent CT imaging was reviewed with the clinician noting that there was splenomegaly and aortocaval adenopathy.  The patient had severe pruritis which did not respond to corticosteroid therapy.  A peripheral blood flow cytometry and bone marrow biopsy

was ordered.  These studies raised the possibilities of splenic marginal zone lymphoma, versus hairy cell leukemia.  At the time of the 7/1/04 bone marrow biopsy, WBC was 13.5, Hgb 12.4, platelets 138.  Marrow was 50% cellular.  There was some low level CD103 staining (although discordant in the marrow vs the peripheral blood), raising the question of hairy cell leukemia. Morphology overall was felt to be most consistent with marginal zone lymphoma (MZL).

In August and September 2004, he was seen at the Hines (IL) VA system.  Another peripheral blood flow cytometry was sent and felt to be most consistent with splenic MZL.  The patient continued to complain of pruritis. The patient was noted to be smoking 1 pack per day and was counseled to quit.  Hematology/oncology referral was placed.  He was seen by Dr. Scott Smith.  WBC was 15.5, Hgb 13.1 and platelets 139.  Mr. Pecorelli was noted to have unexplained weight loss of 23 pounds in 6 months (and pruritis, possibly related to his lymphoma) and treatment was therefore recommended with rituximab, cyclophosphamide, vincristine, prednisolone (R-CVP).  The patient was 75 years old at that point.  He was seen by dermatology who did a skin biopsy and felt that he had lichenoid dermatitis and vasculitis. 10/13/04 CT scan of the chest, abdomen and pelvis (CT CAP) showed mild to moderate adenopathy in the mediastinum and retroperitoneum, along with significant splenomegaly.  By exam his spleen was 7 cm below the CM.  He started R-CVP with cycle 1 in late October vs early November 2004.  In hindsight, it appears that he did not take prednisone with these first 2 cycles despite being instructed to do so.  Cycle 3 was started on 12/8/04.  Following cycle 3, he was documented to have some regression of splenomegaly on 12/21/04 CT scan.  By 12/30/04, WBC was down to 5.1, Hgb 12.7, Plt 164, ALC 1.12.  Cycle 6 was given in early Feb 2005.  CT A/P on 3/29/05 showed bilateral emphysematous changes in the lungs with minimal pre-tracheal adenopathy (unchanged).  Retroperitoneal adenopathy was improved. Spleen unchanged from 12/21/04 CT.  The 4/6/05 clinician note states that a response was seen on CT, but patient was "refusing further chemotherapy," suggesting that 2 more cycles were being recommended. Patient was then observed.

In May 2005 he had dermatology follow up, still complaining of generalized pruritis, apparently not improved despite the treatment of his lymphoma.  Repeat CT C/A/P on 11/7/05

23

was stable (presumably some residual splenomegaly and adenopathy; report is very poor and vague). WBC 6.2, Hgb 14.7, Plt 122.  He continued with observation, with stable clinical and laboratory evaluations in April 2006, Sept 2006, and Jan 2007.  On 1/2/07 there is mention of him working with his son at a nursery.   In April 2007 he complained of weight loss again.  Exam was negative for recurrent adenopathy and CT CAP on 5/1/07 again showed minimal mediastinal adenopathy (unchanged), emphysema, and no retroperitoneal adenopathy. Moderate splenomegaly was again noted but unchanged.  At follow up in July 2007 he complained of fatigue, weight loss and pruritis.  CBC remained unremarkable.  He was started on Paxil for possible depression and referred to primary care since he did not have a primary care provider.   Follow up hematology/oncology clinic visits (with labs) in April 2008 and July 2008 were stable with no evidence of recurrence/ progression.  CT C/A/P on 5/9/08 stable. Follow up hematology/oncology clinic visits (with labs) in Feb 2009 were stable.

It would appear he was lost to VA follow up for some time in 2009-2010. He was seen by VA social work on 5/11/10, due to difficulty with some household tasks and transportation.  It is unclear how much family support he had at that point.  At his June 2010 hematology/oncology clinic appointment, note made of admission to hospital due to falls.  WBC 7.5, Hgb 13.7, Plt 153. CT C/A/P on 6/29/10 showed a new left paraspinal/ soft tissue mass at T10-T11.  Spleen and liver remained enlarged (no comparative statement).  No abdominal adenopathy.  At this point he was 81 years of age. He was admitted on 6/30/10, and clinically he denied signs or symptoms to suggest spinal cord compression, although MRI showed there was some cord compression at T9-T11.   It does not appear that a PET/CT or updated tissue biopsy was pursued.  It was planned to treat him with 30 Gy of radiation (in 10 fractions) to T9-T12.  On 7/1/10 he indicated that he did not want any more procedures and wished to go home.  Against medical advice, he was discharged despite not getting treatment for his cord compression.

Following discharge, he complained of difficulty with ambulation. On 7/19/10 he finally had a CT guided biopsy of the thoracic paraspinal mass.  Pathology showed a "B cell lymphoma" with small to medium sized cells and admixed large lymphoid cells.  There was crush artifact. There were numerous apoptotic bodies and a Ki-67% of 70-80%.  He was started on

corticosteroids and finally consented to palliative radiation therapy.  He was admitted to a skilled nursing facility while completing radiation therapy (7/20/10 to 8/2/10).  Following this he was noted to be independent in his ADLs and able to ambulate.  His wife was mentioned to be less able to function than he was.  He also continued to smoke.

In August 2010 he had a bone marrow biopsy (BMBx) which showed 35% cellularity along with a few lymphoid aggregates with small cells; flow cytometry could not demonstrate NHL however.  WBC 11, Hgb 13.8, platelets 135 at the time of the BMBx.  On 8/18/10 he was readmitted with multiple falls.  Patient had completed his steroid taper by that time.  Repeat thoracolumbar spine MRI was obtained on 8/18/10, showing marked decrease in the thoracic spine mass, consistent with 6/30/10.  No new evidence of lymphoma seen although there were some changes of disk disease and spinal stenosis.  During the admission he complained of dysphagia so he underwent swallow study which showed some aspiration with thin liquids.

On 9/8/10 he had a CT of the brain to "rule out bleed".  This showed no bleed but did show severe cerebral atrophy (stable), chronic lacunar infarcts (some old, some new).  PET/CT on 9/8/10 showed fluorodeoxyglucose (FDG) avid disease in the left hilar region (not even 2 months after completion of radiation therapy). There was focal uptake in the left parotid, favored to be a benign finding.  There was no uptake where the thoarcic spine mass had previously been seen.

It is unclear what his VA hematology/oncology team recommended at that point; however the patient sought out a second opinion on 10/4/10 with Steven Leibach, MD.  He was noted to still be smoking 1 pack per day and having some degree of chronic cough.  He reported losing 18 pounds after radiation but was starting to gain some of it back.  He is described as a "retired landscaper" and having a "heavy tobacco history" and chronic obstructive pulmonary disease.  Dr. Leibach agreed with observation; he also recommended pulmonary evaluation to ensure the hilar uptake did not represent an endobronchial lung malignancy.

CT Chest was performed for chest pain and shortness of breath on 1/27/11.  This showed a left hilar mass with post obstructive atelectasis of left upper lobe and mediastinal adenopathy.   He again saw Dr. Leibach who now felt he likely had a new primary lung malignancy, unrelated to his prior lymphoma history.  The patient was having more falls again with a recent brain MRI noted to be negative.  He was admitted from 2/4/11 to 2/11/11 for further evaluation.  He saw a pulmonologist on 2/4/11 whose note mentions that the patient "did not pursue" further evaluation of the left hilar mass in October 2010.  2/4/11 bone scan showed no evidence of bone metastases.  2/4/11 CT chest again showed the obstructing lesion in the left mainstem bronchus, along with underlying emphysema.  CT A/P showed no adenopathy.  Spleen was slightly enlarged with 14.5 cm anterior-posterior diameter.  He underwent bronchoscopy with biopsy and bronchial stent placement on 2/7/11.  Pathology showed a poorly differentiated neoplasm, eventually sent to Johns Hopkins and eventually signed out as "fragments of high grade undifferentiated pleomorphic sarcoma (malignant fibrous histiocytoma, grade 3)."  He was ultimately treated with 30 Gy of radiation in 10 fractions from 2/21/11 to 3/4/11.  As of 4/1/11 he was still smoking (notes indicated he had been smoking since approximately age 11).

He saw Dr. Leibach on 4/7/11.  He had lost 21 pounds.  He was felt to have no evidence of active lymphoma.  WBC 5.4, Hgb 12.5, Plt 154,  Lymph 19%.  9/19/11 CT chest showed significant improvement in left lower lobe aeration.  There was residual consolidation in the left lower lobe.  On 11/25/11 he was seen with complaints of daily chest pain and hemoptysis.  He continued to have problems with falls.  Patient endorsed a 30-pound weight loss over an unclear timeframe.  Chest x-ray showed a left upper lobe consolidation/mass.  CT chest negative for pulmonary embolus but now showed a left apical mass measuring 10.4 x 5.5 cm as well as a left lower lobe mass, possible left paraspinal mass, and a 7.4 cm RLQ mass.  Bronchoscopy recommended.  Inpatient psychiatry was also consulted to evaluate for decisionality.  Patient opted for no biopsies or treatment and was sent home on 11/29/11.  The discharge summary from that VA hospitalization indicates that the team was aware of the sarcoma history.  Dr. Leibach then spoke with the patient's son, documented in a note on

12/8/11, and supported a transition to palliative care.  Again, while no biopsy was performed, Mr. Pecorelli's presentation in late 2011 is most consistent with recurrent sarcoma versus new lung primary.

He was readmitted to the VA on 1/11/12 with failure to thrive, falls, pain issues, bedsores, and insufficient support at home.  Chest x-ray showed progressive opacity in the left lung base.  Some of his VA records appear to misunderstand or understate his sarcoma history. Nevertheless, a decision was made for palliative/hospice care.  After discussion with the patient and his family, Mr. Pecorelli was made DNR (do not resuscitate) on 1/13/12 and discharged to home hospice on 1/14/12.  He was admitted to Alexian Brothers Med Center on 2/26/12 due to agitation.  Death certificate states date of death              with a cause of death listed as "malignant fibrous histiocyotoma" and signed by Dr. Leibach.  In my opinion, the most likely cause of the multiple lesions that appeared on imaging prior to his death is the sarcoma.

In summary, this was a typical case of splenic MZL, treated with appropriate therapy. He also developed malignant fibrous histiocytoma, which was not directly or indirectly caused by either his lymphoma or his Roundup exposure, for which curative treatment was never attempted, and which ultimately led to his death (Pahwa et al., 2011).  Mr. Pecorelli was treated for this lymphoma with 6 cycles of R-CVP in late 2004 to early 2005, and likely had untreated low-grade lymphoma since at least 1999.  He had an apparently localized recurrence of lymphoma (thoracic spine paraspinal mass) in June 2010.  This was treated with radiation therapy in July – August 2010.  From the available records, until the time of his death in

 , he never had a documented recurrence of his lymphoma.  The treatment of his lymphoma was appropriate and effective.  In September 2010, he was found to have a left hilar mass in on PET scan.  It appears the patient initially chose to not have this evaluated.  By February 2011 he became progressively symptomatic and had an obstructing left mainstem bronchial lesion which on biopsy showed a high grade malignant fibrous histiocytoma (MFH). Although surgical resection is the cornerstone of treatment for soft tissue sarcomas such as MFH, Mr. Pecorelli was treated with radiation therapy.  It appears he was not felt to be a good candidate for an extensive thoracic surgery, or a full resection was not technically possible.

27

Mr. Pecorelli had a very poor prognosis from the standpoint of his MFH (which is now referred to as "undifferentiated pleomorphic sarcoma", or UPS) by virtue of the fact that he did not undergo resection of the primary tumor, his advanced age, his other comorbidities (including chronic lung disease), and the high grade histology.  Primary MFH/UPS of lung is very rare.  As is true of most soft tissue sarcomas, long term remission is rare in the absence of resection of the primary tumor.  Considering all of this, it is therefore not surprising that the MFH/UPS progressed and became life threatening within 1-2 years of diagnosis.  Soft tissue sarcomas such as MFH/UPS have been associated with prior radiation therapy.  However, the median latency is 10 years (with a minimum latency of 3 years), and the sarcomas arise within, or on the margins of, the prior radiation field.  Given the latency in this case, Mr. Pecorelli's MFH/UPS was not associated with his prior radiation treatment.

Mr. Pecorelli's clinical presentation, pathology, treatment, and course was typical in terms of presentation, staging, treatment and outcome.  While I am aware that Mr. Pecorelli claims to have sprayed Roundup in his work as a landscaper, to a reasonable degree of medical certainty, based on my review of Mr. Pecorelli's records and on the literature discussed in detail above, Roundup did not cause him to develop lymphoma.  The best explanation for Mr. Pecorelli's MZL is that, like most other cases of lymphoma, it arose from the accumulation of random genetic changes that occurred within lymphocytes over his lifetime, which eventually accumulated to cause lymphoma. There are no features of the case to suggest Roundup as the cause of his lymphoma.  Of note, because some of the pesticides that Mr. Pecorelli was exposed to (including diazinon and 2,4-D) have been associated with non-Hodgkin's lymphoma or its subtypes and/or soft tissue sarcoma in some studies/analyses (Pahwa et al, 2011; Alavanja et al, 2014; Pahwa et al, 2019), it is not possible to, using a consistent methodology, reliably or consistently conclude (as some of Plaintiff's experts appear to) that Roundup caused his cancer and that those other exposures did not.

I hold all of the opinions expressed in this report to a reasonable degree of medical and scientific certainty, based on my training, education, and experience.  I reserve the right to amend and/or supplement my opinions should new medical records, depositions or other evidence become available.  I also reserve the right to comment on the opinions or testimony of others.  I am compensated for my time at a rate of $500 per hour in this matter.  I have not testified or been deposed as an expert in litigation in the past four years.


Timothy Fenske, MD
Professor, Division of Hematology & Oncology
Medical College of Wisconsin

Date: February 12, 2021

# EXHIBIT A

Date of Document: February 2, 2021

# CURRICULUM VITAE

### Timothy S. Fenske, M.D., M.S.
**Professor of Medicine**
**Division of Hematology and Oncology**

**OFFICE ADDRESS:**     Medical College of Wisconsin
9200 West Wisconsin Avenue
Milwaukee, Wisconsin  53226
Phone:
Fax:
E-mail:

**PLACE OF BIRTH:** Milwaukee, Wisconsin

**CITIZENSHIP:** U.S.A.

**EDUCATION:**
**09/1986 - 05/1990** B.S., Marquette University, Milwaukee, WI
**06/1992 - 06/1994** M.D., University of Wisconsin-Madison Medical School, Madison, WI
**07/1994 - 07/1997** M.S., UW-Madison, Madison, WI
**07/1997 - 05/1999** M.D., University of Wisconsin-Madison Medical School, Madison, WI
          (combined MD/MS degree program)

**POSTGRADUATE TRAINING AND FELLOWSHIP APPOINTMENTS:**
**06/1999 - 06/2002** Resident, Internal Medicine, University of Wisconsin-Madison, Madison, WI
**07/2002 - 06/2005** Fellow, Hematology/Oncology, Washington University School of Medicine /
          Barnes-Jewish Hospital, St. Louis, MO
**07/2003 - 06/2005** Trainee, Washington Univ. Hematology Training Grant, (NIH Funded)
**07/2004**          ASCO/AACR Clinical Trials Workshop, Vail, CO
**09/2005 - 05/2007** K30 Clinical Research Scholars Program (CRSP), Medical College of Wisconsin,
          Milwaukee, WI

**FACULTY APPOINTMENTS:**
**07/2005 – 07/2011** Assistant Professor, Department of Medicine, Division of Hematology and Oncology,
          Medical College of Wisconsin, Milwaukee, WI
**07/2011 – 06/2018** Associate Professor, Department of Medicine, Division of Hematology and Oncology,
          Medical College of Wisconsin, Milwaukee, WI
**08/2016 – 10/2018** Head, Section of Hematologic Malignancies & BMT, Division of Hematology and
          Oncology, Medical College of Wisconsin, Milwaukee, WI
**06/2018 - present**  Professor, Department of Medicine, Division of Hematology & Oncology,
          Medical College of Wisconsin, Milwaukee, WI

**HOSPITAL STAFF PRIVILEGES:**
**03/2004 - 09/2005** Barnes Jewish Hospital (St. Louis, MO)
**07/2005 – present** Froedtert Memorial Lutheran Hospital (Milwaukee, WI)

**SPECIALTY BOARDS AND CERTIFICATION:**

| Board Certified | | Issue Date | Expiration |
|---|---|---|---|
| American Board of Internal Medicine | | 08/2002 | 08/2012 |
| ABIM – Medical Oncology | | 11/2005 | 11/2025 |

| Certificates | Issued By | Issue Date | Expiration |
|---|---|---|---|
| CPR | AHA | 09/1998 | 07/2005 |
| ACLS | AHA | 05/1999 | 07/2005 |

| Licensure | | Issue Date | Expiration |
|---|---|---|---|
| Wisconsin License | | 09/08/2000 | 10/31/2017 |
| Missouri License | | 10/2003 | 01/2006 |
| Drug Enforcement Administration (DEA) | | 01/22/2003 | 09/30/2017 |

**AWARDS AND HONORS:**

| | |
|---|---|
| **05/1990** | Graduated *Summa Cum Laude*, Marquette University |
| **05/1990** | Phi Beta Kappa, Marquette University |
| **10/2003** | Awarded student loan repayment benefits through the NIH |
| **08/2010** | QuantiaMD Community Choice Award for Excellence in Medical Education |
| **2011-2018** | Peer Recognition for *Best Doctors*® for 8 consecutive years |
| **06/2012** | Murphy Award for Clinical Excellence (Dept of Medicine, MCW) |
| **2012 - 2018** | Voted a "Top Doctor" by Milwaukee Magazine for 7 consecutive years |
| **2017** | Teaching Award – Bone Marrow Transplant Medical Student Rotation (MCW) |

**MEMBERSHIPS IN HONORARY AND PROFESSIONAL SOCIETIES:**

| | |
|---|---|
| **07/1999 – 07/2001** | American College of Physicians – Internal Medicine |
| **07/2003 – present** | American Society of Hematology |
| **07/2004 – 07/2005** | American Association for Cancer Research |
| **09/2005 – present** | Eastern Cooperative Oncology Group |
| **08/2009 – present** | Wisconsin Oncology Network |

**EDITORSHIPS/EDITORIAL BOARDS/JOURNAL REVIEWS:**

Editorial Board Member

| | |
|---|---|
| **2018- present** | *Clinical Lymphoma, Myeloma and Leukemia* |
| **2016- present** | *Acta Haematologica* |
| **2015- present** | *Annals of Oncology* |
| **2012- present** | *World Journal of Transplantation* |

Ad Hoc Journal Reviewer

| | |
|---|---|
| **2006 – present** | *Ophthalmic Plastic and Reconstructive Surgery* |
| **2009 – present** | *Clinical Lymphoma and Myeloma* |
| **2010 – present** | *Therapeutic Advances in Hematology* |
| **2011 – present** | *Leukemia and Lymphoma* |
| **2012 – present** | *Cancer* |
| **2013 – present** | *American Journal of Hematology* |
| **2013 – 2018** | *Annals of Oncology* |
| **2014 – present** | *Blood* |
| **2014 – present** | *Leukemia* |
| **2015 – present** | *Journal of Clinical Oncology* |
| **2015 – present** | *New England Journal of Medicine* |
| **2015 – present** | *Blood Reviews* |

Fenske 2

**NATIONAL ELECTED/APPOINTED LEADERSHIP AND COMMITTEE POSITIONS:**

| | |
|---|---|
| **12/2007** | Session Chair, "Clinical Results – Autologous Transplantation," American Society of Hematology Annual Meeting |
| **11/2009 - present** | Member, Eastern Cooperative Oncology Group, Lymphoma Committee |
| **2010** | Abstract Reviewer and Session Chair, "Clinical Results – Autologous Transplantation," American  Society of Hematology Annual Meeting |
| **2011 – 2012** | Member, Data Review Committee, Bone Marrow Transplantation Clinical Trials Network  Protocol 0401 |
| **2010 – present** | MCW Institutional Principal Investigator, Wisconsin Oncology Network |
| **04/2011** | Symposium Committee Co-Chair and Moderator, 8th International Chicago Lymphoma Symposium |
| **10/2011 – present** | MCW Institutional PI, Eastern Cooperative Oncology Group |
| **10/2011 – 03/2012** | Co-program director and speaker, 1st Annual Controversies of Hematologic Malignancies Symposium (Milwaukee, WI) |
| **04/2012** | Symposium Committee Co-Chair and Moderator, 9th International Chicago Lymphoma Symposium |
| **04/2013** | Symposium Committee Co-Chair and Moderator, 10th International Chicago Lymphoma Symposium |
| **2013-2014** | Member, Lymphoma Committee, 2014 State of the Science Symposium, Blood and Marrow Transplant Clinical Trials Network |
| **02/2014** | Abstract Reviewer and Session Chair, "Allogeneic Transplants & Autologous Transplants," 2014 BMT Tandem Meetings |
| **2014, 2015, 2016** | Symposium Committee Co-Chair and Organizer, Ultmann International Chicago Lymphoma Symposium |
| **03/2015 – 03/2020** | Lymphoma Working Committee Co-Chair, Center for International Blood and Marrow Transplant Research |
| **04/2016 - present** | Lymphoma Steering Committee, National Cancer Institute |
| **2016** | Abstract Reviewer and Session Chair, "Clinical Results – Autologous Transplantation" American Society of Hematology Annual Meeting |
| **2019** | Session Chair, "Aggressive Lymphoma – Results from retrospective/ observational studies", American Society of Hematology Annual Meeting |

**RESEARCH GRANTS/AWARDS/CONTRACTS/PROJECTS:**

**Active**

| | |
|---|---|
| Title: | A Randomized Phase III Trial of Consolidation with Autologous Hematopoietic Cell Transplantation Followed by Maintenance Rituximab vs. Maintenance Rituximab Alone for Patients with Mantle Cell Lymphoma in Minimal Residual Disease-Negative First Complete Remission. |
| Source: | U.S. Intergroup Study |
| Role: | National Principal Investigator and Lead Investigator for a companion BIQSFP (Biomarker, Imaging and Quality of Life Studies Funding Program) grant |
| Dates: | 2016-present |
| Direct Funds: | $1,198,193 for the minimal residual disease testing integral to the trial, funded through the BIQSFP grant |
| Title: | A randomized placebo-controlled phase III study of ibrutinib maintenance following autologous stem cell transplantation in high-risk patients with relapsed or refractory diffuse large B-Cell lymphoma. |

Fenske 3

|  | Source: | U.S. Intergroup Study |
|--|--|--|
|  | Role: | BMT-CTN Study Co-Chair |
|  | Dates: | 2015-present |

**Prior**

| | Title: | Rituximab with combination chemotherapy or bendamusine hydrochloride followed by consolidation chemotherapy and stem cell transplantation in older patients with previously untreated mantle cell lymphoma. |
|--|--|--|
| | Source: | U.S. Intergroup Study S1106 |
| | Role: | ECOG Study Chair |
| | Dates: | 2011-2014 |

| | Title: | A phase II study of bortezomib and temsirolimus for relapsed or refractory B-cell non-Hodgkin lymphoma. |
|--|--|--|
| | Source: | Millennium / Takeda Pharmaceuticals |
| | Role: | Principal Investigator |
| | Dates: | Trial conducted through the Wisconsin Oncology Network (2010-2013) |
| | Direct Funds: | $485,000 |
| | Additional: | Was ultimately published in *Cancer* in 2014 |

| | Title: | "Outcome of patients with Burkitt lymphoma treated at two academic medical centers between 1996 and 2008." |
|--|--|--|
| | Source: | Froedtert Foundation |
| | Role: | Principal Investigator |
| | Dates: | 2009-2011 |
| | Direct Funds: | $1,500 |

| | Title: | "Development of 99mTechnietium scanning as a quantitative in vivo assay to predict chemotherapy drug resistance clinical outcome in lymphoma patients." |
|--|--|--|
| | Source: | MCW Clinical Cancer Center Pilot Grant |
| | Role: | Principal Investigator |
| | Dates: | 2007-2011 |
| | Direct Funds: | $40,000 |

**INVITED LECTURES/WORKSHOPS/PRESENTATIONS (must be invited to participate):**
**International**

Invited to prepare 6 CME oncology case presentations between 09/2009 and 04/2010 for QuantiaMD (an on-line CME company). Featured in a full-page advertisement in *Community Oncology* (March 2010 Issue) (2009-2010)

Moderator, "Standard Therapy for Younger Patients with Mantle Cell Lymphoma Should Include Stem Cell Transplantation." International Chicago Lymphoma Symposium, Chicago, IL (April 2011)

Invited lecturer on "Conventional Therapy and Novel Agents for Follicular Lymphoma" at an educational session at the Bone Marrow Transplantation Tandem Meeting (San Diego, CA, Feb 2012).

Moderator, "High Risk Patients with DLBCL Should Undergo a Stem Cell Transplant as Part of Front-line Treatment." International Chicago Lymphoma Symposium, Chicago, IL (04/2012)

Fenske 4

Invited lecturer on "Timing of Hematopoietic Stem Cell Transplanation for Follicular Lymphoma." 10th International Chicago Lymphoma Symposium, Chicago, IL (April 27, 2013)

Moderator, "Patients with mantle cell lymphoma should receive an autotransplant in first remission." 11th International Ultmann Chicago Lymphoma Symposium, Chicago, IL (May 3, 2014)

Invited lecture on "Autologous stem cell transplant should be a treatment option for relapsed mantle cell lymphoma." 12th International Ultmann Chicago Lymphoma Symposium, Chicago, IL (April 25, 2015).

Invited lecturer on "Transplant and Non-Hodgkin Lymphoma" for Product Theater presentation at the 2016 BMT Tandem meeting, Honolulu, HI (Feb 20, 2016).

Moderator, "No role for surveillance imaging in lymphoma." 13th International Ultmann Chicago Lymphoma Symposium, Chicago, IL (May 6, 2016).

Presenter, "Meet the Professor" session on "Unusual Lymphomas and the Role of Autografting and Allografting." 2017 ASBMT Annual Meeting, Orlando, Florida (Feb 23, 2017).

Invited lecturer on "Future directions in mantle cell lymphoma." 15th International Ultmann Chicago Lymphoma Symposium, Chicago, IL (May 5, 2018).

Invited lecturer on "Choice of allogeneic vs autologous HSCT in early relapsed NHL and double hit lymphoma." 4th International Workshop on the Biology, Prevention, and Treatment of Relapse after Hematopoietic Stem Cell Transplantation, Chicago, IL (Sept 21, 2018).

Faculty presenter on "Frontline therapy for mantle cell lymphoma: to transplant or not to transplant?" Case-based education session, American Society of Clinical Oncology, Chicago, IL (June 2, 2019)


**National**

"Optimizing therapy for CD20-expressing B-cell malignancies: A focus on diffuse large B-cell lymphoma" RHD Dallas, TX (06/2007)

"Spanning the Continuum of Care: Optimizing Patient Outcomes in NHL" (Clinical Care Options Oncology)
- 4/13/10: Lawrence & Memorial Medical Center (New London, CT)
- 4/28/10: Halifax Medical Center (Daytona Beach, FL)
- 5/14/10: Union Memorial Hospital (Baltimore, MD)
- 8/16/10: Covenant Women and Children's Hospital (Lubbock, TX)
- 8/30/10: Phelps County Regional Medical Center (Rolla, MO)
- 9/13/10: Thompson Cancer Survival Center (Knoxville, TN)

"Workshop With the Experts: Overcoming Barriers to Optimal Treatment of Non- Hodgkin Lymphoma" (Clinical Care Options Oncology)
- 06/01/11: Bellin Health (Green Bay, WI)
- 07/09/11: Lawrence Memorial Hospital (Lawrence, KS)

Member, Lymphoma Committee, Blood and Marrow Transplant Clinical Trials Network State of the Science Symposium 2014

Invited lecturer for Celgene to educate sales force regarding mantle cell lymphoma at national sales training meeting (October 2014)

Invited lecture "Diffuse Large B-cell lymphoma: How do we move forward?" Hematology/Oncology Grand Rounds, Houston Methodist Hospital (6/2/15).

Invited lecturer for Celgene to educate sales force regarding mantle cell lymphoma at national sales training meeting (November 2016)

Invited lecturer for "Best of ASH" symposium at Cleveland Clinic, Cleveland, OH (1/25/17).

"Transplant in Non-Hodgkin Lymphoma" – unbranded lecture
- Jan 2016: Consultant to develop slide set

- Sept 2016: San Francisco, CA
- 6/1/17: Santa Rosa, CA
- 12/10/17: Atlanta, GA
- 8/6/18: Denver, CO

"The Healthy Days Initiative: Moving Toward Personalized Lymphoma Therapy for Relapsed/Refractory Follicular Lymphoma" – CME program
- 10/28/16: Montefiore Medical Center (New York City, New York)
- 11/4/16: Washington Cancer Institute (Washington, DC)
- 4/24/17: NH Forsyth Medical Center (Winston-Salem, NC)

Invited lecturer on "What is the best first-line therapy for younger patients with mantle cell lymphoma?" Great Debates & Updates in Hematologic Malignancies, New York City, NY (April 8, 2017)

Invited lecturer on "Next Generation Sequencing-based Minimal Residual Disease Analysis in B-cell lymphomas." Eastern Cooperative Oncology group meeting; Hematologic Malignancies session, Washington, D.C. (May 5, 2017).

Invited lecturer on "New developments in transplant for lymphoma", Univ of Kansas, Kansas City, KS. August 31, 2017.

Invited presenter on "Minimal residual disease analysis in lymphoma patients." Atlanta, GA (December 9, 2017).


**Regional**

"Chronic Myeloid Leukemia" lecture given to patients and caregivers, Leukemia and Lymphoma Society, Spring Leukemia/MDS Symposium, Madison, WI (05/2006)

"Paving the way for progress: Clinical trials in blood cancers" Leukemia and Lymphoma Society's patient education series, Waukesha, WI (03/2007)

"Biology of Cancer" course at UW-Parkside. Lectured on "Clinical oncology and clinical oncology research", Kenosha, WI (03/2008)

"Biology of Cancer" course at UW-Parkside. Lectured on "Clinical oncology and clinical oncology research", Kenosha, WI (05/2010)

"Aggressive B-cell NHL" lecture given to patients and caregivers, as part of the Leukemia and Lymphoma Society's spring Leukemia/Lymphoma symposium, Madison, WI (05/2009)

"Aggressive B-cell NHL" lecture given to patients and caregivers, as part of the Leukemia and Lymphoma Society's spring Leukemia/Lymphoma symposium, Madison, WI (03/2010)

"Overcoming Barriers to Optimal Treatment of Non-Hodgkin Lymphoma (Clinical Care Options Oncology)"
- 3/15/11: Fox Valley Hematology/Oncology (Appleton, WI)
- 6/1/11: Bellin Health (Green Bay, WI)
- 7/12/11: Wheaton Franciscan Healthcare (Racine, WI)
- 8/8/11: Bay Regional Medical Center (Bay City, MI)

"Frontline therapy for follicular lymphoma: so many options, so little consensus", Controversies of Hematologic Malignancies Symposium, Milwaukee WI (03/24/12)

"Relapsed and Refractory Diffuse Large B-Cell Lymphoma: Are We Making Any Progress?" Keynote Lecture for Wisconsin Oncology Network Meeting, Madison, WI (04/2013)

"Radiographic imaging in lymphoma: benefits and risks" Leukemia and Lymphoma Society Patient and Caregiver Meeting on Lymphoma, Madison, WI (04/2013)

"Aggressive B-cell non-Hodgkin lymphomas" and "Mantle cell lymphoma." Lymphoma Research Foundation Patient and Caregiver Meeting, Chicago IL (05/2014)

"What's New in Lymphoma?" Third annual Advances in Hematology and Oncology Symposium, Green Bay, WI (10/17/14).

"Mantle cell lymphoma" unbranded disease-focused presentations given at various sites across the Midwest  (2014-2017).

10/2014 and 11/2016: Invited lecturer for Celgene to educate sales force regarding mantle cell lymphoma at regional sales training meeting.

"New Developments in Transplant for Lymphoma: A practicing clinician's view for 2016", Controversies of Hematologic Malignancies Symposium, Milwaukee WI (03/05/16)

"Transplant in Non-Hodgkin's Lymphoma" unbranded disease-focused presentation.
- April 20/16: Glenview, IL
- Feb 2017: St Louis, MO
- 11/16/17: Green Bay, WI
- March 2017: Evanston, IL
- 11/16/17: Green Bay, WI
- 4/4/18:  St. Louis, MO
- 5/16/19:  St. Louis, MO

"New and Nagging Questions in Non-Hodgkin Lymphoma"  6th annual Advances in Hematology and Oncology Symposium, Green Bay, WI (10/21/17).

"Measurable Residual Disease Assessment in Non-Hodgkin Lymphoma"
- 5/21/19: Appleton, WI

"Mantle cell lymphoma: moving from big guns to magic bullets" Northwestern University, Division of Hematology and Oncology Grand Rounds, Chicago, IL (6/7/19)


## Local

"Extranodal MALT lymphoma" case presentation given for Medical College of Wisconsin Division of Gastroenterology Case Conference. Milwaukee, WI (03/2006)

"Non-Hodgkin Lymphoma" MCW/Froedtert Community Health Lecture Series, Milwaukee, WI (09/2007)

"Lymphoma Transplant", Hematology Update, Medical College of Wisconsin,    Milwaukee, WI (01/2008)

"Lymphoma Transplant and Hodgkin Lymphoma", Hematology Update, Medical College of Wisconsin, Milwaukee, WI (01/2009)

"Lymphoma Overview" lecture given to Physician Assistant students, Marquette University, Milwaukee, WI (11/2009 and 11/2010)

"CPC" discussant, Medical College of Wisconsin Conference, Milwaukee, WI  (12/07/2009)

"Aggressive NHL and HL", Hematology Update, Medical College of Wisconsin, Milwaukee, WI (03/31/2010)

"Selected hematopathology cases in leukemia and lymphoma", Controversies of Hematologic Malignancies Symposium, Milwaukee, WI (03/08/14)

"Lymphoma Overview" and "Monitoring for Relapse," 2nd Annual Lymphoma Survivors Meeting, Leukemia & Lymphoma Society, Milwaukee, WI  (4/5/14)

"Minimal Residual Disease analysis for lymphoma", Hematologic Malignancies and Immunotherapy Research Seminar (4/27/17)

"Mantle cell lymphoma: moving from big guns to magic bullets" MCW Department of Medicine Grand Rounds, Milwaukee, WI (4/12/19)

"Recent developments in treatment of relapsed / refractory mantle cell lymphoma" *OncLive* State of the Science Summit, Milwaukee, WI (4/23/19)


## PEER REVIEWED WORKSHOPS/PRESENTATIONS (must have abstract or submission peer reviewed before asked to present):

See "Abstracts"

**COMMITTEE SERVICE:**

<u>Medical College of WI Committees</u>

| | |
|---|---|
| **2007, 2008, 2009** | Member, Hematology/Oncology Fellowship Admission Committee, Medical College of Wisconsin, Department of Medicine. |
| **2008 – 2010** | Member, Institutional Review Board (IRB), Froedtert & MCW |
| **2012 – present** | Chair, MCW Cancer Center Leukemia, Lymphoma and Myeloma Faculty Disease Committee |
| **2013 – 2017** | Member, MCW Cancer Center Scientific Review Committee. |
| **04/2013** | Director, 2nd Annual Controversies in Hematologic Malignancies Conference (Milwaukee, WI) |
| **05/2014** | Director, 2nd Annual Lymphoma Survivors Conference, Leukemia & Lymphoma Society (Milwaukee, WI) |
| **04/2017 – present** | Cancer Clinical Program Leadership Committee.  The committee oversees issues of importance across all of the cancer programs. |

**MEDICAL COLLEGE TEACHING ACTIVITIES:**

<u>Medical Student Education</u>

| | |
|---|---|
| **2001** | Instructor in second-year medical student Hematology course, University of Wisconsin Medical School**.** |
| **2004, 2005** | Instructor in second-year medical student Hematology course, Washington University School of Medicine |
| **2006, 2007, 2009** | Instructor in the "Clinical Examining and Reasoning" course for the MCW second-year medical students |
| **2010, 2011** | Instructor in the "General Principles" Module of the M1 Curriculum, "Neoplasia and Carcinogenesis" |
| **2011 to 2017** | Instructor in the "Hematology & Neoplasia" Module of the M2 Integrated Curriculum |

<u>Resident & Fellow Education</u>

| | |
|---|---|
| **2005 to 2018** | "Lymphoma for the Internist" lecture given at MCW (1-2 times per year) Resident Noon Conference Series |
| **2005 to 2018** | Instruction of fourth-year medical students, interns, residents, and fellows rotating through the inpatient Heme/Onc service, Oncology consultation service, and outpatient Heme/Onc clinic. |
| **2006 to 2013** | "Hodgkin Lymphoma" lecture given to the Heme/Onc fellows as part of the core curriculum series. |
| **2008 to 2013** | "Aggressive Non-Hodgkin Lymphoma "lecture given to the Heme/Onc fellows as part of the core curriculum series. |
| **2008 to 2014** | "Low-grade Non-Hodgkin Lymphoma" lecture given to the Heme/Onc fellows as part of the core curriculum series. |
| **2009, 2011** | "Clinicopathologic Case Conference" lectures given to Medicine Residents |
| **2014, 2016** | "Autologous hematopoietic cell transplantation" lecture given to the Heme/Onc fellows as part of the core curriculum series. |

**EXTRAMURAL TEACHING:**

<u>Nursing Staff</u>

| | |
|---|---|
| **06/2014** | "Autologous Hematopoietic Cell Transplantation," lecture  given to Froedtert Hospital inpatient Heme/Onc RNs. |
| **01/2015** | "Lymphoma" lecture given to Froedtert Hospital inpatient and outpatient Heme/Onc RNs. |

Fenske 8

**Undergraduate**

**03/2008 and 05/2010**   "Biology of Cancer" course at UW-Parkside. Lectured on "Clinical oncology and clinical oncology research", Kenosha, WI

**2009 to 2015**   "Lymphoma Overview" lecture given to Physician Assistant students at Marquette University.

**Continuing Medical Education**

**06/2007**   Optimizing therapy for CD20-expressing B-cell malignancies: A focus on diffuse large B-cell lymphoma" RHD Medical Center Grand Rounds, Dallas, TX

**01/2008**   "Lymphoma Transplant", Hematology Update, Medical College of Wisconsin, Milwaukee, WI

**01/2009**   "Lymphoma Transplant and Hodgkin Lymphoma", Hematology Update, Medical College of Wisconsin, Milwaukee, WI

**09/2009 – 04/2010**   Presented six educational oncology cases on QuantiaMD (A CME web site)

**03/31/2010**   "Aggressive NHL and HL", Hematology Update, Medical College of Wisconsin, Milwaukee, WI

**2010**   "Spanning the Continuum of Care: Optimizing Patient Outcomes in NHL" (Clinical Care Options Oncology)
- 4/13/10: Lawrence & Memorial Medical Center (New London, CT)
- 4/28/10: Halifax Medical Center (Daytona Beach, FL)
- 5/14/10: Union Memorial Hospital (Baltimore, MD)
- 8/16/10: Covenant Women and Children's Hospital (Lubbock, TX)
- 8/30/10: Phelps County Regional Medical Center (Rolla, MO)
- 9/13/10: Thompson Cancer Survival Center (Knoxville, TN)

**2011**   "Workshop With the Experts: Overcoming Barriers to Optimal
- 06/01/11: Bellin Health (Green Bay, WI)
- 07/09/11: Lawrence Memorial Hospital (Lawrence, KS)

**2016**   "The Healthy Days Initiative: Moving Toward Personalized Lymphoma Therapy for Relapsed/Refractory Follicular Lymphoma"
- 10/28/16: Montefiore Medical Center (New York City, New York)
- 11/4/16: Washington Cancer Institute (Washington, DC)
- 4/24/17: NH Forsyth Medical Center (Winston-Salem, NC)

**Community/Lay Public**

**05/2006**   "Chronic Myeloid Leukemia" lecture given to patients and caregivers, Leukemia and Lymphoma Society, Spring Leukemia/MDS Symposium, Madison, WI

**03/2007**   "Paving the way for progress: Clinical trials in blood cancers" Leukemia and Lymphoma Society's patient education series, Waukesha, WI

**05/2009**   "Aggressive B-cell NHL", lecture given to patients and caregivers, as part of the Leukemia and Lymphoma Society's spring Leukemia/Lymphoma symposium, Madison, WI

**09/2007**   "Non-Hodgkin Lymphoma" lecture given as part of Froedtert/ MCW Community Health series.

**04/2010**   "Hodgkin lymphoma" and "Non-Hodgkin lymphoma" lectures given to MCW Division of Hematology and Oncology Clinical Research Coordinators

**2010, 2013**   "Aggressive B-cell NHL", lecture given to patients and caregivers, as

Fenske 9

|          | part of the Leukemia and Lymphoma Society's spring Leukemia/Lymphoma symposium, Madison, WI |
|----------|---------------------------------------------------------------------------------------------|
| **04/2014** | Director, "Lymphoma Survivorship Conference", Leukemia & Lymphoma Society, Wisconsin Chapter (Milwaukee, WI). |
| **05/2015** | "Clinical Trials in Lymphoma" lecture given to patients and caregivers, as part of the Leukemia and Lymphoma Society's spring Leukemia/Lymphoma symposium (Madison, WI) |
| **10/2014** | "Aggressive NHL", Lymphoma Research Foundation Patient Forum |
| **09/2016** | "Aggressive Non-Hodgkin lymphomas and Hodgkin lymphoma" lecture given to patients and caregivers, as part of the Leukemia and Lymphoma Society's spring Leukemia/Lymphoma symposium (Milwaukee, WI) |
| **10/2016** | "Diffuse Large B-Cell Lymphoma and other Aggressive B-cell lymphomas" lecture given to patients and caregivers as part of the Lymphoma Research Foundation's North American Educational Forum on Lymphoma (Chicago, IL). |

# BIBLIOGRAPHY

*Signifies that author was a trainee directly mentored on the research project.

## REFEREED JOURNAL PUBLICATIONS / ORIGINAL PAPERS:

1. **Fenske TS**, Baxter-Lowe LA.  Characterization of a novel DQB1 allele associated with HLADQw3: Implications for oligotyping.  *Human Immunology* 33: 224-227, 1992.

2. **Fenske TS**, Baxter-Lowe LA.  Two novel HLA-DQB1*06 alleles reveal additional heterogeneity of HLA-DQw1.  *Tissue Antigens* 40: 49-52, 1992.

3. Farner NL, Gan J, de Jong JLO, Leary TP, **Fenske TS**, Buckley P, Dunlap S, Sondel PM.  Alteration of the CD34+ Tf-1β cell line profile in response to long-term exposure to IL-15. *Cytokine* 9 (5): 316-27, 1997.

4. Monson NL, **Fenske TS** (published incorrectly as "Fenske TJ"), Wei S, Okragly AJ, de Jong JL, Haak-Frendscho M, O'Shea J, Djeu J, Sondel PM.  A p74 common gamma receptor chain isoform facilitates IL-2 and IL-15 responses by the myelomonocytic cell line, Tf-1β2.  *Journal of Leukocyte Biology* 69(3):419-25, 2001.

5. **Fenske TS**, Pengue G, Mathews V, Hanson PT, Hamm SE, Riaz N, Graubert TA.  Stem cell expression of the AML1/ETO fusion protein induces a myeloproliferative disorder in mice.  *Proceedings of the National Academy of Sciences of the United States of America* 101(42): 15184-9, 2004.

6. **Fenske TS**, Kahl BS, Eickhoff J, Mitchell TL, Smith EP, Atkinson E, Garry McCoy A, Eckstein L, Flynn B, McMannes J, Howard S, Longo WL.  Excessive toxicity of the high dose thiotepa and etoposide regimen when combined with radiation: long-term autologous transplantation experience in follicular and mantle cell lymphoma.  *Leukemia and Lymphoma* 46(10): 1441-8, 2005.

7. **Fenske TS**, McMahon C, Edwin D, Jarvis JC, Cheverud JM, Minn M, Mathews V, Bogue MA, Province MA, McLeod HL, Graubert TA.  Identification of candidate alkylator-induced cancer susceptibility genes by whole genome scanning in mice.  *Cancer Research* 66(10): 5029-38, 2006.

8. Field JJ, **Fenske TS**,  Blinder MA.  Rituximab for the Treatment of Patients with Very High-Titer Acquired Factor VIII Inhibitors Refractory to Conventional Chemotherapy.  *Haemophila* 13(1): 46-50, 2007.

9. **Fenske TS**, *Benjamin H, Kroft SH, Hohenwalter EJ, Rilling WS.  Treatment of diffuse large B-cell lymphoma of the the liver with yttrium-90 microphere embolization. *Nature Clinical Practice Oncology* 5(11): 677-81, 2008.

10. *Parker SM, Olteanu H, VanTuinen P, Lawton CA, Schultz CJ, Christians KK, **Fenske TS.** Follicular lymphoma transformation to dual translocated Burkitt-like lymphoma: improved disease control associated with radiation therapy.  *International Journal of Hematology* 90(5): 616-622, 2009.

11. **Fenske TS**, Hari PN, Carreras J, Zhang MJ, Kamble RT, Bolwell BJ, Cairo MS, Champlin RE, Chen YB, Freytes CO, Gale RP, Hale GA, Ilhan O, Khoury HJ, Lister J, Maharaj D, Marks DI, Munker R, Pecora AL, Rowlings PA, Shea TC, Stiff P, Wiernik PH, Winter JN, Rizzo JD, van Besien K, Lazarus HM, Vose JM.  Impact of pre-transplant rituximab on survival after autologous hematopoietic stem cell transplantation for diffuse large B-cell lymphoma (DLBCL).  *Biology of Blood and Marrow Transplantation* 15(11): 1455-64, 2009.

12. *Kroll T, Ames M, **Fenske TS**.  Successful management of pregnancy occurring in a chronic myeloid leukemia patient on dasatanib.  *Leukemia and Lymphoma* 51(9): 1-3, 2010.

13. *Torgerson S, *Tinguely M, **Fenske TS**.  Intracranial Hodgkin lymphoma: case report and review of the literature.  *Journal of Neuro-oncology* 102(2): 329-334, 2011.

14. Olteanu H, **Fenske TS**, Harrington AM, Kroft SH.  CD23 expression in follicular lymphoma: clinicopathologic correlations.  *American Journal of Clinical Pathology* 135(1): 46-53, 2011.

15. Fehniger TA, Larson S, Trinkaus K, Siegel MJ, Cashen AF, Blum KA, **Fenske TS**, Hurd DD, Goy A, Schneider SE, Keppel CR, Wagner-Johnston NW, Carson K, Bartlett NL.  A phase II multicenter study of lenalidomide in relapsed or refractory classical Hodgkin lymphoma.  *Blood* 118(19): 5119-25, 2011.

16. Osmanov EA, Hong X, Scheliga A, Mayer J, Offner F, Rule S, Teixeira A, Walewski J, de Vos S, Crump M, Shpilberg O, Esseltine DL, Zhu E, Enny C, Theocharous P, van de Velde H, Elsayed YA, Zinzani PL; LYM-3001 study investigators.  Bortezomib plus rituximab versus rituximab alone in patients with relapsed, rituximab-naive or rituximab-sensitive, follicular lymphoma: a randomised phase 3 trial.  *Lancet Oncology* 12: 773-84, 2011. [Listed as one of 179 "collaborators," but not as an author].

17. Bacher U, Klyuchnikov E, Le-Rademacher J, Carreras J, Armand P, Bishop MR, Bredeson CN, Cairo MS, **Fenske TS**, Freytes CO, Gale RP, Gibson J, Isola LM, Inwards DJ, Laport GG, Lazarus HM, Maziarz RT, Wiernik PH, Schouten HC, Slavin S, Smith SM, Vose JM, Waller EK, Hari PN.  Conditioning regimens for allotransplant for diffuse large B-cell lymphoma – myeloablative or reduced intensity?  *Blood* 120(20): 4256-62, 2012.

18. *Maramattom LV, Hari PN, Burns LJ, Carreras J, Arcese W, Cairo MS, Costa LJ, **Fenske TS**, Lill M, Freytes CO, Gale RP, Gross TG, Hale GA, Hamadani M, Holmberg LA, Hsu JW, Inwards DJ, Lazarus HM, Marks DI, Maloney DG, Maziarz RT, Montoto S, Rizzieri DA, Wirk B, Gajewski JL.  Autologous and allogeneic transplantation for Burkitt lymphoma outcomes and changes in utilization: a report from the Center for International Blood and Marrow Transplant Research.  *Biology of Blood and Marrow Transplantation,* 19(2): 173-9, 2013.

19. Hamadani H, Saber W, Ahn KW, Carreras J, Cairo MS, **Fenske TS**, Gale RP, Gibson J, Hale GA, Hari PN, Hsu JW, Inwards DJ, Kamble RT, Klein A, Maharaj D, Marks DI, Rizzieri DA, Savani BN, Schouten HC, Waller EK, Wirk B, Lazarus HM.  Allogeneic hematopoietic cell transplantation for chemotherapy-unresponsive mantle cell lymphoma: a cohort analysis from the Center for International Blood and Marrow Transplant Research.  *Biology of Blood and Marrow Transplantation*  19(4): 625-31, 2013.

20. Hamadani M, Saber W, Ahn KW, Carreras J, Cairo MS, **Fenske TS**, Gale RP, Gibson J, Hale GA, Hari PN, Hsu JW, Inwards DJ, Kamble RT, Klein A, Maharaj D, Marks DI, Rizzieri DA, Savani BN, Schouten HC, Waller EK, Wirk B, Laport GG, Montoto S, Maloney DG, Lazarus HM.  Impact of pretransplantation conditioning regimens on outcomes of allogeneic transplantation for chemotherapy-unresponsive diffuse large B-cell lymphoma and grade III follicular lymphoma.  *Biology of Blood and Marrow Transplantation,* 19(5): 746-53, 2013.

21. Vose JM, Carter S, Burns LJ, Ayala E, Press OW, Moskowitz CH, Stadtmauer EA, Mineshi S, Ambinder R, **Fenske T**, Horowitz M, Fisher R, Tomblyn M.  Phase III randomized study of rituximab/ carmustine, etoposide, cytarabine, melphalan (BEAM) compared with 131-iodine tositumomab/ BEAM with autologous stem cell transplantation for relapsed diffuse large B-cell lymphoma: results from the BMT CTN 0401 Trial.  *Journal of Clinical Oncology* 31(13): 1662-68, 2013.

22.*Cornell RF, Hari P, Zhang MJ, Zhong X, Thompson J, **Fenske TS**, Morowitz MM, Komorowski R, Palmer J, Pasquini MC, Rizzo JD, Saber W, Thomas M, Drobyski WR.  Divergent effects of novel immunomodulatory agents and cyclophosphamide on the incidence of engraftment syndrome after transplantation for multiple myeloma.  *Biology of Blood and Marrow Transplantation* 19(9): 1368-73, 2013.

23. Maziarz RT, Wang Z, Zhang MJ, Bolwell BJ, Chen A, **Fenske TS**, Freytes CO, Gale RP, Gibson J, Hayes-Lattin BM, Holmberg L, Inwards DJ, Isola LM, Khoury HJ, Lewis VA, Maharaj D, Munker R, Phillips GL, Rizzieri DA, Rowlings PA, Saber W, Satwani P, Waller EK, Maloney DG, Montoto S, Laport GG, Vose JM, Lazarus HM, Hari PN.  Autologous hematopoietic cell transplantation for non-Hodgkin lymphoma with secondary CNS involvement.  *British Journal of Haematology* 162(5): 648-56, 2013.

24. Smith SM, Burns LJ, van Besien K, LeRademacher J, He W, **Fenske TS**, Suzuki R, Hsu JW, Schouten HC, Hale GA, Holmberg LA, Sureda A, Freytes CO, Maziarz RT, Inwards DJ, Gale RP, Gross TG, Cairo MS, Costa LJ, Lazarus HM, Wiernik PH, Maharaj D, Laport GG, Montoto S, Hari PN.  Hematopoietic cell transplantation for systemic mature T-cell non-Hodgkin lymphoma.  *Journal of Clinical Oncology* 31(25): 3100-9, 2013.

25. **Fenske TS**, Zhang MJ, Carreras J, Ayala E, Burns LJ, Cashen AF, Costa LJ, Freytes CO, Gale RP, Hamadani M, Holmberg L, Inwards DJ, Lazarus HM, Maziarz RT, Munker R, Perales M, Rizzieri DA, Schouten HC, Smith SM, Waller EK, Wirk BM, Laport GG, Montoto S, Maloney DG, Hari PN.  Autologous or reduced-intensity

allogeneic hematopoietic cell transplantation for chemotherapy-sensitive mantle cell lymphoma: analysis of transplant timing and modality. *Journal of Clinical Oncology* 32(4): 273-81, 2014.

26.\*Farrington L, Wildes TM, Yeung C, Harrington AM, Foyil KV, Liu J, Kreisel F, Bartlett NL, **Fenske TS**. Rituximab is associated with improved survival in Burkitt lymphoma: a retrospective analysis from two U.S. academic medical centers. *Therapeutic Advances in Hematology* 5(1): 3-12, 2014.

27. Wirk B, **Fenske TS**, Hamadani M, Hu Z, Akpek G, Aljurf MD, Armand P, Ayala E, Bachanova V, Bolwell BJ, Cairo MS, Cashen A, Chen Y, Costa LJ, Farhan S, Freytes CO, Gajewski JL, Gibson J, Hale GA, Holmberg LA, Hsu JW, Inwards DJ, Kamble RT, Maharaj D, Maziarz RT, Munker R, Nath R, Reddy NM, Reeder CB, Rizzieri DA, Sauter CS, Savani BN, Schouten HC, Sureda A, Vose JM, Waller ED, Wiernik PH, Gale RP, Burns LJ, Saber W. Outcomes of hematopoietic cell transplantation for diffuse large B cell lymphoma transformed from follicular lymphoma. *Biology of Blood and Marrow Transplantation* 20(7): 951-9, 2014

28.\*Pingali R, Jewell S, Havlat L, Bast M, Thompson J, Eastwood D, Bartlett NL, Armitage JO, Wagner-Johnston N, Vose JM, **Fenske TS.** Limited clinical utility of routine surveillance imaging in classical Hodgkin lymphoma patients in first complete remission. *Cancer* 120(14): 2122-9, 2014.

29. Gandi M, Evens AM, **Fenske TS**, Hamlin P, Coiffier B, Engert A, Moskowitz AJ, Ghosh N, Petrich AM, Lomasney J, Chadburn A, Wood GS, Salva K, Nardone B, Trifilio SM, Raisch DW, West DP, Gordon LI, Winter JN. Pancreatitis in patients treated with brentuximab vedotin: a previously unrecognized serious adverse event. *Blood* 123(18): 2895-7, 2014.

30. Hamadani M, Hari PN, Zhang Y, Carreras J, Akpek G, Aljurf MD, Ayala E, Bachanova V, Chen AI, Chen Y, Costa LJ, **Fenske TS**, Freytes CO, Ganguly S, Hertzberg MS, Holmberg LA, Inwards DJ, Kamble RT, Kanfer E, Lazarus HM, Marks DI, Nishihori T, Olsson R, Reddy NM, Rizzieri DA, Savani BN, Solh M, Vose JM, Wirk B, Maloney DG, Smith SM, Montoto S, Saber W. Early failure of frontline rituximab-containing chemoimmunotherapy in diffuse large B-cell lymphoma does not predict futility of autologous hematopoietic cell transplantation. *Biology of Blood and Marrow Transplantation* 20(11): 1729-36, 2014.

31. Petrich AM, Gandhi M, Jovanvoic B, Castillo J, Rajguru S, Yang DT, Shah KA, Whyman JD, Lansigan FL, Hernandez-Ilizaliturri FJ, Lee LX, Barta SK, Melinamani S, Karmali R, Adeimy C, Smith S, Dalal N, Nabhan C, Peace D, Vose J, Evens A, \*Shah NM, **Fenske TS**, Zelenetz A, Landsburg DL, Howlett C, Mato A, Tsai JP, Reddy N, Handler C, Flowers CR, Cohen JB, Blum K, Song K, Sun H, Press O, Cassaday R, Li S, Jaso J, Medeiros LJ, Sohani AR, Abramson JS. Impact of induction regimen and stem cell transplantation on outcomes in patients with double hit lymphoma: a large multicenter retrospective analysis. *Blood* 124(15): 2354-61, 2014.

32.\*Dhakal B, D'Souza A, Arce-Lara C, Pasquini M, Saber W, Falvo F, Esselman J, Zellner K, **Fenske T**, Hari PN, Hamadani M. Superior efficacy but higher cost of plerixafor and abbreviated-course G-CSF for mobilizing hematopoietic progenitor cells (HPC) in AL amyloidosis. *Bone Marrow Transplantation* 50(4): 610-12, 2015.

33. \*Singavi A, \*Graff T, Schmidt W, Eastwood D, Drobyski W, Horowitz M, Palmer J, Pasquini M, Rizzo D, Saber W, Hari P, **Fenske TS**. Safety of outpatient autologous hematopoietic cell transplantation (AuHCT) for multiple myeloma and lymphoma. *Bone Marrow Transplantation* 50(7): 947-53, 2015.

34. \*Cornell RF, Zhong X, Arce Lara C, Atallah E, Blust L, Drobyski WR, **Fenske TS**, Pasquini MC, Rizzo JD, Saber W, Hari P. Bortezomib-based induction for transplant ineligible AL amyloidosis and feasibility of later transplantation. *Bone Marrow Transplantation* 50(7): 914-7, 2015.

35. Evens AM, Kanakry JA, Sehn LH, Kritharis A, Feldman T, Kroll A, Gascoyne RD, Abramson JS, Petrich AM, Hernandez-Ilizaliturri FJ, Al-Mansour Z, Adeimy C, Hemminger J, Bartlett NL, Mato A, Caimi PF, Advani RH, Klein AK, Nabhan C, Smith SM, Fabregas JC, Lossos IS, Press OW, **Fenske TS**, Friedberg JW, Vose JM, Blum KA. Gray zone lymphoma (GZL) with features intermiediate between classical Hodgkin lymphoma (HL) and diffuse large B-cell lymphoma (DLBCL): characteristics, outcomes, and prognostication among a large multicenter cohort. *American Journal of Hematology* 90(9): 778-83, 2015.

36. **Fenske TS**, \*Shah N, Kim K, Saha S, Zhang C, Baim AE, Farnen JP, Onitilo A, Blank JH, Harish A, Wassenaar T, Qamar R, Mansky P, Traynor AM, Mattison RJ, Kahl BS. Weekly temsirolimus and bortezomib for

relapsed or refractory B-cell non-Hodgkin lymphoma: A Wisconsin Oncology Network phase II study. *Cancer* 121(19): 3465-71, 2015.

37. Satwani P, Ahn KW, Carreras J, Abdel-Azim A, Cairo MS, Cashen A, Chen AI, Cohen JB, Costa LJ, Dandoy C, **Fenske TS**, Freytes CO, Ganguly S, Gale RP, Ghosh N, Hertzberg MS, Hayashi RJ, Kamble RT, Kanate AS, Keating A, Kharfan-Dabaja MA, Lazarus HM, Marks DI, Nishihori T, Olsson RF, Prestidge TD, Rolon JM, Savani BN, Vose JM, Wood WA, Inwards DI, Bachanava V, Maloney DG, Sureda A, Smith S, Hamadani M. A prognostic model predicting autologous transplantation outcomes in children, adolescents and young adults with Hodgkin lymphoma. *Bone Marrow Transplantation* 50(11): 1416-23, 2015.

38. *Chandran R, Gardiner SK, **Fenske TS**, Spurgeon ES. Survival trends in T-cell prolymphocytic leukemia: A SEER database analysis. *Leukemia & Lymphoma* 57(4): 942-4, 2016.

39. Landsburg D, Petrich A, Abramson J, Sohani A, Press O, Cassaday R, Chavez J, Song K, Zelenetz A, Gandhi M, *Shah N, **Fenske T**, Jaso J, Medeiros L, Yang D, Nabhan C. Impact of oncogene rearrangement patterns on outcomes in patients with double-hit non-Hodgkin lymphoma. *Cancer* 122(4): 559-64, 2016.

40. Kanate AS, Musetti A, Kharfan-Dabaja MA, Ahn KW, DiGilio A, Beitinjaneh A, Chhabra S, **Fenske TS**, Freytes C, Gale RP, Ganguly S, Hertzberg M, Klyuchnikov E, Lazarus HM, Olsson R, Perales MA, Rezvani A, Riches M, Saad A, Slavin S, Smith SM, SUreda A, Yared J, Ciurea S, Armand P, Salit R, Bolanos-Meade J, Hamadani M. Reduced-intenstiy transplantation for lymphomas using haploidentical related donors versus HLA-matched unrelated donors. *Blood* 127(7): 938-47, 2016.

41.Alinari L, Gru A, Quinion C, Huang Y, Lozanski G, Poston J, Venkataramn G, Oak E, Kreisel F, Park SI, Matthews S, Abramson JS, Lim HI, Martin P, Cohen JB, Evens A, Al-Mansour Z, *Singavi A, **Fenske TS**, Blum KA. De novo CD5+ diffuse large B-cell lymphoma: adverse outcomes with and without stem cell transplantation in a large, multi-center, rituximab treated cohort. *American Journal of Hematology* 91(4): 395-9, 2016.

42. **Fenske TS**, Ahn KW, *Graff TM, Digilio A, Bashir Q, Kamble RT, Ayala E, Bacher U, Brammer JE, Cairo M, Chen A, Chen YB, Chhabra S, D'Souza A, Farooq U, Freytes C, Ganguly S, Hertzberg M, Inwards D, Jaglowski S, Kharfan-Dabaja MA, Lazarus HM, Nathan S, Pawarode A, Perales MA, Reddy N, Seo S, Sureda S, Smith SM, Hamadai M. Allogeneic transplantation provides durable remission in a subset of DLBCL patients relapsing after autologous transplant. *British Journal of Haematology,* 174(2): 235-48, 2016.

43. Laport GG, Wu J, Logan B, Bachanova V, Hosing C, **Fenske T**, Longo W, Devine SM, Nadamanee A, Gersten I, Horowitz M, Lazarus HM, Riches ML. Reduced intensity conditioning with fludarabine, cyclophosphamide, and high dose Rituxan for allogeneic hematopoietic cell transplantation for follicular lymphoma: A phase II multicenter trial from the Blood and Marrow Transplant Network (BMT CTN). *Biology of Blood and Marrow Transplantation, 22(8): 1440-8,* 2016.

44. *Dhakal B, D'Souza A, Pasquini M, Saber W, **Fenske TS**, Drobyski W, Moss R, Hari P, Abidi M. DAS181 treatment of severe parainfluenza virus 3 pneumonia in allogeneic hematopoietic stem cell transplant recipients requiring mechanical ventilation. *Case Reports in Medicine* 2016 Jan 28 [Epub].

45. Ghosh N, Karmali R, Rocha V, Ahn KW, DiGilio A, Hari PN, Bachanova V, Bacher U, Dahi P, de Lima M, D'Souza A, **Fenske TS**, Ganguly S, Kharfan-Dabaja MA, Prestige TD, Savani BN, Smith SM, Sureda A, Waller EK, Jaglowski S, Herrera AF, Armand P, Salit RB, Wagner-Johnston ND, Fuchs E, Bolanos-Meade J, Hamadani M. Reduced-intensity transplantation for lymphomas using haploidentical related donors versus HLA-matched sibling donors. *Journal of Clinical Oncology* 34(26): 3141-9, 2016.

46. *Dhakal B, Westfall V, **Fenske TS**, Eastwood D, Craig MD, Cumpston A, Shillingburg A, Watkins K, Pasquini MC, D'Souza AD, Atallah E, Hari P, Kanate AS, Hamadani M. Hematopoietic progenitor cell mobilization with ICE chemotherapy versus plerixafor-based strategies in patients with Hodgkin and non-Hodgkin lymphoma. *Biology of Blood and Marrow Transplantation* 22(10): 1773-80, 2016.

47. *Epperla N, *Kapke JT, *Shah N, Hamadani M, Richardson K, Carrum G, Hari PN, *Pingali SR, Karmali R, **Fenske TS**. Impact of routine surveillance imaging on outcomes in patients with diffuse large B-cell lymphoma following autologous hematopoietic cell transplantation. *Clinical Lymphoma, Myeloma & Leukemia* 16(12): 672-78, 2016.

Fenske 14

48. *Raj RV, Hari P, Pasquini M, *Epperla N, D'Souza A, **Fenske T**, Shaw BE, Rizzo D, Drobyski W, Hamadani M.  Impact of haploidentical hematopoietic cell transplantation conditioning intensity on the incidence and severity of post-transplantation viral infections.  *Bone Marrow Transplantation*  51(12): 1602-04, 2016.

49. Costa LJ, Maddocks K, *Epperla N, Reddy NM, Karmali R, Umyarova E, Bachanova V, Costa C, Glenn M, Chavez J, Calzada O, Lansigan F, Nasheed H, Barta S, Zhou Z, Jaglal M, Chhabra S, Hernandez-Ilizaliturri FJ, Xavier AC, Mehta A, Peker D, Forero-Torres A, Al-Mansour Z, Evens AM, Cohen JB, Flowers CR, **Fenske TS**, Hamadani M. Diffuse large B-cell lymphoma with primary treatment failure: ultra-high risk features and benchmarking for experimental therapies. *American Journal of Hematology*  92(2): 161-170, 2017.

50. Chen RW, Li H, Bernstein SH, Kawash S, Rimsza LM, Forman SJ, Constine L, Shea TC, Cashen AF, Blum KA, **Fenske TS**, Barr PM, Phillips T, Leblanc M, Fisher RI, Cheson BD, Smith SM, Faham M, Wilkins J, Leonard JP, Kahl BS, Friedberg JW.  RB but not R-HCVAD is a feasible induction regimen prior to auto-HCT in frontline MCL: results of SWOG study S1106.  *British Journal of Haematology* 176(5):759-769, 2017.

51. Hamadani M, Kanate AS, DiGilio A, Ahn KW, Smith SM, Lee, JW, Ayala E, Chao N, Hari P, Bolanos-Meade, J, Gress R, Anderson NS, Chen YB, Farooq U, Schiller G, Yared J, Sureda A, **Fenske TS**, Olteanu H.  Allogeneic hematopoietic cell transplantation for aggressive NK-cell leukemia: a CIBMTR analysis.  *Biology of Blood and Marrow Transplantation* 23(5): 853-56, 2017.

52.*Epperla N, Hamadani H, Cashen AF, Ahn KW, Oak E, Kanate AS, Calzada O, Cohen JB, Farmer L, Ghosh N, Tallarico M, Nabban C, Costa LJ, Kenkre VP, Hari PN, **Fenske TS**.  Predictive factors and outcomes for ibrutinib therapy in relapsed / refractory mantle cell lymphoma – a "real world" study.  *Hematological Oncology* 35(4): 528-535, 2017.

53. *Dhakal B, **Fenske TS**, Ramalingam S, Shuff J, *Epperla N, Hosking P, Rein L, Banerjee A, Hari P, D'Souza A, Shah N, Siker M, Erickson-Wittmann BA, Hamadani M.  Local disease control in ocular adnexal lymphoproliferative disorders: comparative outcomes of MALT versus non-MALT histologies.  *Clinical Lymphoma Myeloma and Leukemia* 17(5): 305-11, 2017.

54. Kanate AS, Hari PN, Pasquini MC, Visotcky A, Ahn KW, Boyd J, *Guru Murthy GS, Rizzo JD, Saber W, Drobyski W, Michaelis L, Atallah E, Carlson KS, D'Souza A, **Fenske TS**, Cumpston A, Bunner P, Craig M, Horowitz MM, Hamadani M.  Recipient immune modulation with atorvastatin for acute graft-versus-host disease prophlyaxis following allogeneic transplantation.  *Biology of Blood and Marrow Transplantation*  23(8): 1295-1302, 2017.

55. Haverkos BM, Abbott D, Hamadani M, Armande P, Flowers C, Merryman RW, Kamdar M, Kanate AS, Saad A, Mehta M, Ganguly S, **Fenske TS**, Hari P, Lowsky R, Andritsos L, Jagasia M, Bashey A, Brown S, Bachanova V, Stephens D, Mineishi S, Nakamura R, Chen YB, Blazar BR, Gutman J, Devine SM.  PD-1 blockade for relapsed lymphoma post allogeneic hematopoietic cell transplant: high response rate but frequent GVDH. *Blood* 130(2): 221-28, 2017.

56. Landsburg DJ, Falkiewicz, MK, Maly J, Blum KA, Howlett C, Feldman T, Mato AR, Hill BT, Li S, Medeiros LJ, Torka P, Hernandez-Iliazliturri F, Reddy NM, *Singavi A, **Fenske TS**, Chavez JC, Kaplan JB, Behdad A, Petrich AM, Bast MA, Vose JM, Olszewski AJ, Costa L, Lansigan F, Gerson JN, Barta SK, Calzada O, Cohen JB, Lue JK, Amengual JE, Rivera X, Persky DO, Peace DJ, Nathan S, Cassaday RD.  Outcomes of double hit lymphoma patients who achieve first complete remission.  *Journal of Clinical Oncology* 35(10): 2260-67, 2017.

57.*Kapke JT, *Epperla N, *Shah N, Richardson K, Carrum G, Hari PN, *Pingali SR, Hamadani M, Karmali R, **Fenske TS**.  The impact of routine surveillance imaging on the outcomes of patients with classical Hodgkin lymphoma following autologous hematopoietic cell transplantation.  *Clinical Lymphoma Myeloma and Leukemia* 17(7): 48-14, 2017.

58.*Epperla N, Maddocks KJ, Salhab M, Chavez JC, Reddy N, Karmali R, Umyarova E, Bachanova V, Costa C, Glenn M, Calzada O, Xavier AC, Zhou Z, Hossain NM, Hernandez-Ilizaliturri FJ, Al-Mansour Z, Barta SK,

Fenske 15

Chhabra S, Lansigan F, Mehta A, Jaglal MV, Evans A, Flowers CR, Cohen JB, **Fenske TS**, Hamadani M, Costa L. C-MYC+ relapsed and refractory diffuse large B-cell lymphoma: impact of additional "hits" and outcomes with subsequent therapy. *Cancer* 123(22): 4411-18, 2017.

59.*Epperla E, Ahn KW, Ahmed S, Jagasia M, DiGilio A, Devine SM, Jaglowski S, Kennedy V, Rezvani A, Smith SM, Sureda A, **Fenske TS**, Kharfan-Dabaja MA, Armand P, Hamadani M.  Rituximab-containing reduced intensity conditioning improves progression-free survival following allogeneic transplantation in B-cell non-Hodgkin lymphoma: *Journal of Hematology & Oncology* 10(1): 117-128, 2017.

60. *Levin A, Kleman A, Rein L, Tarima S, Michaelis LC, Carlson KC, Hamadani M, **Fenske TS**, Hari P, Atallah E, Dhakal B.  Early mortality in patients with acute myelogenous leukemia treated in teaching versus non-teaching hospitals: a large database analysis. *American Journal of Hematology* 92(9): E563-E565, 2017

61.*Thompson J, Yin Z, D'Souza A, **Fenske T**, Hamadani M, Hari P, Rizzo D, Pasquini M, Saber W, Shah N, Shaw BE, Shahir K, Banerjee A, Drobyski WR.  Etanercept and corticosteroid therapy for the treatment of late-onset idiopathic pneumonia syndrome.  *Biology of Blood and Marrow Transplantation* 23(11): 1955-60, 2017.

62. Kharfan-Dabaja MA, Kumar A, Ayala E, Hamadani M, Reimer P, Gisselbrecht C, d'Amore F, Jantunen E, Ishida T, Bazarbachi A, Foss F, Advani R, **Fenske TS**, Lazarus HM, Friedberg JW, Aljurf M, Sokol L, Tobinai K, Tse E, Burns LJ, Chavez JC, Reddy NM, Suzuki R, Ahmed S, Nadamanee A, Mohty M, Gopal AK, Fanale M, Pro B, Moskowitz AJ, Sureda A, Perales MA, Carpenter PA, Savani BN.  Clinical practice recommendations on the indication and timing of hematopoietic cell transplantation in mature T-cell and NK/T cell lymphomas: an international collaborative effort on behalf of the guidelines committee of the American Society for Blood and Marrow Transplantation. *Biology of Blood and Marrow Transplantation* 23(11): 1826-38, 2017.

63. Pilchowska M, Pittaluga S, Ferry JA, Hemminger J, Chang H, Kanakry JA, Sehn LH, Feldman T, Abramson JS, Kritharis A, Hernandez-Ilizaliturri FJ, Lossos IS, Press OW, **Fenske TS**, Friedberg JW, Vose JM, Blum KA, Jagadeesh D, Woda B, Gupta GK, Gascoyne RD, Jaffe ES, Evens AM.  Clinicopathologic consensus study of gray zone lymphoma with features intermediate between DLBCL and classical HL. *Blood Advances* 1(26): 2600-09, 2017.

64. *Epperla N, Ahn KW, Armande P, Jaglowski S, Ahmed S, Kenkre VP, Savani B, Jagasia M, Shah NN, **Fenske TS**, Sureda A, Smith S, Hamadani M.  Fludarabine and busulfan versus fludarabine, cyclophosphamide and rituximab as reduced-intensity conditioning for allogeneic transplantation in follicular lymphoma. *Biology of Blood and Marrow Transplantation* 24(1): 78-85, 2018.

65. Shah NN, Szabo A, Huntington S, Epperla N, Reddy N, Ganguly S, Vose J, Obiozor C, Faruqi F, Kovach A, Costa LJ, Xavier A, Okal R, Kanate A, Ghosh N, Kharfan-Dabaja M, Strelec L, Hamadani M, **Fenske TS,** Calzada O, Cohen J, Chavez J, Svoboda J.  R-CHOP vs. dose-adjusted R-EPOCH for frontline management of primary mediastinal B-cell lymphoma: a multi-center analysis. *British Journal of Haematology* 180(4): 534-44, 2018.

66. Connors JM, Jurczak W, Straus DJ, Ansell SM, Kim WS, Gallamini A, Younes A, Alekseev S, Picardi IA, Lech-Maranda E, Oki Y, Feldman T, Smolewski P, Savage KJ, Bartlett NL, Walewski J, Chen R, Ramchandren R, Zinzani PL, Cunningham D, Rosta A, Josephson NC, Song E, Sachs J, Liu R, Jolin HA, Huebner D, Radford J.  Brentuximab vedotin with chemotherapy for stage III or IV Hodgkin's lymphoma.  New England Journal of Medicine 378(4): 331-344, 2018.  [Listed as a "participating investigator" but not as an author].

67. Kharfan-Dabaja MA, Raj R, Nikolaenko L, Ahmed S, Reddy N, Nathan S, Cherry M, El-Jurdi N, Obiozor C, **Fenske TS**, Song J, Muzzafar T, Ayala E, Savani B, Khawandanah M, Caimi P, Hamadani M, Forman SJ, Hussaini M, de Lima M, Olteanu H, Al Malki M, Shah B, Chavez J, Kumar A, Ganguly S.  Efficacy of high-dose therapy and autologous HCT in gray zone lymphoma with features intermediate between classical Hodgkin lymphoma and diffuse large B-cell lymphoma: a US multicenter collaborative study. *Biology of Blood and Marrow Transplantation* 24(3): 486-493, 2018.

68. Drobyski WR, Szabo A, Zhu F, Keever-Taylor C, Hebert KM, Dunn R, Yim S, Johnson B, D'Souza A, Eapen M, **Fenske TS**, Hari P, Hamadani M, Horowitz MM, Rizzo JD, Saber W, Shah N, Shaw B, Pasquini M.

Tocilizumab, tacrolimus and methotrexate for the prevention of acute GVHD: low incidence of lower GI tract disease. *Haematologica* 103(4): 717-727, 2018.

69. Sureda A, Zhang MJ, Dreger P, Carreras J, **Fenske TS**, Finel H, Schouten H, Montoto S, Robinson S, Smith S, Boumedil A, Hamadani M, Pasquini M.  Allogeneic Hematopoietic Stem Cell Transplantation for Relapsed Follicular Lymphoma. A Combined Analysis on Behalf of the Lymphoma Working Party of the EBMT and the Lymphoma Committee of the CIBMTR.  *Cancer* 124(8): 1733-1742, 2018.

70. Burris HA, Flinn IW, Patel MR, **Fenske TS**, Deng C, Brander DM, Gutierrez M, Essell JH, Savona MR, Kuhn JG, Miskin HP, Sportelli P, Weiss MS, Vakkalanka S, O'Connor OA.  TGR-1202, a novel, once-daily PI3Kδ inhibitor, in relapsed or refractory chronic lymphocytic leukemia and B-cell lymphoma.  *Lancet Oncology* 19(4): 486-496, 2018.

71. Shah N, Ahn KW, Litovich C, **Fenske TS**, Ahmed S, Battiwalla M, Benjanyan N, Dahi PB, Bonaos-Meade J, Chen A, Ciurea S, Bachanova V, DeFilipp Z, Epperla N, Farhadfar N, Herrera A, Haverkos B, Holmberg L, Hossain N, Kharfan-Dabaja MA, Kenkre VP, Lazarus HM, Murthy HS, Nishihori T, Rezvani AR, D'Souza A, Savani BN, Ulrickson M, Waller EK, Sureda A, Smith S, Hamadani M.  Outcomes of Medicare-age eligible NHL patients receiving RIC allogeneic transplantation: a CIBMTR analysis.  *Blood Advances* 2(8): 933-940, 2018.

72. Greenwell BI, Staton AD, Lee MJ, Switchenko JM, Saxe D, Maly JJ, Blum KA, Grover NS, Mathews S, Gordon MJ, Danilov AV, *Epperla N, **Fenske TS**, Hamadani M, Park SI, Flowers CR, Cohen JB.  Complex karyotype in mantle cell lymphoma predicts inferior survival and poor response to intensive induction therapy. *Cancer* 124(11): 2306-2315, 2018.

73.*Epperla N, Hamadani M, **Fenske TS**, Costa LJ.  Incidence and survival trends in mantle cell lymphoma. *British Journal of Haematology* 181(5): 703-706, 2018.

74. Casulo C, Friedberg JW, Ahn KW, Flowers C, DiGilio A, Smith SM, Ahmed S, Inwards D, Aljurf M, Chen AI, Choe H, Cohen J, Copelan E, Farooq U, **Fenske TS**, Freytes C, Gaballa S, Ganguly S, Jethava YS, Kamble RT, Kenkre VP, Lazarus H, Lazaryan A, Olsson RF, Rezvani AR, Rizzieri D, Seo S, Shah GL, Shah N, Sohl M, Sureda A, William B, Cumpston A, Zelenetz A, Link BK, Hamadani M.  Autologous transplantation improves survival in patients with follicular lymphoma experiencing early therapy failure after frontline chemoimmunotherapy: A NLCS and CIBMTR analysis. *Biology of Blood and Marrow Transplantation* 24(6): 1163-1171, 2018.

75.*Epperla E, Hamadani M, Ahn KW, He F, Kodali D, Kleman A, Hari PN, Pasquini M, **Fenske TS**, Craig MD, Kanate AS, Bachanova V.  Survival of lymphoma patients experiencing relapse or progression after allogeneic hematopoietic cell transplantation.  *Biology of Blood and Marrow Transplantation*  24(5): 983-988, 2018.

76. Kanate AS, DiGilio A, Ahn KW, Monzr AM, Jacobsen E, Steinberg A, Hamerschlak N, Kharfan-Dabaja M, Salit R, Ball E, Bashir Q, Cashen A, Couriel D, Diez-Martin J, Katsanis E, Linhares Y, Mori S, Nash R, Pawarode A, Perales MA, Phipps CD, Richman C, Savani BN, Shapira MY, Stiff P, Strair R, **Fenske TS**, Smith SM, Sureda A, Olteanu H, Hamadani M.  Allogeneic Hematopoietic Cell Transplantation for Extranodal Natural Killer/T-cell Lymphoma, Nasal Type: A CIBMTR Analysis.  *British Journal of Haematology* 182(6): 916-920, 2018.

77. Raj RV, Hamadani M, Szabo A, Pasquini MC, Shah NN, Shaw BE, Saber W, Rizzo JD, Jerkins J, **Fenske TS**, D'Souza A, Dhakal B, Zhang C, Konings S, Hari PN, Chhabra S.  Peripheral blood grafts for T-cell replete haploidentical transplantation increase the incidence and severity of cytokine release syndrome.  *Biology of Blood and Marrow Transplantation* 24(8): 1664-1670, 2018.

78. *Badar T, Hari P, Chhabra S, Dhakal B, Drobyski W, **Fenske TS**, Hamadani M, Pasquini M, Rizzo D, Saber W, Shah N, Shaw B, D'Souza A.  Use of propylene glycol-free melphalan conditioning in light chain amyloidosis undergoing autologous hematopoietic cell transplantation is associated with significantly lower hospitalization days.  *Bone Marrow Transplantation* 53(9): 1210-12013, 2018.

79. Calzada O, Switchenko JM, Maly JJ, Blum KA, Grover N, Mathews S, Park SI, Gordon M, Danilov A, *Epperla N, **Fenske TS**, Hamadani M, Flowers CR, Cohen JB.  Deferred treatment is a safe and viable option for selected patients with mantle cell lymphoma.  *Leukemia & Lymphoma* 59(12): 2862-2870, 2018.

80. Aqeel M, Uysal-Biggs N, **Fenske TS,** Rao N.  One pulmonary lesion, 2 synchonous malignancies.  *J Investig Med High Impact Case Rep* 2018 Jun 28.

81. Kim YH, Bagot M, Pinter-Brown L, Rook AH, Porcu P, Horwitz SM, Whittaker S, Tokura Y, Vermeer M, Zinzani PL, Sokol L, Morris S, Kim EJ, Ortiz-Romera PL, Eradat H, Scarisbrick J, Tsianaka A, Elmets C, Dalle S, Fisher DC, Halwani A, Poligone B, Greer J, Fierra MT, Khot A, Moskowitz AJ, Musiek A, Shustov A, Pro B, Geskin LJ, Dwyer K, Moriya J, Leoni M, Humphrey JS, Hudgens S, Grebennik DO, Tobinai K, Duvic M.  Mogamulizumab versus vorinostat in previously treated cutaneous T-cell lymphoma (MAVORIC): an international, open-label, randomized, controlled phase 3 trial.  *Lancet Oncology* 19(9): 1192-1204, 2018. [Listed as a "participating investigator" but not as an author].

82. Voshtina E, Szabo A, Hamadani H, **Fenske TS**, D'Souza A, Chhabra S, Saber W, Drobyski WR, Hari H, Shah NN.  Impact of obesity on outcomes of elderly patients undergoing allogeneic hematopoietic cell transplant for myeloid malignancies.  *Biology of Blood and Marrow Transplantation* 25(1): e33-e38, 2019.

83. Gerson JN, Handorf E, Villa D, Gerrie AS, Chapani P, Li S, Medeiros J, Wang M, Cohen JB, Calzada O, Churnetski B, Hill BT, Sawalha Y, Hernandez-Ilizaliturri FJ, Kothari S, Vose MJ, Bast M, **Fenske TS**, Narayana S, Maddocks KJ, Bond D, Bachanova V, Kolla B, Chavez J, Shah B, Lansigan F, Burns T, Donovan AM, Wagner-Johnson N, Messmer M, Mehta A, Anderson JK, Reddy N, Kovach AE, Landsburg DJ, Glenn M, Inwards DJ, Ristow K, Karmali R, Kaplan JB, Caimi PF, Rajguru S, Evens A, Klein A, Umyarova E, Pulluri B, Amengual JE, Lue JK, Diefenback C, Fisher RI, Barta SK.  Survival outcomes of younger patients with mantle cell lymphoma treated in the rituximab era.  *Journal of Clinical Oncology*  37(6): 471-480, 2019.

84. Shah NN, Szabo A, Saba R, Strelec L, Kodali D, Vaughn J, Esan O, Yang DT, Mato AR, Kanate AS, Olteanu H, Hamadani M, **Fenske TS**, Kenkre VP, Svoboda J, Cashen AF, Epperla N.  Multicenter analysis of advanced stage grade 3A follicular lymphoma outcomes by frontline treatment regimen.  *Clinical Lymphoma, Myeloma and Leukemia* 19(2): 95-102, 2019.

85. *Badar T, Hamadani, M, Bachanova V, Maddocks KJ, Umyarova E, Chavez JC, Epperla N, Chhabra S, Xavier AC, Karmali R, Salhab M, Reddy N, Hernandez-Ilizaliturri FJ, Flowers C, Evens AM, Zhou Z, Lansigan F, Barta SK, Cohen JB, **Fenske TS**, Costa LJ.  Efficacy of salvage chemotherapy in diffuse large B-cell lymphoma with primary treatment failure according to putative cell of origin.  *Leukemia & Lymphoma*  60(4): 940-946, 2019

86. Guru Murthy GS, Hari PN, Szabo A, Pasquini M, Narra R, Khan M, Abedin S, Chhabra S, Dhakal B, D'Souza A, Drobyski WR, Rizzo JD, Runass L, Shah NN, Shaw B, Saber W, **Fenske TS**, Hamadani M.  Outcomes of reduced intensity conditioning allogeneic hematopoietic cell transplantation performed in the inpatient versus outpatient setting.  *Biology of Blood and Marrow Transplantation* 25(4): 827-833, 2019.

87. Epperla N, Ahn KW, Litovich C, Ahmed S, Battiwalla M, Cohen JB, Dahi P, Farhadfar N, Farooq U, Freytes CO, Ghosh N, Haverkos B, Herrera A, Hertzberg M, Hildebrandt G, Inwards D, Kharfan-Dabaja MA, Khimani F, Lazarus H, Lazaryan A, Lekakis L, Murthy H, Nathan S, Nishihori T, Pawarode A, Prestidge T, Ramakrishnan P, Rezvani AR, Romee R, Shah NN, Sureda A, **Fenske TS**, Hamadani M.  Allogeneic hematopoietic cell transplantation provides effective salvage despite refractory disease or failed prior autologous transplant in angioimmunoblastic T-cell lymphoma: A CIBMTR analysis.  *Journal of Hematology and Oncology* 12(1):6, 2019.

88. Epperla N, *Badar T, Szabo A, Vaughn J, Borson S, Saini N, Patel RD, Shah NN, Hamadani M, Ahmed S, Cashen A, **Fenske TS**.  Post-relapse survival in diffuse large B-cell lymphoma patients after experiencing therapy failure following autologous hematopoietic cell transplantation.  *Blood Advances* 3(11): 1661-69, 2019.

89. Dhakal B, Giri S, *Levin A, Rein L, **Fenske TS,** Chhabra S, Shah N, Szabo A, D'Souza AD, Pasquini M, Hari P and Hamadani M.  Unplanned 30-day readmissions after hematopoietic cell transplantation in the U.S.  *JAMA Network Open* 2(7): e196476, 2019.

Fenske 18

90. Kanate AS, Kumar A, Dreger P, Dreyling M, LeGouill S, Corradini P, Bredeson C, **Fenske TS**, Smith S, Sureda A, Moskowitz A, Friedberg J, Inwards D, Herrera A, Kharfan-Dabaja M, Reddy N, Montoto S, Robinson S, Abutalib S, Gisselbrecht C, Vose J, Gopal A, Shadman M, Perales M, Carpenter P, Savani B, Hamadani M. Maintenance therapies for Hodgkin and non-Hodgkin lymphomas after autologous transplantation: a consensus project of ASBMT, CIBMTR and LWP-EBMT. *JAMA Oncology* 5(5): 715-22, 2019.

91. Ahmed S, Kanakry JA, Ahn KW, Litovich C, Abdel-Azim H, Aljurf M, Bacher VU, Bejanyan N, Cohen JB, Farooq U, Fuchs EJ, Bolaños-Meade J, Ghosh N, Herrera AF, Hossain NM, Inwards D, Kanate AS, Martino R, Munshi PN, Murthy H, Mussetti A, Nieto Y, Perales MA, Romee R, Savani BN, Seo S, Wirk B, Yared JA, Sureda A, **Fenske TS**, Hamadani M. Lower Incidence of Chronic GVHD and Relapse in Post-transplant Cyclophosphamide-based Haploidentical Transplantation Versus Matched Sibling Donor Reduced Intensity Conditioning Transplantation for Hodgkin Lymphoma. *Biology of Blood and Marrow Transplantation* 25(9): 1859-68, 2019.

92. *Badar T, Khan MA, Szabo A, Chhabra S, Dhakal B, **Fenske TS**, Hamadani M, Hari P, Jerkins J, Shah N, Shaw B, D'Souza A. Incidence and characteristics of engraftment syndrome after autologous hematopoietic cell transplantation in light chain amyloidosis. *Amyloid* 26(4): 210-15, 2019.

93. Guru Murthy GS, Szabo A, Hamadani M, **Fenske TS,** Shah NN. Contemporary outcomes for advanced stage classical Hodgkin lymphoma in the United States – analysis of the Surveillance Epidemiology and End Results Database. *The Oncologist* 24(11): 1488-95, 2019.

94. Kamdar M, Li H, Chen RW, Rimsza LM, Leblanc ML, **Fenske TS**, Barr P, Phillips TJ, Leonard JP, Kahl BS, Friedberg JW, Smith SM. Five-Year Outcomes of SWOG S1106: A Randomized Phase II US Intergroup Study of R-HCVAD Vs. R-Bendamustine followed by autologous stem cell transplant for patients with mantle cell lymphoma. *Blood Advances* 3(20): 3132-35, 2019.

95. Shah NN, Ahn KW, Litovich C, Sureda A, Kharfan-Dabaja MA, Awan FT, Ganguly S, Gergis U, Inwards D, Karmali R, Lazaryan A, Lekakis L, Munshi P, Nathan S, Saad AA, Solh M, Steinberg A, Vij R, Wood WA, **Fenske TS**, Smith S, Hamadani M. Allogeneic transplantation in elderly patients ≥65 years with non-Hodgkin lymphoma: a time trends analysis. *Blood Cancer Journal* 9(12): 97, 2019.

96. *Badar T, Epperla N, Szabo A, Borson S, Vaughn J, *George G, Saini N, Patel RD, Ahmed S, Shah NN, Cashen A, Hamadani M, **Fenske TS**. Trends in post-relapse survival in classical Hodgkin lymphoma patients after experiencing therapy failure following autologous hematopoietic cell transplantation. *Blood Advances* 4(1): 47-54, 2020.

97. Shah NN, Johnson B, **Fenske TS**, Raj RV, Hari PH. Intrathecal chemotherapy for steroid-refractory CAR-T associated neurotoxicity. *Blood Advances* 4(10): 2119-22, 2020.

98. Chhabra S, Narra RK, Wu R, Szabo A, George G, Michaelis LC, D'Souza A, Dhakal B, Drobyski WR, **Fenske TS**, Jerkins JH, Pasquini MC, Rizzo RD, Saber W, Shah NN, Shaw BE, Hamadani M, Hari PN. Fludarabine/busulfan conditioning based allogeneic hematopoietic cell transplantation for myelofibrosis: role of ruxolitinib in improving survival outcomes. *Biology of Blood and Marrow Transplantation* 26(5): 893-901, 2020.

99. Jagadeesh D, Majhail N, He Y, Ahn KW, Litovich C, Ahmed S, Aljurf M, Bacher U,Badawy SM, Bejanyan N, Cairo M, Cerny J, Epperla N, Farhadfar N, Freytes CO, Gale RP, Haverkos B, Hossain N, Inwards D, Kamble RT, Kenkre VP, Lazarus HM, Lazaryan A, Lekakis L, Mei M, Murthy HS, Mussetti A, Nathan S, Nishihori T, Olsson RF, Ramakrishnan GP, Savani BN, Yared JA, **Fenske TS**, Kharfan-Dabaja MA, Sureda A, Hamadani M. Outcomes of Rituximab-BEAM versus BEAM conditioning in patients with diffuse large B-cell lymphoma undergoing autologous transplantation. *Cancer* 126(10): 2279-87, 2020.

100. Diefenbach CS, Hong F, Ambinder RF, Cohen JB, Robertson MJ, David KA, Advani RH, **Fenske TS**, Barta SK, Palmisiano ND, Svoboda J, Morgan DS, Karmali R, Kahl BS, Ansell SM. Safety and efficacy ipilimumab, nivolumab and brentuximab vedotin in relapsed Hodgkin lymphoma: a phase 1 trial of the ECOG-ACRIN research group (E4412). *Lancet Haematology* 7(9):e660-670, 2020.

101.  Hamadani M, Khanal M, Ahn KW, Litovich C, Chow VA, Eghtedar A, Karmali R, Winter A, **Fenske TS**, Sauter C, Kharfan-Dabaja MA, Awan FT.  Higher total body irradiation dose-intensity in fludarabine/TBI-based reduced-intensity conditioning regimen is associated with inferior survival in non-Hodgkin lymphoma patients undergoing allogeneic transplantation: Flu/2Gy TBI vs Flu/4Gy TBI in NHL.  *Biol Blood Marrow Transplant* 26(6): 1099-1105, 2020.

102. Chhabra S Visotcky A, Pasquini MC, Zhu F, Tang X, Zhang MJ, Thompson R, Abedin S, D'Souza A, Dhakal B, Drobyski WR, **Fenske TS**, Jerkins JH, Douglas Rizzo J, Runaas L, Saber W, Shah NN, Shaw BE, Horowitz MM, Hari PN, Hamadani M.  Ixazomib for Chronic Graft-versus-Host Disease Prophylaxis following Allogeneic Hematopoietic Cell Transplantation.  *Biol Blood Marrow Transplant*  26(10): 1876-85, 2020.

103.  Shah NN, Johnson B, Scheider D, Zhu F, Szabo A, Keever-Taylor CA, Krueger W, Worden AA, Kadan MJ, Yim S, Cunningham A, Hamadani M, **Fenske TS**, Dropulic B, Orentas R, Hari P.  Bi-specific anti-CD19 anti-CD20 CAR T-cells for relapsed and refractory B-cell malignancies.  *Nature Medicine* 26(10): 1569-75, 2020.

104. Ahmed S, Ghosh N, Ahn KW, Khanal M, Litovich C, Mussetti A, Chhabra S, Cairo M, Mei M, William B, Nathan S, Bejanyan N, Olsson RF, Dahi PB, van der Poel M, Steinberg A, Kanakry J, Cerny J, Farooq U, Seo S, Kharfan-Dabaja MA, Sureda A, **Fenske TS**, Hamadani M. Impact of type of reduced-intensity conditioning regimen on the outcomes of allogeneic haematopoietic cell transplantation in classical Hodgkin lymphoma. *British Journal of Haematology*  [Epub ahead of print] 2020 Apr 21.

105. Epperla N, Ahn KW, Khanal M, Litovich C, Ahmed S, Ghosh N, **Fenske TS**, Kharfan-Dabaja MA, Sureda A, Hamadani M.  Impact of reduced-intensity conditioning regimens for allogeneic hematopoietic cell transplantation on outcomes for diffuse large B-cell lymphoma.  *Biol Blood Marrow Transplant* [Epub ahead of print] 2020 Sep 19.

106. Shah NN, Ahn KW, Litovich C, Sauter C, **Fenske TS**, Hamadai M.  Is autologous transplantation in relapsed DLBCL patients achieving only a PET/CT positive partial remission appropriate in the CAR T-cell era?  *Blood* [Epub ahead of print] 2020 Oct 29.

107.  Mato AR, Shah NN, Jurczak W, Chan CY, Pagel JM, Woyach JA, Fakhri B, Eyre TA, Lamanna N, Patel MR, Alencar A, Lech-Maranda E, Wierda WG, Coombs CC, Gerson JN, Ghia P, Le Gouill S, Lewis DJ, Sundaram S, Cohen JB, Flinn IW, Tam CS, Barve MA, Kuss B, Taylor J, Lewis KL, Roeker L, Davids MS, Tan XN, **Fenske TS**, Tsai DE, Ku NC, Zhu E, Chen MS, Yin M, Nair B, Ebata K, Marella N, Brown JR, Wang M. LOXO-305 in relapsed or refractory B-cell malignancies.  *Lancet (in press)*

108.. . . . Fenske TS . . . Budesonide prophylaxis reduces the risk of engraftment syndrome after autologous hematopoietic cell transplantation in multiple myeloma.  *Submitted.*

109. Davids MS, O'Connor OA, Jurczak W, Samaniego F, **Fenske TS**, Zinzani PL, Patel MR, Ghosh N, Cheson BD, Derenzini E, Brander D, Reeves JA, Knopinska-Posluszny W, Allan J, Phillips T, Caimi PF, Lech-Maranda E, Burke JM, Agajanian R, Pettengel R, Leslie LA, Cheah CY, Fonseca G, Essell J, Chavez JC, Pagel JM, Sharman JP, Hsu Y, Miskin HP, Sportelli P, Weiss MS, Flinn IW.  Integrated safety analysis of umbralisib, a dual PI3Kδ/CK1ε inhibitor, in relapsed/refractory lymphoid malignancies. *Submitted.*

110. Ghosh N . . . **Fenske TS** . . . Hamadani M.  Impact of the type of reduced-intensity conditioning regimen on the outcomes of allogeneic transplantation in classical Hodgkin lymphoma.  *In preparation.*

111. Shanmugasundaram K, Goyal S, Switchenko J, Calzada O, Churnetski MC, Kolla B, Bachanova V, Gerson JN, Barta SK, Gordon MJ, Danilov AV, Grover NS, Mathews S, Burkart M, Karmali R, Sawalha Y, Hill BT, Ghosh N, Park SI, Epperla N, Bond DA, Badar T, Blum KA, Hamadani M, **Fenske TS**, Malecek M, Kahl BS, Martin P, Guo J, Flowers CR, Cohen JB.  Intensive induction regimens after deferring initial therapy for mantle cell lymphoma are not associated with improved survival.  *In preparation.*

112. Bond, DA, Switchenko JM, Villa D, Maddocks K, Churnetski M, Gerrie AS, Goyal S, Shanmugasundaram K, Calzada O, Kolla B, Bachanova V, Gerson JN, Barta SK, Hill BT, Sawalha Y, Martin P, Maldonado E, Gordon M, Danilov AV, Grover NS, Mathews S, Burkart M, Karmali R, Ghosh N, Park SI, Epperla N, Badar T, Guo J, Hamadani M, **Fenske TS**, Malecek M, Kahl BS, Flowers CR, Blum KA, Cohen JB.  Early relapse is associated

with inferior survival after both intensive and less intensive frontline treatment in patients with mantle cell lymphoma. *In preparation.*

113. *Singavi AK, *Kapke JT, *Levin A, Banerjee A, Visotcky A, Zhu F, Hamadani M, Hari P, **Fenske TS**. Day 100 absolute lymphocyte count (ALC) predicts risk of serious infections in lymphoma patients undergoing autologous hematopoietic cell transplantation (HCT). *In preparation.*

114. Fehniger TA, Watkins MP, Ezenwajiaku N, Wan F, Hurd DD, Cashen AF, Blum KA, Goy A, **Fenske TS**, Wagner-Johnston ND, Carson K, Siegel MJ, Schneider SE, Mehta-Shah N, Kahl B, Bartlett NL. Comparison of interrupted and continuous dose lenalidomide in a phase 2 study of lenalidomide in relapsed or refractory classical Hodgkin lymphoma. *In preparation.*

**BOOKS, CHAPTERS & INVITED REVIEWS:**

1. **Fenske TS,** Pengue G, Graubert TA.  Dominant negative effects of the AML1/ETO fusion oncoprotein. *Cell Cycle* 4(1): 33-36, 2005.

2. *Hake CR, Graubert TA, **Fenske TS**.  Does autologous transplantation directly increase the risk of secondary leukemia in lymphoma patients?  *Bone Marrow Transplantation* 39(2): 59-70, 2007.

3. **Fenske TS**, Bartlett NL. "Lymphoma of the Mediastinum," in *Pearson's Thoracic and Esophageal Surgery*, 3rd edition, Patterson GA, Pearson FG, Cooper JD, Deslauriers J, Rice TW, Luketich JD, Lerut A (editors), 2008.

4. *Maramattom LV, **Fenske TS**.  "Aggressive B-cell Non-Hodgkin Lymphoma," in Hospital Physician Hematology Board Review Manual (August 2011), Jacobsen ED (editor).

5.*Cornell RF, **Fenske TS**.  "Indolent B-cell Non-Hodgkin Lymphoma," in Hospital Physician Hematology Board Review Manual (October 2011), Jacobsen ED (editor).

6. Sehn LH, **Fenske TS**, Laport GG.  Follicular lymphoma: Prognostic factors, conventional therapies, and hematopoietic cell transplantation.  *Biology of Blood and Marrow Transplantation* 18 (1) (Supplement): S82-S91, 2012.

7.*Pingali SR, **Fenske TS**.  "Limited-stage Hodgkin lymphoma," in Hospital Physician Hematology Board Review Manual.  (August 2012), Jacobsen ED (editor).

8. *Randhawa J, *Pingali SR, **Fenske TS**.  "Advanced-stage and relapsed/refractory Hodgkin lymphoma," in Hospital Physician Hematology Board Review Manual.  (October 2012), Jacobsen ED (editor).

9. *Shah N, **Fenske TS**.  Post-transplant lymphoproliferative disorders," in *Hospital Physician* Hematology Board Review Manual.  (June 2013), Litchkofski, R (editor).

10. **Fenske TS**.  Why is stem cell transplantation so underused in follicular lymphoma? *ASCO Post*, Volume 4, Issue 12 (July 25, 2013).

11.Klyuchnikov E, Bacher U, *Kroll T, Shea TC, Lazarus H, Bredeson C, **Fenske TS**.  Allogeneic hematopoietic cell transplantation for diffuse large B-cell lymphoma: who, when and how? *Bone Marrow Transplantation,* 49(1): 1-7, 2014.

12. *Singavi A, Harrington A, **Fenske TS**.  "Post-Transplant Lymphoproliferative Disorders," in *Cancer Treatment and Research: Non-Hodgkin Lymphoma*.  Evans A, Blum K (editors), Volume 165, pp 305-327, 2014.

13. *Epperla N, **Fenske TS**, Hari PN, Hamadani M. Recent advances in post autologous transplantation maintenance therapies in B-cell non-Hodgkin lymphomas.  *World Journal of Transplantation*  5(3): 81-88,  2015.

14. *Epperla N, **Fenske TS**, Lazarus HM, Hamadani M.  Post autologous transplant maintenance therapies in lymphoid malignancies: are we there yet?  *Bone Marrow Transplantation*, 50(11): 1393-404, 2015.

15. **Fenske TS**, Bredeson C, Hamadani M, Cohen JB, Costa LJ, Kahl B, Evens AM, Hamlin PA, Lazarus HM, Petersdorf E.  Allogeneic hematopoietic cell transplantation as curative therapy for patients with non-Hodgkin lymphoma: increasingly successful application to older patients.  *Biology of Blood and Marrow Transplantation,* 22(9): 1543-51, 2016.

16. *Pingali SR, **Fenske TS**.  "Hematopoietic Cell Transplantation in Mantle Cell Lymphoma." In *Hematopoietic Cell Transplants: Concepts, Controversies and Future Directions*,  Lazarus H, Gale RP, Keating A, Bacigalupo A, Munker R, Atkinson K, and Abutalib SA (editors), 2016.

17. *Epperla N, **Fenske TS**.  "Hematopoietic Cell Transplantation in Mantle Cell Lymphoma" In *Blood & Bone Marrow Transplantation: Expert Clinical Manual*, Abutalib SA and Hari P (editors), 2017.

18. Narra R, Pingali SR, **Fenske TS**.  "Early stage Hodgkin lymphoma," in *Hospital Physician* Hematology Board Review Manual, Litchkofski R (editor), May 2017.

19. Narra R, Randhawa J, **Fenske TS**  "Advanced-stage and relapsed/refractory Hodgkin lymphoma," in *Hospital Physician* Hematology Board Review Manual, Litchkofski R (editor), Sept 2017.

20. *Kapke JT and Fenske TS.  "Aggressive Lymphomas" in *Concise Guide to Hematology*, 2nd edition. Lazarus H and Schmaier AH (editors), 2018.

21. *George G, **Fenske TS.**  "Aggressive B-cell Non-Hodgkin Lymphoma," in *Hospital Physician* Hematology Board Review Manual, Litchkofski R (editor), May/June 2018.

22. *Sriram D, Lakhotia R, **Fenske TS**.  Circulating tumor DNA as a monitoring strategy in lymphoma.  *Clinical Advances in Hematology & Oncology* 17(9): 509-17, 2019.

23. **Fenske TS**.  Commentary: Is there a role for allogeneic hematopoietic cell transplantation in primary mediastinal large B-cell lymphoma?  *Biology of Blood and Marrow Transplantation* 25(12): e354-e355, 2019.

24.  Dreger P, **Fenske TS,** Montoto S, Pasquini MC, Sureda A, Hamadani M.  Cellular immunotherapy for refractory DLBCL in the CART era: still a role for allogeneic transplantation?  *Biology of Blood and Marrow Tranplantation*  26(4): e77-e85, 2020.

**ABSTRACTS:**

1. **Fenske TS**, Majewski DM, Baxter-Lowe LA.  Use of oligotyping to detect novel HLA-DQ alleles and to assess linkage disequilibrium between HLA-DQA1 and HLA-DQB1 alleles. *Human Immunology* 34 (suppl 1): 20, 1992. 1992 American Association of Immunology Meeting (Minneapolis, MN).

2. **Fenske TS**, Farner NL, de Jong JLO, O'Shea JJ, Sondel PM.  Interleukin-2 mediated activation of JAK3 in the absence of a detectable 64 kDa common gamma chain. *FASEB Journal* 10 (6): A1303, 1996. 1996 FASEB/ASBMB Annual Meeting. (New Orleans, LA).

3. **Fenske TS**. Bilateral leg pain and weakness in a patient with polycythemia vera.  American College of Physicians/ American Society of Internal Medicine, Wisconsin Chapter, Annual Meeting, Sept 2001. (Milwaukee, WI).

4. **Fenske TS**, Kahl BS, Smith EP, Atkinson E, Garry-McCoy A, Mitchell TL, Eckstein L, Flynn B, McMannes J, Eickhoff J, Longo WL.  High dose therapy with thioetpa, etoposide, total body irradiation and involved field radiation followed by autologous stem cell rescue for indolent histology and mantle cell non-Hodgkin lymphoma. 2002 ASH Meeting, Abstract 5461 (Philadelphia, PA).

5. **Fenske TS**, Mathews V, Pengue G, Hanson P, Bogue M, McLeod HL, Graubert TA.  Genetic basis of susceptibility to alkylator chemotherapy-related leukemia.  2003 ASH Meeting, Abstract 1348 Oral Presentation (San Diego, CA).

6. Pengue G, Mathews V, **Fenske T**, Hanson P, Marrus S, Riaz N, Graubert TA.  Targeting AML1-ETO to the hematopoietic stem cell compartment induces myeloproliferative disease in mice.  2003 American Society of Hematology Meeting, Abstract 756, Oral Presentation (San Diego, CA).

7. Devine SM, Hallemeier C, **Fenske T**, Vij R, DiPersio JF, Adkins DA.  Reduced intensity allografts for acute myeloid leukemia: defining the role of conditioning and donor alloreactivity.  2004 American Society of Hematology Meeting (San Diego, CA).

8. Edwin D, McMahon C, Kreisel F, Bogue M, **Fenske TS**, Graubert TA.  A mouse model of alkylator-induced myelodysplastic syndrome.  2005 American Society of Hematology Meeting, Oral Presentation (Atlanta, GA).

9. Edwin D, **Fenske TS**, McMahon C, Mathews V, Bogue M, Province M, Cheverud J, McLeod H, Graubert TA. Susceptibility to alkylator-induced cancer is a heritable trait.  2005 American Society of Hematology Meeting, Poster (Atlanta, GA).

10. Field JJ, **Fenske TS**, Blinder MA.  Rituximab for the treatment of high titer acquired factor VIII inhibitors refractory to conventional chemotherapy.  2005 American Society of Hematology Meeting, Poster (Atlanta, GA).

11.*Benjamin H, **Fenske TS**, Kroft SH, Hohenwalter EJ, Rilling WS.  Treatment of diffuse large B-cell lymphoma of the the liver with yttrium-90 microphere embolization.  2007 American Society of Hematology Meeting (Atlanta, GA).

12. **Fenske TS**, Hari P, Carreras J, Zhang M, Kamble R, Rizzo JD, van Besien K, Lazarus HM, Vose JM.  Pre-transplant rituximab therapy is associated with improved progression-free and overall survival in patients undergoing autologous stem cell transplantation for diffuse large B-cell lymphoma (DLBCL).  2007 American Society of Hematology Meeting, Oral Presentation (Atlanta, GA).

13. Fehniger TA, Larson S, Trinkaus K, Siegel MJ, Cashen AF, Blum KA, **Fenske TS**, Hurd DD, Goy A, DiPersio JF, Bartlett NL. A Phase II Multicenter Study of Lenalidomide in Relapsed or Refractory Classical Hodgkin Lymphoma.  2009 American Society of Hematology Meeting (New Orleans, LA).

14. *Randhawa J, Bredeson C, **Fenske T**, Hari P, Palmer J, Saad A, Olteanu H, Atallah E. Outpatient Hypomethylating therapy for acute myelogenous leukemia (AML) can induce sustained responses with low induction mortality.  2009 American Society of Hematology Meeting (New Orleans, LA).

Fenske 24

15. Connelly J, Harrington A, Kroft S, Ho K, **Fenske T**, Malkin M.  Methotrexate-induced CNS Hodgkin-like lymphoproliferative disorder: a case report.  2009 Joint Meeting of the Society for NeuroOncology and the American Association of Neurological Surgeons / Congress of Neurological Surgeons (New Orleans, LA).

16. Hari P, Carreras J, Zhang M, Laport G, Montoto S, Maloney D, **Fenske TS**.  Allogeneic transplantation (AlloHCT) for patients with mantle cell lymphoma (MCL) progressing after autologous transplantation (AutoHCT). 2011 International Conference on Malignant Lymphoma, Oral Presentation (Lugano, Switzerland).

17. **Fenske TS**, Carreras J, Zhang M, Laport G, Montoto S, Maloney D, Hari P.  Outcomes of patients with mantle cell lymphoma undergoing autologous versus reduced-intensity allogeneic transplantation.  2011 International Conference on Malignant Lymphoma, Oral Presentation (Lugano, Switzerland).

18. Vose JM, Carter SL, Burns L, Ayala E, Press O, Moskowitz C, Stadtmauer E, Mineshi S, Ambinder R, **Fenske T**, Difronzo N, Horowitz M, Tomblyn M.Randomized phase III trial of 131 Iodine-tositumomab (Bexxar)/carmustine, etoposide, cytarabine, melphalan (BEAM) vs. rituximab/BEAM and autologous stem cell transplantation for relapsed diffuse large B-cell lymphoma (DLBCL): no difference in progression-free (PFS) or overall survival (OS). 2011 American Society of Hematology Meeting, Oral Presentation (San Diego, CA).

19. *Cornell RF, Thompson J, Drobyski WR, **Fenske TS**, Horowitz MM, Palmer JM, Pasquini MC, Saad AA, Rizzo JD, Saber W, Zhang MJ, Zhong X, Hari P.  Risk factors and clinical features of autologous graft-versus-host disease/ engraftment symdrome after autologous hematopoietic cell (HCT) transplantation.  2012 Tandem BMT Meetings (San Diego CA).

20. Fehniger TA, Larson S, Trinkaus K, Siegel MJ, Hurd DD, Blum KA, Goy A, **Fenske TS**, Cashen AF, Wagner-Johnston N, Carson K, Bartlett NL.  A phase II multicenter study of continuous dose lenalidomide in relapsed or refractory classical Hodgkin lymphoma.  2012 American Society of Hematology Meeting (Atlanta, GA).

21. Chang JE, Zhang C, Kim K, Kirby R, Volk L, Werndli J, Go R, Weiss M, Blank J, Farnen J, Cole C, Bseiso A, Volk M, Bayer G, Traynor A, Mansky P, **Fenske TS**, Kahl BS.  Bendamustine + rituximab (BR) chemoimmunotherapy and maintenance lenalidomide in relapsed/refractory (R/R) chronic lymphocytic leukemia (CLL) and small lymphocytic lymphoma (SLL): A Wisconsin Oncology Network (WON) Study.  2012 American Society of Hematology Meeting (Atlanta, GA).

22. Wirk B, Burns L, **Fenske TS**, Hu Z, Laport G, Montoto S, Maloney D, Saber W.  Clinical outcomes of hematopoietic cell transplantation in patients with diffuse large B cell lymphoma transformed from follicular lymphoma. 2013 Tandem BMT Meetings, Oral Presentation (Salt Lake City, UT).

23. *Xia C, Zhong X, Dhokal B, Thompson J, **Fenske T**, Esselmann J, Keever-Taylor C, Padmanabhan A, Hari P. Plerixafor overcomes the adverse effect of diabetes on hematopoietic progenitor cell mobilization.  2013 Tandem BMT Meetings (Salt Lake City, UT).

24. Hintzke M, **Fenske T**, Kroft SH, Olteanu O, Harrington AM.  CD30 expression in non-Hodgkin B-cell lymphoma.  2013 United States & Canadian Academy of Pathology Annual Meeting (Baltimore, MD).

25. *Cornell RF, *Randhawa JK, Drobyski W, Zhong X, *Thompson J, Horowitz MM, **Fenske T**, Palmer J, Pasquini MC, Saber W, Thomas M, Zhang M, Hari PN.  Risk factors and clinical features of engraftment syndrome after autologous hematopoietic cell transplantation (AHCT).  2013 Tandem BMT Meetings, Oral Presentation, (Salt Lake City, UT).

26. *Giever TA, Richter EL, Broge KM, Foy PC, Blust LS, Palmer JM, **Fenske TS**, Rilling WS, Hari P, Atallah EL.  High incidence of venous thromboembolism in patients with hematological malignancies related to upper extremity peripherally inserted central venous catheters.  2013 American Society of Clinical Oncology Meeting, Poster (Chicago, IL).

27.*Pingali R, Jewell S, Bast M, Thompson J, Eastwood D, Bartlett NL, Armitage JO, Wagner-Johnston N, Vose JM, **Fenske TS**.  Clinical or survival benefit to routine surveillance imaging in classical Hodgkin lymphoma patients in first complete remission.  2013 American Society of Clinical Oncology Meeting, Oral Presentation (Chicago, IL).

28. Evens AM, Hamlin PA, Advani RH, Fanale M, Smith SM, Bociek G, **Fenske TS**, Petrich A, Winter J, Gordon L. Sequential brentuximab vedotin (BV) with adriamycin, vinblastine, and dacarbazine (AVD) for older patients with untreated Hodgkin Lymphoma: preliminary toxicity findings from a phase II window study. 2013 International Symposium on Hodgkin Lymphoma (Cologne, Germany).

29. Gandhi MD, Petrich AM, Cassady R, Press O, Shah KA, Whyman JD, Lansigan F, Zelenetz A, *Shah N, **Fenske T**, Hernandez-Ilizaliturri FJ, Lee JX, Barta SK, Karmali R, Camille A, Smith S, Vose J, Dalal N, Nabhan C, Peace D, Jovanovic B, Sohani A, Evens A, Castillo J, Abramson JS.  Impact of induction regimen and consolidative stem cell transplantation in patients with double hit lymphoma (DHL): A large multicenter retrospective analysis. 2013 American Society of Hematology Meeting, Oral Presentation (New Orleans, GA).

30. **Fenske TS**, Kim K, Zhang C, Farnen JP, Onitilo AA, Blank JH, Ahuja H, Wassenaar T, Qamar R, Mansky P, Traynor A, Mattison RJ, Kahl BS.  Weekly temsirolimus and bortezomib for relapsed or refractory B-cell non-Hodgkin lymphoma: A Wisconsin Oncology Network Phase II study.  2013 American Society of Hematology Meeting, Poster (New Orleans, GA).

31. Gandhi M, Evens A, **Fenske TS**, Hamlin P, Coiffier B, Ghosh N, Moskowitz A, Petrich A, Engert A, Lomasney J, Chadburn A, Wood GS, Salva K, Nardone B, Trifilio S, Raisch DW, West DP, Gordon LI, Winter JN. Pancreatitis in patients treated with brentuximab vedotin: A previously unrecognozied serious adverse event.  2013 American Society of Hematology Meeting (New Orleans, GA).

32. *Pingali R, Vose JM, Wagner-Johnson N, Loberiza FR, **Fenske TS**, Jewell S, Bast M, Bartlett NL, Armitage JO.  Lack of clinical benefit for routine surveillance imaging for diffuse large B-cell lymphoma in first complete remission.  2013 American Society of Hematology Meeting, Poster (New Orleans, GA).

33. *Graff T, *Singavi A, Schmidt W, Eastwood D, Drobyski W, Horowitz M, Palmer J, Pasquini M, Rizzo D, Saber W, Hari P, **Fenske TS**.  Safety of outpatient autologous hematopoietic cell transplantation (AuHCT) for multiple myeloma and lymphoma.  2014 Tandem BMT Meetings (Dallas, TX).

34. *Peswani N, Carlson KS, Chitambar CR, **Fenske TS**, Hari P, Michaelis L, Blust LS, Atallah H.  Short time to ATRA administration and reduction of early mortality in patients with APL.  2014 American Society of Clinical Oncology Meeting (Chicago, IL).

35. *Chandran R, Gardiner SK, **Fenske TS**, Spurgeon SE.  Survival trends in T cell prolymphocytic leukemia: a SEER database analysis. 2014 Ultmann Chicago Lymphoma Symposium (Chicago, IL).

36. *Peswani N, **Fenske T**, Hari P, Carlson KS, Michaelis L, Chitambar C, Baumann-Kreuziger L, Atallah E.  D-dimer kinetics, chemotherapy and the risk of bleeding in patients with acute promyelocytic leukemia.  2014 World Congress on Controversies in Thombosis and Hemostasis (Berlin, Germany).

37. Burris HA, Patel MR, Brander D, O'Connor OA, Deng C, **Fenske TS**, Gutierrez M, Jones SF, Kuhn JG, Miskin HP, Sportelli P, Vakkalank S, Flinn I.  TGR-1202 a novel once daily PI3Kδ inhibitor, demonstrates clinical activity with a favorable safety profile, lacking hepatotoxicity, in patients with chronic lymphocytic leukemia and indolent non-Hodgkin's lymphoma.  2014 American Society of Hematology Meeting (San Francisco, CA).

38. Laport GG, Wu J, Logan B, Bachanova V, Hosing C, **Fenske T**, Longo W, Devine SM, Nadamanee A, Gersten I, Horowitz M, Lazarus HM, Riches ML.  Reduced intensity conditioning (RIC) with rituximab yields excellent outcomes after allogeneic hematopoietic cell transplantation (alloHCT) for relapsed follicular lymphoma (FL): A phase II multicenter trial from the Blood and Marrow Transplant Network (BMT CTN). 2014 American Society of Hematology Meeting (San Francisco, CA).

39. Kritharis A, Kanakry JA, Sehn LH, Feldman T, Kroll A, Gascoyne RD, Petrich AM, Abramson JS, Hernandez-Ilizaliturri FJ, Al-Mansour Z, Adeimy C, Hemminger J, Bartlett NL, Mato A, Caimi PF, Advani RH, Klein AK, Nabhan C, Smith SM, Lossos IS, Press OW, **Fenske T**, Friedberg JW, Vose JM, Blum KA, Evens AM.  Gray zone lymphoma (GZL) with features intermediate between classical Hodgkin lymphoma (cHL) and diffuse large B-cell lymphoma (DLBCL): analysis of tumor immunophenotype and critical examination of therapy with associated impact on outcome.  2014 American Society of Hematology Meeting (San Francisco, CA).

40. *Peswani N, Baumann-Kreuziger L, Carlson K, Michaelis L, Hari P, **Fenske T**, Chitambar C, Atallah E.  D-dimer kinetics, chemotherapy, and the risk of bleeding in acute promyelocytic leukemia.  2014 American Society of Hematology Meeting (San Francisco, CA).

41. *Nelson A, Eastwood D, Wang T, Carlson K, Michaelis L, Pasquini M, Hari P, Chitambar C, **Fenske T**, Graham M, Hamadani M, D'Souza A, Atallah E.  A statistical model for predicting neutropenic fever.  2014 American Society of Hematology Meeting (San Francisco, CA).

42. Landsburg DJ, Petrich AM, Abramson JS, Sohani AR, Press O, Cassaday R, Chavez JC, Song K, Zelenetz AD, Gandhi M, *Shah N, **Fenske TS**, Jaso J, Medeiros LJ, Yang DT, Nabhan C.  Comparative analysis of "double-hit" lymphoma cases by genetic subtype.  2015 American Society of Clinical Oncology Meeting (Chicago, IL).

43. Veltri L, Dhakal B, Singavi A, Wen S, Luo J, Craig M, Cumpston A, Shillingburg A, Watkins K, Esselman J, Pasquini MC, **Fenske TS**, Hari P, Hamadani M, Kanate AS.  Chemomobilization with ICE (ifosfamide, carboplatin and etoposide) is superior to G-CSF and plerixafor (G+P) mobilization in lymphoid malignancies. 2015 American Society of Clinical Oncology Meeting (Chicago, IL).

44. Diefenbach CS, Li H, Kahl BS, Robertson MJ, Cohen J, Advani RH, Ambinder R, **Fenske TS**, Ansell SM.  A phase 1 study with an expansion cohort of the combination of ipilimumab and brentuximab vedotin in patients with relapsed/refractory Hodgkin lymphoma: A trial of the ECOG-ACRIN Cancer Research Group (E4412). 2015 American Society of Clinical Oncology Meeting (Chicago, IL).

45. *Giever TA, Giever ER, Foy PC, Baumann-Kreuziger L, Michaelis L, Carlson K, **Fenske TS**, Hamadani M, Rilling WE, Hari PN, Atallah EL.  Incidence of line related venous thromboembolism in peripherally inserted central venous catheters via the brachiocephalic veins vs tunneled chest centra venous catheters via the internal jugular vein in patients with hematologic malignancies.  2015 American Society of Clinical Oncology Meeting (Chicago, IL).

46. *Nelson A, Eastwood D, Wang T, Carlson K, Michaelis LC, Pasquini MC, Hari P, Chitambar CR, **Fenske TS**, Graham MB, Hamadani M, D'Souza A, Atallah E.  A statistical model for predicting neutropenic fever.  2015 American Society of Clinical Oncology Meeting (Chicago, IL).

47. Burris HA, Patel MR, **Fenske TS**, O'Connor OA, Deng C, Brander DM, Gutierrez M, Jones S, Kuhn J, Miskin HP, Sportelli P, Vakkalanka S, Flinn I.  TGR-1202, a Novel Once Daily PI3Kδ Inhibitor, Demonstrates Clinical Activity with a Favorable Safety Profile, Lacking Hepatotoxicity, in Patients with Chronic Lymphocytic Leukemia and B-Cell Lymphoma.  2015 American Society of Clinical Oncology Meeting (Chicago, IL).

48. Chen R, Li H, Bernstein SH, Rimsza LM, Forman SJ, Constine LS, Shea TC, Cashen AF, **Fenske TS**, Barr PM, Leblanc M, Fisher RI, Smith SM, Friedberg JW.  Results of a randomized phase II trial of R-HCVAD vs R-bendamustine followed by autologous stem cell transplants for patients with mantle cell lymphoma: US Intergroup Study SWOG S1106.  2015 International Conference on Malignant Lymphoma (Lugano, Switzerland).

49. Landsburg DJ, Petrich AM, Abramson JS, Sohani AR, Press O, Cassaday R, Chavez JC, Song K, Zelenetz AD, Gandhi M, Shah N, **Fenske TS**, Jaso J, Medeiros LJ, Yang DT, Nabhan C.  Analysis of "double-hit" lymphoma cases by genetic subtype.  2015 International Conference on Malignant Lymphoma (Lugano, Switzerland).

50. Evens AM, Kanakry JA, Sehn LH, Kritharis A, Feldman T, Kroll A, Gascoyne RD, Petrich AM, Abramson JS, Hernandez-Ilizaliturri FJ, Al-Mansour Z, Adeimy C, Hemminger J, Bartlett NL, Mato A, Caimi PF, Advani RH, Klein AK, Nabhan C, Smith SM, Lossos IS, Press OW, **Fenske TS**, Friedberg JW, Vose JM, Blum KA.  Gray zone lymphoma (GZL) with features intermediate between classical Hodgkin lymphoma (HL) and diffuse large B-cell lymphoma (DLBCL): characteristics, outcomes, and prognostication among a large multicenter cohort. 2015 International Conference on Malignant Lymphoma (Lugano, Switzerland).

51. O'Brien S, Burris H, Patel M, Buger M, **Fenske T**, O'Connor O, Brander D, Schreeder M, Miskin H, Sportelli P, Flinn I.  TGR-1202, a novel once daily PI3Kd inhibitor, demonstrates clinical activity with a favorable & differentiated safety profile as a single agent and in combination with a novel glycoengineered anti-CD20 mAb, ublituximab, in patients with rel/ref CLL.  2015 International Workshop on Chronic Lymphocytic Leukemia (Sydney, Australia).

52. **Fenske TS**, *Graff TM, Ahn KW, DiGilio A, Smith SM, Sureda AM, Hamadan M. Reduced-intensity allogeneic hematopoietic cell transplantation (allo-HCT) provides durable progression-free survival (PFS) in a subset of diffuse large B-cell lymphoma (DLBCL) patients relapsing after autologous (auto) HCT. 2015 American Society of Hematology Meeting (Orlando, FL).

53. Chen R, Li H, Bernstein SH, Rimsza LM, Forman SJ, Constine LS, Shea TC, Cashen AF, Blum K, **Fenske TS**, Barr PM, Leblanc M, Fisher RI, Smith SM, Faham M, Wilkins J, Leonard JP, Kahl BS, Friedberg JW. Pre-transplant R-Bendamustine induces high rates of minimial residual disease in MCL patients: Updated results of SWOG S1106: US intergroup study of a randomized phase II trial of R-HCVAD vs. R-bendamustine followed by autologous stem cell transplants for patients with mantle cell lymphoma . 2015 American Society of Hematology Meeting (Orlando, FL).

54. Mussetti A, Kanate AS, Kharfan-Dabaja MA, Ahn KW, DiGilio A, Ciurea S, Armand P, Salit R, **Fenske TS**, Smith SM, Sureda A, Bolanos Meade J, Hamadani M. Survival after T-cell replete haploidentical related donor transplant using post-transplant cyclophosphamide compared with matched unrelated donor (MUD) transplant for lymphoma malignancies. 2015 American Society of Hematology Meeting (Orlando, FL).

55. *Kapke JT, *Epperla N, *Shah N, Richardson K, Carrum G, Hari P, Hamadani M, Pingali SR, Karmali R, **Fenske TS**. Impact of routine surveillance imaging on outcomes in patients with classical Hodgkin's lymphoma (cHL) undergoing autologous hematopoietic cell transplantation (auto-HCT). 2015 American Society of Hematology Meeting (Orlando, FL).

56. *Epperla N, *Shah N, Richardson K, Carrum G, Hari P, Hamadani M, Pingali SR, Karmali R, **Fenske TS**. Impact of routine surveillance imaging on outcomes in patients with diffuse large B-cell lymphoma (DLBCL) undergoing autologous hematopoietic cell transplantation (auto-HCT). 2015 American Society of Hematology Meeting (Orlando, FL).

57. Diefenbach CS, Hong F, Cohen JB, Robertson MJ, Ambinder RF, **Fenske TS**, Advani RH, Kahl BS, Ansell SM. Preliminary Safety and Efficacy of the Combination of Brentuximab Vedotin and Ipilimumab in Relapsed / Refractory Hodgkin Lymphoma: A trial of the ECOG-ACRIN Cancer Research Group (E4412). 2015 American Society of Hematology Meeting (Orlando, FL).

58. *Dhakal B, *Epperla N, Ramalingam S, Shuff J, Rein L, Banerjee A, Siker M, Hoskin P, Hari P, D'Souza A, Atallah E, **Fenske TS**, Erickson B, Hamadani M. Local control of ocular adenexal lymphoproliferative disorders (OALD): similar outcomes in MALT and non-MALT histologies. 2015 American Society of Hematology Meeting (Orlando, FL).

59. O'Connor OA, Flinn I, Patel MR, **Fenske TS**, Deng C, Brander DM, Gutierrez M, Jones S, Kuhn J, Miskin HP, Sportelli P, Vakkalanka S, Burris HA. TGR-1202, a Novel Once Daily PI3Kδ Inhibitor, Demonstrates Clinical Activity with a Favorable Safety Profile in Patients with CLL and B-Cell Lymphoma. 2015 American Society of Hematology Meeting (Orlando, FL).

60. Sureda A, Zhang MJ, Dreger P, Carreras J, **Fenske T**, Finel H, Schouten H, Montoto S, Robinson S, Smith S, Boumendil A, Hamadani M, Pasquini M. Allogeneic Stem Cell Transplantation for Relapsed / Refractory (R/R) Follicular Lymphoma (FL). A Joint Study between the European Society for Blood and Marrow Transplantation (EBMT) and the Center for International Blood and Marrow Transplant Research (CIBMTR). 2015 American Society of Hematology Meeting (Orlando, FL).

61. *Singavi AK, *Kapke JT, Levin A, Banerjee A, Visotcky A, Zhu F, Hamadani M, Hari PN, **Fenske TS**. Day 100 Absolute Lymphocyte Count (ALC) Predicts Risk of Serious Infections in Lymphoma Patients Undergoing Autologous Hematopoietic Cell Transplantation (HCT). 2015 American Society of Hematology Meeting (Orlando, FL).

62. Hamdani M, Pasquini MC, Visotcky A, Ahn KW, Boyd J, Rizzo JD, Saber W, Drobyski W, Arce-Lara C, D'Souza A, **Fenske TS**, Cumpston A, Bunner P, Craig M, Hari PN, Kanate AS. Prospective, Multicenter Phase II Clinical Trial of Atorvastatin-based Acute Graft-Versus-Host Disease (aGVHD) Prophylaxis in Recipients of HLA-Matched Related Donor (MRD) and Matched Unrelated Donor (MUD) Allogeneic Hematopoietic Cell Transplantation (alloHCT). 2016 Tandem BMT Meetings (Honolulu, HI).

Fenske 28

63. Karmali R, Ghosh N, Rocha V, Ahn K, DiGilio A, Armande P, Salit R, **Fenske T**, Smith S, Sureda A, Wagner-Johnston N, Bolanos Meade J, Hamadani M.  Survival after T-cell replete haploidentical related donor hematopoietic cell transplantation (Haplo-HCT) using post-transplant cyclophosphamide (PT-CY) compared with HLA-matched related donor (MRD) transplant for lymphoma.  2016 Tandem BMT Meetings (Honolulu, HI).

64. *Thompson JR, Drobyski WR, D'Souza AD, **Fenske TS**, Hamadan M, Hari PN, Pasquini MC, Saber W, Rizzo JD.  Etanercept for late onset idiopathic pneumonia syndrome.  2016 Tandem BMT Meetings (Honolulu, HI).

65. Sureda A, Zhang MJ, Dreger P, Carreras J, **Fenske TS**, Finel H, Schouten H, Montoto S, Robinson S, Smith SM, Boumendil A, Hamadani M, Pasquini M.  Allogeneic transplantation for relapsed / refractory follicular lymphoma.  A joint study between the European Society for Blood and Marrow Transplantation (EBMT) and the Center for International Blood and Marrow Transplant Research (CIBMTR).  2016  European Blood and Marrow Transplantation Annual Meeting (Velencia, Spain).

66. Voshtina E, Hamadani M, **Fenske T**, Pasquini T, D'Souza A, Saber W, Rizzo R, Drobyski W, Hari P, Shah N.  Outcomes of obese elderly patients undergoing allogeneic transplant for myeloid malignancies.  2016  American Society of Clinical Oncology Annual Meeting (Chicago, IL).

67. *Epperla N, Hamadani M, Ahn KW, Kanate AS, Calzada O, Farmer L, Tallarico M, Nabhan C, Costa LJ, Kenkre V, Ghosh N, Cohen J, Hari PH, Oak E, Cashen A, **Fenske TS**.  Predictive factors and outcomes for ibrutinib therapy in relapsed/refractory (R/R) mantle cell lymphoma.  2016 American Society of Clinical Oncology Annual Meeting, (Chicago, IL).

68. Burris HA, Flinn IW, Lunning M, Vose J, Fowler N, Nastoupil L, O'Brien S, Schreeder MT, Patel MR, **Fenske TS**, Brander DM, Siddiqi T, Flowers C, Burger JA, Wierda WG, Kuhn JG, Sportelli P, Miskin HP, Weiss MS, O'Connor OA.  Long-term follow-up of the once-daily PI3Kδ inhibitor TGR-1202 demonstrates a differentiated safety profile and high response rates in CLL and NHL: Meta-analysis of TGR-1202 as a single agent and in combination with ublituximab. 2016 American Society of Clinical Oncology Annual Meeting, (Chicago, IL).

69. *Epperla N, Greenwell B, Staton AD, Lee MJ, Switchenko JM, Maly JJ, Blum KA, Grover NS, Mathews S, Park SI, Gordon MJ, Danilove AV, **Fenske TS**, Hamadani M, Flowers CR, Cohen JB.  Association of complex karyotype with inferior progression-free and overall survival in mantle cell lymphoma. 2016 American Society of Clinical Oncology Annual Meeting, (Chicago, IL).

70. Burris HA, Flinn IW, Lunning M, Vose J, Fowler N, Nastoupil L, O'Brien S, Schreeder MT, Patel MR, **Fenske TS**, Brander DM, Siddiqi T, Flowers C, Burger JA, Wierda WG, Kuhn JG, Sportelli P, Miskin HP, Weiss MS, O'Connor OA.  Long-term follow-up of the once-daily PI3Kδ inhibitor TGR-1202 demonstrates a differentiated safety profile and high response rates in CLL and NHL: Meta-analysis of TGR-1202 as a single agent and in combination with ublituximab. 2016  European Hematology Association Annual Meeting (Copenhagen, Denmark).

71. Diefenbach CS, Hong F, Cohen JB, Robertson MJ, Ambinder RF, **Fenske TS**, Advani RH, Kahl BS, Ansell SM.  (check title) Safety and Efficacy of the Combination of Brentuximab Vedotin and Ipilimumab in Relapsed / Refractory Hodgkin Lymphoma: A trial of the ECOG-ACRIN Cancer Research Group (E4412).  2016 International Symposium on Hodgkin Lymphoma (Cologne, Germany).

72. Levin A, Kleman A, Rein L, Tarima S, Michaelis L, Carlson KS, Hamadani M, **Fenske TS,** Hari P, Atallah E, Dhakal B.  Early mortality in patients with acute promyelocytic leukemia (APL) treated in community vs. academic hospitals.  2016 American Society of Hematology Meeting (San Diego, CA).

73. Hamlin PA, Miller C, **Fenske TS**, Pandey A, Coffey GP, Birrell M, Leeds JM, Sabalvaro-Torres A, Kim Y, Curnutte JT, Michelson GC.  The dual SYK/JAK inhibitor cerdulatinib demonstrates complete inhibition of SYK and JAK and rapid tumor responses in a phase IIa study in patients relapsed/ refractory B cell malignancies.  2016 American Society of Hematology Meeting (San Diego, CA).

74. Atallah E, Michaelis LC, Carlson KB, D'Souza A, **Fenske TS**, Pasquini MC, Hamadani M, Baim A, Guhl J, Hari P.  Phase I study of combination chemotherapy plus ixazomib in adults with relapsed or refractory acute lymphoblastic leukemia/lymphoma (ALL). 2016 American Society of Hematology Meeting (San Diego, CA).

75. *Epperla N, Maddocks KJ, Chavez JC, Reddy N, Karmali R, Umyarova E, Costa C, Bachanova V, Glenn M, Calzada O, Xavier A, Zhou Z, Hossain NM, Hernandez-Ilizaliturri FJ, Al-Mansour Z, Barta SK, Chhabra S, Lansigan F, Mehta A, Jaglal MV, Evans A, Peker D, Forero-Torres A, Flowers C, **Fenske TS**, Cohen JB, Hamadani M, Costa LJ. Diffuse large B-cell lymphoma with primary treatment failure: Identification of ultra-high risk patients and benchmarking for experimental therapies. 2016 American Society of Hematology Annual Meeting (San Diego, CA).

76. *Epperla N, Costa LJ, Reddy N, Maddocks KJ, Karmali R, Bachanova V, Umyarova E, Zhou Z, Glenn M, Chavez JC, Hernandez-Ilizaliturri FJ, Costa C, Hossain NM, Calzada O, Al-Mansour Z, Xavier A, Evens A, Chhabra S, Jaglal MV, Barta SK, Lansigan F, Flowers C, **Fenske TS**, Cohen JB, Hamadani M. Primary failure diffuse large B-cell lymphoma: early autologous or donor hematopoietic cell transplantation no effective in patients with ultra-high risk features. 2016 American Society of Hematology Annual Meeting (San Diego, CA).

77. Pilichowska M, Pittaluga S, Ferry JA, Hemminger J, Kanakry JA, Sehn LH, Feldman T, Abramson JS, Hernandez-Ilizaliturri FJ, Lossos IS, Press OW, **Fenske TS**, Friedberg JW, Vose JM, Blum KA, Jagadeesh D, Gupta G, Gascoyne RD, Evens AM, Jaffe E. Gray zone lymphoma (GZL) with features intermediate between diffuse large B-cell lymphoma (DLBCL) and classical Hodgkin lymphoma (cHL): pathologic classification and clinical outcomes from a multicenter consensus analysis. 2016 American Society of Hematology Annual Meeting (San Diego, CA).

78. Landsburg DJ, Reddy NM, Howlett C, Mato AR, Kaplan JB, Behdad A, Petrich AM, Maly J, Blum KA, Chavez JC, Shaoying L, Medeiros LJ, Falkiewicz MK, Hill BT, *Singavi A, **Fenske TS**, Gerson J, Barta SK, Pallawi T, Hernandez-Iliazliturri, Costa C, Lansigan F, Calzada O, Cohen J, Lue JK, Amengual JE, Rivera X, Persky DO, Peace DJ, Cassaday RD. Benefit of consolidative autologous stem cell transplantation in first complete remission for patients with double hit lymphoma appears dependent on induction regimen intensity. 2016 American Society of Hematology Annual Meeting (San Diego, CA).

79. Voshtina E, Dzabo A, Hamadani M, **Fenske TS**, D'Souza A, Saber W, Drobyski W, Hari P, Shah N. Outcomes of obese elderly patients undergoing allogeneic stem cell transplant for myeloid malignancies. 2016 American Society of Hematology Annual Meeting (San Diego, CA).

80. *Epperla N, Staton AD, Greenwell B, Switchenko JM, Maly JJ, Blum KA, Grover N, Mathews S, Park SI, Gordon M, Danilov A, **Fenske TS**, Hamadani M, Flowers CR, Cohen JB. Risk stratification of mantle cell lymphoma patients using MIPI, Ki67 percentage and complex cytogenetics. 2016 American Society of Hematology Annual Meeting (San Diego, CA).

81. Haverkos BM, Schowinsky J, Kaplan JB, Kamdar M, Kanate AS, Saad A, Ganguly S, Flowers M, **Fenske TS**, Hari P, Hamadani M, Lowsky R, Andritsos L, Jagasia M, Brown S, Armand P, Merryman R, Bachanova V, Stephens D, Nakamura R, Gutman J, Devine SM. Checkpoint blockade for treatment of lymphoma following allogeneic stem cell transplant: use may be complicated by onset of severe acute graft versus host disease. 2016 American Society of Hematology Annual Meeting (San Diego, CA).

82. Kanate AS, Olteanu H, Ahn KW, DiGilio A, Sureda A, **Fenske TS**, Smith SM, Hamadani M. Allogeneic hematopoietic cell transplantation (alloHCT) for extranodal natural killer (NK)/T-Cell Lymphoma, Nasal Type (ENKL): A CIBMTR analysis. 2017 Tandem BMT Meetings (Orlando, FL).

83. *Epperla N, Ahn KW, DiGilio A, Jagasia M, Armand P, Ahmed S, Devine SM, Jaglowski S, Kharfan-Dabaja M, Rezvani A, Smith SM, Sureda A, **Fenske TS**, Hamadani M. Rituximab (R) versus non-rituximab (NR) containing reduced intensity conditioning (RIC) regimens for allogeneic hematopoietic cell transplantation (alloHCT) in B-cell non-Hodgkin lymphomas (B-NHL): A CIBMTR analysis. 2017 Tandem BMT Meetings (Orlando, FL).

84. Casulo C, Friedberg JW, Ahn KW, DiGilio A, Sureda A, **Fenske TS**, Smith SM, Hamadani M. Autologous transplantation (autoHCT) is associated with improved overall survival (OS) in follicular lymphoma (FL) patients (pts) experiencing early therapy failure after frontline chemo-immunotherapy: A National Lymphocare Study (NLCS) & CIBMTR Analysis. 2017 Tandem BMT Meetings (Orlando, FL).

85. Drobyski W, Szabo A, Hari P, Hamadani M, Herbert K, Keever-Taylor C, D'Souza A, Eapen M, **Fenske TS**, Horowitz MM, Rizzo JD, Saber W, Shah N, Shaw BE, Yim S, Pasquini MC. Results of a phase II clinical trial of

tocilizumab, tacrolimus and methotrexate (Toc/Tac/MTX) for the prevention of acute graft versus host disease (GVHD) and matched case control comparison to Tac/MTX after allogeneic stem cell transplantation. 2017 Tandem BMT Meetings (Orlando, FL).

86. *Epperla N, Shah NN, He F, Kodali D, Kleman A, Ahn KW, Hari PN, Pasquini M, D'Souza AD, Saber W, **Fenske TS,** Craig MD, Kanate AS, Bachanova V, Hamadani M. Post-relapse survival in lymphoma patients after experiencing therapy failure following allogeneic hematopoietic cell transplantation. 2017 Tandem BMT Meetings (Orlando, FL).

87. Greenwell IB, Valla K, Caulfield S, Switchenko JM, Staton A, Flowers C, Maly J, Blum KA, Park SI, Danilov AV, Epperla N, **Fenske TS,** Hamadani M, Cohen JB. Outcomes in mantle cell lymphoma for elderly patients undergoing autologous stem cell transplant in CR1. 2017 Tandem BMT Meetings (Orlando, FL).

88. Abidi MA, Stoll C, D'Souza A, Pasquini MC, Saber W, **Fenske TS**, Rizzo JD, Drobyski W, Keever-Taylor CA, Hari, P. Importance of site preparation in reducing the risk of bacterial contamination during bone marrow harvest. 2017 Tandem BMT Meetings (Orlando, FL).

89. *Epperla N, **Fenske TS**, Costa L. MYC+ Relapsed and Refractory (R/R) Diffuse Large B-Cell Lymphoma (DLBCL): Impact of additional "hits" and outcomes with subsequent therapy. 2017 American Society of Clinical Oncology Annual Meeting, (Chicago, IL).

90. Godfrey J, Smith SM, Ahn KW, Digilio A, **Fenske T**, Sureda A, Hamadani M. Autologous (auto) Versus Matched Sibling Donor (MSD) or Matched Unrelated Donor (MUD) Allogeneic (allo) Hematopoietic Cell Transplantation (HCT) in Follicular Lymphoma (FL) Patients (pts) with Early Chemoimmunotherapy Failure (ECF): A Center for International Blood and Marrow Transplant Research (CIBMTR) Analysis. 2017 American Society of Clinical Oncology Annual Meeting, (Chicago, IL).

91. *Epperla N, Strelec LE, Saba R, Kodali D, Esan O, Yang DT, Mato AR, Hamadani M, **Fenske TS**, Kenkre VP, Kanate AS, Svoboda J, Cashen AF, Shah NN. Assessment of optimal management of grade 3A follicular lymphoma (FL3A): a multicenter study. 2017 American Society of Clinical Oncology Annual Meeting, (Chicago, IL).

92. Andreadis C, **Fenske TS**, Hill BT, Stiff PJ, Grenblatt DL, His ED, Kelley T, Richards KL, Kostakoglu L, Schoder H, Jung SH, Pitcher B, Pike K, Plona T, Baugher R, Mellott S, Bartlett NL, Leonard J, Shea TC, Devine SM. IRONCLAD: A randomized phase III study of ibrutinib Or No Consolidation following autologous hematopoietic stem cell transplantation (AutoHCT) for relapsed/refractory Activated B-cell (ABC) subtype diffuse large B-cell lymphoma (DLBCL). 2017 American Society of Clinical Oncology Annual Meeting, (Chicago, IL).

93. Hamlin JA, Farber C, **Fenske TS**, Khatcheressian J, Miller C, Munoz J, Patel M, Smith S, Stevens D, Pandey A, Birrell M, Leeds JM, Wang YL, Coffey GP, Curnutte JT. The dual SYK/JAK inhibitor cerdulatinib demonstrates complete inhibition of SYK and JAK and rapid tumor responses in a phase 2 study in patients with relapsed/ refractory B cell malignancies. 2017 European Haematology Association (Madrid, Spain).

94. Hamlin JA, Farber C, **Fenske TS**, Khatcheressian J, Miller C, Munoz J, Patel M, Schreeder M, Smith S, Stevens D, Pandey A, Birrell M, Leeds JM, Wang YL, Coffey GP, Curnutte JT. The dual SYK/JAK inhibitor cerdulatinib demonstrates rapid tumor responses in a phase 2 study in patients with relapsed/ refractory B cell malignancies. 2017 International Conference on Malignant Lymphoma (Lugano, Switzerland).

95. *Badhar T, Hamadani, M, Bachanova V, Maddocks KJ, Umyarova E, Chavez JC, Epperla N, Chhabra S, Xavier A, Karmali R, Salhab M, Reddy N, Hernandez-Ilizaliturri FJ, Flowers, C, Evens AW, Zhou Z, Lansigan F, Barta SK, Cohen JB, **Fenske TS**, Costa LJ. Efficacy of salvage chemotherapy in diffuse large B-cell lymphoma with primary treatment failure according to putative cell of origin. 2017 American Society of Hematology Annual Meeting (Atlanta, GA).

96. Gerson JN, Barta SK, Villa D, Gerrie AS, Li S, Medeiros J, Wang M, Hill BT, Sawalha Y, Hernandez-Ilizaliturri FJ, Kothari S, Vose JM, **Fenske TS,** Narayana S, Maddocks KJ, Bond DA, Lansigan DJ, Glenn M, Inwards DJ, Ristow K, Karmali R, Kaplan J, Umyarova E, Pulluri B, Amengual JE, Lue JK, Caimi P, Cohen JB, Calzada O, Handorf E, Anderson JK, Chapni P, Bachanova V, Rajguru S, Churnetski MC, Diefenbach C, Bast M, Kovach AE. Consolidation with autologous hematopoietic cell transplant in first remission improves overall

survival in younger patients with mantle cell lymphoma in the rituximab era.  2017 American Society of Hematology Annual Meeting (Atlanta, GA).

97. Chhabra S, Hari PN, Visotcky A, Shah NN, Pasquini MC, Rizzo JD, Saber W, D'Souza A, Dhakal B, Anshu A, Thompson R, **Fenske TS,** Shaw BE, Drobyski WR, Hamadani M.  Ixazomib for chronic graft-versus-host disease (cGVHD) prophylaxis in patients undergoing allogeneic transplantation (alloHCT): preliminary results of a phase I/II study. 2017 American Society of Hematology Annual Meeting (Atlanta, GA).

98. Greenwell IB, Switchenko JM, Staton AD, Saxe DF, Maly J, Blum KA, Grover N, Matthew S, Park SI, Gordon MJ, Danilov A, *Epperla N, **Fenske TS,** Hamadani M, Flowers CR, Cohen JB.  Complex karyotype predicts the prognostic impact of WBC count in untreated mantle cell lymphoma and is associated with shortened survival independent of specific cytogenetic abnormalities.  2017 American Society of Hematology Annual Meeting (Atlanta, GA).

99. Evens AM, Pilichowska M, Pittaluga S, Ferry J, Hemminger J, Change H, Kanakry JA, Sehn LH, Feldman TA, Hernandez-Ilizaliturri FJ, Lossos IS, Abramson JS, Kritharis A, Press OW, **Fenske TS,** Friedberg JW, Vose JM, Blum KA, Jagadeesh D, Woda B, Gascoyne RD, Jaffe E.  Gray zone lymphoma (GZL) with features intermediate between diffuse large B-cell lymphoma (DLBCL) and classical Hodgkin lymphoma (cHL): a pathologic consensus study with patient outcomes and prognostication across 15 North American centers.  2017 American Society of Hematology Annual Meeting (Atlanta, GA).

100. Caulfield S, Schlafer D, Switchenko JM, Greenwell IB, Staton AS, Blum KA, Grover N, Park SI, Danilov A, *Epperla N, **Fenske TS,** Hamadani M, Gordon MJ, Mathews S, Valla K, Flowers C, Cohen JB.  Initial salvage approaches for relapsed/refractory mantle cell lymphoma have comparable response rates, progression-free and overall survival.  2017 American Society of Hematology Annual Meeting (Atlanta, GA).

101. Badar T, Hari P, Chhabra S, Dhakal B, Drobyski W, **Fenske TS,** Hamadani M, Horowitz M, Pasquini M, Rizzo D, Saber W, Shah N, Shaw B, D'Souza A.  Use of prophylene glycol-free melphalan conditioning in light chain amyloidosis patients undergoing autologous hematopoietic cell transplantation is associated with significantly lower hospitalization days.  2018 Tandem BMT Meetings (Salt Lake City, UT).

102. Shah NN, Ahn KW, Litovich C, Sureda A, Smith SM, **Fenske TS,** Hamadani M.  Outcomes of patients 65 years and older with non-Hodgkin lymphoma receiving reduced-intensity conditioning allogeneic hematopoietic stem cell transplantation compared to patients 55-64 years of age: a CIBMTR analysis. 2018 Tandem BMT Meetings (Salt Lake City, UT).

103. Hamadani M, Ahn KW, Litovich C, Finel H, Smith SM, **Fenske TS,** Boumendil A, Sietrich S, Robinson S, Montoto S, Dreger P, Sureda A.  Post-transplant cyclophosphamide (PT-Cy) based haploidentical transplantation (haploHCT) versus matched sibling (MSD) or muatched unrealeated donor (MUD) reduced intensity (RIC) HCT for diffuse large B-cell lymphoma (DLBCL): A CIBMTR & EBRT Analysis.  2018 American Society of Clinical Oncology Annual Meeting (Chicago, IL).

104.  Diefenbach C, Hong F, Ambinder R, Cohen J, Robertson M, David K, Advani R, **Fenske T,** Barta S, Palmisano N, Svoboda J, Morgan D, Kahl B, Ansell S.  No significant increased immune toxicity in post-transplant patients treated with brentuximab vedoting in combination with immune checkpoint blockade.  2018 American Society of Clinical Oncology Annual Meeting (Chicago, IL).

105. Hamlin PA, Cheson BD, Farber CM, Feldman T, Fenske TS, Hess BT, Khatcheressian JL, Miller CB, Munoz J, Patel MR, Smith SM, Stevens DA, Ye JC, Steele A, Pandey A, Birrell MR, Leeds JM, Coffey GP, Curnutte JT.  The dual Syk/Jak inhibitor cerdulatinib demonstrates rapid tumor responses in a phase 2 study in patients with relapsed/refractor B and T cell malignancies. 2018 American Society of Clinical Oncology Annual Meeting (Chicago, IL).

106. Dreger P, Sureda A, Ahn K, Finel H, Tischer J, Castagna L, Blaise D, Dominietto A, Schmid C, Ciceri F, Boumendil A, Litovich C, Smith S, **Fenske T,** Dietrich S, Robinson S, Montoto S, Hamadani M.  Reduced-intensity allogeneic hematopoietic cell transplantation for diffuse large B-cell lymphoma: comparable outcomes of haplo-identical vs. fully matched related donors.  A CIBMTR & EBMT analysis.  2018 European Hematology Association (Stockholm, Sweden).

Fenske 32

107. Hamlin P, Cheson BD, Farber CM, Feldman T, **Fenske TS**, Hess BT, Khatcheressian JL, Miller CB, Munoz J, Patel MR, Smith SM, Smith SD, Stevens DA, Ye JC, Steele AJ, Pandey A, Birrell MR, Leeds JM, Coffey GP, Curnutte JT.  The dual SykJak inhibitor cerdulatinib demonstrates rapid tumor responses in a phase 2A study in patients with relapsed/refractory B- and T-cell non-Hodgkin lymphoma (NH).  2018 European Hematology Association (Stockholm, Sweden).

108. Diefenbach C, . . . **Fenske T** . . .  A phase I study with an expansion cohort/ randomized phase II study of the combinations of ipilimumab, nivolumab and brentuximab vedotin in patients with relapsed/refractory Hodgkin lymphoma: a trial of the ECOG-ACRIN Research Group (E4412: Arms G-I).  2018 American Society of Hematology Annual Meeting (San Diego, CA).

109. Guru M, Szabo A, Hamadani M, **Fenske TS,** Shah NN.  Outcomes of advanced stage classical Hodgkin lymphoma in the United States: analysis of the Surveillance Epidemiology and End Results database.  2018 American Society of Hematology Annual Meeting (San Diego, CA).

110.  Badar T, Epperla N, Szabo A, Borson S, Vaughn J, George G, Shah N, Hamadani M, Cashen A, **Fenske TS.** Trends in survival of classical Hodgkin lymphoma patients after failed autologous hematopoietic cell transplantation.  2018 American Society of Hematology Annual Meeting (San Diego, CA).

111.  Shanmugasundaram K, Goyal S, Switchenko J, Calzada O, Churnetski MC, Kolla B, Bachanova V, Gerson J, Barta S, Maldonado E, Gordon M, Danilov A, Grover NS, Burkhart M, Karmali R, Sawalha Y, Hill B, Ghosh N, Park SI, Epperla N, Bond D, Badar T, Blum KA, Hamadani M, <u>**Fenske TS**</u>, Malecek M, Kahl BS, Flowers CR, Cohen JB.  Intensive Induction Regimens in Mantle Cell Lymphoma Patients who Defer Therapy is Not Associated with Improved Progression-free or Overall Survival.  2018 American Society of Hematology Annual Meeting (San Diego, CA).

112.  Shah NN, Zhu F, Taylor C, Schneider D, Kruger W, Worden A, **Fenske TS**, Hamadani M, Johnson B, Dropulic B, Orentas RJ, Hari P.  Phase 1 study with point-of-care manufacturing of dual targeted, tandem anti-CD19, anti-CD20 chimeric antigen receptor modified T (CAR-T) cells for relapsed, refractory, non-Hodgkin lymphoma (NHL).  2018 American Society of Hematology Annual Meeting (San Diego, CA).

113. Kamdar M, Li H, Chen R, Rimsza LM, Leblanc M, **Fenske TS**, Barr PM, Phillips T, Leonard JP, Kahl BS, Friedberg JW, Smith SM.  Five-year outcomes of SWOG S1106: A randomized phase II US Intergroup study of R-HCVAD vs. R-Bendamustine followed by autologous stem cell transplant for patients with mantle cell lymphoma. 2018 American Society of Hematology Annual Meeting (San Diego, CA).

114. Dhakal B, Giri S, Levin A, Rein L, **Fenske TS**, Chhabra S, Shah N, Szabo A, D'Souza A, Pasquini M, Hari P, Hamadani H.  Incidence and predictors of 30-day readmissions following autologous hematopoietic cell transplantation (auto-HCT) in the U.S.  2018 American Society of Hematology Annual Meeting (San Diego, CA).

115.Dhakal B, Giri S, Levin A, Rein R, **Fenske TS**, Chhabra S, Shah N, Szabo A, D'Souza A, Pasquini M, Hari P, Hamadani H. Association between transplant volumes and 30-day readmissions following allogeneic hematopoietic cell transplantation (allo-HCT) in the U.S. 2018 American Society of Hematology Annual Meeting (San Diego, CA).

116. Epperla N, Badar T, Szabo A, Vaughn J, Borson S, Shah NN, Hamadani M, Cashen A, **Fenske TS.**  Post-relapse survival in diffuse large B-cell lymphoma patients after experiencing therapy failure following autologous hematopoietic cell transplantation.  2019 Transplant & Cellular Therapy Meeting (Houston, TX).

117. Chhabra S, Hari PN, Visotcky A, Zhu F, Shah NN, Rizzo JD, Saber W, D'Souza A, Dhakal B, Abedin S, Runaas L, Cantrall K, **Fenske TS**, Horowitz MM, Shaw BE, Drobyski WR, Pasquini MC, Hamadani M.  A phase 1/2 study of ixazomib for chronic graft-versus-host disease (cGVHD) prophylaxis after allogeneic transplantation (alloHCT).  2019 Transplant & Cellular Therapy Meeting (Houston, TX).

118. Hill BT, Switchenko JM, Martin P, Chumelski M, Sawalha Y, Goyal S, Shanmugsundaram K, Calzada O, Kolla B, Bachanova V, Gerson JN, Barta SK, Maldonado E, Gordon M, Danilov AV, Grover NS, Mathews S, Burkart M, Karmali R, Ghosh N, Park SI, Epperla N, Bond D, Badar T, Blum KA, Guo J, Hamadani M, **Fenske TS**, Malecek M, Kahl BS, Flosers CR, Cohen JB.  Maintenance rituximab is associated with improved overall survival in mantle cell lymphoma patients responding to induction therapy with bendamustine + rituximab (BR). 2019 International Conference on Malignant Lymphoma (Lugano, Switzerland).

Fenske 33

119. Bond DA, Switchenko JM, Maddocks K, Churnetski M, Goyal S, Shanmugasundaram K, Calzada O, Kolla B, Bachanova B, Gerson JN, Barta SK, Hill BT, Sawalha Y, Martin P, Maldonado E, Gordon M, Danilov AV, Grover NS, Mathews S, Burkart M, Karmali R, Ghosh N, Park SI, Epperla N, Badar T, Guo J, Hamadani M, **Fenske TS**, Malecek M, Kahl BS, Flowers CR, Blum KA, Cohen JB.  Outcomes for patients with mantle cell lymphoma experiencing frontline treatment failure: a multicenter retrospective study.  2019 International Conference on Malignant Lymphoma (Lugano, Switzerland).

120. Diefenbach CS, Hong F, Ambinder R, Cohen J, Robertson M, David K, Advani R, Fenske T, Barta S, Palmisano N, Svoboda J, Morgan D, Karmali R, Kahl B, Ansell S.  Extended follow up of a phase I trial of ipilimumab, nivolumab and brentuximab vedotin in relapsed Hodgkin lymphoma: a trial of the ECOG-ACRIN Research Group (E4412).  2019 International Conference on Malignant Lymphoma (Lugano, Switzerland).

121. Jagadeesh D, Tsai D, Wei W, Wagner-Johnston N, Xie E, Berg S, Smith SE, Koff JL, Barot S, Hwang D, Kim S, Venugopal P, Fenske T, Sriram D, David K, Santapuram P, Reddy N, Dharnidharka V, Evens AM.  Post-transplant lymphoproliferative disorders (PTLD) after solid organ transplant (SOT): survival and prognostication among 570 patients treated in the modern era,  2019 International Conference on Malignant Lymphoma (Lugano, Switzerland).

122.  Hamadani M, Sureada A, Ahn KW, Kharfan-Dabaja M, Litovich C, **Fenske TS**.  Allogeneic hematopoietic cell transplantation in elderly (>65 years) non-Hodgkin lymphoma patients: a time trends analysis from the Center for International Blood and Marrow Transplant Research (CIBMTR).  2019 European Society of Blood and Marrow Transplantation Meeting (Frankfurt, Germany).

123.  Shah NN, Zhu F, Taylor C, Schneider D, Kruger W, Worder A, **Fenske TS**, Hamadani M, Johnson B, Dropulic B, Orentas RJ, Hari P.  Clinical results of a first-in-human phase 1 study of bispecific anti-CD19, anti-CD20 chimeric antigen receptor modified (LV20.19CAR) T cells for relapsed, refractory, non-Hodgkin lymphoma. 2019 European Society of Blood and Marrow Transplantation Meeting (Frankfurt, Germany).

124.  Shah NN, Zhu F, Schneider D, Taylor C, Krueger W, Worden A, Longo WL, Hamadani M, **Fenske T**, Johnson B, Dropulic B, Orentas R, Hari P.  Results of a phase I study of bispecific anti-CD19, anti CD20 chimeric antigen receptor (CAR) modified T cells for relapsed, refractory, non-Hodgkin lymphoma.  2019 American Society of Clinical Oncology Annual Meeting (Chicago, IL).

125.  Bond DA, Switchenko JM, Maddocks K, Churnetski M, Goyal S, Shanmugasundaram K, Calzada O, Kolla B, Bachanova V, Gerson JN, Barta SK, Hill BT, Sawalha Y, Martin P, Maldonado E, Gordon M, Danilov AV, Grover NS, Mathews S, Burkart M, Karmali R, Ghosh N, Park SI, Epperla N, Badar T, Guo J, Hamadani M, **Fenske TS**, Malecek M, Kahl BS, Flowers CR, Blum KA, Cohen JB.  Outcomes following early relapse in patients with mantle cell lymphoma.  2019 American Society of Hematology Annual Meeting (Orlando, FL).

126.  Hill BT, Switchenko JM, Martin P, Churnetski M, Sawalha Y, Goyal S, Shanmugasundaram K, Calzada O, Kolla B, Bachanova V, Gerson JN, Barta SK, Maldonado E, Gordon M, Danilov AV, Grover NS, Mathews S, Burkart M, Karmali R, Ghosh N, Park SI, Epperla N, Bond D, Badar T, Blum KA, Guo J, Hamadani M, **Fenske TS**, Malecek M, Kahl BS, Flowers CR, Cohen JB.  Maintenance rituximab is associated with improved overall survival in mantle cell lymphoma patients responding to induction therapy with bendamustine + rituximab (BR).  2019 American Society of Hematology Annual Meeting (Orlando, FL).

127.  Epperla N, Switchenko JM, Shanmugasundaram K, Goyal S, Calzada O, CHurnetski MC, Kolla B, Bachanova V, Gerson JN, Barta S, Gordon MJ, Danilov AV, Grover NS, Mathews S, Burkart M, Karmali R, Sawalha Y, Hill BT, Ghosh N, Park SO, Bond DA, Badar T, Blum KA, Hamadani M, **Fenske TS**, Malecek M, Martin P, Guo J, Kahl BS, Flowers CR, Cohen JB.  Short time to treatment is associated with inferior survival in newly diagnosed patients with mantle cell lymphoma. 2019 American Society of Hematology Annual Meeting (Orlando, FL).

128.  Jagadeesh D, Majhail NS, Yizeng H, Ahn KW, Litovich C, **Fenske TS**, Sureada A, Kharfan-Dabaja MA, Hamadani M.  Does addition of rituximab to BEAM conditioning improve outocmes of patients with diffuse large B-cell lymphoma underoing autologous hematopoietic cell transplantation?  2019 American Society of Hematology Annual Meeting (Orlando, FL).

129.  Shah NN, Zhu F, Schneider D, Krueger W, Worden A, Longo WL, Hamadani M, **Fenske TS**, Dropulic B, Orentas RJ, Hari P, Johnson B.  Fresh Versus Cryopreserved/Thawed Bispecific Anti-CD19/CD20 CAR-T Cells for Relapsed, Refractory Non-Hodgkin Lymphoma.  2019 American Society of Hematology Annual Meeting (Orlando, FL).

130. Romancik J, Switchenko JM, Shanmugsundaram K, Goyal S, Calzada O, Churnetski MC, Kolla B, Bachanova V, Gerson JN, Barta SK, Gordon MJ, Danilov A, Grover NS, Mathews S, Burkhart M, Karmali R, Sawalha Y, Hill BT, Ghosh N, Park SI, Epperla N, Bond DA, Badar T, Blum KA, Hamadani M, **Fenske TS**, Malacek MK, Kahl BS, Martin P, Guo J, Flowers CR, Cohen JB.  The impact of pre-diagnosis tobacco use in mantle cell lymphoma. 2019 American Society of Hematology Annual Meeting (Orlando, FL).

131. Ahmed S, Ghosh N, Khanal M, Ahn KW, Litovich C, **Fenske TS**, Kharfan-Dabaja MA, Sureda A, Hamadani M.  Comparison of reduced-intensity conditioning regimens for allogeneic hematopoietic cell transplantation for classical Hodgkin lymphoma: a CIBMTR analysis.  2019 American Society of Hematology Annual Meeting (Orlando, FL).

132. Ghosh N, Ahmed S, Litovich C, Ahn KW, Khanal M, Kharfan-Dabaja MA, Sureda A, **Fenske TS**, Hamadani M.  Comparison of reduced-intensity conditioning regimens for allogeneic hematopoietic cell transplantation in non-Hodgkin lymphoma: a CIBMTR analysis.  2019 American Society of Hematology Annual Meeting (Orlando, FL).

133. Kim Y, Bagot M, Zinzani PL, Duvic M, Morris S, Kim E, Musiek A, Ortiz-Romero PL, Elmets C, Eradat HA, Magnolo N . . . **Fenske TS** . . . Sokol M.  Safety of mogamulizumab in mycosis fungoides and Sezary syndrome: final results of the phase 3 Mavoric study.  2019 American Society of Hematology Annual Meeting (Orlando, FL).

134. Cohen J, Ssitchenko JM, Shanmugasundaram K, Goyal S, Calada O, Churnetski MC, Kolla B, Bachanova V, Gerson JN, Barta SK, Gordon MJ, Danilov A, Grover NS, Mathews S, Burkart M, Karmali R, Sawalha Y, Hill BT, Ghosh N, Park SI, Epperla N, Bond DA, Badar T, Blum KA, Hamadani M, **Fenske TS**, Malacek MK, Martin P, Guo J, Flowers CR, Kahl BS. Clinical trial participation is associated with improved overall survival in newly diagnosed patients with mantle cell lymphoma.  2019 American Society of Hematology Annual Meeting (Orlando, FL).

132. Karmali R, Switchenko JM, Goyal S, Bachanova V, Gerson J, Barta SK, Danilov AV, Grover NS, Epperla N, Burkart M, Sawalha Y, Ghosh N, Bond DA, Maddocks KJ, Badar T, **Fenske T**, Guo J, Malecek M, Martin P, Cohen JB.  Older patients with mantle cell lymphoma (MCL): Practice patterns and predictors of survival in the rituximab era. 2020 American Society of Clinical Oncology Annual Meeting (Chicago, IL)**.**

133. Shah NN, Ahn KW, Litovich C, **Fenske T**, Hamadani M.  Is autologous transplantation (autoHCT) in relapsed diffuse large B-cell lymphoma (DLBCL) patients achieving only a PET/CT positive partial remission (PR) appropriate in the CAR-T cell era?  2020 American Society of Clinical Oncology Annual Meeting (Chicago, IL).

134. Xu H, Chaney K, Johnson BD, **Fenske TS**, Hamadani M, Dropulic B, Schneider D, Hari P, Shah NN.  Single-Cell Cytokine Analysis of LV20.19 Bispecific CAR T-Cell Products from a Phase I Clinical Trial. 2020 American Society of Hematology Annual Meeting (San Diego, CA).

135. Wang ML, Shah N, Alencar AJ, Gerson JN, Patel MR, Fakhri, B, Jurczak W, Tan X, Lewis K, **Fenske T**, Coombs CC, Flinn I, Lewis D, Le Gouill S, Palomba M, Woyach J, Pagel JM, Lamanna N, Cohen JB, Barve MA, Ghia P, Eyre TA, Yin M, Nair B, Tsai DE, Ku NC, Mato AR, Cheah CY.  LOXO-305, Next Generation A Highly Selective and Non-covalent Bruton's Tyrosine Kinase Inhibitor In Previously Treated Mantle Cell Lymphoma, Waldenstrom's Macroglobulinemia, And Other Non-Hodgkin Lymphomas: Results From The Phase 1/2 BRUIN Study.  2020 American Society of Hematology Annual Meeting (San Diego, CA).

136. Luo T, Hamadani M, **Fenske TS**, Hari P, Shah N.  Allogeneic Transplant Outcomes for T-cell Lymphomas. 2020 American Society of Hematology Annual Meeting (San Diego, CA).

137. Galvez C, Karmali R, Hamadani M, Gordon L, Winter J, Ma S, Nelson V, Palmer B, **Fenske TS**, Shah NN, Jagadeesh D, Evens A, Klein A, Helenowski I, Jovanovic B, Petrich A, Pro B.  A Phase I-II Trial of DA-EPOCH-R

Plus Ixazomib as Frontline Therapy for Patients with MYC-aberrant Lymphoid Malignancies: The DACIPHOR Regimen. 2020 American Society of Hematology Annual Meeting (San Diego, CA).

138.  Karmali R, Switchenko JM, Goyal S, Churnetski MC, Kolla B, Bachanova V, Gerson JN, Barta SK, Gordon MJ, Danilov AV, Grover NS, Epperla N, Mathews S, Burkart M, Sawalha Y, Hill BT, Ghosh N, Park SI, Bond DA, Maddocks KJ, Badar T, **Fenske TS**, Hamadani M, Guo J, Malacek M, Kahl BS, Martin P, Blum KA, Flowers CR, Cohen JB. Practice Patterns and Predictors of Survival in Older Patients with Mantle Cell lymphoma (MCL) in the Rituximab Era. 2020 American Society of Hematology Annual Meeting (San Diego, CA).

139. Nowakowski G, Leslie LA, Joffe E, Rosenthal A, Lunning M, Patel K, Landsburg D, **Fenske T**, Ramchandren R, Ramakrishnan P, Skarbnik A, Martinez E, von Roemeling R, Tun HW.  A Multi-Center, Dose-Finding Study to Assess Safety, Tolerability, Pharmacokinetics and Preliminary Efficacy of CA-4948 an IRAK4 inhibitor in combination with ibrutinib (BTKi), in Patients with Relapsed or Refractory Hematologic Malignancies.  2020 American Society of Hematology Annual Meeting (San Diego, CA).

140.  Shah NN, Zurko J, **Fenske TS**, Hamadani M, Schneider D, Xu H, Chaney K, Dropulic B, Johnson BD, Hari P. Clinical and Manufacturing Outcomes of LV20.19 CAR T-cells Expanded in IL-2 versus IL-7 & IL-15.  2021 Transplant & Cellular Therapy Meeting.

141. Zurko J, Xu H, Chaney K, **Fenske TS**, Hamadani M, Schneider D, Dropulic B, Hari P, Johnson B, Shah NN. 8-day versus 12-day manufacturing of LV20.19 CAR T-cells impacts single cell cytokine profiles without increasing severity of toxicities.  2021 International Society of Cell and Gene Therapy Meeting.

# EXHIBIT B

Timothy Fenske, M.D.

Materials Reviewed (in conjunction with the materials cited in the report)

| Literature |
|---|
| Acquavella J, et al. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. Environ Health Perspect 2004;112:321-326 |
| Alavanja M, et al. The Agricultural Health Study. Environ Health Perspect 1996;104:362-369 |
| Alavanja M, et al. Non-Hodgkin Lymphoma risk and insecticide, fungicide and fumigant use in the Agricultural Health Study. PLOS One 2014;9(10):1-17 |
| Altieri A, et al. Familial risk for non-Hodgkin lymphoma and other lymphoproliferative malignancies by histopathologic subtype: the Swedish Family–Cancer Database. Blood 2005;106:668-672 |
| Andreotti G, et al. Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst 2018;110:1-8 & Supp |
| Andreotti G, et al. Response to Sheppard and Shaffer. J Natl Cancer Inst 2019;111(2):djy201 |
| Anisimov V, et al. Cancer in rodents: does it tell us about cancer in humans? Nature Rev Cancer 2005;5:807-819 |
| Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate (March 2017) |
| BfR 2015 Preface – Glyphosate Renewal Assessment Report Addendum (Aug. 31, 2015) |
| BfR, European Assessment of Glyphosate is quality-assured and independent (Jan. 15, 2019) |
| BfR, Animal welfare provisions and good laboratory practice: German federal states investigate possible breaches by an animal experiment laboratory (Feb. 11, 2020) |
| Blair A, et al. Leukemia cell types and agricultural practices in Nebraska. Arch Environ Health 1985;40(4):211-214 |
| Blair A, et al. Agricultural exposures and cancer. Environ Health Perspect 1995;103:205-208 |
| Blair A, et al. Reliability of reporting on life-style and agricultural factors by a sample of participants in the Agricultural Health Study from Iowa. Epidemiology 2002;13:94-99 |
| Blanpain C, et al. DNA-damage response in tissue-specific and cancer stem cells. Cell Stem Cell 2011;8:16-29 |
| Boffetta P, et al. Occupation and the risk of non-Hodgkin lymphoma, Cancer Epidemiol Biomarkers Prev 2007;16(3):369–372 |
| Bolognesi C, et al. Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health 2009;72:986-997 |
| Bonomini F, et al. Atherosclerosis and oxidative stress. Histol Histopathol 2008;23:381-390 |
| Bonneel N, et al. The scientific method is forgotten in the media (translated from French). *available at* https://www.lesoleil.com/actualite/science/la-methode-scientifique-oubliee-dans-les-medias-b2ffb3daae4555df5a140e0252b067ef |
| Bonovas S, et al. Statins and cancer risk: a literature-based meta-analysis and meta-regression analysis of 35 randomized controlled trials. J Clin Oncol 2006;24:4808-4817 |
| Bracken MB. Why are so many epidemiology associations inflated or wrong? Does poorly conducted animal research suggest implausible hypotheses? Ann Epidemiol 2009;19:220-224 |
| Bradford PT, et al. Increased risk of second primary cancers after a diagnosis of melanoma. Arch Dermatol 2010;146:265-272 |

1

Browning DRL, et al. Statins and cancer risk: a systematic review and meta-analysis. Int J Cancer 2006;120:833-843

Burmeister L, et al. Selected Cancer Mortality and Farm Practices in Iowa. Am J Epidemiology 1983;118:72-77

Caini S, et al. The risk of developing a second primary cancer in melanoma patients: a comprehensive review of the literature and meta-analysis. J Dermatol Science 2014;75:3-9

Cantor K. Farming and Mortality from Non-Hodgkin's Lymphoma: A Case-Control Study. Int'l J Cancer 1982;29:239-247

Cantor KP, et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Research 1992;52:2447-2455

Castillo J, et al. Obesity is Associated with Increased Relative Risk of Diffuse Large B-Cell Lymphoma: A Meta-Analysis of Observational Studies. Clin Lymphoma Myeloma Leuk 2014; 14(2):122-130

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B 2016;51(6):402-428

Chao C, et al. Type 2 diabetes mellitus and risk of non-Hodgkin lymphoma: A systematic review and meta-analysis, Am J Epidemiol 2008;168:471-480

Chiu BC, et al. Agricultural pesticide use and risk of t(14;18)-defined subtypes of non-Hodgkin lymphoma. Blood 2006;108:1363-1369

Chiu BC, et al. Cigarette smoking, familial hematopoietic cancer, hair dye use, and risk of t(14;18)-defined subtypes of non-Hodgkin's lymphoma, Am J Epidemiol 2007;165:652-659

Cho HG, et al. Frequent basal cell cancer development is a clinical marker for inherited cancer susceptibility. JCI Insight 2018;3:e122744

Coble J, et al. An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study. Int J Environ Res Public Health 2011;8:4608-4622

Cocco P, et al. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph Study. Occup Environ Med 2013;70:91-98

Colt JS, et al. Residential insecticide use and risk of non-Hodgkin's lymphoma. Cancer Epidemiol Biomarkers Prev 2006;15(2):251-257

Comerford C. Evaluation of urinary glyphosate levels following simulated consumer application of Roundup (Abstract No. 1274), Apr. 2020

Crump K. The potential effects of recall bias and selection bias on the epidemiological evidence for the carcinogenicity of glyphosate. Risk Anal 2020;40(4):696-704

Crump K, et al. Accounting for Multiple Comparisons in Statistical Analysis of the Extensive Bioassay Data on Glyphosate. Toxicol Sci 2020 Jun 1;175(2):156-167

Dal Maso L, et al. Hepatitis C Virus and Risk of Lymphoma and Other Lymphoid Neoplasms: A Meta-analysis of Epidemiologic Studies. Cancer Epidemiology, Biomarkers & Prevention 2006;15(11):2078-2085

Dale KM, et al. Statins and cancer risk. JAMA 2006;295:74-80

Dalia S, et al. Hepatitis B Infection Increases the Risk of Non-Hodgkin Lymphoma: A Meta-Analysis of Observational Studies. Leukemia Research 2013;37:1107-1115

De Roos A, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 2003;60:E11

De Roos A, et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 2005;113:49-54

DellaValle CT, et al. Risk-accepting personality and personal protective equipment use within the Agricultural Health Study. J Agromedicine 2012;17:264-276

Donato F, et al., Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis, Med Lav 2020;111(1): 63–73

Eriksson M, et al. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 2008;123:1657-1663

European Chemicals Agency (ECHA), Committee for Risk Assessment Opinion on Glyphosate Through RAC Evaluation of Carcinogenicity (March 15, 2017)

European Food Safety Authority (EFSA), EFSA Explains the Carcinogenicity Assessment of Glyphosate (Nov. 12, 2015)

Fallah M, et al. Autoimmune Diseases Associated with Non-Hodgkin Lymphoma: A Nationwide Cohort Study. Annals of Oncology 2014;25:2025-2030

Fisher RI, et al. Diffuse Aggressive Lymphoma. Hematology Am Soc Hematol Educ Program 2004;221-36

Fisher-Wellman K, et al. Acute exercise and oxidative stress: a 30 year history. Dyn Med 2009 Jan 13;8:1

Food and Agriculture Organization of the United Nations (FAO) and World Health Organization (WHO), Summary Report on Pesticide Residues (May 2016)

Food Safety Commission of Japan, Glyphosate Summary. Food Safety 2016;4(3):93–102

Frisch M, et al.  Risk for subsequent cancer after diagnosis of basal cell carcinoma: a population-based, epidemiologic study. Ann Intern Med 1996;125:815-821

Giacco F, et al. Oxidative Stress and Diabetic Complications. Circ Res 2010;107:1058-1070

Gillezeau C, et al. The evidence of human exposure to glyphosate: a review. Environ Health 2019;18:1-14

Goggins WB, et al. Evidence for an association between cutaneous melanoma and non-Hodgkin lymphoma. Cancer 2001;91:874-880

Goldin LR, et al. Autoimmunity and lymphomagenesis. Int J Cancer 2009;124:1497–1502

Gray GM, et al. The federal government's Agricultural Health Study: a critical review with suggested improvements. Human Ecol Risk Assessment 2000;6(1):47-71

Greim H, et al.  Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. Crit Rev Toxicol 2015;45:185-208

Guyton K, et al. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol 2015;16:490-491

Hall P, et al.  Non-Hodgkin's lymphoma and skin malignancies: shared etiology? Int J Cancer 1995;62:519-522

Hardell L, et al. Malignant Lymphoma and Exposure to Chemicals, Especially Organic Solvents, Chlorophenols and Phenoxy Acids: A Case-Control Study. Br J Cancer 1981;43:169-176

Hardell L, et al. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer 1999;85:1353-1360

Hardell, L, et al. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma 2002;43:1043-1049

Harrington D, et al. New guidelines for statistical reporting in the *Journal.* New England J Med 2019;381(3):285-286

Hartge P, et al. Residential herbicide use and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev 2005;14(4):934-937

Health Canada, Re-evaluation Decision: Glyphosate (RVD2017-01) (2017)

Health Canada, Statement from Health Canada on Glyphosate (Jan. 11, 2019)

Hedstrom G, et al. The impact of age on survival of diffuse large B-cell lymphoma: a population-based study. Acta Oncologica 2015;54:916-923

Heltshe S, et al. Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. J Exposure Sci Environ Epidemiol 2012;22:409-416

Hemminki K, Dong C. Subsequent cancers after in situ and invasive squamous cell carcinoma of the skin. Arch Dermatol 2000;136:647-651

Hidayat K, et al. Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies. Critical Reviews in Oncology 2018; 129: 113-123

Hohenadel K, et al. Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces. Int. J. Environ. Res. Public Health 2011; 8:2320-2330

Hoppin J, et al. Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study. J Exposure Analysis & Environ Epidemiol 2002;12:313-318

International Agency for Research on Cancer (IARC), Monograph 112: Glyphosate (2015)

Kabat GC, et al. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control 2021 Jan 15 (Epublication)

Kougias D, et al. Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup using a Margin of Safety (MOS) Approach. Risk Anal 2020;1-23

Koutros S, et al. An update of cancer incidence in the Agricultural Health Study. J Occupational & Envtl Med 2010;52:1098

Koutros S, et al. Non-Hodgkin lymphoma risk and organophosphate and carbamate insecticide use in the north American pooled project. Envtl Int'l 2019;127:199-205

Kubica AW, et al. Increased Metastasis of Malignant Fibrous Histiocytoma in Patients With Chronic Lymphocytic Leukemia and Non-Hodgkin Lymphoma. Mayo Clin Proc 2011;86(8):738-743

Lahouel K, et al. Revisiting the tumorigenesis timeline with a data-driven generative model. Proc Natl Acad Sci 2020;117:857-864

Larsson S, et al. Obesity and Risk of Non-Hodgkin's Lymphoma: A Meta-Analysis. Int J Cancer 2007;47:1564-1570

Larsson S, et al. Body mass index and risk of non-Hodgkin's and Hodgkin's lymphoma: A meta-analysis of prospective studies. European Journal of Cancer 2011; 47:2422-2430

Lens MB, et al. An association between cutaneous melanoma and non-Hodgkin's lymphoma: pooled analysis of published data with a review. Annals Oncology 2005;16:460-465

Leon M, et al. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. International J Epidemiol 2019;1-17

Lewis RE. Current Concepts in Antifungal Pharmacology. Mayo Clin Proc 2011;86(8):805-817

Li M, et al. Hepatitis B Virus and Risk of Non-Hodgkin Lymphoma: An Updated Meta-Analysis of 58 Studies. J of Viral Hepatitis 2018;25(8):894-903

Lindhal, T. Instability and decay of the primary structure of DNA. Nature 1993;362:709-715

Lynch M. Rate, molecular spectrum, and consequences of human mutation. Proceed Natl Acad Sci 2010;107:961-968

MacDonald JS. The toxicology of HMG-CoA reductase inhibitors: prediction of human risk. Toxicol Pathol 2004;32(Suppl. 2):26-41

Martens MA, et al., Toxicology and human health risk assessment of polyethoxylated tallow amine surfactant used in glyphosate formulations. Regulatory Toxicol & Pharmacol 2019 Oct;107:104347 (Epub)

Maurer MJ, et al. Event-Free Survival at 24 Months Is a Robust End Point for Disease-Related Outcome in Diffuse Large B-Cell Lymphoma Treated With Immunochemotherapy. J Clin Oncol 2014;32:1066-1073

McDuffie H, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001;10(11):1155-1163

Mellemkjaer L, et al. Autoimmune Disease in Individuals and Close Family Members and Susceptibility to Non-Hodgkin's Lymphoma. Arthritis & Rheumatism 2008;58(3):657-666

Miller FJ, et al. Superoxide Production in Vascular Smooth Muscle Contributes to Oxidative Stress and Impaired Relaxation in Atherosclerosis. Circ Res 1998;82:1298-1305

Mitri J, et al. Diabetes and risk of non-Hodgkin's lymphoma: a meta-analysis of observational studies. Diabetes Care 2008;31:2391-2397

Morton L, et al. Etiologic Heterogeneity among Non-Hodgkin Lymphoma Subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J National Cancer Institute Monographs 2014;48:130-144

New Zealand Environmental Protection Agency, Review of the Evidence Relating to Glyphosate and Carcinogenicity (Aug. 2016)

Newman CB, et al. AHA Scientific Statement: statin safety and associated adverse events. Arterioscler Thromb Vasc Biol 2019;39:e38-e81

Nugent Z, et al. Risk of second primary cancer and death following a diagnosis of nonmelanoma skin cancer. Cancer Epidemiol Biomarkers Prev 2005;14:2584-2590

Ong EL, et al. Subsequent primary malignancies in patients with nonmelanoma skin cancer in England: a national record-linkage study. Cancer Epidemiol Biomarkers Prev 2014;23:490-498

Orsi L, et al. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med 2009;l66:291-298

Pahwa P, et al. Soft-Tissue Sarcoma and Pesticides Exposure in Men: Results of a Canadian Case-Control Study. JOEM 2011;53(11):1279-1286

Pahwa P, et al. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health 2019 (epublication)

Pawelec G, et al.  Immunosenescence and cancer. J Geriatric Oncol 2010;1:20-26

Paz-y-Mino C, et al.  Evaluation of DNA damage in an Ecuadorian population exposed to Glyphosate. Genetics & Molec Biol 2007;30:456-460

Paz-y-Mino C, et al. Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev Environ Health 2011;26:45-51

Pierce J, et al. Pilot Study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup. Inhal Toxicol 2020;32(8): 354-367

Pon JR, et al. Driver and Passenger Mutations in Cancer. Annu Rev Pathol Mech Dis 2015; 10:25–50

Portier C, et al. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health 2016;70:741-745

Portier C. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies, Environ Health 2020;19:18

Rangarajan A, et al. Comparative biology of mouse versus human cells: modelling human cancer in mice. Nature Reviews Cancer 2003;3:952-959

Rice JR, et al. Effects of glyphosate and its formulations on markers of oxidative stress and cell viability in HepaRG and HaCaT cell lines. Presentation of the National Toxicology Program (2018)

Rice J, et al. Effects of glyphosate and its formulations on DNA damage in HepaRG and HaCaT cell lines. The Toxicologist 2019;58:214 (abstract only)

Riordan A. Evaluation of glyphosate use and NHL: a preliminary trend assessment (Abstract No. 1609), Apr. 2020

Rosenberg CA. Association of nonmelanoma skin cancer with second malignancy: the Women's Health Initiative observational study. Cancer 2004;100:130-138

Schinasi L, et al. Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis. Int J Environ Res Public Health 2014;11:4449-4527

Schwarz KB. Oxidative stress during viral infection: A review. Free Radic Biol Med 1996;21(5):641-649

SEER Cancer Stat Facts (2020): Non-Hodgkin Lymphoma. *available at* https://seer.cancer.gov/statfacts/html/nhl.html

Sheppard L, et al. LTTE: Glyphosate use and cancer incidence in the Agricultural Health Study. JNCI 2019 (epublication)

Sills J, et al. Letters to the Editor re: Tomasetti 2015 and Cancer Risk: Role of Environment (& Author Response). Science 2015;347(6223):727-731

Singh S, et al. Statins are associated with a reduced risk of hepatocellular cancer: A systematic review and meta-analysis. Gastroenterology 2013;144:323–332

Song M, et al. Cancer prevention: molecular and epidemiologic consensus. Science 2018;361(6409):1317-1318

Stratton MR, et al. The cancer genome. Nature 2009;458(7239):719–724.

Swartz CD, et al. Comparison of the genotoxicity of glyphosate, aminomethylphosphonic acid, and glyphosate-based formulations using *in vitro* approaches. Presentation of the National Toxicology Program (2019)

Swerdlow SH, et al. Updated WHO classification of hematological malignancies: the 2016 revision of the World Health Organization classification of lymphoid neoplasms, Blood 2016;127:2375-2390

Swerdlow SH, et al. WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues 2017 (Revised 4th ed.)

Tarazona J, et al. Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC. Arch Toxicol 2017;91:2723-2743

Tarone R. On the International Agency for Research on Cancer Classification of glyphosate as a probable human carcinogen. European J Cancer Prevention 2018;27:82-87

| |
|---|
| Tomasetti C, et al. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. Proceed Natl Acad Sci 2013;110(6):1999-2004 |
| Tomasetti C, Vogelstein B. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science 2015;347(6217):78-81 |
| Tomasetti C, et al. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science 2017;355:1330-1334 |
| Tomasetti C. Mutated clones are the new normal. Science 2019;364(6444):938-939 |
| U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (ATSDR) - Toxicological Profile for Glyphosate, Draft for Public Comment (Apr 2019) |
| U.S. Environmental Protection Agency, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, Section 6: Data Integration & Weight-of-Evidence Analysis Across Multiple Lines of Evidence (December 2017) |
| U.S. Environmental Protection Agency, Glyphosate Proposed Interim Registration Review Decision (April 2019) |
| U.S. Environmental Protection Agency, Labeling Requirements for Products that Contain Glyphosate (August 7, 2019) |
| U.S. Environmental Protection Agency, Memorandum on Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision (Jan. 2020) |
| Verwer N, et al. Lymphoma occurring in patients with cutaneous melanoma. J Clin Pathol 2010;63:777-781 |
| Villano J, et al. Age, gender, and racial differences in incidence and survival in primary CNS Lymphoma. British J Cancer 2011;105:1414-1418 |
| Vogelstein B, et al. Cancer Genome Landscapes. Science 2013;339(6127):1546-58 |
| Wang Y, et al. Association between type 1 and type 2 diabetes and risk of non-Hodgkin's lymphoma: a meta-analysis of cohort studies. Diabetes Metab 2020;46(1):8-19 |
| Weiss SW, et al. Malignant Fibrous Histiocytoma, An Analysis of 200 Cases. Cancer 1978;41:2250-2266 |
| Wheless L, et al. Nonmelanoma skin cancer and the risk of second primary cancers: a systematic review. Cancer Epidemiol Biomarkers Prev 2010;19:1686-1695 |
| Willett EV, et al. Non-Hodgkin lymphoma and obesity: A pooled analysis from the InterLymph consortium. Int J Cancer 2008;122:2062–2070 |
| Wozniak E, et al. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk Assessment. Food Chem Toxicol 2018;120:510–522 |
| Zhang L, et al. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res 2019;781:186-206 |
| **Expert Reports** |
| Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Updated Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Rebuttal Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |

| |
|---|
| Supplemental Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Christopher J. Portier, Ph.D. (In Re Roundup Products Liability, Wave 2) |
| Expert Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Rebuttal Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Dennis Weisenburger, M.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Dennis Weisenburger, M.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Charles W. Jameson, Ph.D. In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Charles W. Jameson, Ph.D. Pursuant to PTO No. 34 and In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Charles W. Jameson, Ph.D. Pursuant to PTO No. 34 and In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) (Wave 2) |
| Expert Report of Charles M. Benbrook, PhD on Behalf of Mark Pecorelli, Individually and as Representative of the Estate of Michael Pecorelli (Pecorelli v. Monsanto Company; 3:16-cv-06936) |
| Expert Report of William R. Sawyer, Ph.D. (Re: Pecorelli v. Monsanto) |
| Expert Report of Dr. Lauren Pinter-Brown in Support of Specific-Causation on Behalf of the Estate of Michael Pecorelli |
| Expert Report of Dennis D. Weisenburger, M.D. (Specific Causation Report for Mr. Michael Pecorelli) |
| **Other Materials** |
| Roundup PRO Label (2007) |
| Roundup Super Concentrate Label (1991) |
| |
| **Medical Records** |
| MPecorelli-PFS-000001-10 |
| MPecorelli-PFS-000011-39 |
| MPecorelli-PFS-000040-49 |
| MPecorelli-AmitaHABMC-MD-000001-409 |
| MPecorelli-AmitaHABMC-PD-000001-4 |
| MPecorelli-AmitaHAMBC-BD-000001 |
| MPecorelli-BCBSI-000001-13 |
| MPecorelli-CJZVAMC-MD-000001 |
| MPecorelli-CJZVAMC-PD-000001 |
| MPecorelli-CJZVAMC-RD-000001 |

| |
|---|
| MPecorelli-CMMS-R5-000001-2 |
| MPecorelli-DCPOA-000001 |
| MPecorelli-DCPOA-000002-10 |
| MPecorelli-DCPOA-000011 |
| MPecorelli-DCPOA-000012 |
| MPecorelli-EGVFDA-000001-26 |
| MPecorelli-EGVFDA-000027 |
| MPecorelli-EHJVAH-MD-000001 |
| MPecorelli-EHJVAH-MD-000002-751 |
| MPecorelli-EHJVAH-MD-000752-1485 |
| MPecorelli-EHJVAH-PD-000001 |
| MPecorelli-EHJVAH-RD-000001-3 |
| MPecorelli-EHJVAH-RD-000004 |
| MPecorelli-EHJVAH-RD-000005-6 |
| MPecorelli-EHNAH-PD-000002-5 |
| MPecorelli-EHNAH-PD-000006-16 |
| MPecorelli-HumanSC-000001-3 |
| MPecorelli-JBVAMC-MD-000001-2 |
| MPecorelli-JBVAMC-PD-000001 |
| MPecorelli-JBVAMC-RD-000001 |
| MPecorelli-JHRL-000001-3 |
| MPecorelli-JHRL-000004 |
| MPecorelli-KYC-000001 |
| MPecorelli-LUMC-BD-000001-2 |
| MPecorelli-LUMC-MD-000001-25 |
| MPecorelli-LUMC-PD-000001 |
| MPecorelli-LUMC-RD-000001 |
| MPecorelli-LUMC-RD-000002 |
| MPecorelli-LUPG-BD-000001-2 |
| MPecorelli-NCHosp-MD-000001 |
| MPecorelli-NO&H-000001-53 |
| MPecorelli-PPR-000001-750 |
| MPecorelli-PPR-000751-1433 |
| MPecorelli-PPR-001434-2183 |
| MPecorelli-PPR-002184-2860 |
| MPecorelli-RushUMC-MD-000001 |
| MPecorelli-RushUMC-PD-000001 |
| MPecorelli-SLA-BD-000001-2 |
| MPecorelli-SLA-MD-000001-8 |
| MPecorelli-SLA-MD-000009 |
| MPecorelli-UIH&HSS-BD-000001 |

| |
|---|
| MPecorelli-UIH&HSS-PD-000001 |
| MPecorelli-UIH&HSS-RD-000001 |
| MPecorelli-VAROICenter-000001 |
| **Depositions** |
| Deposition of Jeffrey Kanofsky, M.D., taken 03/13/2020 and Exhibits |
| Deposition of Arti Lakhani, M.D., taken 03/12/2020 and Exhibits |
| Deposition of Steven Leibach, M.D., taken 07/23/2020 and Exhibits |
| Deposition of Mark Pecorelli, taken 11/12/2019 and Exhibits |