# Exhibit 15

Privileged and Confidential

Expert Report of Dr. Robert Phalen – Pecorelli v. Monsanto -- Privileged and Confidential


**Summary**

An exposure assessment was performed to determine the daily systemic doses of glyphosate for Michael Pecorelli, who was reported to have used glyphosate-based herbicides over a 28-year period, between 1976 and 2003, prior to his NHL diagnosis.  From a review of the physical and chemical properties of glyphosate, it was determined that glyphosate is strongly hydrophilic, for which the human skin is an excellent barrier, and thus the rate of dermal absorption is very low. In addition, for those using glyphosate-based herbicides for weed control, skin contact and subsequent dermal absorption is the primary route of exposure for glyphosate.  Following dermal absorption, glyphosate is not active in the body, is not significantly metabolized, and is rapidly eliminated from the body almost exclusively in the urine.  From a review of the literature, it was determined that the in vitro human skin dermal absorption rates are, as expected, very low which would indicate that systemic doses would likely be very low as well.

From a review of biomonitoring data for applicators using glyphosate-based herbicides, the body of evidence in the literature support these conclusions that systemic doses in applicators are very low, well below existing regulatory thresholds, and much lower than doses seen in animal models.  For example, from a review study, the 90th percentile systemic dose of 0.0014 mg/kg/day for biomonitoring results in applicators were approximately 700-times less than the proposed U.S. EPA Chronic Reference Dose (RfD) of 1.0 mg/kg/day (Solomon, 2019; USEPA HHRA, 2017), with the 50th percentile dose at 0.0003 mg/kg/day approximately 3000-times lower.  Because this RfD is orally derived, even assuming 20% absorption via the GI tract with a normalized RfD of 0.2 mg/kg/day (EFSA, 2015; Solomon, 2019), systemic doses would still be approximately 140 to 650 times lower than the absorbed RfD dose.  Likewise, the 90th percentile systemic dose of 0.0014 mg/kg/day in applicators was nearly a million times lower than the standard rodent dose in rodent bioassays of 1,000 mg/kg/day.

As discussed below, Michael Pecorelli's estimated highest potential daily systemic dose was 0.0012 mg/kg/day, approximately 1,000-times lower than the recently proposed U.S. EPA Chronic RfD.

The exposure assessment results for Michael Pecorelli were comparable to those observed in previous biomonitoring studies.  His estimated highest possible systemic dose was comparable to the range of observed systemic doses for operators using glyphosate-based herbicides.  It is my professional opinion that these assessments and conclusions are well supported by the body of evidence associated with the chemical and physical properties of glyphosate, the dermal absorption rate for glyphosate through human skin, the passive dosimetry data, and biomonitoring studies providing systemic doses in applicators using glyphosate-based herbicides. On any given day over the 28-year period, Mr. Pecorelli's systemic dose would likely be well below the calculated highest possible systemic dose presented here.

Privileged and Confidential

## Background

I have a Bachelor's degree in Biology (CSU Fullerton), a specialized Certificate in Occupational Safety and Health (UC Irvine Continuing Education), and a Ph.D. in Environmental Health Science, with specialization in industrial hygiene (UC Los Angeles). Throughout my education and career, I have researched dermal and inhalation exposures for a variety of chemicals, including pesticides. A portion of my research has focused on the effect of personal protective equipment on the dermal absorption of pesticides.

I am a Board Certified Industrial Hygienist (CIH) knowledgeable on the recognition, evaluation, and control of chemical, physical, and biological hazards in the workplace, as well as within the communities we live in.

I have been a member of the American Industrial Hygiene Association (AIHA) for over 20 years, actively serving on the Protective Clothing and Equipment Committee, and in various other roles. I serve as a peer-reviewer for AIHA's Journal of Occupational and Environmental Hygiene and publish articles in the journal. I also serve as a peer-reviewer for other journals that publish articles on industrial hygiene issues and I publish in other related journals beyond JOEH. In 2019, I was elected a Fellow of AIHA, for my years of service and contributions to the profession.

In addition to serving the professional community, I am also active in community service and outreach. While at California State University San Bernardino, I was the director of an environmental sustainability institute, where we worked to address local air quality concerns and environmental justice issues, as well as conduct outreach to middle and high school students.

I am currently an Associate Professor and Program Chair of the Occupational Safety and Health program at University of Houston Clear Lake. In addition to overseeing our program, I teach a variety of industrial hygiene courses at the undergraduate and graduate level, mentor graduate students on their research projects, conduct research with colleagues and students, and serve on various university and community committees.

I have been asked to evaluate the existing database regarding human exposure to glyphosate via the use of glyphosate-based herbicides. I also have been asked to evaluate the exposure of Michael Pecorelli to glyphosate from his use of glyphosate-based herbicides.

As a site visit is currently not available due to COVID-19, I reserve the right to amend or supplement my opinions as new evidence becomes available.

All opinions expressed herein are held to a reasonable degree of scientific certainty. A copy of my CV is attached as Exhibit A. I have offered expert testimony at trial in Pilliod v. Monsanto Co., RG17862702 and at deposition in the following matters: Adams et al. v. Monsanto Co., 17SL-CC02721; Caballero v. Monsanto Co., MSC 19-01821; Dickey v. Monsanto Co., 3:19-cv-04102-VC; Domina v. Monsanto Co., 3:16-cv-05887-VC; Janzen v. Monsanto Co., No. 3:19-cv-04103-VC; Pollard v. Monsanto Co., 3:19-cv-04100-VC. My customary rate for my professional time is $245 an hour for reviewing materials and writing reports and $345 per hour for depositions or trial testimony. A list of the materials I relied on is attached as Exhibit B.

Privileged and Confidential

## Industrial Hygiene

The American Board of Industrial Hygiene (ABIH) certifies professionals in the field of industrial hygiene.  The group defines industrial hygiene as:

"… the science of protecting and enhancing the health and safety of people at work and in their communities. Health and safety hazards cover a wide range of chemical, physical, biological and ergonomic stressors. Those dedicated to anticipating, recognizing, evaluating and controlling those hazards are known as Industrial Hygienists. They are professionals dedicated to the well-being of people – at work, at home and in the community."

Our profession is defined by these principles and as an industrial hygienist it is my duty to be objective and independent in my professional judgments, and to act in the best interests of protecting the health and well-being of those in the workforce and community.

## Glyphosate the Chemical, Properties, and Toxicity

Glyphosate is the active ingredient in Monsanto's Roundup herbicide products, which are used predominantly for weed control in agriculture, forestry, landscaping, and residential use.  The active ingredient is a weak acid form (glyphosate acid), but it is commonly mixed in formulations as a salt to increase solubility and decrease degradation.  When applied to the leaves of broadleaf plants and grasses, it is taken up by the plant and inhibits an enzymatic process critical for plant survival.

It must be noted that glyphosate is an organophosphorus compound, meaning it is an organic compound that contains a phosphate, but it is structurally different from the class of organophosphates (or phosphate esters) associated with nerve agent pesticides that inhibit acetylcholinesterase.  Glyphosate is classified as a phosphonate, in which the phosphate is bound to a carbon, whereas phosphate esters lack the phosphorous-carbon bond.  The chemistry and toxicological profiles in plants and humans is different between phosphonates and phosphate esters.  Thus, glyphosate must be evaluated separately from organophosphate pesticides.

The U.S. Environmental Protection Agency (U.S. EPA) categorizes glyphosate as having low acute toxicity for the oral, dermal and inhalation routes of exposure (EPA HHRA).  This is a desirable toxicity profile for herbicides.

Some of the important properties of glyphosate relevant to human exposures include its physical state, molecular weight, solubility in water, solubility in organic solvents, octanol-water partition coefficient (log Kow), and vapor pressure.  These chemical properties control how glyphosate interacts with cells, tissues, and the environment, as well as its absorption, distribution, and excretion from the body.  These properties are provided in Table 1.

Privileged and Confidential

Table 1. Notable Chemical and Physical Properties of Glyphosate and its Isopropylamine Salt (Source: ATSDR Toxicological Profile for Glyphosate, 2019).

| Property | Glyphosate | Glyphosate isopropylamine salt |
|---|---|---|
| Molecular weight | 169.1 | 228.2 |
| Color | White | White |
| Physical state | Solid; crystals | Powder |
| Melting point | 230°C (decomposes) | Two stages: 143–164 and 189–223°C |
| Boiling point | No data | Decomposes without boiling |
| Density at 20°C | 1.705 | 1.482 |
| Odor | Odorless | Odorless |
| Odor threshold: | | |
|    Water | No data | No data |
|    Air | No data | No data |
| Solubility: | | |
|    Water at 25°C | 12,000 mg/L<br>10,500 mg/L (pH 1.9, 20°C) | 1,050,000 mg/L (pH 4.3, 25°C) |
|    Organic solvent(s) | Insoluble in most organic solvents: acetone, ethanol, and xylene | Dichloromethane 184 mg/L at 20°C; methanol 15,880 mg/L at 20°C |
| Dissociation constants: | $pKa_1$ 0.8; $pKa_2$ 3; $pKa_3$ 6; $pKa_4$ 11; $pKa_1{}^b$ <2; $pKa_2{}^b$ 2.6; $pKa_3{}^b$ 5.6; $pKa_4{}^b$ 10.6 | $pKa_1$ 2.18 at 20°C (monophosphate); $pKa_2$ 5.77 at 20°C (carboxylic acid) |
| Partition coefficients: | | |
|    Log $K_{ow}$ | <-3.4 | -5.4 |
|    Log $K_{oc}$ | 3.4–3.7 ($K_{oc}$=2,600–4,900)[c] | No data |
| Vapor pressure at 25°C | $9.8 \times 10^{-8}$ | $1.58 \times 10^{-8}$ |
| Henry's law constant | $2.1 \times 10^{-12}$ atm-m³/mol at 25°C[d] | $3.3 \times 10^{-15}$ atm-m³/mol at 25°C[d] |
| Autoignition temperature | No data | No data |
| Flashpoint | Not flammable | No data |
| Flammability limits | No data | No data |
| Explosive limits | No data | No data |

[a]All information obtained from either McBean (2011) or O'Neil et al. (2013).
[c]Glass 1987.
[b]Sprankle et al. 1975.
[d]EPI Suite 2012.

Due to its physical state and negligible vapor pressure, inhalation exposures are considered negligible (EPA OPP, 2017). The most common route of exposure to glyphosate for those using glyphosate-based herbicides is dermally through skin contact (EPA OPP, 2017). However, due to glyphosate's molecular weight, moderate water solubility, and poor solubility in organic substrates, dermal absorption occurs slowly and very little penetrates the outer epidermis of the skin. The outer epidermis is waxy and lipophilic (lipid-based), acting as a barrier to water and water-soluble compounds like glyphosate.

In addition, the isopropylamine salt of glyphosate, common to many formulations, has a higher molecular weight, lower vapor pressure, much higher water solubility, and lower log-octanol

Privileged and Confidential

partition coefficient (log Kow) than the glyphosate acid.  Thus, absorption through the skin is expected to be less for the isopropylamine salt of glyphosate in comparison to the glyphosate acid.

By contrast, lipophilic compounds are generally more easily absorbed through skin.  For instance, the pesticide malathion is fully soluble with most organic solvents, only slightly soluble in water, with a log Kow of 2.75 (Nielsen, 2009) which means it prefers lipids to water. This is opposite of glyphosate.  Dermal absorption and transport through the skin for malathion is up to 56 times faster than glyphosate (Nielsen et al. 2007; Nielsen et al. 2009). Thus, the log Kow and molecular weight are good predictors of dermal absorption (Keil et al., 2009).

Therefore, based on its chemical and physical properties, it is expected that dermal exposures to glyphosate-based herbicides will not lead to large systemic doses of glyphosate in the human body. Human biomonitoring studies confirm that this is the case.

**Properties of Human Skin**

The skin serves a variety of important functions, one of which is as a protective barrier against the entry of pathogenic microorganisms and toxic substances into the body.  It also prevents water and nutrient loss from the body.  There are two distinct regions of the skin: the avascular outer epidermis and the vascular inner dermis.



Figure 3. Schematic diagram of skin structure (Kielhorn, 2006).

Privileged and Confidential

A diagram of the structure of human skin is provided above.  The outer stratum corneum (SC) plays a key role in the barrier function of the skin, especially for water, water-based chemicals, and other polar chemicals.  Non-polar solvents and chemicals can readily pass through the cells (transcellular route) and lipid matrix in the SC; however, polar substances are largely repelled and forced around the corneocytes and lipid matrix in a tortuous pathway (intercellular route) that significantly reduces transport across the SC, as shown in the figure below (Kielhorn, 2006).



Figure 4. Routes of diffusion through the stratum corneum (Kielhorn, 2006).

**Transport of Chemicals through the Stratum Corneum**

There are three main mechanisms of transport of chemicals through the SC: 1) transcellular absorption through the keratin-laden corneocytes; 2) intercellular absorption around the corneocytes and lipid matrix; and 3) absorption through appendages or shunts, such as hair follicles, sweat glands and sebaceous glands.  However, because these shunts make up less than 1% of the total skin area, they do not play a significant role in the transport of chemicals through the skin in humans.  In addition, the sebaceous glands, associated with hair follicles, secrete an oily or waxy sebum that helps waterproof the hair and skin.

One key component of the first two mechanisms of transport is "like dissolves like."  The primary barrier of the skin, the SC, is lipid-rich and non-polar in nature, and thus non-polar substances will more readily dissolve in the lipid matrix, transport across lipid-based cell membranes, and move through the skin.  In contrast, polar substances, such as water, water-based solutions, and polar chemicals will be largely repelled by the SC and not transport through corneocytes.  If a significant amount of outer skin contamination occurs, then these polar substances would be transported through the skin through a tortuous pathway around corneocytes and the lipid matrix, which serves to restrict and reduce transport.  Thus, the SC is an excellent barrier to polar substances, such as water, water-based solutions, and polar chemicals.

Glyphosate in Roundup® falls under this class of a polar substance delivered in a water-based (aqueous) solution.  Thus, transport through the skin will be predominantly via the much slower and torturous intercellular route, and so little glyphosate will be absorbed through the skin.

**Chemical Permeation through the Skin**

Even though polarity plays an important role in the transport of chemicals across the skin, the skin is not an impermeable barrier and chemicals can move through the SC and skin following the principles of passive diffusion.  Diffusion is the net movement of molecules from a higher to lower concentration.  It is described by Fick's laws of diffusion, where the rate of transfer in $mg/cm^2/h$ (known as flux) is proportional to the change in concentration over time. The primary assumptions related to the SC are that the cells are non-living and thus active transport does not occur (Kielhorn, 2006), and the compound does not bind to the SC, which has been shown to be the case with glyphosate (Wester, 1991).

One can also look at the permeation curve of the substance through the skin to validate if Fickian diffusion is occurring.  In the case of glyphosate, Fickian diffusion through the human epidermis is well supported in the literature (Davies 2015, Davies, 2016, Davies 2017, Hadfield 2012, Nielsen 2007, Nielsen 2009, Smith, 2014, Smith 2015, Ward 2010a, and Ward, 2010b).

With diffusion and the SC, the flux is the rate of transport through the SC, which is important when evaluating skin exposures, as it can directly relate to the systemic dose with polar substances.  Once a polar substance crosses the SC and epidermis to the dermis, it is available for uptake into the blood circulation, which would contribute to the systemic dose. The advantage of using flux with polar substances is that the flux is the rate-limiting factor directly related to the systemic dose.  It is for this reason it is recommended to use the flux with substance that had a log Kow less than 3.5 (U.S. EPA, 2007, Keil et al. 2009).  The log Kow for glyphosate ranges from less than -3.4 (ATSDR 2019) to -1.7 (Nielsen 2009).

The alternative to using flux through the epidermis is to use the percent or fraction absorbed, which is often provided in chemical permeation studies.  The advantage is that it is simple and easy to apply percent absorbed dose in exposure assessments, especially passive dosimetry studies that do not evaluate skin permeation directly.  In addition, if active transport across cell membranes or binding to cells is possible, then flux could be variable and often overestimate exposures.  This is not the case with glyphosate.  The disadvantage of using percent absorption

Privileged and Confidential

in exposure assessments is that it can be more imprecise (Keil et al. 2009), may vary with concentration, and depending on where the value comes from it may vary considerably from one formulation to the next.

Whether one uses flux or percent absorption, the end-result of the exposure assessment should be validated by comparing the results to available biomonitoring data and measured systemic doses. This was the approach I took in validating the accuracy of my exposure assessment calculations.

### Factors that can Affect Permeation through the Skin

### Chemical and Physical Properties

As discussed earlier, the physical and chemical properties of a compound can affect its permeation and movement through the skin. For glyphosate and permeation through the skin, these factors include:

- Partitioning in water versus lipids (log Kow);
- Concentration; and
- The vehicle or matrix it is in (e.g., a product formulation).

The ocatanol-water partition coefficient (log Kow) is a measure of the lipophilic (lipid soluble) or hydrophilic (water soluble) state of a compound. In general, more lipophilic compounds with a higher log Kow will partition readily into the SC and can also cross cell membranes, whereas more hydrophilic compounds will not.

Concentration can also affect chemical permeation, with potential for lower concentrations of the study chemical to permeate faster than higher concentrations when measured as a percentage. However, when the concentration is lower, the absolute amount permeated will often be lower than the amount permeated with higher concentrations. With glyphosate, this is well supported by the literature in those studies reporting the flux or permeability coefficient.

It has been suggested that the surfactants in Roundup® formulations may affect the skin permeation of glyphosate. The available data discussed below do not suggest that surfactants play a significant role in the permeation of glyphosate through human skin. Data on formulated products should be taken into account when evaluating human exposure. This was the approach I took in this exposure assessment, to use permeation data relevant to concentration in the formulation.

### Studies Evaluating Permeation of Glyphosate through Human Skin

A number of in vitro human skin studies have evaluated the permeation of glyphosate contained in mixtures of glyphosate-based herbicides and/or test vehicles containing neat glyphosate. As expected, the results all show a very low rate of flux, with inherent variation based on various factors, including concentration and the matrix/formulation (Davies 2015, Davies, 2016, Davies 2017, Franz, 1983, Nielsen 2007, Nielsen 2009, Smith, 2014, Smith 2015, Ward 2010a, and

Privileged and Confidential

Ward, 2010b).  When measured as a percentage of the test mixture absorbed, the absorption of glyphosate is generally less than 1%.[1]  I will discuss a few representative examples below.

Franz (1983) evaluated the skin permeation of three Roundup® formulations through in vitro human skin with an exposure time of 24 hours and a total evaluation time of 48 hours.  The benefits from this study were: 1) formulations common to residential and agricultural use were evaluated; 2) the effect of surfactants in the formulation was evaluated; 3) the effects of dilution were evaluated; and 4) partitioning in the skin and skin wash efficiency were evaluated.  With the addition of surfactants, little difference was observed in the average flux between Mon 0139 and the concentrated Roundup® formulation, which were 3.4 x10-6 and 4.7 x 10-6 mg/cm$^2$/h, respectively.  This difference was less than 40%.  With dilution, the flux was over 20 times lower for the Roundup® Spray Mix formulation (2.1 x 10-7 mg/cm$^2$/h) compared to the concentrated Roundup® formulation. In addition, the total recoveries of glyphosate were excellent (99 to 101%) and the results showed that very little of the glyphosate remains in the epidermis (0.04 to 4%) and dermis (0.015 to 0.042%).  Studies in the literature report that glyphosate remaining in the epidermis is expected to be unavailable for absorption (Maibach, 1983, Nielsen, 2007).  Skin washes with water effectively removed 92 to 100.9% of the glyphosate from the outer surface of the skin, suggesting that the glyphosate not absorbed through the skin remains on the outer skin surface.

In a similar and later study, Davies (2017) evaluated in vitro human skin permeation with a concentrated formulation and spray strength dilution with a 6-hour exposure time and a total evaluation time of 24 hours.  For the concentrated formulation, the mean flux was 3.4 x 10-5 mg/cm$^2$/h.  For the spray dilution, the mean flux was 2.0 x 10-7 mg/cm$^2$/h, similar to that of Franz (1983).  The total recoveries were excellent, all at or above 100%, and skin washes effectively removed greater than 97% of the glyphosate from the outer surface of the skin.

Nielsen (2009) evaluated in vitro human skin permeation of a diluted concentration of glyphosate (4 mg/mL) with exposure over an entire 48-hour period.  The maximum flux was 2.4 x 10-5 mg/cm$^2$/h.  This result was higher than that of Franz (1983) and Davies (2017), but it should be noted that the exposure period was much longer and the mean flux was not reported.  Nevertheless, the maximal flux was very low.  The total recovery was good at 92% and the amount of glyphosate remaining in the skin after 48 hours of exposure was 0.7%.

In summary, all three of these representative studies show that the rate of permeation for glyphosate through the human skin is very low.  The results of these studies are consistent with the other in vitro human skin permeation studies I reviewed.

---

[1] Some studies show a percent absorption above 1%.  For example, Nielsen et al. (2007) showed a percent absorption of 0.3% for intact skin and 6.7% for damaged skin.  Wester et al. (1991) showed percent absorbed values less than 2.2%, with higher percentages associated with dilute glyphosate concentrations.  The flux was still low and comparable to other studies I reviewed (e.g., Franz, 1983 and Davies, 2017).  Wester et al. (1996) showed a percent absorption of 1.42% with an aqueous solution of analytical grade glyphosate, different than those evaluating Roundup formulations (e.g., Franz, 1983 and Davies, 2017).

Privileged and Confidential

**TNO Study of Dermal Absorption in Rat Skin**

In the TNO report (van Burgsteden, 2003), an evaluation of in vitro rat skin permeation of two concentrated formulations (70% glyphosate) and a field dilution (1.4% glyphosate) for each of these formulations was performed with an 8-hour exposure time and analysis carried out over 48 hours.  For the concentrated formulations, the mean flux ranged from 3.6 x 10-2 to 2.3 x 10-3 mg/cm$^2$/h.  For the diluted formulations, the mean flux ranged from 1.0 x 10-4 to 1.3 x 10-4 mg/cm$^2$/h.   These results were higher than those observed with human in vitro studies, which can be attributed to a number of factors.  The data reported by the authors suggest several methodological issues with the study, including observed damage to the epidermis and SC, difficulties quantifying the exact amount applied to the skin, highly variable and poor recoveries that were unexplained, and too much variation within test groups to report their conclusions.  It should also be noted that significant variation in tritium water permeability (up to 3.7-fold) was observed within groups prior to application of glyphosate, indicating variation between skin specimens that existed prior to testing.  Thus, the skin media being used was not sufficiently similar within and between test groups.  Ultimately, the study authors concluded there was too much variation and uncertainty within the study to reach conclusions about rat dermal skin absorption of glyphosate.  I agree with this conclusion.

**Absorption, Distribution, Metabolism, and Excretion**

A number of studies were conducted to explain the movement of glyphosate through the body. The absorption, distribution, metabolism, and excretion (ADME) of glyphosate from the body are important considerations when conducting an exposure and dose assessment.  The amount of glyphosate that enters the body and how quickly and efficiently it is eliminated from the body are parameters used to determine the systemic dose a person applying glyphosate-based herbicides would receive.

**Absorption**

The primary route of exposure associated with use of glyphosate-based herbicides is skin absorption (Curwin et al., 2007).  As previously discussed, when measured as a percentage of the test mixture absorbed, the absorption of glyphosate through the human skin is generally less than 1%.

Wester et al. (1991) evaluated the binding of glyphosate in formulation to human SC.  The total amount of glyphosate retained in the SC was ≤ 0.05%, with more than 90% in the test vehicle, and the remaining recovered in the water rinse. The results were consistent with in vitro human skin permeation studies (Franz, 1983, Nielsen, 2009).  This is further supported by studies in the literature that report glyphosate remaining in the epidermis is expected to be unavailable for absorption (Maibach, 1983, Nielsen, 2007).

Privileged and Confidential

### Distribution and Metabolism

Adequate human data on the distribution of glyphosate in systemic tissues was not available in the literature, and thus in vivo animal studies have been used to describe distribution.[2]  Some of the studies that examined this endpoint include Ridley (1988), Brewster (1991), Wester (1991), and BfR (2013, revised 2015).  These studies indicate that glyphosate is widely distributed throughout the body with no significant persistence within the body.  The Wester study evaluated blood levels of glyphosate following topical administration to monkeys and the levels detected were exceedingly low.[3]  Moreover, the Wester authors did not detect glyphosate in the remains of the monkeys seven days after glyphosate exposure.

Ridley (1988) evaluated the excretion and distribution of glyphosate in rats via intravenous (10 mg/kg) and oral (10 and 1,000 mg/kg) administration.  For the intravenous administration group, more closely related to dermal uptake, the percent of dose in the organs and tissues after seven days was low and ranged from 0.05 to 0.09 %, on average.  Of this, the highest fractions of 1.5 to 1.6 ppm were measured in the bone, with only 0.03 to 0.07 ppm measured in the bone marrow.  These results, as well as others presented in the study, are consistent with the conclusion that glyphosate is widely distributed throughout the body with no significant persistence within the body.

Brewster (1991) evaluated the metabolism and tissue distribution of glyphosate in rats via oral administration.  The percent of administered dose in the organs and tissues after seven days was low with a total body burden of 1.16%, on average.  Of this, the highest fraction of $1.06 \pm 0.04\%$ was measured in the bone.  It must be noted that the maximal tissue level of glyphosate in bone was at 6.3 hours and declined thereafter, indicating that glyphosate was not accumulating in the bone over the seven days.  These results, as well as others presented in the study, are consistent with the conclusion that glyphosate is widely distributed throughout the body with no significant persistence within the body.

In the BfR (2013, revised 2015), short half-life times between 10 to 33 h were reported for glyphosate tissue distribution and elimination.  This was lower than that of Brewster (1991), which evaluated oral administration of glyphosate in rats.

Glyphosate is poorly metabolized.  The only metabolite of note is aminomethylphosphonic acid (AMPA), which has been detected in small amounts following systemic glyphosate exposure in humans and animal models.  There is no indication in the materials I have reviewed that the AMPA metabolite is considered toxicologically significant.  The vast majority of systemically absorbed glyphosate is not metabolized (EPA OPP, 2017).

---

[2] Jauhiainen (1991) examined blood values in individuals exposed to glyphosate-based herbicides before and after application.  The study did not report any significant changes in blood values; however, the study did not examine distribution of glyphosate within human tissues.

[3] I am concerned about cross-contamination in the topically administered test groups.  However, if one assumes there was no cross-contamination the systemic dose would be approximately 0.1% of the topically administered dose of 500 μg (Hobbs, 2015, Wester, 1991).

Privileged and Confidential

## Elimination

Dermal exposures to glyphosate result in a systemic dose of the absorbed compound to the body. Essentially, this means that unlike oral exposures, a dermally absorbed dose is expected to be wholly taken up into the blood stream and distributed to all tissues. Thus, in in vivo test models an IV dose of glyphosate can be expected to mimic the elimination pathway of a dermally administered dose while avoiding the difficulties associated with recovery in topical in vivo systems.

NTP (1992) evaluated the elimination of glyphosate following an IV dose in rats. Nearly all of the administered glyphosate was eliminated via the urine, as one would expect when dealing with a hydrophilic compound. For an IV dose at 5.6 mg/kg, approximately 98% of the administered dose, on average, was eliminated via urine in the first 24 h. Likewise, Wester (1991) evaluated the elimination of glyphosate following two IV doses in monkeys. For IV doses at 93 and 9 μg, 95 and 99% of the administered dose, on average, were eliminated via urine in 7 days. Again, nearly all of the administered glyphosate was eliminated via the urine. Both of these studies achieved essentially 100% recovery of the test compound.

Wester (1991) also evaluated the elimination of glyphosate in monkeys following topical administration. Monkeys were placed in restraining chairs for the first 12-hours of the study and then placed in metabolic cages for the remainder of the study. The authors of the study do not report any presence of an additional upper belly plate while the monkeys were in the chairs (i.e., they reported the belly plate was positioned below the application site), nor do they report any hand or arm constraints to restrict the monkeys from hand-to-mouth transfer. Review of a portion of the testimony of Dr. Daniel Bucks, who was a graduate student in the lab at the time, indicated that the monkeys were able to touch the site of application and their mouths.[4] The results of the topical administration elimination study are contradictory in that one dose group of the study reports higher elimination of glyphosate in the urine as compared to the feces, while the other reports a higher proportional elimination of glyphosate in the feces as compared to in urine. Additionally, recovery of the test compound was found to be approximately 80%. Given the potential for cross-contamination in this study, the aberrant nature of the results as compared to well defined studies of the elimination of systemic doses, and the conclusion of the study authors that skin absorption should be measured via urinary elimination, the results reported in Table 4 of the Wester study do not establish any meaningful elimination of dermally absorbed glyphosate in the feces.

These conclusions on the rapid elimination of glyphosate in the urine are also supported by human biomonitoring data. Connolly et al. (2018), Faniband et al. (2021), Pierce et al. (2020), and Zoller et al. (2020) reported the peak urinary concentrations of glyphosate at approximately 3 hours, indicating that glyphosate is rapidly eliminated via the urine.

Other studies examined various ADME endpoints (Maibach, 1983, Brewster, 1991, Wester, 1996) and the body of the literature supports the conclusion that dermally administered

---

[4] Deposition of Dr. Daniel Bucks, page 107.

Privileged and Confidential

glyphosate is poorly absorbed regardless of the presence of typically used surfactants, is poorly metabolized, and is rapidly eliminated via the urine.

**Clothing Protection Factor**

Because clothing has been shown to be an effective barrier to exposure (Espanhol-Soares et al., 2013; Oltmanns et al., 2016; Wester, 1996), a clothing protection factor is typically applied in exposure assessments.

In a comprehensive review and comparative survey of over 410 datasets, Oltmanns et al. (2016) showed that most protective suits and gloves were effective and provided an exposure reduction of 80 – 100% with chemical exposures.  With pesticides, the results were a little more variable among studies, but in most cases the average exposure reduction was greater than 60% and ranged up to 99%.   This included single-layer clothing, without the use of chemically protective clothing, and a variety of glove types.

Espanhol-Soares et al. (2013) evaluated the percent protection provided by protective coveralls made of 100% cotton and a blend of 31% polyester and 69% cotton.  The study was conducted using methods specific to glyphosate applications, with a surrogate tracer used in place of glyphosate.  The garments were tested in the field with backpack spraying and using standardized laboratory tests. They were also exposed to repetitive washes with up to 30 wash cycles.  They found that both garment types provided excellent repellency with the average percent protection ranging from 94 to 97% for 100% cotton and 76 to 97.5% for the cotton blend.  The lowest reported value was a protection factor of 61% for the cotton blend.  These results are specifically related to glyphosate applications.

Wester et al. (1996) observed significantly reduced skin absorption (more than 9-fold) of a 1% solution of glyphosate with cotton fabric, which increased with addition of simulated sweat after 2 days.  From an evaluation of their results, it appears that a reasonable reduction of at least 50% would be expected with the addition of sweat at the time of application.

To account for variation in fabric types and thicknesses, as well as the effect of sweating with clothing at the time of application, a conservative approach was used when determining clothing protection factors.  The following protection factors are **examples** of those used in the exposure assessments:

- No skin covering (0%);
- Fabric pants, shirts and gloves (50%);[5] and
- Chemically-resistant, water-proof and/or rubber gloves (80%).[6]

Skin washing with water is effective at removing the majority of glyphosate administered to a skin model (Wester, 1991, Zhai, 2008).  It is worth noting that the unwashed glyphosate that

---

[5] Accounting for the potential effect of sweating and wetting of the clothing during application, per Wester et al. (1996).
[6] Based on a comprehensive review by Oltmanns et al. (2016), in which the average protection factor for protective gloves was 88%, with most protective clothing providing exposure reductions between 80 to 90%.

Privileged and Confidential

remains on the epidermis has been considered largely unavailable for absorption (Wester, 1991, Nielsen, 2007).

### Biomonitoring and Passive Dosimetry

Solomon (2016; later updated in 2019) conducted a thorough review of glyphosate exposure studies in applicators and the general population.  For applicators, a large number of both biomonitoring and passive dosimetry studies were evaluated and the results were consistent, showing more variation, and higher exposure estimates with the passive dosimetry studies.  I have reviewed all publicly available source documents and available internal Monsanto studies used within the Solomon article.

### Biomonitoring

It is common knowledge in the field that biomonitoring data more closely represent what gets past the outer skin, more closely represent systemic exposures, and as Solomon (2016; 2019) indicated "more accurately reflects the true exposures."  The Solomon (2016; 2019) biomonitoring data show that applicator exposures ranged from 0.000013 to 0.0046 mg/kg/day, with a median of 0.0003 mg/kg/day, and a 90th percentile estimate at 0.0014 mg/kg/day.  It should be noted that in many of the biomonitoring studies cited by Solomon glyphosate residues could not be detected in the urine of applicators, though study authors knew those applicators had applied glyphosate, suggesting that the levels of absorbed glyphosate in those applicators were so small that it fell below the limit of detection.

There are many biomonitoring studies discussed in Solomon.  The data within these studies consistently show very low systemic doses of glyphosate from use of glyphosate-based herbicides.  These studies all examine different application techniques, consider different levels of PPE (e.g., protective clothing), and study participants include those applicators who do not wear gloves, apply in short sleeve shirts, and who apply in shorts.  Despite these differences in application technique and PPE use, the data are remarkably consistent.  I will discuss a few representative studies below.

Acquavella et al. (2004) evaluated exposures of 48 farmers mixing, loading, and applying glyphosate, as well as the exposures of their family members.  The mean systemic doses were 0.0001 mg/kg, with 90% below 0.001 mg/kg, and a highest estimated systemic dose of approximately 0.004 mg/kg.  It was determined that an increased potential for exposure and skin contact resulted in higher systemic doses, with the highest systemic doses (those statistically significant at p $\leq$ 0.05) associated with:

- Not wearing rubber gloves when mixing;
- The number of mixing and loading operations;[7]
- Not within a closed cab; and

---

[7] It must be noted that the highest urinary glyphosate concentration was at three loads, not with the highest number of loads at 7-12.  Thus, it appears that in general, the number of loads resulted in higher urinary glyphosate concentrations, but other more important factors play a significant role.

Privileged and Confidential

- Skin contact with pesticides.

Furthermore, the highest urinary glyphosate concentration of 233 μg was associated with reported skin contact, observed spills during mixing and loading, observed spills during application, not wearing gloves during mixing, and repair of equipment, all in the setting of agricultural use. Therefore, Acquavella et al. (2004) demonstrated the importance of skin contact as contributing to higher systemic doses. The systemic doses were all still very low and among farmers 40% of the urinary glyphosate samples were below detectable levels on the first day of application.

Bleeke (2007) conducted urinary biomonitoring with experienced pesticide applicators using backpack applicators over a five-day period, including one day prior and three days after application. On average, mixer/loaders were exposed for 25 to 58 minutes and applicator exposures ranged from 132 to 202 minutes. Urinary glyphosate concentrations ranged from <0.7 to 119 μg/L and the corresponding estimated systemic doses ranged from 0.000013 to 0.0021 mg/kg.

A number of studies analyzed urinary glyphosate associated with use of glyphosate-based herbicides but reported the results as a concentration in urine. Systemic doses were not calculated in these studies, though Solomon (2016; 2019) later normalized much of the data to systemic dose levels. The studies indicate that inhalation exposures were negligible, dermal absorption was very low, and significant metabolism did not occur in the body. A few representative studies from this body of literature are discussed below.

Curwin et al. (2007) evaluated urinary glyphosate concentrations in farm and non-farm family households. Similar to other studies 11 to 30% of the samples were below the detection limit of 0.9 μg/L. For applicators, the mean urinary concentration was 2 μg/L (95th percentile range 1.1 to 3.5 μg/L), which is consistent with the other studies. From the urine biomonitoring data, the 95th percentile estimated systemic doses were calculated to range from 0.00003 to 0.00010 mg/kg/day, which was within the range observed in other similar studies.[8]

Connolly (2017) conducted urinary biomonitoring for glyphosate in amenity horticulture workers applying glyphosate using a variety of methods. Approximately 45% of the samples were below the detection limit of 0.5 μg/L, with a mean increase of 0.28 μg/L post-application. The results were compared with ten other similar studies and found to be a consistent representation of exposure. From the urine biomonitoring data, the estimated systemic doses were calculated to range from 0.000003 (minimum) to 0.00030 (maximum) mg/kg/day, which was within the range observed in other similar studies.[9]

Pierce et al. (2020) conducted urinary biomonitoring for glyphosate in a simulated heavy residential consumer application of a Roundup Super Concentrate involving four cycles of mixing and backpack sprayer applications over a period of 100 minutes. They evaluated both inhalation and dermal routes of exposure. For the dermal assessment, the participants wore

---

[8] Calculated based on standardized daily 2 L urine output for a 70 kg male.
[9] Calculated based on standardized daily 2 L urine output for a 70 kg male.

shorts, t-shirts, socks, and athletic shoes, and they did not wash their hands until after the exposure ended. They also had four participants spraying at the same time within a defined 677-foot perimeter area, which they indicated could have introduced an additional spray drift exposure. The peak urinary concentration of glyphosate ranged from 3.79 to 17.23 μg/L for inhalation and 5.55 to 310.91 μg/L for dermal exposure. The results of this study are of value with regards to this assessment and residential spraying, because 1) exposures were controlled and maximized with nominal clothing coverage and hand washing, 2) they evaluated both dermal and inhalation exposure routes, and 3) they are relevant to a highest possible daily exposure and systemic dose.

Kougias et al. (2020) evaluated the Pierce (2020) results, and the estimated mean systemic doses ranged from 0.00029 to 0.00044 mg/kg for inhalation and 0.0010 to 0.0014 mg/kg for dermal exposures.[10] Their results were comparable to the abovementioned studies and their combined exposure route "worst-case" (highest internal dose) scenario estimates ranged from 0.004 to 0.006 mg/kg (using two different approaches). The results were also comparable to the highest estimated systemic dose reported by Acquavella et al. (2004), which involved an operator who mixed a concentrate, mixed and applied multiple loads, did not wear gloves during mixing, and reported skin contact with the herbicide.

Many other studies use biomonitoring to evaluate glyphosate exposures from use of glyphosate-based herbicides (Abdelghani et al., 1995; Connolly, 2018; Cowell and Steinmetz, 1990; Hoppe et al., 2013; Jauhiainen et al., 1991). All the studies consistently show very low exposures and systemic doses.

Overall, the biomonitoring studies consistently show very low exposures and systemic doses, with a significant percent of the urinary glyphosate samples below detectable levels. The body of evidence shows that the skin is an excellent barrier to glyphosate and the amount that does penetrate the skin is rapidly excreted from the body via the urine.

**Passive dosimetry**

Passive dosimetry commonly uses absorptive patches placed on selected areas of the body to estimate dermal exposures to test compounds. Depending on the placement of the patch the exposure estimates may either be underestimated or overestimated, and thus passive dosimetry studies tend to report more variable exposures and systemic doses. In addition, the absorptive patches can retain more of the herbicide than the skin, and thus lead to overestimates of exposure. A key value of passive dosimetry is that it can indicate where exposures are likely to occur on the human body, which is important in retrospective exposure assessments such as this one. When information on skin contact is limited, the results of passive dosimetry studies can be used to indicate where exposures to the body predominantly occur.

---

[10] Their adjustment for pharmacokinetic recovery was 0.82, based on Wester et al. (1991), which was more conservative than some comparable studies. They adjusted urine volume based on body weight and fluid intake, which resulted in a daily urine output approximately double the standardized 2 L, on average.

Privileged and Confidential

As expected, the review by Solomon (2016; updated 2019) showed passive dosimetry results that were more variable than the biomonitoring results and ranged from 0.0000005 to 0.034 mg/kg/day, with a median of 0.00026 mg/kg/day and the 90th percentile estimate was 0.0115 mg/kg/day.  The biomonitoring doses were within and approximately well centered within the passive dosimetry range, which means there is agreement among the various studies, with passive dosimetry showing more variable results and higher and lower estimates at the extremes. I will discuss a few representative studies below.

The findings of Johnson et al. (2005), which evaluated glyphosate application using all-terrain vehicles and backpack sprayers, were included in the Solomon (2016; 2019) review. Additionally, the study showed that a majority of the exposure with hand spraying was to the lower legs.

Lavy et al. (1992) used passive dosimetry to evaluate glyphosate exposures in nurseries during application and weeding activities.  The normalized estimated doses ranged from 0.000003 to 0.0017 mg/kg/hour.  The applicators applied glyphosate using tractor drawn spray equipment for an average of 3.83 hours, whereas the weeders applied about 2 gallons of a 1:40 dilution of Roundup® over an average of 7.7 hours per day.  Individual patch analysis revealed that approximately 99% of the total was to the ankles (77%) and legs (21.5%).  The authors also concluded that hand wash exposures were considerably less than the amounts found on patches, indicating that in applicators the main area of exposure is to the area of the legs below the knee.

There are many other studies that use passive dosimetry to evaluate glyphosate exposures from use of glyphosate-based herbicides (Connolly, 2019, Cowell and Steinmetz, 1990, Edmiston et al., 1995, Johnson et al., 2005, Kramer 1978, Lavy 1992, Machado Neto, 2000, Manning, 1991, Pierce et al., 2020).  All the studies consistently show very low exposures and estimated systemic doses.

Thus, we can conclude that while results were comparable, the passive dosimetry median and 90th percentile exposures estimates were higher than the more representative biomonitoring data. The passive dosimetry results help verify the validity of the biomonitoring data, as well as indicate that applicator exposures in many scenarios are predominantly to the lower legs.

**Potential Contribution of Inhalation Exposures**

Due to the high boiling point and very low volatility of glyphosate and its isopropylamine salt, inhalation exposures and subsequent systemic doses are expected to be negligible compared to the dermal route of absorption.  The U.S. EPA and ATSDR came to a similar conclusion in their assessments of glyphosate (EPA OPP, 2017; ATSDR, 2019), and this is also evident in the literature. As an example, Jauhiainen (1991) found inhalation exposures to glyphosate low in applicators using pressurized sprayers.  In addition, a study by Tulane University, sponsored by the Louisiana Department of Transportation and Development, concluded that dermal contact was the primary route of exposure in field applicators applying mixtures of Roundup with 2,4-D or Garlon 3A (Abdelghani, 1995).  The inhalation exposures and findings were reported as being similar to those of Jauhiainen, 1991.

Privileged and Confidential

Pierce et al. (2020) evaluated inhalation exposures to glyphosate in a simulated heavy residential consumer application of a Roundup Super Concentrate involving four cycles of mixing and backpack sprayer applications over a period of 100 minutes. They also had four participants spraying at the same time within a defined 677-foot perimeter area, which they indicated could have introduced an additional spray drift exposure. The inhalation exposures to glyphosate were very low with airborne concentrations in the breathing zone ranging from 0.0030 to 0.0075 mg/m$^3$ (average 0.0047 mg/m$^3$). These results were comparable to those of Jauhiainen (1991), in which airborne concentrations in the breathing zone ranged from less than 0.00125 up to 0.0157 mg/m$^3$.

Droplet size also plays a role in minimizing inhalation exposures. According to the product label for Roundup WeatherMax, for example, the maximum droplet size for field application via spraying is an ASAE/ASABE medium classification, which corresponds to a volume median diameter of 236-340 microns (micrometers). The product label for Roundup Original also has guidelines on use of larger droplet sizes to minimize drift. The median cut-point for aerosols entering into the thoracic region of the lungs (i.e., upper airways to terminal regions of the lungs) is 10 microns (Phalen and Phalen, 2011). Hence, the larger droplets associated with spraying Roundup cannot effectively enter into the thoracic (chest) and terminal pulmonary regions of the lungs where exchanges with the blood occur.

The previously discussed agreement between passive dosimetry and biological monitoring results also support this conclusion that dermal absorption is a primary route of exposure for glyphosate in glyphosate-based herbicides. Passive dosimetry studies consistently show dermal exposures as a primary route of exposure and the agreement with biomonitoring studies show that those dermal exposures contribute to the observed systemic doses.

Therefore, because the potential for inhalation is minimal compared to the dermal route, conducting a highest possible exposure that overestimates dermal exposures would account for negligible inhalation exposures.

**Dose Comparisons with Existing Data**

Solomon (2016 and 2019) compared exposure data with available reference doses and relevant doses in toxicology studies. The earlier results from this review are illustrated in their Figure 3. The measured exposure doses from biomonitoring studies were well below the proposed U.S. EPA Reference Dose (RfD) of 1 mg/kg/day.[11] The 90th percentile for the biomonitoring results was over 700 times lower than this RfD, with the median dose at 0.0003 mg/kg/day approximately 3,000 times lower.

Because this RfD is orally derived, even assuming 20% absorption via the GI tract with a normalized RfD of 0.2 mg/kg/day (EFSA, 2015; Solomon, 2019), systemic doses would still be approximately 100 to 650 times lower than the absorbed RfD dose.

---

[11] It must be noted that EPA has two published RfD values of 0.1 mg/kg/day under the Integrated Risk Information System from 1987 and 2 mg/kg/day for drinking water (ATSDR, 2019). Solomon (2019) is referring to a 2017 USEPA proposed chronic RfD from a Draft Human Health Risk Assessment (HHRA).

Privileged and Confidential

Likewise, the 90th percentile systemic dose of 0.0014 mg/kg/day in applicators was nearly a million times lower than the standard rodent dose in rodent bioassays of 1,000 mg/kg/day.



**Figure 3.** Illustration of measured and estimated exposures to glyphosate in applicators and the general public from various sources. Solid horizontal bars show 10–90th centiles, whiskers show minimum and maximum.

Figure 1 – Figure 3 from Solomon (2016)

Kougias et al. (2020) compared exposure data from Pierce et al. (2020) using a lowest available Acceptable Daily Intake (ADI) of 0.3 mg/kg/day, based on Australian and Canadian regulatory standards.  The estimated internal exposure doses were well below the ADI.  The margin of safety range from 209 to 270 for inhalation and 115 to 140 for dermal exposures.  For a combined "worst case" (highest internal dose) scenario, the margin of safety ranged from 10 to 14 (based on two different approaches), indicating that "worst-case" exposures were at least an order of magnitude below the lowest ADI.  They concluded in their risk assessment that glyphosate exposures from consumer application of a glyphosate-based herbicide did not appear to be a health concern.

Lavy (1992) compared exposure data with an available rat oral no observed effect level (NOEL) of 10 mg/kg/day.  The results from this review are illustrated in their Table 5.  The measured exposure doses from biomonitoring studies and the estimated exposure doses from passive dosimetry studies were well below the 10 mg/kg/day dose.  From the table, the biomonitoring studies reported exposure levels 6,410 times lower for applicators than the rat dose and 10,684 times lower for weeders than the rat dose.  For the passive dosimetry results the dose levels were estimated to be 579 and 2,083 times lower than the rat dose, respectively.  It must be noted that the dose levels would still all be much lower than the lowest proposed U.S. EPA chronic RfD level of 1 mg/kg/day (USEPA HHRA, 2017; Solomon, 2019).  In other words, human systemic doses to glyphosate under normal use are hundreds to thousands of times lower than the exposure determined to be safe by the U.S. EPA.

Privileged and Confidential

Table 5. Margin of safety[a] calculations based on biological monitoring "postulated data" and passive dosimetry for nursery worker duties

| | Biological monitoring | Passive dosimetry |
|---|---|---|
| | (MOS) | (MOS) |
| Applicators | 6,410 | 579 |
| Weeders | 10,684 | 2,083 |
| Scouts | 5,208 | 260,400 |

[a] Based on 10 mg/kg/day rat feeding studies

Figure 2 – Table 5 from Lavy (1992)

Korchevskiy (2020) used benchmark dose modeling (BMD) to evaluate the alleged cancer risk for glyphosate and NHL with a hypothetical pesticide applicator scenario. Notably, the article did not argue whether glyphosate was an established carcinogen nor explore it beyond the utility of BMD in assessing risk regardless of the level of uncertainty regarding human carcinogenicity. In the assessment, the glyphosate applicator estimated lifetime dose was 0.0092 mg/kg/day, based on the upper 90th percentile Solomon (2016; 2019) of 0.02 mg/kg/day and an assumed application time of 8 hours per day, 5 days per week, for 52 weeks per year, and for a working lifetime of 45 years. Korchevskiy (2020) estimated the benchmark dose was 1,060 mg/kg/day for added risk. It must be noted that this was a conservative approach that evaluated a highest possible, worst-case occupational exposure scenario beyond what would be expected,[12] using an upper bound exposure level. Nevertheless, the estimated systemic dose was very low and well below the previously discussed reference doses, including the derived benchmark dose.

**General Exposure Data Conclusions**

It was determined that glyphosate is strongly hydrophilic, for which the human skin is an excellent barrier, and thus the rate of dermal absorption will be very low. The toxicity classification for glyphosate is low, which is a desired property when selecting and using herbicides. For those using glyphosate-based herbicides for weed control, skin contact and subsequent dermal absorption is a primary route of exposure for glyphosate, but even that leads to very low systemic doses. Clothing can provide some additional degree of protection against skin contact and dermal absorption, with normal fabric clothing able to reduce dermal absorption by at least 50% and depending on the material and level of exposure up to levels approaching 90%. Following dermal absorption, glyphosate is not active in the body, not significantly metabolized, and rapidly eliminated from the body in the urine. The body of evidence in the literature support these conclusions that the rate of dermal absorption through the human skin is

---

[12] It is unlikely that an applicator would apply glyphosate-based herbicides 8 hours per day, 5 days per week, and for 52 weeks per year. Herbicides are often applied seasonally and these assumptions disregard the many other duties or activities associated with pesticide application.

Privileged and Confidential

very low and that exposures and systemic doses in those who use glyphosate-based herbicides are very low.  The measured systemic doses in operators using glyphosate-based herbicides are very low, well below existing regulatory thresholds, and much lower than where health effects are seen in animal models.

### Information on the Use of Roundup by Michael Pecorelli

The deposition of Mark Pecorelli and Plaintiff Fact Sheet were used to gather information on Michael Pecorelli's use of Roundup for use in the exposure assessment that follows.  This information included products used, amount of time per day spent applying Roundup, frequency of application, years of use, the method of application and spraying, reported skin contact and/or spills to the body, protective clothing and/or clothing worn during use, and washing and hygiene habits following exposure.  Body weight was retrieved from a medical record that was included as an exhibit in the deposition.

### Products Used

Mark Pecorelli reported his father Michael Pecorelli using a "regular" Roundup concentrate starting in approximately 1976 and then Roundup Pro at an unspecified time.[13] The Roundup products were reported to be in white 2.5-gallon containers with black or blue lettering.[14]  Mr. Pecorelli indicated his father used Roundup products for residential and commercial weed control and always used a concentrate that he mixed.[15]  He also reported that his father read the entire label and instructions thoroughly, especially with a new product.[16]  He indicated that his father would mix the Roundup with 20-gallons of water in a 55-gallon plastic drum and then apply the Roundup in 5-gallon "Silo" backpack sprayers and a tractor-pulled 15-gallon (estimated) tank sprayer.[17] In the 55-gallon plastic drum, he reported his father mixing approximately one ounce of Roundup for every gallon of water.[18]

Based on a review of the product labels for Roundup Original, Roundup, and Roundup Pro, it was determined that the glyphosate concentration before mixing was approximately 41.0% as an

---

[13] As per the November 12, 2019 deposition of Mark Pecorelli, pages 17, 21, 81, 146-149, Exhibit 2 (photograph of Roundup Pro label), and Exhibit 7 (Plaintiff Fact Sheet). It must be noted that no mention of Roundup Pro Concentrate (at a higher glyphosate concentration) was made in the deposition and a label for Roundup Pro was provided, thus it is assumed the majority of use would have been with a "regular" Roundup concentrate or Roundup Pro formulation at approximately 41% glyphosate.  Furthermore, a majority of Mr. Pecorelli's reported use of Roundup occurred prior to 2003, which would indicate limited potential use of Roundup Pro Concentrate. To the extent further information becomes available that indicates he used an alternative product I reserve the right to modify my dose calculations appropriately.

[14] As per the November 12, 2019 deposition of Mark Pecorelli, pages 147-148.

[15] As per the November 12, 2019 deposition of Mark Pecorelli, pages 143-147.

[16] As per the November 12, 2019 deposition of Mark Pecorelli, pages 167-173.

[17] From November 12, 2019 deposition of Mark Pecorelli, pages 224, 232-234, and 240.  Note: the "Silo" brand mentioned in the deposition is not one I am familiar with, but there is a common Solo brand backpack sprayer that has been on the market for some time.

[18] From November 12, 2019 deposition of Mark Pecorelli, pages 224-225 and 238.

Privileged and Confidential

isopropylamine salt.[19]  Following dilution in accordance with the instructions on the labels and Mr. Pecorelli's deposition statements, the spray dilution was determined to be approximately 1% for application.[20]  For the purposes of conducting an exposure assessment that evaluates the highest possible exposure on a given day, exposures associated with mixing the concentrate and spraying a diluted mixture were used in the assessment.

**Application Time and Frequency**

Mr. Pecorelli reported that his father started using Roundup in approximately 1976 at his personal residence, with a landscaping business, and with an owned nursey at various times and frequencies, between the months of April and August.[21]  Michael Pecorelli's first symptoms and/or diagnosis of NHL was reported to be in January of 2004,[22] which would indicate his Roundup use prior to NHL symptoms ended in 2003.  From the deposition, the frequency and amount of time spent applying Roundup products varied over the years, depending on application and business changes.  Information from the deposition were used to approximate these various application times and frequencies, which are summarized in the table below.  It must be noted that the dates provided in the deposition were approximations and exact dates were not provided.  This was also the case with the application times and frequency of applications provided in the deposition.  In some cases, where it was unclear on frequency of application in a number of days per year, the information from the provided deposition was used to aid in these approximations.

---

[19] Product labels for Roundup (1978 and 1992), Roundup Original (1998), and Roundup Pro (2007).

[20] From November 12, 2019 deposition of Mark Pecorelli, pages 224 and 238, approximately 1 to 1.2 ounces (i.e., 6-ounces per 5-gallons = 1.2 ounces/gallon) of Roundup concentrate was added per gallon of water.  From the Roundup labels, with dilution instructions, 1.33 ounces of concentrate per gallon water produces a 1% spray solution. The actual concentration used may have been closer to 0.75% (1 once/gallon) or 0.9% (1.2 ounces/gallon).

[21] From November 12, 2019 deposition of Mark Pecorelli, pages 27, 31, 64-65, 71, 73, 81, 83, 149, and 177-178.

[22] As per the November 12, 2019 deposition of Mark Pecorelli, pages 286-288, and Exhibit 7 (Plaintiff Fact Sheet).

Privileged and Confidential

| Date range (years) | Location / Description | Type of Application | Application time | Frequency (days per year) | Information Source |
|---|---|---|---|---|---|
| 1976 to 2003[23]<br><br>(28 years) | Residence at 640 Walnut Lane, Elk Grove Village, Illinois | Spot spraying around house, garage, and pool | 10 min | 2 | Deposition[24] |
| 1976 to 1977<br><br>(2 years) | Windy City Landscaping – Various locations | Landscaping and lawn maintenance | Not provided | Not provided<br><br>Estimated at 25[25] | Deposition[26] |
| 1978 to 2003<br><br>(26 years) | Windy City Landscaping -- Various locations | Landscaping projects/builds (residential and commercial) | Varied 1 – 4 hours | Not provided<br><br>Estimated at 15[27] | Deposition[28] |
| 1978 to 2003<br><br>(26 years) | Windy City Nursery Charles Road and Route 47, Elk Grove Village, Illinois | Approximately 20 acres between tree rows | 8 hours/day | 10 | Deposition[29] |

## Method of Spraying

Mr. Pecorelli indicated that his father would apply the diluted Roundup using 5-gallon backpack sprayers with a 3-foot wand and an estimated 15-gallon tank sprayer pulled by a tractor.[30]  With the backpack sprayer, his father used a fine, flat spray (not a mist) and was careful to apply

---

[23] From November 12, 2019 deposition of Mark Pecorelli, Exhibit 2 showed a picture of a Roundup Pro label with a 2003 copyright date.  Thus, it is assumed for the purposes of this assessment that use could have been up until this time, rather than the 1999 or 2000 date provided in the deposition (page 192).

[24] From November 12, 2019 deposition of Mark Pecorelli, pages 144, 177-180, 191-192, 196, 202, 206, and 208.

[25] From November 12, 2019 deposition of Mark Pecorelli, Exhibit 7 (Plaintiff Fact Sheet) indicating daily frequency of use, page 212 indicating only 30% of jobs required Roundup or herbicide, and pages 212-213 and 221 indicating that father Michael Pecorelli mostly applied with approximately 80% father versus 20% son.  Thus, for the approximate 21 weeks in April to August Michael Pecorelli is estimated to have applied Roundup 25 times per year with the landscaping business (21 weeks/year x 5 days/week x 30% requiring herbicide x 80% spraying = 25 days/year).  To the extent further information becomes available that indicates otherwise I reserve the right to modify my dose calculations appropriately.

[26] From November 12, 2019 deposition of Mark Pecorelli, pages 65, 67 and 73.

[27] From November 12, 2019 deposition of Mark Pecorelli, pages 157-158 indicating that the purchase of 2.5 gallons or Roundup concentrated did not change over the years.  Thus, with the 10 days/year of application with the nursery were subtracted from the prior estimate of 25 days/year for the landscaping and lawn maintenance activities prior to 1978.  To the extent further information becomes available that indicates otherwise I reserve the right to modify my dose calculations appropriately.

[28] From November 12, 2019 deposition of Mark Pecorelli, pages 65, 67, 73, 81 and 216-217.

[29] From November 12, 2019 deposition of Mark Pecorelli, pages 27, 31, 64-65, 67, and 220-223.

[30] From November 12, 2019 deposition of Mark Pecorelli, pages 235, 241, and 246.

Privileged and Confidential

specifically to targeted weeds and avoid runoff.[31]   The spraying was described as spot spraying.[32]
With the tractor-pulled sprayer, the tank and sprayer were pulled behind the tractor using a three-point hitch, at a very slow rate of 1-2 miles per hour.[33]   Spray applications were made under the
"calmest" conditions (no wind) and often in the morning.[34]

For residential applications, Mr. Pecorelli reported they applied Roundup around the house, pea
gravel along the side of the garage, and pea gravel around a swimming pool.[35]   For landscaping
projects or builds, the applications were described as ranging from smaller areas such as berms,
hills, and flower beds to larger areas up to an acre.[36]   For applications around the nursery,
spraying was performed around the planting area, which was approximately 20 acres and
included applications between tree rows.[37]

**Clothing**

Mr. Pecorelli reported that his father wore a cotton/denim jumpsuit with long "legs" and long-sleeves, leather water-proof and steel-toed boots, socks, prescription safety glasses/goggles, and
a face-mask with filtering cartridges when mixing and applying Roundup.[38]   Use of gloves was
mentioned as "not all the time" or "not sure" or "don't recall" and no details on a type of gloves
were provided.[39]   Thus, for the purpose of this assessment, it is assumed that less clothing
coverage of the hands was possible.  After applying Roundup, Michael Pecorelli removed his
jumpsuit either onsite or at the residence, to be put in the washing machine when he returned to
the house.[40]   Thus, he did not wear dirty clothes on more than one occasion.

**Potential Skin Contact with Roundup**

Because Mr. Pecorelli reported his father mixed a concentrated formulation of Roundup and
applied the diluted spray mixture, for the purpose of this assessment it is assumed that contact
with both the concentrate and spray dilution occurred.

*Potential contact with the concentrate during mixing*

In his deposition, Mr. Pecorelli did not have knowledge that any skin contact with the
concentrate occurred,[41] nor did he indicate any parts of his father's body were contacted by spills
during transfer nor any amounts spilled.  However, for the purposes of this assessment it can be
assumed that potential contact was primarily to the hand closest to the container being filled.

---

[31] From November 12, 2019 deposition of Mark Pecorelli, pages 236-237 and 249.

[32] From November 12, 2019 deposition of Mark Pecorelli, page 185 and 192.

[33] From November 12, 2019 deposition of Mark Pecorelli, page 246.

[34] From November 12, 2019 deposition of Mark Pecorelli, pages 249-250.

[35] From November 12, 2019 deposition of Mark Pecorelli, pages 144, 179, 202-203 and 206.

[36] From November 12, 2019 deposition of Mark Pecorelli, pages 216-218.

[37] From November 12, 2019 deposition of Mark Pecorelli, pages 220-221.

[38] From November 12, 2019 deposition of Mark Pecorelli, pages 227-229 and 253-254.

[39] From November 12, 2019 deposition of Mark Pecorelli, pages 228 and 255.

[40] From November 12, 2019 deposition of Mark Pecorelli, pages 253 and 255.

[41] From November 12, 2019 deposition of Mark Pecorelli, pages 231-232.

Privileged and Confidential

The potential skin contact with the concentrate was assumed to include either one of the following:

- Spills onto one hand during transfer,[42] which may not have been covered by a glove.
- Incidental contact of a portion of one inner hand with residue around the Roundup container opening, which may not have been protected by a glove.

Mr. Pecorelli reported that his father washed his hands with soap and water "every time" after mixing the product,[43] which would serve to greatly reduce his resulting glyphosate exposure and systemic dose.  Washing with water within 5 minutes has been shown to effectively remove over 70% of the glyphosate from the skin (Wester, 1991; Zhai, 2008) and reduce overall exposure and subsequent systemic doses. Zhai (2008) also showed that washing with water after 30 minutes delivered similar results. This was accounted for in the highest possible systemic dose calculations.

It must be noted that incidental contact with other parts of the body could occur, but the resulting systemic dose would be lower than the assumptions used in this assessment.  This is an over-approximation used for the sole intent of establishing a highest possible exposure scenario when mixing a Roundup formulation.

The highest possible exposure, on a given day, when mixing Roundup would be contact to a portion of the uncovered hands to the concentrate (approximately 41% glyphosate).  For the purpose of this assessment, it is reasonable to assume that the potential skin contact would be to a portion of one hand via either incidental contact or a spill or splash, approximately half of the hand surface on one side of the hand (back or front), a combined 25% of both hand surfaces.[44] Based on Mr. Pecorelli's reported weight of approximately 145 lbs. (66 kg),[45] the average surface area for 25% of the male hands is 210 $cm^2$ (Keil et al., 2009).  No clothing protection factor was applied with this scenario; however, the overall amount of exposure would be reduced by approximately 70% following hand washing.

*Potential contact with the spray dilution – Backpack sprayer*

Skin contact with the spray dilution was estimated using a highest possible daily exposure scenario.  With these estimates, it is possible that other parts of the body could come into contact with Roundup due to spray drift or with use under slightly windy conditions; however, these

---

[42] During pouring, approximately half of the outer hand near the opening of a receiving container is exposed to potential spills.  For incidental contact when opening Roundup containers, the inner finger and thumb regions are most probable sites of contact and represent approximately half of the inner hand.

[43] From November 12, 2019 deposition of Mark Pecorelli, page 231.

[44]  The two previously exposure scenarios are combined for the purpose of a highest possible exposure assessment, in which specific contact with the concentrated formulation was not reported.

[45] As per the November 12, 2019 deposition of Mark Pecorelli, Exhibit 10 medical record indicating a weight of 145 lb. on 4/1/2011 (page 5) and further indication on page 4 that he had gained back weight following chemotherapy. To the extent further information becomes available that indicates otherwise I reserve the right to modify my dose calculations appropriately.

would be minimal compared to the assumptions provided here.  The following is a summary of the assumptions used to approximate contact with the spray dilution for applications.

Based on the previously discussed passive dosimetry studies with glyphosate-based herbicides, it was assumed for the purposes of this assessment that a majority of his exposure during spraying using a backpack sprayer would be to the front lower legs and upper feet (Johnson et al., 2005; Lavy et al., 1992).  For the purposes of this assessment, it was also assumed that potential contact with the spray dilution occurred to the palm of the uncovered hands when handling equipment, as well as cleaning or repairing nozzles.

Additionally, even though skin contact associated with backpack sprayer use was not reported in his deposition, for the purposes of this assessment it can be assumed that potential skin contact to the back occurred with use of a backpack sprayer.  Based on passive dosimetry studies (Machado-Neto, 2000; Johnson et al., 2005), it was determined that potential exposure to the back would be less than 20% of that compared to the legs and feet.  Machado-Neto (2000) reported 0.2 to 14.5% of the exposure with use of knapsack sprayers to the head, face, neck and back, compared to 77 to 85.7% to the legs.  Johnson et al. (2005) reported 12% of the exposure with use of CDA sprayer to the back, compared to 85% to the legs.  Because the lower legs and back have large surface areas, an assumption of 100% (front lower legs and upper feet) and 20% (back and back of neck) coverage would account for any residual exposures to other parts of the body.  This is an over-approximation used for the sole intent of establishing a highest possible exposure scenario when applying a spray dilution of Roundup.

The highest possible exposure, on a given day of spraying, would include exposure to the front area of the lower legs, upper feet, a portion of the back including the back of the neck, and palm of both hands to the spray dilution (approximately 1% glyphosate).  The average surface areas are 1,035 cm$^2$ for the front lower legs, 560 cm$^2$ for the upper feet, 569 cm$^2$ for a portion of back (including back of neck), and 420 cm$^2$ for the two inner hands (Keil et al., 2009); a combined 2,584 cm$^2$.  A clothing protection factor of 40% was applied with this scenario to account for the covered feet, legs and back.[46]

*Potential contact with the spray dilution – Tractor-pulled sprayer*

Mr. Pecorelli reported that his father drove the tractor at a very slow speed, under calm conditions (no wind), and with the tank sprayer pulled from behind using a three-point hitch.[47] Thus, his exposures to the spray would be minimal compared to those associated with use of a backpack sprayer.  However, there is potential for exposure to the spray dilution with the repair and servicing of the nozzle and spray equipment.

The highest possible exposure to the spray dilution when servicing the nozzle and spray equipment are assumed to be to his inner hands.  The average surface area for both inner hands is

---

[46] 2,080 cm$^2$ (upper feet, front lower legs and portion of back) accounts for approximately 80% of the 2,584 cm$^2$ (front lower legs, upper feet, portion of back including back of the neck, and palm of hands).  A clothing protection factor of 50% was used for the feet, legs, and back.  A clothing protection factor of 0% was used for the neck and hands.  Thus, a modified clothing protection factor of 40% was used to account for the covered feet, legs and back.
[47] From November 12, 2019 deposition of Mark Pecorelli, pages 241 and 246.

Privileged and Confidential

of 420 cm$^2$ (Keil et al., 2009). No clothing protection factor was applied in the exposure and dose assessment that follows.

## Co-Exposures

It must be noted that upon review of Mr. Pecorelli's deposition a number of co-exposures potentially associated with cancer and/or NHL were identified. This included an approximate 70-year history of cigarette smoking.[48] Mr. Pecorelli also testified that his father used and applied diazinon and 2,4-D.[49] In addition, a diesel fuel tank, diesel tractors, gasoline powered equipment, and unspecified solvents were reported as being present and used for business activities.[50] The goal of this assessment was to determine Mr. Pecorelli's highest possible systemic dose of glyphosate. To the extent others may opine as to an external cause of Mr. Pecorelli's NHL, the presence of co-exposures must be accounted for and an evaluation of the amount of use by Mr. Pecorelli must be conducted.

## Exposure Assessment Model

The exposure assessments were performed according to guidelines established by the U.S. EPA in *Dermal Exposure Assessment: A Summary of EPA Approaches*, Document EPA 600/R-07/040F (U.S. EPA, 2007), as well as those presented by the American Industrial Hygiene Association in their *Mathematical Models for Estimating Occupational Exposures to Chemicals* (Keil et al. 2009). It is important to note that for dermal absorption assessments, the use of a permeability coefficient or flux is recommended for use with water soluble compounds with a log Kow less than 3.5 (U.S.EPA, 2007). Furthermore, percent absorbed dose data alone do not take into account concentration, which can be misleading when evaluating exposures. A more applicable approach is to use the amount of the chemical permeating the skin, the speed it permeates the skin, the duration of exposure, and the surface area of skin exposed for a more precise estimate of dose.

The log Kow for glyphosate ranges from less than -3.4 (ATSDR 2019) to -1.7 (Nielsen 2009), which is very low, and thus reliance on the permeability coefficient or flux is recommended. The recommendation is to calculate the absorbed dose using the dermal permeability coefficient (K$_p$), the chemical concentration, and event duration of the exposure.

The K$_p$ is a measure of the speed of penetration for a chemical through the skin, which is a limiting factor with dermal exposures. The faster it permeates the skin, the higher the potential exposure and resulting dose. In contrast, the slower it permeates the skin, the lower the potential exposure and resulting dose. However, the concentration still needs to be accounted for, as that will determine how much comes through the skin over time. The dermal absorbed dose rate per event (DA-event) does this and is calculated using (Keil et al, 2009):

---

[48] As per the November 12, 2019 deposition of Mark Pecorelli, pages 275-276 and 301, Exhibit 7 (Plaintiff Fact Sheet) and Exhibit 10 (medical record).
[49] As per the November 12, 2019 deposition of Mark Pecorelli, pages 83-89, 142-144, 166, 259, and 262-265.
[50] As per the November 12, 2019 deposition of Mark Pecorelli, page 93 and Exhibit 7 (Plaintiff Fact Sheet).

Privileged and Confidential

$$DA_{event} = K_p \times C_w \times t_{event}$$

where

$DA_{event}$ = dermal absorbed dose rate per event (mg/cm2-event)

$K_p$ = permeability coefficient in water (cm/h)

$C_w$ = concentration of substance in water (mg/cm3)

$t_{event}$ = duration of event (hour/event)

If provided in the literature in place of $K_p$, the Flux of the chemical through the skin can be used instead. The Flux is concentration dependent and simply the product of the $K_p$ and concentration ($C_w$). The Flux is expressed in units of mg/cm$^2$/h and it is a measure of the mass permeating a known surface area of skin over time. The Flux is a measure of not just the speed of penetration, but also the amount of chemical that penetrates the skin, which is a critical factor with dermal exposure assessments.

A higher flux means that more of the chemical is coming through the skin over time, whereas a lower flux indicates less chemical coming through the skin over time.

The revised formula for the dermal absorbed dose rate, using Flux, is (Keil et al, 2009):

$$DA_{event} = Flux \times t_{event}$$

From this the event dose can be calculated by using the dermal absorbed dose rate, surface area of skin exposed to the chemical (in cm$^2$), and the person's body weight (in kg). The event dose is a measure of how many mg of the chemical entered the body through the skin per kg body weight expressed in units of mg/kg, which is used in exposure and risk assessments associated with the toxicity or safety of a chemical.

$$Event\ dose = \frac{DA_{event} \times Surface\ Area}{Body\ weight}$$

The daily dose in mg can be calculated by multiplying the event dose times the person's body weight in kg. Similar to the event dose, the daily dose is used in exposure and risk assessments associated with the toxicity or safety of a chemical.

Privileged and Confidential

$$Daily\ dose\ =\ Event\ dose\ \times\ body\ weight$$

For exposures that are infrequent or sporadic and for evaluation of chronic exposures over longer times, the average daily dose (ADD) can also be used in exposure and risk assessments. The ADD takes into account the frequency of events per day (EV), frequency of exposure (EF), exposure duration in years (ED), exposed skin surface area (SA), and body weight (BW). The ADD is calculated as (Keil et al, 2009):

$$ADD = \frac{DA_{Event} \times EV \times EF \times ED \times SA}{BW \times AT}$$

where

ADD     = dermal absorbed dose (mg/kg – day)

$DA_{Event}$    = absorbed dose per event (mg/cm2 – event)

EV      = event frequency (events/day)

EF      = exposure frequency (days/year)

ED      = exposure duration (years)

SA      = skin surface area (cm2)

BW     = body weight (kg)

AT      = averaging time (days)

Using the event dose, which includes surface area and body weight, the revised formula for ADD is:

$$ADD = \frac{Event\ dose \times EV \times EF \times ED}{AT}$$

**Exposure Assessment**

Exposure assessments were performed using the previously described exposure assessment model and the highest possible exposure scenarios, which is likely to overestimate systemic doses but will account for potential day-to-day variations in systemic doses, as observed in the literature.

Privileged and Confidential

**Highest Possible Systemic Dose When Mixing Concentrate**

The in vitro human skin dermal absorption data from Franz (1983) was used to model systemic doses from exposures to the Roundup concentrates, as it was for a Roundup formulation with a similar glyphosate concentration near 41%.[51]  Over a 48-hour period, the mean flux was 4.7 x 10-5 mg/cm2/h.[52]  The duration of exposure was carried out to 12-hours to account for any potential dermal absorption of glyphosate remaining on the skin surface.  This 12-hour time is based on the dermal absorption curve of Franz (1983), which indicates that a majority of the glyphosate (as an unmixed formulation) permeates the skin within the first 12 hours.  This is supported by other studies, such as Davies, 2016, Davies 2017, Smith, 2014, and Smith 2015.  Furthermore, the results in Connolly et al. (2018), Faniband et al. (2021), Pierce et al. (2020), and Zoller et al. (2020) support this conclusion, as they report the peak urinary concentrations of glyphosate at approximately 3 hours.  The amount of glyphosate permeating the skin after this time would be negligible, even when some may remain on the outer skin.  This is well documented in the dermal absorption literature for glyphosate and Roundup formulations.

As discussed earlier, no clothing protection factor was applied in this part of the assessment; however, washing with soap and water following mixing was determined to reduce the overall exposure by 70%. This reduced the flux to 1.41 x 10-5 mg/cm²/h.[53]

The dermal absorbed dose rate (DA-event) over the 12 hours was:

$$DA_{event} = Flux \times time$$

$$= 1.41 \times 10^{-5} \frac{\text{mg}}{cm^2} per\ hour \times 12\ hours$$

$$\mathbf{= 1.69 \times 10^{-4} \frac{mg}{cm^2}\ per\ event}$$

---

[51] The Roundup formulation concentration in Franz (1983) was reported at approximately 36% glyphosate.

[52] The reported total absorption for the 48-hour study was 2.26 µg/cm² (Table 4).  The mean flux was calculated by dividing the total absorption by 48-hours and converting from micrograms to milligrams, resulting in a flux in mg/cm²/h. [2.26 µg/cm² divided by 48 h and times 0.001 mg per µg = 4.7 x 10-5 mg/cm²/h]

[53] Flux is concentration dependent and washing the affected skin with soap and water would effectively reduce the concentration of glyphosate on the skin.  The 70% reduction is based on a previously discussed rationale.

Privileged and Confidential

The highest possible event dose in mg/kg body weight when mixing Roundup was:

$$Event\ dose\ = \frac{DA_{event} \times Surface\ Area}{Body\ weight} = \frac{1.69\ \times 10^{-4}\ \frac{mg}{cm^2}\ per\ event \times 210\ cm^2}{66\ kg}$$

$$= \mathbf{0.00054} \frac{\boldsymbol{mg}}{\boldsymbol{kg}}\ \boldsymbol{per\ event}$$

The highest possible daily dose when mixing Roundup was:

$$Daily\ dose\ =\ Event\ dose\ \times\ body\ weight\ =\ 0.00054\ mg/kg\ \times\ 66\ kg\ = \mathbf{0.036\ \boldsymbol{mg}}$$

**Highest Possible Systemic Dose When Spraying**

The in vitro human skin dermal absorption data from Franz (1983) was used to model systemic doses from spraying a spray mix of Roundup, as it was for a Roundup formulation with an equivalent glyphosate concentration above but near the estimated 1.5% concentration of glyphosate in water.  For a 48-hour exposure, the mean flux was 2.08 x 10-6 mg/cm2/h.[54]  The duration of exposure was carried out to 10-hours to account for any potential dermal absorption of glyphosate remaining on the skin surface.  This 10-hour time is based on the dermal absorption curve of Franz (1983), which indicates that a majority of the glyphosate (as a spray mix dilution) permeates the skin within the first 10 hours.[55]  This is supported by other studies, such as Davies, 2016, Davies 2017, Smith, 2014, and Smith 2015.  Furthermore, the results in Connolly et al. (2018), Faniband et al. (2021), Pierce et al. (2020), and Zoller et al. (2020) support this conclusion, as they report the peak urinary concentrations of glyphosate at approximately 3 hours.  The amount of glyphosate permeating the skin after this time would be negligible, even when some may remain on the outer skin.  This is well documented in the dermal absorption literature for glyphosate and Roundup formulations.

---

[54] The reported total absorption for the 48-hour study was 0.10 μg/cm² (Table 4).  The mean flux was calculated by dividing the total absorption by 48-hours and converting from micrograms to milligrams, resulting in a flux in mg/cm²/h. [0.10 μg/cm² divided by 48 h and times 0.001 mg per μg = 2.08 x 10-6 mg/cm²/h]

[55] The observed differences in permeation curves between concentrated formulations and spray dilutions are well documented in the literature (e.g., Davies, 2016, Davies 2017, Franz, 1983, Smith, 2014, and Smith 2015) and assumed to be concentration dependent.

Privileged and Confidential

*Backpack Spraying Applications*

As previously determined, a clothing protection factor of 40% was applied in the calculations, which reduced the flux to 1.25 x 10-6 mg/cm2/h.[56]

The dermal absorbed dose rate (DA-event) over the 10 hours was:

$$DA_{event} = Flux \times time = 1.25 \times 10^{-6} \frac{mg}{cm^2 h} \times 10 \text{ hours}$$

$$= \mathbf{1.25 \times 10^{-5} \frac{mg}{cm^2} \, per \, event}$$

The highest possible event dose in mg/kg body weight when applying Roundup was:

$$Event \, dose = \frac{DA_{event} \times Surface \, Area}{Body \, weight} = \frac{1.25 \times 10^{-5} \frac{mg}{cm^2} \, per \, event \times 2584 \, cm^2}{66 \, kg}$$

$$= \mathbf{0.00049 \frac{mg}{kg} \, per \, event}$$

The highest possible daily dose when applying Roundup was:

$$Daily \, dose = Event \, dose \times body \, weight = 0.00049 \frac{mg}{kg} \times 66 \, kg = \mathbf{0.032 \, mg}$$

*Tractor-Pulled Spray Applications*

As previously determined, no clothing protection factor was applied in the calculations.

---

[56] The reduction in flux due to the clothing protection factor is applied here, because flux is concentration dependent and would be thereby reduced by the presence of clothing.  This is supported by Wester et al. (1996), which was previously discussed in the Clothing Protection Factor section.

Privileged and Confidential

The dermal absorbed dose rate (DA-event) over the 10 hours was:

$$DA_{event} = Flux \times time = 2.08 \times 10^{-6} \frac{\text{mg}}{cm^2 h} \times 10 \text{ hours}$$

$$= \mathbf{2.08 \times 10^{-5} \frac{mg}{cm^2}} \textbf{ per event}$$

The highest possible event dose in mg/kg body weight for the one-time event when applying Roundup was:

$$Event\ dose = \frac{DA_{event} \times Surface\ Area}{Body\ weight} = \frac{2.08 \times 10^{-5} \frac{\text{mg}}{cm^2} \text{ per event} \times 420\ cm^2}{66\ kg}$$

$$= \mathbf{0.00013 \frac{mg}{kg}} \textbf{ per event}$$

The highest possible daily dose for the one-time event when applying Roundup was:

$$Daily\ dose = Event\ dose \times body\ weight = 0.000132 \frac{mg}{kg} \times 66\ kg = \mathbf{0.0087\ mg}$$

**Combined Highest Possible Systemic Dose for Mixing and Spraying**

For Michael Pecorelli, the combined highest possible systemic dose was <u>0.0012 mg/kg per event</u>[57] and the combined highest possible daily dose was determined to be <u>0.077 mg</u>.[58]  This represents a day of application where he spilled the concentrate during mixing and applied Roundup using both a backpack sprayer and tractor-pulled sprayer.

**Average Daily Dose**

For Mr. Pecorelli, the average daily dose over the 28 years of reported Roundup use, prior to his diagnosis, was calculated to account for the different types of applications over the period, which varied significantly and overlapped in some instances.

---

[57] The highest potential systemic doses for mixing (0.00054 mg/kg/event), backpack spray application (0.00049 mg/kg/event) and the tractor-pulled spray application (0.00013 mg/kg/event) were all combined.
[58] The highest potential systemic doses for mixing (0.036 mg), backpack spray application (0.032 mg) and the tractor-pulled spray application (0.0087 mg) were all combined.

Privileged and Confidential

$$ADD = \frac{Event\ dose \times EV \times EF \times ED}{AT}$$

The following table summarizes the average daily doses for each application activity over a 28-year period.

| Activity | Event dose (mg/kg/event) | EV (event/day) | EF (days/year) | ED (years) | AT (days) | ADD (mg/kg/day) |
|---|---|---|---|---|---|---|
| Mixing Roundup for applications 1976 to 2003 (28 years) | 0.00054 | 1 | 27[59] | 28 | 10,220 | $3.99 \times 10^{-5}$ |
| Backpack applications at own residence 1976 to 2003 (28 years) | 0.00049 | 1 | 2 | 28 | 10,220 | $2.68 \times 10^{-6}$ |
| Backpack applications for landscaping and lawn maintenance 1976 to 1977 (2 years) | 0.00049 | 1 | 25 | 2 | 730 | $3.36 \times 10^{-5}$ |
| Backpack applications for landscape projects or builds 1978 to 2003 (26 years) | 0.00049 | 1 | 15 | 26 | 9,490 | $2.01 \times 10^{-5}$ |
| Tractor-pulled applications at nursery 1978 to 2003 (26 years) | 0.00013 | 1 | 10 | 26 | 9,490 | $3.56 \times 10^{-6}$ |
| | | | | | Total ADD | $9.98 \times 10^{-5}$ |

---

[59] This was based on the previously reported two applications per year at the residence and a previously estimated 25 applications per year for landscaping and/or nursery work.  The two were combined.

Privileged and Confidential

**Validation of Results**

The estimated systemic dose results for Michael Pecorelli were compared to measured systemic doses of operators using glyphosate-based herbicides from biomonitoring studies (Solomon, 2016). The exposure and dose modeling results were within the range observed among pesticide applicators, showing that the highest possible daily systemic dose of 0.0012 mg/kg/day for Mr. Pecorelli was between the 50th percentile of 0.0003 mg/kg/day and the 90th percentile of 0.0014 mg/kg/day (Solomon, 2016). The results of this assessment appear valid and comparable to measured systemic doses of operators using glyphosate-based herbicides from biomonitoring studies, which included operators who reported mixing concentrates, spills, and skin contact, as well as those who did not.

**Comparisons with Existing Reference Doses**

The highest possible daily systemic dose for Mr. Pecorelli, 0.0012 mg/kg, was compared to existing regulatory thresholds and found to be well below these thresholds. His highest possible daily systemic dose was approximately 500-times lower than the EFSA Acceptable Daily Intake (ADI) of 0.5 mg/kg/day, approximately 1,000-times lower than the WHO Chronic ADI of 1 mg/kg/day and the proposed U.S. EPA Chronic RfD of 1 mg/kg/day (USEPA HHRA, 2017; Solomon, 2019). His highest possible daily systemic dose was also approximately 10,000-times lower than the rat oral no observed effect level (NOEL) of 10 mg/kg/day reported by Lavy (1992). Finally, his highest possible systemic dose was also approximately one million times lower than the standard rodent dose in rodent bioassays of 1,000 mg/kg/day.

**Comparison of Mr. Pecorelli's Dose to Other Glyphosate Applicators**

I reviewed the study by Andreotti et al. (2018) on glyphosate use and cancer incidence in the Agricultural Health Study (AHS) in the context of my exposure and dose assessment. The AHS study (and all of the other epidemiology studies to evaluate dose) uses days of use as a proxy for dose. One should keep in mind that the applicators in the AHS study likely applied glyphosate-based herbicides for a longer period per day as compared to Michael Pecorelli. The AHS study does attempt to refine their dose assessment via the use of a peer-reviewed and validated intensity-weighting algorithm (Dosemeci et al., 2002; Coble et al., 2011). The intensity weighting methodology is an improvement on lifetime days alone, as a measure of dose. From a review of the available epidemiology studies, the AHS appears to be the only study to use this methodology.

Based on his reported use, Michael Pecorelli would be categorized into the fourth quartile (Q4) of lifetime days of glyphosate use and Non-Hodgkin Lymphoma, based on approximately 27 days of use per year on average over 28 years (756 lifetime days). In addition, Mr. Pecorelli falls into the fourth quartile (Q4) of the intensity-weighted lifetime days of glyphosate use. The intensity-weighting assumptions were that he mixed Roundup > 50% of the time (weighting 50), repaired equipment (weighting 20), used a backpack sprayer (weighting 80), and did not wear chemical-resistant PPE, which does not carry a PPE reduction (weighting 1) (Coble et al., 2011). Andreotti et al. (2018) concluded that there was "no association between glyphosate and any solid tumors or lymphoid malignancies overall, including NHL and its subtypes." For quartile

Privileged and Confidential

four (lifetime days), the relative risk (RR) confidence interval for NHL is reported to be 0.80 (0.60 to 1.06) and for NHL B-cell 0.78 (0.58 to 1.05).  For quartile four (intensity-weighted lifetime days), the RR confidence interval for NHL is reported to be 0.87 (0.64 to 1.20) and for NHL B-cell 0.86 (0.62 to 1.19).

Similarly, Donato et al. (2020) conducted an updated meta-analysis of seven overlapping studies, which included AHS data including those of Andreotti et al. (2018), and found no evidence of increased risk for NHL in those occupationally exposed to glyphosate.  The meta-relative risk (meta-RR) confidence interval for NHL was 1.03 (0.86 to 1.21).  They also found indications of publication bias or other forms of bias with a lack of negative results with smaller studies.  Aside from publication bias, Crump et al. (2019) provides compelling evidence that selection bias and recall bias exist with earlier case-control studies evaluating the association between glyphosate and NHL. More specifically, the case-control studies by Hardell et al. (2002), Eriksson et al. (2008) McDuffie et al. (2001), and Orsi et al. (2009) all had a high percentage of elevated odds ratios greater than 1.0 despite reported use of glyphosate containing herbicides. These findings support use of the AHS, a large prospective cohort study with validated intensity-weighting algorithm for lifetime days, as a proxy for dose over those models present in smaller case-control studies (i.e., McDuffie et al., 2001 and Eriksson et al., 2008).

For example, Eriksson et al. (2008) is a case-control study with only 17 cases of NHL for glyphosate use >10 days of exposure. Additionally, McDuffie et al. (2001) is a case-control study with only 28 cases of NHL for glyphosate use >0 and ≤2 days per year and 23 cases for >2 days per year. No intensity-weighting exposure adjustments for exposure differences among applicators were made in these two studies.  In contrast, the Andreotti et al. (2018) AHS study was a larger prospective cohort study with more than 500 cases of NHL for glyphosate use, divided into intensity-weighted quartiles for lifetime days of use to account for exposure differences among applicators.

The U.S. EPA (2020) conducted an epidemiology review of meta-analysis publications by Leon et al. (2019) and Zhang et al. (2019) as part of its reregistration review for glyphosate.  Overall, they emphasized the value of the AHS data from Andreotti et al. (2018), which appeared not well adjusted for in the Leon et al. (2019) and Zhang et al. (2019) meta-analyses.

Kabat et al. (2021) evaluated recent meta-analyses on exposure to glyphosate-based herbicides and risk of NHL.  Similar to the U.S. EPA (2020), they emphasized the value of the AHS data as providing the most reliable and precise information with respect to glyphosate exposures and risk of NHL.  They also concluded that the approach of combining case-control studies with the AHS, by Zhang et al. (2019) and similar meta-analyses including their own, is ill-advised and should be interpreted with a high level of caution.

Overall, given the above discussed epidemiology studies and issues, the AHS study and their use of a validated intensity-weighting algorithm for lifetime days for dose assessment is an improvement over ever versus never use, days of use, or lifetime days alone as a measure of dose.  These findings support my use of the AHS, a large prospective cohort study with validated intensity-weighting algorithm for lifetime days, as a proxy for dose over those models present in

Privileged and Confidential

the previously discussed smaller case-control studies or in meta-analyses including smaller case-control studies alongside larger prospective cohort studies.

**Rebuttal to Plaintiff's Experts**

I have reviewed the expert opinions of plaintiff's experts. Many of their opinions are unfounded and unsupported by reliable methodology, including the opinions on exposure assessment described in more detail below.

### *Days of Use as a Proxy for Dose for Comparison to Other Glyphosate Applicators*

The plaintiff's experts reviewed and commented on several epidemiology studies, concerning days of use as a proxy for comparison to other glyphosate applicators. Days or hours of use were compared to thresholds for ever-exposed, >0 and ≤2 days, >2 days per year, 10 days of exposure or less and 10 or more hours of exposure per year. However, these thresholds are associated primarily with case-control studies that do not account for mixing activities, method of application or personal protective equipment use, all of which are important determinants of exposure and dose. Additionally, many of these studies do not control for co-exposures to other compounds. The plaintiff's experts made brief mention of the Andreotti (2018) AHS large prospective cohort study of pesticide applicators, which accounts for these factors, but these important determinants were not discussed nor the study considered relevant.

I reviewed the study by Andreotti et al. (2018) on glyphosate use and cancer incidence in the Agricultural Health Study (AHS) in the context of my exposure and dose assessment. The AHS study uses days of use as a proxy for dose. The AHS study does attempt to refine their dose assessment via the use of a peer-reviewed and validated intensity-weighting algorithm (Dosemeci et al., 2002; Coble et al., 2011). The intensity weighting methodology is an improvement on lifetime days alone, as a measure of dose. From a review of the available epidemiology studies, the AHS study appears to be the only study to use this methodology.

For example, Eriksson et al. (2008), which was relied on by plaintiff's experts in their opinions, is a case-control study with only 17 cases of NHL for glyphosate use >10 days of exposure. Additionally, McDuffie et al. (2001), which was relied on by plaintiff's experts in their opinions, is a case-control study with only 28 cases of NHL for glyphosate use >0 and ≤2 days per year and 23 cases for >2 days per year. No intensity-weighting exposure adjustments for exposure differences among applicators were made in these two studies. In contrast, the Andreotti et al. (2018) AHS study was a larger prospective cohort study with more than 500 cases of NHL for glyphosate use, divided into intensity-weighted quartiles for lifetime days of use to account for exposure differences among applicators.

The U.S. EPA (2020) conducted an epidemiology review of meta-analysis publications by Leon et al. (2019) and Zhang et al. (2019) as part of its reregistration review for glyphosate. Overall, they emphasized the value of the AHS data from Andreotti et al. (2018), which appeared not well adjusted for in the Leon et al. (2019) and Zhang et al. (2019) meta-analyses.

Kabat et al. (2021) evaluated recent meta-analyses on exposure to glyphosate-based herbicides and risk of NHL. Similar to the U.S. EPA (2020), they emphasized the value of the AHS data as

Privileged and Confidential

providing the most reliable and precise information with respect to glyphosate exposures and risk of NHL. They also concluded that the approach of combining case-control studies with the AHS, by Zhang et al. (2019) and similar meta-analyses including their own, is ill-advised and should be interpreted with a high level of caution.

Overall, given the above discussed epidemiology studies and issues, the AHS study and their use of a validated intensity-weighting algorithm for lifetime days for dose assessment is an improvement over ever versus never use, days of use, or lifetime days alone as a measure of dose. These findings support my use of the AHS, a large prospective cohort study with validated intensity-weighting algorithm for lifetime days, as a proxy for dose over those models present in the previously discussed smaller case-control studies or in meta-analyses including smaller case-control studies alongside larger prospective cohort studies.

### Human Glyphosate Excretion in Urine Compared to Animal Studies

The plaintiff's experts reviewed and commented on two studies evaluating the excretion of glyphosate in urine following administration of single oral dose via a food item (Zoller et al., 2020) and a spiked juice (Faniband et al., 2020). The underlying theory presented by plaintiff's experts is that when it comes to dermal exposures, such as those illustrated by Connolly et al. (2020), there is a failure to account for the other 99% of glyphosate, which was indicated as a serious toxicological concern. One point of confusion may exist with the difference between the two routes of exposure, namely ingestion versus dermal absorption of glyphosate. The overwhelming evidence with human in vitro dermal absorption studies is that the majority of glyphosate remains on the outer surface of the skin and is unavailable for absorption (Davies 2015, Davies, 2016, Davies 2017, Franz, 1983, Nielsen 2007, Nielsen 2009, Smith, 2014, Smith 2015, Ward 2010a, and Ward, 2010b). When measured as a percentage of the test mixture absorbed, the absorption of glyphosate is generally less than 1%,[60] which is consistent with the findings of Connolly et al. (2020). I will discuss a few representative examples below.

Franz (1983) evaluated the skin permeation of three Roundup® formulations through in vitro human skin with an exposure time of 24 hours and a total evaluation time of 48 hours. The total recoveries of glyphosate were excellent (99 to 101%) and the results showed that very little of the glyphosate remains in the epidermis (0.04 to 4%) and dermis (0.015 to 0.042%). Skin washes with water effectively removed 92 to 100.9% of the glyphosate from the outer surface of the skin, suggesting that the glyphosate not absorbed through the skin remains on the outer skin surface. Additionally, other studies in the literature report that glyphosate remaining in the epidermis is expected to be unavailable for absorption (Maibach, 1983, Nielsen, 2007).

In a similar and later study, Davies (2017) evaluated in vitro human skin permeation with a concentrated formulation and spray strength dilution with a 6-hour exposure time and a total

---

[60] Some studies show a percent absorption above 1%. For example, Nielsen et al. (2007) showed a percent absorption of 0.3% for intact skin and 6.7% for damaged skin. Wester et al. (1991) showed percent absorbed values less than 2.2%, with higher percentages associated with dilute glyphosate concentrations. The flux was still low and comparable to other studies I reviewed (e.g., Franz, 1983 and Davies, 2017). Wester et al. (1996) showed a percent absorption of 1.42% with an aqueous solution of analytical grade glyphosate, different than those evaluating Roundup formulations (e.g., Franz, 1983 and Davies, 2017).

Privileged and Confidential

evaluation time of 24 hours.  The total recoveries were excellent, all at or above 100%, and skin washes effectively removed greater than 97% of the glyphosate from the outer surface of the skin.

Nielsen (2009) evaluated in vitro human skin permeation of a diluted concentration of glyphosate (4 mg/mL) with exposure over an entire 48-hour period.  The total recovery was good at 92% and the amount of glyphosate recovered within the donor chamber (outer skin) after 48 hours of exposure was 91%, which is approximately 99% of the total recovery.

In summary, all three of these representative studies show that the percent of glyphosate dermally absorbed through human skin is very low and a majority of the glyphosate remains on the outer surface of the skin and is unavailable for absorption.  The results of these studies are consistent with the other in vitro human skin permeation studies I reviewed.

### Dermal Absorption and Pharmacokinetic Studies of Glyphosate

#### Elimination in the feces following dermal absorption

The underlying theory presented by plaintiff's experts is that following dermal absorption a significant portion of glyphosate is excreted via the feces rather than the urine.  This is primarily supported by results from one test group of monkeys in Wester (1991).  This notion is not supported in the literature.

NTP (1992) evaluated the elimination of glyphosate following an IV dose in rats.  Nearly all of the administered glyphosate was eliminated via the urine, as one would expect when dealing with a hydrophilic compound.  Likewise, Wester (1991) evaluated the elimination of glyphosate following two IV doses in monkeys.  Again, nearly all of the administered glyphosate was eliminated via the urine.  Both of these studies achieved essentially 100% recovery of the IV administered test compound.

Wester (1991) evaluated the elimination of glyphosate in monkeys following topical administration.  Monkeys were placed in restraining chairs for the first 12-hours of the study and then placed in metabolic cages for the remainder of the study.  The authors of the study do not report any presence of an upper belly plate while the monkeys were in the chairs (i.e., they reported the belly plate was positioned below the application site), nor do they report any hand or arm constraints to restrict the monkeys from hand-to-mouth transfer.  Review of a portion of the testimony of Dr. Daniel Bucks, who was a graduate student in the lab at the time, indicated that the monkeys were able to touch the site of application and their mouths.[61]  The results of the topical administration elimination study are contradictory in that one dose group of the study reports higher elimination of glyphosate in the urine as compared to the feces, while the other reports a higher proportional elimination of glyphosate in the feces as compared to in urine.  Additionally, recovery of the test compound was found to be approximately 80%.  Given the potential for cross-contamination in this study, the aberrant nature of the results as compared to well defined studies of the elimination of systemic doses and the conclusion of the study authors that skin absorption should be measured via urinary elimination, the results reported in Table 4

---

[61] Deposition of Dr. Daniel Bucks, page 107.

Privileged and Confidential

of the Wester study do not establish any meaningful elimination of dermally absorbed glyphosate in the feces.

*Accumulation in bones and bone marrow*

The underlying theory presented by plaintiff's experts is that following dermal absorption a significant portion of glyphosate accumulates in bone and bone marrow.  These conclusions are not supported in the literature.  Some of the studies that examined this endpoint include Ridley (1988), Brewster (1991), Wester (1991) and BfR (2013, revised 2015).  These studies indicate that glyphosate is widely distributed throughout the body with no significant persistence within the body.

Brewster (1991) evaluated the metabolism and tissue distribution of glyphosate in rats via oral administration.  The percent of administered dose in the organs and tissues after seven days was low with a total body burden of 1.16%, on average.  Of this, the highest fraction of $1.06 \pm 0.04\%$ was measured in the bone at 168 hours after administration.  It must be noted that the maximal tissue level of glyphosate in bone was at 6.3 hours and declined thereafter, indicating that glyphosate was not accumulating in the bone over the seven days.  They concluded that elimination from the bone was slower than that of other tissues, which should not be confused with an accumulation in the bone.  These results, as well as others presented in the study, are consistent with the conclusion that glyphosate is widely distributed throughout the body with no significant persistence within the body.

In the BfR (2013, revised 2015), short half-life times between 10 to 33 h were reported for glyphosate tissue distribution and elimination.  This was lower than that of Brewster (1991), which evaluated oral administration of glyphosate in rats.

The Wester (1991) study evaluated blood levels of glyphosate following topical administration to monkeys and the levels detected were exceedingly low.[62]  Moreover, the Wester authors did not detect glyphosate in the remains of the monkeys seven days after glyphosate exposure.

Ridley (1988) evaluated the excretion and distribution of glyphosate in rats via intravenous (10 mg/kg) administration.  For the intravenous administration group, more closely related to dermal uptake, the percent of dose in the organs and tissues after seven days was low and ranged from 0.05 to 0.09 %, on average.  Of this, the highest fractions of 1.5 to 1.6 ppm were measured in the bone, with only 0.03 to 0.07 ppm measured in the bone marrow. These results, as well as others presented in the study, are consistent with the conclusion that glyphosate is widely distributed throughout the body with no significant persistence within the body.

### Review of Monsanto Studies

The plaintiff's experts suggest that DTL in vitro human skin absorption of glyphosate formulations and their dilutions inconsistently show lower dermal absorption rates and

---

[62] I am concerned about cross-contamination in the topically administered test groups.  However, if one assumes there was no cross-contamination the systemic dose would be approximately 0.1% of the topically administered dose of 500 μg (Hobbs, 2015, Wester, 1991).

erroneously conclude that remaining glyphosate in the epidermis is unavailable for absorption. The body of evidence in the literature contradicts these statements.

In a review of the literature on the permeation of glyphosate contained in mixtures of glyphosate-based herbicides and/or test vehicles containing neat glyphosate, the results all show a consistent very low rate of dermal absorption, with inherent variation based on various factors, including concentration and the matrix/formulation (e.g., Davies 2015, Davies, 2016, Davies 2017, Franz, 1983, Nielsen 2007, Nielsen 2009, Smith, 2014, Smith 2015, Ward 2010a and Ward, 2010b). This included non-DTL studies.  When measured as a percentage of the test mixture absorbed, the absorption of glyphosate is generally less than 1%.

There is agreement in two similar studies separated by over 30 years.  Franz (1983) evaluated the skin permeation of three Roundup® formulations through in vitro human skin with an exposure time of 24 hours and a total evaluation time of 48 hours.  The average flux between Mon 0139 and the concentrated Roundup® formulation were 3.4 x10-5 and 4.7 x 10-5 mg/cm$^2$/h, respectively.  With dilution, the flux was over 20 times lower for the Roundup® Spray Mix formulation (2.1 x 10-6 mg/cm$^2$/h) compared to the concentrated Roundup® formulation. In addition, the total recoveries of glyphosate were excellent (99 to 101%) and the results showed that very little of the glyphosate remains in the epidermis (0.04 to 4%) and dermis (0.015 to 0.042%).  Skin washes with water effectively removed 92 to 100.9% of the glyphosate from the outer surface of the skin, suggesting that the glyphosate not absorbed through the skin remains on the outer surface.  In a similar and later study, Davies (2017) evaluated in vitro human skin permeation with a concentrated formulation and spray strength dilution with a 6-hour exposure time and a total evaluation time of 24 hours.  For the concentrated formulation, the mean flux was 3.4 x 10-5 mg/cm$^2$/h.  For the spray dilution, the mean flux was 2.0 x 10-7 mg/cm$^2$/h, similar to that of Franz (1983).  The total recoveries were excellent and all at or above 100% and skin washes effectively removed greater than 97% of the glyphosate from the outer surface of the skin.

Additionally, Nielsen (2009) evaluated in vitro human skin permeation of a diluted concentration of glyphosate (4 mg/mL) with exposure over an entire 48-hour period.  The maximum flux was 2.4 x 10-5 mg/cm$^2$/h.  This result was higher than that of Franz (1983) and Davies (2017), but it should be noted that the exposure period was much longer and the mean flux was not reported. Nevertheless, the maximal flux was very low.  The total recovery was good at 92% and the amount of glyphosate remaining in the skin after 48 hours of exposure was 0.7%.

The above representative studies show that the rate of permeation for glyphosate through the human skin is very low.  The results of these studies are consistent with the other in vitro human skin permeation studies I reviewed.

### *Alleged Carcinogenic Substances in Roundup*

Statements regarding reported impurities in Roundup seem ill conceived.  In an exposure assessment, one must quantify the exposure and compare it to known quantitative estimates of carcinogenic risk for the substances of interest.  The substances mentioned are common to many products and to our daily lives. Some of the substances discussed are naturally occurring in our

Privileged and Confidential

bodies.  Thus, comparing the dose or amount of exposure to toxicological data is essential when assessing potential risks.  Failure to quantify these exposures in any meaningful way renders these opinions on impurities meaningless from an industrial hygiene point of view.  Furthermore, regulatory thresholds exist for impurities, they are monitored and have been found to be low (EPA 1993, Rages 2012).

### *Other Factors Increasing Dermal Absorption*

#### *Skin creams*

There is mention of skin creams enhancing dermal absorption.  It is known that skin hydration with water may affect dermal absorption, and thus it is common practice that the skin is well hydrated prior to the start of in vitro skin absorption studies, to account for this effect.  The critical factor with glyphosate is its hydrophilicity or water solubility.  Skin creams containing oils, petroleum products or other lipophilic components are expected to enhance the dermal absorption of similar lipophilic chemicals, but repel hydrophilic components.  The plaintiff's experts overgeneralize the effect of skin creams on dermal absorption.  In a review of the literature, there is an absence of data on skin creams and dermal absorption of glyphosate.  The herbicide 2,4-D is chemically different from glyphosate, because it is more lipophilic than glyphosate, and should not be used for comparison.

#### *Surfactants*

There is mention of surfactants enhancing dermal absorption.  The available in vitro human dermal absorption data do not suggest that surfactants play a significant role in the permeation of glyphosate through human skin.  I agree that data on formulated products should be accounted for when evaluating human exposure and this was the approach I took in this exposure assessment, to use permeation data relevant to the formulation.

A number of in vitro human skin studies have evaluated the permeation of glyphosate contained in mixtures of glyphosate-based herbicides and/or test vehicles containing neat glyphosate.  As expected, the results all show a very low rate of flux, with inherent variation based on various factors, including concentration and the matrix/formulation (Davies 2015, Davies, 2016, Davies 2017, Franz, 1983, Nielsen 2007, Nielsen 2009, Smith, 2014, Smith 2015, Ward 2010a and Ward, 2010b).  When measured as a percentage of the test mixture absorbed, the absorption of glyphosate is generally less than 1%.

Franz (1983) evaluated the skin permeation of three Roundup formulations through in vitro human skin with an exposure time of 24 hours and a total evaluation time of 48 hours.  The benefits from this study were: 1) formulations common to residential and agricultural use were evaluated; 2) the effect of surfactants in the formulation was evaluated; 3) the effects of dilution were evaluated; and 4) partitioning in the skin and skin wash efficiency were evaluated.  With the addition of surfactants, little difference was observed in the average flux between Mon 0139 and the concentrated Roundup® formulation, which were $3.4 \times 10^{-5}$ and $4.7 \times 10^{-5}$ mg/cm$^2$/h, respectively. This difference was less than 40%.  With dilution, the flux was over 20 times lower for the Roundup® Spray Mix formulation ($2.1 \times 10^{-6}$ mg/cm$^2$/h) compared to the concentrated

Privileged and Confidential

Roundup® formulation. In addition, the total recoveries of glyphosate were excellent (99 to 101%) and the results showed that very little of the glyphosate remains in the epidermis (0.04 to 4%) and dermis (0.015 to 0.042%). Studies in the literature report that glyphosate remaining in the epidermis is expected to be unavailable for absorption (Maibach, 1983, Nielsen, 2007). Skin washes with water effectively removed 92 to 100.9% of the glyphosate from the outer surface of the skin, suggesting that the glyphosate not absorbed through the skin remains on the outer skin surface.

In a similar and later study, Davies (2017) evaluated in vitro human skin permeation with a concentrated formulation and spray strength dilution with a 6-hour exposure time and a total evaluation time of 24 hours. For the concentrated formulation, the mean flux was 3.4 x 10-5 mg/cm$^2$/h. For the spray dilution, the mean flux was 2.0 x 10-7 mg/cm$^2$/h, similar to that of Franz (1983). The total recoveries were excellent and all at or above 100% and skin washes effectively removed greater than 97% of the glyphosate from the outer surface of the skin.

Nielsen (2009) evaluated in vitro human skin permeation of a diluted concentration of glyphosate (4 mg/mL) with exposure over an entire 48-hour period. The maximum flux was 2.4 x 10-5 mg/cm$^2$/h. This result was higher than that of Franz (1983) and Davies (2017), but it should be noted that the exposure period was much longer and the mean flux was not reported. Nevertheless, the maximal flux was very low. The total recovery was good at 92% and the amount of glyphosate remaining in the skin after 48 hours of exposure was 0.7%.

In summary, all three of these representative studies show that the rate of permeation for glyphosate through the human skin is very low, despite the presence of surfactants. The results of these studies are consistent with the other in vitro human skin permeation studies I reviewed.

## Conclusions

In conclusion, it was determined that glyphosate is strongly hydrophilic, for which the human skin is an excellent barrier, and thus the rate of dermal absorption will be very low. The toxicity classification for glyphosate is also low, which is a desired property when selecting and using herbicides. For those using glyphosate-based herbicides for weed control, skin contact and subsequent dermal absorption is the primary route of exposure for glyphosate. Following dermal absorption, glyphosate is not active in the body, not significantly metabolized, and rapidly eliminated from the body in the urine. The body of evidence in the literature support these conclusions that the rate of dermal absorption through the human skin is very low and that exposures and systemic doses in those who use glyphosate-based herbicides are very low. The measured systemic doses in applicators using glyphosate-based herbicides are very low, well below existing regulatory thresholds, and much lower than dosing seen in animal models. From the exposure assessments performed for Mark Pecorelli, it was determined that his highest possible daily systemic dose was comparable to the range observed for applicators using and applying glyphosate-based products. Similarly, his daily systemic dose would be approximately 500 to 1,000 times lower than existing regulatory thresholds and approximately 10,000 to one million times lower than dosing seen in animal models.

Privileged and Confidential

I reserve the right to amend or supplement my opinions as new evidence becomes available, including any new evidence that becomes available in the site visit to identified properties.

_Robert N. Phalen_

_____

February 10, 2021                    Robert N. Phalen, PhD, CIH, FAIHA

# Appendix A

CURRICULUM VITAE

# Robert N. Phalen, PhD, CIH, FAIHA

## EDUCATION

| | | |
|---|---|---|
| 2006 | Ph.D. | Environmental Health Science, with Specialization in Industrial Hygiene, from University of California, Los Angeles.  Dissertation title: *Surface Analysis for the Permeation of Captan through Glove Materials and on a Gloved Robotic Hand* |
| 1995 | B.A. | Biology, from California State University Fullerton |

## CERTIFICATION

2006 - Present   Certified Industrial Hygienist (CIH), Comprehensive Practice (CP 9179), American Board of Industrial Hygiene

1998 – 2004   Industrial Hygienist in Training (IHIT), American Board of Industrial Hygiene

## PROFESSIONAL DEVELOPMENT

2020   Greater Houston Industrial Hygiene Council (3 hour webinar) on *Safe Work Practices During the Ongoing COVID-19 Pandemic* via Southwest Center for Occupational and Environmental Health, October 15, 2020.

2019   Greater Houston Industrial Hygiene Council (6 hours) on *Heat Stress and Heat-Illness Prevention Strategies* at The Southwest Center for Occupational and Environmental Health, Houston, TX, February 21, 2019.

2018   Greater Houston Industrial Hygiene Council (6 hours) on *Current Issues in Industrial Hygiene and Occupational Health* at The Southwest Center for Occupational and Environmental Health, Houston, TX, October 18, 2018.

2018   Professional development course (7 hours) on *Exposure Judgment: Improving Inhalation Assessments* at the American Industrial Hygiene Conference and Exposition (AIHce), Philadelphia, PA, May 20, 2018.

2017   Professional development course (7 hours) on *Tools for Compliance with the OSHA Silica Standard* at the American Industrial Hygiene Conference and Exposition (AIHce), Seattle, WA, June 4, 2017.

| | |
|---|---|
| 2014 | Professional Development Course (7 hours) on *Noise Control Engineering* at the American Industrial Hygiene Conference and Exposition (AIHce), San Antonio, TX, June 1, 2014. |
| 2011 | Professional Development Course (7 hours) on *Mold and Indoor Air Quality* at the American Industrial Hygiene Conference and Exposition (AIHce), Portland, OR, May 5, 2011. |
| 1998 | *Environmental Toxicology and Risk Assessment*, University of California Riverside Extension (3 credit hours) |
| 1997 | *Certificate in Occupational Safety & Health* from University of California, Irvine Continuing Education.  Coursework in Fundamentals of Industrial Hygiene (3 credit hours), Occupational Safety and Health Regulations (3 credit hours), Industrial Hygiene Sampling and Instrumentation (1.5 credit hours), Occupational Safety and Health Auditing (3 credit hours), Basic Workers' Compensation Law of California (3 credit hours), Safety Engineering Techniques (4 credit hours) and Ergonomics (3 credit hours). |

## ACADMIC & PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2015 – Present | Associate Professor and Program Chair of Occupational Safety and Health Program, University of Houston Clear Lake, College of Science & Engineering Teach industrial hygiene courses at the undergraduate and graduate level. Conduct research on chemical protective clothing evaluating chemical permeation, chemical degradation and penetration. |
| 2012 – 2015 | Associate Professor, California State University San Bernardino, Department of Health Science, Environmental Health Science Program Taught environmental health science courses at the undergraduate and graduate level.  Conducted research on air pollution and chemical protective clothing evaluating chemical permeation, chemical degradation and penetration. |
| 2012 – 2015 | Director, Palm Springs Institute for Environmental Sustainability at California State University San Bernardino (Board Member since 2007) Directed institute activities involving air pollution research, organizing environmental symposia and an environmental exposition. <br> • Environmental & Sustainability Expo 2010, 2011, 2012 and 2013 <br> • Chair of the Sustainable Goods Movement Symposium 2013 |
| 2006 – 2012 | Assistant Professor, California State University San Bernardino, Department of Health Science, Environmental Health Science Program Taught environmental health science courses at the undergraduate and graduate level.  Conducted research on air pollution and chemical protective clothing evaluating chemical permeation and penetration. |

| | |
|---|---|
| 2002 – 2006 | Graduate Student Researcher/TA/Special Reader, UCLA Environmental Health Sciences / Center for Occupational and Environmental Health.<br>Conducted research on pesticides and chemical protective clothing.  Served as a teaching assistant for industrial hygiene courses (provided in teaching section). |
| 2001 – 2006 | Environmental Health and Safety Specialist (Ergonomics), UCLA Environment Health and Safety<br>Conducted ergonomic assessments for office workers, dining personnel, custodians and groundskeepers.  Assisted with development of training materials. |
| 1997 – 2001 | Industrial Hygienist / Manager Loss Prevention & Control, The Stockman Group, Whittier, California<br>Conducted industrial hygiene and safety assessments for chemical exposures, indoor air quality, noise and other stressors.  Conducted health and safety inspections and worker training.  Prepared safety and health manuals and injury and illness prevention plans for clientele.  Provided industrial hygiene and safety services to industry and governmental agencies, including but not limited to the following: |

- Assembly
- Automotive repair
- Back injury prevention
- Ceramics
- Confined space entry
- Construction
- Electroplating
- Ergonomics
- Fire safety
- Food services
- Forklift safety
- Grocery (Food retail industry)
- Hazardous waste sites
- HAZWOPER training

- Hospitals and medical facilities
- Housing and development
- Indoor air quality
- Lead in paint and electronics
- Machine operations and guarding
- Mold assessment
- Municipalities
- Noise and hearing conservation
- Plastics and polymers
- Personal protective equipment
- Pesticides
- Publishing and printing
- Warehousing and shipping
- Welding operations

| | |
|---|---|
| 1996 – 1997 | Chemistry Technician, ACTA Laboratories, Aliso Viejo, California<br>Conducted analytical testing of nutritional supplements, pharmaceuticals and medical devices.  Experience with U.S. Pharmacopeia (USP) testing methods for nutritional supplements, Good Laboratory Practices, infrared spectroscopy and elemental analysis using inductively couple plasma spectroscopy. |
| 1994 – 1996 | Technical Sales, Rentals and Service, Geotechnical Services, Tustin, California<br>Sold, rented and serviced geology, industrial hygiene and safety instrumentation, equipment and supplies. |

**AFFILIATIONS**

American Industrial Hygiene Association – Member since 2000
    Protective Clothing and Equipment Committee Chair, 2017
    Protective Clothing and Equipment Committee Vice Chair, 2016
    Protective Clothing and Equipment Committee Secretary, 2015
    Protective Clothing and Equipment Committee Member, 2010 to present

American Industrial Hygiene Association Gulf Coast Chapter – Member
    Board Member, Public Relations Officer, 2018 to present
    Head Judge representing AIHA Gulf Coast at Houston Science Fair, 2016 to 2019

**AWARDS AND HONORS**

| | |
|---|---|
| 2019 | Elected Fellow of American Industrial Hygiene Association (FAIHA) |
| 2017 | UHCL Piper Award Finalist (Teaching) |
| 2009 | Michigan Industrial Hygiene Society Best Paper Award 2008 in *Journal of Occupational and Environmental Hygiene*, for "A Moving Robotic Hand System for Whole Glove Permeation and Penetration: Captan and Nitrile Gloves" |
| 2006 | Elected member, Delta Omega Society, Iota Chapter |
| 2005 | Dissertation Year End Fellowship, University of California, Los Angeles |
| 2004 | Liberty Mutual Endowed Scholarship presented by the American Industrial Hygiene Foundation, Atlanta, Georgia, May 11, 2004 |
| 2000 – 2003 | NIOSH Education and Research Center Industrial Hygiene Fellowship |

**PUBLICATIONS**

**Books**

2011    Phalen, R.F. and Phalen, R.N., *Introduction to Air Pollution Science: A Public Health Perspective*, Jones and Bartlett and American Public Health Association Press, November 10, 2011.

**Book Chapters**

2019    Phalen, R.N, Cannabis. Chapter in Patty's Industrial Hygiene, Seventh Edition, Barbara Cohrssen (Ed.). John Wiley & Sons, Inc., *in press*.

2012   <u>Phalen, R.N.</u> and Phalen, R.F., Risk Assessment for Air Pollutants. Chapter in Praeger Handbook of Environmental Health (Volume III, Chapter 11), Robert H. Friis (Ed.). Praeger, 2012.

## Books (In Progress)

<u>Phalen, R.N. and Maibach, H.I.</u> (Eds.), "Protective Gloves for Occupational Use" Third Edition. CRC, Taylor and Francis (proposal accepted – in progress).

Newcomer, D. and <u>Phalen, R.N.</u> (Eds.), "Chemical Protective Clothing" Third Edition. AIHA Press (proposal accepted – in progress).

## Refereed Journal Articles (* corresponding author) - 17

2020   Brown, B, Dubrovskiy, A.V., Gvetadze, A. and <u>Phalen, R.N.</u>* "Chemical permeation of similar disposable nitrile gloves exposed to volatile organic compounds with different polarities 1. Product variation" *Journal of Occupational and Environmental Hygiene.* DOI:10.1080/15459624.2020.1721510

2020   <u>Phalen, R.N.,</u>* Dubrovskiy, A.V., Brown, B, Gvetadze, A., Bustillos, M. and Ogbonmwan, J. "Chemical permeation of similar disposable nitrile gloves exposed to volatile organic compounds with different polarities 2. Predictive polymer properties" *Journal of Occupational and Environmental Hygiene.* DOI:10.1080/15459624.2020.1721511

2017   Steele, K., Pelham, T. and <u>Phalen, R.N.</u>* "Evaluating polymer degradation with complex mixtures using a simplified surface area method" *Journal of Occupational and Environmental Hygiene,* 14 (2017) 720 – 726. DOI: 10.1080/15459624.2017.1322208

2016   <u>Phalen, R.N.</u>, Cousins, K., Usher, T., Young, M. and Zhang, R.* "" *Journal of Non-Crystalline Polymers*, 453 (2016) 59 – 65.

2015   Zhang, R.*, <u>Phalen, R.N.</u>, Cataquis, A., Desta, M., and Kloesel, M. "Study of highly porous polymers for H2 fuel storage using positron annihilation lifetime spectroscopy" *International Journal of Hydrogen Energy*, 40 (2015) 8732 – 8741

2015   <u>Phalen, R.N.</u>* and Wong, W.K., Polymer Properties Associated with Chemical Permeation Performance of Disposable Nitrile Rubber Gloves, *Journal of Applied Polymer Science,* 132 (2015) 44149. DOI: 10.1002/app.41449

2015   Pham, B., <u>Phalen, R.N.</u>, Tol, J., Oh, J. and Zhang, R.* Study of the Mechanism on the Permeation of Ethanol in Nitrile Rubber Gloves Using Positron Annihilation Lifetime Spectroscopy, *Journal of Applied Polymer Science,* 132 (2015) 41282. DOI: 10.1002/app.41282

2014   Phalen, R.N*, Le, T., and Wong, W.K., Changes in chemical permeation of disposable latex, nitrile and vinyl gloves exposed to simulated movement, *Journal of Occupational and Environmental Hygiene,* 11 (2014) 716-721.  DOI:10.1080/15459624.2014.908259

2012   Phalen, R.N.* and Coleman T., Evaluation of coarse and fine particulate sources using a portable aerosol monitor in a desert community, *Bulletin of Environmental Contamination and Toxicology* 89 (2012) 380-383.

2012   Phalen, R.N.* and Wong W.K., Chemical Resistance of disposable nitrile gloves exposed to simulated movement, *Journal of Occupational and Environmental Hygiene* 9 (2012) 630-639.

2012   Phalen, R.N.* and Wong, W.K., Tensile Properties and Integrity of Cleanroom and Low-modulus Disposable Nitrile Gloves: A Comparison of Two Dissimilar Glove Types, *Annals of Occupational Hygiene* 56 (2012) 450-457.

2011   Phalen, R.N.* and Wong, W.K., Integrity of Disposable Nitrile Exam Gloves Exposed to Simulated Movement, *Journal of Occupational and Environmental Hygiene,* 8 (2011) 289-299.

2008   Phalen, R.N.* and Que Hee, S.S., A moving robotic hand system for whole glove permeation and penetration: Captan and nitrile gloves, *Journal of Occupational and Environmental Hygiene,* 5 (2008) 258.

2007   Phalen, R.N.* and Que Hee, S.S., Variability in surface infrared reflectance of thirteen nitrile rubber gloves at key wavelengths for analysis of captan, submitted to *Applied Spectroscopy,* 61 (2007) 204.

2007   Phalen, R.N.*, Que Hee, S.S., Xu, W. and Wong, W.K., Acrylonitrile content as a predictor of the captan permeation resistance for disposable nitrile rubber gloves, *Journal of Applied Polymer Science,* 103 (2007) 2057.

2005   Phalen, R.N.* and Que Hee, S.S., Analysis of captan on nitrile glove surfaces using a portable ATR-FTIR, *Applied Spectroscopy* 59 (2005) 724.

2003   Phalen, R.N.* and Que Hee, S.S., Permeation of captan through disposable nitrile glove, *Journal of Hazardous Materials* B100 (2003) 95.

**Professional Magazine Articles - 7**

2020   Phalen, R.N. and Besmar, C.L. "Heat Stress: Assessment and Prevention" Synergist, April 2020. [Feature Article]

2020   Henry, N., Hintz, C. and Phalen, R. "Chemical Protective Clothing 101" Synergist, April 2020. [Feature Article]

2018   Phalen, R.N. "Not All Gloves are Created Equal: Guidelines and Tools for Selecting and Using Chemical-Resistant Products" Synergist, December 2018. [Feature Article]

2018   Bolton, F. Brown, R., Phalen, R.N. and Hintz, C. "Continuity of Protection: Considerations for Decontaminating Personal Protective Equipment" Synergist, April 2018. [Feature Article]

2017   Tartaglia, M. and Phalen, R.N. "Protection in an Uncontrolled Environment: Emergency Responders and Opioids Exposures" Synergist, December 2017. [Feature Article]

2017   Lieberman, J., Brown, R. and Phalen, R.N. "Growing Pains: Personal Protective Equipment for Workers in the Emerging Cannabis Industry" Synergist, May 2017. [Feature Article]

2016   Phalen, R.N. and Gao, P. "Protecting workers against Zika" Synergist, September 2016. [Front Cover Article]

## Conference Proceedings

2003   Burt, C. and Phalen, R., Practical ergonomic solutions for housekeeping and dining services, The National Ergonomics Conference Compendium 2003, HC5.

## Other Publications

2020   "Model Excavation and Trenching Safety Plan" (61-pages) and related 4-hour training workshop materials under OSHA Susan Harwood Training Grant, SH-05130-SH9.

2019   "Model Heat-Illness Prevention Plan" (65-pages) and related 4-hour training workshop materials under OSHA Susan Harwood Training Grant, SH-05032-SH8.

2018   "Model Fall Protection Plan" (61-pages) and related 4-hour training workshop materials under OSHA Susan Harwood Training Grant, SH-05130-SH9.

2011   Phalen, R.N. and Phalen, R.F. "*Illustrated Air Pollution Science: Figures for use by Teachers, Students, and Professionals*" Air Pollution Health Effects Laboratory Report Number 11-01.

2009   Phalen, RN, "*Evaluation of Coarse and Fine Particulate Sources in the Palm Springs Region*" by Palm Springs Institute for Environmental Sustainability, Spring 2009.

2008   Phalen, RN "*Proposed Air Quality Monitoring Station for the Palm Desert Campus: California State University San Bernardino*" by Palm Springs Institute for Environmental Sustainability, spring 2008.

## GRANTS AND FELLOWSHIPS

### Research Grants (In progress)

2020 OSHA Susan Harwood Training Grant; Phalen (PD), Akladios (co-PD)
   COVID-19 and Pandemic Response (Grant# SH-99029-SH0)
   Role: Project Director (PD); **Awarded $111,900**

2019 OSHA Susan Harwood Training Grant; Phalen (PD), Akladios (co-PD)
   Excavation and Trenching Safety (Grant# SH-05130-SH9)
   Role: Project Director (PD); **Awarded $123,464**

### Completed Research Support (Total $642,696)

2018 OSHA Susan Harwood Training Grant; Phalen (PD), Akladios (co-PD)
   Heat Stress Prevention (Grant# SH-05032-SH8)
   Role: Project Director (PD); **Awarded $114,494**

2017 OSHA Susan Harwood Training Grant; Phalen (PD), Akladios (co-PD)
   Fall Prevention in Construction (Grant# SH-31228-SH7)
   Role: Project Director (PD); **Awarded $114,703**

2015 Faculty Research Support Funds (FRSF); Phalen (PI)
   Criteria for establishing optimal chemical resistance of chemical protective gloves
   Role: PI; **Awarded: $5,000**

2013 Symposium Grant; Phalen (Co-PI)
   Southern California Association of Governments
   Sustainable goods movement: maintaining the environment, economy & equity
   Role: Symposium Chair; **Awarded: $20,000**

2009 – 2012 1 R21 OH009327; Phalen (PI)
   Centers for Disease Control and Prevention (CDC); National Institute for
   Occupational Safety and Health (NIOSH); and National Institutes of Health (NIH)
   NIH Exploratory/Developmental Research Grant Award (R21)
   Whole-glove integrity and chemical resistance of disposable nitrile gloves
   Role: PI; **Awarded: $275,000**

2008 – 2009 5 G11 HD052368-02; Phalen (Subproject PI) / Haddock (PD)
   National Institutes of Health (NIH)
   Extramural Associates Research Development Award (EARDA) Pilot Grant
   A sensitive electrical conductance test for measuring whole-glove integrity
   Role: Subproject PI; **Awarded: $10,000**

| 2008 | Mini-Grant; Phalen (PI) |
|---|---|
| | CSUSB Academic Affairs (Internal Grant Funding) |

2008      Mini-Grant; Phalen (PI)
CSUSB Academic Affairs (Internal Grant Funding)
Effects of Water Vapor on Portable Direct-reading Gas Detectors Equipped with Aerosol Filters; Goal to determine the optimal aerosol filter type and pore size for use with portable direct-reading gas detectors.
Role: PI; **Awarded: $4,150**

2008      Research Pod; Phalen (PI)
CSUSB College of Natural Sciences (Internal Grant Funding)
The Influence of Movement on Whole-glove Chemical Permeation
Role: PI; **Awarded: $15,000**

2004-2006      T42/CCT924019; Phalen (Subproject PI) / Hinds (PD)
NIOSH Southern California Education and Research Center
National Occupational Research Agenda (NORA) Grant CDC/NIOSH
Quantitative surface analysis for the permeation of captan through gloves and contaminated surfaces
Role: Subproject PI; **Awarded: $62,128**

2005      T42/OH 008412; Phalen (Subproject PI) / Hinds (PD)
NIOSH Southern California Education and Research Center
Occupational Health and Safety Pilot Project Grant CDC/NIOSH
Influence of biomechanical work factors on the permeation of captan through nitrile gloves using robotic hands.
Role: Subproject PI; **Awarded: $20,520**

2002      T42/CCT981726; Phalen (Subproject PI)
NIOSH Southern California Education and Research Center, Pilot Project Research Grant 785950-V6-29866 (CDC/NIOSH)
Permeation of captan through glove materials
Role: Subproject PI; **Awarded: $1,700**


## INVITED TALKS AND WEBINARS

2020      <u>Invited Presenter</u>, on "*Heat Stress: Assessment and Prevention*" presented as a 2-hour webinar via the Gulf Coast Safety Institute (GSCI) on April 28, 2020.

2020      <u>Invited Presenter</u>, on "*Heat Stress: Assessment and Prevention*" presented as a 1.5-hour webinar via the American Industrial Hygiene Association (AIHA) on April 23, 2020.

2018      <u>Invited Speaker</u>, on "*Not All Gloves are Created Equal: Guidelines and Tools for Selecting Chemical Resistant Products*" presented at ExxonMobil, safety meetings, Baytown, TX on June 13 and 18, 2018.

2017      <u>Invited Speaker</u>, on "*PPE and Permeation/Degradation*" presented at the Texas Chemical Council, Industrial Health Committee, Pasadena, TX on October 13, 2017.

2014   Invited Speaker, on Ergonomics "*Simple Rules for Preventing Back Injuries at Work and Improving Productivity*" presented at the Orange County AIHA/ASSE Joint Technical Symposium, Carson, CA, October 22, 2014.

2013   Guest Speaker, on "*Sustainable Goods Movement: Maintaining the Environment, Economy and Equity*" presented at the 11th Annual San Bernardino County Rideshare Luncheon, November 7, 2013.

2013   Invited Speaker, on "*How the Environment We Live in Affects Our Mental Health and Well-Being*" presented at the World Day of Mental Health at the request of the Ministry of Health (Minesterio de Salud), Costa Rica, October 10, 2013.

2013   Invited Speaker, on "*How the Environment We Live in Affects Our Mental Health and Well-Being*" presented at UNIBE to medical students and faculty, October 10, 2013. (San Jose, Costa Rica)

2012   Invited Speaker, on Hand Safety "*Integrity and Chemical Resistance of Disposable Nitrile Exam Gloves Exposed to Simulated Movement*" presented at the Orange County AIHA/ASSE/NIOSH Joint Breakfast, Fullerton, CA, February 14, 2012.


## CONFERENCE ACTIVITY/PARTICIPATION

### Symposia and Meetings Organized

2019   Event Organizer & Presenter, Greater Houston Industrial Hygiene Council continuing education event on "Heat Stress and Heat-Illness Prevention Strategies"
- One-day event, February 21, 2019
- Six speakers

2015   Conference Organizer, California State University Disadvantaged Communities Center Conference: "Environmental Justice issues within the Coachella Valley"
- One-day conference, July 23, 2015
- Media coverage (Local TV and newspaper)
- 15+ speakers

2013   Symposium Chair and Organizer, Sustainable Goods Movement: Maintaining the Environment, Economy and Equity.
- Two-day symposium, November 21-22, 2013
- Media coverage (news article in Desert Sun)
- 21 speakers; 49 in attendance

**National Conferences (peer-reviewed) - 19**

2018    <u>Speaker:</u> "Not All Gloves are Created Equal: Guidelines and Tools for Selecting Chemical Resistant Products" presented at the American Industrial Hygiene Conference and Exposition in Philadelphia, PA on May 21, 2018.

2017    <u>Co-Author:</u> "*Chemical permeation of ten disposable nitrile gloves exposed to solvents with different polarities*" presented by graduate student Brittany Brown at the American Industrial Hygiene Conference and Exposition in Seattle, Washington on June 5, 2017.

2016    <u>Speaker:</u> "*Development of a New Assessment Tool for Musculoskeletal Disorders Associated with Lifting and Bending*" presented at the American Industrial Hygiene Conference and Exposition in Baltimore, Maryland on May 25, 2016.

2015    <u>Co-Author (Speaker):</u> "*Surface Area as a Method for the Determination of Glove Degradation*" presented for graduate student Kandace Steele at the American Industrial Hygiene Conference and Exposition in Salt Lake City, Utah on June 3, 2015.

2015    <u>Co-Author (Speaker):</u> "*Degradation of Protection Glove Materials Exposed to Commercial Products: A Comparative Study of Tensile Strength And Gravimetric Analyses*" presented for graduate student Todd Pelham at the American Industrial Hygiene Conference and Exposition in Salt Lake City, Utah on June 3, 2015.

2013    <u>Poster:</u> "*Incorporation of Toxicology and Risk Assessment Principles into an Environmental Health Course*" presented at the Society of Toxicology 52nd Annual Meeting in San Antonio, TX on March 13, 2013.  Abstract 2209.

2012    <u>Speaker:</u> "*Chemical Resistance of Thirty Disposable Nitrile Gloves Exposed to Simulated Movement*" presented at the American Industrial Hygiene Conference and Exposition in Indianapolis, Indiana on June 20, 2012.  Abstract SR 118-7.

2011    <u>Speaker:</u> "*Integrity of Disposable Nitrile Exam Gloves Exposed to Simulated Movement*" presented at the American Industrial Hygiene Conference and Exposition in Portland, Oregon on May 17 2011.  Abstract PO 114-5.

2010    <u>Speaker:</u> "*The Detection of Holes in Disposable Nitrile Gloves by Electrical Resistance*" presented at the American Industrial Hygiene Conference, Denver, Colorado, May 27, 2010.  Abstract 208.

2009    <u>Speaker:</u> "*Whole-glove permeation testing of disposable gloves with simulated movement*" presented at the American Industrial Hygiene Conference, Toronto, Canada, June 2009.  Abstract 164.

2008        Speaker: *"The Effect of Water Vapor on Photoionization Detector (PID) Filters"* presented at the American Industrial Hygiene Conference, Minneapolis, Minnesota, June 3, 2008. Abstract 120.

2007        Speaker: *"The Influence of Hand Movement on the Permeation and Penetration of Captan through Disposable Nitrile Rubber Gloves"* presented at the American Industrial Hygiene Conference, Philadelphia, Pennsylvania, June 4, 2007. Abstract 3.

2006        Speaker: *"Development of a Robotic Hand to Test Influence of Hand Movement on the Permeation of Captan through Nitrile Gloves"* presented at the American Industrial Hygiene Conference, Chicago, Illinois, May 17, 2006. Abstract 132.

2005        Speaker: *"Acrylonitrile Content as a Predictor of Captan Permeation Resistance for Disposable Nitrile Gloves"* presented at the American Industrial Hygiene Conference, Anaheim, California, May 26, 2005. Abstract 167.

2004        Speaker: *"Are All Gloves Created Equal: Through the Eyes of Surface Infrared Reflectance"* presented at the American Industrial Hygiene Conference, Atlanta, Georgia, May 12, 2004. Abstract 174.

2003        Speaker: *"Practical ergonomic solutions for housekeeping and dining services"* presented at the National Ergonomics Conference, Las Vegas, Nevada, December 11, 2003. Session HC5.

2003        Speaker: *"Quantitative Analysis of Captan on Nitrile Glove with Field Portable FTIR-ATR"* presented at the American Industrial Hygiene Conference, Dallas, Texas, May 14, 2003. Abstract 139.

2003        Abstract, co-author: *M.* Boeniger, J. Stull, S.S. Que Hee, R. Phalen, T. Buckley, D. Ana, Y. Lui, E. Vo, P. Gao, *Recent methods, developments, and informational needs for chemical protective clothing,* Eighth International Symposium on Performance of Protective Clothing: Global Needs and Emerging Markets.

2002        Speaker: *"Permeation of Captan Formulation through Nitrile Protective Glove Material"* presented at the American Industrial Hygiene Conference, San Diego, California, June 6, 2002. Abstract 136.

**Symposia (peer-reviewed)**

2013        Speaker: "*Alternative Strategies for Reducing Near-Road Exposures*" presented at the Sustainable Goods Movement Symposium, Palm Desert, CA, November 22, 2013.

**Regional Meetings**

2019        Speaker: "*Model Heat-Illness Prevention Plan*" presented at the Greater Houston Industrial Hygiene Council in Houston, TX on February 21, 2019.

2019       Speaker: "*On-site Heat Stress Hazard Assessment Tool*" presented at the Greater Houston Industrial Hygiene Council in Houston, TX on February 21, 2019.

## NIOSH Stakeholder Meetings

2011       Poster: Phalen, R.N. and Wong, W.K. "*Tensile Properties and Integrity of Cleanroom and Low-modulus Nitrile Exam Glove Formulations*" presented at 2011 NIOSH Personal Protective Technology Program (NPPTP), March 29, Pittsburgh, PA.

2010       Poster: Phalen, R.N. and Ung, H. "*Detection of Holes in Disposable Nitrile Gloves by Electrical Resistance*" presented at 2010 NPPTP, March 2-3 in Pittsburgh, PA.

2010       Poster: Phalen, R.N., Le, T. and Ung, H. "*Detection of Holes in Variations in Glove Integrity and Chemical Resistance between Classes of Disposable Nitrile Gloves*" presented at 2010 NPPTP, March 2-3 in Pittsburgh, PA.

## CAMPUS OR DEPARTMENTAL TALKS

2013       Presentation: "*Sustainable Goods Movement: Maintaining the Environment, Economy and Equity*" at 4th Environmental and Sustainability Expo, Palm Desert, CA, May 9.

2012       Presentation: "*Indoor and Outdoor Air Quality in Coachella Valley*" presented at 3rd Environmental and Sustainability Expo, Palm Desert, CA, May 10.

2010       Presentation: "*Epidemiology and Toxicology of Asbestos*" as part of the annual asbestos awareness training attended by facilities employees on October 14, 2010.

## TEACHING EXPERIENCE

## University of Houston Clear Lake (2015—Present)

*Undergraduate Courses - 7*

1.  INDH 3311 Industrial Health and Hygiene
        Taught: fall 2015, spring 2017 and fall 2018
        Most recent instructor evaluation (out of 5): Average 4.8; Median 5

2.  INDH 4311 / OSHE 4411 (with lab) Noise and Hearing Conservation
        Taught: spring 2016, summer 2017 and fall 2018 and 2020
        Most recent instructor evaluation (out of 5): Average 4.9; Median 5

3.  INDH 4313 / OSHE 4413 (with lab) Industrial Ventilation
    Taught: fall 2015, spring 2017 (as INDH 4391) and fall 2019
    Most recent instructor evaluation (out of 5): Average 4.9; Median 5

4.  INDH / OSHE 4315 Industrial Radiological Health
    Taught: summer 2016, 2017, 2019 and 2020
    Most recent instructor evaluation (out of 5): Average 4.6; Median 5

5.  INDH / OSHE 4321 Ergonomics, Human Factors and Workplace Design
    Taught: fall 2016, spring 2018 and fall 2019
    Most recent instructor evaluation (out of 5): Average 4.9; Median 5

6.  OSHE 4331 Air Pollution Science
    Taught: summer 2020 (new course development)
    Most recent instructor evaluation (out of 5): Average 4.96; Median 5

7.  INDH 4322 / OSHE 4422 (with lab) Industrial Hygiene Sampling and Analysis
    Taught: fall 2016 and 2017; spring 2020
    Most recent instructor evaluation (out of 5): Average 5.0; Median 5

*Graduate courses - 7*

8.  INDH / OSHE 5131 Control of Occupational and Environmental Hazards
    Taught: spring 2017 and fall 2018 and 2020
    Most recent instructor evaluation (out of 5): Average 4.7; Median 5

9.  INDH 5135 Statistical Analysis
    Taught: spring 2018 (new course development)
    Instructor evaluation (out of 5): Average 4.7; Median 5

10. INDH / OSHE 5233 Recognition of Occupational Diseases
    Taught: summer 2016, spring 2018 and fall 2019
    Most recent instructor evaluation (out of 5): Average 4.6; Median 5

11. INDH / OSHE 5333 Air Pollution
    Taught: fall 2016, 2017, spring 2019 and summer 2020
    Most recent instructor evaluation (out of 5): Average 4.8; Median 5

12. INDH / OSHE 6315 Radiation Protection
    Taught: spring 2016 and summer 2017, 2019 and 2020
    Most recent instructor evaluation (out of 5): Average 4.6; Median 5

13. INDH 6232 / OSHE 6242 (with lab) Analytical Methods for Analysis of Health Hazards
    Taught: spring 2016, fall 2017 and spring 2020
    Most recent instructor evaluation (out of 5): Average 5.0; Median 5

14. OSHE 5234 Hazardous Materials Management
     Taught: spring 2020 (new course development)
     Instructor evaluation (out of 5): Average 4.8; Median 5

**CSU San Bernardino (2006 to 2015) – 12**
More recent 2013-15 instructor evaluation scores provided

1.  Air Pollution
     Taught: fall 2008; winter 2010, 2012 and 2014
     Most recent instructor evaluation (out of 6): Average 5.8; Median 6

2.  Environmental and Occupational Health – *graduate course*
     Taught: winter 2009

3.  Environmental Health Management
     Taught: fall 2007, 2008, 2009, 2010, 2011, and 2013
     Most recent instructor evaluation (out of 6): Average 5.8; Median 6

4.  Food-borne Illnesses and Their Prevention
     Taught: spring 2008, 2009, 2011, 2012, 2013 and 2014
     Most recent instructor evaluation (out of 6): Average 6; Median 6

5.  Hazardous Material Control – *graduate-level course*
     Taught: fall 2009, 2011, and 2013
     Most recent instructor evaluation (out of 6): Average 5.5; Median 6

6.  Health and Human Ecology – *environmental science course*
     Taught: summer 2007; fall 2007-08; winter 2008-10; spring 2008-09 and 2011-12

7.  Health and Society: An Ecological Approach
     Taught: fall 2007

8.  Human Disease Mechanisms – *pathophysiology course*
     Taught: summer 2009, 2012, 2013, 2014 & 2015; fall 2009; winter 2014 and spring 2014
     Most recent instructor evaluation (out of 6): Average 5.8; Median 6

9.  Occupational Health with Lab – *industrial hygiene course*
     Taught: winter 2008, 2009, 2010, 2011, 2012, 2013, 2014 and 2015
     Most recent instructor evaluation (out of 6): Average 6; Median 6

10. Occupational Safety – *industrial hygiene course*
     Taught: fall 2010 and 2012

11. Radiological Health and Safety – *industrial hygiene course*
     Taught: winter 2008, 2011, 2013 and 2015
     Most recent instructor evaluation (out of 6): Average 5.5; Median 6

12. Statistics for the Health Sciences
    Taught: fall 2013 and 2015; spring 2014; summer 2014
    Most recent instructor evaluation (out of 6): Average 5.7; Median 6

**NIOSH Southern California Education and Research Center (Continuing Education)**

1. Chemistry Review (CIH Review Course)
   Taught: August 2006

2. Heat Illness Prevention (a half-day course)
   Taught: April 2015

3. Noise and Hearing Conservation (CIH Review Course) – *3 hour review*
   Taught: March 2007, 2008, 2009, 2010, 2011, 2012, 2013 and 2014; Sept. 2009 and 2011

4. Noise and Hearing Conservation (a one-day course)
   Taught: August 2016 and 2017

5. Personal Protective Equipment (CIH Review Course)
   Taught: August 2006

6. Personal Protective Equipment (a half-day course)
   Taught: April 2015

7. Pesticide Safety and Awareness (a one-day course)
   Taught: April 2015

8. Respiratory Protection (CIH Review Course)
   Taught: August 2006

9. Sampling and Analysis for Gases and Vapors (CIH Review Course)
   Taught: August 2006

10. Sampling and Instrumentation (a two-day course)
    Taught: Jan., July & Dec. 2012; June 2013; Sept. 2014; Aug. 2015, 2016, 2017 & 2018

11. Ventilation (a two-day course)
    Taught: August 2017 and 2018

**American Industrial Hygiene Association Professional Development Courses**

2016    Co-instructor: PDC 302 Selection and Use of Chemical Protective Clothing, American
        Industrial Hygiene Conference and Exposition, Baltimore, MD, May 22, 2016.

**Teaching Assistant Experience at UCLA Environmental Health Sciences**

1. Identification and Measurement of Gases and Vapors (2003, 2004)
2. Industrial Hygiene Measurements Laboratory (2003, 2004)
3. Industrial and Environmental Hygiene Assessment (2003, 2004)
4. Biological and Health Surveillance Monitoring (2003)
5. Instrumental Methods in Environmental Sciences (2003, 2004)
6. Instrumental Methods Laboratory (2003)
7. Identification and Analysis of Hazardous Waste (2005)

**Student Mentored Research Presentations - 16**

2019    Podium: Ansari M. "Evaluating the Effects of Environmental Conditions on Woven Fall Protection Equipment" presented at the Gulf Coast American Industrial Hygiene Association (AIHA) and American Society of Safety Professionals (ASSP) joint meeting in Houston, TX, October 3, 2019.

2019    Podium: Besmar, C. "Analysis of WBGT Applications for Heat Stress" presented at the Gulf Coast American Industrial Hygiene Association (AIHA) and American Society of Safety Professionals (ASSP) joint meeting in Houston, TX, September 5, 2019.

2019    Poster: Besmar, C.L. and Phalen, R.N. "Analysis of WBGT Applications for Heat Stress" presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Minneapolis, MN, May 20-22 2019.

2019    Podium: Besmar, C.L. "Evaluation of WBGT Apps and Software" presented at the Greater Houston Industrial Hygiene Council , Southwest Center for Occupational and Environmental Health, Houston, TX, February 21, 2019.

2018    Poster: Osayande, E and Phalen, R.N. "Rapid On-site Degradation Testing of Protective Clothing" presented at Safety 2018 in San Antonio, TX, June 2018.

2018    Poster: Bustillos, M and Phalen, R.N. "Infrared spectroscopy can help predict the chemical resistance of disposable nitrile gloves" presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Philadelphia, PA, May 2018.

2017    Podium: Brown, B, Gvetadze, A. and Phalen, R.N. "Variation in chemical permeation of ten disposable nitrile gloves exposed to solvents with different polarities" presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Seattle, Washington, June 2017.

2015    Poster: Newman, M. and Phalen, R.N. *A Case Study on Controlling Formaldehyde Exposures in a Teaching Lab* " presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Salt Lake City, Utah, June 2015.

2014    <u>Podium</u>: Finneseth, J. and Phalen, R.N. "*Removal of arsenic from water under static-state conditions*" presented at the 78th National Environmental Health Association (NEHA) Annual Education Conference (AEC), Student Research Presentations, in Las Vegas, NV, July 9, 2014.

2014    <u>Poster</u>: Finneseth, J. and Phalen, R.N. "*Removal of arsenic from water under static-state conditions*" presented at the 2014 Water Resources and Policy Initiatives Conference, Student Posters, in San Francisco, CA, June 16-17, 2014.

2013    <u>Poster</u>: Saltis, M. and Phalen, R.N. "*Removal of Arsenic from Contaminated Ground Water using a Nicaraguan Ceramic Filter*" presented at the 2013 Water Resources and Policy Initiatives Conference, Student Posters, in Long Beach, CA, June 20, 2013.

2011    <u>Poster</u>: Metu, C., Phalen, R.N., Nguyen, L. and Le, T. "*The Influence of Acrylonitrile Content on the Chemical Resistance of Nitrile Exam Gloves*" presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Portland, Oregon, May 2011.

2011    <u>Poster</u>: Tran, C., Phalen, R.N. and Le, T. "*The Effects of Movement on Tensile Strength and Chemical Permeation of Nitrile Exam Gloves*" presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Portland, Oregon, May 2011.

2010    <u>Poster</u>: Le, T., Phalen, R.N., Metu, C. and Gaeta, J. "*The Influence of Movement on Different Classes of Disposable Nitrile Gloves*" presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Denver, Colorado, May 2010.

2010    <u>Poster</u>: Ung, H., Phalen, R.N., Le, T. and Metu, C. "*Chemical Resistance and Tensile Properties of Disposable Nitrile Glove Formulations*" presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Denver, Colorado, May 2010.

2009    <u>Poster</u>: Le, T. and Phalen "*Whole-Glove Movement and the Chemical Permeation of Disposable Glove Materials*" presented at the American Industrial Hygiene Conference and Exposition (AIHce) in Toronto, Canada in June, 2009.


**Faculty Advisor on Completed Master's Research Projects - 24**

CSUSB - 3

1.  Todd Pelham: Degradation of Protection Glove Materials Exposed to Commercial Products: A Comparative Study of Tensile Strength and Gravimetric Analyses

2.  Kandice Steele: Evaluating Polymer Degradation with Complex Mixtures Using a Simplified Surface Area Method

3.  Rominna Valentine Vecorena: Arsenic Concentration Analysis: Comparative Arsenic Groundwater Concentration in Relation to Soil and Vegetation

UHCL - 21

1. Ali Alabdulmuhsin: Improving Lab Fume Hood Performance by Equipment Placement and Work Layout Modification

2. Tasmeya Ahmad: Product Variation in Chemical Permeation of Latex Gloves

3. Megan Ansari: Development of Non-Destructive Methods for Evaluating the Degradation of Woven Nylon Fabrics Used with Fall Protection Harnesses

4. Laura Bakari: Assessing The Level of Protection of Healthcare Providers Against Commonly Used Chemicals

5. Catherine Besmar: Muse Effectiveness in Reducing Heart Rate Variability and Perceived Stress Level

6. Brittany Brown: Chemical Permeation of Ten Disposable Nitrile Gloves Exposed to Solvents with Different Polarities

7. Mariela Bustillos: The Effects of High Humidity on the Performance of Photoionization Detector Monitors

8. Luis Cruz: An Assessment of Electromagnetic Frequency (EMF) Radiation Levels from In-Service Radio Frequency (RF) Towers and Cell Phone Antennas for Close Work Tasks

9. Adetejuola Gbosi: The Effects of In-Use Conditions on the Longevity and Effectiveness of DEET on Treated Clothing

10. Bernadette Guillermo: Assessing Water Vapor Interference in Direct-Reading Portable Organic Vapor Meters with Photoionization Detectors

11. Alexandre Gvetadze: Effect of Crosslinking Density on Non-Polar Solvent Permeation Through Disposable Nitrile Gloves

12. Murad Hooda: Evaluation of Available Wet-Bulb Globe Temperature Devices for Heat Stress Monitoring

13. Victor Kimeng: A Revision of the Current 1000 Ml Water Leak Test for Use With Disposable Nitrile Gloves

14. Priscilla Mata: The Analysis of Impurities in Consumer Petroleum-Derived Solvents

15. Katy Nelson: Determining a Shorter Controlled Negative Pressure Protocol for Respirator Fit Testing

16. Evelyn Osayande: Rapid On-Site Degradation Testing of Protective Clothing Against Complex Mixtures

17. Kayla Parker: Perchloroethylene in Dry Cleaning Solvents

18. Gowri Rapati: Using Body Weight Distribution to Approximate Forces on the Lower Lumbar Region

19. Christopher Robb: Chemical Permeation in Disposable Vinyl Gloves

20. Kashap Suratia: Evaluation of Gloves with Finger Flex Technology to Reduce Hand Fatigue, Muscle Activity and Grip Strength

21. Lalithangi Venkata: Rapid On-Site Permeation Testing of Protective Clothing Against Complex Chemical Mixtures using a Portable Direct-Reading Instrument

## DEPARTMENTAL / UNIVERSITY SERVICE

### University / College Service

| | |
|---|---|
| 2020 | <u>Member:</u> Tenure and Promotion Committee, Chemistry Faculty |
| 2019 | <u>Member:</u> Visiting Professor (Chemistry) Search Committee |
| 2019 | <u>Member:</u> Grade Appeal Committee |
| 2019 | <u>Member:</u> Tenure and Promotion Committee, Environmental Science |
| 2018—present | <u>Member:</u> College Curriculum Committee |
| 2018—2019 | <u>Member:</u> CSE Internship Committee |
| 2019 | <u>Member:</u> Third Year Review Committee, Chemistry |
| 2016—present | <u>Member:</u> Committee for the Protection of Human Subjects |
| 2016—2017 | <u>Member</u>: Faculty Senate<br>　　- Curriculum and Teaching Committee<br>　　- Facilities and Support Services Committee |
| 2015—present | <u>Member</u>: UHCL College of Science and Engineering Safety Committee |
| 2015—present | <u>Member</u>: UHCL Lab Safety Committee |
| 2016—present | <u>Member</u>: UHCL Laser Safety Committee |
| 2015—2019 | <u>Radiation Safety Officer (RSO) for University</u>: UHCL |
| 2015—2016 | <u>Member</u>: Foundations of Excellence; Improvement Committee (UHCL) |
| 2007 – 2015 | <u>Member</u>: Palm Springs Institute for Environmental Sustainability (PSIES) at CSUSB |
| 2009 – 2015 | <u>Member</u>: Institutional Review Board (IRB), two Faculty Senate appointments at CSUSB |
| 2009 – 2015 | <u>Member</u>: Professional Awards Committee, two Faculty Senate appointments at CSUSB |

| | |
|---|---|
| 2009-2015 | <u>Member</u>: Student Research Competition Committee, two Faculty Senate appointments.  I serve as a moderator and judge for 1-2 student research competitions per year at CSUSB |
| 2010 – 2012 | <u>Member</u>: National Children's Study (NCS) Leadership Committee, a 5% appointment at CSUSB |
| 2009 – 2011 | <u>Member</u>: Water Resource Institute (WRI) Faculty Council at CSUSB |
| 2009 – 2010 | <u>Member</u>: Campus Sustainability Committee at CSUSB |

**Department / Program Service at UHCL**

| | |
|---|---|
| 2015 – present | <u>Faculty Member</u>: Industrial Hygiene and Safety Advisory Board |
| 2016 | <u>Chair</u>: Search committee for IH/Safety Assistant/Associate Professor |
| 2015 - 2016 | <u>Member</u>: Search committee for IH/Safety Assistant Professor (UHCL) |
| 2016 | <u>Member</u>: Physical and Applied Sciences Teaching Assistant Committee |

**Departmental Service at CSUSB**

| | |
|---|---|
| 2014 | <u>Chair</u>: Faculty search committee for Public Health Education position. |
| 2014 | <u>Member</u>: Dean search committee for our Palm Desert Campus |
| 2013 – present | <u>Member</u>: Department Evaluation Committee: retention, tenure  promotion |
| 2009 – present | <u>Evaluator</u>: Department evaluation committee for adjunct part-time, temporary faculty.  I performed classroom visits and evaluations. |
| 2006 – present | <u>Member</u>: Environmental Health Science Advisory Board |
| 2007 – 2010 | <u>Member</u>: Department marketing committee.  I updated and produced the current marketing presentation for the department. |

**SERVICE TO PROFESSION**

**NIH and NIOSH Reviews (NIH format) - 6**

2020          <u>Reviewer</u>: South West Center for Occupational and Environmental Health (SWCOEH): Pilot Projects Research Training Program.

2013 – 2014   <u>Reviewer</u>: NIH Center for Scientific Review (CSR): Community Influences on Health Behavior Study Section (CIHB).  Review of R01 and R21 proposals dealing with environmental health issues.  I participated in the October 2013 and June 2014 meetings.

2013          <u>Reviewer</u>: NIOSH Nanotechnology Research Center (NTRC) internal project proposal, completed May, 2013.

2013          <u>Reviewer</u>: NIOSH ERC Workplace Health and Safety Research Training Pilot Project Grant proposal, September, 2013.

2012          <u>Reviewer</u>: NIOSH ERC Occupational Health and Safety Research Training Pilot Project Grant proposal, August, 2012.

2011          <u>Reviewer</u>: NIOSH ERC Occupational Health and Safety Research Training Pilot Project Grant proposal, September, 2011.

**Book Reviews (Peer-Review) - 3**

2011     *Essentials of Sustainability* (Business), Sage Press, reviewed six chapters

2010     *Environmental Management, Second Edition*, Michael V. Russo (Editor), Sage Press, reviewed entire text

2010     *Your Health and the Environment*, Jones and Bartlett, reviewed three book chapters and table of contents

**Journal Reviews (Peer-Review) - 35**

2020     *Journal of Occupational and Environmental Hygiene*
         *Mining, Metallurgy & Exploration*
         *Proceedings of Singapore Healthcare*

2019     *Journal of Occupational and Environmental Hygiene (4)*

2018     *Journal of Industrial Textiles*
         *Journal of Occupational and Environmental Hygiene (3)*

2017   *American Journal of Infection Control (2)*
       *Journal of Industrial Textiles (2)*
       *Journal of Occupational and Environmental Hygiene*

2016   *Journal of Industrial Textiles*
       *Journal of Occupational and Environmental Hygiene (5)*
       *Polymer Testing*

2015   *Journal of Industrial Textiles (2)*
       *Journal of Occupational and Environmental Hygiene*

2013   *Journal of Occupational and Environmental Hygiene*

2012   *Journal of Occupational and Environmental Hygiene*

2011   *Archives of Environmental Contamination and Toxicology*
       *Journal of Occupational and Environmental Hygiene*

2010   *Journal of Occupational and Environmental Hygiene*

2009   *Journal of Occupational and Environmental Hygiene*

2007   *Spectroscopy Letters*
       *Journal of Hazardous Materials*

2006   *Annals of Occupational Hygiene*


## Professional Committees and Volunteer Service

2019 - 2020      <u>Commissioner:</u> Accreditation Board for Engineering and Technology (ABET) under the society American Industrial Hygiene Association (AIHA) for Industrial Hygiene and Environmental, Safety and Health

2018 – present   <u>Board Member and Public Affairs Officer</u>: American Industrial Hygiene Association, Gulf Coast Chapter.

2018 - 2019      <u>Past-Chair:</u> American Industrial Hygiene Association (AIHA) Protective Clothing and Equipment Committee

2018             <u>Volunteer Monitor</u>: Professional development course on "*Exposure Judgment: Improving Inhalation Assessments*" at the American Industrial Hygiene Conference and Exposition (AIHce), Philadelphia, PA, May 20, 2018.

2017 - 2018      <u>Chair:</u> American Industrial Hygiene Association (AIHA) Protective Clothing and Equipment Committee

2017            <u>Volunteer Monitor</u>: Professional development course on "*Tools for Compliance with the OSHA Silica Standard*" at the American Industrial Hygiene Conference and Exposition (AIHce), Seattle, WA, June 4, 2017.

2016 - present  <u>Program Evaluator and Team Chair (2019):</u> Accreditation Board for Engineering and Technology (ABET) under the society American Industrial Hygiene Association (AIHA) for Industrial Hygiene and Environmental, Safety and Health

2015 - 2016     <u>Vice Chair</u>: American Industrial Hygiene Association (AIHA) Protective Clothing and Equipment Committee

2015            <u>Secretary</u>: American Industrial Hygiene Association (AIHA) Protective Clothing and Equipment Committee

2010 – present  <u>Committee member</u>: American Industrial Hygiene Association (AIHA) Protective Clothing and Equipment Committee

2014            <u>Moderator</u>: Podium session on "*Considerations When Selecting Chemical Protective Gloves*" at the American Industrial Hygiene Conference and Exposition (AIHce), San Antonio, TX, June 4, 2014.

2014            <u>Volunteer Monitor</u>: Professional Development Course on "*Noise Control Engineering*" at the American Industrial Hygiene Conference and Exposition (AIHce), San Antonio, TX, June 1, 2014.

2011            <u>Committee Member</u>**:** Mohave Desert Air Quality Management District's AB 2766 Grants Review Committee on July 14, 2011.

2011            <u>Volunteer Monitor</u>: Professional Development Course on Mold and Indoor Air Quality at the American Industrial Hygiene Conference and Exposition (AIHce), Portland, OR, May 5, 2011.

2007            <u>Committee Member</u>**:** Mohave Desert Air Quality Management District's Mobile Emission Reduction Committee on November 26, 2007.


**Community Service**

2020            <u>Head Judge</u> representing Gulf Coast American Industrial Hygiene Association at Houston Science Fair, February 2020.

2020            <u>Board Member</u>: San Jacinto Community College Environmental Health and Safety Advisory Board, meeting on April 3, 2020.

| | |
|---|---|
| 2019 | <u>Volunteer</u> representing Gulf Coast American Industrial Hygiene Association at Boy Scouts of America's Scout Fair, April 6, 2019. |
| 2019 | <u>Head Judge</u> representing Gulf Coast American Industrial Hygiene Association at Houston Science Fair, February 23, 2019. |
| 2018 | <u>Judge</u> at Seabrook Intermediate Science Fair, December 3, 2018 |
| 2018 | <u>Head Judge</u> representing Gulf Coast American Industrial Hygiene Association at Houston Science Fair, February 24, 2018. |
| 2017 | <u>Judge</u> at Seabrook Intermediate Science Fair, December 4, 2017 |
| 2017 | <u>Board Member</u>: San Jacinto Community College Environmental Health and Safety Advisory Board, meeting on April 7, 2017. |
| 2017 | <u>Head Judge</u> representing Gulf Coast American Industrial Hygiene Association at Houston Science Fair, February 25, 2017. |
| 2016 | <u>Judge</u> at Seabrook Intermediate Science Fair, December 5, 2016 |
| 2016 | <u>Head Judge</u> representing Gulf Coast American Industrial Hygiene Association at Houston Science Fair, February 27, 2016 |
| 2015 | <u>Board Member</u>: San Jacinto Community College Environmental Health and Safety Advisory Board, meeting on October 2, 2015 |

# Appendix B

**Dr. Robert Phalen Materials Considered List (*Pecorelli v. Monsanto Co.*)**

1.  't Mannetje, A. et al., *Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium*, 124(4) Envtl. Health Persp. 396 (2016).

2.  Abdelghani, A., *Assessment of the Exposure of Workers Applying Herbicide Mixtures (2,4-D + Roundup, Garlon-3A + Roundup), Toxicity and Fate of These Mixtures in the Environment* (June 30, 1995) [MONGLY00296949 – MONGLY00296997].

3.  Acquavella, J. et al., *Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study*, 112 Envtl. Health Persp. 321 (2004).

4.  AGS Co., Safety Data Sheet for Mr. Zip Extra Fine Graphite Powder (Jan. 5, 2010).

5.  Alavanja, M. et al., *The Agricultural Health Study*, 104 Envtl. Health Persp. 362 (1996).

6.  Albaugh, LLC, Safety Data Sheet for 2,4-D Amine 4.

7.  All Prior Reports and Depositions Offered by Robert Phalen, Ph.D. in the Roundup® Litigation.

8.  Anadon, A., *Toxicokinetics of Glyphosate and its Metabolite Aminometyhl Phosphonic Acid in Rats*, 190 Toxicology Letters 91 (2009).

9.  Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110(5) J. Nat'l Cancer Inst. 509 (2018).

10. Andreotti, G. et al., *Response to Sheppard and Shaffer*. 111(2) J. Nat'l Cancer Inst. 216 (2019).

11. APVMA (Australian Pesticides and Veterinary Medicines Authority), *Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian Government (2016).

12. APVMA, *Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian Government (2017).

13. ATSDR (Agency for Toxic Substances and Disease Registry), *Toxicological Profile for Glyphosate – Draft for Public Comment*, US Dep't of Health and Human Services (Mar. 2019).

14. Babu, R. et al., *The Influence of Various Methods of Cold Storage of Skin on the Permeation of Melatonin and Nimesulide*, 86 J. Controlled Release 49 (2003).

15. Bayer Environmental Science, Label for Bayer Advanced Garden Disease Control for Roses, Flowers & Shrubs Concentrate (Feb. 4, 2011).

16. Bemer, D., et al., *Pesticide Aerosol Characteristics in the Vicinity of an Agricultural Vehicle Cab During Application*, 4 Occupational. & Envtl. Hygiene 476 (2007).

17. Benson, B., *21-Day Dermal Toxicity Study in Rabbits* (Mar. 10, 1982) [MONGLY02020607 – MONGLY02020798].

18. BfR (Bundesinstitut für Risikobewertung), *Assessment of IARC Monographies Volume 112 (2015); Glyphosate, Renewal Assessment Report: Glyphosate Addendum I to RAR* (2015).

19. BfR Press Release, *Glyphosate assessment: BfR rejects plagiarism accusations* (Sept. 20,

1

2017).

20. BfR, *Toxicology and Metabolism, Renewal Assessment Report: Glyphosate*, Volume 3 Annex B.6 (2015).

21. Blair, A. et al. *Reliability of Reporting on Life-Style and Agricultural Factors by a Sample of Participants in the Agricultural Health Study from Iowa*, 13 Epidemiology 94 (2002).

22. Blair, A. et al., *Impact of Pesticide Exposure Misclassification on Estimates of Relative Risks in the Agricultural Health Study*, 68 Occupational & Evntl. Med. 537 (2011).

23. Bleeke, M., *MON 78294: An Applicator Exposure Study Conducted in Spain (Autumn 2005) Using Biomonitoring*, Charles River Laboratories (Oct. 11, 2007) [MONGLY00668430 – MONGLY00668967].

24. Bolognesi, C. et al., *Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Columbian Regions: Association to Occupational Exposure to Glyphosate*, 72 J. Toxicology & Envtl. Health, Part A 986 (2009).

25. Brewster, D. et al., *Metabolism of Glyphosate in Sprague-Dawley Rats: Tissue Distribution, Identification, and Quantification of Glyphosate-Derived Materials following a Single Oral Dose*, 17 Fundamental and Applied Toxicology 43 (1991).

26. BROWSE, *Bystanders, Residents, Operators and Workers Exposure Models for Plant Protection Products* (2013).

27. Cantor, K. et al., *Pesticides and Other Agricultural Risk Factors for Non-Hodgkin's Lymphoma among Men in Iowa and Minnesota*, 52 Cancer Res. 2447 (1992).

28. Chan, P. & J. Mahler, *NTP Technical Report on Toxicity Studies of Glyphosate Administered in Dosed Feed to F344/N Rats and B6C3F Mice*, United States Department of Health and Human Services, Public Health Service, National Institutes of Health (July 1992).

29. Chang, T. & E. Delzell, *Systematic Review and Meta-Analysis of Glyphosate Exposure and Risk of Lymphohematopoietic Cancers*, 51(6) J. Envtl. Sci. & Health 402 (2016).

30. Coble, J. et al., *An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study*, 8 Int'l J. Envtl. Res. Pub. Health 4608 (2011).

31. Cocco, P. et al., *Lymphoma Risk and Occupational Exposure to Pesticides: Results of the Epilymph Study*, 70 J. Occupational & Evntl. Med. 91 (2013).

32. Comerford, C., *Evaluation of Urinary Glyphosate Levels Following Simulated Consumer Application of Roundup®*, American Industrial Hygiene Advancing Worker Health & Safety Expo (2020) (Abstract).

33. Connolly, A. et al., *Characterising Glyphosate Exposures among Amenity Horticulturists Using Multiple Spot Urine Samples*, 221 Int'l J. Hygiene & Envtl. Health 1012 (2018).

34. Connolly, A. et al., *Evaluating Glyphosate Exposure Routes and Their Contribution to Total Body Burden: A Study among Amenity Horticulturalists*, 63(2) Annals of Work Exposures and Health 133 (2019).

35. Connolly, A. et al., *Exploring the Half-Life of Glyphosate in Human Urine Samples*, 222(2) Int'l J. Hygiene & Envtl. Health 205 (2018).

36.  Connolly, A. et al., *Exposure Assessment Using Human Biomonitoring for Glyphosate and Fluroxypyr Users in Amenity Horticulture*, 220 Int'l J. Hygiene & Envtl. Health 1064 (2017).

37.  Connolly, A. et al., *Glyphosate in Irish Adults-A Pilot Study in 2017*, 165 Int'l J. Hygiene & Envtl. Health 235 (2017).

38.  Connolly, A. et al., *Sensitive and Selective Quantification of Glyphosate and Aminomethylphosphonic Acid (AMPA) In Urine of the General Population by Gas Chromatography-Tandem Mass Spectrometry*, 1158 J. Chromatography B 122348 (2020).

39.  Cowell, J. & J. Steinmetz, *Assessment of Forest Worker Exposures to Glyphosate during Backpack Foliar Applications of Roundup® Herbicide* (Mar. 1990) [MONGLY00155787 – MONGLY00155805].

40.  Cowell, J. & J. Steinmetz, *Assessment of Forestry Nursery Workers Exposure to Glyphosate during Normal Operations* (Feb. 1990) [MONGLY00155594 – MONGLY00155613].

41.  Crump, K., *The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate*, 40(4) Risk Analysis 696 (2019).

42.  Curwin, B. et al., *Urinary and Hand Wipe Pesticide Levels among Farmers and Non-Farmers in Iowa*, 15 J. Exposure Analysis & Envtl. Epidemiology 500 (2005).

43.  Curwin, B. et al., *Urinary Pesticide Concentrations Among Children, Mothers and Fathers Living in Farm and Non-Farm Households in Iowa*, 51 Annals of Occupational Hygiene 53 (2007).

44.  Davies, D., *360 g/L Glyphosate SL Formulation (MON 76879) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Aug. 8, 2017) [MONGLY08731728 – MONGLY08731783].

45.  Davies, D., *500 g/L Glyphosate SL Formulation (MON 76952) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Aug. 2, 2016) [MONGLY08731670 – MONGLY08731727].

46.  Davies, D., *7.2g/L Glyphosate Gel Formulation (MON 76258) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Apr. 27, 2015) [MONGLY08731571 – MONGLY08731681].

47.  Davies, D., *72g/L Glyphosate Gel Formulation (MON 76829) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Apr. 16, 2015) [MONGLY08731524 – MONGLY08731570].

48.  De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

49.  De Roos, A. et al., *Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma among Men*, 60 J. Occupational & Envtl. Med. E11 (2003).

50.  Deposition of Daniel Bucks, Ph.D., *Winston v. Monsanto Co.*, No. 1822-CC00515 (Mo. Cir. Ct. St. Louis City Sept. 17, 2019) (only pages 107-108, 187-194).

51. Deposition of Mark Pecorelli, *Pecorelli v. Monsanto Co.*, No. 3:16-cv-06936 (N.D. Cal. Nov. 12, 2019) (with exhibits).

52. Donato, F. et al., *Exposure to Glyphosate and Risk of Non-Hodgkin Lymphoma and Multiple Myeloma: An Updated Meta-Analysis*, 111 La Medicina Del Lavoro 63 (2020).

53. Dosemeci, M. et al., *A Quantitative Approach for Estimating Exposure to Pesticides in the Agricultural Health Study*, 46 Annals of Occupational Hygiene 245 (2002).

54. Durkin, P., *Glyphosate – Human Health and Ecological Risk Assessment Final Report*, Syracuse Environmental Research Associates, Inc. (May 25, 2011) [MONGLY00310942 – MONGLY00311277].

55. ECHA (European Chemicals Agency), *Opinion: Proposing Harmonized Classification and Labelling at EU Level of Glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment (Mar. 15, 2017).

56. Edmiston, S. et al., *Exposure of Herbicide Handlers in the Caltrans Vegetation Control Program*, Cal. EPA (Apr. 27, 1995) [MONGLY00311960 – MONGLY00312005].

57. EFSA, *Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate*, 13 EFSA J. 4302 (2015).

58. EFSA, *Guidance on Dermal Absorption*, 15(6) EFSA Journal 4873 (2017).

59. EFSA, *Guidance on Dermal Absorption*, EFSA Panel on Plant Protection Products and their Residues (2012).

60. EFSA, *Guidance on the Assessment of Exposure of Operators, Workers, Residents and Bystanders in Risk Assessment for Plant Protection Products* (2014).

61. EPA (Environmental Protection Agency), *Dermal Exposure Assessment: A Summary of EPA Approaches*, Nat'l Ctr. for Envtl. Off. of Res. and Dev. (Sept. 2007).

62. EPA, *Glyphosate – Interim Registration Review Decision Case Number 0178* (Jan. 2020).

63. EPA, *Glyphosate – Proposed Interim Registration Review Decision Case Number 0178* (Apr. 2019).

64. EPA, *Integrated Risk Information System (IRIS), Chemical Assessment Summary of Glyphosate; CASRN 1071-83-6* (1993).

65. EPA, *Label Review Manual Chapter 10: Worker Protection Label* (Feb. 2016).

66. EPA, Memorandum from Dana L. Friedman on *Response from the Pesticide Re-Evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision* (Jan. 16, 2020).

67. EPA, Memorandum from David J. Miller on *Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) Publications for Response to Comments on the Proposed Interim Decision* to Christine Olinger (Jan. 16, 2020).

68. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alkyl Alcohol Alkoxylate Phosphate and Sulfate Derivatives (AAAPDs and AAASDs – JITF CST 2 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirements of a Tolerance When Used as Inert Ingredients*

*in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (June 8, 2009).

69. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alkyl Alcohol Alkoxylates (AAA – JITF CST 1 Inert Ingredient) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as an Inert Ingredient in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (July 14, 2009).

70. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alykl Amine Polyalkoxylates (JITF CST 4 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (April 3, 2009).

71. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Methyl Poly(Oxyethylene) $C_8 – C_{14}$ Alkylammonium Chlorides (MPOACs – JITF CST 7 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirements of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (June 2, 2009).

72. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Sodium and Ammonium Naphthalensulfonae Formaldehyde Condensates (SANFCs – JITF CST 11 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (May 28, 2009).

73. EPA, Memorandum from Lata Venkateshwara on *Glyphosate: Amended Residential Exposure Assessment for a Registration Review* to Caitlin Newcamp (Dec. 12, 2017).

74. EPA, Memorandum from Monique M. Perron on *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment* to Steven Peterson (Jan. 13, 2020).

75. EPA, Memorandum from Monique Perron on *Glyphosate: Draft Human Risk Assessment in Support of Registration Review* to Caitlin Newcamp (Dec. 12, 2017).

76. EPA, Office of Chemical Safety and Pollution Prevention, *EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products* (Aug. 8, 2019).

77. EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael L. Goodis, Director of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, on Labeling Requirements for Products that Contain Glyphosate to Registrant (Aug. 7, 2019).

78. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Sept. 12, 2016).

79. EPA, Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

80. EPA, Office of Prevention, Pesticides and Toxic Substances, *Health Effects Test Guidelines: OPPTS 870.7600 Dermal Penetration* (August 1998).

81. EPA, *Reregistration Eligibility Decision (RED) – Glyphosate* (Sept. 1993).

82. Eriksson, M. et al., *Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis*, 123 Int'l J. Cancer 1657 (2008).

83. Espanhol-Soares, M. et al., *Procedures to Evaluate the Efficiency of Protective Clothing Worn by Operators Applying Pesticide*, 57(8) Annals of Occupational Hygiene 1041 (2013).

84. Expert Report of Dennis D. Weisenburger, M.D., *Pecorelli v. Monsanto Co.*, No. 3:16-cv-06936 (N.D. Cal. Jan. 8, 2021).

85. Expert Report of Dr. Lauren Pinter-Brown in Support of Specific-Causation on Behalf of the Estate of Michael Pecorelli, *Pecorelli v. Monsanto Co.*, No. 3:16-cv-06936 (N.D. Cal. Jan. 21, 2021).

86. Expert Report of William Sawyer, Ph.D., *Pecorelli v. Monsanto Co.*, No. 3:16-cv-06936 (N.D. Cal. Jan. 22, 2021).

87. Faniband, M. et al., *Human Experimental Exposure to Glyphosate and Biomonitoring of Young Swedish Adults,* 231 Int'l J. Hygiene & Env't. Health 113657 (2021).

88. Franz, T., *Evaluation of the Percutaneous Absorption of Roundup Formulations in Man Using an In-Vitro Technique* (Aug. 30, 1983) [MONGLY00135633 – MONGLY00135646].

89. Franz, T., *Percutaneous Absorption: On the Relevance of In Vitro Data*, 64 J. Investigative Dermatology 190 (1975).

90. Gillezeau, C. et al., *The Evidence of Human Exposure to Glyphosate: A Review*, 18 Envtl. Health 2 (2019).

91. Gillezeau, C. et al., *Update on Human Exposure to Glyphosate with A Complete Review of Exposure in Children,* 19 Env't Health 115 (2020).

92. Greim, H. et al., *Evaluation of Carcinogenic Potential of the Herbicide Glyphosate Drawing on Tumor Incidence Data from Fourteen Chronic/Carcinogenicity Rodent Studies*, 45 Critical Revs. Toxicology 185 (2015) with study summary tables.

93. Guyton, K. et al., *Carcinogenicity of Tetrachlorvinphos, Parathion, Malathion, Diazinon, and Glyphosate*, 16 Lancet Oncology 490 (2015).

94. Hadfield, N., *Glyphosate Acid – In Vitro Absorption Through Abraded Rabbit Skin Using [14C]-Glyphosate* (Apr. 18, 2012).

95. Hardell, L. & M. Eriksson, *A Case-Control Study of Non-Hodgkin Lymphoma and Exposure to Pesticides*, 85 Cancer 1353 (1999).

96. Hardell, L. et al., *Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two-Swedish Case-Control Studies*, 43 Leukemia & Lymphoma 1043 (2002).

97. Health and Safety Executive, *Operator Exposure*,

http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm

98. Health Canada, *Re-evaluation Decision RVD2017-01 Glyphosate*, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

99. Health Canada, *Statement from Health Canada on Glyphosate*, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

100. Heltshe, S. et al., *Using Multiple Imputation to Assign Pesticide Use for Non-Responders in the Follow-Up Questionnaire in the Agricultural Health Study*, 22 J. Exposure Sci. & Envtl. Epidemiology 409 (2012).

101. Hinds, *Aerosol Technology* (2d ed. 1999).

102. Hoar, S. et al., *Agricultural Herbicide Use and Risk of Lymphoma and Soft-Tissue Sarcoma*, 256 JAMA 1141 (1986).

103. Hobbs, T. et al., *Measurement of Blood Volume in Adult Rhesus Macaques (Macaca Mulatta)*, 54 J. Am. Ass'n for Lab. Animal Sci. 687 (2015).

104. Hohenadel, K. et al., *Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces*, 8 Int'l J. Envtl. Res. & Pub. Health 20320 (2011).

105. Holmgaard, R. & J. Nielsen, *Dermal Absorption of Pesticides – Evaluation of Variability and Prevention*, Danish Ministry of the Environment (2009).

106. Hoppe, H., *Determination of Glyphosate Residues in Human Urine Samples from 18 European Countries*, Medical Laboratory Bremen (June 6, 2013).

107. Hoppin, J. et al., *Accuracy of Self-Reported Pesticide Use Duration Information from Licensed Pesticide Applicators in the Agricultural Health Study*, 12 J. Exposure Analysis & Envtl. Epidemiology 313 (2002).

108. Howe, R. et al., *Metabolism of Glyphosate in Sprague-Dawley Rats. Part II. Identification, Characterization, and Quantification of Glyphosate and its Metabolites after Intravenous and Oral Administration*, Monsanto Report No. MSL-7206 (Feb. 1988) [MONGLY06062970 – MONGLY06063128].

109. IARC (International Agency for Research on Cancer), *Preamble: IARC Monographs on the Identification of Carcinogenic Hazards to Humans* (Amended Jan. 2019).

110. IARC, *IARC Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

111. Inter-Organization Programme for the Sound Management of Chemicals (IOMC), International Programme on Chemical Safety (IPCS), *Environmental Health Criteria 242: Dermal Absorption* (2014).

112. Japan Food Safety Commission, *Glyphosate Summary*, 4 Food Safety 93 (2016).

113. Jauhiainen, A. et al., *Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work*, 52 Am. Indus. Hygiene Ass'n J. 61 (1991).

114. J-B Weld Co., LLC, Safety Data Sheet for Steel Reinforced Epoxy Resin –Twin Tubes-Part A (Nov. 11, 2014).

115. JMPR (Joint Meeting on Pesticide Residues), *Joint FAO/WHO Meeting on Pesticide Residues, Summary Report, Geneva 9-13 May 2016* (May 16, 2016).

116. JMPR (Joint Meeting on Pesticide Residues), *Pesticide residues in food – 2016: Evaluations 2016 – Part II – Toxicological*, Special Session of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (May 9-13, 2016).

117. JMPR, *Pesticide Residues in Food – Report of the 1994 Joint FAO/WHO Meeting of Experts* (1994).

118. Johnson, P. et al., *Operator Exposure When Applying Amenity Herbicides by All-Terrain Vehicles and Controlled Droplet Applicators*, 49 Annals of Occupational Hygiene 25 (2005).

119. Kabat, G. et al., *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans*, Cancer Causes & Control (2021).

120. Kasting, G. & L. Bowman, *Electrical Analysis of Fresh, Excised Human Skin: A Comparison with Frozen Skin*, 7 Pharm. Res. 1141 (1990).

121. Keil, C. et al., *Mathematical Models for Estimating Occupational Exposure to Chemicals* (2nd ed. 2009).

122. Kielhorn, J. et al., International Programme on Chemical Safety (IPCS), *Environmental Health Criteria 235: Dermal Absorption* (2006).

123. Korchevskiy, A., *Using Benchmark Dose Modeling for the Quantitative Risk Assessment: Carbon Nanotubes, Asbestos, Glyphosate,* 41 J. Applied Toxicology 148 (2020).

124. Kougias, D. et al., *Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup® Using a Margin of Safety (MOS) Approach,* Soc'y  Risk Analysis (2020).

125. Kramer, R., *Herbicide Applicator Exposure to N-Nitroso-Glyphosate during Application of Roundup Herbicide and Field Re-Entry* (Apr. 1978) [MONGLY01313767 – MONGLY01313816].

126. Kruger, M. et al., *Detection of Glyphosate Residues in Animals and Humans*, 4(2) J. Envtl. Analytical Toxicology 1000210 (2014).

127. Lake, R., *Health Risk Assessment: Glyphosate, Report FW14022*, Institute of Environmental Science and Research Limited for the Ministry of Health (2014).

128. Lavy, T. et al., *Conifer Seedling Nursery Worker Exposure to Glyphosate*, 22 Archives Envtl. Contamination & Toxicology 6 (1992).

129. Leon, M. et al., *Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts from France, Norway and the USA: A Pooled Analysis from the AGRICOH Consortium*, Int'l J. Epidemiology (2019).

130. Lesmes-Fabian, C. et al., *Dermal Exposure Assessments of Pesticide Use: The Case of*

*Sprayers in Potato Farms in the Columbia Highlands*, 430 Science of the Total Environment 202 (2012).

131. Lunchick, C. et al., *Operator and Field Worker Occupational Exposure Databases and Modeling*, in Hayes' Handbook of Pesticide Toxicology 1139, 1139-1155 (2010).

132. Machado-Neto, J. et al., *Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers*, 64 Bulletin of Envtl. Contamination and Toxicology 309 (2000).

133. Maibach, H., *Summary: Elimination of 14C-Glyphosate in Rhesus Monkeys Following a Single Dose, & Percutaneous Absorption of 14C-Glyphosate in Roundup® Formulation in Rhesus Monkeys Following a Single Topical Dose*, University of California School of Medicine (Apr. 1, 1983) [MONGLY02142251 – MONGLY02142265].

134. Mandel, J. et al., *Biomonitoring for Farm Families in the Farm Family Exposure Study*, 31(Suppl. 1) Scandinavian J. Work Env't Health 98 (2005).

135. Manning, M., *Assessment of Worker Exposure to Glyphosate during Mist Blower Application of Roundup Herbicide* (Nov. 1991) [MONGLY01299836 – MONGLY01299849].

136. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

137. Mesnage, R. et al., *Glyphosate Exposure in a Farmer's Family*, 3 J. Envtl. Protection 1001 (2012).

138. Monsanto Company, Label for Roundup® Herbicide (1985) [MONGLY15269062].

139. Monsanto Company, Label for Roundup® Original (1998) [MONGLY15271890 – MONGLY15271988].

140. Monsanto Company, Label for Roundup® Pro Concentrate Herbicide (2003) [MONGLY14855555 – MONGLY14855606].

141. Monsanto Company, Material Safety Data Sheet for Credit™ Herbicide (Apr. 12, 2001) [MONGLY00030429 – MONGLY00030438].

142. Monsanto Company, Material Safety Data Sheet for Roundup® Pro Herbicide (Nov. 1995).

143. Morton, L. et al., *Etiologic Heterogeneity among Non-Hodgkin Lymphoma Subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project*, 48 J. Nat'l Cancer Inst. Monographs 130 (2014).

144. National Institutes of Health, National Cancer Institute, *Harms of Cigarette Smoking and Health Benefits of Quitting* (Dec. 19, 2017).

145. National Pesticide Information Center, *Glyphosate Technical Fact Sheet*, Oregon State University (2011).

146. Nebraska Department of Environment and Energy, 2018 Nebraska Groundwater Quality Monitoring Report (Dec. 1, 2018).

147. New Zealand Environmental Protection Authority, *Risk Assessment Methodology for*

9

*Hazardous Substances* (May 2018) (draft).

148. Ngo, M. et al., *Percutaneous Absorption and Exposure Assessment of Pesticides*, 30 J. Applied Toxicology 91 (2010).

149. Nielsen, J. et al., *Storage Conditions of Skin Affect Tissue Structure and Subsequent In Vitro Percutaneous Penetration*, 24 Skin Pharmacology & Physiology 93 (2011).

150. Nielsen, J. et al., *The Usual Suspects – Influence of Physicochemical Properties on Lag Time, Skin Deposition, and Percutaneous Penetration of Nine Model Compounds*, 72 J. Toxicology Envtl. Health, Part A 315 (2009).

151. Nielsen, J., *Defense against Dermal Exposures is Only Skin Deep: Significantly Increased Penetration through Slightly Damaged Skin*, 299 Archives of Dermatological Res. 423 (2007).

152. Niemann, L. et al., *A Critical Review of Glyphosate Findings in Human Urine Samples and Comparison with the Exposure of Operators and Consumers*, 10 J. Consumer Protection & Food Safety 3 (2015).

153. OECD (Organisation for Economic Cooperation and Development), *Guidance Document for the Conduct of Skin Absorption Studies* (Mar. 5, 2004).

154. OECD, *Guidance Notes on Dermal Absorption* (Aug. 18, 2011).

155. OECD, *Guideline for the Testing of Chemicals - Skin Absorption: In Vitro Method* (Apr. 13, 2004).

156. OEHHA (Office of Environmental Health Hazard Assessment), *Proposition 65 No Significant Risk Levels (NSRLs) for Carcinogens and Maximum Allowable Dose Levels (MADLs) for Chemical Causing Reproductive Toxicity*, Cal. EPA (March 2019).

157. OEHHA, *Proposition 65 No Significant Risk Levels (NSRLs) for Carcinogens and Maximum Allowable Dose Levels (MADLS) for Chemicals Causing Reproductive Toxicity*, Cal. EPA (Oct. 2018).

158. Oltmanns, J. et al., *Effectiveness of Personal Protective Equipment against Dermal Exposure – A Comparative Study*, Federal Institute for Occupational Safety and Health (2016).

159. Orsi, L. et al., *Occupational Exposure to Pesticides and Lymphoid Neoplasms among Men: Results of a French-Control Study*, 66 J. Occupational & Envtl. Med. 291 (2009).

160. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project*, Occupational Cancer Research Centre (August 31, 2015).

161. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project (NAPP)* (Sept. 21, 2015) (unpublished article).

162. Pahwa, M. et al., *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project*, Scandinavian J. Work Env't Health (2019).

163. Paz-y-Mino, C. et al., *Baseline Determination in Social, Health, and Genetic Areas in Communities Affected by Glyphosate Aerial Spraying on the Northeastern Ecuadorian Border*, 26 Revs. Envtl. Health 45 (2011).

164. Paz-y-Mino, C. et al., *Evaluation of DNA Damage in an Ecuadorian Population Exposed to Glyphosate*, 30 Genetics & Molecular Biology 456 (2007).

165. Perry, M. et al., *Historical Evidence of Glyphosate Exposure from a U.S. Agricultural Cohort*, 18 Envtl. Health 42 (2019).

166. Phalen, R.F. and Phalen, R.N., *Introduction to Air Pollution Science: A Public Health Perspective* (2013).

167. Pierce, J. et al., *Pilot Study Evaluating Inhalation and Dermal Glyphosate Exposure Resulting from Simulated Heavy Residential Consumer Application of Roundup ®*, 32 Int'l F. Respiratory Res. 354 (2020).

168. Plaintiff Fact Sheets of Mark Pecorelli (original and amended).

169. Rages, D., *Accelerated Aging Data to Support the Registration of MON 79991 Herbicide Formulation*, Monsanto Co. (Nov. 16, 2012) [MONGLY01210670-MONGLY01210742].

170. Rawson, B. et al., *Internal Contamination of Gloves: Routes and Consequences*, 49(6) Annals of Occupational Hygiene 535 (2005).

171. Rhoades, M. et al., Atrazine and Nitrate in Public Drinking Water Supplies and Non-Hodgkin Lymphoma in Nebraska, USA, 7 Envtl. Health Insights 15 (2013).

172. Ridley, W. & K. Mirly, *Volume 1: The Metabolism of Glyphosate in Sprague Dawley Rats – Part 1. Excretion and Tissue Distribution of Glyphosate and Its Metabolites following Intravenous and Oral Administration*, Monsanto Company (Mar. 23, 1988) [MONGLY00148193-MONGLY00148787].

173. Riordan, A., *Evaluation of Glyphosate Use and Non-Hodgkin's Lymphoma – A Preliminary Trend Assessment*, American Industrial Hygiene Association (2020).

174. Schinasi, L. & M. Leon, *Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis*, 11 Int'l J. Envtl. Res. & Pub. Health 4449 (2014).

175. Sheppard, L. et al., *Re: Glyphosate Use and Cancer Incidence in the Agricultural Health Study,* 111(2) J. Nat'l Cancer Inst. 214 (2019).

176. Smith, S., *240 g/L Glyphosate SL Formulation (MON 79546) – In Vitro Absorption through Human Dermatomed Skin Using [14C]-Glyphosate* (Feb. 12, 2014) [MONGLY08731410 – MONGLY08731464].

177. Smith, S., *7.2 g/L Glyphosate Gel Formulation (MON 76904) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (July 23, 2015) [MONGLY08731619 – MONGLY08731699].

178. Smith, S., *720 g/kg Glyphosate SG Formulation (MON 79991) – In Vitro Absorption through Human Dermatomed Skin Using [14C]-Glyphosate* (Feb. 12, 2014) [MONGLY08731465 – MONGLY08731523].

179. Solomon, K., *Estimated Exposure to Glyphosate in Humans via Environmental,*

*Occupational, and Dietary Pathways: An Updated Review of the Scientific Literature*, Pest Mgmt. Sci. (2020).

180. Solomon, K., *Glyphosate in the General Population and In Applicators: A Critical Review of Studies on Exposures*, 46 Critical Revs. Toxicology 21 (2016).

181. Tarazona, J. et al., *Glyphosate Toxicity and Carcinogenicity: A Review of the Scientific Basis of the European Union Assessment and its Differences with IARC*, 91 Archives of Toxicology 2723 (2017).

182. Temple, W., *Review of the Evidence Relating to Glyphosate and Carcinogenicity*, New Zealand Environmental Protection Authority (Aug. 2016).

183. Thomas, K. et al., *Assessment of a Pesticide Exposure Intensity Algorithm in the Agricultural Health Study*, 20 J. Exposure Sci. and Envtl. Epidemiology 559 (2010).

184. Thongsinthusak, T. et al., *Guidance for the Preparation of Human Pesticide Exposure Assessment Documents*, Cal. EPA (May 4, 1993).

185. Transcript of Proceedings, *Pilliod v. Monsanto Co.*, No. RG17862702 (Cal. Super. Ct. Alameda Cty Apr. 11, 2019) (testimony of Dr. William Sawyer).

186. Transcript of Proceedings, Volume 17, *Johnson v. Monsanto Co.*, No. CGC-18-550128 (Cal. Super. Ct. S.F. Cty. July 26, 2018) (testimony of Dr. William Sawyer).

187. Van Burgsteden, J., *In Vitro Percutaneous Absorption Study with [$^{14}$C]glyphosate using Viable Rat Skin Membranes*, TNO Nutrition and Food Research (Jul. 29, 2003) [MONGLY01285806 – MONGLY01285848].

188. Waddell, B. et al., *Agricultural Use of Organophosphate Pesticides and the Risk of Non-Hodgkin's Lymphoma Among Male Farmers (United States)*, 12 Cancer Causes and Control 509 (2001).

189. Ward, R., *360g/L Glyphosate SL Formulation (MON 52276) In Vitro Absorption of Glyphosate through Human Epidermis* (Feb. 12, 2010) [MONGLY00698737 – MONGLY00698789].

190. Ward, R., *450 g/L Glyphosate SL Formulation (MON 79545) In Vitro Absorption of Glyphosate through Human Epidermis, DLT-09-093* (Feb. 12, 2010) [MONGLY00698684 – MONGLY00698736].

191. Ward, R., *480 g/L Glyphosate SL Formulation (MON 79351) In Vitro Absorption of Glyphosate through Human Epidermis* (Feb. 12, 2010) [MONGLY00698790 – MONGLY00698842].

192. Wester, R. & H. Maibach, *Penetration Enhancement by Skin Hydration*, in *Percutaneous Penetration Enhancers* 21 (1995).

193. Wester, R., et al., *Glyphosate Skin Binding, Absorption, Residual Tissue Distribution, and Skin Decontamination*, 16 Fundamental and Applied Toxicology 725 (1991).

194. Wester, R., et al., *In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and through Human Skin*, 34 Food and Chemical Toxicology 731 (1996).

195. Zhai, H., et al., *Skin Decontamination of Glyphosate from Human Skin In Vitro*, 45 Food and

Chemical Toxicology 2258 (2008).

196. Zhang, L. et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, 781 Mutation Research/Reviews in Mutation Research 186 (2019).

197. Zoller, O. et al., *Urine Glyphosate Level As A Quantitative Biomarker of Oral Exposure.* 228 Int'l J. & Hygiene and Env't Health 113526 (2020).