# EXHIBIT 20

**Dr. Joseph M. DiTomaso Expert Report (*Karman v. Monsanto Co.*)**

**SUMMARY OF EXPERT OPINIONS**

Unless otherwise stated, all of my opinions expressed in this report are to a reasonable degree of scientific certainty.  I reserve the right to supplement or amend this report as additional information comes to my attention or becomes available.

The opinions I plan to offer in this matter will include opinions set forth in this report, opinions that may be elicited from me in discussing or elaborating on those areas and/or responding to the testimony of the plaintiffs' experts, and any opinions formed based upon further literature review.

My opinions are based on my review of the relevant scientific literature; materials specifically related to this case and related proceedings, including certain reports and supporting materials submitted by expert witnesses working on the plaintiffs' behalf; deposition testimony; inspection of property, and my education, training, research and experience in weed science.   My curriculum vitae is attached to this report as **Exhibit A**. My testimonial history is attached to this report as **Exhibit B**. A comprehensive list of materials considered in reaching my opinions is attached to this report as **Exhibit C**.

In general, my opinions will focus on the impact of weeds and invasive plants, control methods employed to manage weeds and invasive plants, and the use of herbicides, including glyphosate-based herbicides, in weed management. I will also opine on the way herbicides work, including glyphosate, the most appropriate application methods, calibration of herbicides, herbicide formulations, herbicide spray equipment, herbicide drift, physical and chemical properties of herbicides, and herbicide labels.  I will discuss the use and benefits of herbicides in agriculture, the management of invasive plants, and the use and benefits of herbicides in residential, urban and industrial settings.

Specifically, my opinions include, but are not limited to, the following:
1. Glyphosate-based herbicide formulations are widely used and very effective in a broad variety of contexts and with a broad spectrum of plants in agriculture, industrial, urban, aquatic and residential use.
2. The physical and chemical properties of glyphosate-based herbicides, when properly applied according to the label with handheld or backpack sprayers, result in minimal drift potential.
3. Glyphosate has low acute toxicity. Moreover, its acute toxicity is less than many food items, everyday household products, organic herbicides, and other herbicides.
4. Glyphosate has an environmentally friendly-high soil binding affinity, with no soil residual activity, and a favorable environmental fate, i.e., beneficial to air and water quality.
5. Weeds can be poisonous or allergenic to people, livestock, and other animals. Glyphosate-based herbicides can be effective in preventing these health problems.
6. Homeowners and landscapers find benefits from the use of glyphosate-based products, including management of poisonous or injurious plants, eliminating habitats for pests,

protecting property from fire potential, and aesthetics, as well as a favorable environmental and health risk profile.

7. The effectiveness of glyphosate on both annual and perennial weeds reduces the need for frequent applications.

8. Glyphosate has dramatically reduced the need for tillage, which has resulted in many positive outcomes including, but not limited to, increasing the quantity and quality of arable land, improving air and water quality, reducing the need for irrigation, reducing $CO_2$ emissions and global warming, reducing the need for labor, preventing injuries, and improving crop yields.

Because the discipline of Weed Science involves so many factors, I am prepared to opine on any aspect related to weed ecology, biology, and management, including all methods of control.

## BACKGROUND & CREDENTIALS

My name is Joseph M. DiTomaso. I am a weed scientist by training, and was a Cooperative Extension Weed Specialist and Professor at the University of California, Davis (UC Davis). Since July 1, 2017, I have been an emeritus Professor at UC Davis. I received my BS degree in 1978 in Wildlife and Fisheries Biology from UC Davis. In 1981, I received an M.A. degree in Biological Sciences from Humboldt State University in Arcata, California. I received my Ph.D. in Botany/Weed Science from UC Davis in 1986. From 1987 to 1995, I was a Professor of Weed Science at Cornell University. In 1995, I accepted a position as Cooperative Extension Specialist at UC Davis as a faculty member in the Department of Vegetable Crops, which is now part of the larger Department of Plant Sciences.

Among other honors and accomplishments, in 2008, I was appointed for three terms by the Secretary of the Interior of the United States to serve on the Invasive Species Advisory Committee, a committee which advises primarily the Secretaries of the Interior, Agriculture and Commerce (as well as all other cabinet committees) on issues related to invasive species. In 2009, I was appointed by the California Secretary of Agriculture to serve on the California Invasive Species Advisory Committee for two terms. I was the President of the Western Society of Weed Science and the Weed Science Society of America and was the first editor of the journal *Invasive Plant Science and Management* (appointed to this position by the Board of Directors of the Weed Science Society of America in 2007). I was named a Fellow of the Western Society of Weed Science and the Weed Science Society of America. This is the highest award the society bestows on the membership of these two societies and represents career accomplishments in the Weed Science discipline. I also received the Outstanding Extension Award by the Weed Science Society of America and the Outstanding Research Award by both the Western Society of Weed Science and the Weed Science Society of America. I was the President of the California Invasive Plant Council and received the Award for Vision and Dedicated Service.

At UC Davis, I co-taught the introductory Weed Science course to undergraduates every year and taught a grass identification and ecology class every other year. In the weed science course, we discussed the biology and ecology of weeds, mode of action of herbicides, and different weed control options. Cooperative Extension Specialists, such as myself, also conducted applied research and were responsible for statewide leadership in extending information to clientele, end

users, the general public, and other relevant groups throughout the state. In this role, my research extension program focused on understanding the biology and ecology of invasive plants in non-crop areas, and I used this information to develop more effective, scientifically based, and cost effect methods to manage invasive plant species. I conducted studies using all forms of weed control, including; herbicides, mechanical and cultural methods, as well as biological control agents. Whenever possible, my program used an integrated approach to weed management that relied on understanding the biology of the target and non-target plants, as well as the ecology of the ecosystem, to develop environmentally safe, economical, and effective strategies for invasive plant management. My research was used by both the Federal and California EPAs to assist in making decisions on registration of new products, including where a compound will be registered for use (*e.g.*, rangelands, wildlands, right-of-ways, etc.) and how the product label will be written.

I have published 174 peer-reviewed papers or book chapters and eight books. In addition, I have published an additional 250 extension papers or articles. All of these publications concern weeds or invasive plants, management strategies, or herbicide activity – including mode of action, mechanism of resistance, control, or selectivity issues related to herbicides. Since my appointment at UC Davis in 1995, I have given over 900 extension talks and have also been an invited speaker at professional conferences on numerous occasions, including several as the keynote speaker. Among my keynote speaker invitations, I have been invited to international conferences in France, China, South Korea, and Australia.

I routinely worked with glyphosate in all facets of my professional career. In my extension program, I was regularly requested to explain how herbicides – such as glyphosate – work in plants, describe the fate of herbicides in the environment, provide options for control of a variety of invasive plant species, and determine what herbicide may have caused a particular symptom in a variety of plant species. While my research efforts often included studies related to the biology, ecology and impact of invasive plants, most also focused on management options to deal with these plants, of which herbicides are a key component. As such, I conducted research trials and larger studies with many different compounds. My research with glyphosate compared different formulations for most efficient control. In addition, I conducted large studies or herbicide research trials using glyphosate for the control of jubatagrass, yellow starthistle, perennial pepperweed, medusahead, cheatgrass, tree tobacco, Scotch broom, tree-of-heaven, yellow flag iris, running bamboo, switchgrass, miscanthus, hedgeparsley, houndstounge, wild blackberry, *Conyza* spp., periwinkle, many other rangeland weeds, and woody plants that interfere with forest replantation efforts, particularly oaks. I published over 30 peer-reviewed papers that either include glyphosate in the underlying research or discuss the effect, mode of action, or fate of glyphosate. I published an additional 100 extension papers that reported on the effects of glyphosate use or discussed some aspect of its phytotoxic effects.

A more thorough description of my background and qualifications is set out in my curriculum vitae, attached to this report as **Exhibit A**, which also includes a list of my publications.

**STATEMENT OF COMPENSATION**

I am being compensated at a rate of $300.00 per hour for my preparatory work in this matter, and $400.00 per hour for deposition and trial testimony.

**PRIOR TESTIMONY**

| Date | Nature of Testimony | Case Information |
|------|---------------------|------------------|
| 2017 | Deposition | *New Image Global vs. United States*. U. S. Court of International Trade, Case Nos. 15-00175 and 15-002266 |
| 2019 | Deposition | *Giglio v. Monsanto Co.,* U.S. Dist. Court. N.D. Cal., 3:16-cv-05658-VC (2019). |

## WEEDS IN GENERAL

**Definition of Weeds and Invasive Plants.** While there are numerous definitions of weeds, to me the most accurate one is that a weed is a plant that causes economic or ecological damage, human or animal health problems (allergies, mechanical damage, or poisoning), or is aesthetically unpleasing. In the latter case, this typically applies to landscapes associated with human dwellings. Weeds can be either native plants or non-native plants. Many native plants have become problems in agricultural areas, human landscapes, or aquatic areas. In landscapes, for example, poison ivy or poison oak can be considered a weed, despite the fact that they are native to the area. Thus, the term "weeds" is used to describe impacts on human activities. In contrast, invasive plants are always non-native to the region of consideration. The use of the term invasive plant in federal and state policy always refers to plants that cause significant harm. These species change the character, condition, form or nature of a natural ecosystem over a substantial area. They can do this by being an excessive user of resources, such as water, light, nutrients, or gases ($CO_2$ and $O_2$ in the case of aquatic plants), donors of nitrogen, fire promoters, sand stabilizers, erosion promoters, colonizers of intertidal mudflats, litter accumulators, or salt and heavy metal accumulators.

**Impacts of Weeds on Crops.** The impacts of weeds in agriculture is most often associated with yield losses, but weeds can also impact crop quality, harvest efficiency, insect and disease pest populations, and cost of control (Westbrooks 1998). Invasive plants can have dramatic effects on forage quality and quantity for both livestock and wildlife. Invasive plants can impact livestock or human health, reduce plant and animal diversity, increase fire threat, cause erosion or drought, interfere with recreational activities, act as vectors for other pests, and reduce property values. Aquatic invasive plants can impact water quality, block the movement of water in both natural and irrigation systems, increase flooding, and impede navigation of both commercial and recreational vessels. Invasive plants are now considered to be the second most important threat to biodiversity, after habitat destruction (Dukes and Mooney 2004, Westbrooks 1998).

Weeds found in lawns, flower beds, and golf courses may impact more desirable species, but are usually considered aesthetic problems due to their unsightly texture and appearance. Weeds in turf usually differ in color and appearance from desirable grasses. These weeds often have growth characteristics different from the lawn, so uneven growth is evident between cuttings. Species with burs, such as California burclover or puncturevine, may cause injury to those going barefoot. Weeds are often seen growing in the cracks of sidewalks and in the mortar and brickwork of old buildings. These weeds are not only unsightly, but when left uncontrolled, can cause deterioration of these structures and potential health hazards from tripping.

Studies have attempted to estimate the total economic impact of weeds and invasive species in the United States. In 2005, Pimentel et al. estimated annual costs associated with aquatic weeds at $110 million, weeds of urban areas (lawns, gardens, and golf courses) at $1.5 billion, and pasture weeds at $6 billion. In agriculture, weeds were estimated to cause a reduction of 12% in crop yields, representing a $33 billion annual loss in yield potential. However, more recently, in corn alone in the US and Canada, estimates averaged over seven years indicate that weeds cause nearly $27 billion in annual losses alone just from yield reduction in that one crop (Soltani et al. 2016).

5

**Weed Reproduction and Dispersal.** High reproductive capacity is a major characteristic contributing to a plant's ability to be a 'weed'. Weeds often grow in a wide range of conditions, producing large numbers of seed (or vegetative propagules) over a long period of time. Weed seeds can remain dormant and viable in the soil for a few to several years, providing the potential for re-infestation for years to come.

Successful dispersal is important to continued survival of plant species. Most weed species have no special adaptation for dispersal and the seeds fall close to the parent plant, where conditions favor that species. For these species, human activities (attachment to vehicles, tools, or clothing) account for their long-distance movement. However, some weed species are well adapted to moving long distances. Natural dispersal occurs by wind, water, and animals. Wind is the most common form of long-distance dispersal in urban areas and provides the opportunity for weeds to invade new sites. This is a common method of seed movement for species in the sunflower family.

## WEED MANAGEMENT TOOLS

**Prevention, Eradication and Management.** Prevention is the most cost effective means of reducing weed populations. This includes frequent scouting of landscapes (crops, non-crop areas, and urban landscapes) for incipient populations that can be easily removed by mechanical methods, such as hand pulling or a hoe. Education as to the most likely and important threats can also play an important role in prevention programs. In most cases, eradication (elimination of all plant propagules, including seeds and other vegetative reproductive parts) is impractical in large scale systems. However, in local areas, including gardens and urban landscapes, eradication is possible with continuous removal of weeds before they produce new viable seeds. This may not be possible in areas where many weeds are wind dispersed and re-invade from other areas, but even in these areas, weed populations are generally much lower when existing soil borne seeds are eliminated through continuous removal of young plants.

In most areas, management options are the most practical and common method of dealing with weeds. There are several mechanical, cultural, biological and chemical control tools that have been developed for the management of invasive and weedy plants in crop and non-crop areas.

**Risks and Benefits of Control Tools.** Nearly all weed control methods influence both the living and non-living components of the ecosystem in both positive and negative ways. These include various mechanical control techniques; cultural practices such as grazing, burning, flooding or revegetation, the introduction of biological weed control agents, and the use of herbicides. For example, hand pulling or hoeing is labor intensive and relatively ineffective for the control of perennial weeds. It can also cause soil disturbance around the removed plants and create an ideal site for re-establishment of new seedlings or rapid invasion of another undesirable species. In addition, trampling of habitat in non-crop areas by large numbers of people can damage sensitive native species and further disturb the soil. The potential also exists for serious physical injury when removing plants with spines, prickles, sharp leaf margins, or skin allergens. Tillage or cultivation can expose soil to both wind erosion, under dry conditions, and water erosion, under wet conditions. In addition, it can alter soil structure, prolong the longevity of weed seed by

burying seeds deep in the soil profile, and in many cases, enhance a perennial weed problem by spreading rhizome fragments or stimulating emergence of new shoots from underground stems. Heavy equipment produces fuel exhausts and can increase the atmospheric discharge of soil particles, thus affecting air quality. The potential risks associated with herbicide use have been widely publicized both in the scientific literature and the public press.  Although these risks are often greatly exaggerated and vary widely by herbicide type, improper use of herbicides can lead to several potential problems, including spray or vapor drift, water contamination, animal or human toxicity, selection for herbicide resistance in weeds, and reduction in plant diversity. In most situations, however, herbicides are considered the most economical, effective, and safe method of managing weeds.

**IPM Approach.** To be successful, management strategies in agricultural and non-crop areas require careful planning that incorporate a long-term approach consisting of prevention programs, education materials and activities, economical, and in most cases, multi-year integrated pest management (IPM) approaches that not only control the weed or invasive plant, but also improve the degraded plant community, enhance the utility of the ecosystem, and provide resistance to re-invasion or establishment of other invasive plants. For agricultural weeds, this integrated approach can be crucial in preventing the selection for herbicide resistant weeds (Jussaume and Ervin 2016). In urban areas, such approaches are not usually practical, and homeowners generally rely on either mechanical or chemical control of weeds. However, for control of weeds in lawns, the choice of appropriate turf species and the irrigation regime can greatly impact weed populations.


## IMPACTS OF TILLAGE ON CROP LANDS

**No Till and Conservation Tillage Cropping Systems.** Prior to the introduction of modern herbicides, the primary form of weed management in agriculture was tillage. However, by the end of the 1800s, almost 11 million acres of American farmland had been abandoned due to wind and water erosion from excessive cultivation (Gianessi and Williams 2014).

Repeated cultivation was at least partially responsible for the Dust Bowl of the 1930s. After the Dust Bowl, it was estimated that erosion completely ruined 50 million acres of cropland in the US with an additional 50 million acres severely damaged. Another 100 million acres had suffered such severe removal of fertile topsoil that they had lost 50-90% of their past productivity. Early development of herbicides in the 1940s eliminated 1-3 cultivations (Gianessi and Williams 2014). It also led to the development of no till or conservation tillage systems. Because the soil is left undisturbed in these herbicide plus conservation till practices, the soil is far less susceptible to erosion. In addition, maintaining crop residues shades the soil, decreases soil water evaporation, slows surface runoff, and increases water infiltration, thus conserving both soil and water. Furthermore, reduced tillage operations dramatically reduced soil compaction and fuel consumption.  In the 1950s, 100% of US corn acres were cultivated 3–4 times. More recently, however, only 50% of corn acres are cultivated with an average of one cultivation per cropping system (Gianessi and Williams 2014). The savings in water was substantial. In Kansas, herbicide use substituted for 3 to 4 tillage operations and increased soil moisture content by 50%, which reduced the need to irrigate (Jones et al. 1985).

The development of glyphosate-resistant crops has shifted weed management practices from a relatively tillage-intense system to reduced-till or no-till systems (Givens et al. 2009). For example, when 1,195 growers in six states were surveyed, they indicated that their tillage intensity declined in continuous glyphosate-resistant cotton and soybean by 45% and 23%, respectively, compared to their previous conventional cotton and soybean production systems. In addition to soil-related benefits, this not only reduced fuel consumption, but also improved air quality.

## HERBICIDES

**Development of Herbicides.** Prior to the development of synthetic herbicides in the 1940s, the most common forms of chemical control were petroleum products and inorganic compounds, such as salts (primarily sodium chlorate and sodium borate), and arsenicals (Kraehmer et al. 2014, Timmons 2005). These compounds were very toxic and produced other environmental problems. After the development of 2,4-D in the 1940s, the number of registered herbicides in the United States increased to 25 in 1950, and to 100 in 1969. These newer herbicides were often more targeted, either for broadleaf or grass weeds, and required much less active ingredient per acre compared to previous chemicals. The effect of herbicides in agriculture dramatically improved the efficiency of managing weeds. It was estimated that the combination of herbicides and mechanical control practices reduced potential crop losses due to weeds by more than 70% (Oerke 2006). In addition, herbicides replaced the use of millions of workers to pull and hoe weeds by hand and greatly reduced the use of tillage for weed control. Costs of production were reduced and crop yields increased because herbicides were cheaper and more effective than hand weeding and cultivation (Gianessi and Reigner 2007). The development of glyphosate, which is considered a non-selective herbicide, was and is still considered the most effective control method for perennial weeds.

In the past 50 years, new herbicides have been developed and some older herbicide use has been discontinued. In reviewing the herbicides registered for use in the United States according to the various editions of the Weed Science Society of America (WSSA) Herbicide Handbooks, I developed a table comparing the average $LD_{50}$[1] for each year of the Herbicide Handbook publication (Table 1). I also compared the number of registered herbicides in each toxicity category, with $LD_{50}$s of 1-50 mg/kg being the most toxic and >5000 mg/kg being the least toxic. From Table 1, the average $LD_{50}$ increased from 3031 mg/kg in 1970 to 3803 mg/kg in 2014, indicating that newer herbicides are on average less toxic than older ones. In addition, the number of herbicides in the most toxic categories (1-50 and 51-500) declined from 17 to 8, while the number in the least toxic category (>5000) increased from 20 to 50 between 1970 and 2015. The $LD_{50}$ of glyphosate is in the least toxic category, >5000.

---

[1] The $LD_{50}$ is the lethal dose that kills 50% of a male rat population in mg product per kg rat weight. This is a common study conducted on many compounds, including food products such as sugar and alcohol. It is an indicator of the toxicity of a compound.

**Table 1.** Average acute male rat $LD_{50}$ for herbicides available in the United States (US) in 1970, 1983, 1994, 2007, and 2014 and the total number of US herbicides in each $LD_{50}$ range. Lower numbers are considered more toxic than higher numbers. Numbers based on each edition of the Weed Science Society of America Herbicide Handbook.

| Year of published Herbicide Handbook | Avg. $LD_{50}$ in mg/kg | Number of herbicides in $LD_{50}$ (mg/kg) category | | | |
|---|---|---|---|---|---|
| | | 1-50 | 51-500 | 501-5000 | >5000 |
| 1970 | 3031 | 6 | 11 | 75 | 20 |
| 1983 | 3281 | 4 | 12 | 83 | 36 |
| 1994 | 3806 | 2 | 6 | 61 | 49 |
| 2007 | 3940 | 2 | 5 | 42 | 49 |
| 2014 | 3803 | 1 | 7 | 47 | 50 |

For sake of comparison, I developed Table 2, which gives the $LD_{50}s$ for glyphosate and a number of common food or human ingestion products, as well as household products and organic herbicides. Note that many common household products and organic herbicides are considered more toxic as compared to glyphosate. Furthermore, many food products or chemicals found in foods, including acetic acid, aspirin, caffeine, capsaicin, and solanine, are far more toxic than glyphosate.

**Table 2.** $LD_{50}s$ are presented for glyphosate and common foods, household products, and organic herbicides. Lower numbers are considered more toxic than higher numbers.

| Compound | Common use | $LD_{50}$ (mg/kg) |
|---|---|---|
| Glyphosate | Active ingredient of herbicide Roundup and other compounds | >5,000 |
| **Food or human ingestion product** | | |
| Glucose and sucrose | Sugar | 25,800/29,700 |
| Ethanol | Alcohol | 7,060 |
| Fructose | Form of sugar found in fruit and corn syrup | 6,450 |
| Acetic acid | Vinegar (also the organic herbicide Vinagreen) | 3,310 |
| Acetylsalicylic acid | Aspirin | 1,500 |
| Caffeine | Active ingredient of coffee, tea and some sodas | 192 |
| Capsaicin | Active ingredient of hot peppers and some vasodilators | 161 |
| Nicotine | Active ingredient of cigarettes, e-cigarettes, and cigars | 50 |
| Solanine | Found in many foods, but typically associated with potatoes, tomatoes, and peppers. Highest levels found in potatoes exposed to sun (indicated by green color, the result of chlorophyll production) | 42 |
| **Household product** | | |
| Menthol | Biofreeze for pain relief | 2,900 |
| DEET | Active ingredient in many household insecticides | 1,892 |
| Ammonium chloride | A product within Downy fabric softener | 1,650 |
| Hydrogen peroxide | Color safe bleach | 1,026 |

| Calcium hypochlorite | Pool disinfection and drinking water supplies | 850 |
|---|---|---|
| **Organic herbicides** | | |
| Clove leaf oil | Matran EC | 2,650 |
| Limonene | Green Match | >2,000 |
| Caprylic acid | Suppress | 2,000 |

**Herbicide Labels.** Herbicide labels are developed by the chemical company manufacturing the product, subject to regulation approval by EPA and/or other governmental regulatory bodies, depending on the country or state. Labels are based on experimental data, including toxicological, environmental, and efficacy data. Indeed, some of my research, as well as that of other university scientists, has been used in informing efficacy labeling for herbicides. Herbicide labels are meant to provide direction and guidance for users on how to use the product safely and effectively and should be read and closely followed. Among other things, the herbicide label contains the percentage of active ingredient in the formulation, precautionary statements (how to deal with potential environmental and human and domestic animal hazards), storage and disposal information, and general information on how the product works. It can also contain information on weed resistance management, if that is applicable to the herbicide. Within the label are instructions of how to mix the product (if not pre-mixed), the types of additives that can be added, how the product should be applied, the sites it can be used in (crops, non-crop areas, urban areas, etc.), and the types of weeds it will control, including the application methods and rates most effective on those weeds. Even organic herbicides, used in organic farming practices, have labels, though they are not as inclusive as more conventional herbicide labels. They do, however, contain precautionary statements on environmental hazards, first aid, personal protective equipment, and user safety recommendations. As was shown in Table 2, they generally have a stronger potential for acute toxicity as compared to glyphosate. Acute toxicity refers to sudden onset of symptoms (e.g., shortness of breath, respiratory failure, abdominal pain, etc.).

**Plant Tolerance to Certain Herbicides.** Selective herbicides are more effective on some plant species than others at the normal rate of application. Although many herbicides can control broad taxonomic groups, such as grasses or broadleaf species, others control a selected group of both grass and broadleaf species. Contact herbicides and all organic herbicides are primarily selective only on annual species. A few herbicides are considered non-selective and control nearly all species. Glyphosate would fall in this latter category and is considered the safest and most effective of the non-selective herbicides. In addition, because it has no soil activity (unlike the non-selective herbicide tebuthiuron), no injury occurs to desirable crops or landscape plants that are not contacted by the herbicide in treated areas or to crops planted after a glyphosate treatment.

Crops can tolerate certain herbicides either through some physiological or biochemical mechanism. Biochemical mechanisms typically involve either the enhanced ability of the crop plant to metabolize the herbicide quickly or because the plant's site of action is not sensitive to the herbicide action, as is the case with "Roundup Ready" crops. Physical methods of selectivity are based on the difference in volume of herbicide retained by crop and weed plants. These

differences arise due to crops and weeds having different leaf arrangements, leaf angles or surface wax properties (Gianessi and Sankula 2003, Gianessi and Reigner 2007).

Most herbicides can kill crops or desirable vegetation under a particular set of conditions. What determines selectivity is the total amount of herbicide that reaches a sensitive metabolic site. There are a number of complex interactions between plants, their environment, and the herbicide that can influence selectivity of a plant to a particular herbicide (Gianessi and Sankula 2003). Selectivity is generally rate-dependent.  Over-application of an herbicide will often result in loss of selective control. This is a primary reason why herbicide labels are very specific about what rates to use. Application above these rates is considered illegal.

Herbicides impose a great degree of selective pressure on weed populations. If the same herbicide or herbicides with the same mode of action are used repeatedly, herbicide-resistance can build up in the population after several generations. This has occurred with many herbicides, including glyphosate (Hanson et al. 2013, Nandula et al. 2005). It has also occurred with pathogens and insects with the continued application of fungicides and insecticides. Such selective pressure can occur with many control methods. For example, frequent mowing, such as in a lawn, can eventually select for a lower growing biotype of a weed that can escape mower blade damage.


## UNIQUENESS OF GLYPHOSATE

**Glyphosate is a Widely Used Herbicide.**  Glyphosate was identified four decades ago in a Monsanto discovery program that initially produced the sugarcane ripener glyphosine.  Both glyphosate and glyphosine were considered important to chemically ripen sugarcane under conditions that do not favor natural ripening (Dill et al. 2010, Dusky et al. 1986).  The first herbicide utilizing glyphosate as an active ingredient was introduced in 1974 (Franz 2012, Nandula et al. 2005).  Today, glyphosate is the most widely used herbicide globally, and its widespread use can be attributed to its very favorable toxicological/environmental profile combined with its lack of soil residual activity, low drift potential, ability to apply at larger droplet sizes, and its effectiveness in controlling a wide spectrum of weeds (Nandula 2010, Duke and Powles 2008).

As a testament to its outstanding toxicological profile and low impact on urban, agricultural, and natural environments, many glyphosate-based formulations[2] are registered for use in the United States in numerous agricultural and non-agricultural areas, including rangelands, wildlands, natural areas, aquatic systems, schools, parks, industrial sites, recreational areas, and residential areas.  It is also available to homeowners on a widescale basis. In many industrial sites and urban/wildland interfaces, where fire is a significant hazard, glyphosate-based products have proven to be extremely valuable.

**Glyphosate has Low Drift Potential**. Several factors influence drift, including spray droplet size, wind velocity, physical properties of herbicides and their formulations, and the method of

---

[2] Glyphosate comes in many different formulations.  In practice, this means glyphosate is often mixed with certain additives (e.g., surfactants) which enhance the herbicide's efficacy.

application.  For example, both the amount of herbicide lost from the target area and the distance it moves increase as wind velocity increases. Vapor drift can occur when an herbicide volatilizes. The formulation and volatility of the compound will determine its vapor drift potential.

Herbicides and applications with the highest potential to drift are volatile compounds applied in an ester formulation from higher boom or spray nozzle height (aerial applications being the most prone), under hot and windy conditions (>5 mph), where small droplet sizes are used.

A number of measures can be taken to minimize the potential for herbicide drift.  Chemical treatments should be made under calm conditions.  Ground equipment or hand sprayers reduces the risk of drift.  Use of the correct formulation under a particular set of conditions is important.

Glyphosate-based products used in industrial and residential applications have nearly all the characteristics that reduce drift. Glyphosate is non-volatile, applied in water and not as an ester. The wand or boom height is low and sometimes directly above the plant with spot treatments, and droplet sizes are larger in most backpack sprayers using hand-held wands. Such sprayers also can be fitted with a shield to further reduce drift even in windy conditions. Thus, unless an industrial or homeowner applicator is careless and not complying with the product label, the risk of spray drift and applicator contact with the herbicide is very low to negligible.

**Benefits of Glyphosate in Modern Agriculture.**  Glyphosate is by far the leading herbicide used in the agricultural setting, which includes row crops, orchards, fallow lands, and pastures worldwide (Atwood and Paisley-Jones 2017, Duke and Powles 2008).  In numerous crop settings, glyphosate is often used in preparing tilled or no-tilled seedbeds for planting.  Because glyphosate has no soil residual activity (discussed in more detail below), it can be applied to fields prior to planting to clear any undesirable weeds; then, only days following this initial application of glyphosate, the intended crops can be planted without any ill effects.  This is called the stale seed bed management technique and gives the crop a head-start on weeds that may germinate thereafter.

From a grower's perspective, glyphosate provides significant economic and ecological advantages. Glyphosate's weed control is outstanding, thus increasing yields through reduction in competition with weeds. There is also no injury to rotational crops because of its lack of residual soil activity. Since glyphosate is conducive to the incorporation of conservation tillage, or no tillage systems, the risk of soil erosion is reduced and air quality is improved (Derpsch 2004, Derpsch et al. 2010, Givens et al. 2009, Pimentel et al. 1996). Conservation tillage practices can decrease emission of $CO_2$ and decrease the use of diesel-operated machinery in farming. Glyphosate-based herbicides can replace more toxic herbicides, particularly those that leach into the groundwater. Glyphosate binds very tightly to soil particles, therefore posing a very low risk of contamination to ground or surface water (Borggaard and Gimsing 2008).

Glyphosate is also very commonly used in any number of agricultural settings to control weeds along field borders, fencelines, and the edges of ditchbanks.  In orchards, for example, controlled applications of glyphosate are a common treatment to eradicate developing or established weeds in the tree rows or space between the rows.

In addition, glyphosate is increasingly used today for weed control in Roundup Ready crops. Roundup Ready crops are genetically modified to be resistant to glyphosate, thus allowing what is commonly called "over-the-top" or "broadcast" applications of glyphosate, where glyphosate is applied simultaneously to both the crops and any undesirable weeds growing alongside them. These are often referred to as transgenic crops.  Of all the transgenic crops grown in the world, 90% are glyphosate resistant, amounting to about 100 million hectares in 2006 (Dill 2005, Duke and Powles 2008).  This number is undoubtedly higher today.  Roundup Ready crops account for approximately 90% of the soybeans grown worldwide, and 100% of the soybeans grown in Argentina. The adoption rate of Roundup Ready soybeans in Brazil has also increased dramatically since it was registered for use there. In addition, 70% of the corn and cotton grown in the United States is Roundup Ready, and 75% of the canola grown in Canada and the United States is Roundup Ready (Duke and Powles 2008).  There are also widely planted cultivars of alfalfa that are Roundup Ready.  Roundup Ready crop technology is generally more environmentally benign than the weed management technologies that it replaced (Duke and Powles 2009).

As a result of its use with Roundup Ready crops, as well as its many other uses in other crop and non-crop areas, glyphosate accounts for 60% of the volume of herbicides used in the United States (Duke and Powles 2008). Studies show that the use of Roundup Ready crops has reduced both the acute and chronic toxicity associated with herbicide use in agriculture (Kniss 2017).

In sum, glyphosate's unique properties historically have made it one of the most popular and effective agricultural herbicides available, and those same properties have led to its expanding, successful use, particularly in agricultural/soil conservation systems and, more recently, in Roundup Ready crops.  In the future, with global food security issues and the projected increase in human population to nine billion people (FAO 2017, 2018, Godfray et al. 2010, Rosegrant et al. 2014, Wheeler and von Braun 2013), the use of herbicides, including glyphosate, will remain of paramount importance to help feed the world under more constrained conditions.

**Benefits of Glyphosate in Natural Areas and Urban Systems.**  Outside of the agricultural setting, glyphosate-based formulations are commonly used by the U.S. Department of Interior (i.e., U.S. Forest Service, Bureau of Land Management (BLM)), and other state and local entities for weed control and invasive plant species management in wildland, such as forests, woodlands, grasslands, deserts, aquatic areas, wetlands, and riparian areas.  In these sensitive areas, glyphosate can enhance plant and animal diversity. Many land managers consider glyphosate to be far less dangerous to wildlife compared to other control techniques, such as prescribed burning and mechanical control techniques (DiTomaso 1997).

Moreover, glyphosate-based formulations are often used in directed treatments to control plant species that threaten unique environments or endangered species.  Invasive plant species have been reported to severely impact 42% of the animal species on the Threatened and Endangered species lists (Pimentel et al. 2005). For example, in North Dakota, the endangered black tern habitat was threatened by overgrown populations of cattails.  The use of glyphosate controlled the cattails, creating more open habitat which was positively correlated with an increase in the endangered tern population (Linz et al. 1994).  Glyphosate is also used in the Ecuadorian Galapagos Islands to control invasive plants.  The Galapagos Islands are 1,000 km west of the

13

Ecuadorian mainland and are renowned for their animal and plant diversity, as far back as the days of Charles Darwin.  This sensitive archipelago has also had a serious influx of invasive plant species that threaten its native ecosystems and wildlife habitat.  Glyphosate has played an important role in managing and eradicating some of the most serious of the invasive plants on the islands, including *Pueraria phaseoloides* (a close relative of kudzu), *Cinchona pubescens*, and *Rubus glaucus* (Gardener et al. 1999, Soria et al. 2002, Tye et al. 2002, Buddenhagen 2006).  Importantly, glyphosate is used in these environments with no deleterious effect on the sensitive ecosystem.

Glyphosate provides several advantages over other herbicides used to control invasive species.  Because it is water soluble, it has a very low vapor pressure (Shaner 2014). This means that it is not susceptible to vapor drift. It is highly systemic within plants, meaning that larger droplet sizes can be used in application techniques. Organic and other contact herbicides, by comparison, require small droplet sizes to get good coverage. Larger droplets dramatically reduce spray drift (Orzan and Zhu 2016). In addition, in my own research, I have shown that glyphosate can be applied using wick application, stem injections, or drizzle treatments, increasing even further environmental safety and dramatically reducing drift potential.

In aquatic systems throughout the world, glyphosate has been used to reduce emergent or floating aquatic weeds. This has the benefits of increasing light penetration and dissolved oxygen levels in the water column, which are greatly beneficial to other organisms; reducing the potential for mosquito borne West Nile virus; keeping navigation systems open; enhancing recreational use; and improving land values. For example, in the Sacramento Delta, glyphosate is commonly used for the management of water hyacinth, one of the most devastating aquatic weeds in the world.

In other non-crop areas, glyphosate is critical for vegetation control along highways to maintain safe visibility of other vehicles and signage, and to prevent fires along road and railroad margins. In rural areas and in urban/wildland interfaces, glyphosate is commonly used for fire prevention, where weedy vegetation can quickly spread fire and destroy homes and other structures. In historic areas around the world, glyphosate is used to maintain the integrity of ancient, culturally-valuable, structures from the degrading effect of weeds.

**Use of Glyphosate by Everyday Homeowners.**  Based on its safety, glyphosate is registered in the United States for homeowner use in a number of brands and formulations, and it is widely available to - and widely used by - the general public for all manner of weed control projects. The manufacturers and product names of more than forty glyphosate-based products are listed in Table 1, attached to this report as **Exhibit C**.  Many consumers are likely familiar with one or more of these various glyphosate-based formulations.

**Glyphosate Has Been Widely Studied.**  The duration and scope of glyphosate utilization has produced a vast body of knowledge concerning its properties, effects, and uses.  As a result, the properties of glyphosate are well known.  Glyphosate has been studied extensively – perhaps more extensively than any other herbicide – over the last 40 or more years.[3]  In addition to the

---

[3] A simple literature search within the Thomson Reuters ISI Web of Science using the term "glyphosate" revealed more than 4,000 papers published in peer-reviewed, high impact factor

U.S. EPA's registration documentation,[4] reviews, for example, by Giesy et al. (2000), evidence the impressive amount of studies concerning glyphosate and its various formulations.

## THE MODE OF ACTION AND EFFECTS OF GLYPHOSATE AND ITS SURFACTANTS

**Glyphosate's Mode of Action.**  Glyphosate is the active ingredient in Roundup and other products.  Glyphosate is a foliar-applied herbicide that translocates in the living phloem (cells that transport sugars to growing points or storage organs such as roots crowns, rhizomes, tubers and bulbs) of treated plants.  This means that once applied to plant leaves, glyphosate moves throughout the plant (i.e., translocates) to reach the plant's meristems (growing points), young roots and leaves, storage organs, and other actively growing areas of the plant.  At these locations, glyphosate produces its phytotoxic effects via disruption of functions critical to plant growth.

**Figure 1.** Pathway for synthesis of aromatic amino acids and site of inhibition by glyphosate.



In more technical terms, glyphosate inhibits the activity of the enzyme 3-phospho-5-enolpyruvyl shikimate (EPSP) synthase in the shikimic acid pathway (Figure 1).  This enzyme is essential to the plant's synthesis of the aromatic amino acids phenylalanine, tyrosine, and tryptophane (Dill

journals.  (This database does not include non-peer reviewed literature, newer journals, or journals with lower status.)

[4] In the United States, every pesticide/herbicide must be "registered" for use.  The registration process is comprehensive and requires that numerous toxicological studies be performed – many of which are conducted by independent labs – and thoroughly reviewed by the U.S. EPA prior to approval.

2005, Dill et al. 2010, Franz et al. 1997, Gresshoff 1979), all of which are implicated in the plant growth processes.[5]

In plants, stores of aromatic amino acids (e.g., phenylalanine, tyrosine, and tryptophan) are critical to maintaining protein synthesis, a process which is necessary for the plant's growth and survival. When glyphosate inhibits the plant's biosynthetic/shikimic acid pathway, these stores of amino acids are eventually depleted, leading to a disruption of the plant's growth processes and an unregulated accumulation of shikimate within the plant (see highlight in Figure 1). Shikimate is an important biochemical intermediate used in the synthesis of proteins, amino acids, and many other necessary plant products. However, a very high level of shikimate in the plant leads to a shortage of free carbon that is necessary for the synthesis of many other important compounds, including amino acids, proteins, and enzymes.[6] In essence, following a lethal exposure to glyphosate, the plant starves to death from both a lack of aromatic amino acids and available soluble carbon needed for various metabolic processes.

Because all plants contain a glyphosate sensitive form of EPSP synthase, the herbicide is considered non-selective and will damage or kill nearly all plants (Duke and Powles 2008). Furthermore, the metabolic pathway affected by glyphosate is unique to plants (Giesy et al. 2000). No animal systems are capable of producing these amino acids, and as such, these must be obtained either directly (eating plants) or indirectly (eating animals that have eaten plants). Because animals do not possess the ability to synthesize these amino acids, including the aromatic amino acids, the target site for glyphosate is not present in any animal system. This accounts for the low toxicity in animals, including humans.

**Characteristic Phytotoxic Effects of Glyphosate Formulations.**  Glyphosate's unique mode of action, to a large extent, defines the phytotoxic effects of its formulations. Therefore, understanding glyphosate's mode of action is key to an accurate understanding of glyphosate's effect on plants.

- **Delayed effects in plants.**  Because glyphosate translocates throughout the plant (including the below ground reproductive tissues) and ultimately acts at the plant's growing points, it produces delayed effects in exposed plants. One simple reason for this is that translocation of the herbicide throughout the plant takes time. In addition, the activity of glyphosate (inhibition of EPSP synthase, which in turn leads to a reduction in aromatic amino acids and an increase in shikimate, ultimately starves the plant of important compounds necessary for growth and the maintenance of metabolic activity) takes time to unfold. This process requires far more time than that observed for "contact" herbicides. Therefore, unlike common contact herbicides (e.g., paraquat, diquat,

---

[5] Convincing evidence that EPSP is the sole site of herbicide action can be inferred from the fact that Roundup Ready crops, i.e., plants genetically transformed with a glyphosate-insensitive form of EPSP synthase, tolerate applications of glyphosate (at reasonable/commercial levels).
[6] Following glyphosate treatment, as much as 10% to 20% of the plant's total soluble carbon (carbon in a soluble form that is available to the plant for biochemical activity) can be found to accumulate in shikimate. Shikimate accumulation is an indication of the activity of glyphosate in plants (Gravena et al. 2009).

pelargonic acid, and all the organic foliar-applied herbicides) which produce rapid effects within a couple of hours to a day, glyphosate produces delayed effects in treated plants.[7]

Even in plants most vulnerable to glyphosate (e.g., smaller, annual species), the first effects will not be seen until several days following exposure, at the earliest, and plant death typically occurs after approximately one week during warmer times of the year and two weeks during cooler.  In larger plants, mature perennial species and woody plants, the effects of glyphosate are even slower:  Effects typically become evident a week or more after exposure, and it may take many weeks to a couple months to produce plant death.

- **Universal, dose-dependent effects in plants.**  Given that the site of action (EPSP synthase) is common to all plant species, glyphosate is a non-selective herbicide with activity on nearly all plants, including crops, non-crops, temperate plants, and tropical plants alike.[8]  Consequently, once exposed to a sufficient quantity of glyphosate, all plants would be expected to exhibit some symptoms of exposure.

  The question is what quantity of glyphosate is necessary to produce effects?  In the case of glyphosate, only a single application is necessary to get the desired effect – removal of actively growing weeds. The frequency of application in any area depends on the re-establishment of new weeds, but this takes some time before a subsequent application is necessary and it can also be seasonal, such that there may be no need to apply in winter when few weeds are problematic. If the weeds are perennials, then a second application is rarely needed, as glyphosate is very efficient with a single treatment.

  As with all "toxic" exposures, the response of a plant to glyphosate is generally dependent upon the concentration to which the plant is exposed.  This same principle applies to human toxicity to a variety of chemicals. Very low exposures can produce no effects or even stimulation in growth.[9] Higher sublethal doses can produce transient

---

[7] The rapid effect of contact herbicides is due (in part) to their mechanism of action, which generally acts to destroy plant cell membranes quickly, leading to cell leakage and rapid symptoms of wilting and necrosis (browning of tissues).  See the Weed Science Society of America website (http://wssa.net/Weeds/Tools/Herbicides/HerbicideMovies.htm) for time-lapse photography of the effects of paraquat on bean or corn and glyphosate on cowpea and grasses (barley and oat).  Paraquat is a contact herbicide used in agriculture.  See the video available at http://www.youtube.com/watch?v=zdJTtrvkGWg for a time-lapse comparison of glyphosate and glyphosate plus SureGuard, another contact herbicide.  The activity of glyphosate in the smaller, annual species depicted in these videos would be considered rapid compared to its slower response in larger, perennial species and woody plants.

[8] Exceptions to this rule include plants that have developed a resistance to glyphosate and Roundup Ready crops with a genetically modified resistance to glyphosate.

[9] It should not be surprising that nominal exposures to glyphosate often prove inconsequential, considering that glyphosate was first discovered and favorably utilized as a sugarcane ripener.  In addition, studies have shown that low-level glyphosate exposure can actually stimulate plant

symptoms from which plants will eventually recover, and still higher doses will produce symptoms that will kill plants. Ultimately, there are many potential variables to consider when discussing the dose-dependent effects of glyphosate, but the general rules can be stated as follows. Glyphosate exerts its effects upon a plant's biosynthetic/growth processes, therefore the growth dynamics of each plant will predict its reaction to a particular concentration of glyphosate. Annual species (plants that live one year or less) have limited sources of stored carbon and nutrients compared to larger perennial species, meaning that during periods of active growth their biosynthetic processes are far more active and, consequently, more greatly disrupted by glyphosate. Thus, annual species generally exhibit the effects of glyphosate much more quickly than larger perennials, and after exposure to lower doses of the herbicide. Similarly, smaller herbaceous perennial plants (species living more than two years) will show the effects of glyphosate more quickly than larger perennial plants, which have more reserve storage materials that may be utilized for growth. For largely the same reason, woody species respond even slower than herbaceous perennials and require higher concentrations before their energy reserves are depleted and they die.

Although it is true that plants demonstrate varying levels of susceptibility to glyphosate (meaning that smaller amounts of glyphosate may affect one plant species more than another[10]), the variation in response between plant species is much smaller than it would be with more selective herbicides. This is because leaf uptake rates are considered the primary variable accounting for differences in glyphosate susceptibility (Duke and Powles 2008), and not target site sensitivity or the rate of herbicide degradation in the plant, which can also contribute to selectivity differences among plants treated with other herbicides. Herbicide labels typically indicate the rate of glyphosate application necessary to achieve effective control of a large number of annual and perennial plant species.

- **Nature of effects in plants.** One of the first noticeable effects following glyphosate exposure is yellowing (chlorosis), particularly in the young developing leaves and tissues. Although glyphosate does not directly inhibit chlorophyll synthesis (the main factor in chlorosis), symptoms of glyphosate exposure can include chlorosis (Vencill and Armbrust 2002), probably due to the buildup of shikimate in the chloroplast (i.e., the plant cells responsible for photosynthesis). Accumulation of shikimate can alter the pH

---

growth (Schabenberger et al. 1999; Duke et al. 2006; Cedergreen et al. 2007, 2009; Cedergreen 2008a, b; Velini et al. 2008).

[10] For instance, a plant's response can be affected by the amount of herbicide that is absorbed by the plant, which can depend upon certain physical variables such as herbicide deposition (more upright, narrower leaves intercept less herbicide compared to flat broad leaves with a parallel orientation to the soil surface) and the ability of the plant to absorb the herbicide (for example, the amount of waxy cuticle or surface hairiness can inhibit herbicide absorption). Likewise, a number of other physiological or biochemical characteristics can affect plant response, including age or stage of development, stress conditions at the time of treatment (drought, nutrient deficiencies, etc.), individual translocation rates (which can depend on photosynthetic rates in the plant), or other morphological or physiological differences between plant species.

balance of the chloroplast and cause loss of membrane integrity and chlorosis (Photo 1a, 1b).[11]

**Photo 1a.**  Chlorosis in tomato leaves following glyphosate exposure. Symptoms occur most noticeably in new leaves closest to growing points.



---

[11] Chlorosis (yellowing) is commonly observed in plants.  It may be caused by a wide variety of herbicides, particularly photosynthetic inhibitors.  It is also a common symptom with a variety of pest or environmental stress conditions, such as pathogen diseases and nutrient deficiency.

**Photo 1b.** Chlorosis in the elongation zone of corn leaves following glyphosate exposure.



Glyphosate also interferes with normal carbohydrate translocation in plants. Owing to this characteristic, glyphosate exposure can gradually produce a red or orange coloration on leaves and stems of some treated plants. This is due to the accumulation of the pigment anthocyanin, a typical symptom of an interference in carbon metabolism (Photo 2). Interestingly, anecdotal reports indicate that wildlife prefer to forage on glyphosate-treated plants. This may be due to the increased levels of carbohydrates and sugars in the foliage. In any event, this change in coloration can serve as another indicator of glyphosate exposure in plants.

**Photo 2.** Glyphosate symptoms in the meristematic region of a grass species. Note injury near meristematic region and reddish coloration of leaves.



Having pointed out some of the discoloration that glyphosate exposure can produce in plants, it must be underscored that glyphosate primarily disrupts the plant's growth processes.  Consequently, deformed-growth symptoms are hallmarks of glyphosate exposure in plants before they are killed by the herbicide, and in plants that have received a sublethal dose of exposure to the herbicide.

In many cases, new growth will occur (following either lethal or sublethal rates of glyphosate exposure) as the plant continues to grow using its stored growth materials. However, the effects of glyphosate will be evident in the new growth, as the developing leaves will be stunted, narrowed, and often severely distorted or puckered (photo 3a, 3b).

**Photo 3a.** Injury to ginseng treated with glyphosate. Note distorted appearance of plant in center compared with surrounding plants. Also note symptoms are more pronounced in newly developing leaves.



**Photo 3b.** Normal coffee shrub (left) compared to leaves of coffee plant treated with glyphosate (right). Note distorted and chlorotic appearance of leaves, with effects most pronounced in newly developing leaves (circled).

 

## USE OF SURFACTANTS TO ENHANCE EFFICACY OF GLYPHOSATE

**What are Surfactants and Adjuvants?** Glyphosate spray formulations often contain several components (generally characterized as "inactive" or "inert" ingredients because they do not contribute to the toxicity of the herbicide on plants). Glyphosate-based formulations generally includes large amounts of water and relatively small amounts of a surfactant or adjuvant.

Surface active agents (surf-act-ant) are compounds that change the properties of water. There are thousands of surfactants. They are used in soaps, detergents, shampoos and conditioners, as well as many food products, such as milk, desserts, mayonnaise, creams, yogurts, dressings, cream liqueurs, and ice cream. They consist of a polar (water-loving) head and a nonpolar (lipid-loving) tail that can embed in wax or fats (Figure 2).

**Figure 2.** Representation of surfactant molecules in water.



With herbicides, surfactants primarily lower the surface tension of water so that droplets can spread over the surface of the leaf (Figure 3). As previously noted, they do this by having a wax or fat-loving tail and a water-loving head. The head stays in the water droplet and the tail grabs onto the wax, thus spreading out the droplet and giving the herbicide more leaf surface area to absorb into the plant (Photo 1). In soaps and detergents, the tail grabs onto grease and oil and the head stays in the water. This allows soaps to wash away grease and dirt on cloths, skin, dishes, etc.

When added to an herbicide solution, surfactants lead to more uniform deposition of the spray solution on the plant; they increase the retention of spray droplets on the plant; and they prevent evaporation and crystallization of the spray droplet to allow a longer time for herbicide penetration across the waxy cuticle of the plant leaves (Hess and Foy 2000).  The surfactant's properties increase the effectiveness of the active ingredient.

**Figure 3.** Droplet spread on waxy leaf surface due to surfactant.

23



In addition to their effect on surface tension on plant leaves, surfactants can also directly influence the absorption of herbicides by changing the cuticle (waxy leaf surface) characteristics of the plant.  Riederer and Schönherr (1990) demonstrated the increase in water permeability of the cuticle after application of surfactants.  This is thought to be due to a change in the melting point of wax.  A reduction in the melting point and increase in water permeability allow for greater penetration of the herbicide solution across the leaf cuticle.

In essence, surfactants provide better control of weeds with lower rates of herbicides, not by changing the activity or structure of the herbicide, but rather by enhancing the ability of the active ingredient to contact the plant surfaces and move into the translocating tissues.

**Photo 1.**  Comparison between a drop of water without (top) and with (bottom) the addition of a surfactant. Addition of the surfactant greatly increased the spreading ability of the water droplet.



Surfactants are a broader category of adjuvants used in herbicide formulations, including Roundup. Adjuvants[12] are generally used for two reasons, either to enhance the efficacy of the active herbicidal ingredient or to provide environmental safety. Increased efficacy can result from surfactants (as previously described); emulsifying agents which keep oil soluble herbicides in solution in a water formulation (emulsifiers are added to milk to keep the cream in solution); penetrants that help move an herbicide through the leaf cuticle; stickers that reduce spray droplets from washing or bouncing off the foliage; buffers that adjust the pH (acidity) of the herbicide solution, thus keeping the active ingredient in solution and reducing its breakdown; and crop or seed oils that act like surfactants and can also act as humectants. Environmental safety can be achieved with antifoaming agents that keep the solution from foaming in the tank, thus reducing spilling over the top and making it easier to fill the tank. Antifoaming agents are also commonly used in laundry and dishwater detergents. Drift inhibitors are also adjuvants that reduce environmental damage by reducing evaporation of droplets, which keeps them larger and less prone to wind drift. Numerous studies have shown that adjuvants, including surfactants, are necessary to achieve maximal efficacy of the herbicide, and, in my experience, nearly all foliar-applied herbicides contain a surfactant in the spray formulation. The exception is aquatic registered glyphosate, in which the applicator adds an aquatic registered surfactant to the solution before application.

Surfactants are also regulated by the EPA and are subject to environmental and toxicological evaluation.

## OPINIONS SPECIFIC TO THE KARMAN CASE

My opinions stated below in connection with this plaintiff are based on my review of the deposition of Mrs. Christine Karman, the husband of Mr. Robert Karman; the Plaintiff Fact Sheet; the expert reports of Ron Schiff, Dennis Weisenburger and William Sawyer;  and the photos of the residential home and property of Mr. Karman, including the home at                        (Exhibit #3) where they lived from 1963 to about 1988, and                        L (Exhibits #8, 13, 14, 15 and 20) where they lived in 1991, and she presently lives. I also viewed both properties on Google Earth. I did not get the opportunity to make a site visit to either residence. If this should occur at a later date, I reserve the right to modify or amend my report based on the inspections.

---

[12] The history of adjuvants in agriculture is long.  More than 200 years ago, growers used adjuvants such as tar, sugar, or tree sap to stick Bordeaux mixture fungicide to grapes.  In the late 1880s, soap was used with kerosene to destroy insect eggs and later to increase arsenical insecticide activity.  Today, there are thousands of different adjuvants registered for use in many products, including household products such as detergents.  The adjuvants/surfactants in detergents improve water's ability to wet things, spread over surfaces, and remove grease and dirt from clothes fibers, equipment, or body tissues.  To remove grease and oils in clothing, dishes, skin, or hair, one end of surfactant molecule is attracted to water while the other end is attracted to dirt and grease.  The surfactant molecules help water to attach to grease, break it up, and wash it away.  Pure water cannot do this alone.

It is unclear, in my opinion, what Roundup products, or other products, Mr. Robert Karman used and how frequently he used them as he has been deceased since                    was never deposed in this case.  The sole evidence regarding his use of Roundup products comes from his wife Christine Karman, who has given conflicting testimony regarding Mr. Karman's Roundup use. She noted in the Plaintiff Fact Sheet that Mr. Karman used Roundup Ready-to-Use (RTU) from 1980 to 2015 only at their personal residence in Elgin, Illinois.  At her deposition, she indicated, however, that Mr. Karman used Roundup RTU only from 1991 to 2013.  Dep. Tr. at 93-94.  She noted that Mr. Karman only used the RTU formulations that never required mixing.  Dep. Tr. at 211:10-15.  This formulation was not registered for use until 1988, however, so it would not be possible for either of them to have used Roundup RTU from 1980 to 1988. https://archive.epa.gov/pesticides/chemicalsearch/chemical/foia/web/html/103601.html. Furthermore, there are many details of her husband's applications that she would not have been aware of as she was not always present when her husband sprayed, nor did he tell her how he sprayed and what chemical he sprayed.  Dep. Tr. at 265:15-18; 278:3 – 280:2. For example, she states that her husband scattered Roundup powder in the yard, but only at the Hanover Park residence. Dep Tr. at 294:13 – 295:13. However, Roundup does not come in a powder form; thus, it is not clear if she was confusing this with a fertilizer, which comes in a granular form.

The amount and frequency Mr. Karman allegedly sprayed Roundup is also questionable given Mrs. Karman testified that she frequently sprayed Roundup as well.  She states that she did most of the yard work and the herbicide applications (Roundup and Spectracide) from 1991 or 1992 to 2003, prior to his retirement in 2003. Dep. Tr. at 139:21 – 140:20. After his retirement, she testified that Mr. Karman did most of the spraying, where she was not typically present.  Dep. Tr. at 140:3-10.

She notes in the Plaintiff Fact Sheet that Mr. Karman used Roundup once a week for 40 weeks a year (3 to 4 minutes per application) and that it was applied as a liquid spray. This is an excessive number of treatments, as discussed below. Residential use of any herbicide, particularly Roundup, 40 times a year is an excessive number of applications, particularly in a region of the country where winters are long, and weeds do not grow during the colder months. In colder climates, such as northern Illinois, weed growth in the spring would be very slow. Körner C, Larcher W. Plant life in cold climates. Symp. Soc. Exp. Biol. 1988;42:25-57. PMID: 3270208.  Roundup takes 1 to 2 weeks to kill weeds (this is noted on the Roundup RTU label), depending on the temperature. She states that a growing season is about 32 weeks (approximately 8 months long) in Illinois (presumably March through October). An application of Roundup in spring (March, April and early May) or mid-autumn (October) would take at least 2 weeks to kill the treated plants. In my opinion, a maximum number of treatments would be once every 3 weeks, as this is the time it would take for newly germinated seedlings to be evident since the previous application of Roundup. Even this amount would be excessive as weeds do not constantly emerge throughout the year but at specific times depending on the climate.  To spray any herbicide 40 times a year is nearly four times beyond what would be the maximum number of applications necessary to achieve effective yearlong weed control. This would amount to 1.25 treatments per week, when only 1 treatment per month at most could possibly be necessary, and even less than that during the spring and autumn.  The discrepancy

26

between the reported use of Roundup and what could possibly have been used or have been necessary raises questions about the accuracy of the reported use.

In her deposition, Mrs. Karman testified that Mr. Karman used Roundup 16 times per year (twice a month) over an 8-month period, but later says 40 times.  Dep. Tr. at 294:1-12. Thus, there is some confusion and uncertainty even as to how many times Mr. Karman is being reported to have applied the herbicide. Even 16 times per year is, in my opinion, excessive, whereas 40 times a year is unrealistic. Realistically, effective season long weed control could be achieved with only a few applications a year. For example, in my own yard, which is larger than that of Mr. Karman's and lacks a grass lawn, I maintain outstanding weed control year-round with three 10-15 min applications of Roundup per year, and I live in a warmer longer-season climate.  My personal experience is consistent with what in my opinion would be normal use of Roundup. Again, the departure of the reported use of Roundup, as well as the inconsistency with which even this unrealistic use is reported, raises questions about the accuracy of the reports.

It is also likely that Mr. Karman used less Roundup than Mrs. Karman suggests if he used any at all because he also reportedly used other products for weed control.  Mrs. Karman testified that her husband used the herbicide Spectracide, as well as vinegar in hot water, to control weeds. Dep. Tr. at 59:3-10; 74:16-23. Spectracide produces many different formulations, including insecticides and herbicides, but I understand Mr. Karman used a herbicide formulation since Mrs. Karman indicated that he used Spectracide to control weeds. There are two Spectracide formulations for weed control.  Mrs. Karman did not indicate which formulation Mr. Karman used. Spectracide Weed Stop for Lawns consists of 3.74% 2,4-D, 1.79% quinclorac, 0.43% dicamba, and 0.22% sulfentrazone. Spectrum Brands, Inc., Label for Spectracide® Weed Stop® For Lawns.  Spectracide Weed & Grass Killer contains 2.3% diquat, 1.15% fluazifop-P-butyl, and 0.77% dicamba. Spectrum Brands, Inc., Label for Spectracide® Weed & Grass Killer.  This product is not recommended for lawns as fluazifop-P-butyl kills grasses and would severely damage the lawn. As a result, it is likely that both her and her husband used Spectracide Weed Stop for Lawns. She even mentioned that crabgrass was a problem, Dep. Tr. at 70:24-71-3 and this product provides control of that grass weed in lawns.

Another question is raised by Mrs. Karman's statement that her husband used Roundup primarily on turf to control weeds. Dep. Tr. at 72:20-73:23. Roundup is a non-selective herbicide that would kill both broadleaf species, as well as grasses. Thus, every area of the lawn treated with Roundup would leave a brown spot where the lawn was treated. This brown spot would include the area where the weed was located and the surrounding turf. Such open areas would subsequently provide gaps for further weed establishment, as the turf would not provide competition with weeds.  Roundup does not give any preemergence control. For all these reasons, the Roundup RTU label states "Important – Not recommended for spot weed control in lawns since Roundup kills lawn grasses." Monsanto Company, Label for Roundup® Ready-To-Use Weed & Grass Killer III (2012). If Roundup applications were made 16 to 40 times a year, mostly on the lawn, I would think that the number of brown spots on the lawn would impair the look of the lawn and defeat the purpose of using an herbicide for weed control. There are formulations of Roundup, such as Roundup Crabgrass Destroyer and Roundup for Lawns, that

can kill weeds without damaging the grass turf, however, these formulations do not contain glyphosate and were not registered for use until 2017.  Wells, B, *Not All Roundup® is Glyphosate*, UF IFAS GARDENING SOLUTIONS. July 9, 2020. https://gardeningsolutions.ifas.ufl.edu/care/weeds-and-invasive-plants/not-all-roundup-is-glyphosate.html.   It is my opinion that Mr. Karman was likely using a non-glyphosate-based product on his lawn and that the reported use of Roundup in this regard is also inaccurate or mistaken.

Roundup with glyphosate is a poor choice for control of weeds in lawns. There are many other choices for control of crabgrass, primarily Scott products such as Turf Builder, which contains the preemergence herbicide pendimethalin that control germinating crabgrass without damaging established turf. This product comes in a granular form, which may be the product Mrs. Karman mistakenly identified as Roundup powder.  Based on the lack of any turf damage in all the photo exhibits for both the Hanover Park and Elgin residences, and the absence of any mention of such damage by Mrs. Karman, it is probable that Mr. and Mrs. Karman were using Spectracide Weed Stop for Lawns rather than Roundup RTU or another glyphosate based product.

Exhibit #3. Hanover Park residence with lawn showing no damage from spot treatment with Roundup RTU.



Exhibit #15.                                with lawn showing no damage from spot treatment with Roundup RTU.



Because of the lack of brown spots and damage to the lawn (based on photo exhibits of two residence and lack of any testimony in the deposition), Mr. Karman likely used Roundup if at all only for spot treatment of other areas of the property, which would not take long to spray. For example, according to Mrs. Karman's testimony, Mr. Karman allegedly sprayed the gravel driveway, but this was for only 6 years until it was turned into an asphalt driveway around 1995 or 1996. Dep. Tr. at 135, 150-51. Mrs. Karman also alleges that her husband occasionally sprayed around the land, the culverts on Sherwood, as needed, and around the shed. Dep. Tr. at 185-86. While these applications would be plausible areas to use Roundup, turf or lawns is not a proper site to use Roundup containing glyphosate.

Mrs. Karman's testimony suggests that Mr. Karman may have used other products that did not contain glyphosate. While she testified that both she and her husband purchased Roundup RTU, she could not state how many times either of them purchased the product. Dep. Tr. at 302:12-15. In addition, she could not remember if either of them ever read the label. She never saw him read it and he never told her anything about what he may have seen on the label. Dep. Tr. at 209-10.

Mrs. Karman's testimony indicates that Mr. Karman was very unlikely to have come into contact with Roundup on his skin or clothing. First, she noted that the Roundup that Mr. Karman used was a 1-gallon container of Ready-to-Use (RTU) product, thus requiring no mixing. Dep. Tr. at 211:10-15. This would reduce any contact by eliminating premixing or contact with the product. Second, the product comes with a wand attachment, which is only present on RTU formulations. Dep. Tr. at 80-81. This system allows the user to extend their arm and spray towards the weeds and away from the body, further reducing the chance of contact with skin or clothing.

Third, Mrs. Karman stated that Mr. Karman used the direct stream as low to the ground as possible to prevent undesirable plant injury. Dep. Tr. at 10:21-23. He always was careful to point the wand downwards towards the weed, again reducing contact with himself. Dep. Tr. at 142:15-19. A direct stream spray provides extremely low drift potential and like the other practices, reduces any contact with the skin or clothes.

Fourth, Mrs. Karman testified that she never saw, nor did her husband mention, any drift or spillage when he was using Roundup. Dep. Tr. at 144:5-7. She also indicated that her husband

never got any Roundup on himself or mentioned that he did.  Dep. Tr. at 89-91, 201.  Using the RTU formulation would limit any contact with the skin, given the lack of mixing, and how the product is applied. Mrs. Karman also testified that her husband never sprayed in the wind which would greatly reduce or eliminate spray drift.   Dep. Tr. at 83:24-84:2.

Fifth, Mr. Karman reportedly followed good hygiene practices which would ensure that if he got any Roundup on his skin or clothing it would be removed.  Every time Mr. Karman did yardwork and used Roundup, he would wash his hands afterwards and Mrs. Karman would wash his clothes.  Dep. Tr. at 202:8-13.

Finally, Mr. Karman is described as always wearing jeans, shoes, socks, a short sleeve or long sleeve shirt, gloves if it was cold outside, sometimes a hat, and occasionally wore a mask. Dep. Tr. at 84:10-85:2. The EPA-approved label for RTU Roundup does not require the wearing of any protective equipment when spraying Roundup because because of the low toxicity of glyphosate and a residential user is unlikely to get the product on skin or clothing when properly using the product. The product label for Roundup RTU only states that the user should wash thoroughly with soap and water after handling, which Mr. Karman did. Mr. Karman also wore far more protective clothing than was required on the product label for the Roundup RTU formulation, further reducing the chance of any skin contact. In contrast, the product label for Spectracide Weed Stop for Lawns RTU is more restrictive and states that the applicator should wear long-sleeved shirt and long pants, shoes plus socks and waterproof gloves. Spectrum Brands, Inc., Label for Spectracide® Weed Stop® For Lawns.  If Mr. Karman followed the Spectracide label recommendations on PPE and sprayed both Roundup and Spectracide on the same days, he would have been wearing even more protective clothing, further reducing the likelihood of contact.

In summary, I believe that Mr. Karman would have had minimal, if any contact on his skin or clothing when applying Roundup. The testimony of Mrs. Karman about Mr. Karman's use of Roundup describes use that would have been excessive, inappropriate (using a non-specific herbicide on turf) and would have resulted in dramatic damage to his lawn. Since the lawn photos do not show such damage, it is my conclusion that Roundup was not generally applied to the lawn and that the reported use is mistaken. Control of weeds in the turf was likely another product, such as Spectracide Weed Stop for Lawns. However, despite this, his reported method of application, including using an RTU which requires no mixing or contact with the product, and his application techniques, such as direct spray away from his body during times with low or no wind,  his lack of any spillage or contact with the herbicide, and his short spray durations indicate that to the extent Mr. Karman applied Roundup, he applied it properly.


**Response to Plaintiff's expert claims.**

Plaintiffs' expert witnesses offer conflicting opinions regarding Mr. Karman's use of Roundup that differ from each other and contradict Mrs. Karman's testimony.

**Ron D. Schiff, M.D., Ph.D.** claims that Mr. Karman used Roundup Ready-to-Use twice monthly for 8 months each year and each application required 3-4 minutes.  Contrary to plaintiff's expert Dr. Sawyer, Dr. Schiff concludes that "Mr. Karman's exposure to Roundup was only inhalational, with no transdermal exposure cited during Mrs. Karman's deposition".  Schiff Report at 20.   Glyphosate has an extremely low vapor pressure, so it could not possibly have been inhaled through evaporation. Thus, to be inhaled it would have to be inhaled during spraying. This would be nearly impossible considering Mrs. Karman's testimony, lack of any skin contact, other expert witness evaluations, and the method and conditions by which Mr. Karman applied the herbicide.

**Dennis Weisenburger, M.D.**, contrary to Dr. Sawyer, states that Mr. Karman used Roundup Ready-to-Use (RTU) at both residences. At the                                    , he states that Mr. Karman sprayed once per week, not twice per month as Mrs. Karman testified, for 8 months (March-October), and usually for 30 min each time, not 3 to 4 minutes as Mrs. Karman testified. Dep. Tr. at 95-96; Weisenburger Report at 1-2. However, Roundup RTU was not even registered until 1988, so it is not possible that he could have used this material at the                  property. In addition, Dr. Weisenburger states that Mr. Karman would spray a mist approximately 75% and spot spray 25% of the time, and he used approximately one-half gallon of Roundup each month. Weisenburger Report at 1-2.  Roundup RTU sprayers do not put out a mist spray pattern and Mrs. Karman testified that the two options for applying Roundup RTU were a direct stream or a fan spray.  Dep. Tr. at 82. Dr. Weisenburger provides no evidence or testimony to account for his estimate of the percentage of each type of spraying and the amount of product used, and Mrs. Karman does not provide this in her deposition. Dr. Weisenburger also states that in colder weather, Mr. Karman would sometimes wear the same clothes for the rest of the day and shower at the end of the day or the next morning. Weisenburger Report at 2.  There was no testimony to support this in Mrs. Karman's deposition.

At the                       property, Dr. Weisenburger claims that Mr. Karman sprayed once per week for 8 months each year, and usually for 2 to 3 hours each time.  Weisenburger Report at 2. There is no evidence to support this length of time in treating weeds and as I have explained, it is unrealistic. That length of time to spray on a property with little area for weeds to grow is implausible and unreasonable. Furthermore, Mrs. Karman testified Mr. Karman only spent 3 to 4 min in each application. When asked if she could estimate how many minutes it would take to spray the gravel drive, Mrs. Karman answered "No, I can't." Dep. Tr. at 144:14-19.  Thus, it is questionable how Weisenburger could arrive at 2 to 3 hours. In Mrs. Karman's deposition, when asked to estimate how long it would take her husband to do weed control in the culvert area, her response was "I have no idea because there is gravel and dirt and garbage to clean up." Dep. Tr. at 191.  In fact, in her deposition she indicated that she was not certain that he had even used Roundup in the culvert area.   Dep. Tr. at 263.

Dr. Weisenburger also states that Mr. Karman would spray a mist around the house and backyard shed, and other areas. He even states that, after the driveway was paved, Mr. Karman would mist spray along the edges of the driveway for 20 years. He alleges that Mr. Karman would spray mist approximately 75% and spot spray 25% of the time, and he used approximately 1-1.5 gallons of Roundup per month. None of these statements are supported by the prior testimony of Mrs. Karman. Dr. Weisenburger's estimates that Mr. Karman used Roundup approximately 1,100

times and 32 times per year, amounting to approximately 300 gallons of Roundup during this entire period is completely unrealistic, as well as contrary to the testimony of Mrs. Karman. Weisenburger Report at 2.

**William Sawyer, Ph. D.** makes assertions that conflict with both Drs. Schiff's and Weisenburger's reports. Contrary to the other experts, Dr. Sawyer stated that Mr. Karman used a direct stream to spot-spray weeds in the lawn and always sprayed as close to the ground as possible to avoid killing surrounding grass. Sawyer Report at 13-14. He did not spray Roundup up in the air or on his face, and he notes that Mrs. Karman previously testified that she never saw her husband spill it on himself. This is in direct conflict with Dr. Schiff's claim that Mr. Karman's contact was through inhalation and also conflicts with Dr. Weisenburger's allegation that the application was a mist spray.

However, Dr. Sawyer claims that Mr. Karman first began using Roundup in 1980 at                     and also claims that he treated his property once a week for 30 min each time. Sawyer Report at 17. As previously discussed, Roundup RTU was not registered until 1988 and further this frequent use of any herbicide is unrealistic and unnecessary. Likewise, the 30 min application timing is not only excessive, but is not supported by the deposition of Mrs. Karman. At the                               Dr. Sawyer states that Mrs. Karman estimated that it took her husband 1 to 1.5 hours to spray all areas on the property and he sprayed every two weeks during eight months of the year. Sawyer Report at 18. This is in contrast to her deposition testimony, where she states he sprayed 3 to 4 minutes and never says 1 to 1.5 hours every two weeks. Dr. Sawyer addresses this prior testimony by explaining that Mrs. Karman meant to say that her husband sprayed 3 to 4 minutes per each spot on the property. She did not testify to this in her deposition and 3 to 4 min per small spot is unrealistic, particularly considering the small size of the spots she noted in Dr. Sawyer's report (see Figure 3 below) and the damage to a lawn that would result from such intensive spraying.

Dr. Sawyer also states that Mrs. Karman was the only one to use Spectracide. Sawyer Report at 18. However, in her testimony when asked if she saw her husband use Spectracide, Roundup, or both when he was working around the culverts, she answered "I don't know. Dep. Tr. at 190-91. I don't know that I ever paid attention to what he was using, to be honest." When asked what herbicide she and her husband used around the shed, she stated "I only used Roundup. I don't know what my husband used. I don't know." Dep. Tr. at 196. Thus, Dr. Sawyer's statement is not supported by the prior testimony of Mrs. Karman.



**Figure 3: Photo of Karman property where Roundup® was regularly sprayed.  The arrows point to the pen lines drawn by Mrs. Karman during deposition marking where she saw Mr. Karman spray Roundup®.**

Dr. Sawyer also states that Mrs. Karman recalled that on a couple of occasions, Mr. Karman was wet from the mist during his spraying as revealed by his clothing.  Sawyer Report at 18.  This contradicts Dr. Sawyer's previous statement in his report that Mr. Karman used a direct stream to spot-spray weeds in the lawn and always sprayed as close to the ground as possible to avoid killing surrounding grass. He did not spray the Roundup up in the air or on his face, and she never saw him spill it on himself. Moreover, he could not have sprayed a mist, as these RTU sprayers do not even allow mist applications, and any wetness on Mr. Karman was probably sweat rather than spray solution.  Furthermore, in the deposition of Mrs. Karman she was asked if her husband ever spilled Roundup specifically on himself, or got it on his person, and she replied "Never."  Dep. Tr. at 192-93.

Finally, Dr. Sawyer states that Mrs. Karman's daughter Roberta remembers seeing a box of powdered or granulated Roundup on a shelf in their garage.  Sawyer Report at 18.  Roundup was not available as a powder or granular form to homeowners. Roundup Pro Dry is a granular form but was not available for homeowner use and was never applied as a granular material, so this is once again a mistaken report.

Dated: 2/10/2021

*Joseph M. DiTomaso*

Joseph M. DiTomaso

# Exhibit A

# Joseph M. DiTomaso

## CURRICULUM VITAE



## EDUCATION

**Ph.D.** (1986), Botany/Weed Science, University of California, Davis
**M.A.** (1981), Biological Sciences, Humboldt State University, Arcata, CA
**B.S.** (1978), Wildlife and Fisheries Biology, University of California, Davis

## PROFESSIONAL EMPLOYMENT

Cooperative Extension Weed Specialist and Professor Emeritus, Department of Plant Sciences, University of California, Davis. 2017-present
Cooperative Extension Weed Specialist and Professor, Department of Plant Sciences, University of California, Davis. 1995-2017
Assistant and Associate Professor, Soil, Crop and Atmospheric Sciences Department, Cornell University, Ithaca, New York. 1987-1994

## MEMBERSHIPs IN PROFESSIONAL SOCIETIES

Aquatic Plant Management Society (also Western Chapter of Aquatic Plant Management Society)
Western Society of Weed Science
Weed Science Society of America
California Invasive Plant Council
California Botanical Society

## AWARDS

Outstanding Research Award by the Weed Science Society of America, 2017
UC Davis, James H. Meyer Distinguished Achievement Award, 2016
Selected as Fellow of the Western Society of Weed Science, 2016
Lifetime Achievement Award for Vision and Dedicated Service awarded by the California Invasive Plant Council (Cal-IPC), 2011
Selected as Fellow of the Weed Science Society of America, 2011
Outstanding Extension Award by the Weed Science Society of America, 2008
Gold Award by the Association for Communication Excellence for the two volume book "Weeds of California and Other Western States", 2007
Outstanding Weed Scientist, Public Sector, Western Society of Weed Science, 2004
Award of Excellence, California Weed Science Society, 1999
Distinguished Service Award, DANR, Outstanding Research-Specialist, 1998
American Society for Horticultural Science, Extension Division Educational Materials Award for Commercial Ornamentals, Floriculture and Turf, *Weeds of the Northeast*, 1998

**RECOGNITION, ACHIEVEMENT AND LEADERSHIP SINCE 2003**

Interim Chair, Department of Plant Sciences, UC Davis, 2016-2017
Past-President, Weed Science Society of America, 2015-2016
President, Weed Science Society of America, 2014-2015
President-Elect, Weed Science Society of America, 2013-2014
Vice President, Weed Science Society of America, 2012-2013
Appointed to three terms on the National Invasive Species Advisory Committee (ISAC), 2008-2015
Vice Chair, Crop and Ecosystem Sciences section of the Department of Plant Sciences, 2005-2010 and 2013-present
Associate Editor, California Agriculture, 2012-present
Editor, *Invasive Plant Science and Management* journal of the Weed Science Society of America, 2007-2015
Acting Chair, Department of Plant Sciences, UC Davis, 2008 and 2014
Appointed to the California Invasive Species Advisory Committee (Cal-ISAC), 2009-2014
President, Vice-President and Past President, Davis Botanical Society, 2012-2014
President, Western Society of Weed Science, 2010-2011
Member, Program Council, UC Agricultural and Natural Resources Division, 2009-2010
Member, Deans Council, College of Agricultural and Natural Resources, 2009-2010
Chair, Cooperative Specialists Advisory Committee (elected position), 2009-2010
Member, USDA-NRI panel, Invasive Species, 2006
Member of the Board of Directors, Tamarisk Coalition Board, 2005-present
Elected Chair of the Research Section and member of the Board of the Western Society of Weed Science, 2005-2006
Past President, California Invasive Plant Council, 2004 and 2005
President, California Exotic Pest Plant Council, 2002 and 2003
Sierra Cascade Intensive Vegetation Management Cooperative- Co-founder and board member- 2000- 2004
North America Center for Invasive Plant Management Science (CIPM) Advisory Council – 2001-2004

**BOOKS OR MONOGRAPHS**

1.  Neal, J.N., R. Uva, J.M. DiTomaso, and A. DiTommaso. 2021. Weeds of the Northeast, 2nd Ed. Cornell Univ. Press
2.  Randall, C.B., R.L. Winston, C.A. Jette, M.J. Pitcairn, and J.M. DiTomaso. 2017. Biology and Biological Control of Yellow Starthistle. Forest Health Technology Enterprise Team, FHTET-2016-08. 110 pp.
3.  Kyser, G.B., J.M. DiTomaso, K.W. Davies, J. Davy, B.S. Smith. 2014. Medusahead Management Guide for the Western States. Weed Research and Information Center, Univ of California. 58 pages. Accessed at http://wric.ucdavis.edu/publications/MedusaheadManagementGuide_pub_2014.pdf
4.  DiTomaso, J.M. et al. (14 other authors). 2013. Weed Control in Natural Areas in the

Western United States. Weed Research and Information Center. 544 pp.

5. DiTomaso, J.M. and E.A. Healy. 2007. Weeds of California and Other Western States. Univ. California, DANR. Publ. #3488, 1808 pp.
6. DiTomaso, J.M. and D.W. Johnson (eds.). 2006. The Use of Fire as a Tool for Controlling Invasive Plants. California Invasive Plant Council, Cal-IPC Publication 2006-01. Berkeley, CA. 56 pp.
7. DiTomaso, J,M, G. B. Kyser, and M. J. Pitcairn. 2006. Yellow starthistle management guide. California Invasive Plant Council, Berkeley, CA. Cal-IPC Publication #2006-03. 45 pp. Accessed at http://www.cal-ipc.org/ip/management/yst.php
8. DiTomaso, J.M. and E.A. Healy. 2003. Aquatic and Riparian Weeds of the West. Univ. California, DANR. Publ. #3421, 442 pp.
9. Uva, R., J. Neal and J.M. DiTomaso. 1997. Weeds of the Northeast. Cornell Univ. Press. 397 pages.

## PEER-REVIEWED PUBLICATIONS AND BOOK CHAPTERS

1. DiTomaso, J.M. 2020. Weed Identification and Monitoring Cards for Almonds in California. Univ. of California, ANR.
2. DiTomaso, J.M., G.B. Kyser, D. Lewis, and J. Roncoroni. 2017. Conventional and organic control methods for woolly distaff thistle (*Carthamus lanatus*). Invasive Plant Science and Management 10:72-79.
3. DiTomaso, J.M., T.A. Monaco, J.J. James, and J. Firn. 2017. Invasive Plant Species and Novel Rangeland Systems. In, D.D. Briske (ed.). Rangeland Systems: Processes, Management and Challenges. Chapter 13. pp. 429-465.
4. DiTomaso, J.M., R.A. Van Steenwyk, R.M. Nowierski, L.A. Meyerson, O.C. Doering, E. Lane, P.E. Cowan, K. Zimmerman, M.J. Pitcairn, and C.P. Dionigi. 2017. Addressing the needs for improving classical biological control programs. Biological Control 106:35-39.
5. DiTomaso, J.M., R.A. Van Steenwyk, R.M. Nowierski, J.L. Vollmer, E. Lane, E. Chilton, P.L. Burch, P.E. Cowan, K. Zimmerman and C.P. Dionigi.2016. Enhancing the Effectiveness of Biological Control Programs of Invasive Species through a More Comprehensive Pest Management Approach. *Pest Management Science* 73:9-13
6. DiTomaso, J.M. and G.B. Kyser.2016. Shoreline drizzle applications for control of yellowflag iris (*Iris pseudacorus*). Invasive Plant Management and Science 9:205-213.
7. Van Deynze A., K.J. Bradford, H. Daniell, J.M. DiTomaso, N. Kalaitzandonakes, C. Mallory-Smith, C.N. Stewart, Jr., S.H. Strauss, and R. Van Acker. 2016. The Science of Gene Flow in Agriculture and Its Role in Co-existence. In, Kalaitzandonakes, N., P. Philips, S. Smyth and J. Wesseler (eds.) The Coexistence of Genetically Modified, Organic and Conventional Foods: Government Policies and Market Practices, Springer, New York
8. Wolf, K.M. and J.M. DiTomaso. 2016. Management of blue gum eucalyptus in California requires region-specific consideration. *California Agriculture* 70(1):39-47.
9. Conser, C., L. Seebacher, D. Fujino, S. Reichard, and J.M. DiTomaso. 2015. The development of a Plant Risk Evaluation (PRE) tool for assessing the invasive potential of ornamental plants. PLoS ONE 10(3):e0121053. doi: 10.1371/journal.pone.0121053. eCollection
10. James, J.J., E.S. Gornish, J.M. DiTomaso, J. Davy, M.P. Doran, T. Becchetti, D. Lile, P. Brownsey, E.A. Laca. 2015. Managing medusahead (*Taeniatherum caput-medusae*) on

rangeland: A meta-analysis of control effects and assessment of stakeholder needs. *Rangeland Ecology & Management* 68:215-223.

11.  Davy, J.S., B. M. Karle, G. B. Kyser, J. M. DiTomaso, and M. J. Rinella. 2015. Broadleaf weed control in irrigated pasture containing *Trifolium repens*. *Crop and Pasture Science* 66:985-991.

12.  DiTomaso, J.M. and G.B. Kyser. 2015. Effects of aminopyralid on annual California grassland plant communities. *Invasive Plant Science and Management* 8(1):98-109.

13.  Barr, T.C. and J. M. DiTomaso. 2015. Integrating Hot Water under Benthic Barrier for Curlyleaf Pondweed Turion Control. *Journal of Aquatic Plant Management* 53:1-6.

14.  DiTomaso, J.M. 2014. The importance of herbicide resistance in weeds of natural areas. California Agriculture 68(4):120.

15.  Spencer, D.F., S. F. Enloe, M. J. Pitcairn, and J. M. DiTomaso. 2014. Impacts of mowing and bud destruction on yellow starthistle growth, flowering, root dynamics, and soil moisture. *Weed Research* 54:140-150.

16.  Barr, T.C. and J. M. DiTomaso. 2014. Curlyleaf pondweed turion control with acetic acid and benthic barriers. *Journal of Aquatic Plant Management* 52: 31–38

17.  Brusati, E.D., D. W. Johnson, and J. M. DiTomaso. 2014. Predicting Invasive Plants in California. *California Agriculture* 68(3):89-95.

18.  DiTomaso, J.M. Herbicides. 2014. In, Fennimore, S.A. and C.E. Bell (eds.) 2014. Principles of Weed Control. 4th Ed. Available electronically

19.  DiTomaso, J.M., J. Finzel, and G.B. Kyser. 2014.  Irrigated Pastures. In, Fennimore, S.A. and C.E. Bell (eds.) Principles of Weed Control. 4th Ed. Available electronically

20.  Lanini, W.T., J. M. DiTomaso and R. F. Norris. 2014. Weed biology and ecology. In, Fennimore, S.A. and C.E. Bell (eds.) Principles of Weed Control. 4th Ed. Available electronically

21.  Kyser, G.B., J.M. DiTomaso, and J.S. Davy. 2014. Weed management on California rangeland. In, Fennimore, S.A. and C.E. Bell (eds.) Principles of Weed Control. 4th Ed. Available electronically

22.  Brownsey, R.N., G.B. Kyser, and J.M. DiTomaso. 2014. Growth and phenology of *Dittrichia graveolens*, a rapidly spreading invasive plant in California. *Biological Invasions* 16:43-52.

23.  Morse, J.G., E. E. Grafton-Cardwell, J. E. Adaskaveg, H. Förster, and J. M. DiTomaso. 2014. Managing Pesticide Resistance in Insects, Mites, Weeds, and Fungi. Pages 279-294 in L. Ferguson and E.E. Grafton-Cardwell (eds), Citrus Production Manual. Univ. California ANR, Publ. #3539.

24.  Kyser, G.B. and J.M. DiTomaso. 2013. Effect of timing on chemical control of Dalmatian toadflax (*Linaria dalmatica*) in California. *Invasive Plant Science and Management* 6:362-370.

25.  DiTomaso, J.M., J. Roncoroni, S.V. Swain, and S.D. Wright. 2013. Poison Hemlock. Pest Notes, University of California, ANR Publ. #74162. 4 p.

26.  DiTomaso, J.M. 2013. Removing poison-oak from landscapes and recreation areas. Green Bulletin UC IPM  3(4):5-6.

27.  Kyser, G.B., R.G. Wilson, J. Zhang, and J.M. DiTomaso. 2013. Herbicide-assisted restoration of Great Basin sagebrush steppe infested with medusahead and downy brome. *Rangeland Ecology and Management* 66:588-596.

28. Kyser, G.B., A. Hazebrook, and J.M. DiTomaso. 2013. Integration of prescribed burning, aminopyralid, and reseeding for restoration of yellow starthistle-infested rangeland. *Invasive Plant Science and Management* 6:480-491.

29. Brownsey, R.N., G.B. Kyser, and J.M. DiTomaso. 2013. Seed and germination biology of *Dittrichia graveolens* (Stinkwort). *Invasive Plant Science and Management* 6:371-380.

30. Brownsey, R.N., G.B. Kyser, and J.M. DiTomaso. 2013. Stinkwort (*Dittrichia graveolens*) is rapidly expanding its range in California. *California Agriculture* 67(2):110-115.

31. DiTomaso, J.M. 2013. Weed Pest Identification and Monitoring Cards. University of California, Division of Ag and Natural Res. Publ. #3541. 102 p.

32. DiTomaso, J.M. and B. Smith. 2013. Linking ecological principles to tools and strategies in an EBIPM program. *Rangelands* 34:30-34.

33. DiTomaso, J.M., J. N. Barney, J. J. Mann, G. B. Kyser. 2013. Switchgrass has a low potential risk of invasiveness in California from biofuel cultivation. *California Agriculture* 67:96-103.

34. Mann, J.J., G.B. Kyser, J.N. Barney, and J.M. DiTomaso. 2013. Assessment of above and belowground vegetative fragments as propagules in the bioenergy crops *Arundo donax* and *Miscanthus × giganteus*. *BioEnergy Research* 6:688-698.

35. Mann, J.J., J.N. Barney, G.B. Kyser, and J.M. DiTomaso. 2013. *Miscanthus × giganteus* and *Arundo donax* shoot and rhizome tolerance of extreme moisture stress. *Global Climate Biology Bioenergy* 5:693-700.

36. Mann, J.J., J.N. Barney, G.B. Kyser, and J.M. DiTomaso. 2013. Root system dynamics of *Miscanthus × giganteus* and *Panicum virgatum* in response to rainfed and irrigated conditions in California. *BioEnergy Research* 6:678-687.

37. Robison, R., N. Barve, C. Owens, G. Skurka Darin and J. M. DiTomaso. 2013. Mapping and modeling prioritization of red sesbania (*Sesbania punicea*) populations for eradication. *Environmental Management* 52:19-28.

38. Hembree, K., T. Lanini, J. M. DiTomaso, and R. Vargas. 2013. Weed management. Section 86 in L. J. Bettiga, ed., Grape Pest Management. 3d ed. Oakland: University of California Agriculture and Natural Resources Publication #3343. Pp. 512-531.

39. Hembree, K., J. M. DiTomaso, A. Shrestha, and R. Smith. 2013. Special weed problems. Section 87 in L. J. Bettiga, ed., Grape Pest Management. 3d ed. Oakland: University of California Agriculture and Natural Resources Publication #3343. Pp. 532-538.

40. Kyser, G.B., V. F. Peterson, J.S. Davy and J. M. DiTomaso. 2012. Preemergent control of medusahead on California annual rangelands with aminopyralid. *Rangeland Ecology and Management* 65(4):418-425.

41. Merrill-Davies, M., J. Davy, J. DiTomaso, G. Kyser. 2012. Targeted grazing for weed control. Cattle Producer's Handbook.  3rd Ed. P. Publ. #544, 4 p.

42. Barney, J.N., J.J. Mann, G.B. Kyser and J.M. DiTomaso. 2012. Assessing habitat susceptibility and resistance to invasion by the bioenergy crops switchgrass and *Miscanthus* x *giganteus* in California. *Biomass and Bioenergy* 40:143-154.

43. Renz, M.J., S. Steinmaus, D. Gilmer, and J.M. DiTomaso. 2012. Spread dynamics of perennial pepperweed (*Lepidium latifolium*) in two seasonal wetland areas. *Invasive Plant Science and Management* 5:57-68.

44. Davy, J., L. Forero, G. Nader, J. DiTomaso, G. Kyser. 2012. Managing smutgrass in irrigated pastures. UC ANR Publ. #8473, 9 pp

45. Al-Khatib, K. and J. M. DiTomaso. 2012. Stages in the development of an early detection and rapid response (EDRR) program for invasive alien Plants in California. Proc. 2nd International Workshop on Invasive Plants in the Mediterranean Type Regions of the World. 2:168-174.

46. Barney, J.N., J. J. Mann, G. B. Kyser, J. M. DiTomaso. 2012. Mitigating the invasive risk potential of biofuel crops. *Topics in Canadian Weed Science*. Vol. 7  (in press)

47. Kyser, G.B., V. Peterson, S. B. Orloff, S. D. Wright, and J. M. DiTomaso. 2011. Control of Yellow Starthistle (*Centaurea solstitialis*) and Coast Fiddleneck (*Amsinckia menziesii*) with Aminopyralid. *Invasive Plant Science and Management* 4:341-348.

48. Kyser, G.B., J.E. Creech, J. Zhang, and J.M. DiTomaso. 2011. Selective control of medusahead (*Taeniatherum caput-medusae*) in California sagebrush scrub using low rates of glyphosate. *Invasive Plant Science and Management* 5:1-8.

49. DiTomaso, J.M. and J.N. Barney. 2011. Reducing invasive plant performance: a precursor to restoration. Pages 154-175. In, Invasive Plant Ecology and Management: Linking Processes to Practices. Monaco, T.A. and R.L. Sheley (eds.). CAB International, Wallingford, UK.

50. Sheley, R.L., J.J. James, M.J. Rinella, D. Blumenthal, and J.M. DiTomaso. 2011. Invasive plant management on anticipated conservation benefits: a scientific assessment. Chpt. 7. In: D.D. Briske (ed), Conservation Benefits of Rangeland Practices. Assessment, Recommendations, and Knowledge Gaps, USDA NRCS, pp 291-336.

51. Young, S.L., J.N. Barney, G.B. Kyser, V.P. Claassen, and J.M. DiTomaso. 2011. The role of light and soil moisture in plant community resistance to invasion by yellow starthistle (*Centaurea solstitialis*). Restoration Ecology DOI: 10.1111/j.1526-100X.2010.00686.x  (In Press).

52. Barney, J.N. and J.M. DiTomaso. 2011. Global climate niche estimates for bioenergy crops and invasive species of agronomic origin: potential problems and opportunities. Public Library of Science ("PLoS One") (In Press).

53. Darin, G.M.S., S. Schoenig, J.N. Barney, F.D. Panetta and J.M. DiTomaso. 2011. A Novel System for Prioritizing Invasive Plant Populations for Regional Eradication. Journal of Environmental Management 92:1313-139.

54. Wilson, J.R.U., C. Gairifo, M. R. Gibson, M. Arianoutsou, B. B. Bakar, S. Baret, L. Celesti-Grapow, J. M. DiTomaso, J. Dufour-Dror, C. Kueffer, C. A. Kull, J. Hoffmann, F. A. C. Impson, L. L. Loope, E. Marchante, H. Marchante, J. L. Moore, D. J. Murphy, A. Rinaudo, J. Tassin, A. Witt, R.D. Zenni, and D. M. Richardson. 2011. Risk assessment, eradication, containment, and biological control: global efforts to manage Australian acacias before they become widespread invaders. *Diversity and Distributions* DOI: 10.1111/j.1472-4642.2011.00815.x

55. Young, S.L., J.N. Barney, G.B. Kyser, V.P. Claassen, and J.M. DiTomaso. 2010. Spatio-temporal relationship between water depletion and root distribution patterns of *Centaurea solstitialis* and two native perennials. Restoration Ecology 18:323-333.

56. Robison, R.A., G.B. Kyser, K.J. Rice and J.M. DiTomaso. 2010. Light intensity is a limiting factor to the inland expansion of Cape ivy (*Delairea odorata*). Biological Invasions 13:35-44.

57. Robison, R.A., S. Schoenig, D. Johnson, E. Brusati, and J.M. DiTomaso. 2010. California invasive plant research needs assessment. Invasive Plant Science and Management 3:470-481.

58.  DiTomaso, J.M., J.K. Reaser, C.P. Dionigi, O.C. Doering, E. Chilton, J.D. Schardt, and J. N. Barney. 2010. Biofuel vs. Bioinvasion: Seeding Policy Priorities. Environmental Science and Technology 44:6906-6910.

59.  Oneto, S. R., G.B. Kyser and J.M. DiTomaso. 2010. Efficacy of mechanical and herbicide control methods for Scotch broom (*Cytisus scoparius*) and cost analysis of chemical control options. Invasive Plant Science and Management 3:421-428.

60.  DiTomaso, J.M., R.A. Masters, and V.F. Peterson.  2010. Rangeland invasive plant management. Rangelands 32:43-47.

61.  Barney, J.N., J. J. Mann, G. B. Kyser, J. M. DiTomaso. 2010. Mitigating the invasive risk potential of biofuel crops. Topics in Canadian Weed Science. Vol. 7  (in press).

62.  Barney, J.N. and J.M. DiTomaso. 2010. Evaluating and mitigating the invasion risk of biofuel crops, in Biotechnology in Agriculture and Forestry, Andrea Schlitzberger, ed. Springer Publ. Co., New York. (in press).

63.  Robison, R., R. Plant, and J.M. DiTomaso. 2010. Distribution and community associations of Cape ivy (*Delairea odorata*) in California. Madroño 57:85-94.

64.  DiTomaso, J.M. 2010. Herbicides. Pages 323-331, in Encyclopedia of Invasive Introduced Species, D. Simberloff and M. Rejmanek, UC Press, Berkeley, CA.

65.  Barney, J.N. and J.M. DiTomaso. 2010. Bioclimatic predictions of habitat suitability for the biofuel switchgrass in North America under current and future climate scenarios. Biomass and Bioenergy 34:124-133.

66.  O'Brien, J.M., G. B. Kyser, D. M. Woods, J. M. DiTomaso. 2010. The effect of *Puccinia jaceae* var. *solstitialis* on the yellow starthistle biological control insects *Eustenopus villosus* and *Chaetorellia succinea*. Biological Control 52:182-187.

67.  O'Brien, J.M., G. B. Kyser, D. M. Woods, J. M. DiTomaso. 2010. Effects of the rust *Puccinia jaceae* var. *solstitialis* on *Centaurea solstitialis* (yellow starthistle) growth and competition.  Biological Control 52:174-181.

68.  Forero, L., G. Nader, A. Craigmill, J. M. DiTomaso, B. Puschner, and J. Maas. 2010. In process. Livestock-poisoning plants of California. Oakland: Division of Agriculture and Natural Resources Publication #8398. 90 pp.

69.  Barney, J.N., J.J. Mann, G.B. Kyser, E. Blumwald, and A. Van Deynze. 2009. Tolerance of switchgrass to extreme soil moisture stress: ecological implications. Plant Science 177:724-732.

70.  Bell, C.E., J. M. DiTomaso, and M. Brooks. 2009. Invasive plants and wildfires in Southern California. DANR Publication #8397, 5 pp.

71.  Young, S.L., J. N. Barney, G. B. Kyser, T. S. Jones, and J. M. DiTomaso. 2009. Functionally similar species confer greater resistance to invasion: Implications for grassland restoration. Restoration Ecology 17:884-892.

72.  Lortie, C. J., M. Munshaw, J.M. DiTomaso, and J. L. Hierro. 2009. The small-scale spatiotemporal pattern of the seedbank and vegetation of a highly invasive weed, *Centaurea solstitialis*: it all starts with a single seed. Oikos. 119:428-436.

73.  Oneto, S., J.M. DiTomaso, G. Kyser. 2009. Brooms. Biology and Control. *Pest Notes* #74147, 5 pp.

74.  Cuda J. P., D. R.  Gordon, and J. M. DiTomaso. 2009. Cultivating non-native plants in Florida for biomass production: Hope or harm?  *Wildland Weeds* 12:21.

75.  Brooks, M.L., J.M. DiTomaso, D. Johnson. 2009. Using Fire to Manage Invasive Vegetation: The State of the Art. Joint Fire Science Program. Fire Science Brief. Issue 37.

6 pp.

76. Davy, J.S., J.M. DiTomaso, and E.A. Laca. 2008. Barb goatgrass. UC DANR. Publ. #8315, 5 pp.

77. Sweet, S. B., G. B. Kyser, and J. M. DiTomaso. 2008. Susceptibility of Exotic Annual Grass Seeds to Fire. Invasive Plant Science and Management 1:158-167.

78. DiTomaso, J. M., G. B. Kyser, M. R. George, M. P. Doran, E. A. Laca. 2008. Control of Medusahead using Timely Sheep Grazing. Invasive Plant Science and Management 1:241-247.

79. Kyser, G.B., M. P. Doran, N.K. McDougald, S. B. Orloff, R. N. Vargas, R. G. Wilson, and J. M. DiTomaso. 2008. Site Characteristics Determine the Success of Prescribed Burning for Medusahead (*Taeniatherum caput-medusae*) Control. Invasive Plant Science and Management 1:376-384.

80. Barney, J.N. and J.M. DiTomaso.  2008. Non-native species and bioenergy: are we cultivating the next invader? BioScience 58(1):64-70.

81. Wilson, R.G., D. Boelk, G. B. Kyser, and J. M. DiTomaso. 2008. Integrated management of perennial pepperweed. Invasive Plant Science and Management 1:17-25.

82. DiTomaso, J.M., J.J. Drewitz, and G. B. Kyser. 2008. Jubatagrass (*Cortaderia jubata*) control using chemical and mechanical methods. Invasive Plant Science and Management 1: 82-90.

83. Enloe, S.F., G.B. Kyser, S.A. Dewey, V. Peterson, and J.M. DiTomaso.  2008. Russian Knapweed (*Acroptilon repens*) Control with Low Rates of Aminopyralid in Range and Pasture. Invasive Plant Science and Management. 1:385-389.

84. Moody, M.L., D.H. Les, and J.M. DiTomaso. 2008. The role of plant systematics in invasive aquatic plant management. J. Aquatic Plant Manage. 46:7-15.

85. DiTomaso, J.M., B. Reed, and L. Forero. 2007. Weed Control. Pages 31-35 in Irrigated Pasture Production in the Central Valley of California. Univ. California ANR Publ. #21628.

86. DiTomaso, J.M. Integration of biological control into weed management strategies. 2008. Pages 649-654 *in* Proceedings of the XI International Symposium on Biological Control of Weeds. M.H. Julien, R. Sforza, M.C. Bon, H.C. Evans, P.E. Hatcher, H.L. Hinz and B.G. Rector (eds.). CAB International Wallingford, UK.

87. DiTomaso, J.M. and G.B. Kyser. 2008. Woody weed invaders. Integrated pest management in the landscape. DANR Publication. Pest Notes #74142, 4 pp.

88. Davy, J.S., J.M. DiTomaso, and E.A. Laca. Barb goatgrass. 2008. UC DANR. Publ. #8315, 5 pp.

89. DiTomaso, J.M and G. B. Kyser. 2007. Control of *Ailanthus altissima* using stem herbicide application techniques. *Arboriculture and Urban Forestry* 33(1):55-63.

90. Fisher, A.J., J.M. DiTomaso, T.R. Gordon, B.J. Aegerter, and D.R. Ayres. 2007. Salt marsh *Claviceps purpurea* in native and invaded *Spartina* marshes in Northern California. Plant Disease 91:380-386.

91. Kyser, G.B., J.M. DiTomaso, M.P. Doran, S.B. Orloff, R.G. Wilson, D. Lancaster, D. Lile, and M. Porath. 2007. Control of medusahead (*Taeniatherum caput-medusae*) and other annual grasses with imazapic. Weed Technology 21(1):66-75.

92. Bell, C.E., J.M. DiTomaso, and C.A. Wilen. 2007. Invasive Plants. ANR Pest Notes. Publ. #74139, 7 p.

93. DiTomaso, J.M., J. N. Barney, and A. M. Fox. 2007. Biofuel feedstocks: The risk of future

invasions. Council for Agricultural Science and Technology (CAST) Commentary. QTA2007-1 November 2007. 8 pp.

94. DiTomaso, J.M., M.J. Pitcairn and S.F. Enloe. 2007. Pages 281-296. In, California Grasslands. Ecology and Management, M.R. Stromberg, J.D. Corbin, and C.M. D'Antonio (eds). UC Press, Berkeley, CA. 336 pp.

95. DiTomaso, J.M. Using prescribed burning in integrated strategies. 2006. Pages 19-27, *In* The Use of Fire as a Tool for Controlling Invasive Plants. DiTomaso, J.M. and D.W. Johnson, eds. California Invasive Plant Council, Publ. #2006-01, Berkeley, CA.

96. DiTomaso, J.M. Control of invasive plants with prescribed fire. 2006. Pages 7-18, *In* The Use of Fire as a Tool for Controlling Invasive Plants. DiTomaso, J.M. and D.W. Johnson, eds. California Invasive Plant Council, Publ. #2006-01, Berkeley, CA.

97. DiTomaso, J.M., G.B. Kyser, J.R. Miller, S. Garcia, R.F. Smith, G. Nader, J.M. Connor, and S.B. Orloff.  2006. Integrating prescribed burning and clopyralid for the management of yellow starthistle (*Centaurea solstitialis*). *Weed Science* 54(4):757-782.

98. DiTomaso, J.M., M.L. Brooks, E.B. Allen, R. Minnich, R.M. Rice, and G.B. Kyser. 2006. Control of Invasive Weeds with Prescribed Burning. *Weed Technology* 20:535-548.

99. Renz, M.J. and J.M. DiTomaso. 2006. Early season mowing improves the effectiveness of chlorsulfuron and glyphosate for control of perennial pepperweed (*Lepidium latifolium*) with select herbicides.  *Weed Technology* 20(1):32-36.

100. Fisher, A.J., T.R. Gordon, and J.M. DiTomaso. 2006. Conidia morphology and ecological characteristics as diagnostic tools for *Claviceps purpurea* from salt marsh habitats. *Canadian Journal of Plant Pathology*. 27:389-395.

101. Fisher, A.J., J.M. DiTomaso, and T.R. Gordon. 2006. Sub-specific groups of *Claviceps purpurea* associated with grass species in Willapa Bay, Washington, and the prospects for biological control of invasive *Spartina alterniflora*. *Biological Control*.  34:170-179.

102. Fisher, A.J., T.R. Gordon, and J.M. DiTomaso. 2005. Geographic distribution and diversity in *Claviceps purpurea* from salt marsh habitats and characterization of Pacific Coast populations. *Mycological Research*. 109: 439-446.

103. DiTomaso, J.M. Yellow starthistle. J.K. Clark and C.L. Duncan, eds. 2005. Pages 36-50 *in*, Assessing the Economic, Environmental and Societal Losses from Invasive Plants on Rangeland and Wildlands. Weed Science Society of America. Champaign, IL.

104. DiTomaso, J.M. 2005. "Don't Plant a Pest" initiative. Pgs 167-172, In, S. Brunel, ed., Invasive Plants in Mediterranean Type Regions of the World. Council of Europe Publ., Strasbourg Cedex

105. DiTomaso, J.M. and D. Richardson. 2005. Definitions of invasive plants. Pgs 385-386, In, S. Brunel, ed., Invasive Plants in Mediterranean Type Regions of the World. Council of Europe Publ., Strasbourg Cedex

106. Duncan, C. A., J.J. Jachetta, M.L. Brown, V.F. Carrithers, J.K. Clark, J.M. DiTomaso, R.G. Lym, K.C. McDaniel, M.J. Renz, and P.M. Rice. 2005. Assessing Economic, Environmental and Societal Losses from Invasive Plants on Rangeland and Wildlands. *Weed Technology* 18:1411-1416.

107. McDaniel, K.C., J.M. DiTomaso and C.A. Duncan. 2005. Tamarisk or saltcedar, *Tamarix* spp. J.K. Clark and C.L. Duncan, eds. Pages 198-222 *in*, Assessing the Economic, Environmental and Societal Losses from Invasive Plants on Rangeland and Wildlands. Weed Science Society of America. Champaign, IL.

108. Enloe, S.F., J.M. DiTomaso, S. Orloff. 2005. Perennial grass establishment integrated with

clopyralid treatment for yellow starthistle management on annual range. *Weed Technology* 19(1):94-101.

109. Stanton, A.E. and J.M. DiTomaso. 2004. Growth response of *Cortaderia selloana* and *Cortaderia jubata* (Poaceae) seedlings to temperature, light, and water. *Madroño* 51(3):312-321.

110. DiTomaso, J.M., G.B. Kyser, and E.A. Fredrickson. 2004. Control of black oak and tanoak in the Sierra Nevada range. *Western Journal of Applied Forestry*. 19(4):268-276.

111. Brooks, M.L., C.M. D'Antonio, D.M. Richardson, J.B. Grace, J.E. Keeley, J.M. DiTomaso, R.J. Hobbs, M. Pellant, and D. Pyke. 2004. Effects of invasive alien plants on fire regimes. *BioScience* 54(7):677-688.

112. Enloe, S.F., J.M. DiTomaso. 2004. Soil water dynamics differ among rangeland plant communities dominated by yellow starthistle (*Centaurea solstitialis*) annual grasses or perennial grasses. *Weed Science* 52 (6):929-935.

113. Wu, S.-H., M. Rejmanek, E. Grotkopp, J.M. DiTomaso. 2004. Herbarium records, actual distribution, and critical attributes of invasive plants: genus Crotalaria in Taiwan. *Taxon* 54(1):133-138.

114. Drewitz, J.J. and J. M. DiTomaso. 2004. Seed biology of jubatagrass (*Cortaderia jubata*). *Weed Science* 52(4):525-530.

115. Renz, M.J. and J.M. DiTomaso. 2004. Mechanism for the enhanced effect of mowing followed by glyphosate application to resprouts of perennial pepperweed (*Lepidium latifolium*). *Weed Science* 52:14-23.

116. DiTomaso, J.M., J.R. Miller, G.B. Kyser, A.W. Hazebrook, J. Trumbo, D. Valcore and V.F. Carrithers. 2004. Aerial application of clopyralid demonstrates little drift potential and low toxicity to toads. *California Agriculture* 58(3):154-158.

117. Wilson, R.G., J.M. DiTomaso and M.J. Renz. 2004. Perennial pepperweed. ANR Pest Notes #74121. 4 p.

118. DiTomaso, J.M., G.B. Kyser and C. B. Pirosko. 2003. Effect of light and density on yellow starthistle root growth and soil moisture use. *Weed Science* 51(3):334-341.

119. Jetter K. M., DiTomaso, J.M., D. J. Drake, K. M. Klonsky, M. Pitcairn, and D. A. Sumner. 2002. Biological Control of Yellow Starthistle: A Cost-benefit Analysis. Pages 225-241, In, Exotic Pests and Diseases: Biology, Economics and Public Policy for Biosecurity, Daniel A. Sumner Ed. Iowa State University Press, Ames.

120. Kyser, G.B. and J. M. DiTomaso. 2002. Instability in a grassland community following control of yellow starthistle (*Centaurea solstitialis* L.) with prescribed burning. *Weed Science* 50:648-657.

121. DiTomaso, J.M. and C.A. Bruice. 2002. Fertilizer nutrient management. Pages 263-265 *in* Encyclopedia of Pest Management, D. Pimental, ed. Marcel Dekker, NY.

122. Lanini, W.T., J.M. DiTomaso, and R. Norris. 2002. Weed Ecology. Pages 29-54 *in* Principles of Weed Control. 3rd Ed. California Weed Science Society. Thomson Publ., Fresno, CA.

123. DiTomaso, J.M. 2002. Irrigated pastures. Pages 329-336 *in* Principles of Weed Control. 3rd Ed. California Weed Science Society. Thomson Publ., Fresno, CA.

124. DiTomaso, J.M. 2002. Herbicides. Pages 189-219 *in* Principles of Weed Control. 3rd Ed. California Weed Science Society. Thomson Publ., Fresno, CA.

125. DiTomaso, J.M., K.L. Heise, G.B. Kyser, A. M. Merenlender, and R. J. Keiffer. 2001. Carefully timed burning can control barb goatgrass. *California Agriculture* 55(6):47-53.

126. Benefield, C.B., J.M. DiTomaso, G.B. Kyser, and A. Tschohl. 2001.  Reproductive biology of yellow starthistle: Maximizing late season control. *Weed Science* 49:83-90.

127. DiTomaso, J.M. 2000. Invasive weeds in rangelands: Species, impacts and management. Weed Science 48:255-265.

128. DiTomaso, J.M. and J. Gerlach. 2000. *Centaurea melitensis* (tocolate).  In: Invasive Plants of California's Wildlands. C. Bossard, J.M. Randall, M. Hoshovsky, eds.  California Exotic Pest Plant Council. University of California Press, Berkeley.  pp. 98-100.

129. DiTomaso, J.M. and J. Gerlach. 2000.  *Centaurea solstitialis* (Yellow starthistle). In: Invasive Plants of California's Wildlands. C. Bossard, J.M. Randall, M. Hoshovsky, eds. California Exotic Pest Plant Council. University of California Press, Berkeley.

130. DiTomaso, J.M. 2000.  *Cortaderia jubata* (Jubata grass).  In: Invasive Plants of California's Wildlands. C. Bossard, J.M. Randall, M. Hoshovsky, eds.  California Exotic Pest Plant Council. University of California Press, Berkeley.  pp. 124-128.

131. DiTomaso, J.M. 2000.  *Cortaderia selloana* (Pampas grass).  In: Invasive Plants of California's Wildlands. C. Bossard, J.M. Randall, M. Hoshovsky, eds.  California Exotic Pest Plant Council. University of California Press, Berkeley.  pp. 128-133.

132. DiTomaso, J.M., G.B. Kyser, S.B. Orloff, and S.F. Enloe. 2000. Integrated strategies offer site-specific control of yellow starthistle. California Agriculture 54(6):30-36.

133. Benefield, C.B., J.M. DiTomaso, G.B. Kyser, S.B. Orloff, K.R. Churches, D.B. Marcum, and G.A. Nader. 1999. Success of mowing to control yellow starthistle depends on timing and plant's branching pattern. California Agriculture. 53(2):17-21.

134. DiTomaso, J.M., G.B. Kyser, S.B. Orloff, S.F. Enloe, and G.A. Nader. 1999. New growth regulator herbicide provides excellent control of yellow starthistle. California Agriculture. 53(2):12-16.

135. DiTomaso, J.M., G.B. Kyser, and M.S. Hastings. 1999. Prescribed burning for control of yellow starthistle (*Centaurea solstitialis*) and enhanced native plant diversity. Weed Science 47:233-242.

136. DiTomaso, J.M.  Poison Hemlock. 1999. In:  Biology and Management of Noxious Rangeland Weeds.  R. Sheley, ed., Oregon State University Press, Corvallis.  pp. 290-297.

137. DiTomaso, J.M. 1998. Impact, biology, and ecology of saltcedar (*Tamarix* spp.) in the southwestern United States.  Weed Technology 12:236-336.

138. Hatzio, K.K., J.M. DiTomaso *et al*. 1998. Herbicide Handbook, Supplement to Seventh Edition.  Weed Science Society of America, Champaign, IL.

139. Lasat, M.M., J.M. DiTomaso, J.J. Hart and L.V. Kochian. 1997. Evidence for vacuolar sequestration of paraquat in roots of a paraquat-resistant *Hordeum glaucum* biotype. Physiologia Plantarum 99:255-262.

140. Koo, S.J., J.C. Neal and J.M. DiTomaso. 1997. Mechanism of action and selectivity of quinclorac in grass roots.  Pesticide Biochemistry and Physiology 57:44-53.

141. DiTomaso, J.M., D.B. Marcum, M.S. Rasmussen, E.A. Healy and G.B. Kyser. 1997. Post-fire herbicide sprays enhance native plant diversity.  California Agriculture 5:1:6-11.

142. Chammas, G.A., J.L. Hutson, J.J. Hart and J.M. DiTomaso. 1997. Microscale variability of atrazine and chloride leaching under field conditions.  Weed Technology 11:98-104.

143. DiTomaso, J.M. 1996. *Cortaderia jubata, C. sellonana*.  Jubata and pampas grass.  In: Invasive Plants.  Weeds of the Global Garden.  J.M. Randall and J. Marinelli, eds.  Science Press, pp. 85-86.

144. Koo, S.J., J.C. Neal and J.M. DiTomaso. 1996. 3,7-Dichloroquinolinecarboxylic acid

inhibits cell-wall biosynthesis in maize roots.  Plant Phyiology 112:1383-1389.

145. Lasat, M.M., J.M. DiTomaso and J.J. Hart. 1996. Resistance to paraquat in wall barley (*Hordeum glaucum*) is temperature-dependent and not associated with enhanced apoplasmic binding.  Weed Research 36:303-309.

146. Ahrens, B., J.M. DiTomaso *et al*. 1995. Herbicide Handbook of the Weed Science Society of America, 7th Edition, Weed Science Society of America, Champaign, IL.

147. DiTomaso, J.M. 1995. Approaches for improving crop competitiveness through the manipulation of fertilization strategies.  Weed Science 43:491-497.

148. DiTomaso, J.M. 1994.  List of plants reported to be poisonous to animals in the United States.  Veterinary and Human Toxicology 36:49-52.

149. Koo, S.J., J.C. Neal and J.M. DiTomaso.  1994.  Electrolyte leakage as a physiological effect induced by quinclorac treatment of smooth crabgrass (*Digitaria ischaemum*) seedlings.  Weed Science 42:1-7.

150. DiTomaso, J.M. 1994. Evidence against a direct membrane effect in the mechanism of action of the graminicides.  Weed Science 42:302-309.

151. Hart, J.J. and J.M. DiTomaso. 1994. Sequestration and oxygen radical detoxification as mechanisms of paraquat resistance.  Weed Science 42:277-284.

152. DiTomaso, J.M. 1993. Membrane response to diclofop acid is pH dependent and is regulated by the protonated form of the herbicide in roots of pea and resistant and susceptible rigid ryegrass.  Plant Physiology 102:1331-1336.

153. DiTomaso, J.M. 1993. Problems associated with the use of common names in the identification of poisonous plants.  Veterinary and Human Toxicology 35:465-466.

154. Rossi, F.S., J.M. DiTomaso and J.C. Neal. 1993. Fate of fenoxaprop applied to moisture-stressed smooth crabgrass (*Digitaria ischaemum*).  Weed Science 41:335-340.

155. Dotray, P., J.M. DiTomaso, J.W. Gronwald, D.L. Wyse, and L.V. Kochian.  1993. Effects of acetyl-coenzyme A carboxylase inhibitors on root cell transmembrane electric potentials in graminicide-tolerant and -susceptible corn (*Zea mays* L.).  Plant Physiology 103:919-924.

156. Hart, J.J., J.M. DiTomaso and L.V. Kochian. 1993. Paraquat and putrescine transport kinetics in maize protoplasts.  Plant Physiology 103:963-969.

157. Hart, J.J., J.M. DiTomaso, D.L. Linscott and L.V. Kochian. 1993. Investigations into the cation specificity and metabolic requirements for paraquat transport in roots of intact maize seedlings.  Pesticide Biochemistry and Physiology 45:62-71.

158. DiTomaso, J.M., J.J. Hart and L.V. Kochian. 1993. Compartmentation analysis as a means of estimating the rate of vacuolar compartmentation and translocation of paraquat in roots of intact maize seedlings.  Plant Physiology 102:467-472.

159. Ryan, P.R., J.M. DiTomaso and L.V. Kochian. 1993. Aluminum toxicity in roots:  an investigation in spacial sensitivity and the role of the root cap.  J. of Experimental Botany 44:437-446.

160. DiTomaso, J.M., P.H. Brown and A.E. Stowe. 1993.  Inhibition of fatty acid synthesis by diclofopmethyl is age-dependent in roots of oat and corn seedlings.  Pesticide Biochemistry and Physiology 45:210-219.

161. Hart, J.J., J.M. DiTomaso, D.L. Linscott and L.V. Kochian.  1992. Characterization of the transport and cellular compartmentation of paraquat in roots of intact maize seedlings. Pesticide Biochemistry and Physiology 43:212-222.

162. DiTomaso, J.M., J.J. Hart, D.L. Linscott and L.V. Kochian. 1992. Effect of inorganic

cations and metabolic inhibitors on putrescine transport in roots of intact maize seedlings. Plant Physiology 99:508-514.

163.   Hart, J.J., J.M. DiTomaso, D.L. Linscott and L.V. Kochian. 1992.  Transport interactions between paraquat and polyamines in intact maize seedlings.  Plant Physiology 99:1400-1405.

164.   DiTomaso, J.M., J.J. Hart and L.V. Kochian. 1992. Transport kinetics and metabolism of exogenously applied putrescine in roots of intact maize seedlings.  Plant Physiology 98:611-620.

165.   DiTomaso, J.M. and S.O. Duke. 1991. Is polyamine biosynthesis a possible site of action of cinmethylin and artemisinin?  Pesticide Biochemistry and Physiology 39:158-167.

166.   DiTomaso, J.M., P.H. Brown, A.E. Stowe, D.L. Linscott and L.V. Kochian.  1991. Effects of diclofop and diclofop-methyl on membrane potentials in roots of intact oat, maize, and pea seedlings.  Plant Physiology 95:1063-1069.

167.   DiTomaso, J.M. and D.L. Linscott. 1991. The nature, mode of action, and toxicity of herbicides.  In:  Handbook of Pest Management in Agriculture, ed. D. Pimentel, 2nd ed., Vol. 2, CRC Press, Boca Raton, FL, pp. 523-569.

168.   DiTomaso, J.M. and L.V. Kochian. 1990.  Putrescine transport in roots of intact maize seedlings:  kinetic analyses, compartmentation, and involvement of metabolism.  In:  Polyamines and Ethylene:  Biochemistry, Physiology, and Interactions, eds. H.E. Flores, R.N. Arteca and J.C. Shannon, American Society of Plant Physiologists, Rockville, MD, pp. 313-315.

169.   DiTomaso, J.M., J. Shaff and L.V. Kochian. 1989. Putrescine-induced wounding and its effects on membrane integrity and ion transport processes in roots of intact corn seedlings. Plant Physiology 90:988-995.

170.   DiTomaso, J.M., T.L. Rost and F.M. Ashton. 1988. Herbicide-induced diamine accumulation in pea roots.  The effect of napropamide on polyamine levels.  Plant and Cell Physiology 29:1367-1372.

171.   DiTomaso, J.M., T.L. Rost and F.M. Ashton. 1988.  The comparative cell cycle and metabolic effects of the herbicide napropamide on root tip meristems.  Pesticide Biochemistry and Physiology 31:166-174.

172.   DiTomaso, J.M., F.M. Ashton and T.L. Rost.  1988. The effects of napropamide on the growth and anatomy of corn (*Zea mays*) roots.  Weed Science 36:457-463.

173.   DiTomaso, J.M. 1984. Realignments in northern California *Angelica* (Umbelliferae). Madrono 31:69-79.

174.   Ashton, F.M., J.M. DiTomaso and L.W.J. Anderson.  1984. Spikerush as a source of allelopathics for the control of undesirable aquatic plants.  American Chemical Society Symposium on Allelopathics, American Chemical Society Publication, Washington, D.C., pp. 401-414.

175.   DiTomaso, J.M. 1981. Re-establishment of *Angelica californica* (Umbelliferae).  Madrono 28:226-230.

## ADDITIONAL INFORMATION

I have presented over 900 extension presentations since 1995. In addition to my peer-reviewed publications, I have 250 additional extension publications. I have been invited as a speaker at numerous national and international conferences. I was chosen to be the first editor of the new

national journal, *Invasive Weed Science and Management*, published through the Weed Science Society of America. I was also a member of the National Invasive Species Advisory Committee, and was appointed by the Secretary of the Interior, and a member of the California Invasive Species Advisory Committee, appointed by the Secretary of Agriculture. The national committee advises the Secretaries of Interior, Agriculture and Commerce on all issues related to invasive species, and the state committee advises the Secretary of Agriculture. In 2008 I was the Acting Chair of the Department of Plant Sciences, which is the largest department in the college, and in 2016-1027 I was the Interim Chair of the Department. In 2009-2010, I was the leader of the Sustainable Food Systems Initiative for the Agricultural and Natural Resources (ANR) Division of the University of California and served on Program Council for ANR. I have served as the President of four societies, including the Weed Science Society of America, Western Society of Weed Science, California Invasive Plant Council, and the UC Davis Botanical Society.

# Exhibit B

**DiTomaso Testimonial History**

In the last five years I have testified in: *Emmanuel Giglio v. Monsanto Co.*, Case No. 3:16-cv-05658-VC (N.D. Cal. 2019); and *Caballero v. Monsanto Co.*, Case No. JCCP No. 4953 (Superior Court California, County of Alameda (2019).

# Exhibit C

**Dr. Joseph DiTomaso Materials Considered List (*Karman v. Monsanto Co.*)**

1.  Adama Essentials, Label for Atrazine 4L.

2.  Alexandratos, N. & J. Bruinsma, World agriculture towards 2030/2050: the 2012 revision, Food and Agriculture Organization of the United Nations (June 2012).

3.  Al-Khatib, K. 2017. Herbicide symptoms. http://herbicidesymptoms.ipm.ucanr.edu/.

4.  Angers, D. A. and N. S. Eriksen-Hamel. 2008. Full-inversion tillage and organic carbon distribution in soil profiles: a meta-analysis. Soil Sci. Soc. Am. J. 72: 1370–1374.

5.  APVMA (Australian Pesticides and Veterinary Medicines Authority), Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate, Australian Government (2016).

6.  ATSDR (Agency for Toxic Substances and Disease Registry), Toxicological Profile for Glyphosate – Draft for Public Comment, US Dep't of Health and Human Services (Mar. 2019).

7.  Atwood, D. and C. Paisley-Jones. 2017. Pesticides Industry Sales and Usage 2008 – 2012. Office of Chemical Safety and Pollution Prevention. U.S. Environmental Protection Agency Washington, DC 20460

8.  Australian Pesticides and Veterinary Medicines Authority – Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate (2016).

9.  BAuA (German Federal Institute for Occupational Safety and Health), Proposal for Harmonized Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate (2016).

10. Baylis, A., Why glyphosate is a global herbicide: strengths, weaknesses, and prospects, 56 Pest Mgmt. Sci. 299 (2000).

11. BfR – CLH Report: Proposal for Harmonised Classification and Labelling, Regulation (EC) No 1272/2008 (CLP Regulation), Annex VI, Part 2 – Glyphosate (2016).

12. BfR (Bundesinstitut für Risikobewertung), Does Glyphosate Cause Cancer?  BfR Communication No. 007/2015 (Mar. 23, 2015).

13. BfR– Does Glyphosate Cause Cancer? BfR Communication No. 007/2015 (3/23/2015).

14. BfR, Assessment of IARC Monographies Volume 112 (2015); Glyphosate, Renewal Assessment Report: Glyphosate Addendum I to RAR (2015).

15. BfR, Final Addendum to the Renewal Assessment Report: Glyphosate (Oct. 2015).

16. BfR, Toxicology and Metabolism, Renewal Assessment Report: Glyphosate Volume 3 Annex B.6 (2015).

17. Bodirsky, B. et al., Global Food Demand Scenarios for the 21st Century, 10(11) PLoS ONE e0139201 (2015).

18. Borggaard, O.K. and A.L. Gimsing. 2008. Fate of glyphosate in soil and the possibility of leaching to ground and surface waters: a review., Review: Pest. Manag. Sci. 64:441-456.

19. Buddenhagen, C.E. 2006. The successful eradication of two blackberry species Rubus megalococcus and R. adenotrichos (Rosaceae) from Santa Cruz Island, Galapagos, Ecuador. Pacific Conservation Biology 12:272-278.

20. Canada – PMRA Finding, Re-evaluation Decision RVD2017-01, Glyphosate (4/28/2017).

21. Canada—Glyphosate, Proposed Re-evaluation Decision. PRVD2015-01 (4/13/2015).

22. Cedergreen, N. 2008a. Herbicides can stimulate plant growth. Weed Research. 48:429-438.

23. Cedergreen, N. 2008b. Is the growth stimulation by low doses of glyphosate sustained over time? Environmental Pollution. 156:1099-1104.

24. Cedergreen, N., C. Felby, J.R. Porter, and J.C. Streibig. 2009. Chemical stress can increase crop yield. Field Crops Research. 1-4.

25. Cedergreen, N., J.C. Streibig, P.Kudsk, S.K. Mathiassen, and S.O. Duke. 2007. The occurrence of hormesis in plants and algae. Dose-Response. 5:150-162.

26. Cribb, J. 2010. The Coming Famine: The Global Food Crisis and What We Can Do To Avoid It. Univ. of Cal. Berkley Press.

27. CropLife America, The Role of Seed Treatment in Modern U.S. Crop Production: A Review of Benefits, http://www.croplifeamerica.org/wp-content/uploads/2015/08/Seed-Treatment-Report.pdf.

28. Deposition of Christine Karman, Karman v. Monsanto Co., No. 3:19-cv-01183 (N.D. Cal. Nov. 13, 2019) (with exhibits).

29. Derpsch, R. 2004. History of crop production with and without tillage, p. 150-54. www.rolf-derpsch.com

30. Derpsch, R., T. Friedrich, A. Kassam, and L. Hongwen. 2010. Current status of adoption of no-till farming in the world and some of its main benefits, Int. J. Agric. & Biol. Eng. 3(1):1-26.

31. Devine, M. D., S. O. Duke, and C. Fedtke. 1993. Physiology of Herbicide Action. Englewood Cliffs, NJ: PTR Prentice Hall, Inc. Pages 295-309.

32. Dill, G.M., R.D. Sammons, P.C.C. Feng, F. Kohn, K. Kretzmer, A. Mehrsheikh, M. Bleeke, J.L. Honegger, D. Farmer, D. Wright, and E.A. Haupfear. 2010. Glyphosate: Discovery, development, applications, and properties. 1-33 (ed., V.K. Nandula).

33. Dill, G.M.. 2005. Glyphosate resistant crops: History, status and future. Pest. Manage. Sci. 61:219-224.

34. DiTomaso, J.M. 1997. Risk analysis of various weed control methods. Proc., California Exotic Pest Plant Council Symposium. 1997. 3: 34-39.

35. Dow AgroSciences, LLC, Label for Pelagronic Acid (2004).

36.     Duke, S. and S. Powles. 2009. Glyphosate-Resistant Crops and Weeds: Now and in the Future, AgBioForum 12(3&4):346-357.

37.     Duke, S.O. and S.B. Powles. 2008. Mini-review. Glyphosate: a once-in-a-century herbicide. Pest Management Science. 64: 319-325.

38.     Duke, S.O., N. Cedergreen, E.D. Velini, and R.G. Belz. 2006. Hormesis: Is it an important factor in herbicide use and allelopathy? Outlooks on Pest Management. 29-33.

39.     Dukes, J. and H. Mooney. 2004. Disruption of ecosystem processes in western North America by invasive species, Revista Chilena de Historia Natural 77:411-437.

40.     Dusky, J.A., M.S. Kang, B. Glaz, and J.D. Miller. 1986. Response of eight sugarcane cultivars to glyphosine and glyphosate ripeners. Journal of Plant Growth Regulation 4(1-4):225-235.

41.     ECHA (European Chemicals Agency), Opinion: Proposing Harmonized Classification and Labelling at EU Level of Glyphosate (ISO); N-(phosphonomethyl)glycine, Committee for Risk Assessment (Mar. 15, 2017).

42.     ECHA, Opinion: Proposing harmonized classification and labelling at EU level of glyphosate (ISO); N-(phosphonomethyl)glycine, Committee for Risk Assessment RAC Hanson, Pg. 43 (Mar. 15, 2017).

43.     EFSA – Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate. 13 EFSA J. 4302 (2015).

44.     EFSA (European Food Safety Authority), Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate, 13 EFSA J. 4302 (2015).

45.     EPA (Environmental Protection Agency), Glyphosate – Proposed Interim Registration Review Decision Case Number 0178 (Apr. 2019).

46.     EPA Archive; *Pesticides: Freedom of Information Act (FOIA)*, Index of Cleared Science Reviews for Glyphosate, Isopropylamine salt (PC Code 103601). February 20, 2016. https://archive.epa.gov/pesticides/chemicalsearch/chemical/foia/web/html/103601.html.

47.     EPA, Cancer Assessment Review Committee, Health Effects Division, Office of Pesticide Programs, U.S. Environmental Protection Agency, Cancer Assessment Document – Evaluation of the Carcinogenic Potential of Glyphosate (Oct. 1, 2015).

48.     EPA, FIFRA SAP, Meeting Minutes and Final Report No. 2017-01: EPA's Evaluation of the Carcinogenic Potential of Glyphosate, (Mar. 16, 2017).

49.     EPA, Glyphosate – Proposed Interim Registration Review Decision Case Number 0178 (Apr. 2019).

50.     EPA, Health Effects Division, Glyphosate. Study summaries for genotoxicity studies, Regulations.gov (Sept. 13, 2016).

51.     EPA, Memorandum from Dana L. Friedman on Response from the Pesticide Re-Evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision (Jan. 16, 2020).

52. EPA, Memorandum from Monique M. Perron on Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment to Steven Peterson (Jan. 13, 2020).

53. EPA, Memorandum from Perron et al. to Newcamp et al. on Glyphosate: Draft Human Health Risk Assessment in Support of Registration Review (Dec. 12, 2017).

54. EPA, Office of Chemical Safety and Pollution Prevention, EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products (Aug. 8, 2019).

55. EPA, Office of Pesticide Programs, Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, Regulations.gov (September 12, 2016).

56. EPA, Office of Pesticide Programs, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, EPA.gov (Dec. 12, 2017).

57. Expert Report of Dennis D. Weisenburger, M.D., *Karman v. Monsanto Co.*, No. 3:19-cv-01183 (N.D. Cal. Jan. 15, 2021).

58. Expert Report of Ron D. Schiff, M.D., Ph.D., *Karman v. Monsanto Co.*, No. 3:19-cv-01183 (N.D. Cal. Jan. 22, 2021).

59. Expert Report of William R. Sawyer, Ph.D., Karman v. Monsanto Co., No. 3:19-cv-01183 (N.D. Cal. Jan. 22, 2021).

60. FAO. 2017. The future of food and agriculture – Trends and challenges. Rome. ISBN 978-92-5-109551-5. http://www.fao.org/3/a-i6583e.pdf.

61. FAO. 2018. The future of food and agriculture – Alternative pathways to 2050. Rome. 224 pp. License: CC BY-NC-SA 3.0 IGO.

62. Fishel, F.M., Pesticide Labeling: Signal Words, University of Florida IFAS Extension. Publication PI-100 (2018).

63. Fleischmann's Vinegar Company, Inc., Label for Vinagreen.

64. Flies, E. et al., Forecasting future global food demand: A systematic review and metaanalysis of model complexity, 120 Environment International 93 (2018).

65. Flint, M. L. 2012. IPM in Practice: Principles and Methods of Integrated Pest Management. University of California ANR Publication 3418. Oakland, CA.

66. Food and Agriculture Organization of the United Nations, Global Agriculture towards 2050, High-Level Expert Forum, Rome (Oct. 12-13, 2009).

67. Food and Agriculture Organization of the United Nations, Global Agriculture Towards 2050 (2009), http://www.fao.org/fileadmin/templates/wsfs/docs/Issues_papers/HLEF2050_Global_Agriculture.pdf

68. Food and Agriculture Organization of the United Nations, How to Feed the World in 2050.

69. Franz, J., History of Glyphosate, Glyphosate Task Force (Oct. 25, 2012), http://www.glyphosate.eu/history-glyphosate.

70.   Franz, M., K. Mao, and J.A. Sikorski. 1997.  Glyphosate: A Unique Global Herbicide, American Chemical Society Monograph 189.

71.   Gardener, M.R., A. Tye, and S.R. Wilkinson. 1999. Control of Introduced Plants in the Galapagos Islands. Pages 396-400 in A.C. Bishop, M. Boersma, and C.D. Barnes, editors. Proceedings from the Twelfth Australian Weeds Conference, 17-19 September 1999. Hobart, Tasmania, Australia.

72.   Gianessi L.P. and S. Sankula, 2003. The value of herbicides in U.S. crop production. National Center for Food and Agricultural Policy, NCFAP (April 2003). 146 pp.

73.   Gianessi, L. and A. Williams. 2014. In, D.D. Songstad et al. (eds.), Convergence of Food Security, Energy Security and Sustainable Agriculture, Biotechnology in Agriculture and Forestry 67, DOI 10.1007/978-3-642-55262-5_14

74.   Gianessi, L. P. and N. P. Reigner. 2007. The value of herbicides in U.S. crop protection. Weed Technol. 21:559-566.

75.   Gianessi, L.P. and N.P. Reigner, 2006. The Value of Herbicides in U.S. Crop Production: 2005 Update, CropLife Foundation.

76.   Giesy, J.P., S. Dobson, and K.R. Solomon. 2000. Ecotoxicological Risk Assessment for Roundup Herbicide. Rev. Environ. Contam. Toxicol. 167:35-120.

77.   Givens, W.A., D.R. Shaw, G.R. Kruger, W.G. Johnson, S.C. Weller, B.G. Young, R.G. Wilson, M.D.K. Owen, and D. Jordan. 2009. Survey of tillage trends following the adoption of glyphosate-resistant crops. Weed Technology 23:150-155.

78.   Glyphosate Task Force, Agronomic & Other Benefits of Glyphosate for the EU (June 2013), http://www.glyphosate.eu/system/files/sideboxfiles/agronomic_benefits_of_glyphosate_for_european_agriculture.pdf

79.   Glyphosate Task Force, Biodiversity and Modern Agriculture (Dec. 3, 2014), https://www.glyphosate.eu/benefits/biodiversity-and-modern-agriculture.

80.   Glyphosate Task Force, Higher Yields and Easier Harvests (Nov. 21, 2013), http://www.glyphosate.eu/benefits/higher-yields-and-easier-harvests.

81.   Godfray, H.C.J., J.R. Beddington, I.R. Cruite, L. Haddad, D. Lawrence, J.F. Muir, J. Pretty, S. Robinson, S.M. Thomas, and C. Toulmin. 2010. Food Security: The Challenge of Feeding 9 Billion People, Science 327:812-818.

82.   Gravena, R., R.V. Filho, P.L.C.A. Alves, P. Mazzafera, and A.R. Gravena. 2009. Low glyphosate rates do not affect citrus limonia osbeck seedlings. Pest. Manag. Sci. 65:420-425.

83.   Gresshoff, P.M. 1979.  Growth inhibition by glyphosate and reversal of its action by phenylalanine and tyrosine.  Aust. J. Plant Physiol. 6:177-182.

84.   Hamill, A. S., J. S. Holt, and C. A. Mallory-Smith. 2004. Contributions of weed science to weed control and management. Weed Techn. 18:1563-1565.

85.   Hanson, B., A. Fischer, A. Shrestha, M. Jasieniuk, E. Peachey, R. Boydston, T. Miller, and K. Al-Khatib. 2013. Selection pressure, shifting populations, and

herbicide resistance and tolerance. ANR Publication 8493.
http://anrcatalog.ucanr.edu

86. Hayes, W. J. and E. R. Laws. 1990. Handbook of Pesticide Toxicology, Vol. 3, Classes of Pesticides. Academic Press, Inc., New York.

87. Health Canada, Proposed Re-evaluation Decision PRVD2015-01 Glyphosate, Health Canada Pest Management Regulatory Agency (Apr. 13, 2015).

88. Health Canada, Re-evaluation Decision RVD2017-01 Glyphosate, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

89. Health Canada, Statement from Health Canada on Glyphosate, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

90. Hess, F.D. and C.L. Foy. 2000. Interaction of surfactants with plant cuticles. Weed Technology 14:807-813.

91. IARC, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos (2015).

92. Invasivespeciesinfo.gov, Species Profiles (last visited June 24, 2019).

93. Japan Food Safety Commission, Glyphosate Summary, 4 Food Safety 93 (2016).

94. JMPR – Joint FAO/WHO Meeting on Pesticide Residues, Summary Report (5/9-13/2016).

95. JMPR (Joint Meeting on Pesticide Residues), Pesticide residues in food – 2016: Evaluations 2016 – Part II – Toxicological, Special Session of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (May 9-13, 2016).

96. JMPR, Joint FAO/WHO Meeting on Pesticide Residues, Summary Report (May 9-13, 2016).

97. JMPR/WHO Report – Pesticide Residues in Food 2016. ISSN 2070-2515.

98. Jones, O.R., Unger P.W., Fryrear D.W. 1985. Agricultural technology and conservation in the Southern Plains. J Soil Water Conserv 40:195–198.

99. Jussaume, R.A.Jr. and D. Ervin. 2016. Understanding weed resistance as a wicked problem to improve weed management decisions. Weed Science. Special Issue: 559-569.

100. Kniss, A. 2017. Long-term trends in the intensity and relative toxicity of herbicide use, 8 Nature Communications, Article number: 14865.

101. Körner C, Larcher W. *Plant life in cold climates*. Symp. Soc. Exp. Biol. 1988;42:25-57. PMID: 3270208.

102. Kraehmer, H., B. Laber, C. Rosinger, and A. Schulz. 2014. Herbicides as weed control agents: State of the art: I. Weed control research and safener technology: The path to modern agriculture. Plant Physiology 166:1119-1131.

6

103. Lampe, K. F. and M.A. McCann. 1985, AMA Handbook of Poisonous and Injurious Plants. Chicago Review Press, Chicago, IL. Page 432.

104. Letter from Michael L. Goodis, Director of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, on Labeling Requirements for Products that Contain Glyphosate to Registrant (Aug. 7, 2019).

105. Linz, G.M., D.L. Bergman, D.C. Blixt, and W.J. Bleier. 1994. Response of black terns (Chlidonias niger) to glyphosate-induced habitat alterations on wetlands. Colonial Waterbirds 17:160-167.

106. Lotze-Campen, H. et al., Global Food Demand, Productivity Growth, and the Scarcity of Land and Water Resources: A Spatially Explicit Mathematical Programming Approach, 39 J. Int'l Ass'n Agricultural Economists 325 (2008).

107. Lotze-Campen, H. et al., Impacts of Increased Bioenergy Demand on Global Food Markets: An AgMIP Economic Model Intercomparison, 45 J. Int'l Ass'n Agricultural Economists 103 (2014).

108. Maeda, H. & N. Dudareva, The shikimate pathway and aromatic amino acid biosynthesis in plants, 63 Annual Review of Plant Biology 75 (2012).

109. Menskink, H. et al., Environmental Health Criteria for Glyphosate, World Health Organization (1994),

110. Miller, J. A. 1973. Naturally occurring substances that can induce tumors. In Toxicans Occurring Naturally in Food. Nat. Aca. Sci. Washington, DC. Pages 508-549.

111. Miller, T., B. Hanson, E. Peachey, R. Boydston, and K. Al-Khatib. 2012. Glyphosate stewardship: keeping an effective herbicide effective. University of California: ANR Publication 8492.

112. Monsanto Company, Label for Roundup® Concentrate Weed & Grass Killer 1 (1996) [MONGLY10529771 – MONGLY10529774].

113. Monsanto Company, Label for Roundup® Herbicide (1992) [MONGLY15269550 – MONGLY15269612].

114. Monsanto Company, Label for Roundup® L&G Ready-to-Use Grass & Weed Killer (1988) [MONGLY15555337].

115. Monsanto Company, Label for Roundup® Original Herbicide (1998) [MONGLY15271890 – MONGLY15271988].

116. Monsanto Company, Label for Roundup® Ready-to-Use Weed & Grass Killer III (2012).

117. Monsanto Company, Label for Roundup® Weed & Grass Killer Concentrate Plus (2012).

118. Nandula, V.K. 2010. Glyphosate Resistance in Crops and Weeds: History, Development, and Management. Wiley and Sons, Hoboken, NJ.

119. Nandula, V.K., K.N. Reddy, S.O. Duke, and D.H. Poston. 2005. Glyphosate-resistant weeds: Current status and future outlook. 16 Outlooks on Pest Mgmt. 183. DOI:10.1564/15aug11.

120. New Zealand EPA – Review of the Evidence Relating to Glyphosate and Carcinogenicity (2016).

121. NuFarm, Label for Diquat 2L.

122. O'Connor-Marer, P.J., The Safe and Effective Use of Pesticides (Pesticide Application Compendium 1), Second Edition.

123. OEHHA (Office of Environmental Health Hazard Assessment), OEHHA Statement Regarding US EPA's Press Release and Registrant Letter on Glyphosate, Cal. EPA (Aug. 12, 2019).

124. OEHHA, Proposition 65 No Significant Risk Levels (NSRLs) for Carcinogens and Maximum Allowable Dose Levels (MADLS) for Chemicals Causing Reproductive Toxicity, Cal. EPA (Oct. 2018).

125. Oerke, E.C. 2006. Crop losses to pests. J. Agricultural Sci 144:31-43.

126. Ozkan, E., Proper Calibration and Operation of Backpack and Hand Can Sprayers, Ohio State University (2018).

127. Ozkan, H. and H. Zhu. 2016. Effect of major variables on drift distances of spray droplets, Ohio State Univ. FABE-525.

128. Paraquat Label, Willowood USA, 2018 (http://willowoodusa.com/wpcontent/uploads/2012/12/Paraquat-3SL-Spec-Label.pdf).

129. Pelargonic Acid Label, Dow AgroSciences, 2010 (http://triangleturf.net/labels/mischerb/Scythe%20Label.pdf) .

130. Pimentel, D., C. Harvey, P. Resosudarmo, K. Sinclair, D. Kurz, M. McNair, S. Crist, L. Shpritz, L. Fitton, R. Saffouri, and R. Blair. 1996. Environmental and economic costs of soil erosion and conservation benefits. Science 267:1117-1123.

131. Pimentel, D., R. Zuniga, and D. Morrison. 2005. Update on the environmental and economic costs associated with alien-invasive species in the United States. Ecological Economics 52:273-288.

132. Plaintiff Fact Sheet of Christine Karman.

133. Riederer, M. and J. Schönherr. 1990. Effects of surfactants on water permeability of isolated plant cuticles and on the composition of their cuticular waxes. Pestic. Sci. 29:85-94.

134. Rosegrant, M., J. Koo, N. Cenacchi, C. Ringler, R. Robertson, M. Fisher, C. Cox, K. Garrett, N.D. Perez, and P. Sabbagh. 2014. Food Security in a World of Natural Resource Scarcity: The Role of Agricultural Technologies. http://ebrary.ifpri.org/utils/getfile/collection/p15738coll2/id/128022/filename/12823 3.pdf

135. Schabenberger, O., B.E. Tharp, J.J. Kells, and D. Penner. 1999. Statistical tests for hormesis and effective dosages in herbicide dose response. Agron. J. 91:713-721.

136. Shaner, D. L. 2014. Herbicide Handbook. 10th Edition, Weed Science Society of America, Champaign, 513.

137. Siel, E.A., et. al., Understanding the Pesticide Label, University of Nebraska publication G1955 (2015).

138. Soltani, N., J.A. Dille, I.C. Burk, W.J. Everman, M.J. VanGessel, V.M. Davis, and P.H. Sikkema. 2016. Potential corn yield losses from weeds in North America. Weed Technology 30:979-984.

139. Soria, M.C., M.R. Gardener, and A. Tye. 2002. Eradication of potentially invasive plants with limited distributions in the Galapagos Islands. Pages 287-292 in C.R. Veitch and M.N. Clout, editors. Turning the tide: the eradication of invasive species. IUCN, Gland, Switzerland and Cambridge, UK.

140. Spectrum Brands, Inc., Label for Spectracide® Weed & Grass Killer.

141. Spectrum Brands, Inc., Label for Spectracide® Weed Stop® For Lawns. Monsanto Company, Label for Roundup® Ready-To-Use Weed & Grass Killer III (2012).

142. Timmons, F.L. 2005. A History of Weed Control in the United States and Canada. Weed Science 53:748-761.

143. Triplett, Jr, G. B. and D. A. Warren. 2008. No-tillage crop production: A revolution in agriculture. A Supplement to Agronomy Journal. S-153 - S-165.

144. Tweeten, L. & S. Thompson, Long-term Global Agricultural Output Supply-Demand Balance and Real Farm and Food Prices, Ohio State University (2008).

145. Tye, A., M.C. Soria, and M.R. Gardener. 2002. A strategy for Galapagos weeds. Pages 336-341 in C.R. Veitch and M.N. Clout, editors. Turning the tide: the eradication of invasive species. IUCN, Gland, Switzerland and Cambridge, UK.

146. U.S. Department of Agriculture, Economic Research Service. 2017. Adoption of GE Crops in the U.S. http://www.ers.usda.gov/data-products/adoption-of-genetically-engineeredcrops- in-theus.aspx. Accessed December 2017.

147. Velini E.D., E. Alves, M.C. Godoy, D.K. Meschede, R.T. Souza, and S.O. Duke. 2008. Glyphosate applied at low dosages can stimulate plant growth. Pest Management Science. 64:489-496.

148. Vencill, W.K., K. Armbrust. 2002. Herbicide Handbook. Weed Science Society of America.

149. Wanamarta, G. and D. Penner. 1989. Foliar absorption of herbicides. Rev. Weed Sci. 4:215-231.

150. Wanamarta, G. and D. Penner. 1989. Foliar absorption of herbicides. Rev. Weed Sci. 4:215-231.

151. Weedscience.org, International Survey of Herbicide Resistant Weeds (last visited June 4, 2019).

152. Wells, B, *Not All Roundup® is Glyphosate*, UF IFAS GARDENING SOLUTIONS. July 9, 2020. https://gardeningsolutions.ifas.ufl.edu/care/weeds-and-invasive-plants/not-all-roundup-is-glyphosate.html.

153. Westbrooks, R.G. 1998. Invasive Plants: Changing the Landscape of America. All U.S. Government Documents (Utah Regional Depository). Paper 490. http://digitalcommons.usu.edu/govdocs/490

154. Wheeler, T. and J. von Braun, 2013. Climate change Impacts on Global Food Security. Science 341:508-513.

155. Why is Glyphosate so Important for European Agriculture?, Glyphosate.eu (July 19, 2017), http://www.glyphosate.eu/benefits/why-glyphosate-so-important-european-agriculture.

156. Willowood USA, Label for Willowood Paraquat 3SL (2018).

157. WSSA Board Issues Statement Concerning Registration of Glyphosate. August 12, 2019. http://wssa.net/2019/08/wssa-board-issues-statement-concerning-registration-of-glyphosate/

158. WSSA. 2017. Poisonous Plants. Weed Science Society of America. http://wssa.net/wssa/weed/poisonous-plants/. Accessed December 2017.

159. WSSA's Position on Glyphosate. August 9, 2019. http://wssa.net/2019/08/wssa-position-on-glyphosate/

160. Zimdahl, R. L. 2004. Weed-Crop Competition: A Review. Blackwell Publishing. Page 220.