# Exhibit 22

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

## 1.    Introduction

I am Mark A. Katchen. I am the Managing Principal of The Phylmar Group, Inc (Phylmar).  I have expertise in industrial hygiene, exposure assessment, toxicology, occupational health, and risk communication. I have provided expert testimony in these areas in several cases.  I am also a member of the Advisory Board of the Occupational Hygiene Training Association.  My business address is 10513 Santa Monica Boulevard, Los Angeles, California 90025.  Phylmar is a firm providing environmental, health, safety and sustainability consulting services.

## 2.    Assignment

I have been retained by Hollingsworth LLP principally to offer my evaluation of the exposure and dose of John Schafer to glyphosate during the application of Roundup in his capacity as a homeowner.  In connection with developing my opinions, I have reviewed a number of articles that are included on Materials Considered List attached as Appendix A.  I have also been asked to review and evaluate the opinions offered by Dr. William Sawyer.

## 3.    Summary of Opinions

3.1.    The physical and chemical characteristics of glyphosate, specifically its hydrophilic nature, suggest that it will have low dermal absorption.

3.2.    *In vitro* testing confirms that glyphosate is poorly absorbed in human skin.

3.3.    The small amount of glyphosate that enters the body is not metabolized but rather excreted rapidly, primarily through the urine.

3.4.    Internal doses of glyphosate measured in humans in the real world are very low, far lower than the relevant safety levels set by regulatory and health organizations.

3.5.    The reliable epidemiology studies examining the purported association between glyphosate and NHL adjust for potential confounders and define exposure levels through intensity-weighting analyses based on use-factors like clothing and manner of application.  AHS (Andreotti 2018), the only study that performs such analysis, shows no statistically significant association between glyphosate and NHL at any level.

3.6.    Mr. Schafer's highest-ever retrospectively calculated single-day internal dose is 0.31 mg and the dose per body weight is 0.0031 mg/kg body weight /day.  This is far lower than EPA's chronic reference dose of 1.0 mg/kg/day and is consistent with the doses recorded in real-world passive dosimetry and biomonitoring studies.  According to Mr. Schafer's testimony regarding his use of glyphosate, he experienced a maximum of 94 days of exposure to glyphosate in his lifetime.  The AHS first quartile of intensity-weighted exposure days (1-598.9 days) shows no statistically significant association between NHL and glyphosate.

1

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

4. **Qualifications**

4.1.    I have a B.A. in Psychobiology from UCLA, M.S. in Environmental and Occupational Health from California State University, Northridge, and M.B.A. from Loyola Marymount University.

4.2.     I am a Certified Industrial Hygienist with more than 40 years of experience in occupational and environmental exposure assessment in a variety of industries. I am a past chair of the Joint Industrial Hygiene Ethics Education Committee and a published author on the topic of ethics for industrial hygienists.  I take seriously the requirements as stated in the American Board of Industrial Hygiene Code of Ethics including following appropriate health and safety procedures in the course of performing professional duties to protect the public from conditions where injury and damage are reasonably foreseeable.

4.3.    I am the Managing Principal of the Phylmar Group.  The firm is comprised of seven client advisors who function as project managers.  Phylmar developed a network of more than 500 affiliates in 50 countries with wide ranging capabilities including industrial hygiene, management systems, training, environmental assessments, and product stewardship.

4.4.    I teach courses in professional ethics and risk communication at the UCLA School of Public Health.

4.5.    I have published several articles in academic and professional journals on occupational and environmental health topics.

4.6.    Prior to founding Phylmar, I held several positions and was ultimately promoted to Principal Industrial Hygienist with Unocal Corporation (1979 – 1989).  I was also a Senior Manager and National Practice Leader for Occupational Health with ENVIRON (now Ramboll) from 1990 – 1997.

4.7.    I have substantial experience performing exposure assessments in the course of my career to a variety of environmental agents including agricultural chemicals, asbestos, metals, petroleum hydrocarbons, monomers, silica, formaldehyde, and mold.

4.8.    I have reviewed various exposure assessments used in litigation for a variety of agents.  I have provided deposition and trial testimony on issues of exposure assessment.

4.9.    Phylmar is being compensated for my services in this matter at my research/document review rate of $410 per hour and $510 per hour for deposition and trial testimony.  I have not provided deposition or trial testimony in the last four years.  My CV is attached in Appendix B.

4.10.   I continue to review materials and documents related to this case and reserve the right to supplement this expert report based on any additional work that I may be asked to do.

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

## 5.  Documents Reviewed

5.1.  As part of my assignment, I have reviewed the materials listed on my documents considered list in Appendix A.

## 6.  Industrial Hygiene

6.1.  Industrial hygiene concerns itself with "protecting and enhancing the health and safety of people at work and in their communities" (American Board of Industrial Hygiene, http://www.abih.org/content/ih-defined).  Industrial Hygienists' goal is the "anticipation, recognition, evaluation and control of hazards."

6.2.  To meet this goal, industrial hygienists must have education, training, and experience that empower them to identify and address various potential and actual hazards, whether those hazards are a result of a physical process (for instance, dust, noise, or repetitive stress exposures) or a chemical process.

6.3.  Industrial hygienists address how people interact with hazards.  For chemical exposures, industrial hygienists consider how the chemical is absorbed, and how the absorbed dose is distributed, metabolized, and excreted by the body.  Once a potential hazard is identified, an industrial hygienist may quantify and/or mitigate the risk.

## 7.  Characteristics of Glyphosate

7.1.  Glyphosate is the active ingredient of Monsanto's Roundup herbicides.  Roundup and other Monsanto glyphosate-based herbicides are mostly used for weed-control for agricultural crops, forestry, and commercial, public, and residential landscaping.  The Monsanto products make use of a glyphosate salt to ensure solubility.  (ATSDR 2020, p. 1).

7.2.  The United States Environmental Protection Agency (EPA) puts glyphosate herbicides in a category known for low acute toxicity, whether by oral, dermal, or inhalation routes of exposure (EPA HHRA 2017, p. 3).

7.3.  Glyphosate is hydrophilic with a water solubility at 25ºC of 12 grams/liter (acid) and 1,050 grams/liter (salt).  In other words, glyphosate is highly soluble in water.  In contrast, it has poor organic solubility.  Glyphosate has a low vapor pressure.  Glyphosate's properties are relevant to understanding how glyphosate behaves in the environment, which, in turn, is relevant to how glyphosate behaves when people come into contact with it.  (ATSDR 2020, p. 158, Table 4-2).

7.4.  In the salt form used in many formulated products, glyphosate's high molecular weight, high water solubility and low solubility in organic substrates, low vapor pressure, and low log-octanol partition coefficient (Log $K_{ow}$) indicate that glyphosate is unlikely to be readily absorbed by the skin (for example, see discussion of the relationship between glyphosate's Log $K_{ow}$ and $K_p$ in Nielsen 2009, p. 322).

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

See below glyphosate's physical and chemical properties (from Table 4-2, ATSDR 2020):

| Table 4-2.  Physical and Chemical Properties of Glyphosate and its Isopropylamine Salt[a] | | |
|---|---|---|
| Property | Glyphosate | Glyphosate isopropylamine salt |
| Molecular weight | 169.1 | 228.2 |
| Color | White | White |
| Physical state | Solid; crystals | Powder |
| Melting point | 230°C (decomposes) | Two stages: 143–164 and 189–223°C |
| Boiling point | No data | Decomposes without boiling |
| Density at 20°C | 1.705 | 1.482 |
| Odor | Odorless | Odorless |
| Odor threshold: | | |
|    Water | No data | No data |
|    Air | No data | No data |
| Solubility: | | |
|    Water at 25°C | 12,000 mg/L 10,500 mg/L (pH 1.9, 20°C) | 1,050,000 mg/L (pH 4.3, 25°C) |
|    Organic solvent(s) | Insoluble in most organic solvents: acetone, ethanol, and xylene | Dichloromethane 184 mg/L at 20°C; methanol 15,880 mg/L at 20°C |
| Dissociation constants: | $pKa_1$ 0.8; $pKa_2$ 3; $pKa_3$ 6; $pKa_4$ 11; $pKa_1^{b}$ <2; $pKa_2^{b}$ 2.6; $pKa_3^{b}$ 5.6; $pKa_4^{b}$ 10.6 | $pKa_1$ 2.18 at 20°C (monophosphate); $pKa_2$ 5.77 at 20°C (carboxylic acid) |
| Partition coefficients: | | |
|    Log $K_{ow}$ | <-3.4 | -5.4 |
|    Log $K_{oc}$ | 3.4–3.7 ($K_{oc}$=2,600–4,900)[c] | No data |
| Vapor pressure at 25°C | $9.8 \times 10^{-8}$ | $1.58 \times 10^{-8}$ |

7.5. Given glyphosate's physical and chemical properties, the primary route of exposure for people mixing or applying glyphosate-based herbicides is dermal. Exposure to glyphosate via inhalation is minimal (Solomon 2020 and EPA OPP Report 2017, p. 15).

## 8.   Human Skin Acts as a Barrier

8.1. Human skin is a barrier system that protects the body from absorbing microorganisms and substances to which people may be exposed while preventing the body from losing water and nutrients (Kielhorn 2006, § 3, p. 10-23).

8.2. Skin is composed of layers.  The epidermis is not vascularized, which means it does not have blood flow.  The outermost layer of the epidermis is the stratum corneum, which protects the body from absorbing water and chemicals dissolved in water, as well as other polar chemicals because it has a lipid-rich matrix. (Kielhorn 2006, p.1; § 3, p. 10-23).

4

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

See a diagram of the skin's layers below:



Figure 1, Kielhorn 2006.

8.3.  Because the stratum corneum has no blood flow, a person who has exposure to a chemical in the stratum corneum will not have that chemical systemically distributed throughout the body unless the chemical passes through the stratum corneum and reaches the dermis, which is vascularized.  (Kielhorn 2006, § 3 and 4, p. 10-32).

8.4.  There are three primary mechanisms by which a chemical can pass through the stratum corneum.  A chemical can undergo transcellular absorption through keratin-laden corneocytes, it can undergo intercellular absorption around the corneocytes and lipid matrix, and it can be absorbed through the hair follicles and sweat glands (because hair follicles or sweat glands make up less than 1% of the skin area, they are not significant to absorption, particularly because sebum excreted by sebaceous glands waterproofs the hair follicles).  (Kielhorn 2006, § 3, p. 10-23).

## 9.  Absorption of Glyphosate in Human Skin

9.1.  Owing to its very low volatility, glyphosate's absorption through inhalation is minimal.  A review of the inhalation data shows that inhaling glyphosate in the air, at the highest concentration measured, creates an internal dose $1.04 \times 10^{-6}$ mg/kg of body mass.  This dose is approximately five orders of magnitude less than the European Food Safety Authority's (EFSA) allowable daily intake limit of 0.5 mg/kg body mass (Solomon 2019, PDF p. 5).  Because inhalation of glyphosate is minimal (EPA OPP 2017, p. 15), the primary route of absorption considered in this analysis was dermal.

5

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

9.2.   The dermal penetration of glyphosate through human skin can be measured by its flux rate, written in terms of milligrams/cubic centimeter/hour (mg/cm$^2$/h) (for example, Davies 2017, § 5.4, p. 24). The flux rate is a product of glyphosate's Kp value and the concentration of glyphosate in the specific solution measured (Kiel 2009, § 13.3.3, p. 111). For this reason, flux will vary across studies—depending on whether the Kp value applies to glyphosate's acid or salt chemical status, as well as on the percent of glyphosate in the solution measured. Regardless of this variance, the measured flux rates in the literature are low, showing there is little dermal absorption (See paragraph 9.6). In the literature, dermal penetration is also reported in terms of percent absorption, i.e., the total percent of the applied glyphosate that ultimately absorbs into the skin (for example, Wester 1991, p. 731, Discussion).

9.3.   When considering glyphosate's absorption through skin over a given period less than 24 hours, flux is a more accurate representation of dermal penetration than percent absorbed (EPA 2007, Dermal Exposure Assessment, p. 19-20), (Keil 2009, § 13.3.3, p, 111-112). For example, the percent absorbed measurement is prone to error during scenarios where the mass of the compound applied exceeds the rate at which the compound can penetrate the skin. In such cases, inputting a constant percent absorbed figure will artificially increase the calculated internal dose. This error is particularly troublesome for hydrophilic compounds like glyphosate. Flux is the more appropriate measurement for substances that have log $K_{ow}$ values less than 3.5 (EPA 2007, Dermal Exposure Assessment, p. 19-20). Glyphosate's log $K_{ow}$ is less than –3.4. (ATSDR 2020, p.158, Table 4-2).

9.4.   The hydrophilic nature of glyphosate (discussed in section 7) suggests that the compound will largely fail to penetrate the stratum corneum's lipid-rich matrix and will not be absorbed into the body, and that flux rate and percent absorption will be low.

9.5.   This is confirmed by *in vitro* studies that have used actual human skin to measure the penetration of glyphosate through the stratum corneum (for example, see Franz 1983, Wester 1991, Nielsen 2007, Nielsen 2009, Ward 2010a, Ward 2010b, Ward 2010c, Smith 2014, Smith 2015, Davies 2015, Davies 2016, Davies 2017).

9.6.   *In vitro* studies in human skin show very low penetration, whether expressed in terms of flux or percent absorbed. For example, Davies 2017 examined flux rates for both a concentrate and ready-to-spray solution (Davies 2017, p. 10 Summary). Both solutions were applied for 6 hours and absorption was measured over a 24-hour period. Tests of the concentrate produced a mean flux of $3.4 \times 10^{-5}$ mg/cm$^2$/h, while tests of the spray dilution produced a mean flux of $2.0 \times 10^{-7}$ mg/cm$^2$/h (Davies 2017, p. 28, Table 1). Similarly, Wester 1991 tested various solutions to determine percent absorption and found results to be low, 2% or below (Wester 91, p. 731, Discussion). Most studies that report percent absorption find figures of 1% or less (see for example, Franz 1983, Nielson 2009, Ward 2010a, Davies 2016).

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

9.7.    In contrast to the *in vitro* human studies discussed above, Van Burgsteden 2003 reports comparatively greater dermal penetration, with percent absorption ranging from 0.5% to as high as 10% (Van Burgsteden 2003, p. 3, Summary).

9.8.    However, the Van Burgsteden study was conducted in rat skin as compared with human skin (Van Burgsteden, p. 2, Summary).  Additionally, the Van Burgsteden authors themselves note that quality control issues in  the study undercut the reliability of the absorption figures they presented (Van Burgsteden, p. 25, Discussion and Conclusion).  For example, the results were highly variable within certain test groups, there were unexplained poor recoveries of the application amounts, and in some cases cumulative absorption was found to decrease with time—a mathematical impossibility that the authors were unable to explain (Van Burgsteden, p. 25, Discussion and Conclusions; p. 19, Results)

9.9.    The effects of surfactants on the absorption of glyphosate were also examined by various *in vitro* studies.  These studies show that the presence of surfactants in Roundup formulations does not greatly increase the extent to which skin absorbs glyphosate (see for example, Franz 1983, Ward 2010a, Ward 2010, Smith 2014, Smith 2015, Davies 2015, Davies 2016, Davies 2017).  Franz 1983 compared a neat glyphosate solution without surfactants to a Roundup concentrate containing surfactants (Franz 1983, p. 1, Formulations; the makeup of MON0139 is reported in Maibach 1983, see "Purpose" and "Methods" sections).  The average flux figures for both solutions were similar ($3.4 \times 10^{-6}$ and $4.7 \times 10^{-6}$ mg/cm$^2$/h for each), showing that the surfactants did not increase the rate at which glyphosate penetrates human skin (Franz 1983, graph at MONGLY00135641).

## 10.    Distribution, Metabolism, and Elimination of Glyphosate from the Body

10.1.    Once glyphosate enters the bloodstream, the distribution metabolism and elimination metabolism are the same regarding method of introduction into the body.  For this reason, we can compare the pharmacokinetics of absorbed glyphosate across studies with varying routes of administration.

10.2.    Glyphosate that enters the bloodstream is distributed throughout the body, though it is not persistent and does not reside in the body for substantial period of time (Wester 1991, p. 731), (McEwen 1991, as reported in BfR 2015, p. 7-11, Table B.6.1-3).

10.3.    Glyphosate does not metabolize well in the body but is instead eliminated largely without metabolization (Ridley 1988, p. 7, Conclusion), (Anadon 2009, p. 94-95, Discussion), (ATSDR 2020, p. 144, § 3.1).

10.4.    Glyphosate is eliminated from the body quickly.  It has a mean half-life in humans of approximately 7 hours (Connolly 2018b, p. 5, Discussion).  It does not persist in the blood or organs.  In Wester 1991, monkeys that had received a topical dose were examined after 7 days and no glyphosate was detected in the spleen, ovaries, kidney, brain, liver, abdominal fat, bone marrow, upper spinal column, or central nervous system (Wester 1991, p. 729).  Similarly, blood

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

measurements in Wester 1991 also produced results either at or near background level.

10.5. Arguments have been made that glyphosate is excreted primarily through the feces as opposed to urine and, as a result, that the biomonitoring data does not capture the majority of applicators' absorbed doses. Proponents of this argument have cited Wester 1991, which examined excretion of glyphosate through topical administration, wherein one group of subject monkeys showed higher elimination via the feces as opposed to the urine.

10.6. However, this result is suspect for several reasons. First, the other group of subject monkeys in the topical application group showed higher elimination through urine. (Wester 1991, p. 729, Table 4). Second, the result is inconsistent with the intravenous dosing studies, which are a more reliable method of testing a substance's elimination from the body and show overwhelming excretion through urine rather than feces (for example, Chan & Mahler 1992, p. 18, Table 3). Consistent with these findings, Wester 1991 study observer Dr. Daniel Bucks reports observing the monkeys having freedom to ingest the glyphosate that was applied to their skin, which from a pharmacokinetics standpoint would explain the otherwise atypical excretion via feces as opposed to urine (Testimony of Daniel Bucks, p. 107-108, 187-194).

## 11.   Passive Dosimetry and Biomonitoring

11.1. The biomonitoring and passive dosimetry studies directly measure or otherwise calculate internal dose (the amount of glyphosate that penetrates the skin into the body) and external exposure (i.e., the amount and location of glyphosate deposited on the surface of the body).

11.2. The passive dosimetry shows that Roundup applicators are primarily exposed on their legs with some exposure on their hands. In a study of nursery workers applying glyphosate primarily with handheld wand sprayers, the vast majority of exposure was to employees' lower legs (76.7%) and thighs (21.5%) (Lavy 1992, p. 9, Table 2).

11.3. In terms of external exposure volume, Edmiston 1995 found that hand wand applicators had an average daily external exposure of 3.1 mg/person (Edmiston 1995, p.10) This study did model an internal dose though no internal doses were actually measured.

11.4. Although people may have skin exposure, biomonitoring has shown that only a fraction of the material deposited on the skin is absorbed as an internal dose and becomes systemically available. Solomon 2019 reviewed the biomonitoring literature on internal dose (published and unpublished studies) for exposed applicators and revealed urine glyphosate concentrations ranging from $1.3 \times 10^{-5}$ to $4.6 \times 10^{-3}$ mg/kg/d (Solomon 2019, Figure 5). The 50th percentile biomonitoring dose was calculted at $2.6 \times 10^{-4}$ mg/kg b.m./d and the 90th percentile level was calculated at $1.4 \times 10^{-3}$ mg/kg b.m./d (Solomon 2019, Figure

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

3).  These values are far less than oral intake levels set for glyphosate by health organizations, for example: EFSI ADI (0.5 mg/kg b.m./d), US EPA chronic RfD (1.0 mg/kg b.m./d), and JMPR/WHO ADI (1.0 mg/kg b.m./d).  This holds true even after converting oral intake levels into their dermal equivalents.

11.5.   The Farm Family Exposure Study evaluated urinary glyphosate concentrations among farmers, their spouses, and children (Acquavella 2004).  The highest systemic dose in farmer-applicators was 0.004 mg/kg.  Maximum systemic dose estimates for spouses and their children were 0.00004 mg/kg and 0.0008 mg/kg, respectively.

11.6.   In one particular biomonitoring analysis, Bleeke 2007, glyphosate doses were measured for different tasks.  For example, one group, of backpack applicators, used 4 to 7 separate loads of spray solution containing 0.65-1.52 kg glyphosate acid and treated 0.44 to 1.16 hectares.  Another group of applicators used handheld ("PURO") devices sprayed 0.86 to 2.25 kg of glyphosate acid and treated 0.31 to 0.89 hectares.  A group of mixer/loaders experienced exposure for 25 to 58 minutes.  Each day for five days, urine was collected from the workers—starting the day before exposure and continuing for three days after.  Glyphosate levels ranged from less than the study's method limit of detection (0.7 µg/L) to 119 µg/L.  (Bleeke 2007, p. 10 Summary).

Below is the table provided in Bleeke showing the median and range of the systemic doses for the study's four types of exposed worker:

| Operator Type | Systemic Dose (mg glyphosate acid/kg body weight) | |
|---|---|---|
| | Median | Range |
| Back Pack Mixer/Loader | $5.95 \times 10^{-5}$ | $1.30 \times 10^{-5}$ - $2.07 \times 10^{-3}$ |
| Back Pack Applicator | $2.88 \times 10^{-4}$ | $6.59 \times 10^{-5}$ - $8.48 \times 10^{-4}$ |
| PURO Unshielded Applicator | $5.14 \times 10^{-4}$ | $1.15 \times 10^{-4}$ - $1.72 \times 10^{-3}$ |
| PURO Shielded Applicator | $2.12 \times 10^{-4}$ | $5.21 \times 10^{-5}$ – $1.37 \times 10^{-3}$ |

11.7.   A biomonitoring study designed to measure doses from occupational exposure in amenity horticulturists, through a variety of application techniques, found that the adjusted (post – pre samples) arithmetic mean value was 0.64 µgL$^{-1}$ (Connolly 2017, p. 5, Table 3).

11.8.   A biomonitoring study designed to simulate the exposure scenario experienced by home applicators found low absorbed doses (Pierce 2020).  The study standardized the mixing and application procedure with continuous application over a fixed duration, during which a fixed volume of a single type of glyphosate-containing herbicide with a known concentration was used (Pierce 2020, p. 355-56).  For the dermal absorption component of the study, the subjects applied glyphosate from backpack sprayers for 100 minutes wearing t-shirts, shorts, half-

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

face respirators, and athletic shoes.  Urine samples were collected 3, 6, 12, 24, and 36 hours after the application period and analyzed for glyphosate using high-performance liquid chromatography.  Kougias 2020 reports the results of Pierce in terms of mg/kg-body mass (Kougias 2020, p. 8-9).  Mean internal dose for the dermal absorption subjects was 0.001 mg/kg-body mass.  The Kougias authors combined the maximum dermal dose with the maximum dose from an inhalation study wing and found this combined dose to be 0.004 mg/kg-body mass.  The results of Pierce are consistent with previous studies, showing that glyphosate is quickly eliminated from the body, typically within 24 hours following application. The Pierce authors note that the average doses measured over 24 hours were generally lower than the doses reported in studies of occupational applicators (Pierce 2020, p.360).  This is despite the fact that certain features in the study had the potential to over-estimate dose beyond what a typical residential exposure might experience, specifically the high duration and volume of application.

11.9.   The wearing of clothing and personal protective equipment (e.g., gloves) will reduce exposure to chemical agents.  The following table provides the range of exposure reduction efficiencies for different Personal Protective Equipment (PPE) categories (Oltmanns 2016, p. 34, selection from Table 4.6):

| PPE Type | Average exposure reduction (%) | Minimum exposure reduction (%) | Maximum exposure reductions (%) |
|---|---|---|---|
| Apron | 50.9 | 0.0 | 87.6 |
| Barrier cream | 63.7 | 40.0 | 82.9 |
| Boots | 64.0 | 64.0 | 64.0 |
| Gloves | 84.1 | 4.4 | 100.0 |
| Hazmat Suit | 90.2 | 81.7 | 98.6 |
| Hood | 71.3 | 40.0 | 98.4 |
| Mixed Equipment | 70.9 | 8.7 | 100.0 |
| Normal clothing | 70.5 | 4.0 | 97.7 |
| Overall/coverall | 90.1 | 33.4 | 99.8 |

11.10.  Espanhol-Soares 2013 examined the protectiveness of clothing in relation to glyphosate over time.  The study authors looked at two different types of outfits, clothing made from pure cotton and clothing made from a cotton-polyester mix, both of which consisted of long pants, long-sleeved shirts, and a hooded head covering.  After 30 washes there was little decline in protectiveness and mean protection values were 94% for the pure cotton and 94.3% for the cotton polyester mix.  (Espanhol-Soares 2013, p.1043, 1050-1051).

## 12.    Epidemiology of Glyphosate-Based Herbicides and NHL

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

12.1.   The Agricultural Health Study (AHS) examined the purported association between exposure to glyphosate-based herbicides and development of non-Hodgkin lymphoma (NHL).  AHS collected data on the pesticide use of more than 50,000 farmers, of whom 80% used glyphosate-based herbicides.  The study found no association between exposure to glyphosate-based herbicides and NHL (Andreotti 2018, p. 509).

12.2.   AHS has significant methodological strengths over other epidemiology studies that have evaluated exposure to glyphosate-based herbicides and incidence of NHL.  First, it is the largest such study—examining 44,932 glyphosate applicators—which gives it more statistical power (Andreotti 2018, p. 509). Second, it is a cohort study as opposed to a case-control study and is less susceptible to the biases to which case controls fall prey, such as recall and selection bias (Andreotti 2018, p. 515).  Third, the study adjusted for potential confounders, i.e., other exposures or health factors that could be associated with NHL (Andreotti 2018, p. 510).

12.3.   Eriksson 2008 and McDuffie 2001 are two studies that plaintiffs' experts in the litigation have purported to show an association between glyphosate and NHL. Unlike AHS, Eriksson 2008 and McDuffie 2001 present several methodological shortcomings making the studies less reliable in analyzing that purported association.  First, these two studies have far fewer subjects than AHS, making them statistically weaker.  Second, because the two studies are case-control studies—as opposed to AHS which is a cohort study—they are susceptible to various biases including recall bias among study participants and selection bias among study authors (Crump 2019, p. 8).  Third unlike AHS, these two studies failed to control for other pesticide exposures in their exposure day analysis (Eriksson 2008, Table 2, p. 1659), (McDuffie, 2001, Table 8. p. 1161).

12.4.   Another shortcoming in Eriksson 2008 and McDuffie 2001 is the relatively crude metrics through which they analyze their subjects' exposure to glyphosate and consequently, the purported association between glyphosate and NHL.  Eriksson 2008 and McDuffie 2001 present exposure in terms of the binary ever/never metric, as well as the metrics of lifetime exposure days and yearly exposure days (Eriksson 2008, p. 1659) (McDuffie 2001, p. 1161).  But the ever/never metric and exposure days threshold are not as strong a proxy for dose-metrics as the intensity-weighting metric used in Andreotti 2018 (see below).  Glyphosate applicators with the same number of exposure days can experience vastly different exposure scenarios affecting body burdens (in terms of mg/kg/body mass) owing to different application methods, times, and apparel used during applications. All of which will contribute to widely varying internal doses.

12.5.   In contrast to crude exposure days, AHS provides an intensity weighting-analysis that considers factors such as PPE/clothing and method of application.  This analysis is based on the peer-reviewed method of Dosemeci 2002 and Coble 2011.  When comparing an individual's calculated dose to the epidemiological literature, AHS' intensity-weighting adjustments offer a much more accurate

11

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

comparison than the yearly or lifetime days discussed in Eriksson and McDuffie. At any exposure level, AHS' intensity-weighting analysis shows no statistically significant association between glyphosate-based herbicides and NHL.  (Andreotti 2018, p. 509, 510) (Dosemeci 2002; Coble 2011).

12.6.    Zhang 2019 presents a meta-analysis of two publications from a cohort study (Andreotti 2018, De Roos 2005) and five case-control studies (Orsi 2009, Eriksson 2008, Hardell 2008, De Roos 2003, and McDuffie 2001).  Zhang reports a statistically significant increased risk of NHL (between 40 and 60%) after high cumulative glyphosate exposure.  (Zhang 2019, p. 196).  However, Zhang is not a reliable meta-analysis of the studies examining the purported association between glyphosate and NHL for several reasons.  First, the EPA has criticized Zhang for not using a random effect model when incorporating AHS into its meta-analysis.  EPA conducted its own meta-analysis of the studies reviewed in Zhang and determined that the results were not statistically significant.  (EPA, *Epidemiology Review of Zhang 2020*, p. 12-13).  Second, Zhang considers only the highest exposure groups in each study (Zhang, p. 186).  The authors justify this choice based on their *a priori* hypothesis that the highest exposures will lead to increased risk of NHL (Zhang, p. 188).  But this hypothesis is not supported by Andreotti 2018 (EPA 2020, p. 13).  And, the practical effect of considering only the highest exposure groups is to disproportionately exclude data from the strongest study—Andreotti—while at the same time over including data from the smaller studies with less statistical power.  Third, Zhang does not address how it controlled for the problem of heterogeneity among the various studies in its meta-analysis.  Zhang does not explain how it ensured that the differences between these studies' designs and their widely varying definitions of "highest exposure group" were adjusted in Zhang's attempt to model the studies' combined data.  This failure to explain renders Zhang's conclusions suspect because the underlying studies' designs and definitions of "highest exposure" are so different and because the model seems to discard a disproportionate amount of data from what Zhang acknowledges is one of the more significant studies.

12.7.    Donato 2020 is another meta-analysis that examined data from six underlying studies, similar to Zhang but found no association between glyphosate and NHL and does not suffer from Zhang's methodological shortcomings.  Using a random-effects method, the authors found no overall evidence for increased risk of NHL.  (Donato 2020, p. 67, 63).  Donato also examined dose-response associations available from three studies reporting this (Andreotti 2018, Eriksson 2008, and McDuffie 2001).  A meta-analysis of the results for the highest exposure category in each study did not show a statistically significant association between glyphosate and NHL.  (Donato 2020, p. 66).  Donato conducted, as well, a meta-analysis on three NHL sub-types—DLBCL, follicular lymphoma, and chronic lymphocytic leukemia—finding no statistically significant association.  (Donato 2020, p. 66, 68).  Unlike Zhang, who failed to incorporate the majority of the Andreotti data, Donato incorporated all of the Andreotti data.

12.8.  Kabat 2021 conducted a sensitivity analysis of Zhang, including all of the data from Andreotti 2018, and found the results are highly dependent on assumptions of exposure level and latency period.  The Kabat authors remark that this dependency, plus the bias inherent in case control studies, undermine the reliability of meta-analyses—such at Zhang—that attempt to mix results from both cohort and case control primary studies.  Kabat concludes that Andreotti provides the most reliable epidemiological data regarding the relationship between NHL and glyphosate.  (Kabat 2021, p.1, 3-5)

## 13.  Plaintiff's Alleged Usage of Roundup Based on Deposition and Plaintiff Fact Sheet

13.1.  General Habits
- Plaintiff wore jeans and sneakers when applying Roundup.  No testimony was found pertaining to other clothing worn.  Plaintiff did not use other personal protective equipment until he started wearing rubber gloves in 2015 or 2016 (Dep. 183; 195-96).  Dr. Sawyer's statement that plaintiff wore sandals and shorts contradicts the plaintiff's sworn testimony (Sawyer Schafer Report, p. 22).
- Plaintiff did not mix Roundup but only used the premix products (Dep. 153).
- Plaintiff does not recall Roundup ever coming into direct contact with his skin either from spray drift or a spill (Dep. 205).

13.2.  3908 N. Grant Street, Westmont, IL 60559
- Applied from 1984 to 1987 (Dep. 153; Plaintiff Fact Sheet 9)
- Applied 3 times per year for 1.5 to 2 hours (Dep. 156 and 174).
- Plaintiff's testimony is consistent with using a Roundup Ready-To-Use product with 0.96% glyphosate (Dep. 153).

13.3.  3424 West Cooper Dr., Flagstaff, AZ 86001
- Applied from 1987 to 1998 (Dep. 165; Plaintiff Fact Sheet 9)
- Applied 2 times per year and time was not specified.  Based on volume of Roundup purchased, I assume event exposure time for this property was less than at the highest exposure property. (Dep. 190).  Assume 2 hours of exposure per event.
- Plaintiff's testimony is consistent with using a Roundup Ready-To-Use product with 0.96% glyphosate (Dep 165).

13.4.  44335 Foxton Ave., Lancaster, CA 93535
- Applied from 1989 to ~1992 (Dep. 33)
- Plaintiff did not specify an application time or frequency for this address.  Based on volume of Roundup purchased, I assume frequency and event exposure time for this property was less than the property with the greatest usage. (Dep. 190).  Assume two applications a year for two hours of exposure per event.

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

- Plaintiff's did not state product used at this address, but testimony is consistent with using a Roundup Ready-To-Use product with 0.96% glyphosate (Dep 182).

13.5.   8141 S. D-14. Lancaster, CA 93536
- Applied from ~1992 to 1999 (Dep. 33-34)
- Applied 2 times per year for 2.5 to 3 hours and separate occasional spot spraying (Dep 186-188).
- Plaintiff's did not state product used at this address, but testimony is consistent with using a Roundup Ready-To-Use product with 0.96% glyphosate (Dep 182).

13.6.   6546 High Bluff Way, Lancaster, CA 93536
- Applied from 1999 to 2006, 2010 to 2011 (Dep 189)
- Plaintiff did not specify an application time or frequency for this address. Based on volume of Roundup purchased, I assume frequency and event exposure time for this property was less than the property with the greatest usage. (Dep. 190). Assume two applications a year for two hours of exposure per event.
- Plaintiff used Roundup Weed and Grass Killer with 0.96 glyphosate from 1999-2002 and after 2002 glyphosate concentration was 2% (Dep. 181-82).

13.7.   275 East Walnut, Roseville, IL 61473
- Applied from 2012 to 2018 (Plaintiff Fact Sheet 10)
- Applied 2 times per year for 3-4 hours per application as well as separate and occasional spot spraying events. (Dep. 194). Assume 4 hours of exposure per application event.
- Plaintiff used Roundup Grass and Weed Killer Ready-to-Use Extended Control with a glyphosate concentration of 1% and Roundup Ready-to-Use Weed and Grass Killer III with a glyphosate concentration of 2% (Dep. 164; 193; Exhibit 8A)

## 14.   Dose Calculation Method

14.1.   The skin consists of the outer stratum corneum, the viable epidermal and the vascular dermis. The stratum corneum is an extremely thin layer of flat and dead keratinized skin cells in lipid matrix. In healthy skin, stratum corneum provides an effective barrier to some foreign agents such as bacteria and helps them maintain the body's water balance and temperature . In certain cases, the stratum corneum may also reduce or delay the absorption of chemicals through the intact skin .

14.2.   Many factors affect absorption into the skin, including physiochemical properties of the compound, skin age, skin condition, anatomical location of the contact, skin temperature, and hydration.

14.3.   The model used to estimate the plaintiff's absorbed dose from dermal contact for each event ($DA_{event}$) is based on Fick's law of diffusion describing the

concentration of a chemical within the skin as a function of both the distance traveled into the skin and time (AIHA 2009). Fick's law is used here to predict the rate chemicals are absorbed by the stratum corneum under steady state conditions. This model assumes infinite dosing meaning that direct dermal exposure occurred throughout the application period. The assumptions of infinite dosing and uniform deposition lead to an overestimation in the internal dose.

14.4. For compounds with a log $K_{ow}$ of less than 3.5, EPA recommends using flux rather than percent absorbed when calculating dermal absorption owing to the loading effect (EPA 2007).

14.5. In its simplest form, if the concentration remains steady, the permeability coefficient $k_p$, is essentially the speed at which a chemical diffuses through the skin with the units of cm/hr (Nielson 2009). The flux of a chemical is then the permeability coefficient multiplied by the concentration of the chemical on the surface of the skin, a result of Fick's law of diffusion.

14.6. The dermal absorbed dose is the estimated amount of glyphosate that enters body during an application. The dermal absorbed dose rate per event, in milligrams/event, is equal to the flux of the chemical ($\mu g/cm^2/hour$) times the surface area of the skin ($cm^2$) times duration of the event, $t_{(event)}$ in hours/event (the event includes the time until washing of the skin).

14.7. I assign a clothing protection factor that reduces the amount of dermal contact, based on the plaintiff's stated attire during application and data found in the passive dosimetry literature (Cowell 1990; Levy 1992; Espanhol-Soares 2013).

14.8. The affected skin area is derived from the EPA Exposure Factors Handbook, chapter 7, Table 7-2, Recommended Values for Surface Area of Body Parts (2011).

## 15.   Calculating Plaintiff's Internal Glyphosate Dose

15.1. Applying the evidence regarding Plaintiff's glyphosate application habits to the above dose calculation method, I determined Plaintiffs highest single-day internal dose of glyphosate to be 0.31 mg and 0.0031 mg/kg-body weight (see Appendix C – Dose Calculation)

15.2. The exposure scenario chosen for this calculation was Plaintiff's application at 275 East Walnut, Roseville, IL. This address had the highest potential for exposure based on Mr. Schafer's testimony regarding application times and other factors for all properties. Mr. Schafer stated a maximum application duration at the 0.63 acre East Walnut property of three to four hours (Dep. 194). This four-hour application time is greater than any application time Mr. Schafer specified for any of the other addresses.

15.3. At this address, the highest percent glyphosate product the plaintiff testified using was Roundup Weed and Grass Killer III (Dep. 164; 193; Exhibit 8A). Based on the chemical properties of this product provided by its label and the product's 2% glyphosate by weight, the glyphosate concentration of Plaintiff's spray solution

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

was determined to be 20.5 mg/cm$^3$.  Using glyphosate's Kp of 5.93-6 cm/hour (Nielson), the flux of this solution was determined to be 2.21e-4 mg/cm$^2$/hour.

15.4.   I assumed the following effective surface skin area (cm$^2$) for Plaintiff's exposure taking into consideration the clothing type and deposition rates from the biomonitoring literature (Lavy, 1992): Hands, 131; Legs, 423.5; Feet, 80.5; Total, 635.  To obtain these measurements, I made the following calculations:

- Plaintiff weighed 217 pounds (98.4 kg) (Medical Records of John Schafer).  His weight was in the 72nd percentile for males. Because of this percentile, the 95th percentile for skin area was selected based on EPA's 2011 Exposure Factor Handbook.  This is an overestimation of his skin area.  I did not include figures for the head, trunk, or arms because dermal exposure data indicates that virtually all glyphosate deposition occurs on the legs and feet (e.g., Lavy, 1992).  I included only 10% hand area under the assumption that skin contact if any would be limited to the trigger finger.  In Mr. Schafer's case this likely considerably over-estimates hand contact due to his testimony that he does not recall direct exposure to Roundup on his skin and at times used a wand (Dep. 163, 205).  I included 50% of surface area for feet and legs to account for the impermeability of leather/rubber soles and the fact that the rear leg area receives negligible exposure for pedestrian applicators (Machado-Neto, p. 313).  EPA's 95th percentile surface areas (cm2) in adult men for these full body parts are: Hands, 1,310; Legs, 8,470; and Feet, 1,610.
- I applied a clothing protection factor that fit the Plaintiff's typical clothing worn during application.  For this clothing protection factor I assumed no protection for uncovered hands and 90% protection for all covered body parts, which included legs and feet. This protection level is derived from the average protection offered by cotton and polyester clothing in both field and laboratory studies (Espanol-Soares, p.1050, Tables 4-5).

15.5.   Plaintiff's highest single-day internal glyphosate dose—based on a 4 hour day of spraying—is 0.31 mg and 0.0031 mg/kg-body weight, which is consistent with the internal doses of a wide range of applicators estimated in the passive dosimetry studies and actually measured in the biomonitoring studies.  The fact that plaintiff's highest ever internal dose is less than the EPA's daily reference dose of 1.0 mg/kg-body weight/day is consistent with the fact that the 90th percentile of internal doses measured in the biomonitoring studies falls below this figure (Solomon 2016, Supp. p. 6, Supp. Table 2).

## 16.   Response to Dr. Sawyer's report

16.1.   Dr. Sawyer's opinions in this case have methodological errors.

16.2.   For example, Dr. Sawyer conflates exposure and internal dose.  He uses plaintiffs' "exposure-days" as a "dose-metric"—i.e., an attempted proxy for the actual glyphosate dose (in mg/kg-body mass)—to determine the risk of health effects

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

(Sawyer Schafer Report, p. 39).  Under this method, Dr. Sawyer has sought to extrapolate the increased cancer risk plaintiff allegedly faces from glyphosate by comparing plaintiff's "exposure-days" to those of subjects in the epidemiology literature.  To make this comparison, Dr. Sawyer relies on the lifetime and yearly days of use analysis in Eriksson 2008 and McDuffie 2001.

16.3.   Dr. Sawyer's "exposure-days" method fails for two reasons.  First, by relying on Eriksson 2008 and McDuffie 2001 it falls prey to those studies' methodological shortcomings such as susceptibility to different biases (for full discussion, see section 12).  Second, "exposure-days" are simply not a "dose-metric" sufficient to evaluate risk.  "Exposure-days" are arbitrary because they are values that can be modified to either increase or decrease the strength of an association.  Further, even individuals with the same number of "exposure-days" can experience vastly different internal doses due to different application techniques.  Instead, when comparing an individual's exposure to the epidemiology data it is more accurate to rely on the peer-approved intensity weighting analysis in AHS, which considers PPE and application techniques.

16.4.   Dr. Sawyer argues that Wester 1991 shows glyphosate is excreted primarily through feces as opposed to urine and, as a result, that the human urinalysis biomonitoring data fails to capture the majority of the systemically available glyphosate dose absorbed by applicators (Sawyer Schafer Report, p. 127).  As discussed in section 10, the high fecal elimination in one group of Wester 1991's subject monkeys is the result of the monkeys' unintended *oral ingestion* of glyphosate, not the *dermal absorption* at issue in this case (Testimony of Daniel Bucks, p. 107-108, 187-194).  Any orally absorbed glyphosate would pass through the body confined to the digestive system (i.e., not systemically available) and leave via feces.  In contrast, dermally absorbed glyphosate does circulate systemically but is quickly evacuated via the urine.  Intravenous dosing studies confirm that the vast majority of glyphosate that become systemically available (such as through *dermal* absorption) is excreted in urine not feces (for example, see Chan & Mahler 1992, p. 18, Table 3).  Thus, the human urinalysis biomonitoring studies capture virtually all of the systemically absorbed glyphosate present in the volunteers.

16.5.   Similarly, Dr. Sawyer has argued that two recent human glyphosate feeding urinalysis studies (Zoller 2020, Faniband 2020) confirm his view that glyphosate is primarily excreted in the feces, not urine, because these studies found only 1 to 6% of ingested doses evacuated in the urine (Sawyer Schafer Report, p. 101–04).  However, again, these studies examined *oral ingestion* not *dermal absorption*.  The glyphosate pharmacokinetic studies confirm that virtually all dermally absorbed glyphosate is evacuated in the urine (Wester 1991, Chan & Mahler 1992).  Zoller and Faniband do not provide evidence that the human urinalysis biomonitoring studies failed to fully capture the limited systemic glyphosate doses the volunteers received.

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

16.6.   Dr. Sawyer suggests that the presence of surfactants in Roundup formulations might increase the ability of glyphosate to penetrate the surface of human skin (Sawyer Schafer Report, p. 138, 159).  Roundup has surfactants because they are primarily meant to help glyphosate spread on the surface of target plants (ATSDR, p. 1).  In composition, surfactants are similar to common dish soap and do not damage the skin sufficiently to appreciably increase the absorption of glyphosate into the body.  The scientific literature confirms this.  The human *in vitro* dermal penetration studies report similar fluxes or percent absorption figures regardless of whether the tested skin sample is subjected to neat glyphosate (lacking surfactants) or the Roundup formulations that contain surfactants see for example, Ward 2010a, Ward 2010, Smith 2014, Smith 2015, Davies 2015, Davies 2016, Davies 2017).  Further, Franz 1983 specifically compared a neat glyphosate solution without surfactants to a Roundup concentrate containing surfactants and found that the average flux figures for both solutions were similar ($3.4 \times 10^{-6}$ and $4.7 \times 10^{-6}$ mg/cm$^2$/h for each, Graph at MONGLY00135641).

16.7.   Dr. Sawyer has argued that various methods in the Monsanto-sponsored "DTL" studies (Davies, Smith, and Ward) are unsound and that the results are not valid (for example Sawyer Schafer Report, p.138, 142).  However, the DTL studies comply with GLP guidelines and the dermal penetration data is consistent with the rest of the human *in vitro* literature, generally showing that less than 1% of the applied glyphosate penetrates the skin and in no instance higher than 2% (see section 9).

16.8.   Instead of these <u>human</u> *in vitro* studies, Dr. Sawyer seems to rely primarily on a single <u>rodent</u> *in vitro* study, Van Burgsteden 2003 (Sawyer Schafer Report, p.54).  But, as noted in section 9, the Van Burgsteden authors themselves note that features of the study render the results unreliable (e.g., extremely variable results within certain test groups, unexplained poor recoveries of the application amounts, and damage to the subject skin samples).

16.9.   Dr. Sawyer argues that glyphosate persists in the body and that reservoirs of glyphosate accumulates in the stratum corneum and bone (Sawyer Schafer Report, p. 98, 134).  The pharmacokinetics literature shows that, of the small amount of glyphosate absorbed into the body, the vast majority is eliminated without metabolization (Ridley 1988, p. 7, Conclusions), does not persist in the blood or organs (Wester 1991, p. 729), and that it has a half-life of approximately 7 hours (Connolly 2018b, p. 5, Discussion).  Wester 1991 looked specifically at the ability of glyphosate to bind to the stratum corneum and found that it does not bind (Wester 1991, p. 728, Table 2).  While certain studies show slower elimination from bone—largely due to bone's limited vascularization—McEwen 1995 looked specifically at bone *marrow* and found that the presence of glyphosate to be insignificant, either at or less than the limit of detection for the study (McEwen 1995, p. 7-11, Table B.6.1-3, Ridley 1988, p.2).  Wester 1991 also found no presence of glyphosate in bone marrow (Wester 1991, p. 728).

Mark Katchen, CIH, FAIHA – Expert Report for John Schafer

16.10. Dr. Sawyer discusses the carcinogenic potential of various manufacturing impurities reportedly found in Roundup products (e.g., formaldehyde and ethylene oxide) (Sawyer Schafer Report, p. 59, 61). However, these impurities are regulated and do not represent an appreciable health risk via Roundup-products (see EPA RED 1993). Further, Dr. Sawyer never presents a true risk assessment for these chemicals because he does not evaluate the dose levels humans experience via their exposure to Roundup. The California Office of Environmental Health Hazard Assessment (OEHHA) performed a quantitative analysis to determine how much exposure to glyphosate the average homeowner would receive from typical use of the product in their yard or garden (Cal/OEHHA, December 2019). OEHHA lifetime daily dose estimates for the concentrate and dilute products were 81.92 μg per day and 2.78 μg per day, respectively. These dose estimates are far less than the "safe harbor" no significant risk level calculated for glyphosate pursuant to California Code of Regulations, Title 27, Sections 25705 of 1,100 micrograms per day. Therefore, these exposures do not represent a significant cancer risk.

16.11. In prior Roundup cases, Dr. Sawyer has applied the UK POEM method to retrospectively calculate plaintiffs' doses (for example, see Dr. Sawyer's report for plaintiffs Alva and Alberta Pilliod). However, the UK POEM is less reliable than the AIHA model because it estimates doses that are far higher than any dose measured in the real-world through the biomonitoring studies. The point of modeling is to as closely as possible estimate the range of real world exposure scenarios. For example, in the Pilliod case, Dr. Sawyer used UK POEM to calculate Mr. Pilliod's high dose of 0.14 mg/kg-bm (Sawyer, Pilliod Report, p.16). But this dose is more than an order of magnitude higher than the highest occupational dose ever recorded in the biomonitoring literature (0.004 mg/kg-bm, Acquavella 2004, p. 324).

16.12. UK POEM's over-estimation of internal dose is based on several methodological features. For example, UK POEM relies on a percent absorbed input instead of a flux input, which will overestimate absorption of a chemical in situations where the exposure mass exceeds the rate at which a chemical can be absorbed—such as in the case of glyphosate (see the discussion in section 9.3 of this report). The model essentially assumes immediate absorption.

Mark Katchen, CIH, FAIHA
2/12/2021

19

# Appendix A

## Mark Katchen's Materials Considered List (*Schafer v. Monsanto Co.*)

1. Abdelghani, A., *Assessment of the Exposure of Workers Applying Herbicide Mixtures (2,4-D + Roundup, Garlon-3A + Roundup), Toxicity and Fate of These Mixtures in the Environment* (June 30, 1995).

2. Acquavella, J. et al., *Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study*, 112 Envtl. Health Persp. 321 (2004).

3. Anadon, A., *Toxicokinetics of Glyphosate and its Metabolite Aminometyhl Phosphonic Acid in Rats*, 190 Toxicology Letters 91 (2009).

4. Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110 J. Nat'l Cancer Inst. 509 (2018).

5. Andreotti, G. et al., *Response to Sheppard and Shaffer*, 111 J. Nat'l Cancer Inst. 216 (2019).

6. APVMA (Australian Pesticides and Veterinary Medicines Authority), *Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian Government (2016).

7. ATSDR (Agency for Toxic Substances and Disease Registry), *Toxicological Profile for Glyphosate – Draft for Public Comment*, US Dep't of Health and Human Services (Mar. 2019).

8. Babu, R. et al., *The Influence of Various Methods of Cold Storage of Skin on the Permeation of Melatonin and Nimesulide*, 86 J. Controlled Release 49 (2003).

9. Benson, B., *21-Day Dermal Toxicity Study in Rabbits* (Mar. 10, 1982) [MONGLY02020607 – MONGLY02020798].

10. BfR (Bundesinstitut für Risikobewertung), *Assessment of IARC Monographies Volume 112 (2015); Glyphosate, Renewal Assessment Report: Glyphosate Addendum I to RAR* (2015).

11. BfR Press Release, *Glyphosate assessment: BfR rejects plagiarism accusations* (Sept. 20, 2017).

12. BfR, *Toxicology and Metabolism, Renewal Assessment Report: Glyphosate*, Volume 3 Annex B.6 (2015).

13. Bleeke, M., *MON 78294: An Applicator Exposure Study Conducted in Spain (Autumn 2005) Using Biomonitoring*, Charles River Laboratories (Oct. 11, 2007) [MONGLY00668430 – MONGLY00668967].

14. Brewster, D. et al., *Metabolism of Glyphosate in Sprague-Dawley Rats: Tissue Distribution, Identification, and Quantitation of Glyphosate-Derived Materials following a Single Oral Dose*, 17 Fundamental and Applied Toxicology 43 (1991).

15. BROWSE, *Bystanders, Residents, Operators and Workers Exposure Models for Plant Protection Products* (2013).

16. Chan, P. & J. Mahler, *NTP Technical Report on Toxicity Studies of Glyphosate Administered in Dosed Feed to F344/N Rats and B6C3F Mice*, US Dep't of Health and Human Services, Public Health Service, Nat'l Inst. of Health (July 1992).

1

17. Coble, J. et al., *An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the  Agricultural Health Study*, 8 Int'l J. Envtl. Res. & Pub. Health 4608 (2011).

18. Colvin, J., *Final Report on CP 67573 Residue and Metabolism: The Dynamics of Accumulation and Depletion of Orally Ingested N-Phosphonomethylglycine-14C*, Monsanto Company (Sept.-Oct., 1973) [MONGLY00432084 – MONGLY00432090].

19. Connolly, A. et al., *Characterising Glyphosate Exposures among Amenity Horticulturists Using Multiple Spot Urine Samples*, 221 Int'l J. Hygiene & Envtl. Health 1012 (2018).

20. Connolly, A. et al., *Evaluating Glyphosate Exposure Routes and Their Contribution to Total Body Burden: A Study among Amenity Horticulturalists*, 63(2) Annals of Work Exposures and Health 133 (2019).

21. Connolly, A. et al., *Exploring the Half-Life of Glyphosate in Human Urine Samples*, 222(2) Int'l J. Hygiene & Envtl. Health 205 (2018).

22. Connolly, A. et al., *Exposure Assessment Using Human Biomonitoring for Glyphosate and Fluroxypyr Users in Amenity Horticulture*, 220 Int'l J. Hygiene & Envtl. Health 1064 (2017).

23. Connolly, A. et al., *Glyphosate in Irish Adults-A Pilot Study in 2017*, 165 Int'l J. Hygiene & Envtl. Health 235 (2017).

24. Connolly, A. et al., *Sensitive and Selective Quantification of Glyphosate and Aminomethylphosphonic Acid (AMPA) in Urine of the General Population by Gas Chromatography Tandem Mass Spectrometry*, 1158 J. Chromatography B 122348 (2020).

25. Cowell, J. & J. Steinmetz, *Assessment of Forest Worker Exposures to Glyphosate during Backpack Foliar Applications of Roundup® Herbicide* (Mar. 1990) [MONGLY00155787 – MONGLY00155805].

26. Cowell, J. & J. Steinmetz, *Assessment of Forestry Nursery Workers Exposure to Glyphosate during Normal Operations* (Feb. 1990) [MONGLY00155594 – MONGLY00155613].

27. Crump, K., *The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate*, 40(4) Risk Analysis 696 (2019).

28. Curwin, B. et al., *Urinary and Hand Wipe Pesticide Levels among Farmers and Non-Farmers in Iowa*, 15 J. Exposure Analysis & Envtl. Epidemiology 500 (2005).

29. Curwin, B. et al., *Urinary Pesticide Concentrations Among Children, Mothers and Fathers Living in Farm and Non-Farm Households in Iowa*, 51 Annals of Occupational Hygiene 53 (2007).

30. Davies, D., *360 g/L Glyphosate SL Formulation (MON 76879) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Aug. 8, 2017) [MONGLY08731728 – MONGLY08731783].

31. Davies, D., *500 g/L Glyphosate SL Formulation (MON 76952) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Aug. 2, 2016) [MONGLY08731670 – MONGLY08731727].

32.  Davies, D., *7.2g/L Glyphosate Gel Formulation (MON 76258) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Apr. 27, 2015) [MONGLY08731571 – MONGLY08731681].

33.  Davies, D., *72g/L Glyphosate Gel Formulation (MON 76829) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Apr. 16, 2015) [MONGLY08731524 – MONGLY08731570].

34.  Declaration of Martha Sandy, Ph.D., in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment, *National Ass'n of Wheat Growers v. Xavier Becerra*, No. 2:17-cv-02401 (E.D. Cal. Dec. 11, 2019), ECF No. 127.

35.  Deposition of Daniel Bucks, Ph.D., *Winston v. Monsanto Co.*, No. 1822-CC00515 (Mo. Cir. Ct. St. Louis City Sept. 17, 2019) (only pages 107-108, 187-194).

36.  Deposition of Helen Schafer, *Schafer v. Monsanto Co.*, No. 3:19-cv-02169 (N.D. Cal. Dec. 16, 2019) (with exhibits).

37.  Deposition of John Schafer, *Schafer v. Monsanto Co.*, No. 3:19-cv-02169 (N.D. Cal. Dec. 16, 2019) (with exhibits).

38.  Deposition of Stephen Petty, *Winston v. Monsanto Co.*, No. 1822-CC0515 (Mo. Cir. Ct. St. Louis City Aug. 27-28, 2019).

39.  Deposition of Stephen Petty, *Winston v. Monsanto Co.*, No. 1822-CC0515 (Mo. Cir. Ct. St. Louis City July 9-11, 2019).

40.  Deposition of William Sawyer, *Bognar v. Monsanto Co.*, No. 18SL-CC02199 (Mo. Cir. Ct. St. Louis Cty. Jan, 10, 2020).

41.  Deposition of William Sawyer, *Kane v. Monsanto Co.*, No. 1622-CC10172 (Mo. Cir. Ct. St. Louis City Jan. 11-12, 2020).

42.  Deposition of William Sawyer, Ph.D., *Cazier v. Monsanto Co.,* No. DC-17-883C (Mont. Dist. Ct. Gallatin Cty. Apr. 30, 2019).

43.  Deposition of William Sawyer, Ph.D., *Johnson v. Monsanto Co.*, No. CGC-16-550128 (Cal. Super. Ct. S.F. Cty. Feb. 26-27, 2018).

44.  Deposition of William Sawyer, Ph.D., *Perkins v. Monsanto Co.*, No. 3:16-cv-06025 (N.D. Cal. Oct 22, 2019).

45.  Deposition of William Sawyer, Ph.D., *Peterson v. Monsanto Co.*, No. 1622-CC01071 (Mo. Cir. Ct. St. Louis City Aug. 23, 2018).

46.  Deposition of William Sawyer, Ph.D., *Peterson v. Monsanto Co.*, No. 1622-CC01071 (Mo. Cir. Ct. St. Louis City Oct. 16, 2018).

47.  Deposition of William Sawyer, Ph.D., *Pilliod v. Monsanto Co.*, No. RG17862702 (Cal. Super. Ct. Alameda Cty. Feb. 6, 2019).

48.  Deposition of William Sawyer, Ph.D., *Russo v. Monsanto Co.*, No. 3:16-cv-06024 (N.D. Cal. Oct. 22, 2019).

49. Deposition of William Sawyer, Ph.D., *Stevick v. Monsanto Co.*, No. 3:16-cv-02341 (N.D. Cal. Dec. 20, 2018).

50. Deposition of William Sawyer, *Seitz v. Monsanto Co.*, No. 1722-CC11325 (Mo. Cir. Ct. St. Louis City Jan. 14-15, 2020).

51. Deposition of William Sawyer, *Whitby v. Monsanto Co.*, No. 19SL-CC04020 (Mo. Cir. Ct. St. Louis Cty. Jan. 22, 2020).

52. Donato, F. et al., *Exposure to Glyphosate and Risk of Non-Hodgkin Lymphoma and Multiple Myeloma: An Updated Meta-Analysis*, 111 La Medicina Del Lavoro 63 (2020).

53. Dosemeci, M. et al., *A Quantitative Approach for Estimating Exposure to Pesticides in the  Agricultural Health Study*, 46 Annals of Occupational Hygiene 245 (2002).

54. Durkin, P., *Glyphosate – Human Health and Ecological Risk Assessment Final Report*, Syracuse Environmental Research Associates, Inc. (May 25, 2011) [MONGLY00310942 – MONGLY00311277].

55. ECHA (European Chemicals Agency), *Opinion: Proposing Harmonized Classification and Labelling at EU Level of Glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment (Mar. 15, 2017).

56. Edmiston, S. et al., *Exposure of Herbicide Handlers in the Caltrans Vegetation Control Program*, Cal. EPA (Apr. 27, 1995) [MONGLY00311960 – MONGLY00312005].

57. EFSA (European Food Safety Authority), *Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate*, 13 EFSA J. 4302 (2015).

58. EFSA, *Guidance on Dermal Absorption*, 15(6) EFSA Journal 4873 (2017).

59. EFSA, *Guidance on Dermal Absorption*, EFSA Panel on Plant Protection Products and their Residues (2012).

60. EFSA, *Guidance on the Assessment of Exposure of Operators, Workers, Residents and Bystanders in Risk Assessment for Plant Protection Products* (2014).

61. EPA (Environmental Protection Agency), *Dermal Exposure Assessment: A Summary of EPA Approaches*, Nat'l Ctr. for Envtl. Off. of Res. and Dev. (Sept. 2007).

62. EPA, *Exposure Factors Handbook* (2011).

63. EPA, *Glyphosate – Interim Registration Review Decision Case Number 0178* (Jan. 2020).

64. EPA, *Glyphosate – Proposed Interim Registration Review Decision Case Number 0178* (Apr. 2019).

65. EPA, *Integrated Risk Information System (IRIS), Chemical Assessment Summary of Glyphosate; CASRN 1071-83-6* (1993).

66. EPA, *Label Review Manual Chapter 10: Worker Protection Label* (Feb. 2016).

67. EPA, Memorandum from Dana L. Friedman on *Response from the Pesticide Re-Evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision* (Jan. 16, 2020).

68. EPA, Memorandum from David J. Miller on *Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) Publications for Response to Comments on the Proposed*

*Interim Decision* to Christine Olinger (Jan. 16, 2020).

69. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alkyl Alcohol Alkoxylate Phosphate and Sulfate Derivatives (AAAPDs and AAASDs – JITF CST 2 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirements of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (June 8, 2009).

70. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alkyl Alcohol Alkoxylates (AAA – JITF CST 1 Inert Ingredient) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as an Inert Ingredient in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (July 14, 2009).

71. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alykl Amine Polyalkoxylates (JITF CST 4 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (April 3, 2009).

72. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Methyl Poly(Oxyethylene) $C_8 – C_{14}$ Alkylammonium Chlorides (MPOACs – JITF CST 7 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirements of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (June 2, 2009).

73. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Sodium and Ammonium Naphthalensulfonae Formaldehyde Condensates (SANFCs – JITF CST 11 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (May 28, 2009).

74. EPA, Memorandum from Lata Venkateshwara on *Glyphosate: Amended Residential Exposure Assessment for a Registration Review* to Caitlin Newcamp (Dec. 12, 2017).

75. EPA, Memorandum from Monique M. Perron on *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment* to Steven Peterson (Jan. 13, 2020).

76. EPA, Memorandum from Monique Perron on *Glyphosate: Draft Human Risk Assessment in Support of Registration Review* to Caitlin Newcamp (Dec. 12, 2017).

77. EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael L. Goodis, Director of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, on Labeling Requirements for Products that Contain Glyphosate to Registrant (Aug. 7, 2019).

78. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Sept. 12, 2016).

79.  EPA, Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

80.  EPA, Office of Prevention, Pesticides and Toxic Substances, *Health Effects Test Guidelines: OPPTS 870.7600 Dermal Penetration* (August 1998).

81.  EPA, *Reregistration Eligibility Decision (RED) – Glyphosate* (Sept. 1993).

82.  Eriksson, M. et al., *Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis*, 123 Int'l J. Cancer 1657 (2008).

83.  Espanhol-Soares, M. et al., *Procedures to Evaluate the Efficiency of Protective Clothing Worn by Operators Applying Pesticide*, 57(8) Annals of Occupational Hygiene 1041 (2013).

84.  Expert Report (supplemental) of William Sawyer, Ph.D., *Perkins v. Monsanto Co.*, No. 3:16-cv-06025 (N.D. Cal. Oct 21, 2019).

85.  Expert Report (supplemental) of William Sawyer, Ph.D., *Russo v. Monsanto Co.*, No. 3:16-cv-06024 (N.D. Cal. Oct. 21, 2019).

86.  Expert Report of Dennis D. Weisenburger, M.D., *Schafer v. Monsanto Co.*, No. 3:19-cv-02169 (N.D. Cal. Jan. 8, 2021).

87.  Expert Report of Ron. D. Schiff, M.D., Ph.D., *Schafer v. Monsanto Co.*, No. 3:19-cv-02169 (N.D. Cal. Jan. 4, 2021).

88.  Expert Report of William Sawyer regarding Plaintiff Larry Jenkins, *Seitz v. Monsanto Co.*, No. 1722-CC11325 (Mo. Cir. Ct. St. Louis City Jan. 13, 2020).

89.  Expert Report of William Sawyer, *Caballero v. Monsanto Co.*, No. MSC 19-01821 (Cal. Super. Ct. Contra Costa Cty. Oct. 31, 2019).

90.  Expert Report of William Sawyer, Ph.D., *Pilliod v. Monsanto Co.*, No. RG17862702 (Cal. Super. Ct. Alameda Cty. Jan. 14, 2019).

91.  Expert Report of William Sawyer, Ph.D., *Schafer v. Monsanto Co.*, No. 3:19-cv-02169 (N.D. Cal. Jan. 22, 2021).

92.  Expert Stephen Petty, P.E., C.I.H., C.S.P., *Janzen v. Monsanto Co.*, No. 3:19-cv-04103 (N.D. Cal. Oct. 3, 2019).

93.  Faniband, M. et al., *Human Experimental Exposure to Glyphosate and Biomonitoring of Young Swedish Adults*, 231 Int'l J. Hygiene Env't Health 113657 (2021).

94.  Franz, T., *Evaluation of the Percutaneous Absorption of Roundup Formulations in Man Using an In-Vitro Technique* (Aug. 30, 1983) [MONGLY00135633 – MONGLY00135646].

95.  Franz, T., *Percutaneous Absorption: On the Relevance of In Vitro Data*, 64 J. Investigative Dermatology 190 (1975).

96.  Gillezeau, C. et al., *The Evidence of Human Exposure to Glyphosate: A Review*, 18 Envtl. Health 2 (2019) with supplementary tables.

97.  Gillezeau, C. et al., *Update on Human Exposure to Glyphosate with A Complete Review of Exposure in Children,* 19 Env't Health 115 (2020).

98. Guyton, K. et al., *Carcinogenicity of Tetrachlorvinphos, Parathion, Malathion, Diazinon, and Glyphosate*, 16 Lancet Oncology 490 (2015).

99. Hadfield, N., *Glyphosate Acid – In Vitro Absorption Through Abraded Rabbit Skin Using [14C]-Glyphosate* (Apr. 18, 2012) [MONGLY01284534 – MONGLY01284570].

100. Health and Safety Executive, *Operator Exposure*, http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm.

101. Health Canada, *Re-evaluation Decision RVD2017-01 Glyphosate*, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

102. Health Canada, *Statement from Health Canada on Glyphosate*, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

103. Hobbs, T. et al., *Measurement of Blood Volume in Adult Rhesus Macaques (Macaca Mulatta)*, 54 J. Am. Ass'n for Lab. Animal Sci. 687 (2015).

104. Holmgaard, R. & J. Nielsen, *Dermal Absorption of Pesticides – Evaluation of Variability and Prevention*, Danish Ministry of the Environment (2009).

105. Hoppe, H., *Determination of Glyphosate Residues in Human Urine Samples from 18 European Countries*, Medical Laboratory Bremen (June 6, 2013).

106. Howe, R. et al., *Metabolism of Glyphosate in Sprague-Dawley Rats. Part II. Identification, Characterization, and Quantification of Glyphosate and its Metabolites after Intravenous and Oral Administration*, Monsanto Report No. MSL-7206 (Feb. 1988) [MONGLY06062970 – MONGLY06063128].

107. IARC (International Agency for Research on Cancer), *Preamble: IARC Monographs on the Identification of Carcinogenic Hazards to Humans* (Amended Jan. 2019).

108. IARC, *IARC Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

109. Inter-Organization Programme for the Sound Management of Chemicals (IOMC), International Programme on Chemical Safety (IPCS), *Environmental Health Criteria 242: Dermal Absorption* (2014).

110. Japan Food Safety Commission, *Glyphosate Summary*, 4 Food Safety 93 (2016).

111. Jauhiainen, A. et al., *Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work*, 52 Am. Indus. Hygiene Ass'n J. 61 (1991).

112. JMPR (Joint Meeting on Pesticide Residues), *Pesticide residues in food – 2016: Evaluations 2016 – Part II – Toxicological*, Special Session of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (May 9-13, 2016).

113. JMPR, *Pesticide Residues in Food – Report of the 1994 Joint FAO/WHO Meeting of Experts* (1994).

114. Johnson, P. et al., *Operator Exposure When Applying Amenity Herbicides by All-Terrain Vehicles and Controlled Droplet Applicators*, 49 Annals of Occupational Hygiene 25

(2005).

115. Kabat, G. et al., *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans*, Cancer Causes & Control (2021).

116. Kasting, G. & L. Bowman, *Electrical Analysis of Fresh, Excised Human Skin: A Comparison with Frozen Skin*, 7 Pharm. Res. 1141 (1990).

117. Keil, C. et al., *Mathematical Models for Estimating Occupational Exposure to Chemicals* (2nd ed. 2009).

118. Kielhorn, J. et al., International Programme on Chemical Safety (IPCS), *Environmental Health Criteria 235: Dermal Absorption* (2006).

119. Korchevskiy, A., *Using Benchmark Dose Modeling for the Quantitative Risk Assessment: Carbon Nanotubes, Asbestos, Glyphosate,* 41 J. Applied Toxicology 148 (2020).

120. Kougias, D. et al., *Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup® using a Margin of Safety (MOS) Approach*, Risk Analysis (2020).

121. Kramer, R., *Herbicide Applicator Exposure to N-Nitroso-Glyphosate during Application of Roundup Herbicide and Field Re-Entry* (Apr. 1978) [MONGLY01313767 – MONGLY01313816].

122. Kruger, M. et al., *Detection of Glyphosate Residues in Animals and Humans*, 4(2) J. Envtl. Analytical Toxicology 1000210 (2014).

123. Lake, R., *Health Risk Assessment: Glyphosate, Report FW14022*, Institute of Environmental Science and Research Limited for the Ministry of Health (2014).

124. Lavy, T. et al., *Conifer Seedling Nursery Worker Exposure to Glyphosate*, 22 Archives Envtl. Contamination & Toxicology 6 (1992).

125. Leon, M. et al., *Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts from France, Norway and the USA: A Pooled Analysis from the AGRICOH Consortium*, Int'l J. Epidemiology (2019).

126. Lesmes-Fabian, C. et al., *Dermal Exposure Assessments of Pesticide Use: The Case of Sprayers in Potato Farms in the Columbia Highlands*, 430 Science of the Total Environment 202 (2012).

127. Lunchick, C. et al., *Operator and Field Worker Occupational Exposure Databases and Modeling*, in Hayes' Handbook of Pesticide Toxicology 1139, 1139-1155 (2010).

128. Machado-Neto, J. et al., *Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers*, 64 Bulletin of Envtl. Contamination & Toxicology 309 (2000).

129. Maibach, H., *Summary: Elimination of 14C-Glyphosate in Rhesus Monkeys Following a Single Dose, & Percutaneous Absorption of 14C-Glyphosate in Roundup® Formulation in Rhesus Monkeys Following a Single Topical Dose*, University of California School of Medicine (Apr. 1, 1983) [MONGLY02142251 – MONGLY02142265].

130. Mandel, J. et al., *Biomonitoring for Farm Families in the Farm Family Exposure Study*,

31(Suppl. 1) Scandinavian J. Work Env't Health 98 (2005).

131. Manning, M., *Assessment of Worker Exposure to Glyphosate during Mist Blower Application of Roundup Herbicide* (Nov. 1991) [MONGLY01299836 – MONGLY01299849].

132. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

133. Medical and Other Records of Plaintiff John Schafer.

134. Mesnage, R. et al., *Glyphosate Exposure in a Farmer's Family*, 3 J. Envtl. Protection 1001 (2012).

135. Monsanto Company, Label for Roundup® Ready-to-Use Extended Control (2015).

136. Monsanto Company, Label for Roundup® Ready-to-Use L&G Grass & Weed Killer (1988) [MONGLY15555337].

137. Monsanto Company, Label for Roundup® Ready-to-Use Weed & Grass Killer (1994) [MONGLY10529810 - MONGLY10529811].

138. Monsanto Company, Label for Roundup® Ready-to-Use Weed & Grass Killer 1 (2002) [MONGLY10529758 - MONGLY10529759].

139. Monsanto Company, Label for Roundup® Ready-to-Use Weed & Grass Killer III (2012).

140. Monsanto Company, Safety Data Sheet for Roundup® Ready-to-Use Extended Control (2015).

141. Monsanto Company, Safety Data Sheet for Roundup® Ready-to-Use Weed & Grass Killer 1 (2000) [MONGLY00029440 - MONGLY00029445].

142. Monsanto Company, Safety Data Sheet for Roundup® Ready-to-Use Weed & Grass Killer III (2013) [MONGLY00057767 - MONGLY00057776].

143. New Zealand Environmental Protection Authority, *Risk Assessment Methodology for Hazardous Substances* (May 2018) (draft).

144. Ngo, M. et al., *Percutaneous Absorption and Exposure Assessment of Pesticides*, 30 J. Applied Toxicology 91 (2010).

145. Nielsen, J. et al., *Storage Conditions of Skin Affect Tissue Structure and Subsequent In Vitro Percutaneous Penetration*, 24 Skin Pharmacology & Physiology 93 (2011).

146. Nielsen, J. et al., *The Usual Suspects – Influence of Physicochemical Properties on Lag Time, Skin Deposition, and Percutaneous Penetration of Nine Model Compounds*, 72 J. Toxicology Envtl. Health, Part A 315 (2009).

147. Nielsen, J., *Defense against Dermal Exposures is Only Skin Deep: Significantly Increased Penetration through Slightly Damaged Skin*, 299 Archives of Dermatological Res. 423 (2007).

148. Niemann, L. et al., *A Critical Review of Glyphosate Findings in Human Urine Samples and Comparison with the Exposure of Operators and Consumers*, 10 J. Consumer Protection & Food Safety 3 (2015).

149. OECD (Organization for Economic Cooperation and Development), *Guidance Document for the Conduct of Skin Absorption Studies* (Mar. 5, 2004).

150. OECD, *Guidance Notes on Dermal Absorption* (Aug. 18, 2011).

151. OECD, *Guideline for the Testing of Chemicals - Skin Absorption: In Vitro Method* (Apr. 13, 2004).

152. OEHHA (Office of Environmental Health Hazard Assessment), *Proposition 65 No Significant Risk Levels (NSRLs) for Carcinogens and Maximum Allowable Dose Levels (MADLS) for Chemicals Causing Reproductive Toxicity*, Cal. EPA (Oct. 2018).

153. OEHHA (Office of Environmental Health Hazard Assessment), *Statement Regarding US EPA's Press Release and Registrant Letter on Glyphosate*, Cal. EPA (Aug. 12, 2019).

154. Oltmanns, J. et al., *Effectiveness of Personal Protective Equipment against Dermal Exposure – A Comparative Study*, Federal Institute for Occupational Safety and Health (2016).

155. Pahwa, M. et al., *Glyphosate use an associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project*, Scandinavian J. Work Env't Health (2019).

156. Perry, M. et al., *Historical Evidence of Glyphosate Exposure from a U.S. Agricultural Cohort*, 18 Envtl. Health 42 (2019).

157. Pierce, J. et al., *Pilot Study Evaluating Inhalation and Dermal Glyphosate Exposure Resulting from Simulated Heavy Residential Consumer Application of Roundup®*, 32 Inhalation Toxicology 354 (2020).

158. Plaintiff Fact Sheets of John Schafer (original and amended).

159. Plaintiff Fact Sheets of Teresa Cotton (original and amended).

160. Ridley, W. & K. Mirly, *Volume 1: The Metabolism of Glyphosate in Sprague Dawley Rats – Part 1. Excretion and Tissue Distribution of Glyphosate and Its Metabolites following Intravenous and Oral Administration*, Monsanto Company (Mar. 23, 1988) [MONGLY00148193 – MONGLY00148223].

161. Riordan, A., *Evaluation of Glyphosate Use and Non-Hodgkin's Lymphoma – A Preliminary Trend Assessment*, American Industrial Hygiene Association (2020).

162. Smith, S., *240 g/L Glyphosate SL Formulation (MON 79546) – In Vitro Absorption through Human Dermatomed Skin Using [14C]-Glyphosate* (Feb. 12, 2014) [MONGLY08731410 – MONGLY08731464].

163. Smith, S., *7.2 g/L Glyphosate Gel Formulation (MON 76904) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (July 23, 2015) [MONGLY08731619 – MONGLY08731699].

164. Smith, S., *720 g/kg Glyphosate SG Formulation (MON 79991) – In Vitro Absorption through Human Dermatomed Skin Using [14C]-Glyphosate* (Feb. 12, 2014) [MONGLY08731465 – MONGLY08731523].

165. Solomon, K., *Estimated Exposure to Glyphosate in Humans via Environmental,*

*Occupational, and Dietary Pathways: An Updated Review of the Scientific Literature*, Pest Mgmt. Sci. (2020).

166. Solomon, K., *Glyphosate in the General Population and In Applicators: A Critical Review  of Studies on Exposures*, 46 Critical Revs. Toxicology 21 (2016).

167. Stephen E. Petty, Revised List of Reliance Materials, *Winston v. Monsanto Co.*, No. 1822-CC0515 (Mo. Cir. Ct. St. Louis City July 24, 2019).

168. Tarazona, J. et al., *Glyphosate Toxicity and Carcinogenicity: A Review of the Scientific Basis of the European Union Assessment and its Differences with IARC*, 91 Archives of Toxicology 2723 (2017).

169. Temple, W., *Review of the Evidence Relating to Glyphosate and Carcinogenicity*, New Zealand Environmental Protection Authority (Aug. 2016).

170. Thomas, K. et al., *Assessment of a Pesticide Exposure Intensity Algorithm in the Agricultural Health Study*, 20 J. Exposure Sci. and Envtl. Epidemiology 559 (2010).

171. Thongsinthusak, T. et al., *Guidance for the Preparation of Human Pesticide Exposure Assessment Documents*, Cal. EPA (May 4, 1993).

172. Transcript of Proceedings, *Johnson v. Monsanto Co.*, No. CGC-16-550128 (Cal. Super. Ct. S.F. Cty. July 26, 2018) (testimony of Dr. William Sawyer).

173. Transcript of Proceedings, *Pilliod v. Monsanto Co.*, No. RG17862702 (Cal. Super. Ct. Alameda Cty Apr. 11, 2019) (testimony of Dr. William Sawyer).

174. Van Burgsteden, J., *In Vitro Percutaneous Absorption Study with [$^{14}$C]glyphosate using Viable Rat Skin Membranes*, TNO Nutrition and Food Research (Jul. 29, 2003) [MONGLY01285806 – MONGLY01285848].

175. Ward, R., *360g/L Glyphosate SL Formulation (MON 52276) In Vitro Absorption of Glyphosate through Human Epidermis* (Feb. 12, 2010) [MONGLY00698737 – MONGLY00698789].

176. Ward, R., *450 g/L Glyphosate SL Formulation (MON 79545) In Vitro Absorption of Glyphosate through Human Epidermis, DLT-09-093* (Feb. 12, 2010) [MONGLY00698684 – MONGLY00698736].

177. Ward, R., *480 g/L Glyphosate SL Formulation (MON 79351) In Vitro Absorption of Glyphosate through Human Epidermis* (Feb. 12, 2010) [MONGLY00698790 – MONGLY00698842].

178. Wester, R., et al., *Glyphosate Skin Binding, Absorption, Residual Tissue Distribution, and Skin Decontamination*, 16 Fundamental and Applied Toxicology 725 (1991).

179. Wester, R., et al., *In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and through Human Skin*, 34 Food and Chemical Toxicology 731 (1996).

180. Zhai, H., et al., *Skin Decontamination of Glyphosate from Human Skin In Vitro*, 45 Food and Chemical Toxicology 2258 (2008).

181. Zhang, L. et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, 781 Mutation Research/Reviews in Mutation Research 186 (2019).

182. Zoller, O. et al., *Urine Glyphosate Level as a Quantitative Biomarker of Oral Exposure*, 228 Int'l J. Hygiene Env't Health 113526 (2020).

# Appendix B



*Your One Source for Global EHS Services*

**MARK A. KATCHEN**

**EDUCATION**

1987        M.B.A., Loyola Marymount University, Los Angeles

1979        M.S., Environmental and Occupational Health, California State University, Northridge

1977        B.A., Psychobiology, University of California, Los Angeles

**REGISTRATIONS**

Certified Industrial Hygienist, 1988, Recertified 1995, 2001, 2006, 2011, 2016
ISO 14001 Internal Auditor

**ACADEMIC APPOINTMENTS, ADVISORY BOARDS, AND HONORS**

Program Director (Ethics and Risk Communication), University of California, Los Angeles, NIOSH Educational Resource Center, School of Public Health
Department of Environmental and Occupational Health Advisory Board, California State University, Northridge
Lawrence R. Birkner Leadership Award (Southern California Section, American Industrial Hygiene Association), 2005
Outstanding Leadership Award, American Industrial Hygiene Association International Affairs Committee, 2009
American Industrial Hygiene Association Distinguished Lecturer
American Industrial Hygiene Association Distinguished Fellow

• [www.phylmar.com](http://www.phylmar.com)

Revised 1-7-2019

**MARK A. KATCHEN** Page 2

**EXPERIENCE**

Mr. Katchen is the founder and Managing Principal at The Phylmar Group, Inc.  He has more than 35 years of experience in industrial hygiene, environmental and occupational health, toxicology, risk communication, entertainment production safety and international business management.  His work has included the following:

- Evaluated the regulatory aspects, best practices and implementation of several high priority health and safety policies and procedures for a large public utility.  In addition, provided input on optimizing the role and responsibilities of the Environmental Health and Safety Department and its placement within the organization.

- Program manager for environmental health and safety/corporate social responsibility auditing and corrective action program for the electronics and telecommunications industry.

- Performed study to evaluate impact of electromagnetic field exposure on worker populations and medical devices (cardiac pacemaker).

- Contract negotiations with more than 500 clients and affiliates and developing an award-winning business model for providing global environmental health and safety consulting services.

- Facilitation of occupational safety and health issue resolution between management and multiple bargaining units for a large southern California utility.

- Acted as district environmental consultant to several southern California school districts regarding indoor air quality, pest management, and other environmental issues.

- Conducted numerous indoor air quality evaluations in office buildings, health care facilities, schools and hotels including air monitoring for chemical and microbiological (mold) agents.  In addition, developed risk communication programs to convey survey results to the public and media.

- Provided litigation support and expert testimony for several cases involving Proposition 65, employee or the public's exposure, resulting health effects, and mitigation measures to a variety of agents including asbestos, metals, petroleum hydrocarbons, monomers, silica, formaldehyde, diacetyl, polychlorinated biphenyls, glyphosate and mold.

• www.phylmar.com

**MARK A. KATCHEN** Page 3

- Developed and taught risk communication and professional ethics courses at the University of California, Los Angeles.

- Acted as the community observer for a suburban southern California community impacted by a Superfund site.  Functioned as technical liaison between community leaders, federal and state regulators, and responsible parties during investigation and remediation of the site.

- Developed a variety of occupational health and safety training programs including petroleum hydrocarbons, hydrogen sulfide, asbestos, and inorganic lead.

- Performed more than 100 multifacility environmental, health and safety compliance audits of energy, chemical, research and development, manufacturing, entertainment and high technology industries.  The audits reviewed available exposure data, personal protective equipment programs, lockout-tagout, confined spaces, injury and illness prevention, bloodborne pathogen program, medical surveillance, machine guarding and training.

- Developed operation and maintenance programs addressing asbestos, lead, and Proposition 65 issues at more than 100 multifamily housing facilities for a nationwide real property investment firm.

- Provided expert testimony during state of Alaska hearings on proposed asbestos legislation. Acceptance of the unmodified federal standard was secured.

- Developed a health and safety training program for a 500-member construction industry union.  Training included prevention of musculoskeletal injury, proper handling of hazardous materials, respiratory protection, and general safety.

- Provided technical consultation during development of a hearing conservation video for a major petrochemical company.

- Responsible for the occupational health component of three Toxic Substances Control Act (TSCA) Section 8e audits.

- Provided industrial hygiene and occupational health consultation to a variety of mining operations including coal, shale, rare earth, borates and molybdenum.  Tasks included annual Mine Safety and Health Administration mandated training, employee exposure assessment, and personal protective equipment evaluations.

• www.phylmar.com

**MARK A. KATCHEN**                                                     Page 4

- Developed health and safety programs for more than 70,000 Los Angeles County employees, including seven major health care facilities.  Programs included carcinogen control and mercury spill containment.

- Served as exposure assessment expert to the American Petroleum Institute's Ozone Health Effects Task Force. Coordinated the micro-environmental exposure assessment program to assess personal exposure to ozone.

- Designed and marketed a computer-based industrial hygiene strategic planning and exposure data management system to assist industrial hygienists in estimating human resource and capital requirements necessary for conducting exposure assessment.  This system optimizes allocation of resources and assists managers with strategic planning decisions.

- Provided expert testimony on behalf of a defendant regarding a toxic tort litigation case involving alleged exposure by 36 plaintiffs to a variety of petroleum hydrocarbons.  The case was settled for a fraction of the originally requested amount.

- Directed a soil, ground water, and facility investigation and remediation project for the City of Commerce, California.  The multiphase evaluation included characterization and remediation of volatile organic chemicals, metals, and asbestos at a container manufacturing facility.  Used a statistical sampling design to focus the scope and limit the costs of the investigation.

- Developed an occupational health regulatory compliance auditing system for an integrated Fortune 50 energy resources company.  The system was designed to be used for self-auditing by operating division personnel.  The program focused on providing detailed explanations and compliance strategies for Occupational Safety and Health Administration Performance Standards.

- Performed financial and marketing management for the corporate health, environment, and safety group of a Fortune 500 company.  This included developing and negotiating a one million-dollar contract to provide clinical medicine, toxicology, industrial hygiene, epidemiology, and employee assistance services to the firm's joint venture partner.

- Directed the remediation of a Superfund site in Los Angeles.  Served as program manager for health and safety plan development and community air monitoring programs.

**MARK A. KATCHEN**                                                                                           Page 5

- Directed development of health and safety plans for a Superfund site in Pennsylvania.  Site issues included confined space entry and exposure to metals, nitrosamines, organic solvents, petroleum hydrocarbons and asbestos.

- Developed health and safety and community air monitoring plans for remediation of a southern California residential area contaminated with crude oil.

- Conducted nationwide site assessments for commercial real estate transactions.  Acted as Quality Control Reviewer for a program of preliminary site assessments conducted prior to purchase of properties by a nationwide development company.

- Developed and delivered an accident prevention training program for senior managers/executives of a Fortune 500 aerospace company.  Topics covered included fall protection, ergonomics, machine guarding and chemical exposures.

- Acted as interim Director of Health, Safety, and Environmental Affairs for a building products manufacturer during transition period of permanent placement for the position.

- Acted as safety consultant on multiple entertainment productions including scripted and unscripted television and feature productions.

Prior to forming The Phylmar Group, Inc., Mr. Katchen held the following positions:

Senior Manager/Corporate Health and Safety Director, ENVIRON International Corporation, Irvine, California.  Corporate-wide practice leader for Occupational Safety and Health consulting practice and responsible for developing internal health and safety policies and procedures.

Managing Principal, Environmental and Engineering Services, Harding Lawson Associates, Tustin, California.  Was responsible for the profitability of several subgroups, including remedial engineering, asbestos abatement management, risk assessment, regulatory compliance auditing of facilities during property transfer, air quality, and occupational health and safety.

Principal Industrial Hygienist, Unocal Corporation, Los Angeles.  Managed the group providing industrial hygiene services to 350 facilities, covering 12,000 employees throughout the western United States, Canada, and the Pacific Basin, including Asia.

• www.phylmar.com

**MARK A. KATCHEN**                                                                                    Page 6

**PROFESSIONAL MEMBERSHIPS**

Diplomate, American Board of Industrial Hygiene.
Past President, American Industrial Hygiene Association, Southern California Section.
Former Director, California Industrial Hygiene Council.
Past Chair, American Industrial Hygiene Association International Affairs Committee
Past Chair, Joint Industrial Hygiene Ethics Education Committee
Chair, US Chapter-Occupational Hygiene Training Association

**SELECTED PUBLICATIONS AND PRESENTATIONS**

Agnew, R., Katchen, M., and Ali, J.  2017. From principles to practice: A framework for
    international industrial hygiene ethics. Part II.  *Synergist*, January 2017. pp. 18-19.

Agnew, R., Katchen, M., and Ali, J.  2016. From principles to practice: A framework for
    international industrial hygiene ethics. Part I.  *Synergist*, June/July 2016. pp. 20-21.

Brown, S., D. Turnbull, C. Ward, A. Santamaria, F. Laden, and M. Katchen.  1991. Nonasbestos
    fibers in motor vehicle manufacturing:  potential health effects and monitoring methods.
    *Prepared for the Motor Vehicle Manufacturers Association.*

Caiden, G. and M. Katchen. 1993. "Environmental Corruption: The Ultimate Sin?," Conference
    on Public Service Ethics, Jerusalem, published in Berlinsky, U., Friedberg, A.,
    and Werner, S., (eds.), *Corruption in a Changing World*, Vol. 2, ISEPS, Jerusalem, 1994,
    pp. 619-625.

Clark, C., P. Ferguson, M. Katchen, and D. Craig.  1992.  Two-generation reproduction study of
    hydrotreated shale oil vapor.  *Fundamental and Applied Toxicology* (18):227-232.

Clark, C., M. Katchen, and M. Dennis.  1989.  Comparative acute toxicity of shale and petroleum
    derived distillates.  *Toxicology and Industrial Health* (4)1:11-22; also (5)6:1005-1016.

Katchen, M., LaPierre, A., Brucker, B., Charlin, C. and Ferguson, P.  2001.  Evaluating potential
    health risks in relocatable classrooms.  *Journal of School Health.* 71(4):159-161.

Katchen, M., and P. Notani-Sharma.  1978.  Health alert--Exposure to hexavalent chromium
    compounds in the histology laboratory.  *Journal of Histotechnology* 1:219-221.

• www.phylmar.com

**MARK A. KATCHEN**                                                    Page 7

Katchen, M.  1991.  Solvent syndrome.  Proceedings of the Steel Structures Painting Council National Conference.

Katchen, M.  1992.  Asbestos liabilities and management strategies. Presented at CLE International Environmental Liabilities Conference.

Katchen, M. and Kaplan, L.  1993.  A computer-based employee exposure assessment strategic planning and tracking model.  Presented at the American Industrial Hygiene Association Conference and Exhibition.

Katchen, M., Puhalovich, V., Swaroop, R., and Culver, B.  1998.  A comparison of worker exposure to inhalable and total dust, inorganic arsenic, and borates in a borate mining and processing facility.  *Biological Trace Element Research* (66) 1-3:59-64.

Katchen, M. and Naylor, C.  1999.  Protecting Against Indoor Environmental Quality Issues. *Public Risk* (13) 6: 16-20.

Katchen, M. 2002 and 2003.  Diagnosis of Building-Related Illnesses.  Presented at the National Business Institute Seminar entitled Emerging Issues in California Indoor Air Quality and Toxic Mold Litigation.

Katchen, M.  May 2004. Managing EHS in the Global Supply Chain.  *Industrial Safety and Hygiene New*.

Katchen, M.  May 2005. Health Care Costs.  *Industrial Safety and Hygiene News*.

Katchen, M.   May 2006.  The Environmental Health and Safety Professionals Role in Health Care Cost Management.  Presented at the American Industrial Hygiene Association Conference and Exhibition.

Katchen, M.  February 2010.  The Role of the Environmental Health and Safety Professional in Introducing and Implementing Sustainability Initiatives.  Presented at the California State University, Northridge 2010 Annual Environmental and Occupational Health Technical Symposium.

Katchen, M. May 2011. Network Your Way to a Global Footprint. *Industrial Safety and Hygiene News*.

Katchen, M. October 2013. The "Right Home" for EHS. *Industrial Safety and Hygiene News*.

 • www.phylmar.com

**MARK A. KATCHEN**                                                                         Page 8

Nobrega, K., Katchen, M., Birkner, L.  1996.  A system for prioritizing audit sites according to
    risk.  Presented at the American Industrial Hygiene Association Conference and Exhibition.

Notani-Sharma, P., R. Chiya, and M. Katchen.  1980.  Little known mercury hazards. *Hospitals*
    54(13):76-78.

Throckmorton, J. and Katchen, M. Revisiting Ethics and Confidentiality.  *Synergist*, January
    2019. pp. 10-11.

# Appendix C

# Dermal Exposure Model

$$DA_{event} = Flux \times SA \times t_{event}$$

where

| | |
|---|---|
| $DA_{event}$ = dermal absorbed dose rate per event, mg/event | |
| Flux = permeability coefficient X chemical concentration on the skin surface, $\mu g/cm^2/hour$ | |
| SA = surface area of skin, $cm^2$ | |
| $t_{event}$ = duration of event, hr/event | |
| | |
| | |

### Glyphosate Concentration in Spray

| | | |
|---|---|---|
| Density of Ready-to-Use solution (mg/cm$^3$) | 1025.20 | |
| Percent glyphosate by weight | 2.00% | |
| Volume of Container (cm$^3$) | 5,034.60 | converted gallons to cc |
| weight of container (mg) | 5,161,471.92 | mg/cc x cc =mg |
| weight of gly salt in container (mg) | 103,229.44 | |
| Conc. of glyphosate salt in spray (mg/cm$^3$) | 20.50 | |

### Flux Calculation

| | |
|---|---|
| $K_p$, cm/hour | 5.90E-06 |
| Flux, mg/cm$^2$/hour | 1.21E-04 |

### Dermal Absorbed Dose

| | | |
|---|---|---|
| Total exposed area of skin, cm$^2$ | 5171 | |
| Duration of event, hr/event | 4.00 | |
| Effective exposed skin, cm2 | 635.00 | effective exposed skin is based on clothing protection factors for hand (1), legs (.1), and feet (.1) |
| Dermal absorbed dose, mg/event | 0.31 | |
| Average daily dose, mg/day | 0.00126 | |
| Body weight, kg | 98.40 | |
| Dermal absorbed dose, mg/kg bw/event | 0.0031 | |