# Exhibit 23

**Expert Report of Matthew J. Matasar, MD, MS**

**In Re: Roundup Products Liability Litigation, MDL 2741**
**Schafer v. Monsanto, Case No. 16-md-02741-VC**

I am a lymphoma specialist at Memorial Sloan Kettering Cancer Center in New York City and am Medical Director at the MSK regional outpatient treatment facility in Bergen, NJ. A copy of my Curriculum Vitae is attached to this report as Exhibit A. I have been asked to assess whether Roundup (glyphosate) caused or substantially contributed to John Schafer's follicular lymphoma (FL) or its histologic transformation.

As explained below, I evaluated the scientific studies investigating potential carcinogenicity of Roundup and I reviewed Mr. Schafer's medical records. My evaluation was done using standard scientific methods of evidence-based medicine, Bradford-Hill, and weight-of-the-evidence. My opinion to a reasonable degree of scientific certainty is that Roundup did not cause or substantially contribute to Mr. Schafer's cancer. My report has been prepared using the same methodology and scientific rigor as used in my academic and medical practice, and my opinions are offered to a reasonable degree of scientific certainty.

In forming my opinions, I have relied on my training and expertise, standard scientific literature in the field, and I have reviewed the materials regarding glyphosate as well as Mr. Schafer's medical records and the testimony provided to me for review in this case listed in Exhibit B. A list of matters in which I have testified at trial or deposition is set forth in Exhibit C. I am being compensated at the hourly rate of $600 for my work in this matter.

## I.       Non-Hodgkin Lymphoma

The non-Hodgkin lymphomas (NHLs) are a group of heterogeneous illnesses that are both individually and collectively well described in standard medical textbooks and articles, including those listed in Exhibit B. A very brief description is set forth below. The following information is largely based on a review article that Dr. Zachary H. Word and I published in the peer-reviewed medical literature, entitled "Advances in the diagnosis and management of lymphoma." (Word & Matasar 2012)

Lymphomas are cancers arising from lymphocytes (immune cells) that undergo neoplastic transformation at various stages of development. Lymphomas are a heterogenous group of diseases having differing pathophysiology, epidemiology, natural history, optimal management, and prognosis. Currently, there are over sixty clinicopathologic entities under the penumbra of "lymphoma" described in the World Health Organization classification system. These are traditionally divided into Hodgkin and non-Hodgkin lymphomas, largely on the basis of historical considerations. At present, Hodgkin lymphoma is most commonly divided into two entities, classical Hodgkin lymphoma and nodular lymphocyte-predominant Hodgkin lymphoma (whose biology and natural history is more like that of indolent B-cell non-Hodgkin lymphomas); all other lymphomas are thus considered non-Hodgkin lymphoma to distinguish them from these diagnoses. In the United States, approximately 90% of newly diagnosed lymphomas are a form of non-Hodgkin lymphoma. (Seigel 2019; Swerdlow 2016)

According to the American Cancer Society, NHL taken as a whole is one of the most common cancers in the United States, with approximately 75,000 new cases per year. "Overall, the chance that a man will develop NHL in his lifetime is about 1 in 42; for a woman, the risk is about 1 in 54." (https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html.) The two most common types, diffuse large B cell lymphoma (DLBCL) and FL, account for about half of the cases of NHL in the United States diagnosed each year. FL comprises approximately 20% of newly diagnosed B-cell NHL cases in the United States each year, with a male preponderance and an incidence that rises sharply with age Racial and ethnic differences in incidence have been observed, with highest rates among non-Hispanic white men.

Causes and risk factors for the various forms of lymphoma differ by histopathologic entity, and are collectively well described in the medical literature. As described in my article, examples of understood causes and risk factors for B-cell NHL include, but are not limited to, the following:

"Most cases of lymphoma are not associated with an identifiable epidemiological risk factor, but specific chronic infections, immunodeficiency states, or hereditary traits have been implicated in the pathogenesis for some. The Epstein–Barr virus has direct effects on host cell genomes that are implicated in the pathogenesis of various lymphomas, including a subset of Hodgkin's lymphoma, post-transplantation lymphoproliferative disorder (PTLD) in both solid organ and hematopoietic stem cell transplant recipients, and the endemic form of Burkitt lymphoma, seen mostly in Africa."

"Chronic stimulation of the immune system can be lymphomagenic, a phenomenon most clearly characterized in the cases of gastric MALT lymphoma due to infection with the bacteria Helicobacter pylori and splenic and extranodal marginal zone lymphomas associated with chronic hepatitis C infection; similarly, patients with common variable immunodeficiency and its consequent recurrent infections are at elevated risk for both MALT and aggressive lymphomas of both B cell and T cell origin."

"Autoimmune conditions, including rheumatoid arthritis, Sjögren's syndrome, and celiac sprue, are also associated with lymphoma, an effect thought to be mediated by chronic inflammation. The increased incidence of certain lymphomas in patients infected by the human immunodeficiency virus (HIV) with low CD4 counts and in patients treated with anti-tissue necrosis factor therapy for inflammatory bowel disease or the autoimmune arthritides suggests that immunosuppression confers an increased risk of lymphoma, although coexisting infections may play key roles. Certain industrial products, including pesticides and hair dyes prior to (but not after) 1980, have also been epidemiologically associated with lymphoma. The relative risk of all types of lymphoma is increased in patients with a family history of these diseases. However, because of the low baseline risk, the absolute risk of lymphoma remains small, even in patients with affected family members." (Word & Matasar 2012 at p. 31, references omitted)

While there are many recognized causes and risk factors for certain forms of NHL, it is well recognized that the majority of patients with a new diagnosis of NHL will not have a clearly identifiable single external cause of their disease.  Rather, it is understood that lymphomagenesis is the result of the inherent genetic instability of B-cell ontogeny.  B-cell repertoire, the variety of B-cells that we each maintain, is by necessity broad, as this is the basis for broad humoral (antibody-based) immunity against the wide variety of pathogens we are constantly exposed to.  This repertoire is brought about and ensured by the process of B-lymphocyte development, wherein mutations are constantly engendered to create the broad variety of proteins (antibodies) required for such immunity.  (Pasqualucci 2018)

Beyond those risk factors and causes delineated above, further potential risk factors and causes of FL have been investigated and reported upon in the medical literature.  Family history of cancer, autoimmune diseases, overweight, certain hereditary polymorphisms, and cigarette smoking have all been associated with risk of FL.

The diagnosis of lymphoma generally, and FL specifically, is made primarily by pathologic evaluation of an appropriate tissue specimen, including morphologic, immunophenotypic, cytogenetic, molecular, and genetic evaluations as necessary, in the appropriate clinical setting.  The diagnostic evaluation of a putative lymphoma is challenging, and second-opinion pathology review by an experienced hematopathologist has been shown to frequently clarify or even alter the diagnosis, and this is recommended by experts in the field.

Staging is a medical term that references evaluation of the extent of disease (characterizing where in the body a disease can be detected).  Lymphomas are routinely staged clinically based upon physical examination, laboratory studies including complete blood count, comprehensive metabolic profile, and lactate dehydrogenase, and a computed tomography scan of the chest abdomen and pelvis; a bone marrow biopsy may be required for complete staging. 18-FDG-PET scan is a diagnostic imaging study that evaluates where metabolically active tissue can be detected, and is an important component of the staging evaluation for many forms of non-Hodgkin lymphoma, although perhaps not required in the evaluation and management of FL. Stage of non-Hodgkin lymphoma is most commonly assigned based on the Cotswolds modifications of Ann Arbor staging system, with stage I implying involvement of a single nodal chain, stage II multiple lymph node chains restricted to the same side of the diaphragm (either above, or below).  Stage III indicates involvement of lymph node chains both above and below the diaphragm, and stage IV indicates involvement of both lymph nodes and tissues other than lymph nodes ("extranodal" disease).  Other assignations within the staging system can further clarify the extent of disease, including terms for the presence of "bulky" disease, disease extending from lymph nodes into regional tissues, as well as whether or not patients are experiencing the so-called "B" symptoms of unexplained weight loss, fevers, or drenching night sweats.  Unlike most solid tumor malignancies, disease stage in lymphoma carries only limited prognostic significance; for those lymphomas that are approached with curative intent, whether disease is early-stage (stages I and II) or advanced stage (stages III and IV) does not determine curability, and indeed many patients with stage IV disease can go on to be cured with routine therapies. The majority of patients diagnosed with follicular lymphoma are diagnosed at an advanced stage, although some are diagnosed earlier. The variation in clinical presentation and disease biology highlights that FL is not just one disease but rather a collection of clinical and

biological subtypes with differences in pathogenesis and natural history. In addition to typical nodal follicular lymphoma, there are precursor lesions including follicular lymphoma in situ, a range of variants of follicular lymphoma both on clinical grounds, such as duodenal follicular lymphoma and pediatric follicular lymphoma, or on biological bases, such as del1p36 follicular lymphoma, which typically presents as isolated inguinal adenopathy and follows a more typically benign course. Certain biological features such as loss of chromosome 6q or 17p are associated with worse prognosis.

Prognostic models in follicular lymphoma have been developed, including the FLIPI, the FLIPI-2, the PRIMA-PI, and the m7FLIPI, but none of these models has yet been validated as a means with which to select therapy in a patient with newly diagnosed FL, and they are of limited utility in the clinic at present. Of note, much of the published literature on follicular lymphoma is directed towards a discussion of low-grade follicular lymphoma, whereas histological transformation (HT) to aggressive lymphoma is a related distinct process. HT is currently best understood as a clonal evolution of the underlying low-grade follicular lymphoma, driven by additional mutations acquired by a common progenitor cell. Estimated rates of HT over the course of illness range from 4 to 27%; risk of HT is associated with clinical factors including elevated beta-2-microglobulin, high-risk disease by FLIPI, elevated lactate dehydrogenase (LDH), greater burden of disease, and extent of extranodal disease. HT may be present at diagnosis, in which case treatment and prognosis closely mirror that of de novo diffuse large B-cell lymphoma; or may occur subsequently or at time of relapse, which is currently felt to be associated with inferior outcomes if standard chemoimmunotherapy programs are used, as opposed to alternative strategies such as targeted therapy, immunotherapy, or consolidative stem cell transplantation (either autologous or allogeneic). Importantly, the overall course of illness of low-grade follicular lymphoma presenting with de novo transformation is not worse than patients who do not undergo transformation, highlighting the favorable trajectory when patients' transformed disease is successfully treated. (Wagner-Johnston Blood 2015)

## II.    Roundup

Roundup is the brand name of a glyphosate-based herbicide.  Extensive scientific studies have been conducted to investigate whether glyphosate (the active ingredient in Roundup) or the formulated product (which includes surfactants and water) is carcinogenic.  Although the International Agency for Cancer Research has classified glyphosate as a probable carcinogen (IARC 2015), as described more fully below, there is widespread consensus among scientists -- based on epidemiologic, animal, and genotoxicity studies -- that glyphosate and formulations are not carcinogenic.

With regard to epidemiologic studies, IARC noted that "There is limited evidence in humans for the carcinogenicity of glyphosate."  (IARC 2015 at p.78).  As used by IARC, the term "limited evidence" means that "[a] causal interpretation of the positive association observed in the body of evidence on exposure to the agent and cancer is credible, but chance, bias, or confounding could not be ruled out with reasonable confidence."  (IARC Preamble at p.31)

As explained below, the few positive associations that have been reported for glyphosate and risk of NHL generally in epidemiologic studies suffer from multiple sources of bias, and epidemiologic studies that reduce bias through prospective design or proper control for co-

exposure to other pesticides and other sources of confounding do not show an increased risk associated with glyphosate. (Hardell 2002, Hohendal 2011, Andreotti 2018, Pahwa 2019, EPA 2020, Kabat 2021).   The studies that have looked specifically at FL have reported no association with glyphosate.  (Andreotti 2018, Pahwa 2019, Leon 2019).

A recent study reported that "[t]he association between glyphosate and NHL overall appears to be confounded by exposure to other pesticides."  (Pahwa 2019 at p. 8)  Moreover, the large, well-designed, prospective cohort study known as the Agricultural Health Study, updated by Andreotti and colleagues in 2018 -- research that was not considered by IARC -- found no increased risk even with longer-term follow-up.  (Andreotti 2018).  The epidemiology is further discussed in subsection D, below.

## A.     United States:  Environmental Protection Agency (EPA)

The United States EPA has published detailed scientific analyses of the potential carcinogenicity of glyphosate and determined that it is unlikely to be carcinogenic.  (EPA 2017, EPA 2019).  The EPA explained that it carefully reviewed genotoxicity studies, animal studies, and epidemiological studies, including "the newly published analysis of glyphosate use and cancer incidence in the Agricultural Health Study . . . a long-term epidemiological study of over 54 thousand pesticide applicators to investigate the association between pesticide exposures and incidence of various types of cancer and non-cancer outcomes."  (EPA 2019 at pp. 7, 19)

EPA expressly considered IARC's views and analyses.  In comparing their different approaches to data analysis and interpretation, EPA explained that its scientific review was more complete and robust than IARC's.  Thus, EPA scientists considered 15 animal carcinogenicity studies, while IARC considered only 8 animal studies, and the EPA analysis excluded some inappropriate non-mammalian studies - research conducted in fish, reptile, and plant models - that IARC considered.  (EPA 2019 at p. 7)

EPA's analyses of animal carcinogenicity studies are described in detail in section 4 the 2017 report.  (EPA 2017 at pp. 69-97).  EPA summarized these studies as follows:

"Based on the weight-of-evidence evaluations, the agency has concluded that none of the tumors evaluated in individual rat and mouse carcinogenicity studies are treatment-related due to lack of pairwise statistical significance, lack of a monotonic dose response, absence of preneoplastic or related non-neoplastic lesions, no evidence of tumor progression, and/or historical control information (when available).  Tumors seen in individual rat and mouse studies were also not reproduced in other studies, including those conducted in the same animal species and strain at similar or higher doses."  (EPA 2017 at p. 97)

EPA's analyses of genotoxicity studies are described in detail in section 5 of the 2017 report.  (EPA 2017 at pp. 98-131)  EPA summarized these studies:

"The overall weight of evidence indicates that there is no convincing evidence that glyphosate induces mutations in vivo via the oral route.  When administered by i.p. injection, the micronucleus studies were predominantly negative.  In the two cases where an increase in micronuclei were reported via this route, the

effects occurred above the reported i.p. LD50 for mice and were not observed in other i.p. injection studies at similar or higher doses.  While there is limited evidence genotoxic for effects in some *in vitro* experiments, *in vivo* effects were given more weight than *in vitro* effects particularly when the same genetic endpoint was measured, which is consistent with current OECD guidance.  The only positive findings reported *in vivo* were seen at relatively high doses that are not relevant for human health risk assessment."  (EPA 2017 at 131)

Importantly, the EPA also considered updated data from the AHS epidemiologic study, (Andreotti 2018), which were not considered by IARC.  (EPA 2017 at pp. 13, 31, 44)

EPA has determined that "glyphosate is 'not likely to be carcinogenic to humans' . . . based on a thorough weight-of-evidence review of all relevant data and in accordance with the agency's 2005 Guidelines for Carcinogen Risk Assessment."  (EPA 2019 at 7, 19; EPA 2017 at 13, 144).

On August 8, 2019, EPA issued a News Release reiterating its scientific determination that glyphosate is not carcinogenic:  "EPA found – as it has before – that glyphosate is not a carcinogen, and there are no risks to public health when glyphosate is used in accordance with its current label."  (EPA 2019 News Release)

On January 6, 2020, EPA issued another interim review decision regarding glyphosate incorporating a review of the Leon and Zhang meta-analyses and found that glyphosate is "not likely to be carcinogenic to humans."  (EPA 2020 at 10).

### B.     Canada:  Health Canada

The Canadian health regulatory agency, Health Canada, has also published detailed scientific analyses of glyphosate.  (Health Canada 2017)  Health Canada explicitly considered the IARC report, as well as performing an independent review of human epidemiologic studies, animal studies, and genotoxicity studies regarding glyphosate and glyphosate formulations. (Health Canada 2017 at pp. 17-24)  Health Canada noted that IARC's conclusions drawn from their review of animal studies were flawed:  "IARC did not reflect the lack of dose-response relationships or other contextual information (for example, background/ historical control data, cytotoxicity) in their decision."  (Health Canada 2017 at p. 23)

As concluded by the EPA, Health Canada scientists also determined that the epidemiologic, animal and genotoxicity studies do not demonstrate carcinogenicity:

"Based on a weight-of-evidence analysis that utilized all available carcinogenicity studies in animals, together with other contextual information, the PMRA did not consider any of the observed tumours to be treatment-related. The main aspects of this weight-of-evidence analysis are highlighted below:

• A clear dose-response was not observed for any of the noted tumours

• The statistically significant findings via pairwise comparisons were weighed against the lack of dose-response relationships.

• The statistically significant positive trend was weighed against the lack of consistency across several relevant studies from a total of fourteen long term toxicity/carcinogenicity studies in rodents.

• Slightly increased tumour incidences at dose levels at or above the limit dose of testing (1000 mg/kg bw/day) were not considered relevant for human health risk assessment.

• Incidences fell within valid historical control data from the respective performing laboratories.

• There was a lack of pre-neoplastic lesions (for example, foci, hypertrophy, and hyperplasia) and/or other biologically plausible evidence (for example, mode of action data) to relate the noted tumours to glyphosate treatment.

• The weight-of-evidence from a wide range of assays, both in vitro and in vivo, that examined various endpoints such as gene mutation, chromosomal damage, DNA damage and repair, indicated no genotoxic concern for glyphosate.

• The currently available epidemiology evidence does not support a causal relationship between exposure to glyphosate and cancer outcomes."

(Health Canada 2017 at pp. 23-24.)

After Health Canada published its evaluation, the agency received public objections that prompted a second independent re-review of the scientific evidence concerning carcinogenicity. In 2019, Health Canada scientists re-affirmed their original conclusion that glyphosate is not carcinogenic:

"Our scientists left no stone unturned in conducting this review.  They had access to all relevant data and information from federal and provincial governments, international regulatory agencies, published scientific reports and multiple pesticide manufacturers.  This includes the reviews referred to in the Monsanto Papers.  Health Canada also had access to numerous individual studies and raw scientific data during its assessment of glyphosate, including additional cancer and genotoxicity studies.  To help ensure an unbiased assessment of the information, Health Canada selected a group of 20 of its own scientists who were not involved in the 2017 re-evaluation to evaluate the notices of objection."
(Health Canada 2019 at p. 1)

Health Canada also emphasized that non-carcinogenicity was the consensus view of worldwide regulatory bodies:

"No pesticide regulatory authority in the world currently considers glyphosate to be a cancer risk to humans at the levels at which humans are currently exposed."

(Health Canada 2019 at p.2)

### C.      European Union: European Chemicals Agency (ECHA)

As with EPA and Health Canada, scientists at the European Chemicals Agency also assessed the scientific evidence regarding Roundup and risk of NHL.  ECHA summarized and analyzed numerous *in vitro* and *in vivo* studies assessing genotoxicity (ECHA 2017 at pp. 19-28); animal carcinogenicity data in rodents (ECHA at pp. 28-30, 32-43); and epidemiologic data (ECHA 2017 at pp. 30-31, 43-50).

Regarding genotoxicity, ECHA concluded: "Taking all data into account, and based on the overall negative responses in the existing gene mutation and oral mutagenicity tests, RAC concludes that no classification of glyphosate for germ cell mutagenicity is warranted." (ECHA 2017 at p. 28)

ECHA's final conclusion was "that based on the epidemiological data as well as the data from long-term studies in rats and mice, taking a weight of evidence approach, no classification for carcinogenicity is warranted.  (ECHA 2017 at p. 52)

### D.      Epidemiology

While scientifically, the most reliable source of data regarding effects of pharmaceutical, or non-pharmaceutical, interventions comes from randomized and double-blinded clinical trials, such studies are designed and conducted with the intention of testing interventions intended to cure disease or alleviate suffering, and are rarely available in the assessment of safety of non-medicinal chemicals.  Absent clinical trial data, the scientific assessment of effects of a given exposure rely upon observational epidemiology, including when available, cohort and case-control studies.  The strengths and weaknesses of the various study methodologies and designs have been well described.  (E.g., EPA 2017 at pp. 24-27)

In assessing the available epidemiologic data describing potential associations between exposure to glyphosate formulations and risk of illness, there are both case-control and cohort studies informing conclusions, as well as meta-analyses and pooled data studies offering further analysis of the primary data.  The scientific consensus of the epidemiologic studies, as described above, is that the weight of epidemiologic evidence does not support the view that glyphosate formulations are carcinogenic.

Several of the epidemiologic studies bear particular comment:

The Agricultural Health Study (AHS) is a large, prospective cohort study with long-term follow-up, and the only prospective data available.  This is a well-designed and conducted, scientifically rigorous study, originally designed to characterize the effects of agricultural, lifestyle, and genetic factors on the health of farming populations.  Importantly, work within the AHS investigated a possible association between formulated glyphosate and a broad range of health outcomes, including NHL.  The AHS study included adjustment for potentially confounding co-exposures; detailed analyses exploring exposure-response (to assess whether extent of exposure is correlated with risk); analyses of multiple lag periods (to assess the possibility of latency between glyphosate exposure and NHL diagnosis); and analyses of major NHL subtypes (to assess whether glyphosate exposure might affect the risk of one or more specific types of lymphoma).  The AHS study "found no evidence of an association between

glyphosate use and risk of any solid tumors or lymphoid malignancies, including NHL and its subtypes." (Andreotti 2018) The study also found no relationship between increased exposure intensity or duration and risk of lymphoma.  To be sure, some commentators have criticized the study because 37% of participants did not respond to a follow-up questionnaire, and questioned the investigators' use of imputation to account for missing data.  (Sheppard 2019, Zhang 2019) However, the AHS investigators addressed these concerns with sensitivity analyses reported in the initial publication, and further responded to these concerns in a responding letter to the editor in which they presented additional data from the study, further supporting the conclusion that imputation did not introduce bias and demonstrating the stability of the study's findings. (Andreotti 2019)  The AHS study provides the most reliable epidemiologic evidence to date regarding Roundup and risk of NHL.

The North American Pooled Project (NAPP) is a pooled analysis of several earlier case-control studies involving participants in the United States and Canada.  (Pahwa 2019)  This most recent study includes all of the primary data from, and performs a more comprehensive analysis than was reported by, its underlying studies, including McDuffie 2001 and DeRoos 2003. Importantly, Pahwa 2019 reports findings that are adjusted for co-exposures to other pesticides (thereby reducing potential bias from confounding), and it also presents data for NHL-subtype and for exposure-response, albeit limited by underlying limitations of the constituent case-control studies.  The NAPP study found no increased risk of ever-users of glyphosate compared with never-users after adjusting for co-exposure to other pesticides.  (Pahwa 2019, Table 2).  The NAPP study also found no significant exposure-response associations (after adjustment for co-exposures) when exposure to glyphosate formulations was measured by duration in either years or lifetime-days, although it did find a small but statistically significant increased risk for participants who reported using glyphosate more than 2 days per year regardless of the duration of exposure.  (Pahwa 2019, Table 4)  Additionally, after adjusting for exposure to other pesticides, none of the exposure response metrics for NHL in general or  FL in particular, specifically those reported in Tables 3, 4, and 5, found a statistically significant trend.  The authors ultimately conclude that their study "provides some limited evidence of an association between glyphosate and NHL," and that the "association between glyphosate and NHL overall appears to be confounded by exposure to other pesticides."  (Pahwa 2019 at 8)

Zhang 2019 is a meta-analysis that combines some data from prior observational studies (including a small subset of the AHS data as well as some data from prior case-control studies); as such, it presents no new data.  It is important to note that meta-analysis cannot correct confounding, bias or other flaws contained in the underlying studies. Zhang 2019 reports an increased relative risk in exposed individuals (meta-RR = 1.41, 95% confidence interval, CI: 1.13–1.75). This meta-analysis, however, has limitations due to its design and approach to data interpretation that limit the reliability of its findings.  For example, some of the data incorporated in Zhang 2019 is subject to bias from confounding, because the data from the underlying studies was unadjusted for co-exposure to other pesticides (Eriksson 2008, Hardell 2002, McDuffie 2001 and Orsi 2009).  As noted previously, studies that fail to adjust for bias due to confounding from co-exposure to other pesticides can lead to false-positive findings.  In addition, Zhang 2019 elected to use only a small subset of the data from AHS, which results in an underweighting of the data from this study; further, Zhang 2019 offer no sensitivity analysis for what the impact on their findings would have been had they included additional data from the AHS study or selected more precise risk estimates (rather than the 20-year-lag estimate) from the study in calculating a

meta-RR. Zhang 2019 also combines data that is from ever-users (versus never-users) with other data that is limited to users whose exposure exceeded some specified duration. The effect of these decisions is that they individually and collectively bias the meta-analysis towards a potentially false-positive finding. Additionally, EPA 2020 conducted a thorough review of this meta-analysis and concluded that the Zhang authors did not use appropriate methods to perform their meta-analysis and it does not impact the conclusions in their review of glyphosate.

Leon (2019) is a meta-analysis that combines three agricultural cohorts. The authors noted that they did not observe an association between risk of NHL overall and ever use of glyphosate." They reported an elevated hazard ratio of 1.36 for DLBCL and glyphosate with a non-significant confidence interval that included 1.00. The authors also noted that false-positive associations may have occurred given the large number of comparisons in the study.

EPA 2020 also performed an updated meta-analysis which incorporated data from Andreotti (2018), and found a meta-estimate of 1.14 (95% CI: 0.87, 1.50). They noted that the incorporation of the most recent AHS data yielded a smaller effect size which is no longer statistically significant (in comparison to their prior meta-analysis).

The most recent meta-analysis is a study published in 2021 by Kabat, et al. This study incorporates the recent Pahwa (2019) study and found a meta-RR for ever-never use of Roundup of 1.05 (95% CI: 0.87, 1.28). The authors also performed a series of sensitivity analyses in which they excluded each study individually, one at a time, to determine whether the exclusion of a particular study changed the analysis. In each instance, the meta-RR was not statistically significant. The authors also conducted an analysis substituting in the highest risk from the Andreotti study and the meta-RR was also not statistically significant.

It bears mention that there is no published epidemiologic report that has, with appropriate adjustment for confounding, found in multivariate analysis a statistically significant association between exposure to glyphosate or its formulated products and risk of FL as a specific clinical entity. Extrapolation of risk factors or assessment of causation from other forms of lymphoma or other diagnoses to FL ignores the unique clinical, biological, and genetic nature of this rare and unique illness.

As noted above, the body of epidemiologic literature has been extensively analyzed by the EPA, Health Canada and ECHA, each of which has independently concluded that these data do not support a causal connection between exposure to glyphosate formulations and risk of NHL.

Taken in its entirety, my interpretation of the available epidemiologic literature is that there is no established association between exposure to glyphosate formulations and risk of non-Hodgkin lymphoma.

### E.    Animal Studies

Glyphosate has been studied in rats and mice. These studies are described in IARC 2015, Greim 2015, EPA 2017, EPA 2019, Health Canada 2017, Health Canada 2019, and ECHA 2017. The scientific consensus as exemplified by the regulatory scientific reviews is that tumors observed in the animal studies were unlikely to be treatment related—based on multiple factors,

including lack of pre-neoplastic lesions, absence of dose-response, inconsistency across models, and strain-specific rates not dissimilar to those expected in the absence of exposure—and that these studies do not indicate that glyphosate is potentially carcinogenic, although this consensus is not unanimous (e.g., IARC 2015, Zhang 2019). The limited significant findings of an association in the thousands of analyses of the potential carcinogenicity of glyphosate in animals are further undermined by the multiple analyses conducted in animal studies, the extreme high doses used in some of these studies, the lack of consistency of the findings and contrary findings within the same studies based on gender, and the lack of findings related to lymphomas in animals. A recent study analyzed the large number of animal carcinogenicity studies and reported that there were more negative dose-response trends than positive, suggesting that the few positive associations in animals were simply due to chance. (Crump 2020)

## F.    Genotoxicity Studies

Glyphosate has been studied in cells both *in vitro* and *in vivo* to assess potential genotoxicity. These studies are described in IARC 2015, EPA 2017, EPA 2019, Health Canada 2017, Health Canada 2019, and ECHA 2017. Most, but not all, of the genotoxicity studies are negative, meaning they do not show genotoxic effects. The scientific consensus is that the genotoxicity studies do not indicate potential carcinogenicity, although again this consensus is not unanimous (e.g., IARC 2015, Zhang 2019).

Several peer-reviewed studies have investigated potential genotoxicity in people residing in areas that have been subject to aerial spraying of glyphosate formulations. Paz-y-Mino 2007 examined biospecimens from 24 people in Ecuador who resided close to an area exposed to aerial spraying of a glyphosate based herbicide, collected between two weeks and three months following putative exposure, compared with those from 21 individuals living far from the sprayed region. The authors reported more DNA strand breaks in the those from the sprayed region. However, a follow-up study by the same investigators of people in the same geographic area studied 92 potentially-exposed people and 90 presumably-unexposed people with longer follow-up, and found "no chromosomal alterations in the analyzed individuals," indicating the absence of sustained effect – and thus, no genotoxicity – associated with exposure to aerial spraying of glyphosate-based herbicide. (Paz-y-Mino 2011 at p. 50)

Another study of aerial spraying investigated 274 subjects in five regions of Colombia where there were different exposures to glyphosate formulations and other pesticides. (Bolognesi 2009) Although some abnormalities were observed, the effects were both modest and transient, and the investigators reported that the study findings do not establish glyphosate formulations as genotoxic. In fact, the study concluded: "The smaller number of subjects recruited in this study and small amount of information about the exposure precluded any conclusion." (Bolognesi 2009 at p. 995).

## G.    Overall Assessment

My opinion, based on the above, and both informed by and supported by the scientific consensus, is that use of glyphosate or Roundup does not increase the risk of NHL.

### III.    John Schafer's Follicular Lymphoma and De Novo Histologic Transformation to Diffuse Large B-Cell Lymphoma

John Schafer is a 66 year old man with a past medical history of overweight; Hashimoto thyroiditis and hypothyroidism; atrial fibrillation; hypertension; cerebral vascular accident; and grand mal seizures.  He also had a concern of mycosis fungoides, but the biopsy was not conclusive, and a second opinion suggest it was probably not.  His family history includes two sisters with breast cancer with diagnoses at ages 38 and 50.  His medications for his various conditions included Synthroid, Dilantin, Nexium, aspirin, Diltiazem, Tambocor, Decadron/dexamethasone, Xarelto, Eliquis, and Levetiracetam.

On January 9, 2018, a left inguinal node biopsy showed evidence of B-cell lymphoma of follicular center cell origin with a diffuse pattern, cytologically low grade, but discordantly higher proliferative rate.  Bone marrow tested negative for lymphoma.  On February 2, 2018, tissue was examined from a peritoneal nodule and obturator lymph node.  The Peritoneal node showed infarcted fibroadipose tissue with fibrosis and chronic inflammation.  The obturator lymph node showed diffuse large B-cell lymphoma with germinal center immunophenotype arising from transformation of underlying follicular lymphoma.

After confirmation of adequate left ventricular function, he was treated with six cycles of R-CHOP immunochemotherapy intended to be followed by rituximab maintenance every two months for two years.  His records reflect a good response to his induction therapy.  A June 25, 2018 PET/CT body scan demonstrated results that were felt to be consistent with a complete response by PET criteria.  His records indicate that he has subsequently remained in an ongoing complete remission.

In his plaintiff fact sheets and depositions, Mr. Schafer indicates that he used Roundup Grass and Weed Killer twice a year for control of weeds at his residence.

Based on my review of the available scientific evidence, medical records, my training and experience, and other materials in this case, it is my opinion to a reasonable degree of medical certainty that Roundup did not cause or substantially contribute to Mr. Schafer's Follicular Lymphoma or its transformation.  As to what were the causes or factors contributing to Mr. Schafer's risk of developing FL, in the majority of individuals with such a diagnosis, there is no single readily identifiable cause, beyond the nature of the immune system and the inherent genetic instability of B-cell biology, as described at length above. That said, based upon my present knowledge of Mr. Schafer's personal and medical history, and the presently available body of scientific literature addressing causes of and risk factors for lymphoma, I can identify certain elements in Mr. Schafer's case that merit attention.

First, Mr. Schafer has Hashimoto's thyroiditis, which is an autoimmune disease associated with and increased risk of NHL including FL specifically; while the majority of the medical literature associates autoimmune thyroiditis and lymphoma of the thyroid gland (including follicular lymphoma), the chronic inflammatory state of thyroiditis may predispose to other systemic lymphomas as well.

Second, the provided records indicate a history of overweight (here used as the appropriate medical term, describing a body mass index of 25 or greater) of uncertain duration. Overweight has been associated with increased risk of non-Hodgkin lymphoma including indolent and aggressive variants, and many believe it could be understood best as a causative factor. Obesity is associated with inflammation, and the chronic inflammatory state induced by obesity could be the mechanism by which obesity causes lymphoma. (e.g., Castillo 2014, Larsson 2007)

Third, biopsy of a peritoneal nodule performed February 2, 2018 demonstrated infarcted fibroadipose tissue with fibrosis and mild chronic inflammation. It is well recognized that adipose tissue itself can lead to and is a source of chronic inflammation (Reilly Nat Rev Endo 2017), that inflammation, fibrosis, and insufficient angiogenic potential (resulting in infarction) are the hallmarks of adipose tissue dysfunction (Crewe JCI 2017), and that this adipose tissue dysfunction can lead to carcinogenesis and cancer progression. (van Kruijsdijk CEBP 2009). In the case of Mr. Schafer, this goes beyond epidemiologic associations, as we have biopsy confirmation of this very process being present and active at the time of his diagnosis with lymphoma.

Fourth, age is a well-recognized risk factor for many forms of non-Hodgkin lymphoma, including FL. Risk for FL increases as we age, likely reflecting the nature of lymphomagenesis arising from random aberrant mutations in B-cell replication. Mr. Schafer had a markedly increased risk of FL at the age of 63 in comparison to his risk when he was 20 or even 10 years younger. While age is the ultimate non-modifiable risk factor – meaning, there is no way to prevent it – it is important to recognize the risk contribution from natural aging processes.

## IV.    Response to Plaintiffs' Experts

I have reviewed the reports submitted by Drs. Ron Schiff and Dennis Weisenburger, and disagree with both their described methodologies and their conclusions. Dr. Schiff's description of what he titles "differential etiology" is not a standard approach to assigning causation of illness such as FL, even putting aside the evidence reviewed herein that glyphosate is not a cause of lymphoma. Determining the cause of lymphoma cannot be reduced to a process of elimination, as doing so both falsely assumes that a finite list of risk factors – one that does not include natural processes and consequences of B-cell biology – can be definitively enumerated, as well as erroneously includes glyphosate and its formulated products on such a list despite the weight of evidence to the contrary.  Dr. Weisenburger is less explicit in his description of how he arrived at the conclusion that other identified risk factors were "minor" and again, in my professional opinion, arrives at an inappropriate conclusion regarding the cause of Mr. Schafer's FL or its histologic transformation.

I reserve the right to add/amend opinions if and when new information or records become available, and to respond to plaintiffs' experts, and to use graphics and demonstratives to explain and illustrate material discussed in the report.

Dated:  February 11, 2021

_____
Matthew J. Matasar, MD, MS

# Exhibit A

MEMORIAL SLOAN KETTERING CANCER CENTER AND
**WEILL CORNELL MEDICAL COLLEGE** *CURRICULUM VITAE* **FORM**

| | |
|---|---|
| Signature (required): | |
| Version date: | January 12th, 2021 |

## A. GENERAL INFORMATION

**Required Information:**

| | |
|---|---|
| Name: First, Middle, Last | Matthew Matasar, MD MS |
| Office address: | Memorial Sloan Kettering Cancer Center 1275 York Avenue, New York, NY 10065 |
| Office telephone: | 212-639-8889 |
| Office fax: | 646-227-7257 |
| Home address: | ███████████████████████ |
| Home telephone: | █████████ |
| Cell phone: | █████████ |
| Beeper: | ███ |
| Work Email: Personal Email: | matasarm@mskcc.org |
| Citizenship: | United States |
| If not a U.S. Citizen, do you have: | Immigrant visa (green card)? Non-immigrant Visa? Type: |

## B. EDUCATIONAL BACKGROUND

1. Academic Degree(s):

| Degree (abbreviation) | Institution Name and Location | Dates attended | Year Awarded |
|---|---|---|---|
| A.B. | Harvard College, Cambridge, MA | 1992-1996 | 1996 |
| M.D. | Harvard Medical School, Boston, MA | 1996-2000 | 2000 |

1

| M.S. | Mailman School of Public Health (Columbia), NY, NY | 2003-2005 | 2005 |
|------|------|------|------|

2.    Post-doctoral training (include residency/fellowships):

| Title | Institution name and location | Dates held |
|------|------|------|
| Intern, Internal Medicine | New York-Presbyterian (Columbia Campus), NY, NY | 2000-2001 |
| Resident, Internal Medicine | New York-Presbyterian (Columbia Campus), NY, NY | 2001-2003 |
| Chief Resident, Internal Medicine | New York-Presbyterian (Columbia Campus), NY, NY | 2003-2004 |
| Post-Doctoral Fellow | (T-32 Training Grant), Cancer Epidemiology and Prevention, Columbia University Medical Center, NY NY | 2003-2005 |
| Fellow, Medicine | Hematology and Oncology, Memorial Sloan- Kettering Cancer Center, NY, NY | 2005-2008 |
| Fellow, Medicine | Hematology and Oncology, Weill Cornell Medical College | 2005-2008 |

3.    Continuing Medical Education Courses/Certificates

| Certificate or Course | Institution Name and Location | Dates attended |
|------|------|------|
|  |  |  |

4.    Other Educational Experiences

| Description | Institution Name and Location | Dates attended |
|------|------|------|
| Fundamentals of Leadership | Memorial Sloan Kettering Cancer Center | 1/2018 – 6/2018 |
| Operational Excellence | Memorial Sloan Kettering Cancer Center | 3/2019 – 6/2019 |

**C.    LICENSURE, BOARD CERTIFICATION, MALPRACTICE**

1.    Licensure:

| a. State | Number | Date of issue | Date of last registration |
|------|------|------|------|
| New York | 227471 | 06/30/2020 | 06/30/2022 |
| New Jersey | 25MA10303100 | 6/30- | 06/30/2019 |

| b. If no license: | |
|------|------|
| 1.   1. Do you have a temporary certificate? | NA |

2

| 2. Have you passed the examination for foreign medical school graduates? | NA |
|---|---|

| c. DEA number: | FM0893568 |
|---|---|
| d. NPI number: | 1629237987 |

## 2. Board Certification

| Full Name of Board | Certificate # | Dates of Certification (mm/dd/yyyy) – Start and End Dates |
|---|---|---|
| American Board of Internal Medicine | 222694 | 2003-2013 |
| Medical Oncology Certification | 222694 | 2008-2018 |

## 3. Malpractice Insurance

| Do you have Malpractice Insurance? | Yes |
|---|---|
| Name of Provider: MSK Insurance, US, Inc | |
| Premiums paid by: Memorial Sloan Kettering Cancer Center | |

## D. PROFESSIONAL POSITIONS AND EMPLOYMENT

## 1. Academic positions (teaching and research)

| Title | Institution name and location | Dates held |
|---|---|---|
| Instructor, Clinical Medicine | New York-Presbyterian (Allen Campus), NY, NY | 2004-2005 |
| Assistant Member (Level 1) | Memorial Sloan Kettering Cancer Center, NY, NY | 2009-2015 |
| Assistant Member | Memorial Sloan-Kettering Cancer Center, NY, NY | 2015-2019 |
| Assistant Professor of Medicine | Weill Cornell Medical College NY, NY | 2015- 2020 |
| Associate Member | Memorial Sloan Kettering Cancer Center, NY, NY | 2019-Current |
| Associate Professor of Medicine | Weill Cornell Medical College NY, NY | 2020-Present |

## 2. Hospital positions (e.g., attending physician)

3

| Title | Institution name and location | Dates held |
|---|---|---|
| Assistant Member, Attending Physician | Memorial Hospital for Cancer and Allied Diseases | 2008- 2019 |
| Associate Member, Attending Physician | Memorial Hospital for Cancer and Allied Diseases | 2019-Current |

3.  <u>Other Employment</u>

4.  <u>Breaks in academic or medically-related employment of one month or longer</u>

E.  **EMPLOYMENT STATUS (current or anticipated)**

| |
|---|
| Name of Employer(s): Memorial Sloan Kettering Cancer Center |
| Employment Status: <br> Full-time salaried by Cornell-affiliated hospital |

F.  **INSTITUTIONAL/HOSPITAL AFFILIATION**

| 1. Primary Hospital Affiliation: | Memorial Hospital for Cancer and Allied Diseases |
|---|---|
| 2. Other Hospital Affiliations: | |
| 3. Other Institutional Affiliations: | Weill Cornell Medical College |

G.  **PERCENT EFFORT AND INSTITUTIONAL RESPONSIBILITIES**

| CURRENT % EFFORT | (%) | Does the activity involve WCMC students/researchers? (Yes/No) | Does the activity involve MSKCC students/researchers? (Yes/No) |
|---|---|---|---|
| TEACHING | 5% | Yes | Yes |
| CLINICAL | 40% | No | Yes |
| ADMINISTRATIVE | 20% | No | No |
| RESEARCH | 35% | Yes | Yes |
| TOTAL | 100% | | |

**INSTITUTIONAL RESPONSIBILITIES**

4

1.   Teaching:

| Didactic teaching: | |
|---|---|
| Didactic lectures for WCMC housestaff, Department of Medicine Grand Rounds and housetaff lecutres at NYP, Grand Rounds at MSKCC, didactic lectures for MSKCC Fellows | Dates 2008-Present |
| **Mentorship:** | |
| Resident Mentor for housestaff from WCMC and other institutions<br>Fellow Mentor, MSKCC<br>Junior Faculty Mentor (Falchi, Rodriguez) | Dates<br>2008-Present<br>2008-Present<br>2019-Present |
| **Clinical teaching:** | |
| **Physical Diagnosis, WCMC Medical Students**<br>Clinical education in outpatient lymphoma clinic for housestaff from WCMC and other institutions<br>Clinical education in outpatient lymphoma clinic for MSK Fellows and visiting WCMC Fellows | Dates<br>2014<br>2008-Present<br><br>2008-Present |
| **Administrative teaching leadership role:** | |
| COOL Scholar site director, MSK Bergen<br>Director, bimonthly faculty didactic conference, MSK Bergen | Dates<br>2018-Present<br>2018-Present |

2.   Clinical care:

| Clinical Activity; Clinical Program Development | Dates |
|---|---|
| 4-8 wks inpatient attending per year; 2-3 days outpatient clinic per week | 2008-Present |
| Lymphoma Inpatient Service: Red Team | 2008-2015 |
| Lymphoma Inpatient Service: Green Team | 2008-2015 |
| Lymphoma Inpatient Service: St. Catherine's Hospital | 2014-2015 |

3.   Research: (duties, dates)

| Research Activity / Key Contributions | Dates |
|---|---|
| Tissue and Functional Assessment of Myocardial Injury in HL Survivors, MSK IRB 13-034, LLS TRP, PI – Collaboration between MSKCC and WCMC (WCMC Dr. Jonathan Weinsaft, co-PI) | 2013-2016 |

5

| | |
|---|---|
| A Single Arm, Safety and Efficacy Study of Ofatuumab in combination with ICE or DHAP Chemotherapy in Relpased or Refractory Aggressive Lymphoma Prior to Autologous Stem Cell Transplantation, MSK IRB 09-082, PI | 2011-2013 |
| Ofatumumab versus Rituximab Salvage Chemoimmunotherapy Followed by ASCT in Relapsed or Refractory DLBCL, MSK IRB 11-079, PI | 2012-2015 |
| Comskils Survivorship Transitioning, MSK IRB 11-180, R01, Co-PI | 2011- Current |
| Ascertainment of Families for Genetic Studies of Familial Lymphoproliferative Disorders, MSK IRB 00-069, Co-P | 2010-Current |
| Safety and Immunogenicity of Herpes Zoster Vaccine 1437173A in Autologous Hematopoietic Cell Transplant Recipients, MSK IRB 10-027 Co-PI | 2010-2014 |
| A randomized double-blind placebo-controlled phase 3 study of SGN-35 and best supportive care versus placebo and BSC in the treatment of patients at high risk of residual Hodgkin lymphoma following autologous stem cell transplant. MSK IRB 10-175 Co-PI | 2010-2015 |
| A phase III double-blind randomized placebo-controlled multicenter clinical trial to study the safety tolerability efficacy and immunogenicity of V212 [shingles vaccine] in recipients of autologous stem cell transplant. MSK IRB 11-065, Co-PI | 2011-2013 |
| Survey to Assess International Travel Patterns and Health Preparations of Hematopoietic Stem Cell Transplant Recipients at Memorial Sloan-Kettering Cancer Center, MSK IRB 11-176, Co-PI | 2011-2012 |
| A Phase III, Randomized, Observer-blind, Placebo Controlled, Multicenter Clinical Trial to Assess the Prophylactic Efficacy, Safety, and Immunogenicity of GSK Biologicals' Herpes Zoster (gE/AS01B) Vaccine when Administered Intramuscularly on a Two Dose Schedule to Adult Autologous Hematopoietic Stem Cell Transplant (HCT) Recipients, MSK IRB 13-054, Co-PI | 2013-2016 |
| A Phase Ib/II Study Evaluating the Safety, Tolerability and Anti-tumor Activity of Polatuzumab Vedotin (DCDS4501A) in Combination with Rituximab (R) or Obinutuzumab (G) Plus Bendamustine (B) in Relapsed or Refractory Follicular or Diffuse Large B-cell Lymphoma. MSK IRB 15-170, PI | 2015-Current |
| An Open-Label, Multicenter, Phase I Trial Evaluating The Safety And Pharmacokinetics Of Escalating Doses Of BTCT4465A In Patients With Relapsed Or Refractory B-Cell Non- Hodgkin's Lymphoma And Chronic Lymphocytic Leukemia. MSK IRB 16-182, PI | 2016-Current |
| 18-230 (GO39942: A Phase III, Multicenter, Randomized, Double- Blind, Placebo-Controlled Trial Comparing The Efficacy and Safety of Polatuzumab Vedotin in Combination with Rituximab and CHP (R-CHP) Versus Rituximab and CHOP (R-CHOP) in Previously Untreated Patients with Diffuse Large B-cell Lymphoma), PI | 2018-Current |
| 17-359 (Real World Practice Efficiency with Subcutaneous Rituximab Analysis), PI | 2018-Current |
| 16-873 (A Phase III, Randomized, Double-Blind, Controlled, Multicenter Study of Intravenous PI3K Inhibitor Copanlisib in Combination with Standard Immunochemotherapy versus Standard Immunochemotherapy in Patients with Relapsed Indolent Non-Hodgkin's Lymphoma (iNHL) - CHRONOS-4), PI and National PI | 2017- Current |

| | |
|---|---|
| 15-236 (A Phase III, Randomized, Double-Blind, Placebo-Controlled Study Evaluating the Efficacy and Safety of Copanlisib in Combination with Rituximab in Patients with Relapsed Indolent B-cell Non-Hodgkin's Lymphoma (iNHL) - CHRONOS-3), PI and National PI | 2017- Current |
| 14-107 (A Phase 3b, Multicenter, Open-label, PCI-32765 (Ibrutinib) Long-term Extension Study), PI | 2018- Current |
| 18-457 (Retrospective analysis of the use o R-GemOx in patients with relapsed/refractory aggressive B-cell non-Hodgkin's lymphoma at MSKCC), PI | 2018-Current |
| 19-322 (A Phase I open-label, multicenter study evaluating the safety and pharmacokinetics of escalating doses of IGM-2323 in subjects with relapsed/refractory non-Hodgkin lymphoma), PI | 2019-Current |
| 20-031 (Phase III Open-Label multicenter randomized study evaluating the safety and efficacy of polatuzumab vedotin in combination with rituximab plus gemcitabine plux oxaliplatin (R-GEMOX) versus R-GEMOX alone in patients with relapsed/refractory diffuse large B-cell lymphoma), PI and international steering committee member | 2020-Current |
| ACE-LY 312 (A Phase 3, Randomized, Double-Blind, Placebo-Controlled Study of Acalabrutinib in Combination with Rituximab, Cyclophosphamide, Doxorubicin, Vincristine, and Prednisone (R-CHOP) in Subjects ≤65 Years with Previously Untreated Non-Germinal Center Diffuse Large B-Cell Lymphoma), in collaboration with WCMC, International Steering Committee member | 2020-Current |

4. <u>Administrative Activities: (duties, dates)</u> Describe administrative activities in the table below. To document administrative activities more extensively use a supplemental statement, refer to it here and attach it to the CV.

| Administrative Activity | Date |
|---|---|
| Lymphoma Survivorship Clinic, Medical Director | 2014- Current |
| Medicine Steering Committee | 2013- Current |
| Fertility Preservation Committee | 2013- Current |
| Clindoc Committee | 2011-2012 |
| BMT QA Committee | 2010-2017 |
| MSKCC Diversity Committee | 2017- Current |
| MSKCC Clinical Competence Committee | 2016- Current |

| MSKCC Executive Council | 2018- Current |
| Medical Director of MSK Bergen | 2018- Current |

## H. RESEARCH SUPPORT

Summarize **Past Research** Support:
1. Source, amount, and duration of support (dates)
2. Name of Principal Investigator
3. Individual's role in project

| |
|---|
| 1.T-32 Training Grant (Principal Investigator: Alfred I. Neugut, M.D./ Ph,D), 2004-2005 |
| 2.K-30 Training Grant (Principal Investigator: Melissa D. Begg, Sc.D.), 2003-2005 |
| 3. Communication Skills Intervention to Promote Transition into Survivorship -$525,659 with 10% effort for 5 years. NIH/NCI: PI Horwitz. Describe the impact of training lymphoma physicians in transitioning patients from treatment to survivorship using a survivorship care plan on patient-level outcomes. 07/01/2010-06/30/2016. |
| 4.  Lymphoma and Leukemia Society. Tissue and Functional Assessment of Myocardial injury in HL Survivors. $600,000 with 5% for 3 years. PI: **Matasar.** Co-PI: Weinsaft (WCMC) Compare the ability of cardiac MR and echocardiography to detect myocardial injury in survivors of Hodgkin lymphoma without known heart disease. 10/01/2013-09/31/2016. Collaborative survivorship project between MSKCC and WCMC |

**Current Research Support (duplicate table as needed):**

| Title of Grant | 5R01CA193523-02 |
|---|---|
| Source | NIH/NCI |
| Amount | $725,495 |
| Duration | 5 Years (01/01/2016-12/31/2020) |
| Principal Investigator | Duhamel |
| Description of the project | Systematic Light Exposure for Fatigue in Stem Cell Transplant Survivors |
| Your Role in Project | Co-PI |
| % Effort | 3% |

## I. EXTRAMURAL PROFESSIONAL RESPONSIBILITIES

| Activity / Responsibility | Dates |
|---|---|
| Peer Review, Value in Health / Editorial Board | 2005- Current |
| Ad hoc reviewer, Value in Health | 2005 |
| Peer Review, Blood / Editorial Board | 2006- Current |

8

| | |
|---|---|
| Ad hoc reviewer, Blood | 2006- Current |
| Editorial Board, Oncology | 2016- Current |
| Peer Review, Leukemia and Lymphoma | 2007 |
| Ad hoc reviewer, Leukemia and Lymphoma | 2007- Current |
| Editorial Review Board, Journal of Hematologic Malignancies | 2011- Current |
| Peer Review, Cancer | 2013- Current |
| Peer Review, Journal of Hematologic Malignancies | 2013 |
| Medical reviewer, Lymphoma Research Foundation, Lymphoma Survivorship Factsheet | 2017 |
| Lymphoma Connect Steering Committee | 2018- Current |
| TheMednet.org Expert Consultant | 2018- Current |
| Ad Hoc Reviewer, Leukemia and Lymphoma | 2018- Current |
| Ad hoc reviewer, Cancer | 2013- Current |
| Ad hoc reviewer, Journal of Clinical Oncology | 2013- Current |
| Editorial Board, Oncology | 2016- Current |
| Board of Trustees, Leukemia and Lymphoma Society (Long Island chapter) | 2016- 2018 |
| Board of Trustees, Leukemia and Lymphoma Society (New Jersey Chapter) | 2018- Current |
| Consultant to Radiolab | 2018 |
| Peer Reviewer, Journal of the National Cancer Institute, and Leukemia and Lymphoma | 2019-Current |
| Memorial Sloan Kettering Research Council | 2020-Present |
| Board Member MJH Life Sciences (ONCOLOGY) | 2020-Present |
| AD Hoc Reviewer For Lancet Oncology | 2021-Present |

**J.  PROFESSIONAL MEMBERSHIPS**

| Member/Officer/Fellow/Role | Organization | Dates |
|---|---|---|

9

| Member | Member, Residency Selection Committee, New York-Presbyterian (Columbia Campus) | 2003-2005 |
|---|---|---|
| Member | Board Certified, American Board of Internal Medicine | 2003 |
| Member | Member, American Society of Clinical Oncology | 2005- Current |
| Member | American Society of Hematology | 2007- Current |
| Member | Board Certified, Medical Oncology | 2008 |
| Member | American Society of Blood and Marrow Transplantation | 2010- Current |
| Member | Lab Practices Committee | 2018- Current |

## K.  HONORS AND AWARDS

| Name of award | Date awarded |
|---|---|
| John Harvard Scholar, Harvard College | 1992-1996 |
| Phi Beta Kappa, Harvard College | 1995 |
| Inductee, Aesculapean Society, Harvard Medical School | 1999 |
| Honorable Mention, Teaching Resident of the Year, Columbia University College of Physicians and Surgeons | 2002 |
| Chief Resident, Internal Medicine, New York-Presbyterian (Columbia Campus), NY, NY | 2003-2004 |
| Recipient, Mortimer Lacher Fellowship, Lymphoma Foundation | 2006-2007 |
| Nominee, Celgene Award for Clinical Research in Hematology | 2007 |
| Hematology Attending Teaching Award, MSKCC | 2010 |
| Hematology Attending Teaching Award, MSKCC | 2014 |
| Dr. John J. Kenny Award, Leukemia Lymphoma Society | 2017 |

**L. BIBLIOGRAPHY**

1. Articles in professional peer-reviewed journals

   1. Neugut AI, **Matasar M**, Wang X, McBride R, Jacobson JS, Tsai WY, Grann VR, Hershman DL. Duration of adjuvant chemotherapy for colon cancer and survival among the elderly. J Clin Oncol. 2006 May 20;24(15):2368-75. PMID: 16618946

   2. **Matasar MJ**, Ritchie EK, Consedine N, Magai C, Neugut AI. Incidence rates of acute promyelocytic leukemia among Hispanics, blacks, Asians, and non-Hispanic whites in the United States. Eur J Cancer Prev. 2006 Aug;15(4):367-70. PMID: 16835508

   3. **Matasar MJ**, Ritchie EK, Consedine N, Magai C, Neugut AI. Incidence rates of the major leukemia subtypes among US Hispanics, Blacks, and non-Hispanic Whites. Leuk Lymphoma. 2006 Nov;47(11):2365-70. PMID: 17107911

   4. **Matasar MJ**, Shi W, Silberstien J, Lin O, Busam KJ, Teruya-Feldstein J, Filippa DA, Zelenetz AD, Noy A. Expert second-opinion pathology review of lymphoma in the era of the World Health Organization classification. Ann Oncol. 2012 Jan;23(1):159-66. doi: 10.1093/annonc/mdr029. PMID: 21415238

   5. Moskowitz CH, **Matasar MJ**, Zelenetz AD, Nimer SD, Gerecitano J, Hamlin P, Horwitz S, Moskowitz AJ, Noy A, Palomba L, Perales MA, Portlock C, Straus D, Maragulia JC, Schoder H, Yahalom J. Normalization of pre-ASCT, FDG-PET imaging with second-line, non-cross-resistant, chemotherapy programs improve event-free survival in patients with Hodgkin lymphoma Blood. 2012 Feb 16;119(7):1665-70. doi: 10.1182/blood-2011-10-388058. PMID: 22184409

   6. Moskowitz AJ, Hamlin PA Jr, Perales MA, Gerecitano J, Horwitz SM, **Matasar MJ**, Noy A, Palomba ML, Portlock CS, Straus DJ, Graustein T, Zelenetz AD, Moskowitz CH. Phase II study of bendamustine in relapsed and refractory Hodgkin lymphoma. J Clin Oncol. 2013 Feb 1;31(4):456-60. doi: 10.1200/JCO.2012.45.3308. PMID: 23248254

   7. Ofatumumab in combination with ICE or DHAP chemotherapy in relapsed or refractory intermediate grade B-cell lymphoma. **Matasar MJ**, Czuczman MS, Rodriguez MA, Fennessy M, Shea TC, Spitzer G, Lossos IS, Kharfan-Dabaja MA, Joyce R, Fayad L, Henkel K, Liao Q, Edvardsen K, Jewell RC, Fecteau D, Singh RP, Lisby S, Moskowitz CH. Blood. 2013 Jul 25;122(4):499-506. doi: 10.1182/blood-2012-12-472027. PMID: 23692856

   8. A retrospective analysis of peripheral T-cell lymphoma treated with the intention to transplant in the first remission. Mehta N, Maragulia JC, Moskowitz A, Hamlin PA,

11

Lunning MA, Moskowitz CH, Zelenetz A, **Matasar MJ**, Sauter C, Goldberg J, Horwitz SM. Clin Lymphoma Myeloma Leuk. 2013 Dec;13(6):664-70. doi: 10.1016/j.clml.2013.07.005. PMID: 24035712

9. Favorable outcomes in elderly patients undergoing high-dose therapy and autologous stem cell transplantation for non-Hodgkin lymphoma. Dahi PB, Tamari R, Devlin SM, Maloy M, Bhatt V, Scordo M, Goldberg J, Zelenetz AD, Hamlin PA, **Matasar MJ**, Maragulia J, Giralt SA, Perales MA, Moskowitz CH, Sauter CS. Biol Blood Marrow Transplant. 2014 Dec;20(12):2004-9. doi: 10.1016/j.bbmt.2014.08.019. PMID: 25175794

10. International travel patterns and travel risks for stem cell transplant recipients. Mikati T, Griffin K, Lane D, **Matasar M**, Shah MK. J Travel Med. 2015 Jan-Feb;22(1):39-47. doi: 10.1111/jtm.12166. PMID: 25327693

11. Late morbidity and mortality in patients with Hodgkin's lymphoma treated during adulthood. **Matasar MJ**, Ford JS, Riedel ER, Salz T, Oeffinger KC, Straus DJ. J Natl Cancer Inst. 2015 Feb 24; -2008 107(4). pii: djv018. doi: 10.1093/jnci/djv018. PMID: 25717170

12. Autologous stem cell transplant in recurrent or refractory primary or secondary central nervous system lymphoma using thiotepa, busulfan and cyclophosphamide. Welch MR, Sauter CS, **Matasar MJ**, Faivre G, Weaver SA, Moskowitz CH, Omuro AM. Leuk Lymphoma. 2015 Feb;56(2):361-7. doi: 10.3109/10428194.2014.916800. PMID: 24745937

13. R-MPV followed by high-dose chemotherapy with TBC and autologous stem-cell transplant for newly diagnosed primary CNS lymphoma. Omuro A, Correa DD, DeAngelis LM, Moskowitz CH, **Matasar MJ**, Kaley TJ, Gavrilovic IT, Nolan C, Pentsova E, Grommes CC, Panageas KS, Baser RE, Faivre G, Abrey LE, Sauter CS. Blood. 2015 Feb 26;125(9):1403-10. doi: 10.1182/blood-2014-10-604561. PMID: 25568347

14. Phase I/II trial of vorinostat with rituximab, cyclophosphamide, etoposide and prednisone as palliative treatment for elderly patients with relapsed or refractory diffuse large B-cell lymphoma not eligible for autologous stem cell transplantation. Straus DJ, Hamlin PA, **Matasar MJ**, Lia Palomba M, Drullinsky PR, Zelenetz AD, Gerecitano JF, Noy A, Hamilton AM, Elstrom R, Wegner B, Wortman K, Cella D. Br J Haematol. 2015 Mar;168(5):663-70. doi: 10.1111/bjh.13195. PMID: 25316653

15. PET-adapted sequential salvage therapy with brentuximab vedotin followed by augmented ifosamide, carboplatin, and etoposide for patients with relapsed and refractory Hodgkin's lymphoma: a non-randomised, open-label, single-centre, phase 2 study. Moskowitz AJ, Schöder H, Yahalom J, McCall SJ, Fox SY, Gerecitano J, Grewal R, Hamlin PA, Horwitz S, Kobos R, Kumar A, **Matasar M**, Noy A, Palomba ML, Perales MA, Portlock CS, Sauter C, Shukla N, Steinherz P, Straus D, Trippett T, Younes A, Zelenetz A, Moskowitz CH. Lancet Oncol. 2015 Mar;16(3):284-92. doi: 10.1016/S1470-2045(15)70013-6. PMID: 25683846

16. Prognostic value of FDG-PET prior to autologous stem cell transplantation for relapsed and refractory diffuse large B-cell lymphoma. Sauter CS, **Matasar MJ**, Meikle J, Schoder H, Ulaner GA, Migliacci JC, Hilden P, Devlin SM, Zelenetz AD, Moskowitz CH. Blood. 2015 Apr 16;125(16):2579-81. doi: 10.1182/blood-2014-10-606939. PMID: 25758829

17. Survivorship care planning after participation in communication skills training intervention for a consultation about lymphoma survivorship. Banerjee SC, **Matasar MJ**, Bylund CL, Horwitz S, McLarney K, Levin T, Jacobsen PB, Parker P, Astrow A, Kissane DW. Transl Behav Med. 2015 Dec;5(4):393-400. doi: 10.1007/s13142-015-0326-z. PMID: 26622912

18. Prospective Study of 3'-Deoxy-3'-18F-Fluorothymidine PET for Early Interim Response Assessment in Advanced-Stage B-Cell Lymphoma. Schöder H, Zelenetz AD, Hamlin P, Gavane S, Horwitz S, **Matasar M**, Moskowitz A, Noy A, Palomba L, Portlock C, Straus D, Grewal R, Migliacci JC, Larson SM, Moskowitz CH. J Nucl Med. 2016 May;57(5):728-34. doi: 10.2967/jnumed.115.166769. PMID: 26719374

19. Cancer and Fertility Program Improves Patient Satisfaction With Information Received. Kelvin JF, Thom B, Benedict C, Carter J, Corcoran S, Dickler MN, Goodman KA, Margolies A, **Matasar MJ**, Noy A, Goldfarb SB. J Clin Oncol. 2016 May 20;34(15):1780-6. doi: 10.1200/JCO.2015.64.5168. Epub 2016 Apr 4. PMID: 27044937

20. Protocol for a cluster randomised trial of a communication skills intervention for physicians to facilitate survivorship transition in patients with lymphoma. Parker PA, Banerjee SC, **Matasar MJ**, Bylund CL, Franco K, Li Y, Levin TT, Jacobsen PB, Astrow AB, Leventhal H, Horwitz S, Kissane DW. BMJ Open. 2016 Jun 28;6(6):e011581. doi: 10.1136/bmjopen-2016-011581. PMID: 27354079

21. Risk factors predicting outcomes for primary refractory Hodgkin lymphoma patients treated with salvage chemotherapy and autologous stem cell transplantation. Shah GL, Yahalom J, **Matasar MJ**, Verwys SL, Goldman DA, Bantilan KS, Zhang Z, McCall SJ, Moskowitz AJ, Moskowitz CH. Br J Haematol. 2016 Nov;175(3):440-447. doi: 10.1111/bjh.14245. Epub 2016 Jul 5. PMID: 27377168

22. Brentuximab vedotin and AVD followed by involved-site radiotherapy in early stage, unfavorable risk Hodgkin lymphoma. Kumar A, Casulo C, Yahalom J, Schöder H, Barr PM, Caron P, Chiu A, Constine LS, Drullinsky P, Friedberg JW, Gerecitano JF, Hamilton A, Hamlin PA, Horwitz SM, Jacob AG, **Matasar MJ**, McArthur GN, McCall SJ, Moskowitz AJ, Noy A, Palomba ML, Portlock CS, Straus DJ, VanderEls N, Verwys SL, Yang J, Younes A, Zelenetz AD, Zhang Z, Moskowitz CH. Blood. 2016 Sep 15;128(11):1458-64. doi: 10.1182/blood-2016-03-703470. Epub 2016 Jul 25. PMID: 27458003

13

23. Outcomes of primary refractory diffuse large B-cell lymphoma (DLBCL) treated with salvage chemotherapy and intention to transplant in the rituximab era. Vardhana, S. A., Sauter, C. S., **Matasar, M. J.**, Zelenetz, A. D., Galasso, N., Woo, K. M., Zhang, Z. and Moskowitz, C. H.16 Dec 2016 Br J Hematology. doi:10.1111/bjh.14453. PMID: 27982423

24. A Comprehensive Assessment of Toxicities in Patients with Central Nervous System Lymphoma Undergoing Autologous Stem Cell Transplantation Using Thiotepa, Busulfan, and Cyclophosphamide Conditioning. Scordo M, Bhatt V, Hsu M, Omuro AM, **Matasar MJ**, DeAngelis LM, Dahi PB, Moskowitz CH, Giralt SA, Sauter CS. Biol Blood Marrow Transplant. 2017 Jan;23(1):38-43. doi: 10.1016/j.bbmt.2016.09.024. Epub 2016 Oct 3. PMID: 27713090

25. Outcomes of primary refractory diffuse large B-cell lymphoma (DLBCL) treated with salvage chemotherapy and intention to transplant in the rituximab era. Vardhana SA, Sauter CS, **Matasar MJ**, Zelenetz AD, Galasso N, Woo KM, Zhang Z, Moskowitz CH. Br J Haematol. 2017 Feb;176(4):591-599. doi: 10.1111/bjh.14453. Epub 2016 Dec 16. PMID: 27982423

26. Ofatumumab Versus Rituximab Salvage Chemoimmunotherapy in Relapsed or Refractory Diffuse Large B-Cell Lymphoma: The ORCHARRD Study. van Imhoff GW, McMillan A, **Matasar MJ**, Radford J, Ardeshna KM, Kuliczkowski K, Kim W, Hong X, Goerloev JS, Davies A, Barrigón MDC, Ogura M, Leppä S, Fennessy M, Liao Q, van der Holt B, Lisby S, Hagenbeek A. J Clin Oncol. 2017 Feb 10;35(5):544-551. doi: 10.1200/JCO.2016.69.0198. Epub 2016 Dec 28. PMID: 28029326

27. Accelerated Total Lymphoid Irradiation-containing Salvage Regimen for Patients with Refractory and Relapsed Hodgkin Lymphoma: 20 Years of Experience. Rimner A, Lovie S, Hsu M, Chelius M, Zhang Z, Chau K, Moskowitz AJ, **Matasar M**, Moskowitz CH, Yahalom J. Int J Radiat Oncol Biol Phys. 2017 Apr 1;97(5):1066-1076. doi: 10.1016/j.ijrobp.2017.01.222. Epub 2017 Feb 1. PMID: 28332991

28. The PARP Inhibitor Veliparib Can Be Safely Added to Bendamustine and Rituximab and Has Preliminary Evidence of Activity in B-Cell Lymphoma. Soumerai JD, Zelenetz AD, Moskowitz CH, Palomba ML, Hamlin PA Jr, Noy A, Straus DJ, Moskowitz AJ, Younes A, **Matasar MJ**, Horwitz SM, Portlock CS, Konner JA, Gounder MM, Hyman DM, Voss MH, Fury MG, Gajria D, Carvajal RD, Ho AL, Beumer JH, Kiesel B, Zhang Z, Chen A, Little RF, Jarjies C, Dang TO, France F, Mishra N, Gerecitano JF. Clin Cancer Res. 2017 Aug 1;23(15):4119-4126. doi: 10.1158/1078-0432.CCR-16-3068. Epub 2017 Mar 17. PMID: 28314788

29. Communication between oncologists and lymphoma survivors during follow-up consultations: A qualitative analysis. Franco K, Shuk E, Philip E, Blanch-Hartigan D, Parker PA, **Matasar M**, Horwitz S, Kissane D, Banerjee SC, Bylund CL. J Psychosoc Oncol. 2017 Sep-Oct;35(5):513-530. doi: 10.1080/07347332.2017.1313352. Epub 2017 Mar 30. PMID: 28358241

14

30. The contribution of pre-existing cardiovascular (CV) risk factors to the risk of stroke or heart attack among non-Hodgkin lymphoma (NHL) survivors.  Salz T, Craig Zabor E, de Nully Brown P, Oksbjerg Dalton S, Jaya Raghunathan N,  **Matasar MJ**, Steingart R, Hjalgrim H, Svenssen Munksgaard P, Specht L, Vickers AJ, Oeffinger KC, Johansen C. Journal of Clinical Oncology, 10082, 2017. DOI: 10.1200/JCO.2017.72.4211. PMID: 28922087

31. Multicenter phase II study of temozolomide and myeloablative chemotherapy with autologous stem cell transplant for newly diagnosed anaplastic oligodendroglioma. Thomas AA, Abrey LE, Terziev R, Raizer J, Martinez NL, Forsyth P, Paleologos N, **Matasar M**, Sauter CS, Moskowitz C, Nimer SD, DeAngelis LM, Kaley T, Grimm S, Louis DN, Cairncross JG, Panageas KS, Briggs S, Faivre G, Mohile NA, Mehta J, Jonsson P, Chakravarty D, Gao J, Schultz N, Brennan CW, Huse JT, Omuro A. Neuro Oncol. 2017 Oct 1;19(10):1380-1390. doi: 10.1093/neuonc/nox086. PMID: 28472509

32. Prognostic significance of baseline metabolic tumor volume in relapsed and refractory Hodgkin lymphoma. Moskowitz AJ, Schöder H, Gavane S, Thoren KL, Fleisher M, Yahalom J, McCall SJ, Cadzin BR, Fox SY, Gerecitano J, Grewal R, Hamlin PA, Horwitz SM, Kumar A, **Matasar M**, Ni A, Noy A, Palomba ML, Perales MA, Portlock CS, Sauter C, Straus D, Younes A, Zelenetz AD, Moskowitz CH. Blood. 2017 Nov 16;130(20):2196-2203. doi: 10.1182/blood-2017-06-788877. Epub 2017 Sep 5. PMID: 28874350

33. Preexisting Cardiovascular Risk and Subsequent Heart Failure Among Non-Hodgkin Lymphoma Survivors. Salz T, Zabor EC, de Nully Brown P, Dalton SO, Raghunathan NJ, **Matasar MJ**, Steingart R, Vickers AJ, Svenssen Munksgaard P, Oeffinger KC, Johansen C. J Clin Oncol. 2017 Dec 1;35(34):3837-3843. doi: 10.1200/JCO.2017.72.4211. Epub 2017 Sep 18. PMID:

34. A phase 1 study of ibrutinib in combination with R-ICE in patients with relapsed or primary refractory DLBCL. Sauter CS, **Matasar MJ**, Schoder H, Devlin SM, Drullinsky P, Gerecitano J, Kumar A, Noy A, Palomba ML, Portlock CS, Straus DJ, Zelenetz AD, McCall SJ, Miller ST, Courtien AI, Younes A, Moskowitz CH. Blood. 2018 Apr 19;131(16):1805-1808. doi: 10.1182/blood-2017-08-802561. Epub 2018 Jan 31. PMID: 29386196

35. Outcomes of Relapsed and Refractory Primary Mediastinal (Thymic) Large B-cell Lymphoma Treated with Second-line Therapy and Intent to Transplant. Vardhana S, Hamlin PA, Yang J, Zelenetz A, Sauter CS, **Matasar MJ**, Ni A, Yahalom J, Moskowitz CH.Biol Blood Marrow Transplant. 2018 Jun 14. pii: S1083-8791(18)30321-5. doi:10.1016/j.bbmt.2018.06.009. PMID: 29909154

15

36. Beyond maximum grade: modernising the assessment and reporting of adverse events in haematological malignancies. Thanarajasingam G, Minasian LM, Baron F, Cavalli F, De Claro RA, Dueck AC, El-Galaly TC, Everest N, Geissler J, Gisselbrecht C, Gribben J, Horowitz M, Ivy SP, Jacobson CA, Keating A, Kluetz PG, Krauss A, Kwong YL, Little RF, Mahon FX, **Matasar MJ**, Mateos MV, McCullough K, Miller RS, Mohty M, Moreau P, Morton LM, Nagai S, Rule S, Sloan J, Sonneveld P, Thompson CA, Tzogani K, van Leeuwen FE, Velikova G, Villa D, Wingard JR, Wintrich S, Seymour JF, Habermann TM. Lancet Haematol. 2018 Jun 12. pii: S2352-3026(18)30051-6. doi: 10.1016/S2352-3026(18)30051-6. 29907552

37. Efficacy of a survivorship-focused consultation versus a time-controlled rehabilitation consultation in patients with lymphoma: a cluster randomized controlled trial. Parker, P; Banerjee, S; **Matasar, M;** Bylund, C; Rogers, M; Franco, K; Schofield, E; Li, Y; Levin, T; Jacobsen, P; Astrow, A; Leventhal, H; Horwitz, S; Kissane, D. Cancer 2018 October 18. https://doi.org/10.1002/cncr.31767. PMID: 30335188

38. Cost of disease progression in patients with metastatic breast, lung, and colorectal cancer. Reyes C, Engel-Nitz NM, DaCosta Byfield S, Ravelo A, Ogale S, Bancroft T, Anderson A, Chen M, **Matasar M**. Oncologist. 2019 Feb 22. pii: theoncologist.2018-0018. doi: 10.1634/theoncologist.2018-0018. PMID: 30796156

39. Cost of disease progression in patients with chronic lymphocytic leukemia, acute myeloid leukemia, and Non-Hodgkin's lymphoma. Reyes C, Engel-Nitz NM, DaCosta Byfield S, Ravelo A, Ogale S, Bancroft T, Anderson A, Chen M, **Matasar M.** Oncologist. 2019 Feb 26. pii: theoncologist.2018-0019. doi: 10.1634/theoncologist.2018-0019. [Epub ahead of print] PMID:30808814

40. Late Gadolinium Enhancement CMR Tissue Characterization for Cancer-Associated Cardiac Masses – Metabolic and Prognostic Manifestations in Relation to Whole Body Positron Emission Tomography. Chan AT, Fox, J, Perez Johnston R, Kim J, Brouwer LR, Grizzard J, Kim RJ, **Matasar M,** Shia J, Moskowitz CS, Steingart R, Weinsaft JW.  Journal of the American Heart Association. JAHA 21 May 2019. doi:10.1161/JAHA.118.011709. PMID: 30796156

41. Patterns of survival in patients with recurrent mantle cell lymphoma in the modern era: Progressive shortening in response duration and survival after each relapse. Kumar, A., Sha, F., Toure, A., Dogan, A., Ni, A., Batlevi, M., Palomba,L.M, Portlock, C., Straus, D.J, Noy, A., Horowitz, S.M., Moskowitz, A., Hamlin, P., Moskowitz, C.H, **Matasar, M.J.,** Zelenetz, A.D., Younes, A. (2019). *Blood Cancer Journal, 9*(6). doi:10.1038/s41408-019-0209-5. PMID: 31110172

42. Active Surveillance for nodular lymphocyte-predominant Hodgkin lymphoma. Borchmann, S, Joffe, E, Moskowitz, CH, Zelenetz, AD, Noy, A, Portlock, CS, Gerecitano, JF,.Batlevi, CL, Caron, PC, Drullinsky,P, Hamilton, A, Hamlin Jr.,PA, Horwitz, SM, Kumar, A, **Matasar, MJ**, Moskowitz,AJ, Owens,CN, Palomba,ML, Younes, A, and Straus, DJ. Blood 2019; doi: 10.1182/blood-2018-10-877761  PMID: 30770396

16

43. Toxicities and Long Term Survival After Autologous Hematopoietic Stem Cell Transplantation for Older Patients with Relapsed/Refractory Hodgkin Lymphoma. Shah GL, Lee C, Glick H, Kosuri S, Devlin SM, Yahalon, J, Dahr, P, Hamlin, P, Moskowitz, A, Straus, D.J, Giralt, S, Sauter, C, Moskowitz, C, **Matasar, M.** (2019) Hem Disease Therapies 3: 126. PMID: 29194581

44. Prognostic Utility of Differential tissue characterization of cardiac neoplasm and thrombus via late gadolinium enhancement cardiovascular magnetic response among patients with advance systematic cancer. Chan, AT, Plodkowski, AJ, Pun SC, Lakhman, Y, Halpenny DF, Kim J, Goldburg, SR, **Matasar, MJ**, Moskowitz, CS, Gupta, D, Dteingart R, Weinsaft, JW. Journal of cardiovascular magnetic resonance: official journal of the Society for Cardiovascular Magnetic Resonance. doi: 10.1186/s12968-017-0390-2. PMID: 29025425

45. Follicular Lymphoma: Recent and Emerging Therapies, Treatment Strategies, and Remaining Unmet Needs. **Matasar MJ**, Luminari S, Barr PM, Barta SK, Danilov AV, Hill BT, Phillips TJ, Jerkeman M, Magagnoli M, Nastoupil L, Persky D, Okosun J. PMID: 31346132

46. Toxicities and long term survival after autologous hematopoietic stem cell transplantation for older patients with relapsed/refractory hodgkin lymphoma. Shah GL, Lee C, Glick H, Kosuri S, Devlin SM, Yahalom J, Dahi P, Hamlin P, Moskowitz A, Straus DJ, Giralt SA, Sauter CS, Moskowitz CH, **Matasar MJ**. Hematol Dis Ther 2019; ISSN: 2557-1418

47. Positron-emission tomography-based staging reduces the prognostic impact of early disease progression in patients with follicular lymphoma. Batlevi CL, Sha F, Alperovich A, Ni A, Smith K, Ying Z, Gerecitano JF, Hamlin PA, Horwitz SM, Joffe E, Kumar A, **Matasar MJ**, Moskowitz AJ, Moskowitz CH, Noy A, Owens C, Palomba LM, Straus DJ, von Keudell G, Zelenetz AD, Seshan V, Luminari S, Marcheselli L, Federico M, Younes A. Eur J Cancer 2019. https://doi.org/10.1016/j.ejca.2019.12.006

48. CD19 CAR T cells following autologous transplantation in poor-risk relapsed and refractory B-cell non-Hodgkin lymphoma. Sauter CS, Senechal B, Riviere I, Ni A, Bernal Y, Wang X, Purdon T, Hall M, Singh AN, Szenes VZ, Yoo S, Dogan A, Wang Y, Moskowitz CH, Giralt S, **Matasar MJ**, Perales MA, Curran KH, Park J, Sadelain M, Brentjens RJ. Blood 2019. https://doi.org/10.1182/blood.2018883421

49. Cancer worry and empathy moderate the effect of a survivorship-focused intervention on quality of life. Parker PA, Banerjee SC, Matasar MJ, Bylund CL, Schofield E, Li Y, Jacobsen PB, Astro AB, Leventhal H, Horwitz S, Kissane D. Psycho-Oncology, in press.

50. Fear of cancer recurrence in lymphoma survivors: A descriptive study. Latella LE, Rogers M, Leventhal H, Parker PA, Horwitz S, Matasar MJ, Bylund CL, Kissane DW, Franco K, Banerjee SC. J Psychooncol 2020. https://doi.org/10.1080/07347332.2019.1677840

17

51. Polatuzumab vedotin in relapsed or refractory diffuse large B-cell lymphoma. Sehn LH, Herrera AF, Flowers CR, Kamdar MK, McMillan A, Hertzberg M, Assouline S, Kim

52. FEASIBILITY OF COMBINING THE PHOSPHATIDYLINOSITOL 3-KINASE (PI3K) INHIBITOR COPANLISIB WITH RITUXIMAB (R)-BASED IMMUNOCHEMOTHERAPY IN PATIENTS (PTS) WITH RELAPSED INDOLENT NON-HODGKIN LYMPHOMA (INHL)TM, Kim WS, Ozcan M, Hirata J, Penuel E, Paulson JN, Cheng J, Ku G, Matasar MJ. J Clin Oncol 2020. PMID: 31693429

53. Cancer worry and empathy moderate the effect of a survivorship-focused intervention on quality of life (2020). Parker, P., Banerjee, Smita., **Matasar, M.**, Bylund, Carma., Schofield, Elizabeth. Journal of Psychoncological, Social and Behavioral Dimensions of Cancer.

54. Patient Preference for first-line treatment of classical Hodgkin Lymphoma: a US Survey and discrete choice experiment (2020). Kahn, N., Feliciano, J., Mueller, K., He, M., Tao, R., Korol, E., Dalal, M., Rebeira, M., **Matasar, M.**

## 2. Reviews

1. Epidemiology of anaphylaxis in the United States. **Matasar MJ**, Neugut AI. Curr Allergy Asthma Rep. 2003 Jan;3(1):30-5. Review. PMID: 12542990

2. Management of colorectal cancer in elderly patients: focus on the cost of chemotherapy. **Matasar MJ**, Sundararajan V, Grann VR, Neugut AI. Drugs Aging. 2004;21(2):113-33. Review. PMID: 14960128

3. Overview of lymphoma diagnosis and management. **Matasar MJ**, Zelenetz AD. Radiol Clin North Am. 2008 Mar;46(2):175-98, vii. doi: 10.1016/j.rcl.2008.03.005. Review. PMID: 18619375

4. State-of-the-art issues in Hodgkin's lymphoma survivorship. Baxi SS, **Matasar MJ**. Curr Oncol Rep. 2010 Nov;12(6):366-73. doi: 10.1007/s11912-010-0123-2. Review. PMID: 20734173

5. Are we ready to predict late effects? A systematic review of clinically useful prediction models. Salz T, Baxi SS, Raghunathan N, Onstad EE, Freedman AN, Moskowitz CS, Dalton SO, Goodman KA, Johansen C, **Matasar MJ**, de Nully Brown P, Oeffinger KC, Vickers AJ. Eur J Cancer. 2015 Apr;51(6):758-66. doi: 10.1016/j.ejca.2015.02.002. Review. PMID: 25736818

6. Imaging for Staging and Response Assessment in Lymphoma. Johnson SA, Kumar A, **Matasar MJ**, Schöder H, Rademaker J. Radiology. 2015 Aug;276(2):323-38. doi: 10.1148/radiol.2015142088. Review. PMID: 26203705

7. Late Cardiac Effects of Therapy for Hodgkin Lymphoma. **Matasar M**, Gupta D. Clin Oncol. 2016; 1: 1042.

8. Advances in the Diagnosis and Management of Lymphoma. Word ZH, **Matasar MJ**. Blood and Lymphatic Cancer: Targets and Therapy 2012:2 29–55. DOI:10.2147/BLCTT.S15554.

9. Characteristics and Outcome of Patients with Hodgkin Lymphoma with Early Relapse Following Front-line Escalated BEACOPP Based Chemotherapy: A Report from the Australasian Lymphoma Alliance. **Matasar, MJ. Leukemia Lymphoma**

10. A randomized phase II/III study of R-CHOP versus CHOP combined with dose-dense rituximab for DLBCL: JCOG0601" by Ohmachi et al. [Paper #ADV-2020-002567-T],

3. Books

4. Chapters

1. Zablotska LB, **Matasar MJ**, Neugut AI. Second malignancies after radiation treatment and chemotherapy for primary cancers. In Oncology: An Evidence-Based Approach (Chang AE, Ganz PA, Hayes DF, et al., eds.) Springer 2006

2. Tonorezos ES, Baxi SS, Blinder V, Feldman DR, Novetsky Friedman D, **Matasar M,** Salz T, Shahrokni A, Oeffinger KC. American Cancer Society. The American Cancer Society Textbook of Clinical Oncology (Prevention to Survivorship). Hoboken, NJ: Wiley-Blackwell; 2018

3. **Matasar MJ**, Horwitz S. Peripheral T-cell lymphoma. In Management of Hematologic Malignancy (Cambridge; S. Obrien et al, eds), 2010

4. Lunning M, **Matasar MJ**. Survivorship in Hodgkin Lymphoma. In Hodgkin's Lymphoma, Dr. Nima Rezaei (Ed.), ISBN: 978-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-5, 2012.

5. Other (media, DVD's, etc.)

   N/A

6. Abstracts: Optional, list 10-20 best or most recent only
   **(Instructor and Assistant Level 1 only)**

   N/A

7. Presentations: Optional, **other than invited**. List 10-20 best or most recent only.

1. Memorial Sloan Kettering Cancer Center Annual Cancer Survivors Celebration, Somerset, NJ / Invited Presentation. 06/13/2018
2. Memorial Sloan Kettering Cancer Center Annual Cancer Survivors Celebration, Woodbury, NY / Invited Presentation. 06/15/2017

3. Memorial Sloan Kettering Cancer Center Alumni Symposium, Manhattan, NY / Invited Presentation. 10/20/2016
4. Stupid Cancer OMG Lecture, Manhattan, NY/ Invited Presentation. 09/17/2016
5. BMT Infonet Symposium, East Rutherford, NJ / Invited Presentation. 05/14/2014
6. Lymphoma Research Foundation Manhattan, New York / Invited Presentation. 10/03/2015
7. Leukemia & Lymphoma Society, Teaneck, NJ / Invited Presentation. 11/21/2015
8. Leukemia & Lymphoma Society, Update on Hodgkin Lymphoma, Recording / Invited Presentation. 04/01/2016
9. Memorial Sloan Kettering Cancer Center Lymphoma Symposium, Manhattan, NY / Invited Presentation. 05/14/2016
10. CUMC General Medicine Grand Rounds, Manhattan, NY / Invited Presentation. 10/26/2012
11. Glens Falls Hospital Grand Rounds, Glens Falls, NY/ Invited Presentation. 12/18/2012
12. Glens Falls Hospital, Medical Staff Survivorship Lecture, Glens Falls, NY / Invited Presentation. 12/18/2012
13. Lymphoma Research Foundation, Manhattan, NY / Invited Presentation. 10/13/2012
14. Russia Malignant Lymphoma Discussion, Virtual-MOSCOW, Russia 10/29/2020

# Exhibit B

**Dr. Matthew Matasar Materials Considered List (*Schafer v. Monsanto Co.,*)**

1. Agency for Toxic Substances and Disease Registry (ATDSR), *Toxicological Profile for Glyphosate: Draft for Public Comment*, United States Dep't of Health and Human Services (April 2019).

2. American Cancer Society, Cancer Facts & Figures.

3. Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study,* 110(5) J. Nat'l Cancer Inst. 509 (2018).

4. Andreotti, G. et al., *Response to Sheppard and Shaffer*, 111(2) J. Nat'l Cancer Inst. djy201 (2019).

5. Blair, A., et al., *Comments on Occupational and Environmental Factors in the Origin of Non-Hodgkin's Lymphoma*, 52 Cancer Research Supp. 5501s (1992).

6. Bolognesi, C. et al., *Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate*, 72 J. Toxicology Envtl. Health A 986 (2009).

7. California Office of Environmental Health Hazard Assessment (OEHHA), *Statement Regarding the US EPA's Press Release and Registrant Letter on Glyphosate*, California Environmental Protection Agency (Aug. 12, 2019).

8. Castillo, J., et al., *Obesity Is Associated With Increased Relative Risk of Diffuse Large B-Cell Lymphoma: A Meta-Analysis of Observational Studies*, 14 Clinical Lymphoma, Myeloma & Leukemia 122 (2014).

9. Cerhan, J., et al., *Anthropometrics, physical activity, related medical conditions, and the risk of non-Hodgkin lymphoma*, 16 Cancer Causes and Control 1203 (2005).

10. Cerhan, J., et al., *Medical History, Lifestyle, Family History, and Occupational Risk Factors for Diffuse Large B-Cell Lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project*, 48 J. Nat'l Cancer Inst. Monographs 15 (2014).

11. Chang, E. and E. Delzell, *Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers*, 51(6) J. Envtl. Sci. and Health 402 (2016).

12. Chiu, B. et al., *Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma*, 13(4) Cancer Epidemiology, Biomarkers & Prevention 525 (2004).

13. Chiu, B. et al., *Obesity and risk of non-Hodgkin lymphoma (United States)*, 18 Cancer Causes and Control 677 (2007).

14. Colovic, M. D., et al., *Hairy cell leukemia in first cousins and review of the literature*, 67(3) Eur J Haematol 185 (2001).

15. Conde L, et al., Genome-wide association study of follicular lymphoma identifies a risk locus at 6p21.32. Nat Genet. 2010 Aug;42(8):661-4. doi: 10.1038/ng.626. Epub 2010 Jul 18. PMID: 20639881; PMCID: PMC2913472.

16. Crump K. *The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate.* Risk Anal. 2020 Apr;40(4):696-704. doi: 10.1111/risa.13440. Epub 2019 Dec 30. PMID: 31889327.

17. Crump K, Crouch E, Zelterman D, Crump C, Haseman J. *Accounting for Multiple Comparisons in Statistical Analysis of the Extensive Bioassay Data on Glyphosate.* Toxicol Sci. 2020 Jun 1;175(2):156-167. doi: 10.1093/toxsci/kfaa039. PMID: 32191327.

18. De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

19. De Roos, A. et al., *Integrative assessment of multiple pesticides as risk factors for non-Hodgtkin's lymphoma among men*, 60 Occupational and Envtl. Med. e11 (2003).

20. Defarge, N. et al., *Co-Formulants in Glyphosate-Based Herbicides Disrupt Aromatase Activity in Human Cells below Toxic Levels*, 13 Int. J. Envtl. Res. Pub. Health 264 (2016).

21. DellaValle, C., et al., *Risk-Accepting Personality and Personal Protective Equipment Use within the Agricultural Health Study*, 17(3) J. Agromedicine 264 (2012).

22. Deposition of Helen Schafer, *Schafer v. Monsanto Co.,* No. 3:19-cv-02169 (ND CA December 16, 2019 ) and exhibits.

23. Deposition of John Schafer, *Schafer v. Monsanto Co.,* No. 3:19-cv-02169 (ND CA November 19, 2019 ) and exhibits.

24. Divino, V., et al. *Characteristics and treatment patterns among US patients with hairy cell leukemia: a retrospective claims analysis*, 6(6) Journal of Comparative Effectiveness Research 497 (2017).

25. Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav. 2020 Feb 24;111(1):63-73. doi: 10.23749/mdl.v111i1.8967. PMID: 32096774; PMCID: PMC7809965.

26. Engels, E., et al., *Comprehensive Evaluation of Medical Conditions Associated with Risk of Non-Hodgkin Lymphoma using Medicare Claims ("MedWAS")*, 25(7) Cancer Epidemiology, Biomarkers & Prevention 1105 (2016).

27. Environmental Protection Agency (EPA), *EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products* (Aug. 8, 2019).

28. Environmental Protection Agency (EPA), Office of Pesticide Programs, *Glyphosate: Proposed Interim Registration Review* Decision Case Number 0178 (April 2019).

29. Environmental Protection Agency (EPA), Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

30. Environmental Protection Agency (EPA), *Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision* (January 6, 2020).

31. Environmental Protection Agency (EPA), Glyphosate Interim Registration Review Decision Case Number 0178  (January 2020).

32. Expert Report of Dennis Weisenburger, MD (January 8, 2021)

33. Expert Report of Ron Schiff, MD, PhD (January 4, 2021)

34. Eriksson, M. et al., *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis*, 123 Int'l J. Cancer 1657 (2008).

35. European Chemicals Agency (ECHA), *Opinion: Proposing harmonized classification and labelling at EU level of glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment RAC (Mar. 15, 2017).

36. Fallah, M., et al., *Autoimmune diseases associated with non-Hodgkin lymphoma: a nationwide cohort study*, 25 Annals of Oncology 2025 (2014).

37. Giri, S., et al., *Racial Differences in the Overall Survival of Hairy Cell Leukemia in the United States: A Population-Based Analysis of the Surveillance, Epidemiology, and End Results Database*, 15(8) Clinical Lymphoma Myeloma and Leukemia 484 (2015).

38. Goldin, L. R., et al., *Elevated risk of chronic lymphocytic leukemia and other indolent non-Hodgkin's lymphomas among relatives of patients with chronic lymphocytic leukemia*, 94(5) Haematologica 647 (2009).

39. Greim, H. et al., *Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies*, 45 Critical Revs. in Toxicology 185 (2015).

40. Grever, M. R., et al., *Hairy cell leukemia: Update on molecular profiling and therapeutic advances*, 28 Blood Reviews 197 (2014).

41. Grever, M. R., et al., *Consensus guidelines for the diagnosis and management of patients with classic hairy cell leukemia*, 129(5) Blood 553 (2017).

42. Hardell, L., et al., *Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies*, 43(5) Leukemia & Lymphoma 1043 (2002).

43. Health Canada, *Re-evaluation Decision RVD2017-01 Glyphosate*, Health Canada Pest  Management Regulatory Agency (Apr. 28, 2017).

44. Health Canada, *Statement from Health Canada on Glyphosate*, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

45. Hidayat, K. et al., Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies, 129 Critical Reviews in Oncology/ Hematology 113 (2018).

46. Hohenadel, K., et al., *Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces*, 8 Int'l J. Envtl. Res. Pub. Health 2320 (2011).

47. International Agency for Research on Cancer (IARC), *IARC Response to Criticism of the Monographs and The Glyphosate Evaluation* (Jan. 2018).

48. International Agency for Research on Cancer (IARC), Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, *Some Organophosphate Insecticides and*

*Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

49.  International Agency for Research on Cancer (IARC), *Preamble: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans* (Jan. 2019)

50.  International Agency for Research on Cancer (IARC), Monograph Vol. 100C-14 on the evaluation of *Silica Dust, Crystalline, In the Form of Quartz or Cristobalite* (2012).

51.  Jain, P., et al. *Update on the Biology and Treatment Options for Hairy Cell Leukemia*, 15(2) Current Treatment Options in Oncology 187 (2014).

52.  John Schafer Plaintiff Fact Sheet, *Schafer v. Monsanto Co.,* No. 3:19-cv-02169 (ND CA July 3, 2019 )

53.  John Schafer First Amended Plaintiff Fact Sheet, *Schafer v. Monsanto Co.,* No. 3:19-cv-02169 (ND CA July 8, 2019 )

54.  John Schafer Second Amended Plaintiff Fact Sheet, *Schafer v. Monsanto Co.,* No. 3:19-cv-02169 (ND CA July 8, 2019 )

55.  John Schafer Third Amended Plaintiff Fact Sheet, *Schafer v. Monsanto Co.,* No. 3:19-cv-02169 (ND CA July 23, 2019 )

56.  John Schafer Fourth Amended Plaintiff Fact Sheet, *Schafer v. Monsanto Co.,* No. 3:19-cv-02169 (ND CA December 9, 2019 )

57.  John Schafer Response to Deficiency Notice

58.  Juliusson, G., et al., *Hairy cell leukemia: epidemiology, pharmacokinetics of cladribine, and long-term follow-up of subcutaneous therapy*, 52(sup2) Leukemia & Lymphoma 46 (2011).

59.  Kabat GC, Price WJ, Tarone RE. *On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans*. Cancer Causes Control. 2021 Jan 15 doi: 10.1007/s10552-020-01387-w. Epub ahead of print. PMID: 33447891.

60.  Kane, E., et al., *Non-Hodgkin Lymphoma, Body Mass Index, and Cytokine Polymorphisms: A Pooled Analysis from the InterLymph Consortium*, 24 Cancer Epidemiology, Biomarkers & Prevention 1061 (2015).

61.  Kwiatkowska, M., et al., *DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study)*, 105 Food Chem. Toxicology 93 (2017).

62.  Lamure, S. et al., *Association of Occupational Pesticide Exposure With Immunochemotherapy Response and Survival Among Patients with Diffuse Large B-Cell Lymphoma*, 2(4) JAMA Network Open e192093 (2019).

63.  Landsburg, D. et al., *Outcomes of Patients with Double-Hit Lymphoma Who Achieve First Complete Remission*, 35(20) J. Clinical Oncology 2260 (2017).

4

64. Larsson, Susanna C., et al., *Obesity and Risk of Non-Hodgkin's Lymphoma: a Meta-Analysis*, Int'l J. of Cancer Vol. 121, Issue 7 (Apr. 18, 2007).

65. Leon, M. et al., *Pesticide Use and and Risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from the France, Norway and the USA: a pooled analysis from the AGRICOH consortium*, Int'l J. of Epidemiology, 2019, 1-17 doi: 10.1093/ije/dyz017.

66. Letter from Michael L. Goodis, D*irector of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, to Registrant* (Aug. 7, 2019) (on file with the EPA).

67. Li, Q., et al., *Glyphosate and AMPA Inhibit Cancer Cell Growth Through Inhibiting Intracellular Glycine Synthesis,* 7 Drug Design, Development and Therapy 635 (2013).

68. Lu, Y., et al., *Cigarette Smoking, Passive Smoking, and Non-Hodgkin Lymphoma Risk: Evidence From the California Teachers Study*, 174(5) Am. J. Epidemiology 563 (2011).

69. Madanat, Y. F., et al., *Long-Term Outcomes of Hairy Cell Leukemia Treated with Purine Analogs: A Comparison With the General Population*, 17(12) Clinical Lymphoma Myeloma and Leukemia 857 (2017).

70. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

71. Medical and other records of John Schafer

72. Mellemkjaer, L., et al., *Autoimmune Disease in Individuals and Close Family Members and Susceptibility to Non-Hodgkin's Lymphoma*, 58 Arthritis & Rheumatism 657 (2008).

73. Morton LM. et al., *Lymphoma incidence patterns by WHO subtype in the United States*, 1992-2001, 107(1) Blood 265 (Jan. 1, 2008).

74. Morton, L. et al., *Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph non-Hodgkin lymphoma subtypes project*, 48 J. Nat'l Cancer Inst. Monographs 130 (2014).

75. Nordstrom, M., et al., *Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study*, 77(11) British Journal of Cancer 2048 (1998).

76. Occupational Cancer Research Centre, *An Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP)* (June 3, 2015).

77. Pahwa, M. et al., *A detailed assessment of glyphosate use and the risks of non-Hodgkin lymphoma overall and by major histological sub-types: findings from the North American Pooled Project*, Occupational Cancer Research Centre (June 10, 2016).

78. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project*, Occupational Cancer Research Centre (August 31, 2015).

5

79.  Pahwa, M. et al., *An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma major histological sub-types in the North American Pooled Project (NAPP)* (Sept. 21, 2015).

80.  Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project (NAPP)*, Envtl. Health Persp. (2015).

81.  Pahwa, M. et al., *Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project*, Scandanavian J. Work Envtl. Health (2019).

82.  Pasqualucci, L. & R. Dalla-Favera, *Genetics of diffuse large B-cell lymphoma*, 131(21) Blood 2307 (2018).

83.  Paz-y-Mino, C. et al., *Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border*, 26(1) Rev. Envtl. Health 45 (2011).

84.  Paz-y-Mino, C. et al., *Evaluation of DNA Damage in an Ecuadorian population exposed to glyphosate*, 30 Genetics & Molecular Biology 456 (2007).

85.  Schinasi, L. & M. Leon, *Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis*, 11 Int'l J. Envtl. Res. and Pub. Health 4449 (2014).

86.  Sheppard, L & R. Shaffer, *Re: Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 111(2) J. Nat'l Cancer Inst. djy200 (2019).

87.  Suarez-Larios K, et al., *Screening of Pesticides with the Potential of Inducing DSB and Successive Recombinational Repair*, 2017. J. Toxicology. Vol. 2017, Article ID 3574840.

88.  Swerdlow, S., et al., *The 2016 revision of the World Health Organization classification of lymphoid neoplasms*, 127(20) Blood 2375 (2016).

89.  Wang, S., et al., *Associations of Non-Hodgkin Lymphoma (NHL) Risk With Autoimmune Conditions According to Putative NHL Loci*, 181 Am. J. Epidemiology 406 (2014).

90.  Wang, S., et al., *Family History of hematopoietic malignancies and risk of non-Hodgkin lymphoma (NHL): a pooled analysis of 10 211 cases and 11 905 controls from the International Lymphoma Epidemiology Consortium (InterLymph)*, 109 Blood 3479 (2007).

91.  Willett, E. et al., *Non-Hodgkin lymphoma and Obesity: a pooled analysis from the InterLymph consortium,* 122(9) Int'l J. Cancer 2062 (2008).

92.  Willett, E. et al., *Non-Hodgkin's lymphoma, obesity and energy homeostasis polymorphisms*, 93 British J. Cancer 811 (2005).

93.  Word, Z. & M. Matasar, *Advances in the diagnosis and management of lymphoma*, 2 Blood and Lymphatic Cancer: Targets and Therapy 29 (2012).

94. Woźniak, E., et al., *The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessment*, 120 Food Chem. Toxicology 510-522 (2018)

95. Zhang, L. et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, 781 Mutation Res.-Revs. in Mutation Res. 186 (2019).

96. Zouaoui, K., et al., *Determination of glyphosate and AMPA in blood and urine from humans: About 13 cases of acute intoxication,* 226 Forensic Sci. Int'l e20 (2013).

# Exhibit C

**Matthew Matasar Depositions or Trials**

| Name | Location | | Firm | |
|------|----------|--|------|--|
| Giglio v. Monsanto | California | Defendant | Arnold & Porter | Deposition September 27, 2019 |
| Winston v. Monsanto | Missouri | Defendant | Arnold & Porter | Deposition August 12, 2019 |
| Lamb v. Monsanto | Missouri | Defendant | Arnold & Porter | Deposition June 24, 2019 |

Rate: $ 600 per hour for deposition testimony, with a $2000 minimum for a half-day deposition and a $3000 minimum for a full day deposition.
All depositions must take place in New York City.