# Exhibit 24

## ROUNDUP (GLYPHOSATE) AND NON-HODGKIN LYMPHOMA: EXPERT REPORT OF GRAHAM W. SLACK, MD

### February 12, 2021

### BACKGROUND

I am a practicing pathologist in the Department of Pathology and Laboratory Medicine at BC Cancer (Vancouver, BC) and a Clinical Associate Professor of Pathology in the Department of Pathology and Laboratory Medicine at the University of British Columbia (Vancouver, BC). I received my Doctor of Medicine at the University of British Columbia in 2002, completed residency training in General Pathology (Canadian equivalent to Anatomical Pathology/Clinical Pathology) at the University of Alberta (Edmonton, AB) in 2007, and completed a fellowship in Hematopathology at the Massachusetts General Hospital/Harvard Medical School (Boston, MA) in 2008. I am a current fellow of the Royal College of Physicians and Surgeons of Canada in General Pathology and successfully challenged the American Board of Pathology's certification examinations in Anatomical Pathology, Clinical Pathology, and Hematopathology.

For the past 12 years my clinical practice has been focused exclusively on the diagnosis and pathologic assessment of lymphomas and lymphoproliferative disorders. My research focus has been on elucidating the pathologic features and molecular underpinnings of lymphoid malignancies. I am an active member in the lymphoid cancer research group at BC Cancer's The Centre for Lymphoid Cancers, and participate in research projects conducted within the institution, as well as within national and international collaborations (e.g., Large Scale Applied Research Project and Lymphoma/Leukemia Molecular Profiling Project), which are funded through grants from a variety of agencies, including the Terry Fox Research Institute, Genome Canada, and the National Institutes of Health. I have co-authored over 60 original research articles on lymphoma, which have been published in highly cited peer-reviewed journals. In addition, I have written a selection of invited review articles as well as chapters for textbooks focusing on lymphoma pathology. For more detail regarding my background, training, and relevant experience, please see my attached CV.

## PATHOLOGY

Pathology is the medical specialty that bridges clinical medicine and basic science and focuses on elucidating the causes and effects of disease within the human body. In clinical practice, pathology, and the medical doctor who practices it, the pathologist, focus mainly on diagnosing disease by analyzing diseased human tissue using a variety of specialized laboratory tests. Based on the organ system being studied and the type of tests being used, pathology can be divided up into several subspecialties that broadly fall under two broad categories: anatomical pathology and clinical pathology.

Anatomical pathology focuses on the structural changes that occur in tissues in different disease states. The primary tool of the anatomical pathologist is the microscope, which is used to look at individual cells that make up a tissue and how these cells interact with each other within the tissue space. In addition to using the microscope, ancillary tests are frequently used by the anatomical pathologist that provide additional information about the cells within the tissue, including tests that reveal information about proteins of interest within a tissue (the 'phenotype'); as well as tests that provide information about the state of the tissue's genetic make-up, including abnormalities affecting chromosomes and genes (the 'genotype'). Within anatomical pathology there are several subspecialties, including: surgical pathology, dermatopathology, neuropathology, renal pathology, cytopathology, and forensic pathology.

Clinical pathology focuses on the laboratory analysis of tissues, usually liquid specimens (blood, urine, etc.), using tools and technologies found in basic research laboratories. Clinical chemistry, hematology, medical microbiology, immunology, coagulation, blood banking, and molecular genetics are all subspecialties of clinical pathology.

Hematopathology is the branch of pathology that focuses on diseases of the blood cells and the organs in which they reside, including: blood, bone marrow, lymph nodes, and spleen. This specialty is a unique pathology subspecialty because it bridges anatomical and clinical pathology, utilizing the tools and techniques of both. It requires specialized training to practice and those that do so are called hematopathologists. Hematopathologists are responsible for diagnosing several types of disease, including lymphoma.

The diagnosis of lymphoma by a hematopathologist begins with examination of the affected tissue under the microscope.  The size and shape of the infiltrating lymphocytes are assessed (small vs. large, round vs. irregular, monomorphic vs. pleomorphic, etc.) and their pattern of growth (diffuse sheets, nodules, follicles, etc.) is determined.  This constellation of features helps narrow down the list of possible types of lymphomas.  The next step is to further characterize the malignant lymphocytes and determine their lineage: B-cells (CD20+), T-cells (CD3+) or NK-cells (CD56+) and which lymphoma related proteins they do or do not express (for example, CD5, CD23, CD43, cyclin D1, SOX11, CD10, BCL6, BCL2, CD30, CD15, PAX5, MUM1, CD21, CD4, CD8, PD1, TIA1, etc.). This is done by immunohistochemistry and/or flow cytometry.  At this stage there is often sufficient pathologic information and no other tests are required, but sometimes additional genotypic information is required.  Hematopathologists can perform fluorescence *in situ* hybridization (FISH), which allows them to identify disease-associated genetic abnormalities, such as gene translocations (e.g., *MYC*, *BCL2*, *BCL6*, and *CCND1*), or molecular genetic tests that allow them to determine lymphocyte clonal status as well as identify disease-associated recurrent mutations (e.g., *MYD88* L265P in lymphoplasmacytic lymphoma).  Finally, a review of the patient's chart looking for relevant clinical, laboratory and radiologic data is performed.  All of this information is then used to diagnose and classify the lymphoma according to WHO criteria.  Most of the time it is not possible for the pathologist to determine what caused the patient's lymphoma based on review of that patient's tissue; however, sometimes there are clues, which includes the identification of infectious organisms in the diseased tissue, such as EBV, HHV8, and *H. pylori*; or learning through the chart review that the patient has autoimmune disease or is immunosuppressed (congenital, HIV, drug-therapy for autoimmune disease or solid organ transplantation).

**LYMPHOMAGENESIS**

Lymphoma is the term used to describe a type of cancer that develops from lymphocytes.  There are several dozens of recognized types of lymphomas (>70), each with its own unique clinical features, risk factors, microscopic features, phenotypic features, genotypic features, and treatment.  As a group, lymphomas represent the 5th most common type of cancer in North America with an estimated ~2% lifetime risk of developing the disease.  In order to understand

what lymphoma is, where it comes from, how it is diagnosed, and how it is treated, it is first necessary to understand the normal lymphocyte and the immune system.

Lymphocytes are a type of white blood cell that forms part of the human immune system. There are three types of lymphocytes: B-cells, T-cells, and NK-cells. They differ in their functions, phenotype, and genotype, but can all transform into lymphoma. All lymphocytes begin their lives in the bone marrow as immature blast cells derived from pluripotent stem cells. Within the bone marrow B-cell and NK-cell lymphoblasts undergo transformation to fully mature cells that then leave the marrow and travel throughout the lymphatic system and peripheral blood to take up residence in secondary lymphoid tissues. Mature B-cells reside mostly in lymph nodes, spleen, and the mucosa-associated lymphoid tissues found in the gastrointestinal tract, respiratory tract, and skin. NK-cells reside principally in sites of high antigen burden, including the skin, liver, spleen and gastrointestinal tract. T-cells do not complete their maturation in the bone marrow. Instead, immature T-cell lymphoblasts transit from the bone marrow to the thymus where they undergo transformation to mature T-cells and then travel throughout the body to take up residence in the secondary lymphoid tissues.

The lymphoid tissue of the body functions as a component of the human immune system. In a normal immune system, lymphoid tissue proliferates and grows when challenged by foreign pathogens and shrinks and regresses via apoptosis (programmed cell death) when the pathogen is no longer present. The immune response is a complex cascade of highly regulated processes that involve the integrated response of several cell types, cell-cell interactions, and the activation and inactivation of numerous intracellular molecular and genetic pathways. In the normal immune system, this tightly controlled system maintains equilibrium between proliferation and apoptosis resulting in a normal complement of lymphoid tissue. When there is an insufficient amount of lymphoid tissue in the body or an inadequate response to a foreign pathogen the result is immunodeficiency. Immunodeficiency can be caused by inherited genetic abnormalities, infections (e.g., HIV), old age (sometimes referred to as immune senescence), and immunosuppressive drug therapy (e.g., organ transplants, autoimmune disease). When there is an excess or over-exaggerated growth of lymphoid tissue in response to external (e.g., pathogen) or internal (e.g., autoantigen) stimulation, the result is a lymphoproliferative disease. Causes and

types of lymphoproliferative diseases include: inherited genetic disorders, autoimmune diseases (e.g., rheumatoid arthritis, Sjogren's disease), infections (e.g., EBV), and idiopathic diseases (e.g., Castleman's disease). Lymphoma is a lymphoproliferative disease that results from the uncontrolled and uncoordinated accumulation of genetically altered lymphocytes whose continued accumulation, left untreated, can ultimately be fatal (i.e. cancer).

There are several recognized risk factors for developing lymphoma, many of which are related to an altered immune system. These include, but are not necessarily limited to: older age, male sex, overweight/obesity, positive family history, immunodeficiency, autoimmune disorders, infection with oncogenic viruses (EBV, HIV, HCV, HTVL-1, HHV-8), bacterial infection (*H. pylori, C. psittaci, B. burgdorferi*), prior cancer, and prior chemotherapy. Importantly, most patients who develop lymphoma do not have most of these risk factors. In most cases of lymphoma, the underlying genetic changes and subsequent development of lymphoma are believed to be due to random chance.

At the core of lymphomagenesis is an abnormal change in the genetic landscape of the normal lymphocyte that results in uncontrolled cellular proliferation and division of the cell, an inability of the cell to die in response to appropriate internal and/or external signals, or a combination of the two. These genetic changes result in an accumulation over time of lymphocytes that form a mass of cells that are all derived from and share the same genetic changes as the original lymphocyte (i.e., clones). These genetic alterations can include but are not limited to: structural and numerical alterations in chromosomes, including translocations/rearrangements, gains, and losses; activating mutations of oncogenes and inactivating mutations of tumor suppressor genes; or abnormal epigenetic modifications of otherwise normal DNA that result in aberrant gene expression. These random replicative errors in DNA are most often acquired during cell division and accumulate sequentially over the course of a lifetime. They are the likely driving force behind the vast majority of the genetic mutations underlying lymphomas with external/environmental factors having little to no impact on tumorigenesis in most observed cases (Tomasetti 2015, Tomasetti 2017, Lahouel 2020).

What causes the genetic changes that result in lymphoma?  The genetic abnormalities seen in the most lymphomas are typically acquired, not inherited, and it is widely accepted that cells that are proliferating, dividing, and genetically active are at increased risk of acquiring genetic abnormalities due to the instability of their genome in this state.  Lymphocytes are genetically active and vulnerable when they undergo maturation in the bone marrow and thymus as well as when they have been activated as part of an immune response.  During B and T-cell maturation each lymphocyte undergoes genetic recombination of its antigen receptor genes: *IGH*, *IGK* and *IGL* in B-cells; and *TCRD*, *TCRG*, *TCRB*, and *TCRA* in T-cells.  This process, which is mediated by the RAG1/2 enzyme, involves making site-directed, double-stranded breaks in the lymphocyte's antigen receptor DNA, editing out unwanted intervening sequences within the gene, and recombining the ends to form a unique antigen receptor gene for that cell, which encodes for a unique B-cell antigen receptor/antibody or T-cell receptor.  This breaking of the double-stranded DNA and editing out of DNA segments leaves the cell vulnerable to random acquisition of genetic abnormalities, including the activation or interruption of oncogenes and tumor suppressor genes, respectively, as well as the of creation recurrent translocations that are found in lymphoma subtypes, such as the t(14;18)(*IGH-BCL2*) seen in follicular lymphoma and diffuse large B-cell lymphoma and the t(11;14)(*CCND1-IGH*) characteristic of mantle cell lymphoma.  Another major site of genetic activity and instability occurs within the germinal centers of lymphoid follicles, present within immunologically active lymphoid tissue throughout the body.  Within germinal centers, antigen stimulated B-cells proliferate, differentiate, and further modify their antibody genes through somatic hypermutation to achieve higher antigen affinity.  Somatic hypermutation is mediated by activation-induced cytidine deaminase (AID), a potent enzyme that can break double-stranded DNA as well as introduce random mutations into the antigen-receptor gene.  While this is a tightly controlled process that results in improved antigen receptors and antibody production, AID can also introduce mutations into other non-antibody related genes, including proto-oncogenes, which can lead to the development of lymphoma.

**LYMPHOMA CLASSIFICATION**

Lymphoma is not a single disease entity but a constellation of many different diseases that have in common the fact they are all tumor-forming cancers of lymphocytes.  Given this heterogeneity

there are several ways to classify lymphomas, and knowledge of a few of the common systems that are in use today is key to understanding and discussing lymphoma.

Traditionally, lymphoma has been classified in three ways: by historical convention, by lymphocyte biology, and by clinical behavior. Historically, lymphomas are either classified as being a Hodgkin lymphoma or non-Hodgkin lymphoma. In Hodgkin lymphoma, the tumor mass is composed mostly of reactive inflammatory cells with only rare admixed malignant cells (Hodgkin and Reed-Sternberg cells), while in non-Hodgkin lymphoma, the malignant lymphocytes comprise the majority of cells within the tumor. This classification system is still in use today, although the definition of Hodgkin lymphoma is now somewhat more refined than when first introduced. Classifying lymphomas by lymphocyte biology entails determining whether the malignant cell is of B-cell, T-cell, or NK-cell origin and whether or not it is a mature (peripheral) lymphocyte or an immature lymphoblast. Examples of lymphomas in this classification system would include a peripheral T-cell lymphoma and B-cell lymphoblastic lymphoma. Finally, classifying lymphomas by clinical behavior gives an indication of how the tumor can be expected to behave. There are two groups of lymphomas in this classification system: indolent or low-grade lymphoma, which tends to be composed of small genetically inactive lymphocytes that accumulate due to defects in apoptosis thus growing slowly over time; and aggressive or high-grade lymphoma, which tends to be composed of large genetically active lymphocytes that accumulate due to uncontrolled proliferation and thus grow rapidly. Often these three classification systems can be combined when discussing lymphoma. For example, one patient may have a low-grade B-cell non-Hodgkin lymphoma while another may be diagnosed with a high-grade T-cell non-Hodgkin lymphoma. And, of course, within any of these classification systems there are many different diseases with different presentations, pathologic appearances, recommended therapies, and etiologies.

Currently, the most comprehensive and widely accepted system for classifying lymphomas is the World Health Organization's Classification of Tumours of Haematologic and Lymphoid Tissues. The current version is the 4th-revised edition, which was published in 2017. It was preceded by the 4th edition published in 2008 and the 3rd edition published in 2001. The WHO classification system represents the consensus opinion of an international working group of expert scientists,

pathologists, oncologists, and hematologists that have defined specific disease entities based on their shared clinical features, risk factors, microscopic features, phenotypic features, genetic features, and prognosis. As previously stated, the current WHO classification system recognizes over 70 different types of lymphomas, each representing a different clinicopathologic entity. The goal of the hematopathologist, after making a diagnosis of lymphoma, is to classify the lymphoma according to WHO criteria.

## GLYPHOSATE-BASED FORMULATIONS & LYMPHOMA

Farming is a reported occupational risk factor for the development of lymphoma, with multiple epidemiologic studies (many incorporating cases that predate glyphosate's first use) finding an association between farming and lymphohematopoetic malignancies (Cantor 1982, Burmeister 1983, Blair 1985, Blair 1995). Hypothesized explanations for this association include animal husbandry with exposures to domestic animals and zoonotic pathogens, as well as the use of diesel and various solvents, fertilizers, and pesticides.

Glyphosate, often sold under the trade name Roundup, is a broad-spectrum non-selective herbicide used to control the growth of weeds and grasses in a variety of residential, commercial, and agricultural applications. It acts by inhibiting the enzyme 5-enolpyruvylshikimate-3-phosphate synthase, which is found in plants and microorganisms, but not in mammals, including humans. It was introduced as a commercial product in 1974 (EPA 2017). In that year 635,000 kg of glyphosate was applied across the United States. Since then it has seen a marked increase in usage, buoyed mainly by the introduction of genetically engineered glyphosate-tolerant crops in 1996. It is now the most widely used herbicide in the U.S. with over 125,000,000 kg applied in 2014, a near 200-fold increase over a 40-year period (EPA 2017). As noted above, the association between farming and lymphoma risk was observed before the introduction of glyphosate (Cantor 1982, Cantor 1984, Shumacher 1985) and lymphoma incidence has been on the decline in the U.S. since 2008 while glyphosate usage has increased (EPA 2017, SEER 2020); however, given its widespread use in agriculture and the community, its classification by IARC as a probable carcinogen and its reported association in some studies with lymphoma have received considerable attention within the scientific literature and from a variety of regulatory bodies.

In 2015 the International Agency for Research on Cancer (IARC) classified glyphosate as a category 2A carcinogen ("probably carcinogenic in humans"), concluding there is limited evidence in humans for carcinogenicity with positive associations with lymphoma (IARC 2015). However, having conducted their own independent analyses of the scientific literature, no pesticide regulatory authority in the world considers glyphosate to be a cancer risk to humans, including the Environmental Protection Agency, Health Canada, Australian Pesticides and Veterinary Medicines Authority (APVMA), New Zealand Environmental Protection Authority, the European Food Safety Authority, and the World Health Organization Joint Meeting on Pesticide Residues (JMPR) (BfR 2015, EFSA 2015, New Zealand 2016, APVMA 2017, ECHA 2017, U.S. EPA 2017, Health Canada 2017, BfR 2019, U.S. EPA Aug. 2019). To attempt to understand this discrepancy, an examination of the scientific literature is required.

In order to interpret and contextualize the published studies on glyphosate and lymphoma, one must understand the widely accepted concept of the hierarchy of evidence. The hierarchy of evidence is a heuristic approach to assessing the general quality of data and conclusions based on the experimental design of scientific studies conducted using human subjects or examining human disease. At the top of the hierarchy are studies that are designed in a way that yields high quality data with a low risk of bias, while at the bottom are studies that are limited in their design and produce lower quality data with a higher risk of bias. In general, when comparing two studies that examine the same scientific question, and assuming both studies are well designed and properly executed, the conclusions from the study higher up in the hierarchy are considered stronger than the conclusions of the study lower down in the hierarchy. The 'hierarchy of evidence' from top to bottom is as follows:

> Systematic Reviews/Meta-Analysis of Randomized Controlled Trials
> Randomized Controlled Trials
> Cohort Studies
> Case-Control Studies
> Cross-sectional Studies
> Case Reports

Not surprisingly, no randomized controlled trials have been conducted in humans looking at the relationship between glyphosate exposure and the risk for developing lymphoma. Both prospective cohort studies and retrospective case-control studies have been performed in humans that have examined the relationship between exposure to glyphosate-based formulations and the risk of developing lymphoma. A prospective cohort study is a longitudinal observational study composed of a group of people who share a defining characteristic (e.g., farmers) that are followed over time and assessed for exposure to potential risk factors (e.g., glyphosate) and the development of the disease of interest (e.g., lymphoma). A retrospective case-control study is composed of two groups of people ('cases' and 'controls') that differ in an outcome of interest (e.g., presence of lymphoma; 'cases' have lymphoma, 'controls' do not have lymphoma) and compared for reported past exposures to possible risk factors (e.g., glyphosate). Cohort studies can better assess causality, examine multiple outcomes for a given exposure, exercise tighter control of confounding variables, and calculate rates of disease in exposed and unexposed individuals over time (reported as 'relative risk' (RR)); but they can require large numbers of subjects for studies looking at rare outcomes, are susceptible to selection bias, can require long durations of follow-up, and are susceptible to loss to follow-up/study withdrawal. Case-control studies are usually quick to conduct and require fewer subjects but have more limited utility in assessing causality, are susceptible to recall and selection bias, lack tight control of confounding variables, and cannot determine the rates of disease in exposed and unexposed individuals, only different odds (reported as 'odds ratio' (OR)). Both types of studies report a ratio to quantify the strength of an association between two events and this is accompanied by a confidence interval (CI) with an associated level of confidence (e.g., 95%). A detailed description of the statistical methods involved in calculating RRs, ORs and CIs is beyond the scope of this report; however, it is important for the reader to know that if the null value (1.0) is encapsulated by the CI, the ratio is considered to be not statistically different from 1.0 and no difference between the two groups being compared has been observed.

After early case-control studies in the late 1980s and early 1990s hypothesized that pesticides might be related to lymphohematopoietic malignancies, the Agricultural Health Study was designed "in order to identify and quantify cancer risks among men and women ... with direct

- 10 -

exposure to pesticides and to other agricultural agents" (Alavanja 1996). The Agricultural Health Study (AHS) is a large prospective cohort study of 57,311 pesticide applicators in Iowa and North Carolina enrolled from 1993 to 1997 with approximately 17.5 years of follow-up (and in many cases additional exposure given pre-enrollment pesticide use). Two reports assessing the relationship between glyphosate exposure and lymphoma risk have been published from this cohort, the first in 2005 (De Roos 2005) and the latest in the 2018 (Andreotti 2018). In 2005, approximately 75% of the 54,315 eligible study participants reported ever use of glyphosate. After adjusting for age, demographic and lifestyle factors (smoking, alcohol use, etc.), and exposure to other pesticides (lindane, DDT, diazinon, terbufos, and permiethrin), glyphosate use was not associated with overall cancer incidence (RR 1.0 [95% CI 0.9-1.2]), non-Hodgkin lymphoma (RR 1.1 [95% CI 0.7-1.9]), leukemia, or multiple myeloma. Additionally, there was no identified correlation between cumulative exposure or intensity-weighted exposure days to glyphosate and the incidence of all cancers or lymphohematopoietic cancers, including non-Hodgkin lymphoma. In 2018, after an additional 13 years of follow-up, approximately 83% of 54,251 eligible study participants reported ever use of glyphosate. Again, after controlling for confounding factors, this time also including occupational exposures (solvents, radiation, engine exhaust, etc.) and additional pesticides (atrazine, alachlor, metolachlor, trifuralin, and 2,4-D) glyphosate ever use and cumulative exposure (lagged and un-lagged) were not associated with the incidence of lymphohematopoietic cancers, including non-Hodgkin lymphoma or any subtype. The authors performed a variety of sensitivity analyses, and in each of those analyses the results supported the main study findings (Blair 2002, Hoppin 2002, Coble 2011, Heltshe 2012, Andreotti 2019).

In 2019, Leon *et al.* published a meta-analysis of three agricultural cohorts, the AGRICOH consortium, which is made up of the U.S. AHS cohort (with an earlier cutoff than used in Andreotti 2018), as well the French AGRICAN cohort and the Norwegian CNAP cohort. This meta-study was comprised of 316,270 farmers with 3,574,815 person-years under risk. After adjusting for exposure to other pesticides, the study showed there is no association between glyphosate exposure and non-Hodgkin lymphoma (meta-RR 0.95 [95% CI 0.77-1.18]), chronic lymphocytic leukemia, diffuse large B-cell lymphoma, follicular lymphoma, or multiple myeloma.

- 11 -

Nine case-control studies have examined glyphosate exposure and the risk of lymphoma in humans (Cantor 1992, Hardell 1999, McDuffie 2001, De Roos 2003, Eriksson 2008, Orsi 2009, Hohenadel 2011, Cocco 2013, Pawha 2019). Similar to the cohort studies, five of the nine case-control studies found no consistent association between glyphosate exposure and the risk of developing lymphoma (Cantor 1992, Hardell 1999, Orsi 2009, Hohenadel 2011, Cocco 2013). The remaining four studies showed inconsistent results. For example, McDuffie *et al.* compared 51 cases to 133 controls and found that any exposure to glyphosate posed no risk of lymphoma (OR 1.20 [95% CI 0.83-2.58]) but in 23 cases and 36 controls who reported more than 2 days/year of glyphosate exposure the odds of developing lymphoma were increased (OR 2.12 [95% CI 1.20-3.73]). Importantly, this study did not adjust for the impact of exposure to other agrichemicals. Of note, Hohenadel 2011 used the same dataset and found no association between glyphosate-based formulations and NHL after controlling for malathion use. De Roos *et al.* included 36 glyphosate-exposed cases in an analysis of 47 different pesticides and reported a borderline statistically significant finding in one of two analyses (logistical regression but not hierarchical regression). All of the cases in De Roos 2003 were included in the more recent analysis by Pahwa and colleagues, discussed below. Eriksson *et al.* compared 29 cases with 18 controls and reported that glyphosate exposure was not associated with increased risk of developing non-Hodgkin lymphoma. In various exploratory subgroup analyses, follicular lymphoma, diffuse large B-cell lymphoma or other specified non-Hodgkin lymphoma subtypes were not associated with the use of glyphosate-based formulations. However, the subgroup analyses report that glyphosate exposure appeared to be associated with increased risk of chronic lymphocytic leukemia (OR 3.35 [95% CI 1.42-7.89]) and unspecified types of non-Hodgkin lymphoma (OR 5.63 [95% CI 1.44-22.0]); however, when they adjusted for the impact of exposure to other agrichemicals in multivariate analysis, glyphosate exposure was no longer associated with increased lymphoma risk.

Finally, in the largest case-control study, Pahwa *et al.* compared 1577 cases with 4887 controls and adjusted for the impact of exposure to other agrichemicals (this database of cases and controls includes those included in the following studies: Cantor 1992, McDuffie 2001, De Roos 2003, and Hohenadel 2011). They found no association between any glyphosate use and risk of

non-Hodgkin lymphoma, follicular lymphoma, diffuse large B-cell lymphoma, small lymphocytic lymphoma, and other lymphoma. While some subtype analyses reported borderline statistically significant results, the overall picture that emerges from these data is no consistent evidence that increasing use of glyphosate is associated with an increased risk of NHL or any subtype. No correction for multiple comparisons was reported. The authors concluded there was limited evidence of an association between glyphosate use and NHL in their study and recommended additional studies for clarification. Finally, unlike the cohort studies, in each of the case-control studies the type and extent of pesticide use was reported by both cases and controls from memory, raising the potential for recall bias, which could make glyphosate appear carcinogenic when it is not. The potential effects of recall and selection bias in four of these studies (McDuffie 2001, Hardell 2002, Eriksson 2008, Orsi 2009) were recently reported (Crump 2020) with the author concluding that any potential evidence for carcinogenicity in these studies results from statistical bias.

Several meta-analyses have been conducted, all of which incorporate data from the underlying case-control studies discussed above and are necessarily subject to the same limitations of the case-control studies themselves (Schinasi 2014, IARC 2015, Chang 2016, Zhang 2019). Importantly, the most recent meta-analyses, which comprise the most up-to-date data, show no increased risk of lymphoma with glyphosate exposure (Donato 2020, U.S. EPA 2020, Kabat 2021). Notably, most of the above-mentioned studies included (exclusively in some cases) occupational pesticide users. While data for exclusive residential use of formulated glyphosate have not been reported, several published studies found no association between NHL and residential use of other pesticides (Hartge 2005, Colt 2006).

Animal and *in vitro* studies can provide helpful supplementary information, but are not part of the typical hierarchy of evidence-based, causality-oriented medicine, which typically focuses on human studies. With regard to glyphosate, it is my understanding that the IARC relies heavily on mechanistic and animal studies and concluded that those data show evidence for carcinogenicity, as have experts for plaintiffs reviewing similar data (IARC 2015, Portier 2020). Many others have reviewed the mechanistic and animal data and do not share that view (BfR 2015, EFSA 2015, New Zealand 2016, APVMA 2017, ECHA 2017, U.S. EPA 2017, Health

Canada 2017, BfR 2019, U.S. EPA Aug. 2019, Crump 2020).  Moreover, the human data, which are most relevant to evaluating human risk, show no effect.  Indeed, establishing that a chemical exposure caused an individual patient's NHL based on epidemiologic data taken from populations, and in the absence of a mutational signature (which has not been shown for glyphosate in humans), is inappropriate (Dragani 2020).

Overall, the body and weight of scientific evidence from human studies examining the association between glyphosate exposure and lymphoma risk show there is no association between glyphosate use and risk of developing lymphoma and do not support the IARC's conclusion that glyphosate probably causes lymphoma in humans.

**JOHN SCHAFER**

Mr. Schafer is a Caucasian male born on                              who was diagnosed with follicular lymphoma, grade 3A and diffuse large B-cell lymphoma (DLBCL).

The medical records and pathology I have reviewed show that Mr. Schafer has a past medical history that includes infection with measles, mumps, and chicken pox, shoulder arthritis with surgery, appendicitis with appendectomy, sinus infections, asthma, Hashimoto's thyroiditis with subsequent clinical hypothyroidism, gastroesophageal reflux disease, elevated PSA, hypertension, paroxysmal atrial fibrillation, sleep apnea, stroke, subdural brain hemorrhage, and seizure disorder.  His past medication use includes levothyroxine, diltiazem, and phenytoin. He has no known drug allergies.  He has not consumed alcohol since 1997 (usage prior to this not noted), smokes only occasionally, and does not use recreational drugs.  His family history shows his sister was diagnosed with breast cancer around the age of 50 years.  There is no mention of occupational or environmental exposure, or glyphosate use specifically, in the medical notes. Around the time he was diagnosed with follicular lymphoma and related DLBCL (see below), he was overweight/borderline obese with a BMI of 29.4.

On June 3, 2017, while undergoing CT scan of the abdomen and pelvis for assessment of possible prostatic malignancy Mr. Schafer was found to have an enlarged 5.7 cm left iliac lymph node.  Further evaluation via PET and biopsy were recommended but there is no record of these

having been performed.  Repeat CT of the abdomen/pelvis was performed on December 22, 2017, which revealed left obturator and mild left inguinal lymphadenopathy.  Fine needle aspiration and core biopsy of a left groin lymph node was performed on December 27, 2017, which were reported to show reactive features only.  This was determined by microscopic examination and a limited panel of immunohistochemical stains.  Other ancillary studies, including flow cytometry, were not performed.  I have reviewed select material from this lymph node biopsy and it is my opinion that the presence of lymphoma cannot been be excluded in the evaluated material (report below).  A left inguinal lymph node core biopsy was performed on January 9, 2018, which revealed a low-grade follicular lymphoma in a diffuse pattern with a high proliferation index.  This was determined by microscopic examination, immunohistochemical stains, and flow cytometry.  Other ancillary studies, including cytogenetics and molecular genetics were not performed.  An incisional/excisional biopsy was suggested.  Staging PET/CT performed on January 25, 2018 revealed only a hypermetabolic left external iliac nodal mass consistent with malignancy.  Staging bone marrow biopsy performed on January 31, 2018 showed no evidence of lymphoma.  This was determined by microscopic examination as well as immunohistochemical staining, flow cytometry, and karyotype.  I have reviewed select material from this biopsy and agree with the diagnosis (report below).  An excisional biopsy of an obturator lymph node was performed on February 2, 2018.  This revealed a composite lymphoma comprised of diffuse large B-cell lymphoma, germinal center B-cell type arising out of follicular lymphoma, grade 3A.  This was determined by microscopic examination, immunohistochemical stains, and flow cytometry.  FISH and molecular genetics studies were not performed.  I have reviewed select material from this biopsy and agree with the diagnosis (report below).

After completion of staging investigations, Mr. Schafer was determined to have Stage IA disease.  Following diagnosis and staging Mr. Schafer received 6 cycles of R-CHOP (rituximab plus cyclophosphamide, doxorubicin, vincristine, and prednisone) therapy beginning on February 26, 2018 with completion on June 11, 2018.  The therapeutic course was complicated by at least four bouts of febrile neutropenia, requiring hospitalization with antibiotic therapy at least three times.  Interim PET/CT performed on April 20, 2018, between the 3rd and 4th cycle of therapy, revealed partial response to therapy with decreased size and metabolic uptake in the left iliac lymph node.  Following the 6th and last cycle of therapy an end of therapy PET/CT performed on

- 15 -

June 25, 2018 showed a complete remission with no evidence of disease. On June 26, 2018 Mr. Schafer developed a deep vein thrombosis in his left leg and was started on a course of rivaroxaban. Maintenance rituximab therapy was started on August 6, 2018 at a frequency of every 8 weeks for 2 years. The course of maintenance therapy was uncomplicated. Follow-up CT chest/abdomen/pelvis exams performed on August 25, 2018, March 4, 2019, and September 20, 2019 showed no evidence of lymphoma. He remains in remission as of most recent available follow-up.

Other notable medical events subsequent to Mr. Schafer's diagnosis and treatment for his composite lymphoma include a right distal femur core biopsy that was performed on November 27, 2018, which revealed an intracortical chondroma. I have reviewed this biopsy and confirm there is no evidence of involvement by lymphoma (report below). On June 10, 2019, Mr. Schafer presented with a chief complaint of left breast pain and fullness. A left breast mammogram and ultrasound were ordered but Mr. Schafer did not proceed with these investigations and the symptoms resolved by July 8, 2019. On June 24, 2019, Mr. Schafer fractured his proximal fibula and medial malleolus after falling while walking his dog. On July 25, 2019, Mr. Schafer reportedly had a punch biopsy of skin performed, but neither the results nor the pathology report are described in the medical records. On January 7, 2020, Mr. Schafer was diagnosed with a peritonsillar abscess for which he was prescribed Augmentin and treated as an outpatient.

Of note, in Mr. Schafer's remote history, is a report of a left upper back skin biopsy performed on February 20, 1998 that shows features suggestive of mycosis fungoides. Definitive diagnosis of this disease is not confirmed in the medical records, nor is there a record of any treatment.

My detailed review of Mr. Schafer's available pathology is summarized below.

## Left Groin Lymph Node Biopsy (December 27, 2017)

Two cases are received for review. The first consists of 16 stained slides (hematoxylin & eosin (H&E) A1, AE1/3, CD3, CD20, BCL2, CD10, cyclin D1, H&E A2, AE1/3, CD3, CD20, BCL2,

CD10, cyclin D1) and corresponds to a left pelvic lymph node core biopsy performed December 27, 2017 at Edward Hospital, Naperville, IL.  The second consists of 5 slides and corresponds to a left pelvic lymph node fine needle aspiration biopsy performed on December 27, 2017 at Edward Hospital, Naperville, IL.

Microscopic examination of the core biopsy specimen reveals three small cores of lymph node that show preservation of normal architecture.  A few small follicles are seen.  They appear to contain mostly small centrocytes within their germinal centers.  Lymphocytes are otherwise unremarkable.  Immunohistochemical stains performed by the referring laboratory show CD20+ B-cells mainly in follicles.  Germinal center B-cells are positive for CD10 and show equivocal weak staining for BCL2.  B-cells do not express cyclin D1.  CD3 highlights small T-cells between B-cell follicles in a normal pattern.  Stains for AE1/3 are negative.  By report, flow cytometry performed on a limited sample shows no monotypic B-cell population.  Microscopic examination of the fine needle aspiration biopsy reveals a cellular specimen composed of a polymorphous population of lymphocytes.

The finding of equivocal weak staining for BCL2 in a germinal center is atypical and of uncertain significance in this limited biopsy.  Involvement a lymphoproliferative disorder of follicle center cell origin cannot be definitively excluded.

### Bone Marrow Biopsy (January 31, 2018)

Sixteen stained slides are available for review corresponding to a bone marrow biopsy performed on January 31, 2018 at Edward Hospital, Naperville, IL.

The bone marrow biopsy and clot section specimens are adequate for evaluation.  The marrow cellularity is approximately 40-50%.  The myeloid to erythroid ratio is normal.  Myeloid maturation is complete.  Erythroid maturation is complete.  Megakaryocytes are adequate. Lymphocytes are small and scattered.  Lymphoid aggregates and atypical lymphocytes are not identified.  Immunohistochemical stains performed by the referring laboratory on the core biopsy

- 17 -

show CD3+ T-cells in an unremarkable interstitial pattern. CD20 highlights rare small B-cells only.

The aspirate smear is adequate for evaluation. Myeloid maturation is normal. Erythroid maturation is normal. Megakaryocytes are normal. Lymphocytes are morphologically unremarkable.

By report, CBC results from January 31, 2018 are as follows: WBC 5.6 (lymphs 0.8), Hgb 140, Plt 139. Review of the peripheral smear reveals unremarkable lymphocytes. By report, flow cytometry performed by the referring laboratory identifies no monotypic B-cell population or aberrant T-cell immunophenotype. By report, karyotype performed on bone marrow aspirate reveals a normal male karyotype 46,XY [20].

In summary, there is no evidence of lymphoma.

**<u>Obturatory Lymph Node Biopsy (February 2, 2018)</u>**

Six stained slides (H&Es A1, B1-5) and 6 unstained slides (A1, B1-5) are available for review corresponding to a peritoneal nodule (A) and obturator lymph node (B) removed on February 2, 2018 at Elmhurst Memorial Hospital, Elmhurst, IL.

A.    Microscopic examination of the peritoneal nodule reveals infarcted fibroadipose tissue with fibrosis and mild chronic inflammation. There is no morphologic evidence of lymphoma.

B.    Microscopic examination of the submitted material reveals an enlarged lymph node with effacement of architecture by a proliferation of atypical lymphocytes in a diffuse (>90%) and focally follicular (<10%) pattern. Atypical lymphocytes are a mixture of large centroblasts and small centrocytes with centroblasts predominating.

       Immunohistochemical stains are not submitted for review. By report, immunohistochemical stains performed by the referring laboratory show the atypical

- 18 -

lymphocytes are CD20+ B-cells that are positive for CD10, BCL6 and MUM1; and negative for CD3, CD5, cyclin D1, and MYC.  The proliferation index, by Ki-67 staining, is approximately 70%.

By report, flow cytometry performed by the referring laboratory show a monoclonal B-cell population that expresses dim CD10, CD19, CD20 CD22, dim CD23, CD45, FMC7 and kappa immunoglobulin light chain restriction. It is negative for CD5 and CD11c

My overall conclusions from the peritoneal nodule and obturator lymph node biopsies are as follows: the peritoneal nodule demonstrates no evidence of lymphoma. The obturator lymph node demonstrates the presence of both follicular lymphoma Grade 3A and a clonally related DLBCL, germinal center type.  Overall, the findings are most consistent with a diagnosis of diffuse large B-cell lymphoma, germinal center B-cell type (Hans algorithm), arising out of follicular lymphoma, grade 3A.

**Right Distal Femur Biopsy (November 27, 2018)**

One stained slide and 6 unstained slides are available for review corresponding to a distal right femur core biopsy performed on November 27, 2018 at Edward Hospital, Naperville, IL. Microscopic examination of the submitted material reveals small fragments of bone and cartilage.  There is no morphologic evidence of lymphoma.

**CONCLUSION**

As with the vast majority of lymphomas, the genesis of Mr. Schafer's disease is likely due to random genetic alterations accumulated over a lifetime.  Follicular lymphoma and diffuse large B-cell lymphoma are the two most common non-Hodgkin lymphomas in the Western world. Follicular lymphoma has an incidence of 2.7 per 100,000 men (SEER 2020) and a subset of patients with follicular lymphoma have disease that transforms to diffuse large B-cell lymphoma (DLBCL), as was true in Mr. Schafer's case.  DLBCL may be present at the time of follicular lymphoma diagnosis or develop subsequently.  In Mr. Schafer's case they were both present at initial diagnosis.  Follicular lymphoma and diffuse large B-cell lymphoma occur most frequently

in Caucasian males between the ages of 55-64 years of age (SEER 2020).  Mr. Schafer is a Caucasian male who was 63 years old at the time of diagnosis.  In addition, the t(14;18)(*IGH-BCL2*) is frequently present in follicular lymphoma and in derivative diffuse large B-cell lymphoma (but was not examined here); which is believed to contribute to the pathogenesis of follicular lymphoma and DLBCL due to its effects on blockade of the naturally occurring apoptotic pathway in germinal center B-cells.  The t(14;18) is acquired during B-cell development in maturing B-cells within the bone marrow.  It is believed to occur due to random chance as a result of the IGH gene rearrangement that takes place at this stage of B-cell development under the control of the RAG1/2 protein (discussed above).  Finally, Mr. Schafer was overweight/borderline obese at the time of diagnosis and it has been shown in epidemiologic studies that the overweight/obese state increases the likelihood of developing both Hodgkin and non-Hodgkin lymphoma.

Nothing in Mr. Schafer's presentation, clinical course, or pathology suggests that glyphosate caused his lymphoma.  As referenced above, immune activation and the resultant genetic replication and cellular division of lymphocytes that follows predisposes to the acquisition of lymphoma causing genetic alterations.  Mr. Schafer's medical history is notable for asthma, sinus infections, peritonsillar abscess, and Hashimoto's thyroiditis - an autoimmune disease of the thyroid gland.  All of these diseases occur as a result of immune activation and are suggestive of a state of heightened immune activation in Mr. Schafer.  Also referenced above, formulated glyphosate is not associated with NHL overall or with follicular lymphoma and/or DLBCL in particular, or with the development of the mutations that led to Mr. Schafer's cancer.  As a result, and after reviewing his medical records and the medical literature (see above), I find no evidence to support glyphosate exposure as the cause of his lymphoma.

# EXHIBIT A

### CURRICULUM VITAE

# Graham W. Slack



## Employment and Appointments

Clinical Associate Professor – University of British Columbia          2015-present
    Department of Pathology and Laboratory Medicine
    Faculty of Medicine

Clinical Assistant Professor – University of British Columbia          2010-2015
    Department of Pathology and Laboratory Medicine
    Faculty of Medicine

British Columbia Cancer Agency/Provincial Health Services Authority     2009-present
    Staff Pathologist

Dr. Graham W. Slack Incorporated                                        2009-present
    Staff Pathologist

Cross Cancer Institute/Alberta Health Services                          2008-2009
    Staff Pathologist

## Education

Fellowship - Hematopathology                                           2008
    Massachusetts General Hospital, Boston, USA

Residency - General Pathology                                          2007
    University of Alberta, Edmonton, AB

MD                                                                     2002
    University of British Columbia, Vancouver, BC

BSc (Hon) (Physiology)                                                 1998
    University of British Columbia, Vancouver, BC

## Professional Qualifications

American Board of Pathology                                                    2008
     Hematopathology

American Board of Pathology                                                    2007
     Anatomic Pathology & Clinical Pathology

Fellow of the Royal College of Physicians of Canada                           2007
     General Pathology

## Publication Record

### Refereed Publications

Collinge BJ, Ben-Neriah S, Chong LC, Boyle M, Jiang A, Miyata-Takata T, Farinha P, Craig JW, **Slack GW**, Ennishi D, Mottok A, Meissner B, Chavez EA, Gerrie AS, Villa D, Freeman CL, Savage KJ, Sehn LH, Morin RD, Mungall AJ, Gascoyne RD, Marra MA, Connors JM, Steidl C, Scott DW. Impact of MYC and BCL2 structural variants in tumors of DLBCL morphology and mechanisms of false-negative MYC IHC. Blood. 2020 Oct 29:blood.2020007193. doi: 10.1182/blood.2020007193. Online ahead of print.

Twa DDW, Lee DG, Tan KL, **Slack GW**, Ben-Neriah S, Villa D, Connors JM, Sehn LH, Mottok A, Gascoyne RD, Scott DW, Steidl C, Savage KJ. Genomic predictors of central nervous sytem relapse in primary testicular diffuse large B-cell lymphoma (DLBCL). Blood. 2020 Sep 23:blood.2020006338. doi: 10.1182/blood.2020006338. Online ahead of print.

Sarkozy C, Hung SS, Chavez EA, Duns G, Takata K, Chong LC, Aoki T, Jiang A, Miyata-Takata T, Telenius A, **Slack GW**, Molina TJ, Ben-Neriah S, Farinha P, Dartigues P, Damotte D, Mottok A, Salles GA, Casasnovas RO, Savage KJ, Laurent C, Scott DW, Traverse-Glehen A, Steidl C. Mutational Landscape of Grey Zone Lymphoma. Blood. 2020 Sep 22:blood.2020007507. doi: 10.1182/blood.2020007507. Online ahead of print.

Freeman CL, Savage KJ, Villa D, Scott DW, Srour L, Gerrie AS, Brown MJ, **Slack GW**, Farinha P, Skinnider B, Morris J, Bénard F, Aquino-Parsons C, Lo A, Pickles T, Wilson D, Tonseth P, Connors JM, Sehn L. Long-Term results of PET-guided radiation in advanced-stage diffuse large B-cell lymphoma patients treated with R-CHOP. Blood. 2020 Sep 1:blood.2020005846. doi: 10.1182/blood.2020005846. Online ahead of print.

Hayden A, Tonseth P, Lee DG, Villa D, Gerrie AS, Scott DW, Freeman CL, **Slack GW**, Farinha P, Skinnider B, Yenson PR, Benard F, Lo A, Pickles T, Wilson D, Connors J, Sehn LH, Savage KJ. Outcome of Primary Mediastinal Large B-cell Lymphoma Using R-CHOP: Impact of a PET Adapted Approach. Blood. 2020 Jun 30:blood.2019004296. doi: 10.1182/blood.2019004296. Online ahead of print.

Sarkozy C, Chong L, Takata K, Chavez EA, Miyata-Takata T, Duns G, Telenius A, Boyle M, **Slack GW**, Laurent C, Farinha P, Molina TJ, Copie-Bergman C, Damotte D, Salles GA, Mottok A, Savage KJ, Scott DW, Traverse-Glehen A, Steidl C.  Gene expression profiling of gray zone lymphoma. Blood Adv. 2020 Jun 9;4(11):2523-2535.

Pararajalingam P, Coyle KM, Arthur S, Thomas N, Alcaide M, Meissner B, Boyle M, Qureshi Q, Grande BM, Rushton C, **Slack GW**, Mungall A, Tam C, Agarwal R, Dawson SJ, Lenz G, Balasubramanian S, Gascoyne RD, Steidl C, Connors J, Villa D, Audas TE, Marra MA, Johnson NA, Scott DW, Morin RD. Coding and non-coding drivers of mantle cell lymphoma identified through exome and genome sequencing. Blood. 2020 Mar 5. [Epub ahead of print]

Ennishi D, Healy S, Bashashati A, Saberi S, Hother C, Mottok A, Chan FC, Chong L, Abraham L, Kridel R, Boyle M, Meissner B, Aoki T, Takata K, Woolcock BW, Viganò E, Gold M, Molday LL, Molday RS, Telenius A, Li MY, Wretham N, Dos Santos N, Wong M, Viller NN, Uger RA, Duns G, Baticados A, Madero A, Bristow BN, Farinha P, **Slack GW**, Ben-Neriah S, Lai D, Zhang AW, Salehi S, Shulha HP, Chiu DS, Mostafavi S, Gerrie AS, Huang DW, Rushton C, Villa D, Sehn LH, Savage KJ, Mungall AJ, Weng AP, Bally MB, Morin RD, Cohen Freue GV, Staudt LM, Connors JM, Marra MA, Shah SP, Gascoyne RD, Scott DW, Steidl C. TMEM30A loss-of-function mutations drive lymphomagenesis and confer therapeutically exploitable vulnerability in B-cell lymphoma. Nat Med. 2020 Feb 24. [Epub ahead of print]

Jain MD, Lam R, Liu Z, Stubbins RJ, Kahlon A, Kansara R, Goswami R, Humar A, Prica A, Sehn LH, **Slack GW**, Crump M, Savage KJ, Peters AC, Kuruvilla J. Failure of rituximab is associated with a poor outcome in diffuse large B cell lymphoma-type post-transplant lymphoproliferative disorder. Br J Haematol. 2020 Feb 18. [Epub ahead of print]

Hayden AR, Lee DG, Villa D, Gerrie AS, Scott DW, **Slack GW**, Sehn LH, Connors JM, Savage KJ. Validation of a simplified international prognostic score (IPS-3) in patients with advanced-stage classic Hodgkin lymphoma. Br J Haematol. 2019 Dec 10. [Epub ahead of print]

Villa D, Tan KL, Steidl C, Ben-Neriah S, Al Moosawi M, Shenkier TN, Connors JM, Sehn LH, Savage KJ, Scott DW, Gascoyne RD, **Slack GW**. Molecular features of a large cohort of primary central nervous system lymphoma using tissue microarray. Blood Adv. 2019 Dec 10;3(23):3953-3961

Sarkozy C, Hung S, Takata K, Chavez E, Aoki T, Duns G, **Slack GW**, Telenius A, Miyata-Takata T, Viganò E, Molina TJ, Damotte D, Ben-Neriah S, Copie-Bergman C, Laurent C, Mottok A, Salles G, Savage KJ, Scott DW, Traverse-Glehen A, Steidl C.  Mutational Landscape of Grey Zone Lymphoma.  Blood. 2019 Nov 13;134(Supplement  1):21

Nissen MD, Kusakabe M, Wang X, Simkin G, Gracias D, Tyshchenko K, Hill A, Meskas J, Hung S, Chavez EA, Ennishi D, Aoki T, Sarkozy C, Connors JM, Farinha P, **Slack GW**, Gascoyne RD, Brinkman RR, Scott DW, Steidl C, Weng AP. Single Cell Phenotypic Profiling of 27 DLBCL Cases Reveals Marked Intertumoral and Intratumoral Heterogeneity. Cytometry A. 2019 Oct 22. [Epub ahead of print]

Freeman CL, Kridel R, Moccia AA, Savage KJ, Villa DR, Scott DW, Gerrie AS, Ferguson D, Cafferty F, **Slack GW**, Farinha P, Skinnider B, Connors JM, Sehn LH.  Early progression after

BR is associated with high risk of transformation in advanced stage follicular lymphoma. Blood. 2019 Aug 29;134(9):761-764

Hapgood G, Ben-Neriah S, Mottok A, Lee DG, Villa D, Sehn LH, Connors JM, Gascoyne RD, Feldman AL, Farinha P, Steidl C, Scott DW, **Slack GW**, Savage KJ. Identification of high-risk DUSP22-rearranged ALK-negative anaplastic large cell lymphoma. Br J Haematol. 2019 Aug;186(3):e28-e31.

Ellin F, Maurer MJ, Srour L, Farooq U, Jerkeman M, Connors JM, Smedby KE, Bennani NN, Ansell SM, **Slack GW**, Cerhan JR, Relander T, Feldman AL, Savage KJ. Comparison of the NCCN-IPI, the IPI and PIT scores as prognostic tools in peripheral T-cell lymphomas. Br J Haematol. 2019 Aug;186(3):e24-e27.

Ennishi D, Jiang A, Boyle M, Collinge B, Grande BM, Ben-Neriah S, Rushton C, Tang J, Thomas N, **Slack GW**, Farinha P, Takata K, Miyata-Takata T, Craig J, Mottok A, Meissner B, Saberi S, Bashashati A, Villa D, Savage KJ, Sehn LH, Kridel R, Mungall AJ, Marra MA, Shah SP, Steidl C, Connors JM, Gascoyne RD, Morin RD, Scott DW. Double-Hit Gene Expression Signature Defines a Distinct Subgroup of Germinal Center B-Cell-Like Diffuse Large B-Cell Lymphoma. J Clin Oncol. 2019 Jan 20;37(3):190-20.

Chong LC, Ben-Neriah S, **Slack GW**, Freeman C, Ennishi D, Mottok A, Collinge B, Abrisqueta P, Farinha P, Boyle M, Meissner B, Kridel R, Gerrie AS, Villa D, Savage KJ, Sehn LH, Siebert R, Morin RD, Gascoyne RD, Marra MA, Connors JM, Mungall AJ, Steidl C, Scott DW. High-resolution architecture and partner genes of *MYC* rearrangements in lymphoma with DLBCL morphology. Blood Adv. 2018 Oct 23;2(20):2755-2765.

Arthur SE, Jiang A, Grande BM, Alcaide M, Cojocaru R, Rushton CK, Mottok A, Hilton LK, Lat PK, Zhao EY, Culibrk L, Ennishi D, Jessa S, Chong L, Thomas N, Pararajalingam P, Meissner B, Boyle M, Davidson J, Bushell KR, Lai D, Farinha P, **Slack GW**, Morin GB, Shah S, Sen D, Jones SJM, Mungall AJ, Gascoyne RD, Audas TE, Unrau P, Marra MA, Connors JM, Steidl C, Scott DW, Morin RD. Genome-wide discovery of somatic regulatory variants in diffuse large B-cell lymphoma.. Nat Commun. 2018 Oct 1;9(1):4001

Villa D, Sehn LH, Aquino-Parsons C, Tonseth P, Scott DW, Gerrie AS, Wilson D, Bénard F, Gascoyne RD, **Slack GW**, Farinha P, Morris J, Pickles T, Connors JM, Savage KJ. Interim PET-directed therapy in limited stage Hodgkin lymphoma initially treated with ABVD. Haematologica. 2018 [Epub ahead of print]

Al Zaki AA, Mann SL, Carruthers MN, **Slack GW**, Chen LYC. A young woman with steroid-responsive, IgG4-positive plasma cell-enriched cystic lymphangioma and chylous ascites. Clin Case Rep. 2018 Apr 17;6(6):1098-1100.

Zhu KY, Song KW, Connors JM, Leitch H, Barnett MJ, Ramadan K, **Slack GW**, Abou Mourad Y, Forrest DL, Hogge DE, Nantel SH, Narayanan S, Nevill TJ, Power MM, Sanford DS, Sutherland HJ, Tucker T, Toze CL, Sehn LH, Broady R, Gerrie AS. Excellent real-world outcomes of adults with Burkitt lymphoma treated with CODOX-M/IVAC plus or minus rituximab. Br J Haematol. 2018 Jun;181(6):782-790.

Scott DW, King RL, Staiger AM, Ben-Neriah S, Jiang A, Horn H, Mottok A, Farinha P, **Slack GW**, Ennishi D, Schmitz N, Pfreundschuh M, Nowakowski GS, Kahl BS, Connors JM, Gascoyne RD, Ott G, Macon WR, Rosenwald A. High grade B-cell lymphoma with *MYC* and *BCL2* and/or *BCL6* rearrangements with diffuse large B-cell lymphoma morphology.  Blood.  Blood. 2018 May 3;131(18):2060-2064.

Qi R, Chen LYC, Park S, Irvine R, Seidman MA, Kelsall JT, Collins D, Yin V, **Slack GW**, Mattman A, Lam E, Carruthers MN. Utility of Serum IgG4 levels in Multiethnic Population. Am J Med Sci. 2018 Jan;355(1):61-66.

Maurer MJ, Ellin F, Srour L, Jerkeman M, Bennani NN, Connors JM, **Slack GW**, Smedby KE, Ansell SM, Link BK, Cerhan JR, Relander T, Savage KJ, Feldman AL.  International Assessment of Event-Free Survival at 24 Months and Subsequent Survival in Peripheral T-Cell Lymphoma.  J Clin Oncol. 2017 Dec 20;35(36):4019-4026.

Abrisqueta P, Scott DW, **Slack GW**, Steidl C, Mottok A, Gascoyne RD, Connors JM, Sehn LH, Savage KJ, Gerrie AS, Villa D.  Observation as the initial management strategy in patients with mantle cell lymphoma.  Ann Oncol. 2017 Oct 1;28(10):2489-2495.

Czuczman MS, Trněný M, Davies A, Rule SA, Linton K, Wagner-Johnston N, Gascoyne RD, **Slack G**, Brousset P, Eberhard DA, Hernandez-Ilizaliturri FJ, Salles G, Witzig TE, Zinzani PL, Wright GW, Staudt LM, Yang Y, Williams PM, Lih CJ, Russo J, Thakurta A, Hagner P, Fustier P, Song D, Lewis ID.  A Phase 2/3 Multicenter, Randomized, Open-Label Study of Lenalidomide vs Investigator's Choice in Patients with Relapsed or Refractory Diffuse Large B-Cell Lymphoma.  Clin Cancer Res. 2017 Aug 1;23(15):4127-4137

Scott DW, Abrisqueta P, Wright GW, **Slack GW**, Mottok A, Villa D, Jares P, Rauert-Wunderlich H, Royo C, Clot G, Pinyol M, Boyle M, Chan FC, Braziel RM, Chan WC, Weisenburger DD, Cook JR, Greiner TC, Fu K, Ott G, Delabie J, Smeland EB, Holte H, Jaffe ES, Steidl C, Connors JM, Gascoyne RD, Rosenwald A, Staudt LM, Campo E, Rimsza LM; Lymphoma/Leukemia Molecular Profiling Project.. New molecular assay for the proliferation signature in mantle cell lymphoma applicable to formalin-fixed paraffin-embedded biopsies. J J Clin Oncol. 2017 May 20;35(15):1668-1677.

Jones SJ, Voong J, Thomas R, English A, Schuetz J, **Slack GW**, Graham J, Connors JM, Brooks-Wilson A. Nonrandom occurrence of lymphoid cancer types in 140 families.  Leuk Lymphoma. 2017 Sep;58(9):1-10.

Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, **Slack GW**, Berry BR, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ.  Genetic polymorophism at BCL2 as a predictor for R-CHOP efficacy in patient with diffuse large B-cell lymphoma.  Haematologica. 2017 May;102(5):e199-e202.

Carruthers MN, Park S, **Slack GW**, Dalal BI, Skinnider BF, Schaeffer DF, Dutz JP, Law JK, Donnellan F, Marquez V, Seidman M, Wong PC, Mattman A, Chen LY. IgG4-related disease and lymphocyte-variant hypereosinophilic syndrome: A comparative case series. Eur J Haematol. 2017 Apr;98(4):378-387.

Kendrick S, Rimsza LM, Scott DW, **Slack GW**, Farinha P, Tan KL, Persky D, Puvvada S, Connors JM, Sehn L, Gascoyne RD, Schmelz M. Aberrant cytoplasmic expression of MHCII confers worse progression free survival in diffuse large B-cell lymphoma. Virchows Arch. 2017 Jan;470(1):113-117.

Hapgood G, Pickles T, Sehn LH, Villa D, Klasa R, Scott DW, Gerrie AS, Gascoyne RD, **Slack GW**, Parsons C, Morris JW, Connors JM, Savage KJ. Outcome of primary cutaneous anaplastic large cell lymphoma: a 20-year British Columbia Cancer Agency Experience. Br J Haematol. 2017 Jan;176(2):234-240.

Kridel R, Telio D, Villa D, Sehn LH, Gerrie AS, Shenkier T, Klasa R, **Slack GW**, Tan K, Gascoyne RD, Connors JM, Savage KJ. Diffuse large B-cell lymphoma with testicular involvement: outcome and risk of CNS relapse in the rituximab era. Br J Haematol. 2017 Jan;176(2):210-221.

Dunbar M, Dilli E, **Slack GW**, Villa D. Chronic lymphocytic leukemia presenting with concurrent isolated CNS parenchymal and leptomeningeal large B-cell lymphoma. Ann Hematol Oncol. 2016 Aug 9;3(6):1-5.

Kansara R, Connors JM, Savage KJ, Gerrie AS, Scott DW, **Slack GW**, Gascoyne RD, Sehn LH, Villa D. Maintenance rituximab following induction R-CHOP chemotherapy in patients with composite or discordant, indolent and aggressive, B-cell non-Hodgkin lymphomas. Haematologica. 2016 Jun 16. pii: haematol.2016.144550. [Epub ahead of print]

Kansara R, Villa D, Gerrie AS, Klasa R, Shenkier T, Scott DW, **Slack GW**, Gascoyne RD, Connors JM, Sehn LH, Savage KJ. Site of central nervous system (CNS) relapse in patients with diffuse large B-cell lymphoma (DLBCL) by the CNS-IPI risk model. Br J Haematol. 2016 Jul 22. doi: 10.1111/bjh.14229. [Epub ahead of print]

Moccia AA, Hitz F, Hoskins P, Klasa R, Power MM, Savage KJ, Shenkier T, Shepherd JD, **Slack GW**, Song KW, Gascoyne RD, Connors JM, Sehn LH. Gemcitabine, dexamethasone, and cisplatin (GDP) is an effective and well-tolerated salvage therapy for relapsed/refractory diffuse large B-cell lymphoma and Hodgkin lymphoma. Leuk Lymphoma. 2017 Feb;58(2):324-332.

Hapgood G, Zheng Y, Sehn LH, Villa D, Klasa R, Gerrie AS, Shenkier T, Scott DW, Gascoyne RD, **Slack GW**, Parsons C, Morris J, Pickles T, Connors JM, Savage KJ. Evaluation of the Risk of Relapse in Classical Hodgkin Lymphoma at Event-Free Survival Time Points and Survival Comparison With the General Population in British Columbia. J Clin Oncol. 2016 Jul 20;34(21):2493-500

Savage KJ, **Slack GW**, Mottok A, Sehn LH, Villa D, Kansara R, Kridel R, Steidl C, Ennishi D, Tan KL, Ben-Neriah S, Johnson NA, Connors JM, Farinha P, Scott DW, Gascoyne RD. The impact of dual expression of MYC and BCL2 by immunohistochemistry on the risk of CNS relapse in DLBCL. Blood. 2016 May 5;127(18):2182-8.

Brooks EG, Connors JM, Sehn LH, Gascoyne RD, Savage KJ, Shenkier TN, Klasa R, Gerrie AS, Skinnider B, **Slack GW**, Villa D. Impact of time from diagnosis to initiation of curative-intent

chemotherapy on clinical outcomes in patients with classical Hodgkin lymphoma.  Leuk Lymphoma. 2016 Apr;57(4):872-9.

Scott DW, Mottok A, Ennishi D, Wright GW, Farinha P, Ben-Neriah S, Kridel R, Barry GS, Hother C, Abrisqueta P, Boyle M, Meissner B, Telenius A, Savage KJ, Sehn LH, **Slack GW**, Steidl C, Staudt LM, Connors JM, Rimsza LM, Gascoyne RD.  Prognostic Significance of Diffuse Large B-Cell Lymphoma Cell of Origin Determined by Digital Gene Expression in Formalin-Fixed Paraffin-Embedded Tissue Biopsies.  J Clin Oncol. 2015 Sep 10;33(26):2848-56.

Kridel R, Xerri L, Gelas-Dore B, Tan K, Feugier P, Vawda A, Canioni D, Farinha P, Boussetta S, Moccia AA, Brice P, Chavez EA, Kyle AH, Scott DW, Sanders AD, Fabiani B, **Slack GW**, Minchinton AI, Haioun C, Connors JM, Sehn LH, Steidl C, Gascoyne RD, Salles G.  The Prognostic Impact of CD163-Positive Macrophages in Follicular Lymphoma: A Study from the BC Cancer Agency and the Lymphoma Study Association.  Clin Cancer Res. 2015 Aug 1;21(15):3428-35

Xing KH, Kahlon A, Skinnider BF, Connors JM, Gascoyne RD, Sehn LH, Savage KJ, **Slack GW**, Shenkier TN, Klasa R, Gerrie AS, Villa D.  Outcomes in splenic marginal zone lymphoma: analysis of 107 patients treated in British Columbia.  Br J Haematol. 2015 May;169(4):520-7.

Sun H, Savage KJ, Karsan A, **Slack GW**, Gascoyne RD, Toze CL, Sehn LH, Mourad YA, Barnett MJ, Broady RC, Connors JM, Forrest DL, Gerrie AS, Hogge DE, Narayanan S, Nevill TJ, Nantel SH, Power MM, Sutherland HJ, Villa D, Shepherd JD, Song KW.  Outcome of Patients With Non-Hodgkin Lymphomas With Concurrent MYC and BCL2 Rearrangements Treated With CODOX-M/IVAC With Rituximab Followed by Hematopoietic Stem Cell Transplantation. Clin Lymphoma Myeloma Leuk. 2015 Jun;15(6):341-8

**Slack GW**, Steidl C, Sehn LH, Gascoyne RD.  CD30 expression in de novo diffuse large B-cell lymphoma: a population-based study from British Columbia.  Br J Haematol. 2014 Dec;167(5):608-17

Huppmann AR, Nicolae A**, Slack GW**, Pittaluga S, Davies-Hill T, Ferry JA, Harris NL, Jaffe ES, Hasserjian RP.  EBV may be expressed in the LP cells of nodular lymphocyte-predominant Hodgkin lymphoma (NLPHL) in both children and adults.  Am J Surg Pathol. 2014 Mar;38(3):316-24.

Perry AM, Alvarado-Bernal Y, Laurini JA, Smith LM, **Slack GW**, Tan KL, Sehn LH, Fu K, Aoun P, Greiner TC, Chan WC, Bierman PJ, Bociek RG, Armitage JO, Vose JM, Gascoyne RD, Weisenburger DD.  MYC and BCL2 protein expression predicts survival in patients with diffuse large B-cell lymphoma treated with rituximab.  Br J Haematol. 2014 May;165(3):382-91.

Twa DD, Chan FC, Ben-Neriah S, Woolcock BW, Mottok A, Tan KL, **Slack GW**, Gunawardana J, Lim RS, McPherson AW, Kridel R, Telenius A, Scott DW, Savage KJ, Shah SP, Gascoyne RD, Steidl C.  Genomic rearrangements involving programmed death ligands are recurrent in primary mediastinal large B-cell lymphoma. Blood. 2014 Mar 27;123(13):2062-5.

Hu S, Xu-Monette ZY, Tazankov A, Green T, Wu L, Balasabramanyam A, Liu WM, Visco C, Li Y, Miranda RN, Montes-Moreno S, Dybkaer K, chiu A, Orazi A, Zu Y, Bhagat G, Richards KL, His ED, Choi WW, Zhao X, van Krieken JH, Huang Q, Huh J, Ai W, Ponzoni M, Ferreri AJ, Zhou F, **Slack GW**, Gascoyne RD, Tu M, Variakojis D, Chen W, Go RS, Piris MA, Moller MB, Mederios LJ, Young KH.  MYC/BCL2 protein coexpression contributes to the inferior survival of activated B-cell subtype of diffuse large B-cell lymphoma and demonstrates high-risk gene expression signatures: a report from The International DLBCL Rituximab-CHOP Consortium. Blood. 2013 May 26;121(20):4021-31.

Moccia AA, Donaldson J, Chhanabhai M, Hoskins PJ, Klasa RJ, Savage KJ, Shenkier TN, **Slack GW,** Skinnider B, Gascoyne RD, Connors JM, Sehn LH.  International Prognostic Score in advanced-stage Hodgkin's lymphoma: altered utility in the modern era. J Clin Oncol. 2012 Sep 20;30(27):3383-8.

**Slack GW**, Johnson NA, Savage KJ, Connors JM, Ben-Neriah S, Rogic S, Scott DW, Tan KL, Steidl C, Sehn LH, Chan WC, Iqbal J, Meyer PN, Lenz G, Wright G, Rimsza LM, Valentino C, Brunhoeber P, Grogan TM, Braziel RM, Cook JR, Tubbs RR, Weisenburger DD, Campo E, Rosenwald A, Ott G, Delabie J, Holcroft C, Jaffe ES, Staudt LM, Gascoyne RD.  Concurrent expression of MYC and BCL2 in diffuse large B-cell lymphoma treated with rituximab plus cyclophosphamide, doxorubicin, cinvristine, and prednisone.  Clin Oncol. 2012 Oct 1;30(28):3452-9.

Bashashati A, Johnson NA, Khodabakhshi AH, Whiteside MD, Zare H, Scott DW, Lo K, Gottardo R, Brinkman FS, Connors JM, **Slack GW**, Gascoyne RD, Weng AP, Brinkman RR.  B cells with high side scatter parameter by flow cytometry correlate with inferior survival in diffuse large B-cell lymphoma.  Am J Clin Pathol. 2012 May;137(5):805-14.

Scott DW, Mungall KL, Ben-Neriah S, Rogic S, Morin RD, **Slack GW**, Tan KL, Chan FC, Lim RS, Connors JM, Marra MA, Mungall AJ, Steidl C, Gascoyne RD. TBL1XR1/TP63: a novel recurrent gene fusion in B-cell non-Hodgkin lymphoma. Blood. 2012 May 24;119(21):4949-52.

Scheutz JM, Johnson NA, Morin RD, Scott DW, Tan K, Ben-Nierah S, Boyle M, **Slack GW**, Marra MA, Connors JM, Brooks-Wilson AR, Gascoyne RD.  BCL2 mutations in diffuse large B-cell lymphoma.  Leukemia. 2012 Jun;26(6):1383-90.

Rui L, Emre NC, Kruhlak MJ, Chung HJ, Steidl C, **Slack G,** Wright GW, Lenz G, Ngo VN, Shaffer AL, Xu W, Zhao H, Yang Y, Lamy L, Davis RE, Xiao W, Powell J, Maloney D, Thomas CJ, Moller P, Rosenwald A, Ott G, Muller-Hermelink HK, Savage K,  Connors JM, Rimsza LM, Campo E, Jaffe ES, Delabie J, Smeland EB, Weisenburger DD, Chan WC, Gascoyne RD, Levens D,  Staudt LM. Cooperative epigenetic modulation by cancer amplicon genes. Cancer Cell. 2010 Dec;18(6): 590-605.

**Slack GW**, Ferry JF, Hasserjian R, Sohani AR, Longtine JA, Harris NL, Zukerberg LR. Lymphocyte depleted Hodgkin lymphoma: An evaluation with immunophenotyping and genetic analysis. Leuk Lymphoma. 2009 Jun;50(6):937-43.

Johnson ST, Bigam DL, Emara M, **Slack G**. Jewell LD, Obaid L, Korbutt G, Van Aerde J, Cheung PY. Effects of n-acetylecysteine on intestinal reoxygenation injury in hypoxic newborn piglets resuscitated with 100% oxygen. Neonatology. 2009 Mar 31;96(3):162-170.

Johnson ST, Bigam DL, Emara M, Obaid L, **Slack G,** Korbutt G, Jewell LD, Van Aerde J, Cheung PY. N-acetylecysteine improves the hemodynamics and oxidative stress in hypoxic newborn pigs reoxygenated with 100% oxygen. Shock. 2007 Oct;28(4):484-90.

**Slack GW**, Wizniak J, Dabbagh L, Shi X, Gelebart P, Lai R. Flow cytometric detection of ZAP-70 in chronic lymphocytic leukemia: correlation with immunocytochemistry and western blot analysis.  Arch Pathol Lab Med. 2007 Jan;131(1):50-6.

**Slack G**, Cohen J, Lenkei-Kerwin SS, David T, Leask R and Butany J.  Images in Cardiology.  Postaortotomy false aneurysm of the ascending aorta. Canadian Journal of Cardiology. Can J Cardiol. 2002 Mar;18(3):312-4.


## Invited Reviews

**Slack GW.**  The Pathology of Reactive Lymphadenopathies: A Discussion of Common Reactive Patterns and Their Malignant Mimics.  Arch Pathol Lab Med. 2016 Sep;140(9):881-892.

**Slack GW**, Gascoyne RD.  Next-generation sequencing discoveries in lymphoma. Adv Anat Pathol. 2013 Mar;20(2):110-6.

**Slack GW**, Gascoyne RD.  MYC and aggressive B-cell lymphoma. Adv Anat Pathol. 2011 May;18(3):219-28. Review.


## Text Books

**Slack GW**, Hsi ED (2017). Diffuse aggressive B-cell lymphomas. In ED Hsi (Ed), Hematopathology. Philadelphia: Elsevier.

Heise C, Brousset P, Fu T, Eberhard DA, **Slack GW**, Laurent C, Gascoyne RD (2014). Implementing a multi-analyte immunohistochemistry panel into a drug development program. In Potts SJ, Eberhard DA, and Wharton Jr KA (Eds), Molecular Histopathology and Tissue Biomarkers in Drug and Diagnostic Development (pp. 354-358). New York: Springer Science-Business Media.

**Slack GW**, Hsi ED, Gascoyne RD (2012). Diffuse aggressive B-cell lymphomas. In ED Hsi (Ed), Hematopathology (pp. 261-292). Philadelphia: Elsevier.


## Reviewer

| | |
|---|---|
| Haematologica | 2019-present |
| Leukemia & Lymphoma | 2016-present |
| British Journal of Haematology | 2015 -present |
| Blood | 2014-present |
| Canadian Journal of Pathology | 2010-present |

## Professional Affiliations

| | |
|---|---|
| Canadian Medical Association | 2015 – present |
| Doctors of British Columbia | 2015 – present |
| American Society of Hematology | 2012 – present |
| United States and Canadian Academy of Pathology | 2008 – present |

# EXHIBIT B

Graham Slack, M.D.

Materials Reviewed (in conjunction with the materials cited in the report)

| Literature |
|---|
| Acquavella J, et al. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. Environ Health Perspect 2004;112:321-326 |
| Alavanja M, et al. The Agricultural Health Study. Environ Health Perspect 1996;104:362-369 |
| Alavanja M, et al. Non-Hodgkin Lymphoma risk and insecticide, fungicide and fumigant use in the Agricultural Health Study. PLOS One 2014;9(10):1-17 |
| Andreotti G, et al. Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst 2018;110(5):509-16 |
| Andreotti G, et al. Response to Sheppard and Shaffer. J Natl Cancer Inst 2019;111(2):djy201 |
| Anisimov V, et al. Cancer in rodents: does it tell us about cancer in humans? Nature Rev Cancer 2005;5:807-819 |
| Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate (March 2017) |
| Benbrook CM. Trends in glyphosate herbicide use in the United States and globally. Environ Sci Eu 2016;28(1):3 |
| BfR 2015 Preface – Glyphosate Renewal Assessment Report Addendum (Aug. 31, 2015) |
| BfR, European Assessment of Glyphosate is quality-assured and independent (Jan. 15, 2019) |
| BfR, Animal welfare provisions and good laboratory practice: German federal states investigate possible breaches by an animal experiment laboratory (Feb. 11, 2020) |
| Blair A, et al. Leukemia cell types and agricultural practices in Nebraska. Arch Environ Health 1985;40(4):211-214 |
| Blair A, et al. Agricultural exposures and cancer. Environ Health Perspect 1995;103:205-208 |
| Blair A, et al. Reliability of reporting on life-style and agricultural factors by a sample of participants in the Agricultural Health Study from Iowa. Epidemiology 2002;13:94-99 |
| Blanpain C, et al. DNA-damage response in tissue-specific and cancer stem cells. Cell Stem Cell 2011;8:16-29 |
| Bolognesi C, et al. Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health 2009;72:986-997 |
| Bonneel N, et al. The scientific method is forgotten in the media (translated from French). *available at* https://www.lesoleil.com/actualite/science/la-methode-scientifique-oubliee-dans-les-medias-b2ffb3daae4555df5a140e0252b067ef |
| Bonovas S, et al. Statins and cancer risk: a literature-based meta-analysis and meta-regression analysis of 35 randomized controlled trials. J Clin Oncol 2006;24:4808-4817 |
| Bracken MB. Why are so many epidemiology associations inflated or wrong? Does poorly conducted animal research suggest implausible hypotheses? Ann Epidemiol 2009;19:220-224 |
| Bradford PT, et al. Increased risk of second primary cancers after a diagnosis of melanoma. Arch Dermatol 2010;146:265-272 |
| Browning DRL, et al. Statins and cancer risk: a systematic review and meta-analysis. Int J Cancer 2006;120:833-843 |
| Burmeister L, et al. Selected Cancer Mortality and Farm Practices in Iowa. Am J Epidemiology 1983;118:72-77 |

Caini S, et al. The risk of developing a second primary cancer in melanoma patients: a comprehensive review of the literature and meta-analysis. J Dermatol Science 2014;75:3-9

Cantor K. Farming and Mortality from Non-Hodgkin's Lymphoma: A Case-Control Study. Int'l J Cancer 1982;29(3):239-47

Cantor KP, Blair A. Farming and mortality from multiple myeloma: a case-control study with the use of death certificates. J Natl Cancer Inst 1984;72(2):251-5

Cantor KP, et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Research 1992;52(9):2447-2455

Castillo J, et al. Obesity is Associated with Increased Relative Risk of Diffuse Large B-Cell Lymphoma: A Meta-Analysis of Observational Studies. Clin Lymphoma Myeloma Leuk 2014; 14(2):122-130

Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B 2016;51(6):402-434

Chao C, et al. Type 2 diabetes mellitus and risk of non-Hodgkin lymphoma: A systematic review and meta-analysis, Am J Epidemiol 2008;168:471-480

Chiu BC, et al. Agricultural pesticide use and risk of t(14;18)-defined subtypes of non-Hodgkin lymphoma. Blood 2006;108:1363-1369

Chiu BC, et al. Cigarette smoking, familial hematopoietic cancer, hair dye use, and risk of t(14;18)-defined subtypes of non-Hodgkin's lymphoma, Am J Epidemiol 2007;165:652-659

Cho HG, et al. Frequent basal cell cancer development is a clinical marker for inherited cancer susceptibility. JCI Insight 2018;3:e122744

Coble J, et al.  An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study. Int J Environ Res Public Health 2011;8:4608-4622

Cocco P, et al. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph Study. Occup Environ Med 2013;70(2):91-98

Colt JS, et al. Residential insecticide use and risk of non-Hodgkin's lymphoma. Cancer Epidemiol Biomarkers Prev 2006;15(2):251-257

Comerford C. Evaluation of urinary glyphosate levels following simulated consumer application of Roundup (Abstract No. 1274), Apr. 2020

Crump K. The potential effects of recall bias and selection bias on the epidemiological evidence for the carcinogenicity of glyphosate. Risk Anal 2020;40(4):696-704

Crump K, et al. Accounting for Multiple Comparisons in Statistical Analysis of the Extensive Bioassay Data on Glyphosate. Toxicol Sci 2020 Jun 1;175(2):156-167

Dal Maso L, et al. Hepatitis C Virus and Risk of Lymphoma and Other Lymphoid Neoplasms: A Meta-analysis of Epidemiologic Studies. Cancer Epidemiology, Biomarkers & Prevention 2006;15(11):2078-2085

Dale KM, et al.  Statins and cancer risk. JAMA 2006;295:74-80

Dalia S, et al. Hepatitis B Infection Increases the Risk of Non-Hodgkin Lymphoma: A Meta-Analysis of Observational Studies. Leukemia Research 2013;37:1107-1115

De Roos A, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 2003;60:E11

De Roos A, et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 2005;113(1):49-54

DellaValle CT, et al. Risk-accepting personality and personal protective equipment use within the Agricultural Health Study. J Agromedicine 2012;17:264-276

2

Donato F, et al., Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis, Med Lav 2020;111(1): 63–73

Dragani TA. Difficulties in establishing a causal link between chemical exposures and cancer cannot be overcome by court assessments. Hum Exp Toxicol 2020;39(8):1095-1107

Eriksson M, et al. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 2008; 123(7):1657-1663

European Chemicals Agency (ECHA), Committee for Risk Assessment Opinion on Glyphosate Through RAC Evaluation of Carcinogenicity (March 15, 2017)

European Food Safety Authority (EFSA), EFSA Explains the Carcinogenicity Assessment of Glyphosate (Nov. 12, 2015)

Fallah M, et al. Autoimmune Diseases Associated with Non-Hodgkin Lymphoma: A Nationwide Cohort Study. Annals of Oncology 2014;25:2025-2030

Food and Agriculture Organization of the United Nations (FAO) and World Health Organization (WHO), Summary Report on Pesticide Residues (May 2016)

Frisch M, et al. Risk for subsequent cancer after diagnosis of basal cell carcinoma: a population-based, epidemiologic study. Ann Intern Med 1996;125:815-821

Gillezeau C, et al. The evidence of human exposure to glyphosate: a review. Environ Health 2019;18:1-14

Goggins WB, et al. Evidence for an association between cutaneous melanoma and non-Hodgkin lymphoma. Cancer 2001;91:874-880

Gray GM, et al. The federal government's Agricultural Health Study: a critical review with suggested improvements. Human Ecol Risk Assessment 2000;6(1):47-71

Greim H, et al. Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. Crit Rev Toxicol 2015;45:185-208

Guyton K, et al. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol 2015;16:490-491

Hall P, et al. Non-Hodgkin's lymphoma and skin malignancies: shared etiology? Int J Cancer 1995;62:519-522

Hardell L, et al. Malignant Lymphoma and Exposure to Chemicals, Especially Organic Solvents, Chlorophenols and Phenoxy Acids: A Case-Control Study. Br J Cancer 1981;43:169-176

Hardell L, et al. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer 1999;85(6):1353-1360

Hardell, L, et al. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma 2002;43:1043-1049

Harrington D, et al. New guidelines for statistical reporting in the *Journal*. New England J Med 2019;381(3):285-286

Hartge P, et al. Residential herbicide use and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev 2005;14(4):934-937

Health Canada, Re-evaluation Decision: Glyphosate (RVD2017-01) (2017)

Health Canada, Statement from Health Canada on Glyphosate (Jan. 11, 2019)

Hedstrom G, et al. The impact of age on survival of diffuse large B-cell lymphoma: a population-based study. Acta Oncologica 2015;54:916-923

3

Heltshe S, et al. Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study. J Exposure Sci Environ Epidemiol 2012;22:409-416

Hemminki K, Dong C. Subsequent cancers after in situ and invasive squamous cell carcinoma of the skin. Arch Dermatol 2000;136:647-651

Hidayat K, et al. Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies. Critical Reviews in Oncology 2018; 129: 113-123

Hohenadel K, et al. Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces. Int. J. Environ. Res. Public Health 2011; 8(6):2320-2330

Hoppin J, et al. Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study. J Exposure Analysis & Environ Epidemiol 2002;12:313-318

International Agency for Research on Cancer (IARC), Monograph 112: Glyphosate (2015)

Kabat GC, et al. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control 2021 Jan 15 (Online ahead of print)

Kougias D, et al. Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup using a Margin of Safety (MOS) Approach. Risk Anal 2020;1-23

Koutros S, et al. An update of cancer incidence in the Agricultural Health Study. J Occupational & Envtl Med 2010;52:1098

Koutros S, et al. Non-Hodgkin lymphoma risk and organophosphate and carbamate insecticide use in the north American pooled project. Envtl Int'l 2019;127:199-205

Lahouel K, et al. Revisiting the tumorigenesis timeline with a data-driven generative model. Proc Natl Acad Sci 2020;117(2):857-864

Larsson S, et al. Obesity and Risk of Non-Hodgkin's Lymphoma: A Meta-Analysis. Int J Cancer 2007;47:1564-1570

Larsson S, et al. Body mass index and risk of non-Hodgkin's and Hodgkin's lymphoma: A meta-analysis of prospective studies. European Journal of Cancer 2011; 47:2422-2430

Lens MB, et al. An association between cutaneous melanoma and non-Hodgkin's lymphoma: pooled analysis of published data with a review. Annals Oncology 2005;16:460-465

Leon M, et al. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. International J Epidemiol 2019;48(5):1519-35

Li M, et al. Hepatitis B Virus and Risk of Non-Hodgkin Lymphoma: An Updated Meta-Analysis of 58 Studies. J of Viral Hepatitis 2018;25(8):894-903

Lindhal, T. Instability and decay of the primary structure of DNA. Nature 1993;362:709-715

Lynch M. Rate, molecular spectrum, and consequences of human mutation. Proceed Natl Acad Sci 2010;107:961-968

MacDonald JS. The toxicology of HMG-CoA reductase inhibitors: prediction of human risk. Toxicol Pathol 2004;32(Suppl. 2):26-41

Martens MA, et al., Toxicology and human health risk assessment of polyethoxylated tallow amine surfactant used in glyphosate formulations. Regulatory Toxicol & Pharmacol 2019 Oct;107:104347 (Epub)

McDuffie H, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001;10(11):1155-1163

4

Mellemkjaer L, et al. Autoimmune Disease in Individuals and Close Family Members and Susceptibility to Non-Hodgkin's Lymphoma. Arthritis & Rheumatism 2008;58(3):657-666

Mitri J, et al. Diabetes and risk of non-Hodgkin's lymphoma: a meta-analysis of observational studies. Diabetes Care 2008;31:2391-2397

Morton L, et al. Etiologic Heterogeneity among Non-Hodgkin Lymphoma Subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J National Cancer Institute Monographs 2014;48:130-144

New Zealand Environmental Protection Agency, Review of the Evidence Relating to Glyphosate and Carcinogenicity (Aug. 2016)

Newman CB, et al. AHA Scientific Statement: statin safety and associated adverse events. Arterioscler Thromb Vasc Biol 2019;39:e38-e81

Nugent Z, et al. Risk of second primary cancer and death following a diagnosis of nonmelanoma skin cancer. Cancer Epidemiol Biomarkers Prev 2005;14:2584-2590

Ong EL, et al. Subsequent primary malignancies in patients with nonmelanoma skin cancer in England: a national record-linkage study. Cancer Epidemiol Biomarkers Prev 2014;23:490-498

Orsi L, et al. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med 2009;66(5):291-8

Pahwa P, et al. Soft-Tissue Sarcoma and Pesticides Exposure in Men. J Occup Environ Med 2011;53(11):1279-86

Pahwa P, et al. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health 2019;45(6):600-609

Pawelec G, et al. Immunosenescence and cancer. J Geriatric Oncol 2010;1:20-26

Paz-y-Mino C, et al. Evaluation of DNA damage in an Ecuadorian population exposed to Glyphosate. Genetics & Molec Biol 2007;30:456-460

Paz-y-Mino C, et al. Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev Environ Health 2011;26:45-51

Pierce J, et al. Pilot Study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup. Inhal Toxicol 2020;32(8): 354-367

Portier C, et al. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health 2016;70:741-745

Portier C. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies, Environ Health 2020;19:18

Rangarajan A, et al. Comparative biology of mouse versus human cells: modelling human cancer in mice. Nature Reviews Cancer 2003;3:952-959

Rice JR, et al. Effects of glyphosate and its formulations on markers of oxidative stress and cell viability in HepaRG and HaCaT cell lines. Presentation of the National Toxicology Program (2018)

Riordan A. Evaluation of glyphosate use and NHL: a preliminary trend assessment (Abstract No. 1609), Apr. 2020

Rosenberg CA. Association of nonmelanoma skin cancer with second malignancy: the Women's Health Initiative observational study. Cancer 2004;100:130-138

5

Schinasi L, et al. Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis. Int. J. Environ. Res. Public Health 2014;11:4449-4527

Schumacher MC.  Farming occupations and mortality from non-Hodgkin's lymphoma in Utah. A case-control study.  J Occup Med 1985;27(8):580-4

SEER Cancer Stat Facts (2020): Non-Hodgkin Lymphoma. *available at* https://seer.cancer.gov/statfacts/html/nhl.html

Sheppard L, et al. LTTE: Glyphosate use and cancer incidence in the Agricultural Health Study. JNCI 2019 (epublication)

Sills J, et al. Letters to the Editor re: Tomasetti 2015 and Cancer Risk: Role of Environment (& Author Response). Science 2015;347(6223):727-731

Song M et al.  Cancer prevention: molecular and epidemiologic consensus. Science 2018;361(6409):1317-1318

Swartz CD, et al. Comparison of the genotoxicity of glyphosate, aminomethylphosphonic acid, and glyphosate-based formulations using *in vitro* approaches. Presentation of the National Toxicology Program (2019)

Swerdlow SH, et al. Updated WHO classification of hematological malignancies: the 2016 revision of the World Health Organization classification of lymphoid neoplasms, Blood 2016;127:2375-2390

Swerdlow SH, et al. WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues 2017 (Revised 4th ed.)

Tarazona J, et al. Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC. Arch Toxicol 2017;91:2723-2743

Tarone R. On the International Agency for Research on Cancer Classification of glyphosate as a probable human carcinogen. European J Cancer Prevention 2018;27:82-87

Tomasetti C, et al. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. Proceed Natl Acad Sci 2013;110(6):1999-2004

Tomasetti C, Vogelstein B. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science 2015;347(6217):78-81

Tomasetti C, et al.  Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science 2017;355(6331):1330-1334

Tomasetti C. Mutated clones are the new normal. Science 2019;364(6444):938-939

U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry - Toxicological Profile for Glyphosate, Draft for Public Comment (Apr 2019)

U.S. Environmental Protection Agency, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, Section 6: Data Integration & Weight-of-Evidence Analysis Across Multiple Lines of Evidence (December 2017)

U.S. Environmental Protection Agency, Glyphosate Proposed Interim Registration Review Decision (April 2019)

U.S. Environmental Protection Agency, Labeling Requirements for Products that Contain Glyphosate (August 7, 2019)

U.S. Environmental Protection Agency, Memorandum on Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision (Jan. 2020)

Verwer N, et al. Lymphoma occurring in patients with cutaneous melanoma. J Clin Pathol 2010;63:777-781

| |
|---|
| Vogelstein B, et al. Cancer Genome Landscapes. Science 2013;339(6127):1546-58 |
| Wang Y, et al. Association between type 1 and type 2 diabetes and risk of non-Hodgkin's lymphoma: a meta-analysis of cohort studies. Diabetes Metab 2020;46(1):8-19 |
| Wheless L, et al. Nonmelanoma skin cancer and the risk of second primary cancers: a systematic review. Cancer Epidemiol Biomarkers Prev 2010;19:1686-1695 |
| World Health Organization. WHO Report on the Global Tobacco Epidemic, 2011 Warning About the Dangers of Tobacco.  World Health Organization, Geneva, Switzerland: 2011 |
| Zhang L, et al. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res 2019;781:186-206 |

| **Expert Reports** |
|---|
| Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Updated Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Rebuttal Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Christopher J. Portier, Ph.D. (In Re Roundup Products Liability, Wave 2) |
| Expert Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Rebuttal Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Beate Ritz, M.D., Ph.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Dennis Weisenburger, M.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Dennis Weisenburger, M.D., In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Charles W. Jameson, Ph.D. In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Charles W. Jameson, Ph.D. Pursuant to PTO No. 34 and In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Charles W. Jameson, Ph.D. Pursuant to PTO No. 34 and In Support of General Causation on Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) (Wave 2) |
| Expert Report of Charles M. Benbrook, PhD on Behalf of John Schafer (Schafer v. Monsanto Company; 3:19-cv-02169) |
| Expert Report of William R. Sawyer, Ph.D. (Re: Schafer v. Monsanto) |
| Expert Report of Ron D. Schiff, M.D., Ph.D. (Re: John Schafer v. Monsanto) |
| Expert Report of Dennis D. Weisenburger, M.D. (Specific Causation Report for Mr. John Schafer) |

| **Other Materials** |
|---|
| Roundup PRO Label (2007) |

| Roundup Super Concentrate Label (1991) |
|---|
| **Medical Records** |
| JSchafer-PlaintiffFactSheet-000001-37 |
| JSchafer-PlaintiffFactSheet-000038-49 |
| JSchafer-PlaintiffFactSheet-000050-61 |
| JSchafer-AAR-000001 |
| JSchafer-AAR-RD-000001 |
| JSchafer-AFAC-000001 |
| JSchafer-AFAC-000002-599 |
| JSchafer-AHAMCH-BD-000001-13 |
| JSchafer-AHAMCH-BD-000014 |
| JSchafer-AHAMCH-MD-000001-362 |
| JSchafer-AHAMCH-MD-000363 |
| JSchafer-AHAMCH-MD-000364 |
| JSchafer-AHAMCH-PD-000001 |
| JSchafer-AHAMCH-RD-000001-2 |
| JSchafer-AHAMCH-RD-000003-4 |
| JSchafer-AntelopeVH-BD-000001-17 |
| JSchafer-AntelopeVH-BD-000018 |
| JSchafer-AntelopeVH-BD-000019 |
| JSchafer-AntelopeVH-MD-000001-277 |
| JSchafer-AntelopeVH-MD-000278 |
| JSchafer-AntelopeVH-MD-000279 |
| JSchafer-AntelopeVH-PD-000001 |
| JSchafer-AntelopeVH-PD-000002 |
| JSchafer-AntelopeVH-PD-000003 |
| JSchafer-AntelopeVH-RD-000001 |
| JSchafer-AntelopeVH-RD-000002 |
| JSchafer-AntelopeVH-RD-000003 |
| JSchafer-AntelopeVH-RD-000004 |
| JSchafer-AvorsMG-000001-5 |
| JSchafer-AvorsMG-000006-7 |
| JSchafer-AvorsMG-000008-8 |
| JSchafer-AvorsMG-000009 |
| JSchafer-CHCHIPAAU-000001 |
| JSchafer-CityHope-BD-000001 |
| JSchafer-CityHope-BD-000002-4 |
| JSchafer-CityHope-BD-000005 |
| JSchafer-CityHope-BD-000006-8 |
| JSchafer-CityHope-BD-000009 |
| JSchafer-CityHope-BD-000010-12 |

| |
|---|
| JSchafer-CityHope-MD-000001-2 |
| JSchafer-CityHope-MD-000003-20 |
| JSchafer-CityHope-MD-000021-23 |
| JSchafer-CityHope-PD-000001-2 |
| JSchafer-CityHope-PD-000003 |
| JSchafer-CityHope-RD-000001-2 |
| JSchafer-CityHope-RD-000003-4 |
| JSchafer-CityHope-RD-000005-7 |
| JSchafer-CSI-P-000001 |
| JSchafer-DeSilvaM-000001 |
| JSchafer-DuPageMedGroupRadDept_00000001 |
| JSchafer-DuPageMedGroupRadDept_00000002 |
| JSchafer-DuPageMedGroupRadDept_00000003-29 |
| JSchafer-DuPageMG-MD-000001-665 |
| JSchafer-DuPageMG-MD-000666-760 |
| JSchafer-EdwHosp-BD-000001-33 |
| JSchafer-EdwHosp-BD-000034-36 |
| JSchafer-EdwHosp-MD-000001 |
| JSchafer-EdwHosp-PD-000001 |
| JSchafer-EdwHosp-PD-000002 |
| JSchafer-EdwHosp-PD-000003-21 |
| JSchafer-EdwHosp-PD-000022-32 |
| JSchafer-EdwHosp-RD-000001-2 |
| JSchafer-ElmhurstMH-BD-000001-32 |
| JSchafer-ElmhurstMH-BD-000033 |
| JSchafer-ElmhurstMH-BD-000034 |
| JSchafer-ElmhurstMH-BD-000035 |
| JSchafer-ElmhurstMH-MD-000001-750 |
| JSchafer-ElmhurstMH-MD-000751-1500 |
| JSchafer-ElmhurstMH-MD-001501-1618 |
| JSchafer-ElmhurstMH-MD-001619-1620 |
| JSchafer-ElmhurstMH-MD-001621 |
| JSchafer-ElmhurstMH-PD-000001 |
| JSchafer-ElmhurstMH-PD-000002-3 |
| JSchafer-ElmhurstMH-PD-000004-7 |
| JSchafer-ElmhurstMH-RD-000001-16 |
| JSchafer-ElmhurstMH-RD-000017-18 |
| JSchafer-ElmhurstMH-RD-000019 |
| JSchafer-ElmhurstMH-RD-000020-22 |
| JSchafer-FBI-HR-000001 |
| JSchafer-FDG-000001 |

| |
|---|
| JSchafer-FVMG-000001 |
| JSchafer-HDMG-000001-4 |
| JSchafer-HDMG-000005-19 |
| JSchafer-HDMG-000020-23 |
| JSchafer-HemaLS-000001-10 |
| JSchafer-HemaLS-000011 |
| JSchafer-HemaLS-000012 |
| JSchafer-HemaLS-000013 |
| JSchafer-HH-BD-000001 |
| JSchafer-HH-MD-000001 |
| JSchafer-HH-PD-000001-3 |
| JSchafer-HH-PD-000004 |
| JSchafer-HH-PD-000005-8 |
| JSchafer-HH-RD-000001 |
| JSchafer-KLBush-000001 |
| JSchafer-McCrayD-000001 |
| JSchafer-MDH-BD-000001-10 |
| JSchafer-MDH-MD-000001 |
| JSchafer-MDH-MD-000002-190 |
| JSchafer-PalmdaleRMC-BD-000001-3 |
| JSchafer-PalmdaleRMC-MD-000001-19 |
| JSchafer-PalmdaleRMC-PD-000001 |
| JSchafer-PalmdaleRMC-RD-000001 |
| JSchafer-PC-PL-000001 |
| JSchafer-PC-PL-PD-000001-4 |
| JSchafer-PCG-HR-000001 |
| JSchafer-PCG-HR-000002-136 |
| JSchafer-PPR-000001-399 |
| JSchafer-PSJHC-MD-000001-2 |
| JSchafer-PSJHC-MD-000001 |
| JSchafer-PSJHC-PD-000001 |
| JSchafer-QDNI-Valencia-000001-2 |
| JSchafer-QDNI-Valencia-PD-000001-2 |
| JSchafer-RChoudhary-000001-17 |
| JSchafer-RGreif-000001-132 |
| JSchafer-RGreif-000001-17 |
| JSchafer-RRUCLAMC-BD-000001 |
| JSchafer-RRUCLAMC-BD-000002 |
| JSchafer-RRUCLAMC-MD-000001 |
| JSchafer-RRUCLAMC-MD-000002 |
| JSchafer-RRUCLAMC-MD-000003-19 |

| |
|---|
| JSchafer-RRUCLAMC-PD-000001 |
| JSchafer-RRUCLAMC-RD-000001 |
| JSchafer-RushUMC-BD-000001-2 |
| JSchafer-RushUMC-MD-000001 |
| JSchafer-RushUMC-PD-000001-2 |
| JSchafer-SAMBAs-000001-111 |
| JSchafer-SAMBAs-000112-144 |
| JSchafer-SBakhaya-000001-33 |
| JSchafer-SBakhaya-000034 |
| JSchafer-SBakhaya-000035 |
| JSchafer-SBakhaya-000036-37 |
| JSchafer-SCH&N-000001 |
| JSchafer-TCFM-000001-71 |
| JSchafer-TCFM-000072-73 |
| JSchafer-VPH-MD-000001-2 |
| JSchafer-WC-000001-34 |
| JSchafer-WIU-HR-000001-309 |
| JSchafer – Pathology slides from Edward Hospital |
| JSchafer – Pathology slides from Elmhurst Hospital |
| **Depositions** |
| Deposition of Helen Schafer, taken 12/16/2019 and Exhibits |
| Depositions of John Schafer, taken 11/19/2019 and 12/16/2019 and Exhibits |