UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>Ramirez, et al.<br> v.<br>Monsanto Co. | MDL No. 2741<br><br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>Case No. 3:19-cc-02224 |

## DECLARATION OF JEREMY J. WIECK

I, Jeremy J. Wieck, declare as follows:

1. I am Of Counsel at Shook, Hardy & Bacon L.L.P. I am a member in good standing of the Bar of Missouri. I submit this declaration regarding information that I have collected in the course of my representation of Monsanto Company in this matter. I have personal knowledge of the facts set forth herein, and could testify competently to them if called upon to do so.

2. During the course of my representation, I have compiled certain information from all Roundup lawsuits that, as of 3/30/21, were pending against Monsanto. All relevant information obtained from this review has been entered into a case management database. One piece of information stored in the case management database is the type of exposure alleged by plaintiffs in their lawsuits against Monsanto. The exposure types include residential exposure. A residential exposure means exposure in a residential setting and is typically identified by an allegation of Roundup product use "at home," "for personal use," and/or "for personal purposes."

3. I reviewed an Excel spreadsheet exported from this case management database containing information for all plaintiffs that have pending lawsuits against Monsanto, as of

3/30/21. Based on data contained within that spreadsheet as of 3/30/21, 21,604 plaintiffs have alleged the circumstances of their exposure to Roundup. Of those 21,604 plaintiffs, 19,093 plaintiffs allege residential exposure.

4. Based on the data compiled from this Excel spreadsheet exported from the case management database, I have determined that, as of 3/30/21, 88.4% of plaintiffs who allege the circumstances of their exposure to Roundup have alleged residential exposure.

5. During the course of my representation, I also compiled certain information from plaintiff information sheets that, as of 3/30/21, were submitted by counsel for claimants. All relevant information obtained from this review has been entered into a case management database. One piece of information stored in the case management database is the type of Roundup exposure alleged by claimants on their plaintiff information sheets. The exposure types include residential exposure.

6. I reviewed an Excel spreadsheet exported from this case management database containing information for all claimants that have submitted plaintiff information sheets, as of 3/30/21. Based on data contained within that spreadsheet as of 3/30/21, 15,800 claimants have alleged the circumstances of their exposure to Roundup. Of those 15,800 claimants, 14,313 claimants allege residential exposure.

7. Based on the data compiled from this Excel spreadsheet exported from the case management database, I have determined that, as of 3/30/21, 90.6% of claimants who have submitted a plaintiff information sheet have alleged residential exposure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2021, in Kansas City, Missouri.

By: /s/ Jeremy J. Wieck

Jeremy J. Wieck – MO Bar #: 53290

SHOOK, HARDY & BACON L.L.P.

2555 Grand Boulevard

Kansas City, Missouri 64108

Telephone: 816.474.6550

Facsimile: 816.421.5547

jwieck@shb.com