Elizabeth J. Cabraser (SBN 083151)
Robert L. Lieff (SBN 037568)
Steven E. Fineman (SBN 140335)
Andrew R. Kaufman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
ecabraser@lchb.com

William M. Audet (SBN 117456)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555

James R. Dugan, II
TerriAnne Benedetto
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580

Elizabeth A. Fegan
Melissa Ryan Clark
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Telephone: 312.741.1019

*Counsel for Plaintiffs and the Proposed Class*
*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF ERRATA** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | |

Plaintiffs submit this Notice of Errata regarding the Declaration of Robert Ramirez filed at Doc. 12911-9 in the MDL docket and Doc. 50-9 in the *Ramirez* docket. The DocuSign feature used with that document resulted in a PDF error appearing for some users. Attached to this Notice is a declaration from Mr. Ramirez with a new signature.

Dated: April 8, 2021                           Respectfully submitted,


                                               */s/ Elizabeth J. Cabraser*
                                               Robert L. Lieff (of counsel) (SBN 037568)
                                               Elizabeth J. Cabraser (SBN 083151)
                                               Kevin R. Budner (SBN 287271)
                                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                               275 Battery Street, 29th Floor
                                               San Francisco, California 94111-3339
                                               Telephone: 415.956.1000
                                               Facsimile: 415.956.1008
                                               rlieff@lchb.com
                                               ecabraser@lchb.com
                                               kbudner@lchb.com

                                               Steven E.  Fineman (SBN 140335)
                                               Wendy R. Fleishman
                                               Rhea Ghosh
                                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                               250 Hudson Street, 8th Floor
                                               New York, NY 10013
                                               Telephone: 212.355.9500
                                               sfineman@lchb.com
                                               wfleishman@lchb.com
                                               rghosh@lchb.com

                                               Andrew R. Kaufman
                                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                               222 2nd Avenue South, Suite 1640
                                               Nashville, TN 37201
                                               Telephone: 615.313.9000
                                               akaufman@lchb.com

                                               Elizabeth A Fegan
                                                *Proposed Subclass 2 Counsel*
                                               FEGAN SCOTT LLC
                                               150 S. Wacker Dr., 24th Floor
                                               Chicago, IL 60606
                                               Telephone: 312.741.1019
                                               beth@feganscott.com

                                               Melissa Ryan Clark
                                               FEGAN SCOTT LLC
                                               140 Broadway, 46th Floor
                                               New York, NY 10005
                                               Telephone: 347.353.1150

2147286.1

Melissa@feganscott.com

James R. Dugan, II
TerriAnne Benedetto
  *Proposed Subclass 2 Counsel*
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

William M. Audet (SBN 117456)
  *Proposed Subclass 1 Counsel*
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*

ADMIN. MOT.  FOR EXTENSION OF TIME
MDL NO. 2741, CASE NO. 3:16-MD-02741

2147286.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 8, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser

ADMIN. MOT.  FOR EXTENSION OF TIME
MDL NO. 2741, CASE NO. 3:16-MD-02741

2147286.1