DocuSign Envelope ID: 1845EEED-7DB4-4001-998B-D3EC763876C6

William M. Audet (SBN 117456)
Ling Y. Kuang (SBN 296873)
Kurt D. Kessler (SBN 327334)
 waudet@audetlaw.com
 lkuang@audetlaw.com
 kkesler@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:  (415) 568−2555
Facsimile:   (415) 568−2556

*Counsel for Plaintiff Robert Ramirez, et al.
On behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*RAMIREZ, ET AL. V. MONSANTO CO.*, CASE NO. 3:19-CV-02224 | **DECLARATION OF CLASS REPRESENTATIVE ROBERT RAMIREZ IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Honorable Vince Chhabria |

## DECLARATION OF ROBERT RAMIREZ

I, Robert Ramirez, declare as follows:

1. I am a citizen of the State of California and a Plaintiff in the above-referenced action. I submit this declaration in support of Preliminary Approval of a Class Action Settlement ("Settlement"), between the proposed Plaintiff Class/Subclasses and Monsanto Company ("Monsanto"). I have personal knowledge of the matters stated below, and if called as a witness, I could and would testify thereto under oath.

2. Prior to and after the filing of the initial class action complaint in April 2019, I have been in regular contact with my attorneys and staff at Audet & Partners, LLP., regarding the case

2. and the settlement process. I filed the class action complaint with my Attorneys with the hope that a class action type case would potentially assist others with NHL and reduce the burdens of every single person in my position with having to hire an attorney and to then file a case.

3. I have held confidential privileged discussions with my attorneys at Audet & Partners, LLP regarding my role and duties as a Class, and in particular with respect to my duties as a Subclass 1 representative plaintiff. I agreed to serve in that capacity to the best of my abilities. I understand my responsibilities, among which is to not put myself above the other members of class and particularly with regards to persons in Subclass 1, but rather to act in the best interests of Subclass 1 as a whole.

4. I sought to serve as, and understand that I am being considered by the Court for approval as a Subclass 1 Representative in the proposed Settlement for all those members of the Class who, like me, were exposed to Roundup and have been diagnosed with NHL.

5. By way of my medical history, I was diagnosed in 2018, with Double Expressor Large B-Cell Non-Hodgkin's Lymphoma ("NHL"). I initially underwent chemotherapy treatment at Stanford University Hospital. After which, I was required to complete routine cancer screening. In 2020, I was required to undergo additional rounds of chemotherapy and cell transplant treatment that continues to this day. NHL has had a significant toll on my life and family's lives.

6. In part motivated by the effects of NHL upon me and my family, I understand that in a class action lawsuit, I am hoping to help others who have been exposed to Round Up and have had a NHL diagnosis.

7. As person with NHL, I am aware of the benefits of early exams and treatment for NHL. I believe that my diagnosis was early enough to allow early intervention and medical treatment. I also see the benefits of not having to file a lawsuit in order to recovery money for the

costs of treatment and other costs (such as lost wages). As a husband and as a father, I am well aware of the impact of NHL can have on family members of persons with NHL.

8. I understand that the settlement has free exams for those with NHL and a program for payment for those with NHL. I understand that the settlement will provide for free legal advice regarding the settlement. In order to be compensated under the settlement, neither I nor my family will have to go through a trial. While as a class representative I am prepared to proceed to trial to help the class case, from my view, these and other benefits will significantly reduce potential stress I and my family would incur if we had to proceed to a trial.

9. Through confidential and privileged discussions with my counsel, I understand the basic terms of the Settlement and have tried to consider the upside and downside to the class action Settlement. Attorneys and staff at Audet & Partners, LLP, and I have been in communication regarding the case, including the settlement discussions with Monsanto. Based on my understanding of the proposal now before the Court, I believe the proposed Settlement is in the best interests of the Class as a whole, including Subclass 1.

10. Before signing the declaration, I was advised that modifications had been made to the amended agreement. These changes seem to benefit the class and I believe provide a better settlement.

11. By this declaration, I request that the Court consider and approve of the proposed Settlement, and further start the process of final approval of the Settlement.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 04-08-21

Robert Ramirez
*Proposed Subclass 1 Representative*

- 3 -

ROBERT RAMIREZ DECLARATION
3:19-CV-02224

1917228.6