UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Holmen v. Monsanto Co.,*<br>Case No. 3:19-CV-05040 | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE 3 LIST** |

1. My firm represents the Plaintiff in the above-referenced case.

2. On December 9, 2020, this Court entered an Order placing *Holmen v. Monsanto Co.,* No. 3:19-CV-05040 on the Wave 3 case list.

3. On January 20, 2021, Plaintiff filed a Letter to the Court requesting removal from the Wave 3 case list. (*In Re: Roundup Products Liability Litigation*, No. 16-md-02741-VC, Doc. No. 12428.)

4. Plaintiff now formally requests removal of this case from Wave 3 for the following reasons: Tragically, an attorney at Plaintiff's law firm, Robert Gibson, Esq., 50, contracted Covid-19 at the beginning of January and was in critical condition until he passed away at the end of January. He could not communicate or make any medical decisions for himself. Since he was divorced, I was designated with the responsibility of making all of his medical decisions, consulting with out-of-town medical experts, and disseminating the information to his children, extended family, and friends.

5. Since the beginning of January, I have had to handle all of the firm's case load without his assistance.

6. To make matters worse, my father became critically ill at the same time and passed away in

PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE 3 LIST
16-MD-02741-VC

February. I am assisting my elderly mother in administering his estate.

7. Accordingly, it is overly burdensome to comply with the Wave 3 deadlines and Plaintiff respectfully requests that this case be removed from the Wave 3 cases. Defense Counsel is understanding and does not oppose my request.

8. In the interim, this case was selected for settlement valuation and all required documents were submitted to the Settlement Master.

9. Wherefore, good cause exists to amend this Court's December 9, 2020 Order by removing *Holmen v. Monsanto Company,* No. 3:19-CV-05040 from the Wave 3 case list.

Respectfully submitted,

/s/Robert Sink
Robert Sink
Law Offices of Robert W. Sink
1417 Crosby Dr.
Fort Washington, PA 19034
215-995-1000
rsink@sinklawoffices.com

Attorney for Plaintiffs

PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE 3 LIST
16-MD-02741-VC

## CERTIFICATE OF SERVICE

I hereby certify that on this day of April 9, 2021, this was filed electronically filed through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robert Sink