UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Holmen v. Monsanto Co.,*<br>Case No. 3:19-CV-05040 | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE 3 LIST** |

AND NOW, PURSUANT TO STIPULATION IT IS SO ORDERED. *Holmen v. Monsanto Co.,* No. 3:19-CV-05040 is hereby removed from the Wave 3 case list.

Date:_____, 2021       _____
                                    Honorable Vince Chhabria
                                    United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Holmen v. Monsanto Co.,*<br>Case No. 3:19-CV-05040 | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**STIPULATION TO REMOVE THIS CASE FROM THE WAVE 3 LIST** |

It is hereby stipulated that *Holmen v. Monsanto Co.,* No. 3:19-CV-05040 is removed from the Wave 3 list.

Date: April 9, 2021    /s/Robert Sink
Robert W. Sink
Law Offices of Robert W. Sink
1417 Crosby Dr.
Fort Washington, PA 19034
215-995-1000
rsink@sinklawoffices.com

Attorney for Plaintiffs

Date: April 9, 2021    /s/Anthony Martinez
Shook, Hardy, & Bacon
2555 Grand Blvd
Kansas City, MO 64108
816-559-2613
AMARTINEZ@shb.com

Attorney for Defendants

STIPULATION TO REMOVE CASE FROM WAVE 3 LIST
16-MD-02741-VC