UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br>Case No. 3:19-cv-02224 | **ORDER GRANTING PUBLIC CITIZEN'S REQUEST TO FILE AMICUS BRIEF AND APPEAR AT THE HEARING ON THE MOTION FOR PRELIMINARY APPROVAL**<br><br>Re: Dkt. No. 12681 |

Public Citizen's request for leave to file an amicus brief as well as its request to participate in oral argument on the motion for preliminary approval are granted.

**IT IS SO ORDERED.**

Dated: April 9, 2021

VINCE CHHABRIA
United States District Judge