UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

*In Re:* Roundup products Liability Litigation

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Coffman v. Monsanto Co., et al.*
Case No. 3:21-cv-172-MHL (E.D. Va.)

**NOTICE OF APPEARANCE**

Pursuant to Pretrial Order No. 1 (Doc. 2), please note the appearance of Jonathan B. Nace, Esq. on behalf of Plaintiff Sue Coffman.[1]  Undersigned is a member of good standing of the bar of the United States District Court for the District of Columbia, *et al.*

Respectfully submitted,

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq. DC Bar No. 985718
Nidel & Nace, PLLC
One Church Street, Suite 802
Rockville, MD 20850
Tel: 202-780-5153
jon@nidellaw.com

---

[1] Mr. Nace's motion for admission *pro hac vice* for admission was pending in the Circuit Court for the City of Richmond, VA when the matter was removed to federal district court and then transferred to this honorable Court.  Mr. Nace must note his appearance to file on behalf of Ms. Coffman and to receive notices of electronic filings.

**CERTIFICATE OF SERVICE**

On April 12, 2021 I caused a copy of the foregoing *Notice of Appeareance* to be served upon the Court and al parties via ECF.

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq. DC Bar No. 985718