UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br><br>Case No. 3:19-cv-02224 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING OBJECTORS HOWARD GEE, JR., ARLEEN WARD, NOEL ALVAREZ, AND WILLIAM LAWRENCE CRAVEN'S MOTION TO STRIKE FOUR LAW PROFESSORS' DECLARATIONS |

Came on for consideration the Gee Objectors' Motion to Strike Four Law Professors' Declarations, and upon consideration of same, any response thereto, the applicable law and relevant record, the Court finds the motion to be meritorious and GRANTS it in all respects. Therefore,

IT IS ORDERED THAT the following Declarations are stricken from the record on the grounds stated in the Gee Objectors' motion:

· Declaration of John C. Coffee, Jr. [Doc 12911-3];

· Declaration of Arthur R. Miller [Doc. 12911-4];

· Declaration of Andrew D. Bradt [Doc. 12911-5]; and

· Declaration of Scott Dodson [Doc. 12911-6].

IT IS FURTHER ORDERED that plaintiffs are directed, within ___ days of the date of this Order, to file a redacted version of their reply brief, removing all references to the declarations of John Coffee, Arthur Miller, Andrew Bradt, and Scott Dodson, and they are enjoined from making any further references to those declarations in this proceeding and any objector shall have ___ days in which to file a response to the redacted reply brief. No further briefs may be filed on this motion without leave of the Court.

DATED: _____, 2021

                                                                   _____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE