Tesfaye W. Tsadik
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone (510) 839-3922
Facsimile (510) 844-2781
E-mail:  ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOUM GEBEYEHOU,<br><br>          Plaintiff,<br><br>vs<br><br>MONSANTO COMPANY<br><br>          Defendant | Case No.:  16-md-02741-VC<br><br><br>3:16-CV-05813 VC<br><br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED.** |

Plaintiff hereby respectfully requests that the court continue the deadline of April 22, 2021 set by the court in its Order of February 23, 2021 (3:16-cv-05813 dkt # 27) to July 22, 2021, an additional 120 days extension, to allow the completion of the resolution of Mr. Gebeyehou's medical lien which resolution is part of the settlement agreement.   This medical lien resolution is handled by law

PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED. - 1

office of Weitz & Luxenberg, member of the lead counsel in the multidistrict litigation against Monsanto which is pending before this court.    Plaintiff's settlement fund has been disbursed just recently and the only outstanding matter that still remains to consummate the settlement agreement is the resolution of the medical lien.  It is, therefore, necessary for this court to maintain its jurisdiction and oversight until this portion of the settlement agreement is completed.

.

Dated: April 14, 2021.          /s/Tesfaye W. Tsadik
                                Attorney for plaintiff
                                SIOUM GEBEYEHOU

*PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED. - 2*