Tesfaye W. Tsadik
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone (510) 839-3922
Facsimile (510) 844-2781
E-mail:  ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOUM GEBEYEHOU,<br><br>Plaintiff,<br><br>vs<br><br>MONSANTO COMPANY<br><br>Defendant | Case No.:  16-md-02741-VC;<br><br>3:16-CV-05813 VC<br><br>**DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED.** |

I, Tesfaye Tsadik, declare as follows:

1. I am counsel for plaintiff in this action.  I submit this declaration in support Plaintiff's request to extend the deadline for the right to request to reinstate the case if the settlement is not consummated

*DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED. - 1*

by July 22, 2021, an additional 120 days from the current deadline which will expire on or about April 22, 2021.

2. This case was resolved and, as a result, the court entered its order of conditional dismissal on or about December 23, 2021. (3:16-cv-05813--Dkt# 25). The order further provided that the case will be dismissed with prejudice within 60 days from the filing of the order if request to reinstate the case is not filed. Plaintiff requested a sixty days continuance to April 22, 2021 to file the request to reinstate, and the court granted. (Id. Dkt#27)

3. Plaintiff now seeks continuance to July 22, 2021, additional 120 days. This is necessary because the medical lien resolution, which is part of plaintiff's settlement agreement, remains unresolved. The resolution of the medical lien is taking longer than expected. It is being handled by the Law Offices of Weitz & Luxenberg, ("Weitz") one of the lead counsels in the multidistrict litigation against Monsanto which is pending before this court (Case No. 16-md-02741). On April 13, 2021 the office advised me that it will take several months to resolve the

*DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED. - 2*

medical lien.  Therefore, the requested extension is necessary to allow resolution this third-party medical lien and consummate the settlement of this case.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 14th day of  April, 2021, at Oakland, California

Dated:  April 14, 2021          /s/Tesfaye W. Tsadik
                                Attorney for plaintiff
                                SIOUM GEBEYEHOU

*DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED. - 3*