Tesfaye W. Tsadik
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone (510) 839-3922
Facsimile (510) 844-2781
E-mail:  ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOUM GEBEYEHOU,<br><br>　　　　Plaintiff,<br><br>vs<br><br>MONSANTO COMPANY<br><br>　　　　Defendant | Case No.:  16-md-02741-VC<br><br>3:16-CV-05813 VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED** |

　　Plaintiff's Request to continue the deadline for the right to reinstate the

*[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED - 1*

case if settlement is not consummated is GRANTED. The deadline which is presently set for April 22, 2021 is hereby extended to July 22, 2021.

**IT IS SO ORDERED.**

Dated:

_____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

*[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED - 2*