# EXHIBIT A

| | |
|---|---|
| **From:** | Levine, Aaron H. <Aaron.Levine@arnoldporter.com> |
| **Sent:** | Thursday, March 4, 2021 3:57 PM |
| **To:** | 'Ken Moll' |
| **Cc:** | Podsiadlo, Kathryn; Rebecca Fredona; du Pont, Julie K.; Hajian, Neda; zzz.External.eric.paine@nelsonmullins.com; zzz.External.ELasker@Hollingsworthllp.com; zzz.External.eross@goldmanismail.com; zzz.External.michael.hogue@nelsonmullins.com; zzz.External.mfujimoto@shb.com; zzz.External.lindley.brenza@bartlitbeck.com; Fatima Abuzerr; Tori Weininger; Madeline Wise |
| **Subject:** | RE: Monsanto's Expert Reports and Disclosure |

Ken, my response was laid out to you in my email below on February 16. The dates we offered were during the window that was available based on the dates of your experts' depositions; your demand for transcripts of our experts two weeks before any expert would be deposed (which we provided); and the deadline of March 10. Since our correspondence more than two weeks ago, you did not accept any of the dates for our experts' depositions.

---

**From:** Ken Moll
**Sent:** Thursday, March 4, 2021 6:46 PM
**To:** Levine, Aaron H.
**Cc:** Podsiadlo, Kathryn ; Rebecca Fredona ; du Pont, Julie K. ; Hajian, Neda ; zzz.External.eric.paine@nelsonmullins.com ; zzz.External.ELasker@Hollingsworthllp.com ; zzz.External.eross@goldmanismail.com ; zzz.External.michael.hogue@nelsonmullins.com ; zzz.External.mfujimoto@shb.com ; zzz.External.lindley.brenza@bartlitbeck.com ; Fatima Abuzerr ; Tori Weininger ; Madeline Wise
**Subject:** Re: Monsanto's Expert Reports and Disclosure

External E-mail

Aaron - we will conclude through your non-responsiveness that you will not be providing us with alternative deposition dates that work for us, especially given that there are only 6 days left to the deadline.

Sincerely yours,

Ken Moll
**President**



molllawgroup.com
T 312.462.1700
F 312.756.0045
A 22 W Washington St, 15th Floor, Chicago, IL 60602 



CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.

On Tue, Feb 16, 2021 at 9:24 PM Ken Moll <kmoll@molllawgroup.com> wrote:

Aaron - we may need to bring this issue up with the Judge. There are many available dates between tomorrow and March 10 you have not provided.

Sincerely yours,

**Ken Moll**

**President**



molllawgroup.com
T 312.462.1700
F 312.756.0045
A 22 W Washington St, 15th Floor, Chicago, IL 60602 📍



CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you. Moll Law Group.

On Feb 16, 2021, at 20:39, Levine, Aaron H. <Aaron.Levine@arnoldporter.com> wrote:

Ken,

Unfortunately this is the result of a tight deadline of March 10 for expert depositions. As we noted, our experts will be responding to your experts and thus have only been given a short window to provide deposition dates in advance of the deadline that are after your experts are deposed. On top of that, you also asked for transcripts of our experts — which we are collecting — two weeks in advance of any depositions. As a result of either or both of these factors, you have left us with only about a one week window or less to provide dates for the 24 depositions you have requested of our experts, many of whom are practicing clinicians with availability that is limited by their responsibilities to their patients.

Please confirm which dates you are accepting. I am happy to discuss further with you, but under the current situation, this is all we can offer.

Thanks,


Aaron


_____
Aaron H. Levine
Counsel

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710

T: +1 212.836.7586

Aaron.Levine@arnoldporter.com | www.arnoldporter.com


Sent from my iPad


On Feb 16, 2021, at 5:53 PM, Ken Moll <kmoll@molllawgroup.com> wrote:

External E-mail

Aaron - the schedule you provided is untenable. You are providing as many as 5 witnesses for 6 depositions on the same day. Please provide several alternative dates and times for these witnesses spread out over more than just 6 days.


Sincerely yours,


**Ken Moll**

**President**

molllawgroup.com

T 312.462.1700

F 312.756.0045

A 22 W Washington St, 15th Floor, Chicago, IL 60602

CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal privil
you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or an
attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to
sender and delete this copy from your system. Thank you. Moll Law Group.

On Tue, Feb 16, 2021 at 3:24 PM Levine, Aaron H. <Aaron.Levine@arnoldporter.com>
wrote:

Ken,

As you acknowledge, our agreement regarding depositions in the MDL is that any
expert previously deposed in the Roundup litigation is subject to a three-hour
deposition. We have honored this agreement for your experts, regardless of whether
or not your firm previously offered the expert for deposition. As such, depositions of
any of our experts who have been previously deposed will be limited to three hours.
With this understanding, we will provide the deposition transcripts for the experts
who have been previously deposed.

We can offer the following dates for depositions, with experts offered for 7 hour
depositions noted below:

- Al-Khatib - 3/8 or 3/10 (Rehak)
- Bello - 3/8 (Karman and Peterson)
- Call - 3/4 at 11am ET (Cervantes, **7 hours**)
- Craig - 3/9 or 3/10 (Cervantes, **7 hours**)
- Creech - 3/4 or 3/5 (Cervantes, **7 hours**)
- Daly - 3/9 at 12pm ET (Peterson, **7 hours**)
- DiTomaso - 3/9 (Pecorelli and Karman)
- Fenske - 3/5 (Pecorelli)
- Hanson - 3/5 (Schafer and Peterson)
- Katchen - 3/9 (Schafer, **7 hours**)
- LeBeau - 3/9 at 9am ET (Karman and Rehak)
- Matasar - 3/5 available from 11am-3pm ET or 3/8 available from 10am-2pm ET (Schafer)
- Phalen - 3/5 at 10am ET (Pecorelli)
- Reshef - 3/8 (Cervantes and Rehak)

4

- Slack - 3/3 all day and 3/4 9am-12:30pm PT (Pecorelli and Schafer, **7 hours** and subsequent 3 hours)
- Weiss - 3/8 (Rehak)
- Woda - 3/7 (Peterson and Karman)

Thanks,

Aaron

_____

Aaron H. Levine
Counsel

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.7586 | F: +1 212.836.6585
Aaron.Levine@arnoldporter.com | www.arnoldporter.com

---

**From:** Ken Moll <kmoll@molllawgroup.com>
**Sent:** Sunday, February 14, 2021 6:14 PM
**To:** Podsiadlo, Kathryn <Kathryn.Podsiadlo@arnoldporter.com>
**Cc:** Cora, Albert <Albert.Cora@arnoldporter.com>; rfredona@molllawgroup.com; zzz.External.bstekloff@wilkinsonstekloff.com <bstekloff@wilkinsonstekloff.com>; zzz.External.rkilaru@wilkinsonstekloff.com <rkilaru@wilkinsonstekloff.com>; du Pont, Julie K. <Julie.duPont@arnoldporter.com>; Levine, Aaron H. <Aaron.Levine@arnoldporter.com>; Kerschner, David <David.Kerschner@arnoldporter.com>; Hajian, Neda <Neda.Hajian@arnoldporter.com>; zzz.External.eric.paine@nelsonmullins.com <eric.paine@nelsonmullins.com>; zzz.External.ELasker@Hollingsworthllp.com <ELasker@Hollingsworthllp.com>; Fatima Abuzerr <fabuzerr@molllawgroup.com>; Tori Weininger <tweininger@molllawgroup.com>; Madeline Wise <mwise@molllawgroup.com>
**Subject:** Re: Monsanto's Expert Reports and Disclosure (Cervantes)

External E-mail

Please provide all prior deposition and trial transcripts in all Roundup litigation cases referenced in your disclosures for each and every witness disclosed above. Please provide these at least two weeks prior to the first scheduled deposition of each

witness. Thank you.

Sincerely yours,

**Ken Moll**

**President**

[molllawgroup.com](molllawgroup.com)

T [312.462.1700](312.462.1700)

F [312.756.0045](312.756.0045)

A [22 W Washington St, 15th Floor, Chicago, IL 60602](22 W Washington St, 15th Floor, Chicago, IL 60602)

CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal priv
you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or a
attachment is prohibited. If you have received this email in error, please notify us immediately by returning it t
sender and delete this copy from your system. Thank you. Moll Law Group.

On Sat, Feb 13, 2021 at 11:38 AM Ken Moll <kmoll@molllawgroup.com> wrote:

I sent the following email this morning to another list:

Counsel:

We are writing to request dates for the depositions of your disclosed case-specific
experts in the following cases:

- *Pecorelli v. Monsanto* (3:16-cv-6936)

- *Schafer v. Monsanto* (3:19-cv-2169)

- *Peterson v. Monsanto* (3:18-cv-7271)

- *Karman v. Monsanto* (3:19-cv-1183)

- *Cervantes v. Monsanto* (3:19-cv-3015)

- *Rehak v. Monsanto* (3:19-cv-1719)

To date in the MDL, you have agreed to an initial deposition of no more than seven
hours in the first case in which an expert has been deposed in the Roundup litigation
(as the federal rules allow), with a limit of three hours per case for subsequent
depositions. Each case-specific expert you disclosed in the cases listed above has not

previously been deposed by our firm in connection with the Roundup litigation. As a result, please provide the following:

- For Dr. Bello, several dates on which she can sit for one 7-hour deposition and one 3-hour deposition (to address her case-specific opinions in the *Karman* and *Peterson* cases);
- For Dr. DiTomaso, several dates across which he can sit for one 7-hour deposition and one 3-hour deposition (to address his case-specific opinions in the *Karman* and *Pecorelli* cases);
- For Dr. LeBeau, several dates across which he can sit for one 7-hour deposition and one 3-hour deposition to address his case-specific opinions in the *Karman* and *Rehak* cases);
- For Dr. Woda, several dates across which he can sit for one 7-hour deposition and one 3-hour deposition (to address his case-specific opinions in the *Karman* and *Peterson* cases);
- For Mr. Call, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Cervantes* case);
- For Dr. Craig, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Cervantes* case);
- For Dr. Creech, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Cervantes* case);
- For Dr. Reshef, several dates across which he can sit for one 7-hour deposition and one 3-hour depositions (to address his case-specific opinions in the *Cervantes* and *Rehak* cases);
- For Mr. Daly, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Peterson* case);
- For Dr. Hanson, several dates across which he can sit for one 7-hour deposition and one 3-hour deposition (to address his case-specific opinions in the *Peterson* and *Schafer* cases);
- For Dr. Al-Khatib, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Rehak* case);
- For Dr. Weiss, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Rehak* case);
- For Dr. Fenske, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Pecorelli* case);
- For Dr. Phalen, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Pecorelli* case);
- For Dr. Slack, several dates across which he can sit for one 7-hour deposition and one 3-hour deposition (to address his case-specific opinions in the *Pecorelli* and *Schafer* cases);
- For Mr. Katchen, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Schafer* case);
- For Dr. Matasar, several dates across which he can sit for one 7-hour deposition (to address his case-specific opinions in the *Schafer* case);

Thank you and we look forward to hearing from you.

Sincerely yours,

Ken Moll

**President**

[molllawgroup.com](molllawgroup.com)

T [312.462.1700](312.462.1700)

F [312.756.0045](312.756.0045)

A [22 W Washington St, 15th Floor, Chicago, IL 60602](22 W Washington St, 15th Floor, Chicago, IL 60602)

CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be protected by legal pri
you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or
attachment is prohibited. If you have received this email in error, please notify us immediately by returning it
sender and delete this copy from your system. Thank you. Moll Law Group.

On Sat, Feb 13, 2021 at 9:32 AM Podsiadlo, Kathryn
<Kathryn.Podsiadlo@arnoldporter.com> wrote:

Hey Ken,

I understand you received the individual emails Al sent. Have a nice weekend!

Kathryn

Sent from my iPad

On Feb 12, 2021, at 8:18 PM, Cora, Albert
<Albert.Cora@arnoldporter.com> wrote:

I've sent all the files to you in individual emails. Do you have those?

On Feb 12, 2021, at 11:06 PM, Ken Moll
<kmoll@molllawgroup.com> wrote:

External E-mail

Unable to access anything on a laptop, also.

Sincerely yours,

Ken Moll

**President**

[molllawgroup.com](molllawgroup.com)

T [312.462.1700](312.462.1700)

F [312.756.0045](312.756.0045)

A [22 W Washington St, 15th Floor, Chicago, IL 60602](22 W Washington St, 15th Floor, Chicago, IL 60602)

CONFIDENTIALITY NOTICE: This email and any attachments are confidential and may be prot
you are not the intended recipient, be aware that any disclosure, copying, distribution, or us
attachment is prohibited. If you have received this email in error, please notify us immediate
sender and delete this copy from your system. Thank you. Moll Law Group.

On Fri, Feb 12, 2021 at 5:55 PM Cora, Albert
<Albert.Cora@arnoldporter.com> wrote:

Counsel,

Shortly you'll receive a link to our secure FTP,
Kiteworks, that contains Monsanto's Expert
Reports and Disclosure in the Cervantes matter. If
you should have any trouble accessing these files,
please let me know.

_____

Albert Cora
Case Manager

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.7436 | F: +1 212.836.8689
Albert.Cora@arnoldporter.com | www.arnoldporter.com

_____

This communication may contain information that
is legally privileged, confidential or exempt from
disclosure. If you are not the intended recipient,
please note that any dissemination, distribution,
or copying of this communication is strictly
prohibited. Anyone who receives this message in
error should notify the sender immediately by
telephone or by return e-mail and delete it from
his or her computer.
_____
__
For more information about Arnold & Porter, click
here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com