| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COVINGTON & BURLING LLP** |
| Brian L. Stekloff (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (bstekloff@wilkinsonstekloff.com) | (mimbroscio@cov.com) |
| Rakesh Kilaru (*pro hac vice*) | One City Center |
| (rkilaru@wilkinsonstekloff.com) | 850 10th St. NW |
| 2001 M St. NW | Washington, DC 20001 |
| 10th Floor | Tel: 202-662-6000 |
| Washington, DC 20036 | |
| Tel:  202-847-4030 | |
| Fax:  202-847-4005 | |
| | |
| **HOLLINGSWORTH LLP** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Eric G. Lasker (*pro hac vice*) | K. Lee Marshall (CA Bar No. 277092) |
| (elasker@hollingsworthllp.com) | (klmarshall@bclplaw.com) |
| 1350 I St. NW | Three Embarcadero Center, 7th Floor |
| Washington, DC 20005 | San Francisco, CA 94111 |
| Tel: 202-898-5843 | Tel: 415-675-3400 |
| Fax: 202-682-1639 | Fax: 415-675-3434 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.,* 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.,* 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169<br>*Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | **SUPPLEMENTAL DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO'S REPLY IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DR. CHRISTOPHER PORTIER UNDER RULE 702 AND REQUEST TO TAKE DISCOVERY DEPOSITION**<br><br>Hearing date: May 28, 2021<br>Time: |

1   I, Michael X. Imbroscio, hereby declare as follows:

2   1.   I am a partner at the law firm of Covington & Burling LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Reply in Support of Motion to Exclude the Testimony of Dr. Christopher Portier Under Rule 702 and Request to Take Discovery Deposition. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.   Annexed hereto as Exhibit 1 is a true and correct copy of the abstract of an article by Dr. Kenny Crump et al. titled *Accounting for Multiple Comparisons in Statistical Analyses of the Extensive Bioassay Data on Glyphosate*, published in Toxicological Sciences on March 19, 2020.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 16th day of April, 2021

/s/ Michael X. Imbroscio

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
Covington & Burling LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-60000

Attorney for Defendant Monsanto Company

- 1 -
SUPPLEMENTAL DECLARATION OF MICHAEL X. IMBROSCIO
3:16-MD-02741-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of April, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                      */s/ Michael X. Imbroscio*