Home   Services   Products   Contact & Forms

# THE VALLEY FERTILIZER & CHEMICAL CO., INC.

PROVIDING AGRICULTURAL SERVICES SINCE 1937



### 540-477-3121

201 Valley Road
Mt. Jackson, VA 22842





The Valley Fertilizer & Chemical Company, Inc., has been serving the local agricultural community since 1937. Originally formed to serve the orchard industry, Valley Fertilizer, has expanded its horizons into other agricultural ventures to better serve the Shenandoah Valley and surrounding areas. Valley Fertilizer offers a variety of products and services, such as, bagged and bulk fertilizers, bagged and bulk ice melt, chemicals, orchard products, various seeds, fertilizer and lime spreading, custom agricultural applications, soil sampling, nutrient management planning, poultry litter ammonia control, and storage facilities. Valley Fertilizer is a licensed pesticide application business in Virginia and West Virginia. Valley Fertilizer is also a seed dealer for Pioneer and NK (Northrup-King) seed products.



This site uses cookies to personalize your experience, analyze site usage, and offer tailored promotions.
www.youronlinechoices.eu
Remind me later
I accept