**VIRGINIA:  IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND**

| | |
|---|---|
| SUE COFFMAN, as Personal ) | |
| Representative of the Estate of Kevin ) | |
| Coffman, Deceased, ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
|      v. ) | Case No. CL20004770-00 |
| ) | |
| MONSANTO COMPANY, *et al.*, ) | |
| ) | JURY TRIAL DEMANDED |
|      Defendants. ) | |
| _____) | |

**DEFENDANT COSTCO WHOLESALE
CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Costco Wholesale Corporation ("Costco"), by and through its counsel, respectfully responds by generally denying all allegations contained in plaintiff's Complaint, except as set forth below.  Costco denies – and objects to – allegations by plaintiff that purport to lump Costco together with other defendants.  Costco responds to this Complaint only on behalf of Costco and not on behalf of any other defendant.  Although many paragraphs in the Complaint allege exposure or use of products by "Plaintiff," Costco nevertheless responds to the allegations in those paragraphs as if they refer to decedent Kevin Coffman. Silence as to any allegations shall constitute a denial.  By filing this answer, Costco preserves – and does not waive – the argument set forth in its Motion to Transfer Change Venue (filed January 11, 2021).

In response to the allegations in the fourth sentence of the section titled "INTRODUCTION," Costco denies that any exposure to Roundup®-branded products can cause non-Hodgkin's lymphoma ("NHL") and other serious illnesses.  Costco denies the remaining allegations in the section titled "INTRODUCTION."

1.      Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 1 and therefore denies those allegations.  In response to the allegations in the second sentence of paragraph 1, Costco admits that plaintiff purports to bring an action for damages allegedly related to exposure to Roundup®-branded products but denies any liability to plaintiff.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in the second sentence of paragraph 1. In response to the remaining allegations in paragraph 1, Costco states that the cited document speaks for itself and does not require a response.

2.      Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 2 and therefore denies those allegations.

3.      Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 3 and therefore denies those allegations.

4.      Costco denies the allegations in paragraph 4.

5.      Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 5 and therefore denies those allegations.

6.      Costco denies that any exposure to Roundup®-branded products can cause NHL and other serious illnesses and therefore denies those allegations in paragraph 6.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 and therefore denies those allegations.

7.      The allegations in paragraph 7 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

8.      The allegations in paragraph 8 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

9.     The allegations in paragraph 9 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

10.     The allegations in paragraph 10 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

11.     The allegations in paragraph 11 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

12.     In response to the allegations in paragraph 12, Costco denies that exposure to Roundup®-branded products caused decedent's death.  The remaining allegations in paragraph 12 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

13.     Costco admits the allegations in the first sentence of paragraph 13.  In response to the allegations in the last sentence of paragraph 13, Costco admits that it has stores in the Commonwealth of Virginia that sell a variety of products, including Roundup®-branded products.

14.     In response to the allegations in paragraph 14, Costco admits that it has sold Roundup®-branded products.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 14 and therefore denies those allegations.

15.     The allegations in paragraph 15 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

16.     The allegations in paragraph 16 set forth conclusions of law for which no response is required.

17.     In response to the allegations in paragraph 17, Costco denies that it has caused tortious injury to plaintiff and/or decedent.  The remaining allegations in paragraph 17 set forth conclusions of law for which no response is required.

18.     The allegations in paragraph 18 set forth conclusions of law for which no response is required.

19.     The allegations in paragraph 19 set forth conclusions of law for which no response is required.

20.     The allegations in the first sentence of paragraph 20 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.  Costco admits the allegations in the second sentence of paragraph 20.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 20 and therefore denies those allegations.

21.     The allegations in paragraph 21 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.  To the extent that a response is deemed required, Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 21 and therefore denies those allegations.

22.      Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 22 and therefore denies those allegations.

23.     In response to the allegations in paragraph 23 Costco states that the referenced document speaks for itself and does not require a response.  To the extent that a response is deemed required, Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 23 and therefore denies those allegations.

24.      In response to the allegations in paragraph 24, Costco states that the referenced document speaks for itself and does not require a response.  To the extent that a response is deemed required, Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 24 and therefore denies those allegations.

25.      In response to the allegations in paragraph 25, Costco denies that glyphosate is a carcinogen.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 25 and therefore denies those allegations.

26.      Costco denies the allegations in paragraph 26.

27.      The allegations in paragraph 27 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

28.      Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 28 and therefore denies those allegations.

29.      Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 29 and therefore denies those allegations.

30.      The allegations in the second, third, sixth, seventh, eighth, and last sentences of paragraph 30 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.  To the extent that those allegations may be deemed to be directed at Costco, Costco denies those allegations.  Costco denies the remaining allegations in paragraph 30.

31.      The allegations in paragraph 31 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

32.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 32 and therefore denies those allegations. Costco denies the allegations in the last sentence of paragraph 32.

33.     The allegations in paragraph 33 set forth conclusions of law for which no response is required.

34.     The allegations in paragraph 34 set forth conclusions of law for which no response is required.

35.     The allegations in paragraph 35 set forth conclusions of law for which no response is required.

36.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 36 and therefore denies those allegations.

37.     The allegations in the first sentence of paragraph 37 are directed at a defendant other than Costco, so no response Costco is required for these allegations.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 37 and therefore denies those allegations.

38.     The allegations in paragraph 38 set forth conclusions of law for which no response is required.  To the extent that a response is deemed required, Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 38 and therefore denies those allegations.

39.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 39 and therefore denies those allegations.

40.     Certain allegations in paragraph 40 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.  Costco lacks information or

knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 40 and therefore denies those allegations.

41.     The allegations in paragraph 41 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

42.     The allegations in paragraph 42 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

43.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 43 and therefore denies those allegations.

44.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 44 and therefore denies those allegations.

45.     The allegations in the first sentence of paragraph 45 are directed at a defendant other than Costco, so no response Costco is required for these allegations.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the second sentence of paragraph 45 and therefore denies those allegations.

46.     The allegations in paragraph 46 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

47.     The allegations in paragraph 47 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

48.     The allegations in paragraph 48 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

49.     The allegations in the first and second sentences of paragraph 49 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 49 and accordingly denies those allegations.

50.     The allegations in paragraph 50 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

51.     The allegations in paragraph 51 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

52.     The allegations in paragraph 52 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

53.     The allegations in paragraph 53 are directed at a defendant other than Costco, so no response from Costco is required for these allegations.

54.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 54 and therefore denies those allegations.

55.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 55 and therefore denies those allegations.

56.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 56 and therefore denies those allegations.

57.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 57 and therefore denies those allegations.

58.     In response to the allegations in paragraph 58, Costco denies that glyphosate is a carcinogen.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 58 and therefore denies those allegations.

59.     In response to the allegations in the first sentence of paragraph 59, Costco states that the document speaks for itself and does not require a response.  Costco lacks information or

knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 59 and therefore denies those allegations.

60.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 60 and therefore denies those allegations.

61.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 61 and therefore denies those allegations.

62.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 62 and therefore denies those allegations.

63.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 63 and therefore denies those allegations.

64.     In response to the allegations in paragraph 64, Costco denies that glyphosate increases the risk of NHL.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 64 and therefore denies those allegations.

65.     In response to the allegations in paragraph 65, Costco states that the document speaks for itself and does not require a response.  To the extent that a response is deemed required, the allegations in paragraph 65 comprise attorney characterizations and are accordingly denied.

66.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 66 and therefore denies those allegations.

67.     In response to the allegations in paragraph 67, Costco states that the document speaks for itself and does not require a response.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 67 and therefore denies those allegations.

68.     In response to the allegations in paragraph 68, Costco states that the document speaks for itself and does not require a response.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 68 and therefore denies those allegations.

69.     In response to the allegations in paragraph 69, Costco states that the document speaks for itself and does not require a response.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 69 and therefore denies those allegations.

70.     In response to the allegations in paragraph 70, Costco states that the document speaks for itself and does not require a response.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 70 and therefore denies those allegations.

71.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 71 and therefore denies those allegations.

72.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 72 and therefore denies those allegations.

73.     Costco denies the allegations in paragraph 73.

74.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 74 and therefore denies those allegations.

75.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 75 and therefore denies those allegations.

76.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 76 and therefore denies those allegations.

77.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 77 and therefore denies those allegations.

78.     In response to the allegations in the first sentence of paragraph 78, Costco states that the terms "at all times" and "these studies" are vague and ambiguous, and therefore Costco denies the allegations in the first sentence of paragraph 78.  Costco denies the remaining allegations in paragraph 78.

79.     Costco denies the allegations in paragraph 79.

80.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 80 and therefore denies those allegations.

81.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 81 and therefore denies those allegations.

82.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 82 and therefore denies those allegations.

83.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 83 and therefore denies those allegations.

84.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 84 and therefore denies those allegations.

85.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 85 and therefore denies those allegations.

86.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 86 and therefore denies those allegations.

87.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 87 and therefore denies those allegations.

88.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 88 and therefore denies those allegations.

89.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 89 and therefore denies those allegations.

90.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 90 and therefore denies those allegations.

91.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 91 and therefore denies those allegations.

92.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 92 and therefore denies those allegations.

93.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 93 and therefore denies those allegations.

94.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 94 and therefore denies those allegations.

95.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 95 and therefore denies those allegations.

96.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 96 and therefore denies those allegations.

97.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 97 and therefore denies those allegations.

98.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 98 and therefore denies those allegations.

99.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 99 and therefore denies those allegations.

100.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 100 and therefore denies those allegations.

101.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 101 and therefore denies those allegations.

102.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 102 and therefore denies those allegations.

103.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 103 and therefore denies those allegations.

104.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 104 and therefore denies those allegations.

105.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 105 and therefore denies those allegations.

106.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 106 and therefore denies those allegations.

107.    Costco incorporates by reference its responses to paragraphs 1 through 106 in response to paragraph 107 of plaintiff's Complaint.

108.    In response to the allegations in paragraph 108, Costco denies that exposure to Roundup®-branded products and glyphosate causes cancer or other serious illnesses.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in the first and second sentences of paragraph 108 and therefore denies those

allegations.  The remaining allegations in paragraph 108 set forth conclusions of law for which no response is required.

109.    In response to the allegations in paragraph 109, Costco denies that exposure to Roundup®-branded products or glyphosate causes cancer or other serious illnesses.  The remaining allegations in paragraph 109 set forth conclusions of law for which no response is required or consist of attorney characterizations and are accordingly denied.

110.    In response to the allegations in paragraph 110, Costco denies that exposure to Roundup®-branded products and glyphosate causes cancer or other serious illnesses.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 110 and therefore denies those allegations.

111.    Costco denies the allegations in paragraph 111.

112.    Costco denies that exposure to Roundup®-branded products and glyphosate exposed decedent to risk of decedent's alleged cancer and denies the remaining allegations in paragraph 112.

113.    In response to the allegations in paragraph 113, Costco denies that it concealed "the truth regarding the safety of" Roundup®-branded products.  To the extent that the allegations in paragraph 113 relate to defendants other than Costco, these allegations do not require a response from Costco.  The remaining allegations in paragraph 113 set forth conclusions of law for which no response is required or consist of attorney characterizations and are accordingly denied.  To the extent that a response is deemed required, Costco denies all of plaintiff's allegations in paragraph 113.

114.    In response to the allegations in paragraph 114, Costco denies that exposure to Roundup®-branded products and glyphosate causes cancer.  To the extent that the allegations in

paragraph 114 relate to defendants other than Costco, these allegations do not require a response

from Costco.  To the extent that a response is deemed required, Costco denies all of plaintiff's

allegations in paragraph 114.

115.    The allegations in paragraph 115 set forth conclusions of law for which no

response is required.  To the extent that a response is deemed required, Costco denies the

allegations in paragraph 115.

116.    The allegations in paragraph 116 are directed at a defendant other than Costco, so

no response from Costco is required for these allegations.

117.    In response to the allegations in paragraph 117, Costco denies that exposure to

Roundup®-branded products and glyphosate causes cancer or other serious illnesses.  The

remaining allegations in paragraph 117 are directed at a defendant other than Costco, so no

response from Costco is required for these allegations.

118.    The allegations in paragraph 118 are directed at a defendant other than Costco, so

no response from Costco is required for these allegations.

119.    Costco incorporates by reference its responses to paragraphs 1 through 118 in

response to paragraph 119 of plaintiff's Complaint.

120.    In response to the allegations in paragraph 120, Costco admits that plaintiff brings

a claim for wrongful death but denies any liability to plaintiff.

121.    In response to the allegations in paragraph 121, Costco admits that plaintiff

purports to bring a claim for strict liability, but denies any liability to plaintiff.

122.    Costco denies the allegations in paragraph 122.

123.    In response to the allegations in paragraph 123, Costco lacks information or

knowledge sufficient to form a belief as to the truth of the allegation that decedent used

Roundup®-branded products and therefore denies that allegation.  Costco denies the remaining allegations in paragraph 123.

124.    In response to the allegations in paragraph 124, Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations that decedent used or was exposed to Roundup®-branded products and therefore denies those allegations.  Costco denies the remaining allegations in paragraph 124.

125.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 125 and therefore denies those allegations.

126.    Costco denies the allegations in paragraph 126.

127.    Costco denies the allegations in paragraph 127.

128.    Costco denies the allegations in paragraph 128.

129.    Costco denies the allegations in paragraph 129 and each of its subparts.

130.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 130 regarding decedent's claimed use of or exposure to Roundup®-branded products and therefore denies those allegations.  Costco denies the remaining allegations in paragraph 130.

131.    Costco denies the allegations in paragraph 131.

132.    Costco denies the allegations in paragraph 132.

133.    Costco denies the allegations in paragraph 133.

134.    Costco denies the allegations in paragraph 134.

135.    Costco denies the allegations in paragraph 135.

136.    Costco denies the allegations in paragraph 136.

137.    Costco denies the allegations in paragraph 137.

138.     Costco denies the allegations in paragraph 138.

139.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 139 and therefore denies those allegations.

140.     Costco denies the allegations in paragraph 140.

141.     Costco denies the allegations in paragraph 141.

142.     In response to the allegations in paragraph 142, Costco demands that judgment be entered in its favor and against plaintiff and that plaintiff's Complaint be dismissed, with prejudice, and that Costco be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

143.     Costco incorporates by reference its responses to paragraphs 1 through 142 in response to paragraph 143 of plaintiff's Complaint.

144.     In response to the allegations in paragraph 144, Costco admits that plaintiff brings a claim for wrongful death but denies any liability to plaintiff.

145.     In response to the allegations in paragraph 145, Costco admits that plaintiff purports to bring a claim for strict liability but denies any liability to plaintiff.

146.     Costco denies the allegations in paragraph 146.

147.     In response to the allegations in paragraph 147, Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations that decedent or other persons or entities purchased Roundup®-branded products and therefore denies those allegations. The allegations in paragraph 147 also set forth conclusions of law for which no response is required.  Costco denies the remaining allegations in paragraph 147.

148.    The allegations in paragraph 148 set forth conclusions of law for which no response is required.  To the extent a response is deemed required, Costco denies the allegations in paragraph 148.

149.    Costco denies the allegations in paragraph 149.

150.    Costco denies the allegations in paragraph 150.

151.    Costco denies the allegations in paragraph 151.

152.    Costco denies the allegations in paragraph 152.

153.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 153 and therefore denies those allegations.

154.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 154 regarding decedent's claimed use of and/or exposure to Roundup®-branded products and therefore denies those allegations.  Costco denies the remaining allegations in paragraph 154, including that Roundup®-branded products have "dangerous characteristics."

155.    In response to the allegations in paragraph 155, Costco denies that Roundup®-branded products are associated with risks of NHL or other serious illness or that Roundup®-branded products have "defects."  Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the second sentence of paragraph 155 and therefore denies those allegations.  Costco denies the remaining allegations in paragraph 155.

156.    Costco denies the allegations in paragraph 156.

157.    Costco denies the allegations in paragraph 157.

158.    Costco denies the allegations in paragraph 158.

159.    Costco denies the allegations in paragraph 159.

160.    Costco denies the allegations in paragraph 160.

161.    Costco denies the allegations in paragraph 161.

162.    Costco denies the allegations in paragraph 162.

163.    Costco denies the allegations in paragraph 163.

164.    Costco denies the allegations in paragraph 164.

165.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 165 and therefore denies those allegations.

166.    Costco denies the allegations in paragraph 166.

167.    Costco denies the allegations in paragraph 167.

168.    In response to the allegations in paragraph 168, Costco demands that judgment be entered in its favor and against plaintiff and that plaintiff's Complaint be dismissed, with prejudice, and that Costco be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

169.    Costco incorporates by reference its responses to paragraphs 1 through 168 in response to paragraph 169 of plaintiff's Complaint.

170.    In response to the allegations in paragraph 170, Costco admits that plaintiff brings a claim for wrongful death but denies any liability to plaintiff.

171.    Costco denies the allegations in paragraph 171.

172.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 172 and therefore denies those allegations.

173.    The allegations in paragraph 173 set forth conclusions of law for which no response is required.

174.    The allegations in paragraph 174 set forth conclusions of law for which no response is required.

175.    Costco denies the allegations in paragraph 175.

176.    Costco denies the allegations in paragraph 176.

177.    Costco denies the allegations in paragraph 177.

178.    Costco denies the allegations in paragraph 178.

179.    Costco denies the allegations in paragraph 179.

180.    Costco denies the allegations in paragraph 180.

181.    Costco denies the allegations in paragraph 181.

182.    Costco denies the allegations in paragraph 182.

183.    Costco denies the allegations in paragraph 183, including each of its subparts.

184.    Costco denies the allegations in paragraph 184.

185.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 185 regarding plaintiff's and/or decedent's knowledge and therefore denies those allegations.  Costco denies the remaining allegations in paragraph 185, including that intended use of and/or exposure to Roundup®-branded products causes any injuries.

186.    Costco denies the allegations in paragraph 186.

187.    Costco denies the allegations in paragraph 187.

188.    Costco denies the allegations in paragraph 188.

189.    Costco denies the allegations in paragraph 189.

190.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 190 and therefore denies those allegations.

191.    Costco denies the allegations in paragraph 191.

192.    Costco denies the allegations in paragraph 192.

193.    In response to the allegations in paragraph 193, Costco demands that judgment be entered in its favor and against plaintiff and that plaintiff's Complaint be dismissed, with prejudice, and that Costco be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

194.    Costco incorporates by references its responses to paragraphs 1 through 193 in response to paragraph 194 of plaintiff's Complaint.

195.    In response to the allegations in paragraph 195, Costco admits that plaintiff brings a claim for wrongful death but denies any liability to plaintiff.

196.    Costco denies the allegations in paragraph 196.

197.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 197 regarding decedent's claimed use of Roundup®-branded products and therefore denies those allegations. The remaining allegations in paragraph 197 set forth conclusions of law for which no response is required.

198.    Costco denies the allegations in paragraph 198.

199.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 199 regarding plaintiff's and/or decedent's reliance and therefore denies those allegations.  The remaining allegations in paragraph 199 set forth conclusions of law for which no response is required.

200.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 200 and therefore denies those allegations.

201.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 201 regarding the claimed use of Roundup®-branded products by decedent and others and therefore denies those allegations.  The remaining allegations in paragraph 201 set forth conclusions of law for which no response is required.

202.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 202 regarding decedent's claimed use of or exposure to Roundup®-branded products and therefore denies those allegations.  The allegation in paragraph 202 regarding Costco's implied warranty sets forth conclusions of law for which no response is required.  Costco denies the remaining allegations in paragraph 202.

203.     Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 203 regarding decedent's claimed use of Roundup®-branded products or decedent's claimed reliance and therefore denies those allegations.  The allegation in paragraph 203 regarding Costco's implied warranty sets forth conclusions of law for which no response is required.

204.     In response to the allegations in paragraph 204, Costco denies that there is any risk of serious injury associated with the as-directed use of and/or exposure to Roundup®-branded products and/or glyphosate.  Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 204 regarding decedent's and/or decedent's employers' knowledge about Roundup®-branded products and therefore denies the remaining allegations in paragraph 204.

205.     Costco denies the allegations in paragraph 205.

206.     Costco denies the allegations in paragraph 206.

207.     Costco denies the allegations in paragraph 207.

208.    Costco lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 208 and therefore denies those allegations.

209.    Costco denies the allegations in paragraph 209.

210.    Costco denies the allegations in paragraph 210.

211.    In response to the allegations in paragraph 211, Costco demands that judgment be entered in its favor and against plaintiff and that plaintiff's Complaint be dismissed, with prejudice, and that Costco be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

212.    Costco incorporates by references its responses to paragraphs 1 through 211 in response to paragraph 212 of plaintiff's Complaint.

213.    In response to the allegations in paragraph 213, Costco admits that plaintiff brings a claim for wrongful death but denies any liability to plaintiff.

214.    Costco denies the allegations in paragraph 214, including each of its subparts.

215.    Costco denies the allegations in paragraph 215.

216.    Costco denies the allegations in paragraph 216.

217.    Costco denies the allegations in paragraph 217.

218.    In response to the allegations in paragraph 218, Costco demands that judgment be entered in its favor and against plaintiff and that plaintiff's Complaint be dismissed, with prejudice, and that Costco be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

Every allegation in the Complaint that is not specifically and expressly admitted in this Answer is hereby specifically and expressly denied.

## SEPARATE AND AFFIRMATIVE DEFENSES

1.      The Complaint, in whole or part, fails to state a claim or cause of action against Costco upon which relief can be granted.

2.      Plaintiff's claims are misjoined and should be severed.

3.      Plaintiff's claims against Costco are barred because plaintiff cannot proffer any scientifically reliable evidence that the products at issue were defective or unreasonably dangerous.

4.      Any alleged negligent or culpable conduct of Costco, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of decedent's alleged injuries.

5.      Plaintiff's claims against Costco are barred, in whole or in part, because the products at issue were designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

6.      Plaintiff's claims against Costco are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government safety standards.

7.      Plaintiff's claims against Costco are preempted, in whole or in part, by applicable federal law relating to the design, testing, producing, manufacturing, labeling, distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-containing products.

8.      Plaintiff's claims against Costco are preempted, in whole or in part, because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of U.S. EPA-approved product labeling.

9.      Plaintiff's claims against Costco are barred, in whole or in part, by the doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S. EPA.

10.     Plaintiff's claims against Costco are barred, in whole or in part, because decedent's injuries, if any, were the result of conduct of decedent, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events, and/or independent, intervening and superseding causes of the alleged injuries, including but not limited to decedent's pre-existing medical conditions.

11.     The doctrines contained in Restatement (Second) of Torts § 402A, comments j and k, bar plaintiff's claims against Costco in whole or in part.

12.     Applicable statutes of limitations and/or repose bar plaintiff's claims in whole or in part.

13.     Decedent's misuse or abnormal use of the product or failure to follow instructions bar plaintiff's claims in whole or in part.

14.     If plaintiff or decedent suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from: (a) acts or omissions of persons or entities for which Costco is neither liable nor responsible or, in the alternative, Costco is entitled to an assessment of the relative degree of fault of all such persons and entities; or (b) resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by Costco.  Such acts or omissions on the part of others or diseases or causes constitute an

independent, intervening and sole proximate cause of plaintiff's or decedent's alleged injuries or damages.

15.     Costco has no current or former legal relationship or privity with plaintiff and/or decedent and owed no duty to them by which liability could be attributed to it.

16.     Costco made no warranties of any kind or any representations of any nature whatsoever to plaintiff and/or decedent.  If any such warranties were made, which Costco specifically denies, then plaintiff and/or decedent failed to give notice of any breach thereof.

17.     Plaintiff's claims against Costco are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

18.     Plaintiff's claims against Costco for punitive damages are barred because such an award would violate Costco's due process, equal protection and other rights under the United States Constitution, the Virginia Constitution, and/or other applicable state constitutions.

19.     Plaintiff's claims against Costco for punitive damages are barred because plaintiff has failed to allege conduct warranting imposition of such damages under Virginia law and/or other applicable state laws.

20.     Plaintiff's claims against Costco for punitive damages are barred and/or limited by operation of state and/or federal law, including Va. Code Ann. § 801-38.1.

21.     Plaintiff's claims against Costco are barred in whole or in part by decedent's own contributory/comparative negligence.

22.     Plaintiff's claims against Costco are barred in whole or in part by plaintiff's and/or decedent's own failure to mitigate damages.

23.     Plaintiff's claims against Costco are barred in whole or in part by the sophisticated user doctrine.

24.     To the extent that plaintiff and/or decedent recovered payments for decedent's alleged injuries from any collateral source(s) or other source(s), plaintiff's recovery in this lawsuit, if any, shall be reduced to the extent allowed by applicable law.

25.     If decedent has been injured or damaged, no injuries or damages being admitted, such injuries or damages were not caused by a Costco product.

26.     Plaintiff's claims against Costco are barred or limited to the extent that plaintiff asserts claims that are governed by the laws of a state that does not recognize, or limits, such claims.

27.     Plaintiff's claims against Costco are barred to the extent that plaintiff seeks relief under the laws of states that do not govern plaintiff's claims.

28.     This venue is inconvenient, and this lawsuit should be transferred to a more convenient venue (Rockingham County).

29.     Plaintiff's strict liability claims are barred because Virginia does not recognize a cause of action for strict liability in tort.

30.     Costco hereby gives notice that it intends to rely upon such other defenses as may become available or apparent during the course of discovery and thus reserves its right to amend this Answer to assert such defenses.

**WHEREFORE**, Defendant Costco demands judgment in its favor and against plaintiff, dismissing plaintiff's Complaint with prejudice, together with the costs of suit and such other relief as the Court deems equitable and just.

## <u>JURY TRIAL DEMAND</u>

Costco demands a jury trial on all issues so triable.

DATED:  February 1, 2021                Respectfully submitted,


                                        */s/ Tamara Barago*
                                        Tamara Barago (Virginia Bar No. 80361)
                                        HOLLINGSWORTH LLP
                                        1350 I Street, N.W.
                                        Washington, DC 20005
                                        Telephone:  (202) 898-5800
                                        Fax: (202) 682-1639
                                        tbarago@hollingsworthllp.com

                                        Attorney for Defendant Costco Wholesale
                                        Corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of February, 2021, I electronically filed the foregoing Answer with the Clerk of the Court using the VJEFS system and sent a copy via electronic mail to the following:

Ryan C. Posey
Posey Lebowitz PLLC
3221 M Street, NW
Washington, DC 20007
Email: rposey@poseylebowitz.com

Counsel for Plaintiff

W. Barry Montgomery
KPM Law
901 Moorefield Park Drive, Suite 200
Richmond, VA 23236
Email: Barry. Montgomery@kpmlaw.com

Counsel for Defendant The Valley Fertilizer and Chemical Company, Inc.

*/s/ Tamara Barago*
Tamara Barago