## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

*In Re: Roundup Products Liability Litigation*

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Coffman v. Monsanto Co., et al.*
Case No.: 3:21-cv-02505-VC

---

SUE COFFMAN, as Personal Representative
of the ESTATE OF KEVIN COFFMAN,
Deceased,

            Plaintiff,

v.

MONSANTO COMPANY, THE VALLEY
FERTILIZER AND CHEMICAL COMPANY,
and COSTCO WHOLESALE
CORPORATION,

            Defendants.

Case No.: 3:21-cv-02505-VC

## **ORDER**

UPON CONSIDERATION OF *Plaintiff Sue Coffman's Motion to Remand* and any opposition, Plaintiff's motion is

    **GRANTED**.  And it is

    **FURTHER ORDERED** that counsel for Plaintiff may submit a petition for fees within ten days of the date of this Order.

_____
Hon. Vince Chhabria