UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-cv-02741-VC |
| This document relates to: | **UNOPPOSED PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |
| *Banks, et al v. Monsanto Company* Case No. 3:20-cv-02972-VC | |

COME NOW LULA BANKS, Plaintiff herein, by and through her undersigned attorneys, moving for leave to amend Complaint, and in support thereof say:

1.      Plaintiffs filed their original Complaint in the United States District Court for the Southern District of Texas on March 10, 2020. The Conditional Transfer Order (CTO-204) transferring Plaintiff's lawsuit to this Court was finalized on April 24, 2020. Plaintiffs' lawsuit was then transferred to this Court on April 30, 2020.

2.      In their Complaint, Plaintiffs named Decedent's surviving wife as well as two surviving children and one surviving grandchild. However, Plaintiffs misnamed one of the surviving children as Dabecca Smith and the surviving grandchild as Cynthia Jean Pierre. The correct names of these parties are Tarshia Banks and Devonte Banks. Plaintiffs move for leave to correct the names of these parties. Plaintiffs attach a copy of their proposed amended complaint. *Exhibit A.*

3.      Rule 15(a) is very liberal and leave to amend shall be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Akshar Global Invs. Corp. v. City of Los Angeles,* 817 Fed. Appx. 301, 306 (9ᵗʰ Cir. 2020); *Ikeda v. Baidu,* 2021 U.S. Dist. LEXIS 67829, at *19 (N.D.Cal. 2021). Plaintiffs are permitted to correct a formal defect such as misnomer or misidentification of a party. *Doran v. Vallejo Quality Inn,* 2004 U.S.Dist. LEXIS 29195, at *9 (E.D.Cal. 2004). Misnomer occurs when the plaintiff misnames either himself or the correct defendant. *La Joya Indep. Sch. Dist. v. Vasquez*, 2020 Tex.App. Lexis 6890, at *3 (Tex.App. - - Corpus Christi 2020, no pet.). Therefore, Plaintiffs should be permitted to amend their Complaint to correct the names of these parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs move to amend their Complaint to correct the names of the parties; and for such other and further relief to which Plaintiffs show themselves justly entitled to receive.

1

2          _/s/Randal Kauffman-_____
            Charles R. Houssiere, III
3          Attorney in Charge
            choussiere@HDHtex.com
4          Randal A. Kauffman
            rkauffman@HDHtex.com
5          Houssiere, Durant & Houssiere, LLP
            1990 Post Oak Blvd., Suite 800
6          Houston, Texas 77056
            Telephone: (713)626-3700
7          Facsimile: (713)626-3709

8          *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs' Unopposed Motion for Leave to Amend Complaint
Case No. 3:20-cv-02972-VC

**PROOF OF SERVICE**

I am employed in the County of Harris, State of Texas.  I am over the age of 18 and not a party to the within action.  My business address is 1990 Post Oak Blvd., Suite 800, Houston, Texas 77056.

On April 14, 2021 I served on the interested parties in said action the within:

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

[x]  (EMAIL) I caused such document(s) to be served via electronic mail on the interested parties at their email addresses listed on the attached service list on this date from email address rkauffman@HDHtex.com. There was no error, "bounce-back" or notification of inability to deliver the email to the intended recipient.

[ ]  (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed on the attached service list on this date from fax machine telephone number                      . The facsimile numbers used complied with California Rules of Court rule 2.300 et seq. and 2.306 and no error was reported by the machine.  Pursuant to California Rules of Court rule 2.306, I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

[ ]  (MAIL) By placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]  (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

[ ]  (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed on April 14, 2021 at Houston, TX.

_Randal Kauffman_

_____

Randal A. Kauffman

- 3 -

1

## <u>SERVICE LIST</u>

2

*Banks, et al v. Monsanto Company*
Case No. 3:20-cv-02972-VC

3

4

Alicia Donohue
Shook, Hardy & Bacon
555 Mission Street Suite 2300
San Francisco, CA 94105
adonohue@shb.com

5

6

7

*Attorney for Defendant,*
*MONSANTO COMPANY*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -