|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. MDL No. 3:16-cv-02741-VC |
| This document relates to:<br>*Banks, et al v. Monsanto Company*<br>Case No. 3:20-cv-02972-VC | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT** |

ON THIS DAY the Court considered Plaintiffs' Unopposed Motion for Leave to Amend Complaint. After considering said Motion, and any Response thereto, the Court is of the opinion that said Motion is well-taken, should be, and is, in all things, GRANTED. The Court therefore,

ORDERS the clerk of the Court to file the First Amended Complaint attached as Exhibit A to Plaintiffs' Unopposed Motion for Leave to Amend Complaint in the individual file for this case.

**IT IS SO ORDERED**

Dated: _____

_____
VINCE CHHABRIA
United States District Judge