UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br><br>Case No. 3:19-cv-02224 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING ADMINSTRATIVE MOTION TO POSTPONE HEARING DATE, PERMIT SUR-REPLY, STRIKE DECLARATIONS, AND FOR OTHER RELIEF BY OBJECTING CLASS MEMBERS |

Came on for consideration the Administrative Motion to Postpone Hearing Date, Permit Sur-Reply, Strike, and for Other Relief by Objecting Class Members upon consideration of same, any response thereto, the applicable law and relevant record, the Court finds the motion to be meritorious and GRANTS it in all respects. Therefore,

IT IS ORDERED THAT putative class counsel file their new proposed notice to the class and their revised Legal Services Program plan by _____.

IT IS ORDERED THAT the following Declarations are stricken from the record on the grounds stated in the Objectors' motion:

- Declaration of John C. Coffee, Jr. [Doc 12911-3];
- Declaration of Arthur R. Miller [Doc. 12911-4];
- Declaration of Andrew D. Bradt [Doc. 12911-5];
- Declaration of Scott Dodson [Doc. 12911-6];
- Declaration of Aaron Sheller [Doc 12911-10]; and
- Declaration of Kabe Cain [Doc. 12911-11].

IT IS ORDERED THAT putative class counsel may not file any additional amendments to the settlement agreement without leave of the Court.

IT IS ORDERED THAT any objector and/or *amici* may file a sur-reply to the amended settlement agreement and reply brief, not to exceed 50 pages, within twenty-one days of the putative class counsel's filing of the amended notice and revised Legal Services Program plan.

IT IS FURTHER ORDERD THAT this Court will reserve any judgment on preliminary class certification until the Untied States Supreme Court has issued its opinion on the pending *TransUnion, LLC v. Ramiraz*, 141 S.Ct. 972 (2020) case. The currently scheduled motion hearing set for May 12, 2021 will be rescheduled to a date after such an opinion has been issued.

DATED: _____, 2021

                                      HON. VINCE CHHABRIA
                                      UNITED STATES DISTRICT JUDGE