Gerson H. Smoger
**SMOGER & ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
Telephone: (510) 531-4529
Facsimile: (510) 531-4377
gerson@texasinjurylaw.com

Steven M. Bronson, Esq. (SBN 246751)
**THE BRONSON FIRM APC**
7777 Fay Avenue, Suite 202La Jolla, CA 92037
Telephone: 619-374-4130
Facsimile: 619-568-3365
sbronson@thebronsonfirm.com

*Counsel for Objector Melinda Sloviter*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITYLITIGATION<br><br>This document relates to:<br><br>Ramirez, et al. v. Monsanto Co.Case No. 3:19-cv-02224 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**NOTICE OF MOTION AND MOTION TO REQUIRE JEREMY J. WIECK TO PRODUCE THE COMPLETE CASE MANAGEMENT DATA BASE AND EXCEL SPREAD SHEETS WHICH HE CONSIDERED FOR HIS TESTIMONY OR, IN THE ALTERNATIVE, TO STRIKE HIS DECLARATION**<br><br>Re: Dkt. No. 12531<br><br>Date: May 12, 2021<br>Time: 10:00 AM<br>Place: Courtroom 4, 17th Flr (Videoconference)<br>Judge: Honorable Vince Chhabria |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 12, 2021, at 10:00 am or as soon thereafter as it may be heard, in Courtroom 4, 17th Floor (Videoconference), before the Honorable Judge Vince Chhabria, Objector Melinda Sloviter will hereby move Class Proponents to produce the complete case management database from which Mr. Wieck derives his testimony, along with the two Excel spreadsheets he generated and any other material he considered. In the alternative, Objector Sloviter moves to strike his declaration. This motion is based on the accompanying Memorandum and all pleadings and papers which are of record and are on file in this case.

## MOTION

Class Counsel have attached to their Reply in Support of Motion for Preliminary Approval of Proposed Class Settlement the Declaration of Jeremy J. Wieck, an attorney who is of counsel at the law firm of Shook, Hardy & Bacon, L.L.P. and who represents Defendant Monsanto.

In his declaration, Mr. Wieck states that he has compiled information on a database from Monsanto lawsuits. He then claims to have extracted information from that database, selecting the parameters of extraction. On the basis of his self-selected extractions, he then offers his opinions. Neither the database itself nor the excel spreadsheets he has chosen to extract from that database have been produced to Objector Sloviter.

This court should order the production of the "case management database" Mr. Wieck relied on, as well as the extracted excel spreadsheets and any other information considered by Mr. Weick in coming to his opinions. *See, e.g.*, Fed. R. Civ. P. 26(a)(2)(B)(ii) (stating that an expert's

2

Objector Sloviter's Mot. to Require Jeremy Wieck to Produce Case Mgmt. Database
Case No. 16-md-02741-VC

written report must contain "the facts or data *considered* by the witness in forming" all opinions the witness will express. (Emphasis added). The committee notes to the rule state in relevant part:

> The refocus of disclosure on "facts or data" is meant to limit disclosure to material of a factual nature by excluding theories or mental impressions of counsel. At the same time, the intention is that "facts or data" be interpreted broadly to require disclosure of any material considered by the expert, from whatever source, that contains factual ingredients. *The disclosure obligation extends to any facts or data "considered" by the expert in forming the opinions to be expressed, not only those relied upon by the expert* (emphasis added).

Fed. R. Civ. P. 26(a)(2)(B) advisory committee note 2010 am (emphasis added).

Given that Mr. Wieck, a lawyer, relied on this "case management database" to come to his opinions, there can be little question that it must be produced. *See Republic of Ecuador v. Mackay,* 742 F.3d 860, 871 (9th Cir. 2014). Absent this, Objector Sloviter is only being provided with the unverifiable *ipse dixit* of Declarant Wieck. It is impossible to check, confirm, or challenge the conclusions he makes.

Failing to produce this material, his declaration should be stricken and all references to it removed from class proponents' briefing.

Dated: April 19, 2021

/s/ *Gerson H. Smoger*
Gerson H. Smoger
**SMOGER &ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
(510) 531-4529
(510) 531-4377 (facsimile)
gerson@texasinjurylaw.com

Steven M. Bronson, Esq. (SBN 246751)
**THE BRONSON FIRM APC**
7777 Fay Avenue, Suite 202
La Jolla, CA 92037
Telephone: 619-374-4130
Facsimile: 619-568-3365
sbronson@thebronsonfirm.com

*Counsel for Objector Melinda Sloviter*

3

Objector Sloviter's Mot. to Require Jeremy Wieck to Produce Case Mgmt. Database
Case No. 16-md-02741-VC

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of April 2021, a copy of the foregoing Objection was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

    */s/ Gerson H. Smoger*
Gerson H. Smoger
**SMOGER &ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
(510) 531-4529
(510) 531-4377 (facsimile)
gerson@texasinjurylaw.com

4

Objector Sloviter's Mot. to Require Jeremy Wieck to Produce Case Mgmt. Database
Case No. 16-md-02741-VC