UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br><br>Case No. 3:19-cv-02224 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING MOTION TO REQUIRE JEREMY J. WIECK TO PRODUCE THE COMPLETE CASE MANAGEMENT DATABASE AND EXCEL SPREADSHEETS WHICH HE CONSIDERED FOR HIS TESTIMONY OR, IN THE ALTERNATIVE, TO STRIKE HIS DECLARATION |

Came on for consideration the Objecting Class Member Melinda Sloviter's Motion to Require Jeremy J. Wieck To Produce the Complete Case Management Database and Excel Spreadsheets Which He Considered for His Testimony Or, In the Alternative, To Strike His Declaration, and upon consideration of same, any response thereto, the applicable law and relevant record, the Court finds the motion to be meritorious and GRANTS it. Therefore,

IT IS ORDERED THAT the Jeremy J. Wieck shall produce the complete case management database, the two Excel spreadsheets, and any other materials considered by Mr. Wieck in forming his testimony to Objector Sloviter within ___ days from the date of this Order. If these materials are not produced on or before this date, then his declaration is hereby stricken.

DATED: _____, 2021

                                                                                                                       _____
                                                                                                                       HON. VINCE CHHABRIA
                                                                                                                       UNITED STATES DISTRICT JUDGE