UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br><br>Case No. 3:19-cv-02224 | [PROPOSED] ORDER GRANTING OBJECTING CLASS MEMBER MELINDA SLOVITER'S MOTION TO STRIKE THE DECLARATION OF JOHN C. COFFEE |

Came on for consideration the Objecting Class Member Melinda Sloviter's Motion to Strike the Declaration of John C. Coffee, and upon consideration of same, any response thereto, the applicable law and relevant record, the Court finds the motion to be meritorious and GRANTS it in all respects. Therefore,

IT IS ORDERED THAT the Declaration of John C. Coffee [Doc 12911-3] is stricken from the record on the grounds stated in the Objecting Class Member Melinda Sloviter's Motion.

DATED: _____, 2021

  HON. VINCE CHHABRIA
  UNITED STATES DISTRICT JUDGE