UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br><br>Case No. 3:19-cv-02224 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[PROPOSED] ORDER GRANTING OBJECTING CLASS MEMBER MELINDA SLOVITER'S MOTION TO STRIKE THE DECLARATION OF AMIT R. MEHTA, M.D. |

Came on for consideration the Objecting Class Member Melinda Sloviter's Motion to Strike the Declaration of Amit R. Mehta, M.D., and upon consideration of same, any response thereto, the applicable law and relevant record, the Court finds the motion to be meritorious and GRANTS it in all respects. Therefore,

IT IS ORDERED THAT the Declaration of Amit R. Mehta, M.D. [Doc 12531-18] is stricken from the record on the grounds stated in the Objecting Class Member Melinda Sloviter's Motion.

DATED: _____, 2021

                                                          HON. VINCE CHHABRIA
                                                          UNITED STATES DISTRICT JUDGE