UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIREZ, JERRY AGTARAP, DEXTER OWENS, JOHN ELKO, AARON SHELLER AND KABE CAIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 3:19-cv-02224<br><br>**DECLARATION OF PROPOSED SUBCLASS 2 REPRESENTATIVE, KABE CAIN, IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>**JURY DEMAND**</u><br><br>Related to:  MDL No. 2471 |

Pursuant to 28 U.S.C. § 1746, I, Kabe Cain, hereby declare as follows:

1. I am a citizen of the State of Georgia and reside in Lula, Georgia. I submit this declaration in support of preliminary approval of the Class Action Settlement ("Settlement"), between the Plaintiff Class and Monsanto Company ("Monsanto").

2. For 18 years, I sprayed an estimated 100+ gallons per year of Roundup on a farm. I also sprayed Roundup at my farm equipment dealership in connection with maintenance projects.

3. I am aware that the products I was using were Roundup products because I was responsible for purchasing and applying the products.

4. I have not been diagnosed with Non-Hodgkin's Lymphoma ("NHL"), but I am at increased risk for developing NHL as a result of my exposure to Roundup.

5. I have not been diagnosed with Non-Hodgkin's Lymphoma ("NHL"), but I am at increased risk for developing NHL as a result of my exposure to Roundup.

6. After the original Settlement Agreement was filed in this litigation, I retained my lawyers, including Elizabeth Fegan and Russell Cate, and discussed the settlement with them.

7. I understand that the original settlement was withdrawn shortly thereafter.

8. I understood that my attorneys were engaged in additional negotiations with Monsanto regarding an amended settlement agreement.

9. I understood that I was being considered to serve as a Subclass Representative for all those members of the Class who, like me, were exposed to Roundup but who do not have NHL. I asked questions about what was involved with serving as a Subclass Representative and had discussions with Ms. Fegan in that regard. I agreed to serve in that capacity. I understood and I understand my responsibilities, among which is to not put myself above the other members of the Class, but rather to act in the best interests of the Class as a whole.

10. I am aware that I was proposed as a Subclass Representative in the Second Amended Class Action Complaint filed on February 3, 2021. I was aware and support the purpose of the lawsuit in seeking medical monitoring on my behalf and on behalf of other individuals who had been exposed to Roundup.

11. After having discussions with Ms. Fegan and Mr. Cate concerning the status of the settlement negotiations, and the various terms of the potential settlement and settlement programs that were being discussed, I agreed to the terms of the Amended Class Action Settlement Agreement, dated February 2, 2021.

12. I strongly support the Settlement and I believe that it is in the best interests of the Class and the members of Subclass 2.

13. I urge the Court to approve the Settlement preliminarily and to order that the entire Class be given Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 20, 2021 in the State of Georgia.

_____
Kabe Cain