UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIREZ, JERRY AGTARAP, DEXTER OWENS, JOHN ELKO, AARON SHELLER AND KABE CAIN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 3:19-cv-02224<br><br>DECLARATION OF PROPOSED SUBCLASS 2 REPRESENTATIVE AARON SHELLER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>JURY DEMAND<br><br>Related to: MDL No. 2471 |

Pursuant to 28 U.S.C. § 1746, I, Aaron Sheller, hereby declare as follows:

1. I am a citizen of Hamilton County in the State of Indiana. I submit this declaration in support of preliminary approval of the Class Action Settlement ("Settlement"), between the Plaintiff Class and Monsanto Company ("Monsanto").

2. I am a partial owner of Sheller Farms, LLC ("Sheller Farms"), an Indiana limited liability company.

3. As an owner who works the acreage owned by Sheller Farms and other acreage for which Sheller Farms is contracted to work, I regularly participated in the spraying of 500 to 1,000 gallons of Roundup on approximately 6,000 acres of farmland twice per year for 15 years.

4. I am aware of the use of Roundup because I was responsible for purchasing and applying the product.

5. Until approximately 2018, I only wore gloves while spraying Roundup. I had not been warned and was not aware of the risks of using Roundup, and did not know I should wear any other protective gear.

6. Once I learned of the potential for causing cancer, in or about the spring of 2018, I began wearing respiratory gear and using charcoal filters.

7. I have not been diagnosed with Non-Hodgkin's Lymphoma ("NHL"), but I am at increased risk for developing NHL as a result of my exposure to Roundup.

8. I had conversations with my lawyers, including Elizabeth Fegan and Russell Cate, about the allegations of the original Complaint they filed on my behalf on September 30, 2019. I was aware and support the purpose of the lawsuit in seeking medical monitoring on my behalf and on behalf of other individuals who had been exposed to Roundup.

9. I understood that I was being considered to serve as a Subclass Representative for all those members of the Class who, like me, were exposed to Roundup but who do not have NHL. I asked questions about what was involved with serving as a Subclass Representative and had discussions with Ms. Fegan in that regard. I agreed to serve in that capacity. I understood and I understand my responsibilities, among which is to not put myself above the other members of the Class, but rather to act in the best interests of the Class as a whole.

10. I was aware of the original settlement proposed in the class action known as *Ramirez*, and the withdrawal of that settlement agreement.

11. I am aware that, after the original settlement agreement was withdrawn, my attorneys began participating in ongoing settlement negotiations with Monsanto regarding the possibility of an amended settlement.

12. I was kept apprised of the status of the case and negotiations throughout.

13. After having discussions with Ms. Fegan and Mr. Cate concerning the status of the settlement negotiations, the various terms of the potential settlement and settlement programs that were being discussed, I agreed to the terms of the Amended Class Action Settlement Agreement, dated February 2, 2021.

14. I strongly support the Settlement and I believe that it is in the best interests of the Class and the members of Subclass 2.

15. I urge the Court to approve the Settlement preliminarily and to order that the entire Class be given Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 20, 2021 in the State of Indiana.

*Aaron Sheller*