Alan B. Morrison
George Washington University Law School
2000 H Street NW
Washington D.C. 20052
Tel. 202.994.7120
abmorrison@law.gwu.edu

Eric Policastro, CA Bar No. 264605
N. Majed Nachawati
S. Ann Saucer
Misty A. Farris
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. 214.890.0711 / Fax 214.890.0712
epolicastro@fnlawfirm.com
mn@fnlawfirm.com
asaucer@fnlawfirm.com
mfarris@fnlawfirm.com

[Additional counsel listed on signature page]

***Counsel for Objectors Howard Gee, Jr.,
Arleen Ward, Noel Alvarez, and William
Lawrence Craven***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>Ramirez, et al. v. Monsanto Co.<br><br>Case No. 3:19-cv-02224 | **OBJECTING CLASS MEMBERS GEE *ET AL*.'S NOTICE OF JOINDER IN ADMINISTRATIVE MOTION TO POSTPONE HEARING DATE, PERMIT SUR-REPLY, STRIKE DECLARATIONS, AND OTHER RELIEF BY OBJECTING CLASS MEMBERS**<br><br>Re: Dkt. No. 12911<br><br>Date: May 12, 2021<br>Time: 10:00 AM<br>Place: Courtroom 4, 17th floor<br>Judge: Honorable Vince Chhabria |

Objecting class members Howard Gee, Jr., Arleen Ward, Noel Alvarez, and William Lawrence Craven oppose certification of the putative class and approval of the class settlement (Doc. 12673). In response to the class proponents' Reply brief, the Gee Objectors also moved to strike four law professors' Declarations filed for the first time in reply (Doc. 12928). The Gee objectors now give notice of their joinder in the Administrative Motion to Postpone Hearing Date, Permit Sur-Reply, Strike Declarations, and for Other Relief by Objecting Class Members (Doc. 12951; *Ramirez* Doc. 55).

1.      The original motion for preliminary approval filed by the settling class proponents for the first version of this settlement was set for hearing last year. After the Court issued its ruling expressing skepticism as to whether a "futures" class action could be approved in this litigation (PTO 214), Monsanto and the settling counsel for the putative class withdrew their first class settlement motion (Doc. 11193). Nonetheless, Monsanto and the same group of settling class counsel filed a second motion for preliminary approval, announcing an allegedly better settlement (Doc. 12531). In addition to increasing class counsel fees from $150 to $170 million, Monsanto made certain other concessions heralded in the second class settlement motion.

2.      Those concessions apparently were not sufficient, even in the minds of class counsel who accepted them, because the settling class counsel changed the terms again. Notwithstanding that they were defending their second version of a class settlement, proposed class counsel announced various amendments on the eve of the deadline for filing oppositions to preliminary approval. *See* Doc. 12665.

3.      The first amendments to the second attempt at a certifiable class settlement were insufficient to quell the national chorus of disapproval filed by objectors and amici (*see, e.g.*, Docs. 12673, 12676, 12677, 12678, 12681, 12687, 12693, 12700).

4.      In Reply, putative class counsel announced a second round of amendments to the second proposed class settlement (Doc. 12911 & 12911-1).  The settling parties' third version of their second class settlement has the same fundamental defects—an attempt to extinguish exposure-only claims on fundamentally unfair terms--but the proponents of the latest version of the settlement have made lengthy recitals to the Court in an attempt to explain that *this time* they got it right, and *this time* the terms are not unfair to future victims of Non Hodgkin's Lymphoma.

5.      The Gee Objectors join in the motion to *inter alia* postpone the hearing date and set a briefing schedule for sur-reply briefing. While the latest iteration of a bad deal remains a bad deal, the new exhibits raise extensive complex issues, the "Reply" is in many ways a third motion, and relevant documents are yet to be filed with the Court.

6.      In their Reply brief, the proponents of the futures class settlement emphasize first and foremost the need for "education." See Reply, 3 (Doc. 12911, Page 13 of 102). However, they have redefined the class definition without filing their latest version of the Class Notice with the Court. And, they have taken it upon themselves to announce that the deadline for filing allegedly important settlement documents is seven days before the scheduled hearing.  *See* Reply, 12 ¶3 (Doc. 12911, Page 22 of 102). Therefore, even at this late date, the Court and the objectors do not have all of the relevant documents defining the third version of the second proposed class settlement.

7.      While admitting that certain of the declarations submitted with the Reply were in violation of federal law (28 U.S.C. § 1746), proposed class counsel oppose the objectors' motion to postpone the hearing (*Ramirez* Doc. 60).  This opposition does not and cannot account for the fact that the class proponents claimed to have significantly changed the settlement terms for the first time in a reply brief, have filed several Declarations for the first time in reply, have faced

3

serious criticism as to the propriety of the new exhibits filed for the first time in reply, and have failed even to this day to file relevant documentation of their proposal, including the Class Notice. For these reasons and those stated in the objectors' pleadings referenced herein, the Gee Objectors respectfully give notice of their joinder in the Administrative Motion to Postpone Hearing Date, Permit Sur-Reply, Strike Declarations, and for Other Relief by Objecting Class Members.

Dated: April 20, 2021

>Respectfully Submitted,
>
>*/s/ Eric Policastro*
>Eric Policastro, CA Bar No. 264605
>N. Majed Nachawati
>S. Ann Saucer
>Misty A. Farris
>FEARS NACHAWATI, PLLC
>5473 Blair Road
>Dallas, Texas 75231
>Tel. 214.890.0711 / Fax 214.890.0712
>epolicastro@fnlawfirm.com
>mn@fnlawfirm.com
>asaucer@fnlawfirm.com
>mfarris@fnlawfirm.com
>
>Alan B. Morrison
>George Washington University Law School
>2000 H Street NW
>Washington D.C. 20052
>Tel. 202.994.7120
>abmorrison@law.gwu.edu
>
>Gerald Singleton, Esq.
>SINGLETON LAW FIRM, APC
>450 A Street, 5th Floor
>San Diego, CA 92101
>Tel.  619.771.3473 / Fax 619.255.1515
>gerald@SLFfirm.com

4

Objecting Class Members Gee *et al*.'s  Notice of Joinder in Administrative Motion to Postpone Hearing Date, Permit Sur-Reply, Strike Declarations, and Other Relief
Case No. 16-md-02741-VC

Amy Carter
Heather V. Davis
CARTER LAW GROUP, P.C.
5473 Blair Road
Dallas, TX 75231
Tel. 214.390.4173
amy@clgtrial.com
hdavis@clgtrial.com

James G. Onder
W. Wylie Blair
Mark E. Berns
ONDER LAW, LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
Tel. (314) 963-9000/Fax. (314) 963-1700
blair@onderlaw.com
onder@onderlaw.com
berns@onderlaw.com

5

Objecting Class Members Gee *et al.*'s  Notice of Joinder in Administrative Motion to Postpone Hearing Date, Permit Sur-Reply, Strike Declarations, and Other Relief
Case No. 16-md-02741-VC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Eric Policastro*
Eric Policastro
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
epolicastro@fnlawfirm.com

Objecting Class Members Gee *et al*.'s Notice of Joinder in Administrative Motion to Postpone Hearing Date, Permit Sur-Reply, Strike Declarations, and Other Relief
Case No. 16-md-02741-VC