Gerson H. Smoger
**SMOGER & ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
Telephone: (510) 531-4529
Facsimile: (510) 531-4377
gerson@texasinjurylaw.com

Steven M. Bronson, Esq. (SBN 246751)
**THE BRONSON FIRM APC**
7777 Fay Avenue, Suite 202La Jolla, CA 92037
Telephone: 619-374-4130
Facsimile: 619-568-3365
sbronson@thebronsonfirm.com

*Counsel for Objector Melinda Sloviter*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITYLITIGATION<br><br>This document relates to:<br><br>Ramirez, et al. v. Monsanto Co.<br><br>Case No. 3:19-cv-02224 | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**OBJECTOR MELINDA SLOVITER'S NOTICE OF JOINDER IN ADMINISTRATIVE MOTION TO POSTPONE HEARING DATE, PERMIT SUR-REPLY, STRIKE DECLARATIONS, AND FOR OTHER RELIEF BY OBJECTING CLASS MEMBERS**<br><br>Re: Dkt. No. 12911<br><br>Date: May 12, 2021<br>Time: 10:00 AM<br>Place: Courtroom 4, 17th Flr (Videoconference)<br>Judge: Honorable Vince Chhabria |

Objector Sloviter files this joinder in the Administrative Motion to Postpone Hearing Date, Permit Sur-Reply, Strike Declarations, and for Other Relief by Objecting Class Members (*Ramirez* Dkt. 55). Objector Sloviter has previously objected to both the class notice and the legal services plan and certainly needs an opportunity to review any revisions to those plans.  In addition, a sur-reply is necessary to respond to the many changes made in this new iteration of the settlement, including detailing for this court: 1) what has been changed in response to Objector Sloviter's original objection; 2) what has been incorrectly changed; 3) what has not been changed and why the failure to make such changes still implicates the fairness of the settlement; and 4) what has been entirely ignored or misrepresented.  Given the vast number of changes made by class proponents to the settlement, it is hardly surprising that more briefing would be necessary, which class proponents do not take issue with.  However, any briefing can reasonably occur only after Objector Sloviter receives the entirety of class proponents' proposed settlement rather than receiving it piecemeal and being forced to brief before seeing it.  Indeed, class proponents have never given a reason to this Court as to why after several extensions they still have not finalized their papers and have instead decided to create their own schedule for their submissions.

Dated: April 20, 2021

/s/ Gerson H. Smoger
Gerson H. Smoger
**SMOGER &ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
(510) 531-4529
(510) 531-4377 (facsimile)
gerson@texasinjurylaw.com

Steven M. Bronson, Esq. (SBN 246751)
**THE BRONSON FIRM APC**
7777 Fay Avenue, Suite 202
La Jolla, CA 92037
Telephone: 619-374-4130
Facsimile: 619-568-3365
sbronson@thebronsonfirm.com

2

Objector Sloviter's Notice of Joinder in Admin. Mot. to Postpone Hearing Date
Case No. 16-md-02741-VC

*Counsel for Objector Melinda Sloviter*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Gerson H. Smoger*
Gerson H. Smoger
**SMOGER &ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
(510) 531-4529
(510) 531-4377 (facsimile)
gerson@texasinjurylaw.com

3

Objector Sloviter's Notice of Joinder in Admin. Mot. to Postpone Hearing Date
Case No. 16-md-02741-VC