UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 331: DENYING REQUEST TO POSTPONE HEARING AND GRANTING REQUEST TO RESPOND TO AMENDED SETTLEMENT AGREEMENT**<br><br>Re: Dkt. No. 12951 |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br>Case No. 3:19-cv-02224 | |

The request to postpone the hearing on the motion for preliminary approval (Dkt. No. 12951) is denied. Objectors may file sur-replies and amici curiae may file supplemental briefs in response to the plaintiffs' reply brief, amended settlement agreement, revised class notice, and revised legal services program. Any sur-reply or supplemental amicus brief may only address amendments and revisions, cannot exceed 20 pages, and is due by May 3, 2021, at 5:00 pm. No response will be permitted from the plaintiffs, and no further filings containing factual or legal argument will be accepted after May 3. Filings regarding scheduling issues are permitted after May 3 if necessary, but they are limited to two pages and may not contain any legal or factual argument regarding the motion. Failure to adhere to this restriction will almost certainly result in sanctions.

**IT IS SO ORDERED.**

Dated: April 20, 2021

VINCE CHHABRIA
United States District Judge