UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Ramirez, et al. v. Monsanto Co.* Case No. 3:19-cv-02224 | **ORDER GRANTING REQUESTS TO FILE AMICUS BRIEFS AND DENYING THE AMERICAN ASSOCIATION FOR JUSTICE'S REQUEST TO APPEAR** |
| | Re: Dkt. Nos. 12687, 12693 |

The American Association for Justice's request for leave to file an amicus brief is granted, but its request to participate in oral argument on the motion for preliminary approval is denied. Public Justice's request for leave to file an amicus brief is also granted.

**IT IS SO ORDERED.**

Dated: April 20, 2021

VINCE CHHABRIA
United States District Judge