Terry W. Yates
TERRY W. YATES & ASSOCIATES
6750 West Loop South, #845
Bellaire, TX  77401
Telephone:  713-861-3100
Attorneys for Plaintiff

Douglas W. Crandall, ISB No. 3962
CRANDALL LAW OFFICE
P. O. Box 2240
Eagle, ID  83616
Telephone: (208) 343-1211
crandall_law@msn.com

Michelle R. Points, ISB No. 6224
Points Law, PLLC
190 S Capitol Blvd, Suite 220
Boise, ID  83702
Telephone: (208) 287-3216
mpoints@pointslaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br>**JONI FREEL**,<br><br>                    Plaintiff,<br>vs.<br><br>**MONSANTO COMPANY**,<br><br>                    Defendant. | Case No. MDL No. 3:16-md-02741-VC<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that the new address for Crandall Law Office is:

P. O. Box 2240
Eagle, ID  83616.

NOTICE OF CHANGE OF ADDRESS - 1

All other contact information remains the same.

DATED: April 21, 2021.

                                                      CRANDALL LAW OFFICE

                                        By     /s/Douglas W. Crandall
                                                 Douglas W. Crandall
                                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2021, a true and correct copy of the foregoing was served on the following by the manner indicated:

| | |
|---|---|
| Anthony R Martinez | [  ] U.S. Mail, postage prepaid |
| Shook, Hardy & Bacon LLP | [  ] Hand Delivered |
| 2555 Grand Blvd. | [  ] Facsimile |
| Kansas City, MO  64109 | [ X ] Email |
| amartinez@shb.com | [  ] iCourt eFile and Serve |

                                                  /s/Douglas W. Crandall
                                                 Douglas W. Crandall