# WHEATMAN DECLARATION

# EXHIBIT A

# PUBLICATION NOTICE

# Exposed to Weed Killers?

## You Could Benefit from a $2 Billion Settlement

**People diagnosed with Non-Hodgkin's Lymphoma could receive up to $200,000. Others could receive free medical evaluations to diagnose the disease early.**



**IMMIGRATION STATUS DOES NOT AFFECT ELIGIBILITY**

The settlement includes anyone who was exposed to Roundup Products in the United States through their work or personal use, including those now living abroad ("class members"). Lawsuits claim that an ingredient in Roundup Products causes Non-Hodgkin's Lymphoma ("NHL"), a blood cancer. Monsanto, the manufacturer of Roundup, denies that it did anything wrong.

Weed killer products were sold under Roundup and other brand names. Roundup comes in a variety of containers, from small bottles for home-use to large tanks of concentrate used for commercial applications. You could have been exposed while working in an area where weed killers were used. It is frequently used in agriculture, landscaping, and groundskeeping. **Ask your boss or your coworkers if you are not sure if you were exposed to Roundup Products**.

Details about the Settlement and a list of all the included Roundup Products are available on the website, or by calling the toll-free number below.

**BENEFITS INCLUDE:**

- **Money:** $5,000 to $200,000 for eligible class members diagnosed with NHL. The next of kin of deceased class members who qualify for benefits may apply for a payment.
- **Medical Evaluations:** class members in the United States may be eligible for free NHL diagnostic evaluations.

The settlement will also fund NHL research, and Monsanto will request permission from the Environmental Protection Agency to change its weed killer labels to include a link to information about whether Roundup exposure causes NHL. An independent science panel will work to determine whether exposure to Roundup products cause NHL. Any science panel determination will not affect class members' rights.

**IMPORTANT INFORMATION ABOUT YOUR RIGHTS:** If you do nothing and later develop NHL, or reject your compensation award, you will keep your right to sue Monsanto and related parties about any compensatory damage claims (such as costs to treat NHL, lost wages, and pain and suffering), but you will not be able to sue for punitive and certain other damages. If you do not want to stay in the class for any reason, including because you want to pursue your own lawsuit now, you must exclude yourself by **Month XX, 2021**. You could receive more money if you individually sue Monsanto. You can also object to the settlement by **Month XX, 2021**. The Court will hold a hearing on **Month XX, 2021** to consider whether to approve the settlement.

**REGISTER FOR BENEFITS:** You must register to be eligible for money or a medical evaluation. Register online or by phone. Free legal assistance and help is available if needed. You will have at least four years to claim benefits.

## Questions or Need Free Help Registering for Benefits?

**1-8XX-XXX-XXXX** (English, Spanish, Mixteco, Zapotec, & Triqui available)

### www.RoundupClass.com




## You Could Benefit from a $2 Billion Settlement

**People diagnosed with Non-Hodgkin's Lymphoma could receive up to $200,000. Others could receive free medical evaluations to diagnose the disease early.**

**IMMIGRATION STATUS DOES NOT AFFECT ELIGIBILITY**

The settlement includes anyone who was exposed to Roundup Products in the United States through their work or personal use, including those now living abroad ("class members"). Lawsuits claim that an ingredient in Roundup Products causes Non-Hodgkin's Lymphoma ("NHL"), a blood cancer. Monsanto, the manufacturer of Roundup, denies that it did anything wrong.

Weed killer products were sold under Roundup and other brand names. Roundup comes in a variety of containers, from small bottles for home-use to large tanks of concentrate used for commercial applications. You could have been exposed while working in an area where weed killers were used. It is frequently used in agriculture, landscaping, and groundskeeping. **Ask your boss or your coworkers if you are not sure if you were exposed to Roundup Products**.

Details about the Settlement and a list of all the included Roundup Products are available on the website, or by calling the toll-free number below.

**BENEFITS INCLUDE:**

- **Money:** $5,000 to $200,000 for eligible class members diagnosed with NHL. The next of kin of deceased class members who qualify for benefits may apply for a payment.
- **Medical Evaluations:** class members in the United States may be eligible for free NHL diagnostic evaluations.

The settlement will also fund NHL research, and Monsanto will request permission from the Environmental Protection Agency to change its weed killer labels to include a link to information about whether Roundup exposure causes NHL. An independent science panel will work to determine whether exposure to Roundup products cause NHL. Any science panel determination will not affect class members' rights.

**IMPORTANT INFORMATION ABOUT YOUR RIGHTS:** If you do nothing and later develop NHL, or reject your compensation award, you will keep your right to sue Monsanto and related parties about any compensatory damage claims (such as costs to treat NHL, lost wages, and pain and suffering), but you will not be able to sue for punitive and certain other damages. If you do not want to stay in the class for any reason, including because you want to pursue your own lawsuit now, you must exclude yourself by **Month XX, 2021**. You could receive more money if you individually sue Monsanto. You can also object to the settlement by **Month XX, 2021**. The Court will hold a hearing on **Month XX, 2021** to consider whether to approve the settlement.

**REGISTER FOR BENEFITS:** You must register to be eligible for money or a medical evaluation. Register online or by phone. Free legal assistance and help is available if needed. You will have at least four years to claim benefits.

### Questions or Need Free Help Registering for Benefits?
**1-8XX-XXX-XXXX** (English, Spanish, Mixteco, Zapotec, & Triqui available)
**www.RoundupClass.com**