# WHEATMAN DECLARATION

# EXHIBIT  B

# LONG FORM NOTICE

# If You Used Roundup Weed Killer Products

## *You Could Be Affected by a Class Action Settlement*

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

- The Monsanto Company ("Monsanto"), manufacturer of Roundup weed killer, has agreed to a settlement worth up to $2 billion in a lawsuit claiming Roundup Products (see Question 10) cause Non-Hodgkin's Lymphoma ("NHL"). Monsanto denies these claims and denies it did anything wrong.

- The settlement class includes anyone who was exposed to Roundup, the most widely used weed killer, through their work or personal use in the United States, including individuals now living abroad.  The settlement class also includes any immediate family members (spouses, parents, or dependent children) or anyone else with a right to make a claim based on their relationship to a settlement class member.  (**Immigration status does not affect your ability to be in the settlement class**.)  See Question 7 to determine if you are included in the settlement.

- The settlement will provide benefits to the class, including funding for: (a) payments between $5,000 and $200,000 to certain settlement class members with NHL, (b) grants to medical providers to provide free NHL diagnostic services, (c) support for research into diagnosis and treatment of NHL, and (d) free legal services related to settlement class members' rights under this settlement.

- Monsanto will request permission from the Environmental Protection Agency ("EPA") to include, on all Roundup labels, a link to information concerning whether Roundup Products cause NHL.

- In exchange for these benefits, class members release claims for punitive damages and medical monitoring related to their exposure to Roundup Products.  Class members who have not collected a payment will retain the right to sue for compensatory damages after the initial settlement period (approximately four years).

- An advisory science panel of experts may determine, based on a scientific review of existing studies and data, whether Roundup Products cause NHL.  The advisory science panel's determination will not be legally binding, but it may be used as evidence by you or Monsanto in a lawsuit you file related to your use of Roundup Products.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **REGISTER FOR BENEFITS** | To receive certain settlement benefits, including money or to participate in the diagnostic accessibility grant program, you must first register to participate in the settlement. Registration will remain open for at least the next four years.  See Questions 1 to 4. |
| **MAKE A CLAIM/ APPLICATION** | In addition to registering, you need to make a claim to be eligible to receive money or apply to participate in the diagnostic accessibility grant program.  See Questions 13 to 35 for information on deadlines to make a claim and application. |
| **EXCLUDE YOURSELF** | If you exclude yourself, you will not receive settlement benefits.  You will be able to file a lawsuit against Monsanto for all claims related to your exposure to Roundup Products.  See Questions 54 to 57. |
| **OBJECT** | Write to the Court about why you do not like the settlement.  See Question 61. |
| **ATTEND HEARING** | Ask to speak in Court about the fairness of the settlement.  See Questions 63 to 65. |
| **DO NOTHING** | If you do nothing and the settlement is approved, and you later develop NHL, you will keep your right to sue Monsanto or related parties for compensatory damages (such as costs to treat NHL, lost wages, and pain and suffering) after the initial settlement period.  However, if you do nothing, you will also release your right to seek punitive and certain other damages in connection with your exposure to Roundup.  See Questions 5, 6, 50, and 51. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.  If you have any questions about this settlement, the class, your claims, rights, or options, you may visit www.RoundupClass.com or call toll-free, 1-8XX-XXX-XXXX for free help.

- The Court in charge of this case has yet to decide whether to approve the settlement.  Please be patient.

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP**
**PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITA NUESTRO SITIO WEB**

1

## SUMMARY OF ROUNDUP SETTLEMENT

### SETTLEMENT BENEFITS

The settlement provides substantial benefits to class members.  To receive a compensation award or participate in the diagnostic accessibility grant program (described below), you must first register to participate in the settlement (see Question 1).  However, you will give up certain rights (including the right to seek punitive damages in connection with your exposure to Roundup) if you participate in the settlement or do nothing by the deadline to exclude yourself (see Questions 6, 50, 51, and 55).

Settlement benefits include:

### Payments to Settlement Class Members with NHL Diagnosis

A Compensation Fund provides payments for eligible settlement class members diagnosed with NHL.  Family members of deceased individuals who qualify for benefits also may apply for a payment (see Question 18).

### Claims Program

The Claims Program will provide payments of up to $200,000 to eligible settlement class members (see Question 15).  Claims Program Award payments will begin 60 days after the district court grants final approval of the settlement.

### Accelerated Payment

The settlement also provides an Accelerated Payment Award option which has a more streamlined application process (see Question 15).  Eligible class members will receive a guaranteed, expedited payment of $5,000.  Accelerated Payment Awards will begin no later than Month XX, 2021 [40 days after the Court grants preliminary approval of the Settlement].

If you accept a Claims Program Award or are found eligible for an Accelerated Payment Award, you will give up your right to individually sue Monsanto and related parties (see Question 51) for any damage claims (such as costs to treat NHL and pain and suffering) related to your exposure to Roundup Products and participate in any other class action related to such claims.

### Benefits for Settlement Class Members without NHL Diagnosis

A diagnostic accessibility grant program will allow settlement class members the opportunity to be evaluated for NHL at no cost, by providing grants to medical clinics and healthcare providers (see Question 27).  Telehealth options will be available for settlement class members to make preliminary contact with and provide background medical information to medical providers.  The program will also provide for in-person exams by healthcare providers and medical clinics, including those in areas where high-quality healthcare is not readily available.  This program will expand access to NHL diagnostic evaluations for the most medically-underserved populations.

One of the main features of the program is an education campaign using various communication channels (including technology, social media, existing community-based and/or advocacy groups, etc.).  This program will educate settlement class members about how to self-diagnose and/or contact a front line telemedical service to further facilitate initial self-evaluation and decision-making prior to scheduling an in-person medical evaluation.

This program will partner with organizations that routinely communicate with and interact with migrant and non-migrant farmworker communities and certain non-farmworker communities with frequent exposure to Roundup Products (such as landscaping and groundskeeping workers) to build awareness and trust.  The program administrator will also receive input from and consult with organizations representing historically-disadvantaged minority, seasonal, or migratory farmers that have a unique knowledge of those populations to assure effective outreach and inclusion.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITA NUESTRO SITIO WEB

2

The diagnostic accessibility grant program will begin after the settlement is granted final approval by the district court and any appeals are resolved.  This program will be available for at least four years.

### Research Funding Program

The research funding program will fund medical and/or scientific research into diagnosis and treatment of NHL (see Question 36).  The research funding program will begin after the district court grants final approval of the settlement and any appeals are resolved.

### Other Settlement Benefits

The settlement also includes the following:

- **Product Label Change:** Within 180 days after the district court grants final approval of the settlement, Monsanto will request permission from the EPA to add a reference link to Roundup Products' labels.  If approved, the labels will refer to more information about whether exposure to the product is associated with NHL and provide links to relevant scientific evidence and materials (see Question 39).

- **Free Legal Services Program:** Settlement class members will be provided with free legal advice related to this settlement, including assistance with filing a claim and understanding all of their rights and options (see Question 40).  This benefit will be available after preliminary approval by the district court.

The settlement fund will also pay the cost for notice and to administer the settlement and establish an advisory science panel.  Monsanto will separately pay attorneys' fees and costs.

### Benefits Funding

The distribution of the settlement fund will be:

| BENEFIT | AMOUNT |
|---|---|
| Compensation Fund | At least $1.325 billion |
| Diagnostic Accessibility Grant Program | $210 million |
| Research Funding Program | $40 million |
| Settlement Administration Costs, Advisory Science Panel Costs, Settlement Class Notice Costs, Taxes, and Escrow Agent Fees and Expenses | Up to $55 million |

Any unused amounts listed above will be used to fund class benefits.  None of the money will be returned to Monsanto.

Monsanto will fund the free Legal Services Program in addition to the settlement fund as part of its payment of Court-awarded attorney's fees.  Up to 40% of the Court-awarded attorneys' fees may be made available to fund the Legal Services Program.

Additionally, the parties may agree to continue to provide additional funding to the Compensation Fund program after the initial settlement period, with Court approval.  If they do not, under certain circumstances, Monsanto will be obligated to make a $200 million "End Payment" in addition to the payments listed above.

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP**
**PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB**

3

### What Class Members Give Up

If the settlement is approved, settlement class members who remain in the settlement will:

- Not be able to claim punitive damages or seek medical monitoring in Roundup Lawsuits against Monsanto (or related parties). Courts will sometimes make a defendant pay punitive damages, in the form of a monetary award, to discourage a defendant and others from committing similar acts in the future or punish them for their actions. The Court awards compensatory damages to pay people for their losses (including present or future medical bills, lost wages, pain and suffering, and emotional harm). Punitive damages may be larger than compensatory damages, but are awarded in a small percentage of cases. Although most settlement class members would not be able to seek medical monitoring, in some cases where the diagnostic assistance grant program services were not reasonably available to the settlement class member, that individual could still seek medical monitoring.
- Not be able to begin or continue to sue Monsanto (or related parties) for compensatory damages for claims related to the settlement class member's exposure to Roundup Products until after the initial settlement period.
- Not be able to bring claims against Monsanto (or related parties) related to the settlement class member's participation, if any, in the diagnostic accessibility grant program, and/or related to the administration of certain liens, certain government reimbursements, and administration of the settlement agreement.
- Not be able to bring any claims against the advisory science panel.

Settlement class members who accept a compensation award agree not to sue Monsanto (or related parties) for any claim related to exposure to Roundup Products. If you do not receive a compensation award, you will keep your right to sue Monsanto and related parties for any compensatory damages from personal injuries related to exposure to Roundup Products.

If you are a settlement class member and do not exclude yourself from the settlement, your rights in future lawsuits against Monsanto will not be affected by the science panel's determination. However, you or Monsanto may introduce the determination of the science panel as evidence in litigation involving Roundup Products in any future lawsuit you might bring, should you not receive a compensation award under the settlement.

You may not use your participation in this settlement against Monsanto in future lawsuits as evidence that you were exposed to Roundup Products.

Section XVII of the settlement agreement, available at www.RoundupClass.com, contains the complete text and details of what settlement class members give up if they do not exclude themselves from the settlement, so please read it carefully.

### Attorneys' Fees

In addition to the settlement benefits described above, Monsanto will separately pay Class Counsel's attorneys' fees and costs. Class Counsel will request that the Court approve a total of $170 million in fees and costs, which include funding for the free Legal Services Program to assist class members with their claims (see Questions 40 and 58 through 60). The settlement class member benefits will not be reduced by Class Counsel's attorneys' fees or costs. If the Court awards less than the requested amount, the difference between the requested amount and the awarded amount will be added to the settlement fund and will not go back to Monsanto.

Visit www.RoundupClass.com or Call Toll-Free, 1-8XX-XXX-XXXX For Free Help
Para Recibir una notificación en Español, llama al o visitar nuestro sitio web

4

| WHAT THIS NOTICE CONTAINS |
| --- |

**REGISTER FOR BENEFITS**.......................……..............…………………….………………**7**
1.   How can I get benefits?
2.   How will I know if I am registered?
3.   Can I appeal if my registration is denied?
4.   What if the claims administrator denies my registration after I submit additional information?
5.   What is the initial settlement period?
6.   What if I do nothing?

**WHO IS PART OF THE SETTLEMENT?**…….........…………………………………..………..**8**
7.   How do I know if I am included in the settlement?
8.   Does my immigration status in the United States affect my ability to be in the settlement class?
9.   What does exposure mean?
10.   Which Roundup Products are included?
11.   What is Non-Hodgkin's Lymphoma?
12.   What should I do if I am not sure whether I am included in the settlement?

**COMPENSATION FUND**……………….......……………………………………………..………**10**
13.   Who is able to apply for a compensation award?
14.   If I was diagnosed with NHL before January 1, 2015 can I apply for a compensation award?
15.   What types of compensation awards are available?
16.   How do I know which award I should apply for?
17.   How will the amount of my Claims Program Award be determined?
18.   Can Derivative or Representative Claimants receive a compensation award?
19.   How do I submit an application for a compensation award?
20.   When will I know if I am eligible for a compensation award?
21.   Is there a deadline to apply for a compensation award?
22.   Can I appeal a decision to deny or limit the amount of my compensation award?
23.   Can I reject my Claims Program Award?
24.   Do I have to pay a fee to appeal the results of my Claims Program Award?
25.   If my application for a compensation award is denied, can I submit another application?
26.   Will Monsanto continue the Compensation Fund after the initial settlement period ends?

**DIAGNOSTIC ACCESSIBILITY GRANT PROGRAM**……………………….………………..………**13**
27.   What is the diagnostic accessibility grant program?
28.   Why is the diagnostic accessibility grant program included?
29.   What are the common symptoms of Non-Hodgkin's Lymphoma?
30.   Can I participate in the diagnostic accessibility grant program?
31.   What do I receive if I participate in the diagnostic accessibility grant program?
32.   How do I apply to participate in the diagnostic accessibility grant program?
33.   Is there a deadline to participate in the diagnostic accessibility grant program?
34.   What medical providers can receive grants to participate in the diagnostic accessibility grant program?
35.   How will I find medical providers in my area that participate in the diagnostic accessibility grant program?

**RESEARCH FUNDING PROGRAM**……………………………………………………....………**15**
36.   What is the research funding program?
37.   Can I participate in the research funding program?

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA O VISITA NUESTRO SITIO WEB

38.     When will the research funding program begin?

**OTHER SETTLEMENT BENEFITS**……...………..…...………………………….………………………...**15**
39.     How will product labels change?
40.     What is the free Legal Services Program?

**SCIENCE PANEL** ……………………………………...…..………………………………………………**16**
41.     What is the science panel?
42.     How can the science panel determination be used?
43.     What if new evidence is available after the science panel completes its work?
44.     Who will be on the science panel, and who determines this?
45.     What evidence will the science panel consider?

**THE CLASS ACTION PROCESS** …………………………………………………………………………**17**
46.     What is this notice about?
47.     Why is this a class action?
48.     Why is there a settlement?
49.     What is the lawsuit about?

**WHAT CLASS MEMBERS GIVE UP** ………………………………………………………………………**18**
50.     What are punitive and compensatory damages?
51.     What claims do I give up if I participate in the settlement?
52.     Will I keep my rights to sue Monsanto for damages if I apply for a Claims Program Award
        or Accelerated Payment Award?
53.     If I sue Monsanto before applying for a Claims Program Award or Accelerated Payment
        Award, can I still apply for a compensation award?

**EXCLUDING YOURSELF, OBJECTING, AND CLASS MEMBER REPRESENTATION**……….…..………**20**
54.     How do I get out of the settlement class?
55.     If I do not exclude myself, can I sue Monsanto for the same thing later?
56.     If I exclude myself, can I still get benefits?
57.     How do I cancel my exclusion request?
58.     Do I have a lawyer in this case?
59.     What if I have already hired an attorney or filed a lawsuit against Monsanto about
        exposure to Roundup Products?
60.     How will the lawyers be paid?
61.     How can I tell the Court if I do not like the settlement?
62.     Can I both object to and exclude myself from the settlement?

**FAIRNESS HEARING** …………………………………………………………………………………………**23**
63.     When and where will the Court decide whether to approve the settlement?
64.     Do I have to attend the hearing?
65.     May I speak at the hearing?

**GETTING MORE INFORMATION**…………………………………………….………………………….………**24**
66.     Where can I get more information?

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

6

### REGISTER FOR BENEFITS

| **1.  How can I get benefits?** |
| --- |

You have to register and provide information about your exposure to Roundup Products to get certain benefits.  To receive a compensation award or participate in the diagnostic accessibility grant program, you must first register to participate in the settlement.  You can register online at www.RoundupClass.com or call 1-8XX-XXX-XXXX and ask to register by phone or mail.

The deadline to register will be 45 days before the end of the initial settlement period (at least four years) (see Question 5).  The deadline to register for a compensation award could be extended if the Compensation Fund continues (see Question 26).  The exact date of the registration deadline will be posted on the website.

| **2.  How will I know if I am registered?** |
| --- |

You will receive a letter from the claims administrator stating whether your registration was approved or if they need more information.  If your registration is approved, you will receive your registration number.

| **3.  Can I appeal if my registration is denied?** |
| --- |

You will have an opportunity to submit additional information to correct any problems with your registration. More information about how to correct your registration will be included in the letter you receive about your registration results.

| **4.  What if the claims administrator denies my registration after I submit additional information?** |
| --- |

The claims administrator's decision about your registration will be final, and you cannot appeal it.

| **5.  What is the initial settlement period?** |
| --- |

It is a period of time where the settlement will first begin and initially end.  Some of the settlement benefits may change or be extended after the initial settlement period ends (see Question 26).

The initial settlement period will begin 90 days after the district court grants final approval of the settlement and conclude either (a) four years after commencement or (b) on the first anniversary of the Effective Date, whichever is later.  The Effective Date will occur after the Court grants final approval to the settlement and any appeals are resolved.  The exact dates the initial settlement period begins and ends will be posted on the website.

| **6.  What if I do nothing?** |
| --- |

If you do nothing, you will be a member of the settlement class and you will be bound by the Court's decisions.  You will not get a compensation award or accelerated payment without registering for the settlement and filing a claim (see Questions 13 through 26).  Additionally, to be eligible for evaluation through the diagnostic accessibility grant program (see Questions 27 through 35), you must first register to participate in the settlement and submit an application to participate in that program.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

7

You will keep your right to sue Monsanto and related parties (see Question 51) for compensatory damages, such as costs to treat NHL, lost wages, and pain and suffering (see Question 50) after the initial settlement period (see Question 5).  However, you will give up your right to seek punitive and certain other damages (see Question 50).  To keep all of your rights, you must exclude yourself from the settlement (see Questions 54 through 56).

## WHO IS PART OF THE SETTLEMENT?

### 7.  How do I know if I am included in the settlement?

Generally, the Class includes anyone who was exposed to Roundup Products through application of these products at their work or in personal use.  Roundup Products were frequently used in farming, landscaping, and groundskeeping.  You could have been exposed through application of Roundup Products while working in an area where these products were used.  Ask your boss or your co-workers if you are not sure if you were exposed to a Roundup Product.

Specifically, you are included in the settlement if both of the following are true:

- You were exposed through the application of Roundup Products as a result of either:
  - o **Occupational Exposure:** You were an agricultural, industrial, turf, or ornamental worker;

| OCCUPATIONAL EXAMPLES |
| --- |
| Agricultural, industrial, turf, ornamental, or other workers who worked in occupations and at locations where weed killers were typically used and who may have been exposed to Roundup include farmers; farm laborers or helpers; gardeners; maintenance workers; landscapers; pesticide sprayers, handlers, or applicators; groundskeepers; lawn service workers; tree trimmers or pruners; hedge trimmers; highway maintenance workers; rail maintenance workers; or facilities managers. |

| WAYS YOU COULD HAVE BEEN EXPOSED |
| --- |
| Some examples of ways in which occupational exposure may have occurred include mixing or applying pesticides or herbicides; planting, cultivating or harvesting crops; landscaping or groundskeeping to improve the appearance of lawns, gardens, parks, or other outdoor spaces; maintenance of athletic fields or golf courses; mixing or applying pesticides; planting, watering, or fertilizing gardens; and pruning or maintaining trees or shrubs. |

OR

  - o **Residential or Other Exposure:** You purchased, prepared, used, or applied the Roundup Products, or paid for, directed, participated in, saw, or were told of the purchase, preparation, use, or application of Roundup Products.

- You were a citizen or resident of the United States as of February 3, 2021, or you claim the exposure to Roundup Products occurred in the United States on or before February 3, 2021.

Exposure through application includes exposure through mixing and any other steps associated with application, whether or not you performed the application, mixing, or other steps yourself.

You are also included in the settlement if:

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

8

- You are a spouse, parent, or dependent child of a settlement class member, or have a relationship with a settlement class member that would enable you to bring a lawsuit against Monsanto because of that relationship ("Derivative Claimant").

- You are an authorized representative, ordered by a court or other official of competent jurisdiction under applicable state law, of one or more deceased settlement class members (and/or their estates), or one or more minor or legally incapacitated or incompetent settlement class members ("Representative Claimant").

The United States includes all 50 states and all United States' territories, possessions, and military or diplomatic establishments.

You are not part of the settlement class if you already started an individual (non-class action) lawsuit or hired a lawyer about any personal injury claim from your exposure to Roundup Products.

### 8.  Does my immigration status in the United States affect my ability to be in the settlement class?

No.  Your immigration status does not affect your ability to be a settlement class member.

### 9.  What does exposure mean?

Exposure means that you were exposed when Roundup Products were mixed or applied, whether or not you were the person doing the mixing or application.  You could have been exposed while working in an area where weed killers were used.  The settlement affects anyone who may have breathed in these weed killers or absorbed these products through their skin.

If you know or suspect that you were exposed to weed-killers, lawn treatments, or similar products, you should ask your boss or coworkers to determine whether the products used were Roundup Products.

### 10.  Which Roundup Products are included?

Roundup Products include any glyphosate-containing product developed, manufactured, distributed, sold, and/or marketed by Monsanto (or any of its direct or indirect subsidiaries) or by any company, individual, or entity to the extent such product contains glyphosate exclusively supplied by Monsanto (or any of its direct or indirect subsidiaries) under any brand name:

- On or before February 3, 2021, or
- After February 3, 2021 if the product has a chemical formulation identical to a Roundup Product.

(Examples of glyphosate-containing brand name products include, but are not limited to: Roundup; Accord; AFG; Agent; Agrivalu; Albaugh; Aquamaster; Aquaneat; Backdraft; Bronco; Buccaneer; Chemsico; Clean Clearout; Cornerstone; Corral; Credit; Custom; Dog Fight; Doomsday; Drexel; DuPont; Dynasty; Eagre; Ecoplug Implant; Edger II; Erase Blue; Esplanade; ETK-2301; Exchange; Expedite; Expert; Extreme; EZ-Ject; Fallow; Ferti-Lome; Foresters; Fozzate; GLY; GlyStar; Glyfos; Gly-Flo; Glygran; Glykamba; Glymix; Glyphosate; Glypho; Glyphomax; Glypro; Grass, Weed and Vegetation Herbicide; Green Light Com-Pleet; Green Light; GroundClear; Helosate; Honcho;Jury; Kleenup; Kleeraway; Kornerstone K; Kredit; Landmaster; LG; Lilly/Miller; LPI; Makaze Yield-Pro; Marman Atila; Martin's Eraser; Militia; Mirage; Mon; NAF; Nomix; NS; NSR; NuFarm; NUP; Ortho; Polado; Prep It; Prodeuce; Razor; Ranger; RD; Ready-to-Use; Recoil Broad Spectrum; Rigo; Riverdale Credit; Rodeo; RT; RT3; SC; Security Blot-Out; Shackle;

Visit www.RoundupClass.com or Call Toll-Free, 1-8XX-XXX-XXXX For Free Help
Para Recibir una notificación en Español, llama al o visitar nuestro sitio web

9

Specticle; Super K-Gro; Surrender; Systemic; Takeout; Thundermaster; Tomahawk; Touchdown; TVC; Weed & Grass Killer; and ZPP.)

A list of known Roundup Products is available at the website or by calling the toll-free number.

Glyphosate is an herbicide used to kill certain plants and grasses and is an active ingredient in Roundup Products.

### 11.  What is Non-Hodgkin's Lymphoma?

Non-Hodgkin's Lymphoma, also known as NHL, is a type of cancer that starts in white blood cells, called lymphocytes.  Lymphocytes are part of the body's immune system and helps it fight infections and other diseases.  It does not include Hodgkin's Lymphoma, multiple myeloma, or generally any leukemia that does not contain "lymphoma," "lymphocytic," or "prolymphocytic" in its name.  However, it does include hairy cell leukemia and aggressive NK-cell leukemia.  A complete list of covered conditions is available at the website or by calling the toll-free number.

### 12.  What should I do if I am not sure whether I am included in the settlement?

If you are not sure whether you are included in the settlement, or have any other questions, call the toll-free number, 1-8XX-XXX-XXXX.  At this number you can contact the Legal Services Program for free legal assistance.  You may also send questions to the claims administrator at info@roundupclass.com or Roundup Settlement, P.O. Box 0000, City, ST 00000-0000.

## COMPENSATION FUND

### 13.  Who is able to apply for a compensation award?

You are able to apply for a compensation award if you can show you were:
- Exposed to Roundup Products in the United States before February 3, 2021
- First exposed to Roundup Products more than 12 months before your NHL diagnosis, and
- Diagnosed with NHL.

If you are diagnosed with NHL in the future (before 2026 or within four years after the settlement is granted final approval, whichever is earlier) you may apply for a compensation award if you meet the other qualifications.

### 14.  If I was diagnosed with NHL before January 1, 2015 can I apply for a compensation award?

Yes, you are able to apply for a compensation award.  However, if you were diagnosed with NHL before January 1, 2015, you will receive a compensation award (up to $10,000) if you can show that your state's laws (applicable statutes of limitations and repose) will allow you to pursue an individual lawsuit related to the claims in this case.  You will remain part of the class even if you cannot show that your state's laws will allow you to pursue an individual lawsuit.  Statutes of limitations and repose vary by state.

- **Statutes of limitations** are laws passed by a legislative body in each state that set the maximum time after an event or the discovery of an event when a lawsuit may be filed.

- **Statutes of repose** (sometimes called non-claim statutes) cut off certain legal rights if they are not acted on by a specified deadline.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

10

## 15.  What types of compensation awards are available?

There are two types of compensation awards available to settlement class members who have been diagnosed with NHL and were exposed to a Roundup Product.

- <u>Claims Program Award</u>: Payments will ordinarily range from $10,000 to $200,000.  The Claims Administrator may award more than $200,000 for extraordinary circumstances.  It may award no more than $10,000 to qualified individuals who were diagnosed with NHL before January 1, 2015, except in extraordinary circumstances.  Claims Program Award payments will begin 60 days after the district court grants final approval of the settlement.

OR

- <u>Accelerated Payment Award</u>: Payment of $5,000.  You will receive payment after you receive a letter stating that your application for the Accelerated Payment Award was approved.  Accelerated Payment Awards may begin no later than Month XX, 202X [40 days after the Court grants preliminary approval of the settlement.]

Settlement class members are eligible to receive only one compensation award.

If you have any questions about compensation awards you can contact the Legal Services Program at 1-8XX-XXX-XXXX.  If you hire your own attorney to represent you, the attorneys' fees and costs that your attorney may be paid from the Compensation Fund can be no more than 7.5% of any award you receive from the Compensation Fund.

Accepting a compensation award will fully release all claims you have against Monsanto and related parties (see Question 51) involving Roundup Products.  That means you will not be permitted to sue Monsanto or any related parties for any claims you have related to Roundup Products.  Your compensation award will not be paid until you first sign and return a release that will be provided to you by the claims program.

Prior to the date the settlement is granted final approval and any appeals are resolved, the Claims Administrator will have $250 million to pay compensation awards.  Monsanto will pay an additional $1.075 billion after any appeals to the settlement have been resolved.  This amount will be increased if Monsanto decides to continue the Compensation Fund (see Question 26).

## 16.  How do I know which award I should apply for?

Class Counsel (see Question 58) and the Legal Services Program (see Question 40) are available to help you assess your options and decide if you should participate in the settlement, including answering questions about which award you should apply for (if any).  You can contact the Legal Services Program for free legal assistance at [contact information].

## 17.  How will the amount of my Claims Program Award be determined?

Awards will be based on factors including age, medical history, date of NHL diagnosis, exposure history and extent, circumstances of exposure (*e.g.*, occupational, consumer or other exposure; type of occupation), family circumstances/dependents, and disease status and progression.  Compensation ranges are detailed in the Claims Program Guidelines, available at www.RoundupClass.com or by calling 1-8XX-XXX-XXXX.

If any other entity (such as Medicare, Medicaid, or TRICARE) paid any medical expenses resulting from your NHL diagnosis, they may have a medical claim or lien against you.  If this is the case, your payment

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

11

for medical expenses may be delayed and the amount may be reduced to resolve the claim or lien. Monsanto will not be responsible to pay any medical claim or lien against you.

**18.  Can Derivative or Representative Claimants receive a compensation award?**

Derivative Claimants (spouse, parent, or dependent child of a settlement class member, or people who have a relationship with a settlement class member that would enable them to bring a lawsuit against Monsanto because of the relationship) do not qualify to receive compensation awards.  However, the next of kin of a deceased settlement class member, who is a Representative Claimant, may qualify for a compensation award, if other criteria are met.  Those criteria are available at www.RoundupClass.com or by calling 1-8XX-XXX-XXXX.

**19.  How do I submit an application for a compensation award?**

To apply for a compensation award, you must register and then submit the required information to the claims administrator online at www.RoundupClass.com, by email at xxxxx@RoundupClass.com, or by mail.  More information about how to apply, including the information you are required to provide, is available at www.RoundupClass.com or by calling 1-8XX-XXX-XXXX.  At this number you can contact the Legal Services Program for free legal assistance.

Your application will not be complete until the claims administrator receives all of the required information.

**20.  When will I know if I am eligible for a compensation award?**

The claims administrator will review your application and decide if you will get a compensation award, no later than 30 days (for an Accelerated Payment Award) or 90 days (for a Claims Program Award) from the date they received your complete application that includes all the required information and proof of exposure to Roundup Products.

The different types of proof that can be submitted are listed in the application and online at www.RoundupClass.com or available by calling the toll-free number.

**21.  Is there a deadline to apply for a compensation award?**

Yes.  To apply for a compensation award, you must submit the required information to the claims administrator within one year after: (a) the date that you are diagnosed with NHL or (b) the date the settlement becomes final and all appeals have been resolved, whichever is later.

Additionally, the deadline to submit your application will be the conclusion of the initial settlement period (at least four years).  The exact date of the application deadline will be posted on the website.  This date may be extended if the Compensation Fund is continued (see Question 26).

In addition, to qualify for a compensation award, you must also have registered to be a settlement class member (see Question 1).  The deadline to register will be 45 days before the conclusion of the initial settlement period, which is earlier than the deadline to apply for the compensation program.

**22.  Can I appeal a decision to deny or limit the amount of my compensation award?**

That depends on the type of award:

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

12

- <u>Accelerated Payment Award</u>: You cannot appeal a decision to deny an Accelerated Payment award.
- <u>Claims Program Award</u>: The settlement establishes a process to appeal the results of your Claims Program Award.  More information will be included in the letter you receive about the decision on your application.

You can choose to submit a new compensation award application in the future if your circumstances change.

### 23.  Can I reject my Claims Program Award?

Yes.  If you are not satisfied with your award, you can choose to mediate your claim.  Mediation is a process for parties (you and Monsanto) to resolve a dispute outside of court.  A mediator, or neutral third party, will hear the dispute and make a decision.  If you are dissatisfied with the results of the mediation process, you may appeal your mediation offer to the Settlement Administrator.  Appeals may be taken to only the Settlement Administrator, not the Court.

### 24.  Do I have to pay a fee to appeal the results of my Claims Program Award?

No.  You do not need to pay a fee to appeal either the determination of whether you are eligible for an award or the amount of your award.

### 25.  If my application for a compensation award is denied, can I submit another application?

Yes.  Even if you are not awarded a compensation award, you may submit additional applications in the future.  However, the claims administrator may stop you from submitting applications that do not contain new information (or information that is significantly different than what you already submitted).

### 26.  Will Monsanto continue the Compensation Fund after the initial settlement period ends?

Maybe.  Class Counsel will negotiate with Monsanto to continue the Compensation Fund after the initial settlement ends, in at least four years (see Question 5).

The Court will need to approve any extension of the Compensation Fund.  If the Court does not approve the extension of the Compensation Fund or if Monsanto wants to end the program, any settlement class members who did not (1) accept and receive a compensation award and (2) sign a full release will be able to individually sue Monsanto for compensatory damages involving their exposure to Roundup Products.  If the parties do not agree to extend the Compensation Fund, Monsanto will be obligated under certain circumstances to make an additional $200 million "End Payment," all or part of which will go toward compensation awards.

## DIAGNOSTIC ACCESSIBILITY GRANT PROGRAM

### 27.  What is the diagnostic accessibility grant program?

The diagnostic accessibility grant program distributes grants to medical providers in certain geographic regions, as well as to telehealth providers, across the United States.  It will fund and facilitate diagnostic evaluations of settlement class members who may have NHL.

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP**
**PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB**

**28.  Why is the diagnostic accessibility grant program included?**

The diagnostic accessibility grant program is intended to increase access to NHL diagnostic evaluation among settlement class members.  It will include distributing grants to medical providers and telehealth providers in specified service areas to address regional disparities in such access.

**29.  What are the common symptoms of Non-Hodgkin's Lymphoma?**

According to the Mayo Clinic, common symptoms NHL include:
- Painless, swollen lymph nodes in your neck, armpits or groin;
- Abdominal pain or swelling;
- Chest pain, coughing or trouble breathing;
- Persistent fatigue;
- Fever;
- Night sweats; and
- Unexplained weight loss

**30.  Can I participate in the diagnostic accessibility grant program?**

You can participate in the diagnostic accessibility grant program if you have successfully registered to participate in the settlement, have not been diagnosed with NHL, have been exposed to Roundup Products through the mixture or application of those products, and submit an application that is approved.  The application is available on the website or by calling the toll-free number.

If you are a spouse, parent, or dependent child of a settlement class member, or have a relationship with a settlement class member that would enable you to bring a lawsuit against Monsanto because of that relationship, you cannot participate in the diagnostic accessibility grant program unless you independently satisfy all the criteria for participation in the program as noted above.

**31.  What do I receive if I participate in the diagnostic accessibility grant program?**

If you participate in the diagnostic accessibility grant program, you may be able to receive a free diagnostic evaluation for NHL.

If you qualify to participate and your application to participate in the diagnostic accessibility grant program is approved, it does not guarantee that you will receive any particular type of medical test or that you will be able to obtain a diagnostic evaluation from the medical provider of your choosing.  A list of available medical providers, or opportunities for telehealth appointments, will be available at www.RoundupClass.com or by calling the toll-free number.

**32.  How do I apply to participate in the diagnostic accessibility grant program?**

You can submit an application online at www.RoundupClass.com or by mail.  Your application must include the registration number you received when you registered to participate in the settlement, confirmation that you have not previously been diagnosed with NHL, and proof that you have been exposed to Roundup Products.  The different types of proof that can be submitted are listed in the application and available online or by calling the toll-free number.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

14

**33. Is there a deadline to participate in the diagnostic accessibility grant program?**

Yes, but at the time of this notice the deadline to participate in this program is not set but will not be before 2025. You must also have registered to be a settlement class member (see Question 1). The exact date of the deadline to participate in the diagnostic accessibility grant program will be posted on the website.

**34. What medical providers can receive grants to participate in the diagnostic accessibility grant program?**

Medical providers, including telehealth service providers, who qualify under the terms of the settlement agreement and the diagnostic accessibility grant program will be able to apply to receive grants under the diagnostic accessibility grant program.

**35. How will I find medical providers in my area that participate in the diagnostic accessibility grant program?**

After the settlement is granted final approval and any appeals are resolved, an outreach program will inform settlement class members of the medical providers (in-person and/or telehealth) that are available to provide NHL diagnostic evaluations to qualifying settlement class members.

### RESEARCH FUNDING PROGRAM

**36. What is the research funding program?**

The research funding program will be established to fund medical and/or scientific research into diagnosis and treatment of NHL.

**37. Can I participate in the research funding program?**

Settlement class members may have the opportunity to actively participate in the research conducted in the research funding program. The lawyers for the class (known as "Class Counsel") and Monsanto's counsel will create a process for you to participate, if you qualify. There is no guarantee that settlement class members will be able to participate in the research conducted through the program. More information will be available at the website, www.RoundupClass.com.

**38. When will the research funding program begin?**

The research funding program will begin after the district court grants final approval of the settlement. Class Counsel and Monsanto's counsel will then request and accept proposals for medical and/or scientific research into the diagnosis and treatment of NHL from medical and scientific professionals and entities.

### OTHER SETTLEMENT BENEFITS

**39. How will product labels change?**

Within 180 days after the district court grants final approval of the settlement, Monsanto will request permission from the EPA to add information to Roundup Products' labels. They will ask if the labels can provide links to relevant scientific evidence and materials related to whether exposure to Roundup Products causes NHL.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

15

If the EPA approves the label change, Monsanto will (a) include this label information on all Roundup Products it manufactures or sells, (b) request that all other manufacturers and sellers of Roundup Products include this label information, and (c) stop selling glyphosate or Roundup Products to any such manufacturer or seller who declines such request, subject to any contractual limitations.

Any Roundup Products already manufactured or in the commercial process or market will be allowed to be sold for a period of time.  Monsanto or any other manufacturer or seller or Roundup Products will not have to recall, collect, or change the label of any Roundup Products already in the commercial process or the market.

| 40.  What is the free Legal Services Program? |
| --- |

The Legal Services Program provides free legal advice to settlement class members related to this settlement, including assisting them in applying for settlement benefits and understanding all of their rights and options (including their right to exclude themselves from or object to the settlement).  Class Counsel administers the Legal Services Program and supervises any additional law firm(s) hired to provide these services. This program operates to assist class members in deciding whether to exclude yourself from, object to, or participate in the settlement.  If you would like to participate in this program, free of charge, you can call 1-8XX-XXX-XXXX or email info@RoundupClass.com.

## SCIENCE PANEL

| 41.  What is the science panel? |
| --- |

The science panel is an advisory panel of independent experts, funded by the settlement, that will examine specified existing scientific evidence in an attempt to determine whether being exposed to Roundup Products can cause NHL in humans, and, if so, at what minimum dosage level.  Within four years after it begins, the science panel will finish its work.  More details are provided in the settlement agreement, which is available at the website, www.RoundupClass.com, or by calling 1-8XX-XXX-XXXX.

| 42.  How can the science panel determination be used? |
| --- |

You or Monsanto can use any science panel determination as evidence in any lawsuit involving Roundup Products.  Neither side can object to the use of this evidence but either side can contest the science panel's determination or introduce additional evidence to support their case.  The settlement class or Monsanto may depose each member of the science panel, and that testimony may be used as evidence in future litigation where the science panel determination is used.

The science panel determination is not legally binding on any party, judge, or jury.

| 43.  What if new evidence is available after the science panel completes its work? |
| --- |

Beginning two years after the science panel reports its determination, either Monsanto or a settlement class member diagnosed with NHL may challenge the admissibility into evidence of the science panel's determination in lawsuits involving Roundup Products.  The challenge would need to be based upon new scientific evidence that makes the science panel's determination invalid or unreliable.

More details are provided in the settlement agreement, available at the website or by calling 1-8XX-XXX-XXXX.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

16

**44.  Who will be on the science panel, and who determines this?**

The science panel will be made up of seven recognized experts who are independent and appropriately credentialed epidemiologists, biostatisticians, hematologists/oncologists, and/or toxicologists, or scientific or medical professionals with similar backgrounds and qualifications.  The parties (or a third-party agreed upon by the parties) will select at least six of the panel members.  The six panel members will select the seventh member, unless the parties agree on the seventh (or agree on a third-party to make the selection).  Panel members selected by an individual party must be approved by the Court.

Science panel members' names will be available at the Settlement Website.

**45.  What evidence will the science panel consider?**

The science panel will consider the following evidence:

- Published United States Environmental Protection Agency ("EPA"), Health Canada, Joint FAO/WHO Meeting on Pesticide Residues ("JMPR"), European Chemicals Agency ("ECHA"), European Food Safety Authority ("EFSA"), New Zealand, Japanese, and Australian carcinogenicity assessments of glyphosate, glyphosate-based herbicides, and/or surfactants;
- IARC Monograph 112 regarding glyphosate;
- All published studies and reviews regarding glyphosate, glyphosate-based herbicides, and/or surfactant epidemiology, exposure/dose, animal toxicology, genotoxicity, and chemical structure and activity;
- All registrant-supplied studies and data submitted to EPA, Health Canada, JMPR, ECHA, EFSA, New Zealand, Japanese, and Australian pesticide regulatory authorities concerning glyphosate, glyphosate-based herbicides, and/or surfactants regarding epidemiology, exposure/dose, animal toxicology, genotoxicity, and chemical structure and activity, provided that if the science panel believes that the underlying data for a particular study is necessary for a complete review of that study, the Science Panel will not consider that study unless such underlying data are contained within the document productions made as of February 3, 2021 by anyone in prior litigation involving Roundup Claims or are otherwise publicly available.

The science panel may consider additional scientific evidence that is published in a peer-reviewed journal if at least five science panel members agree that the evidence should be considered.

# THE CLASS ACTION PROCESS

**46.  What is this notice about?**

The Court overseeing this proposed class action settlement authorized this notice to inform you how you may be affected by the settlement.  This notice describes the lawsuit, the general terms of the proposed settlement, and what it may mean to you.  It also explains how to participate in, or exclude yourself from, the settlement.

Judge Vince Chhabria of the United States District Court for the Northern District of California is in charge of this case.  The case name is *Ramirez v. Monsanto Company*, No. 3:16-md-02741-VC & 3:19-cv-02224-VC (N.D. Cal.).  The people who sued are called the "Plaintiffs."  Monsanto is the "Defendant."

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

17

### 47.  Why is this a class action?

In a class action, the plaintiffs who file the lawsuit act as "class representatives" and sue on behalf of themselves as well as other people who have similar claims.  This group of people is called the "class," and the people in the class are called "class members."  One court resolves the issues presented for all class members, except for people who exclude themselves from the class.

### 48.  Why is there a settlement?

Plaintiffs and Monsanto agreed to a settlement.  It avoids the cost to both sides and risk associated with a trial and ensures that class members receive benefits.  The Court has not ruled in favor of Plaintiffs or Monsanto.  Class Counsel and the Class Representatives believe the settlement is in the best interest of the class.

### 49.  What is this lawsuit about?

Roundup weed killer is one of the leading and most widely used herbicide products in the United States.  Roundup weed killer contains glyphosate, which is also an ingredient in other similar products (see Question 10).  The lawsuit claims that exposure to Roundup Products can cause a type of cancer called NHL (see Question 11).  Monsanto denies this claim and denies any wrongdoing.

## WHAT CLASS MEMBERS GIVE UP

### 50.  What are punitive and compensatory damages?

Courts will sometimes make a defendant pay punitive damages, in the form of a monetary award, to discourage a defendant and others from committing similar acts in the future or punish them for their actions.  Punitive damages are different than compensatory damages.

The Court awards compensatory damages to pay people for their losses (including present or future medical bills, lost wages, pain and suffering, and emotional harm).

Punitive damage awards may be larger than compensatory damages in some instances, but they are awarded in a small percentage of cases.

### 51.  What claims do I give up if I participate in the settlement?

If the settlement is approved, in exchange for the settlement benefits, settlement class members who do not exclude themselves from the Settlement (see Questions 54 through 57), including those who do nothing, will:

- Not be able to claim punitive damages or seek medical monitoring in Roundup Lawsuits against Monsanto (or related parties).  Although most settlement class members would not be able to seek medical monitoring, in some cases where the diagnostic assistance grant program services were not reasonably available to the settlement class member, that individual could still seek medical monitoring.
- Not be able to bring certain claims against Monsanto (or related parties) related to the settlement, including the advisory science panel, your participation (if any) in the diagnostic accessibility grant program, administration of the settlement agreement, and certain liens and certain government reimbursements in connection with the compensation program.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

18

Settlement class members who accept and receive a compensation award agree not to sue Monsanto (or related parties) for any claim related to NHL and their exposure to Roundup Products.  If you stay in the settlement class and do not receive a compensation award, you will keep your right to sue Monsanto and related parties for compensatory damages related to exposure to Roundup Products, may not sue for punitive damages, and must wait for at least four years to sue.

In this case related parties means anyone who has, and will ever in the future, act as a:

- Manufacturer, formulator, distributor, marketing agent, commissionaire, reseller, retailer, clinical researcher, agent, licensee, contractor, joint venture, joint venturer, and consultants of Roundup Products, and
- Supplier of materials, components, and services used to develop, register, formulate, manufacture, distribute, handle, sell or market Roundup Products.

This Notice is only a summary.  To learn more specific details about this Settlement and the claims you will release, please read the Settlement Agreement, available at www.RoundupClass.com.

**52.  Will I keep my rights to sue Monsanto for damages if I apply for a Claims Program Award or Accelerated Payment Award?**

It depends on which program you apply to and whether you receive a compensation award.

| | |
|---|---|
| **You apply for, accept, and receive a Claims Program Award:** | You give up your right to individually sue Monsanto and related parties for *any damages* related to Roundup and NHL, including all compensatory damages, punitive damages, and medical monitoring (see Questions 50 to 51 and 54). You may not participate in any other class action related to such claims. |
| **You apply for and are found eligible for an Accelerated Payment Award:** | You give up your right to sue Monsanto and related parties for *any* damages related to Roundup and NHL, including compensatory damages, punitive damages, and medical monitoring (see Questions 50 to 51 and 54).  You may not participate in any other class action related to such claims,<br><br>You cannot reject an award through the Accelerated Payment Program.  By applying, you agree that you will give up your right to sue Monsanto for damages related to Roundup and NHL in exchange for the $5,000 payment. |
| **You are awarded but reject a Claims Program Award:** | You keep your right to sue Monsanto for compensatory damages after the initial settlement period (at least four years).  You may not claim punitive damages or seek medical monitoring in Roundup Lawsuits against Monsanto or related parties (see Questions 50 to 51 and 54). |
| **You are determined to be ineligible for a Claims Program Award:** | You keep your right to sue Monsanto for compensatory damages after the initial settlement period (at least four years).  You may not claim punitive damages or seek medical monitoring in Roundup Lawsuits against Monsanto or related parties (see Questions 50 to 51 and 54). |

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP**
**PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB**

19

| **You are determined to be ineligible for an Accelerated Payment Award:** | You keep your right to sue Monsanto for compensatory damages after the initial settlement period (at least four years). You may not claim punitive damages or seek medical monitoring in Roundup Lawsuits against Monsanto or related parties (see Questions 50 to 51 and 54). |
|---|---|
| **If the Compensation Fund runs out of money before you receive an award:** | You keep your right to sue Monsanto for compensatory damages after the initial settlement period (at least four years). You may not claim punitive damages or seek medical monitoring in Roundup Lawsuits against Monsanto or related parties (see Questions 50 to 51 and 54). |

Statutes of limitations (the deadlines for filing individual lawsuits) will be tolled (stopped) for settlement class members during the operation of the settlement compensation programs (at least four years).

**53. If I sue Monsanto before applying for a Claims Program Award or Accelerated Payment Award, can I still apply for a compensation award?**

No. If you sue Monsanto for compensatory damages before you apply for a compensation award, you give up your right to apply for a compensation award. However, if you did not exclude yourself from the Settlement and you sue Monsanto during the initial settlement period, your claims will be stayed and the statutes of limitations (the deadlines for filing individual lawsuits) will be tolled (stopped) for the duration of the settlement compensation programs (at least four years).

## EXCLUDING YOURSELF, OBJECTING, AND CLASS MEMBER REPRESENTATION

**54. How do I get out of the settlement class?**

If you don't want benefits from this settlement, but you want to keep the right to sue Monsanto on your own about the legal issues in this case, then you must take steps to exclude yourself from (or "opt-out" of) the settlement class.

To exclude yourself from (or "opt-out" of) the settlement class, you must mail or electronically submit a letter or written request on or before **Month XX, 2021**. You can also exclude yourself online at www.RoundupClass.com. Your request must include:

- Your name, address, telephone number; and date of birth;
- A copy of your government-issued or other genuine identification (e.g., your social security card or driver's license, etc.);
- A statement saying, "I wish to exclude myself from the settlement class in *Robert Ramirez* v. *Monsanto Company*, No. 3:16-md-02741-VC & 3:19-cv-02224-VC;" and
- Your signature. (You must personally sign the letter.)

Your exclusion request must be postmarked or electronically submitted no later than **Month XX, 2021**:
- Submit your request online at www.RoundupClass.com,
- Email your request to XXXX, or
- Mail your request to:

Roundup Settlement
P.O. Box XXXX
City, ST XXXXX-XXXX

**VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP**
**PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB**

**55.  If I do not exclude myself, can I sue Monsanto for the same thing later?**

Yes.  However, if you do not exclude yourself from the class, you will lose your right to seek to recover punitive damages (see Question 50) or medical monitoring from Monsanto in any future Roundup lawsuit.

**56. If I exclude myself, can I still get benefits?**

No.  If you exclude yourself, you will not get any benefits from the settlement.  However, you can choose to cancel your exclusion (or opt-out) request so you can receive benefits (*see* Question 57).

**57. How do I cancel my exclusion request?**

If you exclude yourself from the settlement class, you can cancel your previous exclusion (or opt-out) request by submitting a written request online at www.RoundupClass.com, emailing your request to xxx@RoundupClass.com, or mailing your request to: Roundup Settlement, P.O. Box XXXX, City, ST XXXXX-XXXX.  Your request must state, "I wish to revoke my request to be excluded from the settlement class."  Your request must include your name, address, telephone number, date of birth, and signature.  Your request to cancel your exclusion request must be received before the district court grants final approval of the settlement.

**58.  Do I have a lawyer in this case?**

Yes.  The Court has appointed a number of lawyers to represent all settlement class members as "Class Counsel" and "Subclass Counsel" without charge to you.  They can advise you about your rights and options under the settlement (including your rights to exclude yourself from or object to the settlement).

They are:

| | |
|---|---|
| Elizabeth J. Cabraser<br>Robert L. Lieff<br>Steven E. Fineman<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111<br>Telephone: 415.956.1000 | James R. Dugan, II<br>TerriAnne Benedetto<br>THE DUGAN LAW FIRM, APLC<br>One Canal Place<br>365 Canal Street, Suite 1000<br>New Orleans, LA 70130<br>Telephone: 504.648.0180 |
| William M. Audet<br>AUDET & PARTNERS, LLP<br>711 Van Ness, Suite 500<br>San Francisco, CA 94102<br>Telephone: 415.568.2555 | Samuel Issacharoff<br>40 Washington Square South<br>Suite 411J<br>New York, NY 10012<br>Telephone: 212.998.6580 |
| Elizabeth Fegan<br>FeganScott LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606<br>Telephone: 312.741.1019 | |

VISIT www.RoundupClass.com or Call Toll-Free, 1-8XX-XXX-XXXX For Free Help
Para Recibir una notificación en Español, llama al o visitar nuestro sitio web

You will not be charged for contacting these lawyers. If you have any questions about the settlement, you can talk to the attorneys from Lieff Cabraser Heimann & Bernstein, LLP, The Dugan Law Firm, APLC, and FeganScott LLC or you can hire your own lawyer at your own expense.

- If you have been diagnosed with NHL, you are a part of Subclass 1. Subclass Counsel for Subclass 1 is William Audet of Audet & Partners, LLP.

- If you have not been diagnosed with NHL, you are a part of Subclass 2. Subclass Counsel for Subclass 2 is TerriAnne Benedetto of the Dugan Law Firm, APLC, and Elizabeth Fegan of FeganScott LLC.

In addition, you can get free legal representation in this settlement through the Legal Services Program (see Question 40). You can contact the Legal Services Program by calling 1-8XX-XXX-XXXX.

You can hire your own attorney to represent you, but the attorneys' fees and costs that your attorney may be paid can be no more than 7.5% of any award you receive from the Compensation Fund. You must pay any additional fees and costs in excess of 7.5% of the award.

> **59. What if I have already hired an attorney or filed a lawsuit against Monsanto about exposure to Roundup Products?**

If, before February 3, 2021, you began an individual (or non-class action) lawsuit or hired a lawyer about any personal injury claims about exposure to Roundup Products in the United States, you are not a member of the settlement class, and you are not affected by this notice.

> **60. How will the lawyers be paid?**

You do not need to separately pay the lawyers representing the settlement class. Monsanto will pay attorneys' fees and costs in addition to the benefits it is providing to the settlement class members in this settlement. Class Counsel will make up to 40% of Class Counsel attorneys' fees available to fund the Legal Services Program. If you hire your own lawyer you will have to pay them yourself (or arrange for them to be paid) but Monsanto will not be responsible for paying their fees.

At a later date to be determined by the Court, Class Counsel and Subclass Counsel will ask the Court to award attorneys' fees and reasonable costs. Class Counsel will also request that the Court award payments to the class and subclass representatives. At that time, the motion will be posted on the settlement website, www.RoundupClass.com, and settlement class members will have an opportunity to comment on and/or object to this request.

Monsanto has agreed to pay up to $170 million for attorneys' fees and costs. The Court will decide whether to approve and award the request for the award of attorneys' fees and costs. If the Court awards less than $170 million, the remaining amount will be added to the settlement fund.

**Any attorneys' fees and costs awarded by the Court to Class Counsel and Subclass Counsel will be paid separately by Monsanto and will not reduce the amount of money available to fund benefits to the settlement class.**

> **61. How can I tell the Court if I do not like the settlement?**

As a settlement class member, you have a right to object to or comment on any part of the proposed settlement. The Court will consider your views when deciding to approve the settlement. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court does

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

22

not approve the settlement, no settlement benefits will be paid, and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed settlement must be in writing. However, this requirement may be excused if you provide a valid reason for why you were unable to submit your objection in writing. To object, you must send a letter stating that you object to *Robert Ramirez* v. *Monsanto Company*, No. 3:16-md-02741-VC & 3:19-cv-02224-VC. Your written objection must also include:

- Your name, address, and telephone number;
- A statement that shows you are a class by describing the circumstances of your exposure;
- A written statement of your objection(s), including any specific reasons, legal support, and/or any supporting evidence you wish to bring to the Court's attention;
- Any other supporting papers, materials, or briefs that you want the Court to consider;
- A statement of whether you intend to appear or speak at the Fairness Hearing; and
- Your signature (you must personally sign the letter).

You must file or mail your objection to the Court at the address below:

| COURT |
|---|
| Class Action Clerk |
| United States District Court |
| Northern District of California |
| Phillip Burton Federal Building & United States Courthouse |
| 450 Golden Gate Avenue |
| San Francisco, CA 94102 |

Objections must be filed or postmarked on or before **Month XX, 2021**.

If you hired a lawyer to represent you and file your objection, your attorney must:
- Follow the steps to object to the settlement as listed above;
- File a notice of appearance with the Court by **Month XX, 2021**; and
- File a declaration stating every settlement class member that he/she is representing/filing an objection or a copy of the contract between them and each settlement class member.

If you make a good-faith attempt to follow the above procedures, but do not comply with one or more of the specific requirements, your objection may still be considered by the Court.

| **62. Can I both object to and exclude myself from the settlement?** |
|---|

No. If you exclude yourself you will no longer be part of the settlement. In order to object to the settlement, you must be a member of the settlement class.

## FAIRNESS HEARING

| **63. When and where will the Court decide whether to approve the settlement?** |
|---|

The Court will hold a Fairness Hearing at **X x.m.** on **Month XX, 2021**, at the United States District Court for the Northern District of California, in Courtroom X, Phillip Burton Federal Building & United States Courthouse, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

23

The hearing may be moved to a different date or time without additional notice, so check www.RoundupClass.com or the Court's Public Access to Court Electronic Records (PACER) system for updates.  At the Fairness Hearing, the Court will consider whether the settlement is fair, reasonable, and adequate.  If there are objections or comments, the Court will consider them at that time.  After the hearing, the Court will decide whether to approve the settlement.  We do not know how long these decisions will take.

The Court will consider the request for attorneys' fees and reasonable costs by Class Counsel (see Question 60) after the Fairness Hearing, at a time that will be set at a later date by the Court.

## 64.  Do I have to attend the hearing?

No.  Class Counsel and Subclass Counsel will attend the hearing and answer the Court's questions.  If you sent or filed an objection, the Court will consider it even if you do not attend, as long as it was sent on time. You may, however, attend the Final Approval Hearing at your own expense, or pay your own lawyer to attend.

## 65.  May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must include a statement in your written objection that you intend to appear at the hearing.  You cannot speak at the hearing if you exclude yourself from the class.

### GETTING MORE INFORMATION

## 66.  Where can I get more information?

This Notice summarizes the proposed settlement.  More details are provided in the settlement agreement, available at the website or by calling 1-8XX-XXX-XXXX.

You can get more information, including answers to questions about the settlement and important documents about the case, including a full copy of the settlement agreement, any motions for approval and attorney's fees, and the Court's order approving the settlement, by visiting www.RoundupClass.com, emailing info@RoundupClass.com, calling 1-8XX-XXX-XXXX, or writing to Roundup Settlement, P.O. Box 0000, City, ST 00000-0000.

You may also be able to access the settlement agreement and other Court documents by (a) accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or (b) by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

VISIT WWW.ROUNDUPCLASS.COM OR CALL TOLL-FREE, 1-8XX-XXX-XXXX FOR FREE HELP
PARA RECIBIR UNA NOTIFICACIÓN EN ESPAÑOL, LLAMA AL O VISITAR NUESTRO SITIO WEB

24