# WHEATMAN DECLARATION

# EXHIBIT C

# SUPPLEMENTAL SPANISH PUBLICATION NOTICE



# Did you use weed killers or work in areas where they were applied?

Anyone exposed to Roundup, the most widely used weed killer, through their work or personal use, could benefit from a $2 billion legal settlement.  The lawsuit claims that Roundup Products cause Non-Hodgkin's Lymphoma ("NHL"), a blood cancer.

## ON FIELDS, FARMS, GARDENS, GROUNDS, OR OTHER PROPERTIES

**UNDOCUMENTED AND FOREIGN WORKERS ARE INCLUDED**

Roundup comes in a variety of containers, from small bottles for home-use to large tanks of concentrate used for commercial applications.  It may be sold as Roundup or under other brand names.  It is frequently used in agriculture, landscaping, and groundskeeping.  **Ask your boss or your coworkers if you are not sure if you were exposed to Roundup Products**.

Details about the Settlement and a list of all the included Roundup Products are available on the website, or by calling the toll-free number below.

**Common symptoms of NHL:** can include swollen lymph nodes, unexplained weight loss, abdominal pain, chest pain, fatigue, breathing difficulty, night sweats, and fever.

### Settlement Benefits

| If diagnosed with NHL, you could receive up to $200,000 | **OR** | If not sick, you may be eligible for a free medical evaluation to diagnose NHL early. |
|---|---|---|

**Important Information About Your Rights:** If you have been exposed to weed killers, even if you are not sure that it was Roundup, it is critical to get complete information.  Your legal rights and ability to get compensation if diagnosed with NHL in the future are affected by this settlement.  If you do nothing, you will keep your right to sue Monsanto and related parties about any compensatory damage claims (such as costs to treat NHL, lost wages, and pain and suffering) but will not be able to sue for punitive and certain other damages.

**Register for Benefits:** You *must* register to be eligible for money or a medical evaluation.  Register online or by phone.  Free legal assistance and help is available if needed.  You have at least four years to claim benefits.

## Questions or Need Free Help Registering for Benefits?

**1-8XX-XXX-XXXX** (Spanish, Mixteco, Zapotec, & Triqui available)

### www.AcuerdoRoundup.com