Elizabeth J. Cabraser (SBN 083151)
Robert L. Lieff (SBN 037568)
Steven E. Fineman (SBN 140335)
Andrew R. Kaufman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
ecabraser@lchb.com

William M. Audet (SBN 117456)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555

James R. Dugan, II
TerriAnne Benedetto
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580

Elizabeth A. Fegan
Melissa Ryan Clark
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
Telephone: 312.741.1019

*Counsel for Plaintiffs and the Proposed Class
(additional counsel listed below)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **PLAINTIFFS' OPPOSITION TO MELINDA SLOVITER'S MOTION TO STRIKE THE DECLARATION OF JOHN C. COFFEE** |
| *Ramirez, et al. v. Monsanto Co.*, Case No. 3:19-cv-02224 | Date: May 12, 2021<br>Time: 10:00 AM<br>Judge: Honorable Vince Chhabria |

The motion filed by Ms. Sloviter to strike the Declaration of Professor John C. Coffee, Jr. should be denied for the same reasons set out in Plaintiffs' opposition to the similar motion filed by the Gee Objectors (Doc. 12937). This elaborate and unusual effort to keep the Court from considering the views of persons with relevant and unique expertise suggests what is really happening here is that the challenged declarations include information that the objectors do not want to Court to hear or have little answer for.

As this motion targets Professor Coffee specifically, Plaintiffs submit a list of class settlement approval-related decisions citing his declarations or testimony:

- *In re Oil Spill be Oil Rig Deepwater Horizon*, 295 F.R.D. 112, 134-38 (E.D. La. 2013);

- *In re Citigroup Inc. Sec. Litig.*, 965 F. Supp. 2d 369, 384, 400, 401 (S.D.N.Y. 2013);

- *In re Am. Int'l Grp., Inc. Sec. Litig.*, No. 04-8141, 2012 WL 345509, at *4-5 (S.D.N.Y. Feb. 2, 2012);

- *In re Enron Corp. Sec., Derivative & ERISA Litig.*, 586 F. Supp. 2d 732, 741-42 (S.D. Tex. 2008);

- *In re Visa Check/Mastermoney Antitrust Litig.*, 297 F. Supp. 2d 503, 511 (E.D.N.Y. 2003), *aff'd*, 396 F.3d 96, 119 (2d Cir. 2005);

- *Georgine v. Amchem Prod., Inc.*, 157 F.R.D. 246, 306 (E.D. Pa. 1994) (Professor Coffee testifying in support of objectors);

- *In re Rite Aid Corp. Sec. Litig.*, 146 F. Supp. 2d 706, 714-15 (E.D. Pa. 2001);

- *In re Diet Drugs*, MDL No. 1203, 2000 WL 1222042, at *7 (E.D. Pa. Aug. 28, 2000), *aff'd*, 275 F.3d 34 (3d Cir. 2001); and

- *Shaw v. Toshiba Am. Info. Sys.*, 91 F. Supp. 2d 942, 988 (E.D. Tex. 2000).

Dated: April 22, 2021    Respectfully submitted,

           */s/ Elizabeth J. Cabraser*
           Robert L. Lieff (of counsel) (SBN 037568)
           Elizabeth J. Cabraser (SBN 083151)
           Kevin R. Budner (SBN 287271)
           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
           275 Battery Street, 29th Floor
           San Francisco, California 94111-3339
           Telephone: 415.956.1000
           Facsimile: 415.956.1008
           rlieff@lchb.com
           ecabraser@lchb.com
           kbudner@lchb.com

           Steven E. Fineman (SBN 140335)
           Wendy R. Fleishman
           Rhea Ghosh
           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
           250 Hudson Street, 8th Floor
           New York, NY 10013
           Telephone: 212.355.9500
           sfineman@lchb.com
           wfleishman@lchb.com
           rghosh@lchb.com

           Andrew R. Kaufman
           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
           222 2nd Avenue South, Suite 1640
           Nashville, TN 37201
           Telephone: 615.313.9000
           akaufman@lchb.com

           Elizabeth A Fegan
           *Proposed Subclass 2 Counsel*
           FEGAN SCOTT LLC
           150 S. Wacker Dr., 24th Floor
           Chicago, IL 60606
           Telephone: 312.741.1019
           beth@feganscott.com

Melissa Ryan Clark
FEGAN SCOTT LLC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: 347.353.1150
Melissa@feganscott.com

James R. Dugan, II
TerriAnne Benedetto
*Proposed Subclass 2 Counsel*
David S. Scalia
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: 504.648.0180
jdugan@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
dscalia@dugan-lawfirm.com

William M. Audet (SBN 117456)
*Proposed Subclass 1 Counsel*
Ling Y. Kuang (SBN 296873)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA 94102-3229
Telephone: 415.568.2555
waudet@audetlaw.com
lkuang@audetlaw.com

Samuel Issacharoff
40 Washington Square South
Suite 411J
New York, NY 10012
Telephone: 212.998.6580
si13@nyu.edu

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 22, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                                                /s/ *Elizabeth J. Cabraser*
                                                Elizabeth J. Cabraser