Bryce T. Hensley
Illinois State Bar No. 6327025
**Romanucci & Blandin, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
312-253-8800
bhensley@rblaw.net
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| | Case No. 3:16-MD-2741-VC |
| This Document relates to: | The Honorable Judge Vince Chhabria |
| *Meghan Caruso, et al. v. Russo Hardware, et al.* | **PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED ENTRY OF ORDER TO REMAND** |
| USDC – NDIL No. 1:19-cv-7121 | |
| USDC – NDCA No. 3:20-cv-01017-VC | **Hearing Date: Thursday, May 28, 2021 at 10:00 a.m.** |

## NOTICE OF HEARING

**YOU ARE HEREBY NOTIFED** that there will be a hearing in the above-styled civil action on: Plaintiff's Unopposed Motion for Expedited Entry of Order to Remand on **May 28, 2021 at 10:00 a.m. P.S.T.**, before the Honorable Judge Vince Chhabria, San Francisco Courthouse, Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. You may appear and protect your interests if you so desire.

Respectfully Submitted.

**Date: April 23, 2021**

/s/ Bryce T. Hensley
Illinois State Bar No. 6327025
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-8800
bhensley@rblaw.net

Bryce T. Hensley
Illinois State Bar No. 6327025
**Romanucci & Blandin, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
312-253-8800
bhensley@rblaw.net
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL Docket No. 2741 |
| | Case No. 3:16-MD-2741-VC |
| This Document relates to: | The Honorable Judge Vince Chhabria |
| *Meghan Caruso, et al. v. Russo Hardware, et al.* | **PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED ENTRY OF ORDER TO REMAND** |
| USDC – NDIL No. 1:19-cv-7121 | |
| USDC – NDCA No. 3:20-cv-01017-VC | **Hearing Date: Thursday, May 28, 2021 at 10:00 a.m.** |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED ENTRY OF ORDER TO REMAND

Plaintiff Meghan Caruso, as Independent Executor of the Estate of John Caruso, deceased, by and through her attorneys, Romanucci & Blandin, LLC, now moves this Honorable Court for the expedited entry of an order to remand her case to the Circuit Court of Cook County, Illinois. In support thereof, she states as follows:

## RELIEF SOUGHT

This case settled on a confidential basis five months ago. At the time this Motion will be heard, Meghan Caruso's lawsuit on behalf of her deceased husband, herself, and their now-4-year-old son will have been pending for over two-and-a-half years.

Following the confidential settlement in December 2020, both parties agreed to and filed a Joint Stipulation remanding the case back to the Circuit Court of Cook County for the sole purpose of effectuating settlement in January 2021. Since that time, Meghan has been patiently awaiting the entry of the Proposed Order filed alongside that Joint Stipulation. No objections have been made, no good cause exists to deny the remand, and both parties agree that the remand should be effectuated. Meghan Caruso now seeks entry of an order remanding the case to the Circuit Court of Cook County for the purpose of effectuating the settlement.

## ARGUMENT

1.      Meghan Caruso is the widow of John Caruso, who died at the age of 33 from non-Hodgkin's lymphoma.

2.      Meghan Caruso is also the mother and now sole caretaker of her and John Caruso's only child, 4-year-old John "Jack" Caruso, Jr.

3. In October 2018, Meghan Caruso filed her lawsuit against the Defendants in this matter, which was eventually removed to the United States District Court for the Northern District of Illinois just under a year later in October 2019. Dkt. 1 (Monsanto's Notice of Removal).[1]

4. Meghan then initiated an aggressive fight to have her case remanded to the Circuit Court of Cook County. *See* Dkt. 10 (Initial Motion to Remand); Dkt. 23 (Initial Reply in Support of Motion to Remand).

5. Notwithstanding those efforts, Meghan's lawsuit was transferred to the United States District Court for the Northern District of California and before this Court in the pending Multidistrict Litigation. Dkts. 25-27.

6. Once again, Meghan briefed the issue of remanding her case, only this time relying on Ninth Circuit precedent. Dkts. 30-31 (Second Motion to Remand and Brief in Support)

7. On March 26, 2020, briefing on Meghan's Second Motion to Remand her case concluded when she filed her Reply in Support. Dkt. 37.

8. In November 2020, after approximately nine months, Meghan's Counsel and Defendants' Counsel began discussing the parameters of a mediation in an attempt to resolve her lawsuit.

9. On December 18, 2020, that mediation proceeded before the Honorable Glenn Norton and the parties reached a confidential settlement.

10. On December 23, 2020, the parties agreed that this lawsuit should be remanded to the Circuit Court of Cook County for the sole purpose of effectuating settlement in the case,

---

[1] All references to the federal docket shall be notated by "Dkt." and shall reference the individual case docket number for 3:20-cv-01017-VC.

without prejudice to the merits of either side's position as to the propriety of removal, and with the parties bearing their own attorney's fees and costs. Dkt. 43.

11. On January 12, 2021, after a few weeks of discussions between the parties, Monsanto filed a Joint Stipulation Regarding the Remand of this lawsuit, which also included a Proposed Order for entry effectuating that remand per the agreement of the parties. Dkt. 43.

12. At the time of the filing of this motion, Meghan's case remains pending in the federal MDL.

13. Meghan's agreement to the confidential settlement was premised, in large part, on the fair compensation she would receive on behalf of John's Estate for her and her toddler son.

14. Meghan's agreement to the confidential settlement was also premised, in large part, on the expectation that those funds would be disbursed to her in a timely manner not long after the agreement was reached.

15. Meghan is a single mother working full-time and also takes care of her young son. She agreed to the confidential settlement in reliance on the disbursement of those funds in a timely manner.

16. At the time this matter will be heard, over five months will have passed since the confidential settlement was reached.

17. As this matter relates to the death of an individual and the disbursement of proceeds to an estate that has a minor child as an heir, the matter must be probated.

18. Meghan opened John's Estate in the Circuit Court of Cook County and the matter must be probated and resolved there.

19. Meghan is now in the tragic position of losing her husband after just 2.5 years of marriage, being left alone to raise her 4-year-old son, having to provide for him on a daily basis and with limited funds to do so.

20. Meghan is in need of the funds for this settlement in order for her to provide for Jack and herself moving forward.

21. Both parties agreed to settle this matter and both parties have agreed that this matter should be remanded to the Circuit Court of Cook County for the purposes of effectuating settlement. *See* Dkt. 43.

22. No objection has been made and no good cause exists to delay the remand of this action to the Circuit Court of Cook County.

23. Meghan's Counsel conferred with Defendants' Counsel on April 22, 2021 and Defendants' Counsel do not oppose the filing of this Motion or the entry of the Proposed Order filed with the Parties' Joint Stipulation Regarding Remand on January 12, 2021. Dkt. 43-1.[2]

WHEREFORE, Meghan Caruso, as Independent Executor of the Estate of John Caruso, deceased, would respectfully request that the Court enter the Proposed Order previously filed on January 12, 2021 with the Parties' Joint Stipulation Regarding Remand.

Respectfully Submitted and Attested to by,

**Date: April 23, 2021**

/s/ Bryce T. Hensley
Illinois State Bar No. 6327025
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-8800
bhensley@rblaw.net

---

[2] Meghan Caruso has reattached that Proposed Order as the Proposed Order alongside this Motion.

## CERTIFICATE OF SERVICE

I, Bryce T. Hensley, Counsel for Plaintiff, hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which sends notification of such filing to the following CM/ECF participants and counsel of record. Further, for those that are not CM/ECF participants, Notice shall be sent via email with the foregoing and accompanying documents attached:

Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC 20005
elasker@hollingsworthlp.com
mcalhoun@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company, Inc.*

Brett Michael Mares
Heyl Royster Voelker & Allen
33 N. Dearborn Street
7th Floor
Chicago, IL 60602
bmares@heylroyster.com
*Attorney for Intervenor University of Illinois-Chicago*

**Date: April 23, 2021**	/s/ Bryce T. Hensley
	Illinois State Bar No. 6327025
	**ROMANUCCI & BLANDIN, LLC**
	321 N. Clark Street, Suite 900
	Chicago, IL 60654
	312-253-8800
	bhensley@rblaw.net
	*Counsel for Plaintiff*