Eric Policastro, CA Bar No. 264605
N. Majed Nachawati
S. Ann Saucer
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. 214.890.0711 / Fax 214.890.0712
epolicastro@fnlawfirm.com
mn@fnlawfirm.com
asaucer@fnlawfirm.com

***Counsel for Objectors Howard Gee, Jr.,
Arleen Ward, Noel Alvarez, and William
Lawrence Craven***

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to: | **NOTICE OF CHANGE IN COUNSEL** |
| Ramirez, et al. v. Monsanto Co. | |
| Case No. 3:19-cv-02224 | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Arati C. Furness is no longer participating in this case.
Eric Policastro of Fears Nachawati, PLLC continues to serve as counsel for the Objectors Howard
Gee, Jr., Arleen Ward, Noel Alvarez, and William Lawrence Craven.

Dated: April 23, 2021

Respectfully Submitted,

*/s/ Eric Policastro*
Eric Policastro, CA Bar No. 264605
N. Majed Nachawati
S. Ann Saucer
FEARS NACHAWATI, PLLC
5473 Blair Road

NOTICE OF CHANGE IN COUNSEL
Case No. 16-md-02741-VC

Dallas, Texas 75231
Tel. 214.890.0711 / Fax 214.890.0712
epolicastro@fnlawfirm.com
mn@fnlawfirm.com
asaucer@fnlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2021, a copy of the foregoing was

filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all

appearing parties of record.

*/s/ Eric Policastro*
Eric Policastro
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
epolicastro@fnlawfirm.com

NOTICE OF CHANGE IN COUNSEL
Case No. 16-md-02741-VC