Zachary Fayne
Zachary.fayne@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Tel.: (415) 471-3100
Fax: (415) 471-3400

(additional counsel on signature page)
Attorneys for Defendant Monsanto Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Ramirez, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-02224 | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**RESPONSE IN OPPOSITION TO MOTION TO REQUIRE JEREMY J. WIECK TO PRODUCE THE COMPLETE CASE MANAGEMENT DATABASE AND EXCEL SPREADSHEETS WHICH HE CONSIDERED FOR HIS TESTIMONY, OR IN THE ALTERNATIVE, TO STRIKE HIS DECLARATION**<br><br>Date: May 12, 2021<br>Time: 10:00 AM<br>Place: Courtroom 4, 17th Floor (Videoconference)<br>Judge: Honorable Vince Chhabria |

1    The Monsanto Company, defendant in the above-captioned matters, submits
2 this response in opposition to one objector's motion to require Jeremy Wieck, a
3 declarant who submitted a declaration in support of preliminary approval of the
4 proposed class action settlement, to produce the complete case management
5 databases he used or to strike his declaration.  For the following reasons, the Court
6 should deny the objector's motion.
7    In connection with the Motion for Preliminary Approval of Proposed Class
8 Settlement, the Declaration of Jeremy Wieck was filed that compiled and described
9 certain information about Roundup lawsuits pending against Monsanto Company as
10 of March 30, 2021.  (Doc. 12911-8)  Mr. Wieck, an attorney for Monsanto
11 Company, provided information on the number of claimants who alleged residential
12 exposure to Roundup.  First, Mr. Wieck explained that he maintains a case
13 management database based on information derived from his review of all Roundup
14 lawsuits pending against Monsanto as of March 30, 2021.  Second, Mr. Wieck
15 explained that he maintains a case management database based on information
16 derived from his review of plaintiff information sheets that were submitted by
17 counsel for claimants as of March 30, 2021.  Mr. Wieck explained that he then
18 created two excel spreadsheets from each database that provided information on the
19 number and percentage of persons claiming residential exposure to Roundup.
20    The objector's motion argues that the Court should compel production of
21 these databases, as well as the excel spreadsheets and "any other information
22 considered by Mr. Weick."  Mot. at 2.  Alternatively, the objector moves to strike
23 the Wieck declaration.
24    The Court should deny the objector's motion.  On April 21, 2021, counsel for
25 Monsanto offered to provide to objector's counsel 4 excel spreadsheets that
26 contained the data Mr. Wieck used as the basis for his declaration.  The 4 excel
27 spreadsheets contained the following data:
28

- Exposure type data compiled for plaintiffs alleging the circumstances of their exposure in complaints filed as of March 30, 2021;

- Filing information for plaintiffs with unspecified exposure types in complaints filed as of March 30, 2021;

- Exposure type data compiled for plaintiffs alleging the circumstances of their exposure in Plaintiff Information Sheets received as of March 30, 2021; and

- Information for plaintiffs with unspecified exposure types in Plaintiff Information Sheets received as of March 30, 2021.

Monsanto's letter explained that the spreadsheets it was offering to provide objector's counsel contained data generated from the case management database and includes all of the data points described in Mr. Wieck's declaration. The letter also offered to provide objector's counsel the data for plaintiffs whose complaints or information sheets did not provide enough information to determine the circumstances of their exposure. Monsanto explained that to maintain confidentiality for individuals who submitted information sheets, it would include plaintiff ID numbers instead of using their names. It also asked that objector's counsel agree that this production would not constitute a waiver of work product protection for any portion of the database described in Mr. Wieck's declaration. Finally, Monsanto offered to make available to objector's counsel, at objector's counsel expense, the filed complaints.

Given Monsanto's offer to provide this information to objector's counsel, the Court should deny the motion of objector's counsel.

DATED: April 23, 2021         ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Zachary Fayne
Zachary Fayne
Zachary.fayne@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP

Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
Tel.: (415) 471-3100
Fax: (415) 471-3400

William Hoffman
William.hoffman@arnoldporter.com
David Weiner (SBN:  219753)
David.weiner@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Tel.: (202) 942-5000

Jeffrey M. Wintner
jmwintner@wlrk.com
Carrie M. Reilly
cmreilly@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000


*Attorneys for Defendant
Monsanto Company*