# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
| This Document relates to: *Meghan Caruso, et al. v. Russo Hardware, et al.* USDC – NDIL No. 1:19-cv-7121 USDC – NDCA No. 3:20-cv-01017-VC | Case No. 3:16-MD-2741-VC The Honorable Judge Vince Chhabria [PROPOSED] ORDER REGARDING REMAND OF *CARUSO* LAWSUIT |

Upon consideration of the parties' Joint Stipulation Regarding Remand of *Caruso* Lawsuit (3:20-cv-01017-VC), the Court hereby orders that this lawsuit shall be, and hereby is, remanded to the Circuit Court of Cook County, Illinois, for the sole purpose of effectuating settlement in the case and without prejudice to the merits of either side's position as to the propriety of removal, with the parties to bear their own attorney's fees and costs.

Date: April 26, 2021



HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED
Judge Vince Chhabria