UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramirez, et al. v. Monsanto Co.*<br>Case No. 3:19-cv-02224 | **PRETRIAL ORDER NO. 232: CONTINUING THE HEARING ON THE MOTION FOR PRELIMINARY APPROVAL**<br><br>Re: Dkt. No. 12531 |

The hearing on the motion for preliminary approval is continued one week to May 19, 2021 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 26, 2021

_____

VINCE CHHABRIA
United States District Judge