1 **SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2 600 Travis Street, Suite 3400
Houston, TX 77002-2026
3 Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
4 Email:        jstubbs@shb.com

5 *Attorneys for Defendant*
*MONSANTO COMPANY*

6                        UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
  |---|---|
  | | Case No. 3:16-md-02741-VC |
9

10 This document relates to:

11 *Jeffrey Westfall et al. v. Monsanto Co.*,
Case No. 3:21-cv-02909-VC

12

13          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

14      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

15 ("Monsanto") makes the following disclosures:

16      1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17      2.   Bayer AG is a publicly held corporation.

18
DATED: April 28, 2021.            Respectfully submitted,
19
                                  SHOOK, HARDY & BACON L.L.P.
20
                                  BY: */s/ Jennise W. Stubbs*
21                                     Jennise W. Stubbs
                                       600 Travis Street, Suite 3400
22                                     Houston, TX 77002-2926
                                       Telephone:   (713) 227-8008
23                                     Facsimile:   (713) 227-9508
                                       Email:        jstubbs@shb.com
24
25                                *Attorneys for Defendant*
                                  *MONSANTO COMPANY*
26

27

28

## **CERTIFICATE OF SERVICE**

I certify that on the 28th day of April, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs