MURRAY & MURRAY CO., L.P.A.
Margaret M. Murray
111 East Shoreline Drive
Sandusky OH  44870
Telephone:     (419) 624-3128
Facsimile:      (419) 624-0707
Email: mmm@murrayandmurray.com

Attorney for Plaintiff Nicole Limberios

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOLE LIMBERIOS, | : | MDL No. 2741 |
| | | Docket No. 3:16-md-02741-vc |
| Plaintiff, | : | |
| | | MDL Case No. 3:20-cv-08171-VC |
| v. | : | |
| MONSANTO CO., | : | |
| Defendant | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear it own costs.

Respectfully submitted this 29th day of April, 2021.

_____          _____
MARGARET M. MURRAY                              BRIAN STEKLOFF
Murray & Murray Co., L.P.A.                     Wilkinson Stekloff LLP
111 East Shoreline Drive                        2001 M. Street NW, 10th Floor
Sandusky OH  44870                              Washington, D.C.  20036
Telephone:     (419) 624-3128                   Telephone:     (202) 847-4030
Facsimile:      (419) 624-0707                  Email: bstekloff@wilkinsonstekloff.com
Email: mmm@murrayandmurray.com

                                                Counsel for Defendant Monsanto Company
Counsel for Plaintiff Nicole Limberios

## **CERTIFICATE OF SERVICE**

This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 29th day of April 2021, via the ECF document system.

_____
Margaret M. Murray
MURRAY & MURRAY CO., L.P.A.

Counsel for Plaintiff