MURRAY & MURRAY CO., L.P.A.
Margaret M. Murray
111 East Shoreline Drive
Sandusky OH  44870
Telephone:     (419) 624-3128
Facsimile:      (419) 624-0707
Email: mmm@murrayandmurray.com

Attorney for Plaintiff Nicole Limberios

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE LIMBERIOS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MONSANTO COMPANY,**<br><br>**Defendant.** | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br>**MDL Case No. 3:20-cv-08171**<br><br>**Hon. Vince Chhabria** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and expenses.

Respectfully submitted this 29th day of April, 2021.

*/s/ Margaret M. Murray*
MARGARET M. MURRAY
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky OH  44870
Telephone:     (419) 624-3128
Facsimile:      (419) 624-0707
Email: mmm@murrayandmurray.com

Counsel for Plaintiff Nicole Limberios

*/s/ Brian Stekloff*
BRIAN STEKLOFF
Wilkinson Stekloff LLP
2001 M. Street NW, 10th Floor
Washington, D.C.  20036
Telephone:     (202) 847-4030
Email: bstekloff@wilkinsonstekloff.com

Counsel for Defendant Monsanto Company

## CERTIFICATE OF SERVICE

This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 29th day of April 2021, via the ECF document system.

                                        */s/ Margaret M. Murray*
                                        Margaret M. Murray
                                        MURRAY & MURRAY CO., L.P.A.

                                        Counsel for Plaintiff