AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Roundup Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-md-02741-VC |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joslyn Ethel Kooi, individually and as personal representative of Douglas Kooi.

Date:   04/29/2021

*Attorney's signature*

Douglas W. Perlman (SBN 167203)
*Printed name and bar number*

Rastegar Law Group, APC
22760 Hawthorne Blvd., Suite 200
Torrance, California 90505

*Address*

douglas@rastegarlawgroup.com
*E-mail address*

(310) 961-9600
*Telephone number*

(310) 961-9094
*FAX number*