Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
kmoll@molllawgroup.com
rfredona@molllawgroup.com
fabuzerr@molllawgroup.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.,* 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**REPLY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND OMNIBUS MOTION TO STRIKE AND EXCLUDE THE TESTIMONY OF DEFENDANT'S CASE SPECIFIC EXPERTS** |

## REPLY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND OMNIBUS MOTION TO STRIKE AND EXCLUDE THE TESTIMONY OF DEFENDANT'S CASE SPECIFIC EXPERTS

Plaintiffs moved to strike and exclude the expert testimony proffered by Monsanto's 17 case-specific experts on April 2, 2021 (ECF No. 12891). Defendant, Monsanto Company, filed a response and opposition to Plaintiffs' motion on April 16, 2021 (ECF No. 12945). Plaintiffs' reply in support of their motion and state as follows:

### ARGUMENT

Defendant attempts to shift blame on Plaintiffs for Defendant's own failure to cooperate. Plaintiffs do not dispute that Defendant provided transcripts of expert testimony, which was

- 1 -

1
2
3

requested from plaintiffs. However, by providing these transcripts Defendant would like this Court to believe it went over and beyond its duties. However, that is not the case. Defense counsel in an email stated:

4
5
6
7
8
9

> "Unfortunately, this is the result of a tight deadline of March 10 for expert depositions. As we noted, our experts will be responding to your experts and thus have only been given a short window to provide deposition dates in advance of the deadline that are after your experts are deposed. ***On top of that, you also asked for transcripts of our experts—which we are collecting – two weeks in advance of any depositions. As a result of either both of these factors, you have left us with only about a one-week window or less to provide dates for the 24 depositions you have requested of our experts***…" (emp. added).

10
11
12
13

*See* Def. Mot., (ECF 12945), Exh. A at 2. Defendant barely scratched the surface of what is known as the bare minimum. In no way was collecting transcripts so burdensome it prevented Defendant from providing alternative deposition dates. However, Defendant would like this Court to think otherwise.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant also argues Plaintiffs "did not take up Monsanto's invitation to discuss the scheduling issues further nor did they try to meet and confer telephonically." *See* Def. Mot. (ECF 128945), at 4. Yet, in an email sent to Plaintiffs' counsel on February 16, 2020, Defense counsel stated, "I am happy to discuss further with you, but under the current situation, ***this is all we can offer***." (emp. added). *See* Def. Mot., (ECF 12945), Exh. A at 2. Defendant here already implied to Plaintiffs' counsel that any future suggested alternative date(s) would be rejected regardless of a meet and confer telephonically. Additionally, Defendant completely disregards the fact that Plaintiff stated in an email "There are many available dates between tomorrow and March 10 you have not provided.". *Id.* Plaintiff suggested approximately two weeks' worth of alternative dates in which the depositions could have been conducted. However, Defendant failed to respond to Plaintiffs' recommended alternative dates and completely ignored the email entirely. Plaintiffs gave Defendant until March 4th, 2021 to respond to the email in which Defendant still failed to

_____
**REPLY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND OMNIBUS MOTION TO STRIKE AND EXCLUDE THE TESTIMONY OF DEFENDANT'S CASE SPECIFIC EXPERTS**

1   respond. Thus, Plaintiff reached out once again for a response, where Defendant confirmed that

2   they will not cooperate with Plaintiff by stating they already "***laid out***" (emp. added) their response

3   in the email from February 16, 2021.

4          Defendant attempts to persuade this Court that all 24 depositions (8, seven-hour depositions

5   and 16, three-hour depositions) taken over the course of seven days (including Sunday) of the final

6   eight days of the deadline is not only possible but reasonable. Even if it were possible for Plaintiffs

7   to take the depositions it would have imposed a substantial burden on Plaintiffs and Plaintiffs'

8   counsel because the transcripts would need to be expedited to use in pleadings, which still needed

9   to be drafted for all Plaintiffs in Wave 2, by April 2, 2021. As it stands, Plaintiffs' have been

10  significantly handicapped in their ability to fully plead their *Daubert* and Dispositive Motions.

### CONCLUSION

          For the foregoing reasons, Plaintiff respectfully requests this Court grant its Motion to

Strike and Exclude the Testimony of Defendant's Case Specific Experts.

DATED: April 30, 2021

                                        Respectfully submitted,

                                        /s/ *Fatima Abuzerr*
                                        Ken Moll
                                        Rebecca Fredona
                                        Fatima Abuzerr
                                        **MOLL LAW GROUP**
                                        22 W Washington St
                                        15th Floor
                                        Chicago, IL 60602
                                        T: 312.462.1700
                                        F: 312.756.0045
                                        kmoll@molllawgroup.com
                                        rfredona@molllawgroup.com
                                        fabuzerr@molllawgroup.com

**REPLY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND OMNIBUS MOTION TO STRIKE AND
EXCLUDE THE TESTIMONY OF DEFENDANT'S CASE SPECIFIC EXPERTS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.


/s/  *Fatima Abuzerr*

- 4 -