Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
kmoll@molllawgroup.com
rfredona@molllawgroup.com
fabuzerr@molllawgroup.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC<br>*Karman v. Monsanto Co.*, 3:19-cv-01183-VC<br>*Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC<br>*Peterson v. Monsanto Co.*, 3:18-cv-07271-VC<br>*Rehak v. Monsanto Co.*, 3:19-cv-01719-VC<br>*Schafer v. Monsanto Co.*, 3:19-cv-02169 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**REPLY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES** |

## DECLARATION OF FATIMA ABUZERR

I.   I, Fatima Abuzerr, hereby declare as follows:

1.   I am an attorney at the law firm of Moll Law Group, counsel for Plaintiffs Gerard Cervantes, John Schafer, James Peterson, Lorraine Rehak, Mark Pecorelli, individually and as Representative of the Estate of Michael Pecorelli, deceased and Christine Karman, Individually and as Representative of the Estate of Robert Karman, deceased. I make this declaration in support of Plaintiffs' Reply In Support of Plaintiffs' Motion to Strike Certain General Opinions of Monsanto Company's Case Specific Expert Witnesses. I make this declaration based on my

- 1 –

personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Dr. Reshef's Deposition for *Wade et al., v. Monsanto* Case No. 1722-CC00370

3. Annexed hereto as Exhibit 2 is a true and correct copy of Dr. Woda's Deposition for *Seitz et al., v. Monsanto* Case No. 1722-CC11325

4. Annexed hereto as Exhibit 3 is a true and correct copy of Dr. LeBeau's Deposition for *Giglio v. Monsanto* Case No. 3:19-cv-05658-VC

5. Annexed hereto as Exhibit 4 is a true and correct copy of excerpts from the Order on Sargon Hearings held in *Johnson v Monsanto* on May 16, 2018 by the Honorable Curtis E.A. Karnow.

6. Annexed hereto as Exhibit 5 is a true and correct copy of Dr. Hanson's Deposition for *Peterson and Hall v Monsanto Co., et al.* No. 1622-CC01071

7. Annexed hereto as Exhibit 6 is a true and correct copy of Dr. Al-Khatib's Deposition for *Wade et al., v. Monsanto Co., et al.* No. 1722-CC00370

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1  DATED: April 30, 2021

                                                                              Respectfully Submitted,

                                                                              */s/Fatima Abuzerr*
Ken Moll
Rebecca Fredona
Fatima Abuzerr
**MOLL LAW GROUP**
22 W Washington St
15th Floor
Chicago, IL 60602
T: 312.462.1700
F: 312.756.0045
kmoll@molllawgroup.com
rfredona@molllawgroup.com
fabuzerr@molllawgroup.com

*Attorneys for Plaintiffs*

- 3 –

**ABUZERR DECL. IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Fatima Abuzerr*

**ABUZERR DECL. IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE CERTAIN GENERAL OPINIONS OF MONSANTO COMPANY'S CASE SPECIFIC EXPERT WITNESSES**