# EXHIBIT 1

```
 1   IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

 2   STATE OF MISSOURI

     _____

 3


     CHRISTOPHER WADE, et al.,

 4

 5                     Plaintiffs,

 6   vs.                    Case No. 1722-CC00370

 7   MONSANTO COMPANY, et al,

 8                     Defendant.

 9   --------------------------------------X

10

11       VIDEOTAPED DEPOSITION OF RAN RESHEF, M.D.

12               New York, New York

13            Wednesday, December 18, 2019

14

15

16

17   Reported by:

18   Angela M. Shaw-Crockett, CCR, CRR, RMR, CSR

19

20

21

22

23

24

25
```

Ran Reshef, M.D.

```
 1

 2

 3                    December 18, 2019

 4                    9:07 a.m.

 5

 6          VIDEOTAPED DEPOSITION of RAN RESHEF, M.D.,

 7          by the Plaintiffs, held at the law offices

 8          of Arnold & Porter Kaye Scholer LLP, 250

 9          West 55th Street, New York, New York, before

10          Angela M. Shaw-Crockett, a Certified Court

11          Reporter, Certified Realtime Reporter,

12          Registered Merit Reporter and Notary Public of the

13          States of New York, New Jersey and Connecticut.

14

15

16

17

18

19

20

21

22

23

24

25
```

Ran Reshef, M.D.

```
 1              A P P E A R A N C E S:
 2   THE MILLER FIRM LLC
             Attorneys for the Plaintiffs
 3           The Sherman Building
             108 Railroad Avenue
 4           Orange, Virginia  22960
 5   BY:    DAVID J. DICKENS, ESQ.
             ddickens@millerfirmllc.com
 6
 7
 8   THE PIORKOWSKI LAW FIRM, PC
             Attorneys for the Defendant
 9           MONSANTO
             1155 F Street, N.W.
10           Suite 200
             Washington, District of Columbia  20006
11
     BY:    JOSEPH D. PIORKOWSKI, JR., ESQ.
12           jpiorkowski@lawdoc1.com
13
14
15   ARNOLD & PORTER KAYE SCHOLER LLP
             Attorneys for the Defendant
16           MONSANTO
             250 West 55th Street
17           New York, New York 10019-9710
18   BY:    JULIE DU PONT, ESQ.
19
20
21
22
23
24
25
```

Ran Reshef, M.D.

```
 1   A P P E A R A N C E S:   (CONT'D)

 2

 3   ARMSTRONG & TEASDALE LLP

          Attorneys for the Defendants

 4        OSBORN & BARR

          7700 Forsyth Boulevard

 5        Suite 1800

          St. Louis, Missouri   63105

 6

     BY:   SCOTT T. JANSEN, ESQ.

 7         sjansen@armstrongteasdale.com

 8

 9

10   ALSO PRESENT:   Sallean Browne, The Videographer

11          **              **              **

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ran Reshef, M.D.

```
 1          THE VIDEOGRAPHER:  We are now on the

 2     record.  My name is Sallean Browne.  I am a

 3     videographer of Golkow Litigation Services.

 4     Today's date is December 18, 2019, and the time

 5     is 9:07 a.m.  This video deposition is being

 6     held at Arnold & Porter Kaye Scholer LLP,

 7     250 West 55th Street, New York, New York, in

 8     the matter of Christopher Wade et al. versus

 9     Monsanto Company in the circuit court of the

10     City of St. Louis, State of Missouri.  The

11     deponent is Dr. Ran Reshef.

12          Will counsel please identify themselves.

13          MR. DICKENS:  David Dickens on behalf of

14     plaintiffs.

15          MR. PIORKOWSKI:  Joseph Piorkowski on

16     behalf of Monsanto.

17          MS. DU PONT:  Julie du Pont on behalf of

18     Monsanto.

19          MR. JANSEN:  Scott Jansen on behalf of

20     defendants Osborn & Barr Communications

21     Incorporated and Osborn & Barr Holdings

22     Incorporated.

23          THE VIDEOGRAPHER:  The court reporter is

24     Angie Shaw-Crockett and she will swear in the

25     witness.
```

Ran Reshef, M.D.

```
 1   R A N    R E S H E F    M D,

 2          called as a witness, having been first duly sworn,

 3          was examined and testified as follows:

 4              MR. PIORKOWSKI:  I'm sorry.  A technical

 5       thing.  This isn't coming up.

 6              THE COURT REPORTER:  Oh, this is -- you

 7       want to go off the record?

 8              THE VIDEOGRAPHER:  Okay.

 9              The time is 9:09 a.m.  We are going off

10       the record.

11              (A discussion was held off the record.)

12              THE VIDEOGRAPHER:  The time is 9:09 a.m.

13       and we are back on the record.

14   EXAMINATION

15   BY MR. DICKENS:

16       Q.   Good morning, Doctor.

17       A.   Good morning.

18       Q.   Could you please state your name for the

19   record.

20       A.   Ran Reshef.

21       Q.   And, Doctor, you're here today as an

22   expert for Monsanto Company; is that correct?

23       A.   Correct.

24       Q.   We met briefly off record.  I represent

25   the plaintiffs and I'll be asking you some questions
```

Ran Reshef, M.D.

```
 1   here today.  If for any reason I ask you something

 2   that you don't understand, please let me know and

 3   I'll do my best to rephrase.

 4           Is that fair?

 5      A.   Yes.

 6      Q.   And on the other side of that, if you go

 7   ahead and answer, I'll presume you understood the

 8   question and answered fully and truthfully.

 9           Is that fair?

10      A.   Yes.

11      Q.   Doctor, when were you first retained by

12   Monsanto Company to provide an opinion in this

13   litigation?

14           MR. PIORKOWSKI:  Object to form.

15      A.   I met with counsel initially in September

16   and was retained after I reviewed some initial

17   records and some scientific literature at some point

18   in September.  I don't recall the accurate date.

19   BY MR. DICKENS:

20      Q.   Do you have any documentation or

21   correspondence that would provide the date that you

22   were first contacted with respect to offering an

23   opinion?

24      A.   Not here, but I can look through emails.

25   Yes, I could bring that documentation.
```

Ran Reshef, M.D.

```
 1        Q.   Did you bring any documents with you here
 2   today?
 3        A.   Yes.
 4             MR. PIORKOWSKI:  And we do have his
 5        invoices.  I'm just waiting for them right now,
 6        so.
 7             MR. DICKENS:  Okay.
 8   BY MR. DICKENS:
 9        Q.   And I understand at some point we'll
10   obtain copies of invoices.
11             You have invoiced for the work you've put
12   in so far into this case?
13        A.   Correct.
14        Q.   When you were first retained, was that in
15   the beginning of September, middle, end?  Can you
16   narrow that --
17        A.   Beginning of September.
18        Q.   And that was on behalf of counsel for
19   Monsanto Company?
20        A.   Correct.
21        Q.   Had you previously had any contact with
22   Monsanto Company at all?
23        A.   No.
24        Q.   Had you ever served as an expert or
25   consultant for Monsanto Company?
```

Ran Reshef, M.D.

```
 1        A.    No.

 2        Q.    Have you ever served as an expert witness

 3   at all?

 4        A.    No.

 5        Q.    This is your first time?

 6        A.    Yes.

 7        Q.    And you've never done any consulting

 8   research for Monsanto Company?

 9        A.    Correct.

10        Q.    Had you ever done any consulting or

11   research for any pesticide companies?

12        A.    No.

13        Q.    Any herbicide manufacturers?

14        A.    Not that I'm aware.  I've done consulting

15   for many large companies that I might not be aware

16   of some of their business.  But none of these

17   consulting work had anything to do with their work

18   in pesticides or herbicides.

19        Q.    Okay.  When you were first contacted in

20   early September, that was September of this year,

21   2019?

22        A.    Correct.

23        Q.    Did you receive documents at that time or

24   was it only after agreeing to review the materials?

25        A.    I agreed to review the materials prior to
```

Ran Reshef, M.D.

1    being formally retained to get a sense of what the

2    literature looks like and what the cases are, to

3    make sure that it's relevant -- that my expertise is

4    relevant to the cases and to establish a preliminary

5    idea of what my position would be and whether it

6    even aligns with Monsanto's position.

7         Q.   Did you undertake a review of literature

8    yourself or did you receive documents from Monsanto

9    Company at that time?

10        A.   Both.

11        Q.   When did you receive documents from

12   Monsanto Company?

13        A.   I believe it was towards the end of

14   September, just around the same time I was formally

15   retained.

16        Q.   When did you complete your review of the

17   literature that you found or Monsanto found?

18             MR. PIORKOWSKI:  Object to form.

19        A.   Over the past -- this past week.

20   BY MR. DICKENS:

21        Q.   At some point prior to this past week, had

22   you reviewed materials and generated a general

23   opinion as to whether or not glyphosate-containing

24   products can cause cancer?

25        A.   I'm not sure I follow the question

Ran Reshef, M.D.

```
 1   whether -- is the question whether I formulated an

 2   opinion before fully reviewing all of the records?

 3   Is that what --

 4        Q.   When did you first -- is it your opinion

 5   that Roundup and glyphosate-containing products do

 6   not cause non-Hodgkin's lymphoma?

 7        A.   Yes, based on my review of the medical

 8   literature and my expertise in this area, that is my

 9   opinion.

10        Q.   Okay.  When did you reach that opinion?

11             MR. PIORKOWSKI:  Object to form.

12        A.   I think that's a -- that's a gradual

13   process, so I can't -- I can't come up with a single

14   point in time, but probably towards the end of

15   September after reviewing the major bulk of the

16   relevant literature, after which I've reviewed some

17   additional parts which have not changed my opinion

18   in a significant manner.

19   BY MR. DICKENS:

20        Q.   Okay.  You're here today to offer opinions

21   not only generally, but as to two plaintiffs; is

22   that correct?

23        A.   Correct.

24        Q.   And who are those two plaintiffs?

25        A.   Mr. Wade and Mr. Meeks.
```

Ran Reshef, M.D.

```
 1        Q.   Okay.  When did you receive materials

 2   related to Mr. Wade and Mr. Meeks?

 3        A.   September 25.

 4        Q.   Okay.  Of 2019?

 5        A.   Correct.

 6        Q.   And prior to that, did you have any

 7   knowledge of Mr. Wade or Mr. Meeks?

 8        A.   No.

 9        Q.   Had you reviewed any medical records or

10   other documentations related to Mr. Wade or

11   Mr. Meeks?

12        A.   Not that I recall, no.

13        Q.   Okay.  What did you receive on

14   September 25, 2019, with respect to the plaintiffs

15   in this case?

16        A.   Key medical records, the plaintiff's fact

17   sheets.  And if there was anything else, it should

18   be listed on my materials considered.

19        Q.   Have you received any medical records or

20   documents related to Mr. Wade or Mr. Meeks since

21   September 25, 2019?

22        A.   I have received additional medical records

23   as well as some records related to the employment of

24   Mr. Meeks, and the Department of Defense.  And I

25   believe that's -- yeah, and some -- and some
```

Ran Reshef, M.D.

```
 1   additional documents that I felt were missing and

 2   have asked counsel to see if they can find them.

 3        Q.   Have there been any materials or documents

 4   that you've requested that you have not received?

 5             MR. PIORKOWSKI:  Object to form.

 6        A.   Not that I can recall, no.

 7   BY MR. DICKENS:

 8        Q.   I'm going ahead and mark Exhibit 1,

 9   Doctor.

10             (Exhibit Reshef-1 was received and marked

11        for identification, as of this date.)

12             MR. PIORKOWSKI:  Thanks.

13        A.   (Witness reviews document.)

14   BY MR. DICKENS:

15        Q.   Doctor, have you seen this document

16   before?

17        A.   Yes.

18        Q.   Okay.  And if you can turn to page 9.

19        A.   (Witness complies.)

20        Q.   Do you see your name on page 9, Doctor?

21        A.   Yes.

22        Q.   There's a paragraph underneath with

23   respect to the opinions you intend to offer in this

24   case; is that right?

25             MR. PIORKOWSKI:  Object to form.
```

Ran Reshef, M.D.

```
 1        A.   It's a summary of the -- of what I was

 2   designated to do, yes.

 3   BY MR. DICKENS:

 4        Q.   Okay.  When did you first see this

 5   document?

 6        A.   It was shared with me several weeks ago, I

 7   believe.  I wouldn't recall the precise date.

 8        Q.   Had you seen this prior to several weeks

 9   ago?

10             MR. PIORKOWSKI:  Object to form.

11        A.   I don't recall.  I don't want to say

12   something that I'm not sure about.

13   BY MR. DICKENS:

14        Q.   Okay.  Did you draft or participate in the

15   drafting of what's included here in this paragraph?

16        A.   I did not participate in the drafting, but

17   this is completely based on discussions that I've

18   had with counsel.

19        Q.   Okay.  Did you draft any expert reports or

20   summaries of your opinions in this case?

21        A.   I was not asked to provide a full report.

22   I have summarized my opinions, mostly for my own

23   reference, in a three- or four-page sheet, which

24   is --

25             MR. PIORKOWSKI:  On its way.
```

Ran Reshef, M.D.

```
 1       A.   -- which is on its way.

 2  BY MR. DICKENS:

 3       Q.   Okay.  Doctor, prior to being contacted by

 4  Monsanto in September 2019, had you reviewed any

 5  literature with respect to glyphosate or

 6  glyphosate-based formulations and non-Hodgkin's

 7  lymphoma?

 8       A.   No.

 9       Q.   Were you aware of any epidemiological

10  studies related to glyphosate or glyphosate-based

11  formulations and non-Hodgkin's lymphoma, prior to

12  September 2019?

13       A.   No.

14       Q.   Prior to September 2019, had you attended

15  any lectures or conferences where the issue of

16  glyphosate and non-Hodgkin's lymphoma were

17  discussed?

18       A.   No.

19       Q.   Doctor, do you subscribe to any medical

20  journals?

21       A.   Yes.

22       Q.   And medical journals that you review on a

23  frequent basis?

24       A.   Yes.

25       Q.   And what are those?
```

Ran Reshef, M.D.

```
 1        A.    It's a long list.  Nowadays when

 2   everything in online, we subscribe to quite a long

 3   list of journals.  Those would include New England

 4   Journal of Medicine, Journal of Clinical --

 5             THE COURT REPORTER:  Just slow down with

 6        the list.  Okay.  Journal of Medicine.

 7        A.    New England Journal of Medicine, Journal

 8   of Clinical Oncology, Blood.  Multiple journals from

 9   the American Association for Cancer Research.

10   There's five or six journals that I get their table

11   of contents on a regular basis.  Immunity, due to my

12   interest in immunology.  And probably several --

13   several others.  Nowadays we no longer get them in

14   print copy, so it's very easy to subscribe to the

15   long list.

16   BY MR. DICKENS:

17        Q.    Do you currently receive any journals in

18   print copies?

19        A.    Yes.

20        Q.    And do you review those print copies?

21        A.    Yes.

22        Q.    Okay.  And what journals are those?

23        A.    The Journal of Clinical Oncology; Blood,

24   which is the main journal in hematology field; and

25   Biology of Blood and Marrow Transplantation, which
```

Ran Reshef, M.D.

```
 1    is our society's journal for everything surrounding

 2    bone marrow transplant.

 3         Q.   Doctor, do you still serve on the

 4    editorial board of the American Journal of

 5    Hematology?

 6         A.   Correct.

 7         Q.   Do you serve on an editorial board of any

 8    other journals?

 9         A.   No.

10         Q.   Doctor, under your designation, it

11    indicates you're an associate professor of medicine

12    at Columbia; is that correct?

13         A.   Correct.

14         Q.   And also the director of translational

15    or -- yeah, translational research for the blood and

16    marrow transplantation program; is that correct?

17         A.   Correct.

18         Q.   Okay.  Can you tell us what your role is

19    as director of translational research for the blood

20    and marrow transplantation -- transplantation

21    program?

22         A.   I was recruited to Columbia to put

23    together an infrastructure for research that's

24    related to bone marrow transplant and cell therapy.

25    That means that I run a lab, a research lab of my
```

Ran Reshef, M.D.

1    own, with several individuals who do basic research

2    in immunology of cancer, cancer immunotherapy.

3              And I'm in charge of other components of

4    that infrastructure, such as a large biobank that we

5    use to store samples from patients in order to study

6    them.

7              And I'm in charge of bringing sponsored

8    research by various companies that are interested in

9    drug development in fields related to mine and

10   initiating what we call investigator-initiated

11   studies.  These are studies that we initiate and we

12   sometimes ask for support from the federal

13   government or from companies to conduct these

14   studies.  Those cover, due to this focus on bone

15   marrow transplantation, studies across several

16   significant diseases, lymphoma being the top one,

17   inclusive also of myeloma and leukemia and several

18   others.

19       Q.   Is the research that you do through the

20   translational research program, is that related

21   solely to bone marrow transplants or does it kind of

22   cover the wide variety of lymphoma?

23       A.   It covers a wide variety of studies.  We

24   work in mouse models of cancer immunotherapy.  So we

25   actually implant mice with a variety of tumors in

Ran Reshef, M.D.

```
 1   order to study the effect of various immunotherapy

 2   drugs and how to improve upon them.  So it is not

 3   necessarily focused on transplant and this is not

 4   focused on a single disease.

 5        Q.   Okay.  When you say "we," are you

 6   referring to Columbia University?

 7        A.   My lab.

 8        Q.   Okay.  And in your lab, do you yourself

 9   conduct those mouse or animal studies?

10        A.   No longer.  I have postdoctorate fellows,

11   students, and technicians who conduct the actual

12   benchwork.

13        Q.   Okay.  At some point in your career, did

14   you conduct the actual benchwork?

15        A.   Yes.  Quite a bit.

16        Q.   And is the benchwork and research that

17   you've conducted related to treatments for cancer?

18        A.   Yes.

19        Q.   Have you ever conducted any research on

20   trying to determine causes of cancer?

21        A.   I wouldn't say no, because it's usually --

22   these are not usually isolated studies.  When you

23   investigate cancer in mouse models, for example, or

24   in humans, you arrive at conclusions, some of which

25   are also related to the causes of cancer and not
```

Ran Reshef, M.D.

```
 1   just to its response to therapy.  These are all tied
 2   together.
 3        Q.   Okay.  And when you say "causes of
 4   cancer," does that mean through genetic pathways or,
 5   you know, in -- have you ever done your research on,
 6   say, toxins or environmental exposures and cancer?
 7             MR. PIORKOWSKI:  Objection, compound.
 8        A.   I have not conducted studies on
 9   environmental exposures to cancer, myself, other
10   than research that I've conducted by reading the
11   literature and reviewing textbooks, medical society
12   websites, and things of that sort.
13   BY MR. DICKENS:
14        Q.   Okay.  What is the CART-T cell program?
15        A.   That's a novel program where we use
16   genetic engineering of lymphocytes to kill cancer
17   cells.
18        Q.   And you are the clinical lead for that
19   program?
20        A.   For lack of a better title, yes.  I'm
21   officially the -- practically, I'm the medical
22   director of the CART-T program at Columbia.
23        Q.   Okay.  And what is your role as medical
24   director or clinical lead?
25        A.   I lead all of the clinical trials that
```

Ran Reshef, M.D.

```
 1   have to do with CART-T cell therapies.  I lead the
 2   program that administers FDA-approved commercially
 3   available CART-T cells to patients, primarily to
 4   lymphoma patients.  These are the primary patient
 5   population that we serve in that program.
 6        Q.   And you're also a principal investigator
 7   at the translational immunology program at Columbia;
 8   is that right?
 9        A.   The Columbia Center for Translational
10   Immunology, correct.
11        Q.   And can you tell us what your role is as
12   principal investigator?
13        A.   I run the lab, which is located as part of
14   that center.
15        Q.   Okay.  Can you give -- strike that.
16             You're also -- you're a medical
17   oncologist; is that right?
18        A.   I'm a hematologist and oncologist, yes.
19        Q.   And you currently treat patients?
20        A.   Yes.
21        Q.   How many patients do you treat weekly?
22        A.   It varies.  I would say, on average, it's
23   between 40 and 50.
24        Q.   Now, are those your own patients or are
25   those patients of Columbia University Medical
```

Ran Reshef, M.D.

 1   Center?

 2            MR. PIORKOWSKI:  Object to form.

 3       A.   All of the patients are Columbia

 4   University's patients.  I don't have a private

 5   practice outside of Columbia, so they're all treated

 6   under the auspices of Columbia University Medical

 7   Center.  Most of these patients are my patients

 8   where I'm the primary oncologist.  I would also be

 9   treating patients who belong to my colleagues,

10   primarily when I'm serving on our inpatient service.

11   BY MR. DICKENS:

12       Q.   What type of cancers do you currently

13   treat?

14       A.   Lymphoma, myeloma, leukemia are the top

15   three and most common ones.

16       Q.   And lymphoma includes both Hodgkin and

17   non-Hodgkin lymphoma?

18       A.   Correct.

19       Q.   Out of the patients that you treat, can

20   you give a percentage of how many of your patients

21   are non-Hodgkin's lymphoma patients?

22       A.   Around 50 percent.

23       Q.   And then the other 50 percent are the

24   Hodgkin's, myeloma, leukemia patients?

25       A.   Correct.  Probably another small

Ran Reshef, M.D.

1   percentage with more rare diseases, but, yes, that's

2   broadly the split.

3       Q.   And has that been consistent over the

4   course of your career at Columbia?

5       A.   Yes.  With some variability, of course.

6       Q.   And you treat all subtypes of

7   non-Hodgkin's lymphoma?

8       A.   Broadly speaking, correct.  There are rare

9   subtypes that I can't say that I have those patients

10  all the time in my practice, just because they're

11  rare entities.  But broadly speaking, yes.

12      Q.   But if those patients came to you, you

13  wouldn't necessarily refer those out, you would

14  remain as the primary treating oncologist?

15      A.   Correct.

16      Q.   I'll hand you what we'll mark as

17  Exhibit 2.

18           (Exhibit Reshef-2 was received and marked

19       for identification, as of this date.)

20      A.   (Witness reviews document.)

21  BY MR. DICKENS:

22      Q.   Doctor, I'll hand you what we've marked as

23  Exhibit 2.  Can you identify this document for the

24  record?

25      A.   This is my CV.

Ran Reshef, M.D.

```
1          Q.    And this CV is dated August 1, 2019; is

2    that correct?

3          A.    That's correct.

4          Q.    Okay.  Do you have an updated CV?

5          A.    I do.  I update it frequently.  The

6    updates are not major, compared to August.  There

7    are probably a couple additional papers that were

8    published since then, but no other substantial edits

9    or additions.

10         Q.    Okay.  Can you tell me what additional

11   papers have been published since August 1, 2019?

12         A.    Off the top of my head, which may not be

13   the full -- the full list, we've published a paper

14   about a prospective study where we've established

15   biomarkers for the development of graft-versus-host

16   disease in patients with cancer who undergo bone

17   marrow transplant.

18         Q.    And where was that published, if you can

19   recall?

20         A.    Yeah, I don't.  I'm a co-author on that --

21   on that paper and I -- I don't recall off the top of

22   my head where it was published.

23         Q.    Okay.  Any other publications that you can

24   recall?

25         A.    Let me see what's already on here.
```

Ran Reshef, M.D.

```
 1              (Witness reviews document.)

 2              We've published an opinion paper about

 3     fertility services to patients with sickle cell

 4     disease undergoing bone marrow transplant.  I'm not

 5     sure if it's already on this CV or not.  I don't see

 6     it at first glance.

 7         Q.   Okay.  And do you know where that was

 8     published?

 9         A.   Annals of Internal Medicine.

10         Q.   Anything else?

11         A.   Not that I recall.

12         Q.   Okay.  Have you published any case studies

13     since August 1, 2019, that you can recall?

14         A.   We published a case report, which, again,

15     I'm not sure if it's here, because I don't recall

16     the date that it was published.  We published a case

17     report of a patient with Waldenstrom

18     macroglobulinemia that we treated with CART-T cell

19     and have potentially cured of that disease, which is

20     considered incurable --

21         Q.   Okay.

22         A.   -- otherwise.

23         Q.   And you agree that Waldenstrom is

24     considered incurable?

25              MR. PIORKOWSKI:  Object to form.
```

Ran Reshef, M.D.

```
 1        A.   It is thought of as an -- as an incurable

 2   disease, although we know that there are modalities

 3   that are capable of curing it, such as an allogeneic

 4   bone marrow transplant.  In reality, very few

 5   patients get an allogeneic transplant.  For

 6   Waldenstrom, therefore, broadly speaking, most

 7   patient -- in most patients, it is an incurable

 8   disease.

 9   BY MR. DICKENS:

10        Q.   Any other case reports, letters to the

11   editor, anything else you can recall that does not

12   appear in your August 1, 2019, CV?

13        A.   Only in abstract form to conferences, not

14   published in medical journals.

15             MR. PIORKOWSKI:  Can I interrupt, David?

16        Did you not -- did you guys not get -- I

17        thought we sent you a November 15th version.

18             MR. DICKENS:  I don't recall seeing it.

19        Now, that doesn't mean I don't -- that could be

20        on my -- on my --

21             MR. PIORKOWSKI:  Well, let me see if I

22        can -- we do have that and I thought we had

23        sent it to you.  And I can --

24             MR. DICKENS:  Sure.

25             MR. PIORKOWSKI:  -- have them print it
```

Ran Reshef, M.D.

```
 1        out, just to help.
 2             MR. DICKENS:  Okay.  Yeah, that would be
 3        helpful.
 4             MR. PIORKOWSKI:  Sure.
 5   BY MR. DICKENS:
 6        Q.   As you sit here right now, you've named
 7   everything you can remember, understanding that we
 8   may get an updated CV?
 9        A.   Yes.
10        Q.   Have you published anything since
11   November 15, 2019, and the present?
12        A.   Most likely the first publication I
13   mentioned about the biomarkers in graft-versus-host
14   disease was published after November 15.  It's the
15   most recent one that popped up on my publication
16   list.
17        Q.   And, Doctor, you completed medical school
18   at Tel Aviv University in Israel; is that right?
19        A.   Correct.
20        Q.   And is the medical program in Israel more
21   or less similar, congruent to the United States?
22             MR. PIORKOWSKI:  Object to form.
23        A.   I've never explored the similarities.  It
24   is considered a very good medical school program.
25   And it's structured differently.  It's structured
```

Ran Reshef, M.D.

```
 1   based on the European model where you go into seven

 2   years of medical school rather than go to college

 3   followed by medical school.

 4   BY MR. DICKENS:

 5       Q.   Okay.  And -- so you went right into

 6   medical school in 1991?

 7       A.   Correct.

 8       Q.   And then completed in 1997?

 9       A.   Yes.  And then started my internship,

10   which, in Israel, is still considered part of

11   medical school.  So slightly different definitions

12   are used there.

13       Q.   Okay.  And what was the internship in

14   Israel?  What did you do?

15       A.   The first year is a rotating internship

16   where you rotate through the major -- major medical

17   specialties -- medicine, pediatrics, surgery,

18   intensive care, emergency medicine -- and work under

19   supervision, but as an independent physician.  And

20   at the end of the -- this year of rotating

21   internship, you're granted a license to practice

22   medicine.

23       Q.   Okay.  And when did you obtain this

24   license?

25       A.   My first license was in -- at the end of
```

Ran Reshef, M.D.

 1    1998.

 2        Q.   And was that in any particular area of

 3    medicine?

 4        A.   No, it's a general license to practice

 5    medicine in Israel.

 6        Q.   Okay.  When did you start practicing the

 7    field of hematology oncology?

 8        A.   I started my fellowship training in 2003.

 9    Sorry.  2007.

10        Q.   Okay.  And was that in Israel?

11        A.   No, my training in hematology and oncology

12    was in University of Pennsylvania.

13        Q.   Okay.  Is that -- did you come to the

14    States specifically to study hematology oncology?

15        A.   Correct.

16        Q.   And if you can turn to page 2, Doctor.

17        A.   (Witness complies.)

18        Q.   And just so I'm clear, for postdoctoral

19    training, you have July 2007 to October 2009 at the

20    Hospital of the University of Pennsylvania.

21             Do you see that?  It's in the first part

22    on page 2 under "Postdoctoral Training."

23        A.   Oh, from July 2008?  Is that the one?

24        Q.   Yeah.  And that's what I'm trying to

25    figure out.  So at the top of the page --

Ran Reshef, M.D.

```
 1        A.   Uh-huh.

 2        Q.   -- page 2 under "Postdoctoral Training,"

 3   there's "July 2008, Abramson Family Cancer Research

 4   Institute."  And then, under that, it says "Hospital

 5   of the University of Pennsylvania," and that has

 6   July 2007 to October 2009.

 7             Do you see that?

 8        A.   Uh-huh.

 9        Q.   Okay.

10        A.   Yes.

11        Q.   And then, under "Education," which is the

12   next section, it has "University of Pennsylvania,

13   Perelman School of Medicine," and that's July 2008.

14             Is there a distinction between what your

15   postdoctoral training at Hospital of the University

16   of Pennsylvania was and your education at University

17   of Pennsylvania Perelman School of Medicine?

18        A.   These are things that happened in

19   parallel.

20        Q.   Okay.

21        A.   And that's very typical for fellowship

22   programs, because fellows are encouraged to take not

23   just their education in clinical work by working

24   with faculty members and getting trained on the

25   clinical side of practicing hematology and oncology,
```

Ran Reshef, M.D.

```
 1   but also to conduct research.  This is extremely

 2   typical for the top institutions, that fellows get

 3   protected time to conduct research.  And it is

 4   specified here just to clarify the affiliations of

 5   where that research happened versus where the

 6   clinical training happened, although geographically

 7   they're the same place.

 8        Q.   Okay.  That's helpful.

 9             And so you were a fellow at Hospital of

10   the University of Pennsylvania and then you also did

11   translational research education at the Perelman

12   School of Medicine?

13             THE COURT REPORTER:  At the?

14             MR. DICKENS:  Perelman School of Medicine.

15        A.   Correct.  The university offered the

16   master's program for people who are in the lab

17   conducting translational research to provide a

18   framework in terms of didactic lessons, training in

19   biostatistics and epidemiology, and things like

20   that.

21   BY MR. DICKENS:

22        Q.   Okay.  And you completed your fellowship

23   in -- at the Hospital of the University of

24   Pennsylvania in October 2009?

25        A.   Correct.
```

Ran Reshef, M.D.

```
 1        Q.   And at that point, you became an
 2   instructor of medicine at University of
 3   Pennsylvania?
 4        A.   Correct.
 5        Q.   Okay.  Were you teaching courses or
 6   lectures at that point in time?
 7        A.   I was giving lectures in -- as -- in my
 8   capacity as a junior pre-faculty member, which is
 9   basically what an instructor is.  And those would be
10   didactic lectures during meetings, lectures to
11   fellows, and mostly teaching on rounds, which is
12   basically teaching in small groups.
13        Q.   And those rounds, were those hematology
14   and oncology fellows that you were teaching?
15        A.   And residents and interns and medical
16   students, yes.
17        Q.   But it was in hematology and oncology?
18        A.   Correct.
19        Q.   What brought you to Columbia University?
20        A.   I had a work opportunity there that
21   allowed me to increase my involvement in -- in the
22   management of a transplant program and to have
23   exposure to additional types of research that are
24   conducted at Columbia.  It was a good opportunity.
25        Q.   Okay.  And you came to Columbia in 2015?
```

Ran Reshef, M.D.

```
 1        A.   Correct.

 2        Q.   What -- you currently teach interns,

 3   residents, fellows at Columbia; is that right?

 4        A.   Same idea, yes.

 5        Q.   In hematology and oncology?

 6        A.   Correct.

 7        Q.   Do you teach both on rounds as well as

 8   lectures?

 9        A.   Yes, also lectures as part of small

10   groups.  They're mostly oriented towards that

11   clinical audience.  I don't give lectures to medical

12   students -- basic lectures, you know, first-year

13   medical student lectures, I don't -- I don't do

14   those.

15        Q.   And those lectures, the smaller groups,

16   what are those lectures?  What are the topics of

17   those lectures?

18             MR. PIORKOWSKI:  Object to form.

19        A.   It varies.  Topics relevant to bone marrow

20   transplant, management of patients, diseases that

21   are treated with bone transplant and at what point

22   do patients benefit from a bone marrow transplant,

23   lectures regarding the use of engineered T cells,

24   which is a more recent interest of mine.  Those are

25   the primary ones, let's say over the past couple of
```

Ran Reshef, M.D.

```
 1   years.

 2   BY MR. DICKENS:

 3       Q.   Okay.  Do you ever give lectures in those

 4   small groups with respect to identification of risk

 5   factors and causes of non-Hodgkin's lymphoma?

 6       A.   These issues come up, but they are not --

 7   I have not given lectures that are completely

 8   dedicated to these issues.

 9       Q.   How do those issues come up?

10       A.   Mostly through discussions on patient

11   cases, which is how a lot of these lectures or

12   didactic teaching happen.  We pick a patient case

13   and we discuss various aspects of that case.  So in

14   certain patients with certain cancers, some degree

15   of risk factors or questions about oncogenesis come

16   up.

17       Q.   Have you ever had, in any of those

18   discussions on particular patients, any discussions

19   with respect to environmental exposures and

20   non-Hodgkin's lymphoma?

21       A.   Not that I recall off the top of my head.

22   I'm guessing that I may have had patients with

23   occupational exposure such as work with solvents.

24   People who have been exposed to radiation, even for

25   treatment for other diseases.  Patients with HIV,
```

Ran Reshef, M.D.

```
 1   which is a predisposing factor.  A frequent problem

 2   that we have are patients who have had prior

 3   transplants or patients living in suppressive agents

 4   or patients with autoimmune diseases.  These are

 5   things that come up because they are very dominant

 6   risk factors that are very well established.

 7        Q.   Okay.  Any discussions you can recall

 8   about pesticides, herbicides, fungicides?

 9        A.   No.

10        Q.   Can you give a breakdown as to your

11   professional responsibilities between your teaching

12   as an associate professor of medicine, treatment of

13   patients, director of transitional [sic] research --

14   or translational research, the clinical lead for the

15   CART-T cell program?  Can you give a breakdown as to

16   how much of your time goes into each of those

17   different categories?

18        MR. PIORKOWSKI:  Object to form.

19        A.   Many of these categories overlap.  So it's

20   challenging to distinguish that in that way.  My

21   direct contact with patients is about 40 percent of

22   the time.  Areas that are related to clinical

23   research that surrounds patients but does not

24   necessarily require direct contact is probably

25   another 25 percent.  And the remaining is dedicated
```

Ran Reshef, M.D.

```
 1    to research, basic research lab, managing my lab

 2    basically.

 3    BY MR. DICKENS:

 4         Q.   So roughly 35 percent to that?

 5         A.   Yeah.

 6         Q.   Of that time, how much is administrative

 7    work?

 8              MR. PIORKOWSKI:  Of the 35?

 9    BY MR. DICKENS:

10         Q.   Of the full hundred percent.

11         A.   Again, there's a significant overlap,

12    because a lot of things we actually do with patients

13    are administrative in nature:  Prescriptions, prior

14    authorizations, discussions with insurance

15    companies, and whatnot.  A lot of the work related

16    to clinical research is administrative in nature and

17    not purely clinical.  I would say that my time

18    dedicated to administrative work that is outside

19    those areas is 5 percent, no more.

20         Q.   And, Doctor, I understand, for your time

21    related to this litigation, you charge $2,500 for a

22    half day of testimony; is that fair?

23         A.   I charge by the hour.  If this is a

24    full-day requirement requiring travel, I would

25    charge a fixed fee of $5,000.  And on my fee
```

Ran Reshef, M.D.

```
 1   schedule, I think that 2,500 appears, but I don't --
 2   I don't think I've ever used that.
 3        Q.   Okay.  What do you charge per hour?
 4        A.   $600.
 5        Q.   And that includes for review of medical
 6   records, documents, literature?
 7        A.   Correct.
 8        Q.   Do you know how much time you've put into
 9   this litigation so far?
10        A.   I've put in roughly 30 hours in review of
11   records on my own and then a number of meetings that
12   together would probably amount to 15 to 20 hours,
13   meetings and phone calls.
14        Q.   Okay.  Understanding at some point we'll
15   see invoices, have you invoiced for all of your work
16   up until today?
17        A.   No, I've invoiced through the end of
18   November.
19        Q.   The 30 hours of review of records, does
20   that include the literature as well as documents
21   related to the individual plaintiffs?
22        A.   Correct.  The documents related to
23   individual plaintiffs were relatively the minority
24   of that time, approximately five or six hours.  And
25   the remaining is review of the extensive literature
```

Ran Reshef, M.D.

```
 1   that surrounds this case.

 2       Q.   Okay.  Now, Doctor, you're not a

 3   toxicologist, correct?

 4       A.   I've had, as part of my training as a

 5   medicine -- as an internal medicine specialist,

 6   basic training in toxicology and pharmacology, but I

 7   not a board-certified toxicologist.

 8       Q.   And you understand there are

 9   board-certified toxicologists?

10       A.   Yes.

11       Q.   And you're not one of those?

12       A.   I am not one of those.

13       Q.   Have you ever conducted any long-term

14   rodent carcinogenicity studies?

15           MR. PIORKOWSKI:  Object to form.

16       A.   Not strictly in the sense that the primary

17   reason for the study would be to look for

18   carcinogenicity.  But we do a lot of rodent work

19   with examining new drugs and their effect.  And one

20   of the things we do is, in fact, look at various

21   adverse effects that an animal might experience,

22   which may include development of cancer or

23   development of premalignant lesions.

24   BY MR. DICKENS:

25       Q.   Those drugs that you mentioned, those are
```

Ran Reshef, M.D.

1    drugs for the treatment of cancer?

2         A.   The treatment of cancer or the treatment

3    of complications of cancer treatment.

4         Q.   And those aren't studies aimed at

5    determining carcinogenicity of the product, but you

6    may see some carcinogenic effects.

7              Is that what you're saying?

8         A.   Yeah, these are questions that come up in

9    any rodent study where you do drug testing.

10        Q.   Okay.  And what are the duration of those

11   studies?

12             MR. PIORKOWSKI:  Object to form.

13        A.   Oh, that highly varies.  There are studies

14   where rodents are treated for many months and there

15   are studies that last four days.

16   BY MR. DICKENS:

17        Q.   Okay.  Have you ever conducted studies

18   that last for a year or more?

19        A.   Not that I recall.

20        Q.   Any studies that have lasted for more than

21   four months?

22        A.   Yes, probably.

23        Q.   And of those studies, have you found

24   effects of those drugs that they have indeed caused

25   cancer in the rodents?

Ran Reshef, M.D.

1             MR. PIORKOWSKI:  Object to form.

2        A.   Not cancer.  We've definitely seen, in

3   some rodent studies, rodents developing growths and

4   things that we didn't necessarily know what they

5   were.  And we have sent them to histology and

6   examined them together with pathologists to

7   understand what those are.  I don't recall any case

8   where we've actually seen a new cancer in an animal.

9   BY MR. DICKENS:

10       Q.   Were those growths determined to be

11  tumors?

12       A.   Tumor is broad category.  Any type of

13  growth is a tumor.  But they were not malignant

14  tumors in any of the cases.

15       Q.   Have you ever conducted an animal study

16  where you've determined whatever you were testing

17  caused malignant tumors?

18       A.   No.

19       Q.   Have you ever conducted any studies or lab

20  work looking at whether a chemical causes cancers in

21  animals specifically?

22       A.   No.

23       Q.   You're not a genotoxicologist?

24            MR. PIORKOWSKI:  Object to form.

25       A.   As I responded earlier, I have basic

Ran Reshef, M.D.

```
 1   education in toxicology and pharmacology, as anyone
 2   who's board certified in internal medicine, so I
 3   would know what to do when someone walks into the
 4   office after ingesting a whole package of Tylenol.
 5   That's part of toxicology.  So I understand the
 6   basics and the concepts behind it.  I'm not a
 7   board-certified toxicologist as you've alluded to.
 8   BY MR. DICKENS:
 9       Q.   Okay.  You're not a board-certified
10   pathologist?
11       A.   Correct.  Although, in hematology, we
12   actually do a lot of work very closely with
13   pathologists and I've had experience -- as part of
14   my training, in fact, at the University of
15   Pennsylvania, we've been trained quite extensively
16   in looking at pathology slides and understanding
17   what the pathology looks like.  I'm not a
18   board-certified pathologist and I would not hold
19   myself as one.
20       Q.   Do you, in -- at Columbia, rely upon
21   board-certified pathologists?
22       A.   Yes.  With some form of critical judgment,
23   understanding that these are complementary
24   specialties, that we can't do our work without them,
25   but they can also not do their work without us.  So
```

Ran Reshef, M.D.

```
 1    there's always a matter of providing clinical input

 2    about the case, and the interpretation of a

 3    pathology does not rely just by looking at it under

 4    the microscope.  They need to do -- they need to

 5    understand what type of testing need to be done.

 6    The interpretation of these testing is usually in

 7    the context of the clinical situation that that

 8    patient is in.  So these are really not isolated

 9    specialties.

10         Q.   Okay.  Do you consider yourself a

11    biostatistician?

12         A.   I have actually had quite a bit of

13    training in statistics, in order to support my own

14    studies.  And my own research, as reflected in my

15    CV, involves also registry studies and many studies

16    that require quite a good understanding of

17    statistics.  I would not hold myself as a -- someone

18    who would consult professionally as a

19    biostatistician.  I do help other investigators with

20    biostatistics because I think I have a fairly good

21    understanding of many of the methodologies that we

22    use in cancer research.

23         Q.   Okay.  And understanding you've had

24    training in epidemiology, you understand there are

25    board-certified epidemiologists?
```

Ran Reshef, M.D.

```
 1              MR. PIORKOWSKI:  Object to form.

 2         A.   I'm actually not aware that that's a board

 3    certification in the U.S. but --

 4    BY MR. DICKENS:

 5         Q.   Okay.

 6         A.   -- I would -- I would take your word for

 7    it.

 8         Q.   Do you understand there's doctors

 9    practicing as epidemiologists?

10         A.   Doctors that this is their research focus,

11    yes.

12         Q.   Okay.  Do you consider yourself an

13    epidemiologist?

14         A.   I wouldn't say no, because this is such a

15    central part to medical oncology, understanding risk

16    factors and where they come from.  It actually has

17    clinical implications.  Because when people come in,

18    for example, with a cancer that might be hereditary,

19    it has implications not just to them, but also to

20    their family members.  The same thing about other

21    types of exposures.  So I think that oncology is a

22    field where the training in epidemiology is actually

23    fairly extensive.

24         Q.   Okay.  And that's true with respect to all

25    hematologists and oncologists --
```

Ran Reshef, M.D.

```
 1              MR. PIORKOWSKI:  Object to form.
 2    BY MR. DICKENS:
 3         Q.   -- in your opinion?
 4         A.   I don't have an opinion about that.  I
 5    don't know the answer to that.
 6         Q.   Okay.  Doctor, do you know how it came to
 7    be that Monsanto contacted you to be an expert in
 8    this case?
 9         A.   No.
10         Q.   Have you had any conversations with any
11    Monsanto employees?
12         A.   No.
13         Q.   Have you had any conversations with any
14    other expert witnesses from Monsanto?
15         A.   No.  Not about this case.
16         Q.   Okay.  And this case includes your
17    opinions with respect to Roundup and glyphosate
18    generally?
19         A.   Correct.  And, in fact, any other expert
20    witness that -- at least that I'm aware of, I have
21    not been in contact with at all over the past three
22    months, so we have no opportunities to discuss the
23    case.
24         Q.   Okay.  Which experts are you aware of?
25         A.   I'm aware of Ira Braunschweig.  And I am
```

Ran Reshef, M.D.

```
 1   aware of several expert witnesses from the

 2   plaintiffs' side.  One of them, I believe, is Ron

 3   Schiff.  And I do not recall the names of the

 4   others, but I believe their names are in my

 5   materials considered list.

 6        Q.   Okay.  And Dr. Braunschweig, you knew

 7   Dr. Braunschweig before becoming involved in this

 8   litigation?

 9        A.   Superficially, yes.

10        Q.   Okay.  And how so?

11        A.   He also practices bone marrow transplants

12   in New York in a different institution.  So we are,

13   I would say, in the same circles, but I've not been

14   in any close contact with him ever.

15        Q.   Dr. Ron Schiff, did you know Dr. Schiff

16   prior to being involved in this litigation?

17        A.   No.

18        Q.   So your knowledge of him is only with

19   respect to what you've reviewed here today -- here

20   in this case?

21        A.   Correct.

22        Q.   Outside of what you've reviewed in this

23   case, other than Dr. Braunschweig, were you familiar

24   or did you personally know any of the other experts

25   in this litigation?
```

Ran Reshef, M.D.

 1        A.    I don't know that I have a full list of

 2   all the experts, but from the experts that I have

 3   seen being deposed, I'm not familiar with any of

 4   them.

 5        Q.    Okay.  Are you familiar with a Dr. Al

 6   Neugut at Columbia?

 7        A.    Yes.

 8        Q.    How do you know Dr. Neugut?

 9        A.    He's a member of my division.

10        Q.    When you say your division, what division

11   is that?

12        A.    The division of hematology and oncology

13   within the department of medicine.

14        Q.    Were you aware that Dr. Neugut was an

15   expert for plaintiffs in this litigation?

16            MR. PIORKOWSKI:  Object to form.

17        A.    No, I was not aware that he was an expert

18   on Mr. Wade and Mr. Meeks.

19   BY MR. DICKENS:

20        Q.    Okay.  And I'm not -- I'm talking

21   generally, the Roundup litigation:  Were you aware

22   that Dr. Neugut was an expert for plaintiffs in the

23   Roundup litigation as a whole?

24        A.    No, I was not.

25        Q.    Had you ever had any conversations with

Ran Reshef, M.D.

```
 1   Dr. Neugut with respect to glyphosate or Roundup?

 2        A.   No.

 3        Q.   Have you ever had any conversations with

 4   Dr. Neugut with respect to causes of non-Hodgkin's

 5   lymphoma generally?

 6        A.   No.

 7        Q.   Doctor, what did you do to prepare for

 8   today's deposition?

 9             MR. PIORKOWSKI:  Before you go there, I

10        did get the CV.

11             MR. DICKENS:  Okay.  Yeah, why don't we go

12        ahead and mark --

13             MR. PIORKOWSKI:  Here's an extra one.  You

14        can mark one.

15             MR. DICKENS:  Yeah.  And for the record,

16        we'll mark as Exhibit 3, your CV dated

17        November 15, 2019.

18             (Exhibit Reshef-3 was received and marked

19        for identification, as of this date.)

20   BY MR. DICKENS:

21        Q.   Doctor, I've handed you Exhibit 3.

22             Can you confirm that this is your CV as of

23   November 15, 2019?

24        A.   Yes, I confirm.

25        Q.   Going back, Doctor, did you do anything to
```

Ran Reshef, M.D.

```
1   prepare for today's deposition?

2       A.   I've reviewed the medical literature, the

3   scientific literature that's relevant.  I have met

4   with counsel.  And I believe that's pretty much it.

5       Q.   Okay.  When you say you reviewed the

6   medical literature, was there anything in particular

7   you went back and reviewed in order to prepare for

8   today's deposition?

9       A.   If the question is what I've done in the

10  past 24 hours, specifically I reviewed the IARC

11  monograph again, some of the EPA documents.  And

12  I've reviewed the Andreotti paper another time, to

13  refresh my memory, and a couple of the case-control

14  studies that are referenced in the IARC monograph.

15      Q.   And what case-control studies were those?

16      A.   De Roos 2003 and 2005.  Eriksson.  A

17  couple of others.  I would need the list in front of

18  me.  If I -- if I could look at my materials

19  considered list, it would be easier.

20      Q.   Okay.  And that's fair.

21           With respect to -- you mentioned the IARC

22  monograph.

23           Were you aware of IARC prior to becoming

24  involved in this litigation?

25           MR. PIORKOWSKI:  Object to form.
```

Ran Reshef, M.D.

```
 1        A.   As an organization, yes.

 2   BY MR. DICKENS:

 3        Q.   Okay.  And how so?

 4        A.   In the field of cancer research, IARC is a

 5   known agency.  It's part of the World Health

 6   Organization.  And specifically it is the publisher

 7   of several books on behalf of the World Health

 8   Organization where the most prominent one is the WHO

 9   classification of tumors, which is on the shelf in

10   my office.

11        Q.   You agree IARC is a well-respected agency?

12             MR. PIORKOWSKI:  Object to form.

13        A.   I don't know the answer to that.  I agree

14   that it's the agency of the World Health

15   Organization that examines cancer care and it

16   coordinates cancer research in Europe.

17   BY MR. DICKENS:

18        Q.   Do you --

19        A.   Not in Europe.  In the world.

20        Q.   Do you consider IARC a well-respected

21   agency?

22        A.   I don't have an opinion on that, to be

23   quite honest, because I have not had too much

24   exposure to IARC's work, other than the fact that I

25   have a book from them on my shelf.  I'm familiar
```

Ran Reshef, M.D.

1   with their goal and purpose.  And I've reviewed the

2   monograph and a couple of other monographs more

3   superficially for other compounds.  It is difficult

4   to give an opinion on whether it's a well-respected

5   agency just based on that.

6       Q.   Do you have an opinion as to whether the

7   EPA is a well-respected agency?

8       A.   Similar response.

9       Q.   Prior to becoming involved in this

10  litigation in your clinical practice, have you ever

11  relied on any EPA documents for your opinions as to

12  potential risk factors for cancer?

13          MR. PIORKOWSKI:  Object to form.

14      A.   Probably indirectly, because a lot of the

15  conclusions of the EPA and their analysis show up in

16  textbooks and other review papers, but not directly.

17  BY MR. DICKENS:

18      Q.   So you had never reviewed directly any EPA

19  documents about anything in your clinical practice,

20  prior to becoming involved in this case?

21      A.   Correct.  I don't -- I don't recall any

22  situation where I was required to do that.

23      Q.   And the same is true with respect to other

24  foreign regulatory agencies?

25          MR. PIORKOWSKI:  Object to form.

Ran Reshef, M.D.

```
 1        A.    "Foreign regulatory agencies" is a very
 2   broad -- it's a very broad term.
 3   BY MR. DICKENS:
 4        Q.    It is.  And I should probably --
 5        A.    Similar -- if the question is agencies
 6   that are similar to what the EPA or IARC do, then --
 7   no, even then the answer is no, because the National
 8   Cancer Institute, which I have had a chance to
 9   review a lot of records from them, also has a
10   similar mandate in the United States to coordinate
11   cancer research.  So, yes, I have reviewed documents
12   from similar agencies.
13        Q.    Okay.  And it wasn't a good question and
14   you're right for pointing that out.
15             Have you ever, in your clinical practice,
16   relied on any regulatory -- foreign regulatory
17   agencies responsible for pesticides, herbicides,
18   fungicides, or insecticides?
19             MR. PIORKOWSKI:  Object to form.
20        A.    In my regular clinical practice, no.  I
21   found it necessary to do in this case because
22   there's a clear conflict between the IARC monograph
23   and a long list of agencies that have then supported
24   an opposite opinion.
25
```

1    BY MR. DICKENS:

2        Q.    In your clinical practice, do you

3    routinely attempt to determine or identify the cause

4    of a patient's non-Hodgkin's lymphoma?

5        A.    I wouldn't say that I attempt to

6    determine.  I think the topic comes up frequently.

7    Patients often are interested in knowing what caused

8    their cancer, so the question is frequently

9    discussed.  And we collect information -- I collect

10   information about the patient's past history,

11   medical history, potential employment and social

12   history, even geographic location to some -- to some

13   degree.  I don't investigate their entire

14   autobiography, but I collect data that I think is

15   relevant.

16       Q.    Do you collect data from your patients

17   with respect to occupational exposures or potential

18   occupational exposures?

19       A.    I collect data in terms of their

20   occupation.  Usually we don't have time to go back

21   decades of occupational history.  But if there is

22   something in the specific occupation that may

23   trigger a question, then I would ask if that's

24   relevant.

25             For example, I did do some work at the --

Ran Reshef, M.D.

```
 1   at the VA system when I was a fellow.  And there,

 2   every patient needs to be questioned where they

 3   were, what they were exposed to, what type of

 4   technical work have they done, exposure to solvents,

 5   exposure to radiation.  Those are -- those are

 6   elements that we usually collect, not necessarily

 7   because we know what to do with them, but it -- some

 8   of -- some of it is for general interest and for

 9   documentation purposes.

10        Q.   Okay.  In those -- for those patients

11   where you're collecting data, do you ask them

12   specifically, Have you been exposed to solvents?

13        A.   Not everyone.  If it comes up through

14   description of an occupation, if someone is an

15   engineer and works with repairing engines or if

16   someone works with metals on another capacity, then

17   I would ask about exposure to solvents.

18        Q.   What occupations would you follow up with

19   respect to occupational exposures?

20             MR. PIORKOWSKI:  Object to form.

21        A.   Definitely anyone who has a chance of

22   exposure to radiation.  And that is all the way from

23   being a technician at a hospital through working in

24   a power -- in a nuclear power plant or working in

25   the military in part in a capacity that may expose
```

Ran Reshef, M.D.

1    to radiation.

2          Exposures to secondhand smoking or

3    tobacco, I think that's -- may be in the gray zone

4    between occupational and personal social history,

5    but it can be relevant for occupation.

6          Yeah, generally people who have done work

7    in manufacturing plants, then I would dig a little

8    bit deeper to understand what types of exposures

9    they may have had.

10   BY MR. DICKENS:

11        Q.   How about farmers?

12        A.   No, it -- I wouldn't dig deeper in

13   exposures in farmers because exposures in farmers

14   have really not been on the radar for the oncology

15   community and are not considered a known risk factor

16   including the exposures that farmers might have.

17        Q.   Do you have an opinion as to whether or

18   not farmers have an increased risk of non-Hodgkin's

19   lymphoma versus others in other occupations?

20        A.   Not a yes-or-no question.  I have reviewed

21   literature that is very focused on glyphosate and

22   its relationship with non-Hodgkin lymphoma.  Through

23   my review, I recall papers that have linked farm

24   work with risk for cancer.  I wouldn't be able to

25   recall the details because it really wasn't the

Ran Reshef, M.D.

1    focus of my preparation.

2         Q.   In your opinion, though, farmers or

3    farming as an occupation is not a risk factor for

4    non-Hodgkin's lymphoma?

5              MR. PIORKOWSKI:  Object to form.

6         A.   I have not evaluated those studies that

7    I've just mentioned in a great enough depth to

8    respond to this question.  It wasn't part of the --

9    my preparation for this deposition.  The claims in

10   these cases, to my understanding, are regarding

11   specific exposure to glyphosate and not an

12   occupational exposure of being a farmer.

13   BY MR. DICKENS:

14        Q.   Okay.  Doctor, in your opinion, what are

15   the causes of non-Hodgkin's lymphoma?

16             MR. PIORKOWSKI:  Object to form.

17        A.   Non-Hodgkin lymphoma, similar to most

18   cancers, is not associated with environmental or

19   hereditary exposures.  It is thought that the

20   overwhelming majority of cases are driven by the

21   normal process of cell division and DNA replication

22   leading to replication errors in the DNA, and then

23   mutations that accumulate with time over multiple

24   events, and the failure of the immune system to

25   eliminate and recognize these cells early enough

Ran Reshef, M.D.

```
 1   before they grow and become a tumor.  That is

 2   thought to be, in medical oncology, the primary

 3   reason for most cancers, other than very specific

 4   ones that have been linked to environmental

 5   exposures that trigger those mutations or help them

 6   become from an early mutation to a later tumor.

 7   BY MR. DICKENS:

 8        Q.   Okay.  Understanding that's your opinion,

 9   are there any known risk factors for non-Hodgkin's

10   lymphoma?

11        A.   Yes.

12        Q.   What are those?

13        A.   Viral infections.  Certain viruses are

14   related -- have been linked to non-Hodgkin lymphoma.

15   That includes hepatitis viruses.  HIV is probably

16   the most dominant one.  A virus called HHV8 is

17   linked to a specific subtype of lymphoma.  Other

18   infectious pathogens such as a certain type of

19   chlamydia infection, H. pylori is linked to lymphoma

20   in the intestinal tract.  Other underlying diseases,

21   primary immunodeficiencies, either congenital or

22   acquired, treatment with immunosuppressive agents,

23   very typical after organ transplant or bone marrow

24   transplant.  And other immune disorders I've already

25   mentioned, I think.  There are probably a couple of
```

Ran Reshef, M.D.

1    other.

2            Age is probably the one that is the

3    strongest one, which links back to what I mentioned

4    earlier about the fact that these are random

5    mutations that accumulate over time, then obviously,

6    with age, accumulate more.

7            Some additional risk factories that have

8    been identified in epidemiological studies -- many

9    of them were fairly good quality -- is body size.

10   So body mass and even height has been linked to

11   incidence of lymphoma.  There is a higher incidence

12   in males compared to females, for most types of

13   lymphomas.  And, in fact, broadly speaking,

14   Caucasians versus other races have a higher risk of

15   lymphoma.

16       Q.   Okay.  Any other risk factors?

17       A.   I might be missing some from the

18   comprehensive list that I just named.  Off the top

19   of my head, that's my -- to my best recollection.

20       Q.   Okay.  You agree age does not cause

21   non-Hodgkin's lymphoma?

22            MR. PIORKOWSKI:  Object to the form.

23       A.   I think the answer of the -- the question

24   of causality is a very broad term since age -- older

25   age predisposes patients to have a long list of

Ran Reshef, M.D.

1    cancers, including lymphoma being one of the top

2    ones.  Then I think, yes, I think age causes

3    lymphoma.

4    BY MR. DICKENS:

5        Q.   Do you -- in your opinion, is there a

6    difference between risk factor and cause?

7        A.   It's a bit of a terminology issue.  There

8    isn't a huge difference.  There are cases where I

9    would prefer to use the word "risk factor" because

10   there isn't a direct link or that the excess risk is

11   very minimal, so it will be difficult to determine

12   that in an individual person, that risk factor had

13   caused the cancer.  In some cases, the cause is very

14   direct and very clear.

15            For example, in patients who've had a bone

16   marrow transplant and immediately, within weeks,

17   develop a certain lymphoma called PTLD that has very

18   specific morphology, very specific characteristics,

19   and that's a reproducible -- you don't even need

20   studies.  You just see it in your practice.  That's

21   causality, because I think there is a very direct

22   and obvious link and no clear confounders that can

23   be found.  And it's biologically plausible, based on

24   our understanding of how the immune system should

25   clear tumors, and in the absence of a fully

Ran Reshef, M.D.

 1   functioning immune system such as in the bone marrow

 2   transplant patient, it allows cancers to evolve more

 3   quickly.

 4       Q.   You mentioned there's studies linking body

 5   mass, including height, to non-Hodgkin's lymphoma.

 6            In your opinion, is body mass a risk

 7   factor for non-Hodgkin's lymphoma?

 8            MR. PIORKOWSKI:  Object to form.

 9       A.   It's been listed in sufficient studies of

10   good quantity, so I would say that the answer is

11   yes.

12   BY MR. DICKENS:

13       Q.   Okay.  So in your opinion, it is?  Yes?

14       A.   Yes.

15       Q.   Okay.  And in your opinion, is height

16   itself a risk factor for non-Hodgkin's lymphoma?

17       A.   There's more limited evidence for that,

18   but it is still fairly -- a fairly strong evidence.

19   Of course the confounder is that height is often

20   linked to weight, so I think I would prefer that the

21   determination that body size in general is probably

22   the true risk factor.

23       Q.   Okay.  You mentioned there's studies --

24   are all the studies you're relying upon for your

25   opinion that body mass is a risk factor for

Ran Reshef, M.D.

```
 1    non-Hodgkin's lymphoma included on your list of

 2    materials considered?

 3         A.   Yes.

 4         Q.   Gender, in -- is gender, in your opinion,

 5    a risk factor for non-Hodgkin's lymphoma, being

 6    male?

 7         A.   Yeah, lymphoma is more common in males

 8    than in females.  I would consider that a risk

 9    factor.

10         Q.   Okay.  Is being male a cause of

11    non-Hodgkin's lymphoma?

12         A.   This goes back to my definition of risk

13    factor or -- versus causality.  Where there's

14    obviously a continuous spectrum between these two

15    words and it's a little bit of a terminology issue

16    of how would you decide to -- what would you decide

17    to call this phenomena.

18              The correlation between sex and

19    non-Hodgkin's lymphoma can be highly confounded by

20    other variables due to various behavioral

21    occupational differences between men and women that

22    might be driving that association.  So I would be

23    hesitant to call that association a cause.

24         Q.   In your opinion, is being Caucasian a risk

25    factor for non-Hodgkin's lymphoma?
```

Ran Reshef, M.D.

 1        A.   Similar response.  To build causality,

 2   there are even scientific guidelines that were

 3   written about this.  You need several steps.  It's

 4   not a single study that you can rely upon.  You

 5   would need epidemiologic evidence.  You would need

 6   absence of obvious or less obvious confounders to

 7   that correlation.  You would need biological

 8   plausibility.  If only one of those exists, it is

 9   quite challenging to determine causality.  But you

10   can still call it a risk factor, since there is an

11   association.

12        Q.   When you just mentioned biological

13   plausibility, are you relying on the Bradford Hill

14   criteria for that?

15        A.   Yeah, not that I have them memorized, but

16   generally Bradford Hill criteria are useful in these

17   discussions, yes.

18             MR. PIORKOWSKI:  Whenever there's a --

19        don't need to take a break now, but we're

20        getting close probably.

21             MR. DICKENS:  Okay.  Yeah, that's fine.

22        Why don't we take a break now.

23             THE VIDEOGRAPHER:  The time is 10:19 a.m.

24        and we are going off the record.

25             (Recess was taken.)

Ran Reshef, M.D.

```
 1              THE VIDEOGRAPHER:  The time is 10:36 a.m.
 2       and we are back on the record.
 3  BY MR. DICKENS:
 4       Q.   Doctor, before we took our break, we were
 5  discussing possible risk factors for non-Hodgkin's
 6  lymphoma.  We were talking about body mass.
 7              At what point does body mass become a risk
 8  factor for non-Hodgkin's lymphoma?
 9              MR. PIORKOWSKI:  Object to form.
10       A.   It depends on which study you look at.
11  Different studies have looked at this using
12  different parameters.  The more comprehensive ones
13  have looked at either segments by 5 kilograms, for
14  example.  Some of them have looked at them by
15  kilograms per meter square.  Some of them have just
16  looked at weight as a continuous variable.  I think
17  that my general sense or conclusion from that
18  literature is that there is an association between
19  body weight and non-Hodgkin's lymphoma.  I wouldn't
20  be able to tell that there is a cutoff point where
21  this becomes a risk factor or not.
22  BY MR. DICKENS:
23       Q.   With respect to your opinion specifically,
24  does it matter -- are -- does it matter when
25  somebody is overweight or obese?
```

Ran Reshef, M.D.

```
 1            MR. PIORKOWSKI:  Object to the form.
 2       A.   Similar to my previous response, some of
 3  those studies have looked at weight at the time of
 4  diagnosis.  And most of these studies have actually
 5  looked at historical weights of how much people
 6  weighed in their 20s, 30s, 40s, and the development
 7  of subsequent cancer.  It's very typical for
 8  epidemiologic studies to look at the leg after the
 9  exposure, because cancer doesn't happen overnight
10  and presumably the risk factor needs to be there for
11  a while before cancer evolves.
12  BY MR. DICKENS:
13       Q.   And I can look at the studies myself.
14            What I want to know is, is your particular
15  opinion, does it matter if somebody becomes obese in
16  adulthood versus as a young child?
17            MR. PIORKOWSKI:  Object to form.
18       A.    I will need to look at the studies again.
19  This wasn't the focus of my review.  I was looking
20  at that to review alternative risk factors that may
21  pertain to the cases.  And, yeah, I wouldn't want to
22  say something off the top of my head, but I know
23  that these studies have examined both of these
24  associations, both at the time of diagnosis and
25  earlier in life, which I would not be able to recite
```

Ran Reshef, M.D.

1    the results off the top of my head.

2    BY MR. DICKENS:

3        Q.   And I can read the studies myself.

4            What I want to know is your opinion that

5    you intend to offer:  Does it matter to your opinion

6    whether or not somebody's obese in adulthood versus

7    when they were a child?

8        A.   I haven't developed a solid opinion about

9    that particular issue.  My general opinion is that

10   obesity is associated with non-Hodgkin lymphoma.

11   This is what I gather from these -- from these

12   studies.  And I think it's a good example for

13   differentiating a general primary conclusion from a

14   study versus conclusions that are based on subset

15   analysis and various ways of slicing and dicing the

16   data.  These studies, when I interpret them, I

17   really look at the broad conclusion and not

18   necessarily Table 7B that looked at a certain

19   parameter or a certain metric as it -- as it relates

20   to the outcome.

21       Q.   In your opinion, is body mass only a risk

22   factor when somebody becomes obese?

23           MR. PIORKOWSKI:  Object to form.

24       A.   Some studies have, in fact, looked at body

25   mass index even within the normal range or even

Ran Reshef, M.D.

```
 1    looking at underweight individuals.  My recollection

 2    is that there is a continuous relationship, which

 3    again supports this idea, because we always think

 4    about exposure.  Exposure outcome relationship is

 5    basically a form of the dose-response correlation in

 6    epidemiological studies.  But, again, I feel that

 7    I'm trying to recite data that's not in front of me.

 8    BY MR. DICKENS:

 9        Q.    I'm not asking you to recite data, Doctor.

10    I'm asking for what your opinion that you intend to

11    offer here is.

12              Is being overweight and not obese in the

13    body mass index, is just simply being overweight a

14    risk factor, in your opinion, for non-Hodgkin's

15    lymphoma?

16        A.    If I had to offer a specific opinion, I

17    think that obesity with a BMI above 30 is what's

18    associated with non-Hodgkin lymphoma.

19        Q.    And at any point in life before

20    non-Hodgkin's lymphoma, a BMI over 30?

21              MR. PIORKOWSKI:  Object to form.

22        A.    I think it needs to be for several years.

23    BY MR. DICKENS:

24        Q.    And you mentioned height.

25              At what point does height become a risk
```

Ran Reshef, M.D.

```
 1    factor, in your opinion?

 2         A.   Well, that's a little bit easier, because

 3    height doesn't change that much during adult life.

 4    And we're talking about -- in this case, about

 5    diseases that are prevalent in adults and even aged

 6    adults.  So height doesn't really change that much

 7    from the point we finish growing into older age.  If

 8    anything, it decreases a little bit, but not by a

 9    magnitude of a difference -- if someone is six-eight

10    at the age of 50, they were probably roughly

11    six-eight also at the age of 20.  So I don't -- I

12    don't think there's much of a reason to

13    differentiate those.

14         Q.   In your opinion, how big of a relative

15    risk is there for somebody who's six-eight versus

16    someone of normal height?

17              MR. PIORKOWSKI:  Object to form.

18    BY MR. DICKENS:

19         Q.   How much of an increased risk of

20    non-Hodgkin's lymphoma does that person of six-eight

21    have?

22              MR. PIORKOWSKI:  Object to form.

23         A.   I would need to look at the -- at the

24    papers to give an answer to that.  This is not a

25    question that comes up in clinical practice.
```

Ran Reshef, M.D.

```
 1   BY MR. DICKENS:

 2       Q.   Okay.  Do you -- do you -- have you ever

 3   told any of your patients that their height has been

 4   a risk factor or cause for their non-Hodgkin's

 5   lymphoma, any of your patients?

 6       A.   No.  I think it's poor practice of

 7   medicine to tell patients about risk factors that

 8   they can't change.

 9       Q.   Okay.  Do you ever tell your patients

10   about the possible risk factors that have caused

11   their non-Hodgkin's lymphoma?

12            MR. PIORKOWSKI:  Object to form.

13       A.   I would discuss it with them if it has

14   medical relevance to their treatment.

15            For example, if there were -- if there is

16   a reason to think about hereditary causes, then

17   usually there are implications towards family

18   members who may want to be screened.  In our world

19   of bone marrow transplant, that's important because

20   we often transplant from family members.  So we

21   don't want to transplant someone from a family

22   member who has the same risk factor.  So these are

23   the types of situations where these things come up.

24            In terms of environmental exposures, it

25   does not come up as often, mostly because
```

Ran Reshef, M.D.

```
 1   environmental exposures are a very minor contributor

 2   to cancer.  That's the first reason.

 3            And the second reason is that it's really

 4   only in isolated types of cancers that you can do

 5   something about that, the best example being lung

 6   cancer.  If someone continues to smoke after a

 7   diagnosis of lung cancer, that is harmful still even

 8   at that point.  So that is something I will discuss

 9   with a patient.

10   BY MR. DICKENS:

11       Q.   Do you agree family history is not a risk

12   factor for non-Hodgkin's lymphoma?

13            MR. PIORKOWSKI:  Object to form.

14       A.   I disagree.  I haven't reviewed the

15   literature.  But in several studies, including some

16   of the epidemiological studies that looked at

17   glyphosate, the family history of a prior cancer --

18   family history or a prior cancer in the same

19   individual had linked to non-Hodgkin lymphoma.  I

20   don't think that's a particularly good or

21   reproducible finding.  I wouldn't consider that a

22   well-established risk factor for non-Hodgkin

23   lymphoma.  But it's -- it is mentioned in some

24   studies.

25
```

Ran Reshef, M.D.

```
 1   BY MR. DICKENS:

 2       Q.   Understanding it's in some studies, your

 3   opinion is that family history of cancer is not a

 4   risk factor for non-Hodgkin's lymphoma?

 5       A.   I wouldn't be able to rule that out and

 6   would definitely raise a lightbulb in my head if

 7   someone tells me that they have a family history of

 8   a similar disease, mostly because that implies that

 9   there might be a heredity factor that we need to

10   identify, because it does have implications, as I

11   mentioned earlier.

12       Q.   Okay.  You just said "similar disease"

13   there.

14            Is risk factor for any cancer, in your

15   opinion, or -- sorry.

16            Is family history of any cancer a risk

17   factor for non-Hodgkin's lymphoma or does it have to

18   be a similar lymphoma or lymbopoietic [sic] cancer?

19            MR. PIORKOWSKI:  Object to form.

20       A.   In my opinion, without reviewing the

21   appropriate literature for that, family history of

22   other cancers does not predispose to non-Hodgkin

23   lymphoma, to the best of my knowledge.

24   BY MR. DICKENS:

25       Q.   And you haven't reviewed the scope of
```

Ran Reshef, M.D.

```
 1   studies on that particular issue?

 2        A.   That's a large scope to review, so, no, I

 3   have not reviewed them.

 4        Q.   I'm going to hand you what we'll mark as,

 5   I believe, Exhibit 4.

 6             THE COURT REPORTER:  Uh-huh.

 7             (Exhibit Reshef-4 was received and marked

 8        for identification, as of this date.)

 9   BY MR. DICKENS:

10        Q.   Doctor, can you identify this document for

11   the record?

12        A.   This is a list of materials considered

13   from Ran Reshef, amended December 12, 2019.

14        Q.   Doctor, is there -- are there any

15   documents you reviewed since December 12, last week,

16   that don't appear here on the list of materials

17   considered?

18        A.   No, I don't believe so.

19        Q.   And you've stated earlier that the studies

20   you're relying upon for your opinion with respect to

21   body mass as a risk factor for non-Hodgkin's

22   lymphoma appear here on your list of materials

23   considered, correct?

24        A.   The major ones that I did review are

25   listed here, yes.
```

Ran Reshef, M.D.

1          Q.    Are there other ones you did review that

2     don't appear on this list?

3          A.    There are other ones that I know of their

4     existence.  They came up in my search, but I did not

5     review them in depth.

6          Q.    Okay.  And --

7          A.    So I would not consider them materials

8     reviewed or materials considered.

9          Q.    And those aren't studies in which you're

10     relying upon for your opinion regarding body mass

11     and non-Hodgkin's lymphoma?

12          A.    I'm not.  When I looked through the

13     literature, I was also attempting to identify which

14     of these studies would likely be more reliable or

15     was done with higher quality.  So I did not consider

16     materials that did not appear to be of high

17     scientific evidence.  So I did not consider them and

18     did not review them in depth.

19          Q.    With respect to body mass, the Abar study,

20     the first one, that's a study related to body mass,

21     correct?

22          A.    Yes.

23          Q.    And then, on the first page, Castillo; is

24     that correct?

25          A.    Yes.

Ran Reshef, M.D.

```
 1        Q.   And later on down, I believe it's Chiu,

 2   C-H-I-U?

 3        A.   Yes.

 4        Q.   Second page, Hidayat, H-I-D-A-Y-A-T?

 5        A.   Yes.

 6        Q.   And I have on the third page, third from

 7   the bottom, Psaltopoulou, P-S-A-L-T-O-P-O-U-L-O-U.

 8             Is that regarding body mass?

 9        A.   Yes.

10        Q.   Are there any other studies, on your list

11   of material considered and those five that we just

12   identified, that you're relying upon for your

13   opinion regarding body mass -- body mass as a risk

14   factor for non-Hodgkin's lymphoma?

15        A.   So there are several papers here that come

16   from the InterLymph Consortium studies and I, to be

17   quite honest, don't recall, off the top of my head,

18   if body mass index or body size in general was one

19   of the variables that was also reviewed in those

20   papers.  I would need to look at them to refresh my

21   memory.

22        Q.   Okay.  Other than with the InterLymph, any

23   other potential studies on here related to body

24   mass?

25        A.   I don't think so.
```

Ran Reshef, M.D.

```
 1      Q.   Okay.

 2      A.   Hold on for one second.

 3           (Witness reviews document.)

 4           So I believe that body mass index actually

 5   did come up in some of the glyphosate exposure

 6   studies and -- or was taken into account as a -- as

 7   a covariate, thinking that it may serve as a -- as a

 8   confounder.  So there is some discussion of that in

 9   some of the other papers as a potential confounder

10   or covariate.

11      Q.   Those glyphosate studies weren't designed

12   to look at whether or not body mass or obesity is a

13   risk factor for non-Hodgkin's lymphoma.

14           You would agree with that?

15      A.   That's not how I would phrase that.  That

16   wasn't the goal of the study or the hypothesis that

17   they were trying to prove.  When you're -- when

18   you're doing this type of study, you have to look at

19   multiple covariants so you can identify findings

20   that might not be the primary finding of the paper,

21   but they're very important to the design of the

22   study, because without them these are -- remain

23   unknown confounders that are not adjusted for.

24           MR. PIORKOWSKI:  David, what is the fifth

25       study you named?
```

Ran Reshef, M.D.

1              MR. DICKENS:  Third page, Psaltopoulou.

2              He makes me say it again.

3              THE WITNESS:  It starts with a P.

4              MR. PIORKOWSKI:  Okay.  That's why --

5         okay.  Got it.  Thanks.

6    BY MR. DICKENS:

7         Q.   Other than those five, the InterLymph, and

8    the possible glyphosate, is there any particular

9    study specific to body mass and non-Hodgkin's

10   lymphoma you're relying upon?

11        A.   I'm not sure I understand the question.

12   In terms of what specific study, other than the list

13   we've reviewed?

14        Q.   Are there any other studies that -- other

15   than what we've just already discussed, that you're

16   relying upon for your opinion on body mass and

17   non-Hodgkin's lymphoma?

18        A.   No.

19        Q.   Is -- in your opinion, is body mass a risk

20   factor for follicular lymphoma?

21        A.   According to at least one study from that

22   list, it is.

23        Q.   Okay.  And that one study may say that.

24             What's your opinion, Doctor?  Is body mass

25   a risk factor for non-Hodgkin's -- or for follicular

Ran Reshef, M.D.

1    lymphoma?

2        A.    Yes.   According to that study, yeah.   And

3    that's my -- that's my opinion.

4        Q.    Okay.   And that opinion is based on, as

5    you mentioned, that one study; is that right?

6        A.    That's the one I recall that specifically

7    looked at subtypes of lymphoma in addition to

8    looking at non-Hodgkin lymphoma as a whole.

9        Q.    Okay.   What study was that?

10        A.    I will need to look at them to identify.

11    I don't think it's on my -- on my summary list.   But

12    since we're talking about a fairly good long list of

13    studies that all of them are somewhat similar, then

14    I would not be able to tell you off the top of my

15    head.

16        Q.    Okay.   And just for clarification,

17    understanding you can't identify the particular

18    study, do you believe that's, whatever study that

19    was, appears on your materials considered list or is

20    that something that you believe is not included?

21        A.    No, I believe it is included here.

22        Q.    Now, in determining risk factors for

23    non-Hodgkin's lymphoma, do you believe it's

24    necessary to look at studies particular to a subtype

25    of the non-Hodgkin's?

Ran Reshef, M.D.

```
 1              MR. PIORKOWSKI:  Object to form.

 2        A.    It's a complicated answer.  In terms of

 3   study design, that would be the ideal study design.

 4   The pitfall of the downside behind that is that you

 5   always lose power by looking at the specific

 6   subtypes.  You may actually miss an association that

 7   is there just because of decreasing the sample size

 8   significantly.

 9   BY MR. DICKENS:

10        Q.    So in clinical practice in determining

11   risk factors for any subtypes, you look at

12   non-Hodgkin's as a -- as a larger group; is that

13   right?

14              MR. PIORKOWSKI:  Object to form.

15        A.    The framework, in my mind, is -- is

16   similar to that.  Other than certain exceptions,

17   there is, in fact, a study that has identified

18   that -- in Waldenstrom, for example, it's actually

19   the other way around.  It's low body size that seems

20   to associate with Waldenstrom.  But that's one study

21   and one subtype that is, in fact, an uncommon

22   disease.

23              But globally speaking, yes.  But the one

24   caveat is that this has absolutely no implications

25   to a clinical practice.  So I don't spend a lot of
```

Ran Reshef, M.D.

1    time thinking about this.

2    BY MR. DICKENS:

3        Q.   And can you just explain what you meant by

4    that last statement, that this doesn't have -- I

5    don't know exactly what you said, but an impact on

6    clinical practice?

7        A.   That means that if a patient comes in and

8    has a lymphoma, then the fact that the patient is

9    obese or tall has no impact on their medical care or

10   on any behavioral issues that I would recommend to

11   such a patient to undertake or recommendations in

12   terms of their family members or anyone else.

13       Q.   Okay.  You mentioned one study on

14   Waldenstrom and body mass.

15            That's the InterLymph study for

16   Waldenstrom, correct?  Vajdic, I believe,

17   V-A-J-D-I-C?

18       A.   Again, without looking at it, I am

19   guessing that that's the one.  But there has been

20   another study that looked at subtypes and I don't

21   recall which one of them came up with that

22   particular finding.

23       Q.   Okay.  And the finding you mentioned was

24   that actually being underweight was a risk factor

25   for non-Hodgkin's lymphoma in Waldenstrom

Ran Reshef, M.D.

1   specifically?

2       A.   That study had shown that with increased

3   BMI, the risk for Waldenstrom actually goes down.

4       Q.   Okay.  Are -- will you be offering an

5   opinion in this case that obesity is a risk factor

6   for Waldenstrom?

7       A.   No, because based on that study, it is

8   not.

9       Q.   And is that opinion based on that single

10  study that you reviewed?

11          MR. PIORKOWSKI:  Object to form.

12      A.   I believe so.  And in the absence of other

13  studies that contradict that, to the best of my

14  knowledge.

15  BY MR. DICKENS:

16      Q.   Going back to general opinions on

17  non-Hodgkin's lymphoma and risk factors, you listed

18  risk factors.

19          Do you believe -- or do you have an

20  opinion that -- as to whether or not diabetes is a

21  risk factor for non-Hodgkin's lymphoma?

22      A.   I don't have an opinion on that.  It is

23  clearly confounded by the fact that obesity is

24  related to diabetes.  So I would not be surprised if

25  there are studies that have looked into that.

Ran Reshef, M.D.

```
 1        Q.   Okay.  But that's not something that
 2   you've looked into?
 3        A.   I have not.
 4        Q.   Okay.  And so you will not be offering an
 5   opinion, in this case, that diabetes is a risk
 6   factor for non-Hodgkin's lymphoma?
 7        A.   No, I will not.
 8        Q.   Will you be offering an opinion that
 9   smoking is a risk factor for non-Hodgkin's lymphoma?
10        A.   No, mostly because I have not reviewed the
11   literature.  I know that there have been studies
12   that have suggested that that is, in fact, the case.
13   But smoking seems to be a very, very minimal
14   contributor to all lymphohematopoietic tumors.
15        Q.   Will you be offering an opinion with
16   respect to alcohol use as a risk factor for
17   non-Hodgkin's lymphoma?
18        A.   No, it did not appear relevant to the
19   case, based on the records that I have reviewed.
20        Q.   Will you be offering an opinion that skin
21   cancer is a risk factor for non-Hodgkin's lymphoma?
22        A.   Yes.
23        Q.   And what is your opinion with respect to
24   skin cancer as a risk factor for non-Hodgkin's
25   lymphoma?
```

Ran Reshef, M.D.

1        A.    There are several studies listed in the

2   materials considered that have found associations

3   between prior skin cancer and non-Hodgkin lymphoma,

4   nonmelanoma skin cancer in particular.

5        Q.    And the studies you're relying upon for

6   your opinion regarding skin cancer, those appear on

7   your materials considered list?

8        A.    Correct.

9        Q.    Can you identify what studies those are?

10        A.    This will take a moment, because they're

11   in alphabetic order and not --

12        Q.    Sure.

13        A.    -- organized in a way that helps finding

14   that information.

15        Q.    Sure.  Understood.  Take as much time as

16   you need.

17        A.    (Witness reviews document.)

18              Hemminki, on the second page.

19        Q.    Okay.

20        A.    Nugent, third page.

21              Ong, third page.

22              Wheless.  That's page 4, I believe.

23              And as I mentioned earlier, this might be

24   mentioned in some of the InterLymph studies, but I

25   would need to have them in front of me to identify

Ran Reshef, M.D.

```
 1    whether that was considered in those studies.

 2        Q.    Okay.  Now, the four that you identified

 3    specific to nonmelanoma skin cancer, those studies

 4    weren't specific to non-Hodgkin's lymphoma, correct?

 5        A.    I believe three of them for sure were

 6    general second malignancies.  I believe all -- I

 7    believe all of them have been -- have discussed

 8    subsequent cancers in general, which included

 9    non-Hodgkin lymphoma.

10        Q.    Okay.  Are there any other studies you're

11    relying upon for your opinion that skin cancer is a

12    risk factor for non-Hodgkin's lymphoma, other than

13    the four you mentioned and the possible InterLymph

14    studies, that don't appear on your materials

15    considered list?

16        A.    No.

17        Q.    And what is the relative risk for an

18    individual who has prior skin cancer in their

19    development of non-Hodgkin's lymphoma?

20        A.    I will need the studies in front of me to

21    give you the numbers.

22        Q.    And, in your opinion, is it simply having

23    the skin cancer itself that is the risk factor for

24    having non-Hodgkin's lymphoma or is it sun exposure?

25            MR. PIORKOWSKI:  Object to form.
```

Ran Reshef, M.D.

1        A.   It's a good question.  And sun exposure in

2   and of itself was examined, I believe, in the

3   InterLymph study and a couple of the others.  These

4   studies claim that there is a direct association

5   with the skin cancer itself.  The mechanism for that

6   is -- has not been explored in these studies and

7   it's difficult to tell.  It's possible that it's

8   related to sun exposure.  Would not rule it out.

9   BY MR. DICKENS:

10       Q.   Other than skin cancer being offered --

11   are you offering an opinion that prior cancer other

12   than skin cancer is a risk factor for non-Hodgkin's

13   lymphoma?

14       A.   I believe some of the glyphosate papers

15   have looked into incidents of prior cancers and I --

16   again, to my recollection, there were associations

17   between prior cancers and lymphoma.

18       Q.   Okay.  Will you be offering an opinion

19   that prior cancers are a risk factor for

20   non-Hodgkin's lymphoma in an individual?

21       A.   My opinion is reserved to the skin issue,

22   to prior skin cancer, which is the materials I've

23   reviewed.

24       Q.   Okay.  Had you reached an opinion as to

25   whether or not skin cancer was a risk factor for

Ran Reshef, M.D.

1    non-Hodgkin's lymphoma prior to becoming involved in

2    this litigation?

3        A.    No.

4        Q.    So your opinion regarding skin cancer you

5    developed after becoming involved here?

6        A.    Correct.

7        Q.    Have you ever told a patient that skin

8    cancer played a role in their development of

9    non-Hodgkin's lymphoma?

10             MR. PIORKOWSKI:  Object to form.

11       A.    No, because an association does not mean

12   that that cancer directly played a role.  It's an

13   association.  I would call that a risk factor.  But

14   it is difficult to establish that there was

15   causality or what is really the biologic mechanism.

16   And more specifically to your question, there's

17   nothing that the patient can do about that, so it is

18   not a practical thing to bring up with a patient.

19   BY MR. DICKENS:

20       Q.    Okay.  Have you had patients diagnosed

21   with non-Hodgkin's lymphoma who had active

22   hepatitis?

23       A.    Yes.

24       Q.    Have you told those patients that their

25   hepatitis contributed in any way to their

Ran Reshef, M.D.

1    non-Hodgkin's lymphoma?

2         A.   If they had asked about the origins of

3    their cancer, then yes.

4         Q.   Okay.  If -- what if they don't ask?

5         A.   Then I would treat their cancer and I

6    would treat their hepatitis, because these are the

7    things that are medically -- the medically correct

8    thing to do.

9         Q.   Okay.  But you wouldn't have any

10   discussion with respect to their -- with the patient

11   about their hepatitis playing a role in their

12   non-Hodgkin's lymphoma?

13        A.   It often comes up.  Mostly because

14   patients are aware or made aware of this

15   association, just by reading it online or hearing

16   about this from someone.  And many lymphomas

17   associated with hepatitis actually arise in organs

18   that are close or in the liver or the spleen.  So

19   the association is pretty intuitive for a patient,

20   so this topic does come up.

21        Q.   Do you have an opinion as to whether or

22   not solvents are a risk factor for non-Hodgkin's

23   lymphoma?

24        A.   Yes, solvents are a risk factor for a long

25   list of lymphohematopoietic tumors.  The one that's

Ran Reshef, M.D.

1    been most established is acute myeloid leukemia, but

2    there is an association with other tumors, including

3    non-Hodgkin lymphoma.

4        Q.   Okay.  And with respect to solvents, how

5    much exposure is required in order to develop

6    non-Hodgkin's lymphoma as a result of solvent

7    exposure?

8            MR. PIORKOWSKI:  Object to form.

9        A.   There is very few studies that have any

10   definitive conclusions about that.  Obviously this

11   is a type of question that you wouldn't be able to

12   conduct a randomized prospective study and expose

13   humans to various levels of solvents.  So this is

14   pretty similar to other epidemiological studies, but

15   this has been a reproducible risk factor that was

16   shown in multiple studies and across multiple

17   cancers.

18   BY MR. DICKENS:

19       Q.   And when you say "solvents," can you --

20   can you explain what you mean by solvents that are a

21   risk factor for non-Hodgkin's lymphoma?

22       A.   So I'm not an expert on the chemistry, but

23   benzene was the one that was identified fairly early

24   on.  There are a couple of others that, to be

25   honest, I don't recall their names, but they also

Ran Reshef, M.D.

 1  have been identified in studies of solvents.  And

 2  the medical literature generally refers to them as

 3  the broad category, because studies have looked at

 4  them as a broad category.

 5       Q.   Okay.  "Solvents" is a broad term.  You'd

 6  agree with that?

 7       A.   Yes.  I mean, there are probably ones that

 8  are used very commonly and some that are not.  But

 9  it is -- there's a family of agents.

10       Q.   Okay.  And what I want to know -- you

11  mentioned benzene.  What other solvents, in your

12  opinion, are a risk factor for non-Hodgkin's

13  lymphoma?

14            MR. PIORKOWSKI:  Object to form.

15       A.   They're named in some of the studies.  I

16  don't recall them.  It's not a -- these are not

17  names that are intuitive to me or that I've heard in

18  any other context, so I can't repeat them.

19  BY MR. DICKENS:

20       Q.   Okay.  But they're --

21       A.   But they do appear in some of the

22  literature.

23       Q.   Okay.  But you do believe there's a

24  limited amount of solvents that are a risk factor

25  for non-Hodgkin's lymphoma?

Ran Reshef, M.D.

1      A.   I don't -- I don't know that.  It could

2   very well be that all solvents are a risk factor for

3   non-Hodgkin lymphoma, because that's the way it was

4   treated in some of the epidemiological studies.

5      Q.   Do you believe gasoline exposure is a risk

6   factor for non-Hodgkin's lymphoma?

7      A.   Depends what you call exposure.  There is

8   benzene in gasoline and, therefore, I think there

9   is -- there might be a certain hazard.  But there

10   may be some level of exposure that is completely

11   benign and is not a risk factor.

12      Q.   Okay.  Do you have an opinion as to

13   whether or not any pesticides are a risk factor for

14   non-Hodgkin's lymphoma?

15      A.   Yes, there have been pesticides that have

16   been even taken off the market by regulatory

17   authorities because of correlations with

18   carcinogenicity.

19      Q.   Okay.  So is that a yes, you will be

20   offering an opinion that certain pesticides are a

21   risk factor for non-Hodgkin's lymphoma?

22      A.   Yes.

23      Q.   And what pesticides are those?

24      A.   Lindane is one that comes to mind that

25   people used to spray in large quantities and now

Ran Reshef, M.D.

1    it's reserved to using it as a treatment for head

2    lice, I believe, most commonly and no longer used as

3    a -- as a pesticide.  DDT, I believe.  And malathion

4    has been implicated in some studies.  Those are the

5    first three that come to mind.

6              The Agriculture Health Study names five, I

7    believe, that have been associated throughout the

8    AHS.  And, again, their names, I don't recall and

9    they're not in front of me.

10        Q.   Okay.  And will you be offering an opinion

11   that those chemicals identified in the Agricultural

12   Health Study are indeed risk factors for

13   non-Hodgkin's lymphoma?

14             MR. PIORKOWSKI:  Object to form.

15        A.   Yes, the AHS is a very well-conducted

16   prospective cohort study that has done extensive

17   work to identify risk factors for cancer and

18   probably the best study that has been done in this

19   field worldwide or that I could find.  And,

20   therefore, I would -- I would take their conclusions

21   and think about them in a -- in a positive way.

22   BY MR. DICKENS:

23        Q.   Okay.  And for those chemicals identified

24   in Agricultural Health Study, did you undertake an

25   independent review of the literature related to

Ran Reshef, M.D.

1    those to determine whether or not there are risk

2    factors?

3         A.   I reviewed them through the Agricultural

4    Health Study.  Some of them also show up in other

5    studies that I reviewed for glyphosate.  But since

6    this was not the focus or the question in -- of

7    this -- of these -- of these claims, then I did not

8    review the literature in depth about them.

9         Q.   So your opinion that those products are

10   risk factors for non-Hodgkin's lymphoma is based on

11   the Agricultural Health Study's findings?

12             MR. PIORKOWSKI:  Object to form, misstates

13        testimony.

14        A.   It was in response to your question of how

15   do I know that certain pesticides have been

16   identified as risk factors.  So I responded that in

17   the Agricultural Health Study, there are several

18   chemicals that have been identified as such.

19   BY MR. DICKENS:

20        Q.   And if the Agricultural Health Study had

21   found that glyphosate was associated with -- or was

22   a risk factor for non-Hodgkin's lymphoma, that would

23   be your opinion here in this case as well?

24             MR. PIORKOWSKI:  Object to form.

25        A.   I would not have an opinion based on a

Ran Reshef, M.D.

1    single study.  But this has been the more

2    well-conducted study that's available in the

3    literature as compared to an abundance of

4    case-control studies that are highly flawed and

5    biased.  I think I would take more -- the AHS

6    carries more weight -- would carry more weight, in

7    my opinion, if the AHS had found that glyphosate has

8    a -- an association with cancer -- with non-Hodgkin

9    lymphoma, which it did not.

10   BY MR. DICKENS:

11       Q.   Okay.  You mentioned malathion.

12            What studies are you relying on that

13   malathion is a risk factor for non-Hodgkin's

14   lymphoma?

15       A.   That's come up in several of the studies

16   that are in my materials considered.  And it was, in

17   fact, specified as a major confounder because of

18   pesticide use that overlapped with glyphosate in the

19   same -- in the same users.  Hohenadel 2011 has --

20   has implicated that.  There was another one, which I

21   did not -- Pahwa.  Pahwa, which is a recent study.

22   No, I'm actually not sure that Pahwa -- there was

23   another study that discussed malathion as a

24   potential risk factor.

25       Q.   Okay.  Other than the risk factors we've

Ran Reshef, M.D.

```
 1  discussed already today, are there any additional

 2  risk factors for non-Hodgkin's lymphoma that you can

 3  think of as you sit here today?

 4          MR. PIORKOWSKI:  Object to form.

 5      A.   I don't believe I have mentioned

 6  radiation, but radiation is one.  Off the top of my

 7  mind, I think we've covered the list.

 8  BY MR. DICKENS:

 9      Q.   Doctor, I'm turning to your list of

10  materials considered.  In the second-to-last page,

11  there's some documents related to the individual

12  plaintiffs in this case.

13          You already indicated you reviewed Chester

14  Meeks' plaintiff fact sheet; is that correct?

15      A.   Correct.

16      Q.   And that's the fact sheet supplement as

17  well?

18      A.   Correct.

19      Q.   And then it says "Medical and Other

20  Records of Chester Meeks."

21          Doctor, can you identify what medical and

22  other records you reviewed for Chester Meeks?

23      A.   Records related to his diagnosis of

24  lymphoma, his treatment, the treatment that he had

25  received for it over the years, documents that had
```

Ran Reshef, M.D.

 1  to do with his employment history at the Department

 2  of Defense.  There were some records that -- that

 3  were discussing that.  And pathology reports,

 4  radiology reports, and physicians' notes.

 5      Q.   Okay.  Can you tell me what facilities you

 6  reviewed them for?

 7      A.   Which facilities was the -- was --

 8      Q.   Were the medical records from?

 9      A.   I did not write that down, so I wouldn't

10  be able to say that.  He was treated in more than

11  one institution, because he had moved to a different

12  institution to undergo autologous transplant.  He

13  wasn't treated, his entire treatment course, in a

14  single institution.  But I did not take down the

15  names of those institutions.  Their relevance to my

16  opinion was not -- was not high, in my opinion.

17      Q.   Okay.  The relevance to what medical

18  records weren't high in your opinion?

19      A.   You asked about which medical

20  institutions --

21      Q.   Okay.

22      A.   -- these records came from.

23      Q.   Okay.

24      A.   So the name of the institution did not

25  appear relevant for me to memorize or to put on a --

Ran Reshef, M.D.

1    on a sheet of paper.

2        Q.    Did you only review records related to

3    Mr. Meeks' oncologist?

4        A.    I believe there were records beyond just

5    oncology notes.   There were records from bone marrow

6    transplant, which are a type of oncology, but

7    they're a bit different from his primary lymphoma

8    oncologist.   There may have been some primary care

9    records within that.   And there were, as related to

10   his employment history, some records related to

11   health insurance, life insurance, and things like

12   that, that were part of the records.

13       Q.    Okay.

14            MR. PIORKOWSKI:   David, just so -- I want

15       to make sure the record is complete.   He was

16       just provided also with some additional records

17       from his military service, which we just came

18       into possession of last week and didn't mention

19       that.   So I just want to make sure that that's

20       part of what you have to consider.

21       A.    And I had the death certificate from

22   Mr. Meeks as part of the records.

23   BY MR. DICKENS:

24       Q.    And, Doctor -- and I appreciate you

25   attempting to tell me what records you reviewed.

Ran Reshef, M.D.

```
 1    This is my only chance to identify what you reviewed

 2    to reach your opinions here today.

 3              Did you review the records from the VA

 4    medical center?

 5        A.   I think the answer is yes.  But as I

 6    responded earlier, the type or name of the

 7    institution did not appear to me that it has a high

 8    degree of relevance to my opinion, so -- as long as

 9    it was a medical institution, so I did not memorize

10    it or write it down.

11        Q.   Okay.  Was there a period of time, of

12    dates for which you reviewed medical records for

13    Mr. Meeks?

14        A.   Most of it was from the time of diagnosis,

15    which was in 2012, through the time of his death in

16    2017.  These records also list prior medical history

17    that was taken by physicians who took care of him.

18    Some additional information was in the depositions

19    by family members, information that pertained to his

20    medical conditions, including prior to his

21    diagnosis.  And as just mentioned, I reviewed some

22    records from his military career, which were not

23    strict medical records from physicians, but they had

24    information that included medical information such

25    as life insurance forms and things of that sort.
```

Ran Reshef, M.D.

1      Q.   Did you review any records prior to his

2  diagnosis in 2012?

3      A.   I don't recall.

4      Q.   Do you know generally how many medical

5  records you've received and reviewed related to

6  Mr. Meeks?

7      A.   I would estimate it's several hundreds of

8  pages.

9      Q.   Did you receive it in a binder?

10     A.   I received part of it in a binder and part

11  of it online.

12     Q.   How much did you receive online?

13     A.   It was a -- it was everything that was in

14  the binder.  And in addition to that, records that

15  were long lists of lab reports that were again in

16  the hundreds, in the hundreds of pages.

17     Q.   Okay.  Were the -- you said a list of

18  laboratory reports.

19          Was that -- were those actual medical

20  records from a facility or was that a summary of lab

21  reports?

22     A.   Both.

23     Q.   Okay.  A summary of lab reports created by

24  his -- Mr. Meeks' physicians or by someone

25  associated with Monsanto?

Ran Reshef, M.D.

```
 1      A.    By his physician or by the institution

 2   that can pull labs in a report that is easier to

 3   read if you take -- if you give them time interval.

 4   I don't think any of the medical records were

 5   generated by Monsanto.  They all appeared to have

 6   come from the institutions where the patient was

 7   treated.

 8      Q.    Okay.  And I appreciate that.  And all I

 9   wanted to know was:  Was it a summary of lab reports

10   or was it the actual lab reports themselves that you

11   reviewed?

12      A.    Both.  And in a summary, I mean summary by

13   one of the physicians, not by an independent -- I

14   did not review any records that allowed a

15   third-party opinion or summary of any of the

16   records.  I reviewed the raw data.  Only other --

17   the only other information that I may have gleaned

18   from is from other depositions that I've reviewed.

19      Q.    Okay.  That's helpful.  Thank you.

20            With respect to -- it was put on the

21   record that you received and reviewed, within the

22   past week, some military records; is that right?

23      A.    Correct, a small -- small amount.

24      Q.    Okay.  When you say "small amount," what

25   do you mean?
```

Ran Reshef, M.D.

1      A.   Less than a hundred pages for sure.

2      Q.   And where were those records from?

3      A.   Department of Defense records.  I believe

4  some of them were provided by Mr. Meeks' wife.  And

5  some of them may have been recovered by counsel

6  through the Department of Defense or through other

7  means.  I don't know.

8      Q.   Okay.  Were there anything in those

9  records that either altered or supported your

10 opinion in this case?

11     A.   Supported my opinion.  It -- these records

12 do support his history as a nuclear mechanic working

13 in -- in the Navy in situations where there could

14 potentially have been radiation exposure.

15     Q.   In the record -- medical records you

16 received, did you review each and every page of

17 those medical records?

18     A.   No.  Many of them were duplicates, because

19 of labs printed in multiple ways and forms, and many

20 of them, in first glance, were irrelevant.  So I did

21 go page by page, but I did not review each page in

22 depth.

23     Q.   It also states you reviewed the deposition

24 transcript of Mr. Meeks' wife, Ann Meeks; is that

25 right?

Ran Reshef, M.D.

```
 1        A.   Correct.

 2        Q.   And a transcript of David Meeks?

 3        A.   Correct.

 4        Q.   Have you reviewed -- and on the second

 5   page, you've also reviewed the transcript of Daniel

 6   Meeks?

 7        A.   Yes.

 8        Q.   Okay.  And it appears you also reviewed

 9   the deposition transcript of Dr. Dang?

10        A.   Yes.

11        Q.   And that -- he's a treating physician of

12   Mr. Meeks?

13        A.   Correct.

14        Q.   Okay.  For these depositions that you

15   reviewed, did you only review the transcript or did

16   you also review the exhibits that were attached to

17   the transcript?

18        A.   For these specific depositions, I only

19   reviewed the transcript.

20        Q.   With respect to Mr. Wade, can you tell me

21   what medical records you reviewed for Mr. Wade?

22        A.   Medical records from treating oncologists.

23   He had several medical records from a ear, nose, and

24   throat physician who made the initial observation

25   and assisted with the diagnosis.  Records from
```

Ran Reshef, M.D.

1    radiation oncology.  Records from subsequent

2    oncologists that the patient transferred his care

3    to.  Records from an immunologist that he had seen

4    later on for recurring symptoms that he continued to

5    have and low levels of immunoglobulin that he had.

6    And of course lab records, radiology reports,

7    pathology reports, additional tests that he's had,

8    such as an electromyogram.  Perhaps there was also a

9    neurology note, I think.

10        Q.   Did you review any employment records from

11   Mr. Wade?

12        A.   I reviewed what was in the plaintiff's

13   fact sheet in terms of employment records and I

14   don't think that I reviewed independent employment

15   records other than that.

16        Q.   Have you reviewed any records specific to

17   Mr. Wade since December 12, 2019?

18        A.   Have I reviewed -- have I reviewed records

19   after December 12, not whether there are records?

20        Q.   Correct.  Have you personally reviewed it?

21        A.   Okay.  Sorry.  I misunderstood the

22   question for a second.

23             I did not.

24        Q.   Okay.  For the transcripts related to

25   Mr. Wade, did you also only review the transcript

Ran Reshef, M.D.

```
 1   and not the exhibits associated with those?
 2        A.   I reviewed exhibits related to some of the
 3   expert witnesses that were brought in for this case.
 4   I don't believe that I reviewed any exhibits from
 5   Mr. Wade's transcript, from his deposition.
 6        Q.   Okay.  I'm going to hand you what's
 7   been -- what we will mark as Exhibit 5.
 8             (Exhibit Reshef-5 was received and marked
 9        for identification, as of this date.)
10   BY MR. DICKENS:
11        Q.   Doctor, I've handed you Exhibit 5, which
12   were the invoices submitted to us.
13             Are these invoices that you provided to
14   counsel for Monsanto?
15        A.   Yes.
16        Q.   And what period of time are these invoices
17   for?
18        A.   September and October and November.
19        Q.   Okay.  And so these are through
20   November 26, 2019; is that right?
21        A.   Correct.
22        Q.   Between the period of September 25 and
23   September 30, 2019, you have six hours dedicated to
24   the review of Wade and Meeks, review of medical
25   records; is that correct?
```

Ran Reshef, M.D.

```
 1         A.    Correct.

 2         Q.    And based on the invoices that are on --

 3    or attached as Exhibit 5, there's no other review of

 4    medical records or case-specific materials related

 5    to Mr. Wade and Mr. Meeks between September 25,

 6    2019, and November 26, 2019?

 7               MR. PIORKOWSKI:  Object to form.

 8         A.    Yeah, it's not described here.  I received

 9    a small number of medical records which did not take

10    me more than ten minutes to review.  So I've

11    included that as part of the hours billed without

12    listing that.

13    BY MR. DICKENS:

14         Q.    Okay.  We've heard about the military

15    records you've received recently.

16               What other medical records have you

17    received after that initial submission in September

18    of 2019 related to Mr. Meeks and Mr. Wade?

19         A.    Small number of documents from immunology

20    testing and immunologist appointment.  Those are, in

21    fact, listed under the 10/23/19 review of additional

22    materials.  Those -- that actually refers to those

23    materials.

24         Q.    Okay.  Other than the military records you

25    reviewed within the past week and what's included in
```

Ran Reshef, M.D.

```
 1   October 23, 2019, have you reviewed any additional

 2   case-specific materials related to these two

 3   plaintiffs?

 4           MR. PIORKOWSKI:  Other than what he's

 5       already --

 6           MR. DICKENS:  Correct.

 7       A.   Not that I recall, no.

 8   BY MR. DICKENS:

 9       Q.   You've also reviewed the deposition

10   transcripts of Dr. Barry Boyd; is that correct?

11       A.   Correct.

12       Q.   Dr. Ron Schiff?

13       A.   Correct.

14       Q.   Dr. Ira Braunschweig?

15       A.   Correct.

16       Q.   Did you only review the transcripts or did

17   you review the exhibits related to those three

18   depositions?

19       A.   I reviewed, selectively, some of the

20   exhibits that I felt were relevant, or relevant for

21   me to understand what is being mentioned in the

22   deposition.

23       Q.   Did you receive all of the exhibits for

24   those three depositions?

25       A.   I know what I received.  I believe these
```

Ran Reshef, M.D.

1    were all of the exhibits for Schiff for sure.  I

2    think also for Boyd.  I don't recall, off the top of

3    my head, if I had Braunschweig's exhibits.

4         Q.   Okay.  And you, based on reading the

5    transcript, determined which of those exhibits you

6    would actually review or not?

7         A.   Yes.  By reading the deposition, there

8    were things that were relevant or -- and things that

9    were not.

10        Q.   Okay.  Is there anything said by

11   Dr. Braunschweig that you disagree with at his

12   deposition?

13             MR. PIORKOWSKI:  Object to form.

14        A.   Generally speaking, the sense that I got

15   was that we shared the same opinions about how

16   non-Hodgkin lymphoma is caused and what would be the

17   contribution of environmental factors to it and the

18   opinion that is specific to the Agricultural Health

19   Study and the IARC monograph.  Generally our

20   opinions were in line.  I wouldn't be able to say

21   that there isn't a specific detail that we would

22   exactly use the same words or would have absolute

23   hundred percent agreement on.  That's never the

24   case.  But there was nothing glaring that I would

25   say that I disagree on.

Ran Reshef, M.D.

```
 1   BY MR. DICKENS:

 2       Q.   If we can turn to -- before we get there,

 3   other than those three depositions of experts in

 4   this litigation, have you reviewed any other

 5   transcripts of experts in the Roundup litigation,

 6   deposition, trial, or otherwise?

 7       A.   Other than what's listed here?

 8       Q.   Correct.

 9       A.   No.  No.

10       Q.   Earlier you had mentioned that you, prior

11   to becoming involved in this case, had not reviewed

12   any literature relating to glyphosate and its

13   formulations and non-Hodgkin's lymphoma; is that

14   right?

15       A.   Correct.

16       Q.   Had you, independently -- were you

17   independently aware of anything related to

18   glyphosate and its formulations and non-Hodgkin's

19   lymphoma, absent viewing literature, prior to

20   September 2019?

21       A.   No.

22       Q.   Okay.  We can turn back to Exhibit 1,

23   which is the designation in this case.

24       A.   (Witness complies.)

25       Q.   And specifically page 9.
```

Ran Reshef, M.D.

 1              States your designated area is hematology

 2    and oncology, causes of and risk factors for

 3    lymphoma.

 4              We've discussed that in detail, correct?

 5        A.   Correct.

 6        Q.   Okay.  It says you'll -- also designated

 7    to offer opinions regarding lymphoma diagnosis.

 8              What opinions do you intend to offer with

 9    respect to lymphoma diagnosis in this case?

10        A.   Opinion regarding the way it was

11    diagnosed, whether there's any reason to doubt the

12    diagnosis and -- period.

13        Q.   What opinions do you intend to give with

14    respect to lymphocyte biology generally?

15        A.   Opinions related to the way lymphocyte in

16    the body multiply and proliferate and why they are

17    more prone than other cells for genetic mutations

18    because of the inherent way that they produce

19    genetic diversity, which is actually altering their

20    own DNA.  That's the major most important part of

21    lymphocyte biology that helps us understand how

22    lymphomas are created.  And opinions on whether

23    lymphomas are related, different types of lymphoma

24    are related to each other.

25        Q.   We'll talk about the individual plaintiffs

Ran Reshef, M.D.

1   specifically very shortly.

2          But if we can skip over that sentence to

3   the -- close to the bottom.  It says, "Dr. Reshef is

4   also designated to testify about the relevance of

5   epidemiological, animal, and genotoxicity studies to

6   cause or causes of NHL."

7          Doctor, what opinions do you intend to

8   offer with respect to that particular sentence?

9      A.   My opinion is that the epidemiological

10  studies demonstrate a lack of association between

11  glyphosate and non-Hodgkin lymphoma, considering the

12  totality of evidence, meaning reviewing multiple

13  epidemiological evidence, taking into account that

14  all of -- not all of them have looked at the problem

15  in the same way and not all of them have arrived at

16  the exact same conclusion.  But the totality of

17  evidence demonstrates that there is a lack of

18  association.

19         These are the higher level of evidence

20  because these are evidence in humans.  The animal

21  and genotoxicity studies are -- could serve as

22  support had the epidemiological studies actually

23  shown an association.  But in this case, the various

24  regulatory bodies have relied upon animal and

25  genotoxicity studies, so I felt compelled to review

Ran Reshef, M.D.

1    them and their quality and how they were -- how they

2    were accessed by the regulatory bodies.  And that

3    includes animal studies where animals were fed or

4    exposed to high levels of glyphosate and

5    genotoxicity studies that some of them had some

6    relevance -- many of them did not -- in terms of

7    determining the cause of NHL.

8         Q.   In reaching your opinion that the

9    epidemiological evidence does not support that

10   glyphosate and its formulations cause non-Hodgkin's

11   lymphoma, are there any particular studies that

12   you're relying upon for that opinion?

13             MR. PIORKOWSKI:  Object to form.

14             Go ahead.

15        A.   Yes.  I reviewed everything that IARC and

16   subsequent agencies have looked into, by using their

17   own reference list.  I've used some materials

18   provided by counsel that pretty much overlapped with

19   the same group.  And I've done my own literature

20   search in looking into that.  I could name some of

21   the top studies that I thought are -- I think are of

22   importance and -- if you want me to.

23   BY MR. DICKENS:

24        Q.   To the extent that you're relying on

25   particular studies more than others, I'd like to

Ran Reshef, M.D.

1    know what those studies are.

2            MR. PIORKOWSKI:  Object to form.

3            You can answer if you understand.

4    A.    Yeah, I think -- just to point out, again,

5    that it's the totality of evidence and not a single

6    study, there are studies that carry more weight.

7    And that is, for example, the Agricultural Health

8    Study by Andreotti, which is the largest and most

9    extensive prospective cohort study that was done in

10   this -- in this field.

11           I reviewed the case-control studies,

12   understanding that they carry less weight because of

13   their design and their inherent flaws, just to

14   understand how they might potentially contradict the

15   conclusions of Andreotti and have arrived at the

16   conclusion that they -- that they don't.  Some of

17   the ones that are more important, I think, are

18   Eriksson 2008 and De Roos 2003, which are also the

19   ones that the IARC monograph used extensively in

20   order to formulate their opinion.

21   BY MR. DICKENS:

22   Q.    Do you know what a forest plot is?

23   A.    Yes.

24   Q.    Did you utilize a forest plot in

25   determining -- or in any way in generating your

Ran Reshef, M.D.

1    opinions here today?

2        A.    I looked at forest plots in the

3    meta-analysis that were published.

4        Q.    Okay.

5        A.    Those are relevant.

6        Q.    Do you agree that the majority of

7    epidemiological studies find an increased risk

8    between glyphosate exposure and non-Hodgkin's

9    lymphoma?

10       A.    I disagree with that.  Most of the

11   epidemiological studies have either found no

12   correlation or found a correlation that was not

13   confirmed by adjusting to either other pesticide use

14   or additional variables.  In some of these studies,

15   they did not adjust even for the variables that they

16   found in that study to be correlating with -- with

17   non-Hodgkin lymphoma, which is a major

18   methodological issue.

19             Yeah, there are no -- there are no

20   epidemiological studies that, in fact, determine

21   definitively that there is a relationship between

22   glyphosate and non-Hodgkin lymphoma, including all

23   the ones that are stated in IARC.

24       Q.    Okay.  So it's your opinion that there's

25   no studies at all that show a statistically

Ran Reshef, M.D.

1    significant increased risk of -- between Roundup

2    exposure and non-Hodgkin's lymphoma?

3            MR. PIORKOWSKI:  Object to form, misstates

4        his testimony.

5        A.    That's a more technical question, because

6    if we look through these studies, there are studies

7    that have found correlations that by some

8    methodologies, you could -- you could call

9    statistically significant.  And I can discuss the

10   issues that I might have with that as well.  But

11   those have been either subsets of studies or

12   conclusions that were then not supported by

13   multivariable analysis or that was found by one

14   statistical methodology, but not by a different

15   statistical methodology even within the same

16   publication.

17           So looking at these epidemiological

18   studies as a whole, none of them truly support a --

19   an association between glyphosate and non-Hodgkin

20   lymphoma.

21   BY MR. DICKENS:

22       Q.    Okay.  And you said looking at the studies

23   as a whole.

24           Are you talking looking at each individual

25   study as a whole or the group as a totality?

Ran Reshef, M.D.

```
 1        A.   Both.  Even looking at each and every one

 2   of them would not drive me to a conclusion that

 3   there is an association between glyphosate and NHL.

 4   In some of these studies, I would conceptually think

 5   that this is a reason to maybe conduct a bigger

 6   study.  In fact, some of these studies even write

 7   that in their conclusions, statements such as this

 8   study provides an impetus for further investigation.

 9   But many of these studies, in their discussions,

10   don't even make definitive conclusions in their own

11   discussion.

12   BY MR. DICKENS:

13        Q.   Okay.  When you talked about statistical

14   significance, you said we can talk about those

15   issues if you'd like.

16             What are your issues with respect to

17   statistical significance in the studies?

18        A.   Statistical --

19             MR. PIORKOWSKI:  Object to form.

20        A.   Statistical significance is something that

21   needs to be defined in the methodology.  It is

22   somewhat standard in the field to use a P value less

23   than .05 as a general guide.  But when it's not

24   stated in the -- in the paper methodologies what

25   they call statistical significance makes you --
```

Ran Reshef, M.D.

1    makes you question whether they had a methodology in

2    mind.  That's one thing.  It's proper to state that

3    in the methods.

4              And in addition to that, many

5    epidemiological studies, including -- including

6    these, look at a very, very long list of research

7    questions and don't examine a single hypothesis.

8    Which means that if you're running a hundred

9    different tests and trying to answer a hundred

10   different questions, you need to account for that

11   when you examine statistical significance with --

12   the most conservative way of doing that is by doing

13   something called the Bonferroni correction.  Which

14   means that if you're looking at a hundred research

15   questions or doing a hundred statistical tests in a

16   paper, you need to basically multiply your P value

17   by a hundred.  And that's your true P value, which

18   puts a much, much higher bar in determining that a

19   finding is statistically significant.

20             And even within papers, there's usually a

21   primary analysis, which is -- which examines the

22   hypothesis of the paper, and then multiple subsets

23   analysis.  And the lower you go down that tree, the

24   meaning of the P value is significantly lower.

25

Ran Reshef, M.D.

```
 1    BY MR. DICKENS:

 2        Q.   Do you believe there's any studies that

 3    have properly evaluated whether or not Roundup

 4    exposure is a risk factor for non-Hodgkin's

 5    lymphoma?

 6        A.   I think the Agricultural Health Study is a

 7    well-conducted study that has looked at glyphosate

 8    exposure amongst other pesticides and risk for

 9    non-Hodgkin's lymphoma.

10        Q.   Anything else?  Any other studies?

11        A.   So the case-control studies are all very

12    weak.  I think that there is a publication by

13    De Roos in 2005 that relies on a similar cohort but

14    at an earlier time point.  But it is an earlier

15    study, so I would include that in the list.  Even

16    though it relies on a -- on a part of the same data

17    set, it arrives at the same conclusion, there is no

18    increased -- that there is no increased risk.

19             There are multiple case-control studies

20    that have also demonstrated there is no increased

21    risk, but I would criticize them for being

22    case-control studies the same way I would criticize

23    the ones that are -- that have shown the potential

24    risk, so...

25        Q.   And all of your arguments with respect to
```

Ran Reshef, M.D.

1    weaknesses of epidemiology related to glyphosate,

2    that applies across the board to whatever risk

3    factor is being evaluated in those particular

4    studies, correct?

5            MR. PIORKOWSKI:  Object to form.

6            If you understand, you can answer.

7        A.   I wouldn't say so, because some of the

8    risk factors that were evaluated in some studies

9    also show up in other studies with a higher

10   scientific value or with -- or that met higher

11   standards of scientific evaluation.  So they're

12   confirmatory in that case, so I wouldn't discard

13   them.

14   BY MR. DICKENS:

15       Q.   And your criticisms with respect to the

16   glyphosate studies, that would -- you'd apply that

17   same rationale to your analysis of studies regarding

18   skin cancer and non-Hodgkin's lymphoma in skin

19   cancer, for example?

20       A.   Yes, I would.  And BMI, for that matter,

21   where there are, in fact, prospective cohort

22   studies, including meta-analysis of prospective

23   cohort studies that have pointed out the BMI issue.

24       Q.   Okay.  Do you believe that the findings of

25   the HS study trump all other studies on glyphosate

Ran Reshef, M.D.

1    and its association with non-Hodgkin's lymphoma?

2           MR. PIORKOWSKI:  Object to form.

3        A.   I don't think that in epidemiological

4    studies, there is any one study that can trump all

5    others.  There are various -- there are various

6    levels of evidence that one should consider when

7    examining what weight you should give to each one of

8    those studies.  Case-control studies can sometimes

9    later on be validated by a larger study.  So you

10   can't completely discard them.

11          But when there's a set of case-control

12   studies and then a large prospective cohort study

13   that arrive at a completely different conclusion,

14   then that conclusion -- I would take more weight to

15   that conclusion.

16   BY MR. DICKENS:

17       Q.   Do you have any criticisms of the

18   methodology for the HS study?

19       A.   Yes.  There's no pure epidemiological

20   study that is perfect.  The only way to examine an

21   epidemiological association is to randomize people

22   to get -- to be exposed versus nonexposed.  That is

23   unethical and it cannot be done.  We have to rely on

24   studies that have inherent flaws in them.

25          Some of the ones that I could point out in

Ran Reshef, M.D.

```
 1    the AHS is -- is the fact that there was some

 2    dropout and -- from the time of enrollment to the

 3    time of subsequent questionnaires, and that dropout

 4    may or may not change the outcome.  I think in the

 5    AHS, they've eventually done a good amount of work

 6    at developing an imputation method which seems quite

 7    well-validated and reliable.  And then doing a

 8    sensitivity analysis by taking it out and making

 9    sure that they're arriving at the same -- at the

10    same conclusion.

11            Yeah, other weaknesses are -- you know,

12    obviously it was done in two states in the United

13    States.  I don't know that these conclusions apply

14    in Russia.  This -- these are also types of inherent

15    flaws in these types of studies.  Those are the

16    first couple that come to mind.

17        Q.   You mentioned you reviewed forest plots

18    that were within particular studies.

19            What studies did you review forest plots

20    with them?

21        A.   The ones I recall are the meta-analysis,

22    Zhang and Leon 2019 and probably Chang 2016.  Just

23    being meta-analysis, I'm -- off the top of my head,

24    I think they had four spots in them.

25        Q.   You mentioned a review of animal studies.
```

Ran Reshef, M.D.

1          Did you actually review the animal studies

2     themselves?

3          A.   I reviewed some of them.  Some of them are

4     not accessible, because many of the animal studies

5     from the IARC monograph -- and that was my main

6     source to identify those studies -- many of them are

7     not published in peer-reviewed journals.  Those are

8     reports that were submitted to the EPA or other

9     agencies from studies that were subsequently not

10    published in any peer-reviewed literature.

11         So there is access to those and I have

12    accessed some of them, just to make sure that I can.

13    I have not reviewed them in depth.

14         Q.   Okay.  The ones you said weren't

15    accessible and were submitted to the EPA, those were

16    submitted by Monsanto?

17         MR. PIORKOWSKI:  Object to form.

18    BY MR. DICKENS:

19         Q.   Is that what you're referring to?

20         A.   No.  And I said they are accessible.

21         Q.   Oh, okay.

22         A.   All of them are accessible.

23         Q.   Did you ask to review the actual animal

24    studies?

25         A.   I don't understand the question.  Did I

Ran Reshef, M.D.

 1   ask to review?

 2       Q.   Did you actually review the animal

 3   studies?

 4       A.   Did I actually review?  I looked at some

 5   of them.  I wouldn't say I reviewed them in depth.

 6   And there's a good summary, executive summary of

 7   them, in both IARC and in other agencies, that have

 8   looked at this with significant depth.

 9       Q.   Then that's what I want to know, Doctor.

10            Did you merely review the summaries of the

11   animal studies that were included within regulatory

12   or other agency documents, or did you review the

13   studies themselves and the underlying data?

14            (Phone interruption.)

15            MR. PIORKOWSKI:  Object to form.

16       A.   I didn't review the raw data.  I was

17   satisfied with the summaries, because they actually

18   listed merits and flaws to those studies I think

19   pretty well.

20            MR. PIORKOWSKI:  Are you finished with

21       your answer?

22            THE WITNESS:  No.  I'll wait for this,

23       because it's distracting.  Very persistent.

24            MS. DU PONT:  Can we go off the record?

25            THE VIDEOGRAPHER:  The time is 11:53 a.m.

Ran Reshef, M.D.

```
 1        and we're going off the record.

 2              (A discussion was held off the record.)

 3              THE VIDEOGRAPHER:  The time is 11:54 a.m.

 4        and we are back on the record.

 5        A.   So I reviewed the summary of those

 6   studies, which is fairly extensive in these

 7   monographs and quite satisfying because it does not

 8   seem to be biased in any way.  I definitely did not

 9   review some of the studies that were done in animals

10   that did not appear to be relevant.  Some of the

11   cariogenicity tables in IARC list an extensive list

12   of studies that were done in fish, oysters, muscles,

13   and various other nonmammal species that their

14   relevance to carcinogenicity in humans, in my

15   opinion, is very -- is very low.  And I thought the

16   findings listed in the monographs from these animal

17   studies were quite well-documented.

18              And since we have a fairly nice list of

19   epidemiological studies in humans, then the weight

20   carried by animal studies is, in my opinion, much

21   lower.  If this was the only piece of evidence we

22   had to deal with in this -- in this deposition, I

23   would have reviewed them more extensively.

24   BY MR. DICKENS:

25        Q.   Do you believe the animal studies carry
```

Ran Reshef, M.D.

```
 1   any weight to the question of whether or not Roundup

 2   causes non-Hodgkin's lymphoma in light of

 3   epidemiological studies on the issue?

 4        A.   I think it carries some weight.  In fact,

 5   these animal studies do not show that non-Hodgkin

 6   lymphoma is caused in animals by glyphosate.  In any

 7   of the studies that I can recall right now, there

 8   was evidence of pancreatic adenomas.  There was

 9   extensive work done because of some suspicion that

10   there is a relationship with pancreatic cancer.  So

11   I think that was the orientation of most of these

12   studies.

13           Many of these studies have pointed out

14   benign tumors and, in fact, quite low numbers and

15   with quite extensive exposure that maybe does not

16   reflect any type of potential human exposure.  But

17   the evidence that shows that there's a relationship

18   with non-Hodgkin lymphoma in animal studies is just

19   not there.

20        Q.   You agree there were findings of malignant

21   lymphomas in rodent studies on -- using glyphosate?

22        A.   I believe there's one rodent study that

23   has found some form of malignant lymphoma.

24        Q.   Okay.

25        A.   Yeah.
```

Ran Reshef, M.D.

1      Q.   So based on your review, your recollection

2   is there's simply one, one study?

3      A.   Specifically for lymphoma, I would need to

4   look at those tables again to be -- to be more

5   precise.  I don't want to say something that's --

6   that I don't recall.  I recall probably the studies

7   that are -- were more well-conducted or with a

8   greater number of animals or controlled experiments.

9   There are animal studies that are listed in the IARC

10  monograph that did not even have appropriate control

11  arms.  So those I may just not recall because they

12  took no weight in my opinion.

13     Q.   Doctor, you agree there's not one actual

14  animal study listed on your list of materials

15  considered list, correct?

16     A.   Say that again.

17     Q.   You don't -- you don't have any animal

18  studies listed on your list of materials considered

19  list?

20     A.   I think that's -- I think that's correct.

21  I reviewed those data mainly as it was reviewed by

22  not just the IARC monograph and -- but also EPA,

23  which has, in fact, reviewed additional animal

24  studies that were not available to IARC or that IARC

25  chose not to review.  So that was a fairly extensive

Ran Reshef, M.D.

1    review of the literature.

2        Q.   Do you have any criticisms of IARC's

3    methodology in determining whether or not there's

4    association between Roundup and non-Hodgkin's

5    lymphoma?

6            MR. PIORKOWSKI:  Object to form.

7        A.   I think that I have a greater agreement

8    with the way it was done by multiple other agencies

9    that have subsequently determined the opposite.  And

10   some of them have, in fact, directly refuted some of

11   the -- some of the way that IARC had looked at this.

12   And the -- my interpretation of that is that IARC

13   simply took certain weight to certain findings that,

14   looking at the totality of evidence, are not

15   compelling.  And some of them are flawed and biased.

16            And, in fact, in the IARC monograph

17   itself, the level of evidence that they claim is

18   that it could be confounded and biased especially

19   when it comes to the human studies.  So they don't

20   even claim to say that there is a definitive

21   correlation between glyphosate and non-Hodgkin

22   lymphoma.  It's just that their way of -- the bar

23   that they put in order to create their

24   categorization system allows them to determine it in

25   a way that any other agency has not agreed with.

Ran Reshef, M.D.

1    BY MR. DICKENS:

2        Q.    What about the other regulatory agencies'

3    methodology do you believe is better than IARC's

4    methodology?

5             MR. PIORKOWSKI:  Objection, form.

6        A.    I can -- I can -- I can't attest to all of

7    them, because I did not read, or review it

8    extensively, the one from Japan or the one from the

9    Germany food and agriculture authority.  But at

10   least the EPA documents that I reviewed seem to be

11   more transparent.  There is an opportunity for

12   public comments on their review.  And, in fact, a

13   pretty lengthy time that allows that -- those public

14   comments to come in.  And an opportunity for the

15   agency to respond to these public comments and

16   defend their position, or change their position, if

17   appropriate.

18            There's, I think, a better selection of

19   studies.  And the EPA report is also about four

20   years after the IARC.  So -- in fact, there have

21   been additional papers published since then.  And

22   just looking at the -- even just looking at the

23   animal studies, the EPA took into account a greater

24   number of direct carcinogenicity animal studies and

25   has discarded many irrelevant studies such as the

Ran Reshef, M.D.

1    ones that I mentioned that were done in oysters or

2    nonmammal species that EPA thought that their

3    relevance was very low.

4    BY MR. DICKENS:

5        Q.    What studies do you believe EPA looked at

6    that were not considered by IARC in their

7    evaluation?

8        A.    Every study that was published after

9    2015 --

10       Q.    Okay.

11       A.    -- for one.

12       Q.    And which ones do you have in mind?

13       A.    I don't recall if they've already looked

14   at Leon 2019, but that's the obvious one that comes

15   to mind.  There were certain -- several -- certainly

16   several rebuttal papers, opinion papers, but

17   those -- we'll set them aside because they're less

18   scientific.  The meta-analysis by Chang and the

19   meta-analysis by Zhang were not available when IARC

20   conducted their review.

21       Q.    And you agree Zhang found that there's an

22   association between Roundup and non-Hodgkin's

23   lymphoma?

24            MR. PIORKOWSKI:  Object to form.

25       A.    In the methodology that they've used, that

Ran Reshef, M.D.

```
 1   was their -- that was their finding.  This is a
 2   meta-analysis of case-control studies.  It's only
 3   going to be as good as the studies it took in.  And,
 4   in fact, as used in their methodology is quite a
 5   selective method of which studies they would put in
 6   and what parts of these studies would put in and, in
 7   fact, have summarized their finding in the sentence
 8   that I can recite, "Because of this heterogeneity
 9   and because no statistical tests can confirm
10   elimination of publication bias" --
11           THE COURT REPORTER:  Just when you're
12       reading -- just when you're reading -- just
13       repeat.
14       A.   This is a quote from the study.
15           "Because of this heterogeneity, and
16   because no statistical tests can confirm elimination
17   of publication bias or heterogeneity in a
18   meta-analysis, our results should be interpreted
19   with caution."
20   BY MR. DICKENS:
21       Q.   Doctor, the EPA reviews that you are
22   relying upon for your opinions, those were from
23   2017, correct?
24       A.   There's also a draft document from 2019.
25       Q.   Okay.  And what draft document is that?
```

Ran Reshef, M.D.

```
 1    It's the last one.  Page 5, Doctor.  Right before

 2    Chester Meeks' plaintiff fact sheet, is that what

 3    you're referring to?

 4         A.   No, that's the NASDR.  It's the second

 5    from the top on the same page.

 6         Q.   Okay.  The April 2019?

 7         A.   Correct.

 8              MR. PIORKOWSKI:  David, we've been going a

 9         little over an hour.  Wait a second.

10              Yeah.  Okay.

11              Yeah, we're just trying to figure out

12         lunch.

13              MR. DICKENS:  Yeah.  I'm almost --

14              MS. DU PONT:  It may be next door.  I just

15         don't know.

16              MR. DICKENS:  Okay.  Yeah, that's fine.

17         I'm almost done here and then, you know,

18         probably don't have too much left after.  But

19         why don't we go.  I'll finish up this line.

20         We'll take a break --

21              MR. PIORKOWSKI:  Okay.

22              MR. DICKENS:  -- and come back.

23    BY MR. DICKENS:

24         Q.   Do you have any criticisms of EPA's

25    methodology in evaluating association between
```

Ran Reshef, M.D.

```
 1   glyphosate and non-Hodgkin's lymphoma?
 2       A.   Not off the top of my head.  It had done a
 3   thorough review, and this has been recaptured in
 4   multiple documents that the EPA has published and
 5   is, in fact, supported by probably a dozen other
 6   agencies around the world.
 7       Q.   Okay.  Dozen other foreign regulatory
 8   agencies?
 9       A.   Some of them are foreign regulatory
10   agencies.  I don't recall if there's another U.S.
11   regulatory agency.  I think most of them are
12   foreign.
13       Q.   What involvement did Monsanto have in the
14   EPA's evaluation of glyphosate?
15       A.   I don't know.
16       Q.   Does it matter?
17       A.   It matters.  I think that it's actually
18   important to have public comments, and the public
19   includes everyone who might be affected by this.
20   And this includes the users.  It includes the
21   manufacturers.  I think it's a -- it's a fair
22   process.
23       Q.   The genotoxicity studies that you
24   reviewed, what opinions do you intend to offer with
25   respect to genotoxicity studies?
```

Ran Reshef, M.D.

```
 1       A.    That the general relevance is fairly low

 2   when we have epidemiological studies that have been

 3   studied in tens of thousands of people.

 4       Q.    Is it your opinion that genotoxicity

 5   studies performed on Roundup do not support a

 6   finding that Roundup is genotoxic?

 7             MR. PIORKOWSKI:  Object to form.

 8       A.    That's a difficult question, because of

 9   definition of "genotoxicity."  When you pour a

10   chemical at some amount on a cell line and you can

11   identify DNA breaks there, some people would argue

12   that that's genotoxicity.  That doesn't mean that

13   chemical causes cancer in humans.

14   BY MR. DICKENS:

15       Q.    Okay.  And understanding it's a difficult

16   question, will you be offering an opinion as to

17   whether or not the Roundup genotoxicity studies find

18   whether or not that Roundup is genotoxic, or are

19   they inconclusive?

20       A.    My opinion is that their -- that their

21   relevance to the claim that glyphosate causes cancer

22   is relatively low.

23       Q.    Okay.  You'd agree that the Roundup being

24   sold on market and used by Mr. Meeks and Mr. Wade

25   included more than just glyphosate, correct?
```

Ran Reshef, M.D.

```
 1        A.    I'm aware that when you make Roundup,

 2   there are some inert molecules that are there and

 3   maybe some additional materials, yes.  I'm not

 4   familiar with the manufacturing process of Roundup.

 5        Q.    Do you know -- what's in Roundup?

 6        A.    Glyphosate, in some form of it.  And I'm

 7   guessing stabilizer -- stabilizers, other materials

 8   that help it become emulsified, things like that.

 9   Surfactant being the one -- one of them that I --

10   that I am aware of at least.

11        Q.    Will you be offering any opinions with

12   respect to surfactants in this case?

13        A.    No.  I took a quick glance at whether

14   there is, in fact, literature to review on

15   surfactant.  There's very little to look at.  And it

16   has, in fact, been determined that there's little --

17   that there's little effect on the environment from

18   surfactant.

19             MR. DICKENS:  All right.  Why don't we

20        take that break now.

21             THE VIDEOGRAPHER:  The time is 12:09 p.m.

22        and we are going off the record.

23             (Recess was taken.)

24             THE VIDEOGRAPHER:  The time is 1:01 p.m.

25        and we are back on the record.
```

Ran Reshef, M.D.

```
 1   BY MR. DICKENS:

 2       Q.   Welcome back, Doctor.

 3            If you can bring up Exhibit 1, which is

 4   your designation of expert -- or not yours --

 5   Monsanto Company's disclosure of expert testimony,

 6   and turn to page 9.

 7            Disclosure indicates that you intend to

 8   offer opinions regarding plaintiffs Chester Meeks

 9   and Christopher Wade, "including the cause or

10   causes, if any, of their lymphoma, risk factors for

11   their lymphoma, their clinical course, their

12   diagnosis, treatment, and related issues."

13            Do you intend to offer those opinions,

14   Doctor?

15       A.   Yes.

16       Q.   We can go plaintiff by plaintiff to make

17   this easier.

18            With respect to -- well, before we get

19   there, I understand you have a summary that you

20   created that you brought with you here today.

21            Is that correct?

22       A.   Correct.

23       Q.   Okay.  And this is a summary that you

24   yourself created?

25       A.   Yes, in its entirety.
```

Ran Reshef, M.D.

```
 1        Q.   Okay.  We will go ahead and mark your

 2   summary as Exhibit 6 to this deposition.

 3             (Exhibit Reshef-6 was received and marked

 4        for identification, as of this date.)

 5   BY MR. DICKENS:

 6        Q.   You can use the one in front of you.

 7             Doctor, with respect to Mr. Meeks, first

 8   of all, what type of cancer did Mr. Meeks have?

 9        A.   Waldenstrom's macroglobulinemia, which is

10   also called lymphoplasmacytic lymphoma.

11        Q.   And you agree that that is a proper

12   diagnosis for Mr. Meeks?

13        A.   Based on the records I reviewed, yes.

14        Q.   What opinions do you intend to offer in

15   this case with respect to the cause or causes of

16   Mr. Meeks' Waldenstrom macrogammaglobulinemia [sic]?

17        A.   It is a type of non-Hodgkin lymphoma and,

18   my opinion, no different from other types of

19   non-Hodgkin lymphoma is this the -- is that the

20   major cause of this disease are random mutations

21   acquired in lymphocytes during their normal

22   proliferation and DNA replication.  Some of it's

23   also driven by the fact that these lymphocytes -- in

24   this particular case, B cells -- acquire more

25   genetic mutations than other types of cells in the
```

Ran Reshef, M.D.

```
 1   body because of the unique properties of how they
 2   replicate DNA, and that in Waldenstrom's
 3   macroglobulinemia there are also very -- some very
 4   typical mutations, one of them in a gene called
 5   MYD88, which is M-Y-D-8-8, and the other one in a
 6   gene called CXCR4, and those are recuring mutations
 7   in this disease that are not known to cause by any
 8   specific reason.  And they're considered random
 9   mutations that help drive the disease.
10        Q.   Okay.
11        A.   In addition to that --
12        Q.   Go ahead.
13        A.   -- Mr. Meeks had some additional risk
14   factors for the development of cancer, namely his
15   occupational history as working in the -- in the
16   military handling solvents, based on his own
17   plaintiff fact sheet, and working on ships that are
18   powered by nuclear engines and, in particular,
19   conducting work that -- it appears that required
20   precautions against radiation exposure, potential
21   radiation exposure.  In addition, he has a past
22   medical history of Hashimoto's, which is an
23   autoimmune disorder which has some association
24   with -- with lymphomas.  And all of those cannot be
25   ruled out as contributors to his lymphoma, since
```

Ran Reshef, M.D.

1    they are well-established risk factors.

2         Q.   Okay.  Any other risk factors for

3    Mr. Meeks?

4         A.   Age and sex, which we've noted earlier are

5    important factors to consider that are definitely

6    not in the control of the individual, but they are

7    named risk factors.

8         Q.   Okay.  Any other risk factors other than

9    age, sex, Hashimoto's, and potential occupational

10   exposures?

11        A.   I didn't record weight and height in this

12   particular case, I think mostly because, for

13   Waldenstrom specifically, the evidence is not that

14   weight is a -- is a positive contributor to this

15   disease.  So I did not note that in particular.

16   Even though we've discussed the whole obesity issue

17   previously, I think it might be less relevant for

18   Mr. Meeks specifically.  And he has a multitude of

19   other risk factors, as I've already alluded to.

20             I believe these are -- I believe this

21   summarizes the risk factors that I came across in

22   this case.

23        Q.   Okay.  And you agree Waldenstrom is often

24   indolent -- often has an indolent course before

25   becoming aggressive, correct?

Ran Reshef, M.D.

1      A.   Yes, the typical course of Waldenstrom is

2   that it's -- of all the non-Hodgkin's lymphomas, it

3   is on the indolent part of the spectrum.

4      Q.   And histological transformation is rare in

5   Waldenstrom?

6      A.   It's unusual.  It's uncommon.

7      Q.   Do you have an opinion as to, in

8   particular, why some Waldenstroms will transform to

9   a more aggressive form of non-Hodgkin's?

10     A.   I don't think there is good understanding

11  of that.  And had we had the understanding, we would

12  have -- potentially be able to do something about

13  it, identify patients at risk.  I'm sure there's

14  literature on patients who are at higher risk than

15  others.  He had some -- not risk factors, but

16  certainly he had signs of having a more aggressive

17  disease than the average, by not having a very good

18  response to initial therapy and by having a

19  relatively rapid course of progression.  So, in my

20  mind, that would -- that would predispose a patient

21  to also having transformation.  But I think there's

22  fairly little scientific data that reviewed hundreds

23  of cases, simply because it's a rare entity.

24     Q.   Okay.  Did Mr. Meeks have the MYD88

25  mutation?

Ran Reshef, M.D.

```
 1        A.    I did not identify that in the records.

 2   And at the time that Mr. Meeks was diagnosed, it was

 3   not standard to test for that mutation.  And I'm not

 4   even sure that that testing would have been

 5   available at that time.  Even today, it is not

 6   clearly required to make the diagnosis, nor is it

 7   particularly helpful in determining the course of

 8   therapy.  This is more -- goes towards the

 9   understanding of how this disease happens.

10        Q.    Okay.  So you can't say, as you sit here

11   today, whether or not Mr. Meeks had a MYD88

12   mutation?

13        A.    No.  It was a piece of science that was

14   not known at the time, or not evaluated.  Unless I

15   missed it in some of the records, I believe that in

16   2012, when he was diagnosed, that type of testing

17   was not routinely done.

18        Q.    Can you say whether or not Mr. Meeks had

19   the CXCR4 mutation?

20        A.    Same response.

21        Q.    Was there anything within the pathology

22   for Mr. Meeks that indicated to you that something

23   was a risk factor for him?

24        A.    Let me ask you to rephrase the question.

25   Risk factor for what?
```

Ran Reshef, M.D.

```
 1        Q.   Where you could identify a particular

 2   cause of his Waldenstrom's.  Was there anything --

 3        A.   Oh.

 4        Q.   -- in the pathology?

 5        A.   No.

 6        Q.   You mentioned Hashimoto's diagnosis.

 7             First of all, you'd agree Hashimoto's is

 8   not curable?

 9        A.   Hashimoto's is an inflammatory autoimmune

10   disease that usually flares, leaves damage behind,

11   and goes away, so...

12        Q.   And goes way forever?

13        A.   I think -- I'm not an endocrinologist.

14   From my understanding, Hashimoto's is a destructive

15   process of the thyroid that then leaves the thyroid

16   dysfunctional, but not necessarily associated with

17   ongoing inflammation over years and years and years.

18        Q.   Is it your opinion that having one bout of

19   Hashimoto's is a risk factor for non-Hodgkin's

20   lymphoma for the duration of an individual's life?

21        A.   I don't know about the duration.  I have

22   not looked into that information and I don't know

23   that it exists in the literature.  From what I know,

24   Hashimoto is clearly associated with lymphomas

25   around the area of the thyroid.  The association
```

Ran Reshef, M.D.

1    with other types of lymphomas is not as clear, but I

2    wouldn't be able to exclude an association based on

3    the fact that it is an autoimmune disorder which, as

4    a class, are associated with lymphomas.

5        Q.   Okay.  What are you basing your opinion

6    that Hashimoto's is a risk factor for Waldenstrom's

7    not involving the thyroid?

8            MR. PIORKOWSKI:  Object to form --

9        A.   I --

10           MR. PIORKOWSKI:  -- asked and answered.

11       A.   I don't think that's what I said.  I -- my

12   line of thought was that Hashimoto's is an

13   autoimmune disease.  Autoimmune diseases are

14   associated with risk for non-Hodgkin lymphoma.

15   BY MR. DICKENS:

16       Q.   Is it your opinion that all autoimmune

17   diseases are a risk factor for non-Hodgkin's

18   lymphoma?

19       A.   There is evidence for a sufficient number

20   of autoimmune diseases that are common enough to

21   demonstrate this association.  And for Hashimoto,

22   there is, in fact, a robust association with thyroid

23   lymphoma.  So it is not outside the realm of what

24   we're discussing.  And direct associations between

25   specific autoimmune diseases and specific types of

Ran Reshef, M.D.

1    lymphomas are very challenging to demonstrate just

2    because of how uncommon these clinical situations

3    are.

4        Q.   Okay.  There was one notation in

5    Mr. Meeks' medical records relating to Hashimoto's,

6    correct?

7        A.   I don't recall how many times it was

8    noted.  It was noted multiple times that he has

9    hypothyroidism where the most common cause would be

10   an episode of Hashimoto in the past.  And it was

11   mentioned and named in the medical records.  I don't

12   recall if it was once or more than once.

13       Q.   And you'll be offering an opinion that

14   Hashimoto's caused Mr. Meeks' hypothyroidism?

15       A.   No.  But I think, to the -- to the extent

16   of what the medical records show, there's a high

17   certainty -- high level of medical certainty that it

18   has.

19       Q.   Okay.  And is hypothyroidism in and of

20   itself a risk factor for the Waldenstrom?

21       A.   Not that I'm aware.  But hypothyroidism

22   can be caused by other situations.  It can be caused

23   by medications.  It can be caused by surgery.  It

24   can be caused by other -- by other elements, not

25   necessarily thyroiditis.

Ran Reshef, M.D.

```
1       Q.   Okay.  But you've excluded those other

2  causes from Mr. Meeks and pinpointed Hashimoto's as

3  the cause of his hypothyroidism; is that fair?

4       A.   I think it is fair to say that when you

5  see the combination of hypothyroidism and Hashimoto

6  in the same patient's medical records, there is a

7  good certainty that those are related.

8       Q.   And did you review contemporaneous medical

9  records regarding a diagnosis and treatment for

10  Mr. Meeks' Hashimoto's?

11           MR. PIORKOWSKI:  Object to form.

12      A.   I'm not sure I understand what you mean by

13  "contemporaneous medical records."

14  BY MR. DICKENS:

15      Q.   Did you review records of the actual

16  diagnosis and treatment of Mr. Meeks' Hashimoto's?

17      A.   No.  Those were part of his past medical

18  history noted by physicians throughout the medical

19  records.

20      Q.   How far back did the medical records you

21  reviewed go, for Mr. Meeks?

22      A.   I believe to two thousand -- to his

23  diagnosis in 2012, other than some limited records

24  that I've had from his time at the Department of

25  Defense, which was not very detailed in terms of
```

Ran Reshef, M.D.

```
 1   specific dates of medical problems.
 2       Q.   Okay.  And --
 3       A.   Although --
 4       Q.   Yeah, go ahead.
 5       A.   Let me correct that.
 6            So in Mrs. Meeks' deposition, she noted
 7   that Hashimoto's was diagnosed in 1998.
 8       Q.   Okay.  And was that -- do you recall
 9   whether or not that was based on a medical record
10   she was shown or just based on her recollection?
11       A.   I don't recall why she stated that
12   thought.
13       Q.   So in your summary chart, with respect to
14   Mr. Meeks, you have Hashimoto's and a 1998 date
15   listed there.
16            That -- is that from Mrs. Meeks'
17   deposition or is it from the medical records?
18       A.   The date is from Mrs. Meeks' deposition.
19   I believe the diagnosis itself also showed up in
20   other medical records.
21       Q.   Okay.  You have a "PMH" there.
22            What is that referring to?
23       A.   Past medical history.
24       Q.   Okay.  You mentioned Mr. Meeks'
25   occupational exposure.
```

Ran Reshef, M.D.

1          What solvents were -- will you be offering

2   opinions he was exposed to?

3          MR. PIORKOWSKI:  Object to form.

4      A.   There were no details in the medical

5   records about the types of solvents that he was

6   exposed to, but he did note them on the list of

7   occupational exposures in the plaintiff fact sheet.

8   BY MR. DICKENS:

9      Q.   Okay.  So you don't know whether those are

10   solvents that have been associated with

11   non-Hodgkin's lymphoma or not?

12          MR. PIORKOWSKI:  Object to form.

13      A.   I would not have that information

14   specifically from the medical end, because some of

15   the most commonly used solvents are the ones that

16   are associated with cancer and most people don't

17   know how to specify what solvents they work with.

18   We take into account that solvents, as a class, are

19   a risk factor.  And I'm not saying or offering my

20   opinion that solvents directly caused his cancer.

21   I'm just saying that based on the information in the

22   plaintiff fact sheet, this cannot be excluded as a

23   cause for his cancer.  Actually, a somewhat likely

24   cause for the cancer.

25

Ran Reshef, M.D.

```
 1   BY MR. DICKENS:

 2       Q.   Okay.  So a somewhat likely cause of his

 3   cancer is something that you don't know if he was or

 4   was not exposed to?

 5            MR. PIORKOWSKI:  Object to form.

 6       A.   He was exposed to solvents.  There's no

 7   question about that.

 8   BY MR. DICKENS:

 9       Q.   Okay.

10       A.   Or at least based on his own or, by proxy,

11   his wife's declaration on the plaintiff's fact

12   sheet.

13       Q.   You agree not all solvents are -- cause

14   non-Hodgkin's lymphoma?

15       A.   I agree that some solvents have not been

16   examined or some solvents were not found to be a

17   cause of non-Hodgkin lymphoma.

18       Q.   I mean, water can be considered a solvent,

19   right, Doctor?

20       A.   We're talking about organic solvents when

21   we are referring to solvents.

22       Q.   Okay.  When you say "we," you're referring

23   to you?

24       A.   The medical community.

25       Q.   But you don't know what Mr. Meeks was
```

Ran Reshef, M.D.

1    referring to?

2        A.   I do not.  I don't think in the -- that in

3    the plaintiff fact sheet, it spells out organic

4    solvents.  I think it spells out solvents.

5            If I were to fill out that, I would not

6    think about exposure to water as a solvent, as one

7    example.  And I think -- I wanted to look back at

8    the records, but I think there is some additional

9    mention of solvents as it relates to engine repair

10   and work with engines.  That kind of narrows it

11   down, because these things use organic solvents --

12       Q.   Okay.

13       A.   -- and not water.

14       Q.   Did Mr. Meeks ever identify, in anything

15   you saw, what solvents he was exposed to?

16       A.   I don't recall that there was specific

17   detail.

18       Q.   Okay.  And do you recall testimony from

19   Mrs. Meeks with respect to whether or not her

20   husband had any other exposures, other than

21   glyphosate?

22           MR. PIORKOWSKI:  Object to form.

23       A.   Well, my understanding is that the

24   plaintiff fact sheet was filled by her.  So this is

25   basically information received from her.

Ran Reshef, M.D.

```
 1   BY MR. DICKENS:

 2       Q.   Okay.

 3       A.   Which included the information about

 4   exposure to solvents and prior occupational

 5   exposures related to work in the Navy.

 6       Q.   Okay.  On her plaintiff fact sheet, she

 7   didn't identify what solvents, correct?

 8           MR. PIORKOWSKI:  Objection, asked and

 9       answered.

10       A.   I don't think the question was asked, so I

11   don't feel that that information was there.

12   BY MR. DICKENS:

13       Q.   But in her deposition, she was asked as to

14   whether or not her husband had been exposed to other

15   chemicals, for example.

16           Do you recall that?

17       A.   I don't.

18       Q.   Okay.  Do you recall any of her deposition

19   testimony with respect to chemicals or solvents her

20   husband was exposed to?

21       A.   I don't recall that part of the

22   deposition.

23       Q.   Okay.  So you're basing your opinion that

24   a likely cause of Mr. Meeks' non-Hodgkin's lymphoma

25   was the fact that Mrs. Meeks checked the box that
```

Ran Reshef, M.D.

```
 1   said "solvents" on the plaintiff fact sheet?
 2            MR. PIORKOWSKI:  Object to form,
 3        mischaracterizes.
 4        A.   So what I said is that I wouldn't be able
 5   to exclude that as a cause.  I think that someone
 6   putting together a plaintiff fact sheet for
 7   something as important as this would be thoughtful
 8   about it and would be guided how to do it.  Maybe
 9   I'm making assumptions.  But that's the information
10   I was given and that's the information I have to
11   build -- to build my opinion on.
12   BY MR. DICKENS:
13        Q.   Gas is a solvent, correct?  Gas?
14   Gasoline?
15        A.   It contains organic solvents, yes,
16   absolutely.
17        Q.   Okay.  All of us here in this room have
18   been exposed to gasoline at some point in our life,
19   correct?
20            MR. PIORKOWSKI:  Object to form.
21        A.   Depending what you call "exposure."
22   BY MR. DICKENS:
23        Q.   Okay.  So if I was thoughtfully filling
24   out a plaintiff fact sheet, I could reasonably
25   check, yes, I've been exposed to solvents, correct?
```

Ran Reshef, M.D.

```
 1              MR. JANSEN:  Objection, calls for
 2         speculation, calls for a legal conclusion as to
 3         what constitutes reasonable, and it's
 4         argumentive.
 5         A.   I don't know what you would have or would
 6    have not done.
 7    BY MR. DICKENS:
 8         Q.   Okay.  And you don't know what Mrs. Meeks
 9    would or would not have done.  That's fair?
10              MR. PIORKOWSKI:  Object to form.
11         A.   I have not spoken to her, but this is no
12    different from any other type of record that I
13    reviewed.  I also don't know how the physicians fill
14    out their notes and whether they put the correct
15    information or copied it from the wrong chart.
16    BY MR. DICKENS:
17         Q.   What in the employment records did you
18    review about specific solvents Mr. Meeks would have
19    been exposed to?
20         A.   I don't recall specific solvents
21    mentioned.
22         Q.   There's nothing within any of the records
23    you reviewed specifying any actual solvent
24    associated with non-Hodgkin's lymphoma that
25    Mr. Meeks was exposed to in his lifetime?
```

Ran Reshef, M.D.

```
 1              MR. PIORKOWSKI:  Object to form.

 2       A.    Could you repeat the question?  I'm sorry.

 3  BY MR. DICKENS:

 4       Q.    There's no actual medical or employment

 5  record that you reviewed that identifies any solvent

 6  associated with non-Hodgkin's lymphoma that

 7  Mr. Meeks was exposed to in his lifetime?

 8              MR. PIORKOWSKI:  Object to form.

 9       A.    A specific named chemical within the

10  family of organic solvents, I do not recall seeing.

11  BY MR. DICKENS:

12       Q.    Any other chemical associated with

13  non-Hodgkin's lymphoma that you recall seeing in his

14  medical records or employment records that have been

15  associated with non-Hodgkin's?

16       A.    No.

17       Q.    You mentioned his work on nuclear engines,

18  correct, as a possible source of occupational

19  exposure?

20       A.    He had worked on Navy ships that were

21  powered by nuclear engines.

22       Q.    Okay.

23       A.    And I might be using the wrong language to

24  describe this, but that is a little outside my

25  expertise.
```

Ran Reshef, M.D.

```
 1         Q.    Sounded good to me.

 2               With respect to his work on those nuclear

 3    engines, do you know how much radiation exposure, if

 4    any, Mr. Meeks had?

 5         A.    Nope.  That's not documented in the -- in

 6    the records.

 7         Q.    Do you know whether he had any radiation

 8    exposure as a result of his work on the nuclear

 9    engines?

10               MR. PIORKOWSKI:  Object to form.

11         A.    I can't know for sure, but in occupational

12    medicine, the assessment of risk factors is not --

13    cannot always be quantitative.  There are exposures

14    that are unknown at the time of the exposures and

15    are only found out later on.  There are certain risk

16    assessments that would make people use certain

17    protective equipment in situations where there is

18    high risk.

19               So if someone is asked to do an

20    occupational work using protective equipment and

21    using -- practicing for weeks on a mock ship in

22    order to conduct work related to potential radiation

23    exposure, I think that's a -- that does not give a

24    quantitative assessment, but it raises at least a

25    significant concern that there may have been
```

Ran Reshef, M.D.

1  radiation exposure or at least the risk for

2  radiation exposure.

3  BY MR. DICKENS:

4      Q.   And is your opinion that you can't rule

5  out radiation exposure or that radiation exposure is

6  a contributing cause to Mr. Meeks' cancer?

7      A.   I cannot rule out.

8      Q.   Did -- Mr. Meeks did wear protective

9  equipment while he was working on those nuclear

10  engines, correct?

11          MR. PIORKOWSKI:  Object to form.

12      A.   That's based on documentation from the

13  depositions.  We don't know that other than the

14  family members reporting that, whether he was doing

15  it correctly, for how long he was doing it, and

16  exactly what type it was.  But this was clearly

17  documented in the depositions, that he was required

18  to wear protective equipment and that one of the

19  concerns was radiation.  In fact, his death

20  certificate specifies that his occupation was a

21  nuclear mechanic, I believe.

22  BY MR. DICKENS:

23      Q.   Mrs. Meeks testified at her deposition

24  that -- I don't recall the exact language she used,

25  but that the nuclear engines Mr. Meeks was working

Ran Reshef, M.D.

1    on were not active essentially.

2          Do you recall that?

3      A.   Yes.

4      Q.   Did you take that into consideration or

5    did that have any effect on the opinions that you

6    are offering in this case?

7      A.   No.  Mechanics or technicians would not be

8    going into an area where a nuclear engine is active.

9    And the way to repair those engines, that's my

10   understanding, is when they're not active, which

11   does not mean there's no radioactivity there.  The

12   idea behind a nuclear engine is that there is, in

13   fact, active nuclear material in it.

14     Q.   Did you review any documents or materials

15   with respect to the amount of nuclear radiation

16   exposure that nuclear mechanics working for the Navy

17   would have?

18     A.   No.  I don't know if such documentation is

19   available in the public domain and it would not help

20   in ascertaining the amount of radiation that

21   Mr. Meeks had.

22     Q.   Are you aware of any studies on nuclear

23   radiation in Waldenstrom specifically?

24     A.   I don't recall if the studies have broken

25   it down into specific subtypes.  Waldenstrom will

Ran Reshef, M.D.

1    always be a problematic disease to give this a high

2    degree of certainty because of its rarity.

3        Q.   And so you've looked at non-Hodgkin's as a

4    whole with respect to nuclear radiation, then?

5             MR. PIORKOWSKI:  Object to form.

6        A.   Yes.

7    BY MR. DICKENS:

8        Q.   Will you be offering any opinions that any

9    other exposure to pesticides played any factor in

10   Mr. Meeks' non-Hodgkin's lymphoma?

11       A.   No, other than analyzing from the

12   literature that there is often co-exposure in people

13   who have used glyphosate; that in a very large

14   proportion of them, there was also use of other

15   pesticides.  I wouldn't necessarily know how to

16   connect that to Mr. Meeks specifically and I would

17   have not review documentation about other

18   pesticides' use.  I don't recall that from the

19   plaintiff fact sheet.  The only thing from the

20   plaintiff fact sheet was specific to glyphosate

21   specifying specifically that he was using it since

22   1967 when glyphosate, in fact, was not available.

23       Q.   Okay.  And when you said he said that,

24   what are you referring to?

25       A.   The plaintiff fact sheet.

Ran Reshef, M.D.

1      Q.   Okay.

2      A.   I should be saying this is by proxy,

3   because I believe his wife filled out the plaintiff

4   fact sheet.

5      Q.   Okay.  And do you recall what her

6   testimony is, or was at her deposition, with respect

7   to the dates of use for Mr. Meeks' Roundup exposure?

8      A.   I do not recall that part.  It had less

9   relevance to my opinion and whether it was causing

10  lymphoma.  And, therefore, I did not focus on that

11  part of the deposition.

12     Q.   Okay.  Does it matter to your opinion how

13  much exposure Mr. Meeks had to Roundup?

14     A.   No, because the studies did not point at a

15  dose-response or exposure-response relationship that

16  is -- that is clear for Roundup.

17     Q.   And your opinion is it doesn't matter,

18  correct, with respect to whether or not Roundup can

19  cause non-Hodgkin's lymphoma, how much exposure an

20  individual has?

21          MR. PIORKOWSKI:  Object to form.

22     A.   Since there's no evidence that it causes

23  non-Hodgkin lymphoma, then the degree of exposure

24  doesn't matter within the scope of exposures that

25  are reasonable to people who work with it, are

Ran Reshef, M.D.

1   exposed to it randomly or occupationally.  We're not

2   talking about situations where someone puts it in

3   their food or swims in it in a swimming pool,

4   because those have not been examined.  They're not

5   part of the claim and they're not realistic

6   scenarios.  So we're talking about within the scope

7   of what seems like a reasonable exposure.

8   BY MR. DICKENS:

9       Q.   Okay.  You -- you do agree that there is

10  glyphosate in our food, correct?

11      A.   Yes.

12           MR. PIORKOWSKI:  Object to form.

13      A.   And in -- in some foods and in the soil

14  and --

15  BY MR. DICKENS:

16      Q.   Okay.

17      A.   Yeah.

18      Q.   So if you had a patient presenting to you

19  who's diagnosed with non-Hodgkin's lymphoma and was

20  spraying large amounts of Roundup, would you tell

21  them to stop spraying?

22      A.   No.

23      Q.   Would you tell them to take any

24  precautions such as wearing gloves?

25      A.   I'm not familiar with what the label of

Ran Reshef, M.D.

1    Roundup asks them to do, but I -- if I -- if I'm

2    asked about it, I would tell them to follow what the

3    label says.

4         Q.   Did you review the label?

5         A.   No.

6         Q.   And you won't be offering any opinions

7    with respect to the labeling?

8         A.   No.

9         Q.   And you've never, in the course of your

10   career, been involved in labeling of pesticides?

11        A.   No.

12        Q.   Your -- the disclosure also indicates

13   you'll be offering opinions about the clinical

14   course of Mr. Meeks' non-Hodgkin's lymphoma.

15             What opinions do you intend to offer with

16   respect to his clinical course?

17        A.   That he had a fairly aggressive and

18   nonresponsive course, which led to transformation of

19   his disease and, shortly after that, to his -- to

20   his death.

21        Q.   The transformation was from Waldenstrom to

22   diffuse large B cell?

23        A.   We call it --

24             THE COURT REPORTER:  I'm sorry.  To what?

25             MR. DICKENS:  Diffuse large B cell.

Ran Reshef, M.D.

```
 1        A.    We call it transformed lymphoma.  The use

 2   of the terminology "diffuse large B cell lymphoma"

 3   comes from the morphologic similarity, but it is a

 4   different disease from what we consider de novo

 5   diffuse large B cell lymphoma.  It is triggered by

 6   different oncogenesis and would not think about it

 7   as the same disease as diffuse large B cell

 8   lymphoma.

 9   BY MR. DICKENS:

10        Q.    Will you be offering an opinion that

11   Mr. Meeks did anything to contribute to the

12   development of his non-Hodgkin's lymphoma?

13        A.    I'm not sure I understand the question.

14        Q.    Did --

15        A.    Do something on purpose?

16        Q.    Correct.

17        A.    Still not sure I follow the question.

18        Q.    Probably wasn't a good question.

19              Let me ask it this way:  Will you be

20   offering an opinion that Mr. Meeks did anything to

21   contribute to the progression of his non-Hodgkin's

22   lymphoma?

23        A.    After he had been diagnosed?

24        Q.    Correct.

25        A.    No, I don't -- I don't recall anything
```

Ran Reshef, M.D.

1    that would support that.

2         Q.   In -- do you recall, in 2014, Mr. Meeks

3    indicated he didn't want to undergo treatment until

4    absolutely necessary?  Do you recall that?

5         A.   No.

6         Q.   Okay.

7         A.   I trust that it's there.

8         Q.   So you won't be offering any opinions that

9    any decisions he made with respect to his treatment

10   were incorrect or resulted in a progression of his

11   disease?

12        A.   Not based on that sentence, no.  I would

13   need to look into this more -- more carefully.  And

14   patients' decisions especially, when it comes to

15   indolent lymphomas, actually matter quite a bit in

16   managing these types of lymphomas, because there are

17   a lot of patients with indolent lymphomas where

18   choosing not to treat or to observe is appropriate.

19   So I wouldn't be able to say, just based on that one

20   sentence, that, in fact, contributed to his poor

21   outcome.

22        Q.   Okay.  And -- but in the opinions, prior

23   to today and me telling you that sentence, you had

24   no intent of offering an opinion that anything he

25   did resulted in the progression of his non-Hodgkin's

Ran Reshef, M.D.

1    lymphoma?

2         A.   After he was diagnosed, I did not have any

3    opinion about that.

4         Q.   Will you be -- do you have any criticisms

5    as to the treatment he received?

6         A.   No.

7         Q.   Do you agree that Mr. Meeks' non-Hodgkin's

8    lymphoma contributed to his death?

9         A.   Yes.

10        Q.   Do you agree that his non-Hodgkin's

11   lymphoma caused his death?

12        A.   Yes.

13        Q.   What other -- strike that.

14             Did Mr. Meeks have any additional

15   complications related to his treatment for

16   non-Hodgkin's lymphoma?

17             MR. PIORKOWSKI:  Object to form.

18        A.   He had infectious complications.  In fact,

19   I believe that the setting of his death was due to

20   perhaps a -- an infection, an infectious process and

21   maybe not directly from the lymphoma.  But these

22   things are generally known common complications of

23   lymphoma and lymphoma therapy.  So I wouldn't

24   necessarily distinguish that the fact that he had an

25   infection from -- as a separate cause of death.

Ran Reshef, M.D.

1    Let's put it this way.

2              And he had side effects from therapy that

3    I did not list on my -- on my summary.  But he had,

4    from the records, expected side effects from therapy

5    such as fatigue, hair loss probably, and additional

6    side effects.

7    BY MR. DICKENS:

8         Q.   Are there any other opinions you intend to

9    offer with respect to Mr. Meeks' diagnosis,

10   treatment, and related issues as stated in the

11   expert disclosure that we have not already

12   discussed?

13             MR. PIORKOWSKI:  Object to form.

14        A.   Based on my -- based on my summary and

15   what we've just reviewed, I think that fairly sums

16   it up, yep, unless additional questions come up.

17   BY MR. DICKENS:

18        Q.   With respect to Mr. Wade, what opinions do

19   you intend to offer with respect to the causes of

20   Mr. Wade's non-Hodgkin's lymphoma?

21        A.   That non-Hodgkin lymphoma and follicular

22   lymphoma, in specific, is a disease that's caused by

23   random mutations as a result of the replicative

24   process of lymphocytes in the body.  In fact,

25   follicular lymphoma, because it arises from the

Ran Reshef, M.D.

1    follicle, from the germinal center -- that's another

2    name for it -- this is where most of the genetic

3    alterations of B cells take place.  So there is, in

4    fact, a rate of hypermutation that occurs there

5    physiologically as part of the normal process of

6    B cell maturation, which makes these cells highly

7    prone for errors in replication, which may

8    accumulate with time.  And if they manage to dodge

9    the immune system in replacing those cells or

10   eliminating them, they become a lymphoma.

11          There are very few or no known hereditary

12   causes of lymphoma, and the contribution of

13   environmental causes to follicular lymphoma are

14   considered minimal.  According to at least one

15   publication from a couple of years ago that has

16   looked at the contribution of hereditary,

17   environmental factors, and random mutations, the

18   contribution of the environment is about 4 percent,

19   which is one of the lowest of all cancers.

20      Q.   Okay.  And what are you referring to,

21   which --

22      A.   The Tomasetti paper.  Page 4.

23      Q.   Yeah.  And do you -- do you agree with the

24   findings of the Tomasetti paper?

25      A.   Yes, I think this is -- was a well-done

Ran Reshef, M.D.

1    analysis, very sophisticated, very contemporary, and

2    very appropriate.  It aligns with other findings in

3    science that have alluded to the same ideas.

4         Q.   What risk factors did Mr. Wade have that

5    you'll be offering opinions with respect to?

6         A.   Additional risk factors worth noting are

7    obesity and height, which we've alluded to earlier

8    in the review of the materials as risk factors for

9    non-Hodgkin lymphoma.  In addition to that, I think

10   there is sufficient reason to believe that he had a

11   primary immunodeficiency as an underlying cause of

12   the lymphoma or an underlying significant risk

13   factor that is supported by the course of his

14   symptoms and lab abnormalities that occurred after

15   he completed treatment, successful treatment for his

16   lymphoma.

17        Q.   Okay.  Obesity, height, primary

18   immunodeficiency.  Anything else?

19        A.   I believe those are the things I've noted.

20        Q.   Is gender -- do you consider gender a risk

21   factor here?

22        A.   Gender and age, yeah.  Similar to --

23   similar to Meeks.

24        Q.   Okay.  You said age.  What age was

25   Mr. Wade at the time of his diagnosis?

Ran Reshef, M.D.

1        A.    Relatively young, but not a -- not a kid.

2    Age is a -- age is a continuum.  So unless we're

3    talking about a 2-year-old toddler, then any age, as

4    it progresses, increases the risk of cancer.  From

5    any age to any age, the risk of cancer increases.  I

6    agree -- if your point is that he was relatively

7    young when making this diagnosis, then yes.  He was

8    not at a higher risk than people older than him, but

9    he was at a higher risk of people younger than him.

10        Q.    What was the average -- what is the

11    average age of a patient diagnosed with follicular

12    lymphoma?

13        A.    65.

14        Q.    You agree Mr. Wade was significantly

15    younger than 65 --

16        A.    He was younger than 65, absolutely.

17        Q.    What percentage of patients with

18    follicular lymphoma are diagnosed in their 40s?

19        A.    Small percentage.  I would say definitely

20    less than 20 percent.

21        Q.    With respect to obesity, you will be

22    offering an opinion that Mr. Wade's obesity was a

23    risk factor for his non-Hodgkin's lymphoma?

24        A.    It is a factor that needs to be taken into

25    consideration.  I cannot exclude that it contributed

Ran Reshef, M.D.

```
 1    to that.
 2        Q.   And obesity, are you basing that solely on
 3    BMI?
 4        A.   Most of the studies that have looked at
 5    this relied on BMI.  In additional to some other
 6    measurements, such as weight alone, height alone,
 7    waist circumference, and things like this, I don't
 8    have this information.  I'm relying on information
 9    that's available to me.
10        Q.   With respect to BMI -- with respect to
11    your obesity opinion, does it matter whether or not
12    someone -- you know, the amount of fat a person has
13    on their body or is it just solely body mass index?
14             MR. PIORKOWSKI:  Object to form.
15        A.   The -- this goes to the mechanistic
16    understanding of why weight causes cancer or
17    lymphoma specifically.  And the thought is that it's
18    contribution of mostly adipose tissue.  But these
19    are hypothesis.  These are an unproven hypothesis.
20    I'm not familiar with studies that have looked at
21    body composition in this context.
22    BY MR. DICKENS:
23        Q.   Do you recall -- did you review medical
24    records for Mr. Wade from Barnes-Jewish Hospital?
25        A.   Yes.
```

Ran Reshef, M.D.

```
1          Q.   Do you recall a record, prior to his

2     diagnosis, that referenced the fact Mr. Wade was

3     260 pounds, but that the fact that he was six-eight

4     and worked in construction, he was actually quite

5     thin?  Do you recall that?

6          A.   No, I don't recall that observation.

7          Q.   Does that fact factor into your opinion

8     with respect to obesity and its cause of

9     non-Hodgkin's lymphoma?

10         A.   I don't think I'm in a position to

11    reinvent the definition of BMI.  And since the

12    studies have used that particular parameter, then

13    they've probably included people similar to Mr. Wade

14    to have an elevated BMI but may otherwise be

15    considered not necessarily obese just by looking at

16    them or the type of work that they do.  The studies

17    have just used the parameter BMI --

18         Q.   Okay.

19         A.   -- for these types of analysis.

20         Q.   Okay.  You agree HIV wasn't a risk factor

21    for Mr. Meeks -- sorry -- Mr. Wade?

22         A.   It did not come up in any of the records.

23    I don't recall seeing a positive or a negative

24    result, but I don't -- I don't think there was one.

25         Q.   Okay.  No other viral infections were a
```

Ran Reshef, M.D.

1   risk factor for him?

2        A.   Not that I could see in the records.

3        Q.   Okay.  H. pylori wasn't a risk factor?

4        A.   I don't think it was checked, but the type

5   of lymphoma he had is not particularly associated

6   with H. pylori.

7        Q.   Okay.  Will you be offering an opinion

8   that solvents were a risk factor for Mr. Wade?

9        A.   I did not see exposure to solvents in his

10  records.

11       Q.   Will you be offering an opinion that

12  exposure to other pesticides or fungicides were a

13  risk factor for Mr. Wade?

14       A.   I did not have available for me other

15  exposure information for him.

16       Q.   Okay.  The primary immune deficiency that

17  you reference as a risk factor for Mr. Wade, that's

18  common variable immunodeficiency he was diagnosed

19  with?

20       A.   I think it's -- it is difficult, in this

21  case, to make a firm diagnose of exactly what type

22  of primary immune deficiency.  If anything, then the

23  symptoms and lab abnormalities are most consistent

24  with common variable immunodeficiency.

25       Q.   When was Mr. Meeks first diagnosed with a

Ran Reshef, M.D.

```
1    primary immunodeficiency disorder?

2        A.   I would not say he was diagnosed.  I think

3    that he had symptoms and lab abnormalities that are

4    consistent with that and that, in fact, even an

5    immunologist who examined Mr. Wade has alluded to

6    that as a potential diagnosis for him.  It is --

7    CVID is a -- is a challenging diagnosis because it

8    does not have a single gene abnormality or a single

9    lab test.  There are a set of criteria that people

10   use and it, in fact, meets a lot of these criteria

11   by having low levels of immunoglobulins and poor

12   responsiveness to certain vaccinations.  Those alone

13   would at least raise a strong suspicion for CVID.

14       Q.   Okay.  And those parameters were first

15   identified in 2018?

16       A.   Well, the symptoms started earlier, but I

17   think the -- the thought about this diagnosis was

18   in -- and the workup for this diagnosis was in 2018.

19   That's correct.

20       Q.   The symptoms that you mention, what are

21   the symptoms for CVID?

22       A.   CVID has a long list of potential

23   symptoms, many of them explained by recurring

24   infections that these patients have, immune

25   abnormalities that these patients have.  Some of
```

Ran Reshef, M.D.

```
 1   them are not perfectly explained.  But some of the

 2   most common ones are recurring sinusitis and upper

 3   respiratory infections, which he, in fact, had;

 4   ongoing diarrhea without an explained cause in the

 5   GI tract, which he had.  And there could be a

 6   multitude of other -- of other symptoms, most of

 7   them related to recurring infections.  The most

 8   common ones is upper airway and sinusitis, which is

 9   exactly what he had.

10       Q.   Okay.  Recurring infections.  Also, would

11   you agree, poor growth, loss of weight is a symptom?

12       A.   And some patients with CVID, yeah.

13       Q.   Okay.  And recurrent, as you said, that

14   infections would include pneumonia, ear infections?

15       A.   Could be, although many patients with CVID

16   only have some symptoms or one type of infection and

17   not others.

18       Q.   Okay.  You mentioned he had recurring

19   infections including sinusitis.

20            What time frame are you talking?

21       A.   I noted that as early as 2015.  I don't

22   know if I've missed anything earlier than that, but

23   that's what I noted.

24       Q.   Okay.  And you didn't see -- and you

25   reviewed medical records prior to Mr. Wade's
```

Ran Reshef, M.D.

1    diagnosis with non-Hodgkin's lymphoma, correct?

2        A.    I reviewed records at the time of his

3    diagnosis which provided some overview about his

4    past medical history.  I don't know how detailed it

5    was.

6        Q.    Okay.  And you didn't see any signs of

7    recurring infections prior to 2015?

8        A.    It was not reported in the records.

9    That's correct.

10       Q.    You mentioned unexplained diarrhea without

11   a cause, which he had.

12             What time frame are you referring?

13       A.    That was noted as early as 2012, but also

14   noted even earlier during his treatment for

15   lymphoma, in which case it's difficult to attribute

16   the diarrhea to anything else other than treatment.

17   But since the treatment was completed, had ongoing

18   diarrhea what -- for what seems to be years after

19   that, then it can no longer be attributed to the

20   treatment, or the disease itself.

21       Q.    Okay.  When you say "the treatment,"

22   you're referring to he had diarrhea was associated

23   with his treatment for non-Hodgkin's lymphoma?

24       A.    I think it's impossible to say that --

25   diarrhea in someone who's getting active treatment

Ran Reshef, M.D.

1    for lymphoma, I would -- there is a high degree of

2    medical certainty that it's related to that, but

3    can't exclude other causes.

4        Q.   Okay.  And so the unexplained diarrhea

5    that you're pointing your finger at begins after

6    that treatment in 2012 sometime?

7        A.   Correct.  The records are not detailed

8    enough to give insight on whether there was a gap in

9    which he did not have diarrhea.  But there's clear

10   records that show that this has been an ongoing

11   problem since 2012.

12       Q.   Okay.  When was Mr. Wade first diagnosed

13   with non-Hodgkin's lymphoma?

14       A.   2010.

15       Q.   And what treatment did he receive for his

16   non-Hodgkin's lymphoma?

17       A.   He received the chemotherapy followed by

18   radiation and maintenance with rituximab.

19       Q.   Okay.  And you prescribe rituximab in your

20   clinical practice?

21       A.   Yes.

22       Q.   You've reviewed the labeling for

23   rituximab?

24       A.   I'm familiar with it, yes.

25       Q.   Okay.  When's the last time you reviewed

Ran Reshef, M.D.

```
 1    the rituximab label?

 2         A.    Months ago.

 3         Q.    But it's within the last year?

 4         A.    I wouldn't say yes or no, because

 5    obviously I don't recall.

 6         Q.    You agree that rituximab, on its labeling,

 7    has a warning and precaution with respect to

 8    hypogammaglobulinemia?

 9         A.    Correct.

10         Q.    And it has a warning precaution with

11    respect to prolonged hypogammaglobulinemia?

12         A.    I don't recall the wording, but I wouldn't

13    be surprised if that's the case.

14         Q.    And patients who've received rituximab

15    have been shown to have prolonged

16    hypogammaglobulinemia far after they stop the

17    rituximab?

18              MR. PIORKOWSKI:  Object to form.

19         A.    Not far after.  The typical course after

20    rituximab is that there is loss of B cells and

21    typical hypogammaglobulinemia for a period of

22    several months, followed by recovery of B cells to

23    some degree.  And it's extremely rare to see

24    hypogammaglobulinemia that lasts years after

25    rituximab.
```

Ran Reshef, M.D.

```
 1    BY MR. DICKENS:

 2         Q.   But it does, in fact, occur, correct?

 3              MR. PIORKOWSKI:  Object to form, calls for

 4         speculation.

 5         A.   I've never seen, in my clinic, a patient

 6    with hypogammaglobulinemia attributable to rituximab

 7    six years after treatment.

 8    BY MR. DICKENS:

 9         Q.   Are you aware of any medical literature

10    indicating a patient will have prolonged

11    hypogammaglobulinemia for six years or more after

12    rituximab?

13              MR. PIORKOWSKI:  Object to form.

14         A.   I wouldn't doubt that there is such

15    literature.  I don't know at what level of evidence

16    it is.  Is it case reports, case series, or larger

17    studies?  I would suspect in these cases that there

18    is another underlying cause for that, because it

19    would be atypical for someone to get rituximab and

20    have ongoing hypogammaglobulinemia years later.  I

21    would think that there is another underlying cause

22    for that.  And -- which may have been uncovered by

23    rituximab.  But it's -- or made worse to some

24    degree.

25
```

Ran Reshef, M.D.

1    BY MR. DICKENS:

2         Q.   When you -- what do you mean by

3    "uncovered"?

4         A.   Meaning that it could be someone who had,

5    for example, CVID and it had not been symptomatic

6    until there was another triggering factor such as

7    chemotherapy, lymphoma, other type of treatment.

8    Those could be additional factors.  In fact, CVID,

9    the most typical, even though it's a primary

10   immunodeficiency -- so it exists from birth -- it is

11   usually not discovered before people are in their

12   20s, 30s, sometimes 40s.  Now, that can only be

13   explained by the fact that some additional factors

14   are uncovering it over time.

15        Q.   Okay.  And typically -- you said 20s, 30s,

16   40s.  Typically CVID, a patient will have symptoms

17   in their 20s and 30s, correct?

18        A.   There's a range.  You can definitely have

19   a diagnosis of CVID in your 40s, yes.

20        Q.   But it's more typical that someone is

21   diagnosed with CVID in their 20s and 30s?

22        A.   I don't have enough information about that

23   to respond to that.  I don't know the answer to

24   that.  It's a disease -- it's the one primary

25   immunodeficiency that's typical to be diagnosed in

Ran Reshef, M.D.

1   adulthood and not in children.

2        Q.   You agree Mr. Wade never had any symptoms

3   of CVID prior to his rituximab treatment?

4             MR. PIORKOWSKI:  Object to form.

5        A.   I can only attest to what's in the

6   records.  I don't have records from his general

7   primary care physician going back 40 years before

8   his diagnosis.  In the past medical history taken

9   from him at the time of diagnosis, there was nothing

10  mentioned, but that doesn't mean it didn't exist.

11  BY MR. DICKENS:

12       Q.   Let me ask it this way:  Based on all of

13  the records you reviewed for your opinions in this

14  case, there's no indication that Mr. Wade had any

15  symptoms of CVID prior to his rituximab treatment?

16            MR. PIORKOWSKI:  Object to form.

17       A.   Based on the records I reviewed, I did not

18  see any signs or symptoms of that, yes.

19  BY MR. DICKENS:

20       Q.   You're aware Mr. Wade was diagnosed with

21  diabetes?

22       A.   Yes, yes.  I believe I do.

23       Q.   And that was after his diagnosis of

24  non-Hodgkin's?

25       A.   I don't recall if it was before or after.

Ran Reshef, M.D.

```
 1        Q.   Will you be offering opinions that

 2   diabetes is a risk factor for follicular lymphoma?

 3        A.   No.

 4        Q.   Will you be offering an opinion as to

 5   whether or not Mr. Wade's non-Hodgkin's lymphoma or

 6   treatment contributed in any way to his diabetes?

 7        A.   No.

 8        Q.   What opinions do you intend to offer with

 9   respect to Mr. Wade's clinical course of

10   non-Hodgkin's lymphoma?

11        A.   That he was diagnosed with early stage

12   follicular lymphoma, which is a relatively fortunate

13   diagnosis because it is considered highly treatable

14   and very responsive to treatment.  He was treated

15   with a standard-of-care chemotherapy and radiation.

16   In fact, such patients have a -- an outstanding

17   outcome with 20-year survival.  That's -- that's

18   very high.  I wouldn't name a number off the top of

19   my head, but it's -- but it's an excellent

20   prognosis.

21             He had low-risk disease based on a

22   criteria that we use.  We call it the FLIPI score.

23   And the use of maintenance rituximab has been fairly

24   standard in follicular lymphoma and, in fact, has

25   probably improved his response and the lack of
```

Ran Reshef, M.D.

1    recurrence of his lymphoma and the fact that he's

2    been free of disease for more than nine years is

3    prognostically very favorable.

4         Q.   Okay.  Is follicular lymphoma curable?

5              MR. PIORKOWSKI:  Object to form.

6         A.   It's a difficult question.  Because it's

7    an indolent disease and many patients live with it

8    for 20 years or remain in remission, long remission,

9    sometimes lasting 10 or 15 years or longer, then it

10   is -- it is difficult to say whether it's truly

11   curable or not.  Because if we change the standard

12   of care today, then we will need to wait 25 years

13   probably to say whether this is curable or not.  So

14   my ability to say whether it's curable at this

15   moment relies on treatments that we have given 20

16   years ago.

17             So it's a complicated question.  Not to

18   mention that with an allogeneic bone marrow

19   transplant, it is curable.  And that's kind of

20   proven.  In the majority of patients we consider

21   this an incurable disease, because in the majority

22   of patients, it will recur.

23   BY MR. DICKENS:

24        Q.   Okay.

25        A.   He's, in fact, in the spectrum of those

Ran Reshef, M.D.

1   patients where it may not recur.

2        Q.   Okay.

3        A.   And I hope for him that that will be the

4   case.

5        Q.   You beat me to my next question.

6             Do you have an opinion as to whether or

7   not Mr. Wade's follicular lymphoma will reoccur?

8        A.   No.  I think there's a fair chance that it

9   would, but I think considering the low stage, low

10  FLIPI score, and the type of treatment that he had,

11  I think there's also a reasonable chance that it

12  wouldn't.

13       Q.   Can you give a percentage based on whether

14  or not it will reoccur?

15       A.   No.  There's actually very little

16  literature to use to support an opinion about this,

17  especially that he's also gone now nine years from

18  the end of treatment.  And what I would need to be

19  looking for is basically a landmark analysis of

20  people who are nine years beyond treatment of

21  stage IIE follicular lymphoma with a low FLIPI

22  score.  There's no such study in the literature.

23  This is only from experience.

24       Q.   Do you have any criticisms of the

25  treatment received by Mr. Wade?

Ran Reshef, M.D.

```
 1      A.   Not at all.

 2      Q.   Will you be offering any opinions with

 3   respect to -- strike that.

 4           MR. PIORKOWSKI:  David, we've been going a

 5       little over an hour.  Whenever it's --

 6           MR. DICKENS:  Yeah, I think I might

 7       actually be done, so...

 8           MR. PIORKOWSKI:  All right.

 9           MR. DICKENS:  I have no further questions.

10       Thank you, Doctor.

11           MR. PIORKOWSKI:  So why don't we go off

12       the record.  I just want to confer with counsel

13       here.

14           THE VIDEOGRAPHER:  The time is 2:03 p.m.

15       and we are going off the record.

16           (Recess was taken.)

17           THE VIDEOGRAPHER:  The time is 2:13 p.m.

18       We are back on the record.

19   EXAMINATION

20   BY MR. PIORKOWSKI:

21      Q.   Good afternoon, Dr. Reshef.  How are you?

22      A.   Good.  Thank you.

23      Q.   You were asked by Mr. Dickens about the

24   medical records you reviewed.

25           Do you remember those questions?
```

Ran Reshef, M.D.

1      A.   Yes.

2      Q.   Is it your understanding that you were

3  provided all of the medical records that were

4  available with respect to both Mr. Wade and

5  Mr. Meeks?

6      A.   Yes, that is my understanding.

7      Q.   And when you received those records, how

8  did you decide which ones to look at more closely or

9  less closely or which ones to focus on?  Could you

10  explain that process briefly?

11      A.   I relied on my skills and experience as a

12  physician, because we have to do these things all

13  the time, especially in an institution that sees a

14  lot of second-opinion patients and patients who come

15  in with a 15-year history of a -- of a disease.  I

16  went through the medical records and examined the

17  ones that appeared to be of greater relevance to the

18  issues that I was going to provide my opinion about,

19  covered them -- reviewed them in depth and glanced

20  more quickly at records that appeared as if they

21  would play no role in providing an opinion in

22  this -- in this case.  Many of the medical records

23  also included duplicate records, so those were very

24  easy to get through quite quickly.

25      Q.   And if additional medical records become

Ran Reshef, M.D.

1    available, would you have an open mind to reviewing

2    them?

3        A.    Absolutely.  Yes.

4        Q.    All right.  You were asked a little bit

5    about what your opinions would be with respect to

6    lymphocyte cell biology and what opinions you plan

7    to offer at trial.

8            Could you briefly explain how it is that

9    non-Hodgkin's lymphoma develops and what the role of

10   the lymphocyte is as a part of that process?

11       A.    Sure.

12           So non-Hodgkin's lymphoma is one of the

13   most common cancers.  It's on the top ten list in

14   both men and women.  Non-Hodgkin lymphomas are

15   derived from lymphocytes, which are part of the

16   immune system.  Generally speaking, we are -- we

17   kind of separate lymphocytes into several subtypes.

18   We have B cells and T cells, and we have -- we have

19   a few other smaller populations of lymphocytes in

20   our bodies.

21           Each one of them has a distinct role in

22   the immune system in protecting us against pathogens

23   and various infections.  And we have a very, very

24   large quantity of them, because obviously they need

25   to protect us from infections in all parts of the

Ran Reshef, M.D.

 1   body.  They're not localized to a single organ.  So

 2   as a result of that, there is quite a bit of

 3   proliferation.

 4           So these, both B cells and T cells, have a

 5   pretty high expansion rate.  They multiply at quite

 6   significant numbers, in the billions and billions,

 7   all the time.  And as part of this rapid

 8   multiplication process, they are prone to develop

 9   errors in replication, because every time a cell

10   replicates, it has to basically double its DNA,

11   completely copy its entire DNA, which is a lot --

12   it's all of our genetic coding -- and reproduce

13   basically an identical template that would go into

14   the next cell upon that multiplication.

15           That process is not error-prone [sic].

16   And there are mechanisms in the body to try and

17   minimize those errors, but these mechanisms are not

18   foolproof.  Lymphocytes specifically, and B cells

19   and T cells, have an extra reason for them to have

20   replication errors.  And that is because, uniquely,

21   they are the only cells in the body that can

22   rearrange their own DNA.  Every other cell in the

23   body, the DNA is fixed and is inherited in -- to the

24   next cell, to its -- and to its -- the rest of its

25   progeny in exactly an identical manner.

Ran Reshef, M.D.

```
1                B cells and T cells have the ability to
2     rearrange their DNA.  And the reason for that is
3     that we actually need a diverse population of
4     B cells and T cells in order to fight every possible
5     pathogen, bacteria, or virus that enters the body.
6     It can't be a task that a single type of B cell and
7     T cell can perform.  So to create that diversity,
8     B cells and T cells have a mechanism that allows
9     them to rearrange their DNA.  That involves cutting
10    and pasting parts of the DNA to each other, which,
11    again, adds a whole new layer of process that is
12    physiologic but error-prone.
13               So there are specific mutations and
14    translocations and just a higher error rate
15    involving lymphocytes, which is why they're prone
16    more to develop mutations.  As these mutations
17    accumulate, as we've alluded to earlier, they can
18    become oncogenic or cancer-causing mutations.  And
19    if the immune system does not identify them as such
20    and get rid of them, then they become cancer.
21         Q.   Let me ask you to define a couple of
22    words.  You used the word "mutations" and
23    "translocations."  Can you explain what those are?
24         A.   Yeah.  A mutation is basically a -- an
25    error in the DNA.  A cell develops a mutation when
```

Ran Reshef, M.D.

1    part of its DNA has changed one of its -- one or

2    more of its -- of its coding.  It's a -- DNA is

3    ultimately a genetic code.  So it's a sequence.  You

4    can look at this as very similar to a sequence of

5    numbers.  And if one of those numbers change, that

6    is called a mutation.

7           A translocation is when entire pieces of

8    DNA get cut and pasted into an erroneous location.

9    And that can cause, of course, a significant degree

10   of trouble in that cell.

11        Q.   Now, does every mutation end up causing

12   cancer?

13        A.   No.  Ultimately the majority of mutations

14   do not cause cancer and they are benign.  Many

15   mutations are identified by intrinsic processes of

16   the cell.  And either that cell commits suicide,

17   basically, and destroys itself or the immune system

18   recognizes that mutant cell and takes care of it.

19   So the majority of those abnormal cells or

20   mutation-carrying cells are eliminated or die off at

21   a young age.  But there are some who skip those

22   protective mechanisms and those are the ones who

23   become cancer.  Because it's a rare event, then, not

24   everyone develops cancer and we sometimes live 90

25   years before we develop that.  But that is the major

Ran Reshef, M.D.

1    cause of cancer.

2         Q.   When you alluded earlier to genotoxicity

3    studies having limited relevance, does that relate

4    to what you just said about mutations?

5         A.   It's related.  Genotoxicity studies are

6    designed to look in the test tube rather than in the

7    human or in an animal model, at what happens to

8    cells when they are exposed to a certain -- to a

9    certain chemical, for example.  Those studies are

10   highly prone for interpretation bias and errors in

11   their design, because they do not reflect the

12   processes that occur in the body.  The levels of

13   exposure, the environment that the cells are in, and

14   whether you've chosen the appropriate controls,

15   those are all inherent flaws in many of these

16   genotoxicity studies.

17            They can sometimes be used to get a first

18   hint on whether there's any chance of DNA damage

19   that a chemical can result in.  But then you would

20   need to go to a much higher level of evidence, all

21   the way to a human, to prove that the types of

22   exposures that we have from that chemical, the

23   amounts of exposures, and the way they're -- they

24   happen in our body are, in fact, causing cancer.

25            Work in a cell line in the test tube, for

Ran Reshef, M.D.

1    example, completely eliminates the body's mechanisms

2    of controlling those and eliminating those errors,

3    because our body ultimately does get rid of most of

4    these -- most of these errors very efficiently,

5    which does not happen in the test tube.

6        Q.   So given the body's efficiency in getting

7    rid of most of these errors, how is it that

8    mutations and translocations and errors in

9    replication in general can eventually lead to

10   non-Hodgkin's lymphoma?

11       A.   In large part, by chance.  And this is, in

12   fact, the reason why it's very rare to find cancer

13   in children, because it does take time for that

14   chance to happen.  You do need to, you know, fill a

15   lottery, sometimes for decades, before you win

16   anything.  So it's similar types of odds situation.

17            In addition, there are other elements that

18   would make certain people more predisposed to cancer

19   than others.  So, as I alluded to, the immune system

20   is actually in charge of eliminating cancers at a

21   young age, sometimes even at the level of a

22   single -- of a single cell.  And people with a

23   primary immunodeficiency, for example, or people who

24   are getting immunosuppressive medications lose that

25   ability.  So their odds of a single mutation

Ran Reshef, M.D.

1    evolving into cancer is much higher, which explains

2    that specific risk factor.  And there are other

3    underlying factors that could result in that.

4         Q.   Okay.  I want to direct your attention

5    back to Mr. Wade.  You were asked a number of

6    questions.  And one of the -- one of the discussions

7    you had with Mr. Dickens had to do with his signs

8    and symptoms of having a primary immunodeficiency

9    syndrome.

10             Do you recall that?

11        A.   Yes.

12        Q.   What were the signs and symptoms that

13   Mr. Wade presented with that suggested the

14   possibility of primary immunodeficiency syndrome?

15        A.   Recurring infections and primarily

16   infections involving the upper airway, namely

17   sinusitis primarily.  Diarrhea which appeared to be

18   chronic, based on his own statements and in various

19   medical visits and based on the medical records.

20        Q.   And what about the signs?

21        A.   So in terms of symptoms, those are the

22   main things.

23             In terms of signs or lab abnormalities, I

24   would say specifically then -- he had a lab

25   evaluation, even by an immunologist, at the time

1   where it was, in fact, conceived by his own

2   oncologist that his symptoms are no longer

3   consistent with any prior effects of his cancer or

4   his therapy.  That was the indication, to send him

5   to an immunologist even by his own -- by his own

6   physician.  And that immunologist conducted the list

7   of tests and those tests showed that he had low

8   immunoglobulin levels across the board.  All types

9   of antibodies were very low.

10          Vaccine responses, so his vaccine

11  responses were tested and he was lacking certain

12  vaccine responses that you would anticipate would be

13  normal in a healthy individual who does not have a

14  primary immunodeficiency.

15          And I think what's also important is that

16  they profiled his lymphocytes and looked

17  specifically at the B cells to see whether he has

18  them or not.  And the B cells are the ones that are

19  going to be irradicated by the lymphoma treatment,

20  in general and specifically by the rituximab.  So if

21  his symptoms and signs were a result of rituximab

22  therapy, he should have had very low levels of

23  B cells, if not absence of B cells, if that was

24  truly the cause of that.

25          However, he did have B cells.  They were

Ran Reshef, M.D.

1   all naive B cells and they -- he had absolutely no

2   memory B cells.  So there was what appears to be a

3   block in differentiation of naive B cells who never

4   really made antibodies into more mature types of

5   B cells that are the ones that are supposed to make

6   antibodies.  That is not consistent in any way with

7   prior exposure to rituximab, because both naive

8   cells and memory B cells carry CD20, which is the

9   antigen that rituximab targets.  So rituximab cannot

10  selectively deplete memory cells and not naive

11  cells.

12          And as I alluded to earlier, also the time

13  frame of these symptoms and how long they persisted

14  after treatment for lymphoma, those also are not

15  consistent with the treatment effect.

16      Q.   So what are the possible explanations for

17  his low immunoglobulin levels?

18      A.   Number one, a primary immunodeficiency.

19  Number two, much lower on the list, would be as a

20  result of treatment or the lymphoma.  And I think

21  those could very easily be ruled out based on the

22  lab abnormalities that I just stated, including in

23  the opinion of an immunologist.

24      Q.   And do you have an opinion, to a

25  reasonable degree of medical probability, about the

Ran Reshef, M.D.

1    reason he has low immunoglobulin levels?

2         A.   I think it's, with a high degree of

3    medical certainty, as a result of a primary

4    immunodeficiency, which is difficult to determine

5    the exact type.  But I think it's reasonable to

6    assume -- not to assume.  It's a -- it's reasonable

7    to think that this is con- -- that these symptoms

8    are consistent with that.

9         Q.   Can you briefly explain what's meant by a

10   primary immunodeficiency syndrome?  What does that

11   mean in terms of a medical diagnosis to a patient?

12        A.   A primary immunodeficiency syndrome is a

13   name of a group of diseases.  It's not one disease

14   that is a result from -- it occurs from birth.  It's

15   congenital.  It can or cannot be hereditary, meaning

16   that it could come from one or both parents, or it

17   could arise as a new abnormality in a -- in an

18   individual.  And the result of that for a patient is

19   high risk for infectious complications.

20             And since we're discussing here primarily

21   immunodeficiencies related to antibody production,

22   then our antibodies are very important for control

23   of infections from exposures from the outside.  So

24   lung infections, sinus infections, pharyngitis,

25   common colds, those are the things that are -- that

Ran Reshef, M.D.

 1   this -- these type of primary deficiencies

 2   predispose patients to.

 3          In addition to that, in primary

 4   immunodeficiencies, you see a long list of symptoms.

 5   Some of them can be ascribed to infections, diarrhea

 6   being one of them, although we don't always identify

 7   a specific pathogen that is causing that.  And

 8   others are related to immune abnormalities that are

 9   a little bit poorly defined.  But there's really a

10   long list of symptoms that some patients may have,

11   other patients may not.  The common thread behind

12   these types of primary immunodeficiencies is low

13   levels of immunoglobulins and poor vaccine

14   responses.

15      Q.   Okay.  And let's stop there for a minute

16   and -- when you say "low levels of immunoglobulins,"

17   what are immunoglobulins?

18      A.   Immunoglobulins are antibodies.  These are

19   basically the proteins that are made by B cells that

20   circulate in our body and protect us from various

21   infectious pathogens, viruses and bacteria in

22   particular, and are also what is generated after

23   vaccine responses.  When we get vaccinated for the

24   flu, we are basically inducing B cells that would

25   make antibodies against the flu.  That will be the

Ran Reshef, M.D.

1    best example.

2         Q.   Okay.  Mr. Wade also had a number of

3    symptoms since his initial treatment, including

4    diarrhea, radiculopathy, you know, recurrent

5    infections.

6              Do you have an opinion as to whether the

7    symptoms that he had after completion of his

8    original treatment were related to either his

9    lymphoma or to treatment for his lymphoma?

10        A.   I think it's -- I can say, with a high

11   degree of medical certainty, that these symptoms are

12   not consistent with his lymphoma.  Based on the

13   location, the extent of the disease, he did not have

14   systemic lymphoma.  It did not involve any of the

15   organs that we're discussing.  And it responded very

16   quickly to therapy.  So basically the lymphoma was

17   gone very quickly after the diagnosis.

18             I also feel that it is not related to the

19   treatment.  And as I alluded to earlier, side

20   effects of rituximab clearly involve B cell

21   depletion, low levels of B cells.  Some patients

22   developed low levels of antibodies or

23   immunoglobulins.  Usually that is a transient

24   effect.  Most patients would start recovering

25   B cells six to twelve months after rituximab and

Ran Reshef, M.D.

1    would ultimately regain normal antibody levels and

2    normal vaccine responses.

3              And as I alluded to earlier, rituximab, if

4    it were to cause a longstanding depletion of

5    B cells, it should be B cells across the board,

6    since it attacks a target called CD20, which is a

7    pan-B cell marker.  It is not selective to memory

8    B cells.  And we should -- the lab picture that

9    comes across from the immunology workup is not

10   consistent with rituximab effects.

11        Q.   Could you briefly explain what you meant

12   there by CD20 and pan-B cell effects?

13        A.   Yeah.  CD20 is a surface marker on the

14   outside surface of B cells.  And this is, in fact,

15   how rituximab works.  It's an antibody that finds

16   CD20 and then kills the cell that that CD20 is

17   expressed on.  And since B cells are the one driving

18   the lymphomas that we're discussing, this is why we

19   have rituximab is a good treatment for them.  It

20   basically kills directly lymphoma cells.

21             As a side effect, it also kills healthy

22   B cells.  That effect is transient.  Once you stop

23   the treatment with rituximab, there should be

24   recovery of B cells after that.

25        Q.   Okay.

Ran Reshef, M.D.

1        A.    And pan-B cell depletion meaning that all

2    types of B cells would be depleted because they all

3    carry CD20.

4              MR. PIORKOWSKI:  All right.  Thank you.

5              MR. DICKENS:  Scott?

6              MR. JANSEN:  No questions.  Thank you.

7              MR. DICKENS:  I do have some just real

8         quick follow-ups, Doctor.

9    EXAMINATION

10   BY MR. DICKENS:

11       Q.    With respect to -- you offered some

12   testimony with respect to lymphocyte biology, when

13   asked of counsel.  And I believe it's your testimony

14   that there's a higher error rate in the lymphocytes

15   than other cells.

16             Is that right?

17       A.    They have an additional mechanism of

18   creating DNA errors, or specifically translocations,

19   because they have this mechanism of basically

20   rearranging their DNA, which other cells don't do.

21       Q.    And so the lymphocytes are more prone to

22   mutations?

23       A.    They're more prone to generic errors.

24   They're primarily translocations, which is a --

25   which is a -- you know, a form of genetic

Ran Reshef, M.D.

```
 1    abnormality, which actually predisposes patients to

 2    follicular lymphoma specifically.  Mutations

 3    globally, I would say probably yes, because in

 4    addition to those translocations, there's also a

 5    process that we call somatic hypermutation.  And I

 6    don't want to get too technical, but that's also an

 7    error-prone mechanism.

 8        Q.   And mutations, those can be caused by

 9    random or by chance, as you stated, correct?

10        A.   Yeah.  Most of them are, yeah.

11        Q.   But they can also be caused by something

12    else, right?

13        A.   There are certain factors that would

14    increase the chance of mutations, yeah.

15        Q.   And there's something called a genotoxin,

16    right?

17        A.   Yeah.  That would be a material that

18    induces or increases the risk for mutation.

19        Q.   And they can cause DNA or chromosomal

20    damage?

21        A.   Yes.

22        Q.   And so are lymphocytes, because they're

23    more prone to mutations, more prone to DNA damage

24    caused by general toxins?

25        A.   No, I don't think so.
```

Ran Reshef, M.D.

```
 1        Q.   And why not?

 2        A.   Because as I explained, the higher error

 3   rate, as we -- as we are calling it here, is related

 4   to a physiologic process that lymphocytes undergo.

 5   That physiologic process is not induced by outside

 6   chemicals or any exposures, to the best of my

 7   knowledge.

 8        Q.   Okay.

 9        A.   We can't induce more lymphocyte

10   rearrangements by any chemical that I'm familiar

11   with.

12        Q.   Okay.  Doctor, how many of your

13   non-Hodgkin's lymphoma patients have had primary

14   immunodeficiencies?

15        A.   In percentage or numbers?

16        Q.   Over the course of your career.

17   Percentage.  Whatever you can give me.

18        A.   Well, it's a good question, because in

19   many of them, we don't necessarily make that

20   diagnosis or know, because we don't always have

21   their underlying history.  And primary

22   immunodeficiencies, in fact, sometimes go decades

23   undiagnosed.  I would suspect that I've seen at

24   least 15 or 20 patients with some underlying primary

25   immunodeficiency and definitely a lot of patients
```

Ran Reshef, M.D.

1    with what we consider secondary immunodeficiency,

2    patients on immunosuppressive agents, patients

3    who've had a transplant, so on and so forth.

4        Q.   All right.  And that's 15, 20 over the

5    course of your entire career?

6        A.   15 or 20 that I know of as having primary

7    immunodeficiencies.

8        Q.   Okay.  Doctor, you agree there's no

9    documents on your material considered list related

10   to primary immunodeficiencies?

11           MR. PIORKOWSKI:  Objection.

12   BY MR. DICKENS:

13       Q.   Or -- why don't I ask it this way:  Which

14   documents are you relying on for primary

15   immunodeficiencies on your materials considered

16   list?

17       A.   There's at least one that was simply a

18   review, which was useful because it actually

19   summarized a lot of the literature instead of

20   reciting all of it.  And it will just take me a

21   moment to find it.  (Witness reviews document.)

22           There's a very recent one form a journal

23   called Frontiers in Immunology, if anyone -- Riaz,

24   third page at the bottom.

25       Q.   Okay.  Any others?

Ran Reshef, M.D.

1      A.   Yeah.  There's Tak Manesh on the following

2   page.  And I believe that's it.

3      Q.   Did you review any literature with respect

4   to prolonged hypogammaglobulinemia after rituximab

5   treatment?

6      A.   I looked up literature about this.  It

7   was -- my search was fairly unrevealing.  There are

8   case reports about this and some people who have

9   alluded to this as a potential side effect, none of

10   which I considered very good materials.

11      Q.   Not just people, manufacturers of

12   rituximab themselves, correct?

13      A.   No, definitely not.  And I have not

14   discussed this issue with anyone who manufactures

15   rituximab.

16      Q.   Okay.  And not that you've discussed it,

17   but the manufacturers of rituximab have indicated

18   that you can have prolonged hypogammaglobulinemia

19   following rituximab treatment?

20           MR. PIORKOWSKI:  Object to form.

21      A.   I trust that you've checked the label and

22   I would not -- I would not be surprised, because

23   there are case reports out there.  And, in fact,

24   everything that shows up on an FDA-approved label is

25   extremely conservative, because any side effect that

Ran Reshef, M.D.

 1   shows up in a patient, regardless of causality,

 2   needs to show up on the label, regardless of its

 3   attribution.

 4          There's also a difference between -- I --

 5   which I think is important to note, rituximab is

 6   used in a lot of clinical situations.  So there are

 7   people who get seven lines of therapy with extensive

 8   exposure to chemotherapy and bone marrow transplant

 9   where rituximab is included in their treatment, and

10   the manufacturer will have to include that as a --

11   as a potential side effect, not knowing that it's

12   attributed specifically to the drug.  There are

13   patients who've had treatment for lymphoma who've

14   had such extensive treatment, bone marrow damage,

15   and damage to their lymphoid system, that they will

16   never recover healthy B cells.  But it's challenging

17   to attribute that specifically to rituximab.

18   BY MR. DICKENS:

19      Q.   Okay.  Doctor, based on your opinion that

20   Mr. Wade had a primary immune deficiency, did he

21   have that all his life?

22      A.   So my opinion, that it cannot be excluded

23   and that his symptoms are consistent with that.  I'm

24   not in a position to make a diagnosis of primary

25   immunodeficiency on a patient that I have not seen,

Ran Reshef, M.D.

1    examined, or have done additional testing, or taken

2    additional history from.  If we're talking about a

3    primary immunodeficiency, then by definition it is

4    something that occurs at -- that is congenital.  It

5    occurs at birth.  But the symptoms of many

6    immunodeficiencies occur later in life.  So how

7    would you call that, did he have it or not have it

8    when he was -- he did not have symptoms from it when

9    he was a child or young adult.

10        Q.    Okay.  And just so I'm clear, based on

11   counsel's questioning, it was my understanding that

12   your opinion is going to be that Mr. Wade had a

13   primary immune deficiency prior to his diagnosis of

14   non-Hodgkin's lymphoma.

15            Is that not correct?

16        A.    He did not have symptoms of a primary

17   immune deficiency, but the definition of a primary

18   immune deficiency is that it's congenital.

19        Q.    Okay.  So is it your opinion or not that

20   he had a primary immune deficiency prior to

21   diagnosis of non-Hodgkin's lymphoma?

22        A.    It's my opinion that the symptoms that he

23   experienced after -- years after treatment,

24   treatment for his disease are consisted with that a

25   lot more than they are consistent with the lymphoma

Ran Reshef, M.D.

1   or the treatment for it.

2       Q.   But is it your opinion that, I don't know

3   whether or not he had it, or that he -- in your

4   opinion, it is more likely than not that he had

5   primary immune deficiency prior to his diagnosis of

6   non-Hodgkin's?

7           MR. PIORKOWSKI:  Object to form.

8       A.   I think it is more likely than not.

9   BY MR. DICKENS:

10      Q.   Okay.  And because of that, you'd agree

11  Mr. Wade was more susceptible to DNA-damage-inducing

12  stimuli?

13          MR. PIORKOWSKI:  Object to form.

14      A.   I don't know that that's true.  It really

15  depends on the type of immunodeficiency that he had.

16  Not all immunodeficiencies make someone susceptible

17  to DNA-damaging agents.

18  BY MR. DICKENS:

19      Q.   But you don't know for CVID, one way or

20  the other?

21      A.   I don't recall whether that's the case.  I

22  think that's not the case for CVID.

23      Q.   Okay.

24      A.   I'm not sure about that.

25      Q.   Okay.  Would -- what effect would

Ran Reshef, M.D.

 1    Mr. Wade's immunodeficiency have on his

 2    susceptibility to developing non-Hodgkin's lymphoma?

 3         A.   It increases the risk for developing

 4    non-Hodgkin lymphoma.

 5         Q.   Regardless of what the other underlying

 6    contributing factors are?

 7         A.   There could still be additional

 8    contributing factors, but that's still the answer to

 9    the question, I think.

10         Q.   Okay.

11         A.   If I got the question correctly.

12         Q.   Would the fact that Mr. Wade had primary

13    immunodeficiency, would that have put him more at

14    risk for promotion of lymphoproliferation?

15              MR. PIORKOWSKI:  Object to form.

16         A.   I don't know what lymphoproliferation is.

17    There is normal proliferation, which is physiologic.

18    We have that every time we have a response to an

19    infection.  And a primary immune deficiency does not

20    do that.  It does the exact opposite.  If you're

21    referring to a malignant proliferation of

22    lymphocytes, then, yes, it does predispose him to

23    that, because he does not have an immune system to

24    control that abnormal proliferation.

25

Ran Reshef, M.D.

```
 1    BY MR. DICKENS:

 2        Q.   Okay.  And, Doctor, the opinions, once

 3    again, with respect to whether or not primary

 4    immunodeficiency would have an effect on defective

 5    DNA repair, that's Tak Manesh and the Riaz study in

 6    your list of materials considered?

 7             MR. PIORKOWSKI:  Object to form.

 8        A.   Sorry.  Could you repeat the question?  I

 9    apologize.

10    BY MR. DICKENS:

11        Q.   The documents you're relying on for your

12    opinions related to primary immune deficiency and

13    its effect on non-Hodgkin's lymphoma, that would be

14    derived from Tak Manesh and the Riaz studies?

15             MR. PIORKOWSKI:  Object to form.

16        A.   Yes, those are the ones that I've

17    considered as informative, in this regard.  But this

18    association is a -- what we would call a textbook

19    association.  This has been -- the relationship

20    between a primary immunodeficiency and non-Hodgkin

21    lymphoma has been known for many years, and I didn't

22    want to overburden this list with studies that

23    probably date 30 or 40 years ago.

24    BY MR. DICKENS:

25        Q.   Okay.  Is it also true, then, that it's
```

Ran Reshef, M.D.

1    textbook whether or not CVID has a -- makes someone

2    more susceptible to DNA-damage-inducing stimuli?

3        A.   I do not recall reviewing that particular

4    question.

5            MR. DICKENS:  No further questions.  Thank

6        you.

7            MR. PIORKOWSKI:  One second.

8    EXAMINATION

9    BY MR. PIORKOWSKI:

10       Q.   So, Doctor, I just want to clarify from

11   those last questions.

12           In formulating your opinion about primary

13   immunodeficiency in the case of Mr. Wade, are you

14   relying solely on the articles and the published

15   literature that are cited in your materials

16   considered list, or are you also relying on your

17   experience, education, and training as a specialist

18   in lymphoma and hematologic malignancies?

19       A.   The latter.  I'm relying on experience,

20   textbooks that I have read during my medical school

21   years and during my fellowship, and I think a fairly

22   vast medical literature that discusses poor immune

23   function and risk for non-Hodgkin lymphoma.

24           MR. PIORKOWSKI:  Okay.  Thank you.

25           THE VIDEOGRAPHER:  All right.  The time is

Ran Reshef, M.D.

```
 1        2:48 p.m. on December 18, 2019, and this

 2        completes the video deposition of Dr. Ran

 3        Reshef.

 4             MR. PIORKOWSKI:  Dr. Reshef will read and

 5        sign.

 6             MR. JANSEN:  Etran, PDF.

 7             MR. DICKENS:  If I could get a rough at

 8        some point.  Regular delivery.  Scanned

 9        exhibits.

10

11             (Time noted:  2:48 P.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ran Reshef, M.D.

```
1                        INDEX

2   EXAMINATION BY      WITNESS                      PAGE

3   MR. DICKENS                                   6,191

4   MR. PIORKOWSKI                             176,201

5                    1RESHEF EXHIBITS

6   FOR ID              DESCRIPTION                  PAGE

7   Exhibit 1   Monsanto Company's Disclosure of Expert    13

            Testimony

8

9   Exhibit 2   CV                                       23

10  Exhibit 3   CV dated November 15, 2019               47

11  Exhibit 4   List of materials considered from Ran     70

            Reshef, amended December 12, 2019

12

13  Exhibit 5   Invoices submitted                      100

14  Exhibit 6   Summary                                 131

15

16

17

18

19

20

21

22

23

24

25
```

Ran Reshef, M.D.

```
 1                  CERTIFICATE

 2

 3   STATE OF NEW YORK )

 4                    :   ss

 5          I, Angela M. Shaw-Crockett, a Certified Court

 6   Reporter, Certified Realtime Reporter, Registered Merit

 7   Reporter and Notary Public within and for the States of New

 8   York, New Jersey and Connecticut, do hereby certify:

 9          That RAN RESHEF, M.D., the witness whose

10   deposition is herein before set forth, was duly sworn by me

11   and that such deposition is a true record of the testimony

12   given by such witness.

13          I further certify that I am not related to any of

14   the parties to this action by blood or marriage and that I

15   am in no way interested in the outcome of this matter.

16          In witness whereof, I have hereunto set my hand

17   this 26th day of December, 2019.

18

19   ----------------------------------------

            ANGELA M. SHAW-CROCKETT, CCR, CRR, RMR, CSR

20          LICENSE NO. XI00218400

21

22

23

24

25
```

Ran Reshef, M.D.

```
 1                    - - - - - -

 2                  E R R A T A

 3                    - - - - - -

 4    PAGE  LINE    CHANGE

 5    ____  ____    _____

 6          REASON: _____

 7    ____  ____    _____

 8          REASON: _____

 9    ____  ____    _____

10          REASON: _____

11    ____  ____    _____

12          REASON: _____

13    ____  ____    _____

14          REASON: _____

15    ____  ____    _____

16          REASON: _____

17    ____  ____    _____

18          REASON: _____

19    ____  ____    _____

20          REASON: _____

21    ____  ____    _____

22          REASON: _____

23    ____  ____    _____

24          REASON: _____

25
```

Ran Reshef, M.D.

```
1                    ACKNOWLEDGMENT OF DEPONENT

2

3          I,_____, do hereby

4    certify that I have read the foregoing pages, and that

5    the same is a correct transcription of the answers

6    given by me to the questions therein propounded, except

7    for the corrections or changes in form or substance, if

8    any, noted in the attached Errata Sheet.

9

10

11   _____

12   [WITNESS NAME]                    DATE

13

14

15   Subscribed and sworn to

16   before me on this _____day

17   of_____,20___, by _____

18   _____,

19   proved to me on the basis of satisfactory

     evidence to be the person(s) who appeared before me.

20

21                    Signature _____

22

23

24

25
```