# EXHIBIT 5



**Planet Depos®**

We Make It *Happen*™

# Transcript of Bradley Hanson, Ph.D.

**Date:** October 2, 2018
**Case:** Peterson & Hall -v- Monsanto Company, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1              IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

2                        STATE OF MISSOURI

3                           --o0o--

4    RONALD PETERSON and JEFF     )
     HALL,                        )
5                                 )
              Plaintiffs,         )
6                                 )      No.  1622-CC01071
       vs.                        )
7                                 )
     MONSANTO COMPANY, OSBORN     )
8    & BARR COMMUNICATIONS,       )
     INC., and OSBORN & BARR      )
9    HOLDINGS, INC.,              )
                                  )
10            Defendants.         )

11

12

13

14                           --o0o--

15                        Deposition of

16                   BRADLEY HANSON, Ph.D.

17                  Tuesday, October 2, 2018

18                           --o0o--

19

20

21

22

23

24

25   Reported by:  KENDRA L. GILLIE, CSR License 9643

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    2

```
1                    A P P E A R A N C E S

2

3     For the Plaintiffs:

4          MILLER DELLAFERA, PLC
           By:  PETER A. MILLER, Attorney at Law
5          3420 Pump Road, PMB 404
           Henrico, Virginia  23233
6          858.800.2541
           Pmiller@millerdellafera.org
7

8     For the Defendant MONSANTO COMPANY:

9          HOLLINGSWORTH, LLP
           By:  RANJIT S. DHINDSA, Attorney at Law
10              ELYSE SHIMADA, Attorney at Law
           1350 I Street, N.W.
11         Washington, DC  20005
           202.898.5800
12         Rdhindsa@hollingsworthllp.com

13         ARNOLD & PORTER
           By:  JULIE DuPONT, Attorney at Law
14         (Via Telephone)
           250 West 55th Street
15         New York, New York  10019
           212.836.8572
16         Julie.dupont@arnoldporter.com.com

17
      For the Defendants OSBORN & BARR COMMUNICATIONS, INC.,
18    and OSBORN & BARR HOLDINGS, INC.:

19         ARMSTRONG TEASDALE, LLP
           By:  SCOTT T. JANSEN, Attorney at Law
20         7700 Forsyth Boulevard, Suite 1800
           St. Louis, Missouri  63105
21         314.621.5070
           Sjansen@armstrongteasdale.com

22
                         --o0o--
23

24

25
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    3

```
 1                    I N D E X

 2    Examination by:                              Page

 3      Mr. Miller                                   5

 4      Mr. Jansen                                 132

 5                    --oOo--

 6                E X H I B I T S

 7    Plaintiffs'         Description            Page
      Exhibit No.
 8

 9    Exhibit 1    Plaintiff Jeff Hall's Notice    13
                   of Videotaped Deposition of
10                 Brad Hanson, Ph.D.; 6 pages

11    Exhibit 2    Curriculum Vitae of Bradley D.   14
                   Hanson; 6 pages
12
      Exhibit 3    Letter dated October 27, 2017;   14
13                 3 pages

14    Exhibit 4    Dr. Bradley Hanson Amended       15
                   Materials Considered List
15                 (Peterson v. Monsanto Co.); 5
                   pages
16
      Exhibit 5    Monsanto Company's Disclosure    46
17                 of Expert Testimony; 10 pages

18    Exhibit 6    Photocopies of photographs; 20   57
                   pages
19
      Exhibit 7    Flash drive video               76
20
      Exhibit 8    Glyphosate Issue Paper:         92
21                 Evaluation of Carcinogenic
                   Potential, EPA's Office of
22                 Pesticide Programs, September
                   12, 2016; 5 pages
23
      Exhibit 9    Excel spreadsheet; 2 pages       95
24

25    ///
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    4

1    Exhibit 10    Article entitled Seeking a World       99
                   Without Roundup; 11 pages
2
     Exhibit 11    Articled entitled Long-Term           103
3                  Trends in the Intensity and
                   Relative Toxicity of Herbicide
4                  Use; 7 pages

5    Exhibit 12    PowerPoint photographs; 22 pages      106

6    Exhibit 13    Article entitled Grapegrowers         122
                   Face Herbicide-Resistant Weeds;
7                  5 pages

8    Exhibit 14    Article entitled Glyphosate           129
                   perturbs the gut microbiota of
9                  honey bees; 6 pages

10   Exhibit 15    Letter dated October 19, 2015; 2      130
                   pages
11

12                          --oOo--

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    5

1            BE IT REMEMBERED, that on Tuesday, the 2nd day

2    of October, 2018, commencing at the hour of 9:00 a.m.

3    thereof, at the offices of L.J. Hart and Associates,

4    1900 Point West Way, Suite 277, Sacramento, California,

5    before me, Kendra L. Gillie, a Certified Shorthand

6    Reporter, in and for the County of Sacramento, State of

7    California, there personally appeared

8                      BRADLEY HANSON, Ph.D,

9    Witness herein, called, as a witness, by the Plaintiffs,

10   who, being by me first duly sworn, was thereupon

11   examined and interrogated as hereinafter set forth.

12                        EXAMINATION

13   By:  PETER A. MILLER, Attorney at Law, counsel on behalf

14   of the Plaintiffs:

15   Q        Doctor, please state your full name for the

16   record.

17   A        My name is Bradley David Hanson.

18   Q        And can I call you Brad or do you prefer --

19   A        Brad.  Please call me Brad.

20   Q        Have you ever been deposed before?

21   A        I've been deposed three times, I believe.

22   Q        If we could I guess discuss those if you don't

23   mind.  We'll take them one at a time.

24   A        Sure.  So I've been deposed three times.  In

25   each case, it was for a herbicide crop injury claim.  In

1    the first instance there was -- let me see.  Oh.  I

2    don't remember which order they came in.

3             In one instance, it was related to a rice

4    herbicide drift on pistachio trees.  In another

5    instance, it was related to an almond crop injury claim.

6    I was subpoenaed in that case and deposed as a -- as a

7    witness.  And, actually, I think I've only been deposed

8    twice.

9             And I -- I also participated in an arbitration

10   once on another herbicide crop injury claim related to

11   almond herbicide injury.

12   Q        Okay.  And before we talk about each one of

13   those individually, just a couple quick rules.  And that

14   is, if I ask a question, I'm going to assume you

15   understand the question and are answering it honestly.

16            Is that fair?

17   A        Yes.

18   Q        Very important that we don't talk over each

19   other.  I tend to speak fast and occasionally have a

20   stutter, but I will get the question out at some point

21   in time.  So we shouldn't talk over each other.

22            Is that fair?

23   A        Yes.

24   Q        Okay.  Great.  And with that, when you say

25   deposed three times, at least twice anyway and the third

1  one was an arbitration, a rice herbicide, is the rice

2  the crop or is the rice the weed?

3  A        Just by background, my job is a cooperative

4  extension weed plant specialist for the University of

5  California.  I answer a lot of questions about herbicide

6  performance, and occasionally I get questions about crop

7  injury.

8          In that rice case -- I'm a statewide

9  specialist for weed control in orchards and vineyards in

10  California.  And so I was requested to provide

11  information on behalf of the tree crop grower who was

12  drifted upon by herbicide supplied to an adjacent rice

13  field.  So the herbicide was intended for the rice

14  drifted onto the tree crop and caused injury.

15  Q        Okay.  And what herbicide was that?

16  A        It was an active ingredient called propanil,

17  trade name would be Stam, S-t-a-m.

18  Q        And I'm sorry.  You said you're the

19  statewide --

20  A        I'm an extension specialist and my expertise

21  is weed control.  And my responsibility is orchard and

22  vineyard crops in California.

23  Q        Okay.  And then the second one had to do with

24  almond trees.  Was that also a herbicide drift?

25  A        Yes, it was.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    8

1    Q        And what was it drifting from?

2    A        That was an aerial application of an herbicide

3    called dicamba, or clarity, that was applied to -- I

4    believe to sudangrass hay, and it drifted onto an

5    adjacent almond orchard.  And, again, I was called by

6    the almond farmer and consultants.

7    Q        And before we discuss the arbitration case,

8    either one of those cases, the first two, did you

9    testify in court?

10   A        No.  I've never testified in court.

11   Q        Did you write an expert report for either one

12   of those two cases?

13   A        No.  I did not provide an expert report for

14   either of those.

15   Q        Okay.  Now -- and were both of those in the

16   State of California?

17   A        Yes, they were.

18   Q        With the Stam drifting from the rice to the

19   trees, that first case you discussed, are you

20   familiar -- do you know the outcome?

21   A        I don't know the details of the outcome.

22   There was a settlement of some sort.  And the grower was

23   not fully satisfied, and the defendant was not fully

24   satisfied.  So I assume that was right in the middle.

25   Q        Sounds like a good case.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    9

```
1              How was the herbicide sprayed on the rice
2    field in the first case?
3    A         That one, and most of the herbicide
4    applications in rice in California, are applied by air.
5    Q         Crop duster?
6    A         Yes.
7    Q         Was the second case on the sudangrass, was it
8    also a crop duster?
9    A         Yes.  It was also an aerial application.
10   Q         And was the second one also an outcome where
11   both parties were perhaps not happy but --
12   A         Again, I don't -- I don't know the details of
13   this, but there was a settlement.  And a large portion
14   of that almond orchard was replanted.  But I don't know
15   the details of the dollar figure.
16   Q         And then describe to me if you will the third
17   case that was the arbitration.
18   A         The arbitration was actually related to that
19   dicamba almond issue.  I misspoke.  I was not actually
20   deposed on almond dicamba issue.  I provided information
21   to the grower that was used.  I answered questions to
22   the grower about what one might expect and I made a
23   field visit there.  And then I was asked to be present
24   at the arbitration.
25              The other time I was deposed -- so I was not
```

1  deposed in almond dicamba case, but I did go to an

2  arbitration and provide information to the judge.

3  Q       Is it accurate to say, then, what I'm calling

4  case two and case three are actually the same case, is

5  only two cases?

6  A       No.  There's one more.

7  Q       Okay.  Let's talk about the other.

8  A       The other time I was deposed was also an

9  almond issue, an orchard issue alleged to be an

10 herbicide.

11         I was subpoenaed by the California Department

12 of Transportation because they were the defendant in

13 that regard.  And I was deposed there based on a couple

14 of phone conversations I had with the crop investigator

15 where I -- without having seen the site, any photos or

16 any data suggested that what she was describing was not

17 likely due to a herbicide applied by Caltrans.  And

18 Caltrans apparently liked that, so they subpoenaed me so

19 I said that on the record.

20 Q       Okay.  Do you recall the attorney that was

21 representing the tree grower in the Stam case?

22 A       It was an attorney from Woodland, California.

23 Jim Nolan was the attorney's name.

24 Q       N-o-l-a --

25 A       N-o-l-a-n.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                11

```
1    Q        Oh, a-n.  Nolan.

2    A        Yeah.  N as in Nancy.

3    Q        Nolan.  I'm sorry.  Woodland, California.

4             Do you recall the attorney in the sudangrass

5    case?

6    A        I don't.  I'm sorry.

7    Q        That's fine.  Do you recall who you worked

8    with at the California Department of Transportation in

9    the third case?

10   A        I'm sorry.  I'd have to look at my records to

11   look at the attorney.  I'd have to find the attorney's

12   name.

13   Q        Is it fair to say this is the first case in

14   which you've been involved in which glyphosate was the

15   product?

16   A        Yes.

17            MR. DHINDSA:  May we go off the record for a

18   moment, please?

19            MR. MILLER:  Certainly.

20            (Whereupon a recess was taken.)

21            MR. MILLER:  Julie, sorry we got you on late.

22   We basically went through the fact that Brad, Dr.

23   Hanson, has been deposed twice and involved in

24   arbitration in the past.  I'm sure you'll be able to

25   read that in some point in time and catch up with us.
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                     12

1          We're going to go ahead and go around the room

2    and introduce all the attorneys that are here just to

3    make the record a little more complete.

4          And with that, I'm Pete Miller with Miller

5    DellaFera with Plaintiff.

6          MR. DHINDSA:  Ranjit Singh Dhindsa along with

7    Elyse Shimada on behalf of Monsanto.

8          MR. JANSEN:  Scott Jansen of Armstrong

9    Teasdale for the Osborn and Barr defendants.

10         MR. MILLER:  And I'm sorry.

11         MR. DHINDSA:  Elyse Shimada.

12         MR. MILLER:  Oh, okay.  I didn't pick up on

13   that.

14         MR. DHINDSA:  And my colleague on the phone is

15   Julie DuPont with Arnold and Porter in New York on

16   behalf of Monsanto.

17         MR. MILLER:  Okay.  With that, we'll get back

18   to work.

19         MR. DHINDSA:  Thank you.

20         MR. MILLER Q:  And the last question, Brad, I

21   was asking was is this the first case that you were

22   involved in with glyphosate?

23   A       This is the first time I've been deposed with

24   anything related to glyphosate.

25   Q       Is this the only glyphosate case that you're

1   involved in -- have you been -- strike that.

2            Have you been contacted to be involved in any

3   other glyphosate case other than Mr. Hall's?

4            MR. JANSEN:  Objection.

5            THE WITNESS:  I was retained previously by Mr.

6   Dhindsa's firm and provided some background information

7   about glyphosate and use, but it wasn't related to a

8   specific case.

9            MR. MILLER Q:  And you can't tell me what you

10  discussed with Counsel, but if you could tell me what

11  was the -- what was the motivation behind that

12  information pass if you will.

13           MR. DHINDSA:  Objection.  He can't answer

14  that.  That's going to implicate conversations with

15  Counsel.

16           MR. MILLER:  That's fine.  If Counsel is

17  involved, I don't want to know the answer -- or I can't

18  have the answer.  I would love to know the answer.

19           With that, I'm going to mark Exhibit 1, a

20  notice of deposition.

21           (Whereupon Plaintiffs' Exhibit 1

22           was marked for identification.)

23           MR. MILLER Q:  Have you seen that document

24  before?

25  A        Yes, I have.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    14

```
 1    Q        And how long ago did you receive that
 2    document?
 3    A        I think it was just a couple of days ago.  It
 4    was on Friday evening.
 5             MR. DHINDSA:  Do you have another copy, Mr.
 6    Miller?
 7             MR. MILLER:  I do.  I'm sorry.
 8             MR. DHINDSA:  Thank you.
 9             MR. MILLER Q:  And if you look at page 3 of
10    the document, it's document request.  And there's a
11    number of requests.  You can take the time to review
12    those if you'd like.
13             Do you recall going over that?
14    A        Yes, I do.
15    Q        And did you produce documents in response to
16    that?
17    A        Yes, I did.
18             MR. MILLER:  I'm going to mark as Exhibit 2
19    and 3.
20             (Whereupon Plaintiffs' Exhibits
21             2-3 were marked for
22             identification.)
23             MR. MILLER Q:  I'll represent to you there's a
24    number of photos and video that we're going to go over
25    at some point in time today.  But along with those
```

1    photos and the video, I received last night Exhibit 2

2    and 3.

3              Two appears to be your CV; is that correct?

4    A         Yes; that's correct.

5    Q         And Exhibit 3 is the letter in which you were

6    retained by Monsanto; is that correct?

7    A         Yes; that's correct.

8    Q         And attached to that is an invoice for your

9    services; is that correct?

10   A         Yes, it is.

11   Q         All right.  Other than the photos, the video,

12   Exhibit 2 and Exhibit 3, did you have any other

13   documents in response to the notice of deposition?

14   A         There was a materials reliance list, I

15   believe, that should have been provided.

16             MR. MILLER:  I believe I've seen a copy of

17   that earlier.  I'll mark as Exhibit 4.

18             (Whereupon Plaintiffs' Exhibit 4

19             was marked for identification.)

20             THE WITNESS:  I think that's -- I think that

21   is all.

22             MR. MILLER Q:  And I'm going to hand you

23   Exhibit 4.

24             Is that the Materials Considered List you're

25   discussing?

1    A          Yes, it is.

2    Q          Let's start with Exhibit No. 2 in your CV.  If

3    you would give me some background on your education and

4    training, Brad, I'd appreciate it.

5    A          Sure.  So as I said earlier, my current role

6    with the University of California, Davis, is as a

7    cooperative extension weed science specialist.  That's

8    essentially a faculty title, but I don't have a

9    classroom teaching appointment.  I do research and

10   extension, extension meaning I basically provide

11   information to farmers.  So I talk to farmers and

12   stakeholders rather than to undergraduate students in a

13   classroom setting.

14          My background, I am from a farm in Iowa, and

15   so I've been working in agriculture since I could walk.

16   My dad is still a farmer in Iowa.

17          My training, my formal training, I have a

18   bachelor's degree from Iowa State University.  I was a

19   general ag major there.  The major was called

20   agricultural studies.  I was going to go back and be a

21   farmer in Iowa.  I also earned a minor in agronomy at

22   Iowa State University as an undergrad.

23          From there, I went to the University of Idaho

24   where I pursued a master's degree in plant science,

25   studying weed science.  So in that project in that

1   two-year period, I worked on herbicide performance and

2   herbicide carryover and crop injury in the weeds and

3   legume cropping system up at the pacific northwest,

4   Idaho and Washington.

5          My education continued -- after a short break,

6   my education continued.  And I went back to the

7   University of Idaho where I earned a Ph.D. also in plant

8   science.

9          In that research, I worked on gene transfer

10  from wheat to other wheat classes and from wheat to a

11  related weed species called sorghum go grass.  So it was

12  basically a risk assessment of gene flow.

13         While I was there, I also continued to do

14  herbicide efficacy, to a lesser extent crop safety work.

15  But we worked with farmers.  And my major professor at

16  the University of Idaho worked with farmers.  So we had

17  very much herbicide-based research and extension program

18  very similar to the one I have at UC Davis.

19  Q      Thank you for that.

20  A      I'd add one more piece there.

21  Q      Certainly.

22  A      My -- another sort of crossing the line

23  between education and jobs, I was a postdoctoral

24  researcher at Colorado State University after my Ph.D.

25  So I wasn't faculty there.  I was a postdoc.

1          And in that role, I did herbicide discovery.

2    I started doing a herbicide discovery within a proposed

3    natural products herbicide.  I later shifted into

4    working on crop injury and then herbicide-resistant

5    wheat.

6    Q        I'm going to ask about that a little bit.

7             To start out with, you said you currently

8    don't have any students or you don't teach?

9    A        I don't have a classroom appointment.  I have

10   graduate students.  I currently have three graduate

11   students and a postdoctoral researcher who work in my

12   program.  I'm sorry.  Two postdocs.

13   Q        Oh, that's fine.

14            Your graduate students, it's not a classroom

15   setting, it's out in the field?

16   A        Well, it's -- I'm their research mentor.  So

17   their thesis or dissertation research is done as a part

18   of my program.  And they take classes otherwise, but I

19   don't teach them classes.  I'm their research mentor.

20   Q        How long have you been a research mentor for

21   graduate students?

22   A        I've been at UC Davis for nine years, and I've

23   had graduate students that whole time.

24            I also was the mentor for one student in my

25   previous job.  That student was affiliated with Fresno

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    19

1    State University.  And I worked for the U.S. Department

2    of Agriculture.  So I was the research mentor, although

3    not the major professor there.  And that would have been

4    two years more than that.  So 11 or 12 years, I've had

5    graduate students.

6    Q        If you recall, do any of the graduate students

7    that you have been a research mentor for, have their

8    thesis been involved with glyphosate specifically?

9    A        Yes.

10   Q        Have any of them been involved with glyphosate

11   and medical safety?

12   A        No, they have not.

13   Q        And when you say crop safety when you were

14   describing some of your duties or your training -- and

15   correct me if I'm stating that wrong -- have you ever

16   had any training in crop safety regarding medical

17   conditions that can develop because of use of

18   herbicides?

19   A        No.  When I say crop safety, from my

20   perspective, I'm talking about injury to the crop from

21   herbicides or from other causes, not anything that would

22   be carried forward from a crop to a consumer.  I'm

23   talking about crop injury.

24   Q        Are you aware that this case is about an

25   individual who developed non-Hodgkin's lymphoma and the

1   plaintiff's theory is that it was caused by the use of

2   Roundup?

3   A        Yes.  I'm aware of that.

4   Q        And am I accurate in saying that you're not

5   here to opine in any way about the safety of glyphosate

6   and/or Roundup with the potential for developing cancer?

7   A        No.  I don't have any expertise in cancer.

8   Q        And you're not an epidemiologist?

9   A        No, I'm not.

10  Q        You're not an oncologist?

11  A        No.

12  Q        You said you worked in -- or part of your

13  training was herbicide discovery.

14           What is that?

15  A        So in that particular -- herbicide discovery

16  basically means identifying or characterizing new

17  molecules that could have herbicidal activity.

18           In that project I mentioned at Colorado State

19  University, that was a product that was a natural

20  product from an invasive weed that was purported to have

21  herbicidal activity.  And I was hired to test that

22  theory and to determine, you know, what it worked on and

23  what it didn't work on.  The idea was they were trying

24  to discover and develop an organic herbicide.

25  Q        Was Monsanto involved in that?

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    21

```
1    A        No.

2    Q        You did a study on gene transfer and gene

3    flow?

4    A        Yes.

5    Q        And would you explain to me what gene transfer

6    and gene flow are?

7    A        So those two terms are basically analogous,

8    but the idea being traits could move from one plant

9    sexually to another plant.  I was working in the wheat

10   cropping systems of the northwest, and the underlying

11   hypothesis was related to herbicide-resistant wheat.

12            There are currently no -- there still are no

13   GMO wheats, although there are herbicide-resistant

14   wheats grown.  And the question was basically trying to

15   understand could traits move from a GMO wheat to a

16   non-GMO wheat via pollen movement.

17            Wheat is mostly a self-pollinating species,

18   although it has a small amount of cross-pollination.

19   And so that study was basically looking at the degree of

20   self -- of cross-pollination, looking at the idea of

21   being gene escape.

22   Q        Okay.  And correct me if I'm wrong, but I hear

23   you saying there that there currently is no GMO wheat?

24   A        That's correct.

25   Q        And to the extent that you know, why is that?
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    22

```
1    A          May I -- I might correct that.

2    Q          Sure.

3    A          I may give you a caveat there.  There are no

4    GMO herbicide-tolerant wheat.  I don't know for sure if

5    there are any other GMO traits in the wheat market.  I'm

6    coming from the perspective of a weed scientist, a

7    herbicide researcher.

8    Q          I understand.  And to the extent that you

9    know, why is there today no herbicide tolerant GMO

10   wheat?

11   A          There are a number of traits that have been

12   developed, but they haven't been launched, primarily

13   because a number of our export markets are not accepting

14   of GM wheat.

15              And when I was in Idaho and Washington,

16   that -- the wheat from the pacific northwest is mostly

17   an export market.  So they were not interested in

18   developing something that nobody would buy.

19   Q          I understand.  And I appreciate the background

20   on your education.

21              Now I want to talk about what your typical

22   routine from a work perspective is now.  Let's say in

23   the last month, what's going on in Dr. Hanson's world?

24   A          So as I mentioned earlier, my role at UC Davis

25   is as a cooperative extension weed science specialist.
```

1    That basically means I have a research program, and I

2    share information with stakeholder groups.  That could

3    be farmers, agricultural consultants, regulators.

4              I essentially give a lot of presentations and

5    provide information to audiences ranging from the

6    layperson to, you know, other scientists.

7              On a day-to-day basis, I interact with my

8    graduate students who are -- who are conducting -- who

9    actually do science.  Those projects include things like

10   herbicide fate in the soil environment, one of my Ph.D.

11   students works on.

12             One -- a new master's student is working on

13   herbicide performance on an emerging grass species in

14   California orchard crops.

15             Another Ph.D. student works on cover crops as

16   part of a soil health orchard sustainability large

17   project.  And we're doing a weed science component of

18   that.

19             Two postdocs, one is a student who just

20   finished and is kind of winding down his work on

21   herbicide-resistant weeds, physiology and mechanisms of

22   resistance.  And that's what he worked on for his

23   dissertation project, glyphosate resistance, paraquat

24   resistance.

25             A lot of my -- my research has been related to

```
 1   herbicide resistance as nonperformance in agricultural

 2   situations causing nonperformance.

 3            And then the last member of my team is a

 4   geneticist who is working, again, mostly on glyphosate

 5   resistant weeds looking at the molecular and genetic

 6   causes of that.

 7            And then I have two staff members that I

 8   direct that are supporting all that other research that

 9   the students and the postdocs are doing.  And then also

10   they run a pesticide screening or pesticide registration

11   support program that's funded by the U.S. Department of

12   Agriculture called IR-4, basically is we provide field

13   samples to the analytical lab to determine that there

14   are what -- to determine what the pesticide residues are

15   in the food crops, specialty crops.  This is the minor

16   crops and specialty crops focused program, so lots of

17   vegetables and fruits and those sorts of crops.

18            So that's my research program.

19   Q        Right.

20   A        I also then end up talking a lot over the

21   course of the year and giving presentations to farmers

22   and grower groups.  That's usually a little bit slow

23   during the summer and fall and starts picking up about

24   now.  So between now and March, I'll probably give one

25   or two presentations almost every week to mostly orchard
```

1    growers but not solely.  So could be farmers throughout

2    the state.

3    Q        And what is the main topic of your

4    presentation?

5    A        Generally I talk about weed control options.

6    And as a herbicide researcher, a lot of what I do for

7    the growers is evaluate new herbicides or herbicide

8    combinations or mixtures and provide information on how

9    to control this weed, "I have this weed in my orchard,"

10   you know, "How can I control it economically?"  So I'll

11   provide data on how some herbicide works or doesn't work

12   in a particular scenario.

13            I also do some research related to crop safety

14   and crop injury complaints.  And so I'll answer

15   questions for growers about that.  So a lot of what we

16   do is helping identify weeds, identify weed control

17   solutions, and particularly with a particular focus on

18   chemical solutions because that's the area that I mostly

19   conduct research in.

20   Q        When you say crop injury, you're talking

21   specific to the plant, not to the person who is working

22   in the crop?

23   A        Right; harm to the crop plant.

24   Q        I understand.  Presentations, do you travel

25   for any of those?

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    26

1    A        Yes.

2    Q        Who funds that?

3    A        The funding for my extension travel is --

4    comes from several sources.  Partially it would come

5    from grants and support from the Commodity Commission

6    such as the California Almond Board, the Walnut Board of

7    California, the grower itself, assessed grower funded.

8    They fund research and extension.

9             A lot of it would be funded by what we call

10   various donors, gift funds or funds that come from other

11   sources such as the pesticide manufacturers.  Those are

12   funds that are provided to support the program and don't

13   have expectations of specific deliverables.  So I can

14   use those funds to support my travel, pay graduate

15   students, put gas in my truck and buy computers, that

16   sort of thing.

17   Q        Understand.  And when you say pesticide

18   manufacturers, would Monsanto be one of those pesticide

19   manufacturers that gives you grants for the

20   presentations?

21   A        So they're not grants.  They're called gifts

22   in the university parlance, mostly because a grant has

23   an expectation of a deliverable and has a much higher

24   degree of overhead to the university than a gift.  So we

25   like those sort of funds that are to come in that way to

1  be called gifts.  Because instead of a 50 percent

2  overhead, I think we have a 6 percent overhead tax to

3  the system.

4          But yeah.  Monsanto has provided a small

5  amount of funding in the past, over the past nine years

6  or so.  But they're not a major supporter of my program.

7  Q        Who would be -- I'm sorry.

8          Who would be the major supporters of your

9  program?

10  A        So my area of responsibility is tree and vine

11  crops.  So right now, the companies that have probably

12  the biggest market share of tree and vine herbicides --

13  well, Dow, DuPont and Corteva, that combination of

14  companies.  You know, Dow and DuPont recently merged and

15  have become or are becoming Corteva.  So over the past

16  years, those two companies now merged into one have been

17  major supporters.

18          Bayer Crop Science.  Bayer Crop Science has a

19  major herbicide in the tree market.  So they've been

20  interested in what I have to say about orchard herbicide

21  performance.

22          Syngenta is another company that has some

23  important herbicide products in the crops that I work

24  in.

25          And then there are several other sort of

1    smaller or maybe not primary manufacturers but

2    licensees, Nufarm America, SePRO, a number of those

3    manufacturers or registrants of herbicides.

4    Q        And you're aware that Bayer has currently

5    purchased Monsanto?

6    A        I'm aware of that.

7    Q        Is it fair that if going forward if I say

8    Monsanto that we're going to -- it also applies to Bayer

9    currently?  I don't want to ask -- I don't want to ask

10   you a question for Monsanto and then the answer be,

11   "Well, wait a minute.  It's Bayer now."  So --

12   A        I'm aware of that merger.  That hasn't really

13   impacted those of us out in the field at this point.  So

14   in my -- I recognize that that's a fact as a business

15   fact.  But it hasn't really been my -- my practice to

16   this point to be -- the field-based folks, the technical

17   service and research people, they haven't fully blended.

18   Q        I believe you indicated you had a graduate

19   student working on a thesis that had to do with

20   molecular causes of nonperformance with glyphosate.

21            Did I say that right?

22   A        Yes.

23   Q        Which student is that?

24   A        Well, he just graduated, so he's a very

25   short-term postdoc at this point.  He finished up in

```
 1    June.  Kyle Brunharo.  B-r-u-n-h-a-r-o is his last name.
 2             He was actually focused on a weed species
 3    called annual ryegrass or Italian ryegrass.  And there's
 4    really widespread glyphosate-resistant ryegrass in
 5    California.  So that wasn't really the interesting part
 6    of it.  Because we found some populations that in
 7    addition to being resistant to glyphosate are also
 8    resistant to paraquat, another post-emergent herbicide.
 9    And he was largely studying the paraquat resistance part
10    of that.
11    Q        And post-emergent means you spray it after the
12    plant has started to grow?
13    A        Yes.  You apply the herbicide to the green
14    foliage of emerged plants.
15    Q        I'll ask a few follow-up questions on IR-4.
16             Whose program is that?
17    A        So the IR-4 program is a U.S. Department of
18    Agriculture funded program under the National Institute
19    of Food and Agriculture.  I think it's a line item
20    supported program from congress.
21             And essentially what -- its goal is to help
22    develop -- to add crops to pesticide labels, minor used
23    crops.  The driver for that is for a company like
24    Monsanto or a major manufacturer, there's a definite
25    business reason why you would register something on
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                30

1    corn, because there's 90 million acres of potential

2    markets of corn.  There's not nearly the same kind of

3    business reason to do all of that regulatory work to

4    register 5,000 acres of chicory.

5                So what we do -- so that IR-4 program

6    essentially supports the residue research.  We called it

7    magnitude of residue trials.  So when you're registering

8    that corn herbicide on chicory or lima beans, you know,

9    we already know what weeds it controls and what its

10   toxicological profile is and all of the tox data that

11   goes in the U.S. EPA data packs.

12               What they don't have is the information

13   related to pesticide residue on those lima beans or

14   chicory.  So they have to clear the regulatory hurdle of

15   showing that there's not some exceedance of allowable

16   tolerance on the food product.

17               So just basically what my people do, what my

18   team does, is we use a protocol provided by the IR-4

19   program and apply the pesticide.  And in this particular

20   case, I work not only with herbicides but also

21   insecticides and fungicides.

22               So we would apply the pesticide according to

23   the proposed label use directions, sort of at the

24   shortest pre-harvest interval, the PHI.  And then we

25   harvest the fruit or nuts or whatever it is and ship

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    31

1    that on ice to a lab who then does the analytical

2    analyses to determine how many parts per billion or

3    whatever of the herbicide are in in that harvested

4    commodity.

5    Q          Have you applied that IR-4 protocol to Roundup

6    and/or glyphosate?

7    A          We have done I believe a handful of

8    registration support projects with glyphosate.  Not very

9    many, because it's already pretty widely registered,

10   especially as a pre-plant application prior to the crops

11   being planted or transplanted.  I would guess we've done

12   one or two, but I couldn't speak to that specifically.

13              Mostly glyphosate, though, and the crops and

14   the fruits and vegetable that I would work in would be

15   applied prior to planting those crops.  Because there

16   was not crop safety or tolerance engineered in.

17   Q          If I could take your attention to Exhibit 2,

18   the CV.  And at the very bottom of page 1, page 1 of 6,

19   it says Research Funding, says, "Approximately $2.5

20   million in active grant funding" and parenthetically

21   "(as PI or funded co-PI) and $251,900 in unrestricted

22   gift funds during past three years."

23              Did I read that correctly?

24   A          Yes, you did.

25   Q          And where -- if you could break down where the

1    active grant funding is from, the $2.5 million.

2    A            Sure.  So the largest -- the grant funding

3    comes from two primary sources -- well, three primary

4    sources.  One would be the USDA IR-4 program that we've

5    talked about.  I think that's usually somewhere around

6    175 or $200,000 a year into my program to support --

7    that's mostly a service project more so than a research

8    project.

9              Other grants could be competitive programs

10   like the USDA AFRI program, ag food.  And I don't

11   remember what AFRI stands for.  It's a competitive type

12   program.  We submit a large proposal.

13             In recent years, some of those projects have

14   been related to herbicides and herbicide resistance.

15   Also, quite a number of those have been related to soil

16   fumigation, which was research responsibility that I had

17   in a previous position.  I continued to keep my one foot

18   in soil fumigation research.  So we've had relatively

19   large projects related to soil fumigation, the

20   alternative there being alternatives to methobromide.

21             Methobromide is an important soil fumigant

22   that is being phased out under the Montreal Protocol,

23   because it's a stratospheric ozone depleter.  So I've

24   been part of a team that's done quite a lot of work on

25   examining the efficacies to alternatives to

1    methobromide.  So there's been a competitive grant funds

2    for that kind of research.

3            Another leg of that support stool would be the

4    commodity commissions that I mentioned earlier, some

5    examples being California Almond Board -- sorry -- the

6    Almond Board of California, California Walnut Board, the

7    California Tomato Research Institute.  The Pistachio

8    Board has funded the work.  So the commodity type grower

9    group, the self-assessment research sources.

10           The California -- California Department of

11   Food and Agriculture Specialty Crop Research Initiative

12   has been pretty well-supportive of our program in the

13   last few years, the function very much like the federal

14   competitive grants programs.

15   Q        And it says parenthetically "(as PI or funded

16   co-PI."  What is PI?

17   A        Principal investigator.  So I'm either the top

18   person on those grants or one of the co-leaders of the

19   program and get funding.

20           I mentioned the methobromide soil fumigation

21   work.  I have a really good research relationship with

22   one of my former colleagues U.S. Department of

23   Agriculture, Dr. Suduan Gao.  Sometimes she's the PI and

24   I'm a co-PI.  Sometimes I'm a PI and she's the co-PI on

25   those fumigation projects.  But we're basically

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                     34

1    co-leading that research, her in the area of atmospheric

2    emissions and soil gas movement and me in the area of

3    biology and fumigant efficacy and the crop production

4    aspects.

5    Q        Why does soil have to be fumigated?

6    A        Soil fumigation is really driven by plant

7    diseases and plant parasitic nematodes and to -- in

8    California to a lesser degree for weed control.

9            Some of the crops, really high-value crops,

10   are really sensitive.  They haven't had the same level

11   of crop disease tolerance development.  Something like

12   strawberries, for example, is an incredibly high-volumed

13   crop that has some really devastating diseases.  And so

14   they can -- they need to do something to manage those

15   soil-borne disease, and there would be tremendous crop

16   losses if there were not.

17           And the crops I work with in tree crops,

18   there's less disease issues but more problems related to

19   to plant parasitic nematodes that are root pests, root

20   feeders.  And so a lot of orchards are fumigated prior

21   to replant -- planting or replanting to reduce the

22   number -- the populations of plant parasitic

23   root-feeding nematodes.  Because basically get the

24   orchard off to a good start.  If they start with poor

25   roots, they're never going to develop into a productive

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                35

1    orchard that might last for 30 or 40 years.

2    Q        The $251,900 in unrestricted gift funds during

3    the past three years, can you break down the source of

4    that 250,000?

5    A        So those are the sort of funds that would

6    primarily come from the crop protection industry, the

7    pesticide manufacturers.  That's the bare crop sciences,

8    the Syngentas, DowDuPonts, Nufarm, SePRO.  And that

9    typically would come -- they're typically relatively

10   small amounts of money that are provided as general

11   support for our research and extension program, my

12   program specifically at UC Davis more generally.

13   Q        And I didn't hear Monsanto or Bayer in that

14   list.

15            Have you received any unrestricted gifts from

16   them in the last three years?

17   A        In the last three years, I've had gifts from

18   Bayer but not Monsanto.

19   Q        And the unrestricted, does that mean that

20   there's no restriction on what you can use that money

21   for?

22   A        Yes; that's correct.  That's a little bit of

23   university language being very clearly showing that it's

24   general programatic support and not an expectation for a

25   research output, you know, a data set or a paper or

1   something like that.  It's general support for the

2   programming that we do.

3   Q        How much, if any, of that went directly to

4   you?

5   A        Zero.  None of that would come directly to me.

6   That's gifts to my program.

7   Q        So is it correct to say, then, all the

8   presentations that you give and the travel and expenses

9   involved, any gifts you got there would go to the

10  university and then the university then would cover your

11  cost?

12           MR. DHINDSA:  Objection.

13           THE WITNESS:  That's -- it's a little bit --

14  let me see.  Most of my extension travel would be funded

15  through my program likely through either the gift or

16  grant funds depending on who the audience was.

17           There are occasionally maybe once or twice a

18  year where someone will ask me to give a presentation at

19  a meeting and will cover my travel costs.  I don't

20  recall necessarily if in the last three years there's

21  been any of those.  But I have given presentations where

22  a group of consultants or somebody will pay my travel

23  costs.

24           But there's -- I don't recall ever having an

25  honorarium or anything coming specifically to me.  It

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    37

1    would be more of a covering the costs of travel, the

2    hotel room or mileage if I took a personal vehicle.

3    Q        So that I'm clear, none of that $251,900 went

4    to you, it went to the university?

5    A        Yes; that's right.  It went to the university

6    and is in an account that I control that I use to

7    support my program, vehicles, travel, computers,

8    graduate students.  So yes.  It's held by the

9    university, not by me personally in any way.

10   Q        Do you recall what year you would have

11   received your first unrestricted gift from a herbicide

12   manufacturer?

13   A        I started at UC Davis at the end of 2009.  So

14   I would imagine it would have been sometime during 2010.

15   Q        And what has been the pattern since 2010

16   taking us all the way to 2018?  Has the amount been the

17   same?  By that I mean roughly a quarter of a million

18   every three years?

19   A        In the first few years, it was probably less.

20   But I would say over the last six or eight years, that's

21   about the normal amount of programatic support that I

22   get from the crop protection industry.

23   Q        And you say you have control of those funds.

24            Does anyone else at the university besides

25   yourself have control over the $251,900 of unrestricted

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    38

1   gifts?

2   A        I'm listed as the PI on the account, so nobody

3   else is spending on those accounts or assigning charges

4   to those.

5   Q        Thank you.  Do you have any family members

6   that are in the weed science business if you will?

7   A        No, I don't.

8   Q        I notice some other Hansons on some studies.

9   I wasn't sure if it was somebody related to you or not.

10           If I could bring your attention to Exhibit No.

11  3.

12  A        Yes.

13  Q        And I'm correct in saying that this is the

14  letter in which you were retained in this case?

15  A        Yes; that's correct.

16  Q        And who has been your primary point of contact

17  on this case?

18  A        Mr. Ranjit Dhindsa sitting to my left.

19  Q        Okay.  And was -- that date look accurate,

20  October 27, 2017, the first time that they would have

21  reached out to you?

22  A        Yes; that sounds accurate.

23  Q        And if we take a look at page 3 of Exhibit 3,

24  did you prepare this document?

25  A        Yes, I did.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    39

1    Q         It ends, your time log, January of 2018,

2    finalizing a report?

3    A         Yes; that's correct.

4    Q         Other than -- since you finalized that report

5    in January of 2018, what work did you put into the case

6    after that?

7    A         I misspoke a moment ago.  This original

8    retainer letter wasn't specific to this Hall case.  This

9    was a general -- I guess I would describe it as a

10   general retainer.  And I provided information on the

11   weed science aspects of -- in a general sense I think

12   used as an internal -- internal report on how the

13   herbicide is used, how is it not used and so on.

14             With -- so that and whatever that January of

15   2018, there were -- there was quite a few months where I

16   didn't do anything further and then was asked to be an

17   expert on this, specifically on this Hall case sometime

18   this summer or probably in the spring.

19   Q         As you sit here, do you have a sense for how

20   many hours you've put into the Hall case?

21   A         Yeah.  I looked recently.  Probably about 60

22   or so, 50 or 60 hours.

23   Q         And will you bill those 60 hours at the same

24   $200 an hour rate?

25   A         At the same rate as is on this document, yes.

1    Q          Okay.  And you say that the time you spent on

2    the Hall case began in the spring?

3    A          I couldn't say exactly, but sometime middle of

4    this year, spring or summer.

5    Q          How did you prepare for today's deposition?

6    A          A lot of what I prepared for today's

7    deposition would be reviewing the Materials Considered

8    List, some of which I would have previously read either

9    in my professional capacity or, you know, in preparing

10   the internal background document that I previously

11   prepared.  So it would have been largely reviewing this

12   sort of material in my materials list.

13   Q          And don't talk about anything you discussed

14   with attorneys, but did you meet with attorneys to

15   prepare for today's deposition?

16   A          Yes.

17   Q          When was the first time you met in order to

18   prepare for the deposition?

19   A          I'd have to look at my records to be

20   completely accurate.  But I met with Mr. Dhindsa a

21   couple of times in the summer to discuss depositions in

22   general.  I mentioned earlier that I've been deposed but

23   never on this sort of case.  So it's a very different

24   type of litigation than what I've ever been involved in.

25              So yeah.  I got some information on -- I think

1  it was mostly general information related to Mr. Hall.

2  And then -- but that would have been during the summer

3  sometime, summer of 2018 the first time.

4  Q        Within the last week or two, have you met to

5  discuss today's deposition?  And, again, don't tell

6  me what you discussed.

7  A        We've met twice within the last week or two,

8  largely to go -- to help me understand the deposition

9  process and the -- sort of help me not go beyond my

10  expertise as a weed scientist.  I don't want to get out

11  in the cancer-causing potential sort of areas of this

12  case, because that's not my expertise.

13  Q        I understand.  And how long did those two

14  visits last?

15  A        Two times we met for half a day perhaps, four

16  or five hours.

17  Q        And did you travel out to Mr. Hall's home?

18  A        I did.

19  Q        And when was that?

20  A        That was in the middle of August of 2018, the

21  middle or second half of August, 17th or 20th.  I'd have

22  to look at my calendar.

23  Q        And you flew to St. Louis?

24  A        I did.

25  Q        Or drove out.  I'm sorry.

1    A         I'm sorry.  I spoke over you.  I flew to St.

2    Louis and was met by a member -- another attorney who

3    drove me on the site visit.

4    Q         What was that attorney's name?

5    A         Grant Hollingsworth.

6    Q         Did anyone else meet you out there?

7    A         Yes.  Another one of the experts on the case,

8    Dr. Lewis, who I think is a toxicologist who went on the

9    same site visit.

10   Q         Not in the company of an attorney, did you and

11   Dr. Lewis ever discuss this case?

12   A         No.

13   Q         Did you and Dr. Lewis ever have an opportunity

14   to spend time together to talk about anything outside

15   of -- without the presence of --

16   A         No.

17   Q         -- an attorney?

18   A         No, we did not.

19   Q         Was Dr. Lewis already at the Hall residence

20   when you arrived?

21   A         No.  We all were at the same hotel.  I flew in

22   late in the evening and we met at breakfast.  And then

23   we went to the Hall residence.  And by late morning, I

24   was back at the airport.

25             And I don't -- Dr. Lewis was not dropped off

1    at the airport, so he must have been on a different

2    flight.

3    Q        Okay.  So all three of you arrived at the same

4    time and departed at the same time?

5    A        We met at breakfast time.  I don't know when

6    they arrived in -- I'm sorry.  I think you said St.

7    Louis.  And this was in Peoria, Illinois.

8    Q        It was.  And so my question is, did the three

9    of you arrive at the residence of Mr. Hall at the same

10   time?

11   A        Yes.  The three of us arrived at Mr. Hall's

12   residence in the Peoria area at the same time in the

13   same vehicle.

14   Q        And you all departed Mr. Hall's at the same

15   time?

16   A        Yes.  Yes; that's correct.

17   Q        And how long were you there?

18   A        Oh.  We were at Mr. Hall's residence not very

19   long.  Half an hour.  Certainly less than an hour.

20   Q        Okay.  And if you would describe for me --

21   I'll go over the photographs here in a bit, but if you

22   would describe for me what all transpired while you were

23   there.

24   A        We went into Mr. Hall's garage and observed --

25   I observed a package of Roundup on a shelf.  We looked a

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                           44

1    little bit in his back yard, and I took a couple of

2    photos of his front yard, basically of the landscaping

3    just to get a sense of the property and the type of

4    maintenance that he did there.  But that was essentially

5    it.

6              We were -- I think we were in the garage and

7    the side yard, and I took a photo of the front of the

8    house and the front yard from the street.

9    Q        Did you speak with Mr. Hall at all?

10   A        He was there when we arrived and we exchanged

11   pleasantries, but we didn't ask any questions.

12   Q        Did you see anyone else there besides Mr.

13   Hall?

14   A        No, I did not.

15   Q        Were you aware that anyone else was there?

16   A        I don't know if there was anyone in the house

17   or not.  There was nobody outside.  He met us in the

18   garage.

19   Q        Did he point the -- you said package.

20            It was a bottle; correct?

21   A        A jug.  A jug of one of the Roundup products.

22   Q        Okay.  Did he bring you to that bottle or did

23   you find it on your own?

24   A        I don't recall the circumstance.  I suspect he

25   probably pointed it out.  It was in plain sight on a

1   shelf.

2   Q        Okay.  And we'll talk about that more in a

3   bit.

4            So when you say 60 hours on Mr. Hall, does

5   that include the travel time you spent at his place and

6   all the work that you've done since then?

7   A        Yes.  Yes, it does.  Preparing of the

8   materials list, reading, you know, Mr. Hall's deposition

9   and some other documents, traveling to Peoria and

10  visiting the site and preparing for the deposition.

11  Q        Before I leave Exhibit 3, that -- the invoice

12  for expert witness services, is it fair to say, then,

13  that the general case of glyphosate in which you worked

14  on this, did it come to an end on January 7th or are you

15  still working on that project?

16           MR. DHINDSA:  Objection.

17           THE WITNESS:  I would describe what I did

18  prior to January 7th being picked up again and serving

19  as the background for my preparation for this case.

20           MR. MILLER Q:  Okay.  Had you ever met Dr.

21  Lewis prior to meeting him at Mr. Hall's house?

22  A        No, I had not.

23           MR. MILLER:  I'm going to hand what you I'm

24  going to mark as Exhibit 5.

25           (Whereupon Plaintiffs' Exhibit 5

1          was marked for identification.)

2          MR. MILLER Q:  And this is Monsanto's

3    disclosure of expert testimony.

4          Have you seen this document before?

5    A          Yes, I have.

6    Q          And starting on page 4 are the number of

7    retained experts.  Flip through that if you would for

8    me.  And I want to know if you know anyone from the list

9    other than the fact that you've met Dr. Lewis.

10   A          No.  I don't know any of those -- any of those

11   experts other than having met Dr. Lewis one time.

12   Q          I understand.  If I could take your attention

13   to page No. 7.  And you are No. 9; correct?

14   A          Yes; that's correct.

15   Q          And the 9 says, "Dr. Hanson is designated in

16   the areas of weed science, application of

17   glyphosate-based herbicides, environmental and other

18   impacts (including but not limited to drift) of various

19   weed control measures, and benefits offered by

20   glyphosate-based herbicides."

21          Did I read that sentence correct?

22   A          Yes, you did.

23   Q          Now, we know what areas you're designated in.

24   I would like to draw out what your opinions are in this

25   case.

```
1    A        So in a general sense, I believe what I can
2    provide to this case is background information on weed
3    control tools and weed control processes.
4             But I'll start -- just to start with Mr. Hall
5    specifically, primarily based on my visit to his home
6    and we also drove past several addresses that he had
7    provided to Counsel that he had provided yard
8    maintenance service on, although we didn't enter any of
9    those properties, they were drive-bys.  But based on
10   that site visit to Peoria and my review of the
11   deposition material, I didn't see anything particularly
12   unusual about Mr. Hall's use of the Roundup brand of
13   herbicides.  He essentially used a pump-up backpack
14   sprayer available at any hardware store to apply
15   herbicides, glyphosate herbicides, to manage weeds on
16   perimeters and sidewalks and around foundations.
17            So basically what I was looking for in that
18   material was if he had some unusual amount of use of the
19   product or an unusual application technique or anything
20   that sort of struck me as out of the norm.  And I would
21   say I didn't see anything there that doesn't look like
22   the practices being used by probably millions of
23   homeowners and landscapers every day.
24            The one thing I would note in his -- I think
25   in either his -- Mr. Hall's deposition or in Dr.
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                            48

1    Sawyer's notes, there was some indication that he had

2    used what I would describe as poor chemical hygiene

3    practices in terms of putting his mouth on sprayer parts

4    to unclog things, perhaps being -- not being as careful

5    with a pesticide as I would recommend for someone who

6    used it professionally.  Mostly related to gloves, not

7    using chemical-resistant gloves.  But the mouth, the

8    blowing through nozzles I would describe as poor

9    chemical hygiene.  But otherwise, I didn't see anything

10   unusual about his use and application.  And that's all I

11   have specifically about Mr. Hall's case.

12          In a more general sense, that sort of opinions

13   that I could bring to this litigation is really about

14   the herbicide and how it's used.  And I -- as a weed

15   scientist, weed control is a really, really important

16   component of agricultural productivity, of environmental

17   protection related to invasive weeds and, you know,

18   preserving natural resources like waterways and that

19   sort of natural resource.

20          Weed control in general is really important.

21   And I'll come back to the agricultural productivity,

22   because weeds can be one of the largest problems related

23   to food production and food productivity in all of

24   agriculture, particularly in industrialized countries

25   like the United States.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                   49

1          Weed control tools are really an important
2     part of this.  And I think herbicides in general are
3     tremendously valuable tools to manage weeds in crops, in
4     industrial areas, in residential areas and landscapes,
5     in water courses.
6          There are a number of -- I think one of the
7     things that I can provide is related to an understanding
8     of how herbicides are used, particularly what a
9     pre-emergent herbicide is versus a post-emergent
10    herbicide, how herbicides have contributed to reduction
11    in tillage and mechanical weed control, which has had
12    real benefits in terms of reduced soil erosion in places
13    like the midwest where Mr. Hall resides.  Also soil
14    erosion from water and wind.  If we're not able to -- if
15    we were unable to use effective herbicides, we would
16    undoubtedly use more mechanical tillage weed control.
17         Herbicides are also really important in a lot
18    of our specialty crops because of the tillage that I
19    mentioned a moment ago, but also hand labor, real
20    backbreaking sort of work to pull weeds out of fields.
21    And when we can use effective, efficient herbicides, we
22    can reduce or eliminate that amount of hand labor
23    both -- which is a problem, a lot of political problems
24    around immigrant labor, but also just difficult work
25    conditions.  So herbicides are an important part of

1    that.

2            Glyphosate specifically is a really important

3    part of our weed control toolbox, tools at our disposal.

4    And that's, of course, particularly important in the

5    glyphosate tolerant or Roundup-ready crops that have

6    been engineered to be tolerant of what we would have

7    formerly described as an indiscriminate herbicide.  So

8    it's hugely important in corn and soybean and cotton and

9    sugar beet and alfalfa and this Roundup-ready crops of

10   ours.

11           It's also really, really important in

12   specialty crops, like the fruits and vegetable crops

13   that I work in.  Because it's either applied in such a

14   way where it can be used safely or it's applied -- and

15   that would be in orchards and vineyards where it's

16   applied below the crop canopy with specialized equipment

17   or it can be applied prior to planting or transplanting

18   vegetable crops to control weeds that are emerged.

19           Glyphosate is a fairly unique herbicide.  It

20   has some really important attributes, and some of those

21   are very unique in terms of post-emergent herbicides.

22   One of its greatest attributes that I would describe is

23   that it's a very broad spectrum herbicide.  It controls

24   grasses, controls broad leaf weeds, controls some really

25   difficult sedge type weeds.

1            It can be used in -- there are formulations of

2      glyphosate that can be used in aquatic situations,

3      control weeds in lakes and canals and water courses,

4      ponds.  There are formulations available to the

5      homeowner and the residential market as ready-to-spray

6      applications, or, you know, materials that need to be

7      diluted.

8            It could be used to control woody plants.

9      That's a really important attribute, to control

10     brush-like invasive weed, such as Himalayan blackberry.

11     I used it recently to control poison oak at my home.  So

12     I was able to use that herbicide applying it in a way to

13     very specifically control that difficult, you know,

14     obnoxious weed.

15            It's generally considered by the weed

16     science -- glyphosate is generally considered by the

17     weed science community to be a very safe herbicide,

18     primarily based on acute toxicity, which it's a very low

19     acute toxicity.  So humans don't have the same target

20     site that plants do, the EPSP target enzyme, so that it

21     doesn't have a direct affect on our physiology in the

22     same way that it does a plant, the plant's physiology.

23     So I can provide information on that and how it works.

24            It's very useful -- well, both a strength and

25     a weakness of glyphosate is that it has no soil

1    activity.  So as a strength, once we apply it to -- we

2    would normally apply it to the foliage of weeds, the

3    plants.  And it would only kill that green material, the

4    plants that had green material at the time of

5    application.  And it's basically inactivated when it

6    hits the soil, because it's very, very tightly bound to

7    soil.  And then it's degraded at a sort of moderate to

8    short to moderate half life.

9             So essentially we can use it right before

10   planting and, you know, control weeds either right

11   before planting or even after planting but before the

12   crop emerges.  Because it's so tightly bound to soil, it

13   presents a very, very low to nil ground water

14   contamination hazard.  So there are other herbicides

15   used in some of those major crops that I mentioned

16   earlier that have what I would describe as much larger

17   environmental problems related to ground water and then

18   surface water contamination.

19            From the -- more specific to Mr. Hall's case,

20   it's a very important herbicide used in managing weeds.

21   Glyphosate is a very important herbicide used in

22   managing weeds in residential, industrial, municipal

23   areas because it has -- and it has been favored because

24   of its low mammalian toxicity and environmental tie-up

25   to soil.

1          So we use it where I live in California to

2     help reduce fire issues on roadsides and manage water

3     movement through canals, improve visibility on

4     intersections and sidewalks and so on.  So there's -- in

5     addition to the aesthetic reasons why a homeowner or

6     resident might control weeds.

7          Again, specific to Mr. Hall's case, I think

8     controlling weeds can preserve property values.  Mr.

9     Hall, as I understand it, was controlling weeds on

10    foreclosed property, so that was presumably to maintain

11    value of properties that were vacated.  And glyphosate

12    is an important tool that can be used in that regard.

13         There are a lot of benefits to agriculture in

14    general of -- particularly of glyphosate because of the

15    Roundup spray systems.  I think effective post-emergent

16    herbicides generally -- and glyphosate in particular --

17    have really helped adopt -- helped growers adopt minimum

18    or no-till systems, where basically they're not using

19    plowing and discing and a lot of soil disturbance to

20    control weeds before planting and not having to use in

21    crop, in-row cultivation after planting, which has had

22    labor savings, fuel savings, reduced carbon footprint --

23    because, you know, heavy tractors use a lot of diesel

24    fuel -- and had great benefits to reducing soil runoff.

25    I mentioned that a moment ago.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    54

1              That's helped the farmers maintain

2    productivity at the land, but also minimize the

3    environmental damage from soil and fertilizers and

4    pesticides running into fields and lakes and streams and

5    so on.  So no-till and minimum-till farming has been

6    really beneficial and facilitated by glyphosate and

7    Roundup-based systems.

8              I think that's the kind of information that I

9    would like to be able to provide to this case.

10   Q         Thank you.  On the case specific side, do you

11   use chemical-resistant gloves when you use Roundup?

12   A         Yes, I do.  I'm a professional herbicide

13   researcher, so I use chemical-resistant gloves just as

14   good chemical hygiene.

15   Q         And as far as what you've seen out in the

16   field, is it common for individuals that spray Roundup

17   either in residential areas or out in the field if you

18   will to use chemical-resistant gloves?

19             MR. DHINDSA:  Objection.

20             THE WITNESS:  I would say yes, it is common,

21   particularly amongst the professional users of

22   pesticides.

23             Most of the labels -- well, as a person who

24   talks to growers and users, I would always recommend

25   that they refer to the label and use the appropriate

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    55

1    PPE, or personal protective equipment.  In most cases,

2    that will include use of chemical-resistant gloves.

3           MR. MILLER Q:  Did you physically pick up or

4    handle the backpacks that was owned by Mr. Hall?

5    A       No.  My understanding was he did not use a

6    backpack sprayer.  It was a pump-up can type sprayer,

7    but it was not present at his home when we visited.

8           I was shown a photo that had half of pump-up

9    sprayer in the frame.  So it looked to me like -- my

10   understanding, that was an example of the type of

11   sprayers that he had used regularly and replaced several

12   times a year.  But I did not personally see any of the

13   equipment that he used.

14   Q       And you say there was nothing unusual about

15   his use except for you pointed out the mouth on the

16   sprayer is poor chemical hygiene and then lack of

17   chemical-resistant gloves.

18          Was there anything else that stood out?

19   A       Nothing else stood out to me and what I

20   observed at his home or in the descriptions provided in

21   his deposition.

22   Q       If I could bring your attention to Exhibit No.

23   4.  And this is your Amended Materials Considered List;

24   correct?

25   A       Yes.

1    Q        And it says Peterson.  Do you understand that

2    Hall is part of the Peterson case?

3    A        I understand those two cases are linked in

4    some way, but I don't know specifically anything about

5    the Peterson portion of it.

6    Q        Okay.  Thank you.  That's what I was looking

7    for.

8             Do you understand the difference between

9    "relied upon" and "considered"?

10   A        I don't think I could tell you the difference

11   between those two in this context.

12   Q        That's fair enough.

13            In here on No. 12, on page 1, you've got the

14   deposition of Jeffrey Scott Hall.  As we sit here -- and

15   I could get a copy of it if I need to -- did anything

16   stand out to you in Dr. Hall's deposition other than the

17   chemical hygiene and the gloves?

18            MR. DHINDSA:  Objection.

19            THE WITNESS:  Mr. Hall's deposition, I -- I

20   would say what I did with Mr. Hall's deposition was I

21   skimmed through the whole thing, and I focused my

22   attention on the areas where he was discussing use of

23   the herbicide, specifically where he was talking about,

24   you know, previous health and employment history and

25   things like that.  I really didn't pay any attention to

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    57

1    that.

2              So I just -- I read through it superficially,

3    and I searched through a pdf version looking for things

4    like spray and Roundup and things like that that would

5    focus me in on his use of the product.

6    Q        So other than his use of the product, you

7    don't have an opinion one way or the other of any other

8    aspect of his deposition?

9              MR. DHINDSA:  Objection; vague.

10             THE WITNESS:  I don't.  A lot of the

11   discussion appeared to be related to his other

12   conditions that I don't have any expertise in, smoking,

13   job history, family history, that sort of thing.

14             MR. DHINDSA:  When you hit a good time for a

15   break, I'd appreciate it.

16             MR. MILLER:  This is a good time for a break.

17   Let's go ahead and take a ten-minute break.

18             (Whereupon a recess was taken.)

19             MR. MILLER:  Brad, I'm going to go over the

20   photographs that we received last night.  I'm going to

21   mark the first one as Exhibit 6.  And then the rest of

22   them all just say page whatever if that's fine.

23             (Whereupon Plaintiffs' Exhibit 6

24             was marked for identification.)

25             MR. MILLER Q:  And I've handed you is Exhibit

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                58

1    6.  And I'm going to call it 6-1, because there's going
2    to be multiple pages behind this.  And it's the
3    photograph -- have you seen this photograph?
4    A         Yes.  It looks like one that I took.
5    Q         Did Dr. Lewis take photos as well?
6    A         I don't know the answer to that.  I don't
7    recall him.  I don't recall seeing him do that.
8    Q         Do you recall seeing the attorney that was
9    present taking any photographs?
10   A         No.  I didn't see Mr. Hollingsworth take any
11   photos.
12   Q         So as far as you know, these are the only
13   photographs that you took?
14   A         Those are.
15   Q         You'll agree with me that this is a bottle of
16   Roundup ProMax?
17   A         Yes.  I would agree with that.
18   Q         Okay.  And what's the significance of the
19   photo?  Why did you take this photo?
20   A         I hesitated to bother taking any photos at the
21   site.  And Mr. Hollingsworth said, "You should take some
22   photos, because we're going to need those for the
23   trial."
24             So I took about -- I took a picture of a
25   bottle of Roundup, because that was the only thing case

1   related.  And I took a series of photos and a video pan

2   of his garage that looked like everyone else's garage

3   with tools and gear and one jug of Roundup in it.

4   Q        Speak for yourself.  That garage was so neat,

5   I couldn't believe it.  Mine is such a mess.  I was

6   impressed with that.  Okay.

7            Then what I'm looking for is your opinion on

8   the case, specific aspect of this case was the fact that

9   nothing unusual other than the poor chemical hygiene and

10  the lack of chemical-resistant gloves, was there

11  anything specific to the case that you pulled from this

12  particular photo to generate an opinion?

13  A        No.  Primarily this photo was just to remind

14  me of which specific formulated product that Mr. Hall

15  had.  My understanding was this was one of the

16  formulations that he had, had used over that time

17  period.  This happened to be the only bottle or jug that

18  he had on that day.  But it was basically just a

19  reminder to me of which product name we were talking

20  about.

21  Q        We're going to call this page 2 of Exhibit 6.

22  And accurate to say it's the backside of that same jug?

23  A        Yes; that's accurate.

24  Q        Was there anything specific to this photo that

25  you used to generate your opinions in this case?

1   A          Not anything specific to the opinions that

2   I've expressed.  The only thing I would note here is

3   that label material that would have normally been

4   attached to the package had been taken off, so

5   presumably Mr. Hall removed it and hopefully read it.

6   But there normally is labeled material attached to these

7   packages.

8   Q          Is there any specific information that was in

9   that label of material that affected your opinion one

10  way or the other?

11          MR. DHINDSA:  Objection; vague.

12          THE WITNESS:  Well, I didn't see that specific

13  label, of course, because it was absent.  But the

14  Roundup ProMax or any other herbicide has information

15  related to PPE requirements, the concentration of the

16  herbicide, the signal words from a safety perspective,

17  application recommendations and, you know, rates and

18  dilution factors, just the normal stuff that's in a

19  pesticide label.

20  Q          Okay.  And you used the acronym PBE.

21          What is that?

22  A          PPE, personal protective equipment.

23  Q          Oh.  PPE.  Thank you.

24          The next one I'm going to hand you then will

25  be 6-3.  And you took this photo; is that correct?

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    61

```
1    A        Yes, I did.

2    Q        What is this a photo of?

3    A        This is a measuring device that's attached to

4    that particular package of Roundup ProMax.  It's the

5    green -- basically a green plastic measuring cup.  I

6    didn't look at it very closely, but it must sit over the

7    neck of the bottle so that it stays attached.

8             Basically a lot of homeowner and

9    non-professional products would have something like

10   that, mostly to encourage the user to actually measure

11   semi-accurately the pesticide as they put it into the

12   spray container and don't use one of the measuring cups

13   out of their kitchen.

14   Q        Was there anything specific to this photo that

15   altered your opinion in any way?

16   A        No.  I took this photo to remind me that he

17   had a measuring vessel, which I then used to make the

18   assumption that he used an accurate dilution factor in

19   making his applications.

20   Q        This one I'm going to hand you would be 6-4.

21            Did you take this photograph?

22   A        I did.

23   Q        And what is this photograph of?

24   A        This is just a general capture of Mr. Hall's

25   garage.  As you pointed out, it's very well-kept.  The
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    62

1   Roundup bottle that we were talking about a moment ago

2   would have been on one of the shelves that would be on

3   the left side of this photo just off frame.  There's a

4   workbench on that left side, and there was some shelves

5   above that sort of head high basically just capturing

6   the tidiness that you pointed out of his garage.

7   Q        Other than the bottle of Roundup, was there

8   anything in the garage that helped you in any way

9   formulate your opinions about this case?

10  A        No.  I don't think so.

11  Q        I'm going to hand you what will be marked as

12  6-5.  Did you take this photograph?

13  A        I did.

14  Q        And what is that photograph of?

15  A        This is a photo of Mr. Hall's side yard.  I

16  would have been standing -- I think the gate in the

17  foreground of this photo is just outside the front of

18  his garage.  So I was probably almost leaning against

19  the front of his garage if he opened the garage door

20  looking into the side yard.

21           And what I was trying to do with this photo

22  and probably several others that you have is just get a

23  sense of the property, the vegetation, the kinds of size

24  and scope of the property that he lived at.  And then I

25  later compared that to the sort of properties that he

1   was reported to have been maintaining.  And they were

2   basically modest-sized homes on, you know, normal

3   midwestern quarter-acre kind of lots of probably homes

4   built in the '50s or '60s, you know, modest-sized homes

5   on modest-sized lots, nothing particularly fancy or

6   expansive about his home or the others that we visited.

7   Q         And what, if anything, about this photograph

8   of his yard did you use in order to formulate your

9   opinion?

10  A         This photo and several of the others would

11  sort of fit what I described his use of the product not

12  being unusual in any way.  And this photo doesn't

13  capture it so much because I think the foreground

14  doesn't have any vegetation.

15            I believe Mr. Hall said he had a dog that was

16  tied up while we were there, so that was from lack of

17  grass due to the dog being tied up or being in the yard.

18  But some of the others show dead weeds or controlled

19  weeds along borders and boundaries and foundations and

20  that sort of thing.

21            So when I look at this kind of photo and some

22  of the others that I assume will follow, it's really

23  looking at yards with green grass.  This is the midwest,

24  so you don't have to irrigate it like I do in

25  California.  And so there would be vegetation coverage

1    just about everywhere that it wasn't managed.

2    Q        The next one I'm going to hand you is going to

3    be 6-6.

4             Did you take this photograph?

5    A        I did.

6    Q        And what was the significance of this

7    photograph?

8    A        Again, I don't think there's anything

9    particularly significant here other than just trying to

10   capture in my mind what the property looked like.

11            This photo is essentially a 90-degree turn

12   from the -- from 6.5 that we just discussed.  That's

13   that same dead patch that I assumed was where a dog was

14   tied.  And the gate on the right-hand side of this photo

15   would have been the one that showed up in the foreground

16   of the previous photo.

17   Q        I've handed you 6-7.  Is there anything

18   significant in that photo?

19   A        This is essentially a 180-degree turn from the

20   previous photo, so that dead -- that bare patch of

21   ground would be to my back in this photo.  And you can

22   basically see landscape, you know, was -- has a little

23   garden area on the left, ornamental plants in a planting

24   bed next to the fence I guess or windbreak, whatever he

25   had there with the butterflies on it.  And I was trying

1    to show here the back of the property or the back of the

2    maintained part of the property.  And you can see the

3    fence leading and then with trees beyond that.

4                And, again, I was just trying here to make a

5    note to myself of what the property looked like.

6    Q        Is there anything about this photo or any of

7    the previous photos that would suggest to you how he

8    used the product?

9    A        Not so much in this photo.  But I -- there

10   should be one more in this series that had a front yard.

11   This is a probably better one to ask that question of.

12   Q        What you had before to make the record

13   complete is 6-8.  You took this photo?

14   A        Yes, I did.

15   Q        And what is the photo of?

16   A        This is also from Mr. Hall's driveway.  The

17   garage was set back sort of behind -- further back from

18   the house.  It had a relatively long driveway.

19               This photo, you can see a bumper of a car in

20   the lower left.  It was looking out at the front yard.

21   The street would be just off frame on the right.  So the

22   tree and the -- this would be the street side -- street

23   facing side of the home.

24               And what I see here matches up with kind of

25   what I saw on some of the other properties, the sort of

1    use of Roundup that I would expect in this scenario as

2    either a homeowner or a property management person would

3    be spraying along the edge.

4            In the foreground, you can see next to the

5    asphalt pavement that there's an area with no

6    vegetation.  There's a similar strip that follows the

7    rock, flagstones or whatever those are separating the

8    grass from the planter beds.  You can see the weeds have

9    been sprayed or killed in some way around the tree.

10           And then you can't quite see it in this photo,

11   but there may be one more photo that shows a brick

12   walkway leading up to the front door that has a clearly

13   sprayed strip along the edge.

14           So this actually would form my opinion that I

15   would discuss in this case in that homeowner or

16   landscape manager would likely have a sprayer with a

17   single wand and would walk and spray a band of herbicide

18   along all these areas where he or she didn't want to

19   have vegetation spring along the flagstone, along the

20   edge of the driveway, along the tree well where it was

21   difficult to mow or manage with a spring trimmer.

22   Q       Yeah.  I'm not going to hold you to it, but

23   the strip that I see along the driveway there is about a

24   foot wide.

25           Would you agree with that?

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                           67

```
1    A          Yeah.  Probably something like that, a foot or

2    just under.

3    Q          And it's continuous; is that correct?

4    A          It is in the photo and I believe --

5    Q          Right.

6    A          -- I recall it being all the way out to the

7    tree.

8    Q          And then the rocks that border the vegetation

9    along the fence and the house, it is a continuous strip

10   there as well; right?

11   A          It looks like it.

12   Q          Now, if one were to use Roundup to create that

13   type of strip, would you consider that to be spot

14   spraying or continuous spraying?

15   A          That I would consider to be a continuous

16   spraying.  Spot spraying to me would be starting and

17   stopping the trigger targeting a specific plant or patch

18   of plants.  This would be -- if I was spraying that

19   strip, I would trigger the wand and walk and spray a

20   band a foot wide or less than a foot wide depending on

21   how high that spray nozzle was.

22              So likely what would happen is somebody

23   started spraying and would continue walking with a

24   nozzle held at some relatively constant height above the

25   ground so the strip didn't vary dramatically.
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                          68

```
1    Q        Thank you.  The next one will be 6-10.
2             Did you take this photograph?
3    A        I did.  And I think this photo is just a
4    quarter turn from the previous photo.  And it's the same
5    sprayed strip along the edge of the asphalt driveway
6    leading out to the road, which is angling across from
7    the top center to the right, top right.  That's the
8    street that he lives on.
9             And so what I see, again, there is a
10   chemically-controlled strip along the asphalt driveway
11   and a sprayed strip around the brick planter beds.  And
12   you can just make it out on part of this.  It looks like
13   the same has been done along the street.
14   Q        Is there anything else about that photo that
15   you relied upon in forming your opinions in the case?
16   A        Not so much in my opinions.  But an
17   observation that I would make here is that this almost
18   certainly to me would have been Roundup or a
19   glyphosate-based herbicide applied.  Because the weeds
20   that I see coming through the sprayed strip are probably
21   goosegrass, which is an eleusine.  And there is a sense
22   of tolerance to glyphosate to goosegrass.
23            And there's some rosette, kind of low-growing
24   weeds near the planter bed that look to me like a
25   conyza.  In the midwest, they would call it marestail
```

1    and we would call it horseweed, also widely widespread

2    resistance to glyphosate.  So if I'm looking at this,

3    I'm going to guess that's been sprayed with Roundup or a

4    glyphosate-based herbicide.

5    Q        Okay.  Thank you.  I'm going to hand you what

6    I'm going to mark as 6-11.

7              MR. DHINDSA:  Was there a 6-9?

8              MR. MILLER:  Yes.  6-9 was this one here.

9              MR. DHINDSA:  Okay.  Got it.

10             MR. MILLER Q:  And what we're doing now is

11   6-11.

12   A        That's the one with the lawn or --

13   Q        6-11 is this one here.  It's the --

14   A        Garage.

15   Q        -- garage itself.  And did you take this

16   photograph?

17   A        Yes, I did.

18   Q        What's the significance of this photograph?

19   A        So this was the -- I think I went back and

20   took another photo of where the Roundup package was that

21   we talked about.  And you can see that the top shelf,

22   there's a blue bottle, probably at chin height for me,

23   in the middle of that top shelf above the water bottles

24   and above the lumbar rack.  And that's pretty much all

25   he had in the way of chemicals.  And there were no

1    application sprayers or anything like that.  So it was

2    just another general sense of his garage.

3    Q        Was there a freestanding shed in his yard?

4    A        The garage was freestanding.  It wasn't

5    attached to the house.  I don't recall -- I don't recall

6    seeing another freestanding building.

7    Q        Okay.

8    A        But we didn't go around the whole property.

9    Basically we were in the side yard and towards the back

10   of the side yard.  I'm not aware of another freestanding

11   building.

12   Q        I'll hand you what would be 6-12.

13            Did you take this photograph?

14   A        I did.  And it's very similar to the one we

15   looked at earlier.  It's basically just another capture

16   of Mr. Hall's garage.  There's no particular

17   significance related to this case.

18   Q        Moving along now, I'm going to hand you 6-12.

19            MR. DHINDSA:  Thirteen.

20            MR. MILLER:  Oh, thank you.  Thirteen.  You're

21   correct.

22   Q        Did you take that photograph?

23   A        I did.  This is a fence that was -- showed up

24   in one of the earlier photos looking down into a ravine

25   that was behind his home.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    71

1              And Mr. Hall was present, and either I or Dr.

2       Lewis asked about where the property line ended.  And

3       Mr. Hall indicated that his lot didn't end at the fence.

4       It went down to the creek or the stream or whatever it

5       was at the bottom of this ravine.  So the back 10

6       percent or 20 percent or so of his lot was this

7       steeply sloping -- very steeply sloping wooded area.

8       Q       And what about that fact would have altered or

9       affected your opinion?

10      A       We were -- the question -- or the -- as it

11      pertains to the case, I was basically trying to

12      understand where he might have used Roundup in his -- on

13      his property.

14              And as I looked into this -- it doesn't show

15      up in this photo very well, but it was really dark, you

16      know.  It was heavily-vegetated wooded area without much

17      undergrowth, just this sort of viney, climbing things,

18      woody plants.  There really wasn't any grasses or annual

19      weeds growing on the floor of this forested area.

20              So it didn't look like to me like it would

21      have been an area you would commonly be applying

22      glyphosate, applying a herbicide, just because there

23      wouldn't be that many weeds that would come up in that

24      dense shade.

25      Q       And I'll put in front of you 6-14.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    72

```
1              Did you take that picture?
2    A        I did.
3    Q        Anything --
4    A        I think this is just a quarter turn from the
5    last photo, just, again, showing down the steep back
6    part of the property.  I don't think there was any great
7    significance there other than showing, again, lack of
8    understory vegetation.
9    Q        And 6-15 I'm handing you now, is the same true
10   for that photograph?
11   A        Yeah, same idea.  And it was hard to capture
12   in any of those photos, but this is very steep.  I would
13   say it was a 40- or 50-degree slope.  It was quite a
14   steep drop off into the ravine.  It wasn't an area of
15   the yard that I suspect that -- that he would use very
16   often.
17   Q        6-16, did you take that picture?
18   A        Yes, I did.
19   Q        And who is in that photograph?
20   A        That's Grant Hollingsworth, the attorney that
21   drove us on that site visit.
22   Q        And what significance does this photograph
23   have?
24   A        Again, I was trying to get a sense of the
25   yard.  So this is -- this is looking sort of from the
```

1    side yard we were in earlier looking off sort of where

2    Mr. Hollingsworth is.  There's a deck that drops down

3    into the back piece of the yard.  And there's been --

4    actually, I don't know if that's dead vegetation or if

5    that is birdseed or something on the ground, the yellow

6    material.  It looks to me more like that's seed.  They

7    have some bird feeders and that sort of thing.  But

8    there's no vegetation -- very little vegetation growing

9    within that bricked area in the center of that photo.

10           And then beyond that area is the fence that we

11   were talking about a moment ago dropping off into the

12   ravine behind the house.  So no particular significance

13   other than showing the type of vegetation and the

14   general landscape.

15   Q        6-17, anything significant about that

16   photograph that we haven't discussed?

17   A        No.  Not that we haven't discussed.  This

18   is -- this is a shot looking behind Mr. Hall's garage.

19   And apparently there is a garden shed or something along

20   those lines.  So I didn't recall that earlier, but it

21   looks to me like there is a garden shed.

22   Q        Now that you've seen that garden shed, do you

23   recall entering that garden shed?

24   A        We did not -- I did not enter the garden shed

25   and they didn't open it.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    74

1    Q        Do you recall anyone asking?

2    A        Nobody asked that I'm aware of.

3    Q        6-19, did you take that photograph?

4    A        I did.

5    Q        And --

6    A        This is the deck behind the house.  And in one

7    of the earlier photos, it had Mr. Hollingsworth, Grant

8    Hollingsworth in it.  He would have been standing

9    probably at the base of these stairs.  So there was a

10   bit of a windbreak or privacy screen with butterfly art.

11            In the earlier photos, that would be just to

12   the right out of frame here just showing the deck area

13   looking out into the backyard into the ravine, no

14   particular significance other than just the lay of the

15   land.

16   Q        Okay.  6-20, did you take that photograph?

17   A        I did.  This one is back to the side of the

18   house where the garage would be to the right just off

19   frame.  I don't recall any particular significance about

20   this other than, again, just sort of lay-of-the-land

21   photos.

22            I think you can see in this photo a little bit

23   better that the sprayed strip along the flagstones and

24   rock borders.  That might have been what I focused on,

25   because I don't think that showed up very well in the

1    previous perspective of the side of the house.

2    Q          And looking at 6-19, the step going up there,

3    the sprayed border would be along the rocks?

4    A          The rocks and the bricks that are beyond those

5    steps, you can sort of make out.  It's not nearly as

6    clear as the front yard photos we talked about a moment

7    ago.

8    Q          Okay.

9    A          But to me, it's the same sort of idea.

10   Q          And then the final photograph, 6-20, did you

11   take that photograph?

12   A          I did.  This is looking down Mr. Hall's

13   driveway into that garage that the earlier photos

14   showed.  The gate and the side yard that we've been

15   discussing would be just to the right off frame behind

16   that black SUV or van, no particular significance here.

17            This driveway looks like it's been maintained

18   pretty well.  There's a crack -- several cracks here

19   that have been repaired, and it looks like it's been

20   surface coated.  So there's no real vegetation coming up

21   through that or it's been controlled if it has come up.

22   And then I was just trying to remind myself of the

23   sunflower planting bed on the left-hand side of the

24   driveway, but no particular significance.

25   Q          Are either one of the two vehicles in the

1   photograph ones that either you or the other expert took

2   to the home?

3   A        No.  The rental car that Mr. Hollingsworth was

4   driving was parked out on the street, so these I assume

5   are Mr. Hall's vehicles or family.

6   Q        I'm going to mark as Exhibit 7 the video that

7   you took.  And in order to save time, I'll represent

8   that this video is the same garage we've seen the

9   pictures of; is that correct?

10  A        Yes, it is.  It's just a panning shot from

11  left to right as I recall from where the Roundup was on

12  the left side of the garage over to where the

13  refrigerators were on the right.

14  Q        Well, without firing up the laptop and playing

15  it, is there anything significant in the video that we

16  haven't discussed?

17  A        No.  Everything in that video will have also

18  showed up in the still photos.

19           MR. MILLER:  Okay.  That will be Exhibit 7.

20           (Whereupon Plaintiffs' Exhibit 7

21           was marked for identification.)

22           MR. MILLER Q:  Would you mind pulling Exhibit

23  4 out?  Thank you.

24           Do you have that?

25  A        I do.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    77

```
1    Q          This list of materials considered, did --
2    without telling me any of the conversations you've had
3    with the attorneys for Monsanto or Osborn and Barr, did
4    you put these documents together yourself or did you
5    have assistance with that?
6    A          I put this list together.  Several of the
7    materials in there were provided to me by Counsel,
8    particularly the -- it was suggested that I also include
9    some of the regulatory -- the international regulatory
10   agencies related to the European union's decision-making
11   process about glyphosate herbicides.
12              But all of the science stuff that -- you know,
13   the weed science related information would be materials
14   that I had at hand or that I came up with in my, you
15   know, literature preparation for this, this deposition
16   in this case.
17   Q          No. 6, BfR, do you know what the BfR is?
18   A          I'm sorry.  I don't recall what the BfR stands
19   for.
20   Q          Without knowing what it stands for, in concept
21   do you know what the BfR is?
22   A          No, I don't.
23   Q          So safe to say that's not a document that you
24   found on your own research?
25   A          That would be correct.
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                         78

1    Q        And No. 6 says, "Does glyphosate cause
2    cancer?"
3             I understand it's not your expertise, but do
4    you have an opinion one way or the other if glyphosate
5    causes cancer?
6             MR. DHINDSA:  Objection; beyond the scope.
7             THE WITNESS:  I don't have an expert opinion
8    on whether glyphosate causes cancer.
9             MR. MILLER Q:  In formulating an opinion on
10   Mr. Hall's use of Roundup, why would it be important to
11   include that in your Materials Considered List?
12   A        That sort of material would be useful in
13   discussing a product that was registered in the United
14   States and also in the context of the concern that is
15   expressed about the cancer-causing potential of
16   glyphosate with regard to a number of regulatory
17   agencies and non-regulatory government and health
18   organizations.
19            So this is all part of that sort of greater
20   data set related to -- I would describe it as
21   controversy to about glyphosate in a general sense.
22   Q        If a layperson came to you knowing that you
23   have quite an extensive background in weed research and
24   research with pesticides and herbicides and they were to
25   ask you does glyphosate cause non-Hodgkin's lymphoma,

1   what type of answer would you give?

2   A       I wouldn't --

3           MR. JANSEN:  I'll object.  It's an incomplete

4   hypothetical; lacks foundation.

5           MR. DHINDSA:  Objection.

6           MR. MILLER Q:  It's okay to answer.

7   A       When I'm asked that sort of question --

8   although I've never been asked specifically about

9   non-Hodgkin's lymphoma, but I have been asked about

10  cancer.  And I will share always that I'm not a

11  toxicologist or a cancer expert.

12          And I will describe to that layperson, whether

13  it's an agricultural user or a homeowner, that there --

14  that some agencies have come to the conclusion that

15  glyphosate is a cancer-causing agent.  And I will also

16  explain that many regulatory agents have come to the

17  opposite conclusion.  And in the United States, the U.S.

18  Environmental Protection Agency is the body that

19  regulates herbicides and registration and they have come

20  up -- their view is that it's not a cancer-causing agent

21  and it's still a registered product.

22          So I encourage users to decide what tools are

23  necessary for them to do their weed control task.  And

24  if glyphosate is the tool they elect to use for that, I

25  would encourage them to read the label and take

1   appropriate cautions just like I would any other

2   pesticide, particularly with regard to protective

3   equipment, application rates, that sort of thing.  But I

4   would not represent myself as a cancer expert.

5   Q        Would you consider your opinion, then, on the

6   issue to be neutral, that if you were speaking with

7   someone who was -- wanted to know based on your

8   expertise if it -- there was an association between

9   glyphosate and cancer, would you consider your position

10  neutral?

11          MR. DHINDSA:  Objection; beyond the scope.

12          THE WITNESS:  I would consider my -- I would

13  tell that person that I don't have the expertise to

14  answer their question.

15          MR. MILLER Q:  No. 5 is -- on Exhibit 4, your

16  Materials Considered List, is BfR Assessment of IARC

17  Monographies Volume 12.

18          Do you see that?

19  A        I do.

20  Q        And did you select that document to include on

21  the list?

22  A        No.  That was provided by Counsel as well or

23  suggested by Counsel.

24  Q        Do you know what Volume 112 of the monograph

25  is?

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    81

1    A         I believe 112 is the monograph that refers

2    exclusively to glyphosate, the 2015 edition.

3    Q         What you have chosen is the assessment of

4    Volume 112.

5              Did you mean to include Volume 112 as well or

6    was that left off for any particular reason?

7    A         I thought that was on here, but it may not

8    have been.

9    Q         Should it be on here?

10   A         I have looked through the IARC designation of

11   glyphosate.  And if it's not on here, it should be.

12             MR. JANSEN:  How about you look at No. 40.

13             MR. MILLER:  Forty?  Thank you.  Oh, yeah.

14   There it is.

15   Q         Do you know what Volume 112 says about the

16   potential of glyphosate/Roundup to cause cancer?

17             MR. DHINDSA:  Objection.

18             THE WITNESS:  I have read it superficially

19   through the Volume 112 basically at the highlights, but

20   I have not read in depth any of the underlying studies

21   or the details of that information.

22             So I understand that that assessment has

23   ranked -- rated glyphosate as a Class 2-A probable

24   carcinogenic.  But beyond that, I'm not familiar with

25   the details.  And I'm not an expert on the underlying

1    processes that the IARC committee would have used to

2    come to that conclusion.

3    Q        And going to BfR's assessment of IARC's

4    monograph 112, do you know what they state about the

5    association between the use and cancer?

6    A        I couldn't speak to the details of what that

7    volume says without reviewing it, re-reviewing it.

8    Q        No. 18 on page 2 is Echo Incorporated,

9    Handheld Tank Sprayer Operator's Manual.

10           Do you see that?

11   A        Yes.

12   Q        Is that the tank sprayer that Mr. Hall used?

13   A        I could not actually tell the brand or

14   manufacturer of the tank sprayer that was in that

15   partially cut-off photo of one of the sprayers that Mr.

16   Hall had, but that's a very common design.

17           Most of those type of tank sprayers are very

18   similar in their construction and operation.  And this

19   happened to be one that I was able to find online that

20   had some exploded drawings and explanation.

21           My assumption is that anything that Mr. Hall

22   would have used would be very similar to that one if it

23   wasn't manufactured -- manufactured by Echo.

24   Q        In the operator's manual, did anything stand

25   out to you that pertained specifically to Mr. Hall's use

1    other than what we've already discussed, the poor

2    chemical hygiene of putting his mouth on the sprayer?

3              MR. DHINDSA:  Objection.

4              THE WITNESS:  No.  Nothing in that operator's

5    manual specifically seemed related to Mr. Hall.  I

6    wanted that in there -- this material in this list so

7    that if this were to come before a jury I could explain

8    sort of how that sprayer works, that it's a single --

9    for people that are not familiar with pesticide

10   application equipment, I wanted to be able to have

11   something to point out in terms of what the apparatus

12   looks like and what the pump looks like and how it is

13   operated.  But there is nothing specific to Mr. Hall's

14   use to my knowledge.

15   Q         No. 62 on page 4 of Exhibit 4 is the

16   Plaintiff's Fact Sheet of Jeffrey Hall.

17             Do you recall reviewing that?

18   A         I don't recall the details of that.  What I've

19   reviewed most recently was Mr. Hall's deposition.  So I

20   don't recall what's in the fact sheet, and I'm not

21   familiar with that nomenclature.

22   Q         No. 65 on the same page is Sawyer's

23   Toxicological Notes on Jeffrey Hall.

24             Did -- what was it about that document as you

25   sit here if you can recall that assisted you in

1    formulating your opinions in this case?

2              MR. DHINDSA:  Objection.

3              THE WITNESS:  I reviewed Dr. Sawyer's notes.

4    Based -- I believe those were based on Dr. Sawyer's

5    interviews with Mr. Hall.  It was a voluminous report.

6    And similar to what I mentioned earlier about the

7    deposition, I basically skimmed through that to look for

8    the application-related notes, which were relatively few

9    in there.

10             The things that I noticed about Sawyer's notes

11   mashed up with Hall's deposition statements related to

12   putting his mouth on the sprayer parts occasionally, the

13   types of gloves and the frequency that he wore gloves

14   when making applications.  I think there was some

15   relevant information related to how he used the product

16   in terms of spot spraying and spraying around

17   foundations and fence lines and borders and that sort of

18   thing.

19             Dr. Sawyer's notes had some information

20   suggesting drift.  That would be potentially relevant,

21   although I've not heard that discussed to any great

22   degree about Mr. Hall's exposure.  I had some thoughts

23   there that sounded like that I thought drift seemed like

24   an unlikely route of significant exposure in this case,

25   primarily not because I'm an exposure expert but because

1    of the way that herbicide and that sprayer -- that spray

2    equipment would be used.

3           What I mean by that is if there was

4    significant drift of the herbicide such that Mr. Hall

5    was exposed unusually, there should have been a lot of

6    injury to non-target plants, dead grass and that sort of

7    thing.  I mean, if it's blowing around beyond his

8    intended strip, there should have been big dead patches

9    of grass.  And there didn't seem to be any indication of

10   that in any of the materials that I reviewed.

11   Q      So of the ways that the chemical could

12   potentially get on the individual using the product,

13   drift could potentially be one; correct?

14          MR. DHINDSA:  Objection.

15          THE WITNESS:  Routes of exposure in a very

16   general sense -- I don't want to get into the -- the

17   exposure expert can do this much better than I.  But

18   from my perspective as an applicator, routes of exposure

19   to pesticides are dermal exposure, exposure through our

20   skin, inhalation and oral, you know, eating or somehow

21   getting them into our mouths.

22          So drift could be a way that there -- that

23   there could be exposure to skin or if there was

24   significant enough drift at a high enough elevation, one

25   could breathe it in or get it in one's mouth.  That

1    seemed really unlikely in the scenarios that we're

2    talking about here with residential applications with a

3    single-wand sprayer.

4              MR. MILLER Q:  And when you talk about using

5    chemically-protective gloves, if I stated that right, is

6    it the concern there drift or just preventing getting

7    the chemical on your hands while you're mixing it and

8    using it?

9    A        The concern would be dermal exposure to one's

10   hands.  And one's hands are typically the greatest

11   potential chance for dermal exposure because you're

12   handling the equipment.  You're pouring material, you

13   know, out of a jug into the sprayer.  You're potentially

14   touching surfaces that have been sprayed.  So just from

15   a pesticide safety standpoint, our hands are a very

16   common route of exposure or at least the initial route

17   of exposure than we could touch.  We could get it on our

18   hands and touch other areas of our body, but that would

19   be very -- back to your question.  I'm sorry.

20             You could get drift onto your hands.  But it

21   would probably be a much more likely chance of having

22   touched something that was wetted with either the

23   concentrated material or the diluted material more so

24   than the drift onto one's hands.

25   Q        Makes sense.  Am I correct in saying, though,

1    that you're not going to opine in front of the jury

2    about the risk or exposure to the skin in this case?

3         MR. DHINDSA:  Objection.

4         THE WITNESS:  I'm willing to have observations

5    and opinions about how one might have been exposed using

6    this sort of equipment.  But I wouldn't have an opinion

7    on how much of it would be absorbed or what the -- what

8    the effective dose would be.

9         But the how one could be exposed, I would have

10   opinions on.  And those would be basically what I said a

11   moment ago, dermal, oral, inhalation.  And in this case,

12   I think dermal exposure would be the much more likely

13   exposure route for this equipment.

14   Q        How often do you spray Roundup?

15   A        My research program sprays a lot of Roundup.

16   I actually personally don't do that much anymore.  My

17   graduate students do actual science and I do -- I attend

18   meetings.  That's my joke about it.

19        But we -- in my research program, we use

20   herbicides on a weekly basis.  And in the crops I work

21   in, Roundup and other glyphosate herbicides are very

22   important and would be used almost every time we spray

23   as part of the mixture.

24        And then on a personal standpoint, I'm a

25   homeowner.  And I occasionally use Roundup as a

1    homeowner would, once a month or every couple months.

2    Q        What personal protective equipment do you use

3    when you're spraying at home?

4    A        When I'm spraying at home, I would use the PPE

5    listed on the label, which I think for almost all the

6    products would be shoes, long pants, long-sleeved shirt,

7    eye protection and chemical-resistant gloves.  And that

8    would be any normal practice as a homeowner.

9             As a professional in my research context, I

10   would usually also add rubber boots and Tyvek suits.

11   But that's not specifically because of the Roundup.

12   That might be -- because that's one that's our normal

13   practice.  And we likely are using other herbicides that

14   likely have different PPE requirements.

15   Q        Regarding PPE at home, you didn't include the

16   boots, just shoes and pants; is that right?

17   A        Yes; that's correct.

18   Q        Do you wear socks?

19   A        I do.

20   Q        Would it be -- would that be a concern to you

21   if you were to see one of your graduate students

22   spraying and they had pants on and shoes on and exposed

23   ankles?

24            MR. DHINDSA:  Objection.

25            THE WITNESS:  Yes.  I would correct that, that

1    they would be required to put on appropriate PPE as

2    required on the label.

3            MR. MILLER Q:  Does the label say anything

4    about socks?

5    A        I think they do, yes.

6    Q        I was just curious.  Thanks.  I'll go back and

7    look at that.

8            Do you ensure that the graduate students that

9    you oversee wear proper PPE?

10   A        Either I do or my staff person does.  I have a

11   staff research associate who is mostly responsible -- he

12   does a lot of our applications, and he does the training

13   of our graduate students who are then later going to do

14   applications.

15           So my program ensures that the grad students

16   are trained and wear appropriate PPE.  And I provide --

17   my program supplies all that PPE for their use.

18   Q        They supply a Tyvek suit?

19   A        Yes.

20   Q        Is there a qualification course for anyone who

21   is going to apply?

22   A        That differs by state by state.  As a

23   researcher I have -- in California -- actually, I don't

24   have currently have it because I let it lapse,

25   embarrassingly.  But I should have a Qualified

1    Applicator Certificate.  And my staff who does

2    applications has what's called a Qualified Applicator

3    Certificate.

4           I believe in almost all states, professional

5    applicators have some sort of training requirements.  I

6    don't know specifically about Mr. Hall's state.  But

7    I've been -- I've been a licensed applicator in quite a

8    number of states over my career, and they all have some

9    similar level of an exam that's taken and then usually

10   some sort of annual or bi-annual continuing education

11   requirements to maintain that safety.

12          And in most states that require that, there's

13   also what we used to call something like laws and safety

14   or laws and regulations, where if we have to have, say,

15   ten hours of continuing education every two years, at

16   least one of those would have to be related to laws and

17   safety or the PPE or that sort of thing.

18          But most of the homeowner-type products, which

19   I think is what Mr. Hall was using, don't necessarily

20   have that.  If you can buy it at Home Depot or Lowe's or

21   a hardware store, they don't have that same level of

22   requirement.

23   Q       What's the administrative body state to state

24   that oversees that program?

25   A       Usually it's some committee or department in

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                   91

1    the Department of Agriculture, that that's who would

2    administer those sort of training requirements or

3    licensing requirements.

4    Q        If you would take a look at No. 24 on Exhibit

5    4, which could be found on page 2 --

6    A        Yes.

7    Q        -- you've got the EPA, Office of Pesticide

8    Programs, Glyphosate Issue Paper, Evaluation of

9    Carcinogenic Potential.

10            Do you see that?

11   A        Yes, I do.

12   Q        And what was the reason for including that on

13   your Materials Considered List?

14   A        This one was important because -- for a couple

15   of reasons.  One, the EPA is the regulatory body in the

16   United States where I use and discuss pesticides.

17            Two, the 2016 data on that came after the IARC

18   designation.  So when I get questions as a public sector

19   scientist, I want to be able to let the questioner know

20   that after the IARC designation that glyphosate was a

21   carcinogen, our own regulatory body in charge of

22   pesticides revisited the data and again came up with the

23   conclusion that it was not a carcinogen.

24            MR. MILLER:  No. 4 on your list is the

25   September of 2016 we just discussed.  And I'm going to

1    mark that as Exhibit -- --

2              MR. DHINDSA:  No. 4.

3              MR. MILLER:  We're, like, eight.  Eight.  One

4    of them I've written all over.

5              MR. JANSEN:  I think you mean No. 24 on the

6    Materials Considered List.

7              MR. MILLER:  Yes, I did.

8              MR. JANSEN:  You said 4.

9              MR. MILLER:  Oh, sorry.

10             (Whereupon Plaintiffs' Exhibit 8

11             was marked for identification.)

12             MR. DHINDSA:  Is that Exhibit No. 7?

13             MR. MILLER:  Eight, I believe.  Yes.

14             MR. DHINDSA:  Thank you.

15             MR. MILLER:  Get that straight.

16   Q         And am I correct, then, in paraphrasing that

17   you've included this because of your understanding of

18   the EPA's position of the carcinogenic potential of

19   glyphosate?

20   A         Yes; that's correct.  That's why I included

21   that.

22   Q         If we could go to -- I did not print the

23   entire thing out.  It is quite the document, so I took

24   out section 6.7.  And that will be -- the second page of

25   this, clearly if the attorneys want to include the

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    93

1    entire document, that certainly can be done.

2            MR. DHINDSA:  I'd just object to any questions

3    on a partial document.

4            MR. MILLER:  All right.  Fair enough.

5    Q        Page 140 of the document, the second page, if

6    you would go down to the middle of that last paragraph,

7    and it says, "in epidemiological studies."

8            Do you see that, real close to where your

9    finger is there?

10   A        Oh, yes.

11   Q        It says, "In epidemiological studies, there

12   was no evidence of an association between glyphosate

13   exposure and numerous cancer outcomes; however, due to

14   conflicting results and various limitations identified

15   in studies investigating NHL," non-Hodgkin's lymphoma,

16   "a conclusion regarding the association glyphosate

17   exposure and risk of NHL cannot be determined based on

18   the available data."

19           Did I read that correctly?

20   A        Yes.  You've read it correctly.

21   Q        And did you use that fact when you were

22   formulating your opinions in this case?

23           MR. DHINDSA:  Objection.

24           THE WITNESS:  So I can't speak to the details

25   underlying the epidemiological and health studies.  But

1   what I read in that from my perspective as a

2   professional weed scientist is that no conclusion could

3   be drawn related to NHL based on available data.

4           So that support -- in my mind, that supports

5   and is directly, you know, tied to the overall analysis

6   that there was not -- not sufficient evidence to say

7   that this is a carcinogen.

8   Q       Fair enough.  And then on No. 25 of Exhibit 4,

9   which, again, is on the second page, is the EPA's

10  Evaluation of Carcinogenic Potential from 2017.

11          Do you see that?

12  A       Yes.

13  Q       Do you know if the document -- if the position

14  of the EPA toward the association between glyphosate and

15  non-Hodgkin's lymphoma changed between 2016 and 2017?

16  A       Without reviewing -- and I couldn't speak to

17  specifically the NHL component of that.  But I think the

18  overall conclusion remains that it was not a probable

19  carcinogen.

20  Q       And I understand you're not an epidemiologist,

21  not a toxicologist.  But when you read a conclusion

22  regarding the association between glyphosate exposure

23  and risk of NHL cannot be determined based on the

24  available data, in your mind, does that rule out a

25  potential association?

1          MR. DHINDSA:  Objection.

2          THE WITNESS:  I wouldn't say that rules it

3   out.  It says that there's no -- insufficient evidence

4   to support that hypothesis or that -- lack of data --

5   let me see if I can say that better.

6          The data that were reviewed -- the way that I

7   read that is that the data reviewed does not support

8   that there was an association.  So all you can say from

9   that is that there's not an association based on these

10  data.  It doesn't rule out the fact in any way.

11         I'm sorry.  That was very circular.  There's

12  lack of evidence to suggest that there is an

13  association.

14         MR. MILLER:  Fair enough.  I'm going to hand

15  you what we're going to mark as Exhibit 9.

16         (Whereupon Plaintiffs' Exhibit 9

17         was marked for identification.)

18         MR. MILLER Q:  And I'll represent to you that

19  Exhibit 9 came from an Excel spreadsheet provided to us

20  by Monsanto in discovery that was quite lengthy, and I

21  took out pages pertinent to you.  And I thought I had

22  written down the Bates number, but I did not.  And I

23  will get that to you to make the record complete.

24         Exhibit 9 has a list of accounting data.  And

25  the headers to the spreadsheet are on the next page.

1    What I see reflected here is going back to 2013, the

2    last entry on the first page.  And it says $25,000, Dr.

3    Hanson, unrestricted gift.

4            My question to you, do you recall getting

5    unrestricted gifts from Monsanto back in 2013?

6            MR. DHINDSA:  Objection to any questions based

7    on this document.

8            Go ahead.

9            THE WITNESS:  This is a very unclear document,

10   so I'm not sure what all of this refers to.  I have -- I

11   recall getting -- I think two years in a row, I had gift

12   support to my program from Monsanto.  And if it was

13   25,000, that sounds plausible.  I don't recall that

14   specifically, but I thought there were two years in a

15   row.  And it might have been 2013 and '14 or '12 and

16   '13.

17           MR. MILLER Q:  So if you go up to the third

18   line from the top and it's a July 2014 $25,000, Dr. Brad

19   Hanson, unrestricted gift, do you see that?

20           MR. DHINDSA:  Same objection.

21           THE WITNESS:  Yes.

22           MR. MILLER Q:  Could that be what you were

23   discussing there, two years back to back?

24           MR. DHINDSA:  Objection.

25           THE WITNESS:  It could be.  Yes, it could be.

1          MR. MILLER Q:  Do you recall what you used the

2     unrestricted gifts for back in 2013-2014?

3     A          I don't think there was a specific purpose for

4     that gift.  When I -- when my program -- at UC Davis,

5     when a program gets an unrestricted gift, it all goes

6     into one pot.  So there's one account number that all of

7     my unrestricted gift funds would go into.  And it

8     becomes disaggregated I would describe it from the

9     original donor.

10          So to answer your question more specifically,

11     I don't know -- that there would have been no specific

12     use that this gift or any others would have been used

13     for.  But in a general sense, they would be used to

14     support travel and supplies and equipment and graduate

15     student support and sending students to meetings and

16     putting -- you know, paying for my fleet services, truck

17     fuel and that sort of thing, general programatic

18     support.

19     Q          I understand.  And at the top, it's got a July

20     of 2015 $15,000, Dr. Brad Hanson/Weed Management

21     Education and Training.

22          As you sit here reading this document -- I

23     understand you hadn't seen it before -- what would -- if

24     you know would money going toward weed management

25     education and training, would that be the same gift

1    account or different?

2              MR. DHINDSA:  Objection.

3              THE WITNESS:  I don't recall that amount

4    specifically.  But in 2015, one of my colleagues and I

5    put on a series of training seminars in California and

6    in the western U.S.  And there was some support I think

7    from Monsanto for that.  Because it says education and

8    training, I suspect that this would have been related to

9    that series of workshops.  I believe we did three in

10   California, two in Washington, one or two in Oregon.  I

11   think we did one in Arizona also related to

12   glyphosate-resistant weeds, utility of the herbicide.

13             But it was more of a series of workshops aimed

14   at practitioners.  And that would be my best guess.  But

15   I don't know that for sure because of the timeframe.

16   Q       And as we discussed earlier from your CV that

17   part of what was the unrestricted gift, the $250,000, a

18   small portion of that was from Monsanto for the last

19   three years; correct?

20   A       Yes.

21   Q       Is it fair to say that the unrestricted gifts

22   would have been continuous from 2000 and -- never mind.

23   We got the whole times covered.  Strike that.

24   A       If I might offer something.

25   Q       Sure.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    99

```
 1   A        That list on my CV, that three-year timeframe

 2   suggests that I probably pulled that together for one of

 3   my review packages.  And there would be nothing

 4   particularly significant about three years other than

 5   I'm reviewed on a three-year cycle by my department.

 6   Q        Okay.

 7   A        But that sort of funding, it would be

 8   reasonable to say that that level of funding would be

 9   about what I've gotten year over year for the last five

10   or six years or more.

11            MR. MILLER:  Okay.  Thank you.

12            I'm going to hand you what will be marked as

13   Exhibit 10.

14            (Whereupon Plaintiffs' Exhibit 10

15            was marked for identification.)

16            MR. MILLER Q:  I'll represent to you this is

17   an article I found online titled Seeking a World Without

18   Roundup.  And there is a -- there it is.  It's Epoch

19   Times by an author Tara Macisaac.

20            Have you seen this article before?

21   A        I was interviewed for this article.  And I --

22   she sent me a link to it after it was published.

23   Macisaac I think is how her name is pronounced.

24   Q        Thank you.  Did you take time to read the

25   entire article?
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    100

```
1    A         I think when she sent it to me, I looked to

2    see if I was quoted correctly.  But I don't recall if I

3    read the whole article or not.

4    Q         Okay.  Your quote appears to be on the second

5    page.

6    A         Yes.

7    Q         Do you see that?

8    A         Yes, I do.

9    Q         And your quote, they have you down as Brad

10   Hanson, Weed Specialist, UC California Davis.  And the

11   quote is, "'There's not a single, across-the-board

12   replacement' for glyphosate, said Brad Hanson, a weed

13   specialist at the University of California-Davis.  'In

14   most situations, I would say, it could be worked around.

15   But those work-arounds may have their own challenges to

16   the environment or to safety.'"

17             Okay.  My question is, what do you mean by the

18   product could be worked around?

19   A         So the premise of Tara Macisaac's article was

20   could we have a world without Roundup.  And I think

21   that's what her question was to me.  And I offered that

22   suggestion that, sure, there are always other ways to

23   remove weeds.  There are other herbicides.  There are --

24   you know, tillage operations could be done.  You could

25   send people out to pull weeds out of fields or out of
```

1   landscapes.  And the weeds can be removed a number of

2   ways.  But not all of those solutions work equally in

3   all situations, particularly related to herbicides.  Not

4   every herbicide could be used in the same way that

5   Roundup could be used.

6           And then in the latter part of that comment,

7   work-around, including chemicals but also the

8   non-chemical approaches, have their own set of

9   challenges.  What I meant when I said that to Tara and

10  what I mean when I say that to other users is basically

11  weed control -- to achieve high levels of weed control

12  that's important for crop productivity, safety, all of

13  the reasons we control weeds, it takes a significant

14  amount of input.

15          It could be chemical such as Roundup and other

16  herbicides or it could be labor such as sending your

17  children out to pull weeds or women in developing

18  countries or immigrants, undocumented immigrants, or

19  it's going to be fuel related.  So, you know, diesel

20  fuel and the carbon emissions that are tractor-based

21  management tool would result in also has an

22  environmental impact.

23          And so I always talk about the trade-offs

24  being -- you know, there's not a one-size-fits-all

25  solution.  Roundup is not a one-size-fits-all solution.

```
1    It's just a very, very useful tool.  But there's no weed

2    management that's without impacts, environmental,

3    societal, et cetera, economic.

4    Q        Okay.  Thank you.

5             MR. DHINDSA:  Good time for a quick break?

6             MR. MILLER:  Sure.

7             (Whereupon a recess was taken.)

8             MR. MILLER Q:  Do you work with a -- and

9    excuse me if I don't pronounce this properly -- a Kassim

10   Al-Khatib?

11   A        Yes.  I work with Dr. Kassim Al-Khatib.  He's

12   a colleague.  He's a professor of weed science at UC

13   Davis.

14   Q        Were you aware that he testified in a Roundup

15   trial?

16   A        I was aware of that.

17   Q        Did you have an opportunity to discuss that

18   with him?

19   A        No, I did not.  I had an opportunity.  I did

20   not discuss it with him.

21   Q        Fair enough.  Did you not discuss it with him

22   at the request of a third party?

23   A        It would be standard practice not to discuss

24   litigation with an expert.

25   Q        Fair enough.
```

1    A        There's a small break, can I make an addition

2    to my Materials Considered List?  This is something that

3    came up and should have been added to the list.

4    Q        Sure.

5    A        There was -- in one of our deposition

6    preparations, this article was raised to my attention --

7    or re-raised to my attention and I had seen it

8    previously.  And this is -- would help in forming some

9    of my opinions.  It's a Nature Communications article by

10   Dr. Andrew Kniss.  I wondered if we could add that to

11   the materials list.

12            MR. MILLER:  We certainly can.  And to make

13   the record complete, we are going to mark this as

14   Exhibit 11.  There you go.

15            (Whereupon Plaintiffs' Exhibit 11

16            was marked for identification.)

17            MR. MILLER Q:  We've marked Exhibit No. 11.

18   And it's an article.  It appears to be out of Nature

19   Communications titled Long-Term Trends in the Intensity

20   and Relative Toxicity of Herbicide Use.

21            Is this a document that you found on your own

22   search or was this provided to you by Counsel?

23   A        I was reminded of it recently by Counsel, but

24   I had actually seen -- I've either seen the article or

25   I've seen early versions of the article from Dr. Kniss

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    104

1    previously.  He's a counterpart of mine at the

2    University of Wyoming.  And I interact with him

3    regularly in scientific conferences.  So I was aware of

4    this sort of analyses that he presented in this paper

5    and would -- would have informed my opinions in many

6    instances of this case, more general information related

7    to pesticide toxicity and trends.

8    Q        Is there anything case specific to Mr. Hall

9    that helped you formulate your opinion from this

10   article?

11   A        There's nothing specific to Mr. Hall in this

12   article.  It's more related to the general toxicity and

13   comparisons of toxicity among glyphosate and other

14   herbicides and herbicide -- it's basically an analysis

15   of herbicide use trends over time using something

16   called -- what do you call it? -- intensity quotient or

17   something along those lines that basically looked at

18   toxicity, both acute and chronic, in several major

19   crops, I think six or seven major crops, corn, soybean,

20   cotton, canola, probably sugar beet.  Maybe not sugar

21   beet, but rice is in there.  It's more of a general use

22   of pesticide, agricultural use of pesticide, long-term

23   trends I think over a 25-or-so-year period.

24   Q        In layman's terms, what is acute toxicity of

25   glyphosate as it would apply to a field or a crop?

1   A        The acute toxicity wouldn't be something that

2   I would be discussing related to the crops specifically

3   or to a weed in the case of the organisms.  I would be

4   thinking about acute toxicity in terms of an exposure, a

5   non-target exposure, and "acute" meaning rapid onset of

6   toxilogical problems.  Usually I would think of that as

7   mortality, something that would occur rapidly.  And that

8   would be different than chronic toxicity, which would be

9   something that would develop over a longer period of

10  time.

11  Q        So this article goes to toxicity to humans or

12  use of the product?

13  A        Well, I mean, a lot of data presented about

14  acute toxicity would be in reference to humans, but it

15  would be using animal model systems, rat and mouse,

16  fish, birds.  Those are the sort of data that are

17  provided to regulatory agencies about the acute toxicity

18  of a pesticide.

19  Q        Is it fair to say that the -- you're not

20  familiar with the underlying studies that were used, if

21  any, in this, but it's the outcome or the summary that

22  you will rely on?

23  A        Right.  Are we still talking about No. 11?

24  Q        Eleven, yeah.

25  A        So my understanding of the analysis that Dr.

1    Kniss used was accepted values relative to the acute

2    toxicity, which is often measured by LD-50, or Lethal

3    Dose 50.  That's the apples-to-apples comparison that

4    are made and also to the chronological toxicity of the

5    various herbicides used in using approved standards that

6    are used to describe chronic toxicity.

7              But I definitely didn't dig into the

8    underlying data, and I doubt Dr. Kniss did.  This is

9    using published values.

10             MR. MILLER:  I'll read it as quick as I can on

11   the next break.  I'll put that aside.

12             I'm going to mark as Exhibit 12.

13             (Whereupon Plaintiffs' Exhibit 12

14             was marked for identification.)

15             MR. MILLER Q:  I'll represent to you that

16   Exhibit 12 is a PowerPoint that I found online.

17             Have you seen this document before?

18   A         Yes, I have.

19   Q         And it's titled Glyphosate Herbicide;

20   background, issues, and discussion, Brad Hanson.

21             Is that you?

22   A         Yes, it is.

23   Q         And who did you make this PowerPoint for?

24   A         This particular version was given to -- at a

25   public meeting at Contra Costa County, California.  The

1    county ag commissioner has -- I think they call it their

2    IPM Committee, their Integrated Pest Management

3    Committee.  My understanding is they have a monthly or

4    maybe every-other-month open meeting about topics of

5    interest to their public.

6              And they asked me to come speak about

7    glyphosate, because I believe they were being challenged

8    by some residents or organizations within Contra Costa

9    County about the County's use of glyphosate-based

10   herbicides for weed control.

11   Q        And was one of their concerns its potential

12   carcinogenic effect?

13   A        That was one of their concerns.  That was the

14   driver for increasing the pressure on the County.

15   Q        What funds, if any, did you use to either

16   travel to or stay in order to give this presentation?

17   A        I doubt I used any specific funds for this,

18   because Contra Costa County is only an hour or so away

19   from where I work.  And I would have driven one of my

20   university vehicles that I would pay from various --

21   either from my gift funds or from grant funds.  But I

22   wouldn't have specifically used any earmarked money for

23   this trip.

24   Q        Have you given this type of talk to any other

25   county or municipality or anything along those lines?

1    A        I believe I've given a similar talk one other

2    time.  An earlier version, I gave something along these

3    lines to a group of grape growers in Napa or Sonoma

4    County, although I believe that time predated the IARC

5    designation.  So that focus probably had the same title,

6    but the controversies would have been a little bit

7    different, mostly related to weed resistance and

8    micronutrient chelation.  The IARC designation and that

9    part of this presentation was added for Contra Costa.

10   Q        It's fair so say, though, if you did need to

11   travel by flight and get a hotel, then the funds would

12   have come out of the gift fund in order to give this?

13           MR. DHINDSA:  Objection.

14           THE WITNESS:  Probably yes, but I don't

15   generally fly.  I'm a statewide expert, but my area is

16   mostly in the central valley, because I primarily work

17   with tree and vine growers.  So the vast majority of my

18   travel is driving.

19           But if I -- I pay for those vehicles or if I

20   used a personal vehicle, I would reimburse my travel out

21   of those gift funds and if I stayed overnight.  Mostly I

22   would reimburse out of those gift funds.

23           Occasionally the -- sometimes people who

24   invite me would pay for the hotel room.  Rarely,

25   unfortunately.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    109

1            I would add to that, my primarily clientele,

2     though, is other UC cooperative extension people.  So

3     they don't necessarily have budget to pay for my travel.

4     If I go give a talk to Fresno County, you know, a

5     cooperative extension, that's very different than

6     speaking at a professional applicator conference or

7     something along those lines.

8     Q         And looking at page 1 of Exhibit 12, it's

9     titled Glyphosate herbicide; background, issues and

10    discussion, safe to say the entire talk was about

11    glyphosate?

12    A         Yes.  That's what they asked me to speak

13    about.

14    Q         And did you have an understanding of what

15    specific issues they wanted you to talk about before you

16    arrived?

17    A         I did.  The organizer of that committee asked

18    me to -- she may have given me that title, actually, or

19    that she wanted to have a discussion about glyphosate

20    issues.  She also warned me that it might be an

21    unfriendly audience.

22    Q         Unfriendly audience meaning that the audience

23    would have supported the theory that there's an

24    association between glyphosate use and non-Hodgkin's

25    lymphoma?

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    110

```
1              MR. DHINDSA:  Objection.

2              THE WITNESS:  I don't know if they would

3   specifically talk about non-Hodgkin's lymphoma, but that

4   they were very anti-pesticide use action group.

5              MR. MILLER Q:  And did you arrive to a hostile

6   crowd?

7   A          It was not as hostile as I feared.

8   Q          If we go to page 12 --

9   A          Page 12 or slide 12?

10  Q          I'm sorry.  Would be page 12, the slide on the

11  top.  Do you have page numbers?

12  A          "In the news"?  Is that what it says?  I don't

13  think I have page numbers.

14  Q          Oh, interesting.  How did that happen?

15  A          They're all page 1.  Mine are all page 1.

16  Q          That's interesting.

17             MR. DHINDSA:  May I help him find the page?

18             MR. MILLER:  Sure.  Sorry about that.  I don't

19  know what happened there.

20             THE WITNESS:  Apparently I'm long-winded.

21  Yeah.  I'm there.

22             MR. MILLER Q:  Thank you.  Sorry about the

23  page numbers.

24             Did you create these slides?

25  A          Yes, I did.
```

1   Q        And on the top slide -- and unfortunately

2   yours is not numbered page 12, but you have the slide in

3   front of you we're discussing.  And it says, "In the

4   news... Glyphosate as 'probable carcinogen.'"

5            Do you see that?

6   A        Yes, I do.

7   Q        And do you recall what narrative you had to go

8   along with the slide?

9   A        Sure.  So leading up to the slide, I think I

10  might have talked about -- I talked generally about the

11  herbicide, what it was and how it worked and what the

12  chemical properties were.

13           And then I believe I started leading in to

14  some of the controversies or the reasons it was in the

15  news.  And this was in I think early 2017 or mid 2017.

16  So the IARC designation was still relatively new at that

17  time or it had been gaining a lot of traction I would

18  say, so it was in the public sphere.

19           So I wanted to raise the issue, and I

20  discussed the probable carcinogen 2-A rating by the IARC

21  and acknowledged that that was in the news and an

22  important discussion topic.

23  Q        And would you say that the narrative that you

24  passed on to Contra Costa IPM was one of, "These are the

25  facts and you can decide on your own" or did you give a

1  message of, "I don't believe it's carcinogenic"?

2              MR. DHINDSA:  Objection.

3              THE WITNESS:  I believe what I -- what I would

4  strive to present, and what I assume I did present

5  there, at the beginning of my presentation I always

6  outline who I am and what I do, that I am a weed

7  scientist and a weed control person, not a -- not an

8  epidemiologist, not a cancer researcher.  So I always do

9  give that caveat.

10             What I try to do with this slide and

11 similar -- when I've done something similar in the past,

12 acknowledge the IARC evaluation, explain that it was an

13 evaluation of existing data, that there wasn't some new

14 data that was available to IARC that had not been

15 previously available, but that the IARC came up with a

16 conclusion that differed from other -- the IARC is not a

17 regulatory agency, but their conclusion differed from

18 regulatory agencies that had reviewed those data and

19 additional data and come up with a conclusion that it

20 was not a probable carcinogen.

21 Q       So was it fair to say, then, that your message

22 was neutral, that some folks have determined it is

23 carcinogenic and some have not?

24             MR. DHINDSA:  Objection; mischaracterizes his

25 testimony.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    113

1           THE WITNESS:  I don't think I would say I'm
2    neutral.  I think I would -- again, I reveal my bias as
3    a herbicide researcher -- or not bias -- that I am a
4    herbicide researcher.  So clearly I am not afraid of
5    chemicals.
6           What I try to explain is that the IARC
7    evaluation is sort of an outlier, you know, a number of
8    other agencies have come up with a different conclusion.
9           Then I usually will go into discussing how
10   our -- in our country, the U.S. EPA is the regulatory
11   body that makes those decisions.  And in my mind as a
12   public sector researcher, if a product is registered and
13   labeled and can be legally used within certain
14   parameters, you know, rates and equipment and so on,
15   that it's usable.
16           And I think in this particular group, there
17   was interest in having the herbicide banned because of
18   the IARC designation.  And I typically try to explain
19   that that's not -- that anybody is free to use or not
20   use a herbicide.  They're not required to, but currently
21   it's a registered product in California and in the U.S.
22   Q        Did you inform the crowd that you had received
23   gifts from Monsanto?
24   A        I did not talk at all about where my funding
25   comes from.  But a few weeks after I gave this

1    presentation, there was a Freedom of Information Act

2    request, and so they did find that out.

3    Q        Did you ever get a copy of what was received

4    on that Freedom of Information Act?

5    A        I had gotten a copy of what the university had

6    provided to the requesters, which was basically a

7    spreadsheet of gifts and grant funds.

8    Q        Are you aware that the Contra Costa IPM that

9    you gave the talk to falls under the Contra Costa Health

10   Services?

11   A        I'm not really familiar with the structure of

12   the County's departments, so no.

13   Q        It takes a lot of trees to make a deposition

14   happen.

15            I want to talk about glyphosate resistance

16   or -- no.  What's the term?  Yes.  Glyphosate resistance

17   as it builds up in weeds.

18   A        Okay.

19   Q        Explain to a layman what that means.

20   A        So the definition of the -- that the Weed

21   Science Society of America uses to describe resistance

22   is the evolved -- I'll paraphrase it here.  But it's an

23   evolved trait that is heritable and basically results in

24   a formerly susceptible species having populations or

25   biotypes that are no longer sensitive to the species.

1          And the difference -- and it's important to

2     differentiate that from tolerance, which the same -- or

3     describes as -- I paraphrase it as the species we've

4     never been able to control.  So resistance is, "We used

5     to been able to control it.  Now we can't."

6          Tolerance is, "We've never been able to

7     control that weed with this herbicide."

8          So basically -- I'll try to be brief because I

9     do research in this, so I can talk about resistance all

10    day long if you want.

11    Q         I'm not going to hold you to that.

12    A         Essentially pesticides in general impose a

13    high degree of selection pressure.  So if in the case of

14    weeds there's an unusual individual that happens to have

15    a mutation or some change that imparts -- you know, that

16    allows the individual to survive a normally lethal

17    pesticide application, there's a great deal of incentive

18    or opportunity for that individual to be a founder

19    population and have progeny that carry that trait

20    forward.

21          So if I -- if there's a million weeds in a

22    field and I control all but one of those with a

23    glyphosate, that one will produce seed and quickly

24    become to dominate the subpopulation.  I mean, it's the

25    same species, but it would be a resistant biotype

1   compared to the normally susceptible wild type or

2   biotype.

3           So highly-effective pesticides impart a great

4   deal of selection pressure and can -- and as weeds have

5   random mutations that don't happen to kill the plant for

6   some other reason, we can select resistant populations.

7           And I would add that that's, you know, very

8   important for glyphosate.  There are lots of other

9   herbicide-resistant weeds to other classes of chemicals

10  when they're used -- when they're the only practice

11  used, you'll find a population that will be -- you may

12  find a population of some weeds that are able to

13  tolerate that.

14          And that's not unique to weeds either.  We

15  have insects that are resistant to various insecticides.

16  We have antibiotic resistant human diseases in

17  hospitals, like resistant staphylococcus and things.  So

18  it's the same idea.  Selection pressure for unusual

19  individuals that are then quickly able to build up in

20  the population.

21  Q       I followed the vast majority of that.  What

22  does selection process mean?  Just in layman's terms.

23  A       Well, it's essentially -- you can think of it

24  like evolution.  I mean, typically we would think about

25  evolution in a very long term, like, Darwin survival of

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    117

1    the fittest.  This happens in very fast time because --

2    because survival of the fittest means it survived the

3    herbicide application or the insecticide application.

4    So instead of it being over many, many, many

5    generations, this could happen over a very few number of

6    generations because of the high mortality on everything

7    that isn't tolerant.

8    Q        So if a weed is glyphosate resistant, that

9    means it's only resistant to an application of

10   glyphosate going forward, and the other herbicide would

11   have the same affect that it normally would have;

12   correct?

13   A        I think I'll give a qualified yes to that.  To

14   my knowledge, the mechanisms that I'm familiar with that

15   impart resistant to glyphosate have not been shown to

16   impart cross-resistance to other classes of herbicide

17   modes of action.

18   Q        Isn't the resistance to glyphosate when

19   speaking to weeds, that would be a negative; right?

20   There's nothing positive about that?

21            MR. DHINDSA:  Objection.

22            THE WITNESS:  The resistance to glyphosate

23   would be very positive to the weed.  It would be very

24   negative to the person trying to manage that weed.

25            MR. MILLER Q:  Thank you.  You said it better

1    than I did.

2            What is -- as a weed scientist, what are the

3    concerns with glyphosate-resistant weeds?

4            MR. DHINDSA:  Objection.

5            THE WITNESS:  Well, essentially resistance to

6    any pesticide just results in the fact that that pest

7    can't be controlled by that normally and previously

8    effective control measure.

9            So what happens in an agricultural field is if

10   you start to build up resistance in one subpopulation of

11   one weed, the herbicide may still be effective on all or

12   most of the other weeds in that field.  But you'll see a

13   shift and a buildup of the one, you know, subpopulation

14   that's resistant.

15           And that can also happen with tolerance

16   species, too.  You can have introduction of weeds that

17   are able to survive for whatever reason.  Essentially it

18   just removed an effective tool from a weed manager's

19   toolbox.

20   Q        Meaning the glyphosate would no longer be an

21   option to fight that weed?

22   A        To fight that weed; correct.

23   Q        Then how would you advise a farmer as a weed

24   scientist to manage a field that has developed

25   glyphosate-resistant weeds?

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    119

1           MR. DHINDSA:  Objection.

2           THE WITNESS:  Both before the development of

3    resistance and after the development of resistance, a

4    weed scientist recommendation is generally going to

5    be -- reduce the selection pressure.  And the way that

6    you reduce selection pressure is to use multiple

7    strategies.  Because if I only use glyphosate and my

8    only weed control in that crop, maybe even in that

9    rotation is glyphosate, glyphosate followed by

10   glyphosate, and next year, it's glyphosate and more

11   glyphosate, that's a huge amount of selection pressure

12   for resistance to glyphosate.

13           So if a grower or manager changes up that and

14   says, "I'm going to use glyphosate plus another

15   herbicide that's also effective on those weeds," now I

16   have two different modes of action that could be

17   controlling that weed.

18           So if it happens to have a mutation that

19   causes resistance to glyphosate, it's probably not going

20   to also be resistance to some different mode of action.

21           So we often talk about ten, next year's or

22   sequential applications, you know, glyphosate in the

23   first application, something else in the second

24   application.  We definitely recommend, you know,

25   integrated strategies, which could be part of -- you

1   know, done in the rotation.

2           In the midwest where this case is important,

3   corn followed by soybeans would be provided

4   opportunities to use different herbicides or other weed

5   control strategies in the corn part of the rotation

6   versus the soybean part of the rotation.  And then we

7   would also try to recommend, where feasible, to use

8   non-chemical approaches.  And that could be tillage.

9   That could be hand weeding, biologicals; although there

10  are not a great deal of biologically-important weed

11  control options in most of our major crops.

12          So it's basically just to use multiple

13  strategies instead of only using one strategy.

14  Q       Is it a problem that gets worse over time as

15  the selection process if you will, if I'm using that

16  accurately, through time, then wouldn't the weed get

17  more resistant in time?

18          MR. DHINDSA:  Objection.

19          THE WITNESS:  I think there are examples of

20  weeds developing greater levels of resistance, but I

21  think that's relatively uncommon.  There are a few

22  specific cases where -- where that is true.

23          But with glyphosate, most of the examples that

24  I'm aware of, you would see -- it would become an

25  increasing problem because there would be more of those

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                   121

1    resistant individuals.  So they would make up a greater

2    and greater proportion of the population, but they

3    wouldn't necessarily individually be tolerant of a

4    higher dose of glyphosate.

5    Q        Once it's tolerant, it's tolerant?

6    A        Yes.  For the most part, when something has a

7    mechanism of resistance, it's not likely to go back and

8    become sensitive.  There are a few cases where there's

9    what we call a fitness penalty, so whatever mutation

10   imposes the resistance somehow makes the plant less

11   efficient in some other way.  It's less effective at

12   photosynthesizing energy.

13           And just to pull a number out of the air, if a

14   plant is 50 percent as efficient in photosynthesis,

15   that's still better than being dead.  So if you remove

16   the selection pressure of a herbicide in that case,

17   eventually that less efficient plant subtype would

18   diminish in the population.

19           But in the case of glyphosate, there's not

20   been any clearly-documented fitness penalties.  So I

21   think it's fair to say if you have glyphosate

22   resistance, you're going to keep it, that the mechanisms

23   of tolerance don't seem to impart any growth penalty or

24   reproductive penalty on the individual.

25   Q        And if a plant is glyphosate resistant and it

1    goes to seed, would those seeds and subsequent plants be

2    glyphosate resistant?

3    A        Yes.  It's a genetically controlled heritable

4    trait.

5             MR. MILLER:  I'm going to hand you what we're

6    going to mark as Exhibit 13.

7             (Whereupon Plaintiffs' Exhibit 13

8             was marked for identification.)

9             MR. MILLER Q:  And this is an article.  It's

10   from 2011, Grapegrowers Face Herbicide-Resistant Weeds.

11            Is that a picture of you?

12   A        It's a picture of a very youthful me with a

13   very unfortunate haircut.

14   Q        I like it.  And under the picture of you, it

15   says, "Cooperative extension weed specialist Dr. Brad

16   Hanson, chair of Weed Day 2011 at the University of

17   California, Davis."

18            What is Weed Day?

19   A        Weed Day is an annual extension event that the

20   UC Davis weed science group has put on for about 62 or

21   63 years.  We do it every year in July.  We get about

22   100 to 150 attendees, scientists, farmers, crop

23   protection chemical producers.

24            MR. JANSEN:  Are you sure it's not April 20th

25   every year?

1              THE WITNESS:  That's a different weed day.

2   This is based on weed management.  And it's basically an

3   open house and data presentation.  We typically have a

4   half-day field tour where we look at weed control,

5   research plots in the field.  And then we have a half a

6   day where we look at -- have presentations of research

7   that's done off station.

8              So it's an all-day event that we've done for

9   60-plus years.  And I chair it about every second or

10  third year.

11             MR. MILLER Q:  Okay.  Thank you.

12             If you look at the very top of the second page

13  if the staple doesn't get in your way, it says, "Hanson

14  told Wines and Vines, 'We're seeing problems with

15  glyphosate resistance, and I suspect we will see more.'

16  Glyphosate is the active ingredient in Roundup,

17  Touchdown and several other post-emergent or 'contact'

18  herbicides."

19             If this dates back to 2011, did you

20  continuously see glyphosate resistance as a problem in

21  the vineyards?

22  A         Yes, I have.  I mean, we've had

23  glyphosate-resistant weeds in California perineal crops

24  for 20 years, but we're seeing more individual species,

25  you know.  We're finding more and identifying more.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                          124

```
 1            That's been a cornerstone of my research
 2   program since I started at UC Davis.  I've had several
 3   graduate students that have worked -- graduate students
 4   and postdocs that have worked on some aspect of
 5   herbicide resistance, glyphosate and others.
 6   Q        And then it's got the table there the same
 7   page about halfway down, Herbicides Used on California
 8   Grapes in 2009?  And it shows that the active
 9   ingredient, glyphosate, typical brand Roundup, was
10   mostly used on -- that would be 204,000 acres here in
11   California.
12            My question is, if you know, is glyphosate
13   still the primary herbicide used in vineyards in
14   California today?
15   A        Yes, it is.  And that's true of all the
16   perineal -- woody perineal crops in California, tree
17   crops, vine crops.  Glyphosate would be the No. 1 used
18   herbicide on a per treated acre basis.
19   Q        How would you explain to a layperson that if
20   in 2011 you're developing glyphosate resistance and that
21   is the most used chemical out there, why would it still
22   be the most used chemical in 2018?
23   A        When we start to see problems with resistance
24   in a crop or in a field it will be -- it's generally
25   limited to one or a few species.  And in any given
```

1    field, there's likely several dozen important weed

2    species.

3              So if I have resistance to one species, but

4    glyphosate still controls 90 percent of the others, most

5    of the growers will continue to use glyphosate.  And

6    they'll add something either in that tank mix or in

7    the -- somewhere -- elsewhere in the rotation to bring

8    some extra control on the resistance biotype.

9              So basically in these crops, glyphosate still

10   remains an important part of almost every mixture.

11   They're just adding something else to it to pick up the

12   weeds that glyphosate misses or whatever reason,

13   resistance or otherwise.

14   Q        How is Roundup used in vineyards?

15   A        So in vineyards and in orchards, which is a

16   very similar system, they would -- Roundup is always

17   used as a post-emergent herbicide.  So that means it's

18   applied when there is vegetation present.  I think I

19   said earlier, glyphosate doesn't have any soil activity,

20   so it only controls vegetation that's existing when the

21   application is made.  You spray it on green weeds.

22             In the vineyard and orchard system, they would

23   typically apply glyphosate below the canopy.  In vines,

24   which this article was in a vineyard magazine, they're

25   trellised up a few feet or more off the ground.  And the

1    application would be made pointing downward at a strip

2    at the base of the vine or the tree.

3              And so they would have a sprayed area.  Some

4    portion of the orchard or vineyard floor would receive

5    the herbicide treatment and some portion would not.  In

6    between the rows would typically not be treated or not

7    treated with the same intensity that other -- that the

8    tree row or vine row would.

9    Q        If it is sprayed on a plant or the soil

10   between the vines, is there any threat at all of it

11   getting to the roots of the grapevine?

12   A        So glyphosate is very tightly bound to soil

13   because of its chemical properties.  It's really tightly

14   bound to clay material, which have pot -- glyphosate

15   acid has a negative charge, and clay particles and

16   organic material in the soil have a lot of negative

17   charge sites.  So it's really, really tightly bound to

18   most soils.

19             So the chance of root exposure is really,

20   really low.  It just doesn't leach to any appreciable

21   degree.  It doesn't move in soil in a way that most of

22   the time that the crop -- that a permanent crop, a

23   deeply-rooted crop, like a grape or tree, would be able

24   to get up.  It's also hard to get off soil even in the

25   laboratory.  It's really tightly bound.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    127

1    Q         And it decomposes to APAM; is that correct?

2    A         A-M-P-A.  AMPA.

3    Q         How long does that process take?

4    A         The half life of glyphosate in most soils is

5    what I would describe as low to moderate.  I mean, I

6    think our half life in active soils are probably

7    something like 40 or 50 days.  And the first degradation

8    step would be either AMPA, also glyoxalate, but I don't

9    remember which order they come in.

10             My understanding -- I don't work in this area

11   specifically, but my understanding is the half life of

12   AMPA is similar to glyphosate.  So it would then be

13   broken down into the next level of metabolites.  And I

14   don't know what those are off the top of my head.

15             And a half life means that during that period

16   of time, half of the material would disappear into --

17   dissipate and be metabolized into the first phase of

18   metabolism steps.  And another half life, you'd be down

19   to a quarter.  And the third half life, you'd be down to

20   one-eighth.  So that's the generally considered way that

21   we describe degradation kinetics and of compounds in the

22   environment.

23   Q         Any negative aspects to having AMPA in the

24   soil?

25             MR. DHINDSA:  Objection.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    128

1          THE WITNESS:  I don't really work in that

2   area, so I couldn't speak to that specifically.  AMPA

3   has very little herbicidal activity, so it doesn't have

4   a weed control aspect to it.

5          MR. MILLER Q:  Were you involved in the Weed

6   Science Society of America?

7   A          Yes.  I am a member of the Weed Science

8   Society of America.  That's my national professional

9   organization.

10  Q          Is Monsanto involved in Weed Science Society

11  of America at all?

12  A          A lot -- my understanding is -- let's see.

13  Monsanto is probably a supporter of the society.  I

14  mean, it provides funds to help the society run.  And

15  most of the manufacturers and a lot of organizations do.

16          And then individually, there are undoubtedly

17  many Monsanto scientists, weed scientists, who are

18  members of the society.  We're made up of public and

19  private sector weed scientists.

20  Q          Are you familiar at all with the recent study

21  that came out suggesting that there's association

22  between honeybee colony degradation and use of

23  glyphosate?

24  A          I haven't seen any specific studies about

25  that.  My understanding is glyphosate directly applied

1    to honeybees is very, very low toxicity or essentially

2    nontoxic.  But I'm not familiar with the study you're

3    talking about specifically.

4              MR. MILLER:  I'll mark Exhibit 14.

5              (Whereupon Plaintiffs' Exhibit 14

6              was marked for identification.)

7              MR. MILLER Q:  This is the study that I

8    believe came out recently.  I'm looking for a date here.

9    Approved August of 2018 titled Glyphosate perturbs the

10   gut microbiota of honey bees.

11             Is this the type -- I know you said you didn't

12   see the study, but you're familiar with that theory if

13   you will?

14             MR. DHINDSA:  Objection.

15             THE WITNESS:  I know there has been research

16   on effects of glyphosate and other herbicides on various

17   members of gut microflora, microfauna.  But I'm not -- I

18   don't work in that area of science, so I'm not really

19   familiar with it.

20             MR. MILLER:  What did we mark that, as 14?

21             MR. DHINDSA:  Fourteen, yes.

22             MR. MILLER Q:  Are you familiar with

23   GMOanswers.com, a website?

24   A        Yes, I am.

25   Q        Are you involved in that in any way?

1    A        No, I am not.

2    Q        Are you aware of Monsanto's involvement, if

3    any, in GMOanswers.com?

4    A        I don't know the specifics of any Monsanto

5    scientists or their organization.

6             MR. MILLER:  I just got rid of about seven or

7    eight questions.  Moving right along.

8             I'm going to hand what you I'm going to mark

9    as Exhibit 15.

10            (Whereupon Plaintiffs' Exhibit 15

11            was marked for identification.)

12            MR. MILLER Q:  And have you seen this document

13   before, sir?

14   A        Yes.  I wrote this document.

15   Q        All right.  And am I accurate in saying that

16   this is a letter from you, a notice of intent letter

17   regarding glyphosate to the information that was

18   received by IARC?

19   A        This is a letter I wrote as a public sector

20   weed scientist in the University of California system

21   during a public comment period, EPA public comment --

22   oh, I'm sorry.  This is a California version, a OEHHA

23   public comments.

24            So yes.  I provided this background

25   information and some -- raised some concerns that from a

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                        131

1    weed management standpoint that I wanted them to be very

2    certain of their science before making a negative

3    decision on this really important weed management tool.

4    Q          Understand.  In this letter, did you inform

5    the Office of Environmental Health Hazard Assessment

6    that you've received gifts in the past from Monsanto?

7    A          No, I didn't.

8               MR. DHINDSA:  Objection.

9               MR. MILLER Q:  And then if we look at that

10   first page and we go all the way down to the bottom, it

11   says, "I am not a toxicologist, so I'm not qualified to

12   evaluate the data underlying the IARC designation."

13              Did I read that correctly?

14   A          Yes, you did.

15   Q          And that's pretty much on point to something

16   you've been saying throughout the deposition; correct?

17   A          Yes, I think so.

18              MR. MILLER:  If we take another ten-minute

19   break, I'll probably just have a few questions after

20   that and we'll be done.

21              (Whereupon a recess was taken.)

22              MR. MILLER:  I'm ready.  And I'm sorry to

23   waste everyone's last ten minutes, but I have no further

24   questions after reviewing all the documents.  I'm done.

25   Thank you.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                        132

```
 1                       EXAMINATION
 2   By:  SCOTT T. JANSEN, Attorney at Law, counsel on behalf
 3   of the Defendants OSBORN & BARR COMMUNICATIONS, INC.,
 4   and OSBORN & BARR HOLDINGS, INC.:
 5   Q        I've got a few follow-up questions for you.
 6   Again, I represent the Osborn and Barr defendants, which
 7   is a Missouri advertising agency and holding company.
 8            You and I have never met before today;
 9   correct?
10   A        That's correct.
11   Q        And you've never had any conversations with
12   any of my colleagues at Armstrong Teasdale; correct?
13   A        No, I have not.
14   Q        You've never had any conversations before
15   today with any attorneys representing the Osborn and
16   Barr defendants; correct?
17   A        That's correct.
18   Q        You talked earlier about the pump-up sprayer
19   that Mr. Hall had used and were discussing the concept
20   of drift.
21            My recollection is that Mr. Hall's testimony
22   was despite the fact that he was using a nozzle sprayer
23   which was held just inches from the target that somehow
24   this mist would excessively blow up into his face and he
25   would breathe it.
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                        133

1            Is my understanding of your testimony that

2       that is virtually impossible?

3            MR. MILLER:  Objection.

4            THE WITNESS:  It's not impossible.  I think it

5       would be infrequent at most in that kind of description

6       of my understanding of the scenarios.  I mean, it's

7       certainly possible that a large gust of wind or some --

8       you know, something unusual could happen and blow mist

9       upwards.  And the frequency of that I think would be

10      very low.

11           And because I wasn't made aware of any kind of

12      crop -- non-target plant injury, dead grass

13      particularly, I would assume that that was an infrequent

14      occurrence if -- it could have happened.  But I suspect

15      in that heavily-vegetated residential area that there

16      would have been other signs that that had occurred.

17           MR. JANSEN Q:  Exhibit 6 has sub-exhibits or

18      sub-notations 1 through 20, which are those photographs,

19      yes?

20      A       Yes.

21      Q       Can you remind me when you took those

22      photographs?

23      A       I visited Mr. Hall's residence in mid August

24      of 2018.  And I'd have to look at my calendar for the

25      exact date.  It was something around the 18th or 20th.

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    134

1    Q          On Exhibit 6-2, which is a photograph of the

2    back of the Roundup jug, do you see down there at the

3    bottom of the bottle there's a manufacturing date?

4    A          I see the stamped date.

5    Q          It appears to say August 20th?

6    A          I can't read it, but August 20.

7    Q          Do you recall if there was a year on there?

8    A          I don't recall.  I didn't note that

9    specifically.  My guess, though, is that's probably a

10   year, August 20 something in the last two -- well,

11   actually, I can't tell if that's a date or a partial

12   year stamp.

13   Q          Okay.  You don't recollect anything else?

14   A          I didn't notice that.

15   Q          In Exhibit No. 6-4, which is a broad shot of

16   the garage --

17   A          Yes.

18   Q          -- do you know what that -- what was in that

19   little silver trash can there at the back?

20   A          No, I don't.  We didn't poke around and look

21   in anything.  I doubt I even entered further than a foot

22   or two into the garage where these photos were taken

23   from.

24   Q          And then in Exhibit 6-10, which is a

25   photograph of the front of Mr. Hall's home and the stone

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    135

```
 1   walkway with the brick planting areas --

 2   A        Is that the one with the tree in it or the

 3   next one?

 4            MR. MILLER:  It's -- it's this one here.

 5            MR. DHINDSA:  The one before that.

 6            THE WITNESS:  I'm not -- bear with me.  That

 7   one.  Okay.  Yes.

 8            MR.  JANSEN Q:  And if I understood you

 9   correctly, you said that within that barren area, you

10   see goosegrass and horseweed?

11   A        It was actually at one of the other exhibits

12   that I noted what I thought was goosegrass and horse

13   weed, the one before that, which I assume is 6.9.

14   Q        This one?

15   A        Yes.  With a black driveway in the foreground.

16   Q        What did you say we would call horseweed in

17   the midwest?

18   A        Marestail is a common name.

19   Q        Could you spell that?

20   A        Mare, M-a-r-e-s-t-a-i-l.  The species is

21   conyza canadensis.  Just like it sounds.

22   Q        And along the edge of the existing grass, it

23   appears to be brownish along the grass; correct?

24   A        Yes.  To me it looks like that strip has been

25   sprayed relatively recently.  And because I work in
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    136

1   resistance that the grass in the sort of lower left
2   foreground looks to me like a grass called goosegrass,
3   but I can't identify that positively.  But it looks --
4   there's something growing in an area that's been
5   treated.  And I know there's resistance to glyphosate in
6   goosegrass, which is a species called Elysium indica.
7          And then over near -- nearer the brick
8   dividers, there are some small green rose -- what I
9   would call rosette, a low-growing weed with many leaves
10  that looks to me like the horseweed or marestail that we
11  mentioned a moment ago, very commonly resistant to
12  glyphosate in the midwest and in California for that
13  matter.
14  Q        If these photographs were taken in -- I'm
15  sorry.  Did you say July or August?
16  A        August.
17  Q        If these photographs were taken in August of
18  2018, would that indicate to you that that area was
19  sprayed sometime in 2018?
20  A        Yes, very much.  Probably within a few weeks
21  prior to that visit.  And I base that on not -- you
22  know, there's not a lot of vegetation there, but there
23  are some large weeds or plants present.
24          And then there's a little bit of indication on
25  the edge of the grass that there are some dying plants.

1    And had that occurred, you know, months or years before,

2    they would have been absent.

3    Q        So, Doctor, is it your opinion based on your

4    training and experience, your observations of Mr. Hall's

5    property, that to a reasonable degree of scientific

6    certainty, Mr. Hall has used a glyphosate-based product

7    in his yard in 2018?

8            MR. MILLER:  Object to form.

9            THE WITNESS:  I couldn't say who made the

10   application, but I would feel fairly comfortable with

11   the opinion that glyphosate or another -- glyphosate has

12   likely been sprayed around the borders of this property

13   within the last -- well, within a month or so prior to

14   my visit.

15           MR. JANSEN Q:  And are all your opinions that

16   you've given today given to a reasonable degree of

17   scientific certainty?

18   A        Yes.

19           MR. JANSEN:  I don't have any other questions.

20   Thank you.

21           MR. DHINDSA:  We don't have any questions.

22           MR. MILLER:  We're done.

23           (Whereupon the proceedings were

24           concluded at 12:57 p.m.)

25                   --oOo--

```
 1          CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2          I, KENDRA L. GILLIE, a Certified Shorthand
 3   Reporter, licensed by the State of California, being
 4   empowered to administer oaths and affirmations pursuant
 5   to Section 2093(b) of the Code of Civil Procedure, do
 6   hereby certify:
 7          That the witness named in the foregoing
 8   deposition was present at the time and place specified;
 9          That the witness was by me sworn to testify
10   the truth, the whole truth and nothing but the truth;
11          That the said proceeding was taken before me
12   in shorthand writing, and was thereafter transcribed,
13   under my direction, by computer-assisted transcription;
14          That the foregoing transcript constitutes a
15   full, true and correct record of the proceedings which
16   then and there took place;
17          That I am a disinterested person to the said
18   action;
19          IN WITNESS WHEREOF, I have hereunto subscribed
20   my signature on this 15th day of October, 2018
21
22
23
24   _____
25   KENDRA L. GILLIE, CSR #9643
```

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

139

| A |
| --- |

**a-m-p-a**
127:2
**a-n**
11:1
**able**
11:24, 49:14,
51:12, 54:9,
82:19, 83:10,
91:19, 115:4,
115:5, 115:6,
116:12, 116:19,
118:17, 126:23
**about**
6:12, 7:5, 7:6,
9:22, 10:7,
13:7, 18:6,
19:20, 19:23,
19:24, 20:5,
22:21, 24:23,
25:5, 25:15,
27:20, 32:5,
37:21, 39:21,
40:13, 42:14,
45:2, 47:12,
48:10, 48:11,
48:13, 55:14,
56:4, 56:23,
58:24, 59:20,
62:1, 62:9,
63:6, 63:7,
64:1, 65:6,
66:23, 68:14,
69:21, 71:2,
71:8, 73:11,
73:15, 74:19,
75:6, 77:11,
78:15, 78:21,
79:8, 79:9,
81:12, 81:15,
82:4, 83:24,
84:6, 84:10,
84:22, 86:2,
86:4, 87:2,
87:5, 87:18,
89:4, 90:6,
99:4, 99:9,

101:23, 105:4,
105:13, 105:17,
105:23, 107:4,
107:6, 107:9,
109:10, 109:13,
109:15, 109:19,
110:3, 110:18,
110:22, 111:10,
113:24, 114:15,
115:9, 116:24,
117:20, 119:21,
122:20, 122:21,
123:9, 124:7,
128:24, 129:3,
130:6, 132:18
**above**
62:5, 67:24,
69:23, 69:24
**absent**
60:13, 137:2
**absorbed**
87:7
**accepted**
106:1
**accepting**
22:13
**according**
30:22
**account**
37:6, 38:2,
97:6, 98:1
**accounting**
95:24
**accounts**
38:3
**accurate**
10:3, 20:4,
38:19, 38:22,
40:20, 59:22,
59:23, 61:18,
130:15
**accurately**
120:16
**achieve**
101:11
**acid**
126:15
**acknowledge**
112:12

**acknowledged**
111:21
**acre**
124:18
**acres**
30:1, 30:4,
124:10
**acronym**
60:20
**across**
68:6
**across-the-board**
100:11
**act**
114:1, 114:4
**action**
110:4, 117:17,
119:16, 119:20,
138:18
**active**
7:16, 31:20,
32:1, 123:16,
124:8, 127:6
**activity**
20:17, 20:21,
52:1, 125:19,
128:3
**actual**
87:17
**actually**
6:7, 9:18,
9:19, 10:4,
23:9, 29:2,
61:10, 66:14,
73:4, 82:13,
87:16, 89:23,
103:24, 109:18,
134:11, 135:11
**acute**
51:18, 51:19,
104:18, 104:24,
105:1, 105:4,
105:5, 105:14,
105:17, 106:1
**add**
17:20, 29:22,
88:10, 103:10,
109:1, 116:7,

125:6
**added**
103:3, 108:9
**adding**
125:11
**addition**
29:7, 53:5,
103:1
**additional**
112:19
**addresses**
47:6
**adjacent**
7:12, 8:5
**administer**
91:2, 138:4
**administrative**
90:23
**adopt**
53:17
**advertising**
132:7
**advise**
118:23
**aerial**
8:2, 9:9
**aesthetic**
53:5
**affect**
51:21, 117:11
**affected**
60:9, 71:9
**affiliated**
18:25
**affirmations**
138:4
**afraid**
113:4
**afri**
32:10, 32:11
**after**
17:5, 17:24,
29:11, 39:6,
52:11, 53:21,
91:17, 91:20,
99:22, 113:25,
119:3, 131:19,
131:24

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

140

ag
16:19, 32:10,
107:1
again
8:5, 9:12,
24:4, 41:5,
45:18, 53:7,
64:8, 65:4,
68:9, 72:5,
72:7, 72:24,
74:20, 91:22,
94:9, 113:2,
132:6
against
62:18
agencies
77:10, 78:17,
79:14, 105:17,
112:18, 113:8
agency
79:18, 112:17,
132:7
agent
79:15, 79:20
agents
79:16
ago
14:1, 14:3,
39:7, 49:19,
53:25, 62:1,
73:11, 75:7,
87:11, 136:11
agree
58:15, 58:17,
66:25
agricultural
16:20, 23:3,
24:1, 48:16,
48:21, 79:13,
104:22, 118:9
agriculture
16:15, 19:2,
24:12, 29:18,
29:19, 33:11,
33:23, 48:24,
53:13, 91:1
agronomy
16:21

ahead
12:1, 57:17,
96:8
aimed
98:13
air
9:4, 121:13
airport
42:24, 43:1
al-khatib
102:10, 102:11
alfalfa
50:9
all
12:2, 15:11,
15:21, 24:8,
30:3, 30:10,
36:7, 37:16,
42:21, 43:3,
43:14, 43:22,
44:9, 45:6,
48:10, 48:23,
57:22, 66:18,
67:6, 69:24,
77:12, 78:19,
88:5, 89:17,
90:4, 90:8,
92:4, 93:4,
95:8, 96:10,
97:5, 97:6,
101:2, 101:3,
101:12, 110:15,
113:24, 115:9,
115:22, 118:11,
124:15, 126:10,
128:11, 128:20,
130:15, 131:10,
131:24, 137:15
all-day
123:8
alleged
10:9
allowable
30:15
allows
115:16
almond
6:5, 6:11,

7:24, 8:5, 8:6,
9:14, 9:19,
9:20, 10:1,
10:9, 26:6,
33:5, 33:6
almost
24:25, 62:18,
68:17, 87:22,
88:5, 90:4,
125:10
along
12:6, 14:25,
63:19, 66:3,
66:13, 66:18,
66:19, 66:20,
66:23, 67:9,
68:5, 68:10,
68:13, 70:18,
73:19, 74:23,
75:3, 104:17,
107:25, 108:2,
109:7, 111:8,
130:7, 135:22,
135:23
already
30:9, 31:9,
42:19, 83:1
also
6:9, 7:24, 9:8,
9:9, 9:10, 10:8,
16:21, 17:7,
17:13, 18:24,
24:9, 24:20,
25:13, 28:8,
29:7, 30:20,
32:15, 47:6,
49:13, 49:17,
49:19, 49:24,
50:11, 54:2,
65:16, 69:1,
76:17, 77:8,
78:14, 79:15,
88:10, 90:13,
98:11, 101:7,
101:21, 106:4,
109:20, 118:15,
119:15, 119:20,
120:7, 126:24,

127:8
altered
61:15, 71:8
alternative
32:20
alternatives
32:20, 32:25
although
19:2, 21:13,
21:18, 47:8,
79:8, 84:21,
108:4, 120:9
always
54:24, 79:10,
100:22, 101:23,
112:5, 112:8,
125:16
amended
3:18, 55:23
america
28:2, 114:21,
128:6, 128:8,
128:11
among
104:13
amongst
54:21
amount
21:18, 27:5,
37:16, 37:21,
47:18, 49:22,
98:3, 101:14,
119:11
amounts
35:10
ampa
127:2, 127:8,
127:12, 127:23,
128:2
analogous
21:7
analyses
31:2, 104:4
analysis
94:5, 104:14,
105:25
analytical
24:13, 31:1

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

141

andrew
103:10
angling
68:6
animal
105:15
ankles
88:23
annual
29:3, 71:18,
90:10, 122:19
another
6:4, 6:10,
14:5, 17:22,
21:9, 23:15,
27:22, 29:8,
33:3, 42:2,
42:7, 69:20,
70:2, 70:6,
70:10, 70:15,
119:14, 127:18,
131:18, 137:11
answer
7:5, 13:13,
13:17, 13:18,
25:14, 28:10,
58:6, 79:1,
79:6, 80:14,
97:10
answered
9:21
answering
6:15
anti-pesticide
110:4
antibiotic
116:16
any
10:15, 10:16,
13:2, 15:12,
18:8, 19:6,
19:10, 19:16,
20:5, 20:7,
22:5, 25:25,
35:15, 36:3,
36:9, 36:21,
37:9, 38:5,
44:11, 46:10,

47:8, 47:14,
55:12, 56:25,
57:7, 57:12,
58:9, 58:10,
58:20, 60:8,
60:14, 61:15,
62:8, 63:12,
63:14, 65:6,
71:18, 72:6,
72:12, 74:19,
77:2, 80:1,
81:6, 81:20,
84:21, 85:9,
85:10, 88:8,
93:2, 95:10,
96:6, 97:12,
105:21, 107:15,
107:17, 107:22,
107:24, 118:6,
121:20, 121:23,
124:25, 125:19,
126:10, 126:20,
127:23, 128:24,
129:25, 130:3,
130:4, 132:11,
132:12, 132:14,
132:15, 133:11,
137:19, 137:21
anybody
113:19
anymore
87:16
anyone
37:24, 42:6,
44:12, 44:15,
44:16, 46:8,
74:1, 89:20
anything
12:24, 19:21,
36:25, 39:16,
40:13, 42:14,
47:11, 47:19,
47:21, 48:9,
55:18, 56:4,
56:15, 59:11,
59:24, 60:1,
61:14, 62:8,
63:7, 64:8,

64:17, 65:6,
68:14, 70:1,
72:3, 73:15,
76:15, 82:21,
82:24, 89:3,
104:8, 107:25,
134:13, 134:21
anyway
6:25
apam
127:1
apparatus
83:11
apparently
10:18, 73:19,
110:20
appeared
5:7, 57:11
appears
15:3, 100:4,
103:18, 134:5,
135:23
apples-to-apples
106:3
application
8:2, 9:9,
31:10, 46:16,
47:19, 48:10,
52:5, 60:17,
70:1, 80:3,
83:10, 115:17,
117:3, 117:9,
119:23, 119:24,
125:21, 126:1,
137:10
application-rela-
ted
84:8
applications
9:4, 51:6,
61:19, 84:14,
86:2, 89:12,
89:14, 90:2,
119:22
applicator
85:18, 90:1,
90:2, 90:7,
109:6

applicators
90:5
applied
8:3, 9:4,
10:17, 31:5,
31:15, 50:13,
50:14, 50:16,
50:17, 68:19,
125:18, 128:25
applies
28:8
apply
29:13, 30:19,
30:22, 47:14,
52:1, 52:2,
89:21, 104:25,
125:23
applying
51:12, 71:21,
71:22
appointment
16:9, 18:9
appreciable
126:20
appreciate
16:4, 22:19,
57:15
approaches
101:8, 120:8
appropriate
54:25, 80:1,
89:1, 89:16
approved
106:5, 129:9
approximately
31:19
april
122:24
aquatic
51:2
arbitration
6:9, 7:1, 8:7,
9:17, 9:18,
9:24, 10:2,
11:24
area
25:18, 27:10,
34:1, 34:2,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

142

43:12, 64:23,
66:5, 71:7,
71:16, 71:19,
71:21, 72:14,
73:9, 73:10,
74:12, 108:15,
126:3, 127:10,
128:2, 129:18,
133:15, 135:9,
136:4, 136:18
**areas**
41:11, 46:16,
46:23, 49:4,
52:23, 54:17,
56:22, 66:18,
86:18, 135:1
**arizona**
98:11
**armstrong**
2:29, 12:8,
132:12
**arnold**
2:19, 12:15
**around**
12:1, 32:5,
47:16, 49:24,
66:9, 68:11,
70:8, 84:16,
85:7, 100:14,
100:18, 133:25,
134:20, 137:12
**arrive**
43:9, 110:5
**arrived**
42:20, 43:3,
43:6, 43:11,
44:10, 109:16
**art**
74:10
**article**
4:1, 4:9, 4:12,
99:17, 99:20,
99:21, 99:25,
100:3, 100:19,
103:6, 103:9,
103:18, 103:24,
103:25, 104:10,
104:12, 105:11,

122:9, 125:24
**articled**
4:4
**aside**
106:11
**ask**
6:14, 18:6,
28:9, 29:15,
36:18, 44:11,
65:11, 78:25
**asked**
9:23, 39:16,
71:2, 74:2,
79:7, 79:8,
79:9, 107:6,
109:12, 109:17
**asking**
12:21, 74:1
**aspect**
57:8, 59:8,
124:4, 128:4
**aspects**
34:4, 39:11,
127:23
**asphalt**
66:5, 68:5,
68:10
**assessed**
26:7
**assessment**
17:12, 80:16,
81:3, 81:22,
82:3, 131:5
**assigning**
38:3
**assistance**
77:5
**assisted**
83:25
**associate**
89:11
**associates**
5:3
**association**
80:8, 82:5,
93:12, 93:16,
94:14, 94:22,
94:25, 95:8,

95:9, 95:13,
109:24, 128:21
**assume**
6:14, 8:24,
63:22, 76:4,
112:4, 133:13,
135:13
**assumed**
64:13
**assumption**
61:18, 82:21
**atmospheric**
34:1
**attached**
15:8, 60:4,
60:6, 61:3,
61:7, 70:5
**attend**
87:17
**attendees**
122:22
**attention**
31:17, 38:10,
46:12, 55:22,
56:22, 56:25,
103:6, 103:7
**attorney**
2:5, 2:13,
2:14, 2:20,
2:30, 5:13,
10:20, 10:22,
11:4, 11:11,
42:2, 42:10,
42:17, 58:8,
72:20, 132:2
**attorney's**
10:23, 11:11,
42:4
**attorneys**
12:2, 40:14,
77:3, 92:25,
132:15
**attribute**
51:9
**attributes**
50:20, 50:22
**audience**
36:16, 109:21,

109:22
**audiences**
23:5
**august**
41:20, 41:21,
129:9, 133:23,
134:5, 134:6,
134:10, 136:15,
136:16, 136:17
**author**
99:19
**available**
47:14, 51:4,
93:18, 94:3,
94:24, 112:14,
112:15
**aware**
19:24, 20:3,
28:4, 28:6,
28:12, 44:15,
70:10, 74:2,
102:14, 102:16,
104:3, 114:8,
120:24, 130:2,
133:11
**away**
107:18

---
**B**

**b**
138:5
**b-r-u-n-h-a-r-o**
29:1
**bachelor's**
16:18
**back**
12:17, 16:20,
17:6, 42:24,
44:1, 48:21,
64:21, 65:1,
65:17, 69:19,
70:9, 71:5,
72:5, 73:3,
74:17, 86:19,
89:6, 96:1,
96:5, 96:23,
97:2, 121:7,
123:19, 134:2,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

143

134:19
**backbreaking**
49:20
**background**
7:3, 13:6,
16:3, 16:14,
22:19, 40:10,
45:19, 47:2,
78:23, 106:20,
109:9, 130:24
**backpack**
47:13, 55:6
**backpacks**
55:4
**backside**
59:22
**backyard**
74:13
**band**
66:17, 67:20
**banned**
113:17
**bare**
35:7, 64:20
**barr**
1:12, 1:13,
2:27, 2:28,
12:9, 77:3,
132:3, 132:4,
132:6, 132:16
**barren**
135:9
**base**
74:9, 126:2,
136:21
**based**
10:13, 47:5,
47:9, 51:18,
80:7, 84:4,
93:17, 94:3,
94:23, 95:9,
96:6, 123:2,
137:3
**basically**
11:22, 16:10,
17:12, 20:16,
21:7, 21:14,
21:19, 23:1,

24:12, 30:17,
33:25, 34:23,
44:2, 47:17,
52:5, 53:18,
59:18, 61:5,
61:8, 62:5,
63:2, 64:22,
70:9, 70:15,
71:11, 81:19,
84:7, 87:10,
101:10, 104:14,
104:17, 114:6,
114:23, 115:8,
120:12, 123:2,
125:9
**basis**
23:7, 87:20,
124:18
**bates**
95:22
**bayer**
27:18, 28:4,
28:8, 28:11,
35:13, 35:18
**beans**
30:8, 30:13
**bear**
135:6
**because**
10:12, 19:17,
22:13, 25:18,
26:22, 27:1,
29:6, 30:1,
31:9, 31:15,
32:23, 34:23,
41:12, 48:22,
49:18, 50:13,
52:6, 52:12,
52:23, 53:14,
53:23, 58:1,
58:22, 58:25,
60:13, 63:13,
68:19, 71:22,
74:25, 84:25,
86:11, 88:11,
88:12, 89:24,
91:14, 92:17,
98:7, 98:15,

107:7, 107:18,
108:16, 113:17,
115:8, 117:1,
117:2, 117:6,
119:7, 120:25,
126:13, 133:11,
135:25
**become**
27:15, 115:24,
120:24, 121:8
**becomes**
97:8
**becoming**
27:15
**bed**
64:24, 68:24,
75:23
**beds**
66:8, 68:11
**been**
5:20, 5:21,
5:24, 6:7,
11:14, 11:23,
12:23, 13:1,
13:2, 15:15,
16:15, 18:20,
18:22, 19:3,
19:7, 19:8,
19:10, 22:11,
22:12, 23:25,
27:16, 27:19,
28:15, 32:14,
32:15, 32:24,
33:1, 33:12,
36:21, 37:14,
37:15, 37:16,
38:16, 40:11,
40:22, 40:24,
41:2, 43:1,
50:6, 52:23,
54:5, 60:3,
60:4, 62:2,
62:16, 63:1,
64:15, 66:9,
68:13, 68:18,
69:3, 71:21,
73:3, 74:8,
74:24, 75:14,

75:17, 75:19,
75:21, 79:8,
79:9, 81:8,
85:5, 85:8,
86:14, 87:5,
90:7, 96:15,
97:11, 97:12,
98:8, 98:22,
103:3, 108:6,
111:17, 112:14,
115:4, 115:5,
115:6, 117:15,
121:20, 124:1,
129:15, 131:16,
133:16, 135:24,
136:4, 137:2,
137:12
**bees**
4:14, 129:10
**beet**
50:9, 104:20,
104:21
**before**
5:5, 5:20,
6:12, 8:7,
13:24, 45:11,
46:4, 52:9,
52:11, 53:20,
65:12, 83:7,
97:23, 99:20,
106:17, 109:15,
119:2, 130:13,
131:2, 132:8,
132:14, 135:5,
135:13, 137:1,
138:11
**began**
40:2
**beginning**
112:5
**behalf**
5:13, 7:11,
12:7, 12:16,
132:2
**behind**
13:11, 58:2,
65:17, 70:25,
73:12, 73:18,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

144

74:6, 75:15
**being**
5:10, 21:8,
21:21, 29:7,
31:11, 32:20,
32:22, 33:5,
35:23, 45:18,
47:22, 48:4,
63:12, 63:17,
67:6, 101:24,
107:7, 117:4,
121:15, 138:3
**believe**
5:21, 8:4,
15:15, 15:16,
28:18, 31:7,
47:1, 59:5,
63:15, 67:4,
81:1, 84:4,
90:4, 92:13,
98:9, 107:7,
108:1, 108:4,
111:13, 112:1,
112:3, 129:8
**below**
50:16, 125:23
**beneficial**
54:6
**benefits**
46:19, 49:12,
53:13, 53:24
**besides**
37:24, 44:12
**best**
98:14
**better**
65:11, 74:23,
85:17, 95:5,
117:25, 121:15
**between**
17:23, 24:24,
56:8, 56:11,
80:8, 82:5,
93:12, 94:14,
94:15, 94:22,
109:24, 126:6,
126:10, 128:22
**beyond**
41:9, 65:3,

73:10, 75:4,
78:6, 80:11,
81:24, 85:7
**bfr**
77:17, 77:18,
77:21, 80:16
**bfr's**
82:3
**bi-annual**
90:10
**bias**
113:2, 113:3
**big**
85:8
**biggest**
27:12
**bill**
39:23
**billion**
31:2
**biologically-imp-
ortant**
120:10
**biologicals**
120:9
**biology**
34:3
**biotype**
115:25, 116:2,
125:8
**biotypes**
114:25
**bird**
73:7
**birds**
105:16
**birdseed**
73:5
**bit**
18:6, 24:22,
35:22, 36:13,
43:21, 44:1,
45:3, 74:10,
74:22, 108:6,
136:24
**black**
75:16, 135:15
**blackberry**
51:10

**blended**
28:17
**blow**
132:24, 133:8
**blowing**
48:8, 85:7
**blue**
69:22
**board**
26:6, 33:5,
33:6, 33:8
**body**
79:18, 86:18,
90:23, 91:15,
91:21, 113:11
**boots**
88:10, 88:16
**border**
67:8, 75:3
**borders**
63:19, 74:24,
84:17, 137:12
**both**
8:15, 9:11,
49:23, 51:24,
104:18, 119:2
**bother**
58:20
**bottle**
44:20, 44:22,
58:15, 58:25,
59:17, 61:7,
62:1, 62:7,
69:22, 134:3
**bottles**
69:23
**bottom**
31:18, 71:5,
131:10, 134:3
**boulevard**
2:31
**bound**
52:6, 52:12,
126:12, 126:14,
126:17, 126:25
**boundaries**
63:19
**brad**
3:12, 5:18,

5:19, 11:22,
12:20, 16:4,
57:19, 96:18,
97:20, 100:9,
100:12, 106:20,
122:15
**bradley**
1:22, 3:13,
3:18, 5:8, 5:17
**brand**
47:12, 82:13,
124:9
**break**
17:5, 31:25,
35:3, 57:15,
57:16, 57:17,
102:5, 103:1,
106:11, 131:19
**breakfast**
42:22, 43:5
**breathe**
85:25, 132:25
**brick**
66:11, 68:11,
135:1, 136:7
**bricked**
73:9
**bricks**
75:4
**brief**
115:8
**bring**
38:10, 44:22,
48:13, 55:22,
125:7
**broad**
50:23, 50:24,
134:15
**broken**
127:13
**brownish**
135:23
**brunharo**
29:1
**brush-like**
51:10
**budget**
109:3

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

145

**build**
116:19, 118:10
**building**
70:6, 70:11
**builds**
114:17
**buildup**
118:13
**built**
63:4
**bumper**
65:19
**business**
28:14, 29:25,
30:3, 38:6
**butterflies**
64:25
**butterfly**
74:10
**buy**
22:18, 26:15,
90:20

**C**

**calendar**
41:22, 133:24
**california**
5:4, 5:7, 7:5,
7:10, 7:22,
8:16, 9:4,
10:11, 10:22,
11:3, 11:8,
16:6, 23:14,
26:6, 26:7,
29:5, 33:5,
33:6, 33:7,
33:10, 34:8,
53:1, 63:25,
89:23, 98:5,
98:10, 100:10,
106:25, 113:21,
122:17, 123:23,
124:7, 124:11,
124:14, 124:16,
130:20, 130:22,
136:12, 138:3
**california-davis**
100:13

**call**
5:18, 5:19,
26:9, 58:1,
59:21, 68:25,
69:1, 90:13,
104:16, 107:1,
121:9, 135:16,
136:9
**called**
5:9, 7:16, 8:3,
8:5, 16:19,
17:11, 24:12,
26:21, 27:1,
29:3, 30:6,
90:2, 104:16,
136:2, 136:6
**calling**
10:3
**caltrans**
10:17, 10:18
**came**
6:2, 77:14,
78:22, 91:17,
91:22, 95:19,
103:3, 112:15,
128:21, 129:8
**can**
5:18, 14:11,
19:17, 25:10,
26:13, 34:14,
35:3, 35:20,
47:1, 48:22,
49:7, 49:21,
49:22, 50:14,
50:17, 51:1,
51:2, 51:23,
52:9, 53:8,
53:12, 55:6,
64:21, 65:2,
65:19, 66:4,
66:8, 68:12,
69:21, 74:22,
75:5, 83:25,
85:17, 90:20,
93:1, 95:5,
95:8, 101:1,
103:1, 103:12,
106:10, 111:25,

113:13, 115:9,
116:4, 116:6,
116:23, 118:15,
118:16, 133:21,
134:19
**can't**
13:9, 13:13,
13:17, 66:10,
93:24, 115:5,
118:7, 134:6,
134:11, 136:3
**canadensis**
135:21
**canals**
51:3, 53:3
**cancer**
20:6, 20:7,
78:2, 78:5,
78:8, 79:10,
79:11, 80:4,
80:9, 81:16,
82:5, 93:13,
112:8
**cancer-causing**
41:11, 78:15,
79:15, 79:20
**cannot**
93:17, 94:23
**canola**
104:20
**canopy**
50:16, 125:23
**capacity**
40:9
**capture**
61:24, 63:13,
64:10, 70:15,
72:11
**capturing**
62:5
**car**
65:19, 76:3
**carbon**
53:22, 101:20
**carcinogen**
91:21, 91:23,
94:7, 94:19,
111:4, 111:20,

112:20
**carcinogenic**
3:31, 81:24,
91:9, 92:18,
94:10, 107:12,
112:1, 112:23
**career**
90:8
**careful**
48:4
**carried**
19:22
**carry**
115:19
**carryover**
17:2
**case**
5:25, 6:6, 7:8,
8:7, 8:19, 8:25,
9:2, 9:7, 9:17,
10:1, 10:4,
10:21, 11:5,
11:9, 11:13,
12:21, 12:25,
13:3, 13:8,
19:24, 30:20,
38:14, 38:17,
39:5, 39:8,
39:17, 39:20,
40:2, 40:23,
41:12, 42:7,
42:11, 45:13,
45:19, 46:25,
47:2, 48:11,
52:19, 53:7,
54:9, 54:10,
56:2, 58:25,
59:8, 59:11,
59:25, 62:9,
66:15, 68:15,
70:17, 71:11,
77:16, 84:1,
84:24, 87:2,
87:11, 93:22,
104:6, 104:8,
105:3, 115:13,
120:2, 121:16,
121:19

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

| | | | |
|---|---|---|---|
| **cases**<br>8:8, 8:12,<br>10:5, 55:1,<br>56:3, 120:22,<br>121:8<br>**catch**<br>11:25<br>**cause**<br>78:1, 78:25,<br>81:16<br>**caused**<br>7:14, 20:1<br>**causes**<br>19:21, 24:6,<br>28:20, 78:5,<br>78:8, 119:19<br>**causing**<br>24:2<br>**cautions**<br>80:1<br>**caveat**<br>22:3, 112:9<br>**cc**<br>1:8<br>**center**<br>68:7, 73:9<br>**central**<br>108:16<br>**certain**<br>113:13, 131:2<br>**certainly**<br>11:19, 17:21,<br>43:19, 68:18,<br>93:1, 103:12,<br>133:7<br>**certainty**<br>137:6, 137:17<br>**certificate**<br>90:1, 90:3,<br>138:1<br>**certified**<br>5:5, 138:1,<br>138:2<br>**certify**<br>138:6<br>**cetera**<br>102:3<br>**chair**<br>122:16, 123:9 | **challenged**<br>107:7<br>**challenges**<br>100:15, 101:9<br>**chance**<br>86:11, 86:21,<br>126:19<br>**change**<br>115:15<br>**changed**<br>94:15<br>**changes**<br>119:13<br>**characterizing**<br>20:16<br>**charge**<br>91:21, 126:15,<br>126:17<br>**charges**<br>38:3<br>**chelation**<br>108:8<br>**chemical**<br>25:18, 48:2,<br>48:9, 54:14,<br>55:16, 56:17,<br>59:9, 83:2,<br>85:11, 86:7,<br>101:15, 111:12,<br>122:23, 124:21,<br>124:22, 126:13<br>**chemical-resista-**<br>**nt**<br>48:7, 54:11,<br>54:13, 54:18,<br>55:2, 55:17,<br>59:10, 88:7<br>**chemically-contr-**<br>**olled**<br>68:10<br>**chemically-prote-**<br>**ctive**<br>86:5<br>**chemicals**<br>69:25, 101:7,<br>113:5, 116:9<br>**chicory**<br>30:4, 30:8, | 30:14<br>**children**<br>101:17<br>**chin**<br>69:22<br>**chosen**<br>81:3<br>**chronic**<br>104:18, 105:8,<br>106:6<br>**chronological**<br>106:4<br>**circuit**<br>1:1<br>**circular**<br>95:11<br>**circumstance**<br>44:24<br>**city**<br>1:1<br>**civil**<br>138:5<br>**claim**<br>5:25, 6:5, 6:10<br>**clarity**<br>8:3<br>**class**<br>81:23<br>**classes**<br>17:10, 18:18,<br>18:19, 116:9,<br>117:16<br>**classroom**<br>16:9, 16:13,<br>18:9, 18:14<br>**clay**<br>126:14, 126:15<br>**clear**<br>30:14, 37:3,<br>75:6<br>**clearly**<br>35:23, 66:12,<br>92:25, 113:4<br>**clearly-document-**<br>**ed**<br>121:20<br>**clientele**<br>109:1 | **climbing**<br>71:17<br>**close**<br>93:8<br>**closely**<br>61:6<br>**co-leaders**<br>33:18<br>**co-leading**<br>34:1<br>**co-pi**<br>31:21, 33:16,<br>33:24<br>**coated**<br>75:20<br>**code**<br>138:5<br>**colleague**<br>12:14, 102:12<br>**colleagues**<br>33:22, 98:4,<br>132:12<br>**colony**<br>128:22<br>**colorado**<br>17:24, 20:18<br>**com**<br>2:18, 2:25,<br>2:34, 129:23,<br>130:3<br>**combination**<br>27:13<br>**combinations**<br>25:8<br>**come**<br>26:4, 26:10,<br>26:25, 35:6,<br>35:9, 36:5,<br>45:14, 48:21,<br>71:23, 75:21,<br>79:14, 79:16,<br>79:19, 82:2,<br>83:7, 107:6,<br>108:12, 112:19,<br>113:8, 127:9<br>**comes**<br>26:4, 32:3,<br>113:25 |

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

147

comfortable
137:10
coming
22:6, 36:25,
68:20, 75:20
commencing
5:2
comment
101:6, 130:21
comments
130:23
commission
26:5
commissioner
107:1
commissions
33:4
committee
82:1, 90:25,
107:2, 107:3,
109:17
commodity
26:5, 31:4,
33:4, 33:8
common
54:16, 54:20,
82:16, 86:16,
135:18
commonly
71:21, 136:11
communications
1:12, 2:27,
103:9, 103:19,
132:3
community
51:17
companies
27:11, 27:14,
27:16
company
1:11, 2:11,
27:22, 29:23,
42:10, 132:7
company's
3:23
compared
62:25, 116:1
comparison
106:3

comparisons
104:13
competitive
32:9, 32:11,
33:1, 33:14
complaints
25:14
complete
12:3, 65:13,
95:23, 103:13
completely
40:20
component
23:17, 48:16,
94:17
compounds
127:21
computer-assisted
138:13
computers
26:15, 37:7
concentrated
86:23
concentration
60:15
concept
77:20, 132:19
concern
78:14, 86:6,
86:9, 88:20
concerns
107:11, 107:13,
118:3, 130:25
concluded
137:24
conclusion
79:14, 79:17,
82:2, 91:23,
93:16, 94:2,
94:18, 94:21,
112:16, 112:17,
112:19, 113:8
conditions
19:17, 49:25,
57:12
conduct
25:19
conducting
23:8

conference
109:6
conferences
104:3
conflicting
93:14
congress
29:20
consider
67:13, 67:15,
80:5, 80:9,
80:12
considered
3:19, 15:24,
40:7, 51:15,
51:16, 55:23,
56:9, 77:1,
78:11, 80:16,
91:13, 92:6,
103:2, 127:20
constant
67:24
constitutes
138:14
construction
82:18
consultants
8:6, 23:3,
36:22
consumer
19:22
contact
38:16, 123:17
contacted
13:2
container
61:12
contamination
52:14, 52:18
context
56:11, 78:14,
88:9
continue
67:23, 125:5
continued
17:5, 17:6,
17:13, 32:17
continuing
90:10, 90:15

continuous
67:3, 67:9,
67:14, 67:15,
98:22
continuously
123:20
contra
106:25, 107:8,
107:18, 108:9,
111:24, 114:8,
114:9
contributed
49:10
control
7:9, 7:21,
25:5, 25:9,
25:10, 25:16,
34:8, 37:6,
37:23, 37:25,
46:19, 47:3,
48:15, 48:20,
49:1, 49:11,
49:16, 50:3,
50:18, 51:3,
51:8, 51:9,
51:11, 51:13,
52:10, 53:6,
53:20, 79:23,
101:11, 101:13,
107:10, 112:7,
115:4, 115:5,
115:7, 115:22,
118:8, 119:8,
120:5, 120:11,
123:4, 125:8,
128:4
controlled
63:18, 75:21,
118:7, 122:3
controlling
53:8, 53:9,
119:17
controls
30:9, 50:23,
50:24, 125:4,
125:20
controversies
108:6, 111:14

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

148

controversy
78:21
conversations
10:14, 13:14,
77:2, 132:11,
132:14
conyza
68:25, 135:21
cooperative
7:3, 16:7,
22:25, 109:2,
109:5, 122:15
copy
14:5, 15:16,
56:15, 114:3,
114:5
corn
30:1, 30:2,
30:8, 50:8,
104:19, 120:3,
120:5
cornerstone
124:1
correct
15:3, 15:4,
15:6, 15:7,
15:9, 19:15,
21:22, 21:24,
22:1, 35:22,
36:7, 38:13,
38:15, 39:3,
43:16, 44:20,
46:13, 46:14,
46:21, 55:24,
60:25, 67:3,
70:21, 76:9,
77:25, 85:13,
86:25, 88:17,
88:25, 92:16,
92:20, 98:19,
117:12, 118:22,
127:1, 131:16,
132:9, 132:10,
132:12, 132:16,
132:17, 135:23,
138:15
correctly
31:23, 93:19,

93:20, 100:2,
131:13, 135:9
corteva
27:13, 27:15
cost
36:11
costa
106:25, 107:8,
107:18, 108:9,
111:24, 114:8,
114:9
costs
36:19, 36:23,
37:1
cotton
50:8, 104:20
could
5:22, 13:10,
16:15, 20:17,
21:8, 21:15,
23:2, 25:1,
31:17, 31:25,
32:9, 38:10,
46:12, 48:13,
51:8, 55:22,
56:10, 56:15,
82:13, 83:7,
85:11, 85:13,
85:22, 85:23,
85:25, 86:17,
86:20, 87:9,
91:5, 92:22,
94:2, 96:22,
96:25, 100:14,
100:18, 100:20,
100:24, 101:4,
101:5, 101:15,
101:16, 103:10,
117:5, 119:16,
119:25, 120:8,
120:9, 133:8,
133:14, 135:19
couldn't
31:12, 40:3,
59:5, 82:6,
94:16, 128:2,
137:9
counsel
5:13, 13:10,

13:15, 13:16,
47:7, 77:7,
80:22, 80:23,
103:22, 103:23,
132:2
counterpart
104:1
countries
48:24, 101:18
country
113:10
county
5:6, 106:25,
107:1, 107:9,
107:14, 107:18,
107:25, 108:4,
109:4
county's
107:9, 114:12
couple
6:13, 10:13,
14:3, 40:21,
44:1, 88:1,
91:14
course
24:21, 50:4,
60:13, 89:20
courses
49:5, 51:3
court
1:1, 8:9, 8:10
cover
23:15, 36:10,
36:19
coverage
63:25
covered
98:23
covering
37:1
crack
75:18
cracks
75:18
create
67:12, 110:24
creek
71:4

crop
5:25, 6:5,
6:10, 7:2, 7:6,
7:11, 7:14, 9:5,
9:8, 10:14,
17:2, 17:14,
18:4, 19:13,
19:16, 19:19,
19:20, 19:22,
19:23, 25:13,
25:14, 25:20,
25:22, 25:23,
27:18, 31:16,
33:11, 34:3,
34:11, 34:13,
34:15, 35:6,
35:7, 37:22,
50:16, 52:12,
53:21, 101:12,
104:25, 119:8,
122:22, 124:24,
126:22, 126:23,
133:12
cropping
17:3, 21:10
crops
7:22, 23:14,
23:15, 24:15,
24:16, 24:17,
27:11, 27:23,
29:22, 29:23,
31:10, 31:13,
31:15, 34:9,
34:17, 49:3,
49:18, 50:5,
50:9, 50:12,
50:18, 52:15,
87:20, 104:19,
105:2, 120:11,
123:23, 124:16,
124:17, 125:9
cross-pollination
21:18, 21:20
cross-resistance
117:16
crossing
17:22
crowd
110:6, 113:22

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

149

csr
1:31, 138:25
cultivation
53:21
cup
61:5
cups
61:12
curious
89:6
current
16:5
currently
18:7, 18:10,
21:12, 21:23,
28:4, 28:9,
89:24, 113:20
curriculum
3:13
cut-off
82:15
cv
15:3, 16:2,
31:18, 98:16,
99:1
cycle
99:5

D

dad
16:16
damage
54:3
dark
71:15
darwin
116:25
data
10:16, 25:11,
30:10, 30:11,
35:25, 78:20,
91:17, 91:22,
93:18, 94:3,
94:24, 95:4,
95:6, 95:7,
95:10, 95:24,
105:13, 105:16,
106:8, 112:13,

112:14, 112:18,
112:19, 123:3,
131:12
date
38:19, 129:8,
133:25, 134:3,
134:4, 134:11
dated
3:16, 4:15
dates
123:19
david
5:17
davis
16:6, 17:18,
18:22, 22:24,
35:12, 37:13,
97:4, 100:10,
102:13, 122:17,
122:20, 124:2
day
5:1, 41:15,
47:23, 59:18,
115:10, 122:16,
122:18, 122:19,
123:1, 123:6,
138:20
day-to-day
23:7
days
14:3, 127:7
dc
2:16
dead
63:18, 64:13,
64:20, 73:4,
85:6, 85:8,
121:15, 133:12
deal
115:17, 116:4,
120:10
decide
79:22, 111:25
decision
131:3
decision-making
77:10
decisions
113:11

deck
73:2, 74:6,
74:12
decomposes
127:1
deeply-rooted
126:23
defendant
2:11, 8:23,
10:12
defendants
1:16, 2:27,
12:9, 132:3,
132:6, 132:16
definite
29:24
definitely
106:7, 119:24
definition
114:20
degradation
127:7, 127:21,
128:22
degraded
52:7
degree
16:18, 16:24,
21:19, 26:24,
34:8, 64:11,
64:19, 72:13,
84:22, 115:13,
126:21, 137:5,
137:16
deliverable
26:23
deliverables
26:13
dellafera
2:4, 12:5
dense
71:24
departed
43:4, 43:14
department
10:11, 11:8,
19:1, 24:11,
29:17, 33:10,
33:22, 90:25,

91:1, 99:5
departments
114:12
depending
36:16, 67:20
depleter
32:23
deposed
5:20, 5:21,
5:24, 6:6, 6:7,
6:25, 9:20,
9:25, 10:1,
10:8, 10:13,
11:23, 12:23,
40:22
deposition
1:21, 3:11,
13:20, 15:13,
40:5, 40:7,
40:15, 40:18,
41:5, 41:8,
45:8, 45:10,
47:11, 47:25,
55:21, 56:14,
56:16, 56:19,
56:20, 57:8,
77:15, 83:19,
84:7, 84:11,
103:5, 114:13,
131:16, 138:8
depositions
40:21
depot
90:20
depth
81:20
dermal
85:19, 86:9,
86:11, 87:11,
87:12
describe
9:16, 39:9,
43:20, 43:22,
45:17, 48:2,
48:8, 50:22,
52:16, 78:20,
79:12, 97:8,
106:6, 114:21,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

150

127:5, 127:21
**described**
50:7, 63:11
**describes**
115:3
**describing**
10:16, 19:14
**description**
3:7, 133:5
**descriptions**
55:20
**design**
82:16
**designated**
46:15, 46:23
**designation**
81:10, 91:18,
91:20, 108:5,
108:8, 111:16,
113:18, 131:12
**despite**
132:22
**details**
8:21, 9:12,
9:15, 81:21,
81:25, 82:6,
83:18, 93:24
**determine**
20:22, 24:13,
24:14, 31:2
**determined**
93:17, 94:23,
112:22
**devastating**
34:13
**develop**
19:17, 20:24,
29:22, 34:25,
105:9
**developed**
19:25, 22:12,
118:24
**developing**
20:6, 22:18,
101:17, 120:20,
124:20
**development**
34:11, 119:2,

119:3
**device**
61:3
**dhindsa**
2:13, 11:17,
12:6, 12:11,
12:14, 12:19,
13:13, 14:5,
14:8, 36:12,
38:18, 40:20,
45:16, 54:19,
56:18, 57:9,
57:14, 60:11,
69:7, 69:9,
70:19, 78:6,
79:5, 80:11,
81:17, 83:3,
84:2, 85:14,
87:3, 88:24,
92:2, 92:12,
92:14, 93:2,
93:23, 95:1,
96:6, 96:20,
96:24, 98:2,
102:5, 108:13,
110:1, 110:17,
112:2, 112:24,
117:21, 118:4,
119:1, 120:18,
127:25, 129:14,
129:21, 131:8,
135:5, 137:21
**dhindsa's**
13:6
**dicamba**
8:3, 9:19,
9:20, 10:1
**didn't**
12:12, 20:23,
35:13, 39:16,
44:11, 47:8,
47:11, 47:21,
48:9, 56:25,
58:10, 60:12,
61:6, 66:18,
67:25, 70:8,
71:3, 71:20,
73:20, 73:25,

85:9, 88:15,
106:7, 129:11,
131:7, 134:8,
134:14, 134:20
**diesel**
53:23, 101:19
**differed**
112:16, 112:17
**difference**
56:8, 56:10,
115:1
**different**
40:23, 43:1,
88:14, 98:1,
105:8, 108:7,
109:5, 113:8,
119:16, 119:20,
120:4, 123:1
**differentiate**
115:2
**differs**
89:22
**difficult**
49:24, 50:25,
51:13, 66:21
**dig**
106:7
**diluted**
51:7, 86:23
**dilution**
60:18, 61:18
**diminish**
121:18
**direct**
24:8, 51:21
**direction**
138:13
**directions**
30:23
**directly**
36:3, 36:5,
94:5, 128:25
**disaggregated**
97:8
**disappear**
127:16
**discing**
53:19

**disclosure**
3:23, 46:3
**discover**
20:24
**discovery**
18:1, 18:2,
20:13, 20:15,
95:20
**discuss**
5:22, 8:7,
40:21, 41:5,
42:11, 66:15,
91:16, 102:17,
102:20, 102:21,
102:23
**discussed**
8:19, 13:10,
40:13, 41:6,
64:12, 73:16,
73:17, 76:16,
83:1, 84:21,
91:25, 98:16,
111:20
**discussing**
15:25, 56:22,
75:15, 78:13,
96:23, 105:2,
111:3, 113:9,
132:19
**discussion**
57:11, 106:20,
109:10, 109:19,
111:22
**disease**
34:11, 34:15,
34:18
**diseases**
34:7, 34:13,
116:16
**disinterested**
138:17
**disposal**
50:3
**dissertation**
18:17, 23:23
**dissipate**
127:17
**disturbance**
53:19

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                        151

| | | | |
|---|---|---|---|
| **dividers** | **don't** | 93:1, 100:24, | 103:10, 103:25, |
| 136:8 | 5:22, 6:2, | 112:11, 120:1, | 105:25, 106:8, |
| **doctor** | 6:18, 8:21, | 123:7, 123:8, | 122:15 |
| 5:15, 137:3 | 9:12, 9:14, | 131:20, 131:24, | **dramatically** |
| **document** | 11:6, 13:17, | 137:22 | 67:25 |
| 13:23, 14:2, | 16:8, 18:8, | **donor** | **draw** |
| 14:10, 38:24, | 18:9, 18:19, | 97:9 | 46:24 |
| 39:25, 40:10, | 20:7, 22:4, | **donors** | **drawings** |
| 46:4, 77:23, | 26:12, 28:9, | 26:10 | 82:20 |
| 80:20, 83:24, | 30:12, 32:10, | **door** | **drawn** |
| 92:23, 93:1, | 36:19, 36:24, | 62:19, 66:12 | 94:3 |
| 93:3, 93:5, | 38:7, 40:13, | **dose** | **drift** |
| 94:13, 96:7, | 41:5, 41:10, | 87:8, 106:3, | 6:4, 7:24, |
| 96:9, 97:22, | 42:25, 43:5, | 121:4 | 46:18, 84:20, |
| 103:21, 106:17, | 44:16, 44:24, | **doubt** | 84:23, 85:4, |
| 130:12, 130:14 | 46:10, 51:19, | 106:8, 107:17, | 85:13, 85:22, |
| **documents** | 56:4, 56:10, | 134:21 | 85:24, 86:6, |
| 14:15, 15:13, | 57:7, 57:10, | **dow** | 86:20, 86:24, |
| 45:9, 77:4, | 57:12, 58:6, | 27:13, 27:14 | 132:20 |
| 131:24 | 58:7, 61:12, | **dowduponts** | **drifted** |
| **does** | 62:10, 63:24, | 35:8 | 7:12, 7:14, 8:4 |
| 30:18, 31:1, | 64:8, 70:5, | **down** | **drifting** |
| 34:5, 35:19, | 72:6, 73:4, | 23:20, 31:25, | 8:1, 8:18 |
| 37:24, 45:4, | 74:19, 74:25, | 35:3, 70:24, | **drive** |
| 45:7, 51:22, | 77:18, 77:22, | 71:4, 72:5, | 3:28 |
| 72:22, 78:1, | 78:7, 80:13, | 73:2, 75:12, | **drive-bys** |
| 78:25, 89:3, | 83:18, 83:20, | 93:6, 95:22, | 47:9 |
| 89:10, 89:12, | 85:16, 87:16, | 100:9, 124:7, | **driven** |
| 90:1, 94:24, | 89:23, 90:6, | 127:13, 127:18, | 34:6, 107:19 |
| 95:7, 116:22, | 90:19, 90:21, | 127:19, 131:10, | **driver** |
| 127:3 | 96:13, 97:3, | 134:2 | 29:23, 107:14 |
| **doesn't** | 97:11, 98:3, | **downward** | **driveway** |
| 25:11, 47:21, | 98:15, 100:2, | 126:1 | 65:16, 65:18, |
| 51:21, 63:12, | 102:9, 108:14, | **dozen** | 66:20, 66:23, |
| 63:14, 71:14, | 109:3, 110:2, | 125:1 | 68:5, 68:10, |
| 95:10, 123:13, | 110:12, 110:18, | **dr** | 75:13, 75:17, |
| 125:19, 126:20, | 112:1, 113:1, | 3:18, 11:22, | 75:24, 135:15 |
| 126:21, 128:3 | 116:5, 121:23, | 22:23, 33:23, | **driving** |
| **dog** | 127:8, 127:10, | 42:8, 42:11, | 76:4, 108:18 |
| 63:15, 63:17, | 127:14, 128:1, | 42:13, 42:19, | **drop** |
| 64:13 | 129:18, 130:4, | 42:25, 45:20, | 72:14 |
| **doing** | 134:8, 134:13, | 46:9, 46:11, | **dropped** |
| 18:2, 23:17, | 134:20, 137:19, | 46:15, 47:25, | 42:25 |
| 24:9, 69:10 | 137:21 | 56:16, 58:5, | **dropping** |
| **dollar** | **done** | 71:1, 84:3, | 73:11 |
| 9:15 | 18:17, 31:7, | 84:4, 84:19, | **drops** |
| **dominate** | 31:11, 32:24, | 96:2, 96:18, | 73:2 |
| 115:24 | 45:6, 68:13, | 97:20, 102:11, | **drove** |
| | | | 41:25, 42:3, |

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                                152

47:6, 72:21
**due**
10:17, 63:17,
93:13
**duly**
5:10
**dupont**
2:20, 12:15,
27:13, 27:14
**dupont@arnoldpor-**
**ter**
2:25
**during**
24:23, 31:22,
35:2, 37:14,
41:2, 127:15,
130:21
**duster**
9:5, 9:8
**duties**
19:14
**dying**
136:25

**E**

**each**
5:25, 6:12,
6:18, 6:21
**earlier**
15:17, 16:5,
22:24, 33:4,
40:22, 52:16,
70:15, 70:24,
73:1, 73:20,
74:7, 74:11,
75:13, 84:6,
98:16, 108:2,
125:19, 132:18
**early**
103:25, 111:15
**earmarked**
107:22
**earned**
16:21, 17:7
**eating**
85:20
**echo**
82:8, 82:23

**economic**
102:3
**economically**
25:10
**edge**
66:3, 66:13,
66:20, 68:5,
135:22, 136:25
**edition**
81:2
**education**
16:3, 17:5,
17:6, 17:23,
22:20, 90:10,
90:15, 97:21,
97:25, 98:7
**effect**
107:12
**effective**
49:15, 49:21,
53:15, 87:8,
118:8, 118:11,
118:18, 119:15,
121:11
**effects**
129:16
**efficacies**
32:25
**efficacy**
17:14, 34:3
**efficient**
49:21, 121:11,
121:14, 121:17
**eight**
37:20, 92:3,
92:13, 130:7
**either**
8:8, 8:11,
8:14, 33:17,
36:15, 40:8,
47:25, 50:13,
52:10, 54:17,
66:2, 71:1,
75:25, 76:1,
86:22, 89:10,
103:24, 107:15,
107:21, 116:14,
125:6, 127:8

**elect**
79:24
**eleusine**
68:21
**elevation**
85:24
**eleven**
105:24
**eliminate**
49:22
**else**
37:24, 38:3,
42:6, 44:12,
44:15, 55:18,
55:19, 68:14,
119:23, 125:11,
134:13
**else's**
59:2
**elsewhere**
125:7
**elyse**
2:14, 12:7,
12:11
**elysium**
136:6
**embarrassingly**
89:25
**emerged**
29:14, 50:18
**emerges**
52:12
**emerging**
23:13
**emissions**
34:2, 101:20
**employment**
56:24
**empowered**
138:4
**encourage**
61:10, 79:22,
79:25
**end**
24:20, 37:13,
45:14, 71:3
**ended**
71:2

**ends**
39:1
**energy**
121:12
**engineered**
31:16, 50:6
**enough**
56:12, 85:24,
93:4, 94:8,
95:14, 102:21,
102:25
**ensure**
89:8
**ensures**
89:15
**enter**
47:8, 73:24
**entered**
134:21
**entering**
73:23
**entire**
92:23, 93:1,
99:25, 109:10
**entitled**
4:1, 4:4, 4:9,
4:12
**entry**
96:2
**environment**
23:10, 100:16,
127:22
**environmental**
46:17, 48:16,
52:17, 52:24,
54:3, 79:18,
101:22, 102:2,
131:5
**enzyme**
51:20
**epa**
30:11, 91:7,
91:15, 94:14,
113:10, 130:21
**epa's**
3:32, 92:18,
94:9
**epidemiological**
93:7, 93:11,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

153

93:25
**epidemiologist**
20:8, 94:20,
112:8
**epoch**
99:18
**epsp**
51:20
**equally**
101:2
**equipment**
50:16, 55:1,
55:13, 60:22,
80:3, 83:10,
85:2, 86:12,
87:6, 87:13,
88:2, 97:14,
113:14
**erosion**
49:12, 49:14
**escape**
21:21
**especially**
31:10
**essentially**
16:8, 23:4,
29:21, 30:6,
44:4, 47:13,
52:9, 64:11,
64:19, 115:12,
116:23, 118:5,
118:17, 129:1
**et**
102:3
**european**
77:10
**evaluate**
25:7, 131:12
**evaluation**
3:31, 91:8,
94:10, 112:12,
112:13, 113:7
**even**
52:11, 119:8,
126:24, 134:21
**evening**
14:4, 42:22
**event**
122:19, 123:8

**eventually**
121:17
**ever**
5:20, 19:15,
36:24, 40:24,
42:11, 42:13,
45:20, 114:3
**every**
24:25, 37:18,
47:23, 87:22,
88:1, 90:15,
101:4, 122:21,
122:25, 123:9,
125:10
**every-other-month**
107:4
**everyone**
59:2
**everyone's**
131:23
**everything**
76:17, 117:6
**everywhere**
64:1
**evidence**
93:12, 94:6,
95:3, 95:12
**evolution**
116:24, 116:25
**evolved**
114:22, 114:23
**exact**
133:25
**exactly**
40:3
**exam**
90:9
**examination**
3:2, 5:12,
132:1
**examined**
5:11
**examining**
32:25
**example**
34:12, 55:10
**examples**
33:5, 120:19,

120:23
**exceedance**
30:15
**excel**
3:36, 95:19
**except**
55:15
**excessively**
132:24
**exchanged**
44:10
**exclusively**
81:2
**excuse**
102:9
**exhibit**
3:8, 3:10,
3:13, 3:16,
3:18, 3:23,
3:25, 3:28,
3:30, 3:36, 4:1,
4:4, 4:8, 4:9,
4:12, 4:15,
13:19, 13:21,
14:18, 15:1,
15:5, 15:12,
15:17, 15:18,
15:23, 16:2,
31:17, 38:10,
38:23, 45:11,
45:24, 45:25,
55:22, 57:21,
57:23, 57:25,
59:21, 76:6,
76:19, 76:20,
76:22, 80:15,
83:15, 91:4,
92:1, 92:10,
92:12, 94:8,
95:15, 95:16,
95:19, 95:24,
99:13, 99:14,
103:14, 103:15,
103:17, 106:12,
106:13, 106:16,
109:8, 122:6,
122:7, 129:4,
129:5, 130:9,

130:10, 133:17,
134:1, 134:15,
134:24
**exhibits**
14:20, 135:11
**existing**
112:13, 125:20,
135:22
**expansive**
63:6
**expect**
9:22, 66:1
**expectation**
26:23, 35:24
**expectations**
26:13
**expenses**
36:8
**experience**
137:4
**expert**
3:24, 8:11,
8:13, 39:17,
45:12, 46:3,
76:1, 78:7,
79:11, 80:4,
81:25, 84:25,
85:17, 102:24,
108:15
**expertise**
7:20, 20:7,
41:10, 41:12,
57:12, 78:3,
80:8, 80:13
**experts**
42:7, 46:7,
46:11
**explain**
21:5, 79:16,
83:7, 112:12,
113:6, 113:18,
114:19, 124:19
**explanation**
82:20
**exploded**
82:20
**export**
22:13, 22:17

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

154

exposed
85:5, 87:5,
87:9, 88:22
exposure
84:22, 84:24,
84:25, 85:15,
85:17, 85:18,
85:19, 85:23,
86:9, 86:11,
86:16, 86:17,
87:2, 87:12,
87:13, 93:13,
93:17, 94:22,
105:4, 105:5,
126:19
expressed
60:2, 78:15
extension
7:4, 7:20,
16:7, 16:10,
17:17, 22:25,
26:3, 26:8,
35:11, 36:14,
109:2, 109:5,
122:15, 122:19
extensive
78:23
extent
17:14, 21:25,
22:8
extra
125:8
eye
88:7

**F**

face
4:10, 122:10,
132:24
facilitated
54:6
facing
65:23
fact
11:22, 28:14,
28:15, 46:9,
59:8, 71:8,
83:16, 83:20,

93:21, 95:10,
118:6, 132:22
factor
61:18
factors
60:18
facts
111:25
faculty
16:8, 17:25
fair
6:16, 6:22,
11:13, 28:7,
45:12, 56:12,
93:4, 94:8,
95:14, 98:21,
102:21, 102:25,
105:19, 108:10,
112:21, 121:21
fairly
50:19, 137:10
fall
24:23
falls
114:9
familiar
8:20, 81:24,
83:9, 83:21,
105:20, 114:11,
117:14, 128:20,
129:2, 129:12,
129:19, 129:22
family
38:5, 57:13,
76:5
fancy
63:5
far
54:15, 58:12
farm
16:14
farmer
8:6, 16:16,
16:21, 118:23
farmers
16:11, 17:15,
17:16, 23:3,
24:21, 25:1,

54:1, 122:22
farming
54:5
fast
6:19, 117:1
fate
23:10
favored
52:23
feared
110:7
feasible
120:7
federal
33:13
feeders
34:20, 73:7
feel
137:10
feet
125:25
fence
64:24, 65:3,
67:9, 70:23,
71:3, 73:10,
84:17
fertilizers
54:3
few
29:15, 33:13,
37:19, 39:15,
84:8, 113:25,
117:5, 120:21,
121:8, 124:25,
125:25, 131:19,
132:5, 136:20
field
7:13, 9:2,
9:23, 18:15,
24:12, 28:13,
54:16, 54:17,
104:25, 115:22,
118:9, 118:12,
118:24, 123:4,
123:5, 124:24,
125:1
field-based
28:16

fields
49:20, 54:4,
100:25
fight
118:21, 118:22
figure
9:15
final
75:10
finalized
39:4
finalizing
39:2
find
11:11, 44:23,
82:19, 110:17,
114:2, 116:11,
116:12
finding
123:25
fine
11:7, 13:16,
18:13, 57:22
finger
93:9
finished
23:20, 28:25
fire
53:2
firing
76:14
firm
13:6
first
5:10, 6:1, 8:8,
8:19, 9:2,
11:13, 12:21,
12:23, 37:11,
37:19, 38:20,
40:17, 41:3,
57:21, 96:2,
119:23, 127:7,
127:17, 131:10
fish
105:16
fit
63:11
fitness
121:9, 121:20

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

155

fittest
117:1, 117:2
five
41:16, 99:9
flagstone
66:19
flagstones
66:7, 74:23
flash
3:28
fleet
97:16
flew
41:23, 42:1,
42:21
flight
43:2, 108:11
flip
46:7
floor
71:19, 126:4
flow
17:12, 21:3,
21:6
fly
108:15
focus
25:17, 57:5,
108:5
focused
24:16, 29:2,
56:21, 74:24
foliage
29:14, 52:2
folks
28:16, 112:22
follow
63:22
follow-up
29:15, 132:5
followed
116:21, 119:9,
120:3
follows
66:6
food
24:15, 29:19,
30:16, 32:10,

33:11, 48:23
foot
32:17, 66:24,
67:1, 67:20,
134:21
footprint
53:22
foreclosed
53:10
foregoing
138:7, 138:14
foreground
62:17, 63:13,
64:15, 66:4,
135:15, 136:2
forested
71:19
form
66:14, 137:8
formal
16:17
former
33:22
formerly
50:7, 114:24
forming
68:15, 103:8
formulate
62:9, 63:8,
104:9
formulated
59:14
formulating
78:9, 84:1,
93:22
formulations
51:1, 51:4,
59:16
forsyth
2:31
forth
5:11
forty
81:13
forward
19:22, 28:7,
115:20, 117:10
found
29:6, 77:24,

91:5, 99:17,
103:21, 106:16
foundation
79:4
foundations
47:16, 63:19,
84:17
founder
115:18
four
41:15
fourteen
129:21
frame
55:9, 62:3,
65:21, 74:12,
74:19, 75:15
free
113:19
freedom
114:1, 114:4
freestanding
70:3, 70:4,
70:6, 70:10
frequency
84:13, 133:9
fresno
18:25, 109:4
friday
14:4
from
8:1, 8:18,
10:22, 16:14,
16:18, 16:23,
17:10, 19:19,
19:20, 19:21,
19:22, 20:20,
21:8, 21:15,
22:6, 22:16,
22:22, 23:5,
26:4, 26:5,
26:10, 29:20,
32:1, 32:3,
35:6, 35:15,
35:17, 37:11,
37:22, 44:8,
46:8, 49:14,
52:19, 54:3,

59:11, 60:16,
63:16, 64:12,
64:19, 65:16,
65:17, 66:8,
68:4, 68:6,
72:4, 72:25,
76:10, 76:11,
85:18, 86:14,
94:1, 94:10,
95:8, 95:19,
96:5, 96:12,
96:18, 97:8,
98:7, 98:16,
98:18, 98:22,
103:25, 104:9,
107:19, 107:20,
107:21, 112:16,
112:17, 113:23,
113:25, 115:2,
118:18, 122:10,
130:16, 130:25,
131:6, 132:23,
134:23
front
44:2, 44:7,
44:8, 62:17,
62:19, 65:10,
65:20, 66:12,
71:25, 75:6,
87:1, 111:3,
134:25
fruit
30:25
fruits
24:17, 31:14,
50:12
fuel
53:22, 53:24,
97:17, 101:19,
101:20
full
5:15, 138:15
fully
8:23, 28:17
fumigant
32:21, 34:3
fumigated
34:5, 34:20

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

156

| | | | |
|---|---|---|---|
| **fumigation**<br>32:16, 32:18,<br>32:19, 33:20,<br>33:25, 34:6<br>**function**<br>33:13<br>**fund**<br>26:8, 108:12<br>**funded**<br>24:11, 26:7,<br>26:9, 29:18,<br>31:21, 33:8,<br>33:15, 36:14<br>**funding**<br>26:3, 27:5,<br>31:19, 31:20,<br>32:1, 32:2,<br>33:19, 99:7,<br>99:8, 113:24<br>**funds**<br>26:2, 26:10,<br>26:12, 26:14,<br>26:25, 31:22,<br>33:1, 35:2,<br>35:5, 36:16,<br>37:23, 97:7,<br>107:15, 107:17,<br>107:21, 108:11,<br>108:21, 108:22,<br>114:7, 128:14<br>**fungicides**<br>30:21<br>**further**<br>39:16, 65:17,<br>131:23, 134:21 | 69:15, 70:2,<br>70:4, 70:16,<br>73:18, 74:18,<br>75:13, 76:8,<br>76:12, 134:16,<br>134:22<br>**garden**<br>64:23, 73:19,<br>73:21, 73:22,<br>73:23, 73:24<br>**gas**<br>26:15, 34:2<br>**gate**<br>62:16, 64:14,<br>75:14<br>**gave**<br>108:2, 113:25,<br>114:9<br>**gear**<br>59:3<br>**gene**<br>17:9, 17:12,<br>21:2, 21:5,<br>21:6, 21:21<br>**general**<br>16:19, 35:10,<br>35:24, 36:1,<br>39:9, 39:10,<br>39:11, 40:22,<br>41:1, 45:13,<br>47:1, 48:12,<br>48:20, 49:2,<br>53:14, 61:24,<br>70:2, 73:14,<br>78:21, 85:16,<br>97:13, 97:17,<br>104:6, 104:12,<br>104:21, 115:12 | **genetic**<br>24:5<br>**genetically**<br>122:3<br>**geneticist**<br>24:4<br>**get**<br>6:20, 7:6,<br>12:17, 33:19,<br>34:23, 37:22,<br>41:10, 44:3,<br>56:15, 62:22,<br>72:24, 85:12,<br>85:16, 85:25,<br>86:17, 86:20,<br>91:18, 92:15,<br>95:23, 108:11,<br>114:3, 120:16,<br>122:21, 123:13,<br>126:24<br>**gets**<br>97:5, 120:14<br>**getting**<br>85:21, 86:6,<br>96:4, 96:11,<br>126:11<br>**gift**<br>26:10, 26:24,<br>31:22, 35:2,<br>36:15, 37:11,<br>96:3, 96:11,<br>96:19, 97:4,<br>97:5, 97:7,<br>97:12, 97:25,<br>98:17, 107:21,<br>108:12, 108:21,<br>108:22 | **give**<br>16:3, 22:3,<br>23:4, 24:24,<br>36:8, 36:18,<br>79:1, 107:16,<br>108:12, 109:4,<br>111:25, 112:9,<br>117:13<br>**given**<br>36:21, 106:24,<br>107:24, 108:1,<br>109:18, 124:25,<br>137:16<br>**gives**<br>26:19<br>**giving**<br>24:21<br>**gloves**<br>48:6, 48:7,<br>54:11, 54:13,<br>54:18, 55:2,<br>55:17, 56:17,<br>59:10, 84:13,<br>86:5, 88:7<br>**glyoxalate**<br>127:8<br>**glyphosate-based**<br>46:17, 46:20,<br>68:19, 69:4,<br>107:9, 137:6<br>**glyphosate-resis-<br>tant**<br>29:4, 98:12,<br>118:3, 118:25,<br>123:23<br>**gm**<br>22:14 |
| **G** | **generally**<br>25:5, 35:12,<br>51:15, 51:16,<br>53:16, 108:15,<br>111:10, 119:4,<br>124:24, 127:20<br>**generate**<br>59:12, 59:25<br>**generations**<br>117:5, 117:6 | **gifts**<br>26:21, 27:1,<br>35:15, 35:17,<br>36:6, 36:9,<br>38:1, 96:5,<br>97:2, 98:21,<br>113:23, 114:7,<br>131:6<br>**gillie**<br>1:31, 5:5,<br>138:2, 138:25 | **gmo**<br>21:13, 21:15,<br>21:23, 22:4,<br>22:5, 22:9<br>**gmoanswers**<br>129:23, 130:3<br>**go**<br>10:1, 11:17,<br>12:1, 14:24,<br>16:20, 17:11,<br>36:9, 41:8, |
| **gaining**<br>111:17<br>**gao**<br>33:23<br>**garage**<br>43:24, 44:6,<br>44:18, 59:2,<br>59:4, 61:25,<br>62:6, 62:8,<br>62:18, 62:19,<br>65:17, 69:14, | | | |

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

157

41:9, 43:21,
57:17, 57:19,
70:8, 89:6,
92:22, 93:6,
96:8, 96:17,
97:7, 103:14,
109:4, 110:8,
111:7, 113:9,
121:7, 131:10
**goal**
29:21
**goes**
30:11, 97:5,
105:11, 122:1
**going**
6:14, 12:1,
13:14, 13:19,
14:13, 14:18,
14:24, 15:22,
16:20, 18:6,
22:23, 28:7,
28:8, 34:25,
45:23, 45:24,
57:19, 57:20,
58:1, 58:22,
59:21, 60:24,
61:20, 62:11,
64:2, 66:22,
69:3, 69:5,
69:6, 70:18,
75:2, 76:6,
82:3, 87:1,
89:13, 89:21,
91:25, 95:14,
95:15, 96:1,
97:24, 99:12,
101:19, 103:13,
106:12, 115:11,
117:10, 119:4,
119:14, 119:19,
121:22, 122:5,
122:6, 130:8
**good**
8:25, 33:21,
34:24, 54:14,
57:14, 57:16,
102:5
**goosegrass**
68:21, 68:22,

135:10, 135:12,
136:2, 136:6
**got**
11:21, 36:9,
40:25, 56:13,
69:9, 91:7,
97:19, 98:23,
124:6, 130:6,
132:5
**gotten**
99:9, 114:5
**government**
78:17
**grad**
89:15
**graduate**
18:10, 18:14,
18:21, 18:23,
19:5, 19:6,
23:8, 26:14,
28:18, 37:8,
87:17, 88:21,
89:8, 89:13,
97:14, 124:3
**graduated**
28:24
**grant**
26:22, 31:20,
32:1, 32:2,
33:1, 36:16,
42:5, 72:20,
74:7, 107:21,
114:7
**grants**
26:5, 26:19,
26:21, 32:9,
33:14, 33:18
**grape**
108:3, 126:23
**grapegrowers**
4:9, 122:10
**grapes**
124:8
**grapevine**
126:11
**grass**
17:11, 23:13,
63:17, 63:23,

66:8, 85:6,
85:9, 133:12,
135:22, 135:23,
136:1, 136:2,
136:25
**grasses**
50:24, 71:18
**great**
6:24, 53:24,
72:6, 84:21,
115:17, 116:3,
120:10
**greater**
78:19, 120:20,
121:1, 121:2
**greatest**
50:22, 86:10
**green**
29:13, 52:3,
52:4, 61:5,
63:23, 125:21,
136:8
**ground**
52:13, 52:17,
64:21, 67:25,
73:5, 125:25
**group**
33:9, 36:22,
108:3, 110:4,
113:16, 122:20
**groups**
23:2, 24:22
**grow**
29:12
**grower**
7:11, 8:22,
9:21, 9:22,
10:21, 24:22,
26:7, 33:8,
119:13
**growers**
25:1, 25:7,
25:15, 53:17,
54:24, 108:3,
108:17, 125:5
**growing**
71:19, 73:8,
136:4

**grown**
21:14
**growth**
121:23
**guess**
5:22, 31:11,
39:9, 64:24,
69:3, 98:14,
134:9
**gust**
133:7
**gut**
4:13, 129:10,
129:17

**H**

**had**
7:23, 10:14,
17:16, 18:23,
19:4, 19:16,
28:18, 28:19,
32:16, 32:18,
34:10, 35:17,
45:20, 45:22,
47:6, 47:7,
47:18, 48:1,
49:11, 52:4,
53:21, 53:24,
55:8, 55:11,
59:15, 59:16,
59:18, 60:4,
61:17, 63:15,
64:25, 65:10,
65:12, 65:18,
69:25, 74:7,
77:2, 77:14,
82:16, 82:20,
84:19, 84:22,
88:22, 95:21,
96:11, 102:19,
103:7, 103:24,
108:5, 111:7,
111:17, 112:14,
112:18, 113:22,
114:5, 123:22,
124:2, 132:11,
132:14, 132:19,
133:16, 137:1

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

158

hadn't
97:23
haircut
122:13
half
41:15, 41:21,
43:19, 52:8,
55:8, 123:5,
127:4, 127:6,
127:11, 127:15,
127:16, 127:18,
127:19
half-day
123:4
halfway
124:7
hall
1:5, 39:8,
39:17, 39:20,
40:2, 41:1,
42:19, 42:23,
43:9, 44:9,
44:13, 45:4,
47:4, 49:13,
53:9, 55:4,
56:2, 56:14,
59:14, 60:5,
63:15, 71:1,
71:3, 82:12,
82:16, 82:21,
83:5, 83:16,
83:23, 84:5,
85:4, 90:19,
104:8, 104:11,
132:19, 137:6
hall's
3:10, 13:3,
41:17, 43:11,
43:14, 43:18,
43:24, 45:8,
45:21, 47:12,
47:25, 48:11,
52:19, 53:7,
56:16, 56:19,
56:20, 61:24,
62:15, 65:16,
70:16, 73:18,
75:12, 76:5,

78:10, 82:25,
83:13, 83:19,
84:11, 84:22,
90:6, 132:21,
133:23, 134:25,
137:4
hand
15:22, 45:23,
49:19, 49:22,
60:24, 61:20,
62:11, 64:2,
69:5, 70:12,
70:18, 77:14,
95:14, 99:12,
120:9, 122:5,
130:8
handed
57:25, 64:17
handful
31:7
handheld
82:9
handing
72:9
handle
55:4
handling
86:12
hands
86:7, 86:10,
86:15, 86:18,
86:20, 86:24
hanson
1:22, 3:12,
3:14, 3:18, 5:8,
5:17, 11:23,
46:15, 96:3,
96:19, 97:20,
100:10, 100:12,
106:20, 122:16,
123:13
hanson's
22:23
hansons
38:8
happen
67:22, 110:14,
114:14, 116:5,

117:5, 118:15,
133:8
happened
59:17, 82:19,
110:19, 133:14
happens
115:14, 117:1,
118:9, 119:18
happy
9:11
hard
72:11, 126:24
hardware
47:14, 90:21
harm
25:23
hart
5:3
harvest
30:25
harvested
31:3
has
11:23, 21:18,
23:25, 26:22,
26:23, 27:4,
27:18, 27:22,
28:4, 29:12,
33:8, 33:12,
34:13, 37:15,
37:16, 38:16,
49:11, 50:20,
51:25, 52:23,
53:21, 54:5,
60:14, 64:22,
66:12, 68:13,
75:21, 81:22,
90:2, 95:24,
101:21, 107:1,
118:24, 121:6,
122:20, 126:15,
128:3, 129:15,
133:17, 135:24,
137:6, 137:11
hasn't
28:12, 28:15
haven't
22:12, 28:17,

34:10, 73:16,
73:17, 76:16,
128:24
having
10:15, 36:24,
46:11, 53:20,
86:21, 113:17,
114:24, 127:23
hay
8:4
hazard
52:14, 131:5
he's
28:24, 102:11,
102:12, 104:1
head
62:5, 127:14
headers
95:25
health
23:16, 56:24,
78:17, 93:25,
114:9, 131:5
hear
21:22, 35:13
heard
84:21
heavily-vegetated
71:16, 133:15
heavy
53:23
height
67:24, 69:22
held
37:8, 67:24,
132:23
help
29:21, 41:8,
41:9, 53:2,
103:8, 110:17,
128:14
helped
53:17, 54:1,
62:8, 104:9
helping
25:16
henrico
2:7

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

159

her
34:1, 99:23,
100:21
herbicidal
20:17, 20:21,
128:3
herbicide
4:6, 5:25, 6:4,
6:10, 6:11, 7:1,
7:5, 7:12, 7:13,
7:15, 7:24, 8:2,
9:1, 9:3, 10:10,
10:17, 17:1,
17:2, 17:14,
18:1, 18:2,
18:3, 20:13,
20:15, 20:24,
22:7, 22:9,
23:10, 23:13,
24:1, 25:6,
25:7, 25:11,
27:19, 27:20,
27:23, 29:8,
29:13, 30:8,
31:3, 32:14,
37:11, 39:13,
48:14, 49:9,
49:10, 50:7,
50:19, 50:23,
51:12, 51:17,
52:20, 52:21,
54:12, 56:23,
60:14, 60:16,
66:17, 68:19,
69:4, 71:22,
85:1, 85:4,
98:12, 101:4,
103:20, 104:14,
104:15, 106:19,
109:9, 111:11,
113:3, 113:4,
113:17, 113:20,
115:7, 117:3,
117:10, 117:16,
118:11, 119:15,
121:16, 124:5,
124:13, 124:18,
125:17, 126:5

herbicide-based
17:17
herbicide-resist-
ant
4:10, 18:4,
21:11, 21:13,
23:21, 116:9,
122:10
herbicide-tolera-
nt
22:4
herbicides
19:18, 19:21,
25:7, 27:12,
28:3, 30:20,
32:14, 46:17,
46:20, 47:13,
47:15, 49:2,
49:8, 49:10,
49:15, 49:17,
49:21, 49:25,
50:21, 52:14,
53:16, 77:11,
78:24, 79:19,
87:20, 87:21,
88:13, 100:23,
101:3, 101:16,
104:14, 106:5,
107:10, 120:4,
123:18, 124:7,
129:16
here
12:2, 20:5,
39:19, 43:21,
56:13, 56:14,
60:2, 64:9,
65:1, 65:4,
65:24, 68:17,
69:8, 69:13,
74:12, 75:16,
75:18, 81:7,
81:9, 81:11,
83:25, 86:2,
96:1, 97:22,
114:22, 124:10,
129:8, 135:4
hereby
138:6

herein
5:9
hereinafter
5:11
hereunto
138:19
heritable
114:23, 122:3
hesitated
58:20
high
62:5, 67:21,
85:24, 101:11,
115:13, 117:6
high-value
34:9
high-volumed
34:12
higher
26:23, 121:4
highlights
81:19
highly-effective
116:3
him
45:21, 58:7,
102:18, 102:20,
102:21, 104:2,
110:17
himalayan
51:10
hired
20:21
his
23:20, 23:22,
29:1, 44:1,
44:2, 45:5,
47:5, 47:24,
47:25, 48:3,
48:10, 55:7,
55:15, 55:20,
55:21, 57:5,
57:6, 57:8,
57:11, 59:2,
61:19, 62:6,
62:18, 62:19,
63:6, 63:8,
63:11, 70:2,

70:3, 70:25,
71:3, 71:6,
71:12, 71:13,
83:2, 84:12,
85:7, 112:24,
132:24, 137:7
history
56:24, 57:13
hit
57:14
hits
52:6
hold
66:22, 115:11
holding
132:7
holdings
1:14, 2:28,
132:4
hollingsworth
2:12, 42:5,
58:10, 58:21,
72:20, 73:2,
74:7, 74:8, 76:3
home
41:17, 47:5,
51:11, 55:7,
55:20, 63:6,
65:23, 70:25,
76:2, 88:3,
88:4, 88:15,
90:20, 134:25
homeowner
51:5, 53:5,
61:8, 66:2,
66:15, 79:13,
87:25, 88:1,
88:8
homeowner-type
90:18
homeowners
47:23
homes
63:2, 63:3,
63:4
honestly
6:15
honey
4:14, 129:10

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

160

**honeybee**
128:22
**honeybees**
129:1
**honorarium**
36:25
**hopefully**
60:5
**horse**
135:12
**horseweed**
69:1, 135:10,
135:16, 136:10
**hospitals**
116:17
**hostile**
110:5, 110:7
**hotel**
37:2, 42:21,
108:11, 108:24
**hour**
5:2, 39:24,
43:19, 107:18
**hours**
39:20, 39:22,
39:23, 41:16,
45:4, 90:15
**house**
44:8, 44:16,
45:21, 65:18,
67:9, 70:5,
73:12, 74:6,
74:18, 75:1,
123:3
**how**
9:1, 14:1,
18:20, 25:8,
25:10, 25:11,
31:2, 36:3,
39:12, 39:13,
39:19, 40:5,
41:13, 43:17,
48:14, 49:8,
49:10, 51:23,
65:7, 67:21,
81:12, 83:8,
83:12, 84:15,
87:5, 87:7,

87:9, 87:14,
99:23, 110:14,
111:11, 113:9,
118:23, 124:19,
125:14, 127:3
**however**
93:13
**huge**
119:11
**hugely**
50:8
**human**
116:16
**humans**
51:19, 105:11,
105:14
**hurdle**
30:14
**hygiene**
48:2, 48:9,
54:14, 55:16,
56:17, 59:9,
83:2
**hypothesis**
21:11, 95:4
**hypothetical**
79:4

---

**I**

**i'll**
14:23, 15:17,
24:24, 25:10,
25:14, 29:15,
43:21, 47:4,
48:21, 70:12,
71:25, 76:7,
79:3, 89:6,
95:18, 99:16,
106:10, 106:11,
106:15, 114:22,
115:8, 117:13,
129:4, 131:19
**i've**
5:21, 5:24,
6:7, 8:10,
12:23, 15:16,
16:15, 18:22,
19:4, 32:23,

35:17, 40:22,
40:24, 57:25,
60:2, 64:17,
79:8, 83:18,
84:21, 90:7,
92:4, 99:9,
103:24, 103:25,
108:1, 112:11,
124:2, 132:5
**iarc**
80:16, 81:10,
82:1, 91:17,
91:20, 108:4,
108:8, 111:16,
111:20, 112:12,
112:14, 112:15,
112:16, 113:6,
113:18, 130:18,
131:12
**iarc's**
82:3
**ice**
31:1
**idaho**
16:23, 17:4,
17:7, 17:16,
22:15
**idea**
20:23, 21:8,
21:20, 72:11,
75:9, 116:18
**identification**
13:22, 14:22,
15:19, 46:1,
57:24, 76:21,
92:11, 95:17,
99:15, 103:16,
106:14, 122:8,
129:6, 130:11
**identified**
93:14
**identify**
25:16, 136:3
**identifying**
20:16, 123:25
**illinois**
43:7
**imagine**
37:14

**immigrant**
49:24
**immigrants**
101:18
**impact**
101:22
**impacted**
28:13
**impacts**
46:18, 102:2
**impart**
116:3, 117:15,
117:16, 121:23
**imparts**
115:15
**implicate**
13:14
**important**
6:18, 27:23,
32:21, 48:15,
48:20, 49:1,
49:17, 49:25,
50:2, 50:4,
50:8, 50:11,
50:20, 51:9,
52:20, 52:21,
53:12, 78:10,
87:22, 91:14,
101:12, 111:22,
115:1, 116:8,
120:2, 125:1,
125:10, 131:3
**impose**
115:12
**imposes**
121:10
**impossible**
133:2, 133:4
**impressed**
59:6
**improve**
53:3
**in-row**
53:21
**inactivated**
52:5
**inc**
1:13, 1:14,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

161

2:27, 2:28,
132:3, 132:4
**incentive**
115:17
**inches**
132:23
**include**
23:9, 45:5,
55:2, 77:8,
78:11, 80:20,
81:5, 88:15,
92:25
**included**
92:17, 92:20
**including**
46:18, 91:12,
101:7
**incomplete**
79:3
**incorporated**
82:8
**increasing**
107:14, 120:25
**incredibly**
34:12
**indica**
136:6
**indicate**
136:18
**indicated**
28:18, 71:3
**indication**
48:1, 85:9,
136:24
**indiscriminate**
50:7
**individual**
19:25, 85:12,
115:14, 115:16,
115:18, 121:24,
123:24
**individually**
6:13, 121:3,
128:16
**individuals**
54:16, 116:19,
121:1
**industrial**
49:4, 52:22

**industrialized**
48:24
**industry**
35:6, 37:22
**inform**
113:22, 131:4
**information**
7:11, 9:20,
10:2, 13:6,
13:12, 16:11,
23:2, 23:5,
25:8, 30:12,
39:10, 40:25,
41:1, 47:2,
51:23, 54:8,
60:8, 60:14,
77:13, 81:21,
84:15, 84:19,
104:6, 114:1,
114:4, 130:17,
130:25
**informed**
104:5
**infrequent**
133:5, 133:13
**ingredient**
7:16, 123:16,
124:9
**inhalation**
85:20, 87:11
**initial**
86:16
**initiative**
33:11
**injury**
5:25, 6:5,
6:10, 6:11, 7:7,
7:14, 17:2,
18:4, 19:20,
19:23, 25:14,
25:20, 85:6,
133:12
**input**
101:14
**insecticide**
117:3
**insecticides**
30:21, 116:15

**insects**
116:15
**instance**
6:1, 6:3, 6:5
**instances**
104:6
**instead**
27:1, 117:4,
120:13
**institute**
29:18, 33:7
**insufficient**
95:3
**integrated**
107:2, 119:25
**intended**
7:13, 85:8
**intensity**
4:5, 103:19,
104:16, 126:7
**intent**
130:16
**interact**
23:7, 104:2
**interest**
107:5, 113:17
**interested**
22:17, 27:20
**interesting**
29:5, 110:14,
110:16
**internal**
39:12, 40:10
**international**
77:9
**interrogated**
5:11
**intersections**
53:4
**interval**
30:24
**interviewed**
99:21
**interviews**
84:5
**into**
18:3, 27:16,
32:6, 34:25,

39:5, 39:20,
43:24, 54:4,
61:11, 62:20,
70:24, 71:14,
72:14, 73:3,
73:11, 74:13,
75:13, 85:16,
85:21, 86:13,
97:6, 97:7,
106:7, 113:9,
127:13, 127:16,
127:17, 132:24,
134:22
**introduce**
12:2
**introduction**
118:16
**invasive**
20:20, 48:17,
51:10
**investigating**
93:15
**investigator**
10:14, 33:17
**invite**
108:24
**invoice**
15:8, 45:11
**involved**
11:14, 11:23,
12:22, 13:1,
13:2, 13:17,
19:8, 19:10,
20:25, 36:9,
40:24, 128:5,
128:10, 129:25
**involvement**
130:2
**iowa**
16:14, 16:16,
16:18, 16:21,
16:22
**ipm**
107:2, 111:24,
114:8
**ir-4**
24:12, 29:15,
29:17, 30:5,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

162

30:18, 31:5,
32:4
**irrigate**
63:24
**isn't**
117:7, 117:18
**issue**
3:30, 9:19,
9:20, 10:9,
80:6, 91:8,
111:19
**issues**
34:18, 53:2,
106:20, 109:9,
109:15, 109:20
**italian**
29:3
**item**
29:19
**its**
29:21, 30:9,
50:22, 52:24,
107:11, 126:13
**itself**
26:7, 69:15

**J**

**jansen**
2:30, 3:4,
12:8, 13:4,
79:3, 81:12,
92:5, 92:8,
122:24, 132:2,
133:17, 135:8,
137:15, 137:19
**january**
39:1, 39:5,
39:14, 45:14,
45:18
**jeff**
1:4, 3:10
**jeffrey**
56:14, 83:16,
83:23
**jim**
10:23
**job**
7:3, 18:25,

57:13
**jobs**
17:23
**joke**
87:18
**judge**
10:2
**jug**
44:21, 59:3,
59:17, 59:22,
86:13, 134:2
**julie**
2:20, 2:25,
11:21, 12:15
**july**
96:18, 97:19,
122:21, 136:15
**june**
29:1
**jury**
83:7, 87:1
**just**
6:13, 7:3,
12:2, 14:3,
23:19, 28:24,
30:17, 44:3,
47:4, 49:24,
54:13, 57:2,
57:22, 59:13,
59:18, 60:18,
61:24, 62:3,
62:5, 62:17,
62:22, 64:1,
64:9, 64:12,
65:4, 65:21,
67:2, 68:3,
68:12, 70:2,
70:15, 71:17,
71:22, 72:4,
72:5, 74:11,
74:12, 74:14,
74:18, 74:20,
75:15, 75:22,
76:10, 80:1,
86:6, 86:14,
88:16, 89:6,
91:25, 93:2,
102:1, 116:22,

118:6, 118:18,
120:12, 121:13,
125:11, 126:20,
130:6, 131:19,
132:23, 135:21

**K**

**kassim**
102:9, 102:11
**keep**
32:17, 121:22
**kendra**
1:31, 5:5,
138:2, 138:25
**kill**
52:3, 116:5
**killed**
66:9
**kind**
23:20, 30:2,
33:2, 54:8,
63:3, 63:21,
65:24, 68:23,
133:5, 133:11
**kinds**
62:23
**kinetics**
127:21
**kitchen**
61:13
**kniss**
103:10, 103:25,
106:1, 106:8
**know**
8:20, 8:21,
9:12, 9:14,
13:17, 13:18,
20:22, 21:25,
22:4, 22:9,
23:6, 25:10,
27:14, 30:8,
30:9, 35:25,
40:9, 43:5,
44:16, 45:8,
46:8, 46:10,
46:23, 48:17,
51:6, 51:13,
52:10, 53:23,

56:4, 56:24,
58:6, 58:12,
60:17, 63:2,
63:4, 64:22,
71:16, 73:4,
77:12, 77:15,
77:17, 77:21,
80:7, 80:24,
81:15, 82:4,
85:20, 86:13,
90:6, 91:19,
94:5, 94:13,
97:11, 97:16,
97:24, 98:15,
100:24, 101:19,
101:24, 109:4,
110:2, 110:19,
113:7, 113:14,
115:15, 116:7,
118:13, 119:22,
119:24, 120:1,
123:25, 124:12,
127:14, 129:11,
129:15, 130:4,
133:8, 134:18,
136:5, 136:22,
137:1
**knowing**
77:20, 78:22
**knowledge**
83:14, 117:14
**kyle**
29:1

**L**

**lab**
24:13, 31:1
**label**
30:23, 54:25,
60:3, 60:9,
60:13, 60:19,
79:25, 88:5,
89:2, 89:3
**labeled**
60:6, 113:13
**labels**
29:22, 54:23
**labor**
49:19, 49:22,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

163

49:24, 53:22,
101:16
**laboratory**
126:25
**lack**
55:16, 59:10,
63:16, 72:7,
95:4, 95:12
**lacks**
79:4
**lakes**
51:3, 54:4
**land**
54:2, 74:15
**landscape**
64:22, 66:16,
73:14
**landscapers**
47:23
**landscapes**
49:4, 101:1
**landscaping**
44:2
**language**
35:23
**lapse**
89:24
**laptop**
76:14
**large**
9:13, 23:16,
32:12, 32:19,
133:7, 136:23
**largely**
29:9, 40:11,
41:8
**larger**
52:16
**largest**
32:2, 48:22
**last**
12:20, 15:1,
22:23, 24:3,
29:1, 33:13,
35:1, 35:16,
35:17, 36:20,
37:20, 41:4,
41:7, 41:14,

57:20, 72:5,
93:6, 96:2,
98:18, 99:9,
131:23, 134:10,
137:13
**late**
11:21, 42:22,
42:23
**later**
18:3, 62:25,
89:13
**latter**
101:6
**launched**
22:12
**law**
2:5, 2:13,
2:14, 2:20,
2:30, 5:13,
132:2
**lawn**
69:12
**laws**
90:13, 90:14,
90:16
**lay**
74:14
**lay-of-the-land**
74:20
**layman**
114:19
**layman's**
104:24, 116:22
**layperson**
23:6, 78:22,
79:12, 124:19
**ld**
106:2
**leach**
126:20
**leading**
65:3, 66:12,
68:6, 111:9,
111:13
**leaf**
50:24
**leaning**
62:18

**least**
6:25, 86:16,
90:16
**leave**
45:11
**leaves**
136:9
**left**
38:18, 62:3,
62:4, 64:23,
65:20, 76:11,
76:12, 81:6,
136:1
**left-hand**
75:23
**leg**
33:3
**legally**
113:13
**legume**
17:3
**lengthy**
95:20
**less**
34:18, 37:19,
43:19, 67:20,
121:10, 121:11,
121:17
**lesser**
17:14, 34:8
**let**
6:1, 36:14,
89:24, 91:19,
95:5
**let's**
10:7, 16:2,
22:22, 57:17,
128:12
**lethal**
106:2, 115:16
**letter**
3:16, 4:15,
15:5, 38:14,
39:8, 130:16,
130:19, 131:4
**level**
34:10, 90:9,
90:21, 99:8,

127:13
**levels**
101:11, 120:20
**lewis**
42:8, 42:11,
42:13, 42:19,
42:25, 45:21,
46:9, 46:11,
58:5, 71:2
**license**
1:31
**licensed**
90:7, 138:3
**licensees**
28:2
**licensing**
91:3
**life**
52:8, 127:4,
127:6, 127:11,
127:15, 127:18,
127:19
**like**
8:25, 14:12,
23:9, 26:25,
29:23, 32:10,
33:13, 34:11,
36:1, 46:24,
47:21, 48:18,
48:25, 49:13,
50:12, 54:9,
55:9, 56:25,
57:4, 58:4,
59:2, 61:9,
63:24, 64:10,
65:5, 67:1,
67:11, 68:12,
68:24, 70:1,
71:20, 73:6,
73:21, 75:17,
75:19, 80:1,
83:12, 84:23,
90:13, 92:3,
116:17, 116:24,
116:25, 122:14,
126:23, 127:7,
135:21, 135:24,
136:2, 136:10

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

164

liked
10:18
likely
10:17, 36:15,
66:16, 67:22,
86:21, 87:12,
88:13, 88:14,
121:7, 125:1,
137:12
lima
30:8, 30:13
limitations
93:14
limited
46:18, 124:25
line
17:22, 29:19,
71:2, 96:18
lines
73:20, 84:17,
104:17, 107:25,
108:3, 109:7
link
99:22
linked
56:3
list
3:19, 15:14,
15:24, 35:14,
40:8, 40:12,
45:8, 46:8,
55:23, 77:1,
77:6, 78:11,
80:16, 80:21,
83:6, 91:13,
91:24, 92:6,
95:24, 99:1,
103:2, 103:3,
103:11
listed
38:2, 88:5
literature
77:15
litigation
40:24, 48:13,
102:24
little
12:3, 18:6,

24:22, 35:22,
36:13, 44:1,
64:22, 73:8,
74:22, 108:6,
128:3, 134:19,
136:24
live
53:1
lived
62:24
lives
68:8
llp
2:12, 2:29
log
39:1
long
14:1, 18:20,
41:13, 43:17,
43:19, 65:18,
88:6, 115:10,
116:25, 127:3
long-sleeved
88:6
long-term
4:4, 103:19,
104:22
long-winded
110:20
longer
105:9, 114:25,
118:20
look
11:10, 11:11,
14:9, 38:19,
38:23, 40:19,
41:22, 47:21,
61:6, 63:21,
68:24, 71:20,
81:12, 84:7,
89:7, 91:4,
123:4, 123:6,
123:12, 131:9,
133:24, 134:20
looked
39:21, 43:25,
55:9, 59:2,
64:10, 65:5,

70:15, 71:14,
81:10, 100:1,
104:17
looking
21:19, 21:20,
24:5, 47:17,
56:6, 57:3,
59:7, 62:20,
63:23, 65:20,
69:2, 70:24,
72:25, 73:1,
73:18, 74:13,
75:2, 75:12,
109:8, 129:8
looks
58:4, 67:11,
68:12, 73:6,
73:21, 75:17,
75:19, 83:12,
135:24, 136:2,
136:3, 136:10
losses
34:16
lot
7:5, 23:4,
23:25, 24:20,
25:6, 25:15,
26:9, 32:24,
34:20, 40:6,
49:17, 49:23,
53:13, 53:19,
53:23, 57:10,
61:8, 71:3,
71:6, 85:5,
87:15, 89:12,
105:13, 111:17,
114:13, 126:16,
128:12, 128:15,
136:22
lots
24:16, 63:3,
63:5, 116:8
louis
1:1, 2:32,
41:23, 42:2,
43:7
love
13:18

low
51:18, 52:13,
52:24, 126:20,
127:5, 129:1,
133:10
low-growing
68:23, 136:9
lowe's
90:20
lower
65:20, 136:1
lumbar
69:24
lymphoma
19:25, 78:25,
79:9, 93:15,
94:15, 109:25,
110:3

**M**

m-a-r-e-s-t-a-i-l
135:20
macisaac
99:19, 99:23
macisaac's
100:19
made
9:22, 106:4,
125:21, 126:1,
128:18, 133:11,
137:9
magazine
125:24
magnitude
30:7
main
25:3
maintain
53:10, 54:1,
90:11
maintained
65:2, 75:17
maintaining
63:1
maintenance
44:4, 47:8
major
16:19, 17:15,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

165

19:3, 27:6,
27:8, 27:17,
27:19, 29:24,
52:15, 104:18,
104:19, 120:11
**majority**
108:17, 116:21
**make**
12:3, 61:17,
65:4, 65:12,
68:12, 68:17,
75:5, 95:23,
103:1, 103:12,
106:23, 114:13,
121:1
**makes**
86:25, 113:11,
121:10
**making**
61:19, 84:14,
131:2
**mammalian**
52:24
**manage**
34:14, 47:15,
49:3, 53:2,
66:21, 117:24,
118:24
**managed**
64:1
**management**
66:2, 97:20,
97:24, 101:21,
102:2, 107:2,
123:2, 131:1,
131:3
**manager**
66:16, 119:13
**manager's**
118:18
**managing**
52:20, 52:22
**manual**
82:9, 82:24,
83:5
**manufactured**
82:23
**manufacturer**
29:24, 37:12,

82:14
**manufacturers**
26:11, 26:18,
26:19, 28:1,
28:3, 35:7,
128:15
**manufacturing**
134:3
**many**
31:2, 31:9,
39:20, 71:23,
79:16, 104:5,
117:4, 128:17,
136:9
**march**
24:24
**mare**
135:20
**marestail**
68:25, 135:18,
136:10
**mark**
13:19, 14:18,
15:17, 45:24,
57:21, 69:6,
76:6, 92:1,
95:15, 103:13,
106:12, 122:6,
129:4, 129:20,
130:8
**marked**
13:22, 14:21,
15:19, 46:1,
57:24, 62:11,
76:21, 92:11,
95:17, 99:12,
99:15, 103:16,
103:17, 106:14,
122:8, 129:6,
130:11
**market**
22:5, 22:17,
27:12, 27:19,
51:5
**markets**
22:13, 30:2
**mashed**
84:11

**master's**
16:24, 23:12
**matches**
65:24
**material**
40:12, 47:11,
47:18, 52:3,
52:4, 60:3,
60:6, 60:9,
73:6, 78:12,
83:6, 86:12,
86:23, 126:14,
126:16, 127:16
**materials**
3:19, 15:14,
15:24, 40:7,
40:12, 45:8,
51:6, 55:23,
77:1, 77:7,
77:13, 78:11,
80:16, 85:10,
91:13, 92:6,
103:2, 103:11
**matter**
136:13
**may**
11:17, 22:1,
22:3, 66:11,
81:7, 100:15,
109:18, 110:17,
116:11, 118:11
**maybe**
28:1, 36:17,
104:20, 107:4,
119:8
**mean**
35:19, 37:17,
81:5, 85:3,
85:7, 92:5,
100:17, 101:10,
105:13, 115:24,
116:22, 116:24,
123:22, 127:5,
128:14, 133:6
**meaning**
16:10, 105:5,
109:22, 118:20
**means**
20:16, 23:1,

29:11, 114:19,
117:2, 117:9,
125:17, 127:15
**meant**
101:9
**measure**
61:10, 118:8
**measured**
106:2
**measures**
46:19
**measuring**
61:3, 61:5,
61:12, 61:17
**mechanical**
49:11, 49:16
**mechanism**
121:7
**mechanisms**
23:21, 117:14,
121:22
**medical**
19:11, 19:16
**meet**
40:14, 42:6
**meeting**
36:19, 45:21,
106:25, 107:4
**meetings**
87:18, 97:15
**member**
24:3, 42:2,
128:7
**members**
24:7, 38:5,
128:18, 129:17
**mentioned**
20:18, 22:24,
33:4, 33:20,
40:22, 49:19,
52:15, 53:25,
84:6, 136:11
**mentor**
18:16, 18:19,
18:20, 18:24,
19:2, 19:7
**merged**
27:14, 27:16

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

merger
28:12
mess
59:5
message
112:1, 112:21
met
40:17, 40:20,
41:4, 41:7,
41:15, 42:2,
42:22, 43:5,
44:17, 45:20,
46:9, 46:11,
132:8
metabolism
127:18
metabolites
127:13
metabolized
127:17
methobromide
32:20, 32:21,
33:1, 33:20
microbiota
4:13, 129:10
microfauna
129:17
microflora
129:17
micronutrient
108:8
mid
111:15, 133:23
middle
8:24, 40:3,
41:20, 41:21,
69:23, 93:6
midwest
49:13, 63:23,
68:25, 120:2,
135:17, 136:12
midwestern
63:3
might
9:22, 22:1,
35:1, 53:6,
71:12, 74:24,
87:5, 88:12,

96:15, 98:24,
109:20, 111:10
mileage
37:2
miller
2:4, 2:5, 3:3,
5:13, 11:19,
11:21, 12:4,
12:10, 12:12,
12:17, 12:20,
13:9, 13:16,
13:23, 14:6,
14:7, 14:9,
14:18, 14:23,
15:16, 15:22,
45:20, 45:23,
46:2, 55:3,
57:16, 57:19,
57:25, 69:8,
69:10, 70:20,
76:19, 76:22,
78:9, 79:6,
80:15, 81:13,
86:4, 89:3,
91:24, 92:3,
92:7, 92:9,
92:13, 92:15,
93:4, 95:14,
95:18, 96:17,
96:22, 97:1,
99:11, 99:16,
102:6, 102:8,
103:12, 103:17,
106:10, 106:15,
110:5, 110:18,
110:22, 117:25,
122:5, 122:9,
123:11, 128:5,
129:4, 129:7,
129:20, 129:22,
130:6, 130:12,
131:9, 131:18,
131:22, 133:3,
135:4, 137:8,
137:22
million
30:1, 31:20,
32:1, 37:17,

115:21
millions
47:22
mind
5:23, 64:10,
76:22, 94:4,
94:24, 98:22,
113:11
mine
59:5, 104:1,
110:15
minimize
54:2
minimum
53:17
minimum-till
54:5
minor
16:21, 24:15,
29:22
minute
28:11
minutes
131:23
mischaracterizes
112:24
misses
125:12
missouri
1:2, 2:32,
132:7
misspoke
9:19, 39:7
mist
132:24, 133:8
mix
125:6
mixing
86:7
mixture
87:23, 125:10
mixtures
25:8
mode
119:20
model
105:15
moderate
52:7, 52:8,

127:5
modes
117:17, 119:16
modest-sized
63:2, 63:4,
63:5
molecular
24:5, 28:20
molecules
20:17
moment
11:18, 39:7,
49:19, 53:25,
62:1, 73:11,
75:6, 87:11,
136:11
money
35:10, 35:20,
97:24, 107:22
monograph
80:24, 81:1,
82:4
monographies
80:17
monsanto
1:11, 2:11,
3:20, 3:23,
12:7, 12:16,
15:6, 20:25,
26:18, 27:4,
28:5, 28:8,
28:10, 29:24,
35:13, 35:18,
77:3, 95:20,
96:5, 96:12,
98:7, 98:18,
113:23, 128:10,
128:13, 128:17,
130:4, 131:6
monsanto's
46:2, 130:2
month
22:23, 88:1,
137:13
monthly
107:3
months
39:15, 88:1,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

167

137:1
**montreal**
32:22
**more**
10:6, 12:3,
17:20, 19:4,
32:7, 34:18,
35:12, 37:1,
45:2, 48:12,
49:16, 52:19,
65:10, 66:11,
73:6, 86:21,
86:23, 87:12,
97:10, 98:13,
99:10, 104:6,
104:12, 104:21,
119:10, 120:17,
120:25, 123:15,
123:24, 123:25,
125:25
**morning**
42:23
**mortality**
105:7, 117:6
**most**
9:3, 36:14,
54:23, 55:1,
82:17, 83:19,
90:12, 90:18,
100:14, 118:12,
120:11, 120:23,
121:6, 124:21,
124:22, 125:4,
126:18, 126:21,
127:4, 128:15,
133:5
**mostly**
21:17, 22:16,
24:4, 24:25,
25:18, 26:22,
31:13, 32:7,
41:1, 48:6,
61:10, 89:11,
108:7, 108:16,
108:21, 124:10
**motivation**
13:11
**mouse**
105:15

**mouth**
48:3, 48:7,
55:15, 83:2,
84:12, 85:25
**mouths**
85:21
**move**
21:8, 21:15,
126:21
**movement**
21:16, 34:2,
53:3
**moving**
70:18, 130:7
**mow**
66:21
**much**
17:17, 26:23,
33:13, 36:3,
52:16, 63:13,
65:9, 68:16,
69:24, 71:16,
85:17, 86:21,
87:7, 87:12,
87:16, 131:15,
136:20
**multiple**
58:2, 119:6,
120:12
**municipal**
52:22
**municipality**
107:25
**must**
43:1, 61:6
**mutation**
115:15, 119:18,
121:9
**mutations**
116:5
**myself**
65:5, 75:22,
80:4

**N**

**n-o-l-a**
10:24
**n-o-l-a-n**
10:25

**name**
5:15, 5:17,
7:17, 10:23,
11:12, 29:1,
42:4, 59:19,
99:23, 135:18
**named**
138:7
**nancy**
11:2
**napa**
108:3
**narrative**
111:7, 111:23
**national**
29:18, 128:8
**natural**
18:3, 20:19,
48:18, 48:19
**nature**
103:9, 103:18
**near**
68:24, 136:7
**nearer**
136:7
**nearly**
30:2, 75:5
**neat**
59:4
**necessarily**
36:20, 90:19,
109:3, 121:3
**necessary**
79:23
**neck**
61:7
**need**
34:14, 51:6,
56:15, 58:22,
108:10
**negative**
117:19, 117:24,
126:15, 126:16,
127:23, 131:2
**nematodes**
34:7, 34:19,
34:23
**neutral**
80:6, 80:10,

112:22, 113:2
**never**
8:10, 34:25,
40:23, 79:8,
98:22, 115:4,
115:6, 132:8,
132:11, 132:14
**new**
2:23, 12:15,
20:16, 23:12,
25:7, 111:16,
112:13
**news**
110:12, 111:4,
111:15, 111:21
**next**
60:24, 64:2,
64:24, 66:4,
68:1, 95:25,
106:11, 119:10,
119:21, 127:13,
135:3
**nhl**
93:15, 93:17,
94:3, 94:17,
94:23
**night**
15:1, 57:20
**nil**
52:13
**nine**
18:22, 27:5
**no-till**
53:18, 54:5
**nobody**
22:18, 38:2,
44:17, 74:2
**nolan**
10:23, 11:1,
11:3
**nomenclature**
83:21
**non-chemical**
101:8, 120:8
**non-gmo**
21:16
**non-hodgkin's**
19:25, 78:25,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

168

79:9, 93:15,
94:15, 109:24,
110:3
**non-professional**
61:9
**non-regulatory**
78:17
**non-target**
85:6, 105:5,
133:12
**none**
36:5, 37:3
**nonperformance**
24:1, 24:2,
28:20
**nontoxic**
129:2
**norm**
47:20
**normal**
37:21, 60:18,
63:2, 88:8,
88:12
**normally**
52:2, 60:3,
60:6, 115:16,
116:1, 117:11,
118:7
**northwest**
17:3, 21:10,
22:16
**note**
47:24, 60:2,
65:5, 134:8
**noted**
135:12
**notes**
48:1, 83:23,
84:3, 84:8,
84:10, 84:19
**nothing**
55:14, 55:19,
59:9, 63:5,
83:4, 83:13,
99:3, 104:11,
117:20, 138:10
**notice**
3:10, 13:20,

15:13, 38:8,
130:16, 134:14
**noticed**
84:10
**now**
8:15, 22:21,
22:22, 24:24,
27:11, 27:16,
28:11, 46:23,
67:12, 69:10,
70:18, 72:9,
73:22, 115:5,
119:15
**nozzle**
67:21, 67:24,
132:22
**nozzles**
48:8
**nufarm**
28:2, 35:8
**number**
14:11, 14:24,
22:11, 22:13,
28:2, 32:15,
34:22, 46:6,
49:6, 78:16,
90:8, 95:22,
97:6, 101:1,
113:7, 117:5,
121:13
**numbered**
111:2
**numbers**
110:11, 110:13,
110:23
**numerous**
93:13
**nuts**
30:25

---

O

---

**oak**
51:11
**oaths**
138:4
**object**
79:3, 93:2,
137:8

**objection**
13:4, 13:13,
36:12, 45:16,
54:19, 56:18,
57:9, 60:11,
78:6, 79:5,
80:11, 81:17,
83:3, 84:2,
85:14, 87:3,
88:24, 93:23,
95:1, 96:6,
96:20, 96:24,
98:2, 108:13,
110:1, 112:2,
112:24, 117:21,
118:4, 119:1,
120:18, 127:25,
129:14, 131:8,
133:3
**obnoxious**
51:14
**observation**
68:17
**observations**
87:4, 137:4
**observed**
43:24, 43:25,
55:20
**occasionally**
6:19, 7:6,
36:17, 84:12,
87:25, 108:23
**occur**
105:7
**occurred**
133:16, 137:1
**occurrence**
133:14
**october**
1:23, 3:16,
4:15, 5:2,
38:20, 138:20
**oehha**
130:22
**off**
11:17, 34:24,
42:25, 60:4,
62:3, 65:21,

72:14, 73:1,
73:11, 74:18,
75:15, 81:6,
123:7, 125:25,
126:24, 127:14
**offer**
98:24
**offered**
46:19, 100:21
**office**
3:32, 91:7,
131:5
**offices**
5:3
**often**
72:16, 87:14,
106:2, 119:21
**oh**
6:1, 11:1,
12:12, 18:13,
43:18, 60:23,
70:20, 81:13,
92:9, 93:10,
110:14, 130:22
**okay**
6:12, 6:24,
7:15, 7:23,
8:15, 10:7,
10:20, 12:12,
12:17, 21:22,
38:19, 40:1,
43:3, 43:20,
44:22, 45:2,
45:20, 56:6,
58:18, 59:6,
60:20, 69:5,
69:9, 70:7,
74:16, 75:8,
76:19, 79:6,
99:6, 99:11,
100:4, 100:17,
102:4, 114:18,
123:11, 134:13,
135:7
**once**
6:10, 36:17,
52:1, 88:1,
121:5

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

169

oncologist
20:10
one
5:23, 6:3,
6:12, 7:1, 7:23,
8:8, 8:11, 9:3,
9:10, 9:22,
10:6, 17:18,
17:20, 18:24,
21:8, 23:10,
23:12, 23:19,
24:24, 26:18,
27:16, 31:12,
32:4, 32:17,
33:18, 33:22,
42:7, 44:21,
46:11, 47:24,
48:22, 49:6,
50:22, 57:7,
57:21, 58:4,
59:3, 59:15,
60:9, 60:24,
61:12, 61:20,
62:2, 64:2,
64:15, 65:10,
65:11, 66:11,
67:12, 68:1,
69:8, 69:12,
69:13, 70:14,
70:24, 74:6,
74:17, 75:25,
78:4, 82:15,
82:19, 82:22,
85:13, 85:24,
87:5, 87:9,
88:12, 88:21,
90:16, 91:14,
91:15, 92:3,
97:6, 98:4,
98:10, 98:11,
99:2, 103:5,
107:11, 107:13,
107:19, 108:1,
111:24, 115:22,
115:23, 118:10,
118:11, 118:13,
120:13, 124:25,
125:3, 135:2,

135:3, 135:4,
135:5, 135:7,
135:11, 135:13,
135:14
one's
85:25, 86:9,
86:10, 86:24
one-eighth
127:20
one-size-fits-all
101:24, 101:25
ones
76:1
online
82:19, 99:17,
106:16
only
6:7, 10:5,
12:25, 30:20,
52:3, 58:12,
58:25, 59:17,
60:2, 107:18,
116:10, 117:9,
119:7, 119:8,
120:13, 125:20
onset
105:5
onto
7:14, 8:4,
86:20, 86:24
open
73:25, 107:4,
123:3
opened
62:19
operated
83:13
operation
82:18
operations
100:24
operator's
82:9, 82:24,
83:4
opine
20:5, 87:1
opinion
57:7, 59:7,

59:12, 60:9,
61:15, 63:9,
66:14, 71:9,
78:4, 78:7,
78:9, 80:5,
87:6, 104:9,
137:3, 137:11
opinions
46:24, 48:12,
59:25, 60:1,
62:9, 68:15,
68:16, 84:1,
87:5, 87:10,
93:22, 103:9,
104:5, 137:15
opportunities
120:4
opportunity
42:13, 102:17,
102:19, 115:18
opposite
79:17
option
118:21
options
25:5, 120:11
or-so-year
104:23
oral
85:20, 87:11
orchard
7:21, 8:5,
9:14, 10:9,
23:14, 23:16,
24:25, 25:9,
27:20, 34:24,
35:1, 125:22,
126:4
orchards
7:9, 34:20,
50:15, 125:15
order
6:2, 40:17,
63:8, 76:7,
107:16, 108:12,
127:9
oregon
98:10

org
2:9
organic
20:24, 126:16
organisms
105:3
organization
128:9, 130:5
organizations
78:18, 107:8,
128:15
organizer
109:17
original
39:7, 97:9
ornamental
64:23
osborn
1:11, 1:13,
2:27, 2:28,
12:9, 77:3,
132:3, 132:4,
132:6, 132:15
other
6:19, 6:21,
9:25, 10:7,
10:8, 13:3,
15:11, 15:12,
17:10, 19:21,
22:5, 23:6,
24:8, 26:10,
27:25, 32:9,
38:8, 39:4,
45:9, 46:9,
46:11, 46:17,
52:14, 56:16,
57:6, 57:7,
57:11, 59:9,
60:10, 60:14,
62:7, 64:9,
65:25, 72:7,
73:13, 74:14,
74:20, 76:1,
78:4, 80:1,
83:1, 86:18,
87:21, 88:13,
99:4, 100:22,
100:23, 101:10,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

170

101:15, 104:13,
107:24, 108:1,
109:2, 112:16,
113:8, 116:6,
116:8, 116:9,
117:10, 117:16,
118:12, 120:4,
121:11, 123:17,
126:7, 129:16,
133:16, 135:11,
137:19
**others**
62:22, 63:6,
63:10, 63:18,
63:22, 97:12,
124:5, 125:4
**otherwise**
18:18, 48:9,
125:13
**our**
22:13, 33:12,
35:11, 49:18,
50:3, 51:21,
85:19, 85:21,
86:15, 86:17,
86:18, 88:12,
89:12, 89:13,
91:21, 103:5,
113:10, 120:11,
127:6
**ours**
50:10
**out**
6:20, 18:7,
18:15, 28:13,
32:22, 38:21,
41:10, 41:17,
41:25, 42:6,
44:25, 46:24,
47:20, 49:20,
54:15, 54:17,
55:15, 55:18,
55:19, 56:16,
61:13, 61:25,
62:6, 65:20,
67:6, 68:6,
68:12, 74:12,
74:13, 75:5,

76:4, 76:23,
82:25, 83:11,
86:13, 92:23,
92:24, 94:24,
95:3, 95:10,
95:21, 100:25,
101:17, 103:18,
108:12, 108:20,
108:22, 114:2,
121:13, 124:21,
128:21, 129:8
**outcome**
8:20, 8:21,
9:10, 105:21
**outcomes**
93:13
**outlier**
113:7
**outline**
112:6
**output**
35:25
**outside**
42:14, 44:17,
62:17
**over**
6:18, 6:21,
14:13, 14:24,
24:20, 27:5,
27:15, 37:20,
37:25, 42:1,
43:21, 57:19,
59:16, 61:6,
76:12, 90:8,
92:4, 99:9,
104:15, 104:23,
105:9, 117:4,
117:5, 120:14,
136:7
**overall**
94:5, 94:18
**overhead**
26:24, 27:2
**overnight**
108:21
**oversee**
89:9
**oversees**
90:24

**own**
44:23, 77:24,
91:21, 100:15,
101:8, 103:21,
111:25
**owned**
55:4
**ozone**
32:23

---

**P**

---

**pacific**
17:3, 22:16
**package**
43:25, 44:19,
60:4, 61:4,
69:20
**packages**
60:7, 99:3
**packs**
30:11
**page**
3:2, 3:7, 14:9,
31:18, 38:23,
46:6, 46:13,
56:13, 57:22,
59:21, 82:8,
83:15, 83:22,
91:5, 92:24,
93:5, 94:9,
95:25, 96:2,
100:5, 109:8,
110:8, 110:9,
110:10, 110:11,
110:13, 110:15,
110:17, 110:23,
111:2, 123:12,
124:7, 131:10
**pages**
3:12, 3:14,
3:17, 3:21,
3:24, 3:26,
3:34, 3:36, 4:2,
4:7, 4:8, 4:11,
4:14, 4:16,
58:2, 95:21
**pan**
59:1

**panning**
76:10
**pants**
88:6, 88:16,
88:22
**paper**
3:30, 35:25,
91:8, 104:4
**paragraph**
93:6
**parameters**
113:14
**paraphrase**
114:22, 115:3
**paraphrasing**
92:16
**paraquat**
23:23, 29:8,
29:9
**parasitic**
34:7, 34:19,
34:22
**parenthetically**
31:20, 33:15
**parked**
76:4
**parlance**
26:22
**part**
18:17, 20:12,
23:16, 29:5,
29:9, 32:24,
49:2, 49:25,
50:3, 56:2,
65:2, 68:12,
72:6, 78:19,
87:23, 98:17,
101:6, 108:9,
119:25, 120:5,
120:6, 121:6,
125:10
**partial**
93:3, 134:11
**partially**
26:4, 82:15
**participated**
6:9
**particles**
126:15

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

171

particular
20:15, 25:12,
25:17, 30:19,
53:16, 59:12,
61:4, 70:16,
73:12, 74:14,
74:19, 75:16,
75:24, 81:6,
106:24, 113:16
particularly
25:17, 47:11,
48:24, 49:8,
50:4, 53:14,
54:21, 63:5,
64:9, 77:8,
80:2, 99:4,
101:3, 133:13
parties
9:11
parts
31:2, 48:3,
84:12
party
102:22
pass
13:12
passed
111:24
past
11:24, 27:5,
27:15, 31:22,
35:3, 47:6,
112:11, 131:6
patch
64:13, 64:20,
67:17
patches
85:8
pattern
37:15
pavement
66:5
pay
26:14, 36:22,
56:25, 107:20,
108:19, 108:24,
109:3
paying
97:16

pbe
60:20
pdf
57:3
penalties
121:20
penalty
121:9, 121:23,
121:24
people
28:17, 30:17,
83:9, 100:25,
108:23, 109:2
peoria
43:7, 43:12,
45:9, 47:10
per
31:2, 124:18
percent
27:1, 27:2,
71:6, 121:14,
125:4
performance
7:6, 17:1,
23:13, 27:21
perhaps
9:11, 41:15,
48:4
perimeters
47:16
perineal
123:23, 124:16
period
17:1, 59:17,
104:23, 105:9,
127:15, 130:21
permanent
126:22
person
25:21, 33:18,
54:23, 66:2,
80:13, 89:10,
112:7, 117:24,
138:17
personal
37:2, 55:1,
60:22, 87:24,
88:2, 108:20

personally
5:7, 37:9,
55:12, 87:16
perspective
19:20, 22:6,
22:22, 60:16,
75:1, 85:18,
94:1
pertained
82:25
pertains
71:11
pertinent
95:21
perturbs
4:13, 129:9
pest
107:2, 118:6
pesticide
3:33, 24:10,
24:14, 26:11,
26:17, 26:18,
29:22, 30:13,
30:19, 30:22,
35:7, 48:5,
60:19, 61:11,
80:2, 83:9,
86:15, 91:7,
104:7, 104:22,
105:18, 115:17,
118:6
pesticides
54:4, 54:22,
78:24, 85:19,
91:16, 91:22,
115:12, 116:3
pests
34:19
pete
12:4
peter
2:5, 5:13
peterson
1:4, 3:20,
56:1, 56:2, 56:5
ph
1:22, 3:12,
5:8, 17:7,

17:24, 23:10,
23:15
phase
127:17
phased
32:22
phi
30:24
phone
10:14, 12:14
photo
44:7, 55:8,
58:19, 59:12,
59:13, 59:24,
60:25, 61:2,
61:14, 61:16,
62:3, 62:15,
62:17, 62:21,
63:10, 63:12,
63:21, 64:11,
64:14, 64:16,
64:18, 64:20,
64:21, 65:6,
65:9, 65:13,
65:15, 65:19,
66:10, 66:11,
67:4, 68:3,
68:4, 68:14,
69:20, 71:15,
72:5, 73:9,
74:22, 82:15
photocopies
3:25
photograph
58:3, 61:21,
61:23, 62:12,
62:14, 63:7,
64:4, 64:7,
68:2, 69:16,
69:18, 70:13,
70:22, 72:10,
72:19, 72:22,
73:16, 74:3,
74:16, 75:10,
75:11, 76:1,
134:1, 134:25
photographs
3:25, 4:8,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    172

43:21, 57:20,
58:9, 58:13,
133:18, 133:22,
136:14, 136:17
**photos**
10:15, 14:24,
15:1, 15:11,
44:2, 58:5,
58:11, 58:20,
58:22, 59:1,
65:7, 70:24,
72:12, 74:7,
74:11, 74:21,
75:6, 75:13,
76:18, 134:22
**photosynthesis**
121:14
**photosynthesizing**
121:12
**physically**
55:3
**physiology**
23:21, 51:21,
51:22
**pi**
31:21, 33:15,
33:16, 33:23,
33:24, 38:2
**pick**
12:12, 55:3,
125:11
**picked**
45:18
**picking**
24:23
**picture**
58:24, 72:1,
72:17, 122:11,
122:12, 122:14
**pictures**
76:9
**piece**
17:20, 73:3
**pistachio**
6:4, 33:7
**place**
45:5, 138:8,
138:16

**places**
49:12
**plain**
44:25
**plaintiff**
3:10, 12:5
**plaintiff's**
20:1, 83:16
**plaintiffs**
1:7, 2:3, 3:7,
5:9, 5:14,
13:21, 14:20,
15:18, 45:25,
57:23, 76:20,
92:10, 95:16,
99:14, 103:15,
106:13, 122:7,
129:5, 130:10
**plant**
7:4, 16:24,
17:7, 21:8,
21:9, 25:21,
25:23, 29:12,
34:6, 34:7,
34:19, 34:22,
51:22, 67:17,
116:5, 121:10,
121:14, 121:17,
121:25, 126:9,
133:12
**plant's**
51:22
**planted**
31:11
**planter**
66:8, 68:11,
68:24
**planting**
31:15, 34:21,
50:17, 52:10,
52:11, 53:20,
53:21, 64:23,
75:23, 135:1
**plants**
29:14, 51:8,
51:20, 52:3,
52:4, 64:23,
67:18, 71:18,

85:6, 122:1,
136:23, 136:25
**plastic**
61:5
**plausible**
96:13
**playing**
76:14
**plc**
2:4
**pleasantries**
44:11
**please**
5:15, 5:19,
11:18
**plots**
123:5
**plowing**
53:19
**plus**
119:14, 123:9
**pmb**
2:6
**pmiller@millerde-
llafera**
2:9
**point**
5:4, 6:20,
11:25, 14:25,
28:13, 28:16,
28:25, 38:16,
44:19, 83:11,
131:15
**pointed**
44:25, 55:15,
61:25, 62:6
**pointing**
126:1
**poison**
51:11
**poke**
134:20
**political**
49:23
**pollen**
21:16
**ponds**
51:4

**poor**
34:24, 48:2,
48:8, 55:16,
59:9, 83:1
**population**
115:19, 116:11,
116:12, 116:20,
121:2, 121:18
**populations**
29:6, 34:22,
114:24, 116:6
**porter**
2:19, 12:15
**portion**
9:13, 56:5,
98:18, 126:4,
126:5
**position**
32:17, 80:9,
92:18, 94:13
**positive**
117:20, 117:23
**positively**
136:3
**possible**
133:7
**post-emergent**
29:8, 29:11,
49:9, 50:21,
53:15, 123:17,
125:17
**postdoc**
17:25, 28:25
**postdocs**
18:12, 23:19,
24:9, 124:4
**postdoctoral**
17:23, 18:11
**pot**
97:6, 126:14
**potential**
3:32, 20:6,
30:1, 41:11,
78:15, 81:16,
86:11, 91:9,
92:18, 94:10,
94:25, 107:11
**potentially**
84:20, 85:12,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    173

85:13, 86:13
**pouring**
86:12
**powerpoint**
4:8, 106:16,
106:23
**ppe**
55:1, 60:15,
60:22, 60:23,
88:4, 88:14,
88:15, 89:1,
89:9, 89:16,
89:17, 90:17
**practice**
28:15, 88:8,
88:13, 102:23,
116:10
**practices**
47:22, 48:3
**practitioners**
98:14
**pre-emergent**
49:9
**pre-harvest**
30:24
**pre-plant**
31:10
**predated**
108:4
**prefer**
5:18
**premise**
100:19
**preparation**
45:19, 77:15
**preparations**
103:6
**prepare**
38:24, 40:5,
40:15, 40:18
**prepared**
40:6, 40:11
**preparing**
40:9, 45:7,
45:10
**presence**
42:15
**present**
9:23, 55:7,

58:9, 71:1,
112:4, 125:18,
136:23, 138:8
**presentation**
25:4, 36:18,
107:16, 108:9,
112:5, 114:1,
123:3
**presentations**
23:4, 24:21,
24:25, 25:24,
26:20, 36:8,
36:21, 123:6
**presented**
104:4, 105:13
**presents**
52:13
**preserve**
53:8
**preserving**
48:18
**pressure**
107:14, 115:13,
116:4, 116:18,
119:5, 119:6,
119:11, 121:16
**presumably**
53:10, 60:5
**pretty**
31:9, 33:12,
69:24, 75:18,
131:15
**preventing**
86:6
**previous**
18:25, 32:17,
56:24, 64:16,
64:20, 65:7,
68:4, 75:1
**previously**
13:5, 40:8,
40:10, 103:8,
104:1, 112:15,
118:7
**primarily**
22:12, 35:6,
47:5, 51:18,
59:13, 84:25,

108:16, 109:1
**primary**
28:1, 32:3,
38:16, 124:13
**principal**
33:17
**print**
92:22
**prior**
31:10, 31:15,
34:20, 45:18,
45:21, 50:17,
136:21, 137:13
**privacy**
74:10
**private**
128:19
**probable**
81:23, 94:18,
111:4, 111:20,
112:20
**probably**
24:24, 27:11,
37:19, 39:18,
39:21, 44:25,
47:22, 62:18,
62:22, 63:3,
65:11, 67:1,
68:20, 69:22,
74:9, 86:21,
99:2, 104:20,
108:5, 108:14,
119:19, 127:6,
128:13, 131:19,
134:9, 136:20
**problem**
49:23, 120:14,
120:25, 123:20
**problems**
34:18, 48:22,
49:23, 52:17,
105:6, 123:14,
124:23
**procedure**
138:5
**proceeding**
138:11
**proceedings**
137:23, 138:15

**process**
41:9, 77:11,
116:22, 120:15,
127:3
**processes**
47:3, 82:1
**produce**
14:15, 115:23
**producers**
122:23
**product**
11:15, 20:19,
20:20, 30:16,
47:19, 57:5,
57:6, 59:14,
59:19, 63:11,
65:8, 78:13,
79:21, 84:15,
85:12, 100:18,
105:12, 113:12,
113:21, 137:6
**production**
34:3, 48:23
**productive**
34:25
**productivity**
48:16, 48:21,
48:23, 54:2,
101:12
**products**
18:3, 27:23,
44:21, 61:9,
88:6, 90:18
**professional**
40:9, 54:12,
54:21, 88:9,
90:4, 94:2,
109:6, 128:8
**professionally**
48:6
**professor**
17:15, 19:3,
102:12
**profile**
30:10
**progeny**
115:19
**program**
17:17, 18:12,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

18:18, 23:1,
24:11, 24:16,
24:18, 26:12,
27:6, 27:9,
29:16, 29:17,
29:18, 29:20,
30:5, 30:19,
32:4, 32:6,
32:10, 32:12,
33:12, 33:19,
35:11, 35:12,
36:6, 36:15,
37:7, 87:15,
87:19, 89:15,
89:17, 90:24,
96:12, 97:4,
97:5, 124:2

**programatic**
35:24, 37:21,
97:17

**programming**
36:2

**programs**
3:33, 32:9,
33:14, 91:8

**project**
16:25, 20:18,
23:17, 23:23,
32:7, 32:8,
45:15

**projects**
23:9, 31:8,
32:13, 32:19,
33:25

**promax**
58:16, 60:14,
61:4

**pronounce**
102:9

**pronounced**
99:23

**propanil**
7:16

**proper**
89:9

**properly**
102:9

**properties**
47:9, 53:11,

62:25, 65:25,
111:12, 126:13

**property**
44:3, 53:8,
53:10, 62:23,
62:24, 64:10,
65:1, 65:2,
65:5, 66:2,
70:8, 71:2,
71:13, 72:6,
137:5, 137:12

**proportion**
121:2

**proposal**
32:12

**proposed**
18:2, 30:23

**protection**
35:6, 37:22,
48:17, 79:18,
88:7, 122:23

**protective**
55:1, 60:22,
80:2, 88:2

**protocol**
30:18, 31:5,
32:22

**provide**
7:10, 8:13,
10:2, 16:10,
23:5, 24:12,
25:8, 25:11,
47:2, 49:7,
51:23, 54:9,
89:16

**provided**
9:20, 13:6,
15:15, 26:12,
27:4, 30:18,
35:10, 39:10,
47:7, 55:20,
77:7, 80:22,
95:19, 103:22,
105:17, 114:6,
120:3, 130:24

**provides**
128:14

**public**
91:18, 106:25,

107:5, 111:18,
113:12, 128:18,
130:19, 130:21,
130:23

**published**
99:22, 106:9

**pull**
49:20, 100:25,
101:17, 121:13

**pulled**
59:11, 99:2

**pulling**
76:22

**pump**
2:6, 83:12

**pump-up**
47:13, 55:6,
55:8, 132:18

**purchased**
28:5

**purported**
20:20

**purpose**
97:3

**pursuant**
138:4

**pursued**
16:24

**put**
26:15, 39:5,
39:20, 61:11,
71:25, 77:4,
77:6, 89:1,
98:5, 106:11,
122:20

**putting**
48:3, 83:2,
84:12, 97:16

**Q**

**qualification**
89:20

**qualified**
89:25, 90:2,
117:13, 131:11

**quarter**
37:17, 68:4,
72:4, 127:19

**quarter-acre**
63:3

**question**
6:14, 6:15,
6:20, 12:20,
21:14, 28:10,
43:8, 65:11,
71:10, 79:7,
80:14, 86:19,
96:4, 97:10,
100:17, 100:21,
124:12

**questioner**
91:19

**questions**
7:5, 7:6, 9:21,
25:15, 29:15,
44:11, 91:18,
93:2, 96:6,
130:7, 131:19,
131:24, 132:5,
137:19, 137:21

**quick**
6:13, 102:5,
106:10

**quickly**
115:23, 116:19

**quite**
32:15, 32:24,
39:15, 66:10,
72:13, 78:23,
90:7, 92:23,
95:20

**quote**
100:4, 100:9,
100:11

**quoted**
100:2

**quotient**
104:16

**R**

**rack**
69:24

**raise**
111:19

**raised**
103:6, 130:25

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

175

random
116:5
ranging
23:5
ranjit
2:13, 12:6,
38:18
ranked
81:23
rapid
105:5
rapidly
105:7
rarely
108:24
rat
105:15
rate
39:24, 39:25
rated
81:23
rates
60:17, 80:3,
113:14
rather
16:12
rating
111:20
ravine
70:24, 71:5,
72:14, 73:12,
74:13
rdhindsa@holling-
sworthllp
2:18
re-raised
103:7
re-reviewing
82:7
reached
38:21
read
11:25, 31:23,
40:8, 46:21,
57:2, 60:5,
79:25, 81:18,
81:20, 93:19,
93:20, 94:1,

94:21, 95:7,
99:24, 100:3,
106:10, 131:13,
134:6
reading
45:8, 97:22
ready
131:22
ready-to-spray
51:5
real
49:12, 49:19,
75:20, 93:8
really
28:12, 28:15,
29:4, 29:5,
33:21, 34:6,
34:9, 34:10,
34:13, 48:13,
48:15, 48:20,
49:1, 49:17,
50:2, 50:11,
50:20, 50:24,
51:9, 53:17,
54:6, 56:25,
63:22, 71:15,
71:18, 86:1,
114:11, 126:13,
126:17, 126:19,
126:20, 126:25,
128:1, 129:18,
131:3
reason
29:25, 30:3,
81:6, 91:12,
116:6, 118:17,
125:12
reasonable
99:8, 137:5,
137:16
reasons
53:5, 91:15,
101:13, 111:14
recall
10:20, 11:4,
11:7, 14:13,
19:6, 36:20,
36:24, 37:10,

44:24, 58:7,
58:8, 67:6,
70:5, 73:20,
73:23, 74:1,
74:19, 76:11,
77:18, 83:17,
83:18, 83:20,
83:25, 96:4,
96:11, 96:13,
97:1, 98:3,
100:2, 111:7,
134:7, 134:8
receive
14:1, 126:4
received
15:1, 35:15,
37:11, 57:20,
113:22, 114:3,
130:18, 131:6
recent
32:13, 128:20
recently
27:14, 39:21,
51:11, 83:19,
103:23, 129:8,
135:25
recess
11:20, 57:18,
102:7, 131:21
recognize
28:14
recollect
134:13
recollection
132:21
recommend
48:5, 54:24,
119:24, 120:7
recommendation
119:4
recommendations
60:17
record
5:16, 10:19,
11:17, 12:3,
65:12, 95:23,
103:13, 138:15
records
11:10, 40:19

reduce
34:21, 49:22,
53:2, 119:5,
119:6
reduced
49:12, 53:22
reducing
53:24
reduction
49:10
refer
54:25
reference
105:14
refers
81:1, 96:10
reflected
96:1
refrigerators
76:13
regard
10:13, 53:12,
78:16, 80:2
regarding
19:16, 88:15,
93:16, 94:22,
130:17
register
29:25, 30:4
registered
31:9, 78:13,
79:21, 113:12,
113:21
registering
30:7
registrants
28:3
registration
24:10, 31:8,
79:19
regularly
55:11, 104:3
regulates
79:19
regulations
90:14
regulators
23:3

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

176

regulatory
30:3, 30:14,
77:9, 78:16,
79:16, 91:15,
91:21, 105:17,
112:17, 112:18,
113:10
reimburse
108:20, 108:22
related
6:3, 6:5, 6:10,
9:18, 12:24,
13:7, 17:11,
21:11, 23:25,
25:13, 30:13,
32:14, 32:15,
32:19, 34:18,
38:9, 41:1,
48:6, 48:17,
48:22, 49:7,
52:17, 57:11,
59:1, 60:15,
70:17, 77:10,
77:13, 78:20,
83:5, 84:11,
84:15, 90:16,
94:3, 98:8,
98:11, 101:3,
101:19, 104:6,
104:12, 105:2,
108:7
relationship
33:21
relative
4:6, 103:20,
106:1
relatively
32:18, 35:9,
65:18, 67:24,
84:8, 111:16,
120:21, 135:25
relevant
84:15, 84:20
reliance
15:14
relied
56:9, 68:15
rely
105:22

remains
94:18, 125:10
remember
6:2, 32:11,
127:9
remembered
5:1
remind
59:13, 61:16,
75:22, 133:21
reminded
103:23
reminder
59:19
remove
100:23, 121:15
removed
60:5, 101:1,
118:18
rental
76:3
repaired
75:19
replaced
55:11
replacement
100:12
replant
34:21
replanted
9:14
replanting
34:21
report
8:11, 8:13,
39:2, 39:4,
39:12, 84:5
reported
1:31, 63:1
reporter
5:6, 138:1,
138:3
represent
14:23, 76:7,
80:4, 95:18,
99:16, 106:15,
132:6
representing
10:21, 132:15

reproductive
121:24
request
14:10, 102:22,
114:2
requested
7:10
requesters
114:6
requests
14:11
require
90:12
required
89:1, 89:2,
113:20
requirement
90:22
requirements
60:15, 88:14,
90:5, 90:11,
91:2, 91:3
research
16:9, 17:9,
17:17, 18:16,
18:17, 18:19,
18:20, 19:2,
19:7, 23:1,
23:25, 24:8,
24:18, 25:13,
25:19, 26:8,
28:17, 30:6,
31:19, 32:7,
32:16, 32:18,
33:2, 33:7,
33:9, 33:11,
33:21, 34:1,
35:11, 35:25,
77:24, 78:23,
78:24, 87:15,
87:19, 88:9,
89:11, 115:9,
123:5, 123:6,
124:1, 129:15
researcher
17:24, 18:11,
22:7, 25:6,
54:13, 89:23,

112:8, 113:3,
113:4, 113:12
residence
42:19, 42:23,
43:9, 43:12,
43:18, 133:23
resident
53:6
residential
49:4, 51:5,
52:22, 54:17,
86:2, 133:15
residents
107:8
resides
49:13
residue
30:6, 30:7,
30:13
residues
24:14
resistance
23:22, 23:23,
23:24, 24:1,
29:9, 32:14,
69:2, 108:7,
114:15, 114:16,
114:21, 115:4,
115:9, 117:18,
117:22, 118:5,
118:10, 119:3,
119:12, 119:19,
119:20, 120:20,
121:7, 121:10,
121:22, 123:15,
123:20, 124:5,
124:20, 124:23,
125:3, 125:8,
125:13, 136:1,
136:5
resistant
24:5, 29:7,
29:8, 115:25,
116:6, 116:15,
116:16, 116:17,
117:8, 117:9,
117:15, 118:14,
120:17, 121:1,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                    177

121:25, 122:2,
136:11
**resource**
48:19
**resources**
48:18
**response**
14:15, 15:13
**responsibility**
7:21, 27:10,
32:16
**responsible**
89:11
**rest**
57:21
**restriction**
35:20
**result**
101:21
**results**
93:14, 114:23,
118:6
**retained**
13:5, 15:6,
38:14, 46:7
**retainer**
39:8, 39:10
**reveal**
113:2
**review**
14:11, 47:10,
99:3
**reviewed**
83:19, 84:3,
85:10, 95:6,
95:7, 99:5,
112:18
**reviewing**
40:7, 40:11,
82:7, 83:17,
94:16, 131:24
**revisited**
91:22
**rice**
6:3, 7:1, 7:2,
7:8, 7:12, 7:13,
8:18, 9:1, 9:4,
104:21

**rid**
130:6
**right**
8:24, 15:11,
24:19, 25:23,
27:11, 28:21,
37:5, 52:9,
52:10, 65:21,
67:5, 67:10,
68:7, 74:12,
74:18, 75:15,
76:11, 76:13,
86:5, 88:16,
93:4, 105:23,
117:19, 130:7,
130:15
**right-hand**
64:14
**risk**
17:12, 87:2,
93:17, 94:23
**road**
2:6, 68:6
**roadsides**
53:2
**rock**
66:7, 74:24
**rocks**
67:8, 75:3,
75:4
**role**
16:5, 18:1,
22:24
**ronald**
1:4
**room**
12:1, 37:2,
108:24
**root**
34:19, 126:19
**root-feeding**
34:23
**roots**
34:25, 126:11
**rose**
136:8
**rosette**
68:23, 136:9

**rotation**
119:9, 120:1,
120:5, 120:6,
125:7
**roughly**
37:17
**roundup**
4:2, 20:2,
20:6, 31:5,
43:25, 44:21,
47:12, 53:15,
54:11, 54:16,
57:4, 58:16,
58:25, 59:3,
60:14, 61:4,
62:1, 62:7,
66:1, 67:12,
68:18, 69:3,
69:20, 71:12,
76:11, 78:10,
81:16, 87:14,
87:15, 87:21,
87:25, 88:11,
99:18, 100:20,
101:5, 101:15,
101:25, 102:14,
123:16, 124:9,
125:14, 125:16,
134:2
**roundup-based**
54:7
**roundup-ready**
50:5, 50:9
**route**
84:24, 86:16,
87:13
**routes**
85:15, 85:18
**routine**
22:22
**row**
96:11, 96:15,
126:8
**rows**
126:6
**rubber**
88:10
**rule**
94:24, 95:10

**rules**
6:13, 95:2
**run**
24:10, 128:14
**running**
54:4
**runoff**
53:24
**ryegrass**
29:3, 29:4

---
**S**

**s**
63:4
**s-t-a-m**
7:17
**sacramento**
5:4, 5:6
**safe**
51:17, 77:23,
109:10
**safely**
50:14
**safety**
17:14, 19:11,
19:13, 19:16,
19:19, 20:5,
25:13, 31:16,
60:16, 86:15,
90:11, 90:13,
90:17, 100:16,
101:12
**said**
7:18, 10:19,
16:5, 18:7,
20:12, 43:6,
44:19, 58:21,
63:15, 87:10,
92:8, 100:12,
101:9, 117:25,
125:19, 129:11,
135:9, 138:11,
138:17
**same**
10:4, 30:2,
34:10, 37:17,
39:23, 39:25,
42:9, 42:21,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

178

43:3, 43:4,
43:9, 43:12,
43:13, 43:14,
51:19, 51:22,
59:22, 64:13,
68:4, 68:13,
72:9, 72:11,
75:9, 76:8,
83:22, 90:21,
96:20, 97:25,
101:4, 108:5,
115:2, 115:25,
116:18, 117:11,
124:6, 126:7
**samples**
24:13
**satisfied**
8:23, 8:24
**save**
76:7
**savings**
53:22
**saw**
65:25
**sawyer's**
48:1, 83:22,
84:3, 84:4,
84:10, 84:19
**say**
6:24, 10:3,
11:13, 19:13,
19:19, 22:22,
25:20, 26:17,
27:20, 28:7,
28:21, 36:7,
37:20, 37:23,
40:1, 40:3,
45:4, 45:12,
47:21, 54:20,
55:14, 56:20,
57:22, 59:22,
72:13, 77:23,
89:3, 90:14,
94:6, 95:2,
95:5, 95:8,
98:21, 99:8,
100:14, 101:10,
105:19, 108:10,

109:10, 111:18,
111:23, 112:21,
113:1, 121:21,
134:5, 135:16,
136:15, 137:9
**saying**
20:4, 21:23,
38:13, 86:25,
130:15, 131:16
**says**
31:19, 33:15,
46:15, 56:1,
78:1, 81:15,
82:7, 93:7,
93:11, 95:3,
96:2, 98:7,
110:12, 111:3,
119:14, 122:15,
123:13, 131:11
**scenario**
25:12, 66:1
**scenarios**
86:1, 133:6
**science**
16:7, 16:24,
16:25, 17:8,
22:25, 23:9,
23:17, 27:18,
38:6, 39:11,
46:16, 51:16,
51:17, 77:12,
77:13, 87:17,
102:12, 114:21,
122:20, 128:6,
128:7, 128:10,
129:18, 131:2
**sciences**
35:7
**scientific**
104:3, 137:5,
137:17
**scientist**
22:6, 41:10,
48:15, 91:19,
94:2, 112:7,
118:2, 118:24,
119:4, 130:20
**scientists**
23:6, 122:22,

128:17, 128:19,
130:5
**scope**
62:24, 78:6,
80:11
**scott**
2:30, 12:8,
56:14, 132:2
**screen**
74:10
**screening**
24:10
**search**
103:22
**searched**
57:3
**second**
7:23, 9:7,
9:10, 41:21,
92:24, 93:5,
94:9, 100:4,
119:23, 123:9,
123:12
**section**
92:24, 138:5
**sector**
91:18, 113:12,
128:19, 130:19
**sedge**
50:25
**see**
6:1, 36:14,
44:12, 47:11,
47:21, 48:9,
55:12, 58:10,
60:12, 64:22,
65:2, 65:19,
65:24, 66:4,
66:8, 66:10,
66:23, 68:9,
68:20, 69:21,
74:22, 80:18,
82:10, 88:21,
91:10, 93:8,
94:11, 95:5,
96:1, 96:19,
100:2, 100:7,
111:5, 118:12,

120:24, 123:15,
123:20, 124:23,
128:12, 129:12,
134:2, 134:4,
135:10
**seed**
73:6, 115:23,
122:1
**seeds**
122:1
**seeing**
58:7, 58:8,
70:6, 123:14,
123:24
**seeking**
4:1, 99:17
**seem**
85:9, 121:23
**seemed**
83:5, 84:23,
86:1
**seen**
10:15, 13:23,
15:16, 46:4,
54:15, 58:3,
73:22, 76:8,
97:23, 99:20,
103:7, 103:24,
103:25, 106:17,
128:24, 130:12
**select**
80:20, 116:6
**selection**
115:13, 116:4,
116:18, 116:22,
119:5, 119:6,
119:11, 120:15,
121:16
**self**
21:20
**self-assessment**
33:9
**self-pollinating**
21:17
**semi-accurately**
61:11
**seminars**
98:5

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

179

send
100:25
sending
97:15, 101:16
sense
39:11, 39:19,
44:3, 47:1,
48:12, 62:23,
68:21, 70:2,
72:24, 78:21,
85:16, 86:25,
97:13
sensitive
34:10, 114:25,
121:8
sent
99:22, 100:1
sentence
46:21
separating
66:7
sepro
28:2, 35:8
september
3:33, 91:25
sequential
119:22
series
59:1, 65:10,
98:5, 98:9,
98:13
service
28:17, 32:7,
47:8
services
15:9, 45:12,
97:16, 114:10
serving
45:18
set
5:11, 35:25,
65:17, 78:20,
101:8
setting
16:13, 18:15
settlement
8:22, 9:13
seven
104:19, 130:6

several
26:4, 27:25,
47:6, 55:11,
62:22, 63:10,
75:18, 77:6,
104:18, 123:17,
124:2, 125:1
sexually
21:9
shade
71:24
share
23:2, 27:12,
79:10
she
10:16, 66:18,
99:22, 100:1,
109:18, 109:19,
109:20
she's
33:23, 33:24
shed
70:3, 73:19,
73:21, 73:22,
73:23, 73:24
sheet
83:16, 83:20
shelf
43:25, 45:1,
69:21, 69:23
shelves
62:2, 62:4
shift
118:13
shifted
18:3
shimada
2:14, 12:7,
12:11
ship
30:25
shirt
88:6
shoes
88:6, 88:16,
88:22
short
17:5, 52:8

short-term
28:25
shortest
30:24
shorthand
5:5, 138:1,
138:2, 138:12
shot
73:18, 76:10,
134:15
should
15:15, 58:21,
65:10, 81:9,
81:11, 85:5,
85:8, 89:25,
103:3
shouldn't
6:21
show
63:18, 65:1,
71:14
showed
64:15, 70:23,
74:25, 75:14,
76:18
showing
30:15, 35:23,
72:5, 72:7,
73:13, 74:12
shown
55:8, 117:15
shows
66:11, 124:8
side
44:7, 54:10,
62:3, 62:4,
62:15, 62:20,
64:14, 65:22,
65:23, 70:9,
70:10, 73:1,
74:17, 75:1,
75:14, 75:23,
76:12
sidewalks
47:16, 53:4
sight
44:25
signal
60:16

signature
138:20
signature-ssc
138:23
significance
58:18, 64:6,
69:18, 70:17,
72:7, 72:22,
73:12, 74:14,
74:19, 75:16,
75:24
significant
64:9, 64:18,
73:15, 76:15,
84:24, 85:4,
85:24, 99:4,
101:13
signs
133:16
silver
134:19
similar
17:18, 66:6,
70:14, 82:18,
82:22, 84:6,
90:9, 108:1,
112:11, 125:16,
127:12
since
16:15, 37:15,
39:4, 45:6,
124:2
singh
12:6
single
66:17, 83:8,
100:11
single-wand
86:3
sir
130:13
sit
39:19, 56:14,
61:6, 83:25,
97:22
site
10:15, 42:3,
42:9, 45:10,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

47:10, 51:20,
58:21, 72:21
**sites**
126:17
**sitting**
38:18
**situations**
24:2, 51:2,
100:14, 101:3
**six**
37:20, 99:10,
104:19
**size**
62:23
**sjansen@armstron-
gteasdale**
2:34
**skimmed**
56:21, 84:7
**skin**
85:20, 85:23,
87:2
**slide**
110:9, 110:10,
111:1, 111:2,
111:8, 111:9,
112:10
**slides**
110:24
**slope**
72:13
**sloping**
71:7
**slow**
24:22
**small**
21:18, 27:4,
35:10, 98:18,
103:1, 136:8
**smaller**
28:1
**smoking**
57:12
**societal**
102:3
**society**
114:21, 128:6,
128:8, 128:10,

128:13, 128:14,
128:18
**socks**
88:18, 89:4
**soil**
23:10, 23:16,
32:15, 32:18,
32:19, 32:21,
33:20, 34:2,
34:5, 34:6,
49:12, 49:13,
51:25, 52:6,
52:7, 52:12,
52:25, 53:19,
53:24, 54:3,
125:19, 126:9,
126:12, 126:16,
126:21, 126:24,
127:24
**soil-borne**
34:15
**soils**
126:18, 127:4,
127:6
**solely**
25:1
**solution**
101:25
**solutions**
25:17, 25:18,
101:2
**some**
6:20, 8:22,
11:25, 13:6,
14:25, 16:3,
19:14, 25:11,
25:13, 27:22,
29:6, 30:15,
32:13, 33:4,
34:9, 34:13,
38:8, 40:8,
40:25, 45:9,
47:18, 48:1,
50:20, 50:24,
52:15, 56:4,
58:21, 62:4,
63:18, 63:21,
65:25, 66:9,

67:24, 68:23,
73:7, 77:9,
79:14, 82:20,
84:14, 84:19,
84:22, 90:5,
90:8, 90:10,
90:25, 98:6,
103:8, 107:8,
111:14, 112:13,
112:22, 112:23,
115:15, 116:6,
116:12, 119:20,
121:11, 124:4,
125:8, 126:3,
126:5, 130:25,
133:7, 136:8,
136:23, 136:25
**somebody**
36:22, 38:9,
67:22
**somehow**
85:20, 121:10,
132:23
**someone**
36:18, 48:5,
80:7
**something**
22:18, 29:25,
34:11, 34:14,
36:1, 61:9,
67:1, 73:5,
73:19, 83:11,
86:22, 90:13,
98:24, 103:2,
104:15, 104:17,
105:1, 105:7,
105:9, 108:2,
109:7, 112:11,
119:23, 121:6,
125:6, 125:11,
127:7, 131:15,
133:8, 133:25,
134:10, 136:4
**sometime**
37:14, 39:17,
40:3, 41:3,
136:19
**sometimes**
33:23, 33:24,

108:23
**somewhere**
32:5, 125:7
**sonoma**
108:3
**sorghum**
17:11
**sorry**
7:18, 11:3,
11:6, 11:10,
11:21, 12:10,
14:7, 18:12,
27:7, 33:5,
41:25, 42:1,
43:6, 77:18,
86:19, 92:9,
95:11, 110:10,
110:18, 110:22,
130:22, 131:22,
136:15
**sort**
8:22, 17:22,
26:16, 26:25,
27:25, 30:23,
35:5, 40:12,
40:23, 41:9,
41:11, 47:20,
48:12, 48:19,
49:20, 52:7,
57:13, 62:5,
62:25, 63:11,
63:20, 65:17,
65:25, 71:17,
72:25, 73:1,
73:7, 74:20,
75:5, 75:9,
78:12, 78:19,
79:7, 80:3,
83:8, 84:17,
85:6, 87:6,
90:5, 90:10,
90:17, 91:2,
97:17, 99:7,
104:4, 105:16,
113:7, 136:1
**sorts**
24:17
**sounded**
84:23

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

181

sounds
8:25, 38:22,
96:13, 135:21
source
35:3
sources
26:4, 26:11,
32:3, 32:4, 33:9
soybean
50:8, 104:19,
120:6
soybeans
120:3
speak
6:19, 31:12,
44:9, 59:4,
82:6, 93:24,
94:16, 107:6,
109:12, 128:2
speaking
80:6, 109:6,
117:19
specialist
7:4, 7:9, 7:20,
16:7, 22:25,
100:10, 100:13,
122:15
specialized
50:16
specialty
24:15, 24:16,
33:11, 49:18,
50:12
species
17:11, 21:17,
23:13, 29:2,
114:24, 114:25,
115:3, 115:25,
118:16, 123:24,
124:25, 125:2,
125:3, 135:20,
136:6
specific
13:8, 25:21,
26:13, 39:8,
52:19, 53:7,
54:10, 59:8,
59:11, 59:14,

59:24, 60:1,
60:8, 60:12,
61:14, 67:17,
83:13, 97:3,
97:11, 104:8,
104:11, 107:17,
109:15, 120:22,
128:24
specifically
19:8, 31:12,
35:12, 36:25,
39:17, 47:5,
48:11, 50:2,
51:13, 56:4,
56:23, 79:8,
82:25, 83:5,
88:11, 90:6,
94:17, 96:14,
97:10, 98:4,
105:2, 107:22,
110:3, 127:11,
128:2, 129:3,
134:9
specifics
130:4
specified
138:8
spectrum
50:23
spell
135:19
spend
42:14
spending
38:3
spent
40:1, 45:5
sphere
111:18
spoke
42:1
spot
67:13, 67:16,
84:16
spray
29:11, 53:15,
54:16, 57:4,
61:12, 66:17,

67:19, 67:21,
85:1, 87:14,
87:22, 125:21
sprayed
9:1, 66:9,
66:13, 68:5,
68:11, 68:20,
69:3, 74:23,
75:3, 86:14,
126:3, 126:9,
135:25, 136:19,
137:12
sprayer
47:14, 48:3,
55:6, 55:9,
55:16, 66:16,
82:9, 82:12,
82:14, 83:2,
83:8, 84:12,
85:1, 86:3,
86:13, 132:18,
132:22
sprayers
55:11, 70:1,
82:15, 82:17
spraying
66:3, 67:14,
67:16, 67:18,
67:23, 84:16,
88:3, 88:4,
88:22
sprays
87:15
spreadsheet
3:36, 95:19,
95:25, 114:7
spring
39:18, 40:2,
40:4, 66:19,
66:21
st
1:1, 2:32,
41:23, 42:1,
43:6
staff
24:7, 89:10,
89:11, 90:1
stairs
74:9

stakeholder
23:2
stakeholders
16:12
stam
7:17, 8:18,
10:21
stamp
134:12
stamped
134:4
stand
56:16, 82:24
standard
102:23
standards
106:5
standing
62:16, 74:8
standpoint
86:15, 87:24,
131:1
stands
32:11, 77:18,
77:20
staphylococcus
116:17
staple
123:13
start
16:2, 18:7,
34:24, 47:4,
118:10, 124:23
started
18:2, 29:12,
37:13, 67:23,
111:13, 124:2
starting
46:6, 67:16
starts
24:23
state
1:2, 5:6, 5:15,
8:16, 16:18,
16:22, 17:24,
19:1, 20:18,
25:2, 82:4,
89:22, 90:6,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

**90:23, 138:3**
**stated**
86:5
**statements**
84:11
**states**
48:25, 78:14,
79:17, 90:4,
90:8, 90:12,
91:16
**statewide**
7:8, 7:19,
108:15
**stating**
19:15
**station**
123:7
**stay**
107:16
**stayed**
108:21
**stays**
61:7
**steep**
72:5, 72:12,
72:14
**steeply**
71:7
**step**
75:2, 127:8
**steps**
75:5, 127:18
**still**
16:16, 21:12,
45:15, 76:18,
79:21, 105:23,
111:16, 118:11,
121:15, 124:13,
124:21, 125:4,
125:9
**stone**
134:25
**stood**
55:18, 55:19
**stool**
33:3
**stopping**
67:17

**store**
47:14, 90:21
**straight**
92:15
**strategies**
119:7, 119:25,
120:5, 120:13
**strategy**
120:13
**stratospheric**
32:23
**strawberries**
34:12
**stream**
71:4
**streams**
54:4
**street**
2:15, 2:22,
44:8, 65:21,
65:22, 68:8,
68:13, 76:4
**strength**
51:24, 52:1
**strike**
13:1, 98:23
**strip**
66:6, 66:13,
66:23, 67:9,
67:13, 67:19,
67:25, 68:5,
68:10, 68:11,
68:20, 74:23,
85:8, 126:1,
135:24
**strive**
112:4
**struck**
47:20
**structure**
114:11
**student**
18:24, 18:25,
23:12, 23:15,
23:19, 28:19,
28:23, 97:15
**students**
16:12, 18:8,

18:10, 18:11,
18:14, 18:21,
18:23, 19:5,
19:6, 23:8,
23:11, 24:9,
26:15, 37:8,
87:17, 88:21,
89:8, 89:13,
89:15, 97:15,
124:3
**studies**
16:20, 38:8,
81:20, 93:7,
93:11, 93:15,
93:25, 105:20,
128:24
**study**
21:2, 21:19,
128:20, 129:2,
129:7, 129:12
**studying**
16:25, 29:9
**stuff**
60:18, 77:12
**stutter**
6:20
**sub-exhibits**
133:17
**sub-notations**
133:18
**submit**
32:12
**subpoenaed**
6:6, 10:11,
10:18
**subpopulation**
115:24, 118:10,
118:13
**subscribed**
138:19
**subsequent**
122:1
**subtype**
121:17
**such**
26:6, 26:11,
50:13, 51:10,
59:5, 85:4,

101:15, 101:16
**sudangrass**
8:4, 9:7, 11:4
**suduan**
33:23
**sufficient**
94:6
**sugar**
50:9, 104:20
**suggest**
65:7, 95:12
**suggested**
10:16, 77:8,
80:23
**suggesting**
84:20, 128:21
**suggestion**
100:22
**suggests**
99:2
**suit**
89:18
**suite**
2:31, 5:4
**suits**
88:10
**summary**
105:21
**summer**
24:23, 39:18,
40:4, 40:21,
41:2, 41:3
**sunflower**
75:23
**superficially**
57:2, 81:18
**supplied**
7:12
**supplies**
89:17, 97:14
**supply**
89:18
**support**
24:11, 26:5,
26:12, 26:14,
31:8, 32:6,
33:3, 35:11,
35:24, 36:1,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

183

37:7, 37:21,
94:4, 95:4,
95:7, 96:12,
97:14, 97:15,
97:18, 98:6
**supported**
29:20, 109:23
**supporter**
27:6, 128:13
**supporters**
27:8, 27:17
**supporting**
24:8
**supports**
30:6, 94:4
**sure**
5:24, 11:24,
16:5, 22:2,
22:4, 32:2,
38:9, 96:10,
98:15, 98:25,
100:22, 102:6,
103:4, 110:18,
111:9, 122:24
**surface**
52:18, 75:20
**surfaces**
86:14
**survival**
116:25, 117:2
**survive**
115:16, 118:17
**survived**
117:2
**susceptible**
114:24, 116:1
**suspect**
44:24, 72:15,
98:8, 123:15,
133:14
**sustainability**
23:16
**suv**
75:16
**sworn**
5:10, 138:9
**syngenta**
27:22

**syngentas**
35:8
**system**
17:3, 27:3,
125:16, 125:22,
130:20
**systems**
21:10, 53:15,
53:18, 54:7,
105:15

**T**

**table**
124:6
**take**
5:23, 14:11,
18:18, 31:17,
38:23, 46:12,
57:17, 58:5,
58:10, 58:19,
58:21, 61:21,
62:12, 64:4,
68:2, 69:15,
70:13, 70:22,
72:1, 72:17,
74:3, 74:16,
75:11, 79:25,
91:4, 99:24,
127:3, 131:18
**taken**
11:20, 57:18,
60:4, 90:9,
102:7, 131:21,
134:22, 136:14,
136:17, 138:11
**takes**
101:13, 114:13
**taking**
37:16, 58:9,
58:20
**talk**
6:12, 6:18,
6:21, 10:7,
16:11, 22:21,
25:5, 40:13,
42:14, 45:2,
86:4, 101:23,
107:24, 108:1,

109:4, 109:10,
109:15, 110:3,
113:24, 114:9,
114:15, 115:9,
119:21
**talked**
32:5, 69:21,
75:6, 111:10,
132:18
**talking**
19:20, 19:23,
24:20, 25:20,
56:23, 59:19,
62:1, 73:11,
86:2, 105:23,
129:3
**talks**
54:24
**tank**
82:9, 82:12,
82:14, 82:17,
125:6
**tara**
99:19, 100:19,
101:9
**target**
51:19, 51:20,
132:23
**targeting**
67:17
**task**
79:23
**tax**
27:2
**teach**
18:8, 18:19
**teaching**
16:9
**team**
24:3, 30:18,
32:24
**teasdale**
2:29, 12:9,
132:12
**technical**
28:16
**technique**
47:19

**telephone**
2:21
**tell**
13:9, 13:10,
41:5, 56:10,
80:13, 82:13,
134:11
**telling**
77:2
**ten**
90:15, 119:21,
131:23
**ten-minute**
57:17, 131:18
**tend**
6:19
**term**
114:16, 116:25
**terms**
21:7, 48:3,
49:12, 50:21,
83:11, 84:16,
104:24, 105:4,
116:22
**test**
20:21
**testified**
8:10, 102:14
**testify**
8:9, 138:9
**testimony**
3:24, 46:3,
112:25, 132:21,
133:1
**th**
2:22, 41:21,
122:24, 133:25,
134:5, 138:20
**than**
13:3, 15:11,
16:12, 19:4,
26:24, 32:7,
39:4, 40:24,
43:19, 46:9,
46:11, 56:16,
57:6, 59:9,
62:7, 64:9,
67:20, 72:7,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

184

73:13, 74:14,
74:20, 83:1,
85:17, 86:17,
86:24, 99:4,
105:8, 109:5,
118:1, 121:15,
134:21
**thank**
12:19, 14:8,
17:19, 38:5,
54:10, 56:6,
60:23, 68:1,
69:5, 70:20,
76:23, 81:13,
92:14, 99:11,
99:24, 102:4,
110:22, 117:25,
123:11, 131:25,
137:20
**thanks**
89:6
**that's**
11:7, 13:14,
13:16, 15:4,
15:7, 15:20,
16:7, 18:13,
21:24, 23:22,
24:11, 24:18,
24:22, 25:18,
28:14, 32:5,
32:7, 32:24,
35:7, 35:22,
36:6, 36:13,
37:5, 37:20,
38:15, 39:3,
41:12, 43:16,
46:14, 48:10,
50:4, 51:9,
54:1, 54:8,
56:6, 56:12,
57:22, 59:23,
60:18, 61:3,
64:12, 68:7,
69:3, 69:12,
69:24, 72:20,
73:4, 73:6,
77:23, 82:16,
87:18, 88:11,

88:12, 88:17,
90:9, 91:1,
92:20, 100:21,
101:12, 102:2,
106:3, 109:5,
109:12, 110:16,
113:19, 116:7,
116:14, 118:14,
119:11, 119:15,
120:21, 121:15,
123:1, 123:7,
124:1, 124:15,
125:20, 127:20,
128:8, 131:15,
132:10, 132:17,
134:9, 134:11,
136:4
**their**
18:16, 18:17,
18:19, 19:7,
61:13, 79:20,
79:23, 80:14,
82:18, 89:17,
100:15, 101:8,
107:1, 107:2,
107:5, 107:11,
107:13, 112:17,
130:5, 131:2
**them**
5:23, 18:19,
19:10, 35:16,
57:22, 79:23,
79:25, 85:21,
92:4, 131:1
**then**
7:23, 9:16,
9:23, 10:3,
18:4, 24:3,
24:7, 24:9,
24:20, 27:25,
28:10, 30:24,
31:1, 36:7,
36:10, 39:16,
41:2, 42:22,
45:6, 45:12,
52:7, 52:17,
55:16, 57:21,
59:7, 60:24,

61:17, 62:24,
65:3, 66:10,
67:8, 73:10,
75:10, 75:22,
80:5, 87:24,
89:13, 90:9,
92:16, 94:8,
101:6, 108:11,
111:13, 112:21,
113:9, 116:19,
118:23, 120:6,
120:16, 123:5,
124:6, 127:12,
128:16, 131:9,
134:24, 136:7,
136:24, 138:16
**theory**
20:1, 20:22,
109:23, 129:12
**there's**
10:6, 14:10,
14:23, 29:3,
29:24, 30:1,
30:2, 30:15,
33:1, 34:18,
35:20, 36:20,
36:24, 53:4,
58:1, 62:3,
64:8, 66:5,
66:6, 68:23,
69:22, 70:16,
73:2, 73:3,
73:8, 75:18,
75:20, 90:12,
95:3, 95:9,
95:11, 97:6,
100:11, 101:24,
102:1, 103:1,
104:11, 109:23,
115:14, 115:17,
115:21, 117:20,
121:8, 121:19,
125:1, 128:21,
134:3, 136:4,
136:5, 136:22,
136:24
**thereafter**
138:12

**thereof**
5:3
**thereupon**
5:10
**these**
58:12, 60:6,
66:18, 74:9,
76:4, 77:4,
95:9, 108:2,
110:24, 111:24,
125:9, 134:22,
136:14, 136:17
**thesis**
18:17, 19:8,
28:19
**they**
6:2, 8:17,
10:12, 10:18,
18:18, 19:12,
20:23, 22:12,
22:17, 24:10,
26:8, 28:17,
30:12, 30:14,
34:10, 34:14,
34:24, 38:20,
43:6, 47:9,
54:25, 61:11,
63:1, 68:25,
73:6, 73:25,
78:24, 79:19,
79:24, 82:4,
88:22, 89:1,
89:5, 89:18,
90:8, 90:21,
97:13, 100:9,
107:1, 107:3,
107:6, 107:7,
109:3, 109:12,
109:15, 110:2,
110:4, 114:2,
121:1, 121:2,
125:16, 125:22,
126:3, 127:9,
137:2
**they'll**
125:6
**they're**
26:21, 27:6,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

185

34:25, 35:9,
53:18, 110:15,
113:20, 116:10,
125:11, 125:24
**they've**
27:19
**thing**
26:16, 47:24,
56:21, 57:13,
58:25, 60:2,
63:20, 73:7,
80:3, 84:18,
85:7, 90:17,
92:23, 97:17
**things**
23:9, 48:4,
49:7, 56:25,
57:3, 57:4,
71:17, 84:10,
116:17
**think**
6:7, 14:3,
15:20, 27:2,
29:19, 32:5,
39:11, 40:25,
42:8, 43:6,
44:6, 47:24,
49:2, 49:6,
53:7, 53:15,
54:8, 56:10,
62:10, 62:16,
63:13, 64:8,
68:3, 69:19,
72:4, 72:6,
74:22, 74:25,
84:14, 87:12,
88:5, 89:5,
90:19, 92:5,
94:17, 96:11,
97:3, 98:6,
98:11, 99:23,
100:1, 100:20,
104:19, 104:23,
105:6, 107:1,
110:13, 111:9,
111:15, 113:1,
113:2, 113:16,
116:23, 116:24,

117:13, 120:19,
120:21, 121:21,
125:18, 127:6,
131:17, 133:4,
133:9
**thinking**
105:4
**third**
6:25, 9:16,
11:9, 96:17,
102:22, 123:10,
127:19
**thirteen**
70:19, 70:20
**those**
5:22, 6:13,
8:8, 8:12, 8:14,
8:15, 14:12,
14:25, 21:7,
23:9, 24:17,
25:25, 26:11,
26:14, 26:18,
26:25, 27:16,
28:2, 28:13,
30:13, 31:15,
32:13, 32:15,
33:18, 33:25,
34:14, 35:5,
36:21, 37:23,
38:3, 38:4,
39:23, 41:13,
46:10, 47:9,
50:20, 52:15,
56:3, 56:11,
58:14, 58:22,
66:7, 72:12,
73:20, 75:4,
82:17, 84:4,
87:10, 90:16,
91:2, 100:15,
101:2, 104:17,
105:16, 107:25,
108:19, 108:21,
108:22, 109:7,
112:18, 113:11,
115:22, 119:15,
120:25, 122:1,
127:14, 133:18,

133:21
**though**
31:13, 86:25,
108:10, 109:2,
134:9
**thought**
81:7, 84:23,
95:21, 96:14,
135:12
**thoughts**
84:22
**threat**
126:10
**three**
5:21, 5:24,
6:25, 10:4,
18:10, 31:22,
32:3, 35:3,
35:16, 35:17,
36:20, 37:18,
43:3, 43:8,
43:11, 98:9,
98:19, 99:4
**three-year**
99:1, 99:5
**through**
11:22, 36:15,
46:7, 48:8,
53:3, 56:21,
57:2, 57:3,
68:20, 75:21,
81:10, 81:19,
84:7, 85:19,
120:16, 133:18
**throughout**
25:1, 131:16
**tidiness**
62:6
**tie-up**
52:24
**tied**
63:16, 63:17,
64:14, 94:5
**tightly**
52:6, 52:12,
126:12, 126:13,
126:17, 126:25
**tillage**
49:11, 49:16,

49:18, 100:24,
120:8
**time**
5:23, 6:21,
9:25, 10:8,
11:25, 12:23,
14:11, 14:25,
18:23, 38:20,
39:1, 40:1,
40:17, 41:3,
42:14, 43:4,
43:5, 43:10,
43:12, 43:15,
45:5, 46:11,
52:4, 57:14,
57:16, 59:16,
76:7, 87:22,
99:24, 102:5,
104:15, 105:10,
108:2, 108:4,
111:17, 117:1,
120:14, 120:16,
120:17, 126:22,
127:16, 138:8
**timeframe**
98:15, 99:1
**times**
5:21, 5:24,
6:25, 40:21,
41:15, 55:12,
98:23, 99:19
**title**
16:8, 108:5,
109:18
**titled**
99:17, 103:19,
106:19, 109:9,
129:9
**today**
14:25, 22:9,
124:14, 132:8,
132:15, 137:16
**today's**
40:5, 40:6,
40:15, 41:5
**together**
42:14, 77:4,
77:6, 99:2

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

186

**told**
123:14
**tolerance**
30:16, 31:16,
34:11, 68:22,
115:2, 115:6,
118:15, 121:23
**tolerant**
22:9, 50:5,
50:6, 117:7,
121:3, 121:5
**tolerate**
116:13
**tomato**
33:7
**too**
118:16
**took**
37:2, 44:1,
44:7, 58:4,
58:13, 58:24,
59:1, 60:25,
61:16, 65:13,
69:20, 76:1,
76:7, 92:23,
95:21, 133:21,
138:16
**tool**
53:12, 79:24,
101:21, 102:1,
118:18, 131:3
**toolbox**
50:3, 118:19
**tools**
47:3, 49:1,
49:3, 50:3,
59:3, 79:22
**top**
33:17, 68:7,
69:21, 69:23,
96:18, 97:19,
110:11, 111:1,
123:12, 127:14
**topic**
25:3, 111:22
**topics**
107:4
**touch**
86:17, 86:18

**touchdown**
123:17
**touched**
86:22
**touching**
86:14
**tour**
123:4
**toward**
94:14, 97:24
**towards**
70:9
**tox**
30:10
**toxicity**
4:6, 51:18,
51:19, 52:24,
103:20, 104:7,
104:12, 104:13,
104:18, 104:24,
105:1, 105:4,
105:8, 105:11,
105:14, 105:17,
106:2, 106:4,
106:6, 129:1
**toxicological**
30:10, 83:23
**toxicologist**
42:8, 79:11,
94:21, 131:11
**toxilogical**
105:6
**traction**
111:17
**tractor-based**
101:20
**tractors**
53:23
**trade**
7:17
**trade-offs**
101:23
**trained**
89:16
**training**
16:4, 16:17,
19:14, 19:16,
20:13, 89:12,

90:5, 91:2,
97:21, 97:25,
98:5, 98:8,
137:4
**trait**
114:23, 115:19,
122:4
**traits**
21:8, 21:15,
22:5, 22:11
**transcribed**
138:12
**transcript**
138:14
**transcription**
138:13
**transfer**
17:9, 21:2,
21:5
**transpired**
43:22
**transplanted**
31:11
**transplanting**
50:17
**transportation**
10:12, 11:8
**trash**
134:19
**travel**
25:24, 26:3,
26:14, 36:8,
36:14, 36:19,
36:22, 37:1,
37:7, 41:17,
45:5, 97:14,
107:16, 108:11,
108:18, 108:20,
109:3
**traveling**
45:9
**treated**
124:18, 126:6,
126:7, 136:5
**treatment**
126:5
**tree**
7:11, 7:14,

10:21, 27:10,
27:12, 27:19,
34:17, 65:22,
66:9, 66:20,
67:7, 108:17,
124:16, 126:2,
126:8, 126:23,
135:2
**trees**
6:4, 7:24,
8:19, 65:3,
114:13
**trellised**
125:25
**tremendous**
34:15
**tremendously**
49:3
**trends**
4:5, 103:19,
104:7, 104:15,
104:23
**trial**
58:23, 102:15
**trials**
30:7
**trigger**
67:17, 67:19
**trimmer**
66:21
**trip**
107:23
**truck**
26:15, 97:16
**true**
72:9, 120:22,
124:15, 138:15
**truth**
138:10
**try**
112:10, 113:6,
113:18, 115:8,
120:7
**trying**
20:23, 21:14,
62:21, 64:9,
64:25, 65:4,
71:11, 72:24,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

75:22, 117:24
**tuesday**
1:23, 5:1
**turn**
64:11, 64:19,
68:4, 72:4
**twice**
6:8, 6:25,
11:23, 36:17,
41:7
**two**
8:8, 8:12,
10:4, 10:5,
15:3, 18:12,
19:4, 21:7,
23:19, 24:7,
24:25, 27:16,
31:12, 32:3,
41:4, 41:7,
41:13, 41:15,
56:3, 56:11,
75:25, 90:15,
91:17, 96:11,
96:14, 96:23,
98:10, 119:16,
134:10, 134:22
**two-year**
17:1
**type**
32:11, 33:8,
40:24, 44:3,
50:25, 55:6,
55:10, 67:13,
73:13, 79:1,
82:17, 107:24,
116:1, 129:11
**types**
84:13
**typical**
22:21, 124:9
**typically**
35:9, 86:10,
113:18, 116:24,
123:3, 125:23,
126:6
**tyvek**
88:10, 89:18

**U**

**uc**
17:18, 18:22,

22:24, 35:12,
37:13, 97:4,
100:10, 102:12,
109:2, 122:20,
124:2
**unable**
49:15
**unclear**
96:9
**unclog**
48:4
**uncommon**
120:21
**under**
29:18, 32:22,
67:2, 114:9,
122:14, 138:13
**undergrad**
16:22
**undergraduate**
16:12
**undergrowth**
71:17
**underlying**
21:10, 81:20,
81:25, 93:25,
105:20, 106:8,
131:12
**understand**
6:15, 21:15,
22:8, 22:19,
25:24, 26:17,
41:8, 41:13,
46:12, 53:9,
56:1, 56:3,
56:8, 71:12,
78:3, 81:22,
94:20, 97:19,
97:23, 131:4
**understanding**
49:7, 55:5,
55:10, 59:15,
92:17, 105:25,
107:3, 109:14,
127:10, 127:11,
128:12, 128:25,
133:1, 133:6
**understood**
135:8

**understory**
72:8
**undocumented**
101:18
**undoubtedly**
49:16, 128:16
**unfortunate**
122:13
**unfortunately**
108:25, 111:1
**unfriendly**
109:21, 109:22
**union's**
77:10
**unique**
50:19, 50:21,
116:14
**united**
48:25, 78:13,
79:17, 91:16
**university**
7:4, 16:6,
16:18, 16:22,
16:23, 17:7,
17:16, 17:24,
19:1, 20:19,
26:22, 26:24,
35:23, 36:10,
37:4, 37:5,
37:9, 37:24,
100:13, 104:2,
107:20, 114:5,
122:16, 130:20
**unlikely**
84:24, 86:1
**unrestricted**
31:21, 35:2,
35:15, 35:19,
37:11, 37:25,
96:3, 96:5,
96:19, 97:2,
97:5, 97:7,
98:17, 98:21
**unusual**
47:12, 47:18,
47:19, 48:10,
55:14, 59:9,
63:12, 115:14,

116:18, 133:8
**unusually**
85:5
**upon**
7:12, 56:9,
68:15
**upwards**
133:9
**usable**
113:15
**usda**
32:4, 32:10
**use**
4:7, 13:7,
19:17, 20:1,
26:14, 30:18,
30:23, 35:20,
37:6, 47:12,
47:18, 48:10,
49:15, 49:16,
49:21, 51:12,
52:9, 53:1,
53:20, 53:23,
54:11, 54:13,
54:18, 54:25,
55:2, 55:5,
55:15, 56:22,
57:5, 57:6,
61:12, 63:8,
63:11, 66:1,
67:12, 72:15,
78:10, 79:24,
82:5, 82:25,
83:14, 87:19,
87:25, 88:2,
88:4, 89:17,
91:16, 93:21,
97:12, 103:20,
104:15, 104:21,
104:22, 105:12,
107:9, 107:15,
109:24, 110:4,
113:19, 113:20,
119:6, 119:7,
119:14, 120:4,
120:7, 120:12,
125:5, 128:22
**used**
9:21, 29:22,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    188

39:12, 39:13,
47:13, 47:22,
48:2, 48:6,
48:14, 49:8,
50:14, 51:1,
51:2, 51:8,
51:11, 52:15,
52:20, 52:21,
53:12, 55:11,
55:13, 59:16,
59:25, 60:20,
61:17, 61:18,
65:8, 71:12,
82:1, 82:12,
82:22, 84:15,
85:2, 87:22,
90:13, 97:1,
97:12, 97:13,
101:4, 101:5,
105:20, 106:1,
106:5, 106:6,
107:17, 107:22,
108:20, 113:13,
115:4, 116:10,
116:11, 124:7,
124:10, 124:13,
124:17, 124:21,
124:22, 125:14,
125:17, 132:19,
137:6
**useful**
51:24, 78:12,
102:1
**user**
61:10, 79:13
**users**
54:21, 54:24,
79:22, 101:10
**uses**
114:21
**using**
48:7, 53:18,
85:12, 86:4,
86:8, 87:5,
88:13, 90:19,
104:15, 105:15,
106:5, 106:9,
120:13, 120:15,

132:22
**usually**
24:22, 32:5,
88:10, 90:9,
90:25, 105:6,
113:9
**utility**
98:12

---
**V**
---

**vacated**
53:11
**vague**
57:9, 60:11
**valley**
108:16
**valuable**
49:3
**value**
53:11
**values**
53:8, 106:1,
106:9
**van**
75:16
**various**
26:10, 46:18,
93:14, 106:5,
107:20, 116:15,
129:16
**vary**
67:25
**vast**
108:17, 116:21
**vegetable**
31:14, 50:12,
50:18
**vegetables**
24:17
**vegetation**
62:23, 63:14,
63:25, 66:6,
66:19, 67:8,
72:8, 73:4,
73:8, 73:13,
75:20, 125:18,
125:20, 136:22
**vehicle**
37:2, 43:13,

108:20
**vehicles**
37:7, 75:25,
76:5, 107:20,
108:19
**version**
57:3, 106:24,
108:2, 130:22
**versions**
103:25
**versus**
49:9, 120:6
**very**
6:18, 17:17,
17:18, 28:24,
31:8, 31:18,
33:13, 35:23,
40:23, 43:18,
50:21, 50:23,
51:13, 51:17,
51:18, 51:24,
52:6, 52:13,
52:20, 52:21,
61:6, 61:25,
70:14, 71:7,
71:15, 72:12,
72:15, 73:8,
74:25, 82:16,
82:17, 82:22,
85:15, 86:15,
86:19, 87:21,
95:11, 96:9,
102:1, 109:5,
110:4, 116:7,
116:25, 117:1,
117:5, 117:23,
122:12, 122:13,
123:12, 125:16,
126:12, 128:3,
129:1, 131:1,
133:10, 136:11,
136:20
**vessel**
61:17
**via**
2:21, 21:16
**video**
3:28, 14:24,

15:1, 15:11,
59:1, 76:6,
76:8, 76:15,
76:17
**videotaped**
3:11
**view**
79:20
**vine**
27:10, 27:12,
108:17, 124:17,
126:2, 126:8
**vines**
123:14, 125:23,
126:10
**viney**
71:17
**vineyard**
7:22, 125:22,
125:24, 126:4
**vineyards**
7:9, 50:15,
123:21, 124:13,
125:14, 125:15
**virginia**
2:7
**virtually**
133:2
**visibility**
53:3
**visit**
9:23, 42:3,
42:9, 47:5,
47:10, 72:21,
136:21, 137:14
**visited**
55:7, 63:6,
133:23
**visiting**
45:10
**visits**
41:14
**vitae**
3:13
**volume**
80:17, 80:24,
81:4, 81:5,
81:15, 81:19,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

189

82:7
**voluminous**
84:5
**vs**
1:9

**W**

**wait**
28:11
**walk**
16:15, 66:17,
67:19
**walking**
67:23
**walkway**
66:12, 135:1
**walnut**
26:6, 33:6
**wand**
66:17, 67:19
**want**
13:17, 22:21,
28:9, 41:10,
46:8, 66:18,
85:16, 91:19,
92:25, 114:15,
115:10
**wanted**
80:7, 83:6,
83:10, 109:15,
109:19, 111:19,
131:1
**warned**
109:20
**washington**
2:16, 17:4,
22:15, 98:10
**wasn't**
13:7, 17:25,
29:5, 38:9,
39:8, 64:1,
70:4, 71:18,
72:14, 82:23,
112:13, 133:11
**waste**
131:23
**water**
49:5, 49:14,

51:3, 52:13,
52:17, 52:18,
53:2, 69:23
**waterways**
48:18
**way**
5:4, 20:5,
26:25, 37:9,
37:16, 50:14,
51:12, 51:22,
56:4, 57:7,
60:10, 61:15,
62:8, 63:12,
66:9, 67:6,
69:25, 78:4,
85:1, 85:22,
95:6, 95:10,
101:4, 119:5,
121:11, 123:13,
126:21, 127:20,
129:25, 131:10
**ways**
85:11, 100:22,
101:2
**we'll**
5:23, 12:17,
45:2, 131:20
**we're**
12:1, 14:24,
23:17, 28:8,
33:25, 49:14,
58:22, 59:21,
69:10, 86:1,
92:3, 95:15,
111:3, 122:5,
123:14, 123:24,
123:25, 128:18,
137:22
**we've**
31:11, 32:4,
32:18, 41:7,
75:14, 76:8,
83:1, 103:17,
115:3, 115:6,
123:8, 123:22
**weakness**
51:25
**wear**
88:18, 89:9,

89:16
**website**
129:23
**weed**
7:2, 7:4, 7:9,
7:21, 16:7,
16:25, 17:11,
20:20, 22:6,
22:25, 23:17,
25:5, 25:9,
25:16, 29:2,
34:8, 38:6,
39:11, 41:10,
46:16, 46:19,
47:2, 47:3,
48:14, 48:15,
48:20, 49:1,
49:11, 49:16,
50:3, 51:10,
51:14, 51:15,
51:17, 77:13,
78:23, 79:23,
94:2, 97:20,
97:24, 100:10,
100:12, 101:11,
102:1, 102:12,
105:3, 107:10,
108:7, 112:6,
112:7, 114:20,
115:7, 117:8,
117:23, 117:24,
118:2, 118:11,
118:18, 118:21,
118:22, 118:23,
119:4, 119:8,
119:17, 120:4,
120:10, 120:16,
122:15, 122:16,
122:18, 122:19,
122:20, 123:1,
123:2, 123:4,
125:1, 128:4,
128:5, 128:7,
128:10, 128:17,
128:19, 130:20,
131:1, 131:3,
135:13, 136:9
**weeding**
120:9

**weeds**
4:10, 17:2,
23:21, 24:5,
25:16, 30:9,
47:15, 48:17,
48:22, 49:3,
49:20, 50:18,
50:24, 50:25,
51:3, 52:2,
52:10, 52:20,
52:22, 53:6,
53:8, 53:9,
53:20, 63:18,
63:19, 66:8,
68:19, 68:24,
71:19, 71:23,
98:12, 100:23,
100:25, 101:1,
101:13, 101:17,
114:17, 115:14,
115:21, 116:4,
116:9, 116:12,
116:14, 117:19,
118:3, 118:12,
118:16, 118:25,
119:15, 120:20,
122:10, 123:23,
125:12, 125:21,
136:23
**week**
24:25, 41:4,
41:7
**weekly**
87:20
**weeks**
113:25, 136:20
**well**
18:16, 27:13,
28:11, 28:24,
32:3, 51:24,
54:23, 58:5,
60:12, 66:20,
67:10, 71:15,
74:25, 75:18,
76:14, 80:22,
81:5, 105:13,
116:23, 118:5,
134:10, 137:13

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

190

**well-kept**
61:25
**well-supportive**
33:12
**went**
11:22, 16:23,
17:6, 36:3,
37:3, 37:4,
37:5, 42:8,
42:23, 43:24,
69:19, 71:4
**were**
8:15, 8:17,
9:11, 10:12,
12:21, 14:21,
15:5, 19:13,
20:23, 22:17,
34:16, 38:14,
39:15, 42:21,
43:17, 43:18,
43:22, 44:6,
44:15, 47:9,
49:15, 53:11,
59:19, 62:1,
63:1, 63:16,
67:12, 69:25,
70:9, 71:10,
73:1, 73:11,
76:13, 77:7,
78:24, 80:6,
83:7, 84:4,
84:8, 88:21,
93:21, 95:6,
96:14, 96:22,
102:14, 105:20,
107:7, 110:4,
111:12, 128:5,
132:19, 134:22,
136:14, 136:17,
137:23
**west**
2:22, 5:4
**western**
98:6
**wetted**
86:22
**what's**
22:23, 58:18,

69:18, 83:20,
90:2, 90:23,
114:16
**whatever**
30:25, 31:3,
39:14, 57:22,
64:24, 66:7,
71:4, 118:17,
121:9, 125:12
**wheat**
17:10, 18:5,
21:9, 21:11,
21:15, 21:16,
21:17, 21:23,
22:4, 22:5,
22:10, 22:14,
22:16
**wheats**
21:13, 21:14
**when**
6:24, 19:13,
19:19, 22:15,
25:20, 26:17,
30:7, 40:17,
41:19, 42:20,
43:5, 44:10,
45:4, 49:21,
52:5, 54:11,
55:7, 57:14,
63:21, 79:7,
84:14, 86:4,
88:3, 88:4,
91:18, 93:21,
94:21, 97:4,
97:5, 100:1,
101:9, 101:10,
112:11, 116:10,
117:18, 121:6,
124:23, 125:18,
125:20, 133:21
**where**
9:10, 10:15,
16:24, 17:7,
31:25, 36:18,
36:21, 39:15,
49:13, 50:14,
50:15, 53:1,
53:18, 56:22,

56:23, 64:13,
66:18, 66:20,
69:20, 71:2,
71:12, 73:1,
74:18, 76:11,
76:12, 90:14,
91:16, 93:8,
107:19, 113:24,
120:2, 120:7,
120:22, 121:8,
123:4, 123:6,
134:22
**whereof**
138:19
**whereupon**
11:20, 13:21,
14:20, 15:18,
45:25, 57:18,
57:23, 76:20,
92:10, 95:16,
99:14, 102:7,
103:15, 106:13,
122:7, 129:5,
130:10, 131:21,
137:23
**whether**
78:8, 79:12
**which**
6:2, 11:14,
15:5, 28:23,
32:16, 38:14,
40:8, 45:13,
49:11, 49:23,
51:18, 53:21,
59:14, 59:19,
61:17, 68:6,
68:21, 84:8,
88:5, 90:18,
91:5, 94:9,
105:8, 106:2,
114:6, 115:2,
119:25, 125:15,
125:24, 126:14,
127:9, 132:6,
132:23, 133:18,
134:1, 134:15,
134:24, 135:13,
136:6, 138:15

**while**
17:13, 43:22,
63:16, 86:7
**who**
5:10, 7:11,
11:7, 18:11,
19:25, 23:8,
23:19, 24:4,
25:21, 26:2,
27:7, 27:8,
31:1, 36:16,
38:16, 42:2,
42:8, 48:5,
54:23, 72:19,
80:7, 89:11,
89:13, 89:20,
90:1, 91:1,
106:23, 108:23,
112:6, 128:17,
137:9
**whole**
18:23, 56:21,
70:8, 98:23,
100:3, 138:10
**whose**
29:16
**why**
21:25, 22:9,
29:25, 34:5,
53:5, 58:19,
78:10, 92:20,
124:21
**wide**
66:24, 67:20
**widely**
31:9, 69:1
**widespread**
29:4, 69:1
**wild**
116:1
**will**
6:20, 9:16,
13:12, 36:18,
36:19, 36:22,
38:6, 39:23,
54:18, 55:2,
60:24, 62:11,
63:22, 68:1,

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018                                    191

| | | | |
|---|---|---|---|
| 76:17, 76:19,<br>79:10, 79:12,<br>79:15, 92:24,<br>95:23, 99:12,<br>105:22, 113:9,<br>115:23, 116:11,<br>120:15, 123:15,<br>124:24, 125:5,<br>129:13<br>**willing**<br>87:4<br>**wind**<br>49:14, 133:7<br>**windbreak**<br>64:24, 74:10<br>**winding**<br>23:20<br>**wines**<br>123:14<br>**within**<br>18:2, 41:4,<br>41:7, 73:9,<br>107:8, 113:13,<br>135:9, 136:20,<br>137:13<br>**without**<br>4:2, 10:15,<br>42:15, 71:16,<br>76:14, 77:2,<br>77:20, 82:7,<br>94:16, 99:17,<br>100:20, 102:2<br>**witness**<br>5:9, 6:7, 13:5,<br>15:20, 36:13,<br>45:12, 45:17,<br>54:20, 56:19,<br>57:10, 60:12,<br>78:7, 80:12,<br>81:18, 83:4,<br>84:3, 85:15,<br>87:4, 88:25,<br>93:24, 95:2,<br>96:9, 96:21,<br>96:25, 98:3,<br>108:14, 110:2,<br>110:20, 112:3,<br>113:1, 117:22, | 118:5, 119:2,<br>120:19, 123:1,<br>128:1, 129:15,<br>133:4, 135:6,<br>137:9, 138:7,<br>138:9, 138:19<br>**women**<br>101:17<br>**wondered**<br>103:10<br>**wooded**<br>71:7, 71:16<br>**woodland**<br>10:22, 11:3<br>**woody**<br>51:8, 71:18,<br>124:16<br>**words**<br>60:16<br>**wore**<br>84:13<br>**work**<br>12:18, 17:14,<br>18:11, 20:23,<br>22:22, 23:20,<br>25:11, 27:23,<br>30:3, 30:20,<br>31:14, 32:24,<br>33:8, 33:21,<br>34:17, 39:5,<br>45:6, 49:20,<br>49:24, 50:13,<br>87:20, 101:2,<br>102:8, 102:11,<br>107:19, 108:16,<br>127:10, 128:1,<br>129:18, 135:25<br>**work-around**<br>101:7<br>**work-arounds**<br>100:15<br>**workbench**<br>62:4<br>**worked**<br>11:7, 17:1,<br>17:9, 17:15,<br>17:16, 19:1,<br>20:12, 20:22, | 23:22, 45:13,<br>100:14, 100:18,<br>111:11, 124:3,<br>124:4<br>**working**<br>16:15, 18:4,<br>21:9, 23:12,<br>24:4, 25:21,<br>28:19, 45:15<br>**works**<br>23:11, 23:15,<br>25:11, 51:23,<br>83:8<br>**workshops**<br>98:9, 98:13<br>**world**<br>4:1, 22:23,<br>99:17, 100:20<br>**worse**<br>120:14<br>**wouldn't**<br>71:23, 79:2,<br>87:6, 95:2,<br>105:1, 107:22,<br>120:16, 121:3<br>**write**<br>8:11<br>**writing**<br>138:12<br>**written**<br>92:4, 95:22<br>**wrong**<br>19:15, 21:22<br>**wrote**<br>130:14, 130:19<br>**wyoming**<br>104:2<br>━━━ **Y** ━━━<br>**yard**<br>44:1, 44:2,<br>44:7, 44:8,<br>47:7, 62:15,<br>62:20, 63:8,<br>63:17, 65:10,<br>65:20, 70:3,<br>70:9, 70:10,<br>72:15, 72:25, | 73:1, 73:3,<br>75:6, 75:14,<br>137:7<br>**yards**<br>63:23<br>**yeah**<br>11:2, 27:4,<br>39:21, 40:25,<br>66:22, 67:1,<br>72:11, 81:13,<br>105:24, 110:21<br>**year**<br>24:21, 32:6,<br>36:18, 37:10,<br>40:4, 55:12,<br>99:9, 119:10,<br>122:21, 122:25,<br>123:10, 134:7,<br>134:10, 134:12<br>**year's**<br>119:21<br>**years**<br>18:22, 19:4,<br>27:5, 27:16,<br>31:22, 32:13,<br>33:13, 35:1,<br>35:3, 35:16,<br>35:17, 36:20,<br>37:18, 37:19,<br>37:20, 90:15,<br>96:11, 96:14,<br>96:23, 98:19,<br>99:4, 99:10,<br>122:21, 123:9,<br>123:24, 137:1<br>**yellow**<br>73:5<br>**yes**<br>6:17, 6:23,<br>7:25, 8:17, 9:6,<br>9:9, 11:16,<br>13:25, 14:14,<br>14:17, 15:4,<br>15:7, 15:10,<br>16:1, 19:9,<br>20:3, 21:4,<br>26:1, 28:22,<br>29:13, 31:24, |

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

35:22, 37:5,
37:8, 38:12,
38:15, 38:22,
38:25, 39:3,
39:25, 40:16,
42:7, 43:11,
43:16, 45:7,
46:5, 46:14,
46:22, 54:12,
54:20, 55:25,
58:4, 58:17,
59:23, 61:1,
65:14, 69:8,
69:17, 72:18,
76:10, 82:11,
88:17, 88:25,
89:5, 89:19,
91:6, 91:11,
92:7, 92:13,
92:20, 93:10,
93:20, 94:12,
96:21, 96:25,
98:20, 100:6,
100:8, 102:11,
106:18, 106:22,
108:14, 109:12,
110:25, 111:6,
114:16, 117:13,
121:6, 122:3,
123:22, 124:15,
128:7, 129:21,
129:24, 130:14,
130:24, 131:14,
131:17, 133:19,
133:20, 134:17,
135:7, 135:15,
135:24, 136:20,
137:18
**york**
2:23, 12:15
**you'd**
14:12, 127:18,
127:19
**you'll**
11:24, 58:15,
116:11, 118:12
**you're**
7:18, 12:25,

15:24, 20:4,
20:8, 20:10,
25:20, 28:4,
30:7, 46:23,
70:20, 86:7,
86:11, 86:12,
86:13, 87:1,
88:3, 94:20,
105:19, 121:22,
124:20, 129:2,
129:12
**you've**
11:14, 39:20,
45:6, 46:9,
54:15, 56:13,
73:22, 77:2,
91:7, 92:17,
93:20, 131:6,
131:16, 132:11,
132:14, 137:16
**your**
5:15, 15:3,
15:8, 16:2,
16:3, 18:14,
19:14, 20:12,
22:20, 22:21,
25:3, 27:8,
31:17, 36:10,
37:11, 38:10,
38:16, 39:1,
44:23, 46:12,
46:24, 55:22,
55:23, 59:7,
59:25, 60:9,
61:15, 62:9,
63:8, 68:15,
71:9, 77:24,
78:3, 78:11,
80:5, 80:7,
80:9, 80:15,
84:1, 86:7,
86:19, 86:20,
88:21, 91:13,
91:24, 92:17,
93:8, 93:22,
94:24, 97:10,
98:16, 100:4,
100:9, 101:16,

103:21, 104:9,
111:25, 112:21,
123:13, 133:1,
137:3, 137:4,
137:15
**yours**
111:2
**yourself**
37:25, 59:4,
77:4
**youthful**
122:12

**Z**

**zero**
36:5

**$**

**$15,000**
97:20
**$2.5**
31:19, 32:1
**$200**
39:24
**$200,000**
32:6
**$25,000**
96:2, 96:18
**$250,000**
98:17
**$251,900**
31:21, 35:2,
37:3, 37:25

**.**

**.2541**
2:8
**.5070**
2:33
**.5800**
2:17
**.8572**
2:24

**0**

**00**
5:2
**01071**
1:8

**1**

**10**
3:24, 4:1,
68:1, 71:5,
99:13, 99:14,
134:24
**100**
122:22
**10019**
2:23
**103**
4:4
**106**
4:8
**11**
4:2, 4:4, 19:4,
69:6, 69:11,
69:13, 103:14,
103:15, 103:17,
105:23
**112**
80:24, 81:1,
81:4, 81:5,
81:15, 81:19,
82:4
**12**
3:34, 4:8,
19:4, 56:13,
70:12, 70:18,
80:17, 96:15,
106:12, 106:13,
106:16, 109:8,
110:8, 110:9,
110:10, 111:2,
137:24
**122**
4:9
**129**
4:12
**13**
3:10, 4:9,
96:16, 122:6,
122:7
**130**
4:15
**132**
3:4

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

193

**1350**
2:15
**14**
3:13, 3:16,
4:12, 71:25,
96:15, 129:4,
129:5, 129:20
**140**
93:5
**15**
3:18, 4:15,
72:9, 130:9,
130:10, 138:20
**150**
122:22
**16**
72:17
**1622**
1:8
**17**
41:21, 73:15
**175**
32:6
**18**
82:8, 133:25
**180**
64:19
**1800**
2:31
**19**
4:15, 74:3,
75:2
**1900**
5:4

**2**

**2-3**
14:21
**2-a**
81:23, 111:20
**20**
3:25, 4:15,
41:21, 71:6,
74:16, 75:10,
122:24, 123:24,
133:18, 133:25,
134:5, 134:6,
134:10

**2000**
98:22
**20005**
2:16
**2009**
37:13, 124:8
**2010**
37:14, 37:15
**2011**
122:10, 122:16,
123:19, 124:20
**2013**
96:1, 96:5,
96:15, 97:2
**2014**
96:18, 97:2
**2015**
4:15, 81:2,
97:20, 98:4
**2016**
3:34, 91:17,
91:25, 94:15
**2017**
3:16, 38:20,
94:10, 94:15,
111:15
**2018**
1:23, 5:2,
37:16, 39:1,
39:5, 39:15,
41:3, 41:20,
124:22, 129:9,
133:24, 136:18,
136:19, 137:7,
138:20
**202.898**
2:17
**204,000**
124:10
**2093**
138:5
**212.836**
2:24
**22**
4:8
**23233**
2:7
**24**
91:4, 92:5

**25**
94:8, 104:23
**25,000**
96:13
**250**
2:22
**250,000**
35:4
**27**
3:16, 38:20
**277**
5:4
**2nd**
5:1

**3**

**30**
35:1
**314.621**
2:33
**3420**
2:6

**4**

**40**
35:1, 72:13,
81:12, 127:7
**404**
2:6
**46**
3:23

**5**

**5,000**
30:4
**50**
27:1, 39:22,
63:4, 72:13,
106:2, 106:3,
121:14, 127:7
**55**
2:22
**57**
3:25, 137:24

**6**

**6**
68:1, 69:6,

**69:11, 69:13,**
70:12, 70:18,
71:25, 72:9,
72:17, 73:15,
74:3, 74:16,
75:2, 75:10,
134:24
**6-1**
58:1
**6-2**
134:1
**6-3**
60:25
**6-4**
61:20, 134:15
**6-5**
62:12
**6-6**
64:3
**6-7**
64:17
**6-8**
65:13
**6-9**
69:7, 69:8
**6.5**
64:12
**6.7**
92:24
**6.9**
135:13
**60**
39:21, 39:22,
39:23, 45:4,
63:4, 123:9
**62**
83:15, 122:20
**63**
122:21
**63105**
2:32
**65**
83:22

**7**

**76**
3:28
**7700**
2:31

Transcript of Bradley Hanson, Ph.D.
Conducted on October 2, 2018

| | |
|---|---|
| **7th** | |
| 45:14, 45:18 | |
| **8** | |
| **858.800** | |
| 2:8 | |
| **9** | |
| **9** | |
| 5:2, 46:13 | |
| **90** | |
| 30:1, 64:11, | |
| 125:4 | |
| **92** | |
| 3:30, 138:23 | |
| **95** | |
| 3:36 | |
| **9643** | |
| 1:31, 138:25 | |
| **99** | |
| 4:1 | |