# EXHIBIT 6



# Transcript of Kassim Al-Khatib, Ph.D.

**Date:** December 13, 2019
**Case:** Wade, et al. -v- Monsanto Company, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Kassim Al-Khatib, Ph.D.                    1 (1 to 4)
Conducted on December 13, 2019

---

**1**

```
1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2                    STATE OF MISSOURI
3
4    CHRISTOPHER WADE, et al.,
5              Plaintiffs,
6        vs.                    Case No. 1722-CC00370
7    MONSANTO COMPANY, et al.,
8              Defendants.
9    -------------------------------------
10
11
12
13
14
15        DEPOSITION OF KASSIM AL-KHATIB, Ph.D.
16              Sacramento, California
17              Friday, December 13, 2019
18
19
20
21   Reported by:
     GINA GLANTZ
22   CSR No. 9795, RPR, RMR
23   JOB No. 277416
24
25   PAGES 1 - 89
```

---

**2**

```
1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2                    STATE OF MISSOURI
3
4    CHRISTOPHER WADE, et al.,
5              Plaintiffs,
6        vs.                    Case No. 1722-CC00370
7    MONSANTO COMPANY, et al.,
8              Defendants.
9    -------------------------------------
10
11
12
13
14
15        Deposition of KASSIM AL-KHATIB, Ph.D., taken
16   on behalf of Plaintiffs, at The Citizen Hotel, 926 J
17   Street, Sacramento, California, beginning at 8:58 a.m. and
18   ending at 11:19 a.m., on Friday, December 13, 2019, before
19   GINA GLANTZ, Certified Shorthand Reporter No. 9795, RPR,
20   RMR.
21
22
23
24
25
```

---

**3**

```
1    APPEARANCES:
2
3    For Plaintiffs:
4        THE MILLER FIRM LLC
5        BY:  DAVID J. DICKENS
6        Attorney at Law
7        The Sherman Building
8        108 Railroad Avenue
9        Orange, Virginia 22960
10       (540) 672-4224
11       ddickens@millerfirmllc.com
12       (Telephonic appearance.)
13
14   For Defendant Monsanto Company:
15       HOLLINGSWORTH LLP
16       BY:  RANJIT S. DHINDSA
17       BY:  ERIC KELLEY
18       Attorneys at Law
19       1350 I Street, N.W.
20       Washington, DC 20005
21       (202) 898-5800
22       rdhindsa@hollingsworthllp.com
23       ekelley@hollingsworthllp.com
24
25
```

---

**4**

```
1    APPEARANCES (Continued):
2
3    For Defendant Monsanto Company:
4        ARNOLD & PORTER KAYE SCHOLER LLP
5        BY:  NEDA HAJIAN
6        Attorney at Law
7        777 South Figueroa Street, 44th Floor
8        Los Angeles, California 90017
9        (213) 243-4177
10       neda.hajian@arnoldporter.com
11
12       ARMSTRONG TEASDALE
13       BY:  JOHN F. COWLING
14       Attorney at Law
15       7700 Forsyth Boulevard, Suite 1800
16       St. Louis, Missouri 63105
17       (314) 342-8005
18       jcowling@atllp.com
19       (Telephonic appearance.)
20
21
22
23
24
25
```

---

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019

2 (5 to 8)

---

**Page 5**

1                        INDEX
2  WITNESS                              EXAMINATION
3  KASSIM AL-KHATIB, Ph.D.
4
5                BY MR. DICKENS              6, 85
6                BY MR. DHINDSA             84, 87
7
8
9
10                       EXHIBITS
11
12  MARKED          DESCRIPTION            PAGE
13  Exhibit 1    Curriculum vitae of Kassim Al-Khatib    6
14
15  Exhibit 2    Document titled "Dr. Kassim             6
16               Al-Khatib's Materials Considered
17               List (Wade v. Monsanto Co.)"
18
19  Exhibit 3    Document titled "MONSANTO COMPANY'S     6
20               DISCLOSURE OF EXPERT TESTIMONY"
21
22
23
24
25

---

**Page 6**

1          Sacramento, California; Friday, December 13, 2019
2                     8:58 a.m.
3
4          (Exhibit 1, Exhibit 2, and Exhibit 3 were marked
5      for identification.)
6
7               KASSIM AL-KHATIB, Ph.D.,
8   having been administered an oath, was examined and
9   testified as follows:
10
11                   EXAMINATION
12  BY MR. DICKENS:
13      Q.   Good morning, Doctor.
14      A.   Good morning.
15      Q.   My name is David Dickens, and we met real briefly
16  at the Johnson trial.  However, I will be asking your
17  opinion in the Wade case here today.
18          I apologize for not being able to be there in
19  person; however, I will ask that if for any reason you
20  don't understand or can't hear the question that I ask,
21  please let me know, and I'll do my best to rephrase.  Is
22  that fair?
23      A.   I will do.
24      Q.   And on the other side of that, if you go ahead and
25  answer, I'll presume that you understood the question, and

---

**Page 7**

1   answered fully and truthfully; is that fair?
2       A.   Yes.
3       Q.   Great.  Dr. Al-Khatib, I understand you're here
4   today in your capacity as an expert for Monsanto; is that
5   correct?
6       A.   That's correct.
7       Q.   And I understand that you intend to offer some
8   general opinions, as well as case-specific opinions,
9   regarding the plaintiffs in the Wade trial; is that right?
10      A.   Correct.
11      Q.   Doctor, I'm going to hand you what has been marked
12  as Exhibit 1 to your deposition.
13      A.   Yeah, I have it here.
14      Q.   And can you identify this exhibit for the record?
15      A.   That's my CV.
16      Q.   And is your CV that's been marked as Exhibit 1 --
17  is that current and up to date?
18      A.   I got to look at it, because my CV keep evolving.
19  I think it's correct.
20      Q.   Okay.
21      A.   Just give me a second.
22      Q.   Oh, I'm sorry, go ahead.  Yes.
23      A.   Yeah, I think it has my recent publications too.
24      Q.   So as far as you know, based on your brief review,
25  this includes all of your most recent publications to

---

**Page 8**

1   date?
2       A.   Yeah, it has my recent publications.
3       Q.   Does it -- have you given any additional
4   presentations or lectures that are not specifically
5   included in this CV?
6       A.   I don't think so.
7       Q.   You also have, at the very end, some radio, TV,
8   magazine, newspaper interviews.  Have you given any
9   interviews that do not appear here on the curriculum
10  vitae?
11      A.   No.
12      Q.   And, Doctor, you're still with UC Davis; is that
13  correct?
14      A.   Correct, sir.
15      Q.   And what is your current position at UC Davis?
16      A.   My current position is endowed professor of Weed
17  Science, director of Information Centers -- Weed
18  Information Center, and also codirector of Western IPM
19  Center.
20      Q.   Okay.  And that -- those positions have been
21  consistent since 2015; is that right?
22      A.   Yes, correct, sir.
23      Q.   Doctor, how many times have you been giving
24  testimony, either through deposition or trial testimony,
25  in the Roundup litigation?

Transcript of Kassim Al-Khatib, Ph.D.

Conducted on December 13, 2019

3 (9 to 12)

**9**

1   A.   In the Roundup litigation, I think four times

2   total.   One time in court and three deposition, including

3   this one.

4   Q.   So the three depositions, you're including the one

5   here today?

6   A.   Correct.

7   Q.   The court case, that was the Johnson matter?

8   A.   Yes, sir.

9   Q.   Okay.   The two depositions, what cases were those

10   for?

11   A.   One of them, I believe it's Woodby (phonetic).

12   The other one is Winston, and this one here, the Wade.

13   Q.   Okay.   And I'm sorry, what was the first one, if

14   you can recall, other than Winston?

15   A.   Woodby, I believe, the name of it.

16   Q.   And in the Woodby and Winston matters, did you

17   offer case-specific opinions in those cases?

18   A.   Probably I did.   I don't remember exactly.

19   Q.   When was, prior to today, your last deposition

20   taken -- in the Roundup litigation taken?

21   A.   I don't remember.   It's not long time ago.   But I

22   don't remember the date.   Maybe three months ago, four

23   months ago, I don't remember the dates.

24   Q.   And in addition to the testimony you've provided,

25   you've also drafted and prepared expert reports; is that

**10**

1   correct?

2   A.   Not for the three cases.   Only Johnson, I prepare

3   a report.

4   Q.   I understand that you recently prepared an expert

5   report and witness statement for some cases in the federal

6   court in California; is that right?

7   A.   That's correct, sir.   I did not mention those

8   because I thought we talking about the depositions.

9   Q.   And I understand.   I certainly appreciate that,

10   and I recognize you didn't provide a report in this

11   particular matter.   But the report that you prepared in

12   the federal court in California, that was in October of

13   this year?

14   A.   Yes, I did prepare a report, correct.

15   Q.   And that was approximately October 25th of this

16   year?

17   A.   I don't remember exactly, but you're probably

18   right.

19   Q.   Have you prepared any more recent expert reports

20   detailing opinions in the Roundup litigation since the

21   October 2019 report for the federal multidistrict

22   litigation cases?

23   A.   I don't think so.   I did prepare a report for

24   three cases, federal cases, and I think you mentioned one

25   of them, the last one probably, but these the only one I

**11**

1   recall at this point.

2   Q.   And did you -- recognizing the report hasn't been

3   submitted in this case, did you prepare a report with

4   respect to your opinions in this case, the Wade matter,

5   specific to any of the plaintiffs?

6   A.   No, I have not.

7   Q.   Did you -- in your review or preparation of your

8   opinions in this case, did you take any notes or any

9   written summaries of your opinions?

10   A.   No, sir.

11   Q.   Did you bring anything with you to the deposition

12   today?

13   A.   No, I did not.

14   Q.   Doctor, what did you do to prepare for today's

15   deposition?

16   A.   Well, I read the depositions, all the depositions.

17   I did look at the photos I took, and that's most of my

18   preparation for this.   I did read soil report and soil

19   deposition, and other deposition by the plaintiff or their

20   relative, you know, like the father or the wife.   That's

21   all my preparation was around.

22   Q.   Okay.   How much total -- since you were retained

23   by Monsanto as an expert in this case, how many hours have

24   you put into the Roundup litigation as a whole for all

25   cases?

**12**

1   A.   I can't really give you a number top of my head.

2   But I know probably for the Wade case, I spent somewhere

3   in the range of 70 to 90, maybe, hours on the case, but I

4   can't really give you exact numbers.

5   Q.   Okay.   And the 70 to 90 hours was specific to the

6   Wade matter; is that right?

7   A.   Correct, and including inspection.

8   Q.   Okay.   When you say "inspection," you mean site

9   inspection?

10   A.   Correct, sir.

11   Q.   Okay.   Recognizing 70 to 90 for Wade, can you give

12   any closer estimate as to how many total hours in the

13   Roundup litigation as a whole you put in?

14   A.   I really cannot give you a number, but it is

15   significant.

16   Q.   Significant as in hundreds of hours?

17   A.   Yeah, probably since I started 2017.

18   Q.   Okay.   And have you billed Monsanto for your time?

19   A.   I billed them for some of the hours.   The latest

20   hours, I haven't billed them yet.

21   Q.   Okay.   Have you billed them for any hours related

22   to your work in the Wade litigation?

23   A.   No, I have not yet.

24   Q.   When was the last invoice or bill submitted to

25   Monsanto for your work?

Transcript of Kassim Al-Khatib, Ph.D.

Conducted on December 13, 2019

---

**13**

1    A.   Maybe in the end of 2018, earlier of 2019.  It's
2  just some time ago.
3    Q.   Do you have records or notes of the amount of time
4  that you've spent specific to the Wade litigation?
5    A.   I may have some of that written, yes.
6    Q.   Okay.  Do you have some of it or all of it?
7    A.   You know, when I finish any task, I write how many
8  hours and what I did.
9    Q.   Okay.  So you do have a record somewhere of what
10  you did and how many hours you spent specific to the Wade
11  litigation; is that correct?
12    A.   Correct.  And that's how I invoice them.
13    Q.   So at some point, you do intend to invoice them
14  for your time and your work; is that correct?
15    A.   Correct, sir.
16    Q.   And you -- it's my understanding you charge $350
17  per hour; is that right?
18    A.   That's correct, sir.
19    Q.   Is that for only testimony or for your review of
20  the materials as well?
21    A.   That's a flat rate for everything.
22    Q.   And, Doctor, I'll hand you what's been marked as
23  Plaintiffs' Exhibit No. 2, which, for the record, is
24  titled "Dr. Kassim Al-Khatib's Materials Considered List
25  (Wade versus Monsanto Company)."  Do you see that, Doctor?

---

**14**

1    A.   Yes, sir, I do.
2    Q.   And if I could take a step back.  Doctor, do you
3  recall when you were first asked to provide opinions
4  related to any of the Wade plaintiffs?
5    A.   Really, I don't recall that, but it's been a few
6  months probably.  I don't know, maybe longer.
7    Q.   Can you narrow that down at all?  Do you recall
8  whether or not it was before or after November of this
9  year?
10    A.   No, before that, definitely.
11    Q.   Before September?
12    A.   I would think somewhere in the spring of this year
13  or early summer, something like that.  I really cannot
14  give -- I'm sorry, I cannot give you exact date or exact
15  month.
16    Q.   Turning back to Exhibit 2, Doctor, did you have
17  any -- or did you assist in preparing this document?
18    A.   Yeah, this is a list of materials I used for my
19  opinion.
20    Q.   Okay.  And is this -- does this document represent
21  the full amount of materials that you're relying upon for
22  your opinions you're going to give in the Wade case?
23    A.   No, this is part of the opinion I'm going to rely
24  on.  Also, I'm going to rely on my experience, my field
25  research, and so forth.  So there are, besides the

---

**15**

1  references here, my personal experience and my knowledge
2  about the subject.
3    Q.   And recognizing your education, experience, if we
4  limit it to materials, are there any materials that you're
5  going to be relying upon that don't appear on Exhibit 2?
6    A.   At this point, these are the materials that's
7  going to -- I am going to use.  I may have more, I don't
8  know.
9    Q.   Well, Doctor, you understand this is my time to
10  figure out what those materials may be.  When you say
11  there may be other materials, are there other materials
12  that you're relying upon as you sit here today?
13    A.   No.
14    Q.   You mentioned you reviewed deposition transcripts
15  of plaintiffs' family members and Dr. Sawyer.  Have you
16  reviewed any additional deposition transcripts related to
17  any of the Wade plaintiffs?
18    A.   Well, I think I did review the deposition for
19  Batiste boss, you know, Greg his name.  I forgot his last
20  name.  I did review those depositions.  I did review a
21  photo image, the Google photo image for all the property
22  listed on the depositions, besides the depositions.  So
23  these are materials that I did review as well as the
24  depositions.
25    Q.   Okay.  Doctor, if you can turn to page 3 --

---

**16**

1    A.   Yes.
2    Q.   -- of Exhibit 2.
3    A.   Yes, sir, I am there.
4    Q.   And starting on number 46 --
5    A.   Yes, sir.
6    Q.   -- and then going through 61, it lists a number of
7  deposition transcripts.  Do you see that?
8    A.   Yes, sir, I do see that.  You're talking from
9  50 -- 46 to what number?
10    Q.   To 61.
11    A.   To 61.  Let me go over it to make sure.
12       I think you are correct, sir.
13    Q.   Now, you mentioned you recall reviewing a
14  deposition transcript for a coworker of Mr. Batiste.  Was
15  that Greg Babineaux?  Does that sound familiar?
16    A.   That's correct, that's the name, sir.
17    Q.   Okay.  And so his name does not appear between 46
18  and 61 of the deposition transcripts on your materials
19  considered list, but that is a deposition you intend to
20  rely upon; is that right?
21    A.   Yes, sir, I did read that, yes, correct.
22    Q.   Okay.  So recognizing that his isn't included
23  there, looking through the deposition transcripts you
24  listed, are there any additional deposition transcripts
25  that you reviewed and will be relying upon that don't

---

17

1  appear here in this exhibit?
2  **A.  Just give me another second to look at it.**
3  Q.  Sure.
4  **A.  I think that this is -- yeah, this is the list.**
5  Q.  And this list, in addition to Mr. Babineaux?
6  **A.  Who is that, I'm sorry?  Greg?**
7  Q.  This list at 46 to 61, and then, in addition, the
8  Greg Babineaux --
9  **A.  Yes, correct.**
10  Q.  -- deposition?
11  **A.  Correct, sir.**
12  Q.  Doctor, on your materials considered list, you
13  have a number of Monsanto labels.
14  **A.  Can you direct me, which number is that?**
15  Q.  Yeah, turn -- I'm sorry, I talked over you.  It's
16  hard on the phone, so I'll do my best, and I apologize.
17  If you'd turn to page 10 of this exhibit, number 166.
18  **A.  Yes, give me time.**
19  **Yes, sir, I reviewed those.**
20  Q.  And those are all labels for Monsanto -- or strike
21  that.
22  Number 166 on page 10 through 176 on page 11,
23  those are all Monsanto labels for glyphosate-containing
24  products; is that right?
25  **A.  That's correct, sir.**

18

1  Q.  Your materials considered list does not include
2  labels for any other herbicides or pesticides; is that
3  correct?
4  **A.  The list here is -- that's the list, you have it.**
5  **However, I know the other herbicides and pesticides.  I**
6  **didn't need to review that.**
7  Q.  Will you be relying on any additional labels for
8  pesticides or herbicides other than Roundup or
9  glyphosate-containing products that don't appear on any
10  materials considered list?
11  **A.  Probably for glyphosate, the base of product,**
12  **these are the ones I'm going to rely on.**
13  Q.  And what I'm asking is, outside of glyphosate
14  products, are you going to be offering any opinions with
15  respect to other pesticides or herbicides in this
16  litigation?
17  **A.  What I think I -- for certain depositions, they**
18  **mentioned names of certain herbicides, and I did look at**
19  **the label for these herbicides, so probably I'm not going**
20  **to rely on them, but I read those, but I did not include**
21  **them here.**
22  Q.  Are you going to be offering any opinions in this
23  case with respect to the safety of any of those other
24  pesticides and herbicides?
25  **A.  I don't know what -- the question is not clear for**

19

1  me, but if you ask me if I'm going to offer opinion about
2  relative safety of different herbicides, I may say
3  something about that, but I don't have any specific in my
4  mind at this point.
5  Q.  Will you be offering any testimony about the
6  safety of 2,4-D, for example?
7  **A.  Well, if you -- the opinion I have is probably how**
8  **you compare the relative safety of different herbicide,**
9  **the use of these herbicides.  I'm talking here about**
10  **application, mixing, effect of weeds.  So if that issue**
11  **come in the court and the question asked, I will offer**
12  **opinion about that.**
13  Q.  And so I'm clear as to what opinions you will be
14  providing in this case specifically, do your opinions
15  include a comparison of the human safety risk of 2,4-D
16  versus glyphosate?
17  **A.  No, no, I'm not -- I'm talking about weed control,**
18  **you know, off-target movement, effect on environment, more**
19  **of in my area of weed science.**
20  Q.  Okay.  Will you be offering any opinion with
21  respect to the cause of any of the plaintiffs' cancer?
22  **A.  I'm sorry, I didn't hear you well.**
23  Q.  Will you be offering any opinions in this case as
24  to the cause of any of the plaintiffs' cancer?
25  **A.  No, sir.**

20

1  Q.  Doctor, on your materials considered list, you
2  have numerous documents from the EPA or Environmental
3  Protection Agency.  You reviewed those in conjunction with
4  your opinions; is that correct?
5  **A.  Can you be more specific, point out those**
6  **reference you're talking about?**
7  Q.  Well, Doctor, let me ask you generally, have you
8  reviewed documents from the EPA with respect to your
9  opinions?
10  **A.  Yes, I think I probably did review report from**
11  **EPA, but you need to be specific with me what -- I did a**
12  **lot of things.  That's my field.  So unless you be**
13  **specific with me, I can't really give you any specifics.**
14  Q.  Okay.  Why don't you turn to page 5, Doctor.
15  **A.  I am there.**
16  Q.  And then number 79 and through 86 on page 6.
17  **A.  79 to -- to 86; correct?**
18  Q.  That's correct.
19  **A.  Okay, let me look at that.**
20  **Yes, sir, I did review those.**
21  Q.  And then if you can turn to page 9, number 151.
22  **A.  Page 9, what number?**
23  Q.  Number 151.
24  **A.  Yes, sir, I do see that.**
25  Q.  And that's a letter from Michael L. Goodis; is

21

1  that correct?
2  A. Yes, that's correct, sir.
3  Q. Do you intend to offer any opinions with respect
4  to the letter from Michael Goodis in this case?
5  MR. DHINDSA: Objection.
6  THE WITNESS: I don't know. At that time, I would
7  read it again, and we'll see what -- if that context come
8  into court, then I will address that. But at this point,
9  I can't give you any specific. I need to see the letter,
10 and I need to hear your question.
11 BY MR. DICKENS:
12 Q. Do you know what that letter is referring to?
13 A. Vaguely now I remember that. I think it's more of
14 a discussion about the labeling of glyphosate, so that's
15 what I remember at this point.
16 Q. Okay. Will you be offering opinions with respect
17 to the labeling of glyphosate?
18 A. You know, certain part of the label, I am
19 experience in that. So if I've been asked about this part
20 of the labels that I'm experience at, I will offer
21 opinion.
22 Q. Will you be offering opinions with respect to an
23 obligation of a pesticide company to label for
24 carcinogenicity?
25 A. If you have a specific question, I will answer

22

1  those question.
2  Q. And understanding, Doctor, that I'm asking as to
3  what opinions you will be offering in the direct
4  examination at trial, will you be offering opinions as to
5  whether or not Monsanto should have labeled glyphosate
6  products with a cancer warning?
7  A. Well, I think my opinion is going to be around
8  what EPA require, and what EPA decided, because what the
9  label -- going to appear on the label is that what EPA
10 will decide and what agree upon. So that's where my
11 opinion is going to be around.
12 Q. Doctor, have you ever worked for the EPA?
13 A. I'm sorry, sir, I can't hear you.
14 Q. Have you ever worked for the EPA?
15 A. No, I haven't. I wasn't any -- I didn't -- I work
16 with them as a professor in the university, I get called
17 from them, I get question, I train some of their people,
18 but I didn't work for them directly.
19 Q. Okay. Does the EPA ever consult you on
20 carcinogenicity of a product?
21 A. No, most of consultation I get is regarding to
22 use, application, the drift, and so forth.
23 Q. Have you ever been employed by a pesticide
24 company?
25 A. Not -- no, sir.

23

1  Q. And, Doctor, do you agree that Roundup and
2  glyphosate-containing products are pesticides?
3  A. They are herbicide. It is herbicide.
4  Q. Are herbicides pesticides?
5  A. Well, it's a very loose term you are using. You
6  know, pesticide could be different things, and people use
7  pesticide as a general statement. You know, there are
8  insecticide, there is fungicide, rodenticide, herbicide,
9  algicide, so there's a lot of these products. You know, I
10 prefer to call glyphosate a herbicide instead of lump sum
11 everything in generic term, which is pesticide. It's not
12 the right terminology, let me put it that way.
13 Q. Doctor, you've also reviewed materials related to
14 foreign regulatory agencies; is that right?
15 A. That's correct, sir.
16 Q. And what opinions do you intend to offer with
17 respect to foreign regulatory agencies?
18 A. Well, the foreign regulatory agency, my opinion is
19 around that they agree with what EPA assessment is, so
20 they -- you know, with all these foreign regulatory
21 agencies, they all have very rigorous organization, they
22 have scientists, they are independent, and in the end of
23 the day, they came with the same conclusion that EPA came
24 with here in the U.S.
25 Q. And that's the purpose for you reviewing those

24

1  foreign regulatory actions?
2  A. Yes, sir.
3  Q. Okay. Doctor, I note that you don't list
4  California's Proposition 65 on your materials, your
5  reliance.
6  A. Well, that's not regulatory agencies. You know,
7  there are literally agencies in the U.S. who look at the
8  data, evaluate the data, look at the research. It's EPA.
9  So I rely on EPA as my source of information.
10 Q. Now, Doctor, the school you work at, UC Davis,
11 that's in the University of California school system; is
12 that right?
13 A. That's correct, sir.
14 Q. And University of California has temporarily
15 suspended the use of glyphosate-based herbicides; correct?
16 A. It's not exactly right, because it's partial
17 suspension. Still we can use it for research, still we
18 can use it for agricultural. We can use it for fire
19 prevention, we can use it for vegetation restoration. So
20 it's probably banned only to use on campus, to manage
21 weeds on campus, but not in the other aspect of the use.
22 Q. Okay. So you listed the four exceptions that were
23 laid out by Janet Napolitano, the president of the
24 University of California?
25 A. Yes, could be more. This is something that came

Transcript of Kassim Al-Khatib, Ph.D.

7 (25 to 28)

Conducted on December 13, 2019

25

1 to my mind at this point.
2   Q.   And that temporary suspension with the exceptions
3 took place in May of this year?
4   **A.   That's where the letter came, and I think they are**
5 **peer reviewing the -- that suspension.**
6   Q.   That suspension was in part due to concerns about
7 possible human health; is that right?
8       MR. DHINDSA: Objection.
9       THE WITNESS: No, I don't think so, sir. I think
10 the objection first is nobody consult with the scientist,
11 and that's -- the concern is mostly political and concern
12 about litigation such as the one we are in now.
13 BY MR. DICKENS:
14   Q.   Okay. You just mentioned that May 2019 is when
15 the letter came out. Did you actually review the letter
16 related to the temporary suspension of glyphosate-based
17 herbicides on University of California campuses?
18   **A.   Yes, sir, I did.**
19   Q.   Do you have an understanding that an herbicide
20 task force was created in order to review this issue?
21   **A.   Yes, after they made the decision. The task force**
22 **is not formed before the decision. It made after they**
23 **made that decision, the administration decision.**
24   Q.   Okay. Are you on the herbicide task force?
25   **A.   No, I have not -- I'm not.**

26

1   Q.   Are any of your colleagues at UC Davis on the
2 herbicide task force?
3   **A.   There are a group of people on that task force,**
4 **yes.**
5   Q.   Okay, including your -- when you say "people,"
6 that's people at UC Davis?
7   **A.   UC Davis. I believe UC Riverside. Some people**
8 **are from other campuses. I don't recall exactly the name**
9 **at this point, but there are people from different**
10 **campuses, and, again, this committee formed after the**
11 **decision.**
12   Q.   Okay. Is Bradley Hanson on the herbicide task
13 force?
14   **A.   Can you repeat, please, what you said. Your voice**
15 **coming with echo.**
16   Q.   I apologize. Is Bradley Hanson on the herbicide
17 task force?
18   **A.   Yes, sir, he is, I know that.**
19   Q.   And he works with you at UC Davis?
20   **A.   Yes, he work on the campus.**
21   Q.   And he's also an expert from Monsanto Company?
22   **A.   That's what you said, yes, I think you're right.**
23   Q.   Well, were you aware of that before today?
24   **A.   Well, I am aware he worked with Monsanto, but I**
25 **never talked to him about this.**

27

1   Q.   Have you talked to anyone at UC Davis with respect
2 to your opinions in the Roundup litigation?
3   **A.   No.**
4       MR. DHINDSA: Objection.
5 BY MR. DICKENS:
6   Q.   Have you talked to anyone on the University of
7 California herbicide task force with respect to your
8 opinions related to glyphosate-containing products?
9       MR. DHINDSA: Objection.
10      THE WITNESS: Yes, I did.
11 BY MR. DICKENS:
12   Q.   Who did you talk to?
13   **A.   I talked to the committee.**
14   Q.   And when was that?
15   **A.   I don't remember.**
16   Q.   It was sometime between May 2019 and the present?
17   **A.   Yes, that's correct, sir.**
18   Q.   And when -- where did you talk to them?
19   **A.   Where?**
20   Q.   That's right, where?
21   **A.   By the phone.**
22   Q.   Okay. And did you schedule that phone
23 conversation?
24   **A.   No, I did not.**
25   Q.   Okay. Who was on the phone call other than you?

28

1   **A.   The committee.**
2   Q.   And what did you discuss with the committee on
3 that phone call?
4       MR. DHINDSA: Objection.
5       THE WITNESS: Well, I discussed with them is that
6 the science does not support the decision they made. If
7 they come and say, well, this is to avoid litigation,
8 that's maybe the reason for this. But what I shared with
9 them, that the science does not support that, EPA does not
10 agree with their decision. The need to use glyphosate is
11 critical in many settings in our work in weed science, and
12 find replacement for glyphosate is -- there is no
13 replacement at this point to glyphosate.
14 BY MR. DICKENS:
15   Q.   Who asked you to be on a phone call between May
16 2019 and the present with the herbicide task force?
17      MR. DHINDSA: Objection.
18      THE WITNESS: I believe the committee wants that,
19 because they made a decision without talking to anybody,
20 so they come after the event and talk to all the weed
21 scientists, so that's what my understanding from that
22 call, is they want to talk to all of the -- the four main
23 weed scientists. We don't have too many weed scientists
24 on different campuses, but to talk to weed scientists.
25 That's my understanding from that -- for initiating that

Transcript of Kassim Al-Khatib, Ph.D.

8 (29 to 32)

Conducted on December 13, 2019

---

**29**

1  call.
2  BY MR. DICKENS:
3  Q.   Did you disclose on that phone call to the
4  committee that you were an expert for Monsanto Company?
5      MR. DHINDSA:  Objection.
6      THE WITNESS:  No, but the university, my dean,
7  knows that.
8  BY MR. DICKENS:
9  Q.   When you say "the university," is that the
10  University of California Davis?
11  **A.   Correct, sir.**
12  Q.   Was there anyone on UC Davis -- on that phone call
13  that was on that committee?
14  **A.   I don't recall.  We call it University of**
15  **California, so I don't know who was on that phone call**
16  **from the other end, but my understanding, the committee**
17  **was there.  So I don't know who was there, who wasn't**
18  **there.  I assume some people from Davis may be there.**
19  Q.   Have you ever submitted anything in writing to the
20  committee?
21      MR. DHINDSA:  Objection.
22      THE WITNESS:  I did submit a writing to their
23  president office.
24  BY MR. DICKENS:
25  Q.   Okay.  And that president, Janet Napolitano -- I'm

---

**30**

1  sure I'm not pronouncing that correctly, but that was to
2  Janet Napolitano's office?
3  **A.   Napolitano.  Yes, sir, you're right.**
4  Q.   And was that before or after the phone call?
5  **A.   That's before the phone call.**
6  Q.   Was it before or after the letter of May 14th,
7  2019, temporarily suspending the use of glyphosate-based
8  herbicides?
9  **A.   After the letter, sir.**
10  Q.   And did you initiate that submission to the
11  president's office?
12  **A.   I think it's initiated by the weed group, so I am**
13  **one of them, it's not just me.  And that letter went to**
14  **the president.**
15  Q.   Was that "the weed group" that you just said?
16  **A.   Yes, yes.  We have several weed specialists on**
17  **campuses, so it's initiated by the weed group.  That is --**
18  **I call them the weed group.**
19  Q.   Okay.  Did -- was that a letter that you sent to
20  the president's office?
21  **A.   I'm sorry, sir, can you repeat it real slow**
22  **talking, because your voice comes in --**
23  Q.   Yeah.  Sure.  Was it a letter that you submitted
24  to the president's office?
25  **A.   Yes, it's a memo from the weed group, yes.**

---

**31**

1  Q.   Was it the entire group that submitted the letter
2  or was it you individually?
3  **A.   No, it's the group, and I am one of the signee of**
4  **that letter.**
5  Q.   What was the purpose of that letter?
6  **A.   Well, the letter is -- first, is saying that the**
7  **president made a decision without talking to the**
8  **scientists.  The letter said that this is -- this letter**
9  **does not support by the regulatory agencies and by the**
10  **research and by the data review by EPA.  The letter said**
11  **that glyphosate is as important component in our weed**
12  **control program.  And the letter said if you concerned**
13  **about litigation, you need to have it said in the letter**
14  **instead of making a blanket response that mischaracterized**
15  **the science reviewed by EPA.  That's the general what the**
16  **letter has.**
17  Q.   How many signatories were on that letter?
18  **A.   I think the -- our four major weed scientists on**
19  **campuses.**
20  Q.   Okay.  And who -- other than you, who are those
21  people?
22  **A.   I know one is Steve Fennimore.  He is the -- he's**
23  **one of the weed scientists.  Myself, Brad, and if I am not**
24  **wrong, Travis Bean, that was some time ago.  He is the**
25  **weed scientist at Riverside.**

---

**32**

1  Q.   Anyone else that would have signed off on that
2  letter?
3  **A.   No.  We tried to -- just the specialists.  We call**
4  **them specialists.**
5  Q.   Were there any oncologists that signed off on this
6  letter?
7  **A.   This is letter from the weed scientists, sir.**
8  Q.   So no oncologists; right?
9  **A.   No.  On that letter, no.**
10  Q.   And on that letter, there were no toxicologists?
11  **A.   No, sir, just the four people I mentioned.**
12  Q.   Did you receive a response back from the
13  president's office?
14  **A.   No, I did not.**
15  Q.   Have you had any additional written correspondence
16  with the president's office?
17  **A.   No, I have not.**
18  Q.   Have you had any additional correspondence with
19  the committee or herbicide task force?
20  **A.   No, sir.**
21  Q.   Have you -- did you have any written
22  correspondence with any individuals at the University of
23  California Davis related to University of California's May
24  2019 decision to temporarily suspend glyphosate-based
25  herbicides?

Transcript of Kassim Al-Khatib, Ph.D.

9 (33 to 36)

Conducted on December 13, 2019

---

33

1    A.  No, sir.

2    Q.  Since May 2019, have you given any speaking

3  engagements or presentations involving glyphosate-based

4  herbicides?

5    A.  No, sir, except my classroom.

6    Q.  But outside the classroom, no meetings,

7  conversations where you discussed glyphosate?

8    A.  I don't think so.

9    Q.  Now, Doctor, the City of Davis, California, has

10 also taken steps to reduce the use of glyphosate.  Are you

11 aware of that?

12   A.  No, I don't.

13   Q.  Have you had any written correspondence with any

14 state or city officials in California with respect to the

15 use of glyphosate-based products?

16   A.  Can you repeat the question, and reframe it so I

17 can understand it better?

18   Q.  Yeah.  Have you had any written correspondence

19 with any state or city officials with respect to

20 glyphosate?

21   A.  I don't think so.

22   Q.  Have you had any conversations with any state or

23 city officials with respect to glyphosate?

24   A.  You know, I'm a weed scientist, so I get a lot of

25 call, and maybe there are a call came from them asking

---

34

1  about certain aspect of the use of glyphosate, but at this

2  point, this setting, I don't remember.  But I cannot say

3  it didn't happen.  You know, I get a lot of calls every

4  day, some are from different organizations, and including

5  cities, so I can't really give you definite day, definite

6  name, definite incident, but it may happen.

7    Q.  You are aware, Doctor, that there are cities in

8  California, in the United States, that have banned the use

9  of glyphosate; correct?

10   A.  Yes, there are towns and cities, yes.

11   Q.  But you've never reached out to anyone in those

12 towns or cities regarding that decision?

13   A.  No.

14   Q.  And is it your opinion that those decisions are

15 not scientific or based on the evidence?

16       MR. DHINDSA: Objection.

17       THE WITNESS: The science about using pesticide

18 and herbicide is controlled by EPA.  And if EPA said the

19 product is safe and can be used, that's what I rely on.  I

20 just cannot rely on a mayor in a town or a few people go

21 and vote, that's not a science-based.  The science-based

22 is what the EPA is saying.

23 BY MR. DICKENS:

24   Q.  Okay.  Doctor, over the course of your career as a

25 weed scientist, have there been pesticides that you've

---

35

1  used that have been withdrawn by the EPA?

2    A.  Yeah, there are many.

3    Q.  Okay.  And can you give me an example of one?

4    A.  Dinoseb is one of them, it's withdrawn from the

5  market, chlordane, aldrin, DDT.  I think there are more

6  than 140 pesticides withdrawn from the market by EPA.

7    Q.  Okay.  And those are withdrawn from the market due

8  to concern of human safety; correct?

9       MR. DHINDSA: Objection.

10      THE WITNESS: Probably, yes.  I don't have

11 specific to answer, but some of them, yes, they do.

12 They --

13 BY MR. DICKENS:

14   Q.  Okay.  And on those ones that were withdrawn,

15 prior to them being withdrawn by the EPA, the EPA had

16 deemed them safe for use by applicators; correct?

17      MR. DHINDSA: Objection.

18      THE WITNESS: Well, EPA reviewed the material,

19 reviewed the registration.  And every time they review,

20 they made their decision based on that.  So I can't tell

21 you exactly what led to each of these, but EPA has

22 rigorous process that every compound, from registration to

23 today, they review it as they go.  If the data come up,

24 and they think it's supported decision they going to make,

25 they going to make that decision.

---

36

1  BY MR. DICKENS:

2    Q.  Doctor, if we can turn -- and, actually, I'll hand

3  you what's been -- I won't hand you.  We'll hand you

4  what's been marked as Exhibit 3 to your deposition.

5    A.  If you hold on for a second please.

6    Q.  Sure.

7    A.  Yes, sir, I have it with me now.

8    Q.  Okay.

9       And for the record, this is a disclosure of

10 Monsanto's experts in the Wade litigation.

11      And, Doctor, if you can turn to page 4 of this

12 document.

13   A.  Yes, sir, I'm there.

14   Q.  Under "RETAINED EXPERTS," there's a number -- the

15 first one is you; is that correct?

16   A.  Can you -- Doctor -- the first line on that

17 letter, page 4?

18   Q.  Yeah, under "RETAINED EXPERTS," you're the first

19 one listed in this document; right?

20   A.  Yeah, I think that's correct.

21   Q.  Recognizing you may not have seen this document in

22 this form, at least with respect to the paragraph under

23 your name, have you seen this before?

24   A.  I think I read this before, yes.  Let me see.  I'm

25 just -- I'm reading.  Yeah, I think I did see this.  Yeah,

---

Transcript of Kassim Al-Khatib, Ph.D.

Conducted on December 13, 2019

37

1  I read it before, yes, I did see it.
2      Q.  And do you recall when you would have first seen
3  this?
4      A.  I don't remember.  Maybe -- could be a few days
5  ago.  I don't remember exactly.
6      Q.  Doctor, this document says that you're designated
7  in the areas of weed science and the application of
8  glyphosate-based herbicides.  Do you see that?
9      A.  Yes, sir.
10     Q.  Including in general, in your own personal
11  experience, and as alleged by particular plaintiffs; is
12  that correct?
13     A.  That's correct, sir.
14     Q.  Okay.  Doctor, we discussed the recent expert
15  reports you submitted in the federal case, and to
16  hopefully streamline this deposition here today, with
17  respect to your general opinions that you intend to give
18  in this case, are those general opinions outlined in the
19  most recent expert report that you've submitted?
20     A.  Probably, yes.  You know, I'm going to provide
21  opinion about weeds and their impacts, how they affect our
22  life, our economy, our food, our natural resources, our
23  water resources, our environment, as I said.  So that's
24  one part of it.  I'm going to provide opinion about why we
25  need to manage weed, because some of them can affect our

38

1  health, it can affect animal health, it can cause other
2  multiple things.  So that's why we need to control them.
3  What control methods are available, and going over
4  cultural practices, mechanical control, biological
5  control, what's the limitation for each of those, and
6  where it can be used, where it cannot be used.  I'm going
7  to talk about chemical control, go over the herbicide use,
8  what type of herbicide are there, the physical chemical of
9  properties of the herbicide.  I'm going to say herbicide,
10  that including glyphosate.  How herbicide get in the
11  plant, how move in the plant, how it affect the plant.
12  You know, why we use, you know, adjuvant with certain
13  herbicides, the need for that.
14         Then probably I will provide also opinion about
15  mixing the herbicide, applying the herbicide, the type of
16  sprayer.  You know, the relative safety of different
17  product, the PPE use with different herbicide.  Then I'll
18  talk about, probably give opinion about, the glyphosate,
19  where glyphosate can be used, why it's important, what's
20  the impact of glyphosate, ranging from making the
21  environment better, controlling a poisonous plant, reduce
22  the impact of global warming, reduce wind erosion, soil
23  erosion, making food more abundant, more healthy food,
24  talking about maybe transgenic crop if the questions come,
25  and why it's important, what's the impact of these on

39

1  feeding the world, and so forth.  Then application of
2  glyphosate, the mixing of glyphosate, the partnering type
3  of mix, all aspects of the application use, and mixing of
4  glyphosate, so I will provide opinion on all these
5  aspects, including of course --
6      Q.  Thank you.
7      A.  I didn't finish, I'm sorry.  You know, I'll talk
8  also about the use in park and roadside and home use, you
9  know, in fences, ditches.  All the different uses of
10  glyphosate I will cover, I will provide opinion about
11  those.
12     Q.  And thank you for that thorough breakdown of your
13  general opinions.
14         Doctor, those general opinions that you just
15  outlined, those have been covered in your prior
16  depositions as well as your expert reports; correct?
17     A.  Correct.  Maybe I had more in my report.
18     Q.  Okay.  With respect to -- you know, rather than
19  rehashing everything you previously testified to, are
20  there -- of what you just broke down with respect to the
21  general topics you'd be testifying to, are there any new
22  opinions since your last deposition that you intend to
23  offer on any of those general opinions you've just told
24  us?
25     A.  I think this is the general opinion I intend to

40

1  offer, offer it in court.
2      Q.  Okay.  Then instead of rehashing that, what I
3  might do to focus on for our remaining time is with
4  respect to your opinions regarding the plaintiffs in the
5  Wade case.  Doctor, do you intend to offer any opinions
6  specific to any of the plaintiffs in the Wade matter?
7      A.  Yes, every case is -- I intend to offer opinion
8  about it, so the -- if you ask me if I am going to offer a
9  specific opinion regarding to every of these case, I may
10  offer specific opinion, but it's going to be in the frame
11  of I discuss it with you earlier.
12     Q.  Okay.  And what I want to know is, are you going
13  to be offering an opinion as to each of the five
14  plaintiffs in the Wade litigation or a subset of those
15  five?
16     A.  Well, I think I will have -- I've been -- if I
17  will be asked, I will offer specific opinion about each
18  cases, you know, the application, the method, the need and
19  so forth.  So I will offer such opinion, yes.
20     Q.  Okay.  What I want to do is begin and go through
21  each of your specific opinions for each of the five
22  plaintiffs.  And so we can begin with Glen Ashelman.
23         Doctor, what opinions do you intend to give
24  specific to Mr. Ashelman?
25     A.  Mr. Ashelman is a farmer, he has a farm.  It's not

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019

11 (41 to 44)

41

1  a large farm. He has -- he grow corn, soybean, oats and
2  hay. He has a license to apply pesticide. And taking
3  license, you get quite a bit of training, how you handle
4  the pesticide and the herbicide and so forth, his
5  application with the glyphosate is for certain period of
6  time. He start using, I believe, WeatherMAX, and he
7  switched to generic glyphosate. He had been using a
8  ground sprayer until 2013, I believe, then he switched to
9  somebody else spray for him. The sprayer he was using is
10 a small sprayer. The tip -- I look at the tip on the
11 sprayer during the visit, it's a large tip. He say he
12 using -- he spray with 20 gallons per acre, with 30 psi,
13 which I thought that's a very good application method to
14 reduce drift. Mr. Ashelman used PPE, and so he is -- he
15 knows what needs to be done.
16     I don't have any record of what other pesticide he
17 used. Being in corn, being in soybean, I know those
18 crops, you cannot live with only herbicide. You have to
19 protect it against diseases, against insect, and he had
20 been for a long time in the farming. So the need for
21 these product, it's a must, because he cannot have corn
22 grow without treating the disease and insect. So that's a
23 general -- general theme of my thought about this
24 operation and Mr. Ashelman. But if other issue come in
25 the court, I will address them as well.

42

1     Q.  Do you have any criticisms of the way Mr. Ashelman
2  applied the Roundup?
3     A.  No, I think he is following -- he is experienced
4  applicator. He has a license. He went through the
5  training. And I wasn't with him, and he didn't elaborate
6  more, but just what I see in his operation, the volume he
7  use, the psi on the pressure on the sprayer, the tip he is
8  using, I think he was doing the right thing.
9     Q.  Okay. And can you -- when you say he used the
10 ground sprayer, can you give us a description of the type
11 of sprayer he used?
12    A.  Well, there's two type of sprayers he had. There
13 is the tractor-mounted or tractor-pull sprayer, that's
14 200-gallon sprayer he use. And he has a boom in the front
15 of the tank. And the boom is 28 foot wide. That's the
16 ground sprayer he was using for his corn and soybean.
17 It's run by the tractor. That's one of them. And then he
18 did use a backpack sprayer or handheld sprayer and that's
19 for small acre -- small areas, spotted treatment around
20 the shed he used that. Both of them we call them the
21 ground application. If herbicide apply by airplane, we
22 call it aerial application.
23    Q.  Is there anything Mr. Ashelman said in his
24 deposition that you dispute or don't disagree (sic) with?
25        MR. DHINDSA:  Objection.

43

1        THE WITNESS:  I can't recall and I can't say
2  anything because I don't -- I don't remember off top of my
3  head. But if things come in the court, and we need to
4  discuss it, I will discuss it.
5  BY MR. DICKENS:
6     Q.  Well, as you sit here today, there's nothing that
7  you specifically think is simply not possible based on
8  what Mr. Ashelman said?
9        MR. DHINDSA:  Objection.
10       THE WITNESS:  Well, he was talking about herbicide
11 used in his field before glyphosate Roundup used. He
12 used, of course, the WeatherMAX, then he switched to
13 generic. He was talking about the weed control program
14 before that, and his weed control program after the
15 Roundup product entered the market. He's talking about
16 other herbicides he used. The only thing is -- he didn't
17 talk about is the other pesticide he used, which I think
18 for corn, soybean, over this long period of time, you must
19 use other product to control the insect and diseases.
20 BY MR. DICKENS:
21    Q.  Okay. When you say "he switched to generic," what
22 are you referring to? What product did he switch to?
23    A.  I don't have it on top -- one of them was a farm
24 glyphosate product. The other one is from Loveland
25 chemical. It's a generic glyphosate product. So these

44

1  are the one I refer to them. I believe, if I'm not wrong,
2  in 2013 and after, he -- I don't have the fact sheet in
3  front of me, but 2013 and after that, he switched to other
4  product, like the Loveland product, and another product is
5  the farm -- farm glyphosate, they call it, or something
6  like that.
7     Q.  Have you ever personally -- did you ever speak
8  with Mr. Ashelman?
9     A.  I don't think so, no.
10    Q.  Have you ever spoken with anyone, other than
11 counsel from Monsanto, with respect to Mr. Ashelman's
12 spraying of Roundup?
13    A.  No, sir.
14    Q.  You mentioned at some point back in 2013, somebody
15 else began spraying. Is it your understanding
16 Mr. Ashelman stopped spraying in 2013?
17    A.  I don't recall, but there is one -- there is a
18 time where he start contract other people to spray for
19 him.
20    Q.  Okay. Will you be offering an opinion as to
21 Mr. Ashelman's total exposure to Roundup?
22       MR. DHINDSA:  Objection.
23       THE WITNESS:  Can you reframe the question? I
24 don't know what you mean by that, by "exposure."
25 BY MR. DICKENS:

Transcript of Kassim Al-Khatib, Ph.D.

12 (45 to 48)

Conducted on December 13, 2019

45

1    Q.   Will you be offering opinions as to the periods of
2  time that Mr. Ashelman would have been exposed to Roundup
3  over the course of his lifetime?
4        MR. DHINDSA:  Objection.
5        THE WITNESS:  I still don't understand that, but
6  if you ask me if I'm going to offer opinion about
7  herbicide drift and how it happened, and the possibility
8  to move, I will offer opinion about that, that's my
9  expertise, and that's where I'm going to offer opinion.
10 BY MR. DICKENS:
11   Q.   You mentioned Mr. Ashelman wore PPE.  That's
12 personal protective equipment?
13   A.   Yes, sir, he did.
14   Q.   And what PPE did Mr. Ashelman wear?
15   A.   I don't remember at this point, but I know he used
16 tennis shoes or boot, he mentioned about long sleeves, he
17 mentioned about gloves, but specific, I need to look at
18 the deposition what he said.  But he did say he used PPE.
19 I mean, he followed what the label asked him to do.
20   Q.   Okay.  And you agree -- strike that.  Strike that.
21        Doctor, when you spray Roundup, you wear PPE;
22 correct?
23   A.   Well, there's two things.  In my research, we
24 always spray multiple products, not just one.  So when we
25 go to the field with my students, we put full gear of PPE,

46

1  because we have seven, ten product.  We go with the
2  most -- with one which require the most, we put them.
3  When I spray glyphosate and Roundup in my backyard, I
4  really don't, I follow with what the label is saying, long
5  sleeve, tennis shoes, long pants.  So I don't put -- this
6  is the things I put as a PPE to protect me.
7    Q.   You mentioned Mr. Ashelman would have sprayed
8  other products to prevent diseases, insects; is that
9  correct?
10   A.   Can you reframe it?
11   Q.   Yeah.  You testified earlier that Mr. Ashelman
12 would have sprayed other pesticides and insecticides to
13 his fields in growing corn, soybeans, et cetera.  Is that
14 right?
15   A.   Well, what I said, that Mr. Ashelman said in his
16 deposition that he used other herbicide to control weeds.
17 He used 2,4-D, he used dicamba, I believe, he used
18 linuron, and he used Bullet.  That's a herbicide also, a
19 corn herbicide, not a soybean herbicide, besides the
20 WeatherMAX, and then later on they used generic
21 glyphosate.
22        But what I said also, that I did not see any
23 mention in his deposition of using insecticide, fungicide,
24 which, in operation like corn, soybean and over this long
25 period of time, these chemicals or these insecticide,

47

1  fungicide required for the -- maintain the crops, because
2  he cannot grow corn over this long period of time without
3  using insecticide to control the insects.  That's what I
4  said.
5    Q.   Okay.  And you can't offer any testimony as to
6  what type of insecticide or fungicide Mr. Ashelman used?
7    A.   No, what I can offer is that, over this long
8  period of time, you will have a problem with insecticide
9  and diseases.  You're not going to, for this long period
10 of time, grow crops without issue with insect and
11 diseases.
12   Q.   Do you know whether Mr. Ashelman would have
13 sprayed those insecticides or fungicides himself?
14   A.   I don't know these things.  But what I'm saying is
15 he said prior to 2012, he was doing the spray, but he
16 didn't mention other product.
17   Q.   The insecticides and fungicides, would those be
18 sprayed for preventative measures or only upon the signs
19 of pests?
20   A.   Mostly time on the pests.  You know, these are
21 treatment, not the preventive, you know.
22   Q.   So in the times in which there were no
23 identification or observance of pests, whether fungus or
24 insect, there would be no need to spray those products; is
25 that right?

48

1    A.   Correct, except the cases when you get some other
2  diseases, that's more the disease than insect.  Once you
3  see initial, or a weather that can initiate the disease,
4  sometimes people go and spray.  So I cannot get specific
5  with you, but having an operation for a long period of
6  time, you going to have a disease and insect problem at
7  one point.
8    Q.   Will you being offering testimony or opinions as
9  to how often you would have insects or disease on crops?
10   A.   Well, sometime from my experience in the field,
11 you can have it more than one in one year.  You can have
12 one time, you can have three times, and so it depend what
13 the weather, it depend on the infestation, it depend on
14 rainfall, it depend on many things.  But all I'm telling
15 you, that you will have issue with these insect and
16 diseases, and rarely a farm go for that time -- period of
17 time without a problem with those two things I mentioned.
18   Q.   When you say "that period of time," what period of
19 time?
20   A.   Well, he had been in operation for a long time.  I
21 can't specific how many -- I can't give you specific how
22 many years he wasn't farming and -- but he was -- he is a
23 farmer for some time.
24   Q.   You mentioned you can have disease or pests once,
25 more than once per year.  It's also true you can go an

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019

13 (49 to 52)

49

1  entire year without having any disease or pest; correct?
2  **A. That's correct.**
3      MR. DHINDSA: Objection.
4  BY MR. DICKENS:
5  Q. And you can go multiple years without having any
6  disease or pests?
7      MR. DHINDSA: Objection.
8      THE WITNESS: I don't go that far, no. I don't
9  think it's doable that -- multiple years without having
10 insect.
11 BY MR. DICKENS:
12 Q. Okay. You mentioned Mr. Ashelman's use of other
13 herbicides. Will you be offering any opinions that any of
14 those other herbicides can cause cancer?
15 **A. I'm not going to offer opinion about cancer, no.**
16 Q. Will you be offering opinions about any of the
17 labels for any of the pesticides that Mr. Ashelman used
18 other than glyphosate-containing products?
19     MR. DHINDSA: Objection.
20     THE WITNESS: Can you repeat that question again,
21 just go slow, please.
22 BY MR. DICKENS:
23 Q. Will you be offering opinions about any other --
24 **A. Go slow.**
25 Q. I'm sorry.

50

1  **A. Go ahead.**
2  Q. Will you be offering any opinions about any of the
3  labels for herbicides used by Mr. Ashelman other than the
4  glyphosate-containing products?
5      MR. DHINDSA: Objection. Vague.
6      THE WITNESS: I don't understand the question, but
7  if the question came about these labels, I will answer the
8  question at that point.
9  BY MR. DICKENS:
10 Q. Will you be offering any opinions as to
11 carcinogenicity warnings for any herbicides used by
12 Mr. Ashelman other than the glyphosate-containing
13 products?
14 **A. No, I will not.**
15 Q. In the deposition of Mr. Ashelman, you reviewed
16 his testimony with respect to his exposure to his skin of
17 glyphosate; is that correct?
18 **A. I may have read that, but that's not my expertise.**
19 Q. Will you be offering opinions that Mr. Ashelman's
20 opinions with respect to his total exposure to Roundup
21 seems unlikely?
22     MR. DHINDSA: Objection.
23     THE WITNESS: I going to offer opinion about the
24 drift that can happen when pesticide or herbicide is
25 applied, but the exposure and other things, you know,

51

1  that's -- other expert may be offering opinion on that.
2  But for me, I will offer opinion about his application
3  methods and if that application -- how that application
4  method applied. And if there is a drift happen, I will
5  address that issue in the court.
6  BY MR. DICKENS:
7  Q. The sprayer that Mr. Ashelman used, that did not
8  have an enclosed cabin; correct?
9  **A. The sprayer usually doesn't have a cabin. The**
10 **tractor has the cabin.**
11 Q. Did his tractor have a cabin?
12 **A. We did not inspect his tractors. I did -- I think**
13 **I did see one tractor without cabin, was parked. But the**
14 **sprayer is a small sprayer, and I haven't -- we haven't**
15 **inspected the tractors actually.**
16 Q. You only inspected one site for Mr. Ashelman; is
17 that correct?
18 **A. Well, Mr. Ashelman has a small field. There is**
19 **two parts of his field, I believe. We did go up the hill**
20 **and look at his corn over there and the other side from**
21 **his farm has corn at that time. It wasn't harvested, but**
22 **we didn't go to the other side to look at his corn. I**
23 **went up in the -- up the hill, and it was evening, close**
24 **to the evening, so we didn't look at the second farm,**
25 **although I can see it from where I was standing.**

52

1  Q. Okay. What was the purpose for looking at the
2  corn?
3  **A. Well, I just went there to see how is his corn**
4  **operation, you know, how the conditions of the crop, look**
5  **at the weeds in the field. That's the purpose I stood --**
6  **I walk through the corn.**
7  Q. And what opinions did you form after reviewing the
8  corn and, you know, the condition of the crops?
9  **A. Well, the corn is -- was -- is a normal**
10 **production, a little bit shorter corn than normal, but in**
11 **general, I did see he plant corn according to most of what**
12 **we do with corn at production, except what I said, the**
13 **corn looked a little bit shorter than the normal corn we**
14 **see.**
15 Q. Okay. With respect to -- you said you went to
16 look at weeds in the area. Did you derive any opinions
17 after reviewing his field and the weeds that you observed,
18 if any?
19 **A. No, I think he was using glyphosate program, and**
20 **it consists with any corn production system. I did see**
21 **some marestail, I did see some other weeds, but not to the**
22 **level that I can say anything, except the corn is shorter,**
23 **and I don't think he's going to get good yield from that**
24 **corn.**
25 Q. Other than the corn and the fields and seeing the

Transcript of Kassim Al-Khatib, Ph.D.          14 (53 to 56)
Conducted on December 13, 2019

53

1  tractor, what else did you personally inspect on
2  Mr. Ashelman's property?
3  **A.  Well, we went to the storage area.  That's where**
4  **we start first, and it was clean storage area.  I didn't**
5  **see any chemicals there.  And I'll be honest with you, I**
6  **was surprised because farmers always keep some chemicals,**
7  **pesticide, and others in their storage room just for**
8  **emergence and issue comes, left over from the season and**
9  **all of that.  So his storage room did not have any**
10  **pesticide, or maybe it has very small container for**
11  **roaches and something like that.  I got to look at the**
12  **photos.  But there is no herbicide, fungicide,**
13  **insecticide, it was pretty clean.  So that -- about the**
14  **storage area.**
15  **We look at the shed, we look at the farm in**
16  **general, and then we swing by the corn, and we came down**
17  **again.  And I think we probably drove by the other**
18  **cornfield, but I didn't walk through that.**
19  Q.  Okay.  When you say "we," who was on that site
20  inspection with you?
21  **A.  Was the lawyer from Monsanto, and also the**
22  **exposure scientist, his first name is Richard, that's what**
23  **I said, and the lawyer for the Wade case as well.**
24  Q.  Okay.  So attorney for Monsanto and Richard
25  Quenneville; is that right?

54

1  **A.  Yeah, that's correct, sir.**
2  Q.  Anybody else?
3  **A.  Myself, and --**
4  Q.  Okay.  And that's it?
5  **A.  Yeah, and the lawyer for your side.**
6  Q.  Okay.  With respect to you mentioned the shed you
7  inspected while on Mr. Ashelman's property, you agree that
8  based on Mr. Ashelman's testimony, he's no longer spraying
9  any pesticides or chemicals at the moment; correct?
10  MR. DHINDSA:  Objection.
11  THE WITNESS:  Yes, he said he does not spray.  But
12  my experience, if he doesn't spray, still farmer keep
13  those chemicals, even when somebody else come to spray for
14  them, the chemicals in the room.  I mean, I work for a
15  long time with farmers, so this is from my experience
16  working with farmers.
17  BY MR. DICKENS:
18  Q.  Okay.  But you don't know offhand who currently
19  sprays Mr. Ashelman's field?
20  **A.  With the exception what I read in the deposition,**
21  **I don't know who is doing it now, but I refer to -- I'm**
22  **relying on what he said in the deposition.**
23  Q.  Any other opinions that we didn't discuss that you
24  generated as a result of your site visit at Mr. Ashelman's
25  property?

55

1  **A.  Not what I can recall now.**
2  Q.  All right.  I will be moving on to the next
3  plaintiff.  I'm fine.  I know we've been going about
4  probably a little over an hour.  Do you guys need to take
5  a break or should I just keep moving on?
6  **A.  Maybe let's take a break.**
7  MR. DHINDSA:  The witness is asking for a short
8  break.
9  MR. DICKENS:  Okay, yeah.  Just let me know when
10  you get back.
11  (Recess 10:16 a.m. - 10:24 a.m.)
12  BY MR. DICKENS:
13  Q.  Doctor, when you --
14  If everyone is all set -- I guess I should check
15  there.  We're all good?
16  THE REPORTER:  We're all good.  Thank you.
17  BY MR. DICKENS:
18  Q.  Doctor, with respect to the site visit, did you
19  personally take any photographs at Mr. Ashelman's
20  property?
21  **A.  Yes, sir.**
22  Q.  And was Mr. Quenneville also taking photographs?
23  **A.  I don't -- I can't answer the question.  I didn't**
24  **notice, or I didn't follow him.**
25  Q.  Okay.  Have you reviewed any of -- I guess any

56

1  photographs other than any one -- strike that.
2  Have you reviewed any photographs other than what
3  you took of Mr. Ashelman's property?
4  **A.  With the exception also the aerial images from**
5  **Google, I review only my own photograph.**
6  Q.  The aerial images from Google, were those relevant
7  to the opinions you intend to offer?
8  MR. DHINDSA:  Objection.
9  THE WITNESS:  It just give me idea about the site,
10  the location, and -- it has value, but I rely on the
11  photos I took.  But in general, will give you idea with
12  the setting of the place and so forth.
13  BY MR. DICKENS:
14  Q.  If we can move to Mr. Batiste, Bryce Batiste?
15  **A.  Yes.**
16  Q.  Did you inspect any properties relating to
17  Mr. Batiste?
18  **A.  No, sir.  I'd like to do that if I can, but I did**
19  **not.**
20  Q.  What opinions do you intend to offer with respect
21  to Mr. Batiste specifically?
22  **A.  Well, I think there's a lot of contradictory**
23  **information here, but what I can offer, what my intent to**
24  **offer, that the application he made is very limited and**
25  **small, and that's what, in general, my opinion is going to**

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019

15 (57 to 60)

57

1  be around. And if he followed the label, what the
2  instruction are, the drift going to come from his
3  application is insignificant, but there is a lot of
4  contradictory information, his boss saying something,
5  Mr. Batiste saying another thing. Also, Mr. Batiste said
6  things like, for me, for my experience in the field, it
7  does not fit well with what the weed management program
8  usually is, and the field conditions.
9      Q.  Okay. Break this down a little bit. When you say
10 the application he made is limited or small, what do you
11 mean by that?
12     A.  Well, the area he spray, you know, I don't think
13 it's a major application he was making. He claimed he
14 does spray 47 times a year, which is, from my experience
15 with weeds, how they grow, how we treat them, how
16 efficient and effective is glyphosate, I think that's not
17 needed. There's a lot of, like what I said, contradictory
18 information between what his boss was saying, what he is
19 saying, his application in the field, what the reality
20 with weed science, and what weeds — how weeds is usually
21 grow, so there's a lot of things you got to consider it
22 here.
23     Q.  What inconsistencies were there between
24 Mr. Batiste's testimony and his boss that you're referring
25 to?

58

1      A.  Well, there is contradictory in number of people
2  who spray, you know. Mr. Batiste said two people spray,
3  his boss say five people work with him. The time of
4  spray, Mr. Batiste said he spray ten months a year. His
5  boss said from March to October. Mr. Batiste said he
6  mixed the chemical. His boss said "We buy it premixed,"
7  so there's a lot of these things do not match well between
8  both of them. And the boss, he was running this, so he
9  knows what he is doing. So that's in regards to the
10 contradictory information between him and what his boss
11 was saying.
12     Q.  What opinions do you intend to give as to whether
13 or not Mr. Batiste followed the label?
14     A.  Well, if — I think Mr. Batiste probably followed
15 the label. If you follow the label, the way you apply the
16 chemical — most the application happened here is by
17 backpack — by handhold sprayer or backpack sprayer,
18 whether you directly wand to that — to the weeds, if you
19 follow the label, the exposure would be minimal.
20     His boss also, when he work at T3, said they
21 provide them with PPE, so that's another thing, is that
22 Mr. Batiste didn't say in his deposition that they provide
23 him with PPE, but the PPE provided by his boss are
24 adequate or more than what it needs for a glyphosate
25 application. So I think that's the frame, the general

59

1  frame. I may go in more details and other things, but
2  this is the general frame of my idea, my deposition.
3      Q.  You said that there are things that don't fit well
4  with the management program. First of all, what weed
5  management program are you referencing?
6      A.  I'm referring to using a glyphosate-based product.
7  You know, he said he applied every week, which is
8  really — my own experience, years of experience, really
9  that's not needed every week, you go and spray in the
10 field. He said he spray 47 times a year. He talking
11 about — he's talking like every week he spray, but he
12 said "When I spray the fence, the weed was too large."
13 Well, if the weed is too large, that means it's not been
14 sprayed every week like what he said. So there's a lot of
15 contradictory like that, which doesn't make sense from
16 weed management standpoint.
17     Q.  So based — you don't believe Mr. Batiste, based
18 on the testimony he gave at deposition; is that right?
19     MR. DHINDSA:  Objection.
20     THE WITNESS:  No, I didn't say that, that what you
21 said. But what I'm saying is what he described is not
22 what I experience in my life about weed management. I've
23 been working with weed management for 40 years now, and I
24 base what he said based on my experience, and what weeds
25 needs to be — how weeds need to be addressed. You know,

60

1  if you're going into the same field, you spray every week,
2  I don't think that make — makes sense because the weed
3  usually, if you kill them, the new flash of weed is going
4  to take time to come, if there is any flash of weed, will
5  come. And also the question is how long weeds continue to
6  come if you have that aggressive in your weed control
7  program. So there's a lot of things said in that, it just
8  doesn't match with what I experience, what I know about
9  weed management.
10 BY MR. DICKENS:
11     Q.  Is it fair to say, Doctor, that your opinion
12 then, is that you don't doubt Mr. Batiste's testimony, but
13 that it just — the amount of spraying was unnecessary?
14     MR. DHINDSA:  Objection.
15     THE WITNESS:  Well, definitely the amount he
16 sprayed is unnecessary and excessive. I don't crit— — I
17 don't, again, characterize his deposition, but I'm telling
18 you, this is what happened when you deal with weeds.
19 BY MR. DICKENS:
20     Q.  Any other opinions specific to Mr. Batiste that
21 you intend to offer that we have not covered yet?
22     A.  No, I think we will talk about application method,
23 most his application done with backpack sprayer. That's
24 critical. So these are the frame, general frame, of my
25 opinion.

Transcript of Kassim Al-Khatib, Ph.D.          16 (61 to 64)
Conducted on December 13, 2019

61

1    Q.   We can move on to Chester Meeks.  Did you perform
2  any site inspections of any property for Mr. Meeks?
3    A.   No, sir.
4    Q.   What opinions do you intend to offer with respect
5  to Mr. Meeks?
6    A.   Well, Mr. Meeks did most of — he has a greenhouse
7  operation, 10,000 square foot of greenhouse operation.  He
8  used glyphosate — he used Roundup, he said, but I
9  couldn't tell what form he used because his wife did not
10  get too specific.  His — he used PPE, very good in going
11  with more than what the label require for PPE.  He
12  applied — most of his application made with backpack or
13  handhold sprayer, so there is multiple things done,
14  spraying around the greenhouse and also spaying around his
15  hay.  He has 57 acres of ground, 27 acres of them were in
16  hay.  So that's another thing.  I thought Mr. Meeks was
17  using more than what it required from PPE standpoint.  He
18  using respirator, and generally in herbicide application,
19  we don't use respirator until the — unless the herbicide
20  is restricted use, herbicide such as paraquat.  So most of
21  the time we don't use aspirator (sic) in our herbicide
22  application.  Asp- -- respirator mostly used when you do
23  like what I said, restricted use pesticide or you applied
24  inside the greenhouse where the thing is controlled, and
25  you worry about the insecticide, pesticide you're going to

62

1  use in the greenhouse, so you use respirator.
2         But Mr. Meeks is using more than what it needed
3  from PPE standpoint.
4    Q.   Do you have any criticisms of the way in which
5  Mr. Meeks sprayed Roundup?
6    A.   I don't see any criticism here.  Only thing I
7  didn't know, what type of sprayer he used, what is the
8  formulation he used and so forth, so that's my — then I
9  think some of the application is very, very limited.  You
10  know, the driveway is too small, spraying around the
11  plants is — you know, the orchard they talking about is
12  an acre orchard, but she said it has 10 to 20 trees.
13  That's not really an acre of orchard.  That's a very small
14  fraction of one acre.  They spray around the hay.  Most
15  the application around the hay has got to be spotted
16  treatment, so I think the application that Mr. Meeks did,
17  limited with the PPE he is using, I thought he was doing a
18  good job in applying the chemical.
19    Q.   Does it matter to your opinion as to what type or
20  form of Roundup Mr. Meeks is spraying?
21    A.   Well, it just give me idea is what form he is
22  using, what the concentration, because at the end of the
23  day, we are using equal active ingredient per unit area.
24  So he can use different formulation, but the active
25  ingredient you're going to put probably is very close to

63

1  each other.  It's good to know what formulation he used,
2  and if it's the right formulation to control the weeds or
3  not.  That's what I was interested in.
4    Q.   Doctor, you'd agree that not only the active
5  ingredient, but the formulation amongst the Roundup sold
6  in the United States are very similar to each other;
7  correct?
8    A.   Well, the form- — I'm saying what I told you,
9  that even if you used different formulation, you're going
10  to adjust the rate based on active ingredient per acre.
11  So that's what I was telling you.
12    Q.   Any other opinions specific to Mr. Meeks that you
13  haven't provided yet?
14    A.   Not really.  Again, it just — I thought he had
15  limited application.  He is using more than what it need
16  from PPE standpoint.  He's using respirator, which is not
17  needed unless you're applying a pesticide inside the
18  greenhouse.
19         Glyphosate usually and exclusively is not used
20  inside the greenhouse, so I thought, in general, he has a
21  high degree of PPE.  The way he apply it, he knows the
22  label, he knows how— he read the label, so I assume that
23  he — the drift in this case is minimum or insignificant.
24    Q.   You also reviewed the Google aerial images for
25  property that Mr. Meeks sprayed Roundup at?

64

1    A.   Well, I did review, I forgot how many photos, but
2  I did review a few photos for his property, yes.
3    Q.   Did the review of those photos impact your
4  opinions in any way?
5    A.   No, just strengthen my opinion that the
6  application is limited.
7    Q.   All right.  Joshua Stauffenberg, did you review --
8  or strike that.
9         Did you inspect any properties related to
10  Mr. Stauffenberg?
11    A.   I drove by that property, yes.
12    Q.   When did you drive by that property?
13    A.   That was November 22nd, 2019.
14    Q.   Was that on the same trip where you inspected
15  Mr. Ashelman's property?
16    A.   No, it was a different trip.
17    Q.   When did you review Mr. Ashelman -- or inspect
18  Mr. Ashelman's property?
19    A.   If I'm not wrong, it was November 7th.  Could be
20  one day before, one day after, but that's November 7, I
21  believe.
22    Q.   In the November 22nd, 2019, drive-by of the
23  Stauffenberg property, did you travel from California to
24  Illinois?
25    A.   Yes, sir, I traveled to Chicago, then drove from

65

1  Chicago to his property.
2    Q.  Was the sole purpose for your trip to drive by
3  Mr. Stauffenberg's property?
4    A.  That's one of the purpose of the trip.
5    Q.  Was the other purpose of your trip related to your
6  role as an expert for Monsanto?
7    A.  Yes, I went also and inspect Mr. Wade, Chris Wade,
8  application sites.
9    Q.  So on roughly November 22nd, 2019, you inspected
10  both Mr. Wade's spray sites as well as drove by
11  Mr. Stauffenberg's property; is that correct?
12    A.  Well, 22nd, I drove by Mr. Stauffenberg farm or
13  sites, and then drove that night to St. Louis.  Then the
14  next day, 23rd, I did the inspection for Chris Wade
15  application sites.
16    Q.  Okay.  Who was with you at the time you drove by
17  Mr. Stauffenberg's property?
18    A.  Just the lawyer from Monsanto.
19    Q.  Okay.  Did you stop the vehicle when you got
20  towards Mr. Stauffenberg's property?
21    A.  I don't recall.  We drove by, maybe we slowed
22  down.  I don't recall exactly the details, I be honest
23  with you.
24    Q.  You don't recall whether or not you got out of the
25  car or not?

66

1    A.  I may.  But very, very brief.
2    Q.  Did you take any photographs?
3    A.  Yes, I did.
4    Q.  Can you recall whether you took those photographs
5  while driving or did you exit the vehicle to take the
6  photographs?
7    A.  I think most of them I was in the vehicle, you
8  know.  There is probably one or two I got off the vehicle,
9  but most of them, I either slowed down or stopped the
10  vehicle, but I took the photo from the vehicle.
11    Q.  What photographs did you take of
12  Mr. Stauffenberg's property?
13    A.  Just the farm, the sign for the entrance to the
14  area, I think the houses in the area.  I took photos for
15  these houses from the -- from my car.  So I took picture
16  for the farm itself, just open ground, and that these are
17  the photos I took.
18    Q.  Did you drive onto the property at all?
19    A.  I don't think I drove -- no, I did not.  I just
20  drove on the road, in front of the houses.
21    Q.  Okay.  Were you driving or was the attorney for
22  Monsanto driving?
23    A.  No, I was driving.
24    Q.  Was the attorney for Monsanto in the vehicle with
25  you?

67

1    A.  Yes, he was in the vehicle.
2    Q.  How long were you at or around the property for
3  Mr. Stauffenberg?
4    A.  It's not long, and I don't recall how many
5  minutes.  It wasn't long.  I went all the way to the end
6  and drove back on that street, then went again and drove
7  back, and then we left, so it's not -- it didn't take long
8  time for that.
9    Q.  Are we talking 1 minute, 10 minutes, 30 minutes?
10  Can you narrow that down at all?
11    A.  I can't give you exactly how many minutes, but
12  within the range, maybe 10 minutes, maybe more.  I
13  don't --
14    Q.  Did you do anything --
15    A.  I want to say maybe more, I don't recall exactly.
16    Q.  Did you do anything else at the Stauffenberg
17  property other than take photographs?
18    A.  No, I just looked at the farm, I took photo.  We
19  drove to the end.  There is a shed in the end, where his
20  tractor was parked, and I believe there is a combine was
21  parked, so I did see the tractor from my vehicle.  I don't
22  think I took pictures for those.  That's all what we did,
23  and look at their houses.  I just kind of looked at what
24  backyard they have, what front yard they have, and that's
25  all that I did.

68

1    Q.  Did you get out of the vehicle to inspect the
2  tractor in any way?
3    A.  No, sir.
4    Q.  What opinions or -- did you generate as a result
5  of your drive-by of the Stauffenberg property?
6    A.  Well, I think he has a large farm, and that's
7  what -- they grow corn and soybean.  But the area around
8  the house is -- has very limited need to use glyphosate.
9  It's mostly lawn.  The flowerbed is very small.  The area
10  probably needs to be treated is limited.  So that's one
11  thing I did see from -- just looking at the houses from
12  the road.
13       Then we look at -- I look at the tractor, the
14  combine.  It seems they have a high-top, high-end combine
15  and tractor, so that's another observation I had about
16  this tractor and combine.
17    Q.  Did you -- other than the attorneys from Monsanto,
18  have you spoken with anyone with respect to
19  Mr. Stauffenberg's exposure to Roundup?
20    A.  No, except the lawyers from Monsanto.
21    Q.  Mr. Stauffenberg has produced photographs of the
22  property on -- through discovery.  Have you reviewed any
23  photographs of the Stauffenberg property other than what
24  you took on your visit of November 22nd, 2019?
25    A.  I review the aerial image of the property on the

69

1  farm.
2  Q.  Okay.  Any other photographs that you reviewed?
3  A.  I don't think so.
4  Q.  Okay.  Other than testimony with respect to your
5  drive-by on November 22nd, 2019, what other opinions do
6  you intend to offer regarding Mr. Stauffenberg
7  specifically?
8  A.  Well, I'm going to offer opinion about the
9  application of the glyphosate.  And when I say
10  "glyphosate," I talk about Roundup, because they use the
11  Weather -- I believe they used WeatherMAX.  Let me think.
12  No, they used -- they used -- they did mention what
13  formulation they used, but I'm going to cover, you know,
14  how application of the glyphosate in that field, and how
15  that can -- you know, with the -- with what Josh
16  Stauffenberg talking about exposure, I going to offer
17  opinion about the application and the claim of the
18  exposure, leave it to the claim of exposure.
19  Q.  Is there anything said in any of the depositions
20  you reviewed for Mr. Stauffenberg that don't seem accurate
21  to you with respect to the total spraying of Roundup?
22      MR. DHINDSA:  Objection.
23      THE WITNESS:  Well, it depend.  I don't know what
24  you're referring to.  Mr. -- Josh spray, himself, 15
25  minutes' application of Roundup when he was young.  So

70

1  there is a very limited application he made.  The label
2  said don't allow young or children to be around or use the
3  product.  So that's one issue.  Then there are issue about
4  when he said he was doing hide and seek, you know, and how
5  he got the contact with the glyphosate.  I have opinion
6  about that.  And the opinion is, when he do hide and seek,
7  probably Roundup applied on corn at very early stages.
8  That's the normal application of Roundup, usually when
9  corn is about 12 inches tall.  And then if you spray a
10  herbicide on corn at 12 inches tall, the corn is small, I
11  don't know how you play hide and go seek -- hide and seek
12  in small corn, but that's not the issue.
13      The -- as the plant start to grow after that, the
14  herbicide on the lower leaf is not going to be on the top
15  leaves, and the herbicide on the lower leaf either is
16  going to be absorbed by the plant or you get rain, and
17  Illinois get a lot of rain, and it's going to wash in the
18  soil, it's going to be absorbed to the soil particle.
19  It's going to actually absorb tightly to the soil
20  particle.  So once the corn grow and become taller than 24
21  inches, all the leaves on top do not contain any
22  glyphosate, because glyphosate never apply on those
23  leaves.  The leaves on the bottom are probably -- does not
24  have any glyphosate on the surface, because either it's
25  absorbed or washed from the leaves.  So that's about --

71

1  when I read his claim about doing hide and seek, this is
2  my opinion about it.
3      There is a claim about he was mowing the grass and
4  his shoulder hitting the corn.  Well, the upper leaf of
5  corn usually or entirely never exposed to glyphosate
6  because glyphosate applied on corn when they are very
7  young.  Nobody put glyphosate -- and even probably the
8  label doesn't allow glyphosate to apply that later stages.
9      So that's something which I think the contact is
10  going to be minimal for the reason I explain it.  There is
11  also complaint about -- a claim about the herbicide in the
12  water ditch.  And because of the glyphosate applied in the
13  early stages, because of the glyphosate get on the soil,
14  the movement of the glyphosate to the ditches or open
15  canal going through a soil particle is not as a soluble
16  molecule.
17      And soil particles, when they get to the water,
18  they behave different than what the glyphosate, pure
19  glyphosate in the water.  So there's a lot of issues here
20  that I can offer opinion -- I will offer opinion about it.
21  BY MR. DICKENS:
22  Q.  How quickly after spraying of Roundup would there
23  no longer be the chance for skin exposure if you touch the
24  particular plant?
25      MR. DHINDSA:  Objection.  Vague.

72

1      THE WITNESS:  That's not my expertise to offer
2  you, but I offer you what I think happen when you apply
3  glyphosate.
4  BY MR. DICKENS:
5  Q.  So is it your opinion that Mr. Stauffenberg had no
6  exposure during the times he was playing hide and seek?
7      MR. DHINDSA:  Objection.
8      THE WITNESS:  Can you repeat your question, or
9  probably reform it in different way so I can understand
10  it?
11  BY MR. DICKENS:
12  Q.  Is it your opinion that Mr. Stauffenberg had no
13  exposure to Roundup during the time he was playing hide
14  and seek?
15      MR. DHINDSA:  Objection.
16      THE WITNESS:  I can't answer that.  It depend when
17  he went to the field.  What I am telling you, if he
18  playing hide -- when -- I was kid long time ago.  When you
19  play hide and seek, you don't play in short, you know,
20  plants, you play in larger plants so you can hide.  And
21  what I'm telling you is when you apply glyphosate on corn,
22  it's applied on young corn, and as you -- as the crop
23  grow, the new leaves doesn't have the glyphosate.  The
24  lower leaf, mostly glyphosate get in the plant, and if
25  something doesn't get in the plant, and you get a rain,

Transcript of Kassim Al-Khatib, Ph.D.          19 (73 to 76)
Conducted on December 13, 2019

73

1  which is frequent in Illinois, that's why they plant good
2  corn, it will wash it from the leaf surface and goes to
3  the soil, and it's absorbed by soil particles.  That's my
4  opinions of that.
5  BY MR. DICKENS:
6      Q.  Okay.  And how quickly does that process take?
7          MR. DHINDSA:  Objection.
8          THE WITNESS:  What process you talking about?
9  BY MR. DICKENS:
10     Q.  The process of Roundup being completely absorbed
11 into the soil.
12         MR. DHINDSA:  Objection.
13         THE WITNESS:  Well, the glyphosate absorbed by
14 plant immediately after application.  And it get in the
15 plant, and within 48 hours, mostly absorbed, a glyphosate
16 will be in the plant.  If there is a small portion still
17 on the leaf, that small portion, any rain would wash it
18 from the leaf and get to the soil particles.
19 BY MR. DICKENS:
20     Q.  Okay.  And that would take like within roughly 48
21 hours?
22         MR. DHINDSA:  Objection.
23         THE WITNESS:  What's that?  I'm sorry.
24 BY MR. DICKENS:
25     Q.  That there would no longer be any Roundup on the

74

1  actual exterior of the leaf?
2          MR. DHINDSA:  Objection.
3          THE WITNESS:  Well, first we talking about the
4  leaves that was treated.  We're not talking about the new
5  leaf.  The new leaf will not have the glyphosate on the
6  surface.  Any leaf emerge after application will not have
7  herbicide on the surface.  The one on the lower leaf where
8  herbicide was applied -- when I say "herbicide," I meant
9  Roundup -- that's what I am referring to.  And how long
10 they are on the leaf or -- I can't give you an answer now,
11 but I know most of them, they get -- mostly glyphosate
12 would be absorbed by the plant, and what's left on the
13 leaf, which is a small portion, can be washed by rain, it
14 depend where the rain would come.
15 BY MR. DICKENS:
16     Q.  Okay.  Any other opinions specific to
17 Mr. Stauffenberg that you have not already discussed?
18     A.  I think we covered all the -- most of the things
19 in my mind at this point.
20     Q.  Okay.  So the record is clear, you just said "most
21 of the things" that are on your mind.  Is there anything
22 else, any other opinions that you are thinking of that we
23 haven't discussed with respect to Mr. Stauffenberg?
24     A.  Well, that's what I can recall at this point,
25 maybe I forgot one or something, but these are the major

75

1  things we discussing.
2      Q.  Okay.  But unlike some of the other cases where
3  you produced an expert report outlining your opinions, I
4  don't have one here, Doctor, so if you can think of the
5  opinions you intend to offer with respect to
6  Mr. Stauffenberg, now is my time to know what those are.
7  So can you please let me know if there's anything else
8  that hasn't already been discussed?
9      A.  No, I think the discussion is the limited spray,
10 and I address that.  It's farm operation, so they know
11 what they're doing.  And that's the -- his parents or the
12 grandparents, they are experienced farmer, and they know
13 how to apply the chemical, to avoid applying chemical in
14 windy weather.  Usually in corn, they use the large
15 sprayers to do that operation.  600 acres they have.  If
16 they use -- I think they talking about ATV sprayer, these
17 done for around the field, the small area, not for the
18 corn, because their field is large-size field, and it is
19 not sprayed by ATV.  The ATV, they go, you know, ditches
20 around the field and so forth.  So I think we address
21 everything in my mind at this point.
22     Q.  Okay.  Do you have any criticisms of either Joshua
23 Stauffenberg or his family with respect to their spraying
24 of Roundup?
25     A.  I think they got corn, soybean, and they benefit

76

1  from the high efficacy of this product, so the selection
2  of the glyphosate for their crop is correct one.  And
3  that's why they have been using it for some time.  They --
4  the application, you know, made when he was young, I can't
5  criticize that because he's not supposed to spray.  The
6  label say don't let kids spray, and he did spray.  That's
7  something I criticize why it's done.  Then, you know, he
8  was using a backpack sprayer with wand.  He can direct it
9  right to the weeds.  So I assume it's -- and I think that
10 the drift is insignificant.  His grandparents and his
11 father, they know what the operation is need -- how it
12 needs to be done, and they did -- I think they did the
13 right thing.  They followed the label and so forth, so
14 that's from that end.  I'm okay with it.
15     Q.  Now, Doctor, with respect to Mr. Stauffenberg
16 spraying, in your experience -- you mentioned you have
17 over 30 years of experience working with farmers; is that
18 right?
19     A.  Well --
20         MR. DHINDSA:  Objection.
21         THE WITNESS:  -- I work for a long time with
22 farmers.  All my career I work with farmers.
23 BY MR. DICKENS:
24     Q.  And you'd agree that it's not unusual for children
25 of farmers to help out or assist around the farm?

Transcript of Kassim Al-Khatib, Ph.D.           20 (77 to 80)
Conducted on December 13, 2019

77

1    A.  I disagree with you.  The label say don't let them
2  spray.  You don't let them spray.
3    Q.  Okay.  And that's the extent of the criticisms you
4  have, what you just discussed?
5    A.  Yeah, that's the criticism I have.  You asked me
6  about the criticism.  This is the criticism I have.  I
7  think they follow the label, they know what's needed to be
8  done, so I don't know what else I could say, you know.
9    Q.  Okay.  Now, the last plaintiff is Christopher
10  Wade.
11    A.  Yeah.
12    Q.  You already just mentioned that you inspected some
13  sites; is that right?
14    A.  Yes, sir, I did inspect many -- several sites.
15    Q.  Okay.  And what sites did you inspect?
16    A.  I don't recall their names specific, but I know
17  they were in the range of nine to ten sites we went to.
18  All the sites he mentioned in his deposition, we went and
19  look at them.  We look at where -- we look at what he said
20  on the deposition, and we went to the area where he said
21  he spray.  And I look at them.  Actually, me and the
22  lawyer was there, so when I say "we," that's what I meant
23  by "we."
24    Q.  Did you just drive by those sites or did you stop
25  the vehicle and walk --

78

1    A.  No.
2    Q.  -- around?
3    A.  No, I stopped the vehicle, and I walk around and I
4  look at the parking area.  You know, most of them malls,
5  hotels, buildings.  So I walk in the area and took quite a
6  few pictures.
7    Q.  And what, in particular, were you taking pictures
8  of?
9    A.  Well, I was taking pictures to the area where he
10  claim he spray when he say "I spray the crack on the
11  parking."  I took pictures for the crack, I took pictures
12  for the area that he said he spray, the weed pressure and
13  so forth.  So I took quite a few pictures for each site.
14    Q.  And when -- the properties that you visited, when
15  was Mr. Wade actually spraying at those properties?
16    A.  I don't recall at this point, but whatever said in
17  his deposition.  If I have the deposition with me, or
18  the -- I can probably answer that better.  But I did visit
19  every site he claimed he sprayed.
20    Q.  Okay.  You mentioned that if he sprayed in a
21  crack, you went and observed that crack and took
22  photographs; is that right?
23    A.  Well, I walk through the parking lot where he said
24  he sprayed.  I walk through the sidewalk where he said he
25  spray.  I walk with -- by the fence where he said he

79

1  sprayed, and I took pictures, you know, for the area, for
2  the crack, for the weeds, so that's what I did.
3    Q.  Based on your inspection of nine to ten sites in
4  which Mr. Wade sprayed, was there anything that you
5  observed that makes you question the validity of
6  Mr. Wade's testimony?
7    A.  Well, what I can say, that the applications are
8  very limited.  You know, there are places where I went and
9  I can see, you know, probably there is no need for
10  application, and if there is a need for application, it's
11  going to be extremely limited.  In the area where, you
12  know, you have large parking lots and cracks, I mean, most
13  of the application got to be spotty, and, you know,
14  probably you're going to walk more to find the weeds in
15  the parking, because some of the parking lots are large.
16  But, you know, you don't have sometime too many cracks.
17  Sometime you don't need to do it every two weeks, because,
18  you know, the limited vegetation there.  We talking about
19  St. Louis, Missouri.  During the summer, the weather is
20  hot, it probably is above 120 degree, and even if you have
21  weeds, the temperature will kill those weeds.
22       So I inspect everything, look at everything.  My
23  conclusion is very limbed application, and in some cases,
24  I don't think there is need to do any application.
25    Q.  Okay.  When you said "limited or there's no need

80

1  to do application," are you going to testify that Mr. Wade
2  did not spray at those properties as he testified to at
3  his deposition?
4    A.  I'm not going to say he did not.  What I will say,
5  there is no need to do application.  And also, if there is
6  application need made, it was very limited.
7    Q.  The sites that you visited, were those commercial
8  sites with businesses?  Did you go to any residential
9  area?
10    A.  The only place was -- residential area is -- was
11  the apartment -- not the apartment, the duplexes where he
12  used to live.  And we drove by, we parked there.  And
13  really, to be honest, I didn't feel safe to go there.  So
14  I didn't get out of the car.  I just took pictures from
15  the car.  Everything else, we walk through.  That's the
16  only site was residential, and I didn't walk through it.
17       The other site we went to was apartment building,
18  and I just walk around and look at the weeds and in the
19  area where he claimed he sprayed the sidewalk and so
20  forth.  Everything else we walk through that area except
21  that residential area where he used to live, and I don't
22  recall the name of that place.
23    Q.  Okay.  What was it -- why didn't you feel
24  comfortable to stop and get out of the vehicle at that
25  location?

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019

81

1    A.  I didn't feel comfortable, you know.  Just I
2    didn't feel -- it's residential.  There are people, you
3    know, with vicious dogs in the area.  So I didn't feel
4    comfortable to go and walk between those duplexes, you
5    know.
6    Q.  Those duplexes, you did take photographs of?
7    A.  Yes, sir.
8    Q.  And those -- for the duplexes at least, those were
9    from your vehicle; correct?
10   A.  That's for the housing.  That's for his duplexes.
11   The rest I walk through and took the pictures.
12   Q.  Okay.  And for the residential areas -- you
13   mentioned there was one other residential area where you
14   got out and walked around; is that right?
15   A.  It's not residential.  It's apartment complex.
16   Q.  Okay.  And so you walked around that apartment
17   complex?
18   A.  Correct, sir.
19   Q.  Do you know whether or not you inspected every
20   site that Mr. Wade testified he sprayed at?
21   A.  I think we inspect all the sites he mentioned in
22   his deposition.
23   Q.  Was there any -- okay.  So as far as you know, you
24   saw every single location Mr. Wade said he sprayed?
25   A.  Correct, in what he mentioned in his deposition.

82

1    Q.  Other than information specific to this site
2    inspection, what other opinions do you intend to offer
3    with respect to Mr. Wade?
4    A.  Well, I think what he did is very -- probably very
5    limited application.  He used some PPE, and he used
6    backpack sprayer.  There is occasion where he used a
7    larger sprayer, but backpack sprayer he use.  When he
8    follow the label, the drift from his backpack with wand
9    directed to where the weeds is going to be insignificant.
10   Q.  Any other opinions specific to Mr. Wade that you
11   can think of as you sit here today?
12   A.  You know, at this point, I can't recall others,
13   but that's what I have at this point.
14   Q.  And, once again, you will not be offering any
15   opinions with respect to cause or contributing factors of
16   any of the plaintiffs' cancer; correct?
17   A.  No, sir.
18   Q.  Were there any materials that you requested
19   specific to any of the plaintiffs that you haven't
20   received in order to formulate your opinion?
21   A.  I don't recall any.
22   Q.  You mentioned you reviewed the reports and
23   deposition of Dr. William Sawyer in the Wade litigation;
24   correct?
25   A.  Yes, I did.

83

1    Q.  Have you reviewed any deposition transcripts or
2    reports of any other experts in the Wade litigation?
3    A.  No, sir.
4    Q.  Was there anything within Dr. Sawyer's report or
5    deposition that you disagreed with?
6        MR. DHINDSA:  Objection.  Overbroad.
7        THE WITNESS:  I think you could tell, some of the
8    comments he made, he doesn't have the experience about
9    pesticide application in the field, you know, this general
10   observation here and there.  The application of pesticide
11   and herbicide, you know, in the field, it's controlled by
12   the application method, by the tips they use, and you can
13   see, in general, he lacked that experience when he made
14   some of the comments.  I can't be specific with you,
15   because I just read it quickly, but that's my observation.
16   BY MR. DICKENS:
17   Q.  Okay.  And those are criticisms of Dr. Sawyer
18   you've had since the first case in this litigation;
19   correct?
20   A.  Well, that's correct, but this -- reading his
21   deposition, it reinforced that.
22   Q.  Is there any criticisms you have or disagreements
23   you have with respect to his opinions as to any of the
24   individual plaintiffs and their exposure in this case?
25       MR. DHINDSA:  Objection.

84

1        THE WITNESS:  Well, I'm not exposure specialist,
2    so you need to ask probably other person in that regard,
3    but I can give you general observation from the comments
4    he made in his deposition, he lacked that experience about
5    how pesticide and herbicide applied.  You know, herbicide
6    is applied, you know, in a way that we use less pressure,
7    we use larger tip.  It's a lot of things you can tell he
8    is not experienced at.
9    BY MR. DICKENS:
10   Q.  Okay.  Well, I appreciate the time, Doctor.  Once
11   again, I apologize for not being there, but I have no
12   further questions.
13   A.  Thank you, sir.
14       MR. DHINDSA:  Can we go off the record for a
15   moment?
16       MR. DICKENS:  We can.
17       MR. DHINDSA:  We will just take a quick break.
18       MR. DICKENS:  Sure.
19       (Recess 11:12 a.m. - 11:15 a.m.)
20            EXAMINATION
21   BY MR. DHINDSA:
22   Q.  Dr. Al-Khatib, in response to Mr. Dickens'
23   questions, do you recall stating that you may testify at
24   trial about the relative toxicity and efficacy of
25   pesticides and herbicides other than glyphosate-based

**Page 85**

1 herbicides?
2 **A.  Yes, sir.**
3 Q.  And do you intend to rely upon the product labels
4 of any pesticides or herbicides other than
5 glyphosate-based herbicides in presenting your testimony
6 to the jury?
7 **A.  Yes, sir.**
8 MR. DHINDSA:  Nothing further.
9 THE REPORTER:  Anything else, Mr. Dickens?
10 MR. DICKENS:  Yes.  Follow-up.
11 FURTHER EXAMINATION
12 BY MR. DICKENS:
13 Q.  Doctor, what labels do you intend to testify or
14 offer opinions about other than glyphosate-containing
15 products?
16 **A.  It may be multiple labels, things like paraquat,**
17 **glufosinate, some of the organic herbicide, some of the**
18 **lipid-based herbicide.  So I don't have a name at this**
19 **point, but these are the herbicide that I going to offer**
20 **opinion about.**
21 Q.  Doctor, now is the time for me to know what your
22 testimony is going to be at trial.  So if you're going to
23 offer opinions about labels of other pesticides or
24 herbicides, now is the time for me to know which those
25 are.  So you mentioned some with paraquat and others,

**Page 86**

1 glufosinate.  What other pesticides or herbicides will you
2 be offering testimony about at trial?
3 **A.  The acidic acid, for example, organic herbicide**
4 **lines, the fatty acid organic herbicide lines.  So there**
5 **are multiple commercial, but those are the products**
6 **probably I going to talk about them.**
7 Q.  And what opinions will you be offering about with
8 respect to those labels?
9 **A.  You know, many of those has more warning label,**
10 **and higher -- lower LD50 than glyphosate.  So just**
11 **relative toxicity based on characterization by EPA, and**
12 **also based on LD50 of these products.**
13 Q.  Okay.  And when you say "LD50," what are you
14 referring to?
15 **A.  Number of milligram of pesticide per gram of body**
16 **weight.  And that's the standard we use in weed science to**
17 **talk about relative safety of the product.  The larger the**
18 **number, the more safe the product is.  So some sort of**
19 **comparison between these herbicides with the glyphosate.**
20 Q.  Okay.  And those herbicides that you will be
21 comparing to glyphosate, you've identified those now for
22 the record; correct?
23 **A.  Yeah, the two or three of them, probably I**
24 **identify them.  And then I will use those organic product,**
25 **we talk about it, the acidic acid, the clove oil, the**

**Page 87**

1 **gluten type, the fatty acid type, these are more**
2 **organic-based product than conventional herbicides.**
3 MR. DICKENS:  Okay.  Thank you, Doctor.  No
4 further questions.
5 MR. DHINDSA:  One follow-up.
6 FURTHER EXAMINATION
7 BY MR. DHINDSA:
8 Q.  Dr. Al-Khatib, are Atrazine, paraquat, amitrole,
9 diquat among the product labels you may testify about at
10 trial?
11 **A.  Yes, I will.  I will.**
12 MR. DHINDSA:  Nothing further.
13 MR. DICKENS:  We're all set from my end.
14 MR. DHINDSA:  Anything else from counsel?
15 MR. COWLING:  No, nothing from me.
16 THE REPORTER:  Copy?
17 MR. DICKENS:  Thanks again, Doctor.  I appreciate
18 your time.
19 THE REPORTER:  Copies, anyone?  Any copies here?
20 MR. DHINDSA:  Yeah, whatever -- we have a standing
21 order.  If not, I will have to get back to you on that.
22 (Off the record at 11:19 a.m.)
23
24
25

**Page 88**

1 ACKNOWLEDGMENT OF DEPONENT
2
3 I, KASSIM AL-KHATIB, Ph.D., do hereby
4 acknowledge that I have read and examined the foregoing
5 testimony, and the same is a true, correct, and complete
6 transcription of the testimony given by me and any
7 corrections appear on the attached Errata sheet signed by
8 me.
9
10 _____   _____
11 (DATE)                    (SIGNATURE)

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019

23 (89 to 92)

89

1           REPORTER'S CERTIFICATION
2
3       I, Gina Glantz, a Certified Shorthand Reporter
4   of the State of California, do hereby certify:
5       That the foregoing proceedings were taken before
6   me at the time and place herein set forth; that any
7   witnesses in the foregoing proceedings, prior to
8   testifying, were administered an oath; that a record of
9   the proceedings was made by me using machine shorthand
10  which was thereafter transcribed under my direction; that
11  if the foregoing pertains to the original transcript of a
12  deposition in a Federal Case, before completion of the
13  proceedings, review of the transcript [ ] was [ ] was not
14  requested; that the foregoing transcript is a true record
15  of the testimony given.
16      I further certify that I am neither financially
17  interested in the action nor a relative or employee of any
18  attorney or any party to this action.
19      IN WITNESS WHEREOF, I have this date subscribed my
20  name.
21  DATED:  DECEMBER 21, 2019
22
23  _____
24  GINA GLANTZ, CSR No. 9795, RMR
25

**A**

**able**
6:18
**about**
10:8, 15:2,
19:1, 19:3,
19:5, 19:9,
19:12, 19:17,
20:6, 21:14,
21:19, 25:6,
25:12, 26:25,
31:13, 34:1,
34:17, 37:21,
37:24, 38:7,
38:14, 38:18,
38:24, 39:8,
39:10, 40:8,
40:17, 41:23,
43:10, 43:13,
43:15, 43:17,
45:6, 45:8,
45:16, 45:17,
49:15, 49:16,
49:23, 50:2,
50:7, 50:23,
51:2, 53:13,
55:3, 56:9,
59:11, 59:22,
60:8, 60:22,
61:25, 62:11,
68:15, 69:8,
69:10, 69:16,
69:17, 70:3,
70:6, 70:9,
70:25, 71:1,
71:2, 71:3,
71:11, 71:20,
73:8, 74:3,
74:4, 75:16,
77:6, 79:18,
83:8, 84:4,
84:24, 85:14,
85:20, 85:23,
86:2, 86:6,
86:7, 86:17,
86:25, 87:9
**above**
79:20

**absorb**
70:19
**absorbed**
70:16, 70:18,
70:25, 73:3,
73:10, 73:13,
73:15, 74:12
**abundant**
38:23
**according**
52:11
**accurate**
69:20
**acid**
86:3, 86:4,
86:25, 87:1
**acidic**
86:3, 86:25
**acknowledge**
88:4
**acknowledgment**
88:1
**acre**
41:12, 42:19,
62:12, 62:13,
62:14, 63:10
**acres**
61:15, 75:15
**action**
89:17, 89:18
**actions**
24:1
**active**
62:23, 62:24,
63:4, 63:10
**actual**
74:1
**actually**
25:15, 36:2,
51:15, 70:19,
77:21, 78:15
**addition**
9:24, 17:5,
17:7
**additional**
8:3, 15:16,
16:24, 18:7,
32:15, 32:18

**address**
21:8, 41:25,
51:5, 75:10,
75:20
**addressed**
59:25
**adequate**
58:24
**adjust**
63:10
**adjuvant**
38:12
**administered**
6:8, 89:8
**administration**
25:23
**aerial**
42:22, 56:4,
56:6, 63:24,
68:25
**affect**
37:21, 37:25,
38:1, 38:11
**after**
14:8, 25:21,
25:22, 26:10,
28:20, 30:4,
30:6, 30:9,
43:14, 44:2,
44:3, 52:7,
52:17, 64:20,
70:13, 71:22,
73:14, 74:6
**again**
21:7, 26:10,
49:20, 53:17,
60:17, 63:14,
67:6, 82:14,
84:11, 87:17
**against**
41:19
**agencies**
23:14, 23:17,
23:21, 24:6,
24:7, 31:9
**agency**
20:3, 23:18
**aggressive**
60:6

**ago**
9:21, 9:22,
9:23, 13:2,
31:24, 37:5,
72:18
**agree**
22:10, 23:1,
23:19, 28:10,
45:20, 54:7,
63:4, 76:24
**agricultural**
24:18
**ahead**
6:24, 7:22,
50:1
**airplane**
42:21
**al**
1:4, 1:7, 2:4,
2:7
**al-khatib**
1:16, 2:16,
5:3, 5:13, 6:7,
7:3, 84:22,
87:8, 88:3
**al-khatib's**
5:16, 13:24
**aldrin**
35:5
**algicide**
23:9
**all**
7:25, 11:16,
11:21, 11:24,
13:6, 14:7,
15:21, 17:20,
17:23, 23:20,
23:21, 28:20,
28:22, 39:3,
39:4, 39:9,
48:14, 53:9,
55:2, 55:14,
55:15, 55:16,
59:4, 64:7,
66:18, 67:5,
67:10, 67:22,
67:25, 70:21,
74:18, 76:22,

77:18, 81:21,
87:13
**alleged**
37:11
**allow**
70:2, 71:8
**already**
74:17, 75:8,
77:12
**also**
8:7, 8:18,
9:25, 14:24,
23:13, 26:21,
33:10, 38:14,
39:8, 46:18,
46:22, 48:25,
53:21, 55:22,
56:4, 57:5,
58:20, 60:5,
61:14, 63:24,
65:7, 71:11,
80:5, 86:12
**although**
51:25
**always**
45:24, 53:6
**amitrole**
87:8
**among**
87:9
**amongst**
63:5
**amount**
13:3, 14:21,
60:13, 60:15
**angeles**
4:8
**animal**
38:1
**another**
17:2, 44:4,
57:5, 58:21,
61:16, 68:15
**answer**
6:25, 21:25,
35:11, 50:7,
55:23, 72:16,
74:10, 78:18

**answered**
7:1
**anybody**
28:19, 54:2
**anyone**
27:1, 27:6,
29:12, 32:1,
34:11, 44:10,
68:18, 87:19
**anything**
11:11, 29:19,
42:23, 43:2,
52:22, 67:14,
67:16, 69:19,
74:21, 75:7,
79:4, 83:4,
85:9, 87:14
**apartment**
80:11, 80:17,
81:15, 81:16
**apologize**
6:18, 17:16,
26:16, 84:11
**appear**
8:9, 15:5,
16:17, 17:1,
18:9, 22:9, 88:7
**appearance**
3:12, 4:19
**appearances**
3:1, 4:1
**application**
19:10, 22:22,
37:7, 39:1,
39:3, 40:18,
41:5, 41:13,
42:21, 42:22,
51:2, 51:3,
56:24, 57:3,
57:10, 57:13,
57:19, 58:16,
58:25, 60:22,
60:23, 61:12,
61:18, 61:22,
62:9, 62:15,
62:16, 63:15,
64:6, 65:8,
65:15, 69:9,

69:14, 69:17,
69:25, 70:1,
70:8, 73:14,
74:6, 76:4,
79:10, 79:13,
79:23, 79:24,
80:1, 80:5,
80:6, 82:5,
83:9, 83:10,
83:12
**applications**
79:7
**applicator**
42:4
**applicators**
35:16
**applied**
42:2, 50:25,
51:4, 59:7,
61:12, 61:23,
70:7, 71:6,
71:12, 72:22,
74:8, 84:5, 84:6
**apply**
41:2, 42:21,
58:15, 63:21,
70:22, 71:8,
72:2, 72:21,
75:13
**applying**
38:15, 62:18,
63:17, 75:13
**appreciate**
10:9, 84:10,
87:17
**approximately**
10:15
**area**
19:19, 52:16,
53:3, 53:4,
53:14, 57:12,
62:23, 66:14,
68:7, 68:9,
75:17, 77:20,
78:4, 78:5,
78:9, 78:12,
79:1, 79:11,
80:9, 80:10,

80:19, 80:20,
80:21, 81:3,
81:13
**areas**
37:7, 42:19,
81:12
**armstrong**
4:12
**arnold**
4:4
**around**
11:21, 22:7,
22:11, 23:19,
42:19, 57:1,
61:14, 62:10,
62:14, 62:15,
67:2, 68:7,
70:2, 75:17,
75:20, 76:25,
78:2, 78:3,
80:18, 81:14,
81:16
**ashelman**
40:22, 40:24,
40:25, 41:14,
41:24, 42:1,
42:23, 43:8,
44:8, 44:16,
45:2, 45:11,
45:14, 46:7,
46:11, 46:15,
47:6, 47:12,
49:17, 50:3,
50:12, 50:15,
51:7, 51:16,
51:18, 64:17
**ashelman's**
44:11, 44:21,
49:12, 50:19,
53:2, 54:7,
54:8, 54:19,
54:24, 55:19,
56:3, 64:15,
64:18
**asked**
14:3, 19:11,
21:19, 28:15,
40:17, 45:19,

**asking**
6:16, 18:13,
22:2, 33:25,
55:7
**asp**
61:22
**aspect**
24:21, 34:1
**aspects**
39:3, 39:5
**aspirator**
61:21
**assessment**
23:19
**assist**
14:17, 76:25
**assume**
29:18, 63:22,
76:9
**atrazine**
87:8
**attached**
88:7
**attorney**
3:6, 4:6, 4:14,
53:24, 66:21,
66:24, 89:18
**attorneys**
3:18, 68:17
**atv**
75:16, 75:19
**available**
38:3
**avenue**
3:8
**avoid**
28:7, 75:13
**aware**
26:23, 26:24,
33:11, 34:7

**B**

**babineaux**
16:15, 17:5,
17:8
**back**
14:2, 14:16,

32:12, 44:14,
55:10, 67:6,
67:7, 87:21
**backpack**
42:18, 58:17,
60:23, 61:12,
76:8, 82:6,
82:7, 82:8
**backyard**
46:3, 67:24
**banned**
24:20, 34:8
**base**
18:11, 59:24
**based**
7:24, 34:15,
35:20, 43:7,
54:8, 59:17,
59:24, 63:10,
79:3, 86:11,
86:12
**batiste**
15:19, 16:14,
56:14, 56:17,
56:21, 57:5,
58:2, 58:4,
58:5, 58:13,
58:14, 58:22,
59:17, 60:20
**batiste's**
57:24, 60:12
**bean**
31:24
**because**
7:18, 10:8,
22:8, 24:16,
28:19, 30:22,
37:25, 41:21,
43:2, 46:1,
47:1, 53:6,
60:2, 61:9,
62:22, 69:10,
70:22, 70:24,
71:6, 71:12,
71:13, 75:18,
76:5, 79:15,
79:17, 83:15
**become**
70:20

**been**
6:8, 7:11,
7:16, 8:20,
8:23, 11:2,
13:22, 14:5,
21:19, 22:23,
34:25, 35:1,
36:3, 36:4,
39:15, 40:16,
41:7, 41:20,
45:2, 48:20,
55:3, 59:13,
59:23, 75:8,
76:3
**before**
2:19, 14:8,
14:10, 14:11,
25:22, 26:23,
30:4, 30:5,
30:6, 36:23,
36:24, 37:1,
43:11, 43:14,
64:20, 89:5,
89:12
**began**
44:15
**begin**
40:20, 40:22
**beginning**
2:18
**behalf**
2:17
**behave**
71:18
**being**
6:18, 35:15,
41:17, 48:8,
73:10, 84:11
**believe**
9:11, 9:15,
26:7, 28:18,
41:6, 41:8,
44:1, 46:17,
51:19, 59:17,
64:21, 67:20,
69:11
**benefit**
75:25

**besides**
14:25, 15:22,
46:19
**best**
6:21, 17:16
**better**
33:17, 38:21,
78:18
**between**
16:17, 27:16,
28:15, 57:18,
57:23, 58:7,
58:10, 81:4,
86:19
**bill**
12:24
**billed**
12:18, 12:19,
12:20, 12:21
**biological**
38:4
**bit**
41:3, 52:10,
52:13, 57:9
**blanket**
31:14
**body**
86:15
**boom**
42:14, 42:15
**boot**
45:16
**boss**
15:19, 57:4,
57:18, 57:24,
58:3, 58:5,
58:6, 58:8,
58:10, 58:20,
58:23
**both**
42:20, 58:8,
65:10
**bottom**
70:23
**boulevard**
4:15
**brad**
31:23

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                                27

bradley
26:12, 26:16
break
55:5, 55:6,
55:8, 57:9,
84:17
breakdown
39:12
brief
7:24, 66:1
briefly
6:15
bring
11:11
broke
39:20
bryce
56:14
building
3:7, 80:17
buildings
78:5
bullet
46:18
businesses
80:8
buy
58:6

---
**C**
---

cabin
51:8, 51:9,
51:10, 51:11,
51:13
california
1:17, 2:18,
4:8, 6:1, 10:6,
10:12, 24:11,
24:14, 24:24,
25:17, 27:7,
29:10, 29:15,
32:23, 33:9,
33:14, 34:8,
64:23, 89:4
california's
24:4, 32:23
call
23:10, 27:25,

28:3, 28:15,
28:22, 29:1,
29:3, 29:12,
29:14, 29:15,
30:4, 30:5,
30:18, 32:3,
33:25, 42:20,
42:22, 44:5
called
22:16
calls
34:3
came
23:23, 24:25,
25:4, 25:15,
33:25, 50:7,
53:16
campus
24:20, 24:21,
26:20
campuses
25:17, 26:8,
26:10, 28:24,
30:17, 31:19
can't
6:20, 12:1,
12:4, 20:13,
21:9, 22:13,
34:5, 35:20,
43:1, 47:5,
48:21, 55:23,
67:11, 72:16,
74:10, 76:4,
82:12, 83:14
canal
71:15
cancer
19:21, 19:24,
22:6, 49:14,
49:15, 82:16
cannot
12:14, 14:13,
14:14, 34:2,
34:20, 38:6,
41:18, 41:21,
47:2, 48:4
capacity
7:4

car
65:25, 66:15,
80:14, 80:15
carcinogenicity
21:24, 22:20,
50:11
career
34:24, 76:22
case
1:6, 2:6, 6:17,
9:7, 11:3, 11:4,
11:8, 11:23,
12:2, 12:3,
14:22, 18:23,
19:14, 19:23,
21:4, 37:15,
37:18, 40:5,
40:7, 40:9,
53:23, 63:23,
83:18, 83:24,
89:12
case-specific
7:8, 9:17
cases
9:9, 9:17,
10:2, 10:5,
10:22, 10:24,
11:25, 40:18,
48:1, 75:2,
79:23
cause
19:21, 19:24,
38:1, 49:14,
82:15
cc
1:6, 2:6
center
8:18, 8:19
centers
8:17
certain
18:17, 18:18,
21:18, 34:1,
38:12, 41:5
certainly
10:9
certification
89:1

certified
2:20, 89:3
certify
89:4, 89:16
cetera
46:13
chance
71:23
characterization
86:11
characterize
60:17
charge
13:16
check
55:14
chemical
38:7, 38:8,
43:25, 58:6,
58:16, 62:18,
75:13
chemicals
46:25, 53:5,
53:6, 54:9,
54:13, 54:14
chester
61:1
chicago
64:25, 65:1
children
70:2, 76:24
chlordane
35:5
chris
65:7, 65:14
christopher
1:4, 2:4, 77:9
circuit
1:1, 2:1
cities
34:5, 34:7,
34:10, 34:12
citizen
2:17
city
1:1, 2:1, 33:9,
33:14, 33:19,
33:23

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                                      28

claim
69:17, 69:18,
71:1, 71:3,
71:11, 78:10
claimed
57:13, 78:19,
80:19
classroom
33:5, 33:6
clean
53:4, 53:13
clear
18:25, 19:13,
74:20
close
51:23, 62:25
closer
12:12
clove
86:25
codirector
8:18
colleagues
26:1
com
3:11, 3:22,
3:23, 4:10, 4:18
combine
67:20, 68:14,
68:16
come
19:11, 21:7,
28:7, 28:20,
35:23, 38:24,
41:24, 43:3,
54:13, 57:2,
60:4, 60:5,
60:6, 74:14
comes
30:22, 53:8
comfortable
80:24, 81:1,
81:4
coming
26:15
comments
83:8, 83:14,
84:3

commercial
80:7, 86:5
committee
26:10, 27:13,
28:1, 28:2,
28:18, 29:4,
29:13, 29:16,
29:20, 32:19
company
1:7, 2:7, 3:14,
4:3, 13:25,
21:23, 22:24,
26:21, 29:4
company's
5:19
compare
19:8
comparing
86:21
comparison
19:15, 86:19
complaint
71:11
complete
88:5
completely
73:10
completion
89:12
complex
81:15, 81:17
component
31:11
compound
35:22
concentration
62:22
concern
25:11, 35:8
concerned
31:12
concerns
25:6
conclusion
23:23, 79:23
condition
52:8
conditions
52:4, 57:8

conjunction
20:3
consider
57:21
considered
5:16, 13:24,
16:19, 17:12,
18:1, 18:10,
20:1
consistent
8:21
consists
52:20
consult
22:19, 25:10
consultation
22:21
contact
70:5, 71:9
contain
70:21
container
53:10
context
21:7
continue
60:5
continued
4:1
contract
44:18
contradictory
56:22, 57:4,
57:17, 58:1,
58:10, 59:15
contributing
82:15
control
19:17, 31:12,
38:2, 38:3,
38:4, 38:5,
38:7, 43:13,
43:14, 43:19,
46:16, 47:3,
60:6, 63:2
controlled
34:18, 61:24,
83:11

controlling
38:21
conventional
87:2
conversation
27:23
conversations
33:7, 33:22
copies
87:19
copy
87:16
corn
41:1, 41:17,
41:21, 42:16,
43:18, 46:13,
46:19, 46:24,
47:2, 51:20,
51:21, 51:22,
52:2, 52:3,
52:6, 52:8,
52:9, 52:10,
52:11, 52:12,
52:13, 52:20,
52:22, 52:24,
52:25, 53:16,
68:7, 70:7,
70:9, 70:10,
70:12, 70:20,
71:4, 71:5,
71:6, 72:21,
72:22, 73:2,
75:14, 75:18,
75:25
cornfield
53:18
correct
7:5, 7:6, 7:10,
7:19, 8:13,
8:14, 8:22, 9:6,
10:1, 10:7,
10:14, 12:7,
12:10, 13:11,
13:12, 13:14,
13:15, 13:18,
16:12, 16:16,
16:21, 17:9,
17:11, 17:25,

18:3, 20:4,
20:17, 20:18,
21:1, 21:2,
23:15, 24:13,
24:15, 27:17,
29:11, 34:9,
35:8, 35:16,
36:15, 36:20,
37:12, 37:13,
39:16, 39:17,
45:22, 46:9,
48:1, 49:1,
49:2, 50:17,
51:8, 51:17,
54:1, 54:9,
63:7, 65:11,
76:2, 81:9,
81:18, 81:25,
82:16, 82:24,
83:19, 83:20,
86:22, 88:5
**corrections**
88:7
**correctly**
30:1
**correspondence**
32:15, 32:18,
32:22, 33:13,
33:18
**could**
14:2, 23:6,
24:25, 37:4,
64:19, 77:8,
83:7
**couldn't**
61:9
**counsel**
44:11, 87:14
**course**
34:24, 39:5,
43:12, 45:3
**court**
1:1, 2:1, 9:2,
9:7, 10:6,
10:12, 19:11,
21:8, 40:1,
41:25, 43:3,
51:5

**cover**
39:10, 69:13
**covered**
39:15, 60:21,
74:18
**cowling**
4:13, 87:15
**coworker**
16:14
**crack**
78:10, 78:11,
78:21, 79:2
**cracks**
79:12, 79:16
**created**
25:20
**crit**
60:16
**critical**
28:11, 60:24
**criticism**
62:6, 77:5,
77:6
**criticisms**
42:1, 62:4,
75:22, 77:3,
83:17, 83:22
**criticize**
76:5, 76:7
**crop**
38:24, 52:4,
72:22, 76:2
**crops**
41:18, 47:1,
47:10, 48:9,
52:8
**csr**
1:24, 89:24
**cultural**
38:4
**current**
7:17, 8:15,
8:16
**currently**
54:18
**curriculum**
5:13, 8:9
**cv**
7:15, 7:16,

7:18, 8:5

**D**

**d**
19:6, 19:15,
46:17
**data**
24:8, 31:10,
35:23
**date**
7:17, 8:1,
9:22, 14:14,
88:11, 89:19
**dated**
89:21
**dates**
9:23
**david**
3:5, 6:15
**davis**
8:12, 8:15,
24:10, 26:1,
26:6, 26:7,
26:19, 27:1,
29:10, 29:12,
29:18, 32:23,
33:9
**day**
23:23, 34:4,
34:5, 62:23,
64:20, 65:14
**days**
37:4
**dc**
3:20
**ddickens@millerf-
irmllc**
3:11
**ddt**
35:5
**deal**
60:18
**dean**
29:6
**december**
1:18, 2:19,
6:1, 89:21
**decide**
22:10

**decided**
22:8
**decision**
25:21, 25:22,
25:23, 26:11,
28:6, 28:10,
28:19, 31:7,
32:24, 34:12,
35:20, 35:24,
35:25
**decisions**
34:14
**deemed**
35:16
**defendant**
3:14, 4:3
**defendants**
1:8, 2:8
**definite**
34:5, 34:6
**definitely**
14:10, 60:15
**degree**
63:21, 79:20
**depend**
48:12, 48:13,
48:14, 69:23,
72:16, 74:14
**deponent**
88:1
**deposition**
1:16, 2:16,
7:12, 8:24, 9:2,
9:19, 11:11,
11:15, 11:19,
15:14, 15:16,
15:18, 16:7,
16:14, 16:18,
16:19, 16:23,
16:24, 17:10,
36:4, 37:16,
39:22, 42:24,
45:18, 46:16,
46:23, 50:15,
54:20, 54:22,
58:22, 59:2,
59:18, 60:17,
77:18, 77:20,

78:17, 80:3,
81:22, 81:25,
82:23, 83:1,
83:5, 83:21,
84:4, 89:12
**depositions**
9:4, 9:9, 10:8,
11:16, 15:20,
15:22, 15:24,
18:17, 39:16,
69:19
**derive**
52:16
**described**
59:21
**description**
5:12, 42:10
**designated**
37:6
**detailing**
10:20
**details**
59:1, 65:22
**dhindsa**
3:16, 5:6,
21:5, 25:8,
27:4, 27:9,
28:4, 28:17,
29:5, 29:21,
34:16, 35:9,
35:17, 42:25,
43:9, 44:22,
45:4, 49:3,
49:7, 49:19,
50:5, 50:22,
54:10, 55:7,
56:8, 59:19,
60:14, 69:22,
71:25, 72:7,
72:15, 73:7,
73:12, 73:22,
74:2, 76:20,
83:6, 83:25,
84:14, 84:17,
84:21, 85:8,
87:5, 87:7,
87:12, 87:14,
87:20

**dicamba**
46:17
**dickens**
3:5, 5:5, 6:12,
6:15, 21:11,
25:13, 27:5,
27:11, 28:14,
29:2, 29:8,
29:24, 34:23,
35:13, 36:1,
43:5, 43:20,
44:25, 45:10,
49:4, 49:11,
49:22, 50:9,
51:6, 54:17,
55:9, 55:12,
55:17, 56:13,
60:10, 60:19,
71:21, 72:4,
72:11, 73:5,
73:9, 73:19,
73:24, 74:15,
76:23, 83:16,
84:9, 84:16,
84:18, 84:22,
85:9, 85:10,
85:12, 87:3,
87:13, 87:17
**different**
19:2, 19:8,
23:6, 26:9,
28:24, 34:4,
38:16, 38:17,
39:9, 62:24,
63:9, 64:16,
71:18, 72:9
**dinoseb**
35:4
**diquat**
87:9
**direct**
17:14, 22:3,
76:8
**directed**
82:9
**direction**
89:10
**directly**
22:18, 58:18

**director**
8:17
**disagree**
42:24, 77:1
**disagreed**
83:5
**disagreements**
83:22
**disclose**
29:3
**disclosure**
5:20, 36:9
**discovery**
68:22
**discuss**
28:2, 40:11,
43:4, 54:23
**discussed**
28:5, 33:7,
37:14, 74:17,
74:23, 75:8,
77:4
**discussing**
75:1
**discussion**
21:14, 75:9
**disease**
41:22, 48:2,
48:3, 48:6,
48:9, 48:24,
49:1, 49:6
**diseases**
41:19, 43:19,
46:8, 47:9,
47:11, 48:2,
48:16
**dispute**
42:24
**ditch**
71:12
**ditches**
39:9, 71:14,
75:19
**doable**
49:9
**doctor**
6:13, 7:11,
8:12, 8:23,

11:14, 13:22,
13:25, 14:2,
14:16, 15:9,
15:25, 17:12,
20:1, 20:7,
20:14, 22:2,
22:12, 23:1,
23:13, 24:3,
24:10, 33:9,
34:7, 34:24,
36:2, 36:11,
36:16, 37:6,
37:14, 39:14,
40:5, 40:23,
45:21, 55:13,
55:18, 60:11,
63:4, 75:4,
76:15, 84:10,
85:13, 85:21,
87:3, 87:17
**document**
5:15, 5:19,
14:17, 14:20,
36:12, 36:19,
36:21, 37:6
**documents**
20:2, 20:8
**dogs**
81:3
**doing**
42:8, 47:15,
54:21, 58:9,
62:17, 70:4,
71:1, 75:11
**done**
41:15, 60:23,
61:13, 75:17,
76:7, 76:12,
77:8
**doubt**
60:12
**down**
14:7, 39:20,
53:16, 57:9,
65:22, 66:9,
67:10
**dr**
5:15, 7:3,

13:24, 15:15,
82:23, 83:4,
83:17, 84:22,
87:8
**drafted**
9:25
**drift**
22:22, 41:14,
45:7, 50:24,
51:4, 57:2,
63:23, 76:10,
82:8
**drive**
64:12, 65:2,
66:18, 77:24
**drive-by**
64:22, 68:5,
69:5
**driveway**
62:10
**driving**
66:5, 66:21,
66:22, 66:23
**drove**
53:17, 64:11,
64:25, 65:10,
65:12, 65:13,
65:16, 65:21,
66:19, 66:20,
67:6, 67:19,
80:12
**due**
25:6, 35:7
**duplexes**
80:11, 81:4,
81:6, 81:8,
81:10
**during**
41:11, 72:6,
72:13, 79:19

**E**

**each**
35:21, 38:5,
40:13, 40:17,
40:21, 63:1,
63:6, 78:13
**earlier**
13:1, 40:11,

46:11
**early**
14:13, 70:7,
71:13
**echo**
26:15
**economy**
37:22
**education**
15:3
**effect**
19:10, 19:18
**effective**
57:16
**efficacy**
76:1, 84:24
**efficient**
57:16
**either**
8:24, 66:9,
70:15, 70:24,
75:22
**ekelley@hollings-worthllp**
3:23
**elaborate**
42:5
**else**
32:1, 41:9,
44:15, 53:1,
54:2, 54:13,
67:16, 74:22,
75:7, 77:8,
80:15, 80:20,
85:9, 87:14
**emerge**
74:6
**emergence**
53:8
**employed**
22:23
**employee**
89:17
**enclosed**
51:8
**end**
8:7, 13:1,
23:22, 29:16,

62:22, 67:5,
67:19, 76:14,
87:13
**ending**
2:19
**endowed**
8:16
**engagements**
33:3
**entered**
43:15
**entire**
31:1, 49:1
**entirely**
71:5
**entrance**
66:13
**environment**
19:18, 37:23,
38:21
**environmental**
20:2
**epa**
20:2, 20:8,
20:11, 22:8,
22:9, 22:12,
22:14, 22:19,
23:19, 23:23,
24:8, 24:9,
28:9, 31:10,
31:15, 34:18,
34:22, 35:1,
35:6, 35:15,
35:18, 35:21,
86:11
**equal**
62:23
**equipment**
45:12
**eric**
3:17
**erosion**
38:22, 38:23
**errata**
88:7
**estimate**
12:12
**et**
1:4, 1:7, 2:4,

2:7, 46:13
**evaluate**
24:8
**even**
54:13, 63:9,
71:7, 79:20
**evening**
51:23, 51:24
**event**
28:20
**ever**
22:12, 22:14,
22:19, 22:23,
29:19, 44:7,
44:10
**every**
34:3, 35:19,
35:22, 40:7,
40:9, 59:7,
59:9, 59:11,
59:14, 60:1,
78:19, 79:17,
81:19, 81:24
**everyone**
55:14
**everything**
13:21, 23:11,
39:19, 75:21,
79:22, 80:15,
80:20
**evidence**
34:15
**evolving**
7:18
**exact**
12:4, 14:14
**exactly**
9:18, 10:17,
24:16, 26:8,
35:21, 37:5,
65:22, 67:11,
67:15
**examination**
5:2, 6:11,
22:4, 84:20,
85:11, 87:6
**examined**
6:8, 88:4

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                                    32

**example**
19:6, 35:3,
86:3
**except**
33:5, 48:1,
52:12, 52:22,
68:20, 80:20
**exception**
54:20, 56:4
**exceptions**
24:22, 25:2
**excessive**
60:16
**exclusively**
63:19
**exhibit**
5:13, 5:15,
5:19, 6:4, 7:12,
7:14, 7:16,
13:23, 14:16,
15:5, 16:2,
17:1, 17:17,
36:4
**exhibits**
5:10
**exit**
66:5
**experience**
14:24, 15:1,
15:3, 21:19,
21:20, 37:11,
48:10, 54:12,
54:15, 57:6,
57:14, 59:8,
59:22, 59:24,
60:8, 76:16,
76:17, 83:8,
83:13, 84:4
**experienced**
42:3, 75:12,
84:8
**expert**
5:20, 7:4,
9:25, 10:4,
10:19, 11:23,
26:21, 29:4,
37:14, 37:19,
39:16, 51:1,

65:6, 75:3
**expertise**
45:9, 50:18,
72:1
**experts**
36:10, 36:14,
36:18, 83:2
**explain**
71:10
**exposed**
45:2, 71:5
**exposure**
44:21, 44:24,
50:16, 50:20,
50:25, 53:22,
58:19, 68:19,
69:16, 69:18,
71:23, 72:6,
72:13, 83:24,
84:1
**extent**
77:3
**exterior**
74:1
**extremely**
79:11

---
                    **F**
**fact**
44:2
**factors**
82:15
**fair**
6:22, 7:1,
60:11
**familiar**
16:15
**family**
15:15, 75:23
**far**
7:24, 49:8,
81:23
**farm**
40:25, 41:1,
43:23, 44:5,
48:16, 51:21,
51:24, 53:15,
65:12, 66:13,

66:16, 67:18,
68:6, 69:1,
75:10, 76:25
**farmer**
40:25, 48:23,
54:12, 75:12
**farmers**
53:6, 54:15,
54:16, 76:17,
76:22, 76:25
**farming**
41:20, 48:22
**father**
11:20, 76:11
**fatty**
86:4, 87:1
**federal**
10:5, 10:12,
10:21, 10:24,
37:15, 89:12
**feeding**
39:1
**feel**
80:13, 80:23,
81:1, 81:2, 81:3
**fence**
59:12, 78:25
**fences**
39:9
**fennimore**
31:22
**few**
14:5, 34:20,
37:4, 64:2,
78:6, 78:13
**field**
14:24, 20:12,
43:11, 45:25,
48:10, 51:18,
51:19, 52:5,
52:17, 54:19,
57:6, 57:8,
57:19, 59:10,
60:1, 69:14,
72:17, 75:17,
75:18, 75:20,
83:9, 83:11
**fields**
46:13, 52:25

**figueroa**
4:7
**figure**
15:10
**financially**
89:16
**find**
28:12, 79:14
**fine**
55:3
**finish**
13:7, 39:7
**fire**
24:18
**firm**
3:4
**first**
9:13, 14:3,
25:10, 31:6,
36:15, 36:16,
36:18, 37:2,
53:4, 53:22,
59:4, 74:3,
83:18
**fit**
57:7, 59:3
**five**
40:13, 40:15,
40:21, 58:3
**flash**
60:3, 60:4
**flat**
13:21
**floor**
4:7
**flowerbed**
68:9
**focus**
40:3
**follow**
46:4, 55:24,
58:15, 58:19,
77:7, 82:8
**follow-up**
85:10, 87:5
**followed**
45:19, 57:1,
58:13, 58:14,

76:13
**following**
42:3
**follows**
6:9
**food**
37:22, 38:23
**foot**
42:15, 61:7
**force**
25:20, 25:21,
25:24, 26:2,
26:3, 26:13,
26:17, 27:7,
28:16, 32:19
**foregoing**
88:4, 89:5,
89:7, 89:11,
89:14
**foreign**
23:14, 23:17,
23:18, 23:20,
24:1
**forgot**
15:19, 64:1,
74:25
**form**
36:22, 52:7,
61:9, 62:20,
62:21, 63:8
**formed**
25:22, 26:10
**formulate**
82:20
**formulation**
62:8, 62:24,
63:1, 63:2,
63:5, 63:9,
69:13
**forsyth**
4:15
**forth**
14:25, 22:22,
39:1, 40:19,
41:4, 56:12,
62:8, 75:20,
76:13, 78:13,
80:20, 89:6

**four**
9:1, 9:22,
24:22, 28:22,
31:18, 32:11
**fraction**
62:14
**frame**
40:10, 58:25,
59:1, 59:2,
60:24
**frequent**
73:1
**friday**
1:18, 2:19, 6:1
**front**
42:14, 44:3,
66:20, 67:24
**full**
14:21, 45:25
**fully**
7:1
**fungicide**
23:8, 46:23,
47:1, 47:6,
53:12
**fungicides**
47:13, 47:17
**fungus**
47:23
**further**
84:12, 85:8,
85:11, 87:4,
87:6, 87:12,
89:16

---
**G**
---
**gallon**
42:14
**gallons**
41:12
**gave**
59:18
**gear**
45:25
**general**
7:8, 23:7,
31:15, 37:10,
37:17, 37:18,

39:13, 39:14,
39:21, 39:23,
39:25, 41:23,
52:11, 53:16,
56:11, 56:25,
58:25, 59:2,
60:24, 63:20,
83:9, 83:13,
84:3
**generally**
20:7, 61:18
**generate**
68:4
**generated**
54:24
**generic**
23:11, 41:7,
43:13, 43:21,
43:25, 46:20
**gina**
1:23, 2:20,
89:3, 89:24
**give**
7:21, 12:1,
12:4, 12:11,
12:14, 14:14,
14:22, 17:2,
17:18, 20:13,
21:9, 34:5,
35:3, 37:17,
38:18, 40:23,
42:10, 48:21,
56:9, 56:11,
58:12, 62:21,
67:11, 74:10,
84:3
**given**
8:3, 8:8, 33:2,
88:6, 89:15
**giving**
8:23
**glantz**
1:23, 2:20,
89:3, 89:24
**glen**
40:22
**global**
38:22

**gloves**
45:17
**glufosinate**
85:17, 86:1
**gluten**
87:1
**glyphosate**
18:11, 18:13,
19:16, 21:14,
21:17, 22:5,
23:10, 28:10,
28:12, 28:13,
31:11, 33:7,
33:10, 33:20,
33:23, 34:1,
34:9, 38:10,
38:18, 38:19,
38:20, 39:2,
39:4, 39:10,
41:5, 41:7,
43:11, 43:24,
43:25, 44:5,
46:3, 46:21,
50:17, 52:19,
57:16, 58:24,
61:8, 63:19,
68:8, 69:9,
69:10, 69:14,
70:5, 70:22,
70:24, 71:5,
71:6, 71:7,
71:8, 71:12,
71:13, 71:14,
71:18, 71:19,
72:3, 72:21,
72:23, 72:24,
73:13, 73:15,
74:5, 74:11,
76:2, 86:10,
86:19, 86:21
**glyphosate-based**
24:15, 25:16,
30:7, 32:24,
33:3, 33:15,
37:8, 59:6,
84:25, 85:5
**glyphosate-conta-
ining**
17:23, 18:9,

23:2, 27:8,
49:18, 50:4,
50:12, 85:14
**go**
6:24, 7:22,
16:11, 34:20,
35:23, 38:7,
40:20, 45:25,
46:1, 48:4,
48:16, 48:25,
49:5, 49:8,
49:21, 49:24,
50:1, 51:19,
51:22, 59:1,
59:9, 70:11,
75:19, 80:8,
80:13, 81:4,
84:14
**goes**
73:2
**going**
7:11, 14:22,
14:23, 14:24,
15:5, 15:7,
16:6, 18:12,
18:14, 18:19,
18:22, 19:1,
22:7, 22:9,
22:11, 35:24,
35:25, 37:20,
37:24, 38:3,
38:6, 38:9,
40:8, 40:10,
40:12, 45:6,
45:9, 47:9,
48:6, 49:15,
50:23, 52:23,
57:2, 60:1,
60:3, 61:10,
61:25, 62:25,
63:9, 69:8,
69:13, 69:16,
70:14, 70:16,
70:17, 70:18,
70:19, 71:10,
71:15, 79:11,
79:14, 80:1,

80:4, 82:9,
85:19, 85:22,
86:6
**good**
6:13, 6:14,
41:13, 52:23,
55:15, 55:16,
61:10, 62:18,
63:1, 73:1
**goodis**
20:25, 21:4
**google**
15:21, 56:5,
56:6, 63:24
**gram**
86:15
**grandparents**
75:12, 76:10
**grass**
71:3
**great**
7:3
**greenhouse**
61:6, 61:7,
61:14, 61:24,
62:1, 63:18,
63:20
**greg**
15:19, 16:15,
17:6, 17:8
**ground**
41:8, 42:10,
42:16, 42:21,
61:15, 66:16
**group**
26:3, 30:12,
30:15, 30:17,
30:18, 30:25,
31:1, 31:3
**grow**
41:1, 41:22,
47:2, 47:10,
57:15, 57:21,
68:7, 70:13,
70:20, 72:23
**growing**
46:13
**guess**
55:14, 55:25

**guys**
55:4

**H**

**hajian**
4:5
**hajian@arnoldporter**
4:10
**hand**
7:11, 13:22,
36:2, 36:3
**handheld**
42:18
**handhold**
58:17, 61:13
**handle**
41:3
**hanson**
26:12, 26:16
**happen**
34:3, 34:6,
50:24, 51:4,
72:2
**happened**
45:7, 58:16,
60:18
**hard**
17:16
**harvested**
51:21
**hay**
41:2, 61:15,
61:16, 62:14,
62:15
**head**
12:1, 43:3
**health**
25:7, 38:1
**healthy**
38:23
**hear**
6:20, 19:22,
21:10, 22:13
**help**
76:25
**herbicide**
19:8, 23:3,

23:8, 23:10,
25:19, 25:24,
26:2, 26:12,
26:16, 27:7,
28:16, 32:19,
34:18, 38:7,
38:8, 38:9,
38:10, 38:15,
38:17, 41:4,
41:18, 42:21,
43:10, 45:7,
46:16, 46:18,
46:19, 50:24,
53:12, 61:18,
61:19, 61:20,
61:21, 70:10,
70:14, 70:15,
71:11, 74:7,
74:8, 83:11,
84:5, 85:17,
85:18, 85:19,
86:3, 86:4
**herbicides**
18:2, 18:5,
18:8, 18:15,
18:18, 18:19,
18:24, 19:2,
19:9, 23:4,
24:15, 25:17,
30:8, 32:25,
33:4, 37:8,
38:13, 43:16,
49:13, 49:14,
50:3, 50:11,
84:25, 85:1,
85:4, 85:5,
85:24, 86:1,
86:19, 86:20,
87:2
**here**
6:17, 7:3,
7:13, 8:9, 9:5,
9:12, 15:1,
15:12, 17:1,
18:4, 18:21,
19:9, 23:24,
37:16, 43:6,
56:23, 57:22,

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                                     35

58:16, 62:6,
71:19, 75:4,
82:11, 83:10,
87:19
**hereby**
88:3, 89:4
**herein**
89:6
**hide**
70:4, 70:6,
70:11, 71:1,
72:6, 72:13,
72:18, 72:19,
72:20
**high**
63:21, 76:1
**high-end**
68:14
**high-top**
68:14
**higher**
86:10
**hill**
51:19, 51:23
**himself**
47:13, 69:24
**hitting**
71:4
**hold**
36:5
**hollingsworth**
3:15
**home**
39:8
**honest**
53:5, 65:22,
80:13
**hopefully**
37:16
**hot**
79:20
**hotel**
2:17
**hotels**
78:5
**hour**
13:17, 55:4
**hours**
11:23, 12:3,

12:5, 12:12,
12:16, 12:19,
12:20, 12:21,
13:8, 13:10,
73:15, 73:21
**house**
68:8
**houses**
66:14, 66:15,
66:20, 67:23,
68:11
**housing**
81:10
**however**
6:16, 6:19,
18:5
**human**
19:15, 25:7,
35:8
**hundreds**
12:16

**I**

**idea**
56:9, 56:11,
59:2, 62:21
**identification**
6:5, 47:23
**identified**
86:21
**identify**
7:14, 86:24
**illinois**
64:24, 70:17,
73:1
**image**
15:21, 68:25
**images**
56:4, 56:6,
63:24
**immediately**
73:14
**impact**
38:20, 38:22,
38:25, 64:3
**impacts**
37:21
**important**
31:11, 38:19,

38:25
**inches**
70:9, 70:10,
70:21
**incident**
34:6
**include**
18:1, 18:20,
19:15
**included**
8:5, 16:22
**includes**
7:25
**including**
9:2, 9:4, 12:7,
26:5, 34:4,
37:10, 38:10,
39:5
**inconsistencies**
57:23
**independent**
23:22
**index**
5:1
**individual**
83:24
**individually**
31:2
**individuals**
32:22
**infestation**
48:13
**information**
8:17, 8:18,
24:9, 56:23,
57:4, 57:18,
58:10, 82:1
**ingredient**
62:23, 62:25,
63:5, 63:10
**initial**
48:3
**initiate**
30:10, 48:3
**initiated**
30:12, 30:17
**initiating**
28:25

**insect**
41:19, 41:22,
43:19, 47:10,
47:24, 48:2,
48:6, 48:15,
49:10
**insecticide**
23:8, 46:23,
46:25, 47:3,
47:6, 47:8,
53:13, 61:25
**insecticides**
46:12, 47:13,
47:17
**insects**
46:8, 47:3,
48:9
**inside**
61:24, 63:17,
63:20
**insignificant**
57:3, 63:23,
76:10, 82:9
**inspect**
51:12, 53:1,
56:16, 64:9,
64:17, 65:7,
68:1, 77:14,
77:15, 79:22,
81:21
**inspected**
51:15, 51:16,
54:7, 64:14,
65:9, 77:12,
81:19
**inspection**
12:7, 12:8,
12:9, 53:20,
65:14, 79:3,
82:2
**inspections**
61:2
**instead**
23:10, 31:14,
40:2
**instruction**
57:2
**intend**
7:7, 13:13,

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                           36

16:19, 21:3,
23:16, 37:17,
39:22, 39:25,
40:5, 40:7,
40:23, 56:7,
56:20, 58:12,
60:21, 61:4,
69:6, 75:5,
82:2, 85:3,
85:13
**intent**
56:23
**interested**
63:3, 89:17
**interviews**
8:8, 8:9
**invoice**
12:24, 13:12,
13:13
**involving**
33:3
**ipm**
8:18
**issue**
19:10, 25:20,
41:24, 47:10,
48:15, 51:5,
53:8, 70:3,
70:12
**issues**
71:19
**itself**
66:16

---
**J**
---
**janet**
24:23, 29:25,
30:2
**jcowling@atllp**
4:18
**job**
1:25, 62:18
**john**
4:13
**johnson**
6:16, 9:7, 10:2
**josh**
69:15, 69:24

**joshua**
64:7, 75:22
**jury**
85:6

---
**K**
---
**kassim**
1:16, 2:16,
5:3, 5:13, 5:15,
6:7, 13:24, 88:3
**kaye**
4:4
**keep**
7:18, 53:6,
54:12, 55:5
**kelley**
3:17
**kid**
72:18
**kids**
76:6
**kill**
60:3, 79:21
**kind**
67:23
**know**
6:21, 7:24,
11:20, 12:2,
13:7, 14:6,
15:8, 15:19,
18:5, 18:25,
19:18, 21:6,
21:12, 21:18,
23:6, 23:7,
23:9, 23:20,
24:6, 26:18,
29:15, 29:17,
31:22, 33:24,
34:3, 37:20,
38:12, 38:16,
39:7, 39:9,
39:18, 40:12,
40:18, 41:17,
44:24, 45:15,
47:12, 47:14,
47:20, 47:21,
50:25, 52:4,
52:8, 54:18,

54:21, 55:3,
55:9, 57:12,
58:2, 59:7,
59:25, 60:8,
62:7, 62:10,
62:11, 63:1,
66:8, 69:13,
69:15, 69:23,
70:4, 70:11,
72:19, 74:11,
75:6, 75:7,
75:10, 75:12,
75:19, 76:4,
76:7, 76:11,
77:7, 77:8,
77:16, 78:4,
79:1, 79:8,
79:9, 79:12,
79:13, 79:16,
79:18, 81:1,
81:3, 81:5,
81:19, 81:23,
82:12, 83:9,
83:11, 84:5,
84:6, 85:21,
85:24, 86:9
**knowledge**
15:1
**knows**
29:7, 41:15,
58:9, 63:21,
63:22

---
**L**
---
**label**
18:19, 21:18,
21:23, 22:9,
45:19, 46:4,
57:1, 58:13,
58:15, 58:19,
61:11, 63:22,
70:1, 71:8,
76:6, 76:13,
77:1, 77:7,
82:8, 86:9
**labeled**
22:5
**labeling**
21:14, 21:17

**labels**
17:13, 17:20,
17:23, 18:2,
18:7, 21:20,
49:17, 50:3,
50:7, 85:3,
85:13, 85:16,
85:23, 86:8,
87:9
**lacked**
83:13, 84:4
**laid**
24:23
**large**
41:1, 41:11,
59:12, 59:13,
68:6, 75:14,
79:12, 79:15
**large-size**
75:18
**larger**
72:20, 82:7,
84:7, 86:17
**last**
9:19, 10:25,
12:24, 15:19,
39:22, 77:9
**later**
46:20, 71:8
**latest**
12:19
**law**
3:6, 3:18, 4:6,
4:14
**lawn**
68:9
**lawyer**
53:21, 53:23,
54:5, 65:18,
77:22
**lawyers**
68:20
**ld**
86:10, 86:12,
86:13
**leaf**
70:14, 70:15,
71:4, 72:24,

73:2, 73:17,
73:18, 74:1,
74:5, 74:6,
74:7, 74:10,
74:13
**least**
36:22, 81:8
**leave**
69:18
**leaves**
70:15, 70:21,
70:23, 70:25,
72:23, 74:4
**lectures**
8:4
**led**
35:21
**left**
53:8, 67:7,
74:12
**less**
84:6
**let's**
55:6
**letter**
20:25, 21:4,
21:9, 21:12,
25:4, 25:15,
30:6, 30:9,
30:13, 30:19,
30:23, 31:1,
31:4, 31:5,
31:6, 31:8,
31:10, 31:12,
31:13, 31:16,
31:17, 32:2,
32:6, 32:7,
32:9, 32:10,
36:17
**level**
52:22
**license**
41:2, 41:3,
42:4
**life**
37:22, 59:22
**lifetime**
45:3

**limbed**
79:23
**limit**
15:4
**limitation**
38:5
**limited**
56:24, 57:10,
62:9, 62:17,
63:15, 64:6,
68:8, 68:10,
70:1, 75:9,
79:8, 79:11,
79:18, 79:25,
80:6, 82:5
**line**
36:16
**lines**
86:4
**linuron**
46:18
**lipid-based**
85:18
**list**
5:17, 13:24,
14:18, 16:19,
17:4, 17:5,
17:7, 17:12,
18:1, 18:4,
18:10, 20:1,
24:3
**listed**
15:22, 16:24,
24:22, 36:19
**lists**
16:6
**literally**
24:7
**litigation**
8:25, 9:1,
9:20, 10:20,
10:22, 11:24,
12:13, 12:22,
13:4, 13:11,
18:16, 25:12,
27:2, 28:7,
31:13, 36:10,
40:14, 82:23,

83:2, 83:18
**little**
52:10, 52:13,
55:4, 57:9
**live**
41:18, 80:12,
80:21
**llc**
3:4
**llp**
3:15, 4:4
**location**
56:10, 80:25,
81:24
**long**
9:21, 41:20,
43:18, 45:16,
46:4, 46:5,
46:24, 47:2,
47:7, 47:9,
48:5, 48:20,
54:15, 60:5,
67:2, 67:4,
67:5, 67:7,
72:18, 74:9,
76:21
**longer**
14:6, 54:8,
71:23, 73:25
**look**
7:18, 11:17,
17:2, 18:18,
20:19, 24:7,
24:8, 41:10,
45:17, 51:20,
51:22, 51:24,
52:4, 52:16,
53:11, 53:15,
67:23, 68:13,
77:19, 77:21,
78:4, 79:22,
80:18
**looked**
52:13, 67:18,
67:23
**looking**
16:23, 52:1,
68:11

**loose**
23:5
**los**
4:8
**lot**
20:12, 23:9,
33:24, 34:3,
56:22, 57:3,
57:17, 57:21,
58:7, 59:14,
60:7, 70:17,
71:19, 78:23,
84:7
**lots**
79:12, 79:15
**louis**
1:1, 2:1, 4:16,
65:13, 79:19
**loveland**
43:24, 44:4
**lower**
70:14, 70:15,
72:24, 74:7,
86:10
**lump**
23:10

**M**

**machine**
89:9
**made**
25:21, 25:22,
25:23, 28:6,
28:19, 31:7,
35:20, 56:24,
57:10, 61:12,
70:1, 76:4,
80:6, 83:8,
83:13, 84:4,
89:9
**magazine**
8:8
**main**
28:22
**maintain**
47:1
**major**
31:18, 57:13,

74:25
**make**
16:11, 35:24,
35:25, 59:15,
60:2
**makes**
60:2, 79:5
**making**
31:14, 38:20,
38:23, 57:13
**malls**
78:4
**manage**
24:20, 37:25
**management**
57:7, 59:4,
59:5, 59:16,
59:22, 59:23,
60:9
**many**
8:23, 11:23,
12:12, 13:7,
13:10, 28:11,
28:23, 31:17,
35:2, 48:14,
48:21, 48:22,
64:1, 67:4,
67:11, 77:14,
79:16, 86:9
**march**
58:5
**marestail**
52:21
**marked**
5:12, 6:4,
7:11, 7:16,
13:22, 36:4
**market**
35:5, 35:6,
35:7, 43:15
**match**
58:7, 60:8
**material**
35:18
**materials**
5:16, 13:20,
13:24, 14:18,
14:21, 15:4,

15:6, 15:10,
15:11, 15:23,
16:18, 17:12,
18:1, 18:10,
20:1, 23:13,
24:4, 82:18
**matter**
9:7, 10:11,
11:4, 12:6,
40:6, 62:19
**matters**
9:16
**maybe**
9:22, 12:3,
13:1, 14:6,
28:8, 33:25,
37:4, 38:24,
39:17, 53:10,
55:6, 65:21,
67:12, 67:15,
74:25
**mayor**
34:20
**mean**
12:8, 44:24,
45:19, 54:14,
57:11, 79:12
**means**
59:13
**meant**
74:8, 77:22
**measures**
47:18
**mechanical**
38:4
**meeks**
61:1, 61:2,
61:5, 61:6,
61:16, 62:2,
62:5, 62:16,
62:20, 63:12,
63:25
**meetings**
33:6
**members**
15:15
**memo**
30:25

**mention**
10:7, 46:23,
47:16, 69:12
**mentioned**
10:24, 15:14,
16:13, 18:18,
25:14, 32:11,
44:14, 45:11,
45:16, 45:17,
46:7, 48:17,
48:24, 49:12,
54:6, 76:16,
77:12, 77:18,
78:20, 81:13,
81:21, 81:25,
82:22, 85:25
**met**
6:15
**method**
40:18, 41:13,
51:4, 60:22,
83:12
**methods**
38:3, 51:3
**michael**
20:25, 21:4
**might**
40:3
**miller**
3:4
**milligram**
86:15
**mind**
19:4, 25:1,
74:19, 74:21,
75:21
**minimal**
58:19, 71:10
**minimum**
63:23
**minute**
67:9
**minutes**
67:5, 67:9,
67:11, 67:12,
69:25
**mischaracterized**
31:14

**missouri**
1:2, 2:2, 4:16,
79:19
**mix**
39:3
**mixed**
58:6
**mixing**
19:10, 38:15,
39:2, 39:3
**molecule**
71:16
**moment**
54:9, 84:15
**monsanto**
1:7, 2:7, 3:14,
4:3, 5:17, 5:19,
7:4, 11:23,
12:18, 12:25,
13:25, 17:13,
17:20, 17:23,
22:5, 26:21,
26:24, 29:4,
44:11, 53:21,
53:24, 65:6,
65:18, 66:22,
66:24, 68:17,
68:20
**monsanto's**
36:10
**month**
14:15
**months**
9:22, 9:23,
14:6, 58:4
**more**
10:19, 15:7,
19:18, 20:5,
21:13, 24:25,
35:5, 38:23,
39:17, 42:6,
48:2, 48:11,
48:25, 58:24,
59:1, 61:11,
61:17, 62:2,
63:15, 67:12,
67:15, 79:14,
86:9, 86:18,

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019
                                                                    39

87:1
**morning**
6:13, 6:14
**most**
7:25, 11:17,
22:21, 37:19,
46:2, 52:11,
58:16, 60:23,
61:6, 61:12,
61:20, 62:14,
66:7, 66:9,
74:11, 74:18,
74:20, 78:4,
79:12
**mostly**
25:11, 47:20,
61:22, 68:9,
72:24, 73:15,
74:11
**move**
38:11, 45:8,
56:14, 61:1
**movement**
19:18, 71:14
**moving**
55:2, 55:5
**mowing**
71:3
**much**
11:22
**multidistrict**
10:21
**multiple**
38:2, 45:24,
49:5, 49:9,
61:13, 85:16,
86:5
**must**
41:21, 43:18
**myself**
31:23, 54:3

___ N ___

**name**
6:15, 9:15,
15:19, 15:20,
16:16, 16:17,
26:8, 34:6,

36:23, 53:22,
80:22, 85:18,
89:20
**names**
18:18, 77:16
**napolitano**
24:23, 29:25,
30:3
**napolitano's**
30:2
**narrow**
14:7, 67:10
**natural**
37:22
**nd**
64:13, 64:22,
65:9, 65:12,
68:24, 69:5
**neda**
4:5, 4:10
**need**
18:6, 20:11,
21:9, 21:10,
28:10, 31:13,
37:25, 38:2,
38:13, 40:18,
41:20, 43:3,
45:17, 47:24,
55:4, 59:25,
63:15, 68:8,
76:11, 79:9,
79:10, 79:17,
79:24, 79:25,
80:5, 80:6, 84:2
**needed**
57:17, 59:9,
62:2, 63:17,
77:7
**needs**
41:15, 58:24,
59:25, 68:10,
76:12
**neither**
89:16
**never**
26:25, 34:11,
70:22, 71:5
**new**
39:21, 60:3,

72:23, 74:4,
74:5
**newspaper**
8:8
**next**
55:2, 65:14
**night**
65:13
**nine**
77:17, 79:3
**nobody**
25:10, 71:7
**normal**
52:9, 52:10,
52:13, 70:8
**note**
24:3
**notes**
11:8, 13:3
**nothing**
43:6, 85:8,
87:12, 87:15
**notice**
55:24
**november**
14:8, 64:13,
64:19, 64:20,
64:22, 65:9,
68:24, 69:5
**number**
12:1, 12:14,
16:4, 16:6,
16:9, 17:13,
17:14, 17:17,
17:22, 20:16,
20:21, 20:22,
20:23, 36:14,
58:1, 86:15,
86:18
**numbers**
12:4
**numerous**
20:2

___ O ___

**oath**
6:8, 89:8
**oats**
41:1

**objection**
21:5, 25:8,
25:10, 27:4,
27:9, 28:4,
28:17, 29:5,
29:21, 34:16,
35:9, 35:17,
42:25, 43:9,
44:22, 45:4,
49:3, 49:7,
49:19, 50:5,
50:22, 54:10,
56:8, 59:19,
60:14, 69:22,
71:25, 72:7,
72:15, 73:7,
73:12, 73:22,
74:2, 76:20,
83:6, 83:25
**obligation**
21:23
**observance**
47:23
**observation**
68:15, 83:10,
83:15, 84:3
**observed**
52:17, 78:21,
79:5
**occasion**
82:6
**october**
10:12, 10:15,
10:21, 58:5
**off-target**
19:18
**offer**
7:7, 9:17,
19:1, 19:11,
21:3, 21:20,
23:16, 39:23,
40:1, 40:5,
40:7, 40:8,
40:10, 40:17,
40:19, 45:6,
45:8, 45:9,
47:5, 47:7,
49:15, 50:23,

51:2, 56:7,
56:20, 56:23,
56:24, 60:21,
61:4, 69:6,
69:8, 69:16,
71:20, 72:1,
72:2, 75:5,
82:2, 85:14,
85:19, 85:23
**offering**
18:14, 18:22,
19:5, 19:20,
19:23, 21:16,
21:22, 22:3,
22:4, 40:13,
44:20, 45:1,
48:8, 49:13,
49:16, 49:23,
50:2, 50:10,
50:19, 51:1,
82:14, 86:2,
86:7
**offhand**
54:18
**office**
29:23, 30:2,
30:11, 30:20,
30:24, 32:13,
32:16
**officials**
33:14, 33:19,
33:23
**often**
48:9
**oh**
7:22
**oil**
86:25
**okay**
7:20, 8:20,
9:9, 9:13,
11:22, 12:5,
12:8, 12:11,
12:18, 12:21,
13:6, 13:9,
14:20, 15:25,
16:17, 16:22,
19:20, 20:14,

20:19, 21:16,
22:19, 24:3,
24:22, 25:14,
25:24, 26:5,
26:12, 27:22,
27:25, 29:25,
30:19, 31:20,
34:24, 35:3,
35:7, 35:14,
36:8, 37:14,
39:18, 40:2,
40:12, 40:20,
42:9, 43:21,
44:20, 45:20,
47:5, 49:12,
52:1, 52:15,
53:19, 53:24,
54:4, 54:6,
54:18, 55:9,
55:25, 57:9,
65:16, 65:19,
66:21, 69:2,
69:4, 73:6,
73:20, 74:16,
74:20, 75:2,
75:22, 76:14,
77:3, 77:9,
77:15, 78:20,
79:25, 80:23,
81:12, 81:16,
81:23, 83:17,
84:10, 86:13,
86:20, 87:3
**once**
48:2, 48:24,
48:25, 70:20,
82:14, 84:10
**oncologists**
32:5, 32:8
**one**
9:2, 9:3, 9:4,
9:11, 9:12,
9:13, 10:24,
10:25, 25:12,
30:13, 31:3,
31:22, 31:23,
35:3, 35:4,
36:15, 36:19,

37:24, 42:17,
43:23, 43:24,
44:1, 44:17,
45:24, 46:2,
48:7, 48:11,
48:12, 51:13,
51:16, 56:1,
62:14, 64:20,
65:4, 66:8,
68:10, 70:3,
74:7, 74:25,
75:4, 76:2,
81:13, 87:5
**ones**
18:12, 35:14
**only**
10:2, 10:25,
13:19, 24:20,
41:18, 43:16,
47:18, 51:16,
56:5, 62:6,
63:4, 80:10,
80:16
**open**
66:16, 71:14
**operation**
41:24, 42:6,
46:24, 48:5,
48:20, 52:4,
61:7, 75:10,
75:15, 76:11
**opinion**
6:17, 14:19,
14:23, 19:1,
19:7, 19:12,
19:20, 21:21,
22:7, 22:11,
23:18, 34:14,
37:21, 37:24,
38:14, 38:18,
39:4, 39:10,
39:25, 40:7,
40:9, 40:10,
40:13, 40:17,
40:19, 44:20,
45:6, 45:8,
45:9, 49:15,
50:23, 51:1,

51:2, 56:25,
60:11, 60:25,
62:19, 64:5,
69:8, 69:17,
70:5, 70:6,
71:2, 71:20,
72:5, 72:12,
82:20, 85:20
**opinions**
7:8, 9:17,
10:20, 11:4,
11:8, 11:9,
14:3, 14:22,
18:14, 18:22,
19:13, 19:14,
19:23, 20:4,
20:9, 21:3,
21:16, 21:22,
22:3, 22:4,
23:16, 27:2,
27:8, 37:17,
37:18, 39:13,
39:14, 39:22,
39:23, 40:4,
40:5, 40:21,
40:23, 45:1,
48:8, 49:13,
49:16, 49:23,
50:2, 50:10,
50:19, 50:20,
52:7, 52:16,
54:23, 56:7,
56:20, 58:12,
60:20, 61:4,
63:12, 64:4,
68:4, 69:5,
73:4, 74:16,
74:22, 75:3,
75:5, 82:2,
82:10, 82:15,
83:23, 85:14,
85:23, 86:7
**orange**
3:9
**orchard**
62:11, 62:12,
62:13
**order**
25:20, 82:20,

87:21
**organic**
85:17, 86:3,
86:4, 86:24
**organic-based**
87:2
**organization**
23:21
**organizations**
34:4
**original**
89:11
**other**
6:24, 9:12,
9:14, 11:19,
15:11, 18:2,
18:5, 18:8,
18:15, 18:23,
24:21, 26:8,
27:25, 29:16,
31:20, 38:1,
41:16, 41:24,
43:16, 43:17,
43:19, 43:24,
44:3, 44:10,
44:18, 46:8,
46:12, 46:16,
47:16, 48:1,
49:12, 49:14,
49:18, 49:23,
50:3, 50:12,
50:25, 51:1,
51:20, 51:22,
52:21, 52:25,
53:17, 54:23,
56:1, 56:2,
59:1, 60:20,
63:1, 63:6,
63:12, 65:5,
67:17, 68:17,
68:23, 69:2,
69:4, 69:5,
74:16, 74:22,
75:2, 80:17,
81:13, 82:1,
82:2, 82:10,
83:2, 84:2,
84:25, 85:4,

85:14, 85:23,
86:1
**others**
53:7, 82:12,
85:25
**out**
15:10, 20:5,
24:23, 25:15,
34:11, 65:24,
68:1, 76:25,
80:14, 80:24,
81:14
**outlined**
37:18, 39:15
**outlining**
75:3
**outside**
18:13, 33:6
**over**
16:11, 17:15,
34:24, 38:3,
38:7, 43:18,
45:3, 46:24,
47:2, 47:7,
51:20, 53:8,
55:4, 76:17
**overbroad**
83:6
**own**
37:10, 56:5,
59:8

---
**P**
---

**page**
5:12, 15:25,
17:17, 17:22,
20:14, 20:16,
20:21, 20:22,
36:11, 36:17
**pages**
1:27
**pants**
46:5
**paragraph**
36:22
**paraquat**
61:20, 85:16,
85:25, 87:8

**parents**
75:11
**park**
39:8
**parked**
51:13, 67:20,
67:21, 80:12
**parking**
78:4, 78:11,
78:23, 79:12,
79:15
**part**
14:23, 21:18,
21:19, 25:6,
37:24
**partial**
24:16
**particle**
70:18, 70:20,
71:15
**particles**
71:17, 73:3,
73:18
**particular**
10:11, 37:11,
71:24, 78:7
**partnering**
39:2
**parts**
51:19
**party**
89:18
**peer**
25:5
**people**
22:17, 23:6,
26:3, 26:5,
26:6, 26:7,
26:9, 29:18,
31:21, 32:11,
34:20, 44:18,
48:4, 58:1,
58:2, 58:3, 81:2
**perform**
61:1
**period**
41:5, 43:18,
46:25, 47:2,

47:8, 47:9,
48:5, 48:16,
48:18
**periods**
45:1
**person**
6:19, 84:2
**personal**
15:1, 37:10,
45:12
**personally**
44:7, 53:1,
55:19
**pertains**
89:11
**pest**
49:1
**pesticide**
21:23, 22:23,
23:6, 23:7,
23:11, 34:17,
41:2, 41:4,
41:16, 43:17,
50:24, 53:7,
53:10, 61:23,
61:25, 63:17,
83:9, 83:10,
84:5, 86:15
**pesticides**
18:2, 18:5,
18:8, 18:15,
18:24, 23:2,
23:4, 34:25,
35:6, 46:12,
49:17, 54:9,
84:25, 85:4,
85:23, 86:1
**pests**
47:19, 47:20,
47:23, 48:24,
49:6
**ph**
1:16, 2:16,
5:3, 6:7, 88:3
**phone**
17:16, 27:21,
27:22, 27:25,
28:3, 28:15,

29:3, 29:12,
29:15, 30:4,
30:5
**phonetic**
9:11
**photo**
15:21, 66:10,
67:18
**photograph**
56:5
**photographs**
55:19, 55:22,
56:1, 56:2,
66:2, 66:4,
66:6, 66:11,
67:17, 68:21,
68:23, 69:2,
78:22, 81:6
**photos**
11:17, 53:12,
56:11, 64:1,
64:2, 64:3,
66:14, 66:17
**physical**
38:8
**picture**
66:15
**pictures**
67:22, 78:6,
78:7, 78:9,
78:11, 78:13,
79:1, 80:14,
81:11
**place**
25:3, 56:12,
80:10, 80:22,
89:6
**places**
79:8
**plaintiff**
11:19, 55:3,
77:9
**plaintiffs**
1:5, 2:5, 2:17,
3:3, 7:9, 11:5,
13:23, 14:4,
15:15, 15:17,
19:21, 19:24,

37:11, 40:4,
40:6, 40:14,
40:22, 82:16,
82:19, 83:24
**plant**
38:11, 38:21,
52:11, 70:13,
70:16, 71:24,
72:24, 72:25,
73:1, 73:14,
73:15, 73:16,
74:12
**plants**
62:11, 72:20
**play**
70:11, 72:19,
72:20
**playing**
72:6, 72:13,
72:18
**please**
6:21, 26:14,
36:5, 49:21,
75:7
**point**
11:1, 13:13,
15:6, 19:4,
20:5, 21:8,
21:15, 25:1,
26:9, 28:13,
34:2, 44:14,
45:15, 48:7,
50:8, 74:19,
74:24, 75:21,
78:16, 82:12,
82:13, 85:19
**poisonous**
38:21
**political**
25:11
**porter**
4:4
**portion**
73:16, 73:17,
74:13
**position**
8:15, 8:16
**positions**
8:20

**possibility**
45:7
**possible**
25:7, 43:7
**ppe**
38:17, 41:14,
45:11, 45:14,
45:18, 45:21,
45:25, 46:6,
58:21, 58:23,
61:10, 61:11,
61:17, 62:3,
62:17, 63:16,
63:21, 82:5
**practices**
38:4
**prefer**
23:10
**premixed**
58:6
**preparation**
11:7, 11:18,
11:21
**prepare**
10:2, 10:14,
10:23, 11:3,
11:14
**prepared**
9:25, 10:4,
10:11, 10:19
**preparing**
14:17
**present**
27:16, 28:16
**presentations**
8:4, 33:3
**presenting**
85:5
**president**
24:23, 29:23,
29:25, 30:14,
31:7
**president's**
30:11, 30:20,
30:24, 32:13,
32:16
**pressure**
42:7, 78:12,

84:6
**presume**
6:25
**pretty**
53:13
**prevent**
46:8
**preventative**
47:18
**prevention**
24:19
**preventive**
47:21
**previously**
39:19
**prior**
9:19, 35:15,
39:15, 47:15,
89:7
**probably**
9:18, 10:17,
10:25, 12:2,
12:17, 14:6,
18:11, 18:19,
19:7, 20:10,
24:20, 35:10,
37:20, 38:14,
38:18, 53:17,
55:4, 58:14,
62:25, 66:8,
68:10, 70:7,
70:23, 71:7,
72:9, 78:18,
79:9, 79:14,
79:20, 82:4,
84:2, 86:6,
86:23
**problem**
47:8, 48:6,
48:17
**proceedings**
89:5, 89:7,
89:9, 89:13
**process**
35:22, 73:6,
73:8, 73:10
**produced**
68:21, 75:3

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019

43

**product**
18:11, 22:20,
34:19, 38:17,
41:21, 43:15,
43:19, 43:22,
43:24, 43:25,
44:4, 46:1,
47:16, 59:6,
70:3, 76:1,
85:3, 86:17,
86:18, 86:24,
87:2, 87:9
**production**
52:10, 52:12,
52:20
**products**
17:24, 18:9,
18:14, 22:6,
23:2, 23:9,
27:8, 33:15,
45:24, 46:8,
47:24, 49:18,
50:4, 50:13,
85:15, 86:5,
86:12
**professor**
8:16, 22:16
**program**
31:12, 43:13,
43:14, 52:19,
57:7, 59:4,
59:5, 60:7
**pronouncing**
30:1
**properties**
38:9, 56:16,
64:9, 78:14,
78:15, 80:2
**property**
15:21, 53:2,
54:7, 54:25,
55:20, 56:3,
61:2, 63:25,
64:2, 64:11,
64:12, 64:15,
64:18, 64:23,
65:1, 65:3,
65:11, 65:17,

65:20, 66:12,
66:18, 67:2,
67:17, 68:5,
68:22, 68:23,
68:25
**proposition**
24:4
**protect**
41:19, 46:6
**protection**
20:3
**protective**
45:12
**provide**
10:10, 14:3,
37:20, 37:24,
38:14, 39:4,
39:10, 58:21,
58:22
**provided**
9:24, 58:23,
63:13
**providing**
19:14
**psi**
41:12, 42:7
**publications**
7:23, 7:25, 8:2
**pure**
71:18
**purpose**
23:25, 31:5,
52:1, 52:5,
65:2, 65:4, 65:5
**put**
11:24, 12:13,
23:12, 45:25,
46:2, 46:5,
46:6, 62:25,
71:7

**Q**
**quenneville**
53:25, 55:22
**question**
6:20, 6:25,
18:25, 19:11,
21:10, 21:25,

22:1, 22:17,
33:16, 44:23,
49:20, 50:6,
50:7, 50:8,
55:23, 60:5,
72:8, 79:5
**questions**
38:24, 84:12,
84:23, 87:4
**quick**
84:17
**quickly**
71:22, 73:6,
83:15
**quite**
41:3, 78:5,
78:13

**R**
**radio**
8:7
**railroad**
3:8
**rain**
70:16, 70:17,
72:25, 73:17,
74:13, 74:14
**rainfall**
48:14
**range**
12:3, 67:12,
77:17
**ranging**
38:20
**ranjit**
3:16
**rarely**
48:16
**rate**
13:21, 63:10
**rather**
39:18
**rd**
65:14
**rdhindsa@holling-
sworthllp**
3:22
**reached**
34:11

**read**
11:16, 11:18,
16:21, 18:20,
21:7, 36:24,
37:1, 50:18,
54:20, 63:22,
71:1, 83:15,
88:4
**reading**
36:25, 83:20
**real**
6:15, 30:21
**reality**
57:19
**really**
12:1, 12:4,
12:14, 14:5,
14:13, 20:13,
34:5, 46:4,
59:8, 62:13,
63:14, 80:13
**reason**
6:19, 28:8,
71:10
**recall**
9:14, 11:1,
14:3, 14:5,
14:7, 16:13,
26:8, 29:14,
37:2, 43:1,
44:17, 55:1,
65:21, 65:22,
65:24, 66:4,
67:4, 67:15,
74:24, 77:16,
78:16, 80:22,
82:12, 82:21,
84:23
**receive**
32:12
**received**
82:20
**recent**
7:23, 7:25,
8:2, 10:19,
37:14, 37:19
**recently**
10:4

recess
55:11, 84:19
recognize
10:10
recognizing
11:2, 12:11,
15:3, 16:22,
36:21
record
7:14, 13:9,
13:23, 36:9,
41:16, 74:20,
84:14, 86:22,
87:22, 89:8,
89:14
records
13:3
reduce
33:10, 38:21,
38:22, 41:14
refer
44:1, 54:21
reference
20:6
references
15:1
referencing
59:5
referring
21:12, 43:22,
57:24, 59:6,
69:24, 74:9,
86:14
reform
72:9
reframe
33:16, 44:23,
46:10
regard
84:2
regarding
7:9, 22:21,
34:12, 40:4,
40:9, 69:6
regards
58:9
registration
35:19, 35:22

regulatory
23:14, 23:17,
23:18, 23:20,
24:1, 24:6, 31:9
rehashing
39:19, 40:2
reinforced
83:21
related
12:21, 14:4,
15:16, 23:13,
25:16, 27:8,
32:23, 64:9,
65:5
relating
56:16
relative
11:20, 19:2,
19:8, 38:16,
84:24, 86:11,
86:17, 89:17
relevant
56:6
reliance
24:5
rely
14:23, 14:24,
16:20, 18:12,
18:20, 24:9,
34:19, 34:20,
56:10, 85:3
relying
14:21, 15:5,
15:12, 16:25,
18:7, 54:22
remaining
40:3
remember
9:18, 9:21,
9:22, 9:23,
10:17, 21:13,
21:15, 27:15,
34:2, 37:4,
37:5, 43:2,
45:15
repeat
26:14, 30:21,
33:16, 49:20,

72:8
rephrase
6:21
replacement
28:12, 28:13
report
10:3, 10:5,
10:10, 10:11,
10:14, 10:21,
10:23, 11:2,
11:3, 11:18,
20:10, 37:19,
39:17, 75:3,
83:4
reported
1:22
reporter
2:20, 55:16,
85:9, 87:16,
87:19, 89:3
reporter's
89:1
reports
9:25, 10:19,
37:15, 39:16,
82:22, 83:2
represent
14:20
requested
82:18, 89:14
require
22:8, 46:2,
61:11
required
47:1, 61:17
research
14:25, 24:8,
24:17, 31:10,
45:23
residential
80:8, 80:10,
80:16, 80:21,
81:2, 81:12,
81:13, 81:15
resources
37:22, 37:23
respect
11:4, 18:15,

18:23, 19:21,
20:8, 21:3,
21:16, 21:22,
23:17, 27:1,
27:7, 33:14,
33:19, 33:23,
36:22, 37:17,
39:18, 39:20,
40:4, 44:11,
50:16, 50:20,
52:15, 54:6,
55:18, 56:20,
61:4, 68:18,
69:4, 69:21,
74:23, 75:5,
75:23, 76:15,
82:3, 82:15,
83:23, 86:8
respirator
61:18, 61:19,
61:22, 62:1,
63:16
response
31:14, 32:12,
84:22
rest
81:11
restoration
24:19
restricted
61:20, 61:23
result
54:24, 68:4
retained
11:22, 36:14,
36:18
review
7:24, 11:7,
13:19, 15:18,
15:20, 15:23,
18:6, 20:10,
20:20, 25:15,
25:20, 31:10,
35:19, 35:23,
56:5, 64:1,
64:2, 64:3,
64:7, 64:17,
68:25, 89:13

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                              45

reviewed
15:14, 15:16,
16:25, 17:19,
20:3, 20:8,
23:13, 31:15,
35:18, 35:19,
50:15, 55:25,
56:2, 63:24,
68:22, 69:2,
69:20, 82:22,
83:1
reviewing
16:13, 23:25,
25:5, 52:7,
52:17
richard
53:22, 53:24
right
7:9, 8:21,
10:6, 10:18,
12:6, 13:17,
16:20, 17:24,
23:12, 23:14,
24:12, 24:16,
25:7, 26:22,
27:20, 30:3,
32:8, 36:19,
42:8, 46:14,
47:25, 53:25,
55:2, 59:18,
63:2, 64:7,
76:9, 76:13,
76:18, 77:13,
78:22, 81:14
rigorous
23:21, 35:22
risk
19:15
riverside
26:7, 31:25
rmr
1:24, 2:21,
89:24
roaches
53:11
road
66:20, 68:12
roadside
39:8

rodenticide
23:8
role
65:6
room
53:7, 53:9,
54:14
roughly
65:9, 73:20
roundup
8:25, 9:1,
9:20, 10:20,
11:24, 12:13,
18:8, 23:1,
27:2, 42:2,
43:11, 43:15,
44:12, 44:21,
45:2, 45:21,
46:3, 50:20,
61:8, 62:5,
62:20, 63:5,
63:25, 68:19,
69:10, 69:21,
69:25, 70:7,
70:8, 71:22,
72:13, 73:10,
73:25, 74:9,
75:24
rpr
1:24, 2:20
run
42:17
running
58:8

                  S
sacramento
1:17, 2:18, 6:1
safe
34:19, 35:16,
80:13, 86:18
safety
18:23, 19:2,
19:6, 19:8,
19:15, 35:8,
38:16, 86:17
said
26:14, 26:22,

30:15, 31:8,
31:10, 31:12,
31:13, 34:18,
37:23, 42:23,
43:8, 45:18,
46:15, 46:22,
47:4, 47:15,
52:12, 52:15,
53:23, 54:11,
54:22, 57:5,
57:17, 58:2,
58:4, 58:5,
58:6, 58:20,
59:3, 59:7,
59:10, 59:12,
59:14, 59:21,
59:24, 60:7,
61:8, 61:23,
62:12, 69:19,
70:2, 70:4,
74:20, 77:19,
77:20, 78:12,
78:16, 78:23,
78:24, 78:25,
79:25, 81:24
same
23:23, 60:1,
64:14, 88:5
saw
81:24
sawyer
15:15, 82:23,
83:17
sawyer's
83:4
say
12:8, 15:10,
19:2, 26:5,
28:7, 29:9,
34:2, 38:9,
41:11, 42:9,
43:1, 43:21,
45:18, 48:18,
52:22, 53:19,
57:9, 58:3,
58:22, 59:20,
60:11, 67:15,
69:9, 74:8,

76:6, 77:1,
77:8, 77:22,
78:10, 79:7,
80:4, 86:13
saying
31:6, 34:22,
46:4, 47:14,
57:4, 57:5,
57:18, 57:19,
58:11, 59:21,
63:8
says
37:6
schedule
27:22
scholer
4:4
school
24:10, 24:11
science
8:17, 19:19,
28:6, 28:9,
28:11, 31:15,
34:17, 37:7,
57:20, 86:16
science-based
34:21
scientific
34:15
scientist
25:10, 31:25,
33:24, 34:25,
53:22
scientists
23:22, 28:21,
28:23, 28:24,
31:8, 31:18,
31:23, 32:7
season
53:8
second
7:21, 17:2,
36:5, 51:24
see
13:25, 16:7,
16:8, 20:24,
21:7, 21:9,
36:24, 36:25,

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                                          46

37:1, 37:8,
42:6, 46:22,
48:3, 51:13,
51:25, 52:3,
52:11, 52:14,
52:20, 52:21,
53:5, 62:6,
67:21, 68:11,
79:9, 83:13
**seeing**
52:25
**seek**
70:4, 70:6,
70:11, 71:1,
72:6, 72:14,
72:19
**seem**
69:20
**seems**
50:21, 68:14
**seen**
36:21, 36:23,
37:2
**selection**
76:1
**sense**
59:15, 60:2
**sent**
30:19
**september**
14:11
**set**
55:14, 87:13,
89:6
**setting**
34:2, 56:12
**settings**
28:11
**seven**
46:1
**several**
30:16, 77:14
**shared**
28:8
**shed**
42:20, 53:15,
54:6, 67:19
**sheet**
44:2, 88:7

**sherman**
3:7
**shoes**
45:16, 46:5
**short**
55:7, 72:19
**shorter**
52:10, 52:13,
52:22
**shorthand**
2:20, 89:3,
89:9
**should**
22:5, 55:5,
55:14
**shoulder**
71:4
**sic**
42:24, 61:21
**side**
6:24, 51:20,
51:22, 54:5
**sidewalk**
78:24, 80:19
**sign**
66:13
**signatories**
31:17
**signature**
88:11
**signature-p1kal**
89:22
**signed**
32:1, 32:5,
88:7
**signee**
31:3
**significant**
12:15, 12:16
**signs**
47:18
**similar**
63:6
**simply**
43:7
**since**
8:21, 10:20,
11:22, 12:17,

33:2, 39:22,
83:18
**single**
81:24
**sir**
8:14, 8:22,
9:8, 10:7,
11:10, 12:10,
13:15, 13:18,
14:1, 16:3,
16:5, 16:8,
16:12, 16:16,
16:21, 17:11,
17:19, 17:25,
19:25, 20:20,
20:24, 21:2,
22:13, 22:25,
23:15, 24:2,
24:13, 25:9,
25:18, 26:18,
27:17, 29:11,
30:3, 30:9,
30:21, 32:7,
32:11, 32:20,
33:1, 33:5,
36:7, 36:13,
37:9, 37:13,
44:13, 45:13,
54:1, 55:21,
56:18, 61:3,
64:25, 68:3,
77:14, 81:7,
81:18, 82:17,
83:3, 84:13,
85:2, 85:7
**sit**
15:12, 43:6,
82:11
**site**
12:8, 51:16,
53:19, 54:24,
55:18, 56:9,
61:2, 78:13,
78:19, 80:16,
80:17, 81:20,
82:1
**sites**
65:8, 65:10,

65:13, 65:15,
77:13, 77:14,
77:15, 77:17,
77:18, 77:24,
79:3, 80:7,
80:8, 81:21
**skin**
50:16, 71:23
**sleeve**
46:5
**sleeves**
45:16
**slow**
30:21, 49:21,
49:24
**slowed**
65:21, 66:9
**small**
41:10, 42:19,
51:14, 51:18,
53:10, 56:25,
57:10, 62:10,
62:13, 68:9,
70:10, 70:12,
73:16, 73:17,
74:13, 75:17
**soil**
11:18, 38:22,
70:18, 70:19,
71:13, 71:15,
71:17, 73:3,
73:11, 73:18
**sold**
63:5
**sole**
65:2
**soluble**
71:15
**some**
7:7, 8:7, 10:5,
12:19, 13:2,
13:5, 13:6,
13:13, 22:17,
26:7, 29:18,
31:24, 34:4,
35:11, 37:25,
44:14, 48:1,
48:23, 52:21,

53:6, 62:9,
75:2, 76:3,
77:12, 79:15,
79:23, 82:5,
83:7, 83:14,
85:17, 85:25,
86:18
**somebody**
41:9, 44:14,
54:13
**something**
14:13, 19:3,
24:25, 44:5,
53:11, 57:4,
71:9, 72:25,
74:25, 76:7
**sometime**
27:16, 48:10,
79:16, 79:17
**sometimes**
48:4
**somewhere**
12:2, 13:9,
14:12
**sorry**
7:22, 9:13,
14:14, 17:6,
17:15, 19:22,
22:13, 30:21,
39:7, 49:25,
73:23
**sort**
86:18
**sound**
16:15
**source**
24:9
**south**
4:7
**soybean**
41:1, 41:17,
42:16, 43:18,
46:19, 46:24,
68:7, 75:25
**soybeans**
46:13
**spaying**
61:14

**speak**
44:7
**speaking**
33:2
**specialist**
84:1
**specialists**
30:16, 32:3,
32:4
**specific**
11:5, 12:5,
13:4, 13:10,
19:3, 20:5,
20:11, 20:13,
21:9, 21:25,
35:11, 40:6,
40:9, 40:10,
40:17, 40:21,
40:24, 45:17,
48:4, 48:21,
60:20, 61:10,
63:12, 74:16,
77:16, 82:1,
82:10, 82:19,
83:14
**specifically**
8:4, 19:14,
43:7, 56:21,
69:7
**specifics**
20:13
**spent**
12:2, 13:4,
13:10
**spoken**
44:10, 68:18
**spotted**
42:19, 62:15
**spotty**
79:13
**spray**
41:9, 41:12,
44:18, 45:21,
45:24, 46:3,
47:15, 47:24,
48:4, 54:11,
54:12, 54:13,
57:12, 57:14,

58:2, 58:4,
59:9, 59:10,
59:11, 59:12,
60:1, 62:14,
65:10, 69:24,
70:9, 75:9,
76:5, 76:6,
77:2, 77:21,
78:10, 78:12,
78:25, 80:2
**sprayed**
46:7, 46:12,
47:13, 47:18,
59:14, 60:16,
62:5, 63:25,
75:19, 78:19,
78:20, 78:24,
79:1, 79:4,
80:19, 81:20,
81:24
**sprayer**
38:16, 41:8,
41:9, 41:10,
41:11, 42:7,
42:10, 42:11,
42:13, 42:14,
42:16, 42:18,
51:7, 51:9,
51:14, 58:17,
60:23, 61:13,
62:7, 75:16,
76:8, 82:6, 82:7
**sprayers**
42:12, 75:15
**spraying**
44:12, 44:15,
44:16, 54:8,
60:13, 61:14,
62:10, 62:20,
69:21, 71:22,
75:23, 76:16,
78:15
**sprays**
54:19
**spring**
14:12
**square**
61:7

**st**
1:1, 2:1, 4:16,
65:13, 79:19
**stages**
70:7, 71:8,
71:13
**standard**
86:16
**standing**
51:25, 87:20
**standpoint**
59:16, 61:17,
62:3, 63:16
**start**
41:6, 44:18,
53:4, 70:13
**started**
12:17
**starting**
16:4
**state**
1:2, 2:2,
33:14, 33:19,
33:22, 89:4
**statement**
10:5, 23:7
**states**
34:8, 63:6
**stating**
84:23
**stauffenberg**
64:7, 64:10,
64:23, 65:12,
67:3, 67:16,
68:5, 68:21,
68:23, 69:6,
69:16, 69:20,
72:5, 72:12,
74:17, 74:23,
75:6, 75:23,
76:15
**stauffenberg's**
65:3, 65:11,
65:17, 65:20,
66:12, 68:19
**step**
14:2
**steps**
33:10

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                                    48

steve
31:22
still
8:12, 24:17,
45:5, 54:12,
73:16
stood
52:5
stop
65:19, 77:24,
80:24
stopped
44:16, 66:9,
78:3
storage
53:3, 53:4,
53:7, 53:9,
53:14
streamline
37:16
street
2:18, 3:19,
4:7, 67:6
strengthen
64:5
strike
17:20, 45:20,
56:1, 64:8
students
45:25
subject
15:2
submission
30:10
submit
29:22
submitted
11:3, 12:24,
29:19, 30:23,
31:1, 37:15,
37:19
subscribed
89:19
subset
40:14
suite
4:15
sum
23:10

summaries
11:9
summer
14:13, 79:19
support
28:6, 28:9,
31:9
supported
35:24
supposed
76:5
sure
16:11, 17:3,
30:1, 30:23,
36:6, 84:18
surface
70:24, 73:2,
74:6, 74:7
surprised
53:6
suspend
32:24
suspended
24:15
suspending
30:7
suspension
24:17, 25:2,
25:5, 25:6,
25:16
swing
53:16
switch
43:22
switched
41:7, 41:8,
43:12, 43:21,
44:3
system
24:11, 52:20

T

t3
58:20
take
11:8, 14:2,
55:4, 55:6,
55:19, 60:4,

66:2, 66:5,
66:11, 67:7,
67:17, 73:6,
73:20, 81:6,
84:17
taken
2:16, 9:20,
33:10, 89:5
taking
41:2, 55:22,
78:7, 78:9
talk
27:12, 27:18,
28:20, 28:22,
28:24, 38:7,
38:18, 39:7,
43:17, 60:22,
69:10, 86:6,
86:17, 86:25
talked
17:15, 26:25,
27:1, 27:6,
27:13
talking
10:8, 16:8,
19:9, 19:17,
20:6, 28:19,
30:22, 31:7,
38:24, 43:10,
43:13, 43:15,
59:10, 59:11,
62:11, 67:9,
69:16, 73:8,
74:3, 74:4,
75:16, 79:18
tall
70:9, 70:10
taller
70:20
tank
42:15
task
13:7, 25:20,
25:21, 25:24,
26:2, 26:3,
26:12, 26:17,
27:7, 28:16,
32:19

teasdale
4:12
telephonic
3:12, 4:19
tell
35:20, 61:9,
83:7, 84:7
telling
48:14, 60:17,
63:11, 72:17,
72:21
temperature
79:21
temporarily
24:14, 30:7,
32:24
temporary
25:2, 25:16
ten
46:1, 58:4,
77:17, 79:3
tennis
45:16, 46:5
term
23:5, 23:11
terminology
23:12
testified
6:9, 39:19,
46:11, 80:2,
81:20
testify
80:1, 84:23,
85:13, 87:9
testifying
39:21, 89:8
testimony
5:20, 8:24,
9:24, 13:19,
19:5, 47:5,
48:8, 50:16,
54:8, 57:24,
59:18, 60:12,
69:4, 79:6,
85:5, 85:22,
86:2, 88:5,
88:6, 89:15
th
4:7, 10:15,

thank
39:6, 39:12,
55:16, 84:13,
87:3
thanks
87:17
theme
41:23
thereafter
89:10
thing
42:8, 43:16,
57:5, 58:21,
61:16, 61:24,
62:6, 68:11,
76:13
things
20:12, 23:6,
38:2, 43:3,
45:23, 46:6,
47:14, 48:14,
48:17, 50:25,
57:6, 57:21,
58:7, 59:1,
59:3, 60:7,
61:13, 74:18,
74:21, 75:1,
84:7, 85:16
think
7:19, 7:23,
8:6, 9:1, 10:23,
10:24, 14:12,
15:18, 16:12,
17:4, 18:17,
20:10, 21:13,
22:7, 25:4,
25:9, 26:22,
30:12, 31:18,
33:8, 33:21,
35:5, 35:24,
36:20, 36:24,
36:25, 39:25,
40:16, 42:3,
42:8, 43:7,
43:17, 44:9,
49:9, 51:12,
52:19, 52:23,

53:17, 56:22,
57:12, 57:16,
58:14, 58:25,
60:2, 60:22,
62:9, 62:16,
66:7, 66:14,
66:19, 67:22,
68:6, 69:3,
69:11, 71:9,
72:2, 74:18,
75:4, 75:9,
75:16, 75:20,
75:25, 76:9,
76:12, 77:7,
79:24, 81:21,
82:4, 82:11,
83:7
thinking
74:22
thorough
39:12
thought
10:8, 41:13,
41:23, 61:16,
62:17, 63:14,
63:20
three
9:2, 9:4, 9:22,
10:2, 10:24,
48:12, 86:23
through
8:24, 16:6,
16:23, 17:22,
20:16, 40:20,
42:4, 52:6,
53:18, 68:22,
71:15, 78:23,
78:24, 80:15,
80:16, 80:20,
81:11
tightly
70:19
time
9:2, 9:21,
12:18, 13:2,
13:3, 13:14,
15:9, 17:18,
21:6, 31:24,

35:19, 40:3,
41:6, 41:20,
43:18, 44:18,
45:2, 46:25,
47:2, 47:8,
47:10, 47:20,
48:6, 48:12,
48:16, 48:17,
48:18, 48:19,
48:20, 48:23,
51:21, 54:15,
58:3, 60:4,
61:21, 65:16,
67:8, 72:13,
72:18, 75:6,
76:3, 76:21,
84:10, 85:21,
85:24, 87:18,
89:6
times
8:23, 9:1,
47:22, 48:12,
57:14, 59:10,
72:6
tip
41:10, 41:11,
42:7, 84:7
tips
83:12
titled
5:15, 5:19,
13:24
today
6:17, 7:4, 9:5,
9:19, 11:12,
15:12, 26:23,
35:23, 37:16,
43:6, 82:11
today's
11:14
told
39:23, 63:8
took
11:17, 25:3,
56:3, 56:11,
66:4, 66:10,
66:14, 66:15,
66:17, 67:18,

67:22, 68:24,
78:5, 78:11,
78:13, 78:21,
79:1, 80:14,
81:11
top
12:1, 43:2,
43:23, 70:14,
70:21
topics
39:21
total
9:2, 11:22,
12:12, 44:21,
50:20, 69:21
touch
71:23
towards
65:20
town
34:20
towns
34:10, 34:12
toxicity
84:24, 86:11
toxicologists
32:10
tractor
42:17, 51:10,
51:11, 51:13,
53:1, 67:20,
67:21, 68:2,
68:13, 68:15,
68:16
tractor-mounted
42:13
tractor-pull
42:13
tractors
51:12, 51:15
train
22:17
training
41:3, 42:5
transcribed
89:10
transcript
16:14, 89:11,

89:13, 89:14
**transcription**
88:6
**transcripts**
15:14, 15:16,
16:7, 16:18,
16:23, 16:24,
83:1
**transgenic**
38:24
**travel**
64:23
**traveled**
64:25
**travis**
31:24
**treat**
57:15
**treated**
68:10, 74:4
**treating**
41:22
**treatment**
42:19, 47:21,
62:16
**trees**
62:12
**trial**
6:16, 7:9,
8:24, 22:4,
84:24, 85:22,
86:2, 87:10
**tried**
32:3
**trip**
64:14, 64:16,
65:2, 65:4, 65:5
**true**
48:25, 88:5,
89:14
**truthfully**
7:1
**turn**
15:25, 17:15,
17:17, 20:14,
20:21, 36:2,
36:11
**turning**
14:16

**tv**
8:7
**two**
9:9, 42:12,
45:23, 48:17,
51:19, 58:2,
66:8, 79:17,
86:23
**type**
38:8, 38:15,
39:2, 42:10,
42:12, 47:6,
62:7, 62:19,
87:1

---

### U

**uc**
8:12, 8:15,
24:10, 26:1,
26:6, 26:7,
26:19, 27:1,
29:12
**under**
36:14, 36:18,
36:22, 89:10
**understand**
6:20, 7:3, 7:7,
10:4, 10:9,
15:9, 33:17,
45:5, 50:6, 72:9
**understanding**
13:16, 22:2,
25:19, 28:21,
28:25, 29:16,
44:15
**understood**
6:25
**unit**
62:23
**united**
34:8, 63:6
**university**
22:16, 24:11,
24:14, 24:24,
25:17, 27:6,
29:6, 29:9,
29:10, 29:14,
32:22, 32:23

**unless**
20:12, 61:19,
63:17
**unlike**
75:2
**unlikely**
50:21
**unnecessary**
60:13, 60:16
**until**
41:8, 61:19
**unusual**
76:24
**upper**
71:4
**use**
15:7, 19:9,
22:22, 23:6,
24:15, 24:17,
24:18, 24:19,
24:20, 24:21,
28:10, 30:7,
33:10, 33:15,
34:1, 34:8,
35:16, 38:7,
38:12, 38:17,
39:3, 39:8,
42:7, 42:14,
42:18, 43:19,
49:12, 61:19,
61:20, 61:21,
61:23, 62:1,
62:24, 68:8,
69:10, 70:2,
75:14, 75:16,
82:7, 83:12,
84:6, 84:7,
86:16, 86:24
**uses**
39:9
**using**
23:5, 34:17,
41:6, 41:7,
41:9, 41:12,
42:8, 42:16,
46:23, 47:3,
52:19, 59:6,
61:17, 61:18,

62:2, 62:17,
62:22, 62:23,
63:15, 63:16,
76:3, 76:8, 89:9
**usually**
51:9, 57:8,
57:20, 60:3,
63:19, 70:8,
71:5, 75:14

---

### V

**vague**
50:5, 71:25
**vaguely**
21:13
**validity**
79:5
**value**
56:10
**vegetation**
24:19, 79:18
**vehicle**
65:19, 66:5,
66:7, 66:8,
66:10, 66:24,
67:1, 67:21,
68:1, 77:25,
78:3, 80:24,
81:9
**versus**
13:25, 19:16
**vicious**
81:3
**virginia**
3:9
**visit**
41:11, 54:24,
55:18, 68:24,
78:18
**visited**
78:14, 80:7
**vitae**
5:13, 8:10
**voice**
26:14, 30:22
**volume**
42:6
**vote**
34:21

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                                    51

vs
1:6, 2:6

W

wade
1:4, 2:4, 5:17,
6:17, 7:9, 9:12,
11:4, 12:2,
12:6, 12:11,
12:22, 13:4,
13:10, 13:25,
14:4, 14:22,
15:17, 36:10,
40:5, 40:6,
40:14, 53:23,
65:7, 65:14,
77:10, 78:15,
79:4, 80:1,
81:20, 81:24,
82:3, 82:10,
82:23, 83:2
wade's
65:10, 79:6
walk
52:6, 53:18,
77:25, 78:3,
78:5, 78:23,
78:24, 78:25,
79:14, 80:15,
80:16, 80:18,
80:20, 81:4,
81:11
walked
81:14, 81:16
wand
58:18, 76:8,
82:8
want
28:22, 40:12,
40:20, 67:15
wants
28:18
warming
38:22
warning
22:6, 86:9
warnings
50:11

wash
70:17, 73:2,
73:17
washed
70:25, 74:13
washington
3:20
water
37:23, 71:12,
71:17, 71:19
way
23:12, 42:1,
58:15, 62:4,
63:21, 64:4,
67:5, 68:2,
72:9, 84:6
we'll
21:7, 36:3
we're
55:15, 55:16,
74:4, 87:13
we've
55:3
wear
45:14, 45:21
weather
48:3, 48:13,
69:11, 75:14,
79:19
weathermax
41:6, 43:12,
46:20, 69:11
weed
8:16, 8:17,
19:17, 19:19,
28:11, 28:20,
28:23, 28:24,
30:12, 30:15,
30:16, 30:17,
30:18, 30:25,
31:11, 31:18,
31:23, 31:25,
32:7, 33:24,
34:25, 37:7,
37:25, 43:13,
43:14, 57:7,
57:20, 59:4,
59:12, 59:13,

59:16, 59:22,
59:23, 60:2,
60:3, 60:6,
60:9, 78:12,
86:16
weeds
19:10, 24:21,
37:21, 46:16,
52:5, 52:16,
52:17, 52:21,
57:15, 57:20,
58:18, 59:24,
59:25, 60:4,
60:5, 60:18,
63:2, 76:9,
79:2, 79:14,
79:21, 80:18,
82:9
week
59:7, 59:9,
59:11, 59:14,
60:1
weeks
79:17
weight
86:16
went
30:13, 42:4,
51:23, 52:3,
52:15, 53:3,
65:7, 67:5,
67:6, 72:17,
77:17, 77:18,
77:20, 78:21,
79:8, 80:17
western
8:18
whatever
78:16, 87:20
whereof
89:19
whether
14:8, 22:5,
47:12, 47:23,
58:12, 58:18,
65:24, 66:4,
81:19
whole
11:24, 12:13

wide
42:15
wife
11:20, 61:9
william
82:23
wind
38:22
windy
75:14
winston
9:12, 9:14,
9:16
withdrawn
35:1, 35:4,
35:6, 35:7,
35:14, 35:15
within
67:12, 73:15,
73:20, 83:4
without
28:19, 31:7,
41:22, 47:2,
47:10, 48:17,
49:1, 49:5,
49:9, 51:13
witness
5:2, 10:5,
21:6, 25:9,
27:10, 28:5,
28:18, 29:6,
29:22, 34:17,
35:10, 35:18,
43:1, 43:10,
44:23, 45:5,
49:8, 49:20,
50:6, 50:23,
54:11, 55:7,
56:9, 59:20,
60:15, 69:23,
72:1, 72:8,
72:16, 73:8,
73:13, 73:23,
74:3, 76:21,
83:7, 84:1,
89:19
witnesses
89:7

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019                              52

**woodby**
9:11, 9:15,
9:16
**wore**
45:11
**work**
12:22, 12:25,
13:14, 22:15,
22:18, 24:10,
26:20, 28:11,
54:14, 58:3,
58:20, 76:21,
76:22
**worked**
22:12, 22:14,
26:24
**working**
54:16, 59:23,
76:17
**works**
26:19
**world**
39:1
**worry**
61:25
**write**
13:7
**writing**
29:19, 29:22
**written**
11:9, 13:5,
32:15, 32:21,
33:13, 33:18
**wrong**
31:24, 44:1,
64:19

**Y**

**yard**
67:24
**yeah**
7:13, 7:23,
8:2, 12:17,
14:18, 17:4,
17:15, 30:23,
33:18, 35:2,
36:18, 36:20,
36:25, 46:11,

54:1, 54:5,
55:9, 77:5,
77:11, 86:23,
87:20
**year**
10:13, 10:16,
14:9, 14:12,
25:3, 48:11,
48:25, 49:1,
57:14, 58:4,
59:10
**years**
48:22, 49:5,
49:9, 59:8,
59:23, 76:17
**yield**
52:23
**young**
69:25, 70:2,
71:7, 72:22,
76:4

**$**

**$350**
13:16

**0**

**00370**
1:6, 2:6

**1**

**10**
17:17, 17:22,
55:11, 62:12,
67:9, 67:12
**10,000**
61:7
**108**
3:8
**11**
2:19, 17:22,
84:19, 87:22
**12**
70:9, 70:10,
84:19
**120**
79:20
**13**
1:18, 2:19, 6:1

**1350**
3:19
**14**
30:6
**140**
35:6
**15**
69:24, 84:19
**151**
20:21, 20:23
**16**
55:11
**166**
17:17, 17:22
**1722**
1:6, 2:6
**176**
17:22
**1800**
4:15
**19**
2:19, 87:22

**2**

**2,4**
19:6, 19:15,
46:17
**20**
2:19, 41:12,
62:12
**200**
42:14
**20005**
3:20
**2012**
47:15
**2013**
41:8, 44:2,
44:3, 44:14,
44:16
**2015**
8:21
**2017**
12:17
**2018**
13:1
**2019**
1:18, 2:19,

6:1, 10:21,
13:1, 25:14,
27:16, 28:16,
30:7, 32:24,
33:2, 64:13,
64:22, 65:9,
68:24, 69:5,
89:21
**202**
3:21
**21**
89:21
**213**
4:9
**22**
64:13, 64:22,
65:9, 65:12,
68:24, 69:5
**22960**
3:9
**23**
65:14
**24**
55:11, 70:20
**243**
4:9
**25**
10:15
**27**
61:15
**277416**
1:25
**28**
42:15

**3**

**30**
41:12, 67:9,
76:17
**314**
4:17
**342**
4:17

**4**

**40**
59:23
**4177**
4:9

Transcript of Kassim Al-Khatib, Ph.D.
Conducted on December 13, 2019

53

**4224**
3:10
**44**
4:7
**46**
16:4, 16:9,
16:17, 17:7
**47**
57:14, 59:10
**48**
73:15, 73:20

**5**

**50**
16:9, 86:10,
86:12, 86:13
**540**
3:10
**57**
61:15
**58**
2:18, 6:2
**5800**
3:21

**6**

**600**
75:15
**61**
16:6, 16:10,
16:11, 16:18,
17:7
**63105**
4:16
**65**
24:4
**672**
3:10

**7**

**70**
12:3, 12:5,
12:11
**7700**
4:15
**777**
4:7
**79**
20:16, 20:17

**7th**
64:19

**8**

**8**
2:18, 6:2
**8005**
4:17
**84**
5:6
**85**
5:5
**86**
20:16, 20:17
**87**
5:6
**89**
1:27
**898**
3:21

**9**

**90**
12:3, 12:5,
12:11
**90017**
4:8
**926**
2:17
**9795**
1:24, 2:20,
89:24