**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Allen Boatright v. Monsanto Company,*<br>Case No. 3:21-cv-00675-VC | |

## **BAYER CORPORATON'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bayer Corporation makes the following disclosures:

1. Bayer Corporation is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  April 30, 2021.              Respectfully submitted,

                                                       SHOOK, HARDY & BACON L.L.P.

                                                       BY: */s/ Jennise W. Stubbs*
                                                            Jennise W. Stubbs
                                                            600 Travis Street, Suite 3400
                                                            Houston, TX 77002-2926
                                                            Telephone:  (713) 227-8008
                                                            Facsimile:   (713) 227-9508
                                                            Email:         jstubbs@shb.com

                                                       *Attorneys for Defendant*
                                                       *MONSANTO COMPANY*

- 1 -

# CERTIFICATE OF SERVICE

I certify that on the 30th day of April, 2021, I electronically transmitted the foregoing **BAYER CORPORATION'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                                      */s/Jennise W. Stubbs*
                                                      Jennise W. Stubbs