UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | * * * * | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This Document Relates to: | * * * | SUPPLEMENTAL DECLARATION OF GERSON H. SMOGER, J.D., Ph.D., IN SUPPORT OF |
| *Ramirez, et al.* | * * | |
| Plaintiff(s), | * * * | OBJECTOR'S SUR-REPLY IN OPPOSITION TO PRELIMINARY APPROVAL OF |
| v. | * * | PROPOSED CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS |
| *Monsanto Co.,* | * * * | AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. DIV. P. 23(e), SCHEDULING OF |
| Defendant(s). | * * * | FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY |
| Case No. 3:19-cv-02224 | * * * | SETTLEMENT CLASS MEMBERS<br><br>Judge Vince Chhabria |
| | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Gerson H. Smoger, J.D., Ph.D., declare as follows:

1. I have personal knowledge concerning the matters addressed herein and submit this declaration in support of Objector's Sur-Reply in Opposition. If called as a witness, I could and would testify competently to the facts and opinions set forth in this declaration.

2. Attached to this Declaration are materials referred to in Objector Sloviter's Sur-reply.

Declaration of Gerson H. Smoger, J.D., Ph.D.
Case No. 3:16-md-02741-CV; Page 1 of 2

They begin with Exhibit "D" in order to avoid confusion with the Exhibits that were attached to my first Declaration. That Declaration was filed along with Brief in Opposition to Motion for Preliminary Approval by Objecting Class Member Melinda Sloviter and Motion to Strike the Declaration of Amit R. Mehta, M.D. (Dkt. 12682) and included the following Exhibits: Exhibit A: Declaration of Gerson H. Smoger; Exhibit A1: Pilliod Exhibit List; Exhibit A2: MONGLY03400272 - MONGLY03400273; Exhibit A3: MONGLY03316369 - MONGLY03316371; Exhibit A4: MONGLY02078597 – MONGLY02078599; Exhibit B: Declaration of Stephen Herman; and Exhibit C: Declaration of George C. Rodgers, M.D., Ph.D.

3. Attached Exhibit D are three articles referenced by Dr. Michael L. Grossbard in his Affidavit in Support of Motion for Preliminary Approval (Dkt. 12511), which are referenced at footnote 3 of Objector Sloviter's Sur-reply:

> a. Article 16 in Dr. Grossbard's list: Chiu et al., "Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma."
>
> b. Article 49 in Dr. Grossbard's list: McDuffie et al., "Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health."
>
> c. Article 75 in Dr. Grossbard's list: Zahm et al., "The Role of Agricultural Pesticide Use in the Development of Non-Hodgkin's Lymphoma in Women."

4. Attached Exhibit E is a true and correct copy of the Declaration of Ron D. Schiff, M.D., Ph.D. along with Dr. Schiff's curriculum vitae.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _____

Printed Name: Gerson H. Smoger J.D., Ph.D.

Date: May 3, 2021

Declaration of Gerson H. Smoger, J.D., Ph.D.
Case No. 3:16-md-02741-CV; Page 2 of 2