# EXHIBIT D

# Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma

Brian C-H Chiu,[1,2] Dennis D. Weisenburger,[3] Shelia Hoar Zahm,[4] Kenneth P. Cantor,[4] Susan M. Gapstur,[1,2] Frederick Holmes,[5] Leon F. Burmeister,[6] and Aaron Blair[4]

[1]Department of Preventive Medicine and [2]The Robert H. Lurie Comprehensive Cancer Center, Northwestern University Medical School, Chicago, IL; [3]Department of Pathology and Microbiology, University of Nebraska Medical Center, Omaha, NE; [4]Division of Cancer Epidemiology and Genetics, National Cancer Institute, NIH, DHHS, Bethesda, MD; [5]Department of Internal Medicine, University of Kansas Medical Center, Kansas City, KS; and [6]Department of Biostatistics, University of Iowa, Iowa City, IA

## Abstract

To investigate whether the association between agricultural pesticide use and the risk of non-Hodgkin's lymphoma (NHL) is modified by a family history of hematopoietic cancer, including leukemia, myeloma, and lymphoma, we analyzed pooled data on white men from three population-based, case-control studies of NHL conducted in Iowa/Minnesota, Kansas, and Nebraska. Information on the agricultural use of insecticides, fungicides, and herbicides; a family history of cancer; and other risk factors was obtained by interviewing 973 cases and 2,853 controls or, if deceased, their next-of-kin (37% of cases, 43% of controls). The NHL risk was estimated by odds ratios (ORs) and 95% confidence intervals (CIs), adjusted for age, state of residence, type of respondent, and use of hair dye. Compared to men with no family history of cancer, the ORs (95% CIs) of NHL was 1.5 (1.3–1.8) for men with a family history of nonhematopoietic cancer, and 2.7 (1.9–3.7) for those with a history of hematopoietic cancer among first-degree relatives. This positive association was noted for each group of NHL defined according to the Working Formulation, and was most pronounced for small lymphocytic NHL. Among direct respondents, farmers who used pesticides and had a positive family history of cancer or hematopoietic cancer were not at elevated risk of NHL, compared to nonfarmers who had no family cancer history. However, among proxy respondents, ORs were elevated for farmers who had a positive family history of hematopoietic cancer and used animal insecticides (OR = 4.6; 1.9–11.2), crop insecticides (OR = 4.7; 1.6–13.4), or herbicides (OR = 4.9; 1.7–14.2), although the interaction of family history of cancer and agricultural pesticide use was not statistically significant. In summary, the joint effects of the family cancer history and pesticide use were limited to proxy respondents with wide CIs and, thus, provide little evidence that a family history of cancer modifies the association of agricultural exposures with NHL. (Cancer Epidemiol Biomarkers Prev 2004;13(4):525–531)

## Introduction

Non-Hodgkin's lymphoma (NHL) is a cancer of the immune system. Except for primary immunodeficiency disorders (1) or acquired immune alterations (2), there are few well-established risk factors for NHL. A family history of NHL or hematopoietic cancer, including leukemia, multiple myeloma, and lymphoma in close relatives has been consistently associated with a 2- to 3-fold higher risk of NHL (3–6). In addition, agricultural pesticide use has been linked with NHL in several studies (7–13), but not all (14–16). Because families from families with recurrent hematopoietic cancer might inherit genetic features that increase their susceptibility to NHL, the impact of environmental or other potential cancer-causing agents on the risk of NHL may differ among individuals with and without a family history of hematopoietic cancer. An evaluation of the separate and combined effects of family cancer history and agricultural pesticide use may provide insights regarding NHL etiology.

To date, few epidemiological studies have assessed the association of NHL with agricultural exposures by family history of cancer (3, 10, 17). Zhu et al. (17) found that chlorinated hydrocarbon pesticides were associated with a higher risk of NHL among subjects with a family history of hematopoietic cancer, but not among those without a family history. Linet and Pottern (3) observed a significant excess of NHL in subjects who had both a family history of hematopoietic cancer and occupational exposure to gasoline or benzene, when compared to nonexposed individuals without a positive family history. The risk was lower, although still significantly elevated, among individuals with a positive family history but no work exposure to these substances. Zahm et al. (10) reported that pesticide-related risks for NHL were greater among women with a family history of cancer, particularly a history of hematopoietic cancer among first-degree relatives. These findings suggest a role for genetic susceptibility in the association of agricultural exposures with NHL.

Received 9/5/03; revised 10/22/03; accepted 12/4/03.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked advertisement in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Requests for reprints: Brian C-H Chiu, Department of Preventive Medicine, Feinberg School of Medicine, Northwestern University, 680 North Lake Shore Drive, Suite 1102, Chicago, IL 60611-4402. Phone: (312) 503-4672; Fax: (312) 908-9588. E-mail: bchiu@northwestern.edu

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2004 American Association for Cancer Research.

To further address the independent and joint contributions of family history and agricultural pesticide use to the risk of NHL, we analyzed pooled data from three population-based, case-control studies conducted in four Midwestern states, which included 973 cases and 2853 controls.

## Materials and Methods

**Study Population.** Data from three population-based, case-control studies of NHL conducted in Iowa/Minnesota (18), Kansas (9), and Nebraska (10, 11) during the 1980s were pooled for this analysis. We evaluated NHL among white men because few women in the Nebraska study (the only investigation to include women) reported agricultural use of pesticides.

In the Iowa/Minnesota study, all newly diagnosed cases of NHL among white men, age 30 years or older, were identified from records of the State Health Registry of Iowa and a special surveillance of Minnesota hospital and pathology laboratory records ($n = 780$). The diagnostic period for eligibility was between March 1981 and October 1983 in Iowa, and between October 1980 and September 1982 in Minnesota. In Minnesota, cases who resided in the cities of Minneapolis, St. Paul, Duluth, or Rochester at the time of diagnosis were excluded because the original study focused on agricultural exposures. In Kansas, all cases of NHL among white men, age 21 years or older, diagnosed between 1979 and 1981, were identified through the University of Kansas Cancer Data Service, a statewide tumor registry. A sample of 200 men was randomly selected from the 297 NHL cases diagnosed during the eligible time period. In the Nebraska study, all cases of NHL diagnosed between July 1983 and June 1986 among white subjects age 21 years or older and living in one of the 66 counties of eastern Nebraska were identified through the Nebraska Lymphoma Study Group and area hospitals ($n = 227$). In the three studies, study pathologists reviewed the tumor slides for all patients and classified the NHL according to the Working Formulation (19). The pathology reviews were done in each study before pooling the data. Only histologically confirmed cases were included in this analysis.

Controls without hematopoietic cancer were randomly selected from the same geographical area as the cases with frequency matching by age (5-year age groups), sex, race, state of residence, and vital status at the time of interview using a 2:1 matching ratio in Iowa and Minnesota, and approximately 4:1 in Kansas and Nebraska. Controls for living cases under 65 years of age were randomly selected by two-stage, random digit dialing, as described by Waksberg (20). For living cases 65 years or older, the controls were a simple random sample from the records of the Health Care Financing Administration (Medicare). Controls for deceased cases were selected from death records in each state and matched to the cases by age, sex, race, and year of death. A total of 3379 controls (Iowa and Minnesota, 1543; Kansas, 1005; and Nebraska, 831) were identified.

In Iowa/Minnesota, 694 of 780 presumptive NHL cases were interviewed (89%). After pathology review of the interviewed cases, 622 were confirmed as NHL.

Interviews also were obtained from 1245 controls (81%) in Iowa/Minnesota. In Kansas, 170 cases and 948 controls were interviewed, yielding interview response rates of 96% and 94%, respectively. In Nebraska, 201 cases and 725 controls were interviewed, yielding interview response rates of 91% and 87%, respectively. After accounting for the household census response rate, the overall response rates for controls were 78% in Iowa and Minnesota, 90% in Kansas, and 85% in Nebraska. Combining the three studies, interviews were obtained from 993 eligible male cases and 2918 male controls. Individuals lacking information regarding living or working on a farm were excluded from this report. In addition, subjects who did not provide information on date of birth or a family history of cancer were excluded from the pooled data set, leaving a total of 973 cases and 2853 controls eligible for the pooled analysis.

**Data Collection.** Interviews were conducted directly with the subjects, or with their next-of-kin if the subjects were deceased or incapacitated. The interviews were conducted by telephone in Kansas and Nebraska, and in person in Iowa and Minnesota. In Iowa, Minnesota, and Nebraska, subjects were asked whether they had used or personally handled specific pesticides; whether the pesticides were used on crops, animals, or both; the year of first use and last use; and the year of use for specific pesticides. In Kansas, however, duration and intensity measures were obtained for insecticides as a group and herbicides as a group, but not for individual pesticides. The specific chemicals used were reported in an open-ended question at the end of each section. Thus, for the Kansas data, the years and frequency of use refer to the broad categories, not specific chemicals.

Participants were also asked to provide a family history of cancer among blood relatives, including the types of cancer. Each of the three studies also collected detailed information on demographic characteristics and tobacco use. However, not all studies collected the same information on hair dye use, alcohol use, occupational exposures, and medical conditions.

**Data Analysis.** Subjects who had never lived or worked on a farm as an adult were defined as non-farmers, and were used as the reference population. Our analyses for the associations of family history of cancer used only data on the parents, brothers, sisters, and children (first-degree relatives) because of the low reliability of data on second-degree relatives (21). The presence of hematopoietic cancer in at least one first-degree relative was considered a positive family history of hematopoietic cancer. A family history of cancer was defined as having cancers other than hematopoietic cancer among first-degree relatives. We used hematopoietic cancer rather than NHL as the definition of a positive family history because: (*a*) hematopoietic stem cells are the common cell of origin for a variety of hematological cancers including NHL; (*b*) both hematological cancers and NHL may share common risk factors; and (*c*) respondents may not be able to distinguish between the various types of hematopoietic cancer when they report a family history of NHL or other hematological cancers.

The maximum likelihood estimate of the odds ratio (OR) (22) and the 95% confidence interval (CI) were used

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2004 American Association for Cancer Research.

as the measure of association between exposure categories and risk of NHL. Analyses were also conducted for four histological groups according to the Working Formulation (19): follicular NHL (Working Formulation categories B−D), diffuse large cell NHL (Working Formulation categories G and H), small lymphocytic NHL (Working Formulation category A), and other NHL (Working Formulation categories E, F, I, J, and miscellaneous). Multiple logistic regression analysis was used to adjust for the potential confounding effects of age (20−44, 45−64, 65−74, ≥75 years), state of residence (Iowa/Minnesota, Kansas, and Nebraska), type of respondent (direct or proxy interview), and use of hair dye (yes, no, missing). Selection of potential confounders was based on biological importance, statistical significance, and the availability of data for all three study sites, except hair dye use where a category was created to include missing data from the Kansas study. Due to high collinearity among pesticide groups, we did not mutually adjust for these exposures in our analyses. Information on HIV infection was not available. However, it seems unlikely that HIV infection was a significant confounder or risk factor for NHL in the present study, given the time period (i.e., early to mid-1980s), location (i.e., four Midwestern states where HIV infection and AIDS were not common), and age of the participants (i.e., 86% of the cases and 81% of the controls were older than 50 years of age).

To evaluate possible effect modification of the pesticide-NHL association by a family history of cancer, cases and controls were classified by both family cancer history and agricultural pesticide use, and ORs were calculated for a positive family history, with or without pesticide use, and for a negative family history with pesticide use,

each category being compared with the absence of both. Interaction was tested by a likelihood ratio test comparing the model with interaction terms and a model containing only the main effects. Analyses were conducted using SAS (SAS Institute, Cary, NC) software programs. The reported P values are two-sided.

## Results

Characteristics of study subjects and possible risk factors for NHL are shown in Table 1. There were 973 cases and 2853 controls in the combined study. The number of subjects by state of residence was 607 cases and 1213 controls for Iowa and Minnesota; 166 cases and 927 controls for Kansas; and 200 cases and 713 controls for Nebraska. The proportion of proxy interviews was comparable between case and control groups within each study site. The age distributions of cases and controls were similar, except in Kansas where a higher proportion of controls in the youngest group was noted. Cases and controls were also similar with respect to education, marital status, and tobacco use. However, in comparison with the controls, cases were more likely to have used hair dye (Iowa/Minnesota), lived or worked on a farm (Kansas), and more likely to have first-degree relatives with cancer or hematopoietic cancer (all three studies).

Table 2 shows multivariable-adjusted ORs for NHL associated with a family history of cancer and agricultural pesticide use according to respondent status. There was about a 1.5-fold risk of NHL for men with a family history of any cancer other than hematopoietic cancer and almost a 3-fold risk of NHL for those with a history

**Table 1.  Characteristics of NHL case and control subjects[a]**

| | Iowa and Minnesota | | | | Kansas | | | | Nebraska | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cases | | Controls | | Cases | | Controls | | Cases | | Controls | |
| | n | (%) | n | (%) | n | (%) | n | (%) | n | (%) | n | (%) |
| Total subjects | 607 | | 1213 | | 166 | | 927 | | 200 | | 713 | |
| Respondent status | | | | | | | | | | | | |
| Self | 425 | (70.0) | 812 | (66.9) | 78 | (47.0) | 450 | (48.5) | 111 | (55.5) | 355 | (49.8) |
| Proxy | 182 | (30.0) | 401 | (33.1) | 88 | (53.0) | 477 | (51.5) | 89 | (44.5) | 358 | (50.2) |
| Age (yrs) | | | | | | | | | | | | |
| 20−44 | 56 | (9.2) | 86 | (7.1) | 18 | (10.8) | 229 | (24.7) | 17 | (8.5) | 68 | (9.5) |
| 45−64 | 204 | (33.6) | 373 | (30.8) | 50 | (30.1) | 230 | (24.8) | 56 | (28.0) | 193 | (27.1) |
| 65−74 | 157 | (25.9) | 347 | (28.6) | 47 | (28.3) | 205 | (22.1) | 59 | (29.5) | 194 | (27.2) |
| ≥75 | 190 | (31.3) | 407 | (33.6) | 51 | (30.7) | 263 | (28.3) | 68 | (34.0) | 258 | (36.2) |
| Smoking | | | | | | | | | | | | |
| No | 114 | (18.8) | 282 | (23.3) | 50 | (30.1) | 216 | (23.3) | 73 | (36.5) | 182 | (25.5) |
| Yes | 492 | (81.2) | 931 | (76.8) | 116 | (69.9) | 710 | (76.7) | 127 | (63.5) | 531 | (74.5) |
| Used hair dye | | | | | | | | | | | | |
| Never | 558 | (91.9) | 1157 | (95.3) | NA[b] | | NA | | 186 | (93.0) | 657 | (92.2) |
| Ever | 47 | (7.7) | 49 | (4.0) | | | | | 14 | (7.0) | 55 | (7.7) |
| Family history of cancer | | | | | | | | | | | | |
| No | 274 | (45.1) | 649 | (53.5) | 59 | (35.5) | 532 | (57.4) | 104 | (52.0) | 460 | (64.5) |
| Nonhematopoietic cancer | 285 | (47.0) | 513 | (42.3) | 104 | (62.6) | 391 | (42.2) | 68 | (34.0) | 211 | (29.6) |
| Hematopoietic cancer | 48 | (7.9) | 51 | (4.2) | 3 | (1.8) | 4 | (0.4) | 28 | (14.0) | 42 | (5.9) |
| Farming | | | | | | | | | | | | |
| Nonfarmer | 150 | (24.7) | 305 | (25.1) | 37 | (22.3) | 279 | (30.1) | 54 | (27.0) | 181 | (25.4) |
| Farmer | 457 | (75.3) | 908 | (74.9) | 129 | (77.7) | 648 | (69.9) | 146 | (73.0) | 532 | (74.6) |

[a] The percentages do not always sum to 100 because of missing data.
[b] NA = not applicable.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2004 American Association for Cancer Research.

**Table 2. Risk of NHL associated with family cancer history and agricultural exposure to pesticides among male farmers according to respondent status**

| | Direct interviews | | | | Proxy interviews | | | | All subjects | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cases | Controls | OR[a] | (95% CI)[b] | Cases | Controls | OR | (95% CI) | OR | (95% CI) |
| Family cancer history | | | | | | | | | | |
| No | 283 | 976 | 1.0 | referent | 154 | 665 | 1.0 | referent | 1.0 | referent |
| Nonhematopoietic cancer | 279 | 583 | 1.6 | (1.3–1.9) | 178 | 532 | 1.5 | (1.1–1.9) | 1.5 | (1.3–1.8) |
| Hematopoietic cancer | 52 | 58 | 2.7 | (1.8–4.0) | 27 | 39 | 2.6 | (1.5–4.5) | 2.7 | (1.9–3.7) |
| Agricultural exposures | | | | | | | | | | |
| Nonfarmers | 164 | 437 | 1.0 | referent | 77 | 328 | 1.0 | referent | 1.0 | referent |
| Animal insecticides | | | | | | | | | | |
| Farmers (no use) | 101 | 355 | 0.9 | (0.7–1.3) | 88 | 361 | 1.3 | (0.9–1.9) | 1.1 | (0.8–1.4) |
| Farmers (used) | 273 | 650 | 1.0 | (0.8–1.3) | 123 | 357 | 1.3 | (0.9–1.8) | 1.1 | (0.9–1.3) |
| Crop insecticides | | | | | | | | | | |
| Farmers (no use) | 187 | 576 | 0.9 | (0.7–1.2) | 112 | 453 | 1.2 | (0.8–1.6) | 1.0 | (0.8–1.2) |
| Farmers (used) | 178 | 410 | 1.1 | (0.8–1.4) | 84 | 215 | 1.6 | (1.1–2.3) | 1.2 | (1.0–1.5) |
| Fungicides | | | | | | | | | | |
| Farmers (no use) | 307 | 859 | 0.9 | (0.7–1.2) | 172 | 618 | 1.2 | (0.9–1.7) | 1.0 | (0.8–1.2) |
| Farmers (used) | 57 | 135 | 1.0 | (0.9–1.9) | 20 | 68 | 1.5 | (0.8–2.6) | 1.3 | (1.0–1.8) |
| Herbicides | | | | | | | | | | |
| Farmers (no use) | 170 | 513 | 0.8 | (0.7–1.2) | 103 | 435 | 1.1 | (0.8–1.6) | 1.0 | (0.8–1.2) |
| Farmers (used) | 201 | 482 | 1.0 | (0.8–1.3) | 93 | 248 | 1.6 | (1.1–2.3) | 1.2 | (1.0–1.5) |

[a]OR = odds ratios adjusted for age (20–44, 45–64, 65–74, ≥75 years), state of residence (Iowa/Minnesota, Kansas, Nebraska), type of respondent (direct or proxy interview, all subjects only), and use of hair dye (yes, no, missing).
[b]CI = confidence interval.

of hematopoietic cancer among first-degree relatives. The ORs were similar irrespective of respondent types. In contrast, for agricultural pesticide use, the ORs obtained using proxy data were, in general, larger than using direct data. Among direct respondents, farmers reporting using pesticide groupings of insecticides, fungicides, or herbicides showed no higher risk of NHL than nonfarmers, whereas the ORs for NHL from proxy interviews were elevated among farmers who used insecticides on crops or herbicides.

A family history of cancer among first-degree relatives increased the risk of NHL, regardless of the specific histological types (Table 3). The risk appeared to be somewhat stronger for small lymphocytic NHL (OR = 3.6) than follicular NHL (OR = 2.8), diffuse large cell NHL (OR = 2.8), and other NHLs (OR = 2.6). Agricultural pesticide use was weakly associated with the risk of developing small lymphocytic NHL and other NHL, but not follicular NHL or diffuse large cell NHL. Farmers were at nearly 3-fold higher risk of developing small lymphocytic NHL if they had used fungicides (OR = 2.8; 1.4–5.6). The risks of developing other NHL were approximately 40% higher among farmers who used herbicides or insecticides on crops.

**Table 3. Risk of NHL for family cancer history and agricultural exposure to pesticides by histologic type[a] in Iowa/Minnesota, Kansas, and Eastern Nebraska**

| | Controls | Follicular NHL | | Diffuse large cell NHL | | Small lymphocytic NHL | | Other NHL | |
|---|---|---|---|---|---|---|---|---|---|
| | | Cases | OR (95% CI)[b] | Cases | OR (95% CI) | Cases | OR (95% CI) | Cases | OR (95% CI) |
| Family cancer history | | | | | | | | | |
| No | 1641 | 129 | 1.0 (referent) | 119 | 1.0 (referent) | 41 | 1.0 (referent) | 139 | 1.0 (referent) |
| Nonhematopoietic cancer | 1115 | 127 | 1.6 (1.2–2.1) | 130 | 1.6 (1.2–2.1) | 59 | 2.0 (1.3–3.0) | 138 | 1.4 (1.1–1.8) |
| Hematopoietic cancer | 97 | 23 | 2.8 (1.7–4.6) | 23 | 2.8 (1.7–4.6) | 23 | 3.6 (1.8–7.4) | 22 | 2.6 (1.5–4.2) |
| Agricultural exposures | | | | | | | | | |
| Nonfarmers | 765 | 76 | 1.0 (referent) | 75 | 1.0 (referent) | 21 | 1.0 (referent) | 66 | 1.0 (referent) |
| Animal insecticides | | | | | | | | | |
| Farmers (no use) | 716 | 41 | 0.9 (0.6–1.4) | 62 | 1.0 (0.7–1.4) | 21 | 1.3 (0.7–2.6) | 63 | 1.2 (0.8–1.8) |
| Farmers (used) | 1007 | 115 | 1.0 (0.7–1.4) | 98 | 0.9 (0.6–1.2) | 54 | 1.4 (0.8–2.3) | 124 | 1.3 (0.9–1.8) |
| Crop insecticides | | | | | | | | | |
| Farmers (no use) | 1029 | 76 | 0.9 (0.6–1.3) | 87 | 0.8 (0.6–1.1) | 35 | 1.1 (0.6–1.9) | 100 | 1.2 (0.9–1.7) |
| Farmers (used) | 625 | 73 | 1.0 (0.7–1.5) | 68 | 1.0 (0.7–1.4) | 36 | 1.6 (0.9–2.9) | 79 | 1.4 (1.0–1.9) |
| Fungicides | | | | | | | | | |
| Farmers (no use) | 1477 | 129 | 0.9 (0.7–1.3) | 133 | 0.8 (0.6–1.2) | 56 | 1.2 (0.7–2.0) | 156 | 1.2 (0.9–1.7) |
| Farmers (used) | 203 | 17 | 0.9 (0.5–1.6) | 17 | 0.9 (0.5–1.6) | 16 | 2.8 (1.4–5.6) | 24 | 1.4 (0.9–2.4) |
| Herbicides | | | | | | | | | |
| Farmers (no use) | 948 | 70 | 0.9 (0.6–1.3) | 73 | 0.7 (0.5–1.0) | 38 | 1.3 (0.7–2.3) | 90 | 1.2 (0.8–1.6) |
| Farmers (used) | 730 | 84 | 1.0 (0.7–1.5) | 78 | 1.0 (0.7–1.4) | 35 | 1.4 (0.8–2.5) | 92 | 1.4 (1.0–2.0) |

[a]Histology: Follicular (Working Formulation B–D), diffuse (Working Formulation G–I), small lymphocytic (Working Formulation A), other (Working formulation E, F, J, and miscellaneous).

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2004 American Association for Cancer Research.

We evaluated the joint effects of a family history of cancer and agricultural pesticide use where the reference group was subjects without a family history of cancer who had never farmed (Table 4). Among direct respondents, there was no evidence of synergism between agricultural use of insecticides, fungicides, or herbicides and a family history of cancer. The joint effects were stronger among proxy respondents, especially farmers with hematopoietic cancer among first-degree relatives who also reported the use of insecticides on animals (OR = 4.6; 1.9–11.2) or crops (OR = 4.7; 1.6–13.4), or ever used herbicides (OR = 4.9; 1.7–14.2), when compared with nonfarmers who had no family history of cancer. However, none of the P values for interaction were statistically significant (data not shown). Similarly, the joint effects were stronger for small lymphocytic NHL, especially from proxy respondents, compared to follicular NHL and diffuse large cell NHL (data not shown), but the point estimates lack precision due to very wide CIs.

## Discussion

This pooled analysis of data from three population-based, case-control studies confirms that a family history of cancer, particularly hematopoietic cancer among first-degree relatives, is associated with a higher risk of NHL, regardless of histological type. Our findings are consistent with previous studies (3–5), including reports from some of these data (6). Risks of NHL among farmers who did not use pesticides are similar to the risk for nonfarmers, but farmers who used insecticides on crops, fungicides, or herbicides, had a slight excess risk of NHL, primarily among proxy respondents. Follicular and diffuse large cell NHL was not associated with any category of pesticide use. Small lymphocytic NHL tended to be associated with several of the pesticides groups, especially fungicides. Small excesses were also observed for the category of ''other NHL.'' ORs from joint effects of family history of cancer and agricultural pesticide use tended to be larger than ORs from these factors separately, but the ORs in the joint effect cells for direct respondents were not much different than those among nonfarmers with a family history of cancer. Somewhat larger ORs were observed in the joint effect cell among proxy respondents; it is unclear why proxies should show a stronger relationship than direct interviews. Overall, these data provide little evidence that the risks of NHL associated with the use of insecticides, fungicides, and herbicides differs according to family history of cancer.

It is plausible that NHL might aggregate in families because of inherited defects in immune function or other genetic changes that place carriers at increased risk for the disease (23). Familial aggregation may also relate to a shared environmental exposure among the family members. For example, a case study reported NHL in three genetically unrelated family members living in the same household (24). Another study reported an increased risk of hematopoietic cancer, including NHL, among marital couples (25), and people with prior social contact (26). However, the extent to which familial susceptibility and the effects of environmental agents contribute to lymphomagenesis remains largely unknown.

The few epidemiological studies that assessed the association of agricultural exposures and NHL risk according to a family cancer history among first-degree relatives (3, 17) or among first- and second-degree relatives (10) suggest that individuals with a positive family history may have an increased susceptibility to the effects of agricultural exposures. This hypothesis is consistent with the findings by Alavanja et al. (27) in which several specific pesticides were associated with higher risk of prostate cancer among study subjects with a family history of prostate cancer but not among those with no family history. In the present study, we also found that, among proxy respondents, the risks of NHL associated with use of insecticides and herbicides were greater among farmers with a family history of

**Table 4. Risk of NHL by family history and agricultural exposure to pesticides among male farmers according to respondent type in Iowa/Minnesota, Kansas, and Eastern Nebraska**

| | Direct respondents | | | Proxy respondents | | |
|---|---|---|---|---|---|---|
| | No family history | Nonhematopoietic cancer | Hematopoietic cancer | No family history | Nonhematopoietic cancer | Hematopoietic cancer |
| | OR (95% CI)[a] | OR (95% CI) | OR (95% CI) | OR (95% CI) | OR (95% CI) | OR (95% CI) |
| Nonfarmers | 1.0 (referent) | 1.4 (0.9–2.1) | 2.5 (1.1–5.8) | 1.0 (referent) | 1.5 (0.9–2.5) | 2.0 (0.6–6.7) |
| Animal insecticides | | | | | | |
| Farmers (no use) | 0.9 (0.6–1.4) | 1.4 (0.9–2.1) | 1.8 (0.6–5.0) | 1.2 (0.7–2.0) | 2.1 (1.2–3.4) | 2.9 (0.8–10.3) |
| Farmers (used) | 1.0 (0.7–1.3) | 1.4 (1.0–2.0) | 2.3 (1.3–4.4) | 1.4 (0.9–2.3) | 1.6 (1.0–2.5) | 4.6 (1.9–11.2) |
| Crop insecticides | | | | | | |
| Farmers (no use) | 0.9 (0.6–1.2) | 1.3 (0.9–1.9) | 2.4 (1.2–4.8) | 1.1 (0.7–1.9) | 1.6 (1.0–2.6) | 3.1 (1.2–7.9) |
| Farmers (used) | 1.1 (0.8–1.5) | 1.5 (1.0–2.1) | 1.7 (0.8–3.9) | 1.6 (0.9–2.7) | 2.1 (1.3–3.6) | 4.7 (1.6–13.4) |
| Fungicides | | | | | | |
| Farmers (no use) | 0.9 (0.6–1.2) | 1.3 (1.0–1.8) | 2.1 (1.2–3.8) | 1.3 (0.8–2.0) | 1.6 (1.0–2.5) | 3.5 (1.5–8.4) |
| Farmers (used) | 1.4 (0.8–2.4) | 1.5 (0.9–2.6) | 2.7 (0.7–11.6) | 1.0 (0.4–2.6) | 2.7 (1.2–5.8) | 3.3 (0.5–21.5) |
| Herbicides | | | | | | |
| Farmers (no use) | 0.9 (0.6–1.3) | 1.3 (0.9–1.9) | 1.8 (0.9–3.7) | 1.1 (0.7–1.9) | 1.4 (0.9–2.3) | 3.2 (1.3–7.8) |
| Farmers (used) | 1.0 (0.7–1.4) | 1.5 (1.0–2.1) | 2.7 (1.3–5.9) | 1.5 (0.9–2.6) | 2.2 (1.3–3.6) | 4.9 (1.7–14.2) |

[a]OR adjusted for age (20–44, 45–64, 65–74, ≥75 years), state of residence (Iowa/Minnesota, Kansas, Nebraska), and use of hair dye (yes, no, missing).

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2004 American Association for Cancer Research.

hematopoietic cancer, compared to farmers without a family history. However, this difference was not statistically significant, and this may be due to small sample size.

Evidence from several studies suggests that risks for some risk factors may apply to only certain NHL subtypes (6, 28–30). It is possible that individuals with a positive family history may have an increased susceptibility to the effects of agricultural exposures, but perhaps only for certain subtypes of NHL or for specific pesticides or chemical classes. In the present study, the associations were slightly stronger for small lymphocytic NHL and "other" NHL, as compared to follicular NHL, diffuse large cell NHL, or NHL as a whole group. Moreover, pesticides have diverse chemical and different biological modes of action, and only a few appear to be carcinogenic in bioassays. Thus, grouping pesticides by type (as done in this pooled analysis) may group quite dissimilar chemicals. Consequently, analysis by specific pesticides within the general chemical classes may be more important etiologically (31–34). However, the number of cases with a positive family history and exposure to specific pesticides in most studies, including this one, is too small for precise evaluation of effect modification by family history.

Several lines of evidence suggest that pesticides may be causally related to chromosomal abnormalities or genetic mutations in NHL. Pesticide applicators who are exposed to the fumigant phosphine or who have mixed exposures to other pesticides and phosphine have been found to have a significant increase in chromosomal rearrangements in peripheral blood lymphocytes as compared to control subjects (35). Figgs et al. (36) also reported that the urinary concentration of 2,4-dichlorophenoxyacetic acid, a herbicide that has been associated with NHL, was linked to increased peripheral blood lymphocyte replicative index scores among herbicide applicators. A recent update of data from the Iowa/Minnesota case-control study by Schroeder et al. (37) found that the risk of NHL associated with dieldrin, toxaphene, lindane, atrazine, and fungicides was limited to only cases with the t(14;18) chromosomal translocation, which occurs commonly in follicular lymphoma and a subset of diffuse large B-cell lymphoma (38, 39). They found that a family history of hematopoietic cancer was associated with t(14;18)-negative NHL, but not t(14;18)-positive NHL (40).

Our study has several strengths. The pooled studies provide a relatively large number of subjects with detailed information on pesticide use. The studies included in the pooled analysis had high response rates (89–96% for cases and 77–93% for controls), included only newly diagnosed, histologically confirmed cases of NHL that occurred in defined time periods, randomly selected control subjects representative of the population at large, and collected information on many potential confounding factors.

One limitation of the present study is that self-report of family history was not validated with medical records so they may not be a good surrogate for genetic susceptibility. Self-reporting of cancer in first-degree relatives has been shown to be relatively accurate (41). In a case-control study of 437 NHL cases in Yorkshire, England, the OR was only slightly reduced when the analysis was restricted to confirmed (by medical record)

occurrences of leukemia or lymphoma among relatives (42). Evaluation of possible recall bias among chronic lymphocytic leukemia cases, cancer controls, and non-cancer controls in a case-control study showed little evidence of differential recall regarding a family history among cancer versus non-cancer subjects (43).

Another potential limitation is that cases may differentially report their agricultural pesticide use compared with controls, which may bias the risk estimates. Blair and Zahm (31) evaluated the patterns of pesticide use among farmers classified on an ever/never basis in the Kansas study, one of the study sites in this pooled analysis, and concluded that a differential misclassification is unlikely in this data set. However, our finding of greater ORs among proxy respondents than direct respondents is a concern because proxies cannot provide information on pesticide use as accurately as farmers themselves (44, 45). Proxy respondents have also been found to be more likely to give "don't know" answers (46). It remains possible, however, that the larger ORs among proxies than direct interviews are due to larger risk among deceased farmers who may have had a more aggressive disease (i.e., diffuse large cell NHL). Finally, although we have controlled for the potential effects of geographic differences in the pooled analysis, residual confounding by study sites is possible.

In summary, the present study confirms that a family history of cancer, particularly hematopoietic cancer among first-degree relatives, is associated with an increased risk of NHL, regardless of specific NHL type. Risks of NHL for farmers who did not use pesticides are similar to those of nonfarmers, but farmers who used insecticides on crops, fungicides, or herbicides had a slight excess risk of NHL, which was more apparent among proxy respondents. Analysis of the joint effects of the family cancer history and agricultural pesticide use suggests that the risk of NHL associated with insecticides and herbicides was slightly greater among farmers with a family history of cancer or hematopoietic cancer among first-degree relatives, especially from proxy respondents. However, none of the interactions was statistically significant, and small sample size precludes definite interpretation. Overall, these data provide little evidence that individuals with a positive family history may have an increased susceptibility to the effects of agricultural exposures.

## Acknowledgments

We thank Joe Barker from the Information Management Services, Inc., Silver Spring, MD, and Erin Anderson from the Department of Preventive Medicine at Northwestern University for their technical assistance.

## References

1.  Filipovich AH, Mathur A, Kamat D, Shapiro RS. Primary immunodeficiencies: genetic risk factors for lymphoma. Cancer Res, 1992;52: 5465–7.
2.  Hoover RN. Lymphoma risks in populations with altered immunity—a search for mechanism. Cancer Res, 1992;52:5477–8.
3.  Linet MS, Pottern LM. Familial aggregation of hematopoietic malignancies and risk of non-Hodgkin's lymphoma. Cancer Res, 1992;52S: 5468–73.
4.  Zhu K, Levine RS, Gu Y, et al. Non-Hodgkin's lymphoma and family history of malignant tumors in a case-control study (United States). Cancer Causes Control, 1998;9:77–82.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2004 American Association for Cancer Research.

5. Paltiel O, Schmit T, Adler B, et al. The incidence of lymphoma in first-degree relatives of patients with Hodgkin disease and non-Hodgkin lymphoma: results and limitations of a registry-linked study. Cancer, 2000;88:2357–66.

6. Pottern LM, Linet M, Blair A, et al. Familial cancers associated with subtypes of leukemia and non-Hodgkin's lymphoma. Leuk Res, 1991; 15:305–14.

7. Blair A, Zahm SH. Cancer among farmers. Occup Med, 1991;6:335–54.

8. Hardell L, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer, 1999;85:1353–60.

9. Hoar SK, Blair A, Holmes FF, et al. Agricultural herbicide use and risk of lymphoma and soft tissue sarcoma. JAMA, 1986;256:1141–7.

10. Zahm SH, Weisenburger DD, Saal RC, Vaught JB, Babbitt PA, Blair A. The role of agricultural pesticide use in the development of non-Hodgkin's lymphoma in women. Arch Environ Health, 1993;48: 353–8.

11. Zahm SH, Weisenburger DD, Babbitt PA, et al. A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxy-acetic acid (2,4-D) in eastern Nebraska. Epidemiology, 1990;1: 349–56.

12. Persson B, Fredrikson M. Some risk factors for non-Hodgkin's lymphoma. Int J Occup Med Environ Health, 1999;12:135–42.

13. McDuffie HH, Pahwa P, McLaughlin JR, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomark Prev, 2001;10: 1155–63.

14. Fritschi L, Siemiatycki J. Lymphoma, myeloma and occupation: results of a case-control study. Int J Cancer, 1996;67:498–503.

15. Garabedian MJ, Hoppin JA, Tolbert PE, Herrick RF, Brann EA. Occupational chlorophenol exposure and non-Hodgkin's lymphoma. J Occup Environ Med, 1999;41:267–72.

16. Settimi L, Comba P, Carrieri P, et al. Cancer risk among female agricultural workers: a multi-center case-control study. Am J Ind Med, 1999;36:135–41.

17. Zhu K, Levine RS, Brann EA, et al. Risk factors for non-Hodgkin's lymphoma according to family history of haematolymphoproliferative malignancies. Int J Epidemiol, 2001;30:818–24.

18. Cantor KP, Blair A, Everett G, et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Res, 1992;52:2447–55.

19. National Cancer Institute sponsored study of classifications of non-Hodgkin's lymphomas: summary and description of a working formulation for clinical usage. The Non-Hodgkin's Lymphoma Pathologic Classification Project. Cancer, 1982;49:2112–35.

20. Waksberg J. Sampling methods for random digit dialing. JASA, 1978;73:40–6.

21. Schneider NR, Chaganti SR, German J, Chaganti RS. Familial predisposition to cancer and age at onset of disease in randomly selected cancer patients. Am J Hum Genet, 1983;35:454–67.

22. Breslow NE, Day NE. Statistical methods in cancer research. Vol. 1. The analysis of case-control studies. IARC Sci Publ, 1980;32:84–159.

23. Scherr PA, Mueller NE. Non-Hodgkin's lymphoma. In: Schottenfeld D, Fraumeni J Jr, editors. Cancer epidemiology and prevention. New York: Oxford University Press; 1996. p. 920–45.

24. Israel A, Arlin ZA. Clustering of non-Hodgkin's lymphomas. A case study. Am J Med, 1984;76:549–50.

25. Kim TH, Michel RP, Melnychuk D, Freeman CR. Non-Hodgkin's lymphoma in couples. Cancer, 1982;50:2728–30.

26. Schimpff SC, Schimpff CR, Brager DM, Wiernik PH. Leukaemia and lymphoma patients interlinked by prior social contact. Lancet, 1975; 1:124–9.

27. Alavanja MC, Samanic C, Dosemeci M, et al. Use of agricultural pesticides and prostate cancer risk in the Agricultural Health Study cohort. Am J Epidemiol, 2003;157:800–14.

28. Amadori D, Nanni O, Falcini F, et al. Chronic lymphocytic leukaemias and non-Hodgkin's lymphomas by histological type in farming-animal breeding workers: a population case-control study based on job titles. Occup Environ Med, 1995;52:374–9.

29. Tatham L, Tolbert P, Kjeldsberg C. Occupational risk factors for subgroups of non-Hodgkin's lymphoma. Epidemiology, 1997;8:551–8.

30. Scherr PA, Hutchison GB, Neiman RS. Non-Hodgkin's lymphoma and occupational exposure. Cancer Res, 1992;52:5503–9.

31. Blair A, Zahm SH. Methodologic issues in exposure assessment for case-control studies of cancer and herbicides. Am J Ind Med, 1990;18: 285–93.

32. Baris D, Zahm SH. Epidemiology of lymphomas. Curr Opin Oncol, 2000;12:383–94.

33. Zheng T, Zahm SH, Cantor KP, Weisenburger DD, Zhang Y, Blair A. Agricultural exposure to carbamate pesticides and risk of non-Hodgkin lymphoma. J Occup Environ Med, 2001;43:641–9.

34. Waddell BL, Zahm SH, Baris D, et al. Agricultural use of organophosphate pesticides and the risk of non-Hodgkin's lymphoma among male farmers (United States). Cancer Causes Control, 2001;12:509–17.

35. Garry VF, Danzl TJ, Tarone R, et al. Chromosome rearrangements in fumigant appliers: possible relationship to non-Hodgkin's lymphoma risk. Cancer Epidemiol Biomark Prev, 1992;1:287–91.

36. Figgs LW, Holland NT, Rothman N, et al. Increased lymphocyte replicative index following 2,4-dichlorophenoxyacetic acid herbicide exposure. Cancer Causes Control, 2000;11:373–80.

37. Schroeder JC, Olshan AF, Baric R, et al. Agricultural risk factors for t(14;18) subtypes of non-Hodgkin's lymphoma. Epidemiology, 2001; 12:701–9.

38. Magrath I. Molecular basis of lymphomagenesis. Cancer Res, 1992; 52S:5529–40.

39. Meijerink JP. t(14;18), a journey to eternity. Leukemia, 1997;11: 2175–87.

40. Schroeder JC, Olshan AF, Dent RB, et al. A case-control study of tobacco use and other non-occupational risk factors for t(14;18) subtypes of non-Hodgkin's lymphoma (United States). Cancer Causes Control, 2002;13:159–68.

41. Love RR, Evans AM, Josten DM. The accuracy of patient reports of a family history of cancer. J Chronic Dis, 1985;38:289–93.

42. Cartwright RA, McKinney PA, O'Brien C, et al. Non-Hodgkin's lymphoma: case control epidemiological study in Yorkshire. Leuk Res, 1988;12:81–8.

43. Linet MS, VanNatta ML, Brookmeyer R, et al. Familial cancer history and chronic lymphocytic leukemia, a case-control study. Am J Epidemiol, 1989;130:655–64.

44. Blair A, Kross B, Stewart PA, et al. Comparability of information on pesticide use obtained from farmers and their proxy respondents. J Agric Saf Health, 1995;1:165–76.

45. Boyle CA, Brann EA. Proxy respondents and the validity of occupational and other exposure data. The Selected Cancers Cooperative Study Group. Am J Epidemiol, 1992;136:712–21.

46. Blair A, Zahm SH. Patterns of pesticide use among farmers: implications for epidemiologic research. Epidemiology, 1993;4:55–62.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2004 American Association for Cancer Research.

# Cancer Epidemiology, Biomarkers & Prevention



## Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma

Brian C-H Chiu, Dennis D. Weisenburger, Shelia Hoar Zahm, et al.

*Cancer Epidemiol Biomarkers Prev* 2004;13:525-531.

| | |
|---|---|
| **Updated version** | Access the most recent version of this article at:<br>http://cebp.aacrjournals.org/content/13/4/525 |

| | |
|---|---|
| **Cited articles** | This article cites 44 articles, 4 of which you can access for free at:<br>http://cebp.aacrjournals.org/content/13/4/525.full#ref-list-1 |
| **Citing articles** | This article has been cited by 8 HighWire-hosted articles. Access the articles at:<br>http://cebp.aacrjournals.org/content/13/4/525.full#related-urls |

| | |
|---|---|
| **E-mail alerts** | Sign up to receive free email-alerts related to this article or journal. |
| **Reprints and Subscriptions** | To order reprints of this article or to subscribe to the journal, contact the AACR Publications Department at pubs@aacr.org. |
| **Permissions** | To request permission to re-use all or part of this article, use this link<br>http://cebp.aacrjournals.org/content/13/4/525.<br>Click on "Request Permissions" which will take you to the Copyright Clearance Center's (CCC)<br>Rightslink site. |

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2004 American Association for Cancer Research.

*Vol. 10, 1155–1163, November 2001* **Cancer Epidemiology, Biomarkers & Prevention** *1155*

# Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health[1]

**Helen H. McDuffie,[2] Punam Pahwa, John R. McLaughlin, John J. Spinelli, Shirley Fincham, James A. Dosman, Diane Robson, Leo F. Skinnider, Norman W. Choi[3]**

Centre for Agricultural Medicine, University of Saskatchewan, Saskatoon, Saskatchewan, S7N 0W8 [H. H. M., P. P., J. A. D.]; National Cancer Institute of Canada, Epidemiology Unit, University of Toronto, Toronto, Ontario, M5S 1A8 [J. R. M.]; Centre for Health Evaluation and Outcome Sciences, St. Pauls Hospital, Vancouver, British Columbia, V6Z 1Y6 [J. S.]; Alberta Cancer Board, Division of Epidemiology, Prevention and Screening, Edmonton, Alberta, T6G 1Z2 [S. F.]; Saskatchewan Cancer Agency, Allan Blair Memorial Centre, Regina, Saskatchewan, S4T 7T1 [D. R.]; Department of Pathology, University of Saskatchewan, Saskatoon, Saskatchewan, S7N 0W8 [L. F. S.]; and Manitoba Cancer Treatment and Research Foundation, Winnipeg, Manitoba, R3E 0V9 [N. W. C.], Canada

## Abstract

Our objective in the study was to investigate the putative associations of specific pesticides with non-Hodgkin's Lymphoma [NHL; International Classification of Diseases, version 9 (ICD-9) 200, 202]. We conducted a Canadian multicenter population-based incident, case ($n = 517$)-control ($n = 1506$) study among men in a diversity of occupations using an initial postal questionnaire followed by a telephone interview for those reporting pesticide exposure of 10 h/year or more, and a 15% random sample of the remainder. Adjusted odds ratios (ORs) were computed using conditional logistic regression stratified by the matching variables of age and province of residence, and subsequently adjusted for statistically significant medical variables (history of measles, mumps, cancer, allergy desensitization treatment, and a positive history of cancer in first-degree relatives). We found that among major chemical classes of herbicides, the risk of NHL was statistically significantly increased by exposure to phenoxyherbicides [OR, 1.38; 95% confidence interval (CI), 1.06–1.81] and to dicamba (OR, 1.88; 95% CI, 1.32–2.68). Exposure to carbamate (OR, 1.92; 95% CI, 1.22–3.04) and to organophosphorus insecticides (OR, 1.73; 95% CI, 1.27–2.36), amide fungicides, and the fumigant carbon tetrachloride (OR, 2.42; 95% CI, 1.19–5.14) statistically significantly increased risk. Among individual compounds, in multivariate analyses, the risk of NHL was statistically significantly increased by exposure to the herbicides 2,4-dichlorophenoxyacetic acid (2,4-D; OR, 1.32; 95% CI, 1.01–1.73), mecoprop (OR, 2.33; 95% CI, 1.58–3.44), and dicamba (OR, 1.68; 95% CI, 1.00–2.81); to the insecticides malathion (OR, 1.83; 95% CI, 1.31–2.55), 1,1,1-trichloro-2,2-bis (4-chlorophenyl) ethane (DDT), carbaryl (OR, 2.11; 95% CI, 1.21–3.69), aldrin, and lindane; and to the fungicides captan and sulfur compounds. In additional multivariate models, which included exposure to other major chemical classes or individual pesticides, personal antecedent cancer, a history of cancer among first-degree relatives, and exposure to mixtures containing dicamba (OR, 1.96; 95% CI, 1.40–2.75) or to mecoprop (OR, 2.22; 95% CI, 1.49–3.29) and to aldrin (OR, 3.42; 95% CI, 1.18–9.95) were significant independent predictors of an increased risk for NHL, whereas a personal history of measles and of allergy desensitization treatments lowered the risk. We concluded that NHL was associated with specific pesticides after adjustment for other independent predictors.

## Introduction

NHL[4] has been epidemiologically associated with farming (1–8), with certain farm practices (9), with pesticide exposure (10–13), and with certain other occupations (14–17). The term pesticide is used to denote a wide variety of chemicals used to destroy weeds (herbicides), insects (insecticides), and mold (fungicides). Such chemicals are widely used in agriculture, horticulture, and forestry, and in the secondary processing of the products of these primary industries. Many of the NHL and pesticide case-control or cohort studies focused either on a small geographical area (1, 2, 4) or on one occupational group (2, 4, 5, 9). Our study encompassed six provinces of Canada with diverse agricultural practices and a number of different types of occupational and nonoccupational exposures to pesticides. Non-Hodgkin's lymphoma incidence rates have been increasing in Canada for the last 25 years reflecting a worldwide trend (18) that has not been explained by improved diagnostic (19) methods or record-keeping (20).

## Materials and Methods

**Study Population.** We conducted a population-based case-control study among men resident in six Canadian provinces to

[1] This research was funded by Health Canada Grant 6608-1258, the British Columbia Health Research Foundation, and the Centre for Agricultural Medicine, University of Saskatchewan.

[2] To whom requests for reprints should addressed, at Centre for Agricultural Medicine, 103 Hospital Drive, P. O. Box 120, Royal University Hospital, Saskatoon, S. K., S7N 0W8, Canada. Phone: (306) 966-6154; Fax: (306) 966-8799; E-mail: mcduffie@sask.usask.ca.

Received 12/20/00; revised 8/13/01; accepted 8/22/01.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked *advertisement* in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

[3] Dr. Choi was a collaborator who is now deceased.
[4] The abbreviations used are: NHL, non-Hodgkin's lymphoma; DDT, 1,1,1-trichloro-2,2-bis (4-chlorophenyl) ethane; STS, soft tissue sarcoma; HD, Hodgkin's disease; MM, multiple myeloma; 2,4-D, 2,4-dichlorophenoxyacetic acid; MCPA, 4-chloro-2-methylphenoxyacetic acid; 2,4,5-T, 2,4,5-trichlorophenoxyacetic acid; OR, odds ratio; OR$_{adj}$, adjusted OR; 95% CI, 95% confidence interval.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

test the pesticide-exposure hypothesis related to four rare tumors. Incident cases among men, ages 19 years or over, with a first diagnosis of STS, HD, NHL [International Classification of Diseases, version 9 (ICD-9), code 200 or 202], or MM diagnosed between September 1, 1991, and December 31, 1994, were eligible. To balance the number of cases by geographical regions, each province was assigned a target number of cases in each tumor category. Each province ceased to ascertain cases when their preassigned target was reached. This report is based solely on cases diagnosed with NHL. Cases were ascertained from provincial Cancer Registries except in Quebec, for which hospital ascertainment was used. The Cancer Registries and hospitals provided information, including pathology reports, to confirm the diagnosis. Pathological material was reviewed and classified according to the working formulation by the reference pathologist. Misclassified and ineligible (*e.g.,* Kaposi's sarcoma, known HIV-positive) cases were excluded. Subjects for whom pathological material was unavailable remained in the study. After physician consent was received, postal questionnaires and informed consent forms were mailed to potential cases. Surrogates for deceased cases were not contacted.

Men, ages 19 years and older, selected at random within age constraints from the provincial Health Insurance records (Alberta, Saskatchewan, Manitoba, Quebec), computerized telephone listings (Ontario), or voters' lists (British Columbia) were potential controls. The random control subject selection was stratified by age ± 2 years to be comparable with the age distribution of the entire case group (STS, HD, NHL, and MM) within each province. Postal questionnaires and informed consent forms were mailed to potential controls. Surrogates for deceased persons were ineligible as controls. All of the participating control subjects were used in the statistical analyses of each cancer site.

**Pilot Study.** We conducted a pilot study (21) in each provincial region to test study procedures and to determine an operational definition of pesticide exposure to distinguish between environmental (which includes bystander and incidental) and more intensive exposure. Nonoccupational use of pesticides (home, garden, hobby) was included. There were few individuals who were completely free of being exposed to pesticides. Therefore, we constructed graphs that demonstrated that the most efficient definition of pesticide exposure, which discriminated (*a*) between incidental, bystander, and environmental exposure as compared with more intensive exposure and (*b*) between cases and controls, was a cumulative total of 10 h per year to any combination of pesticides. The screening questions in the postal questionnaire were used to trigger telephone interviews among those with cumulative exposure of ≥10 h/year to any combination of herbicides, insecticides, fungicides, fumigants, and/or algicides. The 68 cases and 103 controls who participated in the pilot study are not included in this report.

**Pesticides.** Pesticide is a generic term describing a variety of compounds of diverse chemical structures and biological modes of action. In this study, the term pesticide refers primarily to herbicides, insecticides, fungicides, and fumigants.

We conducted a validation pilot study of the modified questionnaires (21). Volunteer farmers (*n* = 27) completed the questionnaires and granted permission for us to access their records of purchases through their local agrochemical supplier. The concordance between the two sources was excellent and discordance was explainable by (*a*) the farmer paid in cash and the supplier discarded the record; (*b*) the farmer purchased the agrochemical in the United States, and, therefore, the local

supplier did not have a record; (*c*) the farmer paid for professional ground or aerial spraying, and the account was listed in another name; or (*d*) the supplier had destroyed the records.

**Questionnaires.** The questionnaires were modified versions of the telephone interview questionnaire that was used in studies of pesticide exposure and rare tumors in Kansas (11) and Nebraska (13). With permission, we modified the questionnaire to create postal and telephone interview questionnaires. To control for the effects of other variables known or suspected to be associated with the development of NHL after conducting an extensive literature review, we used the postal questionnaire to capture demographic characteristics, antecedent medical history, family history of cancer, detailed lifetime job history, and occupational exposure history to selected substances, accidental pesticide spills, and use of protective equipment, as well as details of cigarette smoking history. The telephone questionnaire characterized exposure to individual pesticides. The pesticide data were collected at several levels beginning with the broadest categories (*e.g.,* minimal exposure, occupations with potential pesticide exposure) and progressing sequentially to major classes (*e.g.,* herbicides); to chemical groups (*e.g.,* phenoxy herbicides); and finally to individual compounds (*e.g.,* 2,4-D, MCPA, and 2,4,5-T).

In this report, we focus on lifetime exposure to individual pesticides classified by active ingredients and to major chemical classes of herbicides, insecticides, fungicides, and fumigants. We classified exposure by the number of herbicides, insecticides, fungicides, and fumigants reported by cases and controls as well as by the number of days per year of exposure to individual compounds.

Each subject who reported 10 h per year or more of exposure to pesticides (any combination of compounds) as defined by the screening questions, and a 15% random sample of the remainder was mailed a list of pesticides (both chemical and brand names) and an information letter. Each subject was subsequently telephoned to obtain details of pesticide use.

The listed pesticides were chosen for inclusion (22–25): (*a*) if the compound was ever registered for use in Canada and reviewed by the IARC; (*b*) if the pesticide was recently banned or restricted in Canada by the federal licensing agency; or (*c*) if the pesticide was commonly used in Canada for specific purposes.

To ensure consistency, we developed and distributed manuals for provincial study coordinators, interviewers, and data managers. Before commencing data collection, we held a 2-day workshop with provincial coordinators to review data collection procedures and policies, to practice interviewing skills, and to review SPSS-DE (Statistical Packages for the Social Sciences-Data Entry),[5] the custom data entry program that we used. On receipt of a postal questionnaire, the provincial coordinator reviewed it for internal consistency and completeness. Data were computer-entered and verified in the province of origin, transported to the coordinating center, and rechecked for completeness, after which statistical analyses were performed.

Copies of the questionnaires and additional information on pesticides that were not included in this report are available from the corresponding author.

**Pathology Review.** Pathologists in participating provinces were requested to send blocks or slides of tumor tissue removed at surgery to the reference pathologist. Ten subjects with Ka-

---

[5] SPSS-Data Entry II Statistical Package for the Social Sciences: Statistical Data Analysis. SPSS Inc., Chicago, Illinois, 1998.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

*Table 1*   Comparisons of demographic, antecedent personal medical, general pesticide exposures and cigarette smoking history between cases of NHL and control subjects based on the postal questionnaire

| | NHL, $n = 517$ | | Controls, $n = 1506$ | | OR[a] (95% CI) |
|---|---|---|---|---|---|
| | $n$ | % | $n$ | % | |
| Age, yr | | | | | |
| <30 | 64 | 12.4 | 356 | 23.6 | |
| 30–39 | 87 | 16.8 | 255 | 16.9 | |
| 40–49 | 111 | 21.5 | 238 | 15.8 | |
| 50–59 | 143 | 27.7 | 370 | 25.6 | |
| >60 | 112 | 21.7 | 287 | 19.0 | |
| Mean ± SD | 57.7 ± 14 | | 55.0 ± 16 | | |
| Residence on a farm at any time | | | | | |
| Yes | 235 | 45.5 | 673 | 44.7 | |
| No (reference) | 279 | 54.0 | 828 | 55.0 | 1.06 (0.86–1.20) |
| Missing | 3 | 0.6 | 5 | 0.3 | |
| Pesticide exposure (screening question) | | | | | |
| <10 h/yr (reference) | 379 | 73.3 | 1142 | 75.8 | |
| ≥10 h/yr | 138 | 26.7 | 364 | 24.2 | 1.22 (0.96–1.55) |
| Smoking History | | | | | |
| Nonsmoker (reference) | 160 | 30.9 | 526 | 34.9 | |
| Ex-smoker | 254 | 49.1 | 648 | 43.0 | 1.10 (0.86–1.41) |
| Current smoker | 91 | 17.6 | 298 | 19.8 | 0.98 (0.72–1.33) |
| Missing data | 12 | 2.3 | 34 | 2.3 | |
| Current or ex-smoker | 345 | 66.7 | 946 | 62.8 | 1.06 (0.86–1.20) |
| Medical History[b] | | | | | |
| Measles (yes) | 251 | 48.5 | 888 | 59.0 | **0.64 (0.51–0.79)** |
| Mumps (yes) | 194 | 37.5 | 588 | 39.0 | **0.75 (0.60–0.93)** |
| Previous cancer (yes) | 73 | 14.1 | 87 | 5.8 | **2.43 (1.71–3.44)** |
| Skin-prick allergy test | 34 | 6.6 | 196 | 13.0 | **0.52 (0.34–0.76)** |
| Allergy desensitization shots (yes) | 18 | 3.5 | 114 | 7.6 | **0.49 (0.29–0.83)** |
| Family history of cancer any first-degree relative (yes) | 219 | 42.4 | 497 | 33.0 | **1.31 (1.05–1.62)** |

[a] OR stratified by age and by province of residence.
[b] Also tested and found to be unassociated: acne; asthma; celiac disease; chickenpox; diabetes; hay fever; mononucleosis; rheumatic fever; rheumatoid arthritis; ringworm; shingles; syphilis; tuberculosis; urinary tract infections; whooping cough; allergies; drug treatment for overactive thyroid; treatment for head lice, body lice, or scabies; medical implants; drug treatment for epilepsy; tonsillectomy; positive allergy prick skin test, patch skin test, or positive patch skin test for allergy.

posi's sarcoma were omitted on the basis of the etiological association with HIV infection. Any other known HIV-positive subjects had been previously excluded. Eighty-four % (436 of 517) of the NHL tumors were validated. Because of a change midstudy in some hospitals' policies regarding supplying pathological material without charge, we were unable to obtain the remaining samples.

**Statistical Analyses.** Data from the postal and telephone interviews were merged by using the identification number. Of the individuals selected randomly for a telephone interview, most had used one or no chemical pesticides. We reviewed these data and decided to include them in the statistical analyses because they might be informative with respect to low levels of exposure to pesticides and their inclusion maximized our sample size with respect to other known or suspected risk factors for NHL. We conducted descriptive analyses of each variable, which included, where applicable, frequencies, ranges, means ± SD, and median values for cases and controls separately.

To evaluate putative risk factors for NHL, conditional logistic regression was used to compute ORs and 95% CIs, stratifying by age groups and province of residence.[6] ORs were calculated for categorical variables related to medical history that were selected based on previous studies (*e.g.*, measles,

mumps, previous cancer, allergy desensitization treatment, skin prick allergy test); pesticide exposure (<10 and ≥10 h per year); and smoking history. Using conditional logistic regression, ORs were also calculated for (*a*) major chemical classes of herbicides, insecticides, fungicides, and fumigants; and (*b*) for individual active chemicals. The statistically significant ($P < 0.05$) medical variables were used to adjust the effect of exposure to pesticides classified by major chemical group and by individual active chemical. Given the study sample size and the case-control ratio, *a priori* power calculations indicated that we had sufficient statistical power to detect an OR of 2 when at least 1% of the controls was exposed to a specific pesticide or chemical class of pesticide. Conditional logistic analyses (26) were conducted that retained in the model, all covariates for which the $P$ was ≤.05. The criterion for entry into models was a $P ≤ 0.20$ in bivariate age and province stratified analyses.

We created dose-response levels based on days/year of personally mixing or applying selected herbicides, insecticides, fungicides, and fumigants. We reported ORs stratified by age and province of residence. We created exposure categories for exposures to multiple different herbicides, insecticides, fungicides, and fumigants. For these analyses, the unexposed category was specific to the class of pesticide. We also created exposure categories for exposures to combinations of herbicides, insecticides, fungicides, and fumigants for which the reference group did not report exposure to any of those classes of pesticides.

[6] EGRET Intuitive Software for DOS Micros Statistics and Epidemiology Research Corporation, 1993.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

*Table 2*   Herbicides: frequency of exposure to herbicides classified into major chemical classes and as individual compounds

The list includes only those reported by 1% or more of responders.

| Major chemical classes | NHL $n = 517$ | | Controls $n = 1506$ | | OR[a] (95% CI) | OR$_{adj}$[b] (95% CI) |
|---|---|---|---|---|---|---|
| | *n* exposed | % exposed | *n* exposed | % exposed | | |
| Phenoxyherbicides,[c] exposed | 131 | 25.3 | 319 | 21.2 | **1.46 (1.09–1.82)** | **1.38 (1.06–1.81)** |
| Individual phenoxyherbicides | | | | | | |
| 2,4-D | 111 | 21.5 | 293 | 19.5 | 1.26 (0.97–1.64) | **1.32 (1.01–1.73)** |
| Mecoprop | 53 | 10.2 | 81 | 5.4 | **2.23 (1.38–3.07)** | **2.33 (1.58–3.44)** |
| MCPA | 17 | 3.3 | 46 | 3.1 | 1.08 (0.59–1.94) | 1.10 (0.60–2.00) |
| Diclofopmethyl | 9 | 1.7 | 25 | 1.7 | 0.96 (0.42–2.20) | 0.95 (0.41–2.22) |
| Phosphonic acid,[d] exposed | 63 | 12.2 | 147 | 9.8 | 1.42 (0.95–1.90) | 1.40 (0.94–1.89) |
| Individual phosphonic herbicides | | | | | | |
| Glyphosate (Round-up) | 51 | 9.9 | 133 | 8.8 | 1.26 (0.87–1.80) | 1.20 (0.83–1.74) |
| Thiocarbamates,[e] exposed | 21 | 4.1 | 49 | 3.3 | 1.41 (0.62–2.20) | 1.46 (0.82–2.58) |
| Individual thiocarbamate herbicides | | | | | | |
| Diallate (*n* exposed) | 11 | 2.1 | 29 | 1.9 | 1.26 (0.59–2.67) | 1.46 (0.68–3.14) |
| Phenols: Bromoxynil,[f] exposed | 16 | 3.1 | 48 | 3.2 | 1.05 (0.41 1.69) | 1.07 (0.58–1.99) |
| Dicamba,[g] exposed | 73 | 14.1 | 131 | 8.7 | **1.92 (1.39–2.66)** | **1.88 (1.32–2.68)** |
| Individual dicamba herbicides | | | | | | |
| Dicamba (Banvel or Target) | 26 | 5.0 | 50 | 3.3 | 1.59 (0.95–2.63) | **1.68 (1.00–2.81)** |
| Dinitroaniline,[h] exposed | 11 | 2.1 | 31 | 2.1 | 1.17 (0.56–2.41) | 1.20 (0.61–2.35) |
| Individual dinitroaniline herbicides | | | | | | |
| Trifluralin | 11 | 2.1 | 31 | 2.1 | 1.17 (0.56–2.41) | 1.06 (0.50–2.22) |

[a] ORs calculated with strata for the variables of age and province of residence.
[b] ORs adjusted for statistically significant medical variables (history of measles, mumps, cancer, allergy desensitization shots, and a positive family history of cancer in a first-degree relative), and with strata for the variables of age and province of residence.
[c] Phenoxyherbicides include the phenoxyacetic acids (*e.g.*, 2,4-D and MCPA), the phenoxy-2-propionic acids (*e.g.*, mecoprop); the phenoxybutanoic acids (*e.g.*, 2,4-DB) and other phenoxyalkanoic acids (*e.g.*, diclofopmethyl).
[d] Glyphosate is the only phosphonic acid herbicide reported by more than 1% of responders. Round-up, Touchdown, Victor, Wrangler, Laredo do not include dicamba, and Rustler is a mixture of dicamba and glyphosate.
[e] Thiocarbamate herbicides include diallate and triallate.
[f] Bromoxynil is the only phenol herbicide included.
[g] Dicamba as a major chemical class includes Banvel, and Target, and a mixture of dicamba and glyphosate (Rustler), or mixtures of dicamba, 2,4-D, and mecoprop (Dynel DS, Killex).
[h] Dinitroaniline herbicides include ethalfluralin and trifluralin.

**Ethics.** The protocol, letters of informed consent, questionnaires, and all other correspondence with potential subjects were approved by the relevant agencies in each province. All of the information that could be used to identify individuals remained within the province of origin under the control of the provincial principal investigators.

## Results

Data from postal questionnaires based on responses from 517 NHL cases (67.1% of those contacted) and 1506 control subjects (48.0% of those contacted) were analyzed. Similar percentages of potential subjects resident in rural and urban areas responded. There were higher percentages of responders in the middle-age group than at either extreme among both cases and controls. Detailed information related to their pesticide exposure history was obtained by telephone interview from 119 NHL cases and 301 control subjects who indicated pesticide exposure of 10 h per year or more. A 15% random sample of cases and controls who indicated pesticide exposure of less than 10 h/year was also interviewed by telephone, resulting in detailed pesticide exposure information on 60 cases of NHL and on 155 controls. The total telephone interviewed sample consisted of 179 cases of NHL and 456 controls.

A summary of selected demographic, antecedent personal and familial medical history, general pesticide exposure as measured by the screening questions, and cigarette smoking history comparisons of NHL cases and population-based controls is shown in Table 1. Because all of the controls (age-matched for STS, MM, HD, and NHL) were used in the analysis, cases were older than controls. Cases and controls were similar in their smoking patterns. Cases were less likely to have a history of measles or mumps and more likely to have a personal history of a previous primary cancer. Cases were more likely than controls to have a positive family history of cancer, whereas more controls had undergone allergy desensitization injections. A slightly higher proportion of cases than controls indicated cumulative exposure to pesticides of ≥10 h per year.

Table 2 summarizes reported exposure to herbicides classified by major chemical classes (phenoxy, phosphonic acid, thiocarbamates, phenols, dicamba, and dinitroaniline) and by individual compounds for which at least 1% of responders reported exposure. ORs are also shown after adjustment for the statistically significant ($P < 0.05$) variables reviewed in Table 1, which included a history of measles, mumps, cancer, and allergy desensitization shots and a positive history of cancer in a first-degree relative. Cases experienced a significantly higher frequency of exposure to phenoxyherbicides, to dicamba or a mixture including dicamba, to 2,4-D, and to mecoprop.

Table 3 summarizes the insecticide exposure data. Exposure to two major chemical classes, carbamates and organophosphates, was statistically significantly associated with NHL, whereas exposure to organochlorines as a group was not.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

**Cancer Epidemiology, Biomarkers & Prevention**   *1159*

*Table 3*   Insecticides: frequency of exposure to insecticides classified into major chemical classes and as individual compounds

| Major chemical classes | NHL $n = 517$ | | Controls $n = 1506$ | | OR[a] (95% CI) | OR$_{adj}$[b] (95% CI) |
|---|---|---|---|---|---|---|
| | n exposed | % exposed | n exposed | % exposed | | |
| Carbamates,[c] exposed | 37 | 7.2 | 60 | 4.0 | **1.95 (1.25–3.05)** | **1.92 (1.22–3.04)** |
| Individual carbamate insecticides | | | | | | |
| Carbaryl | 25 | 4.8 | 34 | 2.3 | **2.05 (1.18–3.55)** | **2.11 (1.21–3.69)** |
| Carbofuran | 9 | 1.7 | 18 | 1.2 | 1.58 (0.68–3.67) | 1.64 (0.70–3.85) |
| Methomyl | 6 | 1.2 | 13 | 0.9 | 1.86 (0.67–5.17) | 1.65 (0.54–5.03) |
| Organochlorine, (1)[d] exposed | 50 | 9.7 | 134 | 8.9 | 1.16 (0.81–1.66) | 1.27 (0.87–1.84) |
| Individual organochlorine (1) insecticides | | | | | | |
| Chlordane | 36 | 7.0 | 105 | 7.0 | 1.06 (0.71–1.59) | 1.11 (0.74–1.69) |
| Lindane | 15 | 2.9 | 23 | 1.5 | **2.05 (1.01–4.16)** | **2.06 (1.01–4.22)** |
| Aldrin | 10 | 1.9 | 6 | 0.4 | **3.81 (1.34–10.79)** | **4.19 (1.48–11.96)** |
| Organochlorine (2) diphenylchlorides[e] exposed | 86 | 16.6 | 233 | 15.5 | 1.24 (0.94–1.65) | 1.21 (0.90–1.62) |
| Individual organochlorine (2) diphenylchlorides | | | | | | |
| Methoxychlor | 65 | 12.6 | 201 | 13.3 | 1.08 (0.79–1.47) | 1.02 (0.74–1.41) |
| DDT | 32 | 6.2 | 59 | 3.9 | **1.63 (1.03–2.57)** | **1.73 (1.08–2.76)** |
| Organophosphorus,[f] exposed | 90 | 17.4 | 167 | 11.1 | **1.69 (1.26–2.27)** | **1.73 (1.27–2.36)** |
| Individual organophosphorus insecticides | | | | | | |
| Malathion | 72 | 13.9 | 127 | 8.4 | **1.77 (1.28–2.46)** | **1.83 (1.31–2.55)** |
| Dimethoate | 22 | 4.3 | 50 | 3.3 | 1.20 (0.71–2.03) | 1.20 (0.70–2.06) |
| Diazinon | 18 | 3.5 | 28 | 1.9 | 1.72 (0.92–3.19) | 1.69 (0.88–3.24) |

[a] ORs calculated with strata for the variables of age and province of residence.
[b] ORs adjusted for statistically significant medical variables (history of measles, mumps, cancer, allergy desensitization shots and a positive family history of cancer in a first-degree relative), and with strata for the variables of age and province of residence.
[c] Carbamate insecticides include carbaryl, carbofuran, and methomyl.
[d] Organochlorine insecticides class one includes aldrin; chlordane; dieldrin; endrin; heptachlor; lindane; and a mixture of lindane, carbathiin, and thiram (Vitavex).
[e] Organochlorine (2) diphenylchloride insecticides include DDT and methoxychlor.
[f] Organophosphorus insecticides include malathion, chlorpyrifos, diazinon, dimethoate, parathion, methidathion, and trichlorfon.

*Table 4*   Fungicides: frequency of exposure to fungicides classified into major chemical classes and as individual compounds

| Major chemical classes | NHL $n = 517$ | | Controls $n = 1506$ | | OR[a] (95% CI) | OR$_{adj}$[b] (95% CI) |
|---|---|---|---|---|---|---|
| | n exposed | % exposed | n exposed | % exposed | | |
| Amide,[c] exposed | 30 | 5.8 | 58 | 3.9 | **1.69 (1.05–2.73)** | **1.70 (1.04–2.78)** |
| Individual amide fungicides | | | | | | |
| Captan | 20 | 3.9 | 24 | 1.6 | **2.48 (1.33–4.63)** | **2.51 (1.32–4.76)** |
| Vitavax | 10 | 1.9 | 39 | 2.6 | 0.88 (0.42–1.85) | 0.88 (0.41–1.87) |
| Aldehyde,[d] exposed | 7 | 1.4 | 25 | 1.7 | 0.85 (0.35–2.07) | 0.92 (0.37–2.29) |
| Individual aldehyde fungicides | | | | | | |
| Formaldehyde | 7 | 1.4 | 255 | 1.7 | 0.85 (0.35–2.07) | 0.92 (0.37–2.29) |
| Mercury Containing,[e] exposed | 18 | 3.5 | 48 | 3.2 | 1.09 (0.61–1.95) | 1.28 (0.70–2.27) |
| Mercury-containing fungicides | | | | | | |
| Mercury dust (n exposed) | 15 | 2.9 | 39 | 2.6 | 1.08 (0.57–2.04) | 1.23 (0.64–2.35) |
| Mercury liquid (n exposed) | 8 | 1.5 | 22 | 1.5 | 1.15 (0.49–2.69) | 1.40 (0.74–3.22) |
| Sulphur Compounds | 17 | 3.3 | 21 | 1.4 | **2.26 (1.16–4.40)** | **2.80 (1.41–5.57)** |

[a] ORs calculated with strata for the variables of age and province of residence.
[b] ORs adjusted for statistically significant medical variables (history of measles, mumps, cancer, allergy desensitization shots, and a positive family history of cancer in a first-degree relative), and with strata for the variables of age and province of residence.
[c] Amide fungicides include captan and a mixture of carbathiin, thiram, and lindane (Vitavax).
[d] Aldehyde fungicides include formaldehyde and a mixture of formaldehyde and iprodione (Rovral Flo).
[e] Mercury-containing fungicides include mercury dusts (Ceresan, Reytosan, and Agrox) and mercury liquids (Panogen, Leytosol, and PMAS).

Among individual carbamate compounds, exposure to carbaryl was statistically significantly associated with NHL. Among organochlorines, exposure to lindane, to aldrin, and to DDT was significantly associated with NHL. Malathion was the only individual organophosphate exposure statistically significantly associated with NHL.

Exposure to fungicides is summarized in Table 4. The fungicides with an amide group (OR$_{adj}$, 1.70; 95% CI, 1.04–2.78) were associated with NHL, whereas aldehydes and those

containing mercury were not. Among individual amide-containing compounds, exposure to captan (OR$_{adj}$, 2.51; 95% CI, 1.32–4.76) was associated with NHL.

Malathion used as a fumigant was not associated with NHL (Table 5). There were fewer users of malathion as a fumigant compared with its use on crops. Carbon tetrachloride fumigant exposure (OR$_{adj}$, 2.42; 95% CI, 1.19–5.14) was associated with NHL.

Table 6 shows the results of a conditional logistic regres-

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

*Table 5*   Frequency of exposure to fumigants: individual compounds

| Individual compounds+ | NHL $n = 517$ | | Controls $n = 1506$ | | OR$^a$ (95% CI) | OR$_{adj}$$^b$ (95% CI) |
|---|---|---|---|---|---|---|
| | n exposed | % exposed | n exposed | % exposed | | |
| Malathion$^c$ | 12 | 2.3 | 23 | 1.5 | 1.49 (0.72–3.11) | 1.54 (0.74–3.22) |
| Carbon tetrachloride$^d$ | 13 | 2.5 | 18 | 1.2 | **2.13 (1.02–4.47)** | **2.42 (1.19–5.14)** |

$^a$ ORs calculated with strata for the variables age and province of residence.
$^b$ ORs adjusted for statistically significant medical variables (history of measles, mumps, cancer, allergy desensitization shots, and a positive family history of cancer in a first-degree relative) and with strata for the variables age and province of residence.
$^c$ Malathion is an organophosphorus insecticide which has been used indoors as a fumigant.
$^d$ Carbon tetrachloride was used as a grain fumigant.

*Table 6*   Most parsimonious model: conditional logistic regression analyses that contained major chemical classes of pesticides and important covariates ($P < 0.05$)

Phenoxyherbicides as a group, carbamate, and organophosphate insecticides, amide group containing fungicides, and carbon tetrachloride users/nonusers were included in the initial multivariate model and found not to contribute significantly to the risk of NHL.

| Variable | Parameter Estimate ± SE | OR (95% CI) |
|---|---|---|
| Measles (yes) | −0.47 ± 0.11 | **0.62 (0.50–0.78)** |
| Previous cancer (yes) | 0.79 ± 0.18 | **2.20 (1.54–3.15)** |
| First-degree relative with cancer (yes) | 0.32 ± 0.11 | **1.37 (1.10–1.71)** |
| Allergy desensitization shots (yes) | −0.65 ± 0.27 | **0.52 (0.31–0.89)** |
| Dicamba mixtures (user) | 0.67 ± 0.17 | **1.96 (1.40–2.75)** |

*Table 7*   Most parsimonious model: conditional logistic regression analyses that contained individual chemical pesticides and important covariates ($P < 0.05$)

Among individual pesticides, carbaryl, lindane, DDT, and malathion insecticides, and captan fungicide user/nonuser were included in the initial multivariate model and found not to contribute significantly to the risk of NHL.

| Variable | Parameter estimate ± SE | OR (95% CI) |
|---|---|---|
| Measles (yes) | −0.48 ± 0.11 | **0.50 (0.45–0.83)** |
| Previous cancer (yes) | 0.80 ± 0.18 | **2.23 (1.56–3.19)** |
| First-degree relative with cancer (yes) | 0.32 ± 0.11 | **1.38 (1.11–1.72)** |
| Allergy desensitization shots (yes) | −0.68 ± 0.27 | **0.51 (0.30–0.87)** |
| Mecoprop (user) | 0.80 ± 0.20 | **2.22 (1.49–3.29)** |
| Aldrin (user) | 1.23 ± 0.54 | **3.42 (1.18–9.95)** |

sion model that included major chemical classes of pesticides and all other covariates for which $P < 0.05$. The variables that remained statistically significantly associated with increased risk of NHL were a previous personal history of another malignancy, a history of cancer among first-degree relatives, and exposure to dicamba and mixtures containing dicamba. ORs for a personal history of measles or of allergy desensitization injections were significantly lower than those without this history. Table 7 summarizes a similar model that included individual pesticides and all of the other covariates for which $P < 0.05$ and in which mecoprop and aldrin exposure as well as the same covariates as in Table 6 were associated with NHL.

Table 8 shows the frequency of exposure to selected individual herbicides, insecticides, fungicides, and fumigants, stratified by the average number of days per year of exposure. In general, the results of these dose-response analyses are consistent with the exposed/nonexposed findings. Those compounds for which we found statistically significant case-control differences also have elevated ORs based on strata of the variable "days per year of exposure" (mecoprop, dicamba, malathion, DDT, captan, carbon tetrachloride, and sulfur). The exceptions were 2,4-D, for which there was no dose-response relationship, and glyphosate, which was not significant for exposure but for which we demonstrated a dose-response relationship.

Table 9 compares the frequencies of multiple herbicide, insecticide, fungicide, and fumigant use among cases and controls. Cases are significantly more likely to report exposure to between two and four pesticides but not to five and more of either. An elevated OR was found for exposure to two or more fungicides. Table 9 also shows a dose-response relationship in comparisons of subjects who reported no pesticide exposure and those who reported using five or more pesticides.

## Discussion

The hypothesis that farming (1–8), agricultural practices (9), and pesticide exposure (10–13, 22–25) are associated with NHL has been tested in a number of occupational studies. Not all of the studies confirm an association (27–29). Pesticides have diverse chemistry and biological modes of action. In addition to the active ingredients, there are emulsifiers, carriers, dispersants, and a variety of agents used to formulate liquids, granular and mists. The major chemical classes of *a priori* interest based on epidemiological studies (10–13, 22–25) were phenoxyherbicides, organophosphorus, organochlorines, aldehydes, and carbon tetrachloride. Occupational exposure to 2,4-D, 2,4,5-T, carbaryl, chlordane, DDT, diazinon, dichlorvos, lindane, malathion, nicotine, and toxaphene has been reported to be associated with NHL. In addition, our interest focused on pesticides classified as possibly or probably carcinogenic to humans based on evaluations by the IARC expert panels (Refs. 22–25; phenoxyherbicides including 2,4-D, MCPA, and 2,4,5-T as a group, atrazine, chlordane, DDT, dichlorvos, heptachlor, and pentachlorophenol). Our bivariate results for exposure to groups of phenoxyherbicides or dicamba-containing herbicides, for carbamates and organophosphorus insecticides, and for amide fungicides and for carbon tetrachloride were not attenuated when simultaneously adjusted for the important medical covariates (history of measles, mumps, cancer, allergy desensitization shots, and a positive history of cancer in a first-degree relative).

Among individual compounds, our results that related to exposure to 2,4-D, mecoprop, dicamba, malathion, DDT, carbaryl, lindane, aldrin, captan, and sulfur compounds were not attenuated after simultaneous adjustment for the same medical covariates. Clearly, we had few exposed men whose exposure was limited to one pesticide or to one class of pesticides. Our results show elevated risk for exposure to multiple herbicides, insecticides, and fungicides.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

**Cancer Epidemiology, Biomarkers & Prevention**  *1161*

Table 8   Frequency of exposure to selected herbicides, insecticides, fungicides, and fumigants stratified by the number of days per year of exposure

Models that included the time variable "days per year" and stratification for age and province of residence were also assessed for the individual herbicide compounds bromoxynil, 2,4-DB, diallate, MCPA, triallate, and treflan. No significant associations were found.

| Individual compounds | Days/yr | NHL | | Controls | | OR[a] (95% CI) |
|---|---|---|---|---|---|---|
| | | n | % | n | % | |
| **Herbicides** | | | | | | |
| 2,4-D | Unexposed | 406 | 78.5 | 1213 | 80.5 | 1 |
| | >0 and ≤2 | 55 | 10.6 | 160 | 10.6 | 1.17 (0.83–1.64) |
| | >2 and ≤5 | 36 | 7.0 | 82 | 5.4 | 1.39 (0.91–2.13) |
| | >5 and ≤7 | 9 | 1.7 | 20 | 1.3 | 1.38 (0.60–3.15) |
| | >7 | 11 | 2.1 | 31 | 2.1 | 1.22 (0.60–2.49) |
| Mecoprop | Unexposed | 464 | 89.8 | 1425 | 94.6 | 1 |
| | >0 and ≤2 | 31 | 6.0 | 48 | 3.2 | **2.27 (1.40–3.68)** |
| | ≥2 | 22 | 4.3 | 33 | 2.2 | **2.06 (1.17–3.61)** |
| Phosphonic acid: glyphosate | Unexposed | 466 | 90.1 | 1373 | 91.2 | 1 |
| | >0 and ≤2 | 28 | 5.4 | 97 | 6.4 | 1.00 (0.63–1.57) |
| | >2 | 23 | 4.5 | 36 | 2.4 | **2.12 (1.20–3.73)** |
| Dicamba | Unexposed | 491 | 95.0 | 1456 | 96.7 | 1 |
| | ≥1 | 26 | 5.0 | 50 | 3.3 | 1.58 (0.96–2.62) |
| **Insecticides** | | | | | | |
| Malathion | Unexposed | 445 | 87.0 | 1379 | 91.6 | 1.00 |
| | >0 and ≤2 | 50 | 9.7 | 88 | 5.8 | **1.82 (1.25–2.68)** |
| | ≥2 | 22 | 4.3 | 39 | 2.6 | **1.75 (1.02–3.03)** |
| DDT | Unexposed | 485 | 93.8 | 1447 | 96.1 | 1.00 |
| | >0 and ≤2 | 18 | 3.5 | 32 | 2.1 | 1.75 (0.96–3.21) |
| | >2 | 14 | 2.7 | 27 | 1.8 | 1.50 (0.77–2.91) |
| **Fungicides** | | | | | | |
| Captan | Unexposed | 497 | 96.1 | 1482 | 98.4 | 1.00 |
| | >0 and ≤2 | 11 | 2.1 | 12 | 0.8 | **2.69 (1.17–6.19)** |
| | >2 | 9 | 1.7 | 12 | 0.8 | **2.80 (1.13–6.90)** |
| Sulphur | Unexposed | 500 | 96.7 | 1485 | 98.6 | 1.00 |
| | Exposed ≥1 | 17 | 3.3 | 21 | 1.4 | **2.26 (1.16–4.40)** |
| **Fumigant** | | | | | | |
| Carbon tetrachloride | Unexposed | 504 | 97.5 | 1488 | 98.8 | 1.00 |
| | >0 and ≤2 | 13 | 2.5 | 18 | 1.2 | **2.13 (1.02–4.47)** |

[a] ORs calculated with strata for the variables age and province of residence.

The strength of our results is enhanced by their internal consistency as we applied the strategy of assessing risk by different analytic approaches progressing from exposure to: (*a*) major chemical classes of herbicides, insecticides, fungicides, and fumigants; (*b*) individual compounds within those major chemical classes; and (*c*) individual compounds stratified by days per year of exposure. We constructed models that included potential confounders (*e.g.*, positive history of cancer in a first-degree relative). Generally, the same individual compounds or class of compounds was associated with case status. The risk estimates based on exposure to major chemical classes or to individual compounds tended to be precise, as indicated by the 95% CIs.

Our results confirm previously reported associations of NHL and a personal history of cancer (30, 31), of NHL and a history of cancer among first-degree relatives (32, 33), and of NHL and exposure to selected pesticides (1, 3, 5, 9–13). We were unable to find a previous report suggesting a protective effect of allergy desensitization shots. Koepsell *et al.* reported little association of the number of allergy desensitization shots and MM (34). The relationship between allergy and cancer is complex with well-designed studies reporting opposite results (35–38). Cigarette smoking was not a risk factor overall, confirming one study (39) and contradicting others (40, 41), although certain subtypes (39, 40) of NHL may be associated with cigarette smoking.

The limitations of this study relate to those inherent in the case-control design, specifically the potential for recall bias and

for misclassification of pesticide exposure. Hoar *et al.* and Zahm *et al.* (11, 13), as well as others (27–29, 42–45), have dealt extensively with these issues among farmers. We have included individuals in many different occupations as well as home and garden users. Their inclusion may have biased our dose-response findings toward the null, although the yes/no responses to individual pesticides would be less affected. We reduced the number of surrogate responders by excluding deceased persons from our definition of eligible subjects. This strategy was useful in decreasing the potential for misclassification of exposure.

A second limitation is the less-than-optimal response rates. We continued to recruit subjects in each province until the target numbers were achieved. We compared respondents to nonrespondents using postal codes as an indicator of rural residence, and we did not find a rural bias among respondents.

We reported results for a number of chemical agents and exposures, not all of which were specified in the hypothesis. Therefore, the statistical analyses related to these unspecified agents should be considered exploratory. As a consequence of conducting multiple comparisons, a small number of statistically significant results may be attributable to chance.

The two-tiered study design permitted us to obtain detailed information related to factors other than pesticides that are known or suspected of being etiologically associated with NHL. The mailing of a list of pesticides with both trade and generic chemical names followed by a telephone interview

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

*Table 9* Distribution of numbers of exposures to multiple types of pesticides among cases and controls

| | NHL | | Controls | | OR[a] (95% CI) |
|---|---|---|---|---|---|
| | n | % | n | % | |
| Multiple herbicide use | | | | | |
| Unexposed[b] | 374 | 72.3 | 1148 | 76.2 | 1.00 |
| Exposed 1 | 45 | 8.7 | 146 | 9.7 | 1.02 (0.70–1.47) |
| Exposed 2–4 | 73 | 14.1 | 151 | 10.0 | **1.75 (1.27–2.42)** |
| Exposed ≥5 | 25 | 4.8 | 61 | 4.1 | 1.41 (0.84–2.35) |
| Multiple insecticide use | | | | | |
| Unexposed | 370 | 71.6 | 1154 | 76.6 | 1.00 |
| Exposed 1 | 44 | 8.5 | 127 | 8.4 | 1.24 (0.85–1.80) |
| Exposed 2–4 | 86 | 16.6 | 189 | 12.6 | **1.58 (1.17–2.13)** |
| Exposed ≥5 | 17 | 3.3 | 36 | 2.4 | 1.46 (0.79–2.69) |
| Multiple fungicide use | | | | | |
| Unexposed | 457 | 88.4 | 1361 | 90.4 | 1.00 |
| Exposed 1 | 32 | 6.2 | 90 | 6.0 | 1.08 (0.70–1.67) |
| Exposed ≥2 | 28 | 5.4 | 55 | 3.7 | 1.61 (.99–2.63) |
| Multiple fumigant use | | | | | |
| Unexposed | 487 | 94.2 | 1440 | 95.6 | 1.00 |
| Exposed ≥1 | 30 | 5.8 | 66 | 4.4 | 1.45 (0.91–2.63) |
| Multiple pesticide use[c] | | | | | |
| Unexposed | 357 | 69.1 | 1095 | 72.7 | 1.00 |
| Exposed 1–4 | 77 | 14.9 | 230 | 15.3 | 1.09 (0.81–1.46) |
| Exposed ≥5 | 83 | 16.1 | 181 | 12.0 | **1.57 (1.16–2.14)** |

[a] ORs calculated with strata for the variables age and province of residence.
[b] With the exception of the variable multiple pesticide use, the "unexposed" referent category is specific to the class of pesticides.
[c] The unexposed referent category contains those who did not report exposure to herbicides, insecticides, fungicides, or fumigants.

allowed the collection of detailed information concerning pesticide exposure. The statistical power of our study was enhanced by the large number of cases and controls. In instances of rare exposures (<1% exposed), we had limited statistical power to detect associations. We restricted our analyses of individual pesticide compounds to those for which at least 1% of respondents indicated exposure.

The study was not restricted to pesticide exposure experienced by a specific occupational group. Occupational exposure was quite diverse; single *versus* multiple pesticides; indoor *versus* outdoor applications. For example, men who work in animal confinement buildings, grain elevators, and pesticide manufacturing have different exposure patterns in comparison with grain farmers and commercial applicators. Because this study encompassed a large geographical area of Canada, there was substantial diversity among agricultural enterprises and in the patterns and types of pesticide exposure.

Delineating the putative relationship between exposure to pesticides and NHL is complicated: by (a) the subject's exposure to a variety of different pesticides many of which are not mutagenic, teratogenic, or carcinogenic when tested as a single compound; (b) the complexity of formulations of pesticides, the details of which are privileged proprietary information; (c) by the diversity of routes of possible exposure, which include ingestion, dermal, inhalation, and ocular; (d) by unexpected interactions among seemingly unrelated exposures, such as the increased permeability of rubber gloves to 2,4-D when exposed simultaneously to the insect repellent DEET and sunlight (46); and (e) by the role of differential genetic susceptibility.

Garry *et al.* (47) describe a potential mechanism to explain the relationship between exposure to specific pesticides and an increased risk of developing NHL. They have demonstrated specific chromosomal alterations in the peripheral lymphocytes of pesticide applicators exposed to a variety of pesticide classes. A higher frequency of chromosomal breaks involving band 18q21 was found in men who applied only herbicides

compared with nonoccupationally exposed controls. Higher frequencies of rearrangements and breaks involving band 14q32 were found among men who applied herbicides, insecticides, and fumigants compared with controls. Reciprocal translocations between chromosomes 14q32 and 18q21 are frequently found in NHL patients.

Our results support previous findings of an association between NHL and specific pesticide exposures. Our strategy of assessing risk by several different approaches, beginning with general categories (*e.g.*, herbicides), proceeding through cumulative pesticide exposure to specific chemical classes, and proceeding further to specific chemicals, proved effective in delineating complex relationships. In our final models, NHL was associated with a personal history of cancer; a history of cancer in first-degree relatives; and exposure to dicamba-containing herbicides, to mecoprop, and to aldrin. A personal history of measles and of allergy desensitization treatments lowered risk.

### Acknowledgments

We are indebted to the members of the Advisory Committee for this project for the sharing of their experiences (Drs. G. B. Hill, A. Blair, L. Burmeister, H. Morrison, R. Gallagher, and D. White); to the provincial coordinators and data managers for their meticulous attention to detail (T. Switzer, M. Gantefor, J. Welyklolowa, J. Ediger, I. Fan, M. Ferron, E. Houle, S. de Freitas, K. Baerg, L. Lockinger, E. Hagel, P. Wang, and G. Dequiang), and to Dr. G. Theriault for supervising the collection of data in Quebec. We appreciate the care and dedication of S. de Freitas in preparation of the manuscript. The study participants gave freely of their time and shared personal details with us, and we sincerely thank each of them.

### References

1. Cantor, K. P., Blair, A., Everett, G., Gibson, R., Burmeister, L. F., Brown, L. M., Schuman, L., and Dick, F. R. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa, and Minnesota. Cancer Res., *52:* 2447–2455, 1992.

2. Saftlas, A. F., Blair, A., Cantor, K. P., Hanrahan, L., and Anderson, H. A. Cancer and other causes of death among Wisconsin farmers. Am. J. Ind. Med., *11:* 119–129, 1987.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

3. Pearce, N. E., Smith, A. H., and Fisher, D. O. Malignant lymphoma and multiple myeloma linked with agricultural occupation in a New Zealand cancer registration-based study. Am. J. Epidemiol., *121:* 225–237, 1985.

4. Burmeister, L. F., Everett, G. D., Van Lier, S. F., and Isacson, P. Selected cancer mortality and farm practices in Iowa. Am. J. Epidemiol., *118:* 72–77, 1983.

5. Cantor, K. P. Farming and mortality from non-Hodgkin's lymphoma: a case-control study. Int. J. Cancer, *29:* 239–247, 1982.

6. Delzell, E., and Grufferman, S. Mortality among white and non-white farmers in North Carolina 1976–78. Am. J. Epidemiol., *121:* 391–402, 1985.

7. Buesching, D. P., and Wallstadt, L. Cancer mortality among farmers. J. Natl. Cancer Inst. (Bethesda), *72:* 503–504, 1984.

8. Schumacher, M. C. Farming occupations and mortality from non-Hodgkin's lymphoma in Utah: a case-control study. J. Occup. Med., *27:* 580–584, 1985.

9. Wigle, D. T., Semenciw, R. M., Wilkins, K., Riedel, D., Ritter, L., Morrison, H., and Mao, Y. Mortality study of Canadian farm operators: non-Hodgkin's lymphoma mortality and agricultural practices in Saskatchewan. J. Natl. Cancer Inst. (Bethesda), *82:* 575–580, 1990.

10. Hardell, L., Eriksson, M., Lenner, P., and Lundgren, E. Malignant lymphoma and exposure to chemicals especially organic solvents, chlorophenols and phenoxy acids: a case-control study. Br. J. Cancer, *43:* 169–176, 1981.

11. Hoar, S. K., Blair, A., Holmes, F., Boysen, C., Robel, R. J., Hoover, R., and Fraumeni, J. F. Agricultural herbicide use and risk of lymphoma and soft tissue sarcoma. J. Am. Med. Assn., *256:* 1141–1147, 1986.

12. Woods, J. S., Polissar, L., Severson, R. K., Heuser, L. S., and Kulander, E. G. Soft tissue sarcoma and non-Hodgkin's lymphoma in relation to phenoxyherbicide and chlorinated phenol exposure. J. Natl. Cancer Inst., *78:* 899–910, 1987.

13. Zahm, S. H., Weisenburger, D. D., Babbit, P. A., Saal, R. C., Vaught, J. B., Cantor, K. P., and Blair, A. A case control study of non-Hodgkin's lymphoma and agricultural factors in Eastern Nebraska. Epidemiology, *1:* 349–356, 1990.

14. Alavanja, M. C. R., Blair, A., Merkle, S., Teske, J., Eaton, B., and Reed, B. Mortality among forest and soil conservationists. Arch. Environ. Health, *44:* 94–101, 1989.

15. Gallagher, R. P., Threlfall, W. J., Band, P. R., and Spinelli, J. J. Cancer mortality experience of woodworkers, loggers, fishermen, farmers and miners in British Columbia. Natl. Cancer Inst. Monogr., *69:* 163–167, 1985.

16. Kross, B. C., Burmeister, L. F., Ogilvie, L. K., Fuortes, L. J., and Fu, C. M. Proportionate mortality study of golf course superintendents. Am. J. Ind. Med., *29:* 501–506, 1996.

17. Scherr, P. A., Hutchison, G. B., and Neiman, R. S. Non-Hodgkin's lymphoma and occupational exposure. Cancer Res., *52* (Suppl.): 5503s–5509s, 1992.

18. Devesa, S. S., and Fears, T. Non-Hodgkin's lymphoma time trends: United States and international data. Cancer Res., *52* (Suppl.): 5432s–5440s, 1992.

19. Banks, P. M. Changes in diagnosis of non-Hodgkin's lymphoma over time. Cancer Res., *52* (Suppl.): 5453s–5455s, 1992.

20. Holford, T. R., Zheng, T., Magne, S. T., and McKay, L. A. Time trends of non-Hodgkin's lymphoma: are they real? what do they mean? Cancer Res., *52* (Suppl.): 5443s–5446s, 1992.

21. Dosman, J. A., McDuffie, H. H., Pahwa, P., Fincham, S., McLaughlin, J. R., Robson, D., and Theriault, G. Pesticides, Soft Tissue Sarcoma, Lymphoma, and Multiple Myeloma. A Case Control Study in Three Regions of Canada. Report to Health and Welfare Canada on Project 6008-1223. Saskatoon, Canada: University of Saskatchewan, 1990.

22. IARC Working Group. An evaluation of chemicals and industrial processes associated with cancer in humans based on human and animal data. Cancer Res., *40:* 1–12, 1980.

23. IARC. Some halogenated hydrocarbons and pesticide exposures. *In:* Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans, Vol. 41. Lyon, France: IARC, 1986.

24. IARC. Overall Evaluation of Carcinogenicity: An Updating of IARC Monographs, Volumes 1–42, Suppl. 7. Lyon, France: IARC, 1987.

25. IARC. Occupational exposures in insecticide application and some pesticides. *In:* Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 53. Lyon, France: IARC, 1991.

26. Breslow, N. E., and Day, N. E. The analysis of case-control studies. *In:* Statistical Methods in Cancer Research, Vol. 1, IARC Sci. Publ. 32. Lyon, France: IARC, 1980.

27. Bond, G. C., Bodner, K. M., and Cook, R. R. Phenoxy herbicides and cancer: insufficient epidemiologic evidence for a causal relationship. Fundam. Appl. Toxicol., *12:* 172–188, 1989.

28. Wiklund, K., Dich, J., and Holm, L-E. Risk of malignant lymphoma in Swedish pesticide appliers. Br. J. Cancer, *56:* 505–508, 1987.

29. Wiklund, K., and Holm, L-E. Trends in cancer risks among Swedish agricultural workers. J. Natl. Cancer Inst. (Bethesda), *77:* 657–664, 1986.

30. Cerhan, J. R., Wallace, R. B., Folsom, A. R., Potter, J. D., Sellers, T. A., Zheng, W., and Lutz, C. T. Medical history risk factors for non-Hodgkin's lymphoma in older women. J. Natl. Cancer Inst. (Bethesda), *89:* 314–318, 1997.

31. Berstein, R., and Ross, R. K. Prior medication use and health history as risk factors for non-Hodgkin's lymphoma: preliminary results from a case-control study in Los Angeles County. Cancer Res., *52* (Suppl.): 5510s–5515s, 1992.

32. Linet, M. S., and Pottern, L. M. Familial aggregation of hematopoietic malignancies and risk of non-Hodgkin's lymphoma. Cancer Res., *52* (Suppl.): 5465s–5473s, 1992.

33. Goldgar, D. E., Easton, D. F., Cannon-Allright, L. A., and Skolnick, M. H. Systematic population-based assessment of cancer risk in first degree relatives of cancer probands. J Natl Cancer Inst. (Bethesda), *86:* 1600–1608, 1994.

34. Koepsell, T. D., Daling, J. R., Weiss, N. S., Taylor, S. W., Olshan, A. F., Swanson, G. M., and Child, M. Antigenic stimulation and the occurrence of multiple myeloma. Am. J. Epidemiol., *126:* 1051–1062, 1987.

35. Vena, J. E., Bona, J. R., Byers, T. E., Middleton, E., Swanson, M. K., and Graham, S. Allergy-related diseases and cancer: an inverse association. Am. J. Epidemiol., *122:* 66–74, 1985.

36. Mills, P. K., Beeson, W. L., Fraser, G. E., and Phillips, R. L. Allergy and cancer: organ site-specific results from the Adventist health study. Am. J. Epidemiol., *136:* 287–295, 1992.

37. Severson, R. K., Davis S., Thomas, D. B., Stevens, R. G., Heuser, L., and Sever, L. E. Acute myelocytic leukemia and prior allergies. J Clin. Epidemiol., *42:* 995–1001, 1989.

38. McDuffie, H. H., Cockcroft, D. W., Talebi, Z., Klaassen, D. J., and Dosman, J. A. Lower prevalence of positive atopic skin tests in lung cancer patients. Chest, *93:* 241–246, 1988.

39. Herrinton, L. J., and Friedman, G. D. Cigarette smoking and risk of non-Hodgkin's lymphoma subtypes. Cancer Epidemiol. Biomark. Prev., *7:* 25–28, 1998.

40. Brown, L. M., Everett, G. D., Gibson, R., Burmeister, L. F., Schuman, L. M., and Blair, A. Smoking and risk of non-Hodgkin's lymphoma, and multiple myeloma. Cancer Causes Control, *3:* 49–55, 1992.

41. Linet, M. S., McLaughlin, J. K., Hsing, a. W., Wacholder, S., CoChien, H. T., Schuman, L. M., Bjelke, E., and Blot, W. J. Is cigarette smoking a risk factor for non-Hodgkin's lymphoma? results from the Lutheran Brotherhood Cohort Study. Leuk. Res., *16:* 621–624, 1992.

42. Blair, A., and Zahm, S. H. Epidemiologic studies of cancer among agricultural populations. *In:* H. H. McDuffie, J. A. Dosman, K. M. Semchuk, S. Olenchock, and A. Senthilselvan (eds.), Agricultural Health and Safety: Workplace, Environment, Sustainability, pp. 111–117. Boca Raton, FL: CRC Lewis Publishers, 1994.

43. Brown, L. M., Dosemeci, M., Blair, A., and Burmeister, L. Comparability of data obtained from farmers and surrogate respondents on use of agricultural pesticides. Am. J. Epidemiol., *134:* 348–355, 1991.

44. Blair, A., and Zahm, S. H. Herbicides and cancer: a review and discussion of methodologic issues. Recent Results Cancer Res., *120:* 132–145, 1990.

45. Blair, and A., Zahm, S. H. Methodologic issues in exposure assessment for case-control studies of cancer and herbicides. Am. J. Ind. Med., *18:* 285–293, 1990.

46. Moody, R. P., and Nadeau, B. Effect of the mosquito repellent DEET and long-wave ultraviolet radiation on permeation of the herbicide 2,4-D and the insecticide DDT in natural rubber gloves. Am. Ind. Hyg. Assn. J., *53:* 436–441, 1992.

47. Garry, V. F., Tarone, R. E., Long, L., Griffith, J., Kelly, J. T., and Burroughs, B. Pesticide appliers with mixed pesticide exposure: G-banded analysis and possible relationship to non-Hodgkin's lymphoma. Cancer Epidemiol. Biomark. Prev., *5:* 11–16, 1996.

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

# Cancer Epidemiology, Biomarkers & Prevention



# Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health

Helen H. McDuffie, Punam Pahwa, John R. McLaughlin, et al.

*Cancer Epidemiol Biomarkers Prev* 2001;10:1155-1163.

| | |
|---|---|
| **Updated version** | Access the most recent version of this article at:<br>http://cebp.aacrjournals.org/content/10/11/1155 |

| | |
|---|---|
| **Cited articles** | This article cites 36 articles, 10 of which you can access for free at:<br>http://cebp.aacrjournals.org/content/10/11/1155.full#ref-list-1 |
| **Citing articles** | This article has been cited by 19 HighWire-hosted articles. Access the articles at:<br>http://cebp.aacrjournals.org/content/10/11/1155.full#related-urls |

| | |
|---|---|
| **E-mail alerts** | Sign up to receive free email-alerts related to this article or journal. |
| **Reprints and Subscriptions** | To order reprints of this article or to subscribe to the journal, contact the AACR Publications Department at pubs@aacr.org. |
| **Permissions** | To request permission to re-use all or part of this article, use this link<br>http://cebp.aacrjournals.org/content/10/11/1155.<br>Click on "Request Permissions" which will take you to the Copyright Clearance Center's (CCC) Rightslink site. |

Downloaded from cebp.aacrjournals.org on April 26, 2021. © 2001 American Association for Cancer Research.

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/14982881

# The Role of Agricultural Pesticide Use in the Development of Non-Hodgkin's Lymphoma in Women

**Article**  *in*  Archives of Environmental Health An International Journal · October 1993

DOI: 10.1080/00039896.1993.9936725 · Source: PubMed



CITATIONS
117

READS
46

**6 authors**, including:

Shelia Hoar Zahm
U.S. Department of Health and Human Services
**328** PUBLICATIONS   **14,817** CITATIONS

Aaron Blair
National Institutes of Health
**228** PUBLICATIONS   **13,982** CITATIONS

SEE PROFILE

SEE PROFILE

**Some of the authors of this publication are also working on these related projects:**

North American Pooled Project NAPP View project

All content following this page was uploaded by Shelia Hoar Zahm on 21 September 2015.

The user has requested enhancement of the downloaded file.

Reprinted from **Archives of Environmental Health**,
published by HELDREF PUBLICATIONS, 1319 Eighteenth Street, NW,
Washington, DC 20036-1802.
(202) 296-6267 (202) 296–5149 FAX

# The Role of Agricultural Pesticide Use in the Development of Non-Hodgkin's Lymphoma in Women

**SHELIA HOAR ZAHM**
**Occupational Studies Section**
**National Cancer Institute**
**Rockville, Maryland**
**DENNIS D. WEISENBURGER**
**Department of Pathology and Microbiology**
**University of Nebraska Medical Center**
**Omaha, Nebraska**
**ROBERT C. SAAL**
**JIMMIE B. VAUGHT**
**Westat, Inc.**
**Rockville, Maryland**

**PAULA A. BABBITT**
**Department of Pathology and Microbiology**
**University of Nebraska Medical Center**
**Omaha, Nebraska**
**AARON BLAIR**
**Occupational Studies Section**
**National Cancer Institute**
**Rockville, Maryland**

**ABSTRACT.** Non-Hodgkin's lymphoma has been found to be associated with agricultural pesticide use in men, but little is known about the risk in women. In a recent population-based, case-control study conducted in eastern Nebraska, no increased risk of non-Hodgkin's lymphoma was found in women who had ever lived or worked on a farm (odds ratio [OR] = 1.0). Neither the use of insecticides (OR = 0.8) nor herbicides (OR = 0.7) on the farm was associated with non-Hodgkin's lymphoma; however, the number of women who mixed or applied pesticides was small, particularly in comparison to men on farms. Small nonsignificant associations were observed among the women who personally handled insecticides (OR = 1.3) or herbicides (OR = 1.2). Women who personally handled organophosphate insecticides had a significant 4.5-fold increased risk of non-Hodgkin's lymphoma. Use of chlorinated hydrocarbon insecticides was associated with an OR of 1.6; however, the use on dairy cattle was associated with a 3-fold increased risk. Pesticide-related risks were greater among women with a family history of cancer, particularly a history of lymphatic or hematopoietic cancer among first-degree relatives.

IN NUMEROUS STUDIES conducted throughout the world, risk of non-Hodgkin's lymphoma (NHL) has been found to be increased in agricultural populations.[1] Agricultural exposures associated with excess risk of NHL include the use of phenoxyacetic acid herbicides,[2-9] organophosphate insecticides,[4,10] triazine herbicides,[3,4] fungicides,[3] fuels,[9] and fertilizers.[11] The populations in these published studies have been limited to men. One geographic correlational study in Quebec reported a greater risk for cancers of the lymphatic tissues among rural women in areas with higher pesticide sales than areas with lower sales.[12] It is not known if women who live or work on farms experience excess risk of NHL. This paper presents data on agricultural exposures

among women from a population-based case-control study of NHL in eastern Nebraska. We have reported the results for men previously.[4]

## Materials and methods

Detailed methods have been described elsewhere.[4,13] Briefly, cases of NHL, Hodgkin's disease, multiple myeloma, and chronic lymphocytic leukemia among white men and women, aged 21 y or older, residing in the 66 counties of eastern Nebraska and diagnosed between July 1, 1983, and June 30, 1986, were identified through the Nebraska Lymphoma Study Group and area hospitals. Among white women—the subject of this report—there were 206 histologically confirmed cases of NHL.

Controls were selected from residents of the same 66-county area by 3:1 frequency matching by race, sex, vital status, and age (5-y age groups) to the combined age distribution of the four cancer case series. Two-stage random digit dialing[14] was used to select 217 controls for the living cases who were 65 y of age or younger. With regard to living cases who were 65 y of age or older, 331 female controls were selected from the Health Care Financing Administration (Medicare) records. Female controls (n = 276) for deceased cases were selected from the Nebraska state mortality files, using the additional matching factor of year of death. Persons with an underlying cause of death of NHL, Hodgkin's disease, multiple myeloma, leukemia, malignancy of unknown site, aplastic anemia, suicide, homicide, or legal intervention were excluded as controls. A total of 824 female controls was selected.

Telephone interviews were conducted with 184 NHL cases and 707 controls or with their next-of-kin. The interview response rates were 89% for cases and 86% for controls. The overall control response rate was 84% (a weighted average accounting for the 91% response rate in the household census phase of the random-digit dialing procedure, the 94% response rate of the randomly selected eligible random-digit dialing controls, the 84% response rate of the Health Care Financing Administration controls, and the 82% response rate of the next-of-kin of deceased controls).

The interview included questions on herbicides and insecticides used; the application method used most often; use of protective equipment; duration of time wearing work clothes after handling pesticides; animals raised; and use of fungicides, rodenticides, fumigants, wood preservatives, and fertilizers. Information about each herbicide and insecticide used, i.e., use on crops or animals, years of use, and average annual number of days the pesticides were personally handled, was obtained.

Subjects also reported whether any "blood relatives were ever diagnosed as having leukemia, lymphoma, Hodgkin's disease, multiple myeloma, or any form of cancer''; also provided were the affected relative's relationship to the subject and the type of cancer.

The measure of association was the odds ratio (OR). All risk estimates were adjusted for the effects of age by stratification (21-59, 60-69, 70-79, and greater than 79 y). Maximum likelihood estimates of the overall risk and 95% confidence intervals (CI) were computed by Gart's method.[15] Significance of duration- and frequency-response relationships was assessed by Mantel's one-tailed linear trend test.[16]

## Results

A total of 119 women diagnosed with NHL and 471 controls reported ever having lived or worked on a farm (OR = 1.0; CI = 0.7,1.4). Pesticides had been used on the farms of 59 cases and 262 controls, which yielded an OR of 0.8 (CI = 0.5,1.3). Two cases and 1 control had unknown farming status.

In Table 1 is presented the risk of NHL, by class of herbicides used. Use of any herbicide on the farm was associated with a deficit of NHL (OR = 0.7; CI = 0.4,1.2), whereas personal handling any herbicide was associated with a nonsignificant risk of 1.2 (CI = 0.3,4.2). No class of herbicides, whether used on the farm or personally handled, was associated with a significantly increased risk of NHL. Few women, however, reported personally handling herbicides.

Table 1.—Number of Non-Hodgkin's Lymphoma (NHL) Cases and Controls and Odds Ratios, according to Herbicide Use among Women in Eastern Nebraska

| Herbicide class | Used on farms | | | | Personally handled | | | |
|---|---|---|---|---|---|---|---|---|
| | NHL | Controls | OR | (CI)* | NHL | Controls | OR | (CI) |
| Any herbicide | 27 | 149 | 0.7 | (0.4,1.2) | 4 | 13 | 1.2 | (0.3, 4.2) |
| Phenoxys | 14 | 63 | 0.9 | (0.4,1.7) | 2 | 9 | 0.9 | (0.1, 4.5) |
| Triazines | 12 | 38 | 1.2 | (0.6,2.6) | 1 | 2 | 2.2 | (0.1, 31.5) |
| Amides | 8 | 34 | 0.9 | (0.4,2.2) | 0 | 2 | — | |
| Benzoics | 4 | 12 | 1.2 | (0.3,4.4) | 0 | 1 | — | |
| Carbamates | 2 | 14 | 0.6 | (0.1,2.8) | 0 | 2 | — | |
| Trifluralins | 3 | 24 | 0.5 | (0.1,1.7) | 0 | 1 | — | |
| Others | 5 | 28 | 0.7 | (0.2,2.0) | 1 | 4 | 1.0 | (0.04,10.2) |
| Unknown | 10 | 87 | 0.4 | (0.2,0.9) | 3 | 5 | 2.5 | (0.5, 12.8) |

*OR (CI) = odds ratio (95% confidence interval), adjusted for age. The referent category is women who never lived or worked on a farm (63 NHL cases, 235 controls).

**Table 2.—Number of Non-Hodgkin's Lymphoma (NHL) Cases and Controls and Odds Ratios, according to Insecticide Use among Women in Eastern Nebraska**

| Insecticide class | Used on farms | | | | Personally handled | | | |
|---|---|---|---|---|---|---|---|---|
| | NHL | Controls | OR | (CI)* | NHL | Controls | OR | (CI) |
| Any insecticide | 56 | 245 | 0.8 | (0.5,1.3) | 22 | 69 | 1.3 | (0.7, 2.3) |
| Chlorinated hydrocarbons | 20 | 46 | 1.6 | (0.8,3.1) | 5 | 12 | 1.7 | (0.5, 5.8) |
| Carbamates | 7 | 17 | 1.6 | (0.6,4.4) | 0 | 3 | — | |
| Organophosphates | 14 | 43 | 1.2 | (0.6,2.5) | 6 | 5 | 4.5 | (1.1, 17.9) |
| Metals | 3 | 8 | 1.6 | (0.3,7.5) | 0 | 1 | — | |
| Others | 4 | 17 | 1.0 | (0.3,3.3) | 1 | 4 | 1.1 | (0.04,10.9) |
| Unknown | 40 | 197 | 0.8 | (0.5,1.2) | 15 | 54 | 1.1 | (0.5, 2.2) |

*OR (CI) = odds ratio (95% confidence interval), adjusted for age. The referent category is women who never lived or worked on a farm (63 NHL cases, 235 controls).

The two most commonly reported herbicide classes were phenoxyacetic acids and triazines. Within the phenoxyacetic acid herbicide class, 13 NHL cases and 62 controls reported use of 2,4-dichlorophenoxyacetic acid (2,4-D) on the farm (OR = 0.8; CI = 0.4,1.6); 2 cases and 8 controls reported personal handling of 2,4-D (OR = 1.0; CI = 0.1,5.2). Use of 2,4,5-trichlorophenoxyacetic acid (2,4,5-T) was reported by 3 cases and 2 controls (OR = 1.7; CI = 0.3,7.8), and only 1 case and 1 control reported personal handling of 2,4,5-T (OR = 4.2; CI = 0.1,159.5). Use on the farm and personal handling of atrazine were associated with ORs of 1.4 (CI = 0.6,3.0; 11 cases, 31 controls) and 2.2 (CI = 0.1,31.5; 1 case, 2 controls), respectively. Four cases and 12 controls reported use of cyanazine (OR = 1.3; CI = 0.3,4.5). Too few subjects were exposed to these individual herbicides to allow for analysis by duration, frequency, or other characteristics of use.

The risk of NHL, according to class of insecticides, is presented in Table 2. Chlorinated hydrocarbon (OR = 1.6), carbamate (OR = 1.6), organophosphate (OR = 1.2), or metal (OR = 1.6) insecticide use on the farm was associated with nonsignificant increased risks of NHL. No individual insecticide was associated with a significant risk of NHL among women, but nonsignificant increases were seen for several insecticides. Odds ratios of 1.3 or greater, based on at least 3 exposed cases, were observed for aldrin (OR = 1.3; 3 cases, 9 controls); DDT (OR = 1.7; 16 cases, 36 controls); diazinon (OR = 1.9; 7 cases, 16 controls); fonofos (OR = 2.5; 7 cases, 11 controls); heptachlor (OR = 2.0; 4 cases, 8 controls); lindane (OR = 1.8; 5 cases, 11 controls); malathion (OR = 1.9; 9 cases, 18 controls); Paris Green (OR = 1.6; 3 cases, 8 controls); and sevin (OR = 2.6; 5 cases, 8 controls). Women who had personally handled organophosphate insecticides had a 4.5-fold (CI = 1.1,17.9) increased risk of NHL. Study subjects reported handling seven specific organophosphate insecticides: chlorpyrifos (1 case); diazinon (2 cases, 2 controls; OR = 4.1; CI = 0.4,43.2); dichlorvos (1 case); famphur (1 control); fonofos (1 case); malathion (3 cases, 3 controls; OR = 3.6; CI = 0.5,23.9); and terbufos (3 controls).

There was little variation in risk, by insecticide use on

dairy cattle, other livestock, crops, or buildings and lots, although risk appeared greater (OR = 1.8) for personal handling of insecticides for farm buildings or lots (Table 3). Examination by insecticide class and type of use was hampered by the inability of most female subjects to identify specific insecticides. The risk of NHL was elevated among those who used chlorinated hydrocarbon insecticides on dairy cattle (OR = 3.0; CI = 0.9,9.3; 7 cases, 10 controls). Other nonsignificant associations of interest were for the use of chlorinated hydrocarbon insecticides on other livestock (OR = 1.9) and on farm buildings and lots (OR = 1.6), the use of carbamates on crops (OR = 1.9), the use of organophosphates on livestock other than dairy cattle (OR = 2.1) and on buildings and lots (OR = 4.1), and use of "other" insecticides on livestock other than dairy cattle (OR = 6.6).

Risk of NHL varied by pesticide application method and precautions taken to reduce exposures. A nonsignificant excess of NHL was observed among women who most often used handheld sprayers to apply crop insecticides (OR = 2.6; CI = 0.8,8.4; 6 cases, 9 controls) or who poured on animal insecticides (OR = 1.8; CI = 0.3,8.6; 3 cases, 6 controls). Other application methods showed no excess risk or had less than 3 exposed cases. Few women reported use of protective equipment when handling insecticides or herbicides (2 cases, 8 controls), but they appeared to have a lower risk of NHL (OR = 1.1) than nonusers (OR = 1.4; CI = 0.7,2.6; 21 cases, 62 controls). Women who reported that they changed to clean work clothes immediately after handling pesticides had a lower risk of NHL (OR = 1.1; CI = 0.3,3.3; 5 cases, 19 controls) than women who changed at the end of the day (OR = 1.4; CI = 0.7,2.9; 15 cases, 42 controls), although the confidence intervals overlap. Only 1 case and 4 controls (OR = 1.0) reported delaying the change to clean work clothes to the following day or later.

There was no association between NHL and the use of fungicides (OR = 0.6), rodenticides (OR = 0.9), fumigants (OR = 0.7), or nitrogen fertilizers on corn on the farm (OR = 0.8), or with handling chemically treated wood or fence posts (OR = 0.9).

Among farm and nonfarm women, neither use of

Table 3.—Number of Female Non-Hodgkin's Lymphoma (NHL) Cases and Controls and Odds Ratios in Eastern Nebraska, according to Insecticides Used on Dairy Cattle, Other Livestock, Crops, and Buildings and Lots

| Insecticide use | Dairy cattle | | | | Other livestock | | | |
|---|---|---|---|---|---|---|---|---|
| | NHL | CO* | OR | (CI)† | NHL | CO | OR | (CI) |
| Ever used on farm | 31 | 114 | 1.1 | (0.6, 1.8) | 32 | 105 | 1.1 | (0.7, 1.9) |
| Personally handled | 12 | 49 | 1.0 | (0.4, 2.1) | 9 | 29 | 1.2 | (0.5, 2.9) |
| Insecticide class used on farms: | | | | | | | | |
| Chlorinated hydro-carbons | 7 | 10 | 3.0 | (0.9, 9.3) | 9 | 18 | 1.9 | (0.7, 4.7) |
| Carbamates | 1 | 0 | — | | 2 | 1 | 8.6 | (0.6,247.9) |
| Organophosphates | 1 | 2 | 2.0 | (0.1, 32.5) | 5 | 9 | 2.1 | (0.6, 7.3) |
| Metals | 0 | 0 | — | | 0 | 1 | — | |
| Others | 1 | 1 | 4.6 | (0.1,183.7) | 3 | 2 | 6.6 | (0.8, 59.7) |
| Unknown | 24 | 104 | 0.9 | (0.5, 1.6) | 24 | 87 | 1.0 | (0.6, 1.8) |

*CO = controls.
OR (CI) = odds ratio (95% confidence interval), adjusted for age. The referent category is women who never lived or worked on a farm (63 NHL cases, 235 controls).

herbicides (OR = 0.9; CI = 0.6,1.3) nor insecticides (OR = 1.2; CI = 0.8,1.8) around the home, family garden, or yard was significantly associated with NHL. Risk increased, however, with the number of days per year that women handled herbicides around the home, garden, or yard (1 d/y: OR = 0.6; 2 d/y: OR = 1.2; 6+ d/y: OR = 1.6), but the trend was not significant.

Family history of cancer was associated with an increased risk of NHL (OR = 1.8, CI = 1.2,2.6) and enhanced the effect of farm exposures (Table 4). Risks of NHL associated with ever living or working on a farm and with insecticide use increased progressively with a family history of cancer, a family history of lymphatic and hematopoietic cancer, and a history of those cancers among first-degree relatives. Four- to 5-fold risks were observed for women with first-degree relatives with lymphatic or hematopoietic cancers, who personally handled insecticides or who used insecticides on milk cows, other livestock, or farm buildings or lots.

## Discussion

The incidence of NHL has increased more than 50% during the past 15 y in the United States,[17] and it is one of the most rapidly increasing malignancies in the United States and in other developed countries.[18] AIDS-related lymphoma and changes in diagnostic practices explain some, but not all, of the recent increase.[19] It has been suggested that pesticide use may also be responsible for some of the increase.[1,20] Agricultural use of herbicides and home and garden use of both insecticides and herbicides have increased dramatically preceding and during the time period in which the incidence of NHL has increased.[20] Given that the incidence of NHL has increased in both men and women, it is important to evaluate if NHL is associated with pesticide exposure in women.

It was difficult to assess the effects of "direct" exposure to pesticides among women in this study because few women reported personally handling pesticides. Among controls who had ever lived or worked on farms, the percentages of men[4] and women who reported insecticide (men: 60%; women: 52%) or herbicide (men: 38%; women: 32%) use on the farm were similar. Personal handling of insecticides (men: 45%; women: 15%) or herbicides (men: 29%; women: 3%), however, was much less frequent among the women. Although farm women live in an environment in which pesticides are used, it appears that only a small proportion are directly engaged in pesticide mixing and application. No significant excesses of NHLs were observed for any class of insecticide or herbicide used on the farm, although nonsignificant excesses were associated with the use of chlorinated hydrocarbon, carbamate, and metal insecticides. Risks tended to be greater among the few women who personally handled pesticides. Among women who personally handled organophosphate insecticides, a significant 4.5-fold increased risk of NHL was observed. This finding is consistent with reports for men in Nebraska[4] and Iowa and Minnesota.[10] Newcombe has proposed that organophosphates may play a role in the development of lymphoma through their inhibition of serine esterases, which are critical components in the cytolytic activities of T lymphocytes and natural killer cells.[21]

With respect to other pesticide classes, it is difficult to determine if the women had an excess risk of NHL associated with exposure, because the numbers of exposed women were too small to be very informative. For example, the herbicide 2,4-D, which has been associated with 2- to 8-fold increased risks of NHL among frequent male users,[3,4,9] was personally handled by only 2 female cases and 8 controls (OR = 1.0).

Women were much more likely to have personally handled insecticides used on animals than on crops. In this study, we observed a 3-fold increased risk of NHL associated with the use of chlorinated hydrocarbon in-

Archives of Environmental Health

matopoietic cancers may be more prone to case-response bias than other cases. There was no independent verification of the self-reported family cancer histories or agricultural exposure histories. Increased agricultural-related risks in subjects with family histories of cancer were also observed in case-control studies of lymphoma in Tasmania[25] and leukemia and NHL in Iowa and Minnesota.[26]

Overall, this study suggests that the risk of NHL from pesticide exposures among women who live or work on farms, if real, is smaller than for men. This may reflect lower levels of exposure, unstable risk estimates that result from the small number of exposed women, or failure to collect information on the activities most likely to result in exposure of women. When exposure was reported by women, such as exposure to organophosphates or chlorinated hydrocarbons used on animals or buildings and lots, excess risks of NHL were seen. Research on farm family members should utilize questionnaires that are carefully tailored to capture all possible modes of exposure and attempt to identify high risk subgroups, such as people with a family history of cancer.

* * * * * * * * * *

Submitted for publication August 31, 1992; accepted for publication December 10, 1992.

Requests for reprints should be sent to: Shelia Hoar Zahm, Sc.D., Occupational Studies Section, National Cancer Institute, Executive Plaza North, Room 418, Rockville, MD 20892.

* * * * * * * * * *

## References

1. Blair A, Zahm SH. Cancer among farmers. Occup Med: State Art Rev 1991; 6:335-54.
2. Hardell L, Eriksson M, Lenner P, Lundgren E. Malignant lymphoma and exposure to chemicals, especially organic solvents, chlorophenols and phenoxy acids: a case-control study. Br J Cancer 1981; 43:169-76.
3. Hoar SK, Blair A, Holmes FF, et al. Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. J Am Med Assoc 1986; 256:1141-47.
4. Zahm SH, Weisenburger DD, Babbitt PA, et al. A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska. Epidemiology 1990; 1:344-56.
5. Pearce N. Phenoxy herbicides and non-Hodgkin's lymphoma in New Zealand: frequency and duration of herbicide use. Br J Ind Med 1989; 46:143-44.
6. LaVecchia C, Negri E, D'Avanzo B, Franceschi S. Occupation and lymphoid neoplasms. Br J Cancer 1989; 60:385-88.
7. Persson B, Dahlander A, Fredriksson M, Brage HN, Ohlson C-G,

8. Axelson O. Malignant lymphomas and occupational exposures. Br J Ind Med 1989; 46:516-20.
8. Olsson H, Brandt L. Non-Hodgkin's lymphoma of the skin and occupational exposure to herbicides. Lancet 1981; 2:579.
9. Wigle DT, Semenciw RM, Wilkins K, et al. Mortality study of Canadian male farm operators: non-Hodgkin's lymphoma mortality and agricultural practices in Saskatchewan. J Natl Cancer Inst 1990; 82:575-82.
10. Cantor KP, Blair A, Everett G, et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Res 1992; 52:2447-55.
11. Weisenburger DD. Environmental epidemiology of non-Hodgkin's lymphoma in eastern Nebraska. Am J Ind Med 1990; 18:303-05.
12. Godon G, Lajoie P, Thouez JP, Nadeau D. Pesticides et cancers en milieu rural agricole au Quebec: interpretation geographique. Soc Sci Med 1989; 29:819-33.
13. Zahm SH, Weisenburger DD, Babbitt PA, Saal RC, Vaught JB, Blair A. Use of hair coloring products and the risk of lymphoma, multiple myeloma, and chronic lymphocytic leukemia. Am J Public Health 1992; 82:990-97.
14. Waksberg J. Sampling methods for random digit dialing. J Am Stat Assoc 1978; 73:40-46.
15. Gart JJ. Point and interval estimation of the common odds ratio in the combination of $2 \times 2$ tables with fixed marginals. Biometrika 1970; 57:471-75.
16. Mantel N. Chi square test with 1 degree of freedom, extension of the Mantel-Haenszel procedure. Am Stat Assoc J 1963; 58:690-700.
17. Ries LAG, Hankey BF, Edwards BK. Cancer Statistics Review, 1973-1987. National Institutes of Health Publication 90-2789. Bethesda, MD: U.S. Department of Health and Human Services, Government Printing Office, 1990.
18. Davis DL, Hoel D, Fox J, Lopez A. International trends in cancer mortality in France, West Germany, Italy, Japan, England and Wales, and the USA. Lancet 1990; 336:474-81.
19. Hartge P, Devesa S. Quantification of the impact of known risk factors on time trends in non-Hodgkin's lymphoma incidence. Cancer Res 1992; 52 (Suppl.):5566s-9s.
20. Zahm SH, Blair A. Pesticides and non-Hodgkin's lymphoma. Cancer Res 1992; 52 (Suppl.):5485s-8s.
21. Newcombe DS. Immune surveillance, organophosphorus exposure, and lymphomagenesis. Lancet 1992; 339:539-41.
22. Zahm SH, Blair A, Holmes FF, Boysen CD, Robel RJ. A case-referent study of soft-tissue sarcoma and Hodgkin's disease. Scand J Work Environ Health 1988; 14:224-30.
23. Brown LM, Blair A, Gibson R, et al. Pesticide exposures and other agricultural risk factors for leukemia among men in Iowa and Minnesota. Cancer Res 1990; 50:6585-91.
24. Hallett AL. Survey of health and safety behaviour of potato farmers in Carleton County, New Brunswick. Can J Public Health 1987; 778:345-49.
25. Giles GG, Lickiss JN, Baikie MJ, Lowenthal RM, Panton J. Myeloproliferative and lymphoproliferative disorders in Tasmania, 1972-80: occupational and familial aspects. J Natl Cancer Inst 1984; 72:1233-40.
26. Pottern LM, Brown LM, Linet MS, Blair A. Genetic susceptibility and occupational exposures in the etiology of leukemia and non-Hodgkin's lymphoma. Ninth International Symposium on Epidemiology in Occupational Health, Cincinnati, OH; 1992.

View publication stats