# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This Document Relates to: | * * | **DECLARATION OF RON D. SCHIFF, M.D., Ph.D., IN SUPPORT OF** |
| *Ramirez, et al.* | * * | |
| Plaintiff(s), | * * * | **OBJECTOR'S SUR-REPLY IN OPPOSITION TO PRELIMINARY APPROVAL OF** |
| v. | * * | **PROPOSED CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS** |
| *Monsanto Co.,* | * * * | **AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. DIV. P. 23(e), SCHEDULING OF** |
| Defendant(s). | * * * | **FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY** |
| Case No. 3:19-cv-02224 | * * | **SETTLEMENT CLASS MEMBERS** |
| | * * * * | Judge Vince Chhabria |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Ron D. Schiff, M.D., Ph.D., declare as follows:

1.    I have personal knowledge concerning the matters addressed herein and submit this declaration in support of Objector's Sur-Reply in Opposition. If called as a witness, I could and would testify competently to the facts and opinions set forth in this declaration. I hold all of the opinions set forth herein to a reasonable degree of medical certainty.

Declaration of Ron D. Schiff, M.D., Ph.D.

Case No. 3:16-md-02741-CV; Page 1 of 6

2.	I am board-certified in hematology and medical oncology and have twenty-nine years of clinical practice experience. I earned a Bachelor of Arts degree in Biological Sciences and Psychology from Northwestern University in 1973. I earned a Ph.D. in Molecular and Cellular Biology from Saint Louis University in 1979 and a medical degree from the same institution in 1980. I completed my medical residency in the Department of Internal Medicine at the McGaw Medical Center of Northwestern University in 1983 and a fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York, New York in 1986. In addition, I was a Research Fellow in the Laboratory of Developmental Cell Biology, Department of Cell Biology and Genetics at the Sloan-Kettering Institute.

3.	Immediately thereafter, I became an Attending Physician and Assistant Professor in the Department of Medicine, Division of Hematology/Oncology at the Medical University of South Carolina. Since that time, I have practiced medical oncology and hematology in university settings and private practice, and a significant amount of my career has been devoted to diagnosing and treating patients with non-Hodgkin lymphoma ("NHL"). My curriculum vitae is attached hereto.

4.	Since the 1990s my experience also includes rendering medical expert reviews of cases involving medical liability and product liability. Throughout my academic and professional career, I have researched the peer-reviewed scientific and medical published literature to assess the environmental, genetic and chemical causes of NHL, including the ability of Roundup to cause NHL. I have also assessed the literature and have been trained on the known and established risk factors associated with NHL and its specific subtypes.

5.	I have been asked to opine on the Group A and Group B Medical Conditions set forth in Exhibit 5 to the proposed Class Action Settlement Agreement ("Settlement Agreement") attached to the Preliminary Approval Motion and the Declaration and Supplemental Declaration of Amit R. Mehta, M.D. submitted by Class Counsel.

6.	It is my understanding that the Class Members who make claims for Claims Program Awards will be placed into the tiers set forth in Exhibit 5, which will determine the award given to the Claimant under the settlement terms. Therefore, if an NHL Claimant presents or manifests with a Group A or Group B Medical Condition, their financial recovery under the Settlement Agreement will be restricted due to an alleged confounding risk factor for NHL, irrespective of their Roundup exposure.  Dr. Mehta, as I understand from his Declaration, attempts to provide justification for this approach by his review of the relevant scientific and medical published literature to confirm that the Group A and Group B Medical Conditions are associated with NHL.

7. The Settlement Agreement's underlying scientific assumptions, apparently supported by Dr. Mehta's Declaration, ignore a major tenet of causation of disease, the multifactorial causation of cancer.

8. When evaluating whether an individual's exposure to one or more chemicals has been a substantial contributing factor in the development of their disease, it is important to gather sufficient information regarding the person's exposure to the chemicals of interest. In addition, a scientist investigating specific causation should also identify any other risk factors for the disease. Such other risk factors can include: exposures to other chemicals from environmental, occupational, or hobby-related sources; family history of similar disease; and other factors potentially predisposing the person to develop the disease, such as age, race, or suppressed immune status.

9. The above approach is important because few types of cancer have one single cause. Cancer development is a complex, multistage process with many factors working together to contribute to the emergence of a full-blown malignancy. In this process, genetic susceptibility and environmental factors usually play a role in the development of cancer.

10. The many stages of cancer development generally include the acquisition and accumulation of mutations in the genetic material, replication of those mutations, promotion of cell division, dysregulation of cellular growth processes, and failure of the body's immune system and other defense mechanisms to stop cell replication. Each of these mechanistic stages in cancer development, as broadly described in the sentence above, typically has other substages or component steps. At every stage and substage of cancer development, genetic factors or susceptibility and environmental factors, including chemical exposures, diet, smoking history, alcohol consumption, or viral or bacterial infection, may contribute to cause a particular form of cancer.

11. Thus, critically for the purposes of causation analysis, the mere fact that genetics and/or other risk factors (*e.g.* immunosuppression or autoimmune disorders) have been identified as potential causes of a particular case of cancer in no way refutes the reality that identified chemical exposures (*i.e.* Roundup) played a substantial contributing role in the development of a person's cancer, such as NHL.

12. To the extent that an individual has developed a type of cancer caused by the carcinogen in question, then any non-trivial exposure to that carcinogen consistent with the temporality associated with the disease should be considered as a probable substantial factor that contributed to the development of the individual's cancer, irrespective of other genetic or environmental risk factors that are present.

Declaration of Ron D. Schiff, M.D., Ph.D.
Case No. 3:16-md-02741-CV; Page 3 of 6

13. The Settlement Agreement and the declaration submitted by Dr. Mehta theorize that in the presence of other risk factors, a person's Roundup exposure is somehow less important in the development of an individual's NHL. This theory is unsupported in the medical and scientific literature and it is not generally accepted in the medical or scientific community. The existence of one substantial factor in cancer causation does not reduce the significance, or substantiality, of other factors. Thus, there is no reliable scientific justification to claim that the Group A or Group B Medical Conditions are more causal or substantial for contributing to a person's NHL than the person's Roundup exposure.

14. More specifically, the factors in Group A Medical Conditions simply do not scientifically justify labeling an individual's Roundup exposure as less significant in a causation analysis. For example, while it is true that having a first-degree relative with NHL will increase an individual's risk of developing NHL, the causation analysis only begins at that point. A competent and qualified medical causation expert must then assess the circumstances of the relative. Did they also have Roundup exposure? Did they have other potential risk factors that might explain the manifestation of the disease? Until these questions and others are asked and answered there is simply no scientific justification for determining a claimant's Roundup exposure is less important, and worth less, simply because a relative previously had NHL. Further, certain immunosuppressive drugs are known to contribute to NHL risk. However, an appropriate causation assessment would include when the medications were taken, at what dose and for how long. Were they prescribed after the diagnosis of NHL? Were they prescribed thirty years prior to diagnosis? If so, what was the dosage? All of these questions and more would have to be determined before any conclusions on whether such drugs contributed to cause an individual's NHL. It is simply not scientifically possible in this manner to generally rank these causative factors when a causation analysis requires an individual assessment.

15. The Group B Medical Conditions are even more broad and more problematic from a causation perspective than the Group A Medical Conditions. For example, limiting a claim for a "First-Degree or Second-Degree Family Member with History of Cancer" is completely unscientific. Based on my education, training and experience, having a family member with any kind of cancer is not a recognized risk factor for NHL in the medical and scientific community. Further, according to the National Cancer Institute, a first- or second-degree relative is defined as any parent, sibling,

Declaration of Ron D. Schiff, M.D., Ph.D.
Case No. 3:16-md-02741-CV; Page 4 of 6

child, aunt, uncle, grandparent, grandchild, niece, nephew or half-sibling.[1] Also, according to the national cancer statistics published by the government, 39.5% of the population will be diagnosed with cancer in their lifetimes.[2] From a simple statistical standpoint, the likelihood of an NHL claimant overcoming this barrier is low for a typical patient in the United States. It is unlikely anyone with a basic understanding of his or her family's medical history in this country could realistically avoid inclusion in this very broad criterion, a criterion that is not recognized by the scientific community as a risk factor for NHL.

16. Further, limiting compensation for claimants with a 1-ppd/20-pack-year smoking history is problematic for several reasons. The published literature does not consistently show associations between smoking and all subtypes of NHL, yet the Settlement Agreement assumes it does. Further, it fails to account for the timing of the smoking cessation. For example, did they stop smoking twenty years prior? These types of questions can have a significant impact on the causation analysis but go unanswered here in the Settlement Agreement.

17. In addition, a bright-line rule limiting claimants with a body mass index greater than 30 at diagnosis ignores the fact that association between BMI and NHL has been inconsistent at best in the published literature, and non-existent for certain subtypes of NHL, yet all would fall under this criterion. Despite the inconsistent association, the prevalence of obesity in this country is vast across all age levels, 40% aged 20-39, 44.8% aged 40-59, and 42.8% aged 60 and older,[3] and this limitation, despite being a highly selective risk factor for NHL, would seemingly unfairly reduce the monetary settlements of a significant percentage of NHL claimants. In summary, the Group B Medical Conditions include restrictive factors that do not necessarily contribute to an individual's NHL risk.

18. Given more time, and if asked to do so, I could research every condition listed in the Group A and B Medical Conditions and provide analyses similar to the examples above.

19. In short, limiting claims for those who manifest any one of the Group A and B Medical Conditions is a blunt instrument not sufficiently based on the science of medical causation. Rather, determining the cause of an individual's cancer is a scientific discipline that requires

---

[1] Definition for second degree relative:  National Cancer Institute, Second-Degree Relative, available at ***********.cancer.gov/publications/dictionaries/genetics-dictionary/def/second-degree-relative, National Cancer Institute, Cancer Statistics (Sep. 25, 2020).
[2] https://www.cancer.gov/about-cancer/understanding/statistics
[3] Craig M. Hales, et al., Prevalence of Obesity and Severe Obesity Among Adults: United States, 2017-2018, NCHS Data Brief, no. 360, National Center for Health Statistics (Feb. 2020) available at ***********.cdc.gov/nchs/products/databriefs/db360.html

precision. These criteria appear specifically designed to minimize the importance of an NHL victim's Roundup exposure rather than to accurately and appropriately assess his or her risk factors for NHL.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *Ron D. Schiff, M.D., Ph.D.*

Printed Name: Ron D. Schiff, M.D., Ph.D.

Date: May 2, 2021

Declaration of Ron D. Schiff, M.D., Ph.D.
Case No. 3:16-md-02741-CV; Page 6 of 6

CURRICULUM VITAE

RON D. SCHIFF, M..D., Ph.D.

May 26, 2015

ADDRESS:

6625 Stonington Drive
Tampa, Florida   33647
RSchiff@SchiffBiomedicalConsulting.com

TELEPHONE NUMBERS:

Office         (813) 978-8327
Cell           (813) 505-7755

EDUCATION:

| Northwestern University, Evanston, Illinois | B.A., 1973 | Biological Sciences and Psychology |
| Saint Louis University, St Louis, Missouri | Ph.D., 1979 | Molecular and Cellular Biology |
| Saint Louis University, St. Louis, Missouri | M.D., 1980 | |

POSITIONS HELD:

1973
Instructor in Organic Chemistry
Northwestern University
Evanston, Illinois

1975-1978
Research Assistant
Institute for Molecular Virology
Saint Louis University School of Medicine
St. Louis, Missouri

Page Two

| | |
|---|---|
| 1979-1980 | Post-Doctoral Fellow (part-time)<br>Institute for Molecular Virology<br>Saint Louis University School of Medicine<br>St. Louis, Missouri |
| 1980-1983 | Resident Physician<br>Department of Internal Medicine<br>McGaw Medical Center of Northwestern University<br>Chicago, Illinois |
| 1983-1986 | Fellow in Medical Oncology and Hematology<br>Department of Medicine<br>Memorial Sloan-Kettering Cancer Center<br>New York, New York |
| 1984-1986 | Research Fellow<br>Laboratory of Developmental Cell Biology<br>Department of Cell Biology and Genetics<br>Sloan-Kettering Institute<br>New York, New York |
| 1986-1992 | Assistant Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1986-1994 | Attending Physician<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |

Page Three

| | |
|---|---|
| 1986-1992 | Director, Fellowship Training Program<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Assistant Professor<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Member, Admissions and Recruitment Committee<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1990- | Expert Witness for Medical Oncology and Hematology medical liability and product liability cases |
| 1992-1994 | Private Practice<br>Cancer Center<br>Trident Regional Medical Center<br>Charleston, South Carolina |
| 1992-1994 | Assistant Clinical Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1994-2015 | Private Practice<br>Tampa, Florida |

Page Four

| | | |
|---|---|---|
| 1995-2014 | Medical Director<br>Center for Cancer Care at Florida Hospital Tampa<br>Tampa, Florida | |
| 2014-2015 | Florida Cancer Specialists, Inc.<br>Physician | |
| 1995-1997 | Lifepath Hospice<br>Chair, Medical Advisory Committee | |

MEDICAL LICENSE:

Florida   ME0066534

PROFESSIONAL CERTIFICATIONS:

American Board of Internal Medicine: Internal Medicine, September 1983        91530
                                    Medical Oncology, November 1985           91530
                                    Hematology, November 1988                 91530

AWARDS:

Charles H. Revson Foundation Fellowship in Biomedical Research, July 1, 1984-June 30, 1986

Medical University of South Carolina Institutional Research Funds, March 1, 1987-February 29, 1988

American Cancer Society, Inc. Clinical Oncology Career Development Award, July 1, 1987-June 30, 1990

American Cancer Society, Inc. Institutional Research Support, March 1, 1988-February 28, 1989

Lifepath Hospice, Partner in Caring Award, April 14, 2000

Page Five

MEMBERSHIPS:

American Association for the Advancement of Science
American College of Physicians-American Society of Internal Medicine
American Society of Clinical Oncology
American Society of Hematology
American Society of Microbiology
Signa Xi: The Scientific Research Society

MAJOR RESEARCH INTERESTS:

Poor-prognosis myeloid malignancies, including myelodysplastic syndromes
	Special Interests:
		Differention therapy
		Cytokine response of myeloid leukemia cells

Mature T-cell malignancies, including peripheral T-cell lymphomas and adult T-cell
		lymphoma/leukemia
	Special Interests:
		Biological response modifier therapy
		Drug resistance in adult T-cell lymphoma/leukemia

Clinical trials in Medical Oncology and Hematology

Retrovirology

Dr. Schiff received training in molecular and cellular biology, including avian and mammalian cell culture, general virology, nucleic acid and protein chemistry, enzymology, immunochemistry, and immunobiology, at the Institute for Molecular Virology of the Saint Louis

University Medical Center.  His graduate and post-doctoral research involved <u>in-vivo</u> and <u>in-vitro</u> studies of retrovirus (RNA tumor virus) gene expression.
As a Charles H. Revson Fellow in Biomedical Research at the Memorial Sloan-Kettering

Page Six

Cancer Center, his research concerned the identification of human hematopoietic cytookines, characterization of their activities in normal and leukemic cells and bone marrow, and application of these findings to the development of a cell culture system for the sustained in-vitro propagation of human myeloid leukemia cells and the testing of those cells for their sensitivity to differentiation agents and cytotoxic chemotherapeutic drugs. His principal laboratory investigations in the Division of Hematology/Oncology of the Department of Medicine at the University of South Carolina represented a continuation of his fellowship research, with a focus on characterization of the cytokine response of human myeloid leukemia cells. Many of these studies employed a human myeloid leukemia cell line isolated by Dr. Schiff during his fellowship. As an American Cancer Society Clinical Oncology Career Development Awardee at the Medical University of South Carolina, Dr. Schiff developed a secondary area of laboratory investigation related to his graduate and post-doctoral research. These studies concerned cellular and viral mechanisms of drug resistance in adult T-cell leukemia/lymphoma (ATLL), the prototypical human retroviral malignancy. A cell line isolated by Dr. Schiff from a patient at the Medical University with ATLL and a unique clinical course was used in this research into the causes of the extraordinarily poor prognosis characteristic of ATLL.

DOCTORAL DISSERTATION:

> Schiff, R. D. 1979. Origin and Properties of the 32,000-Dalton Endonuclease from Avian Retrovirus Cores. Saint Louis University, St. Louis, Missouri.

PUBLICATIONS:

> Grandgenett, D. P., A. C. Vora, and R. D. Schiff. 1978. A 32,000-dalton nucleic acid-binding protein from avian retrovirus cores possesses DNA endonuclease activity. Virology 89:119-132.
>
> Schiff, R. D., and D. P. Grandgenett. 1978. Virus-coded origin of a 32,000-dalton protein from retrovirus cores: structural relatedness of p32 and the beta-polypeptide of the avian retrovirus DNA polymerase. J. Virol. 28:279-291.
>
> Schiff, R. D., and D. P. Grandgenett. 1980. Partial phosphorylation in vivo of the avian retrovirus pp32 DNA endonuclease. J. Virol. 36:889-893.

Page Seven

Schiff, R. D., and A. Oliff. 1986. The pathophysiology of murine retrovirus-induced leukemias. Critical Rev. Oncol. Hematol. 5:257-323.

Headley, R. N., Jr., and R. D. Schiff. 1988. Adult T-cell leukemia/lymphoma: a retroviral malignancy endemic in South Carolina. J. S. C. Med Assoc. 84:289-292.

Reed, C. E., L. S. Carlson, R. D. Schiff, C. H. Seymore, and K. A. Thompson. 1990. Chemotherapy for non-small cell lung cancer - - new horizons. J. S. C. Med Assoc. 86:270-274

ABSTRACTS:

Schiff, R. D. and D. P. Grandgenett. 1978. Virus-coded origin of the 32,000-dalton endonuclease from avian retrovirus cores: structural relatedness of p32 and the beta-polypeptide of avian retrovirus DNA polymerase. Abstracts of papers presented at the meeting on RNA Tumor Viruses, Cold Spring Harbor, Long Island, New York, 1978, p. 35.

Golomb, M., D. P. Grandgenett, A. C. Vora, and R. D. Schiff. 1989. Origin and specifity of a 32,000-dalton endonuclease from avian retrovirus cores. J. Supramol. Struct. Suppl. 2:249.

Grandgenett, D. P., R. D. Schiff, M. Golomb, and A. C, Vora. 1978. Structural relationship between the avian retrovirus p32 and the reverse transcriptase beta subunit. Abstracts of the Annual Meeting of the American Society of Microbiology, 1978, p. 213.

Schiff, R. D., R. Mertelsmann., M. Andreef, T. S. Gee, S. J. Kempin, B. L. Koziner, B. J. Lee, and B. D. Clarkson. 1984. Low-dose arabinosyl cytosine (LD ara-C) in hematologic malignancies and myelodysplastic syndromes. Proc. Am. Soc. Clin. Oncol. 3:206.

Schiff, R. D., R. Mertelsmann., M. Andreef, E. Berman, T. S. Gee, S. J. Kempin. S. Berenson, and B. D. Clarkson. 1985. Low-dose cytarabine (LD ara-C) in RAEB in transformation (RAEBIT) and poor-risk leukemias. Proc. Am. Soc. Clin. Oncol. 4:165.

Page Eight

Kempin, S., R. D. Schiff, B. Koziner, A. Al-Katib, R. Mertelsmann, M. Andreef, Z. Arlin, and B. Clarkson. 1985. Low dose cytosine arabinoside (LDCA) in chronic lymphocytic leukemia (CLL). Blood. 66, Suppl. 1:202a.

Schiff, R. D., O. Agranovsky, L. De La Vega, P. A. Marks, and R. A. Rifkind. 1986. Conditioned medium from human bladder carcinoma cell line 5637 stimulates growth and colony formation by hematopoietic cells from patients with myeloid leukemias. Clin. Res. 34:663A

Schiff, R. D., G. K. Potter, B. L. Koziner, M. Andreef, S. C. Jhanwar, P. A. Marks, and R. A. Rifkind. 1986. Isolation and characterization of a human myeloid leukemic cell line (RS-1). Memorial Sloan-Kettering Cancer Center Research Colloquium Abstracts, p. 54.

Schiff, R. D. 1986. Differentiation induction as therapy for acute leukemia and myelodysplastic syndromes. In Current Concepts in the Pathophysiology and Treatment of Leukemia (Leukemia Society of America Regional Medical Symposium, Charleston, South Carolina, September 25-27, 1986), pp. 14-15

Schiff, R. D., and R. K. Stuart. 1989. Treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemias (PP-AML) with low-dose cytarabine (LDC) plus 13-cis-retinoic acid (RA). Proc. Am. Soc. Clin. Oncol. 8:206.

Schiff, R. D., R. N. Headley, Jr., S. Self, A. J. Garvin, and R. K. Stuart. 1989. Treatment of peripheral T-cell lymphoma (PTCL) with recombinant alpha-interferon (rIFN-alpha). Proc. Am. Soc. Clin. Oncol. 8:267.

Schiff, R. D., K. A. Thompson, and R. K. Stuart. 1990. Low-dose cytarabine (LDC) and 13-cis-retinoic acid (RA) in the treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemia (PP-AML). Blood 76, Suppl. 1:317a.

Schiff, R. D., and A. Cannon. 1990. High prevalence of HTLV-I infection among blood donors in coastal South Carolina (SC). Blood 76, Suppl. 1:494a.

Page Nine

Schiff, R. D., S. E. Self, W. L. Gerald, S. L. Moseley, E. S. Cantu, P. D. Garen, E. Jeter, A. G. Leary, A.-C. Wang, J.-M.. C. Goust, and P. J. Fischinger. 1991. RS-2: a new adult T-cell leukemia/lymphoma (ATLL) cell line. Blood 78, Suppl. 1:500a.

Schiff, R. D., S. E. Self, W. L. Gerald, and R. K. Stuart. 1991. AZT (zidovudine) for HTLV-I disease? Blood 78, Suppl. 1:501a.