MURRAY & MURRAY CO., L.P.A.
Margaret M. Murray
111 East Shoreline Drive
Sandusky OH  44870
Telephone:      (419) 624-3128
Facsimile:       (419) 624-0707
Email: mmm@murrayandmurray.com

Attorney for Plaintiffs Peter and Joan Kiko

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER KIKO, ET AL.**<br><br>**Plaintiffs,**<br><br>       v.<br><br>**MONSANTO COMPANY,**<br><br>**Defendant.** | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br><br>**MDL Case No. 3:19-cv-02695**<br><br><br>**Hon. Vince Chhabria** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and expenses.

Respectfully submitted this 6th day of May, 2021.

*/s/ Margaret M. Murray*  
MARGARET M. MURRAY
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky OH  44870
Telephone:      (419) 624-3128
Facsimile:       (419) 624-0707
Email: mmm@murrayandmurray.com

Counsel for Plaintiffs Peter and Joan Kiko

*/s/ Brian Stekloff*  
BRIAN STEKLOFF
Wilkinson Stekloff LLP
2001 M. Street NW, 10th Floor
Washington, D.C.  20036
Telephone:      (202) 847-4030
Email: bstekloff@wilkinsonstekloff.com

Counsel for Defendant Monsanto Company

## **CERTIFICATE OF SERVICE**

This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 6th day of May 2021, via the ECF document system.

                                              */s/ Margaret M. Murray*
                                              Margaret M. Murray
                                              MURRAY & MURRAY CO., L.P.A.

                                              Counsel for Plaintiff