

**NASS CANCELLIERE**

LEGAL EXCELLENCE YOU EXPECT. PERSONAL SERVICE YOU DESERVE.

WWW.NASSCANCELLIERE.COM

| 1515 Market Street, Suite 2000 | 215 N. Olive Street | 210 Haddon Avenue |
|---|---|---|
| Philadelphia, PA 19102 | Media, PA 19063 | Westmont, NJ 08108 |
| 215.546.8200 Phone | 610.892.9070 Phone | 856.427.9100 Phone |
| 215.545.1591 Fax | 215.545.1591 Fax | 856.427.9575 Fax |

*Attorneys*

Edward M. Nass
Michael A. Cancelliere, Jr.
Casey R. Coburn
Michael A. Rowe
Michael J. Brown

*Of Counsel*

Richard P. Hackman
Edward R. Stankiewicz, M.D., J.D.
Eliot Present
Kevin M. Mulderig

May 6, 2021

**FILED VIA ECF**

Honorable Vince Chhabria
United States District Court,
Northern District of California

     RE:    Frederick Johnson v. Monsanto Company, Case No. 3:17-cv-05160
              In Re: Roundup Products Liability Litigation; Case No. 3:16-md-02741 - VC

To the Honorable Vince Chhabria:

       I write on behalf of my client, Frederick Johnson, to request that the Court move this case out of the Wave III group. Plaintiff's counsel has communicated with counsel for Monsanto, Anthony Martinez, and Monsanto is not opposed to Plaintiff's counsel's request to move the Frederick Johnson case out of the Wave III group.

       Unfortunately Mr. Johnson has recently experienced serious medical issues, including a three week hospital stay, a one week rehabilitation stay, and the need for a home healthcare aide due to significant amounts of fluid build-up in his lungs which requires drainage. Because of Mr. Johnson's medical condition, complying with the deadlines required by the protocol governing Wave III will be very taxing on Mr. Johnson. Accordingly, the parties agree that Mr. Johnson's case should be removed from Wave III to allow the issues above to be resolved and Plaintiff's counsel requests that the Court move Mr. Johnson's case out of the Wave III group of Plaintiffs.

                         Respectfully submitted,

                         */s/ Michael A. Rowe*
                         Michael A. Rowe, Esq.
                         1515 Market Street, Suite 2000
                         Philadelphia, PA 19102
                         Telephone:    (215) 546-8200
                         marowe@ncblawfirm.com
                         Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Michael A. Rowe, do hereby certify that a hard copy of Plaintiff, Frederick Johnson's, Unopposed Letter Brief Requesting to Remove His Case from Wave III was filed with the Court and served upon all counsel of record via E-File Service pursuant to the Federal Rules of Civil Procedure on May 6, 2021.

/s/ Michael A. Rowe
Michael A. Rowe, Esq.
1515 Market Street, Suite 2000
Philadelphia, PA  19102
Telephone:     (215) 546-8200
marowe@ncblawfirm.com
Counsel for Plaintiff