## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____ : | MDL NO. 2741 |
| IN RE ROUNDUP PRODUCTS LIABILITY : | |
| LITIGATION : | |
| _____ : | Case No. 3:17-cv-05160 - VC |
| : | |
| THIS DOCUMENT RELATES TO: : | **[PROPOSED] ORDER RE:** |
| : | **UNOPPOSED REQUEST TO REMOVE** |
| Frederick Johnson v. Monsanto Company : | **PLAINTIFF FREDERICK JOHNSON** |
| _____ : | **FROM WAVE III** |
| . | |

Upon consideration of Plaintiff's Letter Brief, it is on this _____ day of

_____, 2021 hereby:

**ORDERED** that Frederick Johnson, Case No. 3:17-cv-05160, will be removed from Wave

III.


_____
HONORABLE VINCE CHHABRIA
United States District Judge