AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In Re Roundup Product Liability Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:16-MD-02741 |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edilia Gonzalez, Cesar Gonzalez, Laura Gonzalez and Amayrani Gonzalez

Date: 05/06/2021

*Attorney's signature*

Robert W. Finnerty
*Printed name and bar number*
SB#119775
Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436

*Address*

rfinnerty@actslaw.com
*E-mail address*

(310) 407-7888
*Telephone number*

(424) 288-4368
*FAX number*

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
**COUNTY OF LOS ANGELES** )   ss:

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  16001 Ventura Blvd., Suite 200, Encino, CA 91436.

      On May 6, 2021, I served the foregoing document described as Appearance of Counsel on the parties in this action.

☒ **BY ELECTRONIC SERVICE VIA CM/ECF:**  This document was electronically filed pursuant to United States District Court CM/ECF guidelines and as such was electronically served on the individuals detailed on the proof of service pursuant to the court's website.

☒  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on May 6, 2021, at Encino, California.

                                    _____
                                    Colleen Teeman