AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In Re Roundup Product Liability Litigation | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:16-MD-02741 |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edilia Gonzalez, Cesar Gonzalez, Laura Gonzalez and Amayrani Gonzalez    .

Date:   05/06/2021

*Attorney's signature*

Brianna Franco
*Printed name and bar number*
SB#327526

Abir Cohen Treyzon Salo LLP
16001 Ventura Blvd., Suite 200
Encino, CA 91436
*Address*

bfranco@actslaw.com
*E-mail address*

(310) 407-7888
*Telephone number*

(424) 288-4368
*FAX number*

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
**COUNTY OF LOS ANGELES** )   ss:

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 16001 Ventura Blvd., Suite 200, Encino, CA 91436.

  On May 6, 2021, I served the foregoing document described as Appearance of Counsel on the parties in this action.

☒ **BY ELECTRONIC SERVICE VIA CM/ECF:** This document was electronically filed pursuant to United States District Court CM/ECF guidelines and as such was electronically served on the individuals detailed on the proof of service pursuant to the court's website.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on May 6, 2021, at Encino, California.

             _____
             Colleen Teeman