Richard DePonto
**BAILLY AND MCMILLAN, LLP**
707 Westchester Ave, Sutie 405
White Plains, NY 10604
Tel: (914) 684-9100
Fax: (914) 684-91008
rdeponto@bandmlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| MARY GAIL BARRY, | **SHORT FORM COMPLAINT** |
|     Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
|     Defendant. | |

Pursuant to Conditional Transfer Order (CTO) No. 155, reaffirming this Court's requirements for a short form complaint for pre-trial work up purposes, Plaintiff Mary Gail Barry provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Mary Gail Barry.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

4. Plaintiff resided in Larchmont, New York at the time of this filing of her original

complaint against Monsanto.

5. Plaintiff currently resides in Larchmont, New York.

6. Plaintiff resided in Larchmont, New York at the time of her diagnosis of Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma (CLL/SLL).

7. Plaintiff received medical treatment for her CLL/SLL in New York.

8. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of New York, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Plaintiff alleges injury from her exposure to Defendant's Roundup products.

10. Plaintiff was exposed to Monsanto's Roundup products from in or around 1986. From approximately 1986 to 2020, Ms. Barry sprayed Roundup® on a weekly basis at her home to control weeds.

11. Plaintiff used Monsanto's Roundup® products in Larchmont, New York.

12. Plaintiff was first diagnosed with Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma in 2020.

13. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  May 10, 2021          **BAILLY AND MCMILLAN, LLP**

By:  */s/ Richard DePonto*
Richard DePonto, Esq.
707 Westchester Avenue, Suite 405
White Plains, NY 10604
Tel: (914) 684-9100
Fax: (914) 684-9108
rdeponto@bandmlaw.com

## CERTIFICATE OF SERVICE

I, Richard DePonto, hereby certify that, on May 10, 2021, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Richard DePonto*