Richard DePonto
**BAILLY AND MCMILLAN, LLP**
707 Westchester Ave, Sutie 405
White Plains, NY 10604
Tel: (914) 684-9100
Fax: (914) 684-91008
rdeponto@bandmlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| MARCUS FITZ and JEFFREY FITZ, | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

Pursuant to Conditional Transfer Order (CTO) No. 155, reaffirming this Court's requirements for a short form complaint for pre-trial work up purposes, Plaintiffs Marcus Fitz and Jeffrey Fitz provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Marcus Fitz and Jeffrey Fitz.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiffs incorporate by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

4. Plaintiffs resided in Pound Ridge, New York at the time of this filing of their

original complaint against Monsanto.

5. Plaintiffs currently reside in Pound Ridge, New York.

6. Plaintiff Marcus Fitz resided in Pound Ridge, New York at the time of his diagnosis of non-Hodgkins Lymphoma (NHL).

7. Plaintiff Marcus Fitz received medical treatment for his NHL in New York.

8. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of New York, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Plaintiff Marcus Fitz alleges injuries from his exposure to Defendant's Roundup products.

10. Plaintiff Marcus Fitz was exposed to Monsanto's Roundup products from in or around 2001. From approximately 2001 to 2006, Plaintiff Marcus Fitz was exposed at his home, where Roundup® was sprayed on a weekly basis to control weeds.

11. Plaintiffs used Monsanto's Roundup® products in Pound Ridge, New York.

12. Plaintiff was first diagnosed with non-Hodgkin's Lymphoma in 2006.

13. At all relevant times, Plaintiff Jeffrey Fitz is the father of Marcus Fitz and brings a Derivative Action Re Child under N.Y. Pattern Jury Instr. Civil 2:318 claim.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  May 10, 2021                **BAILLY AND MCMILLAN, LLP**

By: */s/ Richard DePonto*
Richard DePonto, Esq.
707 Westchester Avenue, Suite 405
White Plains, NY 10604
Tel: (914) 684-9100
Fax: (914) 684-9108
rdeponto@bandmlaw.com

## CERTIFICATE OF SERVICE

I, Richard DePonto, hereby certify that, on May 10, 2021, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                 */s/ Richard DePonto*