By: Michael A. Rowe
Identification No. 82886
NASS CANCELLIERE
1515 Market Street, Suite 2000
Philadelphia, PA 19102
(215) 546-8200

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:17-cv-05160 - VC |
| THIS DOCUMENT RELATES TO: | PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO |
| Frederick Johnson v. Monsanto Company | REMOVE CASE FROM WAVE 3 LIST |

### PLAINTIFF'S UNOPPOSED MOTION TO REMOVE PLAINTIFF FREDERICK JOHNSON FROM WAVE III

Plaintiff, Frederick Johnson, by and through his attorneys, Nass Cancelliere, hereby requests that this Honorable Court remove Plaintiff, Frederick Johnson, from Wave III.

1. Plaintiff's counsel is requesting that the Court move Frederick Johnson's Roundup case out of the Wave III group.

2. Unfortunately Mr. Johnson has recently experienced serious medical issues, including a three week hospital stay, a one week rehabilitation stay, and the need for a home healthcare aide due to significant amounts of fluid build-up in his lungs which requires drainage.

3. Because of Mr. Johnson's medical condition, complying with the deadlines required by the protocol governing Wave III will be very taxing on Mr. Johnson.

4. Accordingly, the Plaintiff requests that his case be removed from Wave III to allow the issues above to be resolved and Plaintiff's counsel requests that the Court move Mr. Johnson's case out of the Wave III group of Plaintiffs.

5. The parties have stipulated to removing Frederick Johnson's case and the stipulation is attached to the proposed order.

WHEREFORE, good cause to exists to remove *Frederick Johnson v. Monsanto Company*, No. 3:17-cv-05160 from the Wave 3 case list.

Respectfully submitted,

NASS CANCELLIERE

*/s/ Michael A. Rowe*
Michael A. Rowe, Esq.
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone: (215) 546-8200
marowe@ncblawfirm.com
Counsel for Plaintiff