## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:17-cv-05160 - VC |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER RE: GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMOVE CASE FROM WAVE III** |
| Frederick Johnson v. Monsanto Company | |

AND NOW, PURSUANT TO STIPULATION IT SO ORDERED. *Frederick Johnson v. Monsanto Co.*, No. 3:17-cv-05160 is hereby removed from the Wave 3 case list.

Date:_____2021

_____
HONORABLE VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Frederick Johnson v. Monsanto Company | MDL NO. 2741<br><br>Case No. 3:17-cv-05160 - VC<br><br>**STIPULATION TO REMOVE THIS CASE FROM THE WAVE 3 LIST** |

It is hereby stipulated that *Frederick Johnson v. Monsanto Co.*, No. 3:17-cv-05160 is removed from the Wave 3 list.

Date: May 11, 2021

*/s/ Michael A. Rowe*
Michael A. Rowe, Esq.
1515 Market Street, Suite 2000
Philadelphia, PA  19102
Telephone:      (215) 546-8200
marowe@ncblawfirm.com
Counsel for Plaintiff


*/s/ Anthony Martinez*
Anthony Martinez, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Philadelphia, PA  19102
Kansas City, MO 64108
amartinez@shb.com
Counsel for Defendant Monsanto Co.