# Exhibit 1

**P20000017120**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000253535170

01/13/14--01030--015   **35.00

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
14 JAN 13 AM 11: 47



T. LEMIEUX
JAN 21 2014

**COVER LETTER**

**TO:** Amendment Section
Division of Corporations

SUBJECT: _M & W Supply, Inc. (Company Dissolution)_

DOCUMENT NUMBER: _P02000017120_

The enclosed **Articles of Dissolution** and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Doreen Miller_
(Name of Contact Person)

_M & W Supply Inc_
(Firm/Company)

_7750 Fruitville Rd_
(Address)

_Sarasota, FL 34240_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Doreen Miller_ at (_941_) _650-5176_
(Name of Contact Person)  (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $35 Filing Fee  ☐ $43.75 Filing Fee & ☐ $43.75 Filing Fee & ☐ $52.50 Filing Fee,
Certificate of Status   Certified Copy   Certificate of Status &
(Additional copy is   Certified Copy
enclosed)   (Additional copy is
   enclosed)

**MAILING ADDRESS:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET ADDRESS:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

## ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:

FIRST: The name of the corporation as currently filed with the Florida Department of State:

_M & W Supply, Inc_

SECOND: The document number of the corporation (if known): _P02000017120_

THIRD: The date dissolution was authorized: _Oct 23, 2013_

Effective date of dissolution <u>if applicable</u>: _____
(no more than 90 days after dissolution file date)

FOURTH: Adoption of Dissolution (CHECK ONE)

☒ Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

☐ Dissolution was approved by the shareholders through voting groups.

*The following statement must be separately provided for each voting group entitled to vote separately on the plan to dissolve:*

The number of votes cast for dissolution was sufficient for approval by

_____
(voting group)

14 JAN 13 AM 11:47
FILED SECRETARY OF STATE

Signature: _____
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

_Doreen Miller_
(Typed or printed name of person signing)

_President_
(Title of person signing)

**Filing Fee: $35**