# Exhibit 2



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation
M & W SUPPLY, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P02000017120 |
| **FEI/EIN Number** | 03-0402009 |
| **Date Filed** | 02/11/2002 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 01/13/2014 |
| **Event Effective Date** | NONE |

**Principal Address**

7750 FRUITVILLE RD
SARASOTA, FL 34240

Changed: 01/08/2003

**Mailing Address**

7750 FRUITVILLE RD
SARASOTA, FL 34240

**Registered Agent Name & Address**

MILLER, DOREEN
7750 FRUITVILLE RD.
SARASOTA, FL 34240

Name Changed: 01/08/2003

Address Changed: 01/08/2003

**Officer/Director Detail**

**Name & Address**

Title PS

MILLER, DOREEN
30631 BETTS RD
MYAKKA CITY, FL 34251

Title VT

WEILER, NOAH
55 TATUM RD
SARASOTA, FL 34232

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2011 | 01/06/2011 |
| 2012 | 01/05/2012 |
| 2013 | 01/09/2013 |

**Document Images**

| | |
|---|---|
| 01/13/2014 -- Voluntary Dissolution | View image in PDF format |
| 01/09/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/05/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/05/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2007 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2005 -- ANNUAL REPORT | View image in PDF format |
| 01/05/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2002 -- Domestic Profit | View image in PDF format |