By:   Michael A. Rowe
Identification No. 82886
NASS CANCELLIERE
1515 Market Street, Suite 2000
Philadelphia, PA  19102
(215) 546-8200

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | : MDL NO. 2741 <br> : <br> : Case No. 3:19-cv-04125 - VC |
| THIS DOCUMENT RELATES TO: <br><br> Leon Manuel, et al. v. Monsanto Company | : **PLAINTIFF'S UNOPPOSED** <br> : **ADMINISTRATIVE MOTION TO** <br> : **REMOVE CASE FROM WAVE 3 LIST** |

<u>**PLAINTIFF'S UNOPPOSED MOTION TO REMOVE PLAINTIFF FROM WAVE III**</u>

Plaintiffs, Leon Manuel and Mary Manuel, h/w, by and through their attorneys, Nass Cancelliere, hereby requests that this Honorable Court remove Plaintiffs, Leon Manuel and Mary Manuel, h/w, from Wave III.

1. Plaintiff's counsel is requesting that the Court move Leon Manuel's Roundup case out of the Wave III group.

2. Unfortunately Mr. Manuel has recently experienced serious medical issues that have resulted in hospitalizations for blood clots and trouble breathing.

3. Mr. Manuel has recently been advised that he needs to undergo heart valve surgery and is in the process of scheduling the surgery.

4. Because of Mr. Manuel's medical condition, complying with the deadlines required by the protocol governing Wave III will be very taxing on Mr. Manuel.

5. Accordingly, the Plaintiff requests that his case be removed from Wave III to allow the issues above to be resolved and Plaintiff's counsel requests that the Court move Mr. Manuel's case out of the Wave III group of Plaintiffs.

6. The parties have stipulated to removing Leon Manuel's case and the stipulation is attached to the proposed order.

WHEREFORE, good cause exists to remove *Leon Manuel, et al. v. Monsanto Company*, No. 3:19-cv-04125 from the Wave 3 case list.

Respectfully submitted,

NASS CANCELLIERE

*/s/ Michael A. Rowe*
Michael A. Rowe, Esq.
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone: (215) 546-8200
marowe@ncblawfirm.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Michael A. Rowe, do hereby certify that a hard copy of Plaintiff, Leon Manuel's Unopposed Motion Requesting to Remove His Case from Wave III was filed with the Court and served upon all counsel of record via E-File Service pursuant to the Federal Rules of Civil Procedure on May 13, 2021.

/s/ *Michael A. Rowe*
Michael A. Rowe, Esq.
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone: (215) 546-8200
marowe@ncblawfirm.com
Counsel for Plaintiff