# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:19-cv-04125 - VC |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER RE: GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMOVE CASE FROM WAVE III** |
| Leon Manuel, et al. v. Monsanto Company | |

AND NOW, PURSUANT TO STIPULATION IT SO ORDERED. *Leon Manuel et al. v. Monsanto Co.*, No. 3:19-cv-04125 is hereby removed from the Wave 3 case list.

Date:_____2021

_____
HONORABLE VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | : MDL NO. 2741 : : Case No. 3:19-cv-04125 - VC |
| THIS DOCUMENT RELATES TO: Leon Manuel, et al. v. Monsanto Company | : **STIPULATION TO REMOVE THIS** : **CASE FROM THE WAVE 3 LIST** : : |

It is hereby stipulated that *Leon Manuel, et al. v. Monsanto Co.*, No. 3:19-cv-04125 is removed from the Wave 3 list.

Date: May 13, 2021

/s/ *Michael A. Rowe*
Michael A. Rowe, Esq.
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Telephone:    (215) 546-8200
marowe@ncblawfirm.com
Counsel for Plaintiff


/s/ *Anthony Martinez*
Anthony Martinez, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
Philadelphia, PA 19102
Kansas City, MO 64108
amartinez@shb.com
Counsel for Defendant Monsanto Co.