# EXHIBIT B

In the United States District Court
for the Eastern District of Pennsylvania

KETURAH WINTERS, *et al.*

Plaintiffs,

v.

AKZO NOBEL SURFACE CHEMISTRY, LLC, *et al.*,

Defendants.

No. 19-CV-05398-JLS

### **Declaration of Matthew Kellam**

I, Matthew Kellam, hereby declare:

1.     My name is Matthew Kellam. I am over the age of eighteen years and I have personal knowledge of, and am competent to testify to, the facts and circumstances set forth in this affidavit.

2.     My personal knowledge is based on my time as in-house counsel for Nouryon Surface Chemistry LLC ("Nouryon SC") and my review of Nouryon SC's business records.

3.     As in-house counsel for Nouryon SC, I personally have become familiar with Nouryon SC's general corporate structure and operations, including the location and general nature of Nouryon SC's executive officers' corporate activities.

4.     Nouryon SC is a limited-liability company formed and organized under the State of Delaware's laws.

5.     During the relevant period, Nouryon SC's corporate headquarters and principal place of business was in Chicago, Illinois.

1

6.     During the relevant period, Nouryon SC did not own or lease real property in Pennsylvania.

7.     During the relevant period, Nouryon SC did not operate any facilities in Pennsylvania.

8.     During the relevant period, Nouryon SC did not maintain a bank account in Pennsylvania.

9.     During the relevant period, Nouryon SC did not consent to the Commonwealth of Pennsylvania exercising general personal jurisdiction over it.

10.    Nouryon SC is not registered with Pennsylvania's Department of State as a foreign corporation under Pennsylvania's business-registration statute, nor was it registered with Pennsylvania's Department of Statement as a foreign corporation at any time relevant to this lawsuit.

11.    During the relevant period, Nouryon SC sold a surfactant under the name Alcosphere Lavender Meadows ("Lavender Meadows").

12.    During the relevant period, Lavender Meadows was manufactured and packaged by an independent contractor, Spray-Tek, Inc. ("Spray-Tek"), at Spray-Tek's plant in New Jersey.

13.    In December 2017, Sivomatic B.V. ("Sivomatic"), a company located in the Netherlands, emailed a purchase order to Nouryon SC in Chicago, Illinois. (*See* Exhibit 1.)

2

14.     The Sivomatic purchase order, a true and correct copy of which is attached here as Exhibit 1, requested Nouryon SC provide several products, including Lavender Meadows, to be shipped to the Netherlands. (*See* Exhibit 1.)

15.     Nouryon SC informed Spray-Tek of the order and confirmed the date by which Spray-Tek could have the goods ready. It then issued a Sales Order Confirmation to Sivomatic in the Netherlands that stated the terms of delivery. (*See* Exhibit 2, a true and correct copy of the Sales Order Confirmation.)

16.     Once Spray-Tek completed the order, Nouryon SC contacted the Chicago office of a vendor, BDP International ("BDP"), to request they retrieve the goods and prepare them for international airfreight. (*See* Exhibit 3, a true and correct copy of a February 5, 2018 email from Nouryon SC to BDP.)

17.     BDP, in turn, had the goods sent to Hi-Tech Packing & Crating ("Hi-Tech Packing") in Springfield Gardens, New York, where the goods were packaged and prepared for shipment via international airfreight. (*See* Exhibit 4, a true and correct copy of an email from BDP to Nouryon SC with the attached document.)

18.     On March 16, 2018, Sivomatic's agent picked up the shipment from Hi-Tech Packing's facility. (*See* Exhibit 5, a true and correct copy of the signed pickup form.)

19.     Once Sivomatic's agent took possession of the shipment, delivery was complete.

20.     Nouryon SC was not involved in the decision to send the shipment to Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Feb 18, 2020

By: _____
Matthew Kellam

# EXHIBIT B-1

| | |
|---|---|
| **From:** | Kahsay, F. (Freweini) |
| **To:** | Chism, Yvonne |
| **Cc:** | l.Zeijlmans@sivomatic.nl; Johnson, B. (Ben); Sally Kartit (Sally.Kartit@clorox.com) (Sally.Kartit@clorox.com) |
| **Subject:** | FW: New Order |
| **Date:** | Thursday, December 7, 2017 8:33:59 AM |
| **Attachments:** | Order Akzo.pdf |

Hi Yvonne,
Please process and confirm the order.

Thank you

**From:** Leo Zeijlmans [mailto:l.Zeijlmans@sivomatic.nl]
**Sent:** Thursday, December 7, 2017 6:57 AM
**To:** Kahsay, F. (Freweini)
**Cc:** Kristen.Gowdy@akzonobel.com; Johnson, B. (Ben); Sally Kartit
**Subject:** New Order

Hello

In the annex our new order.

We order in Kilogram so you have to change it in LBS

Met vriendelijke groet / With kind regards / Mit freundlichem Gruß,

**Leo Zeijlmans**
Production Planner

**Sivomatic B.V.** | Appelweg 15 | Postbus 10 | 4780 AA Moerdijk NL
**T** +31 (0)168 419 137 | **F** +31 (0)168 412 769 | www.sivomatic.nl
HR Breda nr. 20093880 | BTW nr. NL808124110.B

  

This email has been scanned by AkzoNobel for Viruses and Spam.
For more information please contact your local IT Service Desk.

# Purchase Order

## Sivomatic B.V.

| Date | Page |
|------|------|
| 07-12-2017 | 1 of 1 |
| Purchase order number | |
| **414502** | |

Ship to:

Vendor Address:                                           C2519

**Sivomatic B.V.**

**Att.**    Leo Zeijlmans

Appelweg 15
4782 PX  MOERDIJK

+31 (0)168 419191

**AKZO NOBEL SURFACE CHEMISTRY**

**Att.**    Kahsay Freweini

525 W. Van Buren
60607 CHICAGO, IL
USA
Fax.

| Reference | PO date | Expected arrival | Terms of delivery | Terms of payment |
|-----------|---------|------------------|-------------------|------------------|
| | 07-12-2017 | 28-02-2018 | | Inkoop binnen 30 dagen |

| Item Code | Description | Whs | Quantity | Unit Price | Tax % | Total Amount |
|-----------|-------------|-----|----------|------------|-------|--------------|
| C10041 | Alcosphere Lavender | 01 | 1.100 | | 0,00 | |
| C10043 | Alcosphere White Tiger | 01 | 1.600 | | 0,00 | |
| C10071 | Alcosphere Purrfect Plus | 01 | 960 | | 0,00 | |
| | | | Total excl. VAT | | | |
| | | | Discount | 0,00 % | | |
| | | | VAT | | | |
| | | | **Total** | | | USD 0,00 |

Remarks:        4 drums per pallet- 48 inch sized

Always mention the P.O. number in your correspondence and invoices.

If you have any questions please contact:

Leo Zeijlmans

Tel.   +31(0)168-419137

Fax.   +31(0)168-412190

l.zeijlmans@sivomatic.nl

Sivomatic B.V.
Appelweg 15
4782 PX  MOERDIJK

Netherlands
Tel.   :  +31 (0)168 419191
E-mail  :  info@sivomatic.nl

# EXHIBIT B-2

Akzo Nobel Surface Chemistry LLC    525 West Van Buren
CHICAGO IL 60607-3823
USA

T 800-906-9977
F 312-544-7188
http://www.akzonobel.com/sc



# Sales Order Confirmation

**Sold To** 41141789

SIVOMATIC B.V.
APPELWEG 15-HARBOURNR. M073
4782 PX MOERDIJK
NETHERLANDS

| | |
|---|---|
| **Order No.** | 5101470843 |
| **Order Date** | 13 DEC 2017 |
| **Customer Ref.** | 414502 |
| **Customer Ref. Date** | 07 DEC 2017 |
| **Customer Sales Tax No.** | NL808123592B01 |

**Customer Service Rep**    Yvonne Chism
**Email**
yvonne.chism@akzonobel.com

| | |
|---|---|
| **Requested Delivery Date** | 28 FEB 2018 |
| **Delivery Date** | 01 FEB 2018 |
| **Expected Loading Date** | 01 FEB 2018 |

**Ship To** 41141789

SIVOMATIC B.V.
APPELWEG 15-HARBOURNR. M073
4782 PX MOERDIJK
NETHERLANDS

**Terms of Delivery**    FCA Middlesex, NJ Plant
**Terms of Payment**    Within 30 days after date of invoice

We thank you for your order which we confirm as follows

| Item | Material Description | Quantity | Price | Price Unit | Currency USD Amount |
|---|---|---|---|---|---|
| 10 | ALCOSPHERE PURRFECT PLUS 140 LB FBR DR | 3,717.200 LB | 4.40 USD | 1 LB | 16,355.68 |
| | HS No.    3302901010 | | | | |
| | Warehouse: SCNA - TOLL - SPRAY TEK | | | | |
| | **Net Weight**    3,717.000 LB | **No. of Packages** | 27 | | |
| | **Gross Weight**    4,163.000 LB | | | | |
| | Part # C10071 | | | | |
| 20 | ALCOSPHERE LAVENDER 215 LB FBR DR | 2,608.000 LB | 13.79 USD | 1 LB | 35,964.32 |
| | HS No.    3302901010 | **Country of Origin** | United States | | |
| | Warehouse: SCNA - TOLL - SPRAY TEK | | | | |
| | **Net Weight**    2,608.000 LB | **No. of Packages** | 12 | | |
| | **Gross Weight**    2,921.000 LB | | | | |

*Continued on next page*



Akzo Nobel Surface Chemistry LLC    525 West Van Buren    T 800-906-9977
CHICAGO IL 60607-3823    F 312-544-7188
USA    http://www.akzonobel.com/sc

# Sales Order Confirmation

|  |  |
|---|---|
| Order No. | 5101470843 |
| Order Date | 13 DEC 2017 |

| Item | Material Description | Quantity | Price | Price Unit | Currency USD Amount |
|---|---|---|---|---|---|
| 30 | ALCOSPHERE WHITE TIGER 215 LB FBR DR | 3,812.000 LB | 12.77 USD | 1 LB | 48,679.24 |

| | | | |
|---|---|---|---|
| **HS No.** 3302901010 | **Country of Origin** | United States | |
| Warehouse: SCNA - TOLL - SPRAY TEK | | | |
| **Net Weight** 3,812.000 LB | **No. of Packages** | 18 | |
| **Gross Weight** 4,269.000 LB | | | |

|  |  |
|---|---|
| Subtotal Order | 100,999.24 |
| Total Amount in USD | 100,999.24 |

Akzo Nobel Surface Chemistry LLC

Unless a detailed product sales agreement is in place between AkzoNobel and the buyer covering the sale of the products, all products sold or otherwise provided by AkzoNobel are sold or provided exclusively on the basis of AkzoNobel's Terms and Conditions of Sale, which can be found at http://www.akzonobel.com/surface-chemistry/general-conditions. By placing an order for products, the buyer agrees to AkzoNobel's Terms and Conditions of Sale. No differing or supplemental terms or conditions shall be applicable unless expressly agreed to by AkzoNobel in writing.

# EXHIBIT B-3

| | |
|---|---|
| **From:** | Chism, Yvonne |
| **To:** | Ed Bransky |
| **Cc:** | pinal.patel@spray-tek.net |
| **Subject:** | URGENT 5101470843 - Sivomatic |
| **Date:** | Monday, February 5, 2018 12:28:00 PM |
| **Attachments:** | image001.png |
| | 5101470843 BOL-.pdf |
| | ALCOSPHERE LAVENDER MEADOWS.pdf |
| | ALCOSPHERE WHITE TIGER.pdf |
| | ALCOSPHERE PURRFECT PLUS.pdf |
| **Importance:** | High |

Hi Ed!

Attached is the BOL for a shipment which needs to get picked up and re-packaged for international transport.

This is the same as order 5101353944

All SDS' are also attached.

The pick-up location is:
**Spray-Tek, Inc.**
**344 Cedar Ave**
**Middlesex, NJ 08846**
**Office: 732-469-0050 ext.213**
**Email: pinal.patel@spray-tek.net**

Below is the break-down of each material:

*SD Fragrance Alcosphere Lavender Meadows  -  **HAZARDOUS***
*Lot#: 1675194*
*12 x 215 lbs*
*1 x 28.00 lbs*
*Yield- 2,608.00 lbs*
*Total of 4 pallets*

*SD Fragrance Alcosphere White Tiger  -  **HAZARDOUS***
*Lot#: 1675198*
*17 x 215 lbs*
*1 x 157.00 lbs*
*Yield- 3,812.00 lbs*
*Total of 5 pallets*

*SD Frag Alcosphere Purrfect Plus  -  **NON-HAZARDOUS***
*Lot#: 1675199*

*17 x 215 lbs*
*1 x 62.20 lbs*
*Yield- 3,717.20 lbs*
*Total of 5 pallets*

Please treat this shipment as an urgent shipment and pick-up and re-package as soon as possible.

Let me know what else you may need from me.

Thank you!

**Yvonne Chism**
Import and Export Specialist
International Customer Service
Surface Chemistry

T  +1 312-544-7010
E  yvonne.chism@akzonobel.com

**AkzoNobel Surface Chemistry LLC**
525 West Van Buren Street
Chicago, IL  60607
USA



www.akzonobel.com/specialtychemicals

# EXHIBIT B-4

| | |
|---|---|
| **From:** | Ed Bransky |
| **To:** | Chism, Yvonne |
| **Subject:** | Re: URGENT 5101470843 - Sivomatic - Airfreight |
| **Date:** | Thursday, February 8, 2018 11:55:28 AM |
| **Attachments:** | image001.png |
| | BDP INTL DG DEC 188100155.PDF |

hi

    Sorry, just got in office.   This is ready.  Please see attached

Regards,

## Ed Bransky
*AIR EXPORT MANAGER - CHICAGO*

**BDP International**
855 Busse Hwy (IL RTE 83)
Bensenville, Il, 60106 - USA
847-350-2169(o) |847-271-1474(m)
www.bdpinternational.com



Facebook | Twitter | LinkedIn | YouTube

On Thu, Feb 8, 2018 at 8:18 AM, Chism, Yvonne <Yvonne.Chism@akzonobel.com> wrote:

> Good Morning Ed!
>
> Any news?
>
> The forwarder wants to schedule the pick-up.
>
> Thank you!
>
> **Yvonne Chism**
> Import and Export Specialist
> International Customer Service

Surface Chemistry

T +1 312-544-7010
E yvonne.chism@akzonobel.com

**AkzoNobel Surface Chemistry LLC**
525 West Van Buren Street
Chicago, IL 60607

**From:** Ed Bransky [mailto:ed.bransky@bdpint.com]
**Sent:** Wednesday, February 7, 2018 3:00 PM
**To:** Chism, Yvonne
**Subject:** Re: URGENT 5101470843 - Sivomatic - Airfreight

Hi

Nothing yet.  I did request that so when it is done, I will send to you

Regards,

Ed Bransky

*AIR EXPORT MANAGER - CHICAGO*

**BDP International**

855 Busse Hwy (IL RTE 83)
Bensenville, Il, 60106 - USA

847-350-2169(o) |847-271-1474(m)

On Wed, Feb 7, 2018 at 2:51 PM, Chism, Yvonne <Yvonne.Chism@akzonobel.com>
wrote:

Hi Ed!

Any news on the finals of this shipment?

Also, since this is moving via air, the forwarder is asking for a color copy of the haz dec
and pictures of the freight.

Thank you!

**Yvonne Chism**

Import and Export Specialist
International Customer Service

Surface Chemistry

T  +1 312-544-7010
E  yvonne.chism@akzonobel.com

**AkzoNobel Surface Chemistry LLC**
525 West Van Buren Street
Chicago, IL  60607

**From:** Ed Bransky [mailto:ed.bransky@bdpint.com]
**Sent:** Wednesday, February 7, 2018 10:14 AM
**To:** Chism, Yvonne
**Subject:** Re: URGENT 5101470843 - Sivomatic - Airfreight

thank you

   I will advise as soon as I have the information.

Regards,

Ed Bransky

*AIR EXPORT MANAGER - CHICAGO*
**BDP International**

855 Busse Hwy (IL RTE 83)
Bensenville, Il, 60106 - USA

847-350-2169(o) |847-271-1474(m)

On Wed, Feb 7, 2018 at 10:11 AM, Chism, Yvonne <Yvonne.Chism@akzonobel.com>
wrote:

Good Morning Ed!

**Shipper**:

AkzoNobel Surface Chemistry LLC
525 West Van Buren Street
Chicago, IL  60607

**Consignee:**

| Name | SIVOMATIC B.V. |
| --- | --- |
| | |
| | |
| **Street Address** | |
| Street/House number | APPELWEG 15-HARBOURNR. M073 |
| Postal Code/City | 4782 PX | MOERDIJK |
| Country | NL | Netherlands | Region |
| Time zone | CET |
| Transportation Zone | 000000NL47 | NL Postcode: 47-- - |

Please send the final pieces and weight once known so the forwarder can arrange their trucker.

Thank you!

**Yvonne Chism**
Import and Export Specialist
International Customer Service

Surface Chemistry

T +1 312-544-7010
E yvonne.chism@akzonobel.com

**AkzoNobel Surface Chemistry LLC**
525 West Van Buren Street
Chicago, IL 60607

**From:** Ed Bransky [mailto:ed.bransky@bdpint.com]
**Sent:** Wednesday, February 7, 2018 9:59 AM
**To:** Chism, Yvonne
**Subject:** Re: URGENT 5101470843 - Sivomatic - Airfreight

Hi

Can you confirm the shipper and consignee for the DG Cert and Labels

Regards,

Ed Bransky

*AIR EXPORT MANAGER - CHICAGO*
**BDP International**

855 Busse Hwy (IL RTE 83)
Bensenville, Il, 60106 - USA

847-350-2169(o) |847-271-1474(m)

On Tue, Feb 6, 2018 at 1:49 PM, Chism, Yvonne <Yvonne.Chism@akzonobel.com> wrote:

Okay,

I'll tell the forwarder to pick-up Thurs.

Thanks Ed!

Thank you!

**Yvonne Chism**
Import and Export Specialist
International Customer Service

Surface Chemistry

T  +1 312-544-7010
E  yvonne.chism@akzonobel.com

**AkzoNobel Surface Chemistry LLC**
525 West Van Buren Street
Chicago, IL  60607

**From:** Ed Bransky [mailto:ed.bransky@bdpint.com]
**Sent:** Tuesday, February 6, 2018 1:19 PM
**To:** Chism, Yvonne
**Cc:** pinal.patel@spray-tek.net
**Subject:** Re: URGENT 5101470843 - Sivomatic - Airfreight

Just spoke with the packer.   They are gong to try an have it done tomorrow afternoon

Regards,

Ed Bransky

*AIR EXPORT MANAGER - CHICAGO*
**BDP International**

855 Busse Hwy (IL RTE 83)
Bensenville, Il, 60106 - USA

847-350-2169(o) |847-271-1474(m)

On Mon, Feb 5, 2018 at 12:59 PM, Chism, Yvonne <Yvonne.Chism@akzonobel.com>
wrote:

Hi Ed!

Per our conversation, this is an airfreight shipment.

And, Spray-Tek's hours for loading are:

7am-3pm

**Hello Pinal,**

Ed will send us an updated BOL to send w/the freight once it's picked up.

Thank you!

**Yvonne Chism**
Import and Export Specialist
International Customer Service

Surface Chemistry

T  +1 312-544-7010
E  yvonne.chism@akzonobel.com

**AkzoNobel Surface Chemistry LLC**
525 West Van Buren Street
Chicago, IL  60607

**From:** Chism, Yvonne
**Sent:** Monday, February 5, 2018 11:28 AM
**To:** Ed Bransky
**Cc:** pinal.patel@spray-tek.net
**Subject:** URGENT 5101470843 - Sivomatic
**Importance:** High

Hi Ed!

Attached is the BOL for a shipment which needs to get picked up and re-packaged for international transport.

This is the same as order 5101353944

All SDS' are also attached.


The pick-up location is:

*Spray-Tek, Inc.*

*344 Cedar Ave*

*Middlesex, NJ 08846*

*Office: 732-469-0050 ext.213*

*Email: pinal.patel@spray-tek.net*

Below is the break-down of each material:

*SD Fragrance Alcosphere Lavender Meadows  -  HAZARDOUS*

*Lot#: 1675194*

*12 x 215 lbs*

*1 x 28.00 lbs*

*Yield- 2,608.00 lbs*

*Total of 4 pallets*


*SD Fragrance Alcosphere White Tiger  -  HAZARDOUS*

*Lot#: 1675198*

*17 x 215 lbs*

*1 x 157.00 lbs*

*Yield- 3,812.00 lbs*

*Total of 5 pallets*


*SD Frag Alcosphere Purrfect Plus  -  NON-HAZARDOUS*

*Lot#: 1675199*

*17 x 215 lbs*

*1 x 62.20 lbs*

*Yield- 3,717.20 lbs*

*Total of 5 pallets*


Please treat this shipment as an urgent shipment and pick-up and re-package as soon as possible.

Let me know what else you may need from me.

Thank you!

**Yvonne Chism**

Import and Export Specialist
International Customer Service

Surface Chemistry

T  +1 312-544-7010
E  yvonne.chism@akzonobel.com

**AkzoNobel Surface Chemistry LLC**
525 West Van Buren Street
Chicago, IL  60607

All business transactions are subject to the BDP International Terms and Conditions available on BDP's website.

This email has been scanned by AkzoNobel for Viruses and Spam.
For more information please contact your local IT Service Desk.

**SHIPPER'S DECLARATION FOR DANGEROUS GOODS**

(Provide at least two copies to the airline)

| Shipper | AKZO NOBLE SURFACE CHEMISTRY<br>525 WEST VAN BUREN STREET<br>CHICAGO, IL. 60607<br>UNITED STATES | Air Waybill No.<br><br>Page 1 of 2    Pages<br><br>Shipper's Reference Number<br>_(optional)_ |
|---|---|---|

| Consignee | SIVOMATIC B.V.<br>APPLEWEG 15-HARBOURNR. M073<br>4782 PX MOERDIJK<br>THE NETHERLANDS | **BUREAU OF DANGEROUS GOODS**<br>_powered by ShipHazmat.NET_ |
|---|---|---|

_Two completed and signed copies of this Declaration must be handed to the operator_

**WARNING**

Failure to comply in all respects with the applicable Dangerous Goods Regulations may be in breach of the applicable law, subject to legal penalties.

**TRANSPORT DETAILS**

| This shipment is within the limitations prescribed for _(delete non-applicable)_ | Airport of Departure |
|---|---|
| PASSENGER AND CARGO AIRCRAFT ~~XXXXXXXX~~ ~~XXXXXXXX~~ ~~XXXXXXX~~ / CARGO AIRCRAFT ONLY | |

| Airport of Destination | Shipment Type    _(delete non-applicable)_ |
|---|---|
| | NON-RADIOACTIVE    ~~RADIOACTIVEXXXX~~ |

**NATURE AND QUANTITY OF DANGEROUS GOODS**

| UN or ID No. | Dangerous Goods Identification<br>Proper Shipping Name | Class or Division (Subsidiary Risk) | Pack-ing Group | Quantity and type of packing | Packing Inst. | Authorization |
|---|---|---|---|---|---|---|
| UN3077 | Environmentally hazardous substance, solid, n.o.s. (Hexamethylindanopyran) | 9 | III | 4 Fibre drums x 97.52 kg Overpack used x 3 #1#2#3 Total quantity per overpack 390.08 kg | 956 | |
| UN3077 | Environmentally hazardous substance, solid, n.o.s. (Hexamethylindanopyran) | 9 | III | 1 Fibre drum x 13 kg Overpack used #4 Total net quantity 13 kg | 956 | |

**Additional Handling Information**

24-Hour Emergency Contact Telephone Number: +1-800-424-9300

<u>AKZO NOBLE, CONTRACT NUMBER CCN726</u>

24-HOUR INTERNATIONAL EMERGENCY NUMBER 001-703-527-3887

| I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. I declare that all of the applicable air transport requirements have been met. | Name/Title of Signatory<br>Dominique Mckinnon, Hazmat Consultant<br>Place and Date<br>Springfield Gardens, February 07, 2018<br>Signature<br>_(see warning above)_ |
|---|---|

# SHIPPER'S DECLARATION FOR DANGEROUS GOODS

(Provide at least two copies to the airline)

| Shipper | AKZO NOBLE SURFACE CHEMISTRY<br>525 WEST VAN BUREN STREET<br>CHICAGO, IL. 60607<br>UNITED STATES | Air Waybill No. |
|---|---|---|

Page 2 of 2     Pages

Shipper's Reference Number
*(optional)*

| Consignee | SIVOMATIC B.V.<br>APPLEWEG 15-HARBOURNR. M073<br>4782 PX MOERDIJK<br>THE NETHERLANDS |
|---|---|



**BUREAU** OF
**DANGEROUS**
**GOODS**

*powered by ShipHazmat.NET*

*Two completed and signed copies of this Declaration must be handed to the operator*

**WARNING**

**Failure to comply in all respects with the applicable Dangerous Goods Regulations may be in breach of the applicable law, subject to legal penalties.**

## TRANSPORT DETAILS

| This shipment is within the limitations prescribed for *(delete non-applicable)* | Airport of Departure |
|---|---|

| PASSENGER AND CARGO AIRCRAFT | XXXXXXXX<br>XXXXXXXX<br>CARGO<br>AIRCRAFT<br>ONLY<br>XXXXXXXX |
|---|---|

| Airport of Destination | Shipment Type *(delete non-applicable)* |
|---|---|
| | NON-RADIOACTIVE    XXXXXXXXXXXX |

## NATURE AND QUANTITY OF DANGEROUS GOODS

| Dangerous Goods Identification | | | | | |
|---|---|---|---|---|---|
| UN or ID No. — Proper Shipping Name | Class or Division (Subsidiary Risk) | Pack-ing Group | Quantity and type of packing | Packing Inst. | Authorization |
| UN3077 Environmentally hazardous substance, solid, n.o.s. (Amyl Salicylate) | 9 | III | 4 Fibre drums x 97.52 kg Overpack used x 4 #5#6#7#8 Total quantity per overpack 390.08 kg | 956 | |
| UN3077 Environmentally hazardous substance, solid, n.o.s. (Amyl Salicylate) | 9 | III | 1 Fibre drum x 97.52 kg | 956 | |
| UN3077 Environmentally hazardous substance, solid, n.o.s. (Amyl Salicylate) | 9 | III | 1 Fibre drum x 71.2 kg Overpack used #9 Total net quantity 168.72 kg | 956 | |

## Additional Handling Information

24-Hour Emergency Contact Telephone Number: +1-800-424-9300

**AKZO NOBLE, CONTRACT NUMBER CCN726**

24-HOUR INTERNATIONAL EMERGENCY NUMBER 001-703-527-3887

| I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. I declare that all of the applicable air transport requirements have been met. | Name/Title of Signatory<br>Dominique Meklmon, Hazmat Consultant<br>Place and Date<br>Springfield Gardens, February 07, 2018<br>Signature<br>*(see warning above)* |
|---|---|

# EXHIBIT B-5



**BTX New York**
(718) 713-3655 Fax (718) 713-3668
JFK@btxglobal.com

# PICKUP

| Airbill Number |
| --- |
| **JFK20031880** |

| PICKUP DATE | ORIG | DEST | SERVICE REQUESTED | CUSTOMS VALUE | Shipment Value | ALL CHARGES TO BE PAID IN 15 DAYS TO: BTX GLOBAL LOGISTICS, PO BOX 853, SHELTON, CT 06484-0853 |
| --- | --- | --- | --- | --- | --- | --- |
| 3/13/2018 | JFK | AMS | **economy** | | | |

| PICKUP LOCATION | CONSIGNEE INFORMATION |
| --- | --- |
| Hi - tech packing | Sivomatic B.V. |
| 147-16-181 st street | Appleweg 15 - Harbournr, M073 |
| | |
| springfield gardens | Moerdijk,    4782 PX NL |
| dominique Mckimon        347 - 421 7855 | |

| LOCATION INFORMATION | READY TIME | 900 | CLOSE TIME | 1700 | LOCATION INFORMATION | OPEN TIME | 08:00 | CLOSE TIME | 18:00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| REFERENCE MARKS/NUMBERS | ADDITIONAL SERVICES REQUESTED |
| --- | --- |
| PO Number | |
| | Drop Fee |
| SO Number | |
| Invoice Number | |
| Reference 1 | |
| Reference 2 | |
| Reference 3 | |

| PCS | WT | LEN | WTH | HGT | EXT | DIM | PACKAGE TYPE | DESCRIPTION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9 | 811.3 | 48. | 40. | 40. | 7301.71 | | Pallet | environmetal hazardous substance |
| 5 | 811.3 | 48. | 40. | 40. | 4056.51 | | Pallet | general cargo |
| **14** | | | | | **11359.** | | | |

## PICK-UP/ROUTING INSTRUCTIONS

| PICKUP AGENT: | PHONE: | FAX: | DELIVERY AGENT: | PHONE: | FAX: |
| --- | --- | --- | --- | --- | --- |
| COUGAR EXPRESS, INC. | (516) 239-0244 | (516) 239-0458 | DHL AVIATION (EUROPEAN AIR | (630) 595-3532 | (630) 595-2323 |

| CARRIER: | CARRIER SERVICE: | ACCOUNT NUMBER: | MAWB NUMBER: | TARIFF CODE: | APC: |
| --- | --- | --- | --- | --- | --- |
| DHL AVIATION (EUROPEAN | | BTX | 81433052 | | JFK |

| SHIPPER: | BTX AIR EXPRESS / BACARELLA TRANS. P.O. Box 853 SHELTON, CT 06484 | CONSIGNEE: | Sivomatic B.V. Moerdijk,    4782 PX NL |
| --- | --- | --- | --- |

No Flight Information Provided

## SPECIAL INSTRUCTIONS

BTX must authorize all additional services unless noted in the Additional Services Requested section. Contact the BTX Office at the top of this document for necessary authorizations and/or issues. Lift-gate or two-man service requires authorization if over 80 lbs.  Appointment pickups require a four-hour window during business hours.  Specific time/after-hour pickups must be authorized by BTX.  If shipment is not properly packaged or the piece count does not match, please notify BTX before pickup.

**freight ready from 0900-1700**
**ATTN: Dominique Mcklmon / tel# 3147-421-7855 or 347-285-2379**

**Please reference 188100155**

## TSA SHIPPER INFORMATION AND CONSENT TO SCREEN

| TYPE OF FIRST ID REVIEWED: | PHOTO ON ID? YES / NO | TYPE OF SECOND ID (IF FIRST ID HAS NO PHOTO): | PHOTO ON ID? YES / NO |
| --- | --- | --- | --- |
| PRINTED NAME OF PERSON TENDERING SHIPMENT: Evan Keid | SHIPPER'S COMPANY NAME (WHERE APPLICABLE): | EMPLOYEE/AUTHORIZED. REP WHO VERIFIED ID: | |
| PICKUP AGENT SIGNATURE: | | DATE / TIME: 3/16/18 | SHIPPER SIGNATURE | DATE / TIME: |

Please remit invoices to the Corporate offices of BTX Global Logistics - P.O. Box 853 - Shelton, CT 06484