

Office of the Secretary of State Jesse White

# Corporation/LLC Search/Certificate of Good Standing

LLC File Detail Report

| | |
|---|---|
| File Number | 00341193 |
| Entity Name | NOURYON SURFACE CHEMISTRY LLC |
| Status | ACTIVE |

## Entity Information

**Principal Office**
131 S. DEARBORN ST., STE 1000
CHICAGO, IL 606065566

**Entity Type**
LLC

**Type of LLC**
Foreign

**Organization/Admission Date**
Wednesday, 17 November 1999

**Jurisdiction**
DE

**Duration**
PERPETUAL

## Agent Information

Name

ILLINOIS CORPORATION SERVICE C

Address
801 ADLAI STEVENSON DRIVE
SPRINGFIELD , IL 62703

Change Date
Friday, 8 January 2016

## Annual Report

For Year
2020

Filing Date
Thursday, 1 October 2020

## Managers

Name
Address
JONES, ADAM
131 S. DEARBORN ST., STE.1000
CHICAGO, IL 606065566

Name
Address
RYAN, LARRY
131 S. DEARBORN ST., STE.1000
CHICAGO, IL 606065566

Name
Address
RUNZER, WILLIAM J.
131 S. DEARBORN ST., STE.1000
CHICAGO, IL 606065566

## Old LLC Name

07/01/2019
AKZO NOBEL SURFACE CHEMISTRY LLC

| Series Name |
|---|
| NOT AUTHORIZED TO ESTABLISH SERIES |

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.            Thu Apr 22 2021