John Flood
802 N. Carancahua, Suite 900
Corpus Christi, Texas. 78401
Phone Number: (361) 654-8877
john@floodtriallawyers.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to: ) ) ) *Gilberto P. Cantu and Maria Cantu v. Monsanto, Co.* ) ) Case No. 3:19-CV-08036-VC ) ) ) | MDL No. 2741 Case Number: 16-md-02741-VC **PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE 3 LIST** |

  Plaintiffs, Gilberto P. Cantu, and Maria Cantu, respectfully ask the Court to remove their claims from Wave 3 for the reasons stated herein.

  1. The undersigned counsel has communicated with counsel for Monsanto and was informed that Monsanto does not oppose removal of this case from the Wave 3 group.

  2. With the assistance and understanding of all counsel, the deposition of Mr. Cantu has been attempted and continued due to his physical weakness and apparent anxiety, possibly related to the nature of the Zoom deposition process. Counsel is working together to secure Mr. Cantu's testimony; however, the challenges associated with scheduling and completing his deposition prevent compliance with the deadlines within the Level 3 protocols. In addition,

---

**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE 3 LIST**
1

medical record accumulation related to Plaintiffs' claims is ongoing. As a result, the Cantus respectfully request that their claims be moved out of the Wave 3 group. The Cantus submitted all required documentation to the Settlement Master but were informed on April 21, 2021, that Mr. Cantu's age is above the criteria set out in the Protocol Program.

WHEREFORE, good cause exists to remove *Gilberto P. Cantu and Maria Cantu v. Monsanto,* No. 3:19-CV-08036 from the Wave 3 case list.

Respectfully submitted,

/s/ John Flood
John Flood
Texas Bar No. 07155910
**John T. Flood, L.L.P.**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
(361) 654-8877
(361) 654-8879 Fax
john@FloodTrialLawyers.com
irma@FloodTrialLawyers.com

**Attorney-in-Charge for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify on this 14th day of May, 2021, a copy of the foregoing document was filed through the Court's ECF system.

/s/ John Flood
John Flood

**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE 3 LIST**
2