**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION This document relates to: *Gilberto P. Cantu and Maria Cantu v. Monsanto, Co.* Case No. 3:19-CV-08036-VC | ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2741  Case Number: 16-md-02741-VC  **[PROPOSED] ORDER RE: GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE III** |

AND NOW, PURSUANT TO STIPULATION IT IS SO ORDERED. *Gilberto P. Cantu and Maria Cantu v. Monsanto,* No. 3:19-CV-08036 is hereby removed from the Wave 3 case list.

Date: _____, 2021        _____
                                                                           HONORABLE VINCE CHHABRIA
                                                                           United States District Judge

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) | MDL No. 2741 |
| ) | Case Number: 16-md-02741-VC |
| This document relates to: ) | |
| ) | |
| *Gilberto P. Cantu and Maria Cantu v. Monsanto, Co.* ) | **STIPULATION TO REMOVE THIS CASE FROM THE WAVE 3 LIST** |
| Case No. 3:19-CV-08036-VC ) | |

It is hereby stipulated that *Gilberto P. Cantu and Maria Cantu v. Monsanto,* No. 3:19-CV-08036 is removed from the Wave 3 case list.

Date:   May ___, 2021

/s/ John Flood
John Flood
Texas Bar No. 07155910
**John T. Flood, L.L.P.**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
(361) 654-8877
(361) 654-8879 Fax
john@FloodTrialLawyers.com
irma@FloodTrialLawyers.com
**Attorney-in-Charge for Plaintiffs**

 /s/ Anthony Martinez
Anthony Martinez, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2683
amartinez@shb.com
**Attorney for Defendant Monsanto Co.**