IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In Re: Roundup Products Liability Litigation*

MDL No. 2741

Case No.: 16-md-02741-VC

This document relates to:

*Moreno v. Monsanto, et al.*
Case No.: 3:21-cv-03166-VC

---

MARCIA MORENO

        Plaintiff,

  vs.

MONSANTO,
AKZO NOBEL INCORPORATED,
AKZO SURFACE CHEMISTRY LLC,
AKZO NOBEL FUNCTIONAL CHEMICALS LLC,
AKZO NOBEL CHEMICALS LLC,
NOURYON CHEMICALS LLC,
NOURYAN FUNCTIONAL CHEMICALS LLC,
and NOURYAN SURFACE CHEMICALS

        Defendants.

Case No.: 3:21-cv-03166-VC

## **MOTION TO REMAND**

NOW COMES the Plaintiff, Marcia Moreno, by and through her attorneys, COONEY & CONWAY, and hereby moves this Court, pursuant to 28 U.S.C. § 1447(c), to remand this case to state court on the basis of lack of complete diversity of citizenship and in support thereof states as follows:

1.     In February 2021, Plaintiff, Marcia Moreno, a citizen of Illinois, filed her Complaint in the Circuit Court of Cook County, Illinois against Monsanto Company (hereinafter referred to as

1

"Monsanto"), Akzo Nobel Inc., Akzo Surface Chemistry LLC, Akzo Nobel Functional Chemicals LLC, Akzo Nobel Chemicals LLC, Nouryon Surface Chemistry, LLC, Nouryon Functional Chemicals, LLC, and Nouryon Chemicals, LLC, regarding severe and permanent injuries sustained by Marcia Moreno as a result of developing non-Hodgkin Lymphoma (hereinafter referred to as "NHL"), which was directly and proximately caused by such wrongful conduct by Defendants, the unreasonably dangerous and defective nature of Roundup, and its active ingredient, glyphosate, and the attendant effects of developing NHL.

2. On April 9, 2021, Defendants Monsanto, Akzo Nobel Inc., Akzo Surface Chemistry LLC, Akzo Nobel Functional Chemicals LLC, Akzo Nobel Chemicals LLC, Nouryon Surface Chemistry, LLC, Nouryon Functional Chemicals, LLC, and Nouryon Chemicals, LLC filed its Notice of Removal alleging that this Court has original subject matter jurisdiction over this action based on Section 1332(a). Plaintiff moved for remand on April 23, 2021. While the motion for remand was pending, the case was transferred to the Northern District of California pursuant to an order from the Multi-District Litigation Panel.

3. Defendants alleged that there is complete diversity of citizenship between Plaintiff and all Defendants and the amount in controversy exceeds $75,000.

4. Although the amount in controversy exceeds $75,000, there is not complete diversity of citizenship between Plaintiff and all Defendants. Nouryon Chemicals Llc, Nouryan Functional Chemicals Llc, And Nouryan Surface Chemicals (the Nouryon entities) are citizens of Illinois, as is the Plaintiff, Marcia Moreno. Attached in support of this assertion is the affidavit of Matthew Kellam, counsel for the Nouryan entities, filed in the matter of KETURAH WINTERS, et. al. v. AKZO NOBEL SURFACE CHEMISTRY, LLC, et. al. No. 19-CV-05398-JLS . (Attached

hereto as Exhibit A). The Nouryan entities have not filed a Certificate of Interested Entities pursuant to Civil Local Rule 3-15.

5. The party seeking removal bears the burden of establishing federal subject matter jurisdiction. *Doe v. Allied-Signal, Inc.,* 985 F.2d 908, 911 (7th Cir. 1993).

6. The Ninth Circuit recognizes a "strong presumption against removal." *Gaus v. Miles, Inc.,* 980 F.2d 564, 566 (9th Cir. 1992) (internal quotation marks omitted). Any doubts as to removability should generally be resolved in favor of remand. *Matheson v. Progressive Specialty Ins. Co.,* 319 F.3d 1089, 1090 (9th Cir. 2003). The defendant bears the burden of showing that removal is proper. *Valdez v. Allstate Ins. Co.,* 372 F.3d 1115, 1117 (9th Cir. 2004).

7. For removal of civil actions, 28 U.S.C. § 1441(b)(2) states as follows:

> A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may **NOT** be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought. (Emphasis added).

8. Defendants' removal of Plaintiff's action from the jurisdiction of the Illinois Circuit Court constitutes a violation of 28 U.S.C. § 1441(b)(2).

9. Three of the Defendants in the instant matter (Nouryon Surface Chemistry, LLC, Nouryon Functional Chemicals, LLC, Nouryon Chemicals, LLC) are not diverse from the Plaintiff.

10. Plaintiff is a citizen of the State of Illinois.

11. Defendant Nouryon Surface Chemistry, LLC has a principal place of business located at 131 S. Dearborn St., Ste 1000, Chicago, IL 60606 and has a registered agent located in Springfield Illinois. (See copy of Cyberdrive Illinois Corporation/LLC search attached hereto as Exhibit B).

12. Defendant Nouryon Functional Chemicals, LLC has a principal place of business located at 131 S. Dearborn St., Ste 1000, Chicago, IL 60606 and has a registered agent located in

Springfield Illinois. (See copy of Cyberdrive Illinois Corporation/LLC search attached hereto as Exhibit C).

13. Defendant Nouryon Chemicals, LLC has a principal place of business located at 131 S. Dearborn St., Ste 1000, Chicago, IL 60606 and has a registered agent located in Springfield Illinois. (See copy of Cyberdrive Illinois Corporation/LLC search attached hereto as Exhibit D).

14. Defendants failed to meet their burden in establishing federal subject matter jurisdiction in order for removal.

15. The presence of these non-diverse defendants defeats the complete diversity necessary to remove this case to this court from the Circuit Court of Cook County.

16. With Plaintiff and Defendants Nouryon Surface Chemistry, LLC, Nouryon Functional Chemicals, LLC, and Nouryon Chemicals, LLC all located in the State of Illinois original federal court jurisdiction does not exist under 28 U.S.C. § 1332.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an order:

A: That remands this case back to the Circuit Court of Cook County, Illinois; or any other relief that this Court deems fair and just.

Dated: May 14, 2021

Respectfully submitted,

/s/ Michael C. Cooney
Michael C. Cooney

Michael C. Cooney
**COONEY AND CONWAY**
120 North LaSalle, St. 30th Floor
Chicago, Illinois 60602
312-236-6166
mcooney@cooneyconway.com
Firm ID.:  90200