**Nidel & Nace, PLLC**
**Jonathan B. Nace, Esq.**
**One Church Street**
**Suite 802**
**Rockville, MD 20850**
**Tel: 202-780-5153**
**jon@nidellaw.com**

### UNITED STATES DISTRICT COURT FOR
### THE NORTHERN DISTRICT OF CALIFORNIA

*In Re: Roundup Products Liability Litigation*

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Coffman v. Monsanto Co., et al.*
Case No.: 3:21-cv-02505-VC

---

### NOTICE OF HEARING

Plaintiff, by and through undersigned counsel, and pursuant to the Court's Standing Order, notices a hearing on Plaintiff's Motion to Remand, which is now fully briefed, for June 10, 2021 at 2:00 pm PT. *See* Docs. 12948, 13014, and 13042.

                                               Respectfully submitted,

                                               /s/ Jonathan B. Nace
                                               Jonathan B. Nace, Esq.
                                               DC Bar Number 985718
                                               Nidel & Nace, PLLC
                                               One Church Street
                                               Suite 802
                                               Rockville, MD 20850
                                               Tel: 202-780-5153
                                               jon@nidellaw.com

**NOTICE OF HEARING – PLAINTIFF'S MOTION TO REMAND**
MDL No. 2741 Case No. 16-md-02741-VC; Case No.: 3:21-cv-02505-VC

## CERTIFICATE OF SERVICE

This is to certify that on May 14, 2021, I caused a copy of the foregoing *Notice of Hearing* to be served upon the Court and all parties via ECF. A courtesy copy was sent to counsel of record via email service.

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq.
