

Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 00341215 |
| Entity Name | NOURYON FUNCTIONAL CHEMICALS LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
131 S. DEARBORN ST., STE 1000
CHICAGO, IL 606065566

Entity Type
LLC

Type of LLC
Foreign

Organization/Admission Date
Wednesday, 17 November 1999

Jurisdiction
DE

Duration
PERPETUAL

### Agent Information

Name

ILLINOIS CORPORATION SERVICE C

Address
801 ADLAI STEVENSON DRIVE
SPRINGFIELD , IL 62703

Change Date
Friday, 8 January 2016

## Annual Report

For Year
2020

Filing Date
Friday, 2 October 2020

## Managers

Name
Address
JONES, ADAM
131 S. DEARBORN ST., STE.1000
CHICAGO, IL 60606

Name
Address
RYAN, LARRY
131 S. DEARBORN ST., STE.1000
CHICAGO, IL 60606

Name
Address
RUNZER, WILLIAM J.
131 S. DEARBORN ST., STE.1000
CHICAGO, IL 60606

## Old LLC Name

07/01/2019
AKZO NOBEL FUNCTIONAL CHEMICALS LLC

| Series Name |
| --- |
| NOT AUTHORIZED TO ESTABLISH SERIES |
| |

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.          Thu Apr 22 2021