Rhon E. Jones (JON093)
rhon.jones@beasleyallen.com
William R. Sutton (SUT013)
william.sutton@beasleyallen.com
**BEASLEY, ALLEN, CROW, METHVIN,**
 **PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama  36103
Phone: (334) 269-2343
Fax:(334) 954-7555

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>**Ramirez, et al. v. Monsanto Co.,**<br>**Case No. 3:19-cv-02224** | **NOTICE OF WITHDRAWAL OF OBJECTIONS AND OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT, APPOINTMENT OF INTERIM CLASS AND SUBCLASS COUNSEL, DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(e), SCHEDULING OF A FAIRNESS HEARING, AND STAY OF THE FILING AND PROSECUTION OF ROUNDUP-RELATED ACTIONS BY SETTLEMENT CLASS MEMBERS** |

The undersigned hereby withdraws the objections and opposition to the Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice Under Fed. R. Civ. P. 23(e), Scheduling of a Fairness Hearing, and

Stay of Filing and Prosecution of Roundup-related Actions by Settlement Class Members filed on March 4, 2021 (MDL Doc. No 12679).

DATED: May 18, 2021

                                      Respectfully submitted,

                                      /s/Rhon E. Jones
                                      Rhon E. Jones (JON093)
                                      William R. Sutton (SUT013)
                                      **BEASLEY, ALLEN, CROW,**
                                      **METHVIN, PORTIS & MILES, P.C.**
                                      218 Commerce Street
                                      Montgomery, AL 36104
                                      Telephone: (334) 269-2343
                                      Fax: (334) 954-7555
                                      rhon.jones@beasleyallen.com
                                      william.sutton@beasleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM//ECF Filing System, which shall send electronic notification to counsel of record.

/s/ Rhon E. Jones
Rhon E. Jones