# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case Number: 16-md-02741-VC |
| This document relates to: | |
| *Gilberto P. Cantu and Maria Cantu v. Monsanto, Co.* Case No. 3:19-CV-08036-VC | ~~[PROPOSED]~~ **ORDER RE: GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE III** |

AND NOW, PURSUANT TO STIPULATION IT IS SO ORDERED. *Gilberto P. Cantu and Maria Cantu v. Monsanto,* No. 3:19-CV-08036 is hereby removed from the Wave 3 case list.

Date: ___May 18___, 2021

HONORABLE VINCE CHHABRIA
United States District Judge

APPROVED
Judge Vince Chhabria

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2741 ) ) ) Case Number: 16-md-02741-VC |
| This document relates to: | ) ) |
| *Gilberto P. Cantu and Maria Cantu v. Monsanto, Co.* Case No. 3:19-CV-08036-VC | ) **STIPULATION TO REMOVE THIS** ) **CASE FROM THE WAVE 3 LIST** ) ) ) ) |

It is hereby stipulated that *Gilberto P. Cantu and Maria Cantu v. Monsanto*, No. 3:19-CV-08036 is removed from the Wave 3 case list.

Date: May ___, 2021

/s/ John Flood
John Flood
Texas Bar No. 07155910
**John T. Flood, L.L.P.**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
(361) 654-8877
(361) 654-8879 Fax
john@FloodTrialLawyers.com
irma@FloodTrialLawyers.com
**Attorney-in-Charge for Plaintiffs**

/s/ Anthony Martinez
Anthony Martinez, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 559-2683
amartinez@shb.com
**Attorney for Defendant Monsanto Co.**