## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:19-cv-04125 - VC |
| THIS DOCUMENT RELATES TO: | [PROPOSED] ORDER RE: GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMOVE CASE FROM WAVE III |
| Leon Manuel, et al. v. Monsanto Company | |

AND NOW, PURSUANT TO STIPULATION IT SO ORDERED. *Leon Manuel et al. v. Monsanto Co.*, No. 3:19-cv-04125 is hereby removed from the Wave 3 case list.

Date: _____May 18,___2021_____



## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | : MDL NO. 2741 :  : Case No. 3:19-cv-04125 - VC : |
| THIS DOCUMENT RELATES TO:  Leon Manuel, et al. v. Monsanto Company | : **STIPULATION TO REMOVE THIS** : **CASE FROM THE WAVE 3 LIST** : : |

It is hereby stipulated that *Leon Manuel, et al. v. Monsanto Co.*, No. 3:19-cv-04125 is removed from the Wave 3 list.


Date: May 13, 2021          */s/ Michael A. Rowe*
                            Michael A. Rowe, Esq.
                            1515 Market Street, Suite 2000
                            Philadelphia, PA 19102
                            Telephone:    (215) 546-8200
                            marowe@ncblawfirm.com
                            Counsel for Plaintiff



                            */s/ Anthony Martinez*
                            Anthony Martinez, Esq.
                            Shook, Hardy & Bacon LLP
                            2555 Grand Blvd.
                            Kansas City, MO 64108
                            Philadelphia, PA 19102
                            Kansas City, MO 64108
                            amartinez@shb.com
                            Counsel for Defendant Monsanto Co.