Gerson H. Smoger
**SMOGER & ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
Telephone: (510) 531-4529
Facsimile: (510) 531-4377
gerson@texasinjurylaw.com

Steven M. Bronson, Esq. (SBN 246751)
**THE BRONSON FIRM APC**
7777 Fay Avenue, Suite
202La Jolla, CA 92037
Telephone: 619-374-4130
Facsimile: 619-568-3365
sbronson@thebronsonfirm.com

*Counsel for Objector Melinda Sloviter*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to: | **OBJECTOR SLOVITER'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE THE DECLARATION OF JEREMY J. WIECK OR ALTERNATIVELY TO REQUIRE JEREMY J. WIECK TO PRODUCE THE COMPLETE CASE MANAGEMENT DATA BASE FROM WHICH HE DERIVES HIS TESTIMONY** |
| Ramirez, et al. v. Monsanto Co. | |
| Case No. 3:19-cv-02224 | |
| | Re: Dkt. No. 12531, 12957 |
| | Judge: Honorable Vince Chhabria |

        Objector Melinda Sloviter filed a Motion to Strike the Declaration of Jeremy J. Wieck or

Alternatively to Require Jeremy J. Wieck to Produce the Complete Case Management Database

Objector Sloviter's Notice of Withdrawal of Motion to Strike
Case No. 16-md-02741-VC

from Which He Derives His Testimony on April 19, 2021 (Dkt. 12957).  Monsanto's counsel produced a Corrected Response in Opposition to Motion to Require Jeremy J. Wieck to Produce the Complete Case Management Database from Which He Derives His Testimony, or in the Alternative, to Strike His Declaration April 23, 2021 (Dkt. 12980).  In reply, on April 26, 2021, Objector Sloviter wrote Monsanto's counsel a letter responding to this submission.  (See attached Exhibit "A").  On April 30th, Monsanto's counsel responded to the letter and produced the requested materials.  (See attached Exhibit "B").

As a result, the undersigned hereby withdraws her Motion regarding the Declaration of Jeremy J. Wieck, filed on April 7, 2021 (Dkt. 12911-8).

Dated: May 18, 2021

    */s/ Gerson H. Smoger*
Gerson H. Smoger
**SMOGER & ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
Telephone: (510) 531-4529
Facsimile: (510) 531-4377
gerson@texasinjurylaw.com

Steven M. Bronson, Esq. (SBN 246751)
**THE BRONSON FIRM APC**
7777 Fay Avenue, Suite 202
La Jolla, CA 92037
Telephone: 619-374-4130
Facsimile: 619-568-3365
sbronson@thebronsonfirm.com

***Counsel for Objector Melinda Sloviter***

Objector Sloviter's Notice of Withdrawal of Motion to Strike
Case No. 16-md-02741-VC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Gerson H. Smoger*
Gerson H. Smoger
**SMOGER & ASSOCIATES**
13250 Branch View Lane
Dallas, TX 75234
Telephone: (510) 531-4529
Facsimile: (510) 531-4377)
gerson@texasinjurylaw.com

Objector Sloviter's Notice of Withdrawal of Motion to Strike
Case No. 16-md-02741-VC