# Exhibit A

April 26, 2021

**VIA E-MAIL**

William Hoffman
ARNOLD & PORTER
601 Massachusetts Ave, NW
Washington, DC 20001
(202) 942-6915
William.Hoffman@arnoldporter.com

   Re: *In re: Roundup Products Liability Litigation; Ramirez, et al v. Monsanto*

Dear Mr. Hoffman,

  I write in response to your correspondence of April 23, 2021, in the above-referenced litigation.

  Please provide the following information so that we may understand your offer to produce the 4 Excel spreadsheets:

- What other databases exist with regard to existing or future Roundup litigation?
- What databases and/or data were excluded from the data analyzed in the Wieck declaration?
- With regard to the 4 Excel spreadsheets referenced in your correspondence, is there any information that comprised the basis of Mr. Wieck's declaration that is not in those 4 Excel spreadsheets? If so, please describe, and consider this letter a request for all such information.
- Your correspondence references "circumstances of their exposure"; please provide the criteria defining this term and specifying what statements in complaints would qualify for each of the corresponding categories in the database.
- Your correspondence references "unspecified exposure types"; please provide the criteria defining this term and specifying what statements in complaints would qualify for this category.
- Is there a database that provides settlement values for Plaintiffs in Roundup Litigation, including prospective Plaintiffs who have yet to file cases? If so, what other information is in that database?
- Is there a settled Plaintiffs' database, or any other form of data, that provides settlement values correlated with exposure descriptions?
- Are there multiple databases related to different breakdowns of Plaintiffs and potential Plaintiffs? One example would be databases correlated to different Plaintiffs' counsel and/or groups of Plaintiffs' counsel.
- With regard to the Plaintiff Information Sheets referenced in your correspondence, were all "Plaintiffs" parties in cases that had been filed, or does the information

Lttr from G. Smoger to W. Hoffman
Page 1

- include information for "Plaintiffs" in both filed and unfiled cases? If both filed and unfiled cases are included, what is the percent breakdown between filed and unfiled?
- With regard to the Plaintiff Information Sheets referenced in your correspondence, were the Plaintiff Information Sheets acquired under the auspices of Federal Rule of Evidence 408?

Without waiving any and all objections to the source and scope of the data, the methodology, the searches, and the lack of probative value, I would appreciate you sending me the data as offered in your correspondence of April 23, 2021, and with regard to said production, I agree that the production would not constitute a waiver of work product protection for any portion of the database.

Lastly, I do appreciate that you made an expeditious correction of the error in your original filing.

With regards,

*/s/ Gerson H. Smoger*
Gerson H. Smoger
gerson@texasinjurylaw.com

GHS:na