# Exhibit B

# Arnold & Porter

William Hoffman
+1 202.942.6915 Direct
William.Hoffman@arnoldporter.com

April 30, 2021

**VIA E-MAIL**

Gerson H. Smoger
SMOGER &ASSOCIATES
13250 Branch View Lane
Dallas, TX 75234
(510) 531-4529
gerson@texasinjurylaw.com

Re: *In re: Roundup Products Liability Litigation; Ramirez, et al. v. Monsanto*

Dear Mr. Smoger:

I write in response to your letter of April concerning your motion in the above-captioned matter. I am attaching the spreadsheets that we have discussed in our previous correspondence and provide answers to your questions below.

- What other databases exist with regard to existing or future Roundup litigation?

There are no other databases containing relevant information about the alleged exposure types described in Mr. Wieck's declaration.

- What databases and/or data were excluded from the data analyzed in the Wieck declaration?

No databases and/or data were excluded from the exposure data analyzed for Mr. Wieck's declaration.

- With regard to the 4 Excel spreadsheets referenced in your correspondence, is there any information that comprised the basis of Mr. Wieck's declaration that is not in those 4 Excel spreadsheets? If so, please describe, and consider this letter a request for all such information.

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW | Washington, DC 20001-3743, UNITED STATES OF AMERICA |
www.arnoldporter.com
Error! No document variable supplied." = "1" "US 164106292v.1" ""

# Arnold & Porter

VIA E-MAIL
Page 2

All of the information that comprised the basis of Mr. Wieck's declaration is contained in the 4 Excel spreadsheets listed in my correspondence.

- Your correspondence references "circumstances of their exposure"; please provide the criteria defining this term and specifying what statements in complaints would qualify for each of the corresponding categories in the database.

The classification of exposure types from complaints is based on a complete review of all allegations regarding exposure to Roundup that are contained in each complaint. For Plaintiff Information Sheets, each plaintiff is asked to select one of the exposure types on the form.

- Your correspondence references "unspecified exposure types"; please provide the criteria defining this term and specifying what statements in complaints would qualify for this category.

The classification of an "unspecified" exposure type is used when a review of allegations in the complaint fails to provide enough information to identify one of the specific exposure types. Similarly, for Plaintiff Information Sheets, the "unspecified" exposure type is used when no exposure type has been selected on the form.

- Is there a database that provides settlement values for Plaintiffs in Roundup Litigation, including prospective Plaintiffs who have yet to file cases? If so, what other information is in that database?

Any information about settlement values is not relevant and was not considered as a basis for any of the data points described in Mr. Wieck's declaration.

- Is there a settled Plaintiffs' database, or any other form of data, that provides settlement values correlated with exposure descriptions?

Any information about settlement values correlated with exposure types is not relevant and was not considered as a basis for any of the data points described in Mr. Wieck's declaration.

- Are there multiple databases related to different breakdowns of Plaintiffs and potential Plaintiffs? One example would be databases correlated to different Plaintiffs' counsel and/or groups of Plaintiffs' counsel.

# Arnold & Porter

VIA E-MAIL
Page 3

Any information about a breakdown of plaintiffs or potential plaintiffs is not relevant and was not considered as a basis for any of the data points described in Mr. Wieck's declaration.

- With regard to the Plaintiff Information Sheets referenced in your correspondence, were all "Plaintiffs" parties in cases that had been filed, or does the information include information for "Plaintiffs" in both filed and unfiled cases? If both filed and unfiled cases are included, what is the percent breakdown between filed and unfiled?

Plaintiff Information Sheets have been received from claimants that, according to plaintiff's counsel, have both filed and unfiled claims. No analysis has been completed, either at the time these information sheets were submitted or since then, about the filing status of these claimants.

- With regard to the Plaintiff Information Sheets referenced in your correspondence, were the Plaintiff Information Sheets acquired under the auspices of Federal Rule of Evidence 408?

Plaintiff Information Sheets were submitted in connection with settlement discussions.

We appreciate your agreement that this production of the spreadsheets would not constitute a waiver of work product protection for any other portion of the database.

Please contact me if you have any other questions.

Sincerely,

William Hoffman

Enclosure (Attached via E-Mail)

cc:   Elizabeth Cabraser (via E-Mail)