1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |
9
10 | This document relates to: |
   |---|
11 | *Michael Gilliland et al. v. Monsanto Co.*, Case No. 3:21-cv-03758-VC |

12

13             **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

14       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

15 ("Monsanto") makes the following disclosures:

16       1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17       2.    Bayer AG is a publicly held corporation.

18
19 DATED: May 20, 2021.                    Respectfully submitted,

20                                         SHOOK, HARDY & BACON L.L.P.

21                                         BY: */s/ Jennise W. Stubbs*
                                               Jennise W. Stubbs
22                                             600 Travis Street, Suite 3400
                                               Houston, TX 77002-2926
23                                             Telephone:   (713) 227-8008
                                               Facsimile:   (713) 227-9508
24                                             Email:       jstubbs@shb.com

25
                                           *Attorneys for Defendant*
26                                         *MONSANTO COMPANY*

27

28

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC  &  3:21-cv-03758-VC

# CERTIFICATE OF SERVICE

I certify that on the 20th day of May, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs