UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Anna Roy v. Monsanto Co.,*<br>Case No. 3:20-cv-03371-VC | |

**ORDER**

Considering Plaintiffs' Unopposed Motion for Leave to File First Supplemental and Amended Complaint;

**IT IS HEREBY ORDERED** the Motion is granted. The First Supplemental and Amended Complaint will be filed into the record.

**DONE AND SIGNED** this ____ day of _____, 2021.

_____
**Hon. Vince Chhabria**