```
1  GERALD SINGLETON, SBN 208783
   MARK F. FLEMING, SBN 165770
2  JOHN C. LEMON, SBN 175847
   TIMOTHY A. SCOTT, SBN 215074
3  NICOLAS O. JIMENEZ, SBN 295057
   SINGLETON SCHREIBER McKENZIE & SCOTT, LLP
4  450 A Street, 5th Floor
   San Diego, CA 92101
5  Tel:  (619) 771-3473
   Fax: (619) 255-1515
6  Email:  gsingleton@ssmsjustice.com
           tscott@ssmsjustice.com
7          jlemon@ssmsjustice.com
           mfleming@ssmsjustice.com
8          njimenez@ssmsjustice.com
```

*Attorneys for Plaintiff Mike Sapinksy*

**NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE** |
| *Sapinsky v. Monsanto Company, et al.* Case No. 3:20-cv-00257-CV | |

     PLEASE TAKE NOTICE that Gerald Singleton of Singleton Schreiber McKenzie & Scott, LLP hereby enters his appearance as counsel of record for Plaintiff Mike Sapinksy in the Master Docket of MDL No. 2741 and in the individual action of *Mike Sapinksy v. Monsanto Company, et al.*, Case No. 3:20-cv-00257.

Counsel requests that all further papers and pleadings for this matter be served upon the undersigned at the address above.

Dated: May 20, 2021                                              Respectfully submitted,

                                                        /s/ *Gerald Singleton*
                                              GERALD SINGLETON
                                              Attorney for Plaintiff