# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| THIS DOCUMENT RELATES TO:<br><br>*Larry L. Cudaback and Bonnie J. Cudaback*<br><br>*v. Monsanto Company*<br><br>**Case No**. 3:20-cv-07733 | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No.1, Rebecca Fredona, of the firm Moll Law Group, hereby enters her appearance in the above-captioned matter as counsel for Plaintiffs Larry L. Cudaback and Bonnie J. Cudaback, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: May 24, 2021

                        Respectfully submitted,

                        By: /s/ *Rebecca Fredona*
                        Rebecca Fredona
                        MOLL LAW GROUP
                        22 W Washington Street, 15th Floor
                        Chicago, IL 60602
                        T: (312) 462-1700
                        F: (312) 756-0045
                        rfredona@molllawgroup.com
                        info@molllawgroup.com

                        **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Rebecca Fredona*