IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| **THIS DOCUMENT RELATES TO:**<br><br>*Rosanna R. Brammer, Individually and as the Executor of the Estate of Kendall D. Brammer, the surviving spouse of Kendell Brammer, on behalf of herself and all other legal heirs of Kendall D. Brammer,*<br><br>*v. Monsanto Company*<br><br>**Case No**. 3:20-cv-07732 | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Pretrial Order No.1, Rebecca Fredona, of the firm Moll Law Group, hereby enters her appearance in the above-captioned matter as counsel for Plaintiff Rosanna R. Brammer, Individually and as the Executor of the Estate of Kendall D. Brammer, the surviving spouse of Kendell Brammer, on behalf of herself and all other legal heirs of Kendall D. Brammer, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: May 24, 2021

Respectfully submitted,

By: /s/ *Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
rfredona@molllawgroup.com
info@molllawgroup.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Rebecca Fredona*