IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| THIS DOCUMENT RELATES TO:<br><br>*Roger D. Achterhof v. Monsanto Company*<br><br>Case No. 3:21-cv-01332-VC | **VINCE CHHABRIA<br>U.S. DISTRICT JUDGE** |

## UNOPPOSED MOTION TO SUBSTITUTE PARTIES

Comes Plaintiff, by and through undersigned counsel, and CAROLE ACHTERHOF, wife and executor of the Estate of Roger D. Achterhof, deceased, files this unopposed Motion to Substitute Parties pursuant to Federal Rules of Civil Procedure 25(a). In support thereof, CAROLE ACHTERHOF states as follows:

1. On April 26, 2021, Roger D. Achterhof passed away during the pendency of this civil action. (See redacted Death Certificate, attached hereto as Exhibit A.)

2. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Carole Achterhof, as surviving spouse, executor, and sole beneficiary of the estate of Roger D. Achterhof as so appointed by his trust, The Roger D. Achterhof and Carole A. Achterhof trust dated February 13, 2017, moves to be substituted as a party for Roger D. Achterhof.

3. Plaintiff's reached out to Defendant's counsel via email on May 20, 2021, and Defendant's counsel indicated they have no objections to this Motion.

4. Pursuant to Minnesota Statute 573.02(1): "If an action for the injury was commenced by the decedent and not finally determined while living, it may be continued by the

trustee for recovery of damages for the exclusive benefit of the surviving spouse and next of kin."

5. Pursuant to Minnesota Statute 573.02(3), upon written motion by the surviving spouse, the court shall appoint a suitable and competent person as trustee to continue such action maintained under Section 573.02(1).

6. Carole Achterhof, as Personal Representative of the Estate of Roger D. Achterhof, is a designated representative and spouse of the deceased party and therefore a proper party for the purposes of filing this motion and continuing this action.

WHEREFORE, and for the reasons set forth herein, CAROLE ACHTERHOF respectfully requests this Court grant her Motion to Substitute Parties and moves for the style of this action to be changed to: Carole Achterhof, as Representative of the Estate of Roger D. Achterhof, deceased, v. Monsanto Company.

Dated: May 25, 2021

    Respectfully submitted,

    By: /s/ *Rebecca Fredona*
    Rebecca Fredona
    MOLL LAW GROUP
    22 W Washington Street, 15th Floor
    Chicago, IL 60602
    T: (312) 462-1700
    F: (312) 756-0045
    rfredona@molllawgroup.com
    info@molllawgroup.com

    **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Rebecca Fredona*