# Exhibit A

# STATE OF MINNESOTA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH

STATE FILE NUMBER  2021-MN-015220

| | |
|---|---|
| DECEDENT | ROGER DALE ACHTERHOF |
| LAST NAME BEFORE FIRST MARRIAGE | |
| ALSO KNOWN AS | |
| SOCIAL SECURITY NUMBER | |
| SEX | MALE |
| BORN | |
| PLACE OF BIRTH | |
| DATE OF DEATH | |
| PLACE OF DEATH | ROCHESTER    OLMSTED    MINNESOTA |
| MARITAL STATUS | MARRIED |
| SPOUSE | CAROLE |
| LAST NAME BEFORE FIRST MARRIAGE | |
| RESIDENCE | |
| PARENT | |
| PARENT | |
| FUNERAL HOME | MAHN FAMILY FUNERAL AND CREM SERV-ROCHESTER CHAPEL |
| DISPOSITION | CREMATION |
| CAUSE OF DEATH | |
| IMMEDIATE | LARGE CELL LYMPHOMA |
| UNDERLYING | |
| OTHER CONTRIBUTING CONDITIONS | PARKINSON'S DISEASE; PREVIOUS CEREBRAL INFARCTS |
| MANNER | NATURAL |
| MEDICAL CERTIFIER | DOUGLAS M ZERBE, M.D. |
| | 200 1ST STR SW, ROCHESTER, MINNESOTA, 55905 |

THIS RECORD HAS NOT BEEN AMENDED

THIS IS A TRUE AND CORRECT RECORD OF DEATH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID  13197301


55A-000276419

FILED:

*Molly Mulcahy Crawford*
Molly Mulcahy Crawford
STATE REGISTRAR

ISSUED:    OLMSTED COUNTY LICENSE BUREAU

THIS CERTIFICATE IS VALID ONLY WHEN PRINTED ON OFFICIAL WATERMARKED SECURITY PAPER WITH A SECURITY THREAD AND STATE SEAL OF MINNESOTA.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

