UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| This document relates to: | Case No.: 16-md-02741-VC |
| JESUS EVANGELISTA | |

**NOTICE OF FILING VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JESUS EVANGELISTA, by and through undersigned counsel, files this voluntary dismissal, with prejudice, with regard to the entire above-captioned matter.

**I HEREBY CERTIFY** that on this 25th day of May, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.

Yvette M. Trelles, Esquire
TRELLES & BICHLER, LLC
3601 PGA Blvd., Suite 101
Palm Beach Gardens, FL 33410
Telephone:  (561) 459-5625
Facsimile:  (561) 459-5624
Attorney for Jesus Evangelista

/s/ Yvette Trelles
Yvette M. Trelles, Esquire
Florida Bar No.: 962090