**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC | **MONSANTO COMPANY'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO EXCLUDE TESTIMONY OF DR. CHRISTOPHER PORTIER UNDER RULE 702 AND REQUEST TO TAKE DISCOVERY DEPOSITION** |
| *Karman v. Monsanto Co.*, 3:19-cv-01183-VC | |
| *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC | |
| *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC | |
| *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC | |
| *Schafer v. Monsanto Co.*, 3:19-cv-02169 | |
| *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | |

1      On March 29, 2021, Defendant Monsanto Company ("Monsanto") filed a Motion to Exclude the Testimony of Dr. Christopher Portier under Rule 702 and Request to Take Discovery Deposition (the "Motion"). *See* MDL Dkt. 12837.[1]

     In response to the Court's order in PTO 229, the Motion preserved Monsanto's current arguments that Dr. Portier's opinions should be excluded under Rule 702. *Id.* at 1. Additionally, as explained in Monsanto's Motion, Dr. Portier served a new report in the Wave 2 cases that nearly doubles the length of his prior reports, adds over 100 new references, and includes significant new opinions that were not included in his prior reports. *Id.* Thus, Monsanto requested the opportunity to take the discovery deposition of Dr. Portier to explore the new aspects of his opinions and, if appropriate, supplement its Rule 702 motion to address additional grounds. *Id.*.

     Since the Motion was filed, however, Plaintiffs have agreed to produce Dr. Portier for deposition concerning his new report, which deposition is being cross-noticed in this MDL and will take place on June 2, 2021. Therefore, because the issues raised in the Motion pertaining to Monsanto's request for deposition of Dr. Portier have since been resolved, Monsanto hereby withdraws that portion of Motion. Monsanto continues to preserve all prior arguments made regarding Dr. Portier's opinions and reserves the right to supplement its Rule 702 motion to address additional grounds for exclusion or limitation of Dr. Portier's opinions after the completion of his deposition, if warranted.

---

[1] Monsanto also filed the Motion on each of the individual case dockets. *See Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC, Dkt. 31; *Karman v. Monsanto Co.*, 3:19-cv-01183-VC, Dkt. 33; *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC, Dkt. 35; *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC, Dkt. 32; *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC, Dkt. 24; *Schafer v. Monsanto Co.*, 3:19-cv-02169, Dkt. 33; *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC, Dkt. 25.

Dated: May 25, 2021

    Respectfully submitted,

    */s/ Michael X. Imbroscio*
    Michael X. Imbroscio (*pro hac vice*)
    (mimbroscio@cov.com)
    Covington & Burling LLP
    One City Center
    850 10th St. NW
    Washington, DC 20001
    Tel: 202-662-6000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of May, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Michael X. Imbroscio*