**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC | **MONSANTO COMPANY'S NOTICE OF PARTIAL WITHDRAWAL, AS TO DR. BOYD ONLY, OF MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS BARRY BOYD, LAUREN PINTER-BROWN, AND RON SCHIFF ON RULE 702 GROUNDS** |
| *Karman v. Monsanto Co.*, 3:19-cv-01183-VC | |
| *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC | |
| *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC | |
| *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC | Hearing date: May 28, 2021 |
| *Schafer v. Monsanto Co.*, 3:19-cv-02169 | |
| *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC | |

On March 19, 2021, Defendant Monsanto Company ("Monsanto") filed a Motion to Exclude Testimony of Plaintiffs' Experts Barry Boyd, Lauren Pinter-Brown, and Ron Schiff on Rule 702 Grounds (the "Motion") in the Wave 2 cases. *See* MDL Dkt. 12789.[1]  Dr. Boyd has been disclosed only by Plaintiff Randall Seidl, and thus the portion of the motion seeking to exclude Dr. Boyd pertains only to the *Seidl* case (3:17-cv-00519-VC).  Because the parties have reached a settlement with respect to the *Seidl* case, Monsanto hereby withdraws the Motion <u>as to Dr. Boyd only</u>. Monsanto is not withdrawing the Motion with respect to Dr. Lauren Pinter-Brown or Dr. Ron Schiff.

Dated: May 25, 2021

                                              Respectfully submitted,

                                              */s/ Michael X. Imbroscio*
                                              Michael X. Imbroscio (*pro hac vice*)
                                              (mimbroscio@cov.com)
                                              Covington & Burling LLP
                                              One City Center
                                              850 10th St. NW
                                              Washington, DC 20001
                                              Tel: 202-662-6000

---

[1] Monsanto also filed the Motion on each of the individual case dockets. *See Cervantes v. Monsanto Co.*, 3:19-cv-03015-VC, Dkt. 29; *Karman v. Monsanto Co.*, 3:19-cv-01183-VC, Dkt. 31; *Pecorelli v. Monsanto Co.*, 3:16-cv-06936-VC, Dkt. 33; *Peterson v. Monsanto Co.*, 3:18-cv-07271-VC, Dkt. 29; *Rehak v. Monsanto Co.*, 3:19-cv-01719-VC, Dkt. 22; *Schafer v. Monsanto Co.*, 3:19-cv-02169, Dkt. 30; *Seidl v. Monsanto Co.*, 3:17-cv-00519-VC, Dkt. 23.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of May, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Michael X. Imbroscio