Matthew R. Willis
Texas State Bar No. 21648600
**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682
matt.willis@bcoonlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL AYERS, SUZANNE BAYER, JULIE BEAL, AS REPRESENTATIVE OF THE ESTATE OF JAMES STRICKLIN, DECEASED, LEE EGGLESTON, TERESA JEWELL, EDGAR MILLNER, AS REPRESENTATIVE OF THE ESTATE OF WILLIAM MILLNER, DECEASED, ELSIE MULCH, JAMES NORTON, AMALIA NYE, AS REPRESENTATIVE OF THE ESTATE OF STUART NYE, DECEASED, CHARLES PREMOE, EDDIE SMITH AND PAUL TIMBERLAKE**<br><br>**PlaintiffS,**<br><br>     v.<br><br>**MONSANTO COMPANY,**<br><br>**Defendant.** | **MDL No. 2741**<br>**Docket No. 3:16-md-02741-VC**<br><br>**MDL Case No. 3:20-cv-05366**<br><br>Hon. Vince Chhabria |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed without prejudice, each party bearing its own costs and expenses.

Respectfully submitted this ___ day of May, 2021.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

*/s/ Matthew R. Willis*
Matthew R. Willis
Texas State Bar No. 21648600
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682
matt.willis@bcoonlaw.com

*Counsel for Plaintiff*
**WILKINSON STEKLOFF LLP**

*/s/ Brian Stekloff*
Brian Stekloff
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4030
bstekloff@wilkinsonstekloff.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that service of this document was made pursuant to the Court's electronic filing process on this ___ day of May 2021, via the ECF document system.

> */s/ Matthew R. Willis*
> Matthew R. Willis
> **BRENT COON & ASSOCIATES**
>
> *Counsel for Plaintiff*