Matthew R. Willis
Texas State Bar No. 21648600
**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682
matt.willis@bcoonlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NITA FORET**<br><br>**Plaintiff,**<br><br>     v.<br><br>**MONSANTO COMPANY,**<br><br>**Defendant.** | MDL No. 2741<br>Docket No. 3:16-md-02741-VC<br><br>MDL Case No. 3:20-cv-00161<br><br>Hon. Vince Chhabria |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed without prejudice, each party bearing its own costs and expenses.

Respectfully submitted this 27th day of May, 2021.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

*/s/ Matthew R. Willis*
Matthew R. Willis
Texas State Bar No. 21648600
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682
matt.willis@bcoonlaw.com

*Counsel for Plaintiff*

**WILKINSON STEKLOFF LLP**

*/s/ Brian Stekloff*
Brian Stekloff
District of Columbia Bar No. 486405
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4030
bstekloff@wilkinsonstekloff.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that service of this document was made pursuant to the Court's electronic filing process on this 27th day of May 2021, via the ECF document system.

> */s/ Matthew R. Willis*
> Matthew R. Willis
> **BRENT COON & ASSOCIATES**
>
> *Counsel for Plaintiff*