1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Marcia Moreno v. Monsanto Co.*,<br>Case No. 3:21-cv-03166-VC | |

### NOURYON FUNCTIONAL CHEMICALS LLC'S
### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Carlyle Group and GIC are each indirect owners of Nouryon Functional Chemicals LLC.

| | |
|---|---|
| DATED: May 28, 2021. | Respectfully submitted,<br><br>SHOOK, HARDY & BACON L.L.P.<br><br>BY: */s/ Jennise W. Stubbs*<br>   Jennise W. Stubbs<br>   600 Travis Street, Suite 3400<br>   Houston, TX 77002-2926<br>   Telephone:  (713) 227-8008<br>   Facsimile:  (713) 227-9508<br>   Email:  jstubbs@shb.com<br><br>*Attorneys for Defendant*<br>*NOURYON FUNCTIONAL CHEMICALS LLC* |

## **CERTIFICATE OF SERVICE**

I certify that on the 28th day of May, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/ Jennise W. Stubbs*
Jennise W. Stubbs