**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Donald Rutledge v. Monsanto Co.*,<br>Case No. 3:21-cv-03164-VC | |

# NOURYON FUNCTIONAL CHEMICALS LLC'S
## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Carlyle Group and GIC are each indirect owners of Nouryon Functional Chemicals LLC.

1

NOURYON FUNCTIONAL CHEMICALS LLC'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
3:16-md-02741-VC  & 3:21-cv-03164-VC

DATED: May 28, 2021.	Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:	(713) 227-8008
    Facsimile:	(713) 227-9508
    Email:	jstubbs@shb.com

*Attorneys for Defendant*
*NOURYON FUNCTIONAL CHEMICALS LLC*

### CERTIFICATE OF SERVICE

I certify that on the 28th day of May, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/ Jennise W. Stubbs*
Jennise W. Stubbs