# EXHIBIT 5

# STATE OF NEW JERSEY
## DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES
### ANNUAL REPORT CERTIFICATE

### NOURYON FUNCTIONAL CHEMICALS LLC
*0400732100*

The Division of Revenue and Enterprise Services hereby affirms that the following annual report for NOURYON FUNCTIONAL CHEMICALS LLC was submitted on 03/30/2021 for the year:   2021

**Registered Agent and Office**

CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CTR
STE 160, 100 CHARLES EWING BLVD
EWING, NJ 08628

**Main Business Address**

100 W Matsonford Road
Suite 550
Radnor, PA 19087

**Officers and Directors**

MANAGER
Adam Jones
100 W Matsonford Road
Suite 550
Radnor, PA 19087

MANAGER
Larry Ryan
100 W Matsonford Road
Suite 550
Radnor, PA 19087

MANAGER
William  J Runzer
100 W Matsonford Road
Suite 550
Radnor, PA 19087

*Continued on next page...*

# STATE OF NEW JERSEY
## DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES
## ANNUAL REPORT CERTIFICATE

### NOURYON FUNCTIONAL CHEMICALS LLC
*0400732100*



*Certificate Number : 2549561537*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal, this 30th day of March, 2021*

*Elizabeth Maher Muoio*
*State Treasurer*

# Payment Receipt Confirmation

Your payment was successfully processed.

## Transaction Summary

| Description | Amount |
|---|---:|
|  | $78.00 |
| Pay now with New Jersey Government Services | $78.00 |

Please do not reply to this email. This email is sent from an account we use for sending messages only and we will not receive your reply. Thank you for using the Annual Reports and Change service at the NJ Division of Revenue and Enterprise Services.

## Customer Information

**Customer Name**     CSC WILMINGTON ARPF
**Company Name**      Corporation Service Company
**Local Reference ID** 1262954636
**Receipt Date**      3/30/2021
**Receipt Time**      02:34:36 PM EDT

## Payment Information

**Payment Type**        Credit Card
**Credit Card Type**    MAST
**Credit Card Number**  ******6829
**Order ID**            139045958
**Billing Name**        CSC Wilmington ARPF

## Billing Information

**Billing Address**      251 Little Falls Drive
**Billing City, State**  Wilmington, DE
**ZIP/Postal Code**      19808
**Country**              US

**Phone Number**         800-927-9801
**This receipt has been emailed to the address below.**
**Email Address**        FileStatus_AR_NJ@cscinfo.com