# EXHIBIT 1

**NOURYON US HOLDING 1 INC.**

**WRITTEN CONSENT
OF THE BOARD OF DIRECTORS**

**July 1, 2020**

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 1 Inc., a Delaware corporation (the "<u>Company</u>"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

**<u>ELECTION OF OFFICERS</u>**

**RESOLVED**, that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

**FURTHER RESOLVED,** the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

**FURTHER RESOLVED**, that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 1 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Runzer

Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 1 Inc. ~ Written Consent of Directors]*

## NOURYON US HOLDING 2 INC.

## WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

### July 1, 2020

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 2 Inc., a Delaware corporation (the "Company"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

### ELECTION OF OFFICERS

**RESOLVED**, that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

**FURTHER RESOLVED,** the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

**FURTHER RESOLVED,** that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 2 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Runzer

Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 2 Inc. ~ Written Consent of the Directors]*

# NOURYON US HOLDING 3 INC.

## WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

### July 1, 2020

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 3 Inc., a Delaware corporation (the "Company"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

### ELECTION OF OFFICERS

**RESOLVED**, that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

**FURTHER RESOLVED,** the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

**FURTHER RESOLVED**, that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 3 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Runzer

Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 3 Inc. ~ Written Consent of Directors]*

**NOURYON US HOLDING 4 INC.**

**WRITTEN CONSENT
OF THE BOARD OF DIRECTORS**

**July 1, 2020**

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 4 Inc., a Delaware corporation (the "Company"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

**ELECTION OF OFFICERS**

  **RESOLVED**, that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

  **FURTHER RESOLVED,** the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

  **FURTHER RESOLVED**, that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 4 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Runzer

Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 4 Inc. ~ Written Consent of Directors]*

## NOURYON US HOLDING 5 INC.

## WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

### July 1, 2020

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 5 Inc., a Delaware corporation (the "Company"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

### ELECTION OF OFFICERS

**RESOLVED,** that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

**FURTHER RESOLVED,** the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

**FURTHER RESOLVED,** that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 5 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Runzer

Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 5 Inc. ~ Written Consent of Directors]*

# NOURYON US HOLDING 6 INC.

## WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

### July 1, 2020

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 6 Inc., a Delaware corporation (the "Company"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

### ELECTION OF OFFICERS

**RESOLVED**, that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

**FURTHER RESOLVED**, the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

**FURTHER RESOLVED**, that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 6 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Runzer

Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 6 Inc. ~ Written Consent of Directors]*

**NOURYON US HOLDING 7 INC.**

**WRITTEN CONSENT
OF THE BOARD OF DIRECTORS**

**July 1, 2020**

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 7 Inc., a Delaware corporation (the "Company"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

**ELECTION OF OFFICERS**

**RESOLVED**, that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

**FURTHER RESOLVED,** the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

**FURTHER RESOLVED**, that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 7 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Runzer

Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 7 Inc. ~ Written Consent of Directors]*

## NOURYON US HOLDING 8 INC.

## WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

### July 1, 2020

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 8 Inc., a Delaware corporation (the "Company"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

### ELECTION OF OFFICERS

**RESOLVED**, that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

**FURTHER RESOLVED,** the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

**FURTHER RESOLVED**, that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 8 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Runzer

Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 8 Inc. ~ Written Consent of Directors]*

**NOURYON US HOLDING 9 INC.**

**WRITTEN CONSENT
OF THE BOARD OF DIRECTORS**

**July 1, 2020**

The undersigned, being all of the members of the Board of Directors of Nouryon US Holding 9 Inc., a Delaware corporation (the "Company"), hereby consents, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware ("DGCL"), and in lieu of holding a meeting, hereby waives, pursuant to Section 141 of the DGCL, all notice of the time, place and purpose of a meeting and consents to, approves and adopts the following resolutions effective as of the date set forth above with the same force and effect as if such resolutions were passed at a meeting convened for such purpose:

**ELECTION OF OFFICERS**

**RESOLVED**, that William J. Runzer be and hereby is confirmed and elected to hold the offices of the Company of Vice President, Tax until his successor is elected and qualified or until his earlier resignation or removal; and be it

**FURTHER RESOLVED,** the proper officers of the Company (and their designees) be, and each of them hereby is, authorized and directed, in the name and on behalf of the Company, to execute, deliver and file, or cause to be executed, delivered and filed, all such documents, certificates, applications, instruments, reports, schedules, consents and agreements, and to engage in such acts and do such other things as they shall in their judgment determine to be necessary, desirable or advisable to carry out fully the intent and purposes of the foregoing resolutions, and to comply with the laws of any jurisdiction to permit the actions contemplated by such resolutions, and the execution, delivery and filing by any of such officers of any such documents, certificates, applications, instruments, reports, schedules, consents or agreements or the taking by them of any action or doing any such thing in connection with the foregoing matters shall be conclusive evidence of (i) their authority therefor, (ii) for the approval of the documents, certificates, instruments, reports, schedules, consents and agreements so executed, the filings so made and the actions so taken and (iii) the determination by them that such action was necessary, desirable or advisable; and be it

**FURTHER RESOLVED**, that this Unanimous Written Consent may be executed in two or more counterparts, each of which will be deemed an original, but all such counterparts taken together will constitute one and the same Unanimous Written Consent.

*[signature page to follow]*

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent of the Board of Directors of Nouryon US Holding 9 Inc. as of the date set forth above.

_____
Adam Jones

_____
Larry Ryan

_____
William J. Ramzer

        Being all of the members of the Board of Directors of the Company

*[signature page to Nouryon US Holding 9 Inc. ~ Written Consent of Directors]*