# EXHIBIT 2



**GRANT THORNTON LLP**

171 N CLARK ST., SUITE 200
CHICAGO, IL 60601

**T** 312-856-0200
**F** 312-565-4719

                    Nouryon US Holding 1 Inc.
                    Instructions for Filing
                          Form 7004
          Application for Automatic Extension of Time to File
                   Corporation Income Tax Return
                for the year ended December 31, 2020

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service.
Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is
accepted.  Your extension is not considered filed until the Internal
Revenue Service confirms their acceptance, which may occur after the
due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

U.S. member firm of Grant Thornton International Ltd

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| | |
|---|---|
| **Print or Type** | **Name** NOURYON US HOLDING 1 INC. **Identifying number** 83-1534656 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) 100 MATSONFORD ROAD, BLDG. 5, SUITE 550 |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) RADNOR, PA 19087 |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I    Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1   Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . | 1 | 2 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II    All Filers Must Complete This Part**

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

    If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a  The application is for calendar year 20 20 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

 b  **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return   ☐ Final return
    ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | NONE |
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . . . | **7** | NONE |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . . | **8** | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                              Form **7004** (Rev. 12-2018)



**GRANT THORNTON LLP**

171 N CLARK ST., SUITE 200
CHICAGO, IL 60601

**T** 312-856-0200
**F** 312-565-4719

Nouryon US Holding 2 Inc.
Instructions for Filing
Form 7004
Application for Automatic Extension of Time to File
Corporation Income Tax Return
for the year ended December 31, 2020

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service.
Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is
accepted.  Your extension is not considered filed until the Internal
Revenue Service confirms their acceptance, which may occur after the
due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

U.S. member firm of Grant Thornton International Ltd

| Form **7004** | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** | OMB No. 1545-0233 |
|---|---|---|

(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

**Print or Type**

| Name | Identifying number |
|---|---|
| NOURYON US HOLDING 2 INC. | 83-1879884 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
100 MATSONFORD ROAD, BLDG. 5, SUITE 550

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
RADNOR, PA 19087

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1   Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . |1|2|

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II   All Filers Must Complete This Part**

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a   The application is for calendar year 20 20 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

b   **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | NONE |
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . . . | 7 | NONE |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . . | 8 | NONE |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**                     Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000



**GRANT THORNTON LLP**

171 N CLARK ST., SUITE 200
CHICAGO, IL 60601

**T** 312-856-0200
**F** 312-565-4719

                    Nouryon US Holding 3 Inc.
                      Instructions for Filing
                           Form 7004
          Application for Automatic Extension of Time to File
                    Corporation Income Tax Return
                  for the year ended December 31, 2020

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service.
Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is
accepted.  Your extension is not considered filed until the Internal
Revenue Service confirms their acceptance, which may occur after the
due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| **Print or Type** | Name | Identifying number |
|---|---|---|
| | NOURYON US HOLDING 3 INC. | 83-1896869 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 100 MATSONFORD ROAD, BLDG. 5, SUITE 550 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | RADNOR, PA 19087 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

| **Part I** | **Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions. |
|---|---|

**1** Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . `1` `2`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

| **Part II** | **All Filers Must Complete This Part** |
|---|---|

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

**5a** The application is for calendar year 20 `20` , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

**b** **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions - attach explanation)

| | | | |
|---|---|---|---|
| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | NONE |
| **7** | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . . . . | **7** | NONE |
| **8** | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . . | **8** | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000



**GRANT THORNTON LLP**

171 N CLARK ST., SUITE 200

CHICAGO, IL 60601

**T** 312-856-0200

**F** 312-565-4719

Nouryon US Holding 4 Inc.
Instructions for Filing
Form 7004
Application for Automatic Extension of Time to File
Corporation Income Tax Return
for the year ended December 31, 2020

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service.
Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is
accepted.  Your extension is not considered filed until the Internal
Revenue Service confirms their acceptance, which may occur after the
due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

U.S. member firm of Grant Thornton International Ltd

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| NOURYON US HOLDING 4 INC. | 83-1897181 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
100 MATSONFORD ROAD, BLDG. 5, SUITE 550

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
RADNOR, PA 19087

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I  Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . `1` `2`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II  All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a  The application is for calendar year 20 `20`, or tax year beginning _____, 20 ___, and ending _____, 20 ___

b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation)

| | | | | |
|---|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | NONE |
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . | **7** | | NONE |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . | **8** | | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000



**GRANT THORNTON LLP**

171 N CLARK ST., SUITE 200

CHICAGO, IL 60601

**T** 312-856-0200

**F** 312-565-4719

Nouryon US Holding 5 Inc.

Instructions for Filing

Form 7004

Application for Automatic Extension of Time to File

Corporation Income Tax Return

for the year ended December 31, 2020

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service. Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is accepted.  Your extension is not considered filed until the Internal Revenue Service confirms their acceptance, which may occur after the due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

U.S. member firm of Grant Thornton International Ltd

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

Name: NOURYON US HOLDING 5 INC.
Identifying number: 83-1924599

Number, street, and room or suite no. (If P.O. box, see instructions.)
100 MATSONFORD ROAD, BLDG. 5, SUITE 550

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
RADNOR, PA 19087

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I    Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1    Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1 2

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II    All Filers Must Complete This Part**

2    If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3    If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4    If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a    The application is for calendar year 20 20 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

  b    **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return  ☐ Final return
       ☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation)

| | | |
|---|---|---|
| 6    Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | NONE |
| 7    **Total** payments and credits. See instructions . . . . . . . . . . . . . . . | 7 | NONE |
| 8    **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . | 8 | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000



**GRANT THORNTON LLP**

171 N CLARK ST., SUITE 200
CHICAGO, IL 60601

**T** 312-856-0200
**F** 312-565-4719

```
              Nouryon US Holding 6 Inc.
               Instructions for Filing
                     Form 7004
       Application for Automatic Extension of Time to File
               Corporation Income Tax Return
            for the year ended December 31, 2020
```

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service.
Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is
accepted.  Your extension is not considered filed until the Internal
Revenue Service confirms their acceptance, which may occur after the
due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| NOURYON US HOLDING 6 INC. | 83-1924726 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
100 MATSONFORD ROAD, BLDG. 5, SUITE 550

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
RADNOR, PA 19087

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I    Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.**

1   Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . . 1 2

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II    All Filers Must Complete This Part**

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a   The application is for calendar year 20 20 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

 b   **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | NONE |
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . | **7** | NONE |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . . . . . . | **8** | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.      Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000



**GRANT THORNTON LLP**

171 N CLARK ST., SUITE 200

CHICAGO, IL 60601


**T** 312-856-0200

**F** 312-565-4719


                    Nouryon US Holding 7 Inc.
                     Instructions for Filing
                           Form 7004
          Application for Automatic Extension of Time to File
                   Corporation Income Tax Return
                 for the year ended December 31, 2020

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service.
Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is
accepted.  Your extension is not considered filed until the Internal
Revenue Service confirms their acceptance, which may occur after the
due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

     U.S. member firm of Grant Thornton International Ltd

**Form 7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

Name: NOURYON US HOLDING 7 INC.
Identifying number: 83-2003711
Number, street, and room or suite no. (If P.O. box, see instructions.)
100 MATSONFORD ROAD, BLDG. 5, SUITE 550
City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
RADNOR, PA 19087

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . |1|2|

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a  The application is for calendar year 20 20 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation)

6  Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | NONE

7  **Total** payments and credits. See instructions . . . . . . . . . . . . . . | 7 | NONE

8  **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . | 8 | NONE

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000

5079PL   649R



**GRANT THORNTON LLP**

171 N. Clark Street, Suite 200

Chicago, IL 60601

**T** 312-856-0200

**F** 312-565-4719

```
                Nouryon US Holding 8 Inc.
                 Instructions for Filing
                        Form 7004
        Application for Automatic Extension of Time to File
                 Corporation Income Tax Return
              for the year ended December 31, 2020
```

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service.
Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is
accepted.  Your extension is not considered filed until the Internal
Revenue Service confirms their acceptance, which may occur after the
due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name NOURYON US HOLDING 8 INC. | Identifying number 83-2029053 |
|---|---|---|
| | Number, street, and room or suite no. (If P.O. box, see instructions.) 100 MATSONFORD ROAD, BLDG. 5, SUITE 550 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) RADNOR, PA 19087 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

| **Part I** | **Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions. |
|---|---|

1   Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . 1 2

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

| **Part II** | **All Filers Must Complete This Part** |
|---|---|

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a  The application is for calendar year 20 20 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

  b  **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
     ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation)

| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | NONE |
|---|---|---|---|
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . | 7 | NONE |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . | 8 | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000



**GRANT THORNTON LLP**

171 N. Clark Street, Suite 200

Chicago, IL 60601

**T** 312-856-0200

**F** 312-565-4719

                    Nouryon US Holding 9 Inc.
                     Instructions for Filing
                           Form 7004
           Application for Automatic Extension of Time to File
                   Corporation Income Tax Return
                 for the year ended December 31, 2020

We have electronically filed your extension.


There is no tax due with the application.

Do NOT separately file Form 7004 with the Internal Revenue Service.
Doing so will delay the processing of your extension.

The Internal Revenue Service will notify us when your extension is
accepted.  Your extension is not considered filed until the Internal
Revenue Service confirms their acceptance, which may occur after the
due date of your extension.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

 U.S. member firm of Grant Thornton International Ltd

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| NOURYON US HOLDING 9 INC. | 83-2029150 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
100 MATSONFORD ROAD, BLDG. 5, SUITE 550

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
RADNOR, PA 19087

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1   Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . | 1 | 2

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II   All Filers Must Complete This Part

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
    If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a   The application is for calendar year 20 20 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

 b   **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return   ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions - attach explanation)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | NONE |
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . | 7 | NONE |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . | 8 | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000