# EXHIBIT 3

# Business Update

**February 2021**





# Summary

- We are consolidating legacy sites, clarifying roles and responsibilities, and expanding new sites (Radnor/Houston) to **support Nouryon's growth** plans, **drive talent acquisition**, and provide **development opportunities** for our employees

- Primary goal is to align business and functional groups (PF, TS, customer service, etc.) in fewer, more concentrated locations that allow for resource **efficiency and flexibility,** while supporting **customer needs** and **driving growth**

- The Americas' office footprint strategy includes: **Consolidation and rightsizing** of NA office sites according to business and functional needs



# 2021 Office Status & Focus Areas

| | |
|---|---|
| Chicago | • Business aligned resources remain in Chicago office; will transition to smaller footprint (PF/TS sales/marketing/IBP/finance/legal) |
| Houston | • Primarily a functional COE for ISC, HR, Finance, Customer Service<br>• Growing business/commercial presence for PF/TS |
| Radnor Business | • Primary location for Americas'/PF business and critical functional resources<br>• Gradual shift of business resources for PF + potential TS |
| Radnor Corp. | • Primary location for corporate resources – management, finance, HR, legal, comms, etc. |
| Marietta | • Residual commercial and business (TS) aligned resources<br>• Minimal functional footprint |



# Questions & Answers