# EXHIBIT 6

# STATE OF GEORGIA

## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

| **Annual Registration** | *Electronically Filed* <br> Secretary of State <br> Filing Date: 03/18/2021 12:17:29 |
|---|---|

### BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | Nouryon Chemicals LLC |
| **CONTROL NUMBER** | : | 18093463 |
| **BUSINESS TYPE** | : | Foreign Limited Liability Company |
| **JURISDICTION** | : | Delaware |
| **ANNUAL REGISTRATION PERIOD** | : | 2021 |

### BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 131 S. Dearborn St., Suite 1000, CHICAGO, IL, 60606, USA |
| **REGISTERED AGENT NAME** | : | CORPORATION SERVICE COMPANY |
| **REGISTERED OFFICE ADDRESS** | : | 40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

### UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | Matsonford Road 100,, Suite 500, RADNOR, PA, 19087, USA |
| **REGISTERED AGENT NAME** | : | CORPORATION SERVICE COMPANY |
| **REGISTERED OFFICE ADDRESS** | : | 40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : | Gwinnett |

### AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Jared Zane |
| **AUTHORIZER TITLE** | : | Organizer |



# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## RECEIPT

### Filer Information

Annual Reports
251 Little Falls Drive
Wilmington, DE 19808

### Transaction Details

| Product Description | Business Name | Control No. | Shipped | Order Date | Item Cost | Expedite Fee | Service Charge | Total |
|---|---|---|---|---|---|---|---|---|
| Annual Registration | Nouryon Chemicals LLC | 18093463 | Online | 03/18/2021 | 50.00 | 0.00 | 0.00 | 50.00 |

Invoice Total: $50.00

### Payment Details

| Payment Type | Check/Reference No. | Amount |
|---|---|---|
| Credit Card - Master Card | #####6829 | 50.00 |

Payment Total: $50.00

---

**Mailing Address:** Georgia Secretary of State, Corporations Division, 2 MLK Jr. Dr. SE, Suite 313 Floyd West Tower, Atlanta, Georgia 30334-1530
**Phone:** (404) 656-2817 | **Website:** http://www.sos.ga.gov/