**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Marc Williams v. Monsanto Co.*, Case No. 3:21-cv-02912-VC | Case No. 3:16-md-02741-VC |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
2. Bayer AG is a publicly held corporation.

DATED: May 28, 2021.                    Respectfully submitted,

                                                          SHOOK, HARDY & BACON L.L.P.

                                                          BY: */s/ Jennise W. Stubbs*
                                                               Jennise W. Stubbs
                                                               600 Travis Street, Suite 3400
                                                               Houston, TX 77002-2926
                                                               Telephone:   (713) 227-8008
                                                               Facsimile:    (713) 227-9508
                                                               Email:        jstubbs@shb.com

                                                               *Attorneys for Defendant*
                                                               *MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

     I certify that on the 28th day of May, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                        */s/Jennise W. Stubbs*
                                        Jennise W. Stubbs