|   |   |
|---|---|
| 1 | **David J. Diamond, Esq.** |
| 2 | **DIAMOND LAW**<br>**AZ State Bar #010842** |
| 3 | **1700 E. River Road, #65237**<br>**Tucson, AZ 85728** |
| 4 | **P: (520) 497-2672**<br>**F: (520) 448-4466** |
| 5 | **Email: ddiamond@diamondlawusa.com;**<br>**khampton@diamondlawusa.com** |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Master Docket Case No. 16-md-02741-VC |
|  | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | **PLAINTIFFS' NOTICE OF FIRM NAME AND ADDRESS CHANGE** |
| ALL CASES IDENTIFIED IN EXHBIT 1 |  |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for Plaintiffs identified in Exhibit 1 hereby notifies this Court, and all parties to this action, that they can now be reached at the following law firm with the following updated contact information:

David J. Diamond
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85728
P: (520) 497-2672
F: (520) 448-4466
Email: ddiamond@diamondlawusa.com;
khampton@diamondlawusa.com

---

PLAINTIFFS' NOTICE OF FIRM NAME AND ADDRESS CHANGE – 16-md-02741-VC

Counsel will update ECF to reflect the same.

Dated this 28th day of May, 2021.

                    Respectfully Submitted,

                    */s/ David J. Diamond*
                    David J. Diamond (AZ 010842)
                    DIAMOND LAW
                    1700 E. River Road, #65237
                    Tucson, AZ 85728
                    P: (520) 497-2672
                    F: (520) 448-4466
                    ddiamond@diamondlawusa.com

                    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on May 28, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                    */s/ David J. Diamond*
                    David J. Diamond

---

PLAINTIFFS' NOTICE OF FIRM NAME AND ADDRESS CHANGE – 16-md-02741-VC