**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Aleman, III | John | Aleman v. Monsanto Co. | 3:19-cv-3204 |
| Alvarez Calderon | Jaime | Alvarez v. Monsanto Co. | 3:16-cv-5750 |
| Ambrose | Jerry | Ambrose v. Monsanto Co. | 3:17-cv-4909 |
| Anchondo | Isaac | Anchondo v. Monsanto Co. | 3:17-cv-6107 |
| Anderson | Dennis | Anderson v. Monsanto Co. | 3:17-cv-4265 |
| Anderson | Howard | Anderson obo Estate of Anderson v. Monsanto Co. | 3:19-cv-3200 |
| Andrews | Michael | Andrews v. Monsanto Co. | 3:17-cv-4266 |
| Antol | Donald | Antol obo Estate of Antol v. Monsanto Co. | 3:18-cv-7630 |
| Askew | Sandra | Askew obo Estate of Askew v. Monsanto Co. | 3:18-cv-4851 |
| Bachman, Sr. | James | Bachman v. Monsanto Co. | 3:19-cv-661 |
| Baez | Francisco | Baez v. Monsanto Co. | 4:17-cv-312 |
| Balken | Stanley | Balken v. Monsanto Co. | 3:17-cv-4890 |
| Barkyoumb | Thomas | Barkyoumb obo Estate of Barkyoumb v. Monsanto Co. | 3:19-cv-3280 |
| Barrera | Terry | Barrera obo Estate of Barrera v. Monsanto Co. | 3:19-cv-3198 |
| Bauman | Dale | Bauman v. Monsanto Co. | 3:17-cv-4268 |
| Behn | Ann | Behn v. Monsanto Co. | 3:20-cv-2059 |
| Bejarano | Rebecca | Bejarano v. Monsanto Co. | 3:18-cv-1148 |
| Bell | Michael | Bell v. Monsanto Co. | 3:18-cv-540 |
| Bell | Wendell | Bell v. Monsanto Co. | 3:17-cv-4891 |
| Bellio | Victoria | Bellio v. Monsanto Co. | 3:17-cv-6110 |
| Bender | Wayne | Bender v. Monsanto Co. | 3:19-cv-3486 |
| Benenati | Donna | Benenati v. Monsanto Co. | 3:17-cv-4269 |
| Bennington | Steven | Bennington v. Monsanto Co. | 3:20-cv-776 |
| Bibby | Kathleen | Bibby v. Monsanto Co. | 3:19-cv-3281 |
| Biederbeck | Daniel | Biederbeck v. Monsanto Co. | 3:19-cv-3478 |
| Bilodeau | Robert | Bilodeau v. Monsanto Co. | 3:17-cv-4279 |
| Blevins | Irvin | Blevins v. Monsanto Co. | 3:19-cv-3287 |
| Boardman | Mary | Boardman v. Monsanto Co. | 3:18-cv-5305 |
| Bogs, Jr. | Anton | Bogs v. Monsanto Co. | 3:19-cv-1180 |
| Boland | Kevin | Boland v. Monsanto Co. | 3:17-cv-4892 |
| Boltz | Minnie | Boltz v. Monsanto Co. | 3:19-cv-3208 |
| Bothof | Willard | Bothof v. Monsanto Co. | 3:17-cv-4271 |
| Bottjen | Leland | Bottjen v. Monsanto Co. | 3:19-cv-482 |
| Braasch | Kenneth | Braasch v. Monsanto Co. | 3:18-cv-4971 |
| Braden | Barbara | Braden v. Monsanto Co. | 3:17-cv-4451 |
| Brooks | Bryan | Brooks v. Monsanto Co. | 3:17-cv-4273 |
| Brown nka McCart | Robin | Brown v. Monsanto Co. | 3:17-cv-4437 |
| Brown | Thomas | Brown v. Monsanto Co. | 3:20-cv-784 |
| Buell | John | Buell v. Monsanto Co | 3:18-cv-4545 |
| Buettner | Myra | Buettner v. Monsanto Co. | 3:17-cv-4645 |

**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Burchinal | Terry | Burchinal v. Monsanto Co. | 3:19-cv-662 |
| Byerly | Steven | Byerly v. Monsanto Co. | 3:19-cv-1595 |
| Camarena | Jessie | Camarena v. Monsanto Co. | 3:17-cv-4264 |
| Camiolo | Patricia | Camiolo v. Monsanto Co. | 3:19-cv-7584 |
| Capen | Jack | Capen v. Monsanto Co. | 3:17-cv-4597 |
| Carlucci | Louise | Carlucci v. Monsanto Co. | 3:17-cv-4276 |
| Cash | J.T. | Cash v. Monsanto Co. | 3:19-cv-275 |
| Castillo | Rosalie | Castillo v. Monsanto Co. | 3:17-cv-4283 |
| Castillo | Timothy | Castillo v. Monsanto Co. | 3:19-cv-3197 |
| Cerracchio | James | Cerracchio v. Monsanto Co. | 3:17-cv-4557 |
| Cesaro | Bartholomew | Cesaro v. Monsanto Co. | 3:18-cv-4821 |
| Otis | Chapman | Chapman v. Monsanto Co. | 3:20-cv-1277 |
| Close | Norma | Close v. Monsanto Co. | 3:19-cv-3495 |
| Coker nka Vickers | Kathy | Coker v. Monsanto Co. | 3:19-cv-3196 |
| Collins | Carolyn | Collins v. Monsanto Co. | 3:18-cv-1143 |
| Copeland | Alfred | Copeland v. Monsanto Co. | 3:19-cv-3479 |
| Cordova | Arturo | Cordova v. Monsanto Co. | 3:20-cv-777 |
| Cordova Longorio, Jr. | Gabriel | Cordova Longoria v. Monsanto Co. | 3:17-cv-4907 |
| Crabtree | Edward | Crabtree obo Estate of Crabtree v. Monsanto Co. | 3:18-cv-3516 |
| Cramer | Roger | Cramer obo Estate of Cramer v. Monsanto Co. | 3:18-cv-4854 |
| Crosby | Judith | Crosby v. Monsanto Co. | 3:19-cv-3171 |
| Davis | Carl | Davis v. Monsanto Co. | 3:19-cv-3271 |
| Davis | Emily | Davis v. Monsanto Co. | 3:19-cv-4275 |
| Davis | Jack | Davis v. Monsanto Co. | 3:19-cv-3169 |
| Dean | Dwight | Dean v. Monsanto Co. | 3:19-cv-3288 |
| Demaline | Timothy | Hughes obo Estate of Demaline v. Monsanto Co. | 3:19-cv-3156 |
| DeMent | Scott | DeMent v. Monsanto Co. | 3:19-cv-1182 |
| Den Beste | Robert | Den Beste v. Monsanto Co. | 3:17-cv-4272 |
| Dennis | Linda | Dennis v. Monsanto Co. | 3:18-cv-4548 |
| Deyesso | Michael | Deyesso v. Monsanto Co. | 3:17-cv-4551 |
| Dimond | James | Dimond v. Monsanto Co. | 3:19-cv-3168 |
| Dixson | Tommy | Dixson v. Monsanto Co. | 3:19-cv-5333 |
| Dorman | Owen | Dorman v. Monsanto Co. | 3:17-cv-4635 |
| Dorothy | Robert | Dorothy v. Monsanto Co. | 3:19-cv-3272 |
| Dourisseau | LaChrisha | Dourisseau v. Monsanto Co. | 3:17-cv-4274 |
| Duncan | Austin | Duncan obo Estate of Duncan v. Monsanto Co. | 3:19-cv-477 |
| Dusard | Frank | Dusard v. Monsanto Co. | 3:17-cv-4285 |
| Dutton | Virgil | Dutton v. Monsanto Co. | 3:19-cv-1175 |
| Efimenko | Alexander | Efimenko v. Monsanto Co. | 3:19-cv-485 |
| Egan | Paula | Egan v. Monsanto Co. | 3:19-cv-1176 |

**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Eisenberg | Phyllis | Eisenberg v. Monsanto Co. | 3:19-cv-3159 |
| Enomoto | Dean | Enomoto v. Monsanto Co. | 3:17-cv-4592 |
| Evangelesta | Joshua | Evangelesta obo Estate of Evangelesta v. Monsanto Co. | 3:19-cv-3278 |
| Evans | Hank | Evans v. Monsanto Co. | 3:17-cv-4894 |
| Everhart | Charles | Everhart v. Monsanto Co. | 3:19-cv-3273 |
| Farrington | Keith | Farrington v. Monsanto Co. | 3:20-cv-1219 |
| Fernau | Curtis | Fernau v. Monsanto Co. | 3:19-cv-3274 |
| Fiddie | Patricia | Fiddie v. Monsanto Co. | 3:18-cv-4549 |
| Franklin | Jerald | Franklin v. Monsanto Co. | 3:19-cv-3160 |
| Fraser | Valeria | Fraser v. Monsanto Co. | 3:17-cv-4594 |
| Fuentes | Rodolfo | Fuentes v. Monsanto Co. | 3:19-cv-475 |
| Fullerton | Bruce | Fullerton v. Monsanto Co. | 3:19-cv-5329 |
| Fury | Albert | Fury v. Monsanto Co. | 3:19-cv-486 |
| Galasso | Anthony | Galasso v. Monsanto Co. | 3:19-cv-3201 |
| Gale | Ronald | Gale v. Monsanto Co. | 3:17-cv-4598 |
| Garcia | Michael | Garcia v. Monsanto Co. | 3:19-cv-479 |
| Garthwaite | David | Garthwaite v. Monsanto Co. | 3:19-cv-2579 |
| Gavelys | John | Gavelys v. Monsanto Co. | 3:17-cv-4596 |
| Gebing | James | Gebing v. Monsanto Co. | 3:19-cv-3157 |
| Geiger | Ann Marie | Geiger v. Monsanto Co. | 3:17-cv-4278 |
| Gibson | Rocky | Gibson v. Monsanto Co. | 3:19-cv-6834 |
| Gold | Rosalie | Gold v. Monsanto Co. | 3:17-cv-4602 |
| Goldberg | Theodore | Goldberg v. Monsanto Co. | 3:17-cv-2394 |
| Gonzalez, Sr. | Roberto | Gonzalez, Sr. v. Monsanto Co. | 3:17-cv-4897 |
| Goularte | Melvin | Goularte v. Monsanto Co. | 3:17-cv-4281 |
| Gowey | Frank | Gowey v. Monsanto Co. | 3:19-cv-3199 |
| Green | David | Green v. Monsanto Co. | 3:19-cv-3275 |
| Griffith | Lawrence | Griffith v. Monsanto Co. | 3:19-cv-3489 |
| Gruler | Stephen | Gruler v. Monsanto Co. | 3:19-cv-7636 |
| Gualtieri | Rita | Gualtieri v. Monsanto Co. | 3:19-cv-4407 |
| Guzman | Fenando | Guzman v. Monsanto Co. | 3:20-cv-2629 |
| Hackett | Bryon | Hackett v. Monsanto Co. | 3:17-cv-4603 |
| Hall | William | Hall obo Estate of Hall v. Monsanto Co. | 3:19-cv-3476 |
| Hammel | Marianne | Hammel v. Monsanto Co. | 3:19-cv-3487 |
| Hamontree | James | Hamontree v. Monsanto Co. | 3:18-cv-5303 |
| Harris | Randall | Harris v. Monsanto Co. | 3:17-cv-4906 |
| Harris | Steven | Harris v. Monsanto Co. | 3:17-cv-4459 |
| Harry | Ray | Harry v. Monsanto Co. | 3:18-cv-7307 |
| Hart | Kathleen | Hart v. Monsanto Co. | 3:17-cv-4627 |
| Hayes | Cheryl | Hayes v. Monsanto Co. | 3:17-cv-7215 |
| Hellwig | Gordon | Hellwig v. Monsanto Co. | 3:17-cv-4640 |

**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Hemphill | Dale | Hemphill v. Monsanto Co. | 3:17-cv-4552 |
| Henderson | Wayne | Henderson v. Monsanto Co. | 3:17-cv-4284 |
| Henry | Donald | Henry v. Monsanto Co. | 2:18-cv-2199 |
| Hernandez | Albert | Hernandez v. Monsanto Co. | 3:19-cv-3158 |
| Hernandez | Ruben | Hernandez v. Monsanto Co. | 3:17-cv-7364 |
| Higgins, D.O. | William | Higgins, D.O. v. Monsanto Co. | 3:19-cv-6730 |
| Hillen-Bescos | Carol | Hillen-Bescos v. Monsanto Co. | 3:19-cv-4425 |
| Hills | David | Hills v. Monsanto Co. | 3:17-cv-7216 |
| Hinterlong, Jr. | Roger | Hinterlong v. Monsanto Co. | 3:17-cv-4898 |
| Hirneise | Peter | Hirneise v. Monsanto Co. | 3:20-cv-779 |
| Hobson | Phillip | Hobson v. Monsanto Co. | 3:18-cv-4555 |
| Hokenson | Gene | Hokenson v. Monsanto Co. | 3:18-cv-5300 |
| Hokinson | Carl | Flaherty obo Estate of Hokinson v. Monsanto Co. | 3:17-cv-4593 |
| Hollander | Jeffrey | Hollander v. Monsanto Co. | 3:19-cv-4426 |
| Holseberg | Robert | Acosta-Holseberg obo Estate of Holseberg v. Monsanto Co. | 3:19-cv-3485 |
| Hornstein | Robert | Hornstein v. Monsanto Co. | 3:19-cv-3480 |
| Howell | Sharon | Howell v. Monsanto Co. | 3:17-cv-4452 |
| Hyde | Edgar | Hyde v. Monsanto Co. | 3:19-cv-658 |
| Ingegneri | Raymond | Ingegneri v. Monsanto Co. | 3:19-cv-3155 |
| Jager | Lisa | Jager obo Estate of Jager v. Monsanto Co. | 3:19-cv-660 |
| Johnsen | Donna | Johnsen v. Monsanto Co. | 3:19-cv-3152 |
| Johnson | Douglas | Johnson v. Monsanto Co. | 3:17-cv-4286 |
| Johnson | Gary | Johnson v. Monsanto Co. | 3:17-cv-4899 |
| Johnson | Gregory | Johnson v. Monsanto Co. | 3:18-cv-4546 |
| Johnson | Josie | Harper obo Estate of Johnson v. Monsanto Co. | 3:19-cv-3289 |
| Johnson | Judith | Johnson v. Monsanto Co. | 3:17-cv-4639 |
| Johnson | William | Johnson v. Monsanto Co. | 3:17-cv-4628 |
| Jolly nka Williams | Beverly | Jolly nka Williams v. Monsanto Co. | 3:17-cv-4287 |
| Jones | Carl | Jones v. Monsanto Co. | 3:17-cv-4438 |
| Jones | Margaret | Jones v. Monsanto Co. | 3:17-cv-4275 |
| Kearney | William | Kearney v. Monsanto Co. | 3:19-cv-3151 |
| Kellogg | Gary | Kellogg v. Monsanto Co. | 3:18-cv-4550 |
| Killius | Arlen | Killius v. Monsanto Co. | 3:19-cv-3150 |
| King | David | King v. Monsanto Co. | 3:18-cv-1145 |
| Klimek, Sr. | Robert | Klimek, Sr. v. Monsanto Co. | 3:17-cv-4267 |
| Knudson | Beverly | Knudson v. Monsanto Co. | 3:19-cv-3488 |
| Kovaleski, IV | Walter | Kovaleski, IV v. Monsanto Co. | 3:19-cv-487 |
| Kupferer, Jr. | Richard | Kupferer, Jr. v. Monsanto Co. | 3:20-cv-770 |
| Landreth | Randy | Landreth obo Estate of Landreth v. Monsanto Co. | 3:19-cv-3491 |
| Lasgna | Jeannette | Lasgna v. Monsanto Co. | 3:19-cv-3148 |
| Leary | Michael | Leary v. Monsanto Co. | 3:19-cv-1178 |

**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Lee | Sandra | Lee v. Monsanto Co. | 3:17-cv-4439 |
| Lehr | Ted | Lehr v. Monsanto Co. | 3:17-cv-4699 |
| Liebrecht | Jennifer | Liebrecht v. Monsanto Co. | 3:19-cv-3149 |
| Linares | Luis | Linares v. Monsanto Co. | 3:19-cv-3292 |
| Lines | John | Lines v. Monsanto Co. | 3:17-cv-6111 |
| Lockwood | Alan | Lockwood v. Monsanto Co. | 3:19-cv-3277 |
| Logan | Frederick | Logan v. Monsanto Co. | 3:19-cv-3147 |
| Logg | Jay | John obo Estate of Logg v. Monsanto Co. | 3:18-cv-4551 |
| Lopez | Arturo | Lopez v. Monsanto Co. | 3:19-cv-3146 |
| Lopez | Carlos | Lopez v. Monsanto Co. | 3:18-cv-7470 |
| Lopez | Jesus | Lopez v. Monsanto Co. | 3:19-cv-7908 |
| Lord | Martha | Lord v. Monsanto Co. | 3:19-cv-3145 |
| Lotz | Leonard | Lotz v. Monsanto Co. | 3:17-cv-4440 |
| Lundy | Deryl | Lundy v. Monsanto Co. | 3:18-cv-541 |
| Madrid | Christopher | Madrid obo Estate of Madrid v. Monsanto Co. | 3:19-cv-5328 |
| Mahler | John | Mahler v. Monsanto Co. | 3:19-cv-478 |
| Maine | Brian | Maine v. Monsanto Co. | 3:17-cv-4553 |
| Malin | William | Malin v. Monsanto Co. | 3:18-cv-2464 |
| Maloley | George | Maloley v. Monsanto Co. | 3:20-cv-775 |
| Manjarres | Molly | Manjarres v. Monsanto Co. | 3:19-cv-3116 |
| Marcinkowski | Gary | Marcinkowski v. Monsanto Co. | 3:17-cv-4554 |
| Marsh | Rawleigh | Marsh v. Monsanto Co. | 3:18-cv-3515 |
| Martin | Henry | Martin v. Monsanto Co. | 3:17-cv-4901 |
| Martin | Tyler | Martin v. Monsanto Co. | 3:17-cv-4896 |
| Martino | Justin | Martino v. Monsanto Co. | 3:18-cv-3626 |
| Maxwell | Franklin | Osburn obo Estate of Maxwell v. Monsanto Co. | 3:17-cv-7219 |
| Mauzy | Ralph | Mauzy v. Monsanto Co. | 3:17-cv-7217 |
| Mayo | Judy | Mayo v. Monsanto Co. | 3:20-cv-774 |
| McCloskey | Susan | McCloskey v. Monsanto Co. | 3:19-cv-3114 |
| McCrea | Larry | McCrea v. Monsanto Co. | 3:19-cv-6731 |
| McLean | Sara | McLean v. Monsanto Co. | 3:19-cv-3291 |
| McNamara | Jason | McNamara v. Monsanto Co. | 3:17-4442 |
| McQueen | Mary | McQueen v. Monsanto Co. | 3:19-cv-3115 |
| Mena | Luis | Mena obo Estate of Mena v. Monsanto Co. | 3:17-cv-4634 |
| Mendez | Dennis | Mendez v. Monsanto Co. | 3:19-cv-3123 |
| Meza | Armando | Meza v. Monsanto Co. | 3:18-cv-3519 |
| Milbrandt | Anthony | Milbrandt v. Monsanto Co. | 3:17-cv-4629 |
| Miller | Justin | Miller obo J.M. (Minor) v. Monsanto Co. | 3:19-cv-476 |
| Miller | Kristen | Miller v. Monsanto Co. | 3:18-cv-4547 |
| Milligan | John | Milligan v. Monsanto Co. | 3:19-cv-3113 |
| Milligan | Walter | Milligan v. Monsanto Co. | 3:19-cv-3111 |
| Molina | Frank | Molina v. Monsanto Co. | 3:19-cv-664 |

**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Molnar | Danny | Molnar v. Monsanto Co. | 3:19-cv-3490 |
| Moraga | Matthew | Moraga v. Monsanto Co. | 3:20-cv-781 |
| Morales | David | Morales v. Monsanto Co. | 3:19-cv-3493 |
| Moreau | Andrew | Moreau v. Monsanto Co. | 3:18-cv-4974 |
| Mushro | Frederick | Mushro v. Monsanto Co. | 3:19-cv-655 |
| Nanez | Arnold | Nanez v. Monsanto Co. | 3:19-cv-3293 |
| Navarrete | Veronica | Navarrete v. Monsanto Co. | 3:17-cv-4453 |
| Nechville | Karen | Nechville v. Monsanto Co. | 3:19-cv-3112 |
| Nelson | Judy | Nelson v. Monsanto Co. | 3:17-cv-4445 |
| Norby | Charles | Norby v. Monsanto Co. | 3:17-cv-8140 |
| Nutt | Katherine | Nutt v. Monsanto Co. | 3:19-cv-3110 |
| O'Donnell | David | O'Donnell v. Monsanto Co. | 3:17-cv-4910 |
| Oberly | James | Oberly v. Monsanto Co. | 3:19-cv-3109 |
| Oletti | Joseph | Oletti v. Monsanto Co. | 3:19-cv-656 |
| Olguin | Brendy | Olguin v. Monsanto Co. | 3:19-cv-3108 |
| Olson | Daryl | Olson obo Estate of Olson v. Monsanto Co. | 3:20-cv-8027 |
| Otis | Lisa | Otis v. Monsanto Co. | 3:20-cv-2651 |
| Packard | Edward | Packard v. Monsanto Co. | 3:17-cv-4447 |
| Palaschak | Daniel | Palaschak v. Monsanto Co. | 3:18-cv-538 |
| Palmer | Albert | Palmer v. Monsanto Co. | 3:18-cv-4544 |
| Parenti | Ronald | Parenti v. Monsanto Co. | 3:17-cv-4460 |
| Parker | Jason | Parker v. Monsanto Co. | 3:20-cv-778 |
| Pasinski | Thomas | Pasinski v. Monsanto Co. | 3:19-cv-3494 |
| Patterson | Marvin | Patterson v. Monsanto Co. | 3:19-cv-3107 |
| Patterson | Richard | Patterson v. Monsanto Co. | 3:19-cv-3279 |
| Pennell | Preston | Pennell v. Monsanto Co. | 3:19-cv-1181 |
| Petersen | Andrew | Petersen v. Monsanto Co. | 3:19-cv-663 |
| Peterson | Hunter | Peterson obo H.P (Minor) v. Monsanto Co. | 3:17-cv-4448 |
| Petropoulos | Demitrios | Petropoulos v. Monsanto Co. | 3:17-cv-4604 |
| Phifer | Che | Phifer v. Monsanto Co. | 3:17-cv-4449 |
| Pineda Ruiz | Edgar | Pineda Ruiz v. Monsanto Co. | 3:17-cv-4543 |
| Pinkett | Angela | Pinkett v. Monsanto Co. | 3:19-cv-3267 |
| Polak | Michael | Polak v. Monsanto Co. | 3:20-cv-783 |
| Polus | Jean | Polus v. Monsanto Co. | 3:19-cv-3106 |
| Pomerantz | Marvin | Pomerantz v. Monsanto Co. | 3:19-cv-665 |
| Ponder | Thomas | Ponder v. Monsanto Co. | 3:17-cv-3207 |
| Poulson | Donna | Poulson v. Monsanto Co. | 3:17-cv-4638 |
| Poythress | Patricka | Poythress v. Monsanto Co. | 3:18-cv-4822 |
| Prescott | Charles | Prescott v. Monsanto Co. | 3:19-cv-3264 |
| Pullins | David | Pullins obo Estate of Pullins v. Monsanto Co. | 3:17-cv-2507 |
| Ramirez | Michael | Ramirez v. Monsanto Co. | 3:19-cv-3209 |
| Rapke | LeRoy | Rapke v. Monsanto Co. | 3:19-cv-666 |

**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Rees, II | Robert | Rees, II. v. Monsanto Co. | 3:17-cv-4555 |
| Reeves | Shannon | Reeves obo Estate of Reeves v. Monsanto Co. | 3:19-cv-2978 |
| Regalado | Jorge | Regalado v. Monsanto Co. | 3:19-cv-659 |
| Reichold | Gary | Reichold v. Monsanto Co. | 3:17-cv-4601 |
| Reniker | Linda | Reniker v. Monsanto Co. | 3:17-cv-4903 |
| Renteria | Josefa | Renteria v. Monsanto Co. | 3:17-cv-4908 |
| Renzulli | Lawrence | Renzulli v. Monsanto Co. | 3:19-cv-3210 |
| Rhodes | Donald | Rhodes v. Monsanto Co. | 3:17-cv-4637 |
| Riggle | Arthur | Riggle v. Monsanto Co. | 3:17-cv-4549 |
| Rios | Saul | Rios v. Monsanto Co. | 3:18-cv-539 |
| Ritter | Michael | Ritter v. Monsanto Co. | 3:19-cv-3790 |
| Roberts | Brian | Roberts v. Monsanto Co. | 3:17-cv-4450 |
| Rodrigues | Ronald | Rodrigues v. Monsanto Co. | 3:18-cv-1147 |
| Rodriguez | Concepcion | Rodriguez v. Monsanto Co. | 3:19-cv-3284 |
| Rodriguez | Jose | Rodriguez v. Monsanto Co. | 3:17-cv-4605 |
| Romo | Delmar | Romo v. Monsanto Co. | 3:19-cv-483 |
| Ronding | Timothy | Ronding v. Monsanto Co. | 3:19-cv-3211 |
| Root | Mark | Root v. Monsanto Co. | 3:19-cv-3213 |
| Ross, Sr. | Allan | Ross obo Estate of Ross v. Monsanto Co. | 3:17-cv-4455 |
| Ross | Sylvia | Ross v. Monsanto Co. | 3:17-cv-2340 |
| Ross | Terence | Ross v. Monsanto Co. | 3:19-cv-3206 |
| Ruelas | Richard | Ruelas v. Monsanto Co. | 3:17-cv-4461 |
| Runnels | Keith | Runnels obo Estate of Runnels v. Monsanto Co. | 3:19-cv-3212 |
| Russell | Gary | Russell v. Monsanto Co. | 3:17-cv-4893 |
| Sandoval | Elana | Sandoval v. Monsanto Co. | 3:19-cv-3265 |
| Scatena, Sr. | Wesley | Scatena, Sr. v. Monsanto Co. | 3:19-cv-480 |
| Schmit, Jr. | Edward | Schmit, Jr. v. Monsanto Co. | 3:17-cv-4646 |
| Schuler | Peter | Schuler v. Monsanto Co. | 3:19-cv-3789 |
| Schwan | Jeanne | Schwan v. Monsanto Co. | 3:19-cv-3266 |
| Schweidt | Susan | Schweidt v. Monsanto Co. | 3:19-cv-3466 |
| Sebring | Patrick | Sebring v. Monsanto Co. | 3:19-cv-3203 |
| Senory | Arlene | Senory v. Monsanto Co. | 3:20-cv-771 |
| Sergi | James | Sergi v. Monsanto Co. | 3:19-cv-5331 |
| Sessions | Earl | Sessions v. Monsanto Co. | 3:17-cv-4548 |
| Sheehan | Bartholomew | Sheehan v. Monsanto Co. | 3:19-cv-668 |
| Silvas, Sr. | Ernest | Silvas v. Monsanto Co. | 3:20-cv-6505 |
| Sirakis | Barbara | Sirakis v. Monsanto Co. | 3:19-cv-3467 |
| Small | Ronald | Small v. Monsanto Co. | 3:17-cv-4591 |
| Smith | Andrew | Smith v. Monsanto Co. | 3:19-cv-3468 |
| Smith | Linda | Smith v. Monsanto Co. | 3:19-cv-3285 |
| Sobrepena | Sally | Sobrepena v. Monsanto Co. | 3:18-cv-4782 |
| Solis | Hope | Solis v. Monsanto Co. | 3:17-cv-4456 |

**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Sparks | Lisa | Sparks v. Monsanto Co. | 3:18-cv-1144 |
| Speck | Pamela | Speck v. Monsanto Co. | 3:19-cv-3477 |
| Spejcher | Ray | Spejcher v. Monsanto Co. | 3:20-cv-769 |
| Spooner | Sharon | Spooner v. Monsanto Co. | 3:18-cv-1146 |
| Spronken | John | Spronken v. Monsanto Co. | 3:19-cv-3295 |
| Stines | James | Stines v. Monsanto Co. | 3:19-cv-5327 |
| Stone | Jason | Stone v. Monsanto Co. | 3:18-cv-5307 |
| Stuart | Theresa | Stuart v. Monsanto Co. | 3:18-cv-5308 |
| Stubblefield | Bruce | Stubblefield v. Monsanto Co. | 3:19-cv-6732 |
| Styre | James | Styre v. Monsanto Co. | 3:19-cv-3276 |
| Suozzi | Ross | Suozzi v. Monsanto Co. | 3:19-cv-3202 |
| Surico | Gerald | Surico v. Monsanto Co. | 3:17-cv-4630 |
| Surls | Charles | Surls v. Monsanto Co. | 3:18-cv-5306 |
| Sweetland | William | Sweetland v. Monsanto Co. | 3:20-cv-780 |
| Tavormina | Marie | Tavormina v. Monsanto Co. | 3:17-cv-4607 |
| Taylor | James | Murphy obo Estate of Taylor v. Monsanto Co. | 3:19-cv-3294 |
| Tebbe | Margie | Tebbe v. Monsanto Co. | 3:17-cv-4546 |
| Teran | Cesar | Teran v. Monsanto Co. | 3:19-cv-3469 |
| Thomas | Deborah | Thomas v. Monsanto Co. | 3:17-cv-4647 |
| Thompson | Stephen | Thompson v. Monsanto Co. | 3:17-cv-4631 |
| Torck | Norman | Torck v. Monsanto Co. | 3:19-cv-5330 |
| Tracey | Vivian | Tracey v. Monsanto Co. | 3:17-cv-4905 |
| Trappen | Dale | Trappen v. Monsanto Co. | 3:18-cv-3960 |
| Trayer | Scott | Trayer v. Monsanto Co. | 3:17-cv-4662 |
| Vanda | John | Vanda v. Monsanto Co. | 3:17-cv-6108 |
| Vanderlip | Greg | Vanderlip v. Monsanto Co. | 3:18-cv-4850 |
| VanDyke | Lloyd | VanDyke v. Monsanto Co. | 3:19-cv-3283 |
| Varela | Favian | Varela v. Monsanto Co. | 3:17-cv-6109 |
| Villa | Beatrice | Villa v. Monsanto Co. | 3:19-cv-3471 |
| Villone | Bryan | Villone v. Monsanto Co. | 3:19-cv-3472 |
| Vopal | Thomas | Vopal v. Monsanto Co. | 3:20-cv-773 |
| Wade | Paul | Wade v. Monsanto Co. | 3:19-cv-3282 |
| Walker nka Juarez | Alicia | Walker nka Juarez v. Monsanto Co. | 3:17-cv-4895 |
| Warg | Paul | Warg, Jr. v. Monsanto Co. | 3:19-cv-3473 |
| Warner | Jill | Norden obo Estate of Warner v. Monsanto Co. | 3:19-cv-4271 |
| Werch | JoNett | Werch v. Monsanto Co. | 3:19-cv-3269 |
| White | Colleen | White v. Monsanto Co. | 3:19-cv-3475 |
| Whitfill | Debra | Whitfill v. Monsanto Co. | 3:18-cv-5304 |
| Wiebelhaus | Dylan | Wiebelhaus obo D.W. (Minor) v. Monsanto Co. | 3:20-cv-782 |
| Wiessner | Kenneth | Wiessner v. Monsanto Co. | 3:17-cv-4457 |
| Wilcox | Lowell | Wilcox v. Monsanto Co. | 3:19-cv-7498 |

**EXHIBIT 1**

| Last Name | First Name | Case Name | Case No. |
|---|---|---|---|
| Williams | Gary | Williams v. Monsanto Co. | 3:19-cv-3205 |
| Williams | Timothy | Williams v. Monsanto Co. | 3:17-cv-4545 |
| Willis | Eric | Willis v. Monsanto Co. | 3:19-cv-658 |
| Wise | Lane | Wise v. Monsanto Co. | 3:17-cv-4544 |
| Wolff | Warren | Wolff v. Monsanto Co. | 3:19-cv-3270 |
| Womack | William | Womack v. Monsanto Co. | 3:20-cv-772 |
| Wood | Valerie | Wood v. Monsanto Co. | 3:18-cv-3518 |
| Workman | Lloyd | Workman obo Estate of Workman v. Monsanto Co. | 3:17-cv-4462 |
| Wright | Carole | Wright v. Monsanto Co. | 3:20-cv-2637 |
| Wurz | Denise | Wurz v. Monsanto Co. | 3:17-cv-4641 |
| York | Tulion | York v. Monsanto Co. | 3:17-cv-4463 |
| Yount | Wilber | Yount Hetherington obo Estate of Yount v. Monsanto Co. | 3:19-cv-3154 |
| Zavarella | Shelley | Zavarella v. Monsanto Co. | 3:17-cv-4550 |
| Zell | Gary | Zell v. Monsanto Co. | 3:19-cv-3268 |
| Zerba | Clyde | Zerba v. Monsanto Co. | 3:17-cv-4608 |