Nicholas J. Shemik, Esq.
THE DIETRICH LAW FIRM P.C.
101 John James Audubon Parkway
Buffalo, New York 14228
Phone: (716) 839-3939
Fax: (716) 970-4550
Email: nshemik@calljed.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT FO CALIFORNIA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**BARBARA RIEMAN,**                                    **MDL No. 2741**
                                                                                  **Docket No. 3:16-md-02741-VC**

Plaintiff,                                                                     **Case No. 3:20-cv-01227-VC**
        vs.

**MONSANTO COMPANY,**

Defendant.
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted this 11th day of May, 2021.

-1-

_/s/ Nicholas J. Shemik_
NICHOLAS J. SHEMIK, ESQ.
The Dietrich Law Firm P.C.
101 John James Audubon Parkway
Buffalo, New York 14228
Phone: (716) 839-3939
Fax: (716) 970-4550
Email: nshemik@calljed.com

_Counsel for Plaintiff_

_/s/ Melvin Bailey_
MELVIN BAILEY, ESQ.
King & Spalding LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Phone: (512) 457-2008
Email: mbailey@kslaw.com

_Counsel for Defendant Monsanto Company_

## CERTIFICATE OF SERVICE

    This is to certify that service of this document was made pursuant to the Court's electronic filing procedures on this 11th day of May 2021, via the ECF document system.


/s/ Nicholas J. Shemik
_____
Nicholas J. Shemik, Esq.
THE DIETRICH LAW FIRM P.C.

Counsel for Plaintiff