UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>Daniel Jones, et al v. Monsanto Company<br>Case No. 3:20-cv-05768-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**JOINT MOTION TO STAY DISCOVERY** |

      Plaintiff Daniel Jones, individually and as Personal Representative of the Estate of Patricia J. Jones, deceased ("Plaintiff") and Defendant Monsanto Company (collectively referred to herein as the "Parties") jointly move the Court to continue all deadlines and to stay this case, which is a part of Wave 3. The Parties have reached an agreement in principle that will resolve Plaintiff's claims in this lawsuit and continue to negotiate the operative settlement documents and finalize the settlement. For the reasons discussed below, the Parties request the Court stay this case for Sixty (60) days and continue all existing Wave 3 deadlines as they apply to this case.

      Over the last several months with the assistance of Court Appointed Independent Settlement Master, Ken Feinberg, the parties have engaged in discussions that successfully resolved Plaintiff's counsel's inventory of cases against Monsanto Company, including this case, subject to his clients' approval.

      The Parties are working to finalize settlement documents, and Plaintiff will file a stipulated dismissal of the Complaint in this action when the settlement is finalized. Accordingly, the Parties request that the Court enter a stay of this case for sixty (60) days pending Plaintiff's dismissal to

avoid incurring additional unnecessary time and expenses associated with the Wave 3 workup of the case. If a dismissal has not been filed within sixty (60) days from the stay being granted, the Parties request the opportunity to file a joint status report regarding the status of the settlement upon the expiration of the stay and a proposed plan for putting the case back on track to be considered by the Court for remand to the transferor court.

Dated this 1st day of June, 2021.

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| */s/ Rand Nolen* <br> Rand Nolen <br> Texas Bar. No. 00788126 <br> FLEMING, NOLEN & JEZ, L.L.P. <br> 2800 Post Oak Blvd., Suite 4000 <br> Houston, Texas 77056 <br> 713-621-7944 <br> 713-621-9638 <br> rand_nolen@fleming-law.com <br><br> *Attorneys for Plaintiff* | */s/ Anthony R. Martinez (with permission)* <br> Anthony R. Martinez <br> SHOOK, HARDY & BACON L.L.P. <br> 2555 Grand Blvd. Kansas City, MO 64108 <br> Telephone: (816) 474-6550 <br> Fax: (816) 421-5547 <br> amartinez@shb.com <br><br> *Attorney for Defendant MONSANTO COMPANY* |

### CERTIFICATE OF SERVICE

I hereby certify that this 1st day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/     Rand P. Nolen
        Rand P. Nolen