UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Stanley Batts v. Monsanto Company*.<br>**Case No. 4:20-cv-00992** | **MDL NO. 2741**<br><br>Case No. 16-md-02741-VC |

### SUGGESTION OF DEATH AND UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY

Pursuant to Federal Rule of Civil Procedure 25(a), Timothy Wayne Batts, as personal representative of the estate of Stanley Batts, files this Suggestion of Death and Motion to Substitute Proper Party and respectfully submits as follows:

1. This is a product liability action brought by Plaintiff Stanley Batts ("Plaintiff"). Plaintiff alleges that he was diagnosed with Chronic Lymphocytic Leukemia as a result of his exposure to Roundup® manufactured and marketed by Defendant.

2. On July 30, 2020, Plaintiff filed his Original Complaint and Jury Demand against Defendant in the United States District Court in the Eastern District of Missouri alleging strict product liability, negligence, breach of warranty and fraud. On August 21, 2020, the United States Judicial Panel on Multidistrict Litigation transferred the subject case from the Eastern District of Missouri to MDL 2741 pending in the United States District Court for the Northern District of California pursuant to Conditional Transfer Order (CTO-229).

3. Plaintiff died on September 19, 2020. A copy of Mr. Batts' death certificate is attached hereto as <u>Exhibit A</u>. Plaintiff's surviving son, Timothy Wayne Batts, was appointed as

administrator/executor of Stanley Batts' estate by the District Court of Ballard County, Commonwealth of Kentucky on March 23, 2021.

4. Fed. R. Civ. P. 25(a) provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by…the decedent's successor or representative." Stanley Batts claim was not extinguished at his death and his action survives to and in favor of her heirs. Ky. Rev. State. §411.140. Accordingly, Timothy Wayne Batts, as Decedent's surviving adult child, successor and administrator/executor of Stanley Batts estate, should and hereby moves to be substituted as the proper party for the Decedent on behalf of his estate and all wrongful death beneficiaries.

## CONCLUSION & PRAYER

For all of the foregoing reasons, Timothy Wayne Batts requests that the Court substitute Timothy Wayne Batts, as personal representative of the Estate of Stanley Batts, as Plaintiff in this case and for such other relief as to which he may be justly entitled.

Respectfully submitted,

**HEYGOOD, ORR & PEARSON**

*/s/ Charles W. Miller*
Charles W. Miller
Texas Bar No. 24007677
6363 N. State Highway 161, Ste. 450
Irving, Texas 75038
charles@hop-law.com
(214) 237-9001 telephone
(214) 237-9002 facsimile
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served on all counsel via the Court's ECF system on June 2, 2021.

/s/ *Charles W. Miller*
Charles W. Miller

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Plaintiff conferred with counsel for Defendants regarding all matters set forth in this Motion on June 2, 2021 and that counsel for Defendants are unopposed to the relief requested herein.

*/s/ Charles W. Miller*
Charles W. Miller