# Exhibit A

# COMMONWEALTH OF KENTUCKY

## REGISTRAR OF VITAL STATISTICS
### CERTIFIED COPY

**6099538**

KENTUCKY CERTIFICATE OF DEATH

116 202035931
Case #: E202009220167

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | STANLEY WAYNE BATTS |
| 1b. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE | N/A |
| 2. SEX | MALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | September 19, 2020 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE-LAST BIRTHDAY (Years) | 71 |
| 6. DATE OF BIRTH | 03/02/1949 |
| 7. COUNTY OF DEATH | BALLARD |
| 8. PLACE OF DEATH | Decedent's Residence |
| 9. FACILITY NAME | 6240 HINKLEVILLE ROAD |
| 10. CITY OR TOWN, STATE AND ZIP CODE | LA CENTER, KY 42056 |
| 11. BIRTHPLACE | CAIRO, ILLINOIS |
| 12. MARITAL STATUS | Divorced |
| 13. SURVIVING SPOUSE | — |
| 14. DECEDENT'S USUAL OCCUPATION | OPERATOR |
| 15. KIND OF BUSINESS/INDUSTRY | WESTVACO |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | BALLARD |
| 17c. CITY OR TOWN | LA CENTER |
| 17d. STREET AND NUMBER | 6240 HINKLEVILLE ROAD |
| 17e. ZIP CODE | 42056 |
| 17f. INSIDE CITY LIMITS? | No |
| 18. DECEDENT'S EDUCATION | High School Graduate or GED Completed |
| 19. DECEDENT OF HISPANIC ORIGIN? | No, not Spanish/Hispanic/Latino |
| 20. DECEDENT'S RACE | White |
| 21. FATHER'S NAME | L M BATTS |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | DOROTHY BATTS |
| 23a. INFORMANT'S NAME | TIM BATTS |
| 23b. RELATIONSHIP TO DECEDENT | SON |
| 23c. MAILING ADDRESS | 6240 HINKLEVILLE ROAD, LACENTER, KY 42056 |
| 24. METHOD OF DISPOSITION | Burial |
| 25. PLACE OF DISPOSITION | BARLOW CEMETERY |
| 26. LOCATION | BARLOW, KY |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | ROBERT T. MORROW |
| DATE SIGNED | 09/22/2020 |
| 28. KY LICENSE NUMBER | 6238 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | MORROW FUNERAL CHAPEL INC. 378 WEST KENTUCKY DRIVE LACENTER, KY 42056 |
| 30. DATE PRONOUNCED DEAD | 09/19/2020 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | 1743 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | No |

### CAUSE OF DEATH

33. PART I.
a. IMMEDIATE CAUSE: **PANCREATIC CANCER** — Approximate Interval Between Onset and Death: UNKNOWN
b. DUE TO (OR AS A CONSEQUENCE OF):
c. DUE TO (OR AS A CONSEQUENCE OF):
d. DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death:

| Field | Value |
|---|---|
| 34. MANNER OF DEATH | Natural |
| 35. WAS AN AUTOPSY PERFORMED? | No |
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | — |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | Unknown |
| 38. IF FEMALE | — |
| 46. TO BE COMPLETED BY CERTIFIER | SIGNATURE: JOSEPH PITTARD, MD |
| 47. DATE CERTIFIED | 09/28/2020 |
| 48. LICENSE NUMBER | 24514 |
| 49. TITLE OF CERTIFIER | PHYSICIAN |
| 50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | JOSEPH PITTARD, MERCY INTERNAL MEDICINE, 225 MEDICAL CENTER DRIVE, SUITE 201, PADUCAH, KY 42003 |
| 51. REGISTRAR'S SIGNATURE | Christina S. Stewart |
| 52. DATE FILED | 09/28/2020 |

This is to certify that this is a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered at the Kentucky Office of Vital Statistics under the file number shown.

DATE ISSUED  09/28/2020

Christina S. Stewart
State Registrar

FORM VS NO. 1-A
(REVISED 06/2015)



DOCUMENT CONTAINS A WATERMARK — HOLD UP TO LIGHT TO VIEW