UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

This document relates to:

*Stanley Batts v. Monsanto Company.*
**Case No. 4:20-cv-00992**

**MDL NO. 2741**

Case No. 16-md-02741-VC

## ORDER ON MOTION TO SUBSTITUTE PROPER PARTY

Before this Court is a Motion to Substitute Timothy Wayne Batts, as personal representative of the Estate of Stanley Batts as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court, having heard the arguments of counsel and considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion to Substitute Timothy Wayne Batts, as personal representative of the Estate of Stanley Batts as the proper party in this case is **GRANTED**.

Signed this the ____ day of June, 2021.

_____
United States Magistrate Judge