Randall K. Rathbun KS #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com

# UNITED STATES COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:   ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| _____ | ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) |
| FRANK TOMAN and JUDY TOMAN, | ) Case No. 3:21-cv-04509-VC |
| Plaintiffs, | ) SHORT FORM COMPLAINT |
| v. | ) |
| MONSANTO COMPANY, | ) |
| Defendant. | ) |

Pursuant to Conditional Transfer Order (CTO) No. 155, reaffirming this Court's requirements for a short form complaint for pre-trial work up purposes, plaintiffs Frank Toman and Judy Toman provide the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of plaintiffs Frank Toman and Judy Toman.

2. This case is brought against defendant Monsanto Company (Monsanto).

3. Plaintiffs incorporate by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company,* Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

4. Plaintiffs resided in Ellsworth, Kansas at the time of this filing of their original complaint against Monsanto.

5. Plaintiffs currently reside in Ellsworth, Kansas.

6. Plaintiffs resided in Ellsworth, Kansas at the time of their diagnosis of non-Hodgkin's lymphoma.

7. Plaintiffs receive medical treatment in Ellsworth, Kansas.

8. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because plaintiffs are citizens of Kansas, a different state than the defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Plaintiffs allege injury from exposure to defendant's Roundup products.

10. Plaintiffs were exposed to Monsanto's Roundup products from in or around 1997. From approximately 1997 to 2019, Mr. Toman sprayed Roundup multiple times a year at their home to control weeds.

11. Plaintiffs used Monsanto's Roundup products in Ellsworth, Kansas.

12. Plaintiff Frank Toman was first diagnosed with non-Hodgkin's lymphoma in 2013 and Plaintiff Judy Toman was first diagnosed with non-Hodgkin's lymphoma in 2017.

13. Plaintiffs bring claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence, Breach of Express Warranty; and Breach of Implied Warranties.

Dated:   June 11, 2021

        Respectfully submitted,

        DEPEW GILLEN RATHBUN & MCINTEER LC

        /s/Randall K. Rathbun

        Randall K. Rathbun KS Bar 09765
        8301 E. 21st Street N., Suite 450
        Wichita, KS 67206-2936
        (316) 262-4000
        Randy@depewgillen.com
        *Attorneys for Plaintiffs*