C. VICTOR WELSH, III, MSB# 7107
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

*ATTORNEY FOR PLAINTIFF*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA WOODRUFF, INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND OTHER WRONGFUL DEATH HEIRS OF RODNEY A. WOODRUFF, DECEASED** | **Case No. 3:19-cv-07531-VC** |
| **Plaintiffs,** | **NOTICE OF MOTION AND MOTION TO SUBSTITUTE BRIDGET ANDERSON IN PLACE OF PATRICIA WOODRUFF PURSUANT TO F.R.C.P. 17; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS; [PROPOSED] ORDER** |
| **v.** | |
| **MONSANTO COMPANY, INC., and DOES 1-10** | **Date:   7/22/2021** |
| **Defendants.** | **Courtroom: 4** |
| | **Time: 2:00 p.m.** |
| | **Judge Assigned: Vince Chhabria** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, as soon as counsel may be heard, telephonically or in person in

Courtroom 4, United States District Court, Northern District of California, (450 Golden Gate Avenue,

---

NOTICE OF MOTION AND MOTION TO SUBSTITUTE BRIDGET ANDERSON IN PLACE OF PATRICIA
WOODRUFF PURSUANT TO F.R.C.P. 17

1

1

2  San Francisco California, 94102), as the Judge determines, Plaintiff Patricia Woodruff, Individually and

3  on Behalf of the Estate and Other Wrongful Death Heirs of Rodney A. Woodruff, Deceased, by and

4  through her undersigned counsel, and pursuant to Federal Rules of Civil Procedure 17(a)(1)(A), moves

5  this Court for an order substituting Bridget Anderson in the place of Patricia Woodruff so that Plaintiff's

6  claims against Defendants may continue forward.

7          Plaintiff's Motion is based on this Notice of Motion, the accompanying Memorandum of Points

8

9  and Authorities, exhibits, and any additional argument and evidence this Court may consider.

10 Dated: June 10, 2021.

11

12

13                                              */s/ C. Victor Welsh, III*
                                                C. VICTOR WELSH, III (MSB #7107)
14                                              cvw@prwlaw.com
                                                **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
15                                              410 South President Street (39201)
                                                Post Office Box 22985
16                                              Jackson, Mississippi 39225-2985
                                                Telephone: (601) 948-6200
17                                              Facsimile: (601) 948-6187

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF MOTION AND MOTION TO SUBSTITUTE BRIDGET ANDERSON IN PLACE OF PATRICIA
WOODRUFF PURSUANT TO F.R.C.P. 17

## MEMORANDUM OF POINTS AND AUTHORITY

1.      On October 23, 2019, Patricia Woodruff, Individually and on Behalf of the Estate and Other Wrongful Death Heirs of Rodney A. Woodruff, Deceased, filed her Complaint against Defendant Monsanto Company ("Monsanto") in the Northern District of Mississippi, Case No. 4:19-cv-00157.  On November 13, 2019 this case was transferred to this MDL pursuant to CTO-165 [Doc. # 1409].

2.      At the time of the filing of the Complaint, Patricia Woodruff was the acting Executrix of the Rodney Allen Woodruff Estate.   On November 19, 2020, Bridget Hughes Anderson was substituted and appointed Executrix of the Estate of Rodney Allen Woodruff by an Agreed Order of the Chancery Court of Madison County, Mississippi. Exhibit "1".

3.      On December 10, 2020, the Chancery Court of Madison County, Mississippi issued Letters of Administration to Bridget Hughes Anderson, thereby authorizing her to take all acts necessary of behalf of the Estate of Rodney Allen Woodruff, including the prosecution of this case.  Exhibit "2".

4.      Pursuant to Fed. R. Civ. P. 17(a)(1), an action must be prosecuted in the name of the real party in interest.  As the acting Executrix of the Estate of Rodney Allen Woodruff, Bridget Anderson is a proper party and is a real party in interest authorized to prosecute this case.

5.      Undersigned counsel provided an initial draft of this Motion to Monsanto's Counsel, Joe G. Hollingsworth.  Monsanto has not indicated whether this Motion will be opposed.

6.     Plaintiff requests that the caption of this case be amended as follows:

**Bridget Anderson, On Behalf of the Estate and Other Wrongful Death
Heirs of Rodney A. Woodruff, Deceased**

**v.**

**Monsanto Co. and Does 1-10**                                          **Case No. 3:19-cv-07531-CV**

WHEREFORE, PREMISES CONSIDERED, Plaintiff Patricia Woodruff respectfully requests

that this Court enter an Order substituting Bridget Anderson, on behalf of the Estate and other wrongful

death heirs of Rodney A. Woodruff, Deceased, as the party Plaintiff.

Dated: June 10, 2021.

/s/ C. Victor Welsh, III
C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com
**PITTMAN, ROBERTS & WELSH, P.L.L.C.**
410 South President Street (39201)
Post Office Box 22985
Jackson, Mississippi 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

1

**CERTIFICATE OF SERVICE**

2

    I, C. Victor Welsh, III, hereby certify that, on June 10, 2021, I electronically filed the foregoing

3

4

with the Clerk for the United States District Court for the Northern District of California using the

5

CM/ECF system, which shall send electronic notification to counsel of record, in accordance and in a

6

manner as authorized by F.R.C.P. 5(b)2.

7

8

                                     */s/ C. Victor Welsh, III*

9

                                     C. VICTOR WELSH, III (MSB #7107)
cvw@prwlaw.com

10

**PITTMAN, ROBERTS & WELSH, P.L.L.C.**

11

410 South President Street (39201)

12

Post Office Box 22985
Jackson, Mississippi 39225-2985

13

Telephone: (601) 948-6200

14

Facsimile: (601) 948-6187

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO SUBSTITUTE BRIDGET ANDERSON IN PLACE OF PATRICIA
WOODRUFF PURSUANT TO F.R.C.P. 17