## IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

IN THE MATTER OF: THE LAST WILL
AND TESTAMENT OF RODNEY ALLEN
WOODRUFF, DECEASED

CAUSE NO.: 45CH1:19-cv-00205

PATRICIA SMITH WOODRUFF,
EXECUTRIX;
BRIDGET HUGHES ANDERSON,
BENEFICIARY; AND,
TOMMY EUGENE WEEKS,
BENEFICIARY                                                    PETITIONERS

### AGREED ORDER SUBSTITUTING EXECUTRIX

THIS DAY, came on for hearing the Agreed Joint Petition to Substitute Executrix [84] filed by Petitioners Patricia Smith Woodruff, Executrix of the Estate of Rodney Allen Woodruff; Bridget Hughes Anderson, Beneficiary; and Tommy Eugene Weeks, Beneficiary, and the Court having considered the Agreed Joint Petition [84], and being informed that the Parties are in agreement, finds and orders as follows:

IT IS ORDERED AND ADJUDGED that Patricia Smith Woodruff be and is hereby REMOVED as Executrix of the Estate of Rodney Allen Woodruff, and that Bridget Hughes Anderson, upon taking the oath as prescribed by law, shall be and is hereby APPOINTED Executrix of the Estate of Rodney Allen Woodruff, Deceased.

ORDERED AND ADJUDGED this the 18th day of November, 2020.

HON. ROBERT G. CLARK, III
CHANCERY COURT JUDGE

PRESENTED BY:

*C. Victor Welsh, III* (signature)

C. VICTOR WELSH, III (MSB #7107)
PITTMAN, ROBERTS & WELSH, PLLC
410 South President Street
Jackson, Mississippi 39201
Telephone: (601) 948-6200
Facsimile: (601) 948-6187
cvw@prwlaw.com

*Attorney for the Estate of Rodney Allen Woodruff*