## IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

IN THE MATTER OF: THE LAST WILL
AND TESTAMENT OF RODNEY ALLEN
WOODRUFF, DECEASED

CAUSE NO.: 45CH1:19-cv-00205

PATRICIA SMITH WOODRUFF,
BRIDGET HUGHES ANDERSON,
TOMMY EUGENE WEEKS

PETITIONERS

### LETTERS OF ADMINISTRATION

STATE OF MISSISSIPPI
COUNTY OF Madison

WHEREAS, Bridget Hughes Anderson was appointed by this Court as Administratrix of the Estate of Rodney Allen Woodruff, Deceased.

I, THEREFORE, BY THESE LETTERS, authorize Bridget Hughes Anderson as Administratrix as aforesaid, to discharge all the duties required of them by law or by order of this Court.

ISSUED the __10__ day of __Dec__, 2020.

RONNY LOTT, CHANCERY CLERK

By: __Kim Sueven__ D.C.

I, Ronny Lott, Clerk of the Chancery Court in and for the County of Madison and State of Mississippi, certify that the above is a true copy of the Letters of Administration upon the Estate of Rodney Allen Woodruff, deceased, granted, and issued to Bridget Hughes Anderson, Administratrix, on the __19__ day of __Nov__, 2020, as the same appears on file and of record in my office, in Canton, in said county and state.

GIVEN under my hand and the seal of said Court at Canton, Mississippi, in said County and State this the _____ day of _____, 2020.

RONNY LOTT, CHANCERY CLERK

BY:_____D.C.

**EXHIBIT "2"**