1  C. VICTOR WELSH, III, MSB# 7107
2  **PITTMAN, ROBERTS & WELSH, P.L.L.C.**
3  410 South President Street (39201)
   Post Office Box 22985
4  Jackson, Mississippi 39225-2985
   Telephone: (601) 948-6200
5  Facsimile: (601) 948-6187
6
7  *ATTORNEY FOR PLAINTIFF*

8              **UNITED STATES DISTRICT COURT**
9
10            **NORTHERN DISTRICT OF CALIFORNIA**

11 **BRIDGET ANDERSON, INDIVIDUALLY**
   **AND ON BEHALF OF THE ESTATE**
12 **AND OTHER WRONGFUL DEATH HEIRS**
13 **OF RODNEY A. WOODRUFF, DECEASED**           **Case No. 3:19-cv-07531-VC**
14
15 **v.**                                        **[PROPOSED] ORDER TO**
                                                 **SUBSTITUTE BRIDGET ANDERSON IN**
16                                               **PLACE OF PATRICIA WOODRUFF**
17 **MONSANTO COMPANY, INC.,**                   **PURSUANT TO F.R.C.P. 17**
   **and DOES 1-10**
18
19               **[PROPOSED] ORDER**
20
21      1.    Counsel for Plaintiff's motion is GRANTED.
22      2.    Bridget Anderson is hereby substituted in place of Patricia Woodruff.
23      3.    Accordingly, the Plaintiff caption of this case shall be amended as follows: "Bridget
24 Anderson, Individually, and on Behalf of the Estate and the Other Wrongful Death Heirs of Rodney A.
25 Woodruff, Deceased."
26 Dated: _____
27
28                                    _____
                                      Hon. VINCE CHHABRIA
                                      United States District Court Judge

[PROPOSED] ORDER TO SUBSTITUTE BRIDGET ANDERSON IN PLACE OF PATRICIA WOODRUFF
PURSUANT TO F.R.C.P. 17