


**Nidel & Nace, PLLC**
**Jonathan B. Nace, Esq.**
**One Church Street**
**Suite 802**
**Rockville, MD 20850**
**Tel: 202-780-5153**
**jon@nidellaw.com**

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

*In Re: Roundup Products Liability Litigation*

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Coffman v. Monsanto Co., et al.*
Case No.: 3:21-cv-02505-VC

## RE-NOTICE OF HEARING

Plaintiff, by and through undersigned counsel, and pursuant to the Court's Standing Order, re-notices a hearing on Plaintiff's Motion to Remand, which is now fully briefed, for July 14, 2021 at 2:00 pm PT.  *See* Docs. 12948, 13014, and 13042.

Respectfully submitted,

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq.
DC Bar Number 985718
Nidel & Nace, PLLC
One Church Street
Suite 802
Rockville, MD 20850
Tel: 202-780-5153
jon@nidellaw.com

1

**RE-NOTICE OF HEARING – PLAINTIFF'S MOTION TO REMAND**
MDL No. 2741 Case No. 16-md-02741-VC; Case No.: 3:21-cv-02505-VC

**CERTIFICATE OF SERVICE**

This is to certify that on June 14, 2021, I caused a copy of the foregoing *Notice of Hearing* to be served upon the Court and all parties via ECF. A courtesy copy was sent to counsel of record via email service.

/s/ Jonathan B. Nace
Jonathan B. Nace, Esq.

**RE-NOTICE OF HEARING – PLAINTIFF'S MOTION TO REMAND**
MDL No. 2741 Case No. 16-md-02741-VC; Case No.: 3:21-cv-02505-VC