# CERTIFICATE OF SERVICE

Case Name:   **In re Roundup Products Liability Litigation**   Case No.   **16md02741VC**

I hereby certify that on June 16, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**TRANSCRIPT ORDER (CAND 435)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 16, 2021, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

*See attached service list*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 16, 2021, at San Diego, California.

|  |  |
|---|---|
| A. Lopez | *[signature: alopz]* |
| Declarant | Signature |

SD2002CV0450  
82915617.docx

**Manual Service List**
**Case No.:16md02741VC**

Hovig John Abassian
First Legal Solution APC
16255 Ventura Boulevard   Suite 1205
Encino, CA 91436

Rachel Abrams
Levin Simes Abrams, LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
*Michael Andrews*

Jeffery J. Angelovich
Nix Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX 75638

Ralph A. Applegate
1544 Zettler Road
Columbus, OH 43227

Catie Barr
Barr & Mudford, LLP
1824 Court Street
P.O. Box 994390
Redding, CA 96099

Dugan Barr
Barr & Mudford, LLP
1824 Court Street
P. O. Box 994390
Redding, CA 96099-4390

Jane J. Bartley
Shook Hardy and Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
*Russell Baxter*

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
*Rufus Benson*

Joel D. Bieber
6806 Paragon Place, Ste. 100
Richmond, VA 23230
*Kenneth D Braasch, Teresa Braasch, Bryan Brooks, Lucia Bucio, Elaine Carter*

Katherine Chambers
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
*Louis Desmarais, Yvette Dewispelaere, Gary Donaghy*

Kevin R. Duck
Duck Law Fim
5040 Ambassador Caffery Parkway, Suite 200
Lafayette, LA 70508

Brian Ward Easton
Law Ofc W Douglas Easton
650 Town Center Dr #800
Costa Mesa, CA 92626

William Douglas Easton
Attorney at Law
650 Town Center Dr #800
Costa Mesa, CA 92626
*Karl Eckardt*

Kathryn Jean Edwards
10 Golden Dr
Hammond, LA 70401

Ruth Virginia Enright
BAKER and ENRIGHT
33 W Jackson Blvd. Fl 3
Chicago, IL 60604
*Gina Fabbri*

Mark F. Fleming
Singleton Law Firm, APC
450 A Street, 5th Floor
San Diego, CA 92101

Mark Philip Glago
Glago Williams, LLC
909 Poydras St, Suite 2950
New Orleans, LA 70112

Ivan Golde
Law Offices of Ivan Golde
508 16th Street
Oakland, CA 94610

Joel Amos Gordon
Joel Amos Gordon, Esq., PLLC
P.O. Box 52688
Midland, TX 79710
*Marcia Greenberg, Cindy Groff, Mark Hall, George W. Hans, Barbara Hartman, Sheila Hays*

Rodney P. Hill
189 N. Shelly Avenue
Fresno, CA 93727

Valyncia S. Hill
c/o Dianal Glasper-Hill
189 N. Shelly Avenue
Fresno, CA 93727

Todd Eugene Hilton
Stueve Siegel Hanson
460 Nichols Road, Ste. 200
Kansas City, MO 64112

Eric J. Hobbs
Shook Hardy & Bacon LLP-Denver
1660 17th St., Suite 450
Denver, CO 80202
*Janice Hobson, Phillip J Hobson*

Christopher Michael Hogue
1214 W. Alice Ave
Spokane, WA 99205

James E. Hooper
Wheeler Trigg O'Donnell LLP 370
17th Street, Suite 4500 Denver, CO 80202

T. David Hoyle
Motley Rice, LLC (SC)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
*David Hudson*

Joseph G. Jevic, III
St. Martin & Williams
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

Charles H. Johnson
Charles H. Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113
*Beverly Jolly*

Lawrence L. Jones, II
Jones Ward PLC
1205 E. Washington St., Suite 111
Louisville, KY 40206
*Janet Kaye, Danny Kelley*

Robert F. Kennedy, Jr
Kennedy & Madonna, LLP
48 Dewitt Mills Road
Hurley, NY 12443

Michael Joseph Kleffner
Shook, Hardy and Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

Julie E. Lamkin
The Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
*Patta A. Lane*

Katharine R. Latimer
Hollingsworth LLP
1350 I St NW
Washington, DC 20005
*Alan J Lockwood, Carol Lockwood*

Hunter W. Lundy
Lundy, Lundy, Soileau & South, LLP
501 Broad Street
Post Office Box 3010
Lake Charles, LA 70602

Matthew Edward Lundy
Lundy & Davis, LLP
P.O. Box 3010
Lake Charles, LA 70602
*Laurie Marniella*

Wade Martin
8285 Tuscaloosa Avenue
Port Allen, LA 70767

Sherri Lee Mazur
Mazur & Phillips LLC
1777 Taliaferro Trail
Montgomery, AL 36117

Don McKenna
Hare, Wynn, Newell & Newton - Lexington
325 W. Main, Suite 210, Triangle Center
Lexington, KY 40507
*Edward McLean, Eileen Means*

Kristen D. Miller
Singleton Law Firm, APC
450 A Street, 5th Floor
San Diego, CA 92101
*Linda Miller*

Michael Miller
108 Railroad Ave
Orange, VA 22960

Christopher James Moore
Attorney at Law
254 Laussat St
San Francisco, CA 94117
*Andrew Moreau, Stephanie Moreau*

| | |
|---|---|
| Douglas Mudford<br>Barr & Mudford<br>1824 Court Street<br>P.O. Box 994390<br>Redding, CA 96099-4390 | Milan Pucelj<br>Jones Ward PLC<br>The Pointe<br>1205 E. Washington Street, Suite 111<br>Louisville, KY 40206 |
| Robert T. Naumes<br>The Law Offices of Jeffrey S. Glassman, LLC<br>One International Place, Suite 1810<br>Boston, MA 02110<br>*Brenda Nelson, Juanita Newble* | Kelsey J. Reno<br>Villarreal Law Firm LLC<br>2 W. Main St.<br>Chillicothe, OH 45601 |
| Mark R. Niemeyer<br>Niemeyer Grebel & Kruse LLC<br>10 S. Broadway, Suite 1125<br>St Louis, MO 63102<br>*Northwestern Memorial Healthcare dba Northwestern Medicine* | Joseph Ryan Riegerix<br>Andrus Wagstaff, P.C.<br>7171 W. Alaska Drive<br>Lakewood, CO 80226<br>*Joan Roach, Robert Romano* |
| Jason Ochs<br>Ochs Law Firm, PC<br>P.O. Box 10944<br>690 US 89, Suite 206<br>Jackson, WY 83001<br>*Fred Oellien* | Eric S. Rossman<br>Rossman Law Group, PLLC<br>737 N. 7th Street<br>Boise, ID 83702<br>*S.R.* |
| John Francis Olinde<br>Chaffe,McCall,Phillips,Toler & Sarpy<br>1100 Poydras Street<br>New Orleans, LA 70163-2300<br>*Edward Pianovski* | Majid Safaie<br>Safaie & Associates<br>18627 Brookhurst St # 382<br>Fountain Valley, CA 92708-6748 |
| James Polivka<br>Jenner Law<br>1829 Reisterstown Road, Ste. 350<br>Baltimore, MD 21208<br>*Patricka Poythress* | Jasmine Schlick<br>STARR AUSTEN & MILLER, LLP<br>201 S. Thrid Street<br>Logansport, IN 46947<br>*Mark Schmitt, Duanita Scott* |
| | Raymond C Silverman<br>Parker Waichman LLP<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>*Robert R. Sobrepena, Sally J. Sobrepena* |

Michael G. Stag
Smith Stag, L.L.C.
365 Canal Street, Suite 2800
New Orleans, LA 70130
*Alma Statema*

Brandon Storment
Barr & Mudford, LLP
1824 Court Street
P.O. Box 994390
Redding, CA 96099

John Patrick Sullivan
Shook, Hardy and Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

Susan Jo Sullivan
1534 Lakeside Enclave Drive
Houston, TX 77077

J. Curt Tanner
Cory Watson, PC
2131 Magnolia Avenue S
Birmingham, AL 35205
*William Taylor, Aileen Trappen, Dale Trappen, Melvin Tschetter, Karmen Tucker, Greg S Vanderlip*

Erika L. Vasquez
Singleton Law Firm, APC
450 A Street, 5th Floor
San Diego, CA 92101

Patrick James Vezino
BAKER and ENRIGHT
33 W Jackson Blvd. Fl 3
Chicago, IL 60604
*Susan Wagner*

Peter H. Weinberger
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44144
*Jeffrey Weiner, Brenda Whitmire*

Jatavian Williams
24th Judicial District Court-Jefferson Parish
200 Derbigny Street
Gretna, LA 70053

Dena R. Young
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, 34th Floor
Philadelphia, PA 19103

George Parker Young
Circelli, Walter & Young, PLLC
500 East 4th Street, Suite 250
Fort Worth, TX 76102

Andrew A. Zemany
Tate Law Group LLC
2 East Bryan Street, Suite 600
Savannah, GA 311401
*Nicholas Zoretic, D.O.*