Randall K. Rathbun KS #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com

# UNITED STATES COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:   ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: | ) ) ) Case No. 3:21-cv-4509-VC |
| FRANK TOMAN and JUDY TOMAN, | ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| MONSANTO COMPANY, | ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL
AS TO CASE 3:21-CV-4509 ONLY**

COME NOW the plaintiffs, by and through their counsel, Randall K. Rathbun of Depew Gillen Rathbun & McInteer LC, and voluntarily dismiss Case 3:21-CV-4509 only pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated:      June 17, 2021

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun KS Bar 09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Plaintiffs*

2