Eulis Simien, Jr. (La. Bar # 12077)
eulis@simien.com
Roy L. Bergeron, Jr. (La. Bar # 33726)
roybergeron@simien.com
Simien & Simien, LLC
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 932-9221
Facsimile: (225) 932-9221

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL NO. 02741** |
| **THIS DOCUMENT RELATES TO:** *MARTIN VS. MONSANTO CO., ET AL.* 3:20-cv-00415-VC | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

*****************

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come plaintiff Wade Martin and defendants Monsanto Company and Bayer Corporation, who respectfully represent that the parties have settled this matter, and that therefore pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to voluntarily dismiss this suit and all claims alleged in the plaintiff's complaint against the defendants Monsanto Company and Bayer Corporation, with prejudice , and with each party to bear his or its attorney's fees and costs. In accordance with Rule 41, this joint stipulation shall dismiss this suit without the need for further order of the Court.

WHEREFORE, plaintiff Wade Martin and defendants Monsanto Company and Bayer Corporation respectfully submit this Joint Stipulation of Dismissal with Prejudice, which shall

have the effect of dismissing plaintiff's suit and claims against defendants, Monsanto Company and Bayer Corporation, with prejudice, and without need for Court order.

>Respectfully Submitted:
>
>_s/ Roy L. Bergeron, Jr._
>By:    Eulis Simien, Jr., La. Bar # 12077
>       Roy L. Bergeron, Jr., La. Bar #33726
>       **SIMIEN & SIMIEN, LLC**
>       *Attorneys and Counselors at Law*
>       7908 Wrenwood Boulevard
>       Baton Rouge, Louisiana 70809
>       Telephone: (225) 932-9221
>       Facsimile: (225) 932-9221
>
>       *Attorneys for Plaintiff*
>
>_s/ Eric G. Lasker_
>       Joe G. Hollingsworth (*pro hac vice*)
>       (jhollingsworth@hollingsworthllp.com)
>       Eric G. Lasker (*pro hac vice*)
>       (elasker@hollingsworthllp.com)
>       **HOLLINGSWORTH LLP**
>       1350 I Street, N.W.
>       Washington, DC 20005
>       Telephone: (202) 898-5800
>       Facsimile: (202) 682-1639
>
>       *Attorneys for Defendants*
>       Monsanto Company and
>       Bayer Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2021, a copy of this pleading has been served on all known counsel of record via the Court's CM/ECF filing system and/or via email.

>_s/Roy L. Bergeron, Jr._
>Roy L. Bergeron, Jr.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE 3:20-cv-00415-VC**
2