# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br> ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Chris Vander Groef and Sally Vander Groef v. Monsanto Co., <br> Case No. 3:19-cv-07858-VC | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(A)(1)

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Chris Vander Groef, plaintiff in this action. Chris Vander Groef passed away on April 2, 2021. His Death Certificate is attached as Exhibit "A." Sally Vander Groef has been appointed Executor of the estate of Chris Vander Groef, as evidenced by the Letter of Administration attached as Exhibit "B."

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that "Sally Vander Groef, as Executor for the Estate of Chris Vander Groef, Deceased" be substituted in place of "Chris Vander Groef and Sally Vander Groef" as plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed.

        Respectfully Submitted,

        **LABLETTA & WALTERS LLC**

By:    */s/ Christian P. LaBletta*
        **CHRISTIAN P. LABLETTA, ESQ.**
        Attorney Pa. I.D. No.: 90545
        Attorney for Defendant
        200 Barr Harbor Drive, Suite 400
        Conshohocken, Pennsylvania 19428
        Phone: (610) 828-3339
        Fax: (610) 828-3347
        clabletta@lablettawalters.com

Dated: May 26, 2021