# Exhibit "A"

# NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20210023194

B0011060186

**1a. Legal Name of Decedent** (First, Middle, Last, Suffix): Chris Nicholas VanderGroef
**1b. Also Known As (AKA), If Any** (First, Middle, Last, Suffix):
**LIMB ONLY:** ☐

**2. Sex:** Male
**3. Social Security Number:** 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
**4a. Age:** 59 Years
**5. Date of Birth** (Mo/Day/Yr): 05/04/1961
**6. Birthplace** (City & State/Foreign Country): Sussex, New Jersey
**7a. Residence-State:** New Jersey
**7b. County:** Sussex
**7c. Municipality/City:** Wantage Township
**7d. Street and Number:** 139 Holland Road
**7e. Apt No.:**
**7f. Zip Code:** 07461
**7g. Inside City Limits?:** Yes
**8a. Ever in US Armed Forces?:** No
**8b. If Yes, Name of War:**
**8c. War Service Dates (From/To):**
**9. Domestic Status at Time of Death:** Married
**10. Name of Surviving Spouse/Partner** (Name given at birth or on birth certificate): Sally Dunn
**11. Father's Name** (First, Middle, Last): Case VanderGroef
**12. Mother's Name Prior to First Marriage** (First, Middle, Last): Evelyn Sytsema
**13a. Name of Informant:** Sally VanderGroef
**13b. Relationship to Decedent:** Spouse
**13c. Mailing Address** (Street and Number, City, State, Zip Code): 139 Holland Road, Sussex, NJ 07461
**14. Method of Disposition:** Cremation
**15. Place of Disposition** (name of cemetery, crematory, other): East Ridgelawn Crematory
**16. Location- City & State/Foreign Country:** Clifton City, New Jersey
**17. Name and Complete Address of Funeral Facility:** Ferguson Funeral Home, PO Box 366 27 Third St, Sussex, NJ 07461-0366
**18. Electronic Signature of Funeral Director:** Donald E Brossman, Jr.
**19. NJ License Number:** 23JP00396000
**20. Decedent Education:** High school graduate or GED completed
**21. Decedent of Hispanic Origin?:** Not Spanish / Hispanic / Latino
**22. Decedent Race:** White
**23. Occupation of Decedent** (Type of work done most of life, even if retired): Excavator/Owner/Operator
**24. Kind of Business/Industry:** Construction
**25. Name and Address of Last Employer:** Wantage Excavating, Wantage, NJ 07461
**26. Date Pronounced Dead** (Mo/Day/Yr): 04/02/2021
**27. Time Pronounced Dead (24-hr):** 2045
**28. Name of Person Pronouncing Death:** GERALYN PONZIO
**29. License Number:** 25MA07671800
**30. Date Signed** (Mo/Day/Yr): 04/02/2021
**31. Date of Death** (Mo/Day/Yr): 04/02/2021
**32. Time of Death (24-hr):** 1935
**33. Was Medical Examiner Contacted?:** No
**34. Place of Death:** Hospital: Inpatient
**35a. Facility Name** (If not institution, give street and number): Newton Memorial Hospital
**35b. Municipality:** Newton Town
**35c. County:** Sussex

**CAUSE OF DEATH:**
**36a. PART I - IMMEDIATE CAUSE** - final disease or condition resulting in death. Subsequently list conditions, if any, leading to the cause listed on Line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause a. | Ventricular tachycardia | 1 hours |
| Due to (or as a consequence of): b. | Acute hypoxic respiratory failure | 5 days |
| Due to (or as a consequence of): c. | COVID-19 | 4 weeks |
| Due to (or as a consequence of): d. | | |

**36b. PART II** - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.
lymphoma, cardiomyopathy, pulm htn

**37. Was an Autopsy Performed?:** No
**38. Were Autopsy Findings Available to Complete Cause of Death?:** Not Applicable
**39. Date of Injury** (Mo/Day/Yr):
**40. Time of Injury (24-hr):**
**41. Place of Injury** (e.g. home, construction site, restaurant):
**42. Injury at work?:**
**43a. Location of Injury** (Number and Street, Zip Code):
**43b. Municipality:**
**43c. County:**
**43d. State:**
**44. Describe How Injury Occurred:**
**45. If Transportation Injury:**

**Record Contains Amendment:** ☐

**46. Manner of Death:** Natural
**47. Did Decedent Have Diabetes?:** Unknown
**48. Did Tobacco Use Contribute to Death?:** Unknown
**49. If Female, Pregnancy State:** Not applicable
**50. Certifier Type:** Pronouncer and Certifier
**51. Name, Address, and Zip Code of Certifier:** GERALYN MICHELLE PONZIO, M.D. NEWTON MEMORIAL HOSPITAL 175 HIGH STREET, NEWTON, NJ 07860
**52. Electronic Signature of Certifier:** GERALYN MICHELLE PONZIO
**53. License Number:** 25MA07671800
**54. Date Certified** (Mo/Day/Yr): 04/02/2021
**55. Electronic Signature of Local Registrar:** Melissa Morales
**56. District No.:** V1984
**57. Date Received:** 04/05/2021
**Case ID Number:** 2279812

**DATE ISSUED:** April 05, 2021
**ISSUED BY:** Sussex Borough
**Melissa Morales, Deputy Registrar**

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



REG-42B
JUN 14

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD: VOID IF ALTERED