# Exhibit "B"

State of New Jersey

# Sussex County Surrogate's Court

In the matter of the Estate of
**Chris Nicholas Vander Groef,** Deceased
Aka:Chris N. Vander Groef

**EXECUTOR
SHORT CERTIFICATE**

I, **Gary R. Chiusano,** Surrogate, do hereby certify that the Last Will and /or Codicil(s) of the above named decedent, late of the County of **Sussex**, State of **New Jersey**, was (were) admitted to Probate by the Surrogate of **Sussex** County on **May 7, 2021,** and that Letters Testamentary were issued to **Sally A. VanderGroef aka Sally A. Vander Groef, Executor/Executors** who is (are) duly authorized to take upon himself/herself (themselves) the administration of the estate of said testator agreeably to the said Will and/or Codicil(s) and said Letters Testamentary have never been revoked and still remain in full force and effect.

WITNESS my hand and seal of office,

May 7, 2021.

*Gary R. Chiusano*

Gary R. Chiusano, Surrogate



Form--W14 CASE: 5450959  PRINT DATE: 5/7/2021          Page 1          Docket No. 59420