## CERTIFICATE OF SERVICE

I, CHRISTIAN P. LABLETTA, ESQUIRE, certify that on this date the foregoing Plaintiff's Suggestion of Death was filed electronically and served electronically through the CM/ECF system.

                                        Respectfully submitted,

                                        **LABLETTA & WALTERS LLC**

                                        */s/ Christian P. LaBletta*
                                        **CHRISTIAN P. LABLETTA, ESQ.**
                                        Attorneys for Plaintiff
                                        200 Barr Harbor Drive, Suite 400
                                        Conshohocken, PA 19428
                                        (610) 828-3339

Dated:  May 26, 2021