UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ROUNDUP PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>Chris Vander Groef and Sally Vander Groef<br>v. Monsanto Co.,<br>Case No. 3:19-cv-07858-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SUBSTITUTION AND PERMISSION TO FILE AN AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15**

Plaintiff, Sally Vander Groef, by and through her counsel, files this Unopposed Motion for Permission for Approval of Substitution and Permission to File an Amended Complaint and avers as follows:

1. Plaintiffs in the above-captioned matter are Chris Vander Groef and Sally Vander Groef, his wife.

2. The original Complaint filed in the above-captioned matter was filed to Civil Action 19-cv-19588 in the United States District Court for the District Court of New Jersey on October 31, 2019.

3. Plaintiffs' Complaint originally alleged a personal injury claim for non-Hodgkin's lymphoma (NHL) suffered by Plaintiff, Chris Vander Groef due to exposure to a weed killer known as Roundup which was manufactured by Defendant, Monsanto Company.

4. The original Complaint in the above-captioned matter was properly served on the Defendant on or about November 4, 2019.

5. Subsequent to the filing and service of the original Complaint, the above-captioned case was transferred to the multi-district litigation pending in the United States District Court for the Northern District of California on November 27, 2019 and assigned to Judge Vince Chhabria.

6. On April 2, 2021, Plaintiff, Chris Vander Groef contracted Covid-19 and died as a result, with his NHL being a significant condition contributing to his death. A copy of the Death Certificate is attached hereto as Exhibit "A."

7. On May 7, 2021, Plaintiff, Sally Vander Groef, who is also a Plaintiff in the above-captioned matter, was appointed Executrix of the Estate of Chris Vander Groef by the Register of Wills, Sussex County, New Jersey. A copy of the Short Certificate is attached hereto as Exhibit "B."

8. Plaintiff, Sally Vander Groef respectfully requests to be substituted for Plaintiff, Chris Vander Groef, deceased, as Executrix of the Estate of Chris Vander Groef, and requests permission to file an Amended Complaint to allege a wrongful death and survival action as a result of her husband's death.

9. A copy of the proposed Amended Complaint prepared for filing is attached hereto as Exhibit "C."

10. Defendant, by and through counsel, has reviewed this Motion for Approval of Substitution and Permission to File an Amended Complaint and does not oppose the Motion.

WHEREFORE, Plaintiffs respectfully request approval of the substitution of Sally Vander Groef, Executrix of the Estate of Chris Vander Groef, deceased, for Plaintiff Chris Vander Groef and permission to file the Amended Complaint to allege the wrongful death and survival action.

Respectfully submitted,

**LABLETTA & WALTERS LLC**

*/s/ Christian P. LaBletta*
**CHRISTIAN P. LABLETTA, ESQ.**
Attorneys for Plaintiffs
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 828-3339

Dated:   June 23, 2021