# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ROUNDUP PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>Chris Vander Groef and Sally Vander Groef<br>v. Monsanto Co.,<br>Case No. 3:19-cv-07858-VC | :<br>:<br>:<br>:<br>: MDL No. 2741<br>: Case No. 3:16-md-02741-VC<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW THIS ___ day of _____, ____, the Plaintiffs' Unopposed Motion for Approval of Substitution and Permission to File an Amended Complaint to allege a wrongful death and survival claim, is hereby granted, the substitution of Sally Vander Groef as Executrix of the Estate of Chris Vander Groef, deceased, is hereby approved and it is hereby ordered that Plaintiff has permission to file the Amended Complaint for the purposes stated.

_____

J.