# Exhibit "A"

STATE OF NEW JERSEY

B0011060186



# NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20210023194

1a. Legal Name of Decedent (First, Middle, Last, Suffix): **Chris Nicholas VanderGroef**
1b. Also Known As (AKA), If Any: 
LIMB ONLY: ☐

2. Sex: Male
3. Social Security Number: 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
4a. Age: 59 Years
5. Date of Birth (Mo/Day/Yr): 05/04/1961
6. Birthplace (City & State/Foreign Country): Sussex, New Jersey
7a. Residence-State: New Jersey
7b. County: Sussex
7c. Municipality/City: Wantage Township
7d. Street and Number: 139 Holland Road
7e. Apt No.:
7f. Zip Code: 07461
7g. Inside City Limits?: Yes
8a. Ever in US Armed Forces?: No
8b. If Yes, Name of War:
8c. War Service Dates (From/To):
9. Domestic Status at Time of Death: Married
10. Name of Surviving Spouse/Partner (Name given at birth or on birth certificate): Sally Dunn
11. Father's Name (First, Middle, Last): Case VanderGroef
12. Mother's Name Prior to First Marriage (First, Middle, Last): Evelyn Sytsema
13a. Name of Informant: Sally VanderGroef
13b. Relationship to Decedent: Spouse
13c. Mailing Address: 139 Holland Road, Sussex, NJ 07461
14. Method of Disposition: Cremation
15. Place of Disposition: East Ridgelawn Crematory
16. Location- City & State/Foreign Country: Clifton City, New Jersey
17. Name and Complete Address of Funeral Facility: Ferguson Funeral Home, PO Box 366 27 Third St, Sussex, NJ 07461-0366
18. Electronic Signature of Funeral Director: *Donald E Brossman, Jr.*
19. NJ License Number: 23JP00396000
20. Decedent Education: High school graduate or GED completed
21. Decedent of Hispanic Origin?: Not Spanish / Hispanic / Latino
22. Decedent Race: White
23. Occupation of Decedent (Type of work done most of life, even if retired): Excavator/Owner/Operator
24. Kind of Business/Industry: Construction
25. Name and Address of Last Employer: Wantage Excavating, Wantage, NJ 07461
26. Date Pronounced Dead (Mo/Day/Yr): 04/02/2021
27. Time Pronounced Dead (24-hr): 2045
28. Name of Person Pronouncing Death: GERALYN PONZIO
29. License Number: 25MA07671800
30. Date Signed (Mo/Day/Yr): 04/02/2021
31. Date of Death (Mo/Day/Yr): 04/02/2021
32. Time of Death (24-hr): 1935
33. Was Medical Examiner Contacted?: No
34. Place of Death: Hospital: Inpatient
35a. Facility Name (If not institution, give street and number): Newton Memorial Hospital
35b. Municipality: Newton Town
35c. County: Sussex

**CAUSE OF DEATH:**
36a. PART I - IMMEDIATE CAUSE - final disease or condition resulting in death. Subsequently list conditions, if any, leading to the cause listed on Line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

| | Interval Between Onset and Death |
|---|---|
| Immediate Cause a. Ventricular tachycardia | 1 hours |
| Due to (or as a consequence of): b. Acute hypoxic respiratory failure | 5 days |
| Due to (or as a consequence of): c. COVID-19 | 4 weeks |
| Due to (or as a consequence of): d. | |

36b. PART II - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.: lymphoma, cardiomyopathy, pulm htn
37. Was an Autopsy Performed?: No
38. Were Autopsy Findings Available to Complete Cause of Death?: Not Applicable

39. Date of Injury (Mo/Day/Yr):
40. Time of Injury (24-hr):
41. Place of Injury (e.g. home, construction site, restaurant):
42. Injury at work?:
43a. Location of Injury (Number and Street, Zip Code):
43b. Municipality:
43c. County:
43d. State:
44. Describe How Injury Occurred:
45. If Transportation Injury:

Record Contains Amendment: ☐

46. Manner of Death: Natural
47. Did Decedent Have Diabetes?: Unknown
48. Did Tobacco Use Contribute to Death?: Unknown
49. If Female, Pregnancy State: Not applicable
50. Certifier Type: Pronouncer and Certifier
51. Name, Address, and Zip Code of Certifier: GERALYN MICHELLE PONZIO, M.D. NEWTON MEMORIAL HOSPITAL 175 HIGH STREET, NEWTON, NJ 07860
52. Electronic Signature of Certifier: GERALYN MICHELLE PONZIO
53. License Number: 25MA07671800
54. Date Certified (Mo/Day/Yr): 04/02/2021
55. Electronic Signature of Local Registrar: *Melissa Morales*
56. District No.: V1984
57. Date Received: 04/05/2021
Case ID Number: 2279812

**DATE ISSUED:** April 05, 2021
**ISSUED BY:** Sussex Borough
**Melissa Morales, Deputy Registrar**

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

*Vincent T. Arrisi*
Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



REG-42B
JUN 14



THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY
THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD: VOID IF ALTERED
https://edrs.nj.gov/ears/load_longformDCPrint.do?formType=ofoEarsLongformWC_30&longformWC_02id=... 4/5/2021