## CERTIFICATE OF SERVICE

I, CHRISTIAN P. LABLETTA, ESQUIRE, certify that on this date the foregoing Plaintiffs' Motion for Approval of Substitution and for Permission to File an Amended Complaint Pursuant to F.R.C.P. 15 was filed electronically and served electronically through theCM/ECF system.

                                                Respectfully submitted,

                                                **LABLETTA & WALTERS LLC**

                                                */s/ Christian P. LaBletta*
                                                **CHRISTIAN P. LABLETTA, ESQ.**
                                                **MARK J. WALTERS, ESQ.**
                                                Attorneys for Plaintiffs
                                                200 Barr Harbor Drive, Suite 400
                                                Conshohocken, PA 19428
                                                (610) 828-3339

Dated:  June 23, 2021