Wes S. Larsen, ISB No. 9134
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208)-664-1684
wes@jvwlaw.net

*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *John V. Ramuno and Patricia Ramuno, individually and as husband and wife, v. Monsanto Co.*, Case No. 3:20-cv-03732-VC | |

### NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF JOHN V. RAMUNO

PLEASE TAKE NOTICE that one of the Plaintiffs in the above-captioned matter, John V. Ramuno, is believed to have died on August 19, 2020. A copy of Plaintiff's redacted Certificate of Death is attached hereto as *Exhibit A*.

Mr. Ramuno's surviving spouse, consortium Plaintiff Patricia Ramuno, has been appointed as the administrator of the Decedent's Estate. The undersigned counsel will file a separate motion to substitute party-plaintiff.

NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF JOHN V. RAMUNO - Page 1

Dated: June 24, 2021.

**JAMES, VERNON & WEEKS, P.A.**

By: /s/Wes S. Larsen_____
Wes S. Larsen
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Wes S. Larsen_____
Wes S. Larsen