# EXHIBIT A

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052020196893
LOCAL REGISTRATION NUMBER: 3202033012900

| Field | Value |
|---|---|
| 1. Name of Decedent — First | JOHN |
| 2. Middle | VINCENT |
| 3. Last (Family) | RAMUNO |
| 4. Date of Birth | [redacted] 1948 |
| 5. Age | 72 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | MA |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 08/19/2020 |
| 8. Hour | 0350 |
| 13. Education | SOME COLLEGE |
| 14/15. Hispanic/Latino? | NO |
| 16. Race | CAUCASIAN |
| 17. Usual Occupation | LANDSCAPER |
| 18. Kind of Business/Industry | LANDSCAPING |
| 19. Years in Occupation | 20 |
| 21. City | HEMET |
| 22. County/Province | RIVERSIDE |
| 23. Zip Code | 92545 |
| 24. Years in County | 0 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | PATRICIA RAMUNO, SPOUSE |
| 27. Informant's Mailing Address | HEMET, CA 92545 |
| 28. Name of Surviving Spouse — First | PATRICIA |
| 29. Middle | JEAN |
| 30. Last (Birth Name) | REID |
| 31. Name of Father/Parent — First | JOHN |
| 32. Middle | CHARLES |
| 33. Last | RAMUNO |
| 34. Birth State | MA |
| 35. Name of Mother/Parent — First | RUTH |
| 36. Middle | ESTHER |
| 37. Last (Birth Name) | BERADINO |
| 38. Birth State | MA |
| 39. Disposition Date | 09/02/2020 |
| 40. Place of Final Disposition | RES. OF PATRICIA RAMUNO, HEMET, CA 92545 |
| 41. Type of Disposition | CR/RES |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | CORTNER CHAPEL |
| 45. License Number | FD314 |
| 46. Signature of Local Registrar | CAMERON KAISER, MD |
| 47. Date | 09/02/2020 |
| 101. Place of Death | LOMA LINDA UNIVERSITY MED CTR – MURRIETA |
| 102. If Hospital, Specify | IP |
| 104. County | RIVERSIDE |
| 105. Facility Address | 28062 BAXTER ROAD |
| 106. City | MURRIETA |

**107. Cause of Death**
- Immediate Cause (A): PNEUMONIA — DAYS
- (B): SEPTIC SHOCK — DAYS
- (C): MULTIPLE MYELOMA — YRS

108. Death Reported to Coroner? NO
109. Biopsy Performed? NO
110. Autopsy Performed? NO
111. Used in Determining Cause? NO

112. Other Significant Conditions: NONE
113. Was Operation Performed: NONE

115. Signature and Title of Certifier: MATTHEW YAROSLAV KUSHNIR M.D.
116. License Number: A136439
117. Date: 09/01/2020
118. Type Attending Physician's Name, Mailing Address: MATTHEW YAROSLAV KUSHNIR M.D., 3626 RUFFIN RD, SAN DIEGO, CA 92123

A) Decedent Attended Since: 08/17/2020
B) Decedent Last Seen Alive: 08/19/2020

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*001847311*

DATE ISSUED: Sep 11 2020




Dr. Cameron Kaiser, M.D.