# EXHIBIT 1

CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE

### RIVERSIDE, CALIFORNIA

3052020196893

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

3202033012900

LOCAL REGISTRATION NUMBER

STATE FILE NUMBER

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| JOHN | VINCENT | RAMUNO |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)
MA

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE YRS. | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| 1948 | 72 | | | M |

| 6. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP* at Time of Death | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR 24 Hours |
|---|---|---|---|---|---|
| MA | | YES [X] NO [ ] UNK | MARRIED | 08/19/2020 | 0350 |

| 13. EDUCATION – Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO(a)/SPANISH? If yes, see worksheet on back | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| SOME COLLEGE | YES [ ] [X] NO | CAUCASIAN |

| 17. USUAL OCCUPATION – Type of work for most of life, DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| LANDSCAPER | LANDSCAPING | 20 |

20. DECEDENT'S RESIDENCE (Street and number, or location)

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| HEMET | RIVERSIDE | 92545 | 0 | CA |

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| PATRICIA RAMUNO, SPOUSE | HEMET, CA 92545 |

| 28. NAME OF SURVIVING SPOUSE/SRDP*—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| PATRICIA | JEAN | REID |

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| JOHN | CHARLES | RAMUNO | MA |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| RUTH | ESTHER | BERADINO | MA |

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 09/02/2020 | RES. OF PATRICIA RAMUNO   HEMET, CA 92545 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CR/RES | ▶ NOT EMBALMED | - |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| CORTNER CHAPEL | FD314 | ▶ CAMERON KAISER, MD | 09/02/2020 |

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| LOMA LINDA UNIVERSITY MED CTR - MURRIETA | [X] IP  [ ] ER/OP  [ ] DOA | [ ] Hospice  [ ] Nursing Home/LTC  [ ] Decedent's Home  [ ] Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| RIVERSIDE | 28062 BAXTER ROAD | MURRIETA |

| 107. CAUSE OF DEATH | Enter the chain of events – diseases, injuries, or complications – that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → (A) PNEUMONIA | | DAYS | [ ] YES  [X] NO   REFERRAL NUMBER |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST → (B) SEPTIC SHOCK | | DAYS | 109. BIOPSY PERFORMED?  [ ] YES  [X] NO |
| (C) MULTIPLE MYELOMA | | YRS | 110. AUTOPSY PERFORMED?  [ ] YES  [X] NO |
| (D) | | | 111. USED IN DETERMINING CAUSE?  [ ] YES  [ ] NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NONE | [ ] YES  [ ] NO  [ ] Unk |

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since (A) mm/dd/ccyy 08/17/2020  Decedent Last Seen Alive (B) mm/dd/ccyy 08/19/2020 | ▶ MATTHEW YAROSLAV KUSHNIR M.D. | A136439 | 09/01/2020 |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|
| MATTHEW YAROSLAV KUSHNIR M.D.   3626 RUFFIN RD, SAN DIEGO, CA 92123 |

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR 24 Hours |
|---|---|---|---|
| MANNER OF DEATH: [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined | [ ] YES [ ] NO [ ] UNK | | |

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ | | |

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | *010001004647584* | | |

CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.



DATE ISSUED **Sep 11 2020**

Dr. Cameron Kaiser, M.D.

*001847311*