# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *John V. Ramuno and Patricia Ramuno, individually and as husband and wife, v. Monsanto Co.*, Case No. 3:20-cv-03732-VC | |

## **ORDER**

Considering the foregoing Motion to Substitute Party-Plaintiff and exhibits:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party-Plaintiff is hereby GRANTED, and that Patricia Ramuno, as Administrator of the Estate of her deceased husband, John V. Ramuno, be substituted as the proper Party-Plaintiff herein.

Dated: _____

_____
The Honorable _____
UNITED STATES DISTRICT JUDGE