UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § § § |
| This document relates to: | § MDL NO. 2741 § |
| Bradley Koen v. Monsanto Co. Case No. 3:20-cv-03074-VC | § CASE NO. 3:16-md-02741-VC § § |

**ORDER**

BEFORE THE COURT is Plaintiff's Unopposed Motion to Withdraw as Counsel. The Court having read and considered the Motion finds that the Motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Motion is granted and that Rebecca R. Webber is no longer counsel of record for Plaintiff in this matter.

SIGNED AND ENTERED this _____ day of _____ 2021.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE