Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Judge Vince Chhabria |
| Richard Garrison | Case No.: 3:19-cv-00280-VC |
| v. | |
| Monsanto Company. | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW the Executor for the Estate of Richard Garrison, Graham Arthur Garrison, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure 15, hereby requests leave to file an Amended Complaint:

1. The Original Complaint filed in the above captioned matter was filed on November 1, 2018, in the United States District Court for the Southern District of Ohio.

2. Subsequent to the filing and service of the original Complaint, the above-captioned case was transferred to the multi-district litigation pending in the United States District Court for the Northern District of California and assigned to Judge Vince Chhabria.

3. Graham Arthur Garrison has been appointed Executor of the Estate of Richard Garrison. Exhibit A.

4. Plaintiff, Richard Garrison, passed away on July 30, 2019, per the Suggestion of Death filed on June 1, 2020, on the master docket case number, and filed on June 14, 2021, on

1

the individual case docket, to ensure compliance with the Court's MDL Order 1.

5.     Through counsel, Executor Graham Arthur Garrison filed a Motion to Substitute Party on June 25, 2020, on the master docket case number, and filed on June 14, 2021, on the individual case docket, to ensure compliance with the Court's MDL Order 1. This Motion is still pending.

6.     As Executor of the Estate of Richard Garrison, Graham Arthur Garrison, has the capacity to proceed forward with the surviving claims on behalf of Richard Garrison and for claims for wrongful death.

7.     Richard Garrison's claims of his Complaint survive his death pursuant to Ohio Rev. Code. 23055.21.

8.     Graham Arthur Garrison has retained the firm of Wright & Schulte, LLC to continue the surviving claims of Richard Garrison.

9.     No party will be prejudiced by this amendment, nor will it delay the case, and it serves the needs of justice.

10.    The Proposed Amended Complaint is Exhibit B.

11.    Wherefore, Executor Graham Arthur Garrison respectfully requests approval to file the Amended Complaint to allege wrongful death and survival of his previously filed claims.

Dated: June 24, 2021

Respectfully submitted,

/s/  Richard W. Schulte
Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
(Pro hac vice)
*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I, Richard W. Schulte, hereby certify that on June 24, 2021, the foregoing document was served via the Court's CM/ECF system, which will automatically serve and send e-mail notification of the filing to all registered attorneys of record.

/s/ Richard W. Schulte
Richard W. Schulte
