UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Donnie Leon Powell v. Monsanto Company*<br>Case No. 3:20-cv-05623-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |

**WAVE 3 PLAINTIFF DONNIE POWELL'S
UNOPPOSED EMERGENCY MOTION FOR LEAVE TO
EXTEND TIME TO FILE EXPERT REPORTS**

TO THE HONORABLE JUDGE CHABRIA:

Plaintiff Donnie Leon Powell ("Plaintiff") is a Wave 3 Plaintiff and hereby requests that the Court grant Plaintiff and Monsanto Company ("Defendant") a thirty (30) day extension to produce their respective expert reports in this matter. Plaintiff's current expert designation is June 29, 2021, and Defendant's deadline is August 6, 2021. Plaintiff's respectfully requests that these expert report deadlines be extended 30 days for Plaintiff, and 30 days for Defendant.

The reason for the requested extension is that lead counsel for the undersigned Plaintiff has recently finalized the settlement of a state-court MDL proceeding as part of a comprehensive bankruptcy settlement involving a major energy company numerous individual landowner Plaintiffs. *See In re Eagle Ford Royalty Lit MDL Plaintiffs v. Chesapeake En. Expl., et al.*, No. 20-03467 (S.D. Bankr. 2021) [Dkt 10] (related to *In re: Chesapeake En. Corp.*, No.

20-33233 (S.D. Bankr. 2021). Those MDL settlement discussions and the finalization of the dismissals was all consuming over the last several months and has delayed the completions of expert reports in this matter.

Plaintiff has complied with all MDL deadlines and requirements, including proving fact sheets, participating in numerous depositions and the exchange of thousands of pages of medical records and discovery requests.

Plaintiff has conferred with Defendant regarding this extension of expert report deadlines, and Defendant is unopposed.

This extension is not sought for the purposes of delay only but so that justice may be done.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF prays that the Court GRANT Plaintiff's Unopposed Motion for Leave to Extend Time to File Expert Reports.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@circelliwalterlaw.com
Kelli L. Walter
State Bar No. 24074576
kwalter@circelliwalterlaw.com
**CIRCELLI & WALTER, PLLC**
500 E. 4th Street, Suite 250
Fort Worth, Texas 76102
(817) 697-4942 telephone
(817) 697-4944 facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned counsel conferred with counsel for Defendant. Defendant indicated it was not opposed to the relief requested herein.

*/s/ Vincent P. Circelli*
Vincent P. Circelli

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on June 25, 2021 in manner described below:

*via e-serve*
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Eric G. Lasker
elasker@hollingsworthllp.com
jsmither@zflawfirm.com

**HOLLINGSWORTH LLP**
1350 I Street, N. W.
Washington, DC 20005
Telephone:     (202) 898-5800
Facsimile:     (202) 682-1639

*/s/ Vincent P. Circelli*
Vincent P. Circelli