1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   IN RE: ROUNDUP PRODUCTS LIABILITY          MDL No. 2741
8   LITIGATION
                                                Case No. MDL No. 3:16-md-02741-VC
9
10
11  This document relates to:
12
13  *Donnie Leon Powell v. Monsanto Company*
    Case No. 3:20-cv-05623-VC
14
15
16         **ORDER GRANTING PLAINTIFF'S EMERGENCY UNOPPOSED MOTION
17         FOR LEAVE TO EXTEND TIME TO FILE EXPERT REPORTS**
18
19     On this day, the Court considered Plaintiff's Emergency Unopposed Motion for Leave to
20  Extend Time to File Expert Reports. Having considered the unopposed motion and arguments of
21  counsel, the Court finds that the motion should be **GRANTED**.
22     **IT IS THEREFORE ORDERED** that Plaintiff's Emergency Unopposed Motion for
23  Leave to Extend Time to File Expert Reports is **GRANTED**.
24
25  SIGNED on this _____ day of June, 2021.
26
27                                              _____
28                                              JUDGE PRESIDING

                                    Page **1** of **1**