UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER RE MOTION TO EXTEND TIME TO FILE EXPERT REPORTS** |
| *Donnie Leon Powell v. Monsanto Co.* Case No. 3:20-cv-05623 | Re: Dkt. No. 13200 |

The Court is tentatively inclined to grant Powell a 10-day extension, until July 9, 2021, to file expert reports, while keeping Monsanto's deadline on August 6, 2021. If Monsanto opposes this resolution, it is directed to file an opposition brief of no more than one, double-spaced page by tomorrow, June 29, at 5:00 pm.

Powell is directed to file its motion for an extension of time on the member case docket by no later than close of business on Wednesday, June 30. The motion was improperly filed only on the main MDL case docket. Counsel for the plaintiff should review Pretrial Order No. 1 in the main MDL, which includes this requirement.

**IT IS SO ORDERED.**

Dated: June 28, 2021

_____
VINCE CHHABRIA
United States District Judge