Adrian N. Roe (*pro hac vice*)
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
412-434-8187
aroe@roeandsimonllc.com

Counsel for Plaintiffs David Schaffner, Jr.,
and Theresa Sue Schaffner

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2741 |
| | ) | Case No. 3:16-md-02741-VC |
| This document relates to: | ) ) ) | |
| *David Schaffner, Jr. et al. v. Monsanto Co.,* Case No. 3:19-cv-07526-VC | ) ) ) ) | |

**SCHAFFNER PLAINTIFFS'**
**NOTICE OF SERVICE OF EXPERT DISCLOSURES**

PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 12197), Plaintiffs David Schaffner, Jr. and Theresa Sue Schaffner have served Plaintiffs' specific causation expert disclosures on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures to the following: Anthony R. Martinez, amartinez@shb.com and John Sherk, jsherk@shb.com.

The Schaffner Plaintiffs further incorporate by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, and 3 and reserve the right

to call the author of any such report as an expert witness at trial.

                                                  Respectfully submitted,

Dated:  June 28, 2021                          s/Adrian N. Roe

                                                  *Appearing Pro Hac Vice Per*
                                                  *Pretrial Order No. 1*

                                                  Pa. Bar No. 61391
                                                  Roe & Simon LLC
                                                  428 Boulevard of the Allies
                                                  First Floor
                                                  Pittsburgh, PA
                                                  412-434-8187
                                                  aroe@roeandsimonllc.com

## **CERTIFICATE OF SERVICE**

I certify that, on this 28th day of June 2021, I filed the foregoing Schaffner Plaintiffs' Notice Of Service Of Expert Disclosures with the Clerk of Courts by means of the Court's electronic filing system, which will send notification of this filing to all counsel of record in this proceeding.

s/Adrian N. Roe