UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |

_____

This document relates to:

| | |
|---|---|
| *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG* Case No. 3:20-cv-024727-VC | **[PROPOSED] ORDER RE: GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REOVE CASE FROM WAVE III** |

AND NOW, PURSUANT TO STIPULATION IT SO ORDERED, *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased and Troy Scheh, v. Monsanto Company and Bayer AG,* No. 3:20-cv-024727-VC is hereby removed from the Wave III case list.

Date: _____     _____
HONORABLE VINCE CHHABRIA
United States District Judge

**STIPULATION TO REMOVE THIS CASE FROM THE WAVE III LIST**