# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| This document relates to: | Case No. 16-md-02741-VC |
| *Stanley Batts v. Monsanto Company.*<br>Case No. 3:20-cv-05939-VC | |

## NOTICE OF ERRATA TO PLAINTIFF'S SUGGESTION OF DEATH AND UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY

**TO THE COURT AND TO COUNSEL OF RECORD FOR ALL PARTIES:**

PLEASE TAKE NOTICE THAT Plaintiff Stanley Batts hereby respectfully submits this notice of errata and correction as follows:

On June 2, 2021, Plaintiff filed their "Suggestion of Death and Unopposed Motion to Substitute Proper Party" and, due to an oversight, used the previous court case number rather than the MDL case number. A corrected version of the "Suggestion of Death and Unopposed Motion to Substitute Proper Party" and "Proposed Order" are attached hereto as Exhibit A.

Date: June 28, 2021

Respectfully submitted,

**HEYGOOD, ORR & PEARSON**
/s/ *Charles W. Miller*
Charles W. Miller
Texas Bar No. 24007677
6363 N. State Highway 161, Ste. 450
Irving, Texas 75038
charles@hop-law.com
(214) 237-9001 telephone
(214) 237-9002 facsimile

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Stanley Batts v. Monsanto Company.*<br>**Case No. 3:20-cv-05939-VC** | MDL NO. 2741<br><br>Case No. 16-md-02741-VC |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6363 North State Highway 161, Suite 450, Irving, Texas 75038.

I am not a party to the above-entitled action. I have caused service of
**NOTICE OF ERRATA TO PLAINTIFF'S SUGGESTION OF DEATH AND UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY**

on all counsel by electronically filing the foregoing with the Clerk of the court using its CM/ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2021.

Kay Perry, paralegal