MOLL LAW GROUP
Ken Moll
Rebecca Fredona
Fatima Abuzerr
T: (312) 462-1700
info@molllawgroup.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MASTER FILE NO. 3:16-MD-02741** <br> **MDL NO. 2741** |
| **THIS DOCUMENT RELATES TO:** <br> *Ricky Smith v. Monsanto Company*, <br> **Case No:** 3:19-cv-02168-VC | **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES** |

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES

PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 12197), Plaintiff Ricky Smith has served Plaintiff's specific causation expert disclosures on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures to the following:

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1530 I. Street, N.W.
Washington, DC 20005
P:(202)898-5800
F:(202)682-1639
Jhollingsworth@hollingsworthllp.com

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Tamarra Mathhews Johnson

tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru
rkilaru@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M St., NW, 10th Floor
Washington, DC 20036
P: (202) 847-4030
F: (202) 847-4005

Anthony Rey Martinez
Shook, Hardy and Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
P:(816) 474-6550
amartinez@shb.com

Plaintiff Ricky Smith further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, and 3 and reserve the right to call the author of any such report as an expert witness at trial.

Dated: June 29, 2021

Respectfully submitted,

By: /s/ Rebecca Fredona
Rebecca Fredona
Ken Moll
Fatima Abuzerr
MOLL LAW GROUP
22 W Washington St, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
rfredona@molllawgroup.com
info@molllawgroup.com

**COUNSEL FOR PLAINTIFF**

PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES
3:16-MD-02741 AND CASE NO. 3:19-CV-02168

2

**CERTIFICATE OF SERVICE**

I certify that, on this 29th day of June 2021, I filed the foregoing Plaintiff's Notice Of Service Of Expert Disclosures with the Clerk of Courts by means of the Court's electronic filing system, which will send notification of this filing to all counsel of record in this proceeding.

*/s/ Rebecca Fredona*