HENDLER FLORES LAW PLLC
Scott Hendler
shendler@hendlerlaw.com
901 S. MoPac Expressway, Bldg 1, Suite 300
Austin, Texas 78746
T: (512) 439-3200
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Bradley Koen v. Monsanto Company,*<br><br>**Case No.** 3:20-cv-03074-VC | **MDL No. 2741**<br><br>**Case No. 3:16-md-02741-VC** |

## PLAINTIFF'S NOTICE OF SERVICE OF RULE 26(a)(2)(B) EXPERT DISCLOSURES

PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 12197), Plaintiff Bradley Koen has served Plaintiff's specific causation and economic expert disclosures according to rule 26(a)(2)(B) on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures to the following:

Anthony Rey Martinez
Kirk Marty
Shook, Hardy and Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
P:(816) 474-6550
AMARTINEZ@shb.com
KMARTY@shb.com

Plaintiff Bradley Koen further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, and 3 and reserve the right to call the author of any such report as an expert witness at trial.

Respectfully submitted,

HENDLER FLORES LAW, PLLC

Scott M. Hendler
Texas Bar No. 09445500
shendler@hendlerlaw.com
901 S. MoPac Expressway, Bldg 1, Suite 300
Austin, Texas 78746
Telephone: (512) 439-3200
Facsimile: (512) 439-3201
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served, pursuant to the Federal Rules of Civil Procedure, to all counsel of record on June 29, 2021.

Scott M. Hendler