UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| THIS DOCUMENT RELATES TO | Case No. MDL 3:16-MD-2741-VC |
| Bundy v. Monsanto, Case No. 20-cv-06345-VC / | |

### WAVE 3 PLAINTIFF, ROBERT BUNDY'S MOTION FOR LEAVE TO EXTEND TIME TO FILE EXPERT REPORTS

COMES NOW, Plaintiff, Robert Bundy, by and through his undersigned counsel, and files this Motion to Leave to Extend Time to File Expert Reports, and would state:

In April of this year Plaintiff Robert Bundy filed his Motion to Amend and Remand (D.E. 12999). Shortly thereafter Defendant filed its opposition (D.E. 13051) and Plaintiff filed his Reply (D.E. 13076). Plaintiff has every confidence this Court will grant his meritorious motion and remand this case the Florida Circuit Court. As there is no requirement under Florida state law that experts prepare reports and as Florida state law permits experts to testify in Florida Circuit Courts without the need to draft or issue a report Defendant would request an extension of time to file its expert reports until after this Court rules on its Motion to Remand. Resolving the Remand issue will resolve whether or not Plaintiff even needs to have its experts issue reports and it would serve the interests of justice for it to be resolved first. Should the Court be disinclined to grant this somewhat undefined extension, Plaintiff Robert Bundy request extension until July 30, 2021 in which to file the expert reports.

Plaintiff Robert Bundy has complied with all MDL deadlines and requirements, including proving fact sheets and providing both medical records and requested authorizations.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on __July, 1st__, 2021, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
(941) 366-8100 – Phone
(941) 366-6384 – Fax

_____
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
*Attorneys for Plaintiff, BUNDY*

01358697-1                                    2