IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| **THIS DOCUMENT RELATES TO:**<br><br>*Beverly Bailey,*<br>**Case No.** 3:19-cv-6071<br><br>*Joan Roach*<br>**Case No.** 3:20-cv-0062<br><br>*Ricky Smith*<br>**Case No.** 3:19-cv-2168 | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

## JOINT STIPULATION

1. Plaintiff, Ricky Smith, filed the above captioned case in the Northern District of Illinois alleging his injuries had occurred in the Western District of Texas.

2. Plaintiff, Joan Roach, filed the above captioned case in the Eastern District of Missouri alleging her injuries had occurred in the Southern District of Texas.

3. Plaintiff, Beverly Bailey, filed the above captioned case in the Eastern District of Missouri alleging her injuries had occurred in the Middle District of Pennsylvania.

4. On December 9, 2020, this Court entered Document 12197 which placed the above captioned cases in Wave 3 of MDL No. 2741.

5. In the December 9, 2020 Order, this Court ordered that the parties in Wave 3 are to file a stipulation identifying the governing state law by July 6, 2021, if the applicable state law is undisputed.

6. Undersigned counsel for Monsanto and counsel for Wave 3 Plaintiffs, Joan Roach,

and Ricky Smith, agree and stipulate that the governing state law in the above captioned cases is the law of Texas.

7.  Undersigned counsel for Monsanto and counsel for Wave 3 Plaintiff, Beverly Bailey, agree and stipulate that the governing state law in the above captioned case is the law of Pennsylvania.

DATED: July 1, 2021

Respectfully submitted,

/s/ *Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
rfredona@molllawgroup.com
info@molllawgroup.com

**COUNSEL FOR PLAINTIFFS**

/s/ *Joe Hollingsworth*
Joe Hollingsworth
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 2005
jhollingsworth@hollingsworthllp.com

**COUNSEL FOR DEFENDANT**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filingto the CM/ECF participants registered to receive service in this MDL.

*/s/ Rebecca Fredona*