UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Juan and Delia Garza v. Monsanto Company* Case No. 3:20-cv-06988-VC | Case No. MDL No. 3:16-md-02741=VC |

ORDER GRANTNG PLAINTIFFS' MOTION FOR
LEAVE TO EXTEND TIME TO FILE EXPERT REPORTS

On this day, the Court considered Plaintiffs' Motion for Extension of Time to File Expert Reports. After considering said Motion and any response thereto, the Court is of the opinion said Motion is well-taken, should be, and is in all things GRANTED. It is therefore,

SIGNED _____, 2021.

_____
VINCE CHHABRIA
United States District Judge