UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| | ) |
| | ) Case No. 3:16-md-02741-VC |
| | ) |
| This document relates to: | ) **JOINT STIPULATION** |
| | ) |
| | ) |
| *Vosper v. Monsanto Co., 3:19-cv-05525* | ) |
| | ) |
| | ) |

    1.     Plaintiffs filed the above captioned cases in the Eastern District of Pennsylvania alleging their injuries occurred in the Eastern District of Pennsylvania.

    2.     On December 9, 2020, this Court issued an order stating that the parties in Wave 3 are to file a stipulation identifying the governing state law by July 6, 2021, if the applicable state law is undisputed.

    3.     Undersigned counsel for Monsanto and counsel for Wave III Plaintiffs Ira Vosper et al. agree and stipulate that the governing state law in the above captioned cases is the law of Pennsylvania.

DATED:  July 6, 2021

Respectfully submitted,

*/s/ Christian P. Labletta*
Christian P. Labletta
Mark J. Walters
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tele: 610-828-3339

*Attorneys for Plaintiff*

/s/ *Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

JOINT STIPULATION
3:19-CV-05525

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Christian P. Labletta

- 3 -

JOINT STIPULATION
3:19-CV-05525