**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Christian P. Labletta