**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Carl Savory* Case No. 3:20-cv-02403 | **VINCE CHHABRIA** **U.S. DISTRICT JUDGE** |
| *Beth Spector* Case No. 3:20-cv-05532 | |
| *Troy Wilson Thomas* Case No. 2:20-cv-0443 | |

## JOINT STIPULATION

1. Plaintiff, Carl Savory, filed the above captioned case in the Eastern District of Pennsylvania alleging his injuries had occurred in the Eastern District of Pennsylvania.

2. Plaintiff, Beth Spector, filed the above captioned case in the Eastern District of Pennsylvania alleging her injuries had occurred in the Eastern District of Pennsylvania.

3. Plaintiff, Troy Wilson Thomas, filed the above captioned case in the Eastern District of Pennsylvania alleging his injuries had occurred in the District of Nevada.

4. On December 9, 2020, this Court entered Document 12197 which placed the above captioned cases in Wave 3 of MDL No. 2741.

5. In the December 9, 2020 Order, this Court ordered that the parties in Wave 3 are to file a stipulation identifying the governing state law by July 6, 2021, if the applicable state law is undisputed.

6. Undersigned counsel for Monsanto and counsel for Wave 3 Plaintiffs, Carl Savory and Beth Spector, agree and stipulate that the governing state law in the above captioned cases is the law of Pennsylvania.

7. Undersigned counsel for Monsanto and counsel for Wave 3 Plaintiff, Troy Wilson Thomas, agree and stipulate that the governing state law in the above captioned case is the law of Nevada.

DATED:   July 6, 2021

Respectfully submitted,

/s/ Jarad L. Silverstein

Jarad L. Silverstein, Esquire
**WAPNER NEWMAN BRECHER & MILLER, P.C.**
2000 Market Street, Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Fax:     (215) 569-4621
Email: jsilverstein@wapnernewman.com

COUNSEL FOR PLAINTIFFS

/s/ Anthony R. Martinez

Anthony R. Martinez, Esquire
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 559-2683
Email: amartinez@shb.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jarad L. Silverstein