UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Carroll v. Monsanto Co., 3:20-cv-07216* | ) <br> ) MDL No. 2741 <br> ) <br> ) Case No. 3:16-md-02741-VC <br> ) <br> ) **JOINT STIPULATION** <br> ) <br> ) <br> ) <br> ) <br> ) |

    1.    Plaintiff filed the above captioned cases in the Eastern District of Texas alleging his injuries occurred in the Eastern District of Texas.

    2.    On December 9, 2020, this Court issued an order stating that the parties in Wave 3 are to file a stipulation identifying the governing state law by July 6, 2021, if the applicable state law is undisputed.

    3.    Undersigned counsel for Monsanto and counsel for Wave III Plaintiff Raymond Carroll agree and stipulate that the governing state law in the above captioned cases is the law of Texas.

DATED: July 6, 2021

Respectfully submitted,

*/s/ John C. Enochs*_____
John C. Enochs
Betsy Barnes
Morris Bart LLC
601 Poydras Street, 24th Floor
New Orleans LA 70130
P: (504) 525-8000
F: (833) 277-4214
Jenochs@morrisbart.com
bbarnes@morrisbart.com

*Attorneys for Plaintiff*

*/s/ Anthony Martinez*_____
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ John C. Enochs*