UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | Case No. 3:20-cv-01277 |
| Otis Lindell Chapman and Kim Chapman | **JOINT STIPULATION** |
| v. | |
| Monsanto, Co. | |

1. Plaintiffs filed the above captioned cases in the Southern District of Texas alleging their injuries occurred in the Southern District of Texas

2. On December 9, 2020, this Court issued an order stating that the parties in Wave 3 are to file a stipulation identifying the governing state law by July 6, 2021, if the applicable state law is undisputed.

3. Undersigned counsel for Monsanto and counsel for Wave III Plaintiffs Otis and Kim Chapman agree and stipulate that the governing state law in the above captioned cases is the law of Texas.

DATED: July 6, 2021.                                  Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ 010842)
DIAMOND LAW
1700 E. River Road, #65237
Tucson, AZ 85728
Telephone: (520) 497-2672
Fax: (520) 448-4466
ddiamond@diamondlawusa.com

*Attorney for Plaintiffs*

---

JOINT STIPULATION – 3:20-cv-01277

/s/ *Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on July 6, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *David J. Diamond*
David J. Diamond

JOINT STIPULATION – 3:20-cv-01277