Adrian N. Roe (*pro hac vice*)
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
412-434-8187
aroe@roeandsimonllc.com

Counsel for Plaintiffs David Schaffner, Jr.,
and Theresa Sue Schaffner

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This document relates to: ) ) *David Schaffner, Jr., et al. v. Monsanto Co.,* ) Case No. 3:19-cv-07526-VC ) ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**STIPULATION REGARDING CHOICE OF LAW**

The parties, by their undersigned counsel, stipulate and agree that this action is governed by the substantive law of the state of Pennsylvania.

Respectfully submitted,

Dated: July 6, 2021

s/Adrian N. Roe

*Appearing Pro Hac Vice Per Pretrial Order No. 1*
Pa. Bar No. 61391
Roe & Simon LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA
412-434-8187
aroe@roeandsimonllc.com

Counsel for Plaintiffs

s/Anthony R. Martinez
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

Counsel for Defendant
Monsanto Corporation

**CERTIFICATE OF SERVICE**

I certify that, on this 6th day of July 2021, I electronically served the foregoing Stipulation Regarding Choice of Law on counsel for Defendant Monsanto Corporation by means of an email addressed to Anthony R. Martinez, amartinez@shb.com.

s/Adrian N. Roe