UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL - 2741<br>Case No. 3:20-cv-03074-VC<br><br>**PLAINTIFF'S PROPOSED ORDER TO APPLY MISSOURI AND TEXAS LAW**<br><br>Judge: Vince Chhabria |
| This document relates to:<br><br>Bradley Koen v. Monsanto Co.<br>Case No. 3:20-cv-03074-VC | |

    On this day, the Court has considered the Parties' Joint Letter Brief Re Applicable State Law and reviewed arguments from Plaintiff and from Defendant. After reviewing the Joint Letter Brief, as well as the record, the Court is of the opinion that Texas law should apply to negligence and compensatory damages and Missouri law should govern the issue of punitive damages.

    IT IS THEREFORE ORDERED that Missouri law will be applied to the issue of punitive damages, and Texas law will be applied to the remaining issues, including negligence and compensatory damages.

Dated: _____

    _____
    The Honorable Vince Chhabria
    United States District Judge

PLAINTIFF'S PROPOSED ORDER - 1