UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Bradley Koen v. Monsanto Co.<br>Case No. 3:20-cv-03074-VC | ) ) ) ) ) ) ) ) ) ) ) | MDL - 2741<br>Case No. 3:20-cv-03074-VC<br><br>**DEFENDANT'S PROPOSED ORDER TO APPLY TEXAS LAW**<br><br>Judge: Vince Chhabria |

  On this day, the Court has considered the Parties' Joint Letter Brief Re Applicable State Law and reviewed arguments from Plaintiff and from Defendant. After reviewing the Joint Letter Brief, as well as the record, the Court is of the opinion that the governing state law in the above-captioned case is the law of Texas.

  IT IS THEREFORE ORDERED that Texas law will be applied all the issues in the case.

Dated: _____

                   _____
                   The Honorable Vince Chhabria
                   United States District Judge