1

2                          UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5  IN RE: ROUNDUP PRODUCTS                )  MDL No. 2741
   LIABILITY LITIGATION                    )
6  _____        )  Case No. 3:16-md-02741-VC
                                           )
7  This document relates to:               )  **JOINT STIPULATION**
                                           )
8                                          )
                                           )
9  *Schroeder v. Monsanto Co., 3:20-cv-06126*  )
                                           )
10 _____        )

11

12

13         1.      Plaintiff filed the above captioned cases in the Court of Common Pleas of

14 Philadelphia County alleging his injuries occurred in the Eastern District of Pennsylvania. On

15 August 3, 2020, Monsanto removed that case to the Eastern District of Pennsylvania.

16         2.      On December 9, 2020, this Court issued an order stating that the parties in Wave 3

17 are to file a stipulation identifying the governing state law by July 6, 2021, if the applicable state

18 law is undisputed.

19         3.      Undersigned counsel for Monsanto and counsel for Wave III Plaintiff Frederick

20 Schroeder agree and stipulate that the governing state law in the above captioned cases is the law of

21 Pennsylvania.

22

23

24

25

26

27

28

1

2   DATED:  July 6, 2021

3                                      Respectfully submitted,

4                                      */s/ Mark C. Atlee.*
                                       Mark C. Atlee
5                                      Atlee Hall, LLP
                                       415 North Duke Street
6                                      Lancaster, PA 17602
                                       mcatlee@atleehall.com
7

8                                      *Attorneys for Plaintiff*

9                                      */s/ Anthony Martinez*
                                       Anthony R. Martinez
10                                     SHOOK, HARDY & BACON LLP
                                       2555 Grand Blvd
11                                     Kansas City, Missouri 64108
                                       Telephone: (816) 559-2683
12                                     Fax: (816) 421-5547
                                       amartinez@shb.com
13

14                                     *Attorney for Defendant*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Mark C. Atlee.*