UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) ) ) ) |
| *Schroeder v. Monsanto Co., 3:20-cv-06126* | ) ) ) ) |

## ATLEE HALL, LLP WAVE 3 PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME TO FILE EXPERT REPORTS

TO THE HONORABLE JUDGE CHHABRIA:

Plaintiff is Wave 3 Plaintiff and herby requests that the Court grant Plaintiff a thirty day extension to produce its expert reports in this case. Plaintiff's current expert designation was June 29, 2021, and Defendant's expert designation deadline is August 6, 2021. Plaintiff respectfully requests that these expert report deadlines be extended 30 days for Plaintiff, and 30 days for Defendant.

The parties have been diligently working through all aspects of discovery, however, there are still important aspects of discovery that are not complete that contain necessary information for the basis of the parties expert reports. There have been depositions taken of Mr. Schroeder's son, Frederick Schroeder, Jr., as well as one of his treating physicians, Dr. Fuchs at Johns Hopkins. Additional treater depositions may be necessary

Mr. Schroeder alleges to have used this product dating back to 1980 and following his recent death, plaintiff has been working to comply with all discovery requests as it relates to billing and usage records. Understanding, that Mr. Schroeder had a tree nursery and landscaping business for which he was allegedly purchasing this product for decades, it is a large undertaking to uncover all of his billing records. We have provided many years of bills, but are still attempting to obtain further bills. Additionally, there may be other document discovery that is relevant to his alleged use and exposure that we are continuing to try to obtain.

All of this discovery is integral to plaintiffs' potential expert opinions.

Plaintiff has complied with all MDL deadlines and requirements, including providing fact sheets, participating in depositions, and the exchange of medical records and discovery requests.

This extension is not sought for the purposes of delay only but so that justice may be done.

WHEREFORE, Plaintiff moves the Court to extend Plaintiff's deadline to designate experts 30 days, and Defendant's deadline to designate experts 30 days.

Respectfully submitted:

ATLEE HALL, LLP

Dated: 7-12-21

By: _____
Mark C. Atlee, Esquire
Melissa A. Jabour, Esquire
Attorneys for Plaintiff
415 North Duke Street
Lancaster, PA 17602
(717) 393-9596
I.D. No. 204627 & 316076

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to contact opposing counsel regarding the relief requested in this Motion, and-

_____     I was unable to reach opposing counsel.

\_\_X\_\_     Opposing Counsel does not oppose the relief sought in this Motion.

_____     Opposing counsel opposes the relief sought in this Motion.

Mark C. Atlee, Esquire

## CEERTIFICATE OF SERVICE

I herby certify that a true and correct copy of the forgoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on the \_\_12\_\_ day of July, 2021, in the manner described below:

Anthony R. Martinez, Esquire<br>
Shook, Hardy & Bacon, L.L.P.<br>
2555 Grand Blvd.<br>
Kansas City, MO 64108<br>
Telephone: (816) 474-6550<br>
Fax: (816) 421-5547

Mark C. Atlee, Esquire<br>
mcatlee@atleehall.com<br>
PA 204627<br>
Melissa A. Jabour, Esquire<br>
PA 316076<br>
majabour@atleehall.com<br>
Atlee Hall, LLP<br>
415 North Duke Street<br>
Lancaster, PA 17602<br>
(717) 393-9596<br>
Attorney for Plaintiff