UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) ) ) ) |
| *Schroeder v. Monsanto Co., 3:20-cv-06126* | ) ) ) ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME TO FILE EXPERT REPORTS

On this day, the Court considered Plaintiff's Motion for Extension of Time to File Expert Reports. After considering said Motion and any responses thereto, the Court is of the opinion said Motion is well-taken, should be, and is in all things GRANTED. It is therefore,

SIGNED_____, 2021.


_____
Vincent Chhabria
United States District Judge