Tesfaye W. Tsadik
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone (510) 839-3922
Facsimile (510) 844-2781
E-mail:  ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOUM GEBEYEHOU,<br><br>　　　　Plaintiff,<br><br>vs<br><br>MONSANTO COMPANY<br><br>　　　　Defendant | Case No.:  16-md-02741-VC<br><br>3:16-CV-05813 VC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED.** |

　　　Plaintiff hereby respectfully requests that the court continue the deadline set by the court by 90 days to allow the completion of medical lien resolution. Plaintiff's settlement fund has been disbursed on 04-02-2021 and the only outstanding matter for consummation of the settlement is the resolution of the medical lien.

The court in its order filed on 12/23/2020, noting that the parties have resolved the matter, entered a conditional dismissal order. However, the order also granted the parties to reopen the case within 60 days of the order if settlement is not completed. The court has granted continuance previously. The resolution of the medical lien which is part of the settlement reached between the parties, is taking longer than anticipated. It is being handled by the law office of Weitz & Luxenberg, one of the lead counsels in the multidistrict litigation against Monsanto, pending before this court. Plaintiff requests that the court grant an additional 90 days, up to and including October 22, 2021, to complete the third-party medical lien resolution.

Dated:   JULY 15, 2021.                    /s/Tesfaye W. Tsadik
                                           Attorney for plaintiff
                                           SIOUM GEBEYEHOU

*PLAINTIFF'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLMENT IS NOT CONSUMMATED. - 2*