Tesfaye W. Tsadik
Law Offices of Tesfaye W. Tsadik
528 Grand Avenue
Oakland, CA 94610
Telephone (510) 839-3922
Facsimile (510) 844-2781
E-mail: ttsadik@pacbell.net

Attorney for Plaintiff
SIOUM GEBEYEHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOUM GEBEYEHOU,<br><br>　　　　Plaintiff,<br><br>vs<br><br>MONSANTO COMPANY<br><br>　　　　Defendant | Case No.: 16-md-02741-VC;<br><br>3:16-CV-05813 VC<br><br>**DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED.** |

I, Tesfaye Tsadik, declare as follows:

1. I am counsel for plaintiff in this action. I submit this declaration in support Plaintiff's request to extend the deadline for the right to request to reinstate the case if the settlement is not consummated

*DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED. - 1*

by 90 days.  This deadline currently expires on or about July 22, 2021 and an additional extension by 90 days will move the deadline to October 22, 2021.

2. This case was resolved and as a result the court entered its order of conditional dismissal on or about December 23, 2021.  (3:16-cv-05813--Dkt# 25).  The order further provided that the case will be dismissed with prejudice within 60 days from the filing of order if request to reinstate the case is not filed.   Plaintiff requested a sixty days continuance to April 22, 2021 which the court granted. (Id. Dkt#27)

3. The Court further continued this matter to July 22, 2021 to allow the resolution of lien. (Id. Dkt# 29)   Plaintiff now seeks continuance by 90 days to October 22, 2021 because the medical lien resolution is taking longer time than expected.   It is being handled by the law offices, Weitz & Luxenberg, PC, one of the lead counsels in the Roundup litigation pending before this court.  I have not yet received communication regarding the

*DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED. - 2*

resolution of the lien and I believe the office is working to resolve the lien.  This requested extension is necessary to allow resolution of third-party medical lien.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 15th day of July 2021, at Oakland, California

Dated: July 15, 2021                     */s/Tesfaye W. Tsadik*
                                                      Attorney for plaintiff
                                                      SIOUM GEBEYEHOU

*DECLARATION OF TESFAYE TSADIK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED. - 3*