UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. MDL No. 3:16-md-02741-VC<br><br>NOTICE OF SERVICE |
| This document relates to:<br>Bradley Koen v. Monsanto Co.<br><br>Case No. 3:20-cv-03074-VC | |

THE UNDERSIGNED attorney hereby gives notice that **Plaintiff's Response to Defendant Monsanto Company's First Requests for Inspection of Tangible Goods** and **Plaintiff's Response to Defendant Monsanto Company's First Requests to Permit Entry Upon Land or Other Land or Other Property** were served to all counsel of record via electronic mail on July 15, 2021.

Respectfully submitted,

**HENDLER FLORES LAW PLLC**

*/s/ Scott M. Hendler*
Scott M. Hendler
Texas Bar No. 09445500
shendler@hendlerlaw.com
901 S. MoPac Expressway
Bldg. 1, Suite 300
Austin, TX 78746
Tel: (512) 439-3200
Fax: (512) 439-3201

1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed via this Court's CM/ECF system on July 15, 2021 which will serve all counsel of record.

                                          */s/Scott Hendler*
                                          Scott Hendler