**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:       jstubbs@shb.com

*Attorneys for Defendant*
*LOWE'S COMPANIES, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Thomas P. Danielson, et al. v. Monsanto Co.,*<br>*et al.* Case No. 3:21-cv-05301-VC | |

**LOWE'S COMPANIES, INC.'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Lowe's Home Centers, LLC (a wholly owned subsidiary of Lowe's Companies, Inc.) is the proper party for any claims asserted in this lawsuit against Lowe's Companies, Inc. Accordingly, Lowe's Home Centers, LLC has a financial interest in the subject matter in controversy.

DATED: July 16, 2021.                     Respectfully submitted,

                                                        SHOOK, HARDY & BACON L.L.P.

                                                        BY: */s/ Jennise W. Stubbs*
                                                            Jennise W. Stubbs
                                                            600 Travis Street, Suite 3400
                                                            Houston, TX 77002-2926
                                                            Telephone:   (713) 227-8008
                                                            Facsimile:    (713) 227-9508
                                                            Email:        jstubbs@shb.com

                                                   *Attorneys for Defendant*
                                                   *Lowe's Companies, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on the 16th day of July, 2021, I electronically transmitted the foregoing **LOWE'S COMPANIES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                                           */s/ Jennise W. Stubbs*
                                                           Jennise W. Stubbs