**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*PLACERVILLE FRUIT GROWERS INC.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Thomas P. Danielson., et al. v. Monsanto Co. et al.*, Case No. 3:21-cv-05301-VC | |

**PLACERVILLE FRUIT GROWERS INC.'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15(a)(2), the undersigned certifies that Defendant Placerville Fruit Growers Inc. is not aware of any non-party corporations, unincorporated associations, partnerships, or other business entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: July 16, 2021.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
 Jennise W. Stubbs
 600 Travis Street, Suite 3400
 Houston, TX 77002-2926
 Telephone: (713) 227-8008
 Facsimile: (713) 227-9508
 Email:  jstubbs@shb.com

*Attorneys for Defendant*
*PLACERVILLE FRUIT GROWERS INC.*

## CERTIFICATE OF SERVICE

 I certify that on the 16th day of July, 2021, I electronically transmitted the foregoing PLACERVILLE FRUIT GROWERS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

       */s/ Jennise W. Stubbs*
       Jennise W. Stubbs

PLACERVILLE FRUIT GROWERS INC.'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC  & 3:21-cv-05301-VC