**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
PLACERVILLE FRUIT GROWERS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br> *Thomas P. Danielson, et al. v. Monsanto Co.*, et al. Case No. 3:21-cv-05301-VC | |

### PLACERVILLE FRUIT GROWERS INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Placerville Fruit Growers, Inc. makes the following disclosures:

1. Placerville Fruit Growers, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: July 16, 2021.                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
  Jennise W. Stubbs
  600 Travis Street, Suite 3400
  Houston, TX 77002-2926
  Telephone:   (713) 227-8008
  Facsimile:    (713) 227-9508
  Email:         jstubbs@shb.com

*Attorneys for Defendant*
PLACERVILLE FRUIT GROWERS, INC.

# CERTIFICATE OF SERVICE

I certify that on the 16th day of July, 2021, I electronically transmitted the foregoing **PLACERVILLE FRUIT GROWERS, INC.'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs