**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*HYRDO-SCAPE PRODUCTS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Thomas P. Danielson, et al. v. Monsanto Co.*, et al. Case No. 3:21-cv-05301-VC | |

### **HYDRO-SCAPE PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hydro-Scape Products, Inc. makes the following disclosures:

1.   Hydro-Scape Products, Inc. is a wholly-owned subsidiary of SiteOne Landscape Supply, LLC, which is an indirect wholly-owned subsidiary of SiteOne Landscape Supply, Inc.

2.   SiteOne Landscape Supply, Inc. is publicly traded. There is no parent company of SiteOne Landscape Supply, Inc., and no publicly held corporation owns 10% or more of its stock.

1 | DATED: July 16, 2021.                Respectfully submitted,
2
3 |                                                           SHOOK, HARDY & BACON L.L.P.
4 |                                                           BY: */s/ Jennise W. Stubbs*
5 |                                                                  Jennise W. Stubbs
   |                                                                  600 Travis Street, Suite 3400
6 |                                                                  Houston, TX 77002-2926
   |                                                                  Telephone:   (713) 227-8008
7 |                                                                  Facsimile:    (713) 227-9508
   |                                                                  Email:        jstubbs@shb.com
8
   |                                                           *Attorneys for Defendant*
9 |                                                           *HYDRO-SCAPE PRODUCTS, INC.*

HYDRO-SCAPE PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC  &  3:21-cv-05301-VC

# CERTIFICATE OF SERVICE

I certify that on the 16th day of July, 2021, I electronically transmitted the foregoing **HYDRO-SCAPE PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs