**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*SPRADLIN, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Thomas P. Danielson, et al. v. Monsanto Co. et al.*, Case No. 3:21-cv-05301-VC | |

**SPRADLIN, INC'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15(a)(2), the undersigned certifies that Defendant Spradlin, Inc. is not aware of any non-party corporations, unincorporated associations, partnerships, or other business entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: July 16, 2021.                    Respectfully submitted,

                                          SHOOK, HARDY & BACON L.L.P.

                                          BY: */s/ Jennise W. Stubbs*
                                              Jennise W. Stubbs
                                              600 Travis Street, Suite 3400
                                              Houston, TX 77002-2926
                                              Telephone:  (713) 227-8008
                                              Facsimile:  (713) 227-9508
                                              Email:      jstubbs@shb.com

                                          *Attorneys for Defendant*
                                          *Spradlin, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 16th day of July, 2021, I electronically transmitted the foregoing **SPRADLIN, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                          */s/Jennise W. Stubbs*
                                          Jennise W. Stubbs