# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: Lewenstein v. Monsanto Company 3:20-cv-03072 | Case No. 3:16-md-02741-VC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties, that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to bear their own respective costs and attorneys' fees.

Dated: July 19, 2021

Respectfully,

/s/ Jenna C. Bailey
Jenna C. Bailey (029333 - Arizona)
Bailey Law Firm, PLLC
2169 East Warner Road, Suite 104
Tempe, Arizona 85284
Telephone: (480) 681-5408
JBailey@BaileyLawFirmAz.com
*Attorneys for Plaintiff*

/s/ Martin C. Calhoun (with permission)
Martin C. Calhoun
Hollingsworth, LLP
1350 1 Street NW
Washington DC 20005
Telephone: (202) 898-5867
MCalhoun@Hollingsworthllp.com>
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on July 19, 2021, this notice was served upon all counsel of record using the ECF filing system.

/s/ Jenna C. Bailey
Jenna C. Bailey
Bailey Law Firm, PLLC
*Attorneys for Plaintiff*
