UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Lewenstein v. Monsanto Company<br>3:20-cv-03072 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
|---|---|

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court upon the Stipulation of the parties, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiff Alan Lewenstein's Complaint in the above-entitled action be DISMISSED, the parties to bear their respective costs and fees.