Jennifer A. Lenze, CA Bar# 246858
LENZE LAWYERS, PLC
A Professional Law Corporation
1300 Highland Avenue, Suite 207
Manhattan Beach, CA 90266
Telephone: (310) 322-8800
Facsimile: (310) 322-8811
jlenze@lenzelawyers.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> SUSAN FREY, as surviving spouse and statutory beneficiary for the wrongful death of JEFFERY A. FREY, deceased, individually and on behalf of all other heirs of decedent, <br><br>     Plaintiff <br> v. <br><br> MONSANTO COMPANY and JOHN DOES 1-50. <br><br>     Defendant. | **MDL: 3:16-md-02741** <br><br> **Civil Action No.: 3:19-cv-06460** <br><br> **PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Amanda D. McGee (CA SBN 282034 is no longer counsel of record for Plaintiff in the above entitled action. Plaintiffs' continue to be represented by counsel from the Lenze Lawyers, PLC.

Amanda D. McGee no longer needs notice of filings in this matter and requests to be removed from all service lists including the CM/ECF system.

Dated: July 19, 2021

                                        Respectfully submitted,

                                        /s/ Jennifer A. Lenze
                                        Jennifer A. Lenze, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LENZE LAWYERS, PLC**
A Professional Law Corporation
1300 Highland Avenue, Suite 207
Manhattan Beach, CA 90266
Telephone: (310) 322-8800
Facsimile: (310) 322-8811
jlenze@lenzelawyers.com

*Attorneys for Plaintiff*

PLAINTIFFS' NOTICE OF CHANGE IN COUNSEL

**CERTIFICATE OF SERVICE**

I herby certify that on July 19, 2021 the foregoing document was electronically filed with the Clerk of the U.S. District Court, Northern District of California through the CM/ECF system, which will send notification of such filing to all parties.

/s/ Jennifer A. Lenze