|   |   |
|---|---|
| 1 | **SHOOK, HARDY & BACON L.L.P.** |
|   | Jennise W. Stubbs |
| 2 | 600 Travis Street, Suite 3400 |
|   | Houston, TX 77002-2026 |
| 3 | Telephone:   (713) 227-8008 |
|   | Facsimile:   (713) 227-9508 |
| 4 | Email:   jstubbs@shb.com |

*Attorneys for Defendant*
*LOWE'S COMPANIES, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Thomas P. Danielson, et al. v. Monsanto Co., et al.*, Case No. 3:21-cv-05301-VC | |

**LOWE'S COMPANIES, INC.'S**
**<u>AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Lowe's Home Centers, LLC (a wholly owned subsidiary of Lowe's Companies, Inc.) is the proper party for any claims asserted in this lawsuit against Lowe's Companies, Inc. Accordingly, Lowe's Home Centers, LLC has a financial interest in the subject matter in controversy.

DATED: July 19, 2021.                    Respectfully submitted,

                                                              SHOOK, HARDY & BACON L.L.P.

                                                              BY: */s/ Jennise W. Stubbs*
                                                                           Jennise W. Stubbs
                                                                           600 Travis Street, Suite 3400
                                                                           Houston, TX 77002-2926
                                                                           Telephone:   (713) 227-8008
                                                                           Facsimile:    (713) 227-9508
                                                                           Email:           jstubbs@shb.com

                                              *Attorneys for Defendant*
                                              *Lowe's Companies, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 19th day of July, 2021, I electronically transmitted the foregoing **LOWE'S COMPANIES, INC.'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                                              */s/Jennise W. Stubbs*
                                                              Jennise W. Stubbs