| | |
|---|---|
| 1 | **SHOOK, HARDY & BACON L.L.P.** |
| | Jennise W. Stubbs |
| 2 | 600 Travis Street, Suite 3400 |
| | Houston, TX 77002-2026 |
| 3 | Telephone:   (713) 227-8008 |
| | Facsimile:   (713) 227-9508 |
| 4 | Email:   jstubbs@shb.com |
| 5 | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 8 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 9 | | Case No. 3:16-md-02741-VC |
| 10 | This document relates to: | |
| 11 | *Denise Blau v. Monsanto Co.*, Case No. 3:21-cv-05103-VC | |
| 12 | | |

13         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

14    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

15 ("Monsanto") makes the following disclosures:

16    1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17    2.   Bayer AG is a publicly held corporation.

18

19 DATED: July 19, 2021.                Respectfully submitted,

20                                     SHOOK, HARDY & BACON L.L.P.

21                                     BY: */s/ Jennise W. Stubbs*
                                            Jennise W. Stubbs
22                                          600 Travis Street, Suite 3400
                                            Houston, TX 77002-2926
23                                          Telephone:   (713) 227-8008
                                            Facsimile:   (713) 227-9508
24                                          Email:   jstubbs@shb.com

25                                     *Attorneys for Defendant*
                                       *MONSANTO COMPANY*
26

27

28

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC  &  3:21-cv-05103-VC

## CERTIFICATE OF SERVICE

I certify that on the 19th day of July, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

                                           */s/Jennise W. Stubbs*
                                           Jennise W. Stubbs