By: John C. Enochs
Morris Bart, LLC
601 Poydras Street, 24 FL
New Orleans, Louisiana 70130
(504) 526-1087
jenochs@morrisbart.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | : : | **PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE 3 LIST** |
| *Raymond A. Carroll v. Monsanto Company* Case No. 3:20-cv-07216-VC | : : | |

Plaintiff, Raymond A. Carroll, through undersigned counsel, respectfully requests that this Honorable Court remove plaintiff, Raymond A. Carroll, from Wave 3 for the reasons stated herein.

1. Undersigned counsel has communicated with counsel for Monsanto Company, which does not oppose the removal of this case from the Wave III group.

2. While Mr. Carroll's deposition has been completed, the deposition of his wife could not be undertaken due to serious medical conditions from which she suffers.

3. Mr. Carroll is his wife's primary caregiver and caretaker, and the challenges of participating further in Wave III presents undue hardships for Mr. and Mrs. Carroll.

4. At this time, undersigned counsel has submitted all of the presently required documentation to the Special Master.

5. Plaintiff, Raymond Carroll, respectfully requests that his case be removed from Wave III due to the hardships that his participation places on he and his wife.

6. The parties have stipulated to removing Raymond A. Carroll's case from Wave III, and the stipulation is attached to the proposed order.

WHEREFORE, good cause exists to remove *Raymond A. Carroll v. Monsanto Company,* Case No. 3:20-cv-07216-VC from the Wave 3 case list.

> Respectfully submitted,
>
> /s/ *John C. Enochs*
> John C. Enochs, TX Bar No. 24052665
> MORRIS BART, LLC
> 601 Poydras Street, 24 FL
> New Orleans, Louisiana 70130
> Telephone: (504) 526-1087
> Fax: (833) 277-4214
> jenochs@morrisbart.com
> Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, John C. Enochs, do hereby certify that on this 21st day of July, the foregoing document was filed through the Court's ECF System.

> /s/ *John C. Enochs*
> John C. Enochs