# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | : : | **[PROPOSED] ORDER RE: GRANTING PLAINTIFF'S UNOPPOSED** |
| *Raymond A. Carroll v. Monsanto Company* Case No. 3:20-cv-07216-VC | : : | **ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE III** |

AND NOW, PURSUANT TO STIPULATION IT IS SO ORDERED. *Raymond A. Carroll v. Monsanto Company*, No. 3:20-cv-07216-VC is hereby removed from the Wave 3 case list.

Date: _____, 2021

_____
HONORABLE VINCE CHHABRIA
United States District Judge