## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : : | MDL 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | : : | **STIPULATION TO REMOVE THIS CASE FROM THE WAVE 3 LIST** |
| *Raymond A. Carroll v. Monsanto Company* Case No. 3:20-cv-07216-VC | : : | |

It is hereby stipulated that *Raymond A. Carroll v. Monsanto Company*, No. 3:20-cv-07216-VC is removed from the Wave 3 list.

Date: July 20, 2021

Respectfully submitted,

/s/ *John C. Enochs*
John C. Enochs, TX Bar No. 24052665
MORRIS BART, LLC
601 Poydras Street, 24 FL
New Orleans, Louisiana 70130
Telephone: (504) 526-1087
Fax: (833) 277-4214
jenochs@morrisbart.com
Counsel for Plaintiff

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
Attorney for Defendant,
Monsanto Company