Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**THE MILLER FIRM, LLC AND WEITZ & LUXENBERG'S NOTICE OF APPEAL** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that The Miller Firm, LLC and Weitz & Luxenberg hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Pre-Trial Order 236: Granting In Part and Denying In Part Motion To Establish A Holdback Percentage entered in *In re: Roundup Products Liability Litigation,* Case No. 16-md-02741-VC on June 21, 2021, as amended on June 22, 2021.

Dated:  July 21, 2021

                                                Respectfully submitted,

                                                /s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

/s/ Michael Miller
Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

*Co-Lead Counsel for Plaintiffs
in MDL No. 2741*

_____
NOTICE OF APPEAL
1