# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Robin Greenwald
> Weitz & Luxenberg

Name(s) of counsel (if any):

> Alani Golanski
> Weitz & Luxenberg

Address: 700 Broadway New York, NY  10003

Telephone number(s): (212) 558-5500

Email(s): agolanski@weitzlux.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> LABORDE EARLES LAW FIRM

Name(s) of counsel (if any):

> Madeleine Brumley
> Nicholas Rockforte
> LABORDE EARLES LAW FIRM

Address: 1901 Kaliste Saloom Rd.,  Lafayette, LA 70508

Telephone number(s): (337) 261-2617

Email(s): madeleine@onmyside.com; nicholas@onmyside.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Michael J. Miller
The Miller Firm, LLC

Name(s) of counsel (if any):

Michael J. Miller (pro hac vice to be filed)
The Miller Firm, LLC

Address: 108 Railroad Avenue, Orange, VA 22960

Telephone number(s): (540) 672-4224

Email(s): mmiller@millerfirmllc.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ◯ Yes   ⦿ No

**<u>Appellees</u>**

Name(s) of party/parties:

BERNSTEIN LIEBHARD LLP

Name(s) of counsel (if any):

DANIEL C. BURKE
BERNSTEIN LIEBHARD LLP

Address: 10 E. 40th Street, New York, NY 10016

Telephone number(s): (212) 779-1414

Email(s): dburke@bernlieb.com

Name(s) of party/parties:

PENDLEY, BAUDIN & COFFIN, LLP

Name(s) of counsel (if any):

Christopher L. Coffin; Evan P. Fontenot
PENDLEY, BAUDIN & COFFIN, LLP

Address: 1100 Poydras St, Suite 2225 New Orleans, Louisiana 70163

Telephone number(s):

Email(s): ccoffin@pbclawfirm.com; efontenot@pbclawfirm.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Carey Danis & Lowe; Heninger Garrison Davis, LLC; Lanier Law Firm, P.C., Tautfest Bond, PLLC; and Watts Guerra LLP

Name(s) of counsel (if any):
Jeffrey A. Lamken, Leonid Grinberg
MOLOLAMKEN LLP

Address: 600 New Hampshire Avenue, N.W., Suite 500 Washington, D.C. 20037

Telephone number(s): (202) 556-2000

Email(s): jlamken@mololamken.com, lgrinberg@mololamken.com

Name(s) of party/parties:
NAPOLI SHKOLNIK, PLLC

Name(s) of counsel (if any):
Paul J. Napoli, Hunter J. Shkolnik

Address: 360 Lexington Avenue New York, New York 10017

Telephone number(s): (212) 397-1000

Email(s): pnapoli@nsprlaw.com hunter@napolilaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    3                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
GOLDSTEIN & RUSSELL, P.C.

Name(s) of counsel (if any):
Thomas C. Goldstein, Eric F. Citron
GOLDSTEIN & RUSSELL, P.C.

Address: 7475 Wisconsin Avenue, Suite 850 Bethesda, MD 20814

Telephone number(s): (202) 556-2000

Email(s): tgoldstein@goldsteinrussell.com, ecitron@goldsteinrussell.com

Name(s) of party/parties:
BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.

Name(s) of counsel (if any):
Rhon E. Jones, William R. Sutton
BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.

Address: P.O. Box 4160 218 Commerce Street Montgomery, Alabama 36103

Telephone number(s): (334) 269-2343

Email(s): rhon.jones@beasleyallen.com, william.sutton@beasleyallen.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                *4*                                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
FEARS NACHAWATI, PLLC

Name(s) of counsel (if any):
Arati C. Furness
FEARS NACHAWATI, PLLC

Address: 5473 Blair Road Dallas, Texas 75231

Telephone number(s): 214.890.0711

Email(s): afurness@fnlawfirm.com

Name(s) of party/parties:
DALIMONTE RUEB STOLLER LLP

Name(s) of counsel (if any):
Behram V. Parekh
DALIMONTE RUEB STOLLER LLP

Address: 515 S. Figueroa Street, Suite 1550 Los Angeles, CA 90071

Telephone number(s): 619.821.2305

Email(s): behram.parekh@drlawllp.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
JOHNSON LAW GROUP

Name(s) of counsel (if any):
Bradford J. Gilde
JOHNSON LAW GROUP

Address: 2925 Richmond Avenue, Suite 1700 Houston, Texas 77098

Telephone number(s): 713.626.9336

Email(s): bgilde@johnsonlawgroup.com

Name(s) of party/parties:
DALIMONTE RUEB STOLLER LLP

Name(s) of counsel (if any):
Behram V. Parekh
DALIMONTE RUEB STOLLER LLP

Address: 515 S. Figueroa Street, Suite 1550 Los Angeles, CA 90071

Telephone number(s): 619.821.2305

Email(s): behram.parekh@drlawllp.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**               6               *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
The Gori Law Firm, P.C.

Name(s) of counsel (if any):
D. Todd Mathews
The Gori Law Firm, P.C.

Address: 156 N. Main Street Edwardsville, IL 62025

Telephone number(s): 618-659-9834

Email(s): todd@gorilaw.com

Name(s) of party/parties:
Onder Law, LLC

Name(s) of counsel (if any):
James G. Onder, W. Wylie Blair, Mark E. Berns
Onder Law, LLC

Address: 110 E. Lockwood, 2nd Floor St. Louis, MO 63119

Telephone number(s): (314) 963-9000

Email(s): blair@onderlaw.com onder@onderlaw.com berns@onderlaw.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
SINGLETON SCHREIBER McKENZIE & SCOTT

Name(s) of counsel (if any):
Timothy A. Scott
SINGLETON SCHREIBER McKENZIE & SCOTT

Address: 1350 Columbia Street, Suite 600 San Diego, California 92101

Telephone number(s): (619) 794-0451

Email(s): tscott@ssmsjustice.com

Name(s) of party/parties:
HUTTON & HUTTON LAW FIRM, L.L.C.

Name(s) of counsel (if any):
Daniel K. Back, Andrew W. Hutton
HUTTON & HUTTON LAW FIRM, L.L.C.

Address: 515 S. Figueroa Street, Suite 1550 Los Angeles, CA 90071

Telephone number(s): 316-688-1166

Email(s): daniel.back@huttonlaw.com, andrew.hutton@huttonlaw.com

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                            *8*                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Pulaski Kherkher PLLC

Name(s) of counsel (if any):
Eric Boss
Pulaski Kherkher PLLC

Address: 2925 Richmond Avenue Suite 1725 Houston, Texas 77098

Telephone number(s): (713) 664-4555

Email(s): eric@pulaskilawfirm.com

Name(s) of party/parties:
Gibbs Law Group LLP

Name(s) of counsel (if any):
Karen Barth Menzies
Gibbs Law Group LLP

Address: 505 14th Street, Suite 1110

Telephone number(s): 510-350-9700

Email(s): kbm@classlawgroup.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Trammell, PC

Name(s) of counsel (if any):
Fletcher V. Trammel, Melissa Binstock Ephron
Trammell, PC

Address: 3262 Westheimer Rd., Ste 423, Houston, TX 77098

Telephone number(s): (800) 405-1740

Email(s): fletch@trammellpc.com, melissa@trammellpc.com

Name(s) of party/parties:
Kirkendall Dwyer LLP

Name(s) of counsel (if any):
Alexander Dwyer, Andrew Kirkendall
Kirkendall Dwyer LLP

Address: 4343 Sigma Rd., Suite 200, Dallas, TX 75244

Telephone number(s): 214-271-4027

Email(s): ad@kirkendalldwyer.com, ak@kirkendalldwyer.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                          10                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:
GOLDBERG & OSBORNE LLP

Name(s) of counsel (if any):
David J. Diamond, Esq.
GOLDBERG & OSBORNE LLP

Address: 698 E. Wetmore Rd., Suite 200 Tucson, AZ 85705

Telephone number(s): (520) 620-3975

Email(s): ddiamond@goldbergandosborne.com

Name(s) of party/parties:
ROMANUCCI & BLANDIN, LLC

Name(s) of counsel (if any):
Bryce T. Hensley
ROMANUCCI & BLANDIN, LLC

Address: 321 N. Clark Street, Suite 900 Chicago, Illinois 60654

Telephone number(s): (312) 253-8800

Email(s): bhensley@rblaw.net

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                      11                              New 12/01/2018