UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUND UP PRODUCTS<br>LIABILITY LITIGATION )<br>)<br>_____ )<br>)<br>This Document Relates to: )<br>)<br>*Salem v. Monsanto Co.*, 3:20-cv-01360-VC )<br>_____ ) | MDL No.  2741<br><br>Case No:  3:16-md-2741 |

## NOTICE AND SUGGESTION OF DEATH

The undersigned attorney, pursuant to Rule 25(a)(1), *Federal Rules of Civil Procedure*, hereby informs this Honorable Court of the death of Plaintiff, John Joseph Salem.  The undersigned respectfully informs this Court that a *Motion for Substitution of Party, and Request for Leave to Amend the Complaint to Allege a Wrongful Death Claim* will be filed by Sandra M. Salem, Personal Representative of the Estate of John Joseph Salem, deceased.

Dated this 23rd day of July, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 23, 2021, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH has been filed through the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

/s/ Christopher Shakib, Esq.
**Christopher Shakib, Esquire**
**TERRELL HOGAN YEGELWEL, P.A.**
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
Telephone: (904) 632-2424
Facsimile: (904) 632-0549
Primary Email: shakib@terrellhogan.com
Secondary Email: jfleury@terrellhogan.com
Florida Bar No.: 0947865
Attorney for the Plaintiff