UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*ALL CASES* | **PRETRIAL ORDER NO. 238: SETTING CASE MANAGEMENT CONFERENCE** |

A case management conference is scheduled for Wednesday, August 18, 2021 at 11:00 a.m. via Zoom. A joint case management statement is due by August 11, 2021. The statement may address anything the parties wish to discuss, but at a minimum it must include: (1) a proposed schedule for the next three waves of cases to be worked up for trial; and (2) an update on compliance with Pretrial Order no. 50 (regarding plaintiff fact sheets), along with any suggestions for how to address compliance problems.

**IT IS SO ORDERED.**

Dated: July 23, 2021

VINCE CHHABRIA
United States District Judge