UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*ALL CASES* | **PRETRIAL ORDER NO. 239: RE HOLDBACK ORDER RESTRICTION**<br><br>Re: Dkt. No. 13192 |

Because no renewed motion for a holdback regarding costs was filed by the deadline, the restriction on transfers of money described on page 30 of Pretrial Order No. 236 is no longer in effect. *See* Dkt. No. 13192, at 30.

**IT IS SO ORDERED.**

Dated: July 23, 2021

VINCE CHHABRIA
United States District Judge