UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*ALL CASES* | **PRETRIAL ORDER NO. 241:<br>ORDER RE: PLAINTIFF FACT SHEETS** |

All plaintiffs in this MDL are reminded that they have been ordered to submit fact sheets describing the details of their claims. *See* Pretrial Order No. 50, Dkt. No. 1883. This requirement remains in effect, and any plaintiff who did not submit a fact sheet and accompanying document by the required deadline is in danger of seeing their case dismissed. Monsanto is ordered to serve this order by email on every plaintiff in this MDL whose case has not settled and who has not yet submitted a fact sheet in accordance with Pretrial Order No. 50. Going forward, every Friday, Monsanto must serve this order by email on any plaintiff whose case was transferred to this MDL during the prior week.

As noted in Pretrial Order No. 240, each plaintiff will also be required to submit information about their claims to the Special Master as part of the Special Master's settlement program. *See* Dkt. No. 13323. That is a separate requirement; plaintiffs must comply both with the Special Master's request for information and with the requirement to submit fact sheets in accordance with Pretrial Order No. 50.

**IT IS SO ORDERED.**

Dated: July 23, 2021

VINCE CHHABRIA
United States District Judge