1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:        jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                           UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION | |
9  | | Case No. 3:16-md-02741-VC |

10  This document relates to:

11  *Anissa Zeno individually and on behalf of Vera*
    *Zeno v. Monsanto Co.*,
12  Case No. 3:21-cv-04477-VC

13

14  ## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company
15
    ("Monsanto") makes the following disclosures:
16
         1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
17
         2.    Bayer AG is a publicly held corporation.
18

19  DATED: July 23, 2021.              Respectfully submitted,

20                                     SHOOK, HARDY & BACON L.L.P.

21
                                       BY: */s/ Jennise W. Stubbs*
22                                          Jennise W. Stubbs
                                            600 Travis Street, Suite 3400
23                                          Houston, TX 77002-2926
                                            Telephone:   (713) 227-8008
24                                          Facsimile:   (713) 227-9508
                                            Email:        jstubbs@shb.com
25
26                                     *Attorneys for Defendant*
                                       *MONSANTO COMPANY*
27

28

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of July, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs