**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*GRANGETTO'S FARM & GARDEN SUPPLY COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Steven Walter Judson, et al. v. Monsanto Co., et al.,* Case No. 3:21-cv-05290-VC | |

<b><u>GRANGETTO'S FARM & GARDEN SUPPLY COMPANY'S CORPORATE DISCLOSURE STATEMENT</u></b>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Grangetto's Farm & Garden Supply Company makes the following disclosures:

1.   Defendant Grangetto's Farm & Garden Supply Company has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: July 26, 2021.            Respectfully submitted,

                                               SHOOK, HARDY & BACON L.L.P.

                                               BY: */s/ Jennise W. Stubbs*
                                                     Jennise W. Stubbs
                                                     600 Travis Street, Suite 3400
                                                     Houston, TX 77002-2926
                                                     Telephone:   (713) 227-8008
                                                     Facsimile:   (713) 227-9508
                                                     Email:        jstubbs@shb.com

                                               *Attorneys for Defendant Grangetto's Farm & Garden Supply Company*

GRANGETTO'S FARM & GARDEN SUPPLY COMPANY'S<br>CORPORATE DISCLOSURE STATEMENT<br>3:16-md-02741-VC  & 3:21-cv-05290-VC

# CERTIFICATE OF SERVICE

I certify that on the 26th day of July, 2021, I electronically transmitted the foregoing **GRANGETTO'S FARM & GARDEN SUPPLY COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs