**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:    jstubbs@shb.com

*Attorneys for Defendant*
*DENAULT'S HARDWARE-HOME CENTERS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Steven Walter Judson, et al. v. Monsanto Co., et al.,* Case No. 3:21-cv-05290-VC | |

**DENAULT'S HARDWARE-HOME CENTERS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DeNault's Hardware-Home Centers, Inc. makes the following disclosures:

1. Defendant DeNault's Hardware-Home Centers, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: July 26, 2021.                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
      Jennise W. Stubbs
      600 Travis Street, Suite 3400
      Houston, TX 77002-2926
      Telephone:   (713) 227-8008
      Facsimile:   (713) 227-9508
      Email:    jstubbs@shb.com

*Attorneys for Defendant DeNault's*
*Hardware-Home Centers, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of July, 2021, I electronically transmitted the foregoing **DENAULT'S HARDWARE-HOME CENTERS, INC.'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs