Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) Richard Garrison ) ) v. ) ) Monsanto Company. ) | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Judge Vince Chhabria<br><br>Case No.: 3:19-cv-00280-VC |

### UNOPPOSED MOTION TO SUBSTITUTE PARTY

COMES NOW the Plaintiff, Richard Garrison, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure 25, hereby requests the following substitution of party:

1. Plaintiff, Richard Garrison, passed away per the Suggestion of Death filed on June 1, 2020 on the master docket case number and filed on the individual case docket on June 14, 2021 to ensure compliance with the Court's MDL order 1.

2. Graham Arthur Garrison has been appointed Executor of the Estate of Richard Garrison. Exhibit A.

3. As Executor of the Estate of Richard Garrison, Graham Arthur Garrison, has the capacity to proceed forward with the surviving claims on behalf of Richard Garrison.

4. Richard Garrison's claims of his Complaint survive his death pursuant to Ohio Rev. Code. 23055.21.

5. Graham Arthur Garrison has retained the firm of Wright & Schulte, LLC to continue the surviving claims of Richard Garrison.

6. Undersigned counsel requested consent to file this motion with counsel for Monsanto and Monsanto's counsel consented to the filing of this Motion Unopposed.

7. As a result, undersigned counsel is refiling this Motion Unopposed.

8. After conferring with counsel for Monsanto, both parties are available for a hearing on the Motion on July 29, 2021, at 10:00 AM, if the Court requires a hearing.

9. Plaintiff prays that the Court enter an Order substituting Graham Arthur Garrison as the Executor of the Estate of Richard Garrison in this action in the place and instead of Richard Garrison.

Dated: July 26, 2021

Respectfully submitted,

/s/ Richard W. Schulte
Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
(Pro hac vice)
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard W. Schulte, hereby certify that on July 26, 2021, the foregoing document was served via the Court's CM/ECF system, which will automatically serve and send e-mail notification of the filing to all registered attorneys of record.

/s/ Richard W. Schulte
Richard W. Schulte
