UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Juan and Delia Garza v. Monsanto Company*<br>Case No. 3:20-cv-06988-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741=VC |

HOUSSIERE, DURANT & HOUSSIERE WAVE 3 PLAINTIFFS'
UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME TO FILE EXPERT REPORTS

TO THE HONORABLE JUDGE CHABRIA:

Plaintiffs are Wave 3 Plaintiffs and hereby request that the Court grant Plaintiffs and Monsanto Company ("Defendant") a thirty-day extension to produce their respective expert reports in this case. Plaintiffs' current expert designation deadline is June 29, 2021, and Defendant's expert designation deadline is August 6, 2021. Plaintiffs respectfully request that these expert report deadlines be extended 30 days for Plaintiffs, and 30 days for Defendant.

The parties have been diligently taking depositions in the Roundup cases being handled by the undersigned attorneys in order to complete the depositions of Plaintiffs and their treating physicians. On one occasion, Plaintiffs' attorneys took three depositions on a single day. However, due to the physicians' schedules, the parties have been unable to complete all of the depositions of Plaintiffs' treating physicians. In this case, the deposition of Dr. Kadia is scheduled to be taken July 20, 2021 as that is the earliest date it could be scheduled. An expert witness would need to read the depositions of Plaintiffs' treating physicians in order to provide an expert report.

Additionally, the undersigned counsel has recently been undergoing procedures relating to melanoma diagnosed on his back, including surgery to remove the melanoma and related treatment, taking up much of his time.

The undersigned attorneys have been engaged in settlement negotiations in order to settle all of the Roundup cases being handled by the undersigned attorneys. The above-captions case was one of those cases. The parties have only now agreed to a settlement regarding those cases that did not included the above-captioned case. Incurring the expense involved in retaining and obtaining an expert report reduces the recovery for each Plaintiff, making it more difficult to settle each Plaintiff's case.

Plaintiff has complied with all MDL deadlines and requirements, including providing fact sheets, participating in numerous depositions and the exchange of thousands of pages of medical records and discovery requests.

This extension is not sought for the purposes of delay only but so that justice may be done.

WHEREFORE, Plaintiffs move the Court to extend Plaintiffs' deadline to designate experts 30 days, and Defendant's deadline to designate experts 30 days.

Respectfully submitted,
Houssiere, Durant & Houssiere, LLP by

/s/Charles R. Houssiere, III_____
Charles R. Houssiere, III
Attorney in Charge
Texas Bar No. 10050700
Choussiere@HDHtex.com
Randal A. Kauffman
Texas Bar No. 11111700
rkauffman@HDHtex.com
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Facsimile: (713)626-3709

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to contact opposing counsel regarding the relief requested in this Motion, and –

_____    I was unable to reach opposing counsel.

__X___    Opposing counsel does not oppose the relief sought in this Motion.

_____    Opposing counsel opposes the relief sought in this motion.

/s/Charles R. Houssiere, III_____
Charles R. Houssiere, III

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on July 2, 2021 in manner described below:

*via e-serve*
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Eric G. Lasker
elasker@hollingsworthllp.com
jsmither@zflawfirm.com

**HOLLINGSWORTH LLP**
1350 I Street, N. W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Via e-mail*
Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

/s/Charles R. Houssiere, III_____
Charles R. Houssiere, III