UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 242: ORDER RE SECOND AMENDED JUDGMENT** |
| *Hardeman v. Monsanto*, 3:16-cv-00525-VC | |
| | Re: Dkt. No. 13360 |

Any objection to the form, contents, or necessity of the proposed judgment should be filed within 7 days of this order.

**IT IS SO ORDERED.**

Dated: July 29, 2021

VINCE CHHABRIA
United States District Judge