UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

This document relates to:

*Stanley Batts v. Monsanto Company.*
Case No. 3:20-cv-05939-VC

MDL NO. 2741

Case No. 16-md-02741-VC

**ORDER ON MOTION TO SUBSTITUTE PROPER PARTY**

Before this Court is a Motion to Substitute Timothy Wayne Batts, as personal representative of the Estate of Stanley Batts as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court, having heard the arguments of counsel and considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion to Substitute Timothy Wayne Batts, as personal representative of the Estate of Stanley Batts as the proper party in this case is **GRANTED**.

July 29, 2021
Signed ~~this the ____ day of June, 2021~~.



GRANTED
Judge Vince Chhabria