UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE FOR THE RIGHT TO REOPEN THE ACTION IF SETTLEMENT IS NOT CONSUMMATED** |
| *Gebeyehou v. Monsanto Co.*, 16-cv-5813-VC | |
| | Re: Dkt. No. 13276 |

Gebeyehou's request to continue the deadline for the right to reinstate the case if settlement is not consummated is granted. The deadline which is presently set for July 22, 2021 is hereby extended to October 22, 2021. No further extensions will be granted. Any motion to reopen the case must be accompanied by a strong showing that the plaintiff has been diligent in wrapping up this case.

**IT IS SO ORDERED.**

Dated: July 29, 2021

_____

VINCE CHHABRIA
United States District Judge