Wesley Todd Ball (Texas State Bar No. 24038754)
FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
713.221.8300 Telephone
713.221-8301 Facsimile

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG*<br>Case No. 3:20-cv-024727-VC | **PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL WESLEY TODD BALL** |

COME NOW, JOHNETTA SCHEH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD SCHEH, DECEASED and TROY SCHEH, Plaintiffs and request the Court to permit Wesley Todd Ball of the law firm of Farrar & Ball, LLP, 1117 Herkimer St., Houston, Texas 77008, to substitute and enroll as counsel for Plaintiffs and to allow that J. Martin Clauder of the Law Offices of J. Martin Clauder, P.O. Box 171, Gonzales, Texas 78629, (512) 348-7752, to withdraw as counsel of record.

WHEREFORE JOHNETTA SCHEH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD SCHEH, DECEASED and TROY SCHEH, pray that the instant motion be granted and the Court enter an Order substituting and enrolling Wesley Todd Ball and the law firm of Farrar & Ball, LLP as

their counsel of record and removing J. Martin Clauder of the Law Offices of J. Martin Clauder to withdraw as its counsel of record.

                Respectfully submitted,

                FARRAR & BALL, LLP

                By:

                WESLEY TODD BALL
                State Bar No.   24038754
                Federal Bar No. 431881
                1117 Herkimer St.
                Houston, Texas 77008
                (713) 221-8300 Office
                (713) 221-8301 Facsimile
                Email:  wes@fbtrial.com

                LAW OFFICES OF
                 J. MARTIN CLAUDER

                By:

                J. Martin Clauder
                State Bar No.  04325800
                P.O. Box 171
                Gonzales, Texas 78629
                (512) 348-7752 Office
                Email:  clauderattorney@gmail.com

**SERVICE LIST**

| | |
|---|---|
| Joe G. Hollingsworth | Anthony R. Martinez |
| Eric G. Lasker | Shook, Hardy & Bacon, LLP |
| Hollingsworth, LLP | 2555 Grand Blvd. |
| 1350 I Street N.W. | Kansas City, MO 64108 |
| Washington, DC 20005 | Email: amartinez@shb.com |
| Email:  jhollingsworth@hollingsworthllp.com | |
| Email:  elasker@hollingsworthllp.com | |

.

Kent Altsuler
24 Greenway Plaza, Ste. 1400
Houston, Texas 77046
Email:  ken.altsuler@lewisbrisbois.com

**PLAINTIFFS' MOTION TO SUBSTITUTE WESLEY TODD BALL**