Wesley Todd Ball (Texas State Bar No. 24038754)
William Rey Ogden (Texas State Bar No. 24073531)
FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
713-221-8300 Telephone
713-221-8301 Facsimile

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br>This document relates to:<br><br>*Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG*<br>Case No. 3:20-cv-024727-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br><br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO REMOVE CASE FROM WAVE III LIST** |

### PLAINTIFFS' UNOPPOSED MOTION TO REMOVE PLAINTIFFS FROM WAVE III

Plaintiffs, JOHNETTA SCHEH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD SCHEH, DECEASED and TROY SCHEH, by and through their attorneys, Wesley Todd Ball and William Rey Ogden, hereby request that this Honorable Court remove Plaintiffs JOHNETTA SCHEH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD SCHEH, DECEASED and TROY SCHEH, from Wave III.

1. Plaintiffs' counsel is requesting that the Court move JOHNETTA SCHEH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD SCHEH, DECEASED and TROY SCHEH's Roundup case out of the Wave III group.

2. Attorneys Wesley Todd Ball and William Rey Ogden have substituted in for counsel of record for Plaintiffs. The substitution of counsel is for good cause and is not intended to cause undue delay or prejudice.

3. In addition, Johnetta Scheh has recently experienced serious medical issues with her right shoulder and has suffered a possible rotator cuff tear.

4. Because of Mrs. Scheh's medical condition, and with the substitution of counsel, complying with the deadlines required by the protocol governing Wave III will be very taxing on Mrs. Scheh.

Accordingly, the Plaintiffs request that this case be removed from Wave III to allow the issues above be resolved and Plaintiffs' counsel requests that the Court move Plaintiffs' case out of the Wave III group of Plaintiffs.

4. WHEREFORE, good cause exists to remove *Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased and Troy Scheh, v. Monsanto Company and Bayer AG,* No. 3:20-cv-024727-VC from the Wave III case list.

July 29, 2021                                            Respectfully submitted,

                                          FARRAR & BALL, LLP

By:  *[signature]*
                                          WESLEY TODD BALL
                                          State Bar No.  24038754
                                          Federal Bar No. 431881
                                          WILLIAM REY OGDEN
                                          State Bar No.  24073531

1117 Herkimer St.
Houston, Texas 77008
(713) 221-8300 Office
(713) 221-8301 Facsimile
Email:  wes@fbtrial.com
Email:  bill@fbtrial.com

## SERVICE LIST

| | |
|---|---|
| Joe G. Hollingsworth<br>Eric G. Lasker<br>Hollingsworth, LLP<br>1350 I Street N.W.<br>Washington, DC 20005<br>Email:  jhollingsworth@hollingsworthllp.com<br>Email:  elasker@hollingsworthllp.com<br>. | Anthony R. Martinez<br>Shook, Hardy & Bacon, LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Email: amartinez@shb.com |

Kent Altsuler
24 Greenway Plaza, Ste. 1400
Houston, Texas 77046
Email: kent.altsuler@lewisbrisbois.com