**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Steven Walter Judson, et al. v. Monsanto Co., et al.,* Case No. 3:21-cv-05290-VC | |

### COSTCO WHOLESALE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Costco Wholesale Corporation makes the following disclosures:

1.  Defendant Costco Wholesale Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: July 26, 2021.                            Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
       Jennise W. Stubbs
       600 Travis Street, Suite 3400
       Houston, TX 77002-2926
       Telephone:   (713) 227-8008
       Facsimile:    (713) 227-9508
       Email:          jstubbs@shb.com

*Attorneys for Defendant Costco Wholesale Corporation*

# CERTIFICATE OF SERVICE

I certify that on the 26th day of July, 2021, I electronically transmitted the foregoing **COSTCO WHOLESALE CORPORATION'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs

COSTCO WHOLESALE CORPORATION'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC  & 3:21-cv-05290-VC