**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*FRUIT GROWERS SUPPLY COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*William Davis, et al. v. Monsanto Co., et al.,*<br>Case No. 3:21-cv-05298-VC | |

**FRUIT GROWERS SUPPLY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15(a)(2), the undersigned certifies that Defendant Fruit Growers Supply Company is not aware of any non-party corporations, unincorporated associations, partnerships, or other business entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: July 29, 2021.				Respectfully submitted,

						SHOOK, HARDY & BACON L.L.P.

						BY: */s/ Jennise W. Stubbs*
						      Jennise W. Stubbs
						      600 Travis Street, Suite 3400
						      Houston, TX 77002-2926
						      Telephone:  (713) 227-8008
						      Facsimile:  (713) 227-9508
						      Email:         jstubbs@shb.com

						      *Attorneys for Defendant Fruit Growers Supply Company*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of July, 2021, I electronically transmitted the foregoing **FRUIT GROWERS SUPPLY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

						*/s/Jennise W. Stubbs*
						Jennise W. Stubbs