UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  ) ) ) ) This document relates to: ) ) ) *Schroeder v. Monsanto Co., 3:20-cv-06126* ) ) ) | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC |

### SCHROEDER PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES

PLEASE TAKE NOTICE that, pursuant to the court's Order (CM/ECF Doc. No. 13355), Plaintiff Frederick Schroeder has served Plaintiff's specific causation expert disclosures on counsel for Defendant Monsanto Company. Plaintiff reserves the right to supplement this report as additional discovery becomes available. Service was made by sending the report, and associated disclosures to the following: Anthony R. Martinez, amartinez@shb.com .

The Schroeder Plaintiff further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, and 3 and reserve the right to call the author of any report as an expert witness at trial.

Respectfully submitted:

ATLEE HALL, LLP

Dated: 7-29-21               By:_____
Mark C. Atlee, Esquire
Melissa A. Jabour, Esquire
Attorneys for Plaintiff
415 North Duke Street
Lancaster, PA 17602
(717) 393-9596
I.D. No. 204627 & 316076

CEERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the forgoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on the 29 day of July, 2021, in the manner described below:

Anthony R. Martinez, Esquire
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax:  (816) 421-5547
Email: amartinez@shb.com

_____
Mark C. Atlee, Esquire
mcatlee@atleehall.com
PA 204627
Melissa A. Jabour, Esquire
PA 316076
majabour@atleehall.com
Atlee Hall, LLP
415 North Duke Street
Lancaster, PA 17602

(717) 393-9596
Attorney for Plaintiff