Name and address:

C. Mark Whitehead, III, M.D., J.D.
The Whitehead Law Firm, L.L.C.
Petroleum Tower, Suite 316
3639 Ambassador Caffery Parkway
Lafayette, Louisiana 70503
Telephone (337) 740-6006
Facsimile (337) 205-7754

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

STEPHEN BEKO

PLAINTIFF(S)

v.

MONSANTO COMPANY

DEFENDANT(S)

CASE NUMBER: MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:21-cv-05313-VC

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Gregory James Owen     CA Bar Number: 102845

Firm or agency: Owen Patterson & Owen, LLP

Address: 23822 West Valencia Boulevard, Suite 303     Valencia, CA 91355

Telephone Number: 661-799-2774     Fax Number: (661) 799-2774

E-mail: litigation@owenpatterson.com

Counsel of record for the following party or parties:

Other members of the same firm or agency also seeking to withdraw: Susan Anne Owen, Tamiko B. Herron, Beau Michael Goodrick and all member of Owen Patterson & Owen, LLP

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel:

Name: C. Mark Whitehead, III, M.D., J.D.    CA Bar Number: N/A

Firm or agency: The Whitehead Law Firm, L.L.C.

Address: Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway    Lafayette, LA 70503

Telephone Number: Telephone (337) 740-6006    Fax Number: Facsimile (337) 205-7754

E-mail: cmw@whiteheadfirm.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 07/30/2021    Signature: /s/ Gregory James Owen

Name: Gregory James Owen

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 07/30/2021    Signature: /s/ C. Mark Whitehead

Name: C. Mark Whitehead, III, M.D., J.D.

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 07/30/2021    Signature: /s/ STEPHEN BEKO

Name: STEPHEN BEKO

Title: