# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | 3:21-cv-05313-VC |
| STEPHEN BEKO     Plaintiff(s) <br> v. <br> MONSANTO     Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Lauren Montgomery            ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute C. Mark Whitehead, III, M.D., J.D. who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                                 cmw@whiteheadfirm.com
*City, State, Zip*                                      *E-Mail Address*

(337) 740-6006            (337) 205-7754            N/A
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List **all** attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge