# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER |
|---|---|
| THIS DOCUMENT RELATES TO: | MDL No. 2741 |
| FERNANDO CAMARENA                        Plaintiff(s) | Master Docket Case No. 16-md-02741-VC |
| v. | 3:21-cv-05315-VC |
| MONSANTO COMPANY                         Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Lauren Montgomery__          ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute __C. Mark Whitehead, III, M.D., J.D.__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway__
*Street Address*

__Lafayette, LA 70503__                             __cmw@whiteheadfirm.com__
*City, State, Zip*                                  *E-Mail Address*

__(337) 740-6006__          __(337) 205-7754__          __N/A__
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of   __James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and__
*List **all** attorneys from same firm or agency who are withdrawing.*

__Beau Michael Goodrick__

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____           _____
                                       U. S. District Judge/U.S. Magistrate Judge