# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br>3:21-cv-05314-VC |
| THIS DOCUMENT RELATES TO:<br><br>GWEN DESANTIS  *Plaintiff(s)*<br>v.<br>MONSANTO COMPANY  *Defendant(s)* | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

**Lauren Montgomery**
*Name of Party*

☒ Plaintiff  ☐ Defendant  ☐ Other

to substitute **C. Mark Whitehead, III, M.D., J.D.** who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

**Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway**
*Street Address*

**Lafayette, LA 70503**  *City, State, Zip*   **cmw@whiteheadfirm.com**  *E-Mail Address*

**(337) 740-6006**  *Telephone Number*   **(337) 205-7754**  *Fax Number*   **N/A**  *State Bar Number*

as attorney of record instead of **James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and Beau Michael Goodrick**

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**  ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                   _____
                                                 U. S. District Judge/U.S. Magistrate Judge