# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>RICHARD MAU                                Plaintiff(s)<br>                    v.<br>MONSANTO COMPANY                    Defendant(s) | CASE NUMBER   MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-cv-05320-VC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Lauren Montgomery             ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  C. Mark Whitehead, III, M.D., J.D.  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                        cmw@whiteheadfirm.com
*City, State, Zip*                               *E-Mail Address*

(337) 740-6006          (337) 205-7754          N/A
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of   James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
                                   *List **all** attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                         U. S. District Judge/U.S. Magistrate Judge