# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JENNIFER ORELLANA     Plaintiff(s)<br>                    v.<br>MONSANTO COMPANY     Defendant(s) | CASE NUMBER   MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-cv-05625-VC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

**Lauren Montgomery**
*Name of Party*

☒ Plaintiff ☐ Defendant ☐ Other

to substitute **C. Mark Whitehead, III, M.D., J.D.** who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

**Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway**
*Street Address*

**Lafayette, LA 70503**                           **cmw@whiteheadfirm.com**
*City, State, Zip*                                  *E-Mail Address*

**(337) 740-6006**          **(337) 205-7754**           **N/A**
*Telephone Number*            *Fax Number*              *State Bar Number*

as attorney of record instead of  **James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and**
*List **all** attorneys from same firm or agency who are withdrawing.*
**Beau Michael Goodrick**

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____         _____
                                    U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)     **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**