# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741 |
| THIS DOCUMENT RELATES TO: | Master Docket Case No. 16-md-02741-VC |
| EDWARD OTTE                         Plaintiff(s) | 3:21-cv-05310-VC |
| v. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| MONSANTO COMPANY             Defendant(s) | |

The Court hereby orders that the request of:

**Lauren Montgomery**
*Name of Party*

☒ Plaintiff    ☐ Defendant    ☐ Other

to substitute **C. Mark Whitehead, III, M.D., J.D.** who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

**Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway**
*Street Address*

**Lafayette, LA 70503**                                   **cmw@whiteheadfirm.com**
*City, State, Zip*                                              *E-Mail Address*

**(337) 740-6006**              **(337) 205-7754**              **N/A**
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of  **James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and**
*List **all** attorneys from same firm or agency who are withdrawing.*
**Beau Michael Goodrick**

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**