# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>EDWARD OTTE           Plaintiff(s)<br>                    v.<br>MONSANTO COMPANY      Defendant(s) | CASE NUMBER   MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-cv-05310-VC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Lauren Montgomery__        ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute __C. Mark Whitehead, III, M.D., J.D.__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway__
*Street Address*

__Lafayette, LA 70503__                         __cmw@whiteheadfirm.com__
*City, State, Zip*                                *E-Mail Address*

__(337) 740-6006__      __(337) 205-7754__      __N/A__
*Telephone Number*    *Fax Number*           *State Bar Number*

as attorney of record instead of  __James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and__
                                  *List **all** attorneys from same firm or agency who are withdrawing.*
__Beau Michael Goodrick__

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                  U. S. District Judge/U.S. Magistrate Judge