UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| THIS DOCUMENT RELATES TO | Case No. MDL 3:16-MD-2741-VC |
| Bundy v. Monsanto, Case No. 20-cv-06345-VC | |

## PLAINTIFF, ROBERT BUNDY'S NOTICE OF SERIVCE OF EXPERT DISCLOSURES

PLEASE TAKE NOTICE that, pursuant to the Court's Order (C/M/ECF Doc. No. 12197), Plaintiff Robert Bundy has served Plaintiff specific causation expert disclosures on counsel for the Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures to the following:

Joe G. Hollingsworth, Esq.
Hollingsworth LLP
1350 I Street N.W.
Washington, D.C. 20005
202-898-5800 (PH)
202-682-1639 (FAX)
jhollingsworth@hollingsworthllp.com

Anthony N. Upshaw, Esq.
Fl. Bar No.: 861091
Melissa R. Alvarez, Esq.
Fl Bar No.: 820091
McDermott Will & Emery, LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
305-358-3500 (PH)
305-675-8031 (FAX)
aupshaw@mwe.com
malvarez@mwe.com

Plaintiff Robert Bundy further incorporates by reference the general causation and other

expert reports served by lead counsel in connection with Waves 1, 2, and 3 and reserves the right to call the author of any such report as an expert witness at trial.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on July, 30, 2021, and was provided via email to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com).

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
*(941) 366-8100 - Phone*
*(941) 366-6384 - Fax*


/s/ Anthony J. Manganiello
ANTHONY J. MANGANIELLO, III, ESQ.
Florida Bar No. 0052307
***Attorneys for Plaintiff, BUNDY***