**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Antonio Perillo v. Monsanto Company et al.*, <br> Case No. 3:21-cv-02550-VC | |

### BAYER CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bayer Corporation makes the following disclosures:

1.  Bayer Corporation is an indirect, wholly-owned subsidiary of Bayer AG.
2.  Bayer AG is a publicly held corporation.

DATED: July 30, 2021.                Respectfully submitted,

                                                  SHOOK, HARDY & BACON L.L.P.

                                                  BY: */s/ Jennise W. Stubbs*
                                                        Jennise W. Stubbs
                                                        600 Travis Street, Suite 3400
                                                        Houston, TX 77002-2926
                                                        Telephone:   (713) 227-8008
                                                        Facsimile:   (713) 227-9508
                                                        Email:        jstubbs@shb.com

                                                *Attorneys for Defendant*
                                                *BAYER CORPORATION*

# CERTIFICATE OF SERVICE

I certify that on the 30th day of July, 2021, I electronically transmitted the foregoing **BAYER CORPORATION'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs