**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *Andrew Colton v. Monsanto Co. et al.*, Case No. 3:20-cv-04834-VC | |

## <u>BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT</u>

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Bayer Corporation ("Bayer Corporation"), by and through its counsel, respectfully responds by generally denying all allegations contained in plaintiff Andrew Colton's Complaint (the "Complaint"), except as set forth below. Bayer Corporation denies – and objects to – allegations by plaintiff that purport to lump Bayer Corporation together with other defendants. Bayer Corporation responds to this Complaint only on behalf of Bayer Corporation and not on behalf of any other defendant. Silence as to any allegations shall constitute a denial.

1.      In response to the allegations in paragraph 1, Bayer Corporation admits that plaintiff purports to bring an action for damages allegedly related to plaintiff's exposure to Roundup®-branded products but denies any liability as to those claims. Bayer Corporation denies the remaining allegations in paragraph 1.

2.      Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 2 and therefore denies those allegations.

3.      Bayer Corporation denies the allegations in paragraph 3.

4.      The allegations in paragraph 4 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

5.      The allegations in the first sentence of paragraph 5 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.  In response to the allegations in the second sentence of paragraph 5, Bayer Corporation admits that it is an indirect subsidiary of Bayer AG.  Bayer Corporation denies the allegations in the third, fourth, and fifth sentences of paragraph 5.  In response to the allegations in the last sentence of paragraph 5, Bayer Corporation denies – and objects to – allegations by plaintiff that purport to lump Bayer Corporation together with other defendants.  Bayer Corporation responds to this Complaint only on behalf of Bayer Corporation and not on behalf of any other defendant.

6.      The allegations in paragraph 6 set forth conclusions of law for which no response is required.  To the extent that a response may be deemed required, Bayer Corporation: (a) lacks information or knowledge sufficient to form a belief as to the truth of the allegation regarding plaintiff's citizenship; and (b) denies that Bayer Corporation is a citizen of Delaware, Missouri, or Germany for purposes of diversity jurisdiction.

7.      The allegations in paragraph 7 set forth conclusions of law for which no response is required.  To the extent that a response may be deemed required, Bayer Corporation denies the allegations in paragraph 7.

8.      The allegations in the first sentence of paragraph 8 are vague and conclusory and comprise attorney characterizations and are accordingly denied.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegation in the last sentence of paragraph 8 that plaintiff purchased Roundup®-branded products and therefore

denies that allegation.  The remaining allegations in paragraph 8 are directed at defendants other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

9.      The allegations in paragraph 9 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

10.     The allegations in paragraph 10 set forth conclusions of law for which no response is required.

11.     The allegations in paragraph 11 set forth conclusions of law for which no response is required.

12.     In response to the allegations in paragraph 12, denies any "omissions" and certain events giving rise to plaintiff's claims.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 12 regarding where certain other events giving rise to plaintiff's claims occurred and therefore denies those allegations.  The remaining allegations in paragraph 12 set forth conclusions of law for which no response is required.

13.     In response to the allegations in paragraph 13, Bayer Corporation admits that the Judicial Panel on Multidistrict Litigation ordered that federal court lawsuits filed by plaintiffs alleging that Roundup®-branded herbicides caused them to develop non-Hodgkin's lymphoma ("NHL") be transferred to this Court for coordinated or consolidated pretrial proceedings.  *In re Roundup Prods. Liab. Litig.*, MDL No. 2741, 2016 WL 5845994 (J.P.M.L. Oct. 3, 2016).  Bayer Corporation denies the remaining allegations in paragraph 13.

14.     Bayer Corporation admits the allegations in paragraph 14.

15.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 15 and therefore denies those allegations.

16.      Bayer lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 16 and therefore denies those allegations.

17.     Bayer Corporation states that the term "toxic" as used in paragraph 17 is vague and ambiguous to the extent it is intended to suggest any evidence of carcinogenicity.  Bayer

- 3 -

Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 17 and therefore denies those allegations.

18.     The allegations in paragraph 18 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

19.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 19 and therefore denies those allegations.

20.     Bayer Corporation denies the allegations in paragraph 20.

21.     As to plaintiff's allegations directed to Monsanto in paragraph 21, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. In response to the allegations in paragraph 21, Bayer Corporation denies that glyphosate exposure causes cancer. Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 21 and therefore denies those allegations.

22.     The allegations in paragraph 22 set forth conclusions of law for which no response is required.

23.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 23 and therefore denies those allegations.  The remaining allegations in paragraph 23 set forth conclusions of law for which no response is required.

24.     The allegations in paragraph 24 set forth conclusions of law for which no response is required.

25.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 25 and therefore denies those allegations.

26.     The allegations in paragraph 26 set forth conclusions of law for which no response is required.  To the extent that a response may be deemed required, Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 26 and therefore denies those allegations.

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC  & 3:20-cv-04834-VC

27.     As to plaintiff's allegations directed to Monsanto in paragraph 27, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 27 and therefore denies those allegations.

28.     The allegations in paragraph 28 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

29.     The allegations in paragraph 29 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

30.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 30 and therefore denies those allegations.

31.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 31 and therefore denies those allegations.

32.     The allegations in paragraph 32 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.  To the extent that a response may be deemed required, Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 32 and therefore denies those allegations.

33.     The allegations in paragraph 33 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

34.     The allegations in paragraph 34 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

35.     The allegations in paragraph 35 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

36.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in last sentence of paragraph 36. The remaining allegations in paragraph 36 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

37.     The allegations in paragraph 37 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

38.     The allegations in paragraph 38 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

39.     The allegations in paragraph 39 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

40.     The allegations in paragraph 40 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

41.     The allegations in paragraph 41 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

42.     The allegations in paragraph 42 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

43.     The allegations in paragraph 43 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

44.     Bayer Corporation states that the term "toxic" as used in paragraph 44 is vague and ambiguous to the extent it is intended to suggest any evidence of carcinogenicity.   Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 44 and therefore denies those allegations.

45.     Bayer Corporation states that the term "toxic" as used in paragraph 45 is vague and ambiguous to the extent it is intended to suggest any evidence of carcinogenicity.   Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 45 and therefore denies those allegations.

46.     The allegations in paragraph 46 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

47.     The allegations in paragraph 47 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC  & 3:20-cv-04834-VC

48.     The allegations in paragraph 48 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

49.     The allegations in paragraph 49 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

50.     The allegations in paragraph 50 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

51.     The allegations in paragraph 51 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

52.     The allegations in paragraph 52 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

53.     The allegations in paragraph 53 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

54.     The allegations in paragraph 54 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

55.     The allegations in paragraph 55 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

56.     As to plaintiff's allegations directed to Monsanto in paragraph 56, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation denies that glyphosate or Roundup®-branded products are dangerous when used in accordance with the label. Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 56 and therefore denies those allegations.

57.     The allegations in paragraph 57 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

58.     The allegations in paragraph 58 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC  & 3:20-cv-04834-VC

59.     The allegations in paragraph 59 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

60.     The allegations in paragraph 60 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

61.     The allegations in paragraph 61 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

62.     The allegations in paragraph 62 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

63.     The allegations in paragraph 63 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

64.     The allegations in paragraph 64 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

65.     The allegations in paragraph 65 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

66.     The allegations in paragraph 66 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

67.     The allegations in paragraph 67 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

68.     The allegations in paragraph 68 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

69.     The allegations in paragraph 69 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

70.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 70 and therefore denies those allegations.   The remaining allegations in paragraph 70 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC  & 3:20-cv-04834-VC

71.     The allegations in paragraph 71 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

72.     The allegations in paragraph 72 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

73.     In response to the allegations in paragraph 73, Bayer Corporation admits that in March 2015 the International Agency for Research on Cancer ("IARC") classified glyphosate as a class 2A carcinogen. The remaining allegations in paragraph 73 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

74.     The allegations in paragraph 74 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

75.     The allegations in paragraph 75 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

76.     The allegations in paragraph 76 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

77.     The allegations in paragraph 77 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

78.     The allegations in paragraph 78 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

79.     As to plaintiff's allegations directed to Monsanto in paragraph 79, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 79 and therefore denies those allegations.

80.     As to plaintiff's allegations directed to Monsanto in paragraph 80, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 80 and therefore denies those allegations.

81.     As to plaintiff's allegations directed to Monsanto in paragraph 81, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 81 and therefore denies those allegations.

82.     As to plaintiff's allegations directed to Monsanto in paragraph 82, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 82 and therefore denies those allegations.

83.     In response to the allegations in paragraph 83, Bayer Corporation admits that in March 2015 the International Agency for Research on Cancer ("IARC") working group classified glyphosate under Group 2A. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 83 and therefore denies those allegations.

84.     In response to the allegations in paragraph 84, Bayer Corporation admits that the full IARC Monograph regarding glyphosate was published on July 29, 2015 and that the Monograph purported to classify glyphosate as a class 2A carcinogen. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 84 and therefore denies those allegations.

85.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 85 and therefore denies those allegations.

86.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 86 and therefore denies those allegations.

87.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 87 and therefore denies those allegations.

88.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 88 and therefore denies those allegations.

89.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 89 and therefore denies those allegations.

90.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 90 and therefore denies those allegations.

91.     In response to the allegations in paragraph 91, Bayer Corporation denies that glyphosate exposure causes cancer. Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 91 and therefore denies those allegations.

92.     In response to the allegations in paragraph 92, Bayer Corporation denies that glyphosate exposure causes DNA and chromosomal damage. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 92 and therefore denies those allegations.

93.     In response to the allegations in paragraph 93, Bayer Corporation denies that glyphosate exposure causes cancer. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 93 and therefore denies those allegations.

94.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 94 and therefore denies those allegations.

95.     In response to the allegations in paragraph 95, Bayer Corporation denies that glyphosate exposure causes DNA and chromosomal damage. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 95 and therefore denies those allegations.

96.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 96 and therefore denies those allegations.

97.     In response to the allegations in paragraph 97, Bayer Corporation denies that glyphosate exposure causes cancer. Bayer Corporation lacks information or knowledge

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC  & 3:20-cv-04834-VC

1  sufficient to form a belief as to the truth of the remaining allegations in paragraph 97 and

2  therefore denies those allegations.

3      98.      Bayer Corporation denies the allegations in paragraph 98.

4      99.      The allegations in paragraph 99 are directed at a defendant other than Bayer

5  Corporation, so no response from Bayer Corporation is required for these allegations.

6      100.     As to plaintiff's allegations directed to Monsanto in paragraph 100, Bayer

7  Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing

8  whatsoever. Bayer Corporation otherwise lacks information or knowledge sufficient to form a

9  belief as to the truth of the allegations in paragraph 100 and therefore denies those allegations.

10     101.     Bayer Corporation lacks information or knowledge sufficient to form a belief as

11  to the truth of the allegations in paragraph 101 and therefore denies those allegations.

12     102.     Bayer Corporation lacks information or knowledge sufficient to form a belief as

13  to the truth of the allegations in paragraph 102 and therefore denies those allegation.

14     103.     Bayer Corporation lacks information or knowledge sufficient to form a belief as

15  to the truth of the allegations in paragraph 103 and therefore denies those allegations.

16     104.     Bayer Corporation lacks information or knowledge sufficient to form a belief as

17  to the truth of the allegations in paragraph 104 and therefore denies those allegations.

18     105.     Bayer Corporation lacks information or knowledge sufficient to form a belief as

19  to the truth of the allegations in paragraph 105 and therefore denies those allegations.

20     106.     Bayer Corporation lacks information or knowledge sufficient to form a belief as

21  to the truth of the allegations in paragraph 106 and therefore denies those allegations.

22     107.     Bayer Corporation lacks information or knowledge sufficient to form a belief as

23  to the truth of the allegations in paragraph 107 and therefore denies those allegations.

24     108.     Bayer Corporation lacks information or knowledge sufficient to form a belief as

25  to the truth of the allegations in paragraph 108 and therefore denies those allegations.

26     109.     Bayer Corporation states that the term "toxic" as used in paragraph 109 is vague

27  and ambiguous to the extent it is intended to suggest any evidence of carcinogenicity.  Bayer

28

Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 109 and therefore denies those allegations.

110.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 110 and therefore denies those allegations.

111.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 111 and therefore denies those allegations.

112.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 112 and therefore denies those allegations.

113.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 113 and therefore denies those allegations.

114.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 114 and therefore denies those allegations.

115.     Bayer Corporation denies the allegation in paragraph 115 that exposure to Roundup®-branded products and glyphosate exposed plaintiff to risk of his alleged cancer. As to plaintiff's allegations directed to Monsanto in paragraph 115, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 115 and therefore denies those allegations.

116.     In response to the allegations in the first sentence of paragraph 116, Bayer Corporation denies that exposure to Roundup®-branded products and glyphosate causes cancer. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 116 and therefore denies those allegations.

117.     Bayer Corporation denies the allegations in paragraph 117 that exposure to Roundup®-branded products and glyphosate exposed plaintiff to risk of his alleged cancer and denies that exposure to Roundup®-branded products did or could have caused plaintiff's alleged cancer. The remaining allegations in paragraph 117 set forth conclusions of law for which no response is required.

118.     Bayer Corporation denies the allegation in paragraph 118 that exposure to Roundup®-branded products and glyphosate exposed plaintiff to risk of his alleged cancer. The remaining allegations in paragraph 118 set forth conclusions of law for which no response is required or consist of attorney characterizations and are accordingly denied.

119.     Bayer Corporation denies the allegations in paragraph 119 that exposure to Roundup®-branded products and glyphosate exposed plaintiff to risk of his alleged cancer and denies that exposure to Roundup®-branded products did or could have caused plaintiff's alleged cancer. The remaining allegations in paragraph 119 set forth conclusions of law for which no response is required, consist of attorney characterizations and are accordingly denied, or comprise allegations for which Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations asserted and therefore denies those allegations.

120.     The allegations in paragraph 120 set forth conclusions of law for which no response is required.

121.     As to plaintiff's allegations directed at Monsanto in paragraph 121, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing altogether. Bayer Corporation otherwise denies the allegations in paragraph 121.

122.     As to plaintiff's allegations directed to Monsanto in paragraph 122, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 122.

123.      As to plaintiff's allegations directed to Monsanto in paragraph 123, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the remaining allegations in paragraph 123.

124.     The allegations in paragraph 124 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

125.     As to plaintiff's allegations directed to Monsanto in paragraph 125, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 125.

126.    The allegations in paragraph 126 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

127.    Bayer Corporation incorporates by reference its responses to paragraphs 1 through 126 in response to paragraph 127 of plaintiff's Complaint.

128.    Bayer Corporation admits that plaintiff purports to bring an action for strict products liability but denies any liability as to those claims.

129.    As to plaintiff's allegations directed to Monsanto in paragraph 129, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 129.

130.    As to plaintiff's allegations directed to Monsanto in paragraph 130, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 130.

131.    Bayer Corporation denies the allegations in paragraph 131.

132.    As to plaintiff's allegations directed to Monsanto in paragraph 132, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 132.

133.    As to plaintiff's allegations directed to Monsanto in paragraph 133, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 133.

134.    The allegation in paragraph 134 sets forth a conclusion of law for which no response is required.

135.    Bayer denies the allegations in paragraph 135.

136.    Bayer Corporation denies the allegations in paragraph 136 and each of its subparts.

137.    Bayer Corporation incorporates by reference its responses to paragraphs 1 through 136 in response to paragraph 137 of plaintiff's Complaint.

138.    Bayer Corporation admits that plaintiff purports to bring an action for negligence but denies any liability as to those claims.

139.    The allegations in paragraph 139 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

140.    The allegations in paragraph 140 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

141.    As to plaintiff's allegations directed to Monsanto in paragraph 141, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 141.

142.    As to plaintiff's allegations directed to Monsanto in paragraph 142, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 142.

143.    As to plaintiff's allegations directed to Monsanto in paragraph 143, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 143.

144.    Bayer Corporation denies the allegations in paragraph 144.

145.    Bayer Corporation incorporates by reference its responses to paragraphs 1 through 144 in response to paragraph 145 of plaintiff's Complaint.

146.    Bayer Corporation admits that plaintiff purports to bring an action for fraudulent misrepresentation but denies any liability as to those claims.

147.    The allegations in paragraph 147 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

148.    As to plaintiff's allegations directed to Monsanto in paragraph 148, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 148.

149.    As to plaintiff's allegations directed to Monsanto in paragraph 149, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 149.

150.    As to plaintiff's allegations directed to Monsanto in paragraph 150, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 150.

151.    As to plaintiff's allegations directed to Monsanto in paragraph 151, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 151.

152.    As to plaintiff's allegations directed to Monsanto in paragraph 152, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 152.

153.    As to plaintiff's allegations directed to Monsanto in paragraph 153, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 153.

154.    As to plaintiff's allegations directed to Monsanto in paragraph 154, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 154.

155.    As to plaintiff's allegations directed to Monsanto in paragraph 155, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 155.

156.    As to plaintiff's allegations directed to Monsanto in paragraph 156, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 156.

157.    As to plaintiff's allegations directed to Monsanto in paragraph 157, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 157.

158.   Monsanto incorporates by reference its responses to paragraphs 1 through 157 in response to paragraph 158 of plaintiff's Complaint.

159.   Bayer Corporation admits that plaintiff purports to bring an action for negligent misrepresentation but denies any liability as to those claims.

160.   The allegations in paragraph 160 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

161.   As to plaintiff's allegations directed to Monsanto in paragraph 161, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 161.

162.   As to plaintiff's allegations directed to Monsanto in paragraph 162, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 162.

163.   As to plaintiff's allegations directed to Monsanto in paragraph 163, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 163.

164.   As to plaintiff's allegations directed to Monsanto in paragraph 164, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 164.

165.   As to plaintiff's allegations directed to Monsanto in paragraph 165, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 165.

166.   As to plaintiff's allegations directed to Monsanto in paragraph 166, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 166.

167.   As to plaintiff's allegations directed to Monsanto in paragraph 167, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever. Bayer Corporation otherwise denies the allegations in paragraph 167.

168.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 168 regarding plaintiff's reliance and therefore denies those allegations.   As to plaintiff's allegations directed to Monsanto in paragraph 168, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  To the extent that any remaining allegations in paragraph 168 are directed at Bayer Corporation, Bayer Corporation denies those allegations.

169.    As to plaintiff's allegations directed to Monsanto in paragraph 169, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 169.

170.    As to plaintiff's allegations directed to Monsanto in paragraph 170, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 170.

171.    Bayer Corporation denies the allegations in paragraph 171.

In response to the allegations in the section entitled "PRAYER FOR RELIEF," Bayer Corporation denies that plaintiff is entitled to the relief sought therein, including any judgment for any damages, interest, costs, or any other relief whatsoever.

Every allegation in the Complaint that is not specifically and expressly admitted in this Answer is hereby specifically and expressly denied.

## SEPARATE AND AFFIRMATIVE DEFENSES

1.    The Complaint, in whole or part, fails to state a claim or cause of action against Bayer Corporation upon which relief can be granted.

2.    Plaintiff's claims against Bayer Corporation are barred for lack of personal jurisdiction.

3.    Plaintiff's claims against Bayer Corporation are barred because Bayer Corporation never manufactured, distributed, or sold Roundup®-branded products.

4.     Plaintiff's claims against Bayer Corporation are barred because plaintiff cannot proffer any scientifically reliable evidence that the products at issue were defective or unreasonably dangerous.

5.     Any alleged negligent or culpable conduct of Bayer Corporation, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of plaintiff's alleged injuries.

6.     Plaintiff's claims against Bayer Corporation are barred, in whole or in part, because the products at issue were designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

7.     Plaintiff's claims against Bayer Corporation are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government safety standards.

8.     Any claims based on allegations that Bayer Corporation misled, defrauded, made misrepresentations to, or withheld information from U.S. EPA are preempted by federal law. *See, e.g.*, *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001); *Nathan Kimmel, Inc. v. Dowelanco*, 275 F.3d 1199 (9th Cir. 2002).

9.     Plaintiff's claims against Bayer Corporation are preempted, in whole or in part, by applicable federal law relating to the design, testing, producing, manufacturing, labeling, distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-containing products.

10.    Plaintiff's claims against Bayer Corporation are preempted, in whole or in part, because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of U.S. EPA-approved product labeling.

11.    Plaintiff's claims against Bayer Corporation are barred, in whole or in part, by the doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S. EPA.

12.     Plaintiff's claims against Bayer Corporation are barred, in whole or in part, because plaintiff's injuries, if any, were the result of conduct of plaintiff, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events, and/or independent, intervening and superseding causes of the alleged injuries, including but not limited to plaintiff's pre-existing medical conditions.

13.     The doctrines contained in Restatement (Second) of Torts § 402A, comments j and k, bar plaintiff's claims against Bayer Corporation in whole or in part.

14.     Applicable statutes of limitations and/or repose bar plaintiff's claims against Bayer Corporation in whole or in part.

15.     Plaintiff's misuse or abnormal use of the product or failure to follow instructions bar plaintiff's claims against Bayer Corporation in whole or in part.

16.     If plaintiff suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from: (a) acts or omissions of persons or entities for which Bayer Corporation is neither liable nor responsible or, in the alternative, Bayer Corporation is entitled to an assessment of the relative degree of fault of all such persons and entities; or (b) resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by Bayer Corporation.  Such acts or omissions on the part of others or diseases or causes constitute an independent, intervening and sole proximate cause of plaintiff's alleged injuries or damages.

17.     Bayer Corporation had no legal relationship or privity with plaintiff and owed no duty to him by which liability could be attributed to it.

18.     Plaintiff's claims against Bayer Corporation are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

19.     Plaintiff's claims against Bayer Corporation are barred in whole or in part by plaintiff's own contributory/comparative negligence.

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC  & 3:20-cv-04834-VC

20.     Plaintiff's claims against Bayer Corporation are barred in whole or in part by plaintiff's own failure to mitigate damages.

21.     Plaintiff's claims against Bayer Corporation are barred in whole or in part by the sophisticated user doctrine.

22.     To the extent that plaintiff recovered payments for plaintiff's alleged injuries from any collateral source(s) or other source(s), plaintiff's recovery in this lawsuit, if any, shall be reduced to the extent allowed by applicable law, including as allowed for under Fla. Stat. § 768.76.

23.     If plaintiff has been injured or damaged, no injury or damages being admitted, such injuries or damages were not caused by a Bayer Corporation product.

24.     Plaintiff's claims against Bayer Corporation are barred or limited to the extent that plaintiff asserts claims that are governed by the laws of a state that does not recognize, or limits, such claims.

25.     Plaintiff's claims against Bayer Corporation are barred to the extent that plaintiff seeks relief under the laws of states that do not govern plaintiff's claims.

26.     Plaintiff's claims against Bayer Corporation are barred, in whole or in part, by application of Fla. Stat. § 768.1256.

27.     In accordance with Fla. Stat. § 768.1257, plaintiff's claims against Bayer Corporation are barred, in whole or in part, because the products at issue were designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

28.     Plaintiff has failed to allege fraud with sufficient particularity.

29.     Plaintiff's medical condition was caused directly, solely, and proximately by medical conditions, sensitivities, and idiosyncrasies peculiar to him, and which were unknown, unknowable, or not reasonably foreseeable to Bayer Corporation.

30.     The number of different agents to which plaintiff was exposed and the lack of definitive evidence as to the amount of actual exposure to each agent makes it impossible to determine, to a requisite degree of legal certainty, the alleged causal connection, if any, between plaintiff's injuries and said agents.

31.     Plaintiff's injuries, if any, were caused, in whole or in part, by the acts or omissions of persons other than Bayer Corporation, whether individual, corporate, associate, or otherwise, whether named or unnamed in the Complaint, and for whose conduct Bayer Corporation is not liable. Bayer Corporation is not liable for damages proximately caused by non-parties, pursuant to *Fabre v. Marin*, 623 So.2d 1182 (Fla. 1993), including any other product used by plaintiff that was not manufactured, sold, or distributed by Bayer Corporation.

32.     Bayer Corporation hereby gives notice that it intends to rely upon such other defenses as may become available or apparent during the course of discovery and thus reserves its right to amend this Answer to assert such defenses.

**WHEREFORE**, Defendant Bayer Corporation demands judgment in its favor and against plaintiff, dismissing plaintiff's Complaint with prejudice, together with the costs of suit and such other relief as the Court deems equitable and just.

## <u>JURY TRIAL DEMAND</u>

Bayer Corporation demands a jury trial on all issues so triable.

DATED: July 30, 2021.                     Respectfully submitted,

                                          SHOOK, HARDY & BACON L.L.P.

                                          BY: */s/ Jennise W. Stubbs*
                                          Jennise W. Stubbs
                                          600 Travis Street, Suite 3400
                                          Houston, TX 77002-2926
                                          Telephone:   (713) 227-8008
                                          Facsimile:    (713) 227-9508
                                          Email:        jstubbs@shb.com

                                          *Attorneys for Defendant*
                                          *Bayer Corporation*

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC  & 3:20-cv-04834-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that on the 30th day of July, 2021, I electronically transmitted the foregoing **BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs

BAYER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT
3:16-md-02741-VC  & 3:20-cv-04834-VC