**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Andrew Colton v. Monsanto Company et al.*, Case No. 3:20-cv-04834-VC | |

**BAYER CORPORATION'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Bayer Corporation is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceedings.

|   |   |
|---|---|
| DATED: July 30, 2021. | Respectfully submitted, |
|   | SHOOK, HARDY & BACON L.L.P. |
|   | BY: */s/ Jennise W. Stubbs* |
|   |     Jennise W. Stubbs |
|   |     600 Travis Street, Suite 3400 |
|   |     Houston, TX 77002-2926 |
|   |     Telephone:  (713) 227-8008 |
|   |     Facsimile:   (713) 227-9508 |
|   |     Email:         jstubbs@shb.com |
|   | *Attorneys for Defendant* |
|   | *Bayer Corporation* |

## CERTIFICATE OF SERVICE

I certify that on the 30th day of July, 2021, I electronically transmitted the foregoing **BAYER CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs