**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| | Honorable Judge Vince Chhabria |
| Richard Garrison | |
| | Case No.: 3:19-cv-00280-VC |
| v. | |
| Monsanto Company. | |

**~~PROPOSED~~ ORDER**

1. The Motion for Leave to File Amended Complaint filed by Counsel for Executor of the Estate of Richard Garrison, Graham Arthur Garrison, is Granted.

2. Executor of the Estate of Richard Garrison, Graham Arthur Garrison, is ordered to file the Proposed Amended Complaint.

SO ORDERED in the United States District Court for the Northern District of California, this __30__ day of __July__, 2021.

_____
VINCE CHHABRIA
United States District Judge

**GRANTED**
Judge Vince Chhabria

1