**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Donnie Leon Powell v. Monsanto Co.*, 3:20-cv-05623-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>**Hearing:**<br>Date:   September 9, 2021<br>Time:  2:00 p.m.<br>Place:  Courtroom 4 |

1 | The Motion for Summary Judgment filed by Defendant Monsanto Company ("Monsanto")
2 | came on for a hearing on September 9, 2021 in Courtroom 4, in the above-entitled Court, the
3 | Honorable Vince Chhabria presiding.  Having considered all papers submitted by the parties
4 | concerning the Motion for Summary Judgment, and the pleadings and papers on file in this action,
5 | **IT IS HERE BY ORDERED, ADJUDGED AND DECREED** that:
6 | 1.   Monsanto's Motion for Summary Judgment is granted as set forth in the Court's
7 | Order dated _____.
8 | 2.   Judgment is hereby entered in favor of Monsanto.

Dated:                              By: _____
                                          Honorable Vince Chhabria
                                          United States District Judge

PROPOSED ORDER RE MONSANTO'S MOTION FOR SUMMARY JUDGMENT