**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Silvia Solis v. Monsanto Co.*, 3:20-cv-07391 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>**Hearing:**<br>Date:   September 9, 2021<br>Time:  2:00 p.m.<br>Place:  Courtroom 4 |

The Motion for Summary Judgment filed by Defendant Monsanto Company ("Monsanto") came on for a hearing on September 9, 2021 in Courtroom 4, in the above-entitled Court, the Honorable Vince Chhabria presiding.  Having considered all papers submitted by the parties concerning the Motion for Summary Judgment, and the pleadings and papers on file in this action,

**IT IS HERE BY ORDERED, ADJUDGED AND DECREED** that:

1. Monsanto's Motion for Summary Judgment is granted as set forth in the Court's Order dated _____.

2. Judgment is hereby entered in favor of Monsanto.

Dated:                              By: _____
                                        Honorable Vince Chhabria
                                        United States District Judge