**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Silvia Solis v. Monsanto Co.*, 3:20-cv-07391 | **DECLARATION OF K. LEE MARSHALL IN SUPPORT OF MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>**Hearing:**<br>Date:    September 9, 2021<br>Time:    2:00 p.m.<br>Place:   Courtroom 4 |

### **DECLARATION OF K. LEE MARSHALL**

I, K. Lee Marshall, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Defendants' Motion for Summary Judgment on Causation Grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. This Court ordered that all Wave 3 plaintiffs must submit expert reports no later than June 29, 2021 ("Wave 3 Scheduling Order"), which includes Plaintiff Nick Manuel Griego, as Independent Executor of the Estate of Sylvia Lillian Solis ("Plaintiff"). (ECF #12197)

3. To date, Plaintiff has not complied with any of the deadlines set forth in the Wave 3 Scheduling Order. Since filing his Complaint in September 2020, Plaintiff has not produced any discovery. Plaintiff has not produced a Plaintiff Fact Sheet or provided an expert report. Plaintiff has also not responded to requests for a deposition. Plaintiff has also not responded to any of Monsanto's requests for information or discovery.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 30, 2021, at San Francisco, California.

_____
K. Lee Marshall