UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Powell v. Monsanto Company*, 20-cv-5623-VC | **ORDER DENYING MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AS MOOT**<br><br>Re: Dkt. No. 13200 |

Plaintiff's motion for an extension of time to file expert reports is denied as moot.

**IT IS SO ORDERED.**

Dated: August 2, 2021

VINCE CHHABRIA
United States District Judge