Michelle R. Points, ISB No. 6224
POINTS LAW, PLLC
190 N. Capitol Blvd., Suite 200
Boise, Idaho  83702
Telephone: (208) 287-3216
Email: mpoints@pointslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | Case No. 3:19-cv-07396-VC |
| This document relates to: | |
| *Leslie Ann Adamson v. Monsanto Co.*, Case No. 3:19-cv-06842-VC | |

## STIPULATION TO DISMISS

The parties, through their respective counsel of record, stipulate that this case can be dismissed with prejudice, with each party to bear their own attorney fees and costs.

DATED:  August 2, 2021

Respectfully submitted,

*/s/ Michelle R. Points*_____
Michelle R. Points
199 N. Capitol Blvd, Ste. 200
Boise, ID 83702
Telephone: 208-629-2157
Fax: 208-629-2157
mpoints@pointslaw.com

*Attorneys for Plaintiff*

/s/ *Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendants*