Michelle R. Points, ISB No. 6224
POINTS LAW, PLLC
190 N. Capitol Blvd., Suite 200
Boise, Idaho  83702
Telephone: (208) 287-3216
Email: mpoints@pointslaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br><br>This document relates to:<br><br>*Sally J. Snyder v. Monsanto Co.*,<br>Case No. 3:19-cv-07396-VC | MDL No. 2741<br><br>Case No. 3:19-cv-07396-VC |

## STIPULATION TO DISMISS

The parties, through their respective counsel of record, stipulate that this case can be dismissed with prejudice, with each party to bear their own attorney fees and costs.

DATED:  August 2, 2021

                                      Respectfully submitted,

                                      */s/ Michelle R. Points*_____
                                      Michelle R. Points
                                      199 N. Capitol Blvd, Ste. 200
                                      Boise, ID 83702
                                      Telephone: 208-629-2157
                                      Fax: 208-629-2157
                                      mpoints@pointslaw.com

                                      *Attorneys for Plaintiff*

/s/ *Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendants*