UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Achterhof v. Monsanto Company*, 21-cv-1332 | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY**<br><br>Re: Dkt. No. 13108 |

The Motion to Substitute is granted, and the Clerk of Court will update the docket to reflect that Carole Achterhof, as representative of the Estate of Roger D. Achterhof, has replaced Roger D. Achterhof as plaintiff in this case. *See* Fed. R. Civ. P. 25(a).

   **IT IS SO ORDERED.**

Dated: August 2, 2021

_____

VINCE CHHABRIA
United States District Judge