UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Anna Roy v. Monsanto Co.*, Case No. 3:20-cv-03371-VC | |

**ORDER** AS MODIFIED

Considering Plaintiffs' Unopposed Motion for Leave to File First Supplemental and Amended Complaint;

**IT IS HEREBY ORDERED** the Motion is granted. ~~The First Supplemental and Amended Complaint will be filed into the record.~~ The plaintiff shall file their Amended Complaint on the docket within 7 days.

**DONE AND SIGNED** this  2nd  day of  August , 2021.

_____
Hon. Vince Chhabria