UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE:  ROUND UP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No.  2741 <br><br> Case No:  3:16-md-2741 |
| This Document Relates to: | | |
| *Salem v. Monsanto Co.*, 3:20-cv-01360-VC | | |

**PERSONAL REPRESENTATIVE'S UNOPPOSED**

**MOTION FOR SUBSTITUTION OF PARTY**

COMES NOW, Sandra Marie Salem (hereinafter "Ms. Salem"), as the Personal Representative of the Estate of John Joseph Salem, deceased, who pursuant to Rule 25(a)(1), *Federal Rules of Civil Procedure*, moves to be substituted as the proper party plaintiff in the instant action.  As grounds, Ms. Salem would show the following:

1. Ms. Salem's husband, the Plaintiff, John Joseph Salem, died on March 18, 2021. Ms. Salem is the duly appointed Personal Representative of the Estate of John Joseph Salem, deceased.  Copies of the *Order Appointing Personal Representative* and *Letters of Administration* are attached and incorporated by reference as Exhibits "A" and "B."

2. Ms. Salem seeks to substitute herself in her capacity as the Personal Representative of the Estate of John Joseph Salem, deceased, as the party plaintiff in this action so that she may pursue this case alternatively as a survival or wrongful death action pursuant to Florida law.

3. Should the Court grant this *Motion*, Ms. Salem will file a motion for leave to amend the operative complaint to alternatively allege a survival or wrongful death action against the Defendant.

4. Ms. Salem, through the undersigned attorney, has conferred with counsel for the Defendant, Monsanto Company, and the Defendant does not oppose this Court granting this *Motion*.

Dated this 3rd day of August, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of August, 2021, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH has been filed through the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

/s/ Christopher Shakib, Esq.
**Christopher Shakib, Esquire**
**TERRELL HOGAN YEGELWEL, P.A.**
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
Telephone: (904) 632-2424
Facsimile: (904) 632-0549
Primary Email: shakib@terrellhogan.com
Secondary Email: jfleury@terrellhogan.com
Florida Bar No.: 0947865
Attorney for the Plaintiff