Record and Return to:
DANIEL D. AKEL, ESQ.
LIPPES MATHIAS WEXLER FRIEDMAN LLP
10151 Deerwood Park Blvd, Bldg 300, Ste 300
Jacksonville, Florida 32256

FILED 4/1/21 PM 2:36 PHILLIPS

**IN THE CIRCUIT COURT FOR
DUVAL COUNTY, FLORIDA
PROBATE DIVISION**

IN RE: ESTATE OF

JOHN JOSEPH SALEM
a/k/a JOHN J. SALEM,

    Deceased.

File No. 16-2021-CP-000950

Division PR-A

**ORDER ADMITTING WILL TO PROBATE
AND APPOINTING PERSONAL REPRESENTATIVE
(self-proved)**

The instrument presented to this court as the Last Will and Testament of John Joseph Salem, deceased, having been executed in conformity with law, and made self-proved by the acknowledgment of the decedent and the affidavits of the witnesses, made before an officer authorized to administer oaths and evidenced by the officer's certificate attached to or following the will in the form required by law, and no objection having been made to its probate, and the court finding that the decedent died on March 18, 2021, and that Sandra Marie Salem is entitled and qualified to be personal representative, it is

ADJUDGED that the will dated September 28, 2017, and attested by Laura B. Pasquella and Jenny L. Garmon as subscribing and attesting witnesses, is admitted to probate according to law as the Last Will and Testament of the decedent, and it is further

ADJUDGED that Sandra Marie Salem is appointed personal representative of the estate of the decedent, and that upon taking the prescribed oath, filing designation and acceptance of resident agent, and filing bond in the sum of $_____, letters of administration shall be issued.

ORDERED on __April 1st__, 2021.

_[signature]_

Copy to: Daniel D. Akel, Esquire

STATE OF FLORIDA
DUVAL COUNTY
I, UNDERSIGNED Clerk of the Circuit & County Courts, Duval County, Florida, DO HEREBY CERTIFY the within and foregoing, consisting of ___1___ pages, is a true and correct copy of the original as it appears on record and file in the office of the Clerk of Circuit & County Courts of Duval County, Florida.
WITNESS my hand and seal of Clerk of Circuit & County Courts at Jacksonville, Florida, this the ___ day of _____ A.D., 20__.
Clerk, Circuit and County Courts
Duval County, Florida
by _[signature]_
Deputy Clerk