FILED 4/1/21 PM 2 36 PHILLIPS

IN THE CIRCUIT COURT FOR
DUVAL COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

JOHN JOSEPH SALEM      File No. 16-2021-CP-000950
a/k/a JOHN J. SALEM,

                         Division PR-A

       Deceased.

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, John Joseph Salem, a resident of Duval County, Florida, died on March 18, 2021, owning assets in the State of Florida, and

WHEREAS, Sandra Marie Salem has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Sandra Marie Salem duly qualified under the laws of the State of Florida to act as personal representative of the estate of John Joseph Salem, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _April 1st_, 2021.

                                           _____
                                                Circuit Judge