IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In Re: Roundup Products Liability Litigation*

MDL No. 2741

Case No.: 16-md-02741-VC

This document relates to:

*Moreno v. Monsanto, et al.*
Case No.: 3:21-cv-03166-VC

---

MARCIA MORENO

        Plaintiff,

  vs.

MONSANTO, et al.

        Defendants.

Case No.: 3:21-cv-03166-VC

## **STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS**

Upon consent of all parties to have appeared in this lawsuit, and pursuant to Federal Rule of Civil Procedure 41(1)(1)(A)(ii), Plaintiff dismisses all claims in this lawsuit.  Plaintiff's claims against Defendant Monsanto Company are dismissed without prejudice, provided that if Plaintiff, or anyone else on behalf of Plaintiff, refiles any of the claims asserted or that could have been asserted in this lawsuit, that lawsuit will be filed in the Circuit Court of St. Louis County, Missouri against Monsanto Company only – and not against any other defendants.  Plaintiff's claims against all named Defendants other than Monsanto Company are dismissed with prejudice.  Each party shall bear her or its own attorneys' fees and costs for this lawsuit.

1

Respectfully submitted,

**COONEY & CONWAY**

/s/ Michael C. Cooney
Michael C. Cooney
120 North LaSalle, St. 30th Floor
Chicago, Illinois 60602
312-236-6166
mcooney@cooneyconway.com
Counsel for Plaintiff


**COONEY & CONWAY**

/s/ John D. Cooney
John D. Cooney
120 North LaSalle, St. 30th Floor
Chicago, Illinois 60602
312-236-6166
jcooney@cooneyconway.com
Counsel for Plaintiff


**SHOOK, HARDY & BACON LLP**

/s/ Jennise Walker-Stubbs
Jennise Walker-Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002
713-227-8008
jstubbs@shb.com
Counsel for Defendants Monsanto Company; Akzo Nobel Inc.; Nouryon Surface Chemistry LLC f/k/a Akzo Nobel Surface Chemistry LLC; Nouryon Functional Chemicals LLC f/k/a Akzo Nobel Functional Chemicals LLC, and Nouryon Chemicals LLC f/k/a Starfruit US Merger Sub 1 LLC, successor in interest to Akzo Nobel Chemicals LLC.