# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**
    Anousheh Sabouri, et al. v. Monsanto Corporation, et al.,  )
       C.D. California, C.A. No. 2:21-05524               )      MDL No. 2741

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

      A conditional transfer order was filed in this action (*Anousheh*) on July 23, 2021. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Anousheh* was lifted on August 2, 2021, and the action was transferred to the Northern District of California. On August 2, 2021, plaintiffs in *Anousheh* filed a motion to reinstate the CTO. In their motion, plaintiffs, through counsel, state that counsel was not registered with the Panel for CM ECF filing. Counsel has since remedied the issue and moves to reinstate the CTO. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiffs to pursue their opposition to transfer. The plaintiffs have provided a copy of their notice of opposition.

      IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-280" filed on July 23, 2021, is REINSTATED.

      IT IS FURTHER ORDERED that plaintiffs' Notice of Opposition is accepted for filing as of the date of this order.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel