# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

This document relates to:

*Lowell Albert, Jr. v. Monsanto Co.*
Case No. 3:20-cv-03684-VC
(N.D. Cal)

*Robert Albrecht v. Monsanto Co.*
Cause No. 3:19-cv-07974-VC
(N.D. Cal)

*Dennis Armstrong v. Monsanto Co.*
Cause No. 3:19-cv-07768-VC
(N.D. Cal)

*David Bayerl v. Monsanto Co.*
Cause No. 3:20-cv-00270-VC
(N.D. Cal)

*Dorothy Becker v. Monsanto Co.*
Cause No. 3:19-cv-07769-VC
(N.D. Cal)

*Loren Cossel v. Monsanto Co.*
Cause No. 3:20-cv-01918-VC
(N.D. Cal)

*Donald Cowan v. Monsanto Co.*
Cause No. 3:19-cv-05974-VC
(N.D. Cal)

*Vicki Dayhuff v. Monsanto Co.*
Cause No. 3:20-cv-02008-VC
(N.D. Cal)

*Allen Ducheneaux v. Monsanto Co.*
Cause No. 3:19-cv-05516-VC
(N.D. Cal)

*Estate of Judith Martin v. Monsanto Co.*
Cause No. 3:19-cv-07347-VC
(N.D. Cal)

*Estate of Lowell Rholff v. Monsanto Co.*
Cause No. 3:19-cv-06845-VC
(N.D. Cal)

*Estate of Melvin Northdurft v. Monsanto Co.*
Cause No. 3:19-cv-08221-VC
(N.D. Cal)

*Carol Fatla v. Monsanto Co.*
Cause No. 3:19-cv-07363-VC
(N.D. Cal)

*David Feiner v. Monsanto Co.*
Cause No. 3:20-cv-02645-VC
(N.D. Cal)

*Richard Forsell v. Monsanto Co.*
Cause No. 3:20-cv-03722-VC
(N.D. Cal)

*Donald Frens v. Monsanto Co.*
Cause No. 3:20-00426-VC
(N.D. Cal)

*John Gammel v. Monsanto Co.*
Cause No. 3:19-cv-05519-VC
(N.D. Cal)

*Vernon Gent v. Monsanto Co.*
Cause No. 3:20-cv-03723-VC
(N.D. Cal)

*John Gillaspie v. Monsanto Co.*
Cause No. 3:20-cv-02007-VC
(N.D. Cal)

*Dell Goedtke v. Monsanto Co.*
Cause No. 3:20-cv-02646-VC
(N.D. Cal)

*John Gunderson v. Monsanto Co.*
Cause No. 3:19-cv-05973-VC
(N.D. Cal)

*Clare Guthrie v. Monsanto Co.*
Cause No. 3:19-cv-07767-VC
(N.D. Cal)

*Rudolph D. Haba v. Monsanto Co.*
Cause No. 3:19-cv-05951-VC
(N.D. Cal)

Proposed Order on Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

*Steven Hammond v. Monsanto Co.*
Cause No. 3:20-cv-01418-VC
(N.D. Cal)

*Chris Harms v. Monsanto Co.*
Cause No. 3:20-cv-00267-VC
(N.D. Cal)

*Billy Joe Henry, Jr. v. Monsanto Co.*
Cause No. 3:19-cv-06180-VC
(N.D. Cal)

*Richard Hoen v. Monsanto Co.*
Cause No. 3:20-cv-00011-VC
(N.D. Cal)

*James Hoffman v. Monsanto Co.*
Cause No. 3:20-cv-02413-VC
(N.D. Cal)

*Frank Holzer, Jr. v. Monsanto Co.*
Cause No. 3:19-cxv-07821-VC
(N.D. Cal)

*Jamie Jasper v. Monsanto Co.*
Cause No. 3:19-cv-06058-VC
(N.D. Cal)

*Lewellyn Johnson v. Monsanto Co.*
Cause No. 3:20-cv-00269-VC
(N.D. Cal)

*Mark Joseph Kubacki v. Monsanto Co.*
Cause No. 3:19-cv-05521-VC
(N.D. Cal)

*Lawrence Laleman v. Monsanto Co.*
Cause No. 3:19-cv-07975-VC
(N.D. Cal)

*Shelly Lehner v. Monsanto Co.*
Cause No. 3:20-cv-00271-VC
(N.D. Cal)

*Thomas Lex v. Monsanto Co.*
Cause No. 3:20-cv-03305-VC
(N.D. Cal)

*Deric Lindstrom v. Monsanto Co.*
Cause No. 3:19-06056-VC
(N.D. Cal)

Proposed Order on Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

*Clifford McCord v. Monsanto Co.*
Cause No. 3:19-cv-05520-VC
(N.D. Cal)

*Richard McKone v. Monsanto Co.*
Cause No. 3:19-cv-07977-VC
(N.D. Cal)

*Jared Meis v. Monsanto Co.*
Cause No. 3:19-cv-07364-VC
(N.D. Cal)

*Angela Montgomery v. Monsanto Co.*
Cause No. 3:20-cv-02809-VC
(N.D. Cal)

*John Myers v. Monsanto Co.*
Cause No. 3:20-cv-03731-VC
(N.D. Cal)

*Emmett O'Connell v. Monsanto Co.*
Cause No. 3:19-cv-07346-VC
(N.D. Cal)

*Randy O'Neill v. Monsanto Co.*
Cause No. 3:19-cv-06181-VC
(N.D. Cal)

*Keith Pohl v. Monsanto Co.*
Cause No. 3:20-cv-03308-VC
(N.D. Cal)

*Vernon Quade v. Monsanto Co.*
Cause No. 3:20-cv-03310-VC
(N.D. Cal)

*Joe Radermacher v. Monsanto Co.*
Cause No. 3:19-cv-05976-VC
(N.D. Cal)

*Warren Dean Rentz v. Monsanto Co.*
Cause No. 3:19-cv-05515-VC
(N.D. Cal)

*Michael Sanders v. Monsanto Co.*
Cause No. 3:19-cv-05518-VC
(N.D. Cal)

*Charles Schmidt, Jr. v. Monsanto Co.*
Cause No. 3:19-cv-06179-VC
(N.D. Cal)

Proposed Order on Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

*Merlin Schwartz v. Monsanto Co.*
Cause No. 3:19-cv-05506-VC
(N.D. Cal)

*Emma J. Selsor v. Monsanto Co.*
Cause No. 3:19-cv-05517-VC
(N.D. Cal)

*Stanley Senack, Sr. v. Monsanto Co.*
Cause No. 3:19-cv-07822-VC
(N.D. Cal)

*Diana Smith v. Monsanto Co.*
Cause No. 3:20-cv-00169-VC
(N.D. Cal)

*Carol Stoffregen v. Monsanto Co.*
Cause No. 3:19-cv-05971-VC
(N.D. Cal)

*Jeffrey Stratton v. Monsanto Co.*
Cause No. 3:20-cv-03312-VC
(N.D. Cal)

*Michelle Straumann v. Monsanto Co.*
Cause No. 3:19-cv-05978-VC
(N.D. Cal)

*Viola Torgerson v. Monsanto Co.*
Cause No. 3:19-cv-04723-VC
(N.D. Cal)

*Darnell Tschetter v. Monsanto Co.*
Cause No. 3:19-cv-06057-VC
(N.D. Cal)

*Melvin Tschetter v. Monsanto Co.*
Cause No. 3:19-cv-07397-VC
(N.D. Cal)

*William VanFrank v. Monsanto Co.*
Cause No. 3:19-cv-05979-VC
(N.D. Cal)

*Kerry VonGondy v. Monsanto Co.*
Cause No. 3:19-cv-07677-VC
(N.D. Cal)

*Jack Waddle v. Monsanto Co.*
Cause No. 3:20-cv-01919-VC
(N.D. Cal)

Proposed Order on Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

*Ronald Welch v. Monsanto Co.*
Cause No. 3:19-cv-05954-VC
(N.D. Cal)

*William Wenzel v. Monsanto Co.*
Cause No. 3:19-cv-06846-VC
(N.D. Cal)

*John Zellnar, Jr. v. Monsanto Co.*
Cause No. 3:20-cv-00268-VC
(N.D. Cal)

## PROPOSED ORDER ON MONSANTO'S
## MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiffs' Complaints for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this _____ day of _____, 2021;

**ORDERED** that the Complaints of the following Plaintiffs are hereby dismissed with prejudice: Lee Eggleston, William Millner, Elsie Mulch, Paul Timberlake, and Sylvia Solis; and

**ORDERED** that a signed copy of this Order be served upon all counsel within seven (7) days of the date hereof.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT