UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS | ) | MDL No. 2741 |
| LIABILITY LITIGATION | ) | Case No. 16-md-02741-VC |
| | ) | |
| This document relates to: | ) | |
| Cockerham, *et. al.* v. | ) | Case No. 3:19-cv-8089 |
| Monsanto Company, *et. al.* | ) | |
| _____ | ) | |

## NOTICE AND SUGGESTION OF DEATH

The undersigned attorney, pursuant to Rule 25(a)(1), Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Amaj "Joe" Cockerham. The undersigned respectfully informs this Court that a Motion for Substitution of Party, and Request for Leave to Amend the Complaint to Allege a Wrongful Death Claim will be filed by Juanita Cockerham, Personal Representative of the Estate of Amaj Cockerham, deceased.

Dated this 4th day of August, 2021.

BONDURANT LAW PLLC

s/Joel M. Bondurant
Joel M. Bondurant
N.C. Bar No. 29621
15720 Brixham Hill Ave., Ste. 300
Charlotte, NC 28277
(704) 897-0490 (ph)
(704) 559-3379 (fax)
joel@bondurantlawfirm.com

Page **1** of **2**

Cockerham v. Monsanto, et. al.
Notice and Suggestion of Death
Case No. 3:19-cv-8089 (NDCal)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH has been filed through the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

Dated this 4th day of August, 2021.

>BONDURANT LAW PLLC
>
>s/Joel M. Bondurant
>Joel M. Bondurant

Page **2** of **2**

Cockerham v. Monsanto, et. al.
Notice and Suggestion of Death
Case No. 3:19-cv-8089 (NDCal)