UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS | ) | MDL No. 2741 |
| LIABILITY LITIGATION | ) | Case No. 16-md-02741-VC |
| | ) | |
| This document relates to: | ) | |
| Cockerham, *et. al.* v. | ) | Case No. 3:19-cv-8089 |
| Monsanto Company, *et. al.* | ) | |
| _____ | ) | |

### UNOPPOSED MOTION TO AMEND COMPLAINT AND SUBSTITUTE PARTY

The undersigned attorney, pursuant to Rules 15 and 25, Federal Rules of Civil Procedure, hereby moves for leave to file the proposed Amended Complaint attached hereto as Exhibit A. In support of the Motion, the undersigned would show the Court as follows:

1. On 08/04/2021, Plaintiff filed a Notice and Suggestion of Death on the record, informing the Court that Plaintiff Amaj "Joe" Cockerham passed away on November 18, 2020.

2. Pursuant to Rule 25(a)(1), when a party dies, a motion to substitute the successor or representative may be made within 90 days of the date that the Notice and Suggestion of Death is filed.

3. The purpose of the Amended Complaint is to substitute the proper party for Mr. Cockerham now that he is deceased, and to make the claims and allegations of the Complaint consistent with Mr. Cockerham's passing and the need to assert wrongful death claims and remedies under North Carolina law.

4. Here, Mr. Cockerham's wife, Juanita Cockerham, was appointed on June 3, 2021 as the Personal Representative of the Estate of Amaj Cockerham. In this capacity, Juanita Cockerham seeks to be substituted into the above-captioned case.

Page **1** of **2**

Cockerham v. Monsanto, et. al.
Consent Motion to Amend Complaint
Case No. 3:19-cv-8089 (NDCal)

5. The undersigned consulted with counsel for Monsanto Company and, while Monsanto reserves all rights and defenses, Monsanto does not oppose this Motion.

WHEREFORE the undersigned respectfully requests that the Court enter an Order permitting the filing of the Amended Complaint. Defendant does not oppose the Motion and there is no prejudice from this timely filed motion to amend the complaint in such a manner as to substitute the administrator of the estate in the place of Mr. Cockerham as the named Plaintiff.

Dated this 4th day of August, 2021.

> BONDURANT LAW PLLC
>
> s/Joel M. Bondurant
> Joel M. Bondurant
> N.C. Bar No. 29621
> 15720 Brixham Hill Ave., Ste. 300
> Charlotte, NC 28277
> (704) 897-0490 (ph)
> (704) 559-3379 (fax)
> joel@bondurantlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below, a copy of the foregoing Unopposed Motion to Amend Complaint has been filed through the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

Dated this 4th day of August, 2021.

> BONDURANT LAW PLLC
>
> s/Joel M. Bondurant
> Joel M. Bondurant

Page **2** of **2**

Cockerham v. Monsanto, et. al.
Consent Motion to Amend Complaint
Case No. 3:19-cv-8089 (NDCal)