Gregory Rueb (CA SBN 154589)
**DALIMONTE RUEB STOLLER, LLP**
515 S Figueroa St, Ste 1550
Los Angeles, CA 90071
Tel: 949.375.6843
Fax: 855.203.2035
greg@drlawllp.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: *Thomas P. Danielson, et al, v Monsanto Company, et al* Case No. 3:21-cv-05301-VC | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SPECIFIED DEFENDANT

Plaintiffs, THOMAS P. DANIELSON, DAVIDSON SMITH, JOAN BENNETT, BRENDA EVANS, NANCY JORGENSEN, CAROL CLAWSON and RACHAEL PESSAH-SUTHERLAND, by and through undersigned counsel, and pursuant to Rule 41 (a)(1)(A)(i), Fed. R. Civ. P., dismiss any and all claims against Defendant ORCHARD SUPPLY HARDWARE, in the above captioned action, without prejudice.

DATED: August 4, 2021        Respectfully submitted,

**DALIMONTE RUEB STOLLER, LLP**

By: */s/Gregory D. Rueb*
       Gregory D. Rueb
       Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 4th day of August 2021, which will send notification of the same to all counsel of record.

/s/ Gregory D. Rueb

-2-