UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Garza et al. v. Monsanto Company*, 20-cv-06988 | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME TO FILE EXPERT REPORTS**<br><br>Re: Dkt. No. 13361 |

The plaintiff's motion for leave to extend time to file expert reports is granted.

**IT IS SO ORDERED.**

Dated: August 5, 2021

VINCE CHHABRIA
United States District Judge