| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COVINGTON & BURLING LLP** |
| Brian L. Stekloff (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (bstekloff@wilkinsonstekloff.com) | (mimbroscio@cov.com) |
| Rakesh Kilaru (*pro hac vice*) | One City Center |
| (rkilaru@wilkinsonstekloff.com) | 850 10th St. NW |
| 2001 M St. NW | Washington, DC 20001 |
| 10th Floor | Tel: 202-662-6000 |
| Washington, DC 20036 | |
| Tel: 202-847-4030 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Fax: 202-847-4005 | K. Lee Marshall (CA Bar No. 277092) |
| | (klmarshall@bclplaw.com) |
| **HOLLINGSWORTH LLP** | Three Embarcadero Center, 7th Floor |
| Eric G. Lasker (*pro hac vice*) | San Francisco, CA 94111 |
| (elasker@hollingsworthllp.com) | Tel: 415-675-3400 |
| 1350 I St. NW | Fax: 415-675-3434 |
| Washington, DC 20005 | |
| Tel: 202-898-5843 | Jed P. White (CA Bar No. 2392339) |
| Fax: 202-682-1639 | (jed.white@bclplaw.com) |
| | 120 Broadway, Suite 300 |
| | Santa Monica, CA 90401 |
| | Tel: 310-576-2100 |
| | Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Juan and Delia Garza v. Monsanto Co.*, 3:20-cv-06988-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| | **Hearing:** |
| | Date: September 23, 2021 |
| | Time: 2:00 p.m. |
| | Place: Courtroom 4 |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion for Summary Judgment on Causation Grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. This Court ordered that all Wave 3 plaintiffs, which includes Plaintiffs Juan Garza and Delia Garza ("Plaintiffs"), must submit expert reports no later than June 29, 2021. (ECF #12197.) On July 2, 2021, Plaintiffs filed a motion extend time to file expert reports by 30 days until July 29, 2021. (MDL EFC #13244; Individ. ECF #10.) Monsanto did not oppose the motion. The Court granted Plaintiff's motion for extension on August 5, 2021. (ECF #11.)

3. To date, Plaintiffs have not served any expert report. And more specifically, Plaintiffs have not served any expert report containing case-specific evidence of a causal link between Roundup and Mr. Garza's cancer.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 5, 2021, at Santa Monica, California.

_____
Jed P. White

1
DECLARATION IN SUPPORT OF
MONSANTO'S MOTION FOR SUMMARY JUDGMENT