**DALIMONTE RUEB STOLLER, LLP**
Gregory Rueb (CA Bar No. 154589)
(greg@drlawllp.com)
Behram V. Parekh (CA Bar. No. 180361)
(behram.parekh@drlawllp.com)
515 S. Figueroa Street, Suite 1550
Los Angeles, CA 90071
Tel: 949-375-6843
Fax: 855-203-2035

*Attorneys for Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*William Davis, et al. v. Monsanto Company, et al.*, Case No. 3:21-cv-05298-VC | **JOINT STIPULATION TO REMAND *DAVIS* LAWSUIT TO STATE COURT** |

Plaintiffs and defendant Monsanto Company (collectively, "the Parties"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, plaintiffs commenced this lawsuit by filing a complaint in the Superior Court of the State of California for San Francisco County;

WHEREAS, Monsanto Company removed this lawsuit to this Court based on 28 U.S.C. § 1452 because: (a) 28 U.SC. § 1334(b) gives this Court subject matter jurisdiction over all civil proceedings arising in or related to cases under title 11 of the United States Code (*i.e.*, the United States Bankruptcy Code); and (b) claims asserted by certain plaintiffs against Orchard Supply Hardware Corporation brought this lawsuit within the scope of those statutory provisions, in light

1  of the bankruptcy proceedings discussed in Monsanto Company's Notice of Removal;

2  WHEREAS, all claims asserted against Orchard Supply Hardware Corporation have been
3  voluntarily dismissed;

4  WHEREAS, the dismissal of all claims asserted against Orchard Supply Hardware
5  Corporation means that the federal jurisdictional basis, which Monsanto Company invoked in its
6  Notice of Removal for this Court to exercise subject matter jurisdiction over this lawsuit, is no
7  longer present;

8  NOW, THEREFORE, the Parties hereby stipulate and agree that this lawsuit should be
9  remanded to the Superior Court of the State of California for San Francisco County and that the
10 Parties should bear their own attorneys' fees and costs. Accordingly, the Parties jointly request
11 that the Court enter the accompanying Proposed Order.

12 DATED: August 6, 2021                        Respectfully submitted,

                                                */s/ Behram V. Parekh*
                                                Gregory Rueb (CA Bar No. 154589)
                                                (greg@drlawllp.com)
                                                Behram V. Parekh (CA Bar. No. 180361)
                                                (behram.parekh@drlawllp.com)
                                                DALIMONTE RUEB STOLLER, LLP
                                                515 S. Figueroa Street, Suite 1550
                                                Los Angeles, CA 90071
                                                Tel: 949-375-6843
                                                Fax: 855-203-2035

                                                *Attorneys for Plaintiffs*

20 DATED: August 6, 2021                        Respectfully submitted,

                                                */s/ S. Zachary Fayne*
                                                S. Zachary Fayne (CA Bar No. 307288)
                                                (zachary.fayne@arnoldporter.com)
                                                ARNOLD & PORTER KAYE SCHOLER LLP
                                                Three Embarcadero Center, 10th Floor
                                                San Francisco, CA 94111-4024
                                                Tel: 415-471-3100
                                                Fax: 415-471-3400

                                                *Attorneys for Defendant Monsanto Company*

## ATTESTATION

Pursuant to Local Rule 5-1, I, S. Zachary Fayne, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

*/s/ S. Zachary Fayne*
S. Zachary Fayne
Arnold & Porter Kaye Scholer LLP

*Attorneys for Defendant Monsanto Company*
