**ARNOLD & PORTER KAYE SCHOLER LLP**
Tommy Huynh (SBN 306222)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Tel:  415-471-3100
Fax: 415-471-3400
Email: Tommy.Huynh@arnoldporter.com

*Attorney for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Tommy Huynh, of Arnold & Porter Kaye Scholer LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

DATED:  August 6, 2021

Respectfully submitted,

/s/ *Tommy Huynh*
Tommy Huynh
(Tommy.Huynh@arnoldporter.com)
**Arnold & Porter Kaye Scholer  LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415-471-3100
Facsimile: 415-471-3400

*Attorney for Defendant*
MONSANTO COMPANY