**DALIMONTE RUEB STOLLER, LLP**
Gregory Rueb (CA Bar No. 154589)
(greg@drlawllp.com)
Behram V. Parekh (CA Bar. No. 180361)
(behram.parekh@drlawllp.com)
515 S. Figueroa Street, Suite 1550
Los Angeles, CA 90071
Tel: 949-375-6843
Fax: 855-203-2035

*Attorneys for Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**
Tommy Huynh (CA Bar No. 306222)
(tommy.huynh@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Thomas Danielson, et al. v. Monsanto Company, et al.*, Case No. 3:21-cv-05301-VC | **JOINT STIPULATION TO REMAND *DANIELSON* LAWSUIT TO STATE COURT** |

Plaintiffs and defendant Monsanto Company (collectively, "the Parties"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, plaintiffs commenced this lawsuit by filing a complaint in the Superior Court of the State of California for San Francisco County;

WHEREAS, Monsanto Company removed this lawsuit to this Court based on 28 U.S.C. § 1452 because: (a) 28 U.SC. § 1334(b) gives this Court subject matter jurisdiction over all civil proceedings arising in or related to cases under title 11 of the United States Code (*i.e.*, the United States Bankruptcy Code); and (b) claims asserted by certain plaintiffs against two defendants – Orchard Supply Hardware Corporation and Kmart Corporation – brought this lawsuit within the

scope of those statutory provisions, in light of the bankruptcy proceedings discussed in Monsanto Company's Notice of Removal;

WHEREAS, all claims asserted against Orchard Supply Hardware Corporation and Kmart Corporation have been voluntarily dismissed;

WHEREAS, the dismissal of all claims asserted against Orchard Supply Hardware Corporation and Kmart Corporation means that the federal jurisdictional basis, which Monsanto Company invoked in its Notice of Removal for this Court to exercise subject matter jurisdiction over this lawsuit, is no longer present;

NOW, THEREFORE, the Parties hereby stipulate and agree that this lawsuit should be remanded to the Superior Court of the State of California for San Francisco County and that the Parties should bear their own attorneys' fees and costs. Accordingly, the Parties jointly request that the Court enter the accompanying Proposed Order.

DATED: August 6, 2021                 Respectfully submitted,

*/s/ Behram V. Parekh*
Gregory Rueb (CA Bar No. 154589)
(greg@drlawllp.com)
Behram V. Parekh (CA Bar. No. 180361)
(behram.parekh@drlawllp.com)
DALIMONTE RUEB STOLLER, LLP
515 S. Figueroa Street, Suite 1550
Los Angeles, CA 90071
Tel: 949-375-6843
Fax: 855-203-2035

*Attorneys for Plaintiffs*

DATED: August 6, 2021                 Respectfully submitted,

*/s/ Tommy Huynh*
Tommy Huynh (CA Bar No. 306222)
(tommy.huynh@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

*Attorneys for Defendant Monsanto Company*

# **ATTESTATION**

Pursuant to Local Rule 5-1, I, Tommy Huynh, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

*/s/ Tommy Huynh*
Tommy Huynh
Arnold & Porter Kaye Scholer LLP

*Attorneys for Defendant Monsanto Company*