UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Woodruff v. Monsanto Co., Inc. et al.*, 19-cv-7531 | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY**<br><br>Re: Dkt. No. 13165 |

The Motion to Substitute has been granted, and the Clerk of Court will update the docket to reflect that Bridget Anderson has replaced Patricia Woodruff as the Executrix of the Estate of Rodney Allen Woodruff.

**IT IS SO ORDERED.**

Dated: August 6, 2021

_____
VINCE CHHABRIA
United States District Judge