UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Scheh v. Monsanto Company et al.*,<br>20-cv-2427 | **ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL**<br><br>Re: Dkt. No. 13365 |

The plaintiffs' motion to substitute counsel is granted.

**IT IS SO ORDERED.**

Dated: August 6, 2021

VINCE CHHABRIA
United States District Judge