EXHIBIT"D "



October 4, 2019

**<u>VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED</u>**

Barbara R. Light

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, October 4, 2019.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

Barbara R. Light, Esq.

4819-1791-4024 V1



## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Gary M. Gabor | 1:18-cv-03607-MDL | April 15, 2019 | October 4, 2019 |
| Alonzo Martinez | 4:19-cv-00150 | May 16, 2019 | October 4, 2019 |
| Timothy Sutliff | 4:19-cv-01129 | August 14, 2019 | October 4, 2019 |
| Robert Tignor | 4:19-cv-01129 | August 14, 2019 | October 4, 2019 |
| Ronnie Wynne | 4:19-cv-01129 | August 14, 2019 | October 4, 2019 |
| Alois Lednicky | 4:19-cv-00955 | August 14, 2019 | October 4, 2019 |
| Lena G. Bradshaw | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Hugh C. Brown | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Melanie Clawson-Roberts | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Mark Clinker | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Mitchell B. Cooper | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Mike R. Frost | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4819-1791-4024 v1



October 4, 2019
Page 3

| Kenneth W. Johnson | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
|---|---|---|---|
| Randy E. May | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| James S. Olsen | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Daniel Radanovich | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Barbara Sipich | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Ronald W. Steen | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Carl B. Tanner | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Glenn Yetter | 4:19-cv-00989 | August 14, 2019 | October 4, 2019 |
| Marvin Patterson | 3:19-cv-08126 | August 28, 2019 | October 4, 2019 |
| Ronald Brumbaugh | 8:19-cv-00215 | August 28, 2019 | October 4, 2019 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4819-1791-4024 v1



February 14, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Aimee Wagstaff, Esq.                      Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                       Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                      700 Broadway
Lakewood, Co 80226                        New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:     Notice of Failure to Provide Plaintiff Fact Sheet
        *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet
("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit
completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from
transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs
(attached) that have failed to submit a completed PFS in accordance with the deadline and
procedures established in PTO 50 as of Friday, February 14, 2020.

        Plaintiffs have seven days from the date of this letter in which to submit a
completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from
the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs
that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Michelle Jarrell | Andrew T. Kagan<br>Kagan Legal Group<br>295 Palmas Inn Way, Suite 6<br>Palmanova Plaza<br>Humacao, Puerto Rico 00791<br><br>Jennifer A. Moore<br>Moore Law Group PLLC<br>1473 South 4th Street<br>Louisville, KY 40208 | 3:19-cv-07741 | January 20, 2020 | February 14, 2020 |
| Roy Forward | R. Walker Garrett<br>Morgan & Morgan<br>408 12th Street, Suite 200<br>Columbus, Georgia 31901 | 3:19-cv-07097 | January 16, 2020 | February 14, 2020 |

| | | | | |
|---|---|---|---|---|
| Alan Clock | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:19-cv-07094 | January 16, 2020 | February 14, 2020 |
| George Edelstein | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:19-cv-07137 | January 16, 2020 | February 14, 2020 |
| Barbara Scroggs | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:19-cv-07095 | January 16, 2020 | February 14, 2020 |
| J. W. Payne | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:19-cv-07108 | January 16, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Gregory Woodcock | Seth M. Diamond<br>Morgan & Morgan<br>25 Bull Street, Suite 400<br>Savannah, Georgia 31401 | 3:19-cv-07793 | January 16, 2020 | February 14, 2020 |
| Gary D. Colvin | Shea W. Conley<br>Morgan & Morgan<br>29 N. Orange Avenue, Suite 1600<br>Lexington, KY 40507<br><br>T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801 | 3:19-cv-07104 | January 16, 2020 | February 14, 2020 |
| Claire Sigwart | Brian J. McCormick, Jr.<br>Ross Feller Casey LLP<br>One Liberty Place<br>1650 Market Street, 34th Floor<br>Philadelphia, PA 19103 | 3:19-cv-07103 | January 16, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Robert Miller | J. Corey Asay<br>Morgan & Morgan<br>333 W. Vine St., suite 1200<br>Lexington, KY 40507<br><br>T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801 | 3:19-cv-07112 | January 16, 2020 | February 14, 2020 |
| James Herbster | G. Katherine Chambers<br>Morgan & Morgan<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br><br>T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801 | 3:19-cv-07233 | January 23, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| Horace Clark Keen | R. Walker Garrett<br>Morgan & Morgan<br>408 12th Street, Suite 200<br>Columbus, Georgia 31901 | 3:19-cv-07856 | January 23, 2020 | February 14, 2020 |
|---|---|---|---|---|
| Nellie Holden | R. Walker Garrett<br>Morgan & Morgan<br>408 12th Street, Suite 200<br>Columbus, Georgia 31901 | 3:19-cv-07141 | January 23, 2020 | February 14, 2020 |
| Carolyn McGruder | R. Walker Garrett<br>Morgan & Morgan<br>408 12th Street, Suite 200<br>Columbus, Georgia 31901 | 3:19-cv-07139 | January 23, 2020 | February 14, 2020 |
| Henry Spires | R. Walker Garrett<br>Morgan & Morgan<br>408 12th Street, Suite 200<br>Columbus, Georgia 31901 | 3:19-cv-07140 | January 23, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Michael Jackson | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:19-cv-07345 | January 23, 2020 | February 14, 2020 |
| Patricia McNally | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:19-cv-07237 | January 23, 2020 | February 14, 2020 |
| Linda Taylor | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:19-cv-07236 | January 23, 2020 | February 14, 2020 |
| Donna Martin | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:19-cv-07138 | January 23, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| Albert Smith | Seth M. Diamond<br>Morgan & Morgan<br>25 Bull Street, Suite 400<br>Savannah, Georgia 31401 | 3:19-cv-07143 | January 23, 2020 | February 14, 2020 |
| Mary Anne Merchant | Joseph J. Fantini<br>Rosen Injury Lawyers<br>101 Greenwood Ave., Suite 440<br>Jenkintown, PA 19046 | 3:19-cv-07571 | January 28, 2020 | February 14, 2020 |
| Tina S. Bureau | Rosemarie Riddell Bogdan<br>Martin Harding and Mazzotti LLP<br>1222 Troy-Schenectady Road<br>Albany, NY 12212 | 3:19-cv-07211 | January 28, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| Shonderrick Kelly | Richard Lee Root<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130<br><br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:19-cv-07208 | January 28, 2020 | February 14, 2020 |
| Larry R. Cochran | Joel Lee DiLorenzo<br>The DiLorenzo Law Firm<br>505 20th Street North, Suite 1275<br>Birmingham, AL 35203 | 3:10-cv-07195 | January 28, 2020 | February 14, 2020 |
| Ted Sarager | Michael A. Schern<br>Aaron M. Finter<br>John C. Sarager<br>Aaron R. Clouse<br>SCHERN RICHARDSON FINTER PLC<br>1640 S. Stapley Dr., Suite 132<br>Mesa, AZ 85204 | 3:19-cv-07196 | January 28, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Donald S. Twitchell | Andrew T. Kagan<br>Kagan Legal Group<br>295 Palmas Inn Way, Suite 6<br>Palmanova Plaza<br>Humacao, Puerto Rico 00791<br><br>Jennifer A. Moore<br>Moore Law Group PLLC<br>1473 South 4th Street<br>Louisville, KY 40208 | 3:19-cv-07342 | January 28, 2020 | February 14, 2020 |
| James Tinney | Andrew T. Kagan<br>Kagan Legal Group<br>295 Palmas Inn Way, Suite 6<br>Palmanova Plaza<br>Humacao, Puerto Rico 00791<br><br>Jennifer A. Moore<br>Moore Law Group PLLC<br>1473 South 4th Street<br>Louisville, KY 40208 | 3:19-cv-07743 | January 28, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| Dennis Galapon | Joshua S. Parilman<br>Joshua S. Parilman, Attorney at Law<br>16427 N. Scottsdale Rd., Suite 410<br>Scottsdale, AZ 85254<br><br>Merritt Elizabeth Cunningham<br>Stag Liuzza LLC<br>365 Canal Street, Suite 2850<br>New Orleans, LA 70130 | 3:19-cv-07352 | January 31, 2020 | February 14, 2020 |
| Estree Palmore | Wesley D. Merrillat<br>Charles E. Boyk Law Offices<br>405 Madison Ave., Suite 1200<br>Toledo, OH 43604<br><br>Faraz Nayyar<br>Khan Nayyar & Associates LLC<br>18W140 Butterfield Road, Floor 15<br>Oakbrook Terrace, Illinois 60181 | 3:19-cv-07936 | January 31, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Howard Pullen | Michael J. Green<br>841 Bishop Street, Suite 2201<br>Honolulu, HI 96813<br><br>Denise M. Hevicon<br>841 Bishop Street, Suite 2210<br>Honolulu, HI 96813<br><br>Maria F. Penn<br>Law Office of Maria F. Penn, AAL, ALC<br>841 Bishop Street Suite 2210<br>Honolulu, HI 96813 | 3:19-cv-07462 | January 31, 2020 | February 14, 2020 |
| Stephen Landry | Aaron W. Guidry<br>Porter & Guidry LLC<br>100 Rue Iberville, Suite 100<br>Lafayette, LA 70508 | 3:19-cv-07955 | January 31, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Stanley Beverly | Jason Edward Ochs<br>Ochs Law Firm, PC<br>690 US 89, Suite 206<br>P.O. Box 10944<br>Jackson Hole, WY 83001<br><br>Chris Tisi<br>Levin Papatonio Thomas Mitchell<br>Rafferty & Proctor, PA<br>316 South Baylen St.<br>Suite 600<br>Pensacola, FL 32502 | 3:19-cv-07457 | January 31, 2020 | February 14, 2020 |
| Peter Savvis | Robert O. Solomon<br>Metrolaw.com<br>91 Pacific Street<br>Newark, NJ 07105 | 3:19-cv-07365 | January 31, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Raymond, Jackson | Wesley D. Merrillat<br>Charles E. Boyk Law Offices<br>405 Madison Ave., Suite 1200<br>Toledo, OH 43604<br><br>Brent D. Adams<br>Brent Adams & Associates<br>P.O. Box 1389<br>Dunn, NC 28335 | 3:19-cv-07367 | January 31, 2020 | February 14, 2020 |
| Branko Mijajlovic | Wesley D. Merrillat<br>Charles E. Boyk Law Offices<br>405 Madison Ave., Suite 1200<br>Toledo, OH 43604 | 3:19-cv-07368 | January 31, 2020 | February 14, 2020 |
| James Vollmar | Wesley D. Merrillat<br>Charles E. Boyk Law Offices<br>405 Madison Ave., Suite 1200<br>Toledo, OH 43604 | 3:19-cv-02012 | January 31, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Amani Karamichalakos | Lane Richard Jubb, Jr.<br>Louis Francis Tumolo<br>The Beasley Firm LLC<br>1125 Walnut St.<br>Philadelphia, PA 19107 | 3:19-cv-07570 | January 31, 2020 | February 14, 2020 |
| Gilberto P. Cantu | John Timblin Flood<br>Flood & Flood<br>802 N. Carancahua, Suite 900<br>Corpus Christi, TX 78401 | 3:19-cv-08036 | January 31, 2020 | February 14, 2020 |
| Michael Vlasatik | Wesley D. Merrillat<br>Charles E. Boyk Law Offices<br>405 Madison Ave., Suite 1200<br>Toledo, OH 43604<br><br>William David Carter<br>Mercy Carter LLP<br>1724 Galleria Oaks Dr.<br>Texarkana, TX 75503 | 3:19-cv-07374 | January 31, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Michael Lowery | Wesley D. Merrillat<br>Charles E. Boyk Law Offices<br>405 Madison Ave., Suite 1200<br>Toledo, OH 43604<br><br>William David Carter<br>Mercy Carter LLP<br>1724 Galleria Oaks Dr.<br>Texarkana, TX 75503 | 3:19-cv-07375 | January 31, 2020 | February 14, 2020 |
| Emma Eley | Wesley D. Merrillat<br>Charles E. Boyk Law Offices<br>405 Madison Ave., Suite 1200<br>Toledo, OH 43604<br><br>Benjamin W. Glass, III<br>Benjamin W. Glass, III & Associates<br>3998 Fair Ridge Drive, Suite 250<br>Fairfax, VA 22033 | 3:19-cv-07377 | January 31, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556

| | | | | |
|---|---|---|---|---|
| Edward Danacki | Wesley D. Merrillat<br>Charles E. Boyk Law Offices<br>405 Madison Ave., Suite 1200<br>Toledo, OH 43604<br><br>Robert F. Nagel<br>Law Offices of Robert Nagel<br>30 West Mifflin St., Suite 1001<br>Madison, WI 53703 | 3:19-cv-07379 | January 31, 2020 | February 14, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4842-3664-5556



March 30, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.                    Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                     Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                    700 Broadway
Lakewood, Co 80226                      New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:     Notice of Failure to Provide Plaintiff Fact Sheet
        *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet
("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit
completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from
transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs
(attached) that have failed to submit a completed PFS in accordance with the deadline and
procedures established in PTO 50 as of Monday, March 30, 2020.

        Plaintiffs have seven days from the date of this letter in which to submit a
completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from
the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs
that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

### PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Jesus Pimentel Lopez | David J. Diamond<br>Goldberg and Osborne – Tucson<br>698 E. Wetmore Rd., Suite 200<br>Tucson, AZ 85705 | 3:19-cv-07908 | March 2, 2020 | March 30, 2020 |
| Richard Martin | Bryce Thomas Hensley<br>Romanucci & Blandin LLC<br>321 N. Clark St., Suite 900<br>Chicago, IL 60654 | 3:19-cv-07028 | March 2, 2020 | March 30, 2020 |
| James T. McVey | William H. Blessing<br>The Blessing Law Firm<br>119 East Court Street, Suite 500<br>Cincinnati, OH 45202 | 3:19-cv-07862 | March 2, 2020 | March 30, 2020 |
| Estate of Robert Leonard Parrott | W. Holt Smith<br>209 Tellico Street North<br>Madisonville, Tennessee 37354<br><br>J. Stephen Hurst<br>Rogers & Hurst<br>210 W. Central Avenue<br>P.O. Box 1391<br>LaFollette, Tennessee 37766-1391 | 3:20-cv-00417 | March 2, 2020 | March 30, 2020 |
| Michael McClellan V. | Steven A. Christensen<br>Cameron S. Christensen<br>Christensen Young & Associates PLLC<br>9980 South 300 West #200<br>Sandy, Utah 84070 | 3:19-cv-07096 | March 2, 2020 | March 30, 2020 |
| Gary Anderson | Terance P. Perry<br>Nathan G. Wagner<br>J.R. Casillas<br>Datsopoulos MacDonald & Lind<br>201 W. Main, Suite 201<br>Missoula, Montana 59802 | 3:20-cv-01584 | March 4, 2020 | March 30, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4821-5689-4136

| | | | | |
|---|---|---|---|---|
| Eugene D. Wolken | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:19-cv-07979 | March 4, 2020 | March 30, 2020 |
| Gary Stiver | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:19-cv-07978 | March 4, 2020 | March 30, 2020 |
| Wayne Furnival | Brian J. McCormick, Jr.<br>Dena R. Young<br>Ross Feller Casey LLP<br>One Liberty Place<br>1650 Market Street, 34th Floor<br>Philadelphia, PA 19103 | 3:19-cv-07980 | March 4, 2020 | March 30, 2020 |
| Robert D'zugen | Andrew T. Kagan<br>Kagan Legal Group<br>295 Palmas Inn Way, Ste 6<br>Palmanova Plaza<br>Humacao, Puerto Rico 00791<br><br>Jennifer A. Moore<br>Moore Law Group PLLC<br>1473 South 4th Street<br>Louisville, KY 40208<br><br>Elizabeth P. Kagan<br>Kagan Law Firm<br>8191 College Pkwy, Suite 303<br>Fort Myers, FL 33919 | 3:19-cv-08112 | March 10, 2020 | March 30, 2020 |
| Jeffrey M. Anderson | Sagi Shaked<br>Cori D. Lapin<br>Shaked Law Firm PA<br>2875 Northeast 191st Street, Suite 905<br>Miami, FL 33180-0193 | 3:19-cv-08084 | March 10, 2020 | March 30, 2020 |
| Timothy M. Corbett | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:20-cv-00118 | March 10, 2020 | March 30, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4821-5689-4136

| Dawn L. Schlingman | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:20-cv-00117 | March 10, 2020 | March 30, 2020 |
|---|---|---|---|---|
| Bernadean M. Marr | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:20-cv-00116 | March 10, 2020 | March 30, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

4821-5689-4136



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Thomas V. Girardi
Christopher T. Aumas
Ashkahn Mohamadi
Girardi Keese
1126 Wilshire Blvd.
Los Angeles, CA 90012

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Edilia Gonalez (Est. of Manuel Balbuena) | 3:19-cv-08225 | March 16, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 16, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Brian K. MacIntosh
Law Office Brian K. MacIntosh
1003 Bishop Street, Suite 1990
Honolulu, Hawaii 96813

Michael J. Miller
Jeffrey A. Travers
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Michal Pizl (Est. of Sherin McClure) | 3:20-cv-00191 | March 18,2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard                     Brian E. Farnum
Kimberly L. Beck                      Michael J. Farnum
Hllliard Martinez Gonzales LLP        Farnum LLP
719 Shoreline Blvd.                   919 N. Market Street, 12th Floor
Corpus Christi, TX 78401              Wilmington, DE 19801

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Allen, Trina (Est. of Connie Watts) | 3:19-cv-08357 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
 *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Ronald Fowler (Est. of Barbara M. Fowler) | 3:20-cv-01030 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

**<u>VIA ELECTRONIC MAIL</u>**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Michael Hewett (Est. of Bill Hewett) | 3:20-cv-01031 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*John L. Ackley, Esq.*

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Christal Buckley | 3:20-cv-00875 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
     *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Marilyn Caraballo | 3:20-cv-00875 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

     This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

     Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

     Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Migdalia Crutchfield | 3:20-cv-00876 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Barbara Dettore | 3:20-cv-00903 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

        Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Brenda Dunn | 3:20-cv-00904 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Faithe Frank | 3:20-cv-00905 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Robert Hamill | 3:20-cv-00907 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*John L. Ackley*

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Ellie Horse | 3:20-cv-00925 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Williams Hutzel | 3:20-cv-00926 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
     *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Bobby Jimenez | 3:20-cv-00927 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Gerald Joyce | 3:20-cv-00928 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Charlie Lackey | 3:20-cv-00929 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HIlliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Roxana Leal | 3:20-cv-00930 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
 *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Carol Monzena | 3:20-cv-00931 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Patricia Mullally | 3:20-cv-00933 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HIlliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Doris Porter | 3:20-cv-00934 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Rita Postlethwait | 3:20-cv-00935 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Kalleen Slind | 3:20-cv-00936 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HIlliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Charlene Spencer | 3:20-cv-00937 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

   Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Gary Stastny | 3:20-cv-00938 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Mildred Tester | 3:20-cv-00940 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Robert Williams | 3:20-cv-00941 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Nancy Wilson | 3:20-cv-00943 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

   Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HIlliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Ricky Wriden | 3:20-cv-00945 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

   Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Bob Yelton | 3:20-cv-00947 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HIlliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| John Young | 3:20-cv-00948 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard                    Brian E. Farnum
Kimberly L. Beck                     Michael J. Farnum
Hllliard Martinez Gonzales LLP        Farnum LLP
719 Shoreline Blvd.                   919 N. Market Street, 12th Floor
Corpus Christi, TX 78401              Wilmington, DE 19801

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Loretta Anne Barcus (Estate of James Barcus) | 3:19-cv-08359 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Rosemary Bolling (Est. of Jeffrey Wayne Bolling) | 3:20-cv-01028 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

     This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

     Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

     Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Cathy Flanders (Est. of Steven Andrew Flanders) | 3:20-cv-01029 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Tammi Perry (Est. of Jack Randall Perry) | 3:20-cv-01034 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Zita Tutor (Estate of Jeffrey Adams) | 3:20-cv-01035 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HllIiard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Daniel M. Blanzy | 3:20-cv-00954 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

　　This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

　　Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

　　Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Terrell Brown | 3:20-cv-00955 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



SHOOK
HARDY & BACON

April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Brent D. Carter | 3:20-cv-00956 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Ivy Castleton | 3:20-cv-00957 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Benjamin Chadsey | 3:20-cv-00960 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

   Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| April Clarence | 3:20-cv-00962 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Charles Daniels | 3:20-cv-00963 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Heidi DeSesa | 3:20-cv-00964 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
 *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Joyce Farrow | 3:20-cv-00965 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Kathleen Fieser | 3:20-cv-00966 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Artis Francies | 3:20-cv-00967 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Renee Gordon | 3:20-cv-00968 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Bryan Harris | 3:20-cv-00969 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Tajammal Hayat | 3:20-cv-00970 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

       This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

       Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

       Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Jennifer J. Leonard | 3:20-cv-00971 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Brian Phillips | 3:20-cv-00972 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HIlliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Adrian Read | 3:20-cv-00973 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Joseph Ritzke | 3:20-cv-00974 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Escolastico Romero | 3:20-cv-00975 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Ronald Roy | 3:20-cv-00977 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Chrystel Tankersley | 3:20-cv-00982 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HIlliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
     *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Donald Tucker | 3:20-cv-00984 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
 *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Virginia Steele | 3:20-cv-00978 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Philip Theodorou | 3:20-cv-00983 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Nannette Vega | 3:20-cv-00985 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



SHOOK
HARDY & BACON

April 20, 2020                                                    John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Bryan White | 3:20-cv-00986 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020.  Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Ronald Wise | 3:20-cv-00987 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Brian K. MacIntosh
Law Office Brian K. MacIntosh
1003 Bishop Street, Suite 1990
Honolulu, Hawaii 96813

Michael J. Miller
Jeffrey A. Travers
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| William Miller | 3:20-cv-00192 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*John L. Ackley*

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Edgar L. Howard
Christian Legal Services
1831 170th Street
Hazel Crest, Illinois 60429

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Michael Seeley (Estate of Gina Seeley) | 3:20-cv-08270 | March 18, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, March 18, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard                Brian E. Farnum
Kimberly L. Beck                Michael J. Farnum
Hllliard Martinez Gonzales LLP        Farnum LLP
719 Shoreline Blvd.            919 N. Market Street, 12th Floor
Corpus Christi, TX 78401        Wilmington, DE 19801

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Margaret Everson (Est. of Mark Everson) | 3:19-cv-08416 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

## VIA ELECTRONIC MAIL

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Karen Sobray (Est. of Arthur Sobray) | 3:20-cv-01036 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Shirley Thacker (Est. of Donald R. Thacker) | 3:20-cv-01037 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Sharon Wright (Est. of Larry Tucker) | 3:20-cv-01038 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

**VIA ELECTRONIC MAIL**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Marion Yarbro (Est. of Robert Lee Yarbro) | 3:20-cv-01039 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hlliiard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Richard D. Adcock | 3:20-cv-00988 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

   Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Theresa A. Attea | 3:20-cv-00989 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



SHOOK
HARDY & BACON

April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Dudley G. Calhoun | 3:20-cv-00990 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Charles Callesto | 3:20-cv-00992 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Alex Chapa | 3:20-cv-00992 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Arnedra Cook | 3:20-cv-00993 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
     *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Mary Gibson | 3:20-cv-00994 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Josephine Girard | 3:20-cv-00995 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
 *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Jon Harding | 3:20-cv-00996 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

        Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Judy Helm | 3:20-cv-00997 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Randell Howell | 3:20-cv-00998 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Elizabeth Kaiser | 3:20-cv-00999 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Augustine Martinez | 3:20-cv-01000 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



SHOOK
HARDY & BACON

April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Mike McMahon | 3:20-cv-01001 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*John L. Ackley, Esq.*

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|:---:|:---:|:---:|:---:|
| Jo Moody | 3:20-cv-01002 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Edy Robbins | 3:20-cv-01003 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Doretta Schoenike | 3:20-cv-01004 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Penny Simpson | 3:20-cv-01005 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
HIlliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Mark Stevens | 3:20-cv-01006 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

     This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

     Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

     Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Robert C. Hilliard
Kimberly L. Beck
Hllliard Martinez Gonzales LLP
719 Shoreline Blvd.
Corpus Christi, TX 78401

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Corlie Whitehead | 3:20-cv-01007 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Gregory Saracino
Saracino Morris Law Group PLLC
600 Mamaroneck Ave., Suite 400
Harrison, NY 10528

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Franklin Geter | 3:19-cv-08380 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Rachel Abrams                           Andrew S. Herring
Levin Simes Abrams LLP                  Cory Watson, P.C.
1700 Montgomery Street, Suite 200       2131 Magnolia Avenue South, Suite 200
San Francisco, CA 94111                 Birmingham, AL 35205

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Donna Brown | 3:20-cv-01027 | March 23, 2020 | April 20, 2020 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 23, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Gene A. Ludwig
Kyle P. Ludwig
Ludwig Law Firm PLC
1217 W. 3rd Street
Little Rock, Arkansas 72201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| William McCormick | 3:20-cv-00003 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Gene A. Ludwig
Kyle P. Ludwig
Ludwig Law Firm PLC
1217 W. 3rd Street
Little Rock, Arkansas 72201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Heather Grafner | 3:20-cv-00004 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Eric Beisner | 3:20-cv-00056 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

        Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|:---:|:---:|:---:|:---:|
| John Bodie | 3:20-cv-00057 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| David Braun | 3:20-cv-00058 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| John Callaway | 3:20-cv-00059 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| William Campbell | 3:20-cv-00048 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

        Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Thomas Conaway | 3:20-cv-00034 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Eric Hagood | 3:20-cv-00035 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regals,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Thomas Howe | 3:20-cv-00036 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Bryan Johnson | 3:20-cv-00038 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

      This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

      Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

      Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Sandra Katte | 3:20-cv-00039 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Jeff Kleinberg | 3:20-cv-00040 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Glenn Moore | 3:20-cv-00041 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**<u>VIA ELECTRONIC MAIL</u>**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| LeAnnah Jessop (Est. of George M. Jessop) | 3:20-cv-00042 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Matthew Haynie
J. Forester
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| George Martin (Est. of Wanda Martin) | 3:20-cv-00043 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

**<u>VIA ELECTRONIC MAIL</u>**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

Kenneth Moll
Moll Law Group
22 W. Washington Street, 15th Floor
Chicago, IL 60602

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Edith Madrigal (for S.R., a minor) | 3:20-cv-00050 | March 27, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, March 27, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

T. Michael Morgan
Morgan & Morgan Complex
Litigation Group
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801

Katherine Chambers
Morgan & Morgan
Complex Litigation Group
201 N. Franklin Street, 7th floor
Tampa, Florida  33602

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Amanda Coleman (Est. of Timothy Coleman, Sr.) | 3:20-cv-00022 | March 30, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 30, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5641
f 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

| T. Michael Morgan | Katherine Chambers |
|---|---|
| Morgan & Morgan Complex | Morgan & Morgan |
| Litigation Group | Complex Litigation Group |
| 20 N. Orange Avenue, Suite 1600 | 201 N. Franklin Street, 7th floor |
| Orlando, FL 32801 | Tampa, Florida 33602 |

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Luz A. Guevara | 3:20-cv-00020 | March 30, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 30, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Kenneth Thomas Lumb                      Michael Devin Ditore
Corboy & Demetrio                        Corboy & Demetrio
33 North Dearborn, Suite 2100            33 North Dearborn, Suite 2100
Chicago, IL 60602                        Chicago, IL 60602

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Glen Nault | 3:20-cv-00026 | March 30, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 30, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

James M. Saleeby, Jr.
Aiken Bridges Elliott Tyler & Seleeby PA
181 E. Evans Street, Suite 409
P.O. Drawer 1931
Florence, South Carolina 2950

H. Steven Deberry, IV
Deberry Law Firm
179 S. Coit St.
Florence, South Carolina 29501

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Raleigh O. Ward | 3:20-cv-00028 | March 30, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 30, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



April 20, 2020

John L. Ackley

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Kenneth Moll
Moll Law Group
22 W. Washington Street, 15th Floor
Chicago, IL 60602

Re: Notice of Failure to Provide Plaintiff Fact Sheet
    *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Elizabeth Davis | 3:20-cv-00061 | March 30, 2020 | April 20, 2020 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, March 30, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4818-2967-1098



June 11, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.                Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                 Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                700 Broadway
Lakewood, Co 80226                  New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:     Notice of Failure to Provide Plaintiff Fact Sheet
        *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet
("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit
completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from
transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs
(attached) that have failed to submit a completed PFS in accordance with the deadline and
procedures established in PTO 50 as of Wednesday, June 10, 2020.

        Plaintiffs have seven days from the date of this letter in which to submit a
completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from
the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs
that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Carol Schlaefer | Brian F. Ladenburg<br>Bergman Draper Ladenburg Hart<br>614 First Avenue, 4th Floor<br>Seattle, WA 98104 | 3:20-cv-00835 | May 4, 2020 | June 10, 2020 |
| Ronald Keith Snodgrass | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:20-cv-00840 | May 4, 2020 | June 10, 2020 |
| Leanne M. Reeves | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th floor<br>Tampa, Florida 33602 | 3:20-cv-00851 | May 4, 2020 | June 10, 2020 |
| James Charles Harris | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th floor<br>Tampa, Florida 33602 | 3:20-cv-00847 | May 4, 2020 | June 10, 2020 |
| Yvette A. D'Aunoy | Mickey P. Landry<br>Frank J. Swarr<br>Phillip Hoffman<br>Matthew Clark<br>Landry & Swarr LLC<br>1010 Common Street, Suite 2050<br>New Orleans, LA 70112 | 3:20-cv-01014 | May 6, 2020 | June 10, 2020 |

| | | | | |
|---|---|---|---|---|
| Randy Bodiford | Neil E. Alger<br>Mark David Ball<br>Peters Murdaugh Parker Eltzroth Detrick<br>101 Mulberry Street East<br>P.O. Box 457<br>Hampton, SC 29924<br><br>William H. Alexander<br>Law Office of Wil H. Alexander<br>222 Main Street<br>Barnwell, SC 29812<br><br>John E. Tomlinson<br>Rhon E. Jones<br>Andrew F. Banks<br>Beasley Allen Crow Methvin Portis Miles PC<br>P.O. Box 4160<br>Montgomery, AL 36103-4160 | 3:20-cv-01025 | May 6, 2020 | June 10, 2020 |
| Joseph Fazio | Stanley G. Swiderski<br>Stanley G. Swiderski P.A.<br>1930 Tyler Street<br>Hollywood, FL 33020<br><br>Andrew S. Ramos<br>Roman Balaban<br>Balaban Law LLC<br>1325 S. Colorado Blvd, Suite B-506<br>Denver, CO 80222 | 3:20-cv-01023 | May 6, 2020 | June 10, 2020 |
| Meghan Caruso<br>(Estate of John Caruso) | Bryce Thomas Hensley<br>Romanucci & Blandin LLC<br>321 N. Clark St., Suite 900<br>Chicago, IL 60654 | 3:20-cv-01017 | May 6, 2020 | June 10, 2020 |

4812-5108-4479

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| John Thomas Moore, Jr. | Jere Beasley<br>John E. Tomlinson<br>Rhon E. Jones<br>LaBarron N. Boone<br>Beasley Allen Crow Methvin Portis Miles PC<br>P.St. Box 4160<br>Montgomery, AL 36103-4160<br><br>Jamie A. Johnston<br>Jamie A. Johnston PC<br>509 Cloverdale Road, Suite 101<br>Montgomery, AL 36106 | 3:20-cv-01010 | May 6, 2020 | June 10, 2020 |
| Charles Atherton | Kyle P. Ludwig<br>Ludwig Law Firm PLC<br>1217 W. 3rd Street<br>Little Rock, Arkansas 72201 | 3:20-cv-01067 | May 11, 2020 | June 10, 2020 |
| Mary Goodman | Kyle P. Ludwig<br>Ludwig Law Firm PLC<br>1217 W. 3rd Street<br>Little Rock, Arkansas 72201 | 3:20-cv-01097 | May 11, 2020 | June 10, 2020 |
| Richard Estil Campbell | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida  33602 | 3:20-cv-01064 | May 11, 2020 | June 10, 2020 |
| Robert Douglas Mulder | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida  33602 | 3:20-cv-01063 | May 11, 2020 | June 10, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Maria Creamer (Estate of Henry Creamer) | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801 | 3:20-cv-01224 | May 11, 2020 | June 10, 2020 |
|---|---|---|---|---|
| Alexander Sarafian | David B. Timmis<br>David Q. Houbeck<br>Vandeveer Garzia PC<br>840 W. Long Lake Road, Suite 600<br>Troy, Michigan 48098 | 3:20-cv-01068 | May 11, 2020 | June 10, 2020 |
| Michael Kaup | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:20-cv-01070 | May 11, 2020 | June 10, 2020 |
| Kent E. Sachau | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:20-cv-01071 | May 11, 2020 | June 10, 2020 |
| Charles J. Faes | Michael P. Kenny<br>Kenny & Kenny PLLC<br>315 West Fayette Street<br>Syracuse, NY 13202 | 3:20-cv-01066 | May 11, 2020 | June 10, 2020 |
| Jason J. Connolly | Michael P. Kenny<br>Kenny & Kenny PLLC<br>315 West Fayette Street<br>Syracuse, NY 13202 | 3:20-cv-01065 | May 11, 2020 | June 10, 2020 |
| Nelda Skinner | John Raymond Tullos<br>Tullos & Tullos<br>P.O. Box 74<br>126 Main Street<br>Raleigh, MS 39153 | 3:20-cv-01231 | May 14, 2020 | June 10, 2020 |
| Charles Atherton (Estate of Marion Atherton) | Kyle P. Ludwig<br>Ludwig Law Firm PLC<br>1217 W. 3rd Street<br>Little Rock, Arkansas 72201 | 3:20-cv-01220 | May 14, 2020 | June 10, 2020 |

4812-5108-4479

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| George Afanador | Ian Connor Bifferato<br>The Bifferato Firm PA<br>1007 N. Orange St., 4th Floor<br>Wilmington, DE 19801<br><br>David C. Strouss<br>Evan R. Hoffman<br>Jasmine M. Howard<br>Thorton Law Firm LLP<br>One Lincoln Street<br>Boston, MA 02111 | 3:20-cv-01229 | May 14, 2020 | June 10, 2020 |
| Barbara Delane Lukacs | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th floor<br>Tampa, Florida  33602 | 3:20-cv-01223 | May 14, 2020 | June 10, 2020 |
| Kaye Ann Barry | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th floor<br>Tampa, Florida  33602 | 3:20-cv-01230 | May 14, 2020 | June 10, 2020 |
| Wendy Machen (Estate of Robert Machen, Jr.) | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801 | 3:20-cv-01270 | May 14, 2020 | June 10, 2020 |

4812-5108-4479

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



June 24, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

Aimee Wagstaff, Esq.                Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                 Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                700 Broadway
Lakewood, Co 80226                  New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:     Notice of Failure to Provide Plaintiff Fact Sheet
        *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet
("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit
completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from
transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs
(attached) that have failed to submit a completed PFS in accordance with the deadline and
procedures established in PTO 50 as of Tuesday, June 24, 2020.

        Plaintiffs have seven days from the date of this letter in which to submit a
completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from
the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs
that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Cara Webster | Patrick W. Murray<br>Jonathan M. Stewart<br>Stewart Murray & Associates Law Group PLLC<br>437 Grant Street, Suite 600<br>Pittsburgh, PA 15219 | 3:20-cv-01420 | May 21, 2020 | June 24, 2020 |
| Wilson Plank | Austin Johnson Grinder<br>Eric D. Roslansky<br>The Ruth Law Team<br>8600 4th St. N<br>St. Petersburg, FL 33733-6847 | 3:20-cv-03459 | May 21, 2020 | June 24, 2020 |
| Stacy Lynn Myers | Abby Gale Robinson<br>Abby Robinson Law Firm PLLC<br>227 East Pearl Street<br>Jackson, MS 39201 | 3:20-cv-01308 | May 21, 2020 | June 24, 2020 |
| Steven Hammond | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-01418 | May 25, 2020 | June 24, 2020 |
| Ann Frances Hall<br>(Estate of Vernon Edlow Hall) | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801 | 3:20-cv-01492 | May 25, 2020 | June 24, 2020 |
| James Collins | Keith J. Roberts<br>Anthony M. Juliano<br>Brach Eichler LLC<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068-10067 | 3:20-cv-01419 | May 25, 2020 | June 24, 2020 |

4819-9445-8560

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Otis Lindell Chapman | David J. Diamond<br>Goldberg and Osborne LLP<br>698 E. Wetmore Rd., Suite 200<br>Tucson, AZ 85705<br><br>Robert L. Collins<br>Robert L. Collins, Attorney at Law<br>P.O. Box 7726<br>Houston, Texas 77270-7726 | 3:20-cv-01277 | May 19, 2020 | June 24, 2020 |
| Angelo Bulone | Jamie Rae Rutkoski<br>Thiele Branham McVey<br>John Daniel Kassel<br>Kassel McVey<br>1330 Laurel Street<br>P.O. Box 1476<br>Columbia, SC 29202 | 3:20-cv-03719 | May 25, 2020 | June 24, 2020 |

4819-9445-8560

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 2, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.                    Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                     Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                    700 Broadway
Lakewood, Co 80226                      New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:     Notice of Failure to Provide Plaintiff Fact Sheet
        *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet
("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit
completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from
transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs
(attached) that have failed to submit a completed PFS in accordance with the deadline and
procedures established in PTO 50 as of Thursday, July 2, 2020.

        Plaintiffs have seven days from the date of this letter in which to submit a
completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from
the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs
that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4833-0202-7457

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

### PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Jack Waddle | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-01919 | June 15, 2020 | July 2, 2020 |
| James L. Thomas | William W. Smith<br>Smith & Alspaugh PC<br>505 North 20th Street, Suite 1100<br>Birmingham, AL 35223 | 3:20-cv-01819 | June 11, 2020 | July 2, 2020 |
| Susan Joy Sullivan | Susan Jo Sullivan<br>1534 Lakeside Enclave Drive<br>Houston, TX 77077-1684 | 3:20-cv-01583 | June 1, 2020 | July 2, 2020 |
| Barbara Stone | Brian T. Dailey<br>Dailey Law Firm PC.<br>36700 Woodward Ave., Suite 107<br>Bloomfield Hills, MI 48304 | 3:20-cv-01553 | June 1, 2020 | July 2, 2020 |
| Brian Short | Richard M. Zgoda, Jr.<br>Gacovino Lake & Associates PC<br>270 West Main Street<br>Sayville, NY 11782 | 3:20-cv-01766 | June 9, 2020 | July 2, 2020 |
| Phillip W. Roth | Robert Christopher Cowan<br>James Christopher McDonough<br>Margaret E. Foley<br>Downs McDonough Cowan & Foley LLC<br>2051 Main Ave.<br>Durango, CO 81301 | 3:20-cv-01543 | June 1, 2020 | July 2, 2020 |

4833-0202-7457

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Noel Quiles<br>[Estate of Pedro Quiles] | Kenneth Moll<br>Moll Law Group<br>22 W. Washington Street, 15th Floor<br>Chicago, IL 60602<br><br>Joseph A. Osborne<br>Osborne & Francis Law Firm<br>433 Plaza Real, Suite 271<br>Boca Raton, FL 33432 | 3:20-cv-01630 | June 4, 2020 | July 2, 2020 |
| Peter Pierre, Jr. | Andrew Geiger<br>Allan Berger<br>Allan Berger & Associates<br>4173 Canal Street<br>New Orleans, LA 70119 | 3:20-cv-01632 | June 1, 2020 | July 2, 2020 |
| Edward Lee O'Brien | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th floor<br>Tampa, Florida  33602 | 3:20-cv-01917 | June 15, 2020 | July 2, 2020 |
| Donald Nason | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-01554 | June 1, 2020 | July 2, 2020 |
| Noah L. Morales | Richard J. Fernandez<br>Amber E. Cisney<br>Law Office of Richard J. Fernandez LLC<br>3000 W. Esplanade Ave., Suite 200<br>Metairie, LA 70002 | 3:20-cv-01762 | June 9, 2020 | July 2, 2020 |

4833-0202-7457

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Mary Mares | Andrew Geiger<br>Allan Berger<br>Allan Berger & Associates<br>4173 Canal Street<br>New Orleans, LA 70119 | 3:20-cv-01549 | June 1, 2020 | July 2, 2020 |
|---|---|---|---|---|
| Gerald Mallett | Andrew Geiger<br>Allan Berger<br>Allan Berger & Associates<br>4173 Canal Street<br>New Orleans, LA 70119 | 3:20-cv-01548 | June 1, 2020 | July 2, 2020 |
| Velma Hurst<br>[Estate of Paul Hurst] | Andrew Geiger<br>Allan Berger<br>Allan Berger & Associates<br>4173 Canal Street<br>New Orleans, LA 70119 | 3:20-cv-01761 | June 9, 2020 | July 2, 2020 |
| Richard H. Hadden , Jr. | James H. Colvin, Jr.<br>Cole Boyett Smith<br>J. Jay Caraway<br>Colvin Smith & McKay<br>900 Market Street, Suite 300<br>Shreveport, LA 71101 | 3:20-cv-01551 | June 1, 2020 | July 2, 2020 |
| Joseph Griffin-Young | T. Matthew Leckman<br>Leckman Law LLC<br>527 Bethan Road<br>Elkins Park, PA 19027 | 3:20-cv-02298 | June 1, 2020 | July 2, 2020 |
| Jesus Evangelista | Yvette M. Trelles<br>Trelles & Bichler LLC<br>420 US Hwy 1, Suite 15<br>North Palm Beach, FL 33408 | 3:20-cv-01631 | June 4, 2020 | July 2, 2020 |
| Randall E. Estes | Daniel Brian Davis<br>Vivian Jeansonne<br>Estes Davis Law LLC<br>850 North Blvd.<br>Baton Rouge, LA 70802 | 3:20-cv-01550 | June 1, 2020 | July 2, 2020 |

4833-0202-7457

| Jerry DeLisle | Brion B. Doyle<br>Adam J. Brody<br>Seth B. Arthur<br>Varnum LLP<br>333 Bridge St., NW<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352 | 3:20-cv-01824 | June 11, 2020 | July 2, 2020 |
|---|---|---|---|---|
| Loren Cossel | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-01918 | June 15, 2020 | July 2, 2020 |
| Jerrod Cofrancesco,<br>for minor J.C. | Christian P. LaBletta<br>Mark J. Walters<br>LaBletta & Walters LLC<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, PA 19428 | 3:20-cv-01961 | June 15, 2020 | July 2, 2020 |
| Gerard C. Breaux, Sr. | Mickey P. Landry<br>Frank J. Swarr<br>Phillip Hoffman<br>Matthew Clark<br>Landry & Swarr LLC<br>1010 Common Street, Suite 2050<br>New Orleans, LA 70112 | 3:20-cv-01633 | June 4, 2020 | July 2, 2020 |
| Robert V. Boucher | Robert Christopher Cowan<br>James Christopher McDonough<br>Margaret E. Foley<br>Downs McDonough Cowan & Foley LLC<br>2051 Main Ave.<br>Durango, CO 81301 | 3:20-cv-01543 | June 1, 2020 | July 2, 2020 |

4833-0202-7457

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Jeffrey A. Bender | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th floor<br>Tampa, Florida  33602 | 3:20-cv-01916 | June 15, 2020 | July 2, 2020 |
| Huey Allen | Mickey P. Landry<br>Frank J. Swarr<br>Phillip Hoffman<br>Matthew Clark<br>Landry & Swarr LLC<br>1010 Common Street, Suite 2050<br>New Orleans, LA 70112 | 3:20-cv-01547 | June 1, 2020 | July 2, 2020 |
| Jack Waddle | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-01919 | June 15, 2020 | July 2, 2020 |

4833-0202-7457

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 21, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.                     Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                      Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                     700 Broadway
Lakewood, Co 80226                       New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

     This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

     Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Tuesday, July 21, 2020.

     Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| (Estate of Charles D. Wallace) | William H. Blessing<br>The Blessing Law Firm<br>119 East Court Street, Suite 500<br>Cincinnati, OH 45202 | 3:20-cv-01922 | June 17, 2020 | July 21, 2020 |
| Aristide Vivance | Andrew Geiger<br>Allan Berger<br>Allan Berger & Associates<br>4173 Canal Street<br>New Orleans, LA 70119 | 3:20-cv-02056 | June 22, 2020 | July 21, 2020 |
| Frances Valderama | Jennifer A. Spellman<br>Kujawski & Kujawski, Esqs.<br>1637 Deer Park Avenue<br>P.O. Box 661<br>Deer Park, New York 11729-0661 | 3:20-cv-01955 | June 17, 2020 | July 21, 2020 |
| Donna Jean Roberts | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida  33602 | 3:20-cv-02058 | June 22, 2020 | July 21, 2020 |
| Roger Nichols | D. Michael Noonan<br>Shaheen & Gordon, PA<br>353 Central Avenue, Suite 200<br>P.O. Box 977<br>Dover, NH 03821-0977 | 3:20-cv-02718 | June 22, 2020 | July 21, 2020 |

| Oliver Michael Murphy | Michael L. McGlamry<br>N. Kirkland Pope<br>Caroline McGlamry<br>Joseph A. Karr<br>Pope McGlamry PC<br>3391 Peachtree Road, NE<br>Suite 300<br>Atlanta, GA 30326 | 3:20-cv-03730 | June 17, 2020 | July 21, 2020 |
|---|---|---|---|---|
| Christopher Morris | Christopher J. Moore<br>Alonzo J. Holloway<br>Richardson Patrick Westbrook & Brickman LLC<br>1513 Hampton Street, First Floor<br>Columbia, SC 29201 | 3:20-cv-01957 | June 17, 2020 | July 21, 2020 |
| Patricia Loraditch<br>(Estate of John Williams) | Gene A. Ludwig<br>Kyle P. Ludwig<br>Ludwig Law Firm PLC<br>1217 W. 3rd Street<br>Little Rock, Arkansas 72201 | 3:20-cv-02054 | June 22, 2020 | July 21, 2020 |
| John Hinnerschietz | Brian J. McCormick, Jr.<br>Dena R. Young<br>Ross Feller Casey LLP<br>One Liberty Place<br>1650 Market Street, 34th Floor<br>Philadelphia, PA 19103 | 3:20-cv-02079 | June 22, 2020 | July 21, 2020 |
| Margot M. Henson | Dixie Dan Powell<br>Powell Injury Law PA<br>602 South Main Street<br>Crestview, FL 32536 | 3:20-cv-02125 | June 22, 2020 | July 21, 2020 |
| John Gillaspie | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-02007 | June 17, 2020 | July 21, 2020 |
| Kelsea R. Fitzpatrick | Thomas K. Herren<br>Herren Law PLLC<br>148 N. Broadway<br>Lexington, KY 40507 | 3:20-cv-01959 | June 17, 2020 | July 21, 2020 |

4821-6369-8371

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Carol Favors | John Christian Enochs<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:20-cv-02294 | June 29, 2020 | July 21, 2020 |
| Vicki Dayhuff | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-02008 | June 17, 2020 | July 21, 2020 |
| Palma Covington | Andrew Geiger<br>Allan Berger<br>Allan Berger & Associates<br>4173 Canal Street<br>New Orleans, LA 70119 | 3:20-cv-02055 | June 22, 2020 | July 21, 2020 |
| Robert Steven Bryant | R. Walker Garrett<br>Morgan & Morgan<br>408 12th Street, Suite 200<br>Columbus, Georgia 31901 | 3:20-cv-02292 | June 29, 2020 | July 21, 2020 |
| Sharon Bross | A. Michael Bross<br>A. Michael Bross, PA<br>997 S. Wickerham Road<br>Melbourne, FL 32904 | 3:20-cv-02291 | June 29, 2020 | July 21, 2020 |
| Ann M. Behn | David J. Diamond<br>Goldberg and Osborne<br>698 E. Wetmore Rd., Suite 200<br>Tucson, AZ 85705 | 3:20-cv-02059 | June 22, 2020 | July 21, 2020 |

4821-6369-8371

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



August 5, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:    Notice of Failure to Provide Plaintiff Fact Sheet
       *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Wednesday, August 5, 2020.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4847-7862-5734
CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

### PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Wendy Smith [Estate of Richard W. Smith] | T. Michael Morgan Morgan & Morgan Complex Litigation Group 20 N. Orange Avenue, Suite 1600 Orlando, FL 32801 <br><br> Katherine Chambers Morgan & Morgan Complex Litigation Group 201 N. Franklin Street, 7th Floor Tampa, Florida  33602 | 3:20-cv-02635 | July 10, 2020 | August 5, 2020 |
| Maria Sanchez [Estate of Lesbia M. Pineda] | Joseph H. Aughtman Aughtman Law firm LLC 1772 Platt Place Montgomery, AL 36117 <br><br> Paul Edward Burkett Matthew Bruce Alfreds Argo Hughes LLC 6706 Taylor Circle Montgomery, AL 36117 <br><br> Nicholas Cole Hughes Argo Hughes LLC 475 Providence Main Street, Suite 303D Huntsville, AL 35806 | 3:20-cv-02634 | July 7, 2020 | August 5, 2020 |
| Pearl Reed [Estate of Bobby Reed] | Patrick N. Keegan Keegan & Baker LLP 2292 Faraday Avenue, Suite 100 Carlsbad, CA 92008 | 3:20-cv-02642 | July 7, 2020 | August 5, 2020 |
| Carol Patterson [Estate of Albert Patterson] | Dylan J. Hooper Morgan & Morgan PLLC 191 Peachtree St., NE, Suite 4200 Atlanta, GA 30343 | 3:20-cv-02627 | July 10, 2020 | August 5, 2020 |

| Jackie Mosteller | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30306 | 3:20-cv-02630 | July 10, 2020 | August 5, 2020 |
|---|---|---|---|---|
| Anastasia Manchini | Steven G. Manchini<br>Cunningham Machanic Cetlin Johnson<br>Harney & Tenney LLP<br>220 North Main Street, Suite 301<br>Natick, MA 01760 | 3:20-cv-02567 | July 10, 2020 | August 5, 2020 |
| Johnny J. Jones, Jr. | T. Michael Morgan<br>Morgan & Morgan Complex Litigation Group<br>20 N. Orange Avenue, Suite 1600<br>Orlando, FL 32801<br><br>Katherine Chambers<br>Morgan & Morgan<br>Complex Litigation Group<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602 | 3:20-cv-02808 | July 15, 2020 | August 5, 2020 |
| Christopher Howard | Randal Alan Kauffman<br>Houssiere Durant Houssiere<br>1900 Post Oak Blvd., Suite 800<br>Houston, TX 77056 | 3:20-cv-02806 | July 15, 2020 | August 5, 2020 |
| William Hoffman | Graham L. Newman<br>Chappell Smith and Arden PA<br>2801 Devine Street, Suite 300<br>Columbia, SC 29205 | 3:20-cv-02805 | July 15, 2020 | August 5, 2020 |
| David Feiner | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-02649 | July 10, 2020 | August 5, 2020 |
| Albert Ray Duck | James Harrison Kemp<br>Mann & Kemp PLLC<br>221 West Second Street, Suite 408<br>Little Rock, AR 72201 | 3:20-cv-02641 | July 7, 2020 | August 5, 2020 |
| Maryellen Cosgrove<br>[Estate of Charles Cosgrove] | Dylan J. Hooper<br>Morgan & Morgan PLLC<br>191 Peachtree St., NE, Suite 4200<br>Atlanta, GA 30343 | 3:20-cv-02631 | July 10, 2020 | August 5, 2020 |

4847-7862-5734

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Wanda Copeland [Estate of Everett Ott] | Graham L. Newman Chappell Smith and Arden PA 2801 Devine Street, Suite 300 Columbia, SC 29205 | 3:20-cv-02649 | July 7, 2020 | August 5, 2020 |
| Brenda Faye Carter | Seth M. Diamond Morgan & Morgan 25 Bull Street, Suite 400 Savannah, Georgia 31401 | 3:20-cv-02564 | July 10, 2020 | August 5, 2020 |
| Ronald Broadway | T. Michael Morgan Morgan & Morgan Complex Litigation Group 20 N. Orange Avenue, Suite 1600 Orlando, FL 32801  Katherine Chambers Morgan & Morgan Complex Litigation Group 201 N. Franklin Street, 7th Floor Tampa, Florida 33602 | 3:20-cv-02636 | July 10, 2020 | August 5, 2020 |
| Douglas Lee Bassett | T. Michael Morgan Morgan & Morgan Complex Litigation Group 20 N. Orange Avenue, Suite 1600 Orlando, FL 32801  Katherine Chambers Morgan & Morgan Complex Litigation Group 201 N. Franklin Street, 7th Floor Tampa, Florida 33602 | 3:20-cv-02632 | July 10, 2020 | August 5, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 18, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:    Notice of Failure to Provide Plaintiff Fact Sheet
       *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, September 18, 2020.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| James T. Yamauchi | Brian K. MacIntosh<br>Law Office Brian K. MacIntosh<br>1003 Bishop Street, Suite 1990<br>Honolulu, Hawaii 96813 | 3:20-cv-04951 | August 14, 2020 | September 18, 2020 |
| Christy Winfrey<br>(Estate of Barbara Jean Winfrey) | Gene A. Ludwig<br>Kyle P. Ludwig<br>Ludwig Law Firm PLC<br>1217 W. 3rd Street<br>Little Rock, Arkansas 72201 | 3:20-cv-03453 | August 13, 2020 | September 18, 2020 |
| Andrew Simmons | Thomas P. Valet<br>Rappaport Glass Levine & Zullo LLP<br>1355 Motor Parkway<br>Islandia, NY 11749 | 3:20-cv-03311 | August 5, 2020 | September 18, 2020 |
| Vernon Quade | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-03310 | August 5, 2020 | September 18, 2020 |
| Daniel Pritchard | Shannon Marie McNulty<br>Clifford Law Offices, P.C.<br>120 N. LaSalle Street, 3100<br>Chicago, IL 60602 | 3:20-cv-03369 | August 13, 2020 | September 18, 2020 |
| Kevin Proteus | Thomas P. Valet<br>Rappaport Glass Levine & Zullo LLP<br>1355 Motor Parkway<br>Islandia, NY 11749 | 3:20-cv-03309 | August 5, 2020 | September 18, 2020 |
| Keith Pohl | Charles H. Johnson<br>Law Offices of Charles H. Johnson, PA<br>2599 Mississippi St.<br>New Brighton, MN 55112-5060 | 3:20-cv-03308 | August 5, 2020 | September 18, 2020 |
| Norma R. Platt | Steven M. Goldberg<br>Goldberg Legal Co., LPA<br>Solon Business Campus<br>31300 Solon Road, Suite 12<br>Solon, Ohio 44139 | 3:20-cv04643 | August 14, 2020 | September 18, 2020 |

4838-6346-4907

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Tammy Penland (Estate of Dorothy J. Pertzog) | Christopher N. Shakib<br>Terrell Hogan & Yegelwel, PA<br>233 East Bay Street, 8th Floor<br>Jacksonville, FL 32202-3452 | 3:20-cv-03367 | August 13, 2020 | September 18, 2020 |
|---|---|---|---|---|
| Thomas Moore | Laura T. Daly<br>Swartz and Swartz, P.C.<br>10 Marshall Street<br>Boston, MA 02108 | 3:20-cv-03366 | August 15, 2020 | September 18, 2020 |
| Donna Hyman | Dennis F O Brien<br>Dennis F O Brien PA<br>2012 S. Tollgate Road, Suite 209<br>Bel Air, MD 21015 | 3:20-cv-03595 | August 13, 2020 | September 18, 2020 |
| James Hill | Joseph Anthony Osborne , Jr.<br>Osborne and Francis Law Firm, PLLC<br>433 Plaza Real Boulevard, Suite 271<br>Boca Raton, FL 33432<br><br>Gregory D Rueb<br>Dalimonte Rueb Stoller LLP<br>515 South Figueroa Street, Suite 1550<br>Los Angeles, CA 90071 | 3:20-cv-03443 | August 14, 2020 | September 18, 2020 |
| Robert Foral, Sr. | D. Todd Mathews<br>Gori and Julian, P.C.<br>156 N. Main St.<br>Edwardsville, IL 62025 | 3:20-cv-03440 | August 14, 2020 | September 18, 2020 |
| Anthony Catania | Thomas P. Valet<br>Rappaport Glass Levine & Zullo LLP<br>1355 Motor Parkway<br>Islandia, NY 11749 | 3:20-cv-03300 | August 5, 2020 | September 18, 2020 |
| Kelley Cadwallader | Martin Daniel Crump<br>Davis and Crump, P.C.<br>2601 14th Street<br>Gulfport, MS 39501 | 3:20-cv-03358 | August 13, 2020 | September 18, 2020 |
| James Bucy | Martin Daniel Crump<br>Davis and Crump, P.C.<br>2601 14th Street<br>Gulfport, MS 39501 | 3:20-cv-03357 | August 13, 2020 | September 18, 2020 |

4838-6346-4907

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| David Booth | James G. O'Brien<br>O'Brien Law<br>405 Madison Avenue, 10th Floor<br>Toledo, OH 43604 | 3:20-cv-04654 | August 14, 2020 | September 18, 2020 |
|---|---|---|---|---|
| George Aldoupolis | Laura T. Daly<br>Swartz and Swartz, P.C.<br>10 Marshall Street<br>Boston, MA 02108 | 3:20-cv-03433 | August 14, 2020 | September 18, 2020 |

4838-6346-4907

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



October 21, 2020

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.          Robin L. Greenwald, Esq.
Andrus Wagstaff, PC          Weitz & Luxenburg, P.C.
7171 West Alaska Dr.          700 Broadway
Lakewood, Co 80226          New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Wednesday, October 21, 2020.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4832-9585-6847
CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Christopher Lowe | Terry Bryant<br>Law Office of Terry Bryant<br>8584 Katy Freeway, Suite 100<br>Houston, TX 77024 | 3:20-cv-04213 | September 16, 2020 | October 21, 2020 |
| Ada Cousar<br>[Estate of Vernal Cousar] | Graham L. Newman<br>Chappell Smith and Arden PA<br>2801 Devine Street, Suite 300<br>Columbia, SC 29205 | 3:20-cv-004212 | September 16, 2020 | October 21, 2020 |
| Laura Pattermann | Larry D. Helvey<br>Larry Helvey Law Firm<br>2735 First Avenue SE, Suite 101<br>Cedar Rapids, IA 52402 | 3:20-cv-04204 | September 16, 2020 | October 21, 2020 |
| Bobby Fugitt | Martin Daniel Crump<br>Davis and Crump, P.C.<br>2601 14th Street<br>Gulfport, MS 39501 | 3:20-cv-04208 | September 16, 2020 | October 21, 2020 |
| Leland Brewton<br>[Estate of Roosevelt Brewton, Jr.] | Martin Daniel Crump<br>Davis and Crump, P.C.<br>2601 14th Street<br>Gulfport, MS 39501 | 3:20-cv-04209 | September 16, 2020 | October 21, 2020 |
| Rick Kent | Martin Daniel Crump<br>Davis and Crump, P.C.<br>2601 14th Street<br>Gulfport, MS 39501 | 3:20-cv-04210 | September 16, 2020 | October 21, 2020 |
| Frisco Decarlos Guest | Anthony Chuma Ifediba<br>Ifediba Law Group, P.C.<br>1220 16 Street South<br>Birmingham, AL 35205 | 3:20-cv-04214 | September 18, 2020 | October 21, 2020 |
| James Harmon | Terry Rogers<br>Terry Rogers, Attorney at Law<br>4450 Arapahoe Ave., Suite 100<br>Boulder, CO 80303 | 3:20-cv-04215 | September 18, 2020 | October 21, 2020 |

4832-9585-6847

| Wesley Tam | Forrest Sygman<br>Law Offices of Forrest Sygman<br>7300 North Kendall Drive<br>Suite 450<br>Miami, FL 33156 | 3:20-cv-04216 | September 18, 2020 | October 21, 2020 |
|---|---|---|---|---|
| Paula Winer<br>[Estate of Brady Nelson Winer] | Daniel J Vanderpool<br>Isaiah P. Vanderpool<br>Vanderpool Law Firm PC<br>1810 E Center St<br>Warsaw, IN 46580 | 3:20-cv-04844 | September 18, 2020 | October 21, 2020 |
| Steven Sonnier, Sr.<br>[Estate of Ronald Sonnier, Sr.] | Ned F. P. Sonnier<br>Law Office of Ned Sonnier<br>111 Park West Drive<br>Scott, LA 70583 | 3:20-cv-04217 | September 18, 2020 | October 21, 2020 |
| John W. Rowe | Jonathan J. Bart<br>Lynne M. Kizis<br>Wilentz Goldman & Spitzer, P.A.<br>Two Penn Center Plaza, Suite 910<br>Philadelphia, PA 19102 | 3:20-cv-04244 | September 18, 2020 | October 21, 2020 |
| Timothy Freegard | Daniel Z. Kolomitz<br>Robert Wayne Boatman<br>Shannon L. Clark<br>Gallagher and Kennedy, P.A.<br>2575 East Camelback Road<br>Phoenix, AZ 85016-9225 | 3:20-cv-04328 | September 23, 2020 | October 21, 2020 |
| Ralph Hale | Daniel Z. Kolomitz<br>Robert Wayne Boatman<br>Shannon L. Clark<br>Gallagher and Kennedy, P.A.<br>2575 East Camelback Road<br>Phoenix, AZ 85016-9225 | 3:20-cv-04329 | September 23, 2020 | October 21, 2020 |

4832-9585-6847

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Joey Mayer [Melvin Mayer III, decedent] | Frank E. Lamothe , III Richard Massie Martin, Jr. Lamothe Law Firm, LLC 400 Poydras Street, Suite 1760 New Orleans, LA 70130<br><br>James P. DeSonier Law Office of James P. DeSonier 450 N. Causeway Blvd., Suite C Mandeville, LA 70448 | 3:20-cv-04330 | September 23, 2020 | October 21, 2020 |
| Gordon, James R. | Joel Amos Gordon Joel Amos Gordon, Esq., PLLC P.O. Box 52688 Midland, TX 79710 | 3:20-cv-04371 | September 29, 2020 | October 21, 2020 |
| Scott Strickland | Daniel Z. Kolomitz Robert Wayne Boatman Shannon L. Clark Gallagher and Kennedy, P.A. 2575 East Camelback Road Phoenix, AZ 85016-9225 | 3:20-cv-04519 | September 29, 2020 | October 21, 2020 |
| William Scott | Daniel Z. Kolomitz Robert Wayne Boatman Shannon L. Clark Gallagher and Kennedy, P.A. 2575 East Camelback Road Phoenix, AZ 85016-9225 | 3:20-cv-04748 | September 29, 2020 | October 21, 2020 |
| Sebastian William Manera | Daniel Z. Kolomitz Robert Wayne Boatman Shannon L. Clark Gallagher and Kennedy, P.A. 2575 East Camelback Road Phoenix, AZ 85016-9225<br><br>Cristina Perez Hesano Perez Law Group, PLLC 7508 N. 59th Avenue Glendale, AZ 85301 | 3:20-cv-04517 | September 29, 2020 | October 21, 2020 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



January 20, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

Aimee Wagstaff, Esq.              Robin L. Greenwald, Esq.
Andrus Wagstaff, PC              Weitz & Luxenburg, P.C.
7171 West Alaska Dr.             700 Broadway
Lakewood, Co 80226              New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:     Notice of Failure to Provide Plaintiff Fact Sheet
        *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

        This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

        Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Wednesday, January 20, 2021.

        Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4850-9385-8263

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Kathryn Urbanek | David A. Domina<br>Domina Law Group pc llo<br>2425 South 144th St.<br>Omaha, NE 68144-3267 | 3:20-cv-06355 | December 4, 2020 | January 20, 2021 |
| Ramon Tejera | Kertch J. Conze<br>Law Offices of Kertch Conze, P.A.<br>3600 Red Road, Suite 402<br>Miramar, FL 33025 | 3:20-cv-06507 | December 14, 2020 | January 20, 2021 |
| Lorrie A. Smith | Paul D. Rheingold<br>Paul D. Rheingold, PC<br>5 Manursing Way<br>Rye, NY 10580 | 3:20-cv-06506 | December 14, 2020 | January 20, 2021 |
| Cornelius Smith | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:20-cv-06353 | December 4, 2020 | January 20, 2021 |
| Jack L. Richards<br>[Estate of Kathleen L. Richards] | Paul D. Rheingold<br>Paul D. Rheingold, PC<br>5 Manursing Way<br>Rye, NY 10580 | 3:20-cv-06508 | December 14, 2020 | January 20, 2021 |
| Elizabeth Reaves<br>[Estate of Joe Reaves] | Kyle P. Ludwig<br>Ludwig Law Firm PLC<br>1217 W. 3rd Street<br>Little Rock, Arkansas 72201 | 3:20-cv-06503 | December 14, 2020 | January 20, 2021 |

4850-9385-8263

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Joselyn E. Kooi<br>[Estate of Douglas Kooi] | Daniel Foster Johnson<br>Breskin Johnson & Townsend PLLC<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br><br>Farzad Rastegar<br>Douglas W. Perlman<br>Rastegar Law Group APC<br>22760 Hawthorne Blvd., Suite 200<br>Torrance, CA 90505 | 3:20-cv-06656 | December 14, 2020 | January 20, 2021 |
| Grant Clark, Jr. | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:20-cv-06499 | December 14, 2020 | January 20, 2021 |
| Rob Bundy | Anthony James Manganiello , III<br>Icard Merrill Cullis Timm Furen &<br>Ginsburg, PA<br>2033 Main St., Suite 600<br>Sarasota, FL 34237-6093 | 3:20-cv-06345 | December 4, 2020 | January 20, 2021 |

4850-9385-8263

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



February 10, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet
("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit
completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from
transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs
(attached) that have failed to submit a completed PFS in accordance with the deadline and
procedures established in PTO 50 as of Wednesday, February 10, 2021.

Plaintiffs have seven days from the date of this letter in which to submit a
completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from
the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs
that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4851-4824-8283

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Stephen Russell Story | Mark A. Tate<br>Andrew A. Zemany<br>Tate Law Group LLC5 Bull Street, 2nd Floor<br>Savannah, GA 31401 | 3:20-cv-0991 | December 31, 2020 | February 10, 2021 |
| Bobby Scott | Graham L. Newman<br>Chappell Smith and Arden PA<br>2801 Devine Street, Suite 300<br>Columbia, SC 29205 | 3:20-cv-06990 | December 31, 2020 | February 10, 2021 |
| Robert L. Schoenberg | William P. Ronan , III<br>The Ronan Law Firm<br>Indian Creek Corporate Campus<br>10740 Nall Avenue-Ste. 160<br>Overland Park, KS 66211-1260 | 3:20-cv-06783 | December 28, 2020 | February 10, 2021 |
| Cheryl Laski | Patrick N. Keegan<br>Keegan & Baker LLP<br>2292 Faraday Avenue, Suite 100<br>Carlsbad, CA 92008 | 3:20-cv-06668 | December 21, 2020 | February 10, 2021 |
| Don Guiberson | Justin P. Stalpes<br>Beck Amsden & Stalpes PLLC<br>1946 Stadium Drive, Suite 1<br>Bozeman, MT 59715 | 3:20-cv-06780 | December 28, 2020 | February 10, 2021 |
| Larry Garner | Denise Reid Hoggard<br>Rainwater, Holt & Sexton P.A.<br>Post Office Box 17250<br>Little Rock, AR 72222-7250 | 3:20-cv-06778 | December 28, 2020 | February 10, 2021 |

4851-4824-8283

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Livier Chavez | Christopher T. Aumais<br>Arin Scapa<br>Girardi Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90012<br>Hovig John Abassian<br>First Legal Solution APC<br>16255 Ventura Boulevard Suite 1205<br>Encino, CA 91436 | 3:20-cv-06775 | December 28, 2020 | February 10, 2021 |
| Prabha Baid | David C. Strouss<br>Evan R. Hoffman<br>Jasmine M. Howard<br>Thorton Law Firm LLP<br>One Lincoln Street<br>Boston, MA 02111 | 3:20-cv-06774 | December 21, 2020 | February 10, 2021 |

4851-4824-8283

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



February 24, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

Aimee Wagstaff, Esq.                     Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                      Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                     700 Broadway
Lakewood, Co 80226                       New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:     Notice of Failure to Provide Plaintiff Fact Sheet
        *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Tuesday, February 24, 2021.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4813-9124-3229

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Damaris Trinidad [Estate of Gladys Trinidad] | Randi Kassan Sanders Phillips Grossman LLC 100 Garden City Plaza, Suite 500 Garden City, NY 11530 | 3:20-cv-07325 | January 14, 2021 | February 23, 2021 |
| Hector Mario Toro Rivera | Randi Kassan Sanders Phillips Grossman LLC 100 Garden City Plaza, Suite 500 Garden City, NY 11530 | 3:20-cv-07552 | January 14, 2021 | February 24, 2021 |
| Melissa McMorris [Estate of Jeanette Wood] | John Christian Enochs Richard Lee Root Betsy J. Barnes Morris Bart LLC 601 Poydras Street, 24th Floor New Orleans, LA 70130 | 3:20-cv-07220 | January 6, 2021 | February 24, 2021 |
| William M. McKemie | C. Mark Whitehead, III The Whitehead Law Firm LLC 3639 Ambassador Caffery Parkway Lafayette, LA 70503 | 3:20-cv-07324 | January 14, 2021 | February 24, 2021 |
| Michael McDermott | Paula S. Bliss Bernheim Kelley Battista Bliss 4 Court Street Plymouth, MA 02360 | 3:20-cv-07219 | January 6, 2021 | February 24, 2021 |
| Daniel Lindvall | Christopher Baker Hall Gordon Van Remmen Hall & Lampros, LLP, Suite 1150 400 Galleria Pkwy Atlanta, GA 30339 | 3:20-cv-07218 | January 6, 2021 | February 24, 2021 |
| Craig M. Laginess | John Christian Enochs Richard Lee Root Betsy J. Barnes Morris Bart LLC 601 Poydras Street, 24th Floor New Orleans, LA 70130 | 3:20-cv-07217 | January 6, 2021 | February 24, 2021 |

4813-9124-3229

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Tony Howell | Charles E. Soechting , Jr.<br>Simon Greenstone Panatier PC<br>1201 Elm Street, Suite 3400<br>Dallas, TX 72570<br><br>Audrey M. Snyder<br>Janet Ward Black<br>Ward Black Law<br>208 W. Wendover Avenue<br>Greensboro, NC 27401 | 3:20-cv-07322 | January 14, 2021 | February 24, 2021 |
| Robert Cope | Samuel Callison Cole<br>Cole Cole Easley & Sciba PC<br>302 W. Forrest Street<br>Victoria, TX 77901<br><br>C. Mark Whitehead, III<br>The Whitehead Law Firm LLC<br>3639 Ambassador Caffery Parkway<br>Lafayette, LA 70503 | 3:20-cv-07320 | January 14, 2021 | February 24, 2021 |

4813-9124-3229

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



March 11, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.                    Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                     Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                    700 Broadway
Lakewood, Co 80226                      New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

      Re:    Notice of Failure to Provide Plaintiff Fact Sheet
               *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

      This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

      Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Thursday, March 11, 2021.

      Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4815-4732-6432

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Robert Piganelli | David Alan Anderson<br>Anderson & Associates PC<br>8900 Keystone Crossing, Suite 1100<br>Indianapolis, IN 46240 | 3:20-cv-07398 | January 18, 2021 | March 11, 2021 |
| Mary E. Penix<br>[Estate of Lavelle Penix] | Tracy W Houck<br>Houck & Riggle<br>P O Box 1958<br>Ruston, LA 71273-1958 | 3:20-cv-07554 | January 21, 2021 | March 11, 2021 |
| Steven R. Montgomery | Kenneth W. DeJean<br>Natalie Marie DeJean<br>Adam Russell Credeur<br>Law Offices of Kenneth W. DeJean<br>417 W. University Avenue<br>Lafayette, LA 70506 | 3:20-cv-07397 | January 18, 2021 | March 11, 2021 |
| Bruce Grabber | Matthew K. LaVelle<br>Michael J. LaVelle<br>LaVelle & LaVelle PLC<br>2728 N 24th St., Ste. A<br>Phoenix, AZ 85008 | 3:20-cv-07551 | January 21, 2021 | March 11, 2021 |
| Larry L. Cudaback | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 West Dodge Road, Suite 204<br>The Mark<br>Omaha, NE 68114 | 3:20-cv-07733 | January 27, 2021 | March 11, 2021 |
| Rosanna R. Brammer<br>[Estate of Kendall D. Brammer] | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 West Dodge Road, Suite 204<br>The Mark<br>Omaha, NE 68114 | 3:20-cv-07732 | January 27, 2021 | March 11, 2021 |
| Alyne Griffiths | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Boulevard, Suite F-58<br>Las Vegas, NV 89102 | 3:20-cv-07736 | January 27, 2021 | March 11, 2021 |

4815-4732-6432

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Earl Redmond | Delain L. Deatherage<br>Stephen W. Grace<br>Grace and Rudy<br>1019 16th Avenue South<br>Nashville, TN 37212 | 3:20-cv-07738 | January 27, 2021 | March 11, 2021 |
| Elsie Ketty Pagan-Resto | Douglas H. Sanders<br>Randi Kassan<br>Sanders Phillips Grossman LLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530 | 3:20-cv-07882 | January 27, 2021 | March 11, 2021 |

4815-4732-6432

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



May 18, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.                     Robin L. Greenwald, Esq.
Andrus Wagstaff, PC                      Weitz & Luxenburg, P.C.
7171 West Alaska Dr.                     700 Broadway
Lakewood, Co 80226                       New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

   Re:  Notice of Failure to Provide Plaintiff Fact Sheet
       *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

   This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet
("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

   Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit
completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from
transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs
(attached) that have failed to submit a completed PFS in accordance with the deadline and
procedures established in PTO 50 as of Tuesday, May 18, 2021.

   Plaintiffs have seven days from the date of this letter in which to submit a
completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from
the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs
that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4846-0611-2233

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Jorge Penalver | Paula S. Bliss<br>Bernheim Kelley Battista Bliss<br>4 Court Street<br>Plymouth, MA 02360 | 3:20-cv-08801 | March 3, 2021 | May 18, 2021 |
| Glenn Clark<br>[Estate of Douglas Clark] | Rebecca Laine Fredona<br>Moll Law Group<br>22 W. Washington Street, 15th Floor<br>Chicago, IL 60602<br><br>Sharon J. Showard<br>Showard Law Firm PC<br>4703 E. Camp Lowell Dr., Suite 253<br>Tucson, AZ 85712 | 3:20-cv-08846 | March 11, 2021 | May 18, 2021 |
| Susan Fox<br>[Estate of Thoms Fox] | Paula S. Bliss<br>Bernheim Kelley Battista Bliss<br>4 Court Street<br>Plymouth, MA 02360<br><br>Luis F. Ras<br>Ras Associates, PLLC<br>2500 Westchester Ave., Suite 410<br>Purchase, NY 10577 | 3:20-cv-08847 | March 11, 2021 | May 18, 2021 |
| Dr. James Lawrence | Ian Connor Bifferato<br>The Bifferato Firm PA<br>1007 N. Orange St., 4th Floor<br>Wilmington, DE 19801 | 3:20-cv-09291 | March 17, 2021 | May 18, 2021 |
| Sami Khal | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Boulevard, Suite F-58<br>Las Vegas, NV 89102 | 3:20-cv-09292 | March 17, 2021 | May 18, 2021 |
| James Howard Rawls | David Brian Fernandes<br>Baron & Budd PC<br>3102 Oak Lawn Ave., Suite 1100 | 3:21-cv-00042 | March 30, 2021 | May 18, 2021 |

4846-0611-2233

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| | Dallas, TX 75219<br><br>Perry A. Craft<br>Law Office of Perry A. Craft, PLLC<br>402 BNA Drive<br>Building 100, Suite 202<br>Nashville, TN 37217 | | | |
| Martin Frye | Dennis F. O'Brien<br>Dennis F. O'Brien PA<br>2012 S. Tollgate Road, Suite 209<br>Bel Air, MD 21015 | 3:21-cv-00039 | March 30, 2021 | May 18, 2021 |

4846-0611-2233

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



July 30, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer.  Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, July 30, 2021.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.  After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4844-7228-0052

### PLAINTIFFS WHO FAILED TO SUBMIT PFS

| PLAINTIFF'S NAME | COUNSEL | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|---|
| Donald Barnes | John D. Sileo<br>Casey William Moll<br>Law Office of John D. Sileo, LLC<br>320 N. Carrollton Avenue, Suite 101<br>New Orleans, LA 70119 | 3:21-cv-00638 | April 26, 2021 | July 30, 2021 |
| Ricky Beavers, Jr. | Charles L. Meyer<br>1000 2nd Ave, #3310<br>Seattle, WA 98104 | 2:20-cv-01269 | March 3, 2021 | July 30, 2021 |
| James Burris | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd, Suite F-58<br>Las Vegas, NV 89102 | 3:21 -cv-01337 | April 26, 2021 | July 30, 2021 |
| John W. Bussey, Jr. | C. Victor Welsh, III<br>Pittman Roberts & Welsh PLLC<br>410 South President Street<br>Jackson, Mississippi  39201 | 3:21-cv-01044 | May 10, 2021 | July 30, 2021 |
| David Andrew Campbell | Kori Lynn Westbrook<br>Johnson Law Group<br>2925 Richmond Ave., Suite 1700<br>Houston, Texas 77098<br><br>Russell W. Lewis, IV<br>Johnson Law Group<br>1019 16th Ave., South<br>Nashville, TN 37212 | 3:19-cv-00654 | June 3, 2019 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Renilda Castro<br>[Estate of Fernando Castro] | Carter Law Group, P.C.<br>5473 Blair Rd.<br>Dallas, TX 75231<br><br>Darren P McDowell<br>Fears Nachawati Law Firm<br>5473 Blair Road<br>Dallas, TX 75231 | 3:19-cv-03887 | No Triggering date<br>(filed directly in<br>MDL) | July 30, 2021 |
| Patrick Crabtree | Fitts Law Firm<br>4801 Richmond Ave.<br>Houston, TX 77027 | 3:21-cv-01661 | June 7, 2021 | July 30, 2021 |
| Julie A. Croston<br>[Est. of Jonathan Crosel Croston] | Mullens & Mullens<br>9 N. Main St.<br>Phillippi, WV 26416 | 3:21-cv-01043 | May 10, 2021 | July 30, 2021 |
| Renee Theresa Daulton<br>[Estate of Patrick Daulton] | Siegel Brill PA<br>100 Washington Ave. S, Ste. 1300<br>Minneapolis, MN 55401 | 3:20-cv-08518 | February 24, 2021 | July 30, 2021 |
| Judy Dotson | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02414 | July 8, 2020 | July 30, 2021 |
| Ben Embaan | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, NV 89102 | 3:21-cv-01336 | May 3, 2021 | July 30, 2021 |
| Linda D. Fennell | James W. Stanley, Jr.<br>The Stanley Law Firm P.A.<br>201 South Izard Street<br>Little Rock, AR 72201 | 3:21-cv-00176 | April 8, 2021 | July 30, 2021 |
| Patrick Finnell | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20 -cv-02419 | July 8, 2020 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Jodi Fuqua [on behalf of Joe H. Dosier] | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-01820 | June 14, 2021 | July 30, 2021 |
|---|---|---|---|---|
| Rafat K. Ghaznavi [Est. of Shariq Ghaznavi] | Paula S. Bliss<br>Bernheim Kelley Battista Bliss<br>4 Court Street<br>Plymouth, MA 02360<br><br>Ronald D. Rodman<br>Lauren E. Geraghty<br>Friedman Rodman Frank & Estrada PA<br>3636 West Flagler St.<br>Miami, FL 33135-1030 | 3:21-cv-02706 | July 14, 2021 | July 30, 2021 |
| Jasmine Goodman | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-03726 | September 6, 2020 | July 30, 2021 |
| Roylee Hedges | Paul M. Dominguez<br>Dominguez Law Firm LLC<br>P.O. Box 10865<br>Albuquerque, NM 87184 | 3:19-cv-05306 | November 14, 2019 | July 30, 2021 |
| Gerald Helmich [Estate Rep: Helen Helmich] | Sparacino & Sparacino PLLC<br>150 South Wacker Drive, Suite 2400<br>Chicago, IL 60602 | 3:20-cv-05941 | July 15, 2020 | July 30, 2021 |
| Belinda Hill | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, NV 89102 | 3:21-cv-01335 | May 3, 2021 | July 30, 2021 |
| Donald J. Kelly | Charles S. Bourque<br>St. Martin & Bourque<br>315 Barrow Street<br>Houma, LA 70360 | 3:21-cv-02548 | July 5, 2021 | July 30, 2021 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Michael Joseph Kelly | Kansas City Injury Law Group<br>City Center Sq.<br>Kansas City, MO 64105 | 3:21-cv-02910 | July 21, 2021 | July 30, 2021 |
| Nacole Kimble | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, NV 89102 | 3:21-cv-01334 | May 3, 2021 | July 30, 2021 |
| John LaBrocca | Steven M. Burris<br>Law Offices of Steven M. Burris<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, NV 89102 | 3:21-v-01333 | May 3, 2021 | July 30, 2021 |
| Carol Lefort | Bernstein Liebhard, LLP<br>10 E. 40th St.<br>New York, NY 10016 | 3:19-cv-05769 | No Triggering date<br>(filed directly in<br>MDL) | July 30, 2021 |
| Jose De Jesus Gonzalez Lopez | Law Offices of Duncan M. James<br>445 N. State St.<br>Ukiah, CA 95482 | 3:20-cv-05888 | November 19, 2020 | July 30, 2021 |
| Elpidia Martinez<br>[on behalf of Carlos Celedon] | Brian D. Chase<br>Tomislav George Antunovich<br>Bisnar Chase LLP<br>1301 Dove Street Suite 120<br>Newport Beach, CA 92660 | 3:21-cv-01508 | May 31, 2021 | July 30, 2021 |
| Owen A. Mattingly | Mattingly & Nally-Martin, PLLC<br>104 W. Main St.<br>P.O. Box 678<br>Lebanon, KY 40033 | 3:21-cv-01658 | June 7, 2021 | July 30, 2021 |
| Dennis McNamara, Jr. | John M. Robin<br>Zachary D. Rhodes<br>Catherine M. Robin<br>John M. Robin, APLC<br>600 Covington Center<br>Covington, LA 70433 | 3:21-cv-00963 | May 3, 2021 | July 30, 2021 |
| Mary Lou McRay<br>[Est. of Arthur Dewayne McRay] | Bahe Cook Cantley & Nefzger, PLC<br>1041 Goss Ave.<br>Louisville, KY 40217 | 3:21-cv-01213 | May 18, 2021 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Jay Nakash | The Jacob D. Fuchsberg Law Firm, LLP<br>3 Park Ave., 37th Floor<br>New York, NY 10016 | 3:20-cv-02426 | July 8, 2020 | July 30, 2021 |
| Kelvin Barry Niolet | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-00173 | April 8, 2021 | July 30, 2021 |
| Larry Tosi | David C. Strouss<br>Evan R. Hoffman<br>Jasmine M. Howard<br>Thorton Law Firm LLP<br>One Lincoln Street<br>Boston, MA 02111 | 3:18-cv-03181 | August 27, 2018 | July 30, 2021 |
| Estree Palmore | Charles E. Boyk Law Offices, LLC<br>10725 Airport Hwy<br>Swanton, OH 43558<br>Khan Nayyar & Associates LLC<br>18W140 Butterfield Road, Floor 15<br>Oakbrook Terrace, IL 60181 | 3:19-cv-07936 | March 4, 2020 | July 30, 2021 |
| David Petrie | Donald James Aaron Brock<br>Lee A. Cirsch<br>Sean T. Cook<br>Brock and Gonzales LLP<br>6701 Center Drive West Suite 610<br>Los Angeles, CA 90045 | 3:21-cv-01509 | May 31, 2021 | July 30, 2021 |
| Charles Porto | James H Cook<br>Dutton Braun Staack Hellman<br>3151 Brockway Road<br>PO Box 810<br>Waterloo, IA 50704 | 3:21-cv-00238 | April 8, 2021 | July 30, 2021 |
| Michael Potash | Patrick L Sealey<br>Heidman Law Firm<br>1128 Historic 4th Street<br>PO Box 3086 | 3:21-cv-01041 | May 10, 2021 | July 30, 2021 |

4844-7228-0052

| | Sioux City, IA 51101 | | | |
|---|---|---|---|---|
| Izora Poteet [Estate of J.P. Stewart] | Patrick L Sealey Heidman Law Firm 1128 Historic 4th Street PO Box 3086 Sioux City, IA 51101 | 3:20-cv-02415 | July 8, 2020 | July 30, 2021 |
| Spencer and Tamara Prince | Kelly H. MacFarlane PLLC 257 E. 200 S, Ste. 1100 Salt Lake City, Utah | 3:21-cv-02127 | June 7, 2021 | July 30, 2021 |
| Martin Denny Reed | Emily J. Kirk Kristy M. Arevalo McCune Wright Arevalo LLP 3281 East Guasti Road, Suite 100 Ontario, CA 91761 | 3:19-cv-08088 | March 10, 2020 | July 30, 2021 |
| Bart Robinette | Brian T. Dailey Dailey Law Firm PC. 36700 Woodward Ave., Suite 107 Bloomfield Hills, MI 48304 | 3:21-cv-01662 | May 31, 2021 | July 30, 2021 |
| Shirley Roybal | Karen Barth Menzies Gibbs Law Group LLP 505 14th Street, Suite 1110 Oakland, CA 94612  Alexander G. Dwyer Andrew T. Kirkendall Erin M. Wood Kirkendall Dwyer LLP 4343 Sigma Rd., Suite 200 Dallas, TX 75244  Trammell PC 3262 Westheimer Rd., #423 Houston, TX 77098 | 3:20-cv-06235 | December 2, 2020 | July 30, 2021 |
| Virgenna Saunders | Emily J. Kirk Kristy M. Arevalo McCune Wright Arevalo LLP 3281 East Guasti Road, Suite 100 | 3:19-cv-05053 | No Triggering date(filed directly in MDL) | July 30, 2021 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | Ontario, CA 91761 | | | |
|---|---|---|---|---|
| Reginald Sayles | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02417 | July 8, 2020 | July 30, 2021 |
| Allowishes Dula Scott | Emily J. Kirk<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761 | 3:19-cv-05093 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Danny Ray Singleton | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:20-cv-02410 | July 8, 2020 | July 30, 2021 |
| Pamela Smith<br>[Estate of Daniel J. Smith] | R. Ryan Deligans<br>Lane R. Neal<br>Durbin Larimore & Bialick<br>920 N Harvey Ave<br>Oklahoma City, OK 73102-2610 | 3:21-cv-01505 | May 21, 2021 | July 30, 2021 |
| Mark Stolzberg<br>[for Marilyn Stolzberg] | Michael Joseph Miller<br>Jeffrey A Travers<br>The Miller Firm, LLC<br>108 Railroad Avenue<br>Orange, VA 22960 | 3:19-cv-04815 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Dan Sullivan | Timothy Michael Hamilton<br>Walter Herbert Walker, III<br>Walker, Hamilton & Koenig, LLP<br>50 Francisco Street, Suite 460<br>San Francisco, CA 94133 | 3:20-cv003544 | No Triggering date (filed directly in MDL) | July 30, 2021 |
| Gabriel Ocacio Acevedo | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Alma Alvelo | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Luis Antonio Colon | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Ramon Galarza Echevaria<br>[Est. of Ramon Antonio Galarza<br>Gonzalez] | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Cecilio Reyes Garced | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Carlos Plaza Gonzalez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Miguel Estrada Gonzalez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Misael Batista Hernandez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Jorge Caballero Jimenez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Neivida Torres Melendez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Jose Medina Olivera | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Juan Rivera Pagan | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Efran Ortiz Pomales | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
|---|---|---|---|---|
| Ramon Berios Rivera<br>[Estate of Ramon Berios] | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Gabriel Rodriguez [Est. of<br>Ana Lydia Acevedo del Rio] | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Luz Rodriguez Sanchez | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Eroina Santiago | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Rafael Shulze | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Martin Velez Rios | Carazo Quetglas Law Office<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Jose Jimenez Yordan | Carazo Quetglas Law Offices<br>1275 Ave Americo Miranda<br>San Juan, Puerto Rico 00921-1617 | 3:20-cv-08552 | February 24, 2021 | July 30, 2021 |
| Mark Waligura | Emily J. Kirk<br>Kristy M. Arevalo<br>McCune Wright Arevalo LLP<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761 | 3:19-cv-04981 | No Triggering date<br>(filed directly in<br>MDL) | July 30, 2021 |
| Saleem Bhatti | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-00144 | December 16, 2019 | July 30, 2021 |

4844-7228-0052

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| Beth Weikerth | Matthew R. Willis<br>Brent Coon & Associates<br>300 Fannin, Suite 200<br>Houston, TX 77002 | 3:20-cv-02909 | December 16, 2019 | July 30, 2021 |
|---|---|---|---|---|
| Jeffrey and Lorraine Westfall | Lee Fadel & Beyer, LLC<br>18500 Lake Road, Suite 300<br>Rocky River, OH 44116 | 3:21-cv-02909 | July 5, 2021 | July 30, 2021 |
| Larry Williams | Matthew Haynie<br>J. Forester<br>Forester Haynie PLLC<br>400 North St. Paul Street, Suite 700<br>Dallas, TX 75201 | 3:20-cv-02416 | July 8, 2020 | July 30, 2021 |
| Henrietta Woods | Antonio D. Spurling<br>Spurling Law Firm LLC<br>406 19th Street, Suite 100<br>Birmingham, AL 35218 | 3:20-cv-00315 | December 11, 2019 | July 30, 2021 |

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.