# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

RICHARD MAU

Plaintiff(s)

v.

MONSANTO COMPANY

Defendant(s)

CASE NUMBER

MDL No. 2741
Master Docket Case No. 16-md-02741-VC

3:21-cv-05320-VC

(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Lauren Montgomery
*Name of Party*

☒ Plaintiff ☐ Defendant ☐ Other

to substitute C. Mark Whitehead, III, M.D., J.D. who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503
*City, State, Zip*

cmw@whiteheadfirm.com
*E-Mail Address*

(337) 740-6006
*Telephone Number*

(337) 205-7754
*Fax Number*

N/A
*State Bar Number*

as attorney of record instead of    James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List **all** attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated August 6, 2021

U. S. District Judge/~~U.S. Magistrate Judge~~