UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>EDWARD OTTE             Plaintiff(s)<br>v.<br>MONSANTO COMPANY       Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-cv-05310-VC<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Lauren Montgomery    ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute C. Mark Whitehead, III, M.D., J.D. who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                                    cmw@whiteheadfirm.com
*City, State, Zip*                                         *E-Mail Address*

(337) 740-6006           (337) 205-7754           N/A
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of   James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List all attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

is hereby   ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated August 6, 2021                     _____
                                          U. S. District Judge/U.~~S. Magistrate Judge~~

G-01 ORDER (09/17)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY