**CAROSELLI BEACHLER & COLEMAN, LLC**
Kelly L. Enders, Esquire
20 Stanwix Street, Suite 700
Pittsburgh, PA 15222-4802
(412) 391-9860 (Telephone)
(412) 391-7453 (Facsimile)
E-Mail: kenders@cbmclaw.com

Attorneys for Plaintiffs, Bonanni et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Bonanni et al v. Monsanto Company et al* Case No. 3:19-cv-08382-VC | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed with prejudice, each party bearing its own costs and expenses.

Respectfully Submitted,

Dated: August 9, 2021         By:/ s / Kelly L. Enders

Kelly L. Enders, Esquire
**CAROSELLI BEACHLER & COLEMAN, LLC**
20 Stanwix Street, Suite 700
Pittsburgh, PA 15222-4802
(412) 391-9860 (Telephone)
(412) 391-7453 (Facsimile)
E-Mail: kenders@cbmclaw.com

*Attorneys for Plaintiffs Vincent Bonanni and Paola Bonanni*

Dated: August 6, 2021   By: /s/ Anthony R. Martinez

Anthony R. Martinez, Esquire
**SHOOK HARDY & BACON, LLC**
2555 Grand Blvd.
Kansas City, Missouri 64108

(816) 559-2683 (Telephone)
(816) 421-5547 (Facsimile)
E-Mail: amartinez@shb.com

*Attorneys for Defendants Monsanto Company, and Bayer AG*

Dated: August 6, 2021   By: /s/ David S. Cohen

David S. Cohen, Esquire
**MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP**
2555 Grand Blvd.
Center Square, West Tower
1500 Market Street, Suite 4100
Philadelphia PA 19102

(215) 735-7200 (Telephone)
(215) 735-1714 (Facsimile)
E-Mail: dcohen@defensecounsel.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I electronically transmitted the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to the Clerk of this court using the CM/ECF system for filing and transmittal to all appearing parties of record served electronically or by another manner as authorized by FED. R. CIV. P. 5.

Dated: August 9, 2021          By:/ s /  Kelly L. Enders

                                      Kelly L. Enders, Esquire
                                      **CAROSELLI BEACHLER & COLEMAN, LLC**
                                      20 Stanwix Street, Suite 700
                                      Pittsburgh, PA 15222-4802

                                      (412) 391-9860 (Telephone)
                                      (412) 391-7453 (Facsimile)
                                      E-Mail: kenders@cbmclaw.com

                                      *Attorneys for Plaintiffs Vincent Bonanni*
                                      *and Paola Bonanni*