**CAROSELLI BEACHLER & COLEMAN, LLC**
Kelly L. Enders, Esquire
20 Stanwix Street, Suite 700
Pittsburgh, PA 15222-4802
(412) 391-9860 (Telephone)
(412) 391-7453 (Facsimile)
E-Mail: kenders@cbmclaw.com

*Attorneys for Plaintiff, Chappell*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Chappell v. Monsanto Company et al*<br>Case No. 3:20-cv-08168-VC | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned matter be dismissed with prejudice, each party bearing its own costs and expenses.

Respectfully Submitted,

Dated: August 9, 2021            By:/ s /  Kelly L. Enders

Kelly L. Enders, Esquire
**CAROSELLI BEACHLER & COLEMAN, LLC**
20 Stanwix Street, Suite 700
Pittsburgh, PA 15222-4802

(412) 391-9860 (Telephone)
(412) 391-7453 (Facsimile)
E-Mail: kenders@cbmclaw.com

*Attorneys for Plaintiff Linda Chappell, Individually and as Administratrix of the Estate of Christopher A. Chappell*

| | |
|---|---|
| Dated: August 6, 2021 | By: /s/ Anthony R. Martinez |
| | Anthony R. Martinez, Esquire |
| | **SHOOK HARDY & BACON, LLC** |
| | 2555 Grand Blvd. |
| | Kansas City, Missouri 64108 |
| | |
| | (816) 559-2683 (Telephone) |
| | (816) 421-5547 (Facsimile) |
| | E-Mail: amartinez@shb.com |
| | |
| | *Attorneys for Defendants, Monsanto Company and Lowe's Home Centers, LLC* |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I electronically transmitted the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to the Clerk of this court using the CM/ECF system for filing and transmittal to all appearing parties of record served electronically or by another manner as authorized by FED. R. CIV. P. 5.

| | |
|---|---|
| Dated: August 9, 2021 | By: /s/ Kelly L. Enders |
| | Kelly L. Enders, Esquire |
| | **CAROSELLI BEACHLER & COLEMAN, LLC** |
| | 20 Stanwix Street, Suite 700 |
| | Pittsburgh, PA 15222-4802 |
| | |
| | (412) 391-9860 (Telephone) |
| | (412) 391-7453 (Facsimile) |
| | E-Mail: kenders@cbmclaw.com |
| | |
| | *Attorneys for Plaintiff Linda Chappell, Individually and as Administratrix of the Estate of Christopher A. Chappell* |