Wes S. Larsen, ISB No. 9134
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208)-664-1684
wes@jvwlaw.net

*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*John V. Ramuno and Patricia Ramuno, individually and as husband and wife, v. Monsanto Co.*,<br>Case No. 3:20-cv-03732-VC | |

## MOTION TO SUBSTITUTE PARTY-PLAINTIFF

Pursuant to Fed. R. Civ. P. 25(a)(l), the undersigned counsel respectfully moves this Court for an Order substituting consortium Plaintiff Patricia Ramuno, the court-appointed Administrator of the Estate of John V. Ramuno, as the Party-Plaintiff on behalf of Mr. Ramuno's Estate. Movant shows unto the Court as follows:

1. Plaintiffs John V. Ramuno and Patricia Ramuno initiated this products liability action in the Eastern District of Missouri on May 6, 2020, prior to Mr. Ramuno's death.

2. John V. Ramuno passed away on August 19, 2020. A redacted copy of Decedent's Certificate of Death is attached hereto as ***Exhibit 1***.

3. A Notice of Suggestion of Death was previously filed in this matter on June 24, 2021 (*see* Docket No. 13196, also attached hereto as ***Exhibit 2***).

4. On June 14, 2021, the Decedent's surviving spouse, consortium Plaintiff Patricia Ramuno, was duly appointed by the Superior Court for Riverside County, California as Administrator of the Estate of John V. Ramuno. A copy of the Letters of Administration is attached hereto as ***Exhibit 3***.

5. Patricia Ramuno's claims on behalf of her late husband John V. Ramuno's Estate survive Decedent's death, and the successor administrator, Patricia Ramuno, is entitled to continue her husband's causes of action for the benefit of the beneficiaries of the Estate. Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the Court may order the substitution of parties.

6. Administrator Patricia Ramuno is the Proper Party-Plaintiff and wishes to be substituted on behalf of John V. Ramuno in this case.

7. WHEREFORE, Patricia Ramuno, the Administrator of the Estate of John V. Ramuno, hereby respectfully requests that this Court enter an Order substituting her as the Party-Plaintiff in this Action on behalf of Decedent's Estate. A proposed Order is attached hereto as ***Exhibit 4***.

Dated: August 9, 2021.

**JAMES, VERNON & WEEKS, P.A.**

By: /s/Wes S. Larsen_____
Wes S. Larsen
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-0683
Email: wes@jvwlaw.net
Attorney for Plaintiffs

MOTION TO SUBSTITUTE PARTY-PLAINTIFF - Page 2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of August, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                  */s/Wes S. Larsen*_____
                                  Wes S. Larsen