# EXHIBIT 1

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052020196893
LOCAL REGISTRATION NUMBER: 3202033012900

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT - FIRST | JOHN |
| 2. MIDDLE | VINCENT |
| 3. LAST (Family) | RAMUNO |
| 4. DATE OF BIRTH | [redacted] 1948 |
| 5. AGE Yrs. | 72 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | MA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 08/19/2020 |
| 8. HOUR | 0350 |
| 13. EDUCATION | SOME COLLEGE |
| 14/15. HISPANIC/LATINO | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | LANDSCAPER |
| 18. KIND OF BUSINESS OR INDUSTRY | LANDSCAPING |
| 19. YEARS IN OCCUPATION | 20 |
| 21. CITY | HEMET |
| 22. COUNTY/PROVINCE | RIVERSIDE |
| 23. ZIP CODE | 92545 |
| 24. YEARS IN COUNTY | 0 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | PATRICIA RAMUNO, SPOUSE |
| MAILING ADDRESS | HEMET, CA 92545 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE - FIRST | PATRICIA |
| 29. MIDDLE | JEAN |
| 30. LAST (BIRTH NAME) | REID |
| 31. NAME OF FATHER/PARENT - FIRST | JOHN |
| 32. MIDDLE | CHARLES |
| 33. LAST | RAMUNO |
| 34. BIRTH STATE | MA |
| 35. NAME OF MOTHER/PARENT - FIRST | RUTH |
| 36. MIDDLE | ESTHER |
| 37. LAST (BIRTH NAME) | BERADINO |
| 38. BIRTH STATE | MA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 09/02/2020 |
| 40. PLACE OF FINAL DISPOSITION | RES. OF PATRICIA RAMUNO, HEMET, CA 92545 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | CORTNER CHAPEL |
| 45. LICENSE NUMBER | FD314 |
| 46. SIGNATURE OF LOCAL REGISTRAR | CAMERON KAISER, MD |
| 47. DATE | 09/02/2020 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | LOMA LINDA UNIVERSITY MED CTR - MURRIETA |
| 102. IF HOSPITAL, SPECIFY ONE | IP |
| 104. COUNTY | RIVERSIDE |
| 105. FACILITY ADDRESS | 28062 BAXTER ROAD |
| 106. CITY | MURRIETA |

**CAUSE OF DEATH**

| | | Time Interval |
|---|---|---|
| 107. IMMEDIATE CAUSE (A) | PNEUMONIA | DAYS |
| (B) | SEPTIC SHOCK | DAYS |
| (C) | MULTIPLE MYELOMA | YRS |
| 108. DEATH REPORTED TO CORONER? | NO | |
| 109. BIOPSY PERFORMED? | NO | |
| 110. AUTOPSY PERFORMED? | NO | |
| 111. USED IN DETERMINING CAUSE? | NO | |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE | |
| 113. WAS OPERATION PERFORMED | NONE | |

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 115. SIGNATURE AND TITLE OF CERTIFIER | MATTHEW YAROSLAV KUSHNIR M.D. |
| 116. LICENSE NUMBER | A136439 |
| 117. DATE | 09/01/2020 |
| A) Decedent Attended Since | 08/17/2020 |
| B) Decedent Last Seen Alive | 08/19/2020 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS | MATTHEW YAROSLAV KUSHNIR M.D., 3626 RUFFIN RD, SAN DIEGO, CA 92123 |

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*001847311*

DATE ISSUED: Sep 11, 2020



Dr. Cameron Kaiser, M.D.