# EXHIBIT 2

Wes S. Larsen, ISB No. 9134
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208)-664-1684
wes@jvwlaw.net

*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *John V. Ramuno and Patricia Ramuno, individually and as husband and wife, v. Monsanto Co.*, Case No. 3:20-cv-03732-VC | |

**<u>NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF JOHN V. RAMUNO</u>**

PLEASE TAKE NOTICE that one of the Plaintiffs in the above-captioned matter, John V. Ramuno, is believed to have died on August 19, 2020. A copy of Plaintiff's redacted Certificate of Death is attached hereto as ***Exhibit A***.

Mr. Ramuno's surviving spouse, consortium Plaintiff Patricia Ramuno, has been appointed as the administrator of the Decedent's Estate. The undersigned counsel will file a separate motion to substitute party-plaintiff.

NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF JOHN V. RAMUNO - Page 1

Dated: June 24, 2021.

**JAMES, VERNON & WEEKS, P.A.**

By: /s/Wes S. Larsen_____
Wes S. Larsen
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Wes S. Larsen_____
Wes S. Larsen

# EXHIBIT A

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052020196893
LOCAL REGISTRATION NUMBER: 3202033012900

| Field | Value |
|---|---|
| 1. Name of Decedent – First | JOHN |
| 2. Middle | VINCENT |
| 3. Last (Family) | RAMUNO |
| 4. Date of Birth | [redacted]/1948 |
| 5. Age | 72 |
| 6. Sex | M |
| 7. Date of Death | 08/19/2020 |
| 8. Hour (24 Hours) | 0350 |
| 9. Birth State/Foreign Country | MA |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | MARRIED |
| 13. Education | SOME COLLEGE |
| 14/15. Hispanic/Latino | NO |
| 16. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | LANDSCAPER |
| 18. Kind of Business or Industry | LANDSCAPING |
| 19. Years in Occupation | 20 |
| 21. City | HEMET |
| 22. County/Province | RIVERSIDE |
| 23. Zip Code | 92545 |
| 24. Years in County | 0 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | PATRICIA RAMUNO, SPOUSE |
| 27. Informant's Mailing Address | [redacted] HEMET, CA 92545 |
| 28. Name of Surviving Spouse – First | PATRICIA |
| 29. Middle | JEAN |
| 30. Last (Birth Name) | REID |
| 31. Name of Father/Parent – First | JOHN |
| 32. Middle | CHARLES |
| 33. Last | RAMUNO |
| 34. Birth State | MA |
| 35. Name of Mother/Parent – First | RUTH |
| 36. Middle | ESTHER |
| 37. Last (Birth Name) | BERADINO |
| 38. Birth State | MA |
| 39. Disposition Date | 09/02/2020 |
| 40. Place of Final Disposition | RES. OF PATRICIA RAMUNO, [redacted] HEMET, CA 92545 |
| 41. Type of Disposition(s) | CR/RES |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | CORTNER CHAPEL |
| 45. License Number | FD314 |
| 46. Signature of Local Registrar | CAMERON KAISER, MD |
| 47. Date | 09/02/2020 |
| 101. Place of Death | LOMA LINDA UNIVERSITY MED CTR - MURRIETA |
| 102. If Hospital, Specify One | IP |
| 104. County | RIVERSIDE |
| 105. Facility Address | 28062 BAXTER ROAD |
| 106. City | MURRIETA |

**107. Cause of Death:**
- (A) Immediate Cause: PNEUMONIA — Days
- (B) SEPTIC SHOCK — Days
- (C) MULTIPLE MYELOMA — Yrs

108. Death Reported to Coroner: NO
109. Biopsy Performed? NO
110. Autopsy Performed? NO
111. Used in Determining Cause? NO

112. Other Significant Conditions: NONE
113. Was Operation Performed: NONE

115. Signature and Title of Certifier: MATTHEW YAROSLAV KUSHNIR M.D.
116. License Number: A136439
117. Date: 09/01/2020
118. Type Attending Physician's Name, Mailing Address: MATTHEW YAROSLAV KUSHNIR M.D., 3626 RUFFIN RD, SAN DIEGO, CA 92123

Decedent Attended Since: 08/17/2020
Decedent Last Seen Alive: 08/19/2020

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*001847311*

DATE ISSUED: Sep 11 2020

Dr. Cameron Kaiser, M.D.