**HOLLINGSWORTH LLP**
Devarati Das (*pro hac vice*)
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: ddas@hollingsworthllp.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br> ALL ACTIONS | |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Devarati Das, of HOLLINGSWORTH LLP, hereby enters her appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

1  DATED:  August 10, 2021             Respectfully submitted,

2                                      /s/ Devarati Das
                                       Devarati Das (*pro hac vice*)
3                                      (ddas@hollingsworthllp.com)
                                       HOLLINGSWORTH LLP
4                                      1350 I Street, N.W.
                                       Washington, DC  20005
5                                      Telephone:  (202) 898-5800
                                       Facsimile:   (202) 682-1639
6
                                       *Attorney for Defendant*
7                                      *MONSANTO COMPANY*

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
3:16-md-02741-VC