UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>EDWARD OTTE          Plaintiff(s)<br>           v.<br>MONSANTO COMPANY    Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-cv-05310-VC<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Edward Otte
~~Lauren Montgomery~~
*Name of Party*     ☒ Plaintiff ☐ Defendant ☐ Other

to substitute  C. Mark Whitehead, III, M.D., J.D.    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
*Street Address*

Lafayette, LA 70503                    cmw@whiteheadfirm.com
*City, State, Zip*                        *E-Mail Address*

(337) 740-6006        (337) 205-7754        N/A
*Telephone Number*     *Fax Number*         *State Bar Number*

as attorney of record instead of  James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
*List all attorneys from same firm or agency who are withdrawing.*
Beau Michael Goodrick

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  August 10, 2021              _____
                                    U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (09/17)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY