## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | **CASE NUMBER** MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | 3:21-cv-05319-VC |
| MARIOLA NIESCIEROWICZ                    Plaintiff(s) <br><br> v. <br><br> MONSANTO COMPANY                    Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Mariola Niescierowicz
~~Lauren Montgomery~~          ☒ Plaintiff ☐ Defendant ☐ Other _____
_Name of Party_

to substitute   C. Mark Whitehead, Ill, M.D., J.D. _____ who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

Petroleum Tower, Suite 316, 3639 Ambassador Caffery Parkway
_____
_Street Address_

Lafayette, LA 70503                              cmw@whiteheadfirm.com
_____              _____
_City, State, Zip_                                    _E-Mail Address_

(337) 740-6006                 (337) 205-7754                 N/A
_____         _____         _____
_Telephone Number_              _Fax Number_                  _State Bar Number_

as attorney of record instead of     James Gregory Owen, Susan Anne Owen. Tamiko B. Herron and
                                     _____
                                     _List **all** attorneys from same firm or agency who are withdrawing._
                                     Beau Michael Goodrick
                                     _____

_____

**is hereby**        ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   August 10, 2021 _____                _____
                                                 U. S. District Judge/~~U.S. Magistrate Judge~~