UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Donnie Leon Powell v. Monsanto Company*<br>Case No. 3:20-cv-05623-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |

**PLAINTIFF DONNIE POWELL'S**
**AGREED MOTION TO EXTEND DEADLINES**

TO THE HONORABLE JUDGE CHABRIA:

    Plaintiff Donnie Leon Powell ("Plaintiff") is a Wave III Plaintiff and hereby requests that the Honorable Court extend deadline to respond to Monsanto's Amended Notice of Motion and Motion for Summary Judgment on Causation Grounds.

    The reason for the request is counsel's wife was due August 28, 2001 but on August 12, 2021 her doctor moved up the delivery date to August 13, 2021 due to medical complications.

    The current deadline to respond is August 17, 2021. A hearing is scheduled for September 9, 2021 at 2:00 p.m. Plaintiff requests the new response deadline of August 31, 2021 with a hearing date on or after September 23, 2021.

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, good cause exists to extend Plaintiff's deadline to respond to Monsanto's Amended Notice of Motion and Motion for Summary Judgment on Causation Grounds from August 17, 2021 to August 31, 2021 and the hearing set for September 9, 2021 be moved on or after September 23, 2021.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@circelliwalterlaw.com
Kelli L. Walter
State Bar No. 24074576
kwalter@circelliwalterlaw.com
**CIRCELLI & WALTER, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
(817) 697-4942 telephone
(817) 697-4944 facsimile

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Monsanto on August 12, 2021 concerning the matters raised herein and he indicated he agreed with the relief requested.

*/s/ Vincent P. Circelli*
Vincent P. Circelli

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on August 12, 2021 in manner described below:

*<u>via e-serve</u>*
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Eric G. Lasker
elasker@hollingsworthllp.com
**HOLLINGSWORTH LLP**
1350 I Street, N. W.
Washington, DC 20005
Telephone:    (202) 898-5800
Facsimile:     (202) 682-1639

*/s/ Vincent P. Circelli*
Vincent P. Circelli