IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |

This Document Relates to:

*Carolina B. Garces v. Monsanto Company*
Case No. 3:19-cv-05523-VC

## NOTICE OF SERVICE OF SUGGESTION OF DEATH

I hereby certify that on the 10th day of March, 2021, the Suggestion of Death, Doc. 12738, was served via certified mail, return receipt requested on the deceased nonparty successor or representatives pursuant to Fed R. Civ. P. 25(a)(1) and Civil Local Rule 5-1(h)(2) on the following:

Bobbie Castillo
Post Office Box 171
O'Donnell, TX 79351-0171

Juan Garces, Jr.
PO Box 703
O'Donnell, TX 79351-0703

Elvis Garces
PO Box 154
O'Donnell, TX 79351-0154

Billie Montez
2029 N Main
Tahoka, TX 79373-5324

Respectfully submitted,

/s/ Rand P. Nolen
Rand P. Nolen (Pro Hac Vice)
Texas Bar No. 00788126
**FLEMING, NOLEN & JEZ, L.L.P.**

2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3109
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email:  rand_nolen@fleming-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Also served on the deceased nonparty successors by certified mail, return receipt requested:

Bobbie Castillo
Post Office Box 171
O'Donnell, TX 79351-0171

Juan Garces, Jr.
PO Box 703
O'Donnell, TX 79351-0703

Elvis Garces
PO Box 154
O'Donnell, TX  79351-0154

Billie Montez
2029 N Main
Tahoka, TX  79373-5324

/s/ Rand P. Nolen
Rand P. Nolen