John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jeffrey M. Anderson*<br>Cause No. 3:19-cv-08084-VC<br>(N.D. Cal)<br><br>*Angelo Bulone*<br>Cause No. 3:20-cv-03719-VC<br>(N.D. Cal)<br><br>*Renilda Castro (Estate of Fernando Castro)*<br>Cause No. 3:19-cv-03887-VC<br>(N.D. Cal)<br><br>*Antony Catania*<br>Cause No. 3:20-cv-03300-VC<br>(N.D. Cal)<br><br>*Livier Chavez & Juan Brown*<br>Cause No. 3:20-cv-06775-VC<br>(N.D. Cal)<br><br>*Margot M. Henson*<br>Cause No. 3:20-cv-02125-VC<br>(N.D. Cal) | |

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

*Larry Tosi*
Cause No. 3:18-cv-03181-VC
(N.D. Cal)

*Kevin Porteus*
Cause No. 3:20-cv-03309-VC
(N.D. Cal)

*Martin Denny Reed*
Cause No. 3:19-cv-08088-VC
(N.D. Cal)

*Pearl Grace Reed (Estate of Bobby Reed)*
Cause No. 3:20-cv-02642-VC
(N.D. Cal)

*Virgenna Saunders*
Cause No. 3:19-cv-05053-VC
(N.D. Cal)

*Michael Seeley (Estate of Gina Seeley)*
Cause No. 3:19-cv-08270-VC
(N.D. Cal)

*Andrew Simmons*
Cause No. 3:20-cv-03311-VC
(N.D. Cal)

*Donna Sutliff (Estate of Timothy Sutliff)*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Robert Tignor*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Ronnie Wynne*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Jeffrey and Lorraine Westfall*
Cause No. 3:21-cv-02909-VC
(N.D. Cal)

**MONSANTO COMPANY'S AMENDED MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS"). Pretrial Order 50 (ECF Doc. 1883) requires each

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly. According to the order, Group 3 plaintiffs were required to submit a PFS within 119 days of September 26, 2018, and Group 4 plaintiffs were required to submit a PFS within 91 days from the date of transfer into the MDL. Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS. If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice. Indeed, this Court has previously "dismissed with prejudice for failure to prosecute" plaintiffs who have failed to submit PFSs in accordance with the Court's orders.

The Plaintiffs identified below[1] failed to submit any PFS whatsoever to date, and Monsanto notified each Plaintiff that a PFS had not been submitted.[2]

| Case | Plaintiff | Case Number | PFS Due Date | Letter to Plaintiff's Counsel |
|---|---|---|---|---|
| Anderson | Anderson, Jeffrey M. | 3-19-cv-08084-VC | 3/10/2020 | 3/30/2020 |
| Bulone | Bulone, Angelo | 3:20-cv-03719-VC | 5/25/2020 | 6/24/2020 |
| Castro | Castro, Renilda (Estate of Fernando Castro) | 3:19-cv-03887-VC | No Triggering date (filed directly in MDL) | 7/30/2021 |
| Catania | Catania, Anthony | 3:20-cv-03300-VC | 8/5/2020 | 9/18/2020 |

---

[1] The following Plaintiffs were originally the subject to Monsanto's initial Motion to Dismiss (ECF No. 13448), but have since been removed—Monsanto is **withdrawing** this Motion in regards to them—because they have either submitted a completed PFS or have informed Monsanto's counsel of other independent reasons warranting withdrawal of this Motion: Barcus (3:19-cv-08359-VC); Palmore (3:19-cv-07936-VC); Trinidad (3:20-cv-07325-VC); Pierre (3:20-cv-01632-VC); Crabtree (3:21-cv-01661-VC); Hedges (3:19-cv-05306-VC); Lawrence (3:20-cv-09291-VC); Prince (3:21-cv-02127-VC); Smith (3:21-cv-01505-VC); Woods (3:20-cv-00315-VC); Vollmar (3:19-cv-07472-VC); Mijajlovic (3:19-cv-07368-VC); Fennell (3:21-cv-00176-VC); Piganelli (3:20-cv-07398-VC); Tam (3:20-cv-04216-VC); and Scott (3:19-cv-05093-VC).

[2] Moreover, Monsanto has provided each of these Plaintiffs with a copy of Pretrial Order 50 prior to filing this Motion.

| | | | | |
|---|---|---|---|---|
| Chavez | Chavez, Livier & Juan Jose Brown | 3:20-cv-06775-VC | 12/28/2020 | 2/10/2021 |
| Henson | Henson, Margot M. | 3:20-cv-02125-VC | 6/22/2020 | 7/21/2020 |
| N/A (Group 3) | Tosi, Larry | 3:18-cv-03181-VC | 8/27/2018 | 7/30/2021 |
| Porteus | Porteus, Kevin | 3:20-cv-03309-VC | 8/5/2020 | 9/18/2020 |
| Reed | Reed, Martin Denny | 3:19-cv-08088-VC | 3/10/2020 | 7/30/2021 |
| Reed | Reed, Pearl Grace (Estate of Bobby Reed) | 3:20-cv-02642-VC | 7/7/2020 | 8/5/2020 |
| Saunders, Virgenna | Saunders, Virgenna | 3:19-cv-05053-VC | No Triggering date (filed directly in MDL) | 7/30/2021 |
| Seeley | Seeley, Michael (Estate of Gina Seeley) | 3:19-cv-08270-VC[3] | 3/18/2020 | 4/20/2020 |
| Simmons | Simmons, Andrew | 3:20-cv-03311-VC | 8/5/2020 | 9/18/2020 |
| Sutliff | Sutliff, Donna (Estate of Timothy Sutliff) | 3:19-cv-02832-VC | 8/14/2019 | 10/4/2019 |
| Sutliff | Tignor, Robert | 3:19-cv-02832-VC | 8/14/2019 | 10/4/2019 |
| Sutliff | Wynne, Ronnie | 3:19-cv-02832-VC | 8/14/2019 | 10/4/2019 |
| Westfall | Westfall, Jeffrey & Lorraine | 3:21-cv-02909-VC | 7/5/2021 | 7/30/2021 |

The Notice of Failure to Submit a PFS is attached as follows:

| Exhibit | Description |
|---|---|
| Exhibit A | Letters sent to Plaintiff's Counsel |
| Exhibit B | Letters sent to Plaintiff's Leadership Counsel |

The Plaintiffs listed above have not replied to the Notice of Failure to Submit a PFS, and have not submitted PFSs. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing these Plaintiffs' cases, listed above, with prejudice.

---

[3] The initial Motion to Dismiss (ECF No. 13448) incorrectly stated the case number as 3:20-cv-08270-VC.

4

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned cases with prejudice for failure to submit a PFS.

Dated:  August 12, 2021

        Respectfully submitted,

        SHOOK, HARDY & BACON L.L.P.

        By: */s/ John L. Ackley*
            John L. Ackley
            Texas Bar No. 24108036
            E-mail:  jackley@shb.com
            600 Travis, Suite 3400
            Houston, Texas 77002-2926
            Telephone:  713-227-8008
            Fax:  713-227-9508

        ***Attorney for Defendant,***
        ***MONSANTO COMPANY***

**CERTIFICATE OF SERVICE**

    I, John Ackley, hereby certify that on August 12, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                            */s/ John L. Ackley*
                                            John L. Ackley

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741