Summer Smith (SBN 214251)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA   94104-4146
Telephone:  415.352.2700
Facsimile:  415.352.2701
E-mail:summer.smith@bullivant.com

Attorneys for Defendant
DAN'S FEED & SEED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br>Case No.:  3:16-md-02741-VC |
| This document relates to:<br><br>*Steven Walter Judson, et al. v. Monsanto Co., et al.*; Case No. 3:21-cv-05290-VC | |

**ANSWER OF DAN'S FEED & SEED, INC. TO COMPLAINT FOR DAMAGES**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, defendant DAN'S FEED & SEED, INC. responds by generally denying all allegations contained in plaintiffs' complaint, except as set forth below.  DAN'S FEED & SEED denies the allegations by plaintiffs that purport to lump responding defendant's together with other defendants.  DAN'S FEED & SEED responds to the allegations in the complaint on its behalf and not on behalf of any other defendant.

**STATEMENT OF THE COMPLAINT**

1.      The allegations in the first sentence of Paragraph 1 are directed to a defendant other than DAN'S FEED & SEED, so no response is required for these allegations.  DAN'S FEED & SEED admits the allegations in the second sentence of Paragraph 1.  Defendant lacks

– 1 –

information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1 and, therefore, denies those allegations.

2.      The allegations in the first sentence of Paragraph 2 are directed to a defendant other than DAN'S FEED & SEED, so no response is required for these allegations.  To the extent that a response is deemed required, defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2 and, therefore, denies those allegations.

3.      DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 3 and, therefore, denies those allegations.

4.      In response to the allegations in Paragraph 4, DAN'S FEED & SEED states that the referenced document speaks for itself and does not require a response.  To the extent that a response is deemed required, defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 4 and, therefore, denies those allegations.

5.      In response to the allegations in Paragraph 5, DAN'S FEED & SEED states that the referenced document speaks for itself and does not require a response.  To the extent that a response is deemed required, defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 5 and, therefore, denies those allegations.

6.      In response to the allegations in Paragraph 6, DAN'S FEED & SEED denies that glyphosate is a carcinogen.  Defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6 and, therefore, denies those allegations.

7.      DAN'S FEED & SEED denies the allegations in the first and second sentences of Paragraph 7.  The remaining allegations in Paragraph 7 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

8.      The allegations in Paragraph 8 do not require a response from DAN'S FEED & SEED because these allegations relate to defendants other than this responding defendant.

9.      To the extent that the allegations in Paragraph 9 relate to defendants other than DAN'S FEED & SEEK, these allegations do not require a response from this defendant. DAN'S FEED & SEED denies the remaining allegations in Paragraph 9.

## JURISDICTION AND VENUE

10.      The allegations in Paragraph 10 set forth conclusions of law, for which no response is required.

11.      The allegations in Paragraph 11 set forth conclusions of law, for which no response is required.

12.      The allegations in Paragraph 12 set forth conclusions of law, for which no response is required.

13.      The allegations in Paragraph 13 set forth conclusions of law, for which no response is required.

14.      The allegations in Paragraph 14 set forth conclusions of law, for which no response is required.

## PARTIES:  PLAINTIFFS

15.      The allegations jurisdiction in the last sentence of Paragraph 15 set forth conclusions of law, for which no response is required.  DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15 and, therefore, denies those allegations.

16.      DAN'S FEED & SEED denies the allegations in Paragraph 16.

17.      DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 17 and, therefore, denies those allegations.

18.      DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 18 and, therefore, denies those allegations.

19.      This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 19 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 19, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a

wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 19.

20.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 20 and, therefore, denies those allegations.

21.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 21 and, therefore, denies those allegations.

22.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 22 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 22, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 22.

23.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 23 and, therefore, denies those allegations.

24.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, therefore, denies those allegations.

25.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 25 and, therefore, denies those allegations.

26.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 26 and, therefore, denies those allegations.

27.     This answering defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 27 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 27, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 27.

28.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 28 and, therefore, denies those allegations.

29.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 29 and, therefore, denies those allegations.

30.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 30 and, therefore, denies those allegations.

31.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 31 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 31, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 31.

32.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 32 and, therefore, denies those allegations.

33.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 33 and, therefore, denies those allegations.

34.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 34 and, therefore, denies those allegations.

35.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 35 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 35, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 35.

36.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 36 and, therefore, denies those allegations.

37.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 37 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 37, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a

wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 37.

38.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 38 and, therefore, denies those allegations.

39.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 39 and, therefore, denies those allegations.

40.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 40 and, therefore, denies those allegations.

41.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 41 and, therefore, denies those allegations.

42.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 42 and, therefore, denies those allegations.

43.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 43 and, therefore, denies those allegations.

44.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 44 and, therefore, denies those allegations.

45.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 45 and, therefore, denies those allegations.

46.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 46 and, therefore, denies those allegations.

47.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 47 and, therefore, denies those allegations.

48.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 48 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 48, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 48.

49.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 49 and, therefore, denies those allegations.

50.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 50 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 50, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 50.

51.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 51 and, therefore, denies those allegations.

52.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 52 and, therefore, denies those allegations.

53.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 53 and, therefore, denies those allegations.

54.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 54 and, therefore, denies those allegations.

55.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 55 and, therefore, denies those allegations.

56.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 56 and, therefore, denies those allegations.

57.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 57 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 57, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 57.

58.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 58 and, therefore,

denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 58, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 58.

59.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 59 and, therefore, denies those allegations.

60.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 60 and, therefore, denies those allegations.

61.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 61 and, therefore, denies those allegations.

62.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 62 and, therefore, denies those allegations.

63.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 63 and, therefore, denies those allegations.

64.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 64 and, therefore, denies those allegations.

65.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 65 and, therefore, denies those allegations.

66.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 66 and, therefore, denies those allegations.

67.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 67 and, therefore, denies those allegations.

68.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 68 and, therefore, denies those allegations.

69.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 69 and, therefore, denies those allegations.

70.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 70 and, therefore, denies those allegations.

71.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 71 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 71, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.  Defendant denies the remaining allegations in Paragraph 71.

72.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 72 and, therefore, denies those allegations.

73.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 73 and, therefore, denies those allegations.

74.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 74 and, therefore, denies those allegations.

75.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 75 and, therefore, denies those allegations.

76.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 76 and, therefore, denies those allegations.

77.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 77 and, therefore, denies those allegations.

78.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 78 and, therefore, denies those allegations.

79.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 79 and, therefore, denies those allegations.

80.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 80 and, therefore, denies those allegations.

81.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 81 and, therefore, denies those allegations.

82.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 82 and, therefore, denies those allegations.

83.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 83 and, therefore, denies those allegations.

84.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 84 and, therefore, denies those allegations.

85.     This defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first, third, and fourth sentences of Paragraph 85 and, therefore, denies those allegations.  In response to the allegations in the second and last sentences of Paragraph 85, DAN'S FEED & SEED admits that plaintiff purports to seek damages for a wrongful death claim and/or survival action but denies any liability on those claims.

86.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 86 and, therefore, denies those allegations.

87.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 87 and, therefore, denies those allegations.

88.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 88 and, therefore, denies those allegations.

89.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 89 and, therefore, denies those allegations.

90.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 90 and, therefore, denies those allegations.

91.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 91 and, therefore, denies those allegations.

92.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 92 and, therefore, denies those allegations.

93.     DAN'S FEED & SEED denies the allegations in Paragraph 93.

94.     DAN'S FEED & SEED denies the allegations in Paragraph 94.

95.     DAN'S FEED & SEED denies the allegations in Paragraph 95.

96.     DAN'S FEED & SEED denies the allegations in Paragraph 96.

97.     DAN'S FEED & SEED denies the allegations in Paragraph 97.

98.     DAN'S FEED & SEED denies the allegations in Paragraph 98.

99.     DAN'S FEED & SEED denies the allegations in Paragraph 99.

100.    DAN'S FEED & SEED denies the allegations in Paragraph 100.

101.    DAN'S FEED & SEED denies the allegations in Paragraph 101.

102.    This responding defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 102 and, therefore, denies those allegations.  The remaining allegations in Paragraph 102 set forth conclusions of law, for which no response is required.

## PARTIES:  DEFENDANTS

103.    The allegations in Paragraph 103 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

104.    The allegations in Paragraph 104 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

105.    The allegations in Paragraph 105 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

106.    To the extent the allegations in Paragraph 106 are directed at a defendant other than DAN'S FEED & SEED, no response from this defendant is required for these allegations. DAN'S FEED AND SEED admits it is a California corporation with a principle place of business in California.

107.    To the extent that the allegations in Paragraph 107 relate to a defendant other than DAN'S FEED & SEEK, these allegations do not require a response from this defendant. Responding defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 107 and, therefore, denies those allegations.

108.    The allegations in Paragraph 108 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

109.    The allegations in Paragraph 109 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

110.    The allegations in Paragraph 110 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

111.    The allegations in Paragraph 111 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

112.    The allegations in Paragraph 112 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

113.    The allegations in Paragraph 113 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

114.    The allegations in Paragraph 114 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

115.    The allegations in Paragraph 115 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

116.    The allegations in Paragraph 116 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

117.    The allegations in Paragraph 117 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

118.    The allegations in Paragraph 118 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

119.    The allegations in Paragraph 119 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

120.    The allegations in Paragraph 120 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

121.    The allegations in Paragraph 121 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

122.    The allegations in Paragraph 122 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

123.    The allegations in Paragraph 123 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

124.     The allegations in Paragraph 124 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

125.     The allegations in Paragraph 125 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

126.     DAN'S FEED & SEED admits the allegations in the first sentence of Paragraph 126.  The allegations in the second sentence of Paragraph 126 are vague and conclusory and comprise attorney characterizations and are accordingly denied.  In response to the allegations in the last sentence of Paragraph 126, DAN'S FEED & SEED admits that it sold Roundup®-branded products.  Defendant otherwise denies the allegations in the last sentence of Paragraph 126.

127.     The allegations in Paragraph 127 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

128.     In response to the allegations in Paragraph 128, defendant denies that it engaged in any wrongdoing or wrongful acts or omissions.  The remaining allegations in Paragraph 128 set forth conclusions of law, so no response is required for these allegations.

129.     The allegations in Paragraph 129 set forth conclusions of law, so no response is required for these allegations.

130.     The allegations in Paragraph 130 do not require a response from DAN'S FEED & SEED because these allegations relate to the DOE defendants, not this responding defendant.

131.     The allegations in Paragraph 131 set forth conclusions of law for which no response is required.  To the extent that a response is deemed required, DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 131 and, therefore, denies those allegations.

132.     The allegations in the first sentence of Paragraph 132 set forth conclusions of law for which no response is required.  To the extent that a response is deemed required, DAN'S FEED & SEED denies the allegations in the first sentence of Paragraph 132.  Defendant denies the allegations in the second sentence of Paragraph 132.

133.    In response to the allegations in Paragraph 133, DAN'S FEED & SEED admits that it is a California corporation.  The remaining allegations in Paragraph 133 are vague and conclusory and comprise attorney characterizations and are, accordingly, denied or set forth conclusions of law for which no response is required.  To the extent that the allegations in Paragraph 133 relate to defendants other than DAN'S FEED & SEED, these allegations do not require a response from this defendant.

134.    The allegations in Paragraph 134 are vague and conclusory and comprise attorney characterizations and are, accordingly, denied.  To the extent that the allegations in Paragraph 134 relate to defendants other than DAN'S FEED & SEED, these allegations do not require a response from this defendant.

135.    The allegations in Paragraph 135 are vague and conclusory and comprise attorney characterizations and are, accordingly, denied.  To the extent that the allegations in Paragraph 135 relate to defendants other than DAN'S FEED & SEED, these allegations do not require a response from this defendant.

136.    The allegations in Paragraph 136 are vague and conclusory and comprise attorney characterizations and are, accordingly, denied.  To the extent that the allegations in Paragraph 136 relate to defendants other than DAN'S FEED & SEED, these allegations do not require a response from this defendant.

## EQUITABLE TOLLING

137.    DAN'S FEED & SEED denies that exposure to Roundup®-branded products and glyphosate exposed plaintiffs to risk of their alleged cancers and denies that exposure to Roundup®-branded products did or could have caused plaintiffs' and/or decedents' alleged cancer.  Responding defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 137 and, therefore, denies those allegations.  The remaining allegations in Paragraph 137 set forth conclusions of law for which no response is required.

138.    In response to the allegations in Paragraph 138, DAN'S FEED & SEED denies that there is any risk of cancer or other serious illness associated with or linked to exposure to

Roundup®-branded products or glyphosate.  The remaining allegations in Paragraph 138 set forth conclusion of law for which no response is required or consist of attorney characterizations and are, accordingly, denied.

139.    The allegations in Paragraph 139 set forth conclusions of law for which no response is required.

140.    In response to the allegations in Paragraph 140, DAN'S FEED & SEED denies that exposure to Roundup®-branded products and glyphosate exposed plaintiffs to risk of, or caused, their alleged cancers and denies that there is any risk of serious illnesses associated with or linked to exposure to Roundup®-branded products or glyphosate.  The remaining allegations in Paragraph 140 set forth conclusion of law for which no response is required, consist of attorney characterizations and are accordingly denied, or comprise allegations for which this defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations asserted and, therefore, denies those allegations.

141.    DAN'S FEED & SEED denies the allegations in Paragraph 141.

142.    DAN'S FEED & SEED denies the allegations in Paragraph 142.

143.    In response to the allegations in Paragraph 143, defendant denies that it concealed "the truth regarding the safety of Roundup®-branded products.  The remaining allegations in Paragraph 143 set forth conclusions of law for which no response is required or consists of attorney characterizations and are accordingly denied.  To the extent that a response is deemed required, this responding defendant denies all of plaintiffs' allegations in Paragraph 143.

144.    In response to the allegations in Paragraph 144, DAN'S FEED & SEED denies that exposure to Roundup®-branded products and glyphosate exposed plaintiffs to risks of their alleged cancers, denies that there is any risk of serious illness associated with or linked to Roundup®-branded products, and denies the remaining allegations in Paragraph 144.

## **BACKGROUND**

145.    The allegations in Paragraph 145 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required to these allegations.

146.    The allegations in Paragraph 146 ae directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required to these allegations.

147.    DAN'S FEED & SEED admits the allegations in the first sentence of Paragraph 147.  This defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 146 and, therefore, denies those allegations.

148.    The allegations in Paragraph 148 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.  To the extent that a response is deemed required, this answering defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 148 and, therefore, denies those allegations.

149.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 149 and, therefore, denies those allegations.

150.    In response to the allegations in Paragraph 150, DAN'S FEED & SEED states that the referenced document speaks for itself and does not require a response.  To the extent that a response is deemed required, this answering defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 150 and, therefore, denies those allegations.

151.    In response to the allegations in Paragraph 151, DAN'S FEED & SEED states that the referenced document speaks for itself and does not require a response.  To the extent that a response is deemed required, this answering defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 151 and, therefore, denies those allegations.

152.    In response to the allegations in Paragraph 152, DAN'S FEED & SEED denies that glyphosate is a carcinogen.  Defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 152 and, therefore, denies those allegations.

153.    DAN'S FEED & SEED denies the allegations in Paragraph 153.

154.    DAN'S FEED & SEED denies the allegations in Paragraph 154.

155.    DAN'S FEED & SEED denies the allegations in Paragraph 155.

156.    DAN'S FEED & SEED denies the allegations in Paragraph 156.

157.    The allegations in Paragraph 157 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

**FACTS**

158.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 158 and, therefore, denies those allegations.

159.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 159 and, therefore, denies those allegations.

160.    The allegations in the second, third, sixth, seventh, eighth, and last sentence of Paragraph 160 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.  To the extent that those allegations may be deemed to be directed at DAN'S FEED & SEED, this defendant denies those allegations. DAN'S FEED & SEED denies the remaining allegations in Paragraph 160.

161.    The allegations in Paragraph 161 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

162.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 162 and, therefore, denies those allegations.  Defendant denies the allegations in the last sentence of Paragraph 162.

163.    The allegations in Paragraph 163 set forth conclusions of law for which no response is required.

164.    The allegations in Paragraph 164 set forth conclusions of law for which no response is required.

165.    The allegations in Paragraph 165 set forth conclusions of law for which no response is required.

166.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 166 and, therefore, denies those allegations.  In response to the remaining allegations in Paragraph 166, DAN'S

FEED & SEED denies that glyphosate or Roundup®-branded products cause cancer or other serious illnesses. This answering defendant otherwise lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 166 and, therefore, denies those allegations.

167.    The allegations in the first sentence of Paragraph 167 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations. DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 167 and, therefore, denies those allegations.

168.    The allegations in Paragraph 168 set forth conclusions of law for which no response is required. To the extent that a response is deemed required, DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 168 and, therefore, denies those allegations.

169.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 169 and, therefore, denies those allegations.

170.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 170 and, therefore, denies those allegations.

171.    Certain allegations in Paragraph 171 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations. DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 171 and, therefore, denies those allegations.

172.    The allegations in Paragraph 172 are directed at a defendant other than this answering defendant, so no response from DAN'S FEED & SEED is required for those allegations.

173.    The allegations in Paragraph 173 are directed at a defendant other than this answering defendant, so no response from DAN'S FEED & SEED is required for those allegations.

174.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 174 and, therefore, denies those allegations.

175.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 175 and, therefore, denies those allegations.

176.     The allegations in the first sentence of Paragraph 176 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.  DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 176 and, therefore, denies those allegations.

177.     The allegations in Paragraph 177 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

178.     The allegations in Paragraph 178 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

179.     The allegations in Paragraph 179 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

180.     Certain allegations in Paragraph 180 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations. DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 180 and, therefore, denies those allegations.

181.     To the extent that the allegations in the second, fourth, and last sentences of Paragraph 181 are directed to DAN'S FEED & SEED, this defendant denies those allegations. To the extent that the allegations in the first sentence of Paragraph 181 relate to defendants other than DAN'S FEED & SEED, these allegations do not require a response from this answering defendant.  DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 181 and, therefore, denies those allegations.

182.     To the extent that the allegations in the first sentence of Paragraph 182 are directed at DAN'S FEED & SEED, this defendant denies those allegations.  To the extent that

the allegations in the first sentence of Paragraph 182 relate to defendants other than DAN'S FEED & SEED, these allegations do not require a response from this answering defendant. The allegations in the last sentence of Paragraph 182 are directed to a defendant other than DAN'S FEED & SEED, so no response from this answering defendant is required for these allegations.

183.    The allegations in Paragraph 183 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

184.    The allegations in Paragraph 184 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

185.    The allegations in the first and second sentences of Paragraph 185 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations. DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 185 and, accordingly, denies those allegations.

186.    The allegations in Paragraph 186 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

187.    The allegations in Paragraph 187 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

188.    The allegations in Paragraph 188 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

189.    The allegations in Paragraph 189 are directed to a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

190.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 190 and, therefore, denies those allegations.

191.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 191 and, therefore, denies those allegations.

192.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 192 and, therefore, denies those allegations.

193.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 193 and, therefore, denies those allegations.

194.   In response to the allegations in Paragraph 194, DAN'S FEED & SEED denies that glyphosate is a carcinogen.  This responding defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 194 and, therefore, denies those allegations.

195.   In response to the allegations in the first sentence of Paragraph 195, DAN'S FEED & SEED state that the document speaks for itself and does not require a response.  This defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 195 and, therefore, denies those allegations.

196.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 196 and, therefore, denies those allegations.

197.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 197 and, therefore, denies those allegations.

198.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 198 and, therefore, denies those allegations.

199.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 199 and, therefore, denies those allegations.

200.   In response to the allegations in Paragraph 200, DAN'S FEED & SEED denies that glyphosate increases the risk of NHL.  This responding defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 200 and, therefore, denies those allegations.

201.   In response to the allegations in Paragraph 201, DAN'S FEED & SEED states that the document speaks for itself and does not require a response.  To the extent that a response is deemed required, the allegations in Paragraph 201 comprise attorney characterizations and are accordingly denied.

202.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 202 and, therefore, denies those allegations.

203.     In response to the allegations in Paragraph 203, DAN'S FEED & SEED states that the document speaks for itself and does not require a response.  This answering defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 203 and, therefore, denies those allegations.

204.     In response to the allegations in Paragraph 204, DAN'S FEED & SEED states that the document speaks for itself and does not require a response.  This answering defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 204 and, therefore, denies those allegations.

205.     In response to the allegations in Paragraph 205, DAN'S FEED & SEED states that the document speaks for itself and does not require a response.  This answering defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 205 and, therefore, denies those allegations.

206.     In response to the allegations in Paragraph 206, DAN'S FEED & SEED states that the document speaks for itself and does not require a response.  This answering defendant lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 206 and, therefore, denies those allegations.

207.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 207 and, therefore, denies those allegations.

208.     In response to the allegations in Paragraph 208, DAN'S FEED & SEED states that the document speaks for itself and does not require a response.

209.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 209 and, therefore, denies those allegations.

210.     DAN'S FEED & SEED denies the allegations in Paragraph 210.

211.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 211 and, therefore, denies those allegations.

212.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 212 and, therefore, denies those allegations.

213.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 213 and, therefore, denies those allegations.

214.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 214 and, therefore, denies those allegations.

215.   The allegations in Paragraph 215 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

216.   The allegations in Paragraph 215 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

217.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 217 and, therefore, denies those allegations.

218.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 218 and, therefore, denies those allegations.

219.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 219 and, therefore, denies those allegations.

220.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 220 and, therefore, denies those allegations.

221.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 221 and, therefore, denies those allegations.

222.   DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 222 and, therefore, denies those allegations.

223.   The allegations in Paragraph 223 set forth conclusions of law for which no response is required.

224.   The allegations in Paragraph 224 set forth conclusions of law for which no response is required.

225.   The allegations in Paragraph 225 set forth conclusions of law for which no response is required.

226.   The allegations in Paragraph 226 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

227.     The allegations in Paragraph 227 are directed at a defendant other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

228.     The allegations in Paragraph 228 set forth conclusions of law for which no response is required.

229.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 229 and, therefore, denies those allegations.

230.     In response to the allegations in Paragraph 230, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.

231.     In response to the allegations in Paragraph 231, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this responding defendant states that, to the extent that Paragraph 231 characterizes the meaning of the cited studies, DAN'S FEED & SEED denies those allegations.

232.     In response to the allegations in Paragraph 232, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.

233.     In response to the allegations in Paragraph 233, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.

234.     In response to the allegations in Paragraph 234, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 234 and, therefore, denies those allegations.

235.     In response to the allegations in Paragraph 235, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 235 and, therefore, denies those allegations.

236.     In response to the allegations in Paragraph 236, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 236 and, therefore, denies those allegations.

237.     In response to the allegations in Paragraph 237, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 237 and, therefore, denies those allegations.

238.     In response to the allegations in Paragraph 238, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 238 and, therefore, denies those allegations.

239.     In response to the allegations in Paragraph 239, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 239 and, therefore, denies those allegations.

240.     In response to the allegations in Paragraph 240, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 240 and, therefore, denies those allegations.

241.     In response to the allegations in Paragraph 241, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.

242.     In response to the allegations in Paragraph 242, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 242 and, therefore, denies those allegations.

243.     In response to the allegations in Paragraph 243, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 243 and, therefore, denies those allegations.

244.     In response to the allegations in Paragraph 244, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 244 and, therefore, denies those allegations.

245.     In response to the allegations in Paragraph 245, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 245 and, therefore, denies those allegations.

246.     In response to the allegations in Paragraph 246, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 246 and, therefore, denies those allegations.

247.     In response to the allegations in Paragraph 247, DAN'S FEED & SEED states that the cited document speaks for itself and does not require a response.  To the extent that a response may be deemed required, this answering defendant states that it lacks information or

1 knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 247 and,

2 therefore, denies those allegations.

3    248.    In response to the allegations in Paragraph 248, DAN'S FEED & SEED states

4 that the cited document speaks for itself and does not require a response.  To the extent that a

5 response may be deemed required, this answering defendant states that it lacks information or

6 knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 248 and,

7 therefore, denies those allegations.

8    249.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

9 belief as to the truth of the allegations in Paragraph 249 and, therefore, denies those allegations.

10    250.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

11 belief as to the truth of the allegations in Paragraph 250 and, therefore, denies those allegations.

12    251.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

13 belief as to the truth of the allegations in Paragraph 251 and, therefore, denies those allegations.

14    252.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

15 belief as to the truth of the allegations in Paragraph 252 and, therefore, denies those allegations.

16    253.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

17 belief as to the truth of the allegations in Paragraph 253 and, therefore, denies those allegations.

18    254.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

19 belief as to the truth of the allegations in Paragraph 254 and, therefore, denies those allegations.

20    255.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

21 belief as to the truth of the allegations in Paragraph 255 and, therefore, denies those allegations.

22    256.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

23 belief as to the truth of the allegations in Paragraph 256 and, therefore, denies those allegations.

24    257.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

25 belief as to the truth of the allegations in Paragraph 257 and, therefore, denies those allegations.

26    258.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

27 belief as to the truth of the allegations in Paragraph 258 and, therefore, denies those allegations.

28

259.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 259 and, therefore, denies those allegations.

260.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 260 and, therefore, denies those allegations.

**LIMITATION ON ALLEGATIONS**

261.    DAN'S FEED & SEED incorporated by reference its response to Paragraphs 1 through 260 of plaintiffs' complaint, the same as if set forth here in full.

262.    In response to the allegations in Paragraph 262, DAN'S FEED & SEED denies that it violated California law or federal law and states that it complied with all applicable law regarding Roundup®-branded products.  The remaining allegations in Paragraph 262 set forth conclusions of law for which no response is required.  To the extent that a response is deemed required, DAN'S FEED & SEED denies all such allegations.

263.    The allegations in Paragraph 263 set forth conclusions of law for which no response is required.

264.    DAN'S FEED & SEED denies the allegations in the first sentence of Paragraph 264.  The second sentence in Paragraph 264 sets forth a conclusion of law for which no response is required.

**COUNT 1:  STRICT LIABILITY (DESIGN DEFECT)**

265.    DAN'S FEED & SEED incorporates by reference its response to Paragraphs 1 through 264 of plaintiffs' complaint, the same as if set forth here in full.

266.    In response to the allegations in Paragraph 266, DAN'S FEED & SEED admits that plaintiffs purport to bring a claim for strict liability design defect but denies any liability as to that claim.

267.    In response to the allegations in Paragraph 267, DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegation that plaintiffs used Roundup®-branded products and, therefore, denies that allegation.  DAN'S FEED & SEED denies the remaining allegations in Paragraph 267.

268.    DAN'S FEED & SEED denies the allegations in Paragraph 268.

269.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 269 and, therefore, denies those allegations.  Responding defendant denies the allegations in the second sentence of Paragraph 269.  The allegations in the third sentence of Paragraph 269 are directed to defendants other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.

270.     To the extent that the allegations in Paragraph 270 relate to defendants other than DAN'S FEED & SEE, these allegations do not require a response from this answering defendant.  DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 270 concerning plaintiffs' and/or decedents' claimed purchases of Roundup®-branded products and, therefore, denies those allegations.

271.     DAN'S FEED & SEED denies the allegations in Paragraph 271.

272.     DAN'S FEED & SEED denies the allegations in Paragraph 272.

273.     DAN'S FEED & SEED denies the allegations in Paragraph 273.

274.     DAN'S FEED & SEED denies the allegations in Paragraph 274 and each of its subparts.

275.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 275 concerning plaintiffs' and/or decedents' claimed use of or exposure to Roundup®-branded products and, therefore, denies those allegations.  DAN'S FEED & SEED denies the remaining allegations in Paragraph 275, including that Roundup®-branded products have "dangerous characteristics."

276.     DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 276 concerning plaintiffs' and/or decedents' claimed use of or exposure to Roundup®-branded products and, therefore, denies those allegations.  DAN'S FEED & SEED denies the remaining allegations in Paragraph 276, including that Roundup®-branded products have "dangerous characteristics."

277.     DAN'S FEED & SEED denies the allegations in Paragraph 277.

278.     DAN'S FEED & SEED denies the allegations in Paragraph 278.

279.   DAN'S FEED & SEED denies the allegations in Paragraph 279.

280.   DAN'S FEED & SEED denies the allegations in Paragraph 280.

281.   DAN'S FEED & SEED denies the allegations in Paragraph 281.

282.   DAN'S FEED & SEED denies the allegations in Paragraph 282.

283.   DAN'S FEED & SEED denies the allegations in Paragraph 283.

284.   DAN'S FEED & SEED denies the allegations in Paragraph 284.

285.   DAN'S FEED & SEED denies the allegations in Paragraph 285.

286.   DAN'S FEED & SEED denies the allegations in Paragraph 286.

287.   In response to the allegations in Paragraph 287, DAN'S FEED & SEED demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' complaint be dismissed, with prejudice; that it be awarded costs of suit and reasonable attorneys' fees as allowed by law; and such further and additional relief as this Court may deem just and proper.

## <u>COUNT II:  STRICT LIABILITY (FAILURE TO WARN)</u>

288.   DAN'S FEED & SEED incorporates by reference its response to the allegations in Paragraphs 1 through 287, the same as if set forth here in full.

289.   In response to the allegations in the first sentence of Paragraph 289, DAN'S FEED & SEED admits that plaintiffs purport to bring a claim for strict liability failure to warn but denies any liability as to that claim.  The allegations in the last sentence of Paragraph 289 are directed to defendants other than DAN'S FEED & SEED, so no response from this defendant is required for these allegations.  DAN'S FEED & SEED denies the remaining allegations in Paragraph 289.

290.   To the extent that the allegations in Paragraph 290 relate to defendants other than DAN'S FEED & SEED, these allegations do not require a response from this defendant. DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 290 concerning plaintiffs' and/or decedents' claimed purchase of Roundup®-branded products and, therefore, denies those allegations.

291.   In response to the allegations in Paragraph 291, DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegation that

plaintiffs or other entities identified purchased or used Roundup®-branded products and, therefore, denies that allegation.  The allegations in Paragraph 291 also set forth conclusions of law for which no response is required.  DAN'S FEED & SEED denies the remaining allegations in Paragraph 291.

292.    The allegations in Paragraph 292 set forth conclusions of law for which no response is required.

293.    DAN'S FEED & SEED denies the allegations in Paragraph 293.

294.    DAN'S FEED & SEED denies the allegations in Paragraph 294.

295.    DAN'S FEED & SEED denies the allegations in Paragraph 295.

296.    DAN'S FEED & SEED denies the allegations in Paragraph 296.

297.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 297 and, therefore, denies those allegations.

298.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 298 concerning plaintiffs' and/or decedents' alleged use of Roundup®-branded products and, therefore, denies those allegations.  DAN'S FEED & SEED denies the remaining allegations in Paragraph 298, including that Roundup®-branded products have "dangerous characteristics."

299.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 298 concerning plaintiffs' and/or decedents' alleged use and exposure to Roundup®-branded products and, therefore, denies those allegations.  DAN'S FEED & SEED denies the remaining allegations in Paragraph 298, including that Roundup®-branded products have "dangerous characteristics."

300.    In response to the allegations in Paragraph 300, DAN'S FEED & SEED denies that any exposure to glyphosate-based herbicides or Roundup®-branded products can cause cancer or other serious illnesses and denies that there are any defects in those products.  DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 300 and, therefore, denies those allegations.

301.    DAN'S FEED & SEED denies the allegations in Paragraph 301.

– 31 –

1    302.    DAN'S FEED & SEED denies the allegations in Paragraph 302.

2    303.    The allegations in the second sentence of Paragraph 303 set forth conclusion of

3    law for which no response is required.  To the extent that a response is deemed required, DAN'S

4    FEED & SEED denies all such allegations.  DAN'S FEED & SEED denies the remaining

5    allegations in Paragraph 303.

6    304.    DAN'S FEED & SEED denies the allegations in Paragraph 304.

7    305.    DAN'S FEED & SEED denies the allegations in Paragraph 305.

8    306.    DAN'S FEED & SEED denies the allegations in Paragraph 306.

9    307.    DAN'S FEED & SEED denies the allegations in Paragraph 307.

10   308.    DAN'S FEED & SEED denies the allegations in Paragraph 308.

11   309.    DAN'S FEED & SEED denies the allegations in Paragraph 309.

12   310.    DAN'S FEED & SEED denies the allegations in Paragraph 310.

13   311.    In response to the allegations in Paragraph 311, DAN'S FEED & SEED demands

14   that judgment be entered in its favor and against plaintiffs; that plaintiffs' complaint be

15   dismissed, with prejudice; that it be awarded costs of suit and reasonable attorneys' fees as

16   allowed by law; and such further and additional relief as this court may deem just and proper.

17                              **COUNT III:  NEGLIGENCE**

18   312.    DAN'S FEED & SEED incorporates by reference its response to Paragraph 1

19   through 311 of plaintiff's complaint, the same as if set forth here in full.

20   313.    DAN'S FEED & SEED lacks information or knowledge sufficient to form a

21   belief as to the truth of the allegations in the first sentence of Paragraph 313 regarding the

22   specific products allegedly used by plaintiffs and/or decedents or any advertising or marketing

23   allegedly seen or considered by plaintiffs and/or decedents and, therefore, denies the allegations

24   in the first sentence of Paragraph 313.  DAN'S FEED & SEED denies the allegations in the

25   second sentence of Paragraph 313.  The allegations in the last sentence of Paragraph 313 are

26   directed at defendants other than DAN'S FEED & SEED, so no response from this defendant is

27   required for these allegations.

28

314. To the extent that the allegations in Paragraph 314 relate to defendants other than DAN'S FEED & SEED, these allegations do not require a response from this defendant. DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 315 concerning plaintiffs' and/or decedents' claimed purchases of Roundup®-branded products and, therefore, denies those allegations.

315. The allegations in Paragraph 315 set forth conclusions of law for which no response is required.

316. The allegations in Paragraph 316 set forth conclusions of law for which no response is required.

317. DAN'S FEED & SEED denies the allegations in Paragraph 317.

318. DAN'S FEED & SEED denies the allegations in Paragraph 318.

319. DAN'S FEED & SEED denies the allegations in Paragraph 319.

320. DAN'S FEED & SEED denies the allegations in Paragraph 320.

321. DAN'S FEED & SEED denies the allegations in the first sentence of Paragraph 321. The allegations in the second sentence of Paragraph 321 comprise attorney characterizations and are accordingly denied or set forth conclusions of law for which no response is required.

322. DAN'S FEED & SEED denies the allegations in Paragraph 322.

323. DAN'S FEED & SEED denies the allegations in Paragraph 323, and each of its subparts.

169. DAN'S FEED & SEED denies the allegations in the second-numbered Paragraph 169.

170. DAN'S FEED & SEED lacks information or knowledge sufficient to form a belief as to the truth of the allegations in second-numbered Paragraph 170 regarding plaintiffs' and/or decedents' knowledge and, therefore, this responding defendant denies those allegations. DAN'S FEED & SEED denies the remaining allegations in second-numbered Paragraph 170, including that intended use and/or exposure Roundup®-branded products cause any injuries.

1      171.    DAN'S FEED & SEED denies the allegations in the second-numbered

2  Paragraph 171.

3      172.    DAN'S FEED & SEED denies the allegations in the second-numbered

4  Paragraph 172.

5      173.    DAN'S FEED & SEED denies the allegations in the second-numbered

6  Paragraph 173.

7      174.    DAN'S FEED & SEED denies the allegations in the second-numbered

8  Paragraph 174.

9      175.    DAN'S FEED & SEED denies the allegations in the second-numbered

10  Paragraph 175.

11      176.    In response to the allegations in second-numbered Paragraph 176, DAN'S

12  FEED & SEED demands that judgment be entered in its favor and against plaintiffs; that

13  plaintiffs' complaint be dismissed, with prejudice; that it be awarded costs of suit and

14  reasonable attorneys' fees as allowed by law; and such further and additional relief as this Court

15  may deem just and proper.

16                        **COUNT IV:  FRAUD (MONSANTO)**

17      177.-187.    The allegations in second-numbered Paragraphs 177-187 do not require a

18  response from DAN'S FEED & SEED because these allegations relate to Monsanto Company,

19  not this responding defendant, and these counts of plaintiffs' complaint are brought only against

20  Monsanto Company.

21              **COUNT V:  BREACH OF EXPRESS WARRANTIES (MONSANTO)**

22      188.-205.    The allegations in second-numbered Paragraphs 188-205 do not require a

23  response from DAN'S FEED & SEED because these allegations relate to Monsanto Company,

24  not this responding defendant, and these counts of plaintiffs' complaint are brought only against

25  Monsanto Company.

26              **COUNT VI:  BREACH OF IMPLIED WARRANTIES (MONSANTO)**

27      206.-221.    The allegations in second-numbered Paragraphs 206-221 do not require a

28  response from DAN'S FEED & SEED because these allegations relate to Monsanto Company,

– 34 –

1   not this responding defendant, and these counts of plaintiffs' complaint are brought only against

2   Monsanto Company.

3                              **EXEMPLARY DAMAGES ALLEGATIONS**

4          222.    DAN'S FEED & SEED incorporates by reference its response to Paragraphs 1

5   through second-numbered 221 of the plaintiffs' complaint, the same as if set forth here in full.

6          223.    DAN'S FEED & SEED denies the allegations in the second-numbered

7   Paragraph 223.

8          224.    DAN'S FEED & SEED denies the allegations in the second-numbered

9   Paragraph 224.

10         225.    DAN'S FEED & SEED denies the allegations in the second-numbered

11  Paragraph 225.

12                              **JURY TRIAL DEMAND**

13         226.    The allegations in second-numbered Paragraph 226 set forth conclusions of law

14  for which no response is required.

15                              **PRAYER FOR RELIEF**

16         227.    In response to the allegations in second-numbered Paragraph 227, DAN'S

17  FEED & SEED denies that plaintiffs are entitled to the relief sought therein, including any

18  judgment for any damages, interest, costs, or any other relief whatsoever.

19         Every allegation in the complaint that is not specifically and expressly admitted in this

20  answer is hereby specifically and expressly denied.

21                              **AFFIRMATIVE DEFENSES**

22  1.     The complaint, in whole or in part, fails to state a claim or cause of action against

23  DAN'S FEED & SEED upon which relief can be granted.

24  2.     Venue may be inconvenient for plaintiffs' claims.

25  3.     Plaintiffs' claims are improperly joined and should be severed.

26  4.     Plaintiffs' claims are barred because plaintiffs cannot proffer any scientifically

27  reliable evidence that the products at issue were defective or unreasonably dangerous.

28

4827-5946-0085.1 10505/00115

– 35 –

5.        Any alleged negligent or culpable conduct of DAN'S FEED & SEED, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of plaintiffs' and/or decedents' alleged injuries.

6.        Plaintiffs' claims are barred, in whole or in part, because the products at issue were designed, manufactured, marketed, and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

7.        Plaintiffs' claims are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government safety standards.

8.        Plaintiffs' claims are preempted, in whole or in part, by applicable federal law relating to the design, testing, producing, manufacturing, labeling, distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-containing products.

9.        Plaintiffs' claims are preempted, in whole or in part, because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of U.S. EPA-approved product labeling.

10.      Plaintiffs' claims are barred, in whole or in part, by the doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S. EPA.

11.      Plaintiffs' claims are barred, in whole or in part, because plaintiffs' and/or decedents' injuries, if any, were the result of the conduct of plaintiffs, decedents, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events, and/or independent, intervening, and superseding cause of the alleged injuries, including, but not limited to, plaintiffs' and/or decedents' pre-existing medical conditions.

12.      Any claims based on allegations that DAN'S FEED & SEED misled, defrauded, made misrepresentations to, or withheld information from U.S. EPA are preempted by federal law.  See, *e.g.*, *Buckman Co. v. Plaintiffs' 'Legal Comm.*, 531 U.S. 341 (2001); *Nathan Kimmel Inc. v. Dowelanco*, 275 F.3d 199 (9th Cir., 2002).

13.     The doctrines contained in *Statement (Second) of Torts*, §402A, comments j and k, bar plaintiffs' claims in whole or in part.

14.     Applicable statutes of limitations and/or repose, or prescriptive periods, bar plaintiffs' claims in whole or in part.

15.     Plaintiffs' 'and/or decedents' misuse or abnormal use of the product or failure to follow instructions bar plaintiffs' claims in whole or in part.

16.     If plaintiffs and/or decedents suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from (a) acts or omissions of persons or entities for which DAN'S FEED & SEED is neither liable nor responsible or, in the alternative, this responding defendant is entitled to an assessment of the relative degree of fault of all such persons and entities; or resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by DAN'S FEED & SEED.  Such acts or omissions on the part of others or diseases or causes constitute an independent, intervening, and sole proximate cause of plaintiffs' and/or decedents' alleged injuries or damages.

17.     DAN'S FEED & SEED had no legal relationship or privity with plaintiffs and/or decedents and owed no duty to them by which liability could be attributed to it.

18.     DAN'S FEED & SEED made no warranties of any kind or any representations of any nature whatsoever to plaintiffs and/or decedents.  If any such warranties were made, which DAN'S FEED & SEED specifically denies, then plaintiffs and/or decedents failed to give notice of any breach thereof.

19.     Plaintiffs' claims are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

20.     Plaintiffs' claims for punitive and/or exemplary, aggravated, treble, or double damages are barred because such an award would violate DAN'S FEED & SEED's due process, equal protection and other rights under the United States Constitution and/or other applicable state constitutions, and would be improper under the common law and public policies of the United States and/or other applicable state laws.

23.     DAN'S FEED & SEED's conduct and/or acts were not willful, wanton, malicious, reckless, fraudulent, or done with a conscious disregard for the rights of plaintiffs and/or decedents and/or the safety of the public.  Nor do any of this responding defendant's conduct and/or acts demonstrate that it acted with a high degree of moral culpability.  In fact, DAN'S FEED & SEED exercised reasonable care at all times alleged in the complaint, and plaintiffs have failed to clearly establish any entitlement to punitive and/or exemplary, aggravated, treble or double damages based on their allegations.

24.     Plaintiffs' claims are barred, in whole or in part, by plaintiffs' and/or decedents' contributory comparative negligence.

25.     Plaintiffs' claims are barred, in whole or in part, by plaintiffs' and/or decedents' own failure to mitigate damages.

26.     Plaintiffs' claims are barred, in whole or in part, by the sophisticated user doctrine.

27.     To the extent that plaintiffs and/or decedents recovered payments for their alleged injuries from any collateral source(s) or other source(s), plaintiffs' recovery in this lawsuit, if any, shall be reduced to the extent allowed by applicable law.

28.     If plaintiffs and/or decedents have been injured or damaged, no injuries or damages being admitted, such injuries or damages were not caused by a DAN'S FEED & SEED product.

29.     Plaintiffs' claims are barred or limited to the extent that plaintiffs assert claims that are governed by the laws of a state that does not recognize, or limits, such claims.

30.     Plaintiffs' claims are barred to the extent that plaintiffs seek relief under the laws of a state that do not govern plaintiffs' claims.

31.     In the event DAN'S FEED & SEED is found jointly or severally liable with any other tortfeasor or with multiple tortfeasors, this responding defendant reserves its right of contribution to the extent that it has to pay more than its pro rata share of the common liability.

32.     Plaintiffs' claims are barred, in whole or in part because the design, testing, or labeling of the products at issue was in conformity with the generally recognized and prevailing

1    state of the art in the industry at the time the specific products involved in this action were first

2    sold to any person not engaged in the business of selling such product.

3            33.    DAN'S FEED & SEED specifically avers that the product possessed no

4    characteristic that rendered it unreasonably dangerous in a reasonably anticipated use.

5            34.    Plaintiffs' and or decedents' injuries, if any, were caused, in whole or in part, by

6    the acts or omissions of persons other than DAN'S FEED & SEED, whether individual,

7    corporate, associate, or otherwise, whether named or unnamed in the complaint, and for whose

8    conduct this responding defendant is not liable.  DAN'S FEED & SEED is not liable for

9    damages proximately caused by non-parties, including any and all employers of plaintiffs and/or

10   decedents and any other product used by plaintiffs and/or decedents that was not manufactured,

11   sold, or distributed by DAN'S FEED & SEED.

12           35.    DAN'S FEED & SEED hereby gives notice that it intends to rely upon such

13   other defenses as may become available or apparent during the course of discovery and, thus,

14   reserves its right to amend this answer to assert such defenses.

15           WHEREFORE, DAN'S FEED & SEED, INC. demands judgment in its favor and

16   against plaintiffs, dismissing plaintiffs' complaint with prejudice, together with costs of suit;

17   and such other and further relief as the Court deems proper.

18                                    **<u>JURY TRIAL DEMAND</u>**

19           DAN'S FEED & SEED, INC. hereby demands a jury trial.

20   DATED:  August 12, 2021

21                                            BULLIVANT HOUSER BAILEY PC

22

23                                            By _____

24                                               Summer Smith

25                                            Attorneys for Defendant
                                              DAN'S FEED & SEED, INC.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on August 12, 2021, I electronically transmitted the foregoing **ANSWER OF DAN'S FEED & SEED, INC. TO COMPLAINT FOR DAMAGES** to the Clerk of the Court using the ECF system for filing, and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by Federal Rule of Civil Procedure 5.

_Roberta C. Beach_
ROBERTA C. BEACH