Summer Smith (SBN 214251)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:summer.smith@bullivant.com

Attorneys for Defendant
DAN'S FEED & SEED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br>Case No.:  3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Steven Walter Judson, et al. v. Monsanto Co., et al.*; Case No. 3:21-cv-05290-VC | |

**DAN'S FEED & SEED, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L. R. 3-15 and Federal Rule of Civil Procedure 7.1, the undersigned, on behalf of defendant DAN'S FEED & SEED, INC., certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  August 12, 2021

                                            BULLIVANT HOUSER BAILEY PC

                                            By  /s/ Summer Smith
                                                   Summer Smith

                                            Attorneys for Defendant
                                            DAN'S FEED & SEED, INC.

# **CERTIFICATE OF SERVICE**

I certify that on August 12, 2021, I electronically transmitted the foregoing **DAN'S FEED & SEED, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the Court using the ECF system for filing, and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by Federal Rule of Civil Procedure 5.

*Roberta C. Beach*
ROBERTA C. BEACH