Summer Smith (SBN 214251)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:summer.smith@bullivant.com

Attorneys for Defendant
DAN'S FEED & SEED, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br>Case No.:  3:16-md-02741-VC |
| This document relates to:<br><br>*Steven Walter Judson, et al. v. Monsanto Co., et al.*; Case No. 3:21-cv-05290-VC | |

**DAN'S FEED & SEED, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant DAN'S FEED & SEED, INC. discloses that it has no parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

DATED:  August 12, 2021

BULLIVANT HOUSER BAILEY PC


By _____
    Summer Smith

Attorneys for Defendant
DAN'S FEED & SEED, INC.

**CERTIFICATE OF SERVICE**

I certify that on August 12, 2021, I electronically transmitted the foregoing **DAN'S FEED & SEED, INC.'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the Court using the ECF system for filing, and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by Federal Rule of Civil Procedure 5.

*Roberta C. Beach*
ROBERTA C. BEACH