UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § § § |
| This document relates to: | §  MDL NO. 2741 § |
| Bradley Koen v. Monsanto Co. Case No. 3:20-cv-03074-VC | §  CASE NO. 3:16-md-02741-VC § |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL

    Hendler Flores Law, counsel for Plaintiff Bradley Koen respectfully requests that Rebecca Ruth Webber be permitted to withdraw as counsel of record for Plaintiff in this matter. No other changes are requested at this time regarding the other attorneys acting as Plaintiff's counsel of record. Defendant does not oppose this motion.

    Additionally, Plaintiff requests the clerk of the Court remove Ms. Webber's name from the list of persons authorized to receive electronic notices in this case.

 

Respectfully submitted,

HENDLER FLORES LAW, PLLC

*/s/ Scott M. Hendler*

Scott M. Hendler
Texas Bar No. 09445500
shendler@hendlerlaw.com
Rebecca Ruth Webber
Texas Bar No. 24060805
rwebber@hendlerlaw.com
901 S. MoPac Expressway
Bldg 1, Suite 300
Austin, Texas 78746
Telephone: (512) 439-3200
Facsimile: (512) 439-3201
***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served, pursuant to the Federal Rules of Civil Procedure, to all counsel of record on August 12, 2021.

                                                                                                     _____
                                                                                                       Scott M. Hendler