Eric Policastro, CA Bar No. 264605
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. 214.890.0711
Fax 214.890.0712

*Counsel for Plaintiff Brian Webb*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Webb v. Monsanto Company*,<br>Case No. 3:20-cv-05624-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

## NOTICE OF PENDING MOTION

Plaintiff Brian Webb, by and through undersigned counsel, hereby notifies the Court of Plaintiff's motion seeking to transfer a Roundup class action case located in the Delaware District Court in which there is a pending motion for preliminary approval of a class action settlement. A copy of Plaintiff's motion is attached hereto as Exhibit A.

Dated: August 12, 2021

Respectfully Submitted,

/s/ Eric Policastro
Eric Policastro, CA Bar No. 264605
N. Majed Nachawati
S. Ann Saucer
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. 214.890.0711
Fax 214.890.0712

epolicastro@fnlawfirm.com
mn@fnlawfirm.com
asaucer@fnlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Eric Policastro
Eric Policastro
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
epolicastro@fnlawfirm.com