1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2
600 Travis Street, Suite 3400
Houston, TX 77002-2026

3
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508

4
Email:        jstubbs@shb.com

5
*Attorneys for Defendant*
*MONSANTO COMPANY*

6
UNITED STATES DISTRICT COURT

7
NORTHERN DISTRICT OF CALIFORNIA

8

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

9

MDL No. 2741

Case No. 3:16-md-02741-VC

10

This document relates to:

11

*Cecil Gene Smith v. Monsanto Company*,
Case No. 3:21-cv-05312-VC

12

13

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

14

15
        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

16
associations of persons, firms, partnerships, corporations (including parent corporations) or

17
other entities (i) have a financial interest in the subject matter in controversy or in a party to

18
the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

19
could be substantially affected by the outcome of this proceeding:

20
        Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

21
        Bayer AG has a financial interest in a party to the proceeding.

22

23

24

25

26

27

28

1

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC  & 3:21-cv-05312-VC

DATED: August 16, 2021.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:  (713) 227-8008
    Facsimile:   (713) 227-9508
    Email:      jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 16th day of August, 2021, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/ *Jennise W. Stubbs*
Jennise W. Stubbs

2

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC  & 3:21-cv-05312-VC