**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 2392339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *La Yuanda Denkins v. Monsanto Co.*, 3:20-cv-03301-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** <br><br> **Hearing:** <br> Date:   September 30, 2021 <br> Time:  2:00 p.m. <br> Place:  Courtroom 4 |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion for Summary Judgment on Causation Grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. This Court ordered that all Wave 3 plaintiffs, which includes Plaintiff La Yuanda Denkins ("Plaintiff"), must submit expert reports no later than June 29, 2021. (MDL ECF #12197.)

3. Plaintiff did not submit an expert report regarding specific causation by June 29, 2021. Specifically, Plaintiff has not served any expert report containing case-specific evidence of a causal link between Roundup and Plaintiff's cancer.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 17, 2021, at Santa Monica, California.

_____
Jed P. White