**IVERSON MATTHEW JACKSON LAW FIRM, PC**
Iverson Matthew Jackson (CA Bar No. 276541)
(mattj57@hotmail.com)
5250 Lankershim Blvd., Suite 500
North Hollywood, CA 91601
Tel: (818) 210-5280

*Attorneys for Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne (CA Bar No. 307288)
(zachary.fayne@arnoldporter.com)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100
Fax: 415-471-3400

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Teresia O'Riley, et al. v. Monsanto Company, et al.*, Case No. 3:20-cv-06913-VC | **JOINT STIPULATION TO TRANSFER *O'RILEY* LAWSUIT TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION** |

Plaintiffs and Defendant Monsanto Company ("Monsanto"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs commenced this wrongful death lawsuit by filing a complaint against Monsanto in the Superior Court of the State of California for Contra Costa County;

WHEREAS, the Complaint alleges that decedent Harding O'Riley: (a) was exposed to Roundup®-branded herbicides in Texas for more than twenty years; (b) developed papillary renal cell carcinoma that was diagnosed and treated in Texas; and (c) died in Texas of that cancer;

WHEREAS, on October 5, 2020, Monsanto removed this lawsuit to the United States

1   District Court for the Northern District of California and then filed an answer that asserted
2   various defenses, including lack of personal jurisdiction;
3       WHEREAS, this lawsuit was assigned to this member of the Court;
4       WHEREAS, Plaintiffs have not filed a motion to remand this lawsuit to state court;
5       WHEREAS, the parties have agreed to avoid motions practice regarding Monsanto's lack-
6   of-personal-jurisdiction defense by asking this Court to transfer this lawsuit to the appropriate
7   federal district court in Texas;
8       WHEREAS, 28 U.S.C. § 1631 allows a federal court that lacks jurisdiction to transfer a
9   lawsuit to another federal court where the lawsuit "could have been brought at the time it was
10  filed";
11      WHEREAS, a § 1631 transfer is appropriate when: "(1) the transferring court lacks
12  jurisdiction; (2) the transferee court could have exercised jurisdiction at the time the action was
13  filed; and (3) the transfer is in the interest of justice," *Cruz-Aguilera v. INS*, 245 F.3d 1070, 1074
14  (9th Cir. 2001);
15      WHEREAS, the parties agree that the United States District Court for the Southern
16  District of Texas, Corpus Christi Division, rather than this Court, has personal jurisdiction over
17  Monsanto, that this action could have originally been filed in the United States District Court for
18  the Southern District of Texas (Corpus Christi Division), and that transferring this action to that
19  court will promote the interest of justice by avoiding motions practice on the personal jurisdiction
20  issue and enabling the parties to litigate this lawsuit in the forum where the claims allegedly
21  arose;
22      NOW, THEREFORE, the parties hereby stipulate and agree that this lawsuit should be
23  transferred to the United States District Court for the Southern District of Texas, Corpus Christi
24  Division.  Accordingly, the parties jointly request that the Court enter the Proposed Order filed
25  herewith to transfer this action to that court.
26
27
28

| | | |
|---|---|---|
| 1 | DATED: August 18, 2021 | Respectfully submitted, |
| 2 | | /s/ *Iverson Matthew Jackson* |
| 3 | | Iverson Matthew Jackson (CA Bar No. 276541) |
| | | (mattj57@hotmail.com) |
| 4 | | IVERSON MATTHEW JACKSON LAW FIRM, PC |
| | | 5250 Lankershim Blvd., Suite 500 |
| 5 | | North Hollywood, CA 91601 |
| | | Tel: (818) 210-5280 |
| 6 | | |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | DATED: August 18, 2021 | Respectfully submitted, |
| 9 | | /s/ *S. Zachary Fayne* |
| 10 | | S. Zachary Fayne (CA Bar No. 307288) |
| | | (zachary.fayne@arnoldporter.com) |
| 11 | | ARNOLD & PORTER KAYE SCHOLER LLP |
| | | Three Embarcadero Center, 10th Floor |
| 12 | | San Francisco, CA 94111-4024 |
| | | Tel: 415-471-3100 |
| 13 | | Fax: 415-471-3400 |
| 14 | | *Attorneys for Defendant Monsanto Company* |

## ATTESTATION

Pursuant to Local Rule 5-1, I, S. Zachary Fayne, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

/s/ *S. Zachary Fayne*
S. Zachary Fayne
Arnold & Porter Kaye Scholer LLP

*Attorneys for Defendant Monsanto Company*