UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Teresia O'Riley, et al. v. Monsanto Company, et al.*, Case No. 3:20-cv-06913-VC | **[PROPOSED] ORDER REGARDING STIPULATED TRANSFER** |

THIS MATTER came before the Court on the parties' Joint Stipulation and Proposed Order to Transfer to the United States District Court for the Southern District of Texas, Corpus Christi Division. Having considered the parties' Joint Stipulation, and good cause appearing, the Court finds that transfer of this action to the Corpus Christi Division of the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1631 is appropriate.

Accordingly, the instant action is transferred to the Corpus Christi Division of the United States District Court for the Southern District of Texas. The clerk of the Court is directed to take all necessary steps to facilitate the transfer of this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED _____

HONORABLE VINCE CHHABRIA
United States District Judge